# SCHEDULE D

# AXENCIS

# Evidence Collection Report

**Page Title**
BLUE SMILEY FACE DAISY FLOWER DANGLE EARRINGS. STATEMENT. | eBay

**URL**
https://www.ebay.com/itm/166977485968

**Collection Date**
Mon, 28 Aug 2022 11:08:11 UTC UK (Department of Commerce – NIST authenticated timestamp)

**Collected by**
Chris Barney

**IP Address**
195.230.113.42

**Browser Information**
Mozilla 5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.5.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5):**
04f3eeced235945125495e40201543c77f12ae4e46f9ef0dc84d2e5d944d6e2211f7a9f2f8ed7145ce4c4e44a44d6e4ec42a3b29a14ea44d442ed5845e0ab2ed920c89592c4fcc

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**
screencap_[https][b][snow-coin5][dm3z2-k5971903638]_Mon_28-Aug-2022 11-08-14-GMT.pdf

**Signature (PKCS#1 v1.5):**
7036fed4ced4b9a4d2f4ed7645ec8ea04ef78ef2ed944942a99aa1942a55c5ab

**Signature (PKCS#1 v1.5):**
fab0pk3ceec2045421b4b5f4a42dd9ceed1ce4f201aee0a64df4f6943944a6559467ea994ce4ad4ea9d92df144f042a9f4c940ce444d6ed92c9dfc884942d40a5cc4aea4cbd





     

    





    

  

   

   

     



Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 29 Aug 2023 02:21:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.74.192

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

JMje6Apz7Zm5WzmQ7nvRKHEB1g8Wd3i4s9c2Vdwx4k0SNZPBmmYXfI0IdVYyhMbuQDO+j1PMwhJaYbn86ig8+elrtZxvEHCuiweyJh+d8EwXrjQWOsmFadyFqK92nGo7IO4tClRwxlMsQ/zkF4aWqb7MbjWeegpcgR4jUryHV+g9/6cIE/CMAjMtS+1rlA1VIKpWqx26WojM4NSGqGGeZ6vd5+JyE9xnZKe21icBxHhVWcUenIGCJyxmNFk0vxvxQo8+xC2n8L8j/ijOHraED+/DUz8y3GOn19B719Mw+iHV6fC7eaH+ZpVa4DRRZo4CRijMdD8bbbnCwPBw09qfA==

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[a]]/fs]/fs]pay.ebay.com/[fs]/rxo]]_Tue,-29-Aug-2023-02-21-23-GMT.mhtml

**Hash (SHA256)**

2a0de30e58401c4573650a455ae54b4e3d5cc3622d9393c629fce3f8454ab62b

**Signature (PKCS#1v1.5)**

BP2+6SHTG4RU/RrqzMJlkWBhnAtxJIX5dcuIX2hS2PsFMMESQMp0V+TxeyPVpX+II8Mskgtg295d8V4kWIsNWOZP+MEXtIMm+Zr1KqfIRgRmJ8Ye09g0yeBmyUhKeHJKVX6Rcv29bHy4vStTTn09BW7GxHZdutukXNZccrdwkfD'YipFJhuKMAIZo4oqk9V86YKHD14oGN/LPUVXCs18cdwyOCPLACLmze+IrClQXKG+1S+bSUM+0V57CS4TI4iFuLIVC3/mnCWYNVLkqGrNrmhtHmVM7q512fHu51gzlEI3EL77M4EZH4jfakjDy+os9FhHeCXp+drfgS05HvEPx2g==





# Evidence Collection Report

**Page Title**
12 x Fridge Magnet Novelty Cute Fun Colourful Smiley Face Magnets Children Gift | eBay

**URL**
https://www.ebay.com/itm/325448905897

**Collection Date**
Tue, 08 Aug 2023 06:55:14 UTC [US Department of Commerce / NIST authenticated timestamp]

**Collected by**
Michaela Borza

**IP Address**

**User Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/7.4.0.0 Safari/537.36

**Digital Signature (PKCS#1v1.5)**
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

## File Signatures

**SCREEN CAPTURE**

**HASH VALUE**

**File Name**

**Hash (SHA256)**
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx











### Similar sponsored items







### Sponsored items customers also bought



### Item specifics

### Item description from the seller

#### Mini Smiley Face Circle Fridge Magnets

#### SET OF 12 FRIDGE MAGNETS







Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 00:28:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

H9yTNVDOWj3bfsuUja/OlzN4lNKGl0COMFUvutg20DOd5JX+MMltJtynoIfYg6f+GVGBfAPDAXdfXbr5C+dNwluRYGjt2AxeVUZ3q8dCDjlymnfjxM8ZjXN1mi1gu+kRpjZxbkwmKfRriGVsHHdc8W0inpUdXpVxDI0fBgWTn8tmpiZF300RJ5UjmYxoE+BKwciWrsybHw4i38RDtepTX31Dp+DFzb8vS0FieKQciu2ezcjIWeKrhqunw0MA3tddUqKi9B2bpvFD2sIeUFBIoHBhi+O5+Rdm55c8W3ZGvUpW8EY6nAc/O8Kn0P+R/aLwVDxlE6IslBuMfeFiraamQg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-08-Aug-2023-00-28-59-GMT.mhtml

**Hash (SHA256)**

f8cdfd80b776cf63fb4a4f4189e306261b2747a55c47d7a6646efee5f9503f4d

**Signature (PKCS#1v1.5)**

RSVQGf/HqKlsUjwGlfg6q3yBDSXfTqQyqXrxxtNK4xh2dubg2JTv5bKWSA20vVdwJGzxzrmCS0T8NjEVjuj0uxaxlSKiN7t7/frYdR1jzCXm9dL6oa5NYfsxCHNI+LpBEtN+HS6txgg6e++UQweLv6Xsd/mlKYR8ROQ28Hc3BgraAP9s9KlQt6mwFMkEQ3YxbQiKiVj5CRlrHq6/tBKrb3wBPWOHWPRjyX/QX5nGlryTl3GqrbtqNcE8ebiR13oKP8DK8YUk+FEyVVOQH1TDI8nNk6wXitTx3JkDEqot2lZ+YcVY9kzbni9s3xATo4FuxOCFMDP02O/QPnD3WtWQ==





# Evidence Collection Report

Page Title
Smiley Face Dust Caps Tyre Valve Caps - Alloy Dust Caps - Same Day Dispatch!!! | eBay

URL
https://www.ebay.com/itm/256094966110

Collection Date
Tue, 08 Aug 2022 04:48:30 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Michaela Borja

IP Address
[redacted]

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/110.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7 v1.5)
[hash data redacted]

# File Signatures

SCREEN CAPTURE

File Name
[file name redacted]

Hash (SHA256)
[hash data redacted]







Check the description to confirm this fits your vehicle





Smiley Face Dust Caps Tyre Valve Caps - Alloy Dust Caps - Same Day Dispatch!!!

Condition: New

Quantity: 1   1 available / 1 sold

Price: GBP 3.79
Approximately US $4.80

See Offer

Buy It Now

Add to cart

Make offer

Add to watchlist

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

Seller information
[seller] (13k ★)
98% positive feedback

Save seller
See other items
See other items

Shipping: GBP 13.87 (approx US $17.60) Expedited Shipping to United States via eBay's Global Shipping Program. See details

Import charges: Free amount confirmed at checkout

Delivery: Estimated between Mon, Aug 15 and Thu, Aug 18, 2022

Returns: Seller does not accept returns. See details

Payments:



Earn up to 5x points when you use your eBay Mastercard®. Learn more

International shipping and import charges paid to Pitney Bowes Inc. Learn more



Have an to sell? | Sell now

## Similar sponsored items   See all







## Sponsored items customers also bought   See all



About this item    Shipping, returns, and payments

Seller assumes all responsibility for this listing.
Last updated on Aug 19, 2023 00:46:05 PDT View all revisions

eBay item number: 256094966110

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New | Custom Bundle | No |
| Item Included | Valve Cap | Manufacturer Part Number | Does Not Apply |
| Material | Alloy | Modified Item | No |
| Placement on Vehicle | Front, Left, Right | Colour | Black |
| Brand | Unbranded | Type | Valve Stem Cap |
| Number in Pack | 4 | Features | Durable, Dustproof, Easy Installation, No Tools Required |
| Country/Region of Manufacture | United Kingdom | Universal Fitment | Yes |
| Fault | Metallic | EAN | Does not apply |

## Item description from the seller

Smiley face Dust Caps Tyre Valve Caps - Black Alloy Dust Caps Same Day Dispatch!!!

It is always good preventative maintenance to add a small amount of lubricant when fitting dust caps





Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 04:52:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AHCDDR7VpWIlit3eeLT62FSELs3ddDM2yUnrx61H0chzguMlMkHBmxCqnX1Td8FdWWRWNwz06nahjycS8kBUKVK85iE2FLjVQPURuf65XpL1uDQTAPyJtr5njb6A8f1FJgbvUZxmTnnLmsR0506eeHi52gzbkW5M+qG/1dhka9cM8dfMYua06siFjdfcPuCXu2utA1u+pqozo983jqhUOjXkXOfd5WknH11SJVpyjZA rybfQlhrYTr9+qvahgNFWJhINqT58nKRaSti4m2eT1Mi4dEkR2m/KdPopx1Cwh3mWAPOtr66D3MHKjf4TBIWSUd6VEdsGfhYa7HQeoXm+Q==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-08-Aug-2023-04-52-45-GMT.mhtml

**Hash (SHA256)**

f1d61eb7877adf9d5f6af3a943ac898b22dfe334c169e19b89f9284c140Bba82

**Signature (PKCS#1v1.5)**

XuyDqHVVUcJenNZQ7NvOMSWvb1z1pbe2wl7LVVVxo5etc7ujGpg2ST/5L7IdoA6oSUzr+WxjyWYaOOE15V/Rk0eGiJ5/9MOxHdxqrFJOn6NYuknQ5E2u+x2u0M1MianDxuc8TUYntBY4KNVEJJld4mr6i9Jgux9Sf88qlNst4HZWY616PXYLw9f9Ukxw.Jjfu8TJjpx/eONmZ7hB1g6Ztn02i9xi3xjEr9zbjNOaAEk7Kj1v5ADjJ0RX8+x1+K4Ox/u6CBcSQAmtUwg+CCFFZwGUg6GrqNed7pJjxmdfjKlc84TMkGlY241GlGnrYPz9rh57Cb2W9vw8BP2aGQDbT8w==



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices 📷 and AdChoice ⓘ



# Evidence Collection Report

**Page Title**
128 USA & Smiley Smile Face (Yellow Background) / Flag Banner / 3 x 5FT | eBay

**URL**
https://www.ebay.com/itm/254477498544

**Collection Date**
Wed, 30 Aug 2022 00:23:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Xennial (an icahoya.org)

**IP Address**
136.138.42.198

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.5.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7 v1.5)**
5b98cgd2a8c0ffa53340f0aa0c4bbf40f83b0fbe1e91d73f745a3f24727a0c44229ba33f87f90aecd0b7ded6a76ecd4a2af32b93e4c52e6f0e0c1d11e36f5ae12e91ba0f76a61da43ca8e546baf3fc01e98a8d5e0cba9f7499e0b7d9e6a0c

# File Signatures

**INITIAL**

**File Name**
screencap_254wa5cjd2d@www.ebay.com[9d2wb4d2cb447f466546]_Wed_30-aug-2022-00:24.09.047.mhtml

**Hash (SHA256)**
d59d766850d3025c75d4bbe68f1607a606f74d65ae5a40e906585d64145a94b

**Signature (PKCS#7 v1.5)**
b1d77e9f3f8b45c3d97ccac3d70176fb1eb4ef31aff4445df7bd1a6426d201c01f0fc4dbc5c9eapp_plosoazxcf17ffdea02fcdf5267d1dcs8c4b1b1ezs0fccbc4e166a1ea3c5f47e15aae49a98ad9a69094bee546d9abe00acbc6
+72ag0ffa361cfg4ge9g19e76ea0e7e6e0cf4cbbcfa2cb13d15e9242d3b5931aec9a697c9a9efe4cc3a7ed1adee91f5af4e0e847dfdsa24a0e2c7fc9f7a6e5







    









     

    

    

     



Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 30 Aug 2023 06:24:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

nt5BUzFKKtN6HjbutzM9B62peRsK54+Nq7BXPHAuT90oxof04e4CCCJRccE39hzDq2pJhGz4rKq+9xEKuXJwzUdhBxCA3xXHZtaq1nLA0TmNHkDaK7ym36Zn3s5etmEaLSqTiOH+ybuRzzxOHIxfSMA1aXiFGod9NsuYc7+y6pm89+2gDnDDFy8XF+hras2fvSXzLhlP7FlMMwwFHnOrX5/rDtcTYCWEAqoW7dWaZjeDX7JPciYoP86QlolMBbQvoK/6T9GojAL7vJEUjPT9lgvKwQ1vmNaQknmpYPrB6U8dd4h8QB0ePNnrVQU+tK6zQ7Gp/pwwJlDdlYTJUCFADA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-30-Aug-2023-06-24-34-GMT.mhtml

**Hash (SHA256)**

990e58261c968c4fc26068bf1ed62ba097612530eab214e1feff1cb2bab35f6e

**Signature (PKCS#1v1.5)**

Nfd1HQ3hrlvrf/J7vp4y6MwDgWTdaNG5gn8P/2QeLlI2ZIYpYufqq9aw5d956LCsZocYml ZNWycWhYRNQbYw4jdAZ9VEGwSgzWwyOb91tayy8cbU8dM99NkIbteFHcDcRYwdU2aRPiV/sz1cZWomz6yYZcaOVd6Y76QiA0/XuKi+ZrVwOIPPjBcNhtACOQk+UVLrhWvRa3Lnz03j/yzzhXkUs5U0DUM4L0tncD/mzCjise6C0u8DQ4UXXqLSbO0Y/1zHwp9Ltzyae7S1kvBEGUXVpVr0fzr47p5xzRgv0ACIfRMDsc/tSIfcFS7Je12/uv8CGHWYirgAXqm2tv0psw==



AXENCIS

# Evidence Collection Report

Page Title
18 ct Gold Plated 925 Sterling Silver Smiley Hoop Huggie Drop Earrings | eBay

URL
https://www.ebay.com/itm/404519570175

Collection Date
Mon, 07 Aug 2023 13:51:00 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Michaela Borja

IP Address
2001:4455:497f:e600:b40b:2d32:2f2f:8b08

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)

## File Signatures

SCREEN CAPTURE

File Name
screencap_3915482a97e49520

Hash (SHA256)
fd6c52a2a15d4b0c197b61b29d4238720be03a048511e07d0a19d8a306aba0bd

Signature (PKCS#1 v1.5)



18 ct Gold Plated 925 Sterling Silver Smiley Hoop Huggie Drop Earrings

### Item specifics

### Item description from the seller

18 ct Gold Plated 925 Sterling Silver Smiley Hoop Huggie Drop Earrings

Material: 925 sterling silver

Free velvet pouch and silver polishing cloth with every purchase & free 3 day UK delivery



## Agnes Jewellery Outlet



Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 07 Aug 2023 13:52:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:497f:e600:b95b:2e52:205f:8608

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

WRnOea1ozmbCEaeFqTVNXU92/KQxZBZQeiekXYCnP5FIitcj1XyVkvsX0KPNS/3Oo3NRdYhpiHvImSrYG8kNSjgtPNeL01SnV3eszuD4RvBW4ypQUDSACD1aBkaFR/WKBwKc1OZveRCnTWhf//WDDYrXe1gVglXee2dkZcvdbbLwglR/iXfz6tcxjTDZbRMwNTYDg5kugQCmgJvbwA+dj3vOAN8nqoEsyUq0jtKajkxuibsMF6BgY1lMqRpwUOQefUZWl+RTBpOtplWU+laQkxOO16ouRLjWbfhKb1eLFs1fsKTmdDXpr/QbjDYq9GtKVO/CywTuUk/6yOOB2XGA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Mon,-07-Aug-2023-13-52-40-GMT.mhtml

**Hash (SHA256)**

000286e9c961b482a3796Of32d236c4fd7c54b34b628124079c462c0a94B7eb4

**Signature (PKCS#1v1.5)**

ig2OqYNEcmda6cfq99vIAOniT2TZzbF0DniS6TNFxA4+HHicgrSMlbDHYZgfas+dPWDFx54XQyy5kpnmEdDd34mW/wEliriN3vZzrq6m/xRwEw2+Xupat122BCOoe19FgoDZkKfGLqPOd1TGxLCQo2JVz5mRQcHxKeD9BrHtJ3+n5tjmz7RtAZSucBFmQBUVQTeRLZYVzwrn0IerHSa/UdiDfu3Gqt7U4+drMreZgzEjxfCBTowkWqs3BukR4xNmppskECCLSJ0VuQsv+/cFk/XzYIvsgj+2Of83jHwz40zUZ1ZaZR9oMPOs9HrE/LbYIH3rwVa+oCN7JAiECA==





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

2 PCS Funny Smiley Face Anti Stress Reliever Ball ADHD Autism Mood Toy Squeeze Relief | Wish

**URL**

https://www.wish.com/c/5a5ea913a2ef5524716b4542

**Collection Date**

Fri, 25 Aug 2023 06:47:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Nnu41XNEeOnuJN8h6zaJvnRO+13ATtfDf1jFVj8h2rNWLW/uc5+PJbt91ms7iewNh0J667zRXaS+gloxYTUootKFmRz0sPkC7nAoozcuH8E6ceOuA7Y9WOgq++WSCGOpduu2m80cHUoUOE4JECWBxYAe9tA3cU+bL1wGrUh4j7vd3lR834wejOT0d5A3QXEyeYoMtlAHbv7T/gfzG/eZij3HhtaOpsAQNind5O2gMQnPCMfJrt6rmFHpiesqjKvNnH0usiKzeS2bxs72ZIDCbgbuW2suG74Kk3XYBvEAaRVPOAGu6UE8jCT8GcplWbvke8nPWb3LXoKrT8CKeRWfwOhw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s]][s][fs][s]www.wish.com[fs]c[fs]5a5ea913a2ef5524716b4542][_Fri,-25-Aug-2023-06-47-42-GMT.mhtml

**Hash (SHA256)**

3da13b666c0e77c6d279697c792594862ea9178aedba0f029a6d0cef7d384ca4

**Signature (PKCS#1v1.5)**

uI+Kw3xpg88I+HQVtFNFrNgM4vuMt/o55mFzopsd06kFXO6gTlnbJbn/m8L2uTfXh21rdql0zwFcFcKeXAMicqD9P3I+/kQdOp664ESE77Z/fHw9frZ5RhOq+JA8uD0mBorEvtKp16w4zxPNjd5/bTSln5EfDhhKcdxgUc7qAtD/db2bDzV/Xj+gw4mFRZh1UKeg3fKVkzmZJj65hk7rG7NTZyLt0Y/OPRnQyQhYECYAnl+WUsKn42d+CIQLpIZF+uiz4OkxAIv1Ls6Q4iMKeLkWgX7whZS1ZhOT0pp7uHm+Y3AjBw10takrSdShZDjTCLAA8djsWdQSNODSk8aQ==





# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Fri, 25 Aug 2023 06:50:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OMYS7oHU0UiucW0cRsfZvxJojoZdl2+BIFUwI+1itLwg67m6DIOzG0YJdCodOe2OjRMAYaee/G0ObUpOhGqGWBuZIELj2JwQ3x6KiDq2hM8EXXOFGn3zQgoMgyd5Aegxdi88SKupEFSQjvWuUNyxH2dWrIetNyEFflOzC3JXpdNFhY5BM/hkWDDNica65C73j5Cog1wHa04nQsWIVNz42zgerEACFsCMFGe5Y/FaEwPhvqou7p0shYHtebSlYXrfCTARsoLhGARjCBmZH9AyavGUHUt5SpSLtJMWVRpClBXG+HxhTRPW/3az364ZJI5jbVxajrtXbOhg8gvuR4Iadg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Fri,-25-Aug-2023-06-50-16-GMT.mhtml

**Hash (SHA256)**

d5d0e104863ffb2e325188d65219fd802a3ca97a95e20a01a0e407d7adfd06a2

**Signature (PKCS#1v1.5)**

f2QEzaTifiCMMzYqhyCaqGC+VBAGWfjtEAkSYkgxwiDNfPlzSFa4o5iedBlNTs4m7DLo40cVknEGNAzMNmUbjDLhbzoYL9G8vJtQ/Ebz2K5Y7N/p4DS/IfuwgUptPUXrkXAFNDmKxbKi9H/FXU9WU5YiorSv9vj9isOYkryJeAVu3+8znAByAMNhMS3PtmbRx6Y5XhU4WxTi2GZn7wwVe/HPnQiq3Ia49FF2jdFbIWBBfe387yG3Mrcf44ZceuiO8qPn/whvecch+ryRxrzgkEY9gPwHWeusAwOcC/GReK6hMkNCApechbQQ+JOPiRZklYhxTmVmsohWHAtL5e/52A==

wish



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: Beach Towel Funny Yellow Smiley Face Pattern for Women & Girls - 100% Polyester Bath, Pool, Camping, Travel Towel for Men & Boys - 32 x 63 inch Quick-Dry & Lightweight Beach Blanket (Purple Backdrop) : Home & Kitchen

**URL**

https://www.amazon.com/dp/B0C7TSXY57

**Collection Date**

Fri, 25 Aug 2023 13:24:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YMkQ8mLROsalyTKBGJ0Qj40HivazUZJ4VHOUDzXzTvG/xhhThzAx8QO0xhut6TK9h41Gk4b
+WhEqMEYBPZ6mSIqZSSO2TZK1mDJ0oXXf9B72dZBQd3GxByv35zxMdZDEdbWE2oekD83DxnVZEYQrlANym7Fg1QvO0cIOrhL1lwu2qKnlIFJddT8vLT6ahJ9eCjIdKmBK7ORfcpfMifL6AYciYJQpTp4AjL3RqkROyk1W/6MNK1XP
+vVyehMMzD6ORjq5B3kdCiEpKawUgbgZ8UznAj2oerC1Yzo5rDmMyaJ620M3FrGFZQtvzsTYsH0DSHUS4Atd1JqqMcq7Pca0sg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0C7TSXY57]]_Fri,-25-Aug-2023-13-24-34-GMT.mhtml

**Hash (SHA256)**

a4d153cfce71946185613d7cc59bb06212ada6fbd60678628ab5fa1a76e1fa26

**Signature (PKCS#1v1.5)**

NsBW6mPFH3+f14ugoJQdepvWHnK/0fU69aGI3AIcZSaXouQF6pYCC0DD3OpKYt3lJExclQ6URWgCKHpF6IrqVccU6dKPG56cj59w/XAbj3UjOjPn2AYrYBVAdeG/IS55Caoyj3635caMUCtza24HHuyFm45JCEXkh6YM2h8AvEdeqGJABnzjgLG5uf9pK8njQaXUg2rKYXoB/
IlkSgfyphAVOAZbiyzog1QAFbZbR4ogmB94r9i1gheFtSSyEFI4b3oeEqcZgezhIkP/4/W7iuq9UOel3gag70eywc7YvtI8xaiJ/2OfRQ6/iReAsqz6ZGZIb4znH1O6SiL1me08Zw==












































Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 25 Aug 2023 13:26:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

eLwCsTH7pDHfJ/74YLF9FjeQbk/wJbkLeFPC1r5xxJQBrQ/q51CMNNPlf3QwCFOcUez9er9Wa1rZaQtS7hxJgwH57HK6tLsTSb3w4jmhbirURuJr3cCAtTOBxkjaqnyAQor3nsxsiwa/qL0z+w34DKrmzF5zkash2OPPPno4pZtp5f9RNE6QJi4rYxys7evgJAa3P8A88SVhOeKhvplRVFNv90cZNwyrKZK52FlsWqeBiemOUBBKl5z9nWFMUFpLgstIwiuG6Xxw+DEw5E7SLbSAMy1VmjvYzNO5SoZM7Pfvg3tDqD37+PN/1EOrnJAC4l5OZRyCSQ7HmqYV7mfJGw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-25-Aug-2023-13-26-54-GMT.mhtml

**Hash (SHA256)**

e1c727934fc0f2f0803745242cf346b0a5553cef5132ee4bf8c9600edefe6ed7

**Signature (PKCS#1v1.5)**

gm2XRFikm07kyD5ut58VxNqge18lhKRS1JdgKfbNqx9arj50tE0vp8mjPFoKgzTguqYEk0Tt8h1CxyCVq94xdUqkwlW3Rv3u7quSOsScTJw6mgsL7ijlcsAElc9cUN9xfBoqxQmB/8OagMnlkM44P7QbSBzAkLs0I1R9rc6eGomJJK6mehCLAJOovhkqowS65h74gzDXepyxuiMbaQYFshOdgiWGMtKm+/J+AsmcvE3++fFNeWz38tael6tUQqVvbU/ANSmUf9v0tE1sQg8G+6qhW+NtHbxGY5QOAAnnjddf6lwR6j30ki/Ea7jrvMdDxmFrr01eUuT25tEdw4TtDQ==



"Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



# Evidence Collection Report

**Page Title:**

Amazon.com: Yellow Smiley Face Car Air Freshener [Fun Birthday/Xmas Christmas Stocking Filled Stocker] GenuineNovelty Scented (Soft) : Automotive

**URL:**

https://www.amazon.com/dp/B0C6ZPK7FK

**Collection Date:**

Oct 21, 2024 04:53:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by:**

Axencis Ltd (axencis.com)

**IP Address:**

**Browser Information:**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA-256): 7f6234f+ C:**

16d60aa1a1a7b5a0aa0c8ddef8d40...

## File Signatures

SCREEN CAPTURE:

SHTML:

**File Name:**

1ae544ede8fe92dad2ca-ac4cdc-2a1cdcb6d948-f7a47x4a4j2g0yuxid8c0afc8fdad4c8a9aa8

**SHA-256:**

a049c2f5caef76eb...



















Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 11 Aug 2023 05:45:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.167

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

b5zX2aay9lQzuEdIYmciGaRJf6amUO8lgCAi5OBdoIOHsdXaSO9+oC8A+pVKRnZB0S7olmPuES86jatN9/DMjMbywV6xik/77/mR7LhJU/TNLeziOW2EjpMSsDFs1B7E+VcrwDKVsdPlQqBy6p6awcLzTWAPQHfdFFCqQc+ejLbBeh+kWUOV5EF+3LmYBxa/hbKLz3nEy2mpQuyHSq4MXtu978VgblBnuSgFOI1SiMbZbcUOoLL1jc9wGbXqMl7fVWqday0Ww4rQ5rlIRqm8DiMjTFNQrQoR/QD8Aq+4fk4SHknuj0vWbZmLyXtsrn0lSNDM0PHhrkUYy78zx11xA==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[|/https[s]|fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html[|]_Fri,-11-Aug-2023-05-45-15-GMT.mhtml

**Hash (SHA256)**

6c029cf6e2c697cb66b7c50f25d460cc5661612f8156262ebe07cd6fc7bcb299

**Signature (PKCS#1v1.5)**

dYNd3ZzTwCR3mH/CGfmARDYo3W+N3viGQvF9op1owRPnevM4NT7qyXOwcE2CrD9RXwdBSzHB2qp7gSvsI1Qb0GNWvhm3+qfZQmb1C530qEikgsdiesdAUKbBlry9/N+kzGppDtb7FYx2+h7Wi8A0QBN+02ujvHfwdZsJnvISN0Qj/OpMxNfvmVguDrtbBXMeneTN1fh619ONAOXJNsaau07MCRfZHjjxz/vByYZUEKjA/Cbv7OZ5I1ZxuevEDkh4dRzQcf9xcJ4/QPwCasCKa3fqhPx1yi7QxSFhBrZ4wdbW3Z7LFkXgsa6PvB7edlp725nOkYRcfX8+NNtGn7pyA==





# Evidence Collection Report

**Page Title**
Yellow Smiley Face Car Air Freshener | eBay

**URL**
https://www.ebay.com/itm/111980773308

**Collection Date**
Mon, 28 Aug 2023 09:09:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Noonoo

**IP Address**
[redacted]

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256) / PKCS#7v1.5)**
[signature hash string]

# File Signatures

SCREEN CAPTURE
PDF

**File Name**
screencap_[hash]_[hash].pdf

**Hash (SHA256)**
[hash string]

Signature (PKCS#7v1.5)
[signature hash string]



## People who also viewed this item also viewed



    

    





## You may also like

       

     

    

    



Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 28 Aug 2023 20:41:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.74.192

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ZxULzCij9xM3Pth6YdutYNrfXv6SQdZmbkeXgeRGjebWwUAGgSRvvi2+Grj1799nhgK13/aEet4MSyFkdhRJGuLm/YOdODFOc9M0UteAAVklaKD9rPM2uG2CVTiNq4vs/VIyum6ED2u1QPrGcKi3WvqpLByEKtG/jL44U8PJt7GsDcPyg/dTV2x1xtPthGOGCxj0ymu9TuGbLqGSSd0jbd3Zzmv9dj6hcV1VNbEpgcQO1jSxzvfzeyEl8YxecAid8JtowGwDbh4HTq2zvUsPnKraLD4LRSRjs3/XpkLEiTt1kZx6a3Hyyr+x9hZ4c5Ic101Q70N9TM4NcMFbi0uOCQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s][fs][fs]pay.ebay.com[fs]rxo]_Mon,-28-Aug-2023-20-41-20-GMT.mhtml

**Hash (SHA256)**

037da9786dfc41d620776e21dbb45e63bca8ce71186da51c0678930b79993fff

**Signature (PKCS#1v1.5)**

R8kmluQ0R/0XTFOpUa3HZxWDFqxBxyZJ7YCuM5odCma5D4EshmKCMH0IrWPIPcdU+TvWHtQ/nW94CgEStw6pD+17Y7IKu+502zTzbNTD3czErf7+AwPMzavNEeym4vwyA81rPK410J37G72JgRu0Or6VGN6T0i1R7IMpKjpVZBV0cpg6SOIpUIBSSEcY2TYs9nC2dO9djaG/IpLVRGb0PZdqFHo/lfCAVpFbayQ0pLLSxT/b8brlaOn92pxkc/s8qp5NLLy8N7cvvBbKztXL4K14B4/tSc9GT23AHGGpqMN2YvPpZrOhy5CAsz2gRNerd4mJlCo01ep3pkPv96OouhBfg==





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



# Evidence Collection Report

Page Title
Amazon.com: American Smiley Face Shirt, Independence Day Shirt, Patriotic Gift, 4th of July Shirt, Gift for Her, American Women Tshirt, American Eagle Shirts Men's and Women : Handmade Products
URL
https://www.amazon.com/dp/B0C5M5TH20
IP Address
Collected by
Remmit Jae Haliangan
IP Address
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1 v1.5)
a56f5f9575d22a1f54612fbmb4cec6jf1ggan9gsd30Jfd1gbcea31Cj.a2mJdMfB673a473n1LJJdJvnOE53304JbdmmtOjGstYxoKT8Kgggfw9t63a7yp967gf7mZ3uAYgg0385Kdfmp2J9B3h55F1fZYQqmZg9Kf44unmoI
bcbF915HeRKi9287Z9dWFGB2jBWz8TkAtGfr2mTgTgEdRGf9C69dgJbdpdpdUc34DdfqxRfVkzqpfJZ9iqf43pfJfqf10JdB7Te7imB5FQ9aKDjqzJ9rf2jLW4zJjdf4mtJf7i

# File Signatures

SCREEN CAPTURE
File Name
screencap_[[httpjs]]s[[h]]amazon.com[[dp]]s[[B0C5M5TH20]]_Wed, 16 Aug 2023 11:58:19 GMT.mhtml
Hash (SHA256)
5bNMAz0b4Hbwtf9bsfake919349dd9N9Saav179b78b73224ed00d6167b63?
Signature (PKCS#1 v1.5)
dNq2UAT41h5ZTgK257m7UgpU771PB0ueM4X4BFm7TbL1rfF0PraJSCNv3vgh8qW4bK3fMuJLs9PdUpqtpTn9cGhdJd57RvxgifdRZxdqJpdg99Sqg9v9v19JfM9vZgD7TPkQeguSmAKJTR9fLs9Pcfjmf7jG0V7gKR9vdm9KJWb0kmJ9pKf4fjqo7fPJm4w7Mt9pFa2HkqdPpNdMJfjJJXbkbfJpgdH8jdNtNe3nt9dU7jQHpSfEetbpsJfdvJG79s7ZKdd9Z5f17syd









Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 16 Aug 2023 12:04:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

WANWxSrWobZwdnXnbEInaFE5ETtqNLQXshoXdnfDiXPkss+Ie2KzB9BySsiNYMR5BIjxwV622d2wJbVpVE4UKhyRVSP7K3ZtX+ntshTutj9sySwCXKU2G19o63DbUeaub+TyoiQG9fBDHCJwMu/xc3c9Nwg9eiJnLh8YcbepSKfVgEHYausNQp9fbbUmhM
+X95MxLF5NRCx8SKsFT0bk54k5GxqmMRizK1OM2sjNA67YHgEnTzmxBE8pkLf7AIzt4IuEiEcFZpLB6AgfzupraXzziDq72P5tU4enVrjbpwaV/tOBKNq0MGTuqL/Ic19S84tdMPV6ZkJszULXvyVq2g==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-16-Aug-2023-12-04-37-GMT.mhtml

**Hash (SHA256)**

7a201cba962630bfbbe8d619cd73f86265fa3f316201412865f43d8fd2d21a56

**Signature (PKCS#1v1.5)**

BtkqzZQ4clTMRsB+1sRKn1yEKlOwY5jNLtEtboWjxu0XH/c9RderX2Yo0/XUQjDk8URRQjrGTuoADMtMeVUrD407f6DO3hHSRZdRGYnlqYhEE6L7bBx3Oc5jNgtQz02H1ROtsYGtjdLwBKV2wJgrkyvubPqHYcu/wgKBK2hNwVDHko/7UtGMiL2tC8Zr3pJoy9eYOMUPZAa7LPBfs2NQRwdNRVMm/
GX3bqAz7SUZ06TmZakZmtCjTY0ngo7noWF52L75/9hoZQwg3U20Izym0Lbz9rWIMWAsUWZdgRnPK10GmvsdsVQKK26z6kVifQbtDWcPa6yT4G92R6FR77vw==





Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 14:32:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:491d:2d00:69bf:7906:a752:afb0

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Hu29X+oz801870Jt38f8ql8M8QDzW8YqQY28bdVV3YtJAG+M5mzbcwr/1GPqT2TunZ8aBeFWxqkzKgOUe0h8a1e/Fw//LdSl3NwKgFhTqAUVyqVp0SSBHPG
+yMHbGkpubcn5VialCg7nrSCae1UJ73dSXMdMMmqroZW69NLWZwxwdSzTpfr9kIyK0rBNPGXpXiWSXO8S6ICVRJNJypaaUqQpktp6laQB/Fk1EA+HV0eXyFdnJfFwVwxLJi8HFPybhvuy7BKwOUB/IxnH7ec107D2NhRfCWMfB3f0/uSAVrEu
+QmlnIXftrUsI1TV5pd81bTA9essgco4JFIg59cV1Q==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]|fs|[fs]pay.ebay.com[/s]/rxo]]_Wed,-09-Aug-2023-14-32-15-GMT.mhtml

**Hash (SHA256)**

94b604b8f23b25b009b914a2f4f50f6315d5ab2fe10662a73aa10b7b63e97a0e

**Signature (PKCS#1v1.5)**

PCWTC2mHQ/2bu7EPqO8BtMNvyr+UTSMbXGpel9LScwE+wb+ggaPGnsfuX0GZ3ks0v0eVTKCqbgBOwhiDYiFA13l6s9lD8VWgXfLGKOtNGrOz2MNXUuqRiPWKsBw2wxnUTQnwoK0kUGzQF7273Qx0M3lNLv43892chaACE+ziaze/0vd3d3OYnpzu+l9W4YwaVFY0xcUzm603baobTQ
+UlfBmbdusqXt4a+DoYqk1KCX/j0amT6pL9/PUlhysayKRcptnhE4TAtJej4PDXp04BC6vFhLzWYQSQ5zE49qDsqkOo+BiQj2rLY8WPmgrwufzk9VRfVZCCz841Dz3OnK4iA==



# Evidence Collection Report

Page Title
Pretty, Dainty Smiley Cat on Silver Plated Oval Stud Earrings, UK Seller, eBay

URL
https://www.ebay.com/itm/393940213487

Collection Date

Browser Information

Digital Signature (SHA256 / PKCS#11 / X.509)

## File Signatures

SCREEN CAPTURE

Signature (PKCS#11)






People who viewed this item also viewed

   



Similar sponsored items

    

Related sponsored items

   



Item specifics



Detailed seller ratings

Seller feedback

  

Explore related sponsored items

 



Related sponsored items

 

People who viewed this item also viewed

    

Find more sponsored items

  

   





AXENCIS
Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**
Smiley Christmas XMAS T-Shirt Christmas | eBay
**URL**
https://www.ebay.com/itm/255790878143
**Collection Date**
Sun, 06 Aug 2023 23:43:13 UTC (US Department of Commerce / NIST authenticated timestamp)
**Collected by**
Michaela Borja
**IP Address**
2001:4450:493a:a500:b95b:2e52:205f:8608
**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36
**Digital Signature (SHA256 / PKCS#1v1.5)**
XH3SeYNMhHxUiRu02m2ac70CoFiNPLROmi98zlWQxrrsCiFz4xLKBfCDNoRVLZD1JmpYviR7bJBhv7IH/iX3USJjDXvX3wojs2J8JS1gWsBPUkK6x1DoRdzXnpAMJBNJgifJm7DzgDtvSzbRISM4Ahr/nwmz7oB9addchPF+vQVT9xPfrphpqzk/DIKCKrwR/x7xrBUWy
+GbQDhh1YRAVNqIUMajntZQAwOUfYyc7ultDSzyyZa4IsWdUoggYSSmY0MohrfULbclk+DabA9wXbXmSFEJzs9PNOPaDuUcpeGWzZKtE9UoPH9kuYOqLrY3IlIlGZGU7fjbxk7D4Ay3dA==

# File Signatures

SCREEN CAPTURE
MHTML
**File Name**
screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]255790878143]]_Sun,-06-Aug-2023-23-43-13-GMT.mhtml
**Hash (SHA256)**
4d730bf39655af7f432ebcb104184aa84776a04beb1de056d4050d982ca4ef45
**Signature (PKCS#1v1.5)**
fLBudcbjcJWI1Qs2a1U8Ew36E7Z66GFxhNapgDRsXLm707VfQ4YgcdGWyFIdO5UhggWqJVRsGfV/mLbUxpZzCwvHbc3wLP8IYSxJcpIohndte1RHNvtnEcb3THR3ApUy3tGAwGLv0YgDLpcSSYjwMT7h9CZpSBy
+BgC3WbSGciublFEKaZk4G5NjcGFmttWJU4uS3HcKDeSXZ26CEnkSYx7g1Tpx857DwRRVUMeeqllLjDKPSy0LOiCVUpoCm9Z8z3EsBwJWChrgjb5/bf9UaIA8/HqYNZclX6mymny0v8Zzjb9Pye1B82ZX6u0p7VHpHcGnQOBohnd5tghgvcBT+w==

Hi Jade ! Daily deals Brand Outlet Help & Contact Sell watchlist MyeBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in categories: Clothing, Shoes & Accessories Men's Clothing shirt t shirts shares | Add to watchlist

Have one to sell? Sell now

## Smiley Christmas XMAS T-Shirt Christmas - show original title

Condition: New with tags
Size: S
Quantity: 1 4 available

Price: EUR 17.95
Approximately US$19.79

buy it now
View in cart
Add to watchlist

Breathe easy. Returns accepted.

Shipment: EUR 13.90 (approx US $15.32) Standard Shipping . See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Recklinghausen, Germany

Delivery: Estimated between Fri, Aug 11 and Thu, Aug 24 to 33132
Please note the delivery estimate is greater than 3 business days.
Please allow additional time if international delivery is subject to customs processing.

returns: 1 month returns . Buyer pays for return shipping . See details

payments: PayPal G Pay VISA Mastercard AMEX
Earn up to 5x points when you use your eBay Mastercard®. learn more

Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or your money back.
learn more

Seller information
all nation shirt ( 4501 ★)
92.2% positive feedback
Save seller
Contact seller
Visit store
See other items
Registered as a Business Seller

## Similar sponsored items see all

Feedback on our suggestions

| | | | | |
|---|---|---|---|---|
| Men's T-Shirt Christmas Ugly Christmas X-Mas saying funny Merry | Men's Christmas T-Shirt Funny Tree Rex Fun-Shirt Parody Christmas Xmas | Team Grinch Christmas Xmas Christmas T Shirt | Christmas Grinch Saying Baby Yoda T-Shirt | Men's T-Shirt Ugly Christmas Very Happy Snowman Christmas Fun Shirt |
| new | new | New (Other) | New (Other) | new |
| $20.83 | $19.73 | $19.61 | $19.61 | $19.73 |
| + $10.91 shipping | + $10.91 shipping | + shipping | + shipping | + $10.91 shipping |
| 46 sold | Seller with a 99.6% positive feedback | 83 sold | 15 watchers | Seller with a 99.6% positive feedback |

## What's your size?

Add your size to see recommendations that will fit better

Add your size

## Sponsored items inspired by your views see all

Sponsored

Feedback on our suggestions

| | | | | |
|---|---|---|---|---|
| T-shirts men's brand new Smiley M, L, XL, 2XL, 3XL | Team Grinch Weihnachten Xmas Christmas T-Shirt | Amplified Nirvana Worn Out Smiley T-Shirt | Team Grinch Weihnachten Xmas Christmas T-Shirt | Kolben Smiley Tshirt bedru Personalisiert S-5XL (154) |
| New · Style | New (Other) · JHK | New · Amplified | New (Other) · JHK | New (Other) · Fruit of the L |
| $24.00 | $19.61 | $29.28 | $19.61 | $11.01 |
| + $5.00 shipping | + shipping | + $12.12 shipping | + shipping | + $4.95 shipping |

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Nov 22, 2022 23:56:14 PST View all revisions

eBay item number: 255790878143

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Druckgrafik | Ja |
| Textilpflege | Maschinenwäsche | Abteilung | Unisex Erwachsene |
| Produktart | T-Shirt | Besonderheiten | Alle Jahreszeiten |
| Größenkategorie | Normalgröße | Handgefertigt | Nein |
| Ausschnitt | Rundhalsausschnitt | Passform | Regular |
| Material | Baumwolle | Personalisieren | Nein |
| Charakter | Weihnachtsmann | Marke | Markenlos |
| Farbe | Schwarz | Herstellungsland und -region | Unbekannt |
| Thema | Weihnachten | Charakter Familie | Weihnachtsmann |
| Ärmellänge | Kurzarm | Herstellungsjahr | 2020-2029 |

## Item description from the seller

**Xmas T-Shirt**

- **Mit diesem coolen T-Shirt kann man sich überall sehen lassen**
- **Mit diesem modischem T-Shirt sind sie garantiert ein echter "Hingucker"**
- **Bequeme Baumwollshirts - EU Größen (fallen normal aus)**
- **Aufwendiger Design - Qualitativer Druck**
- **Pflegehinweis: Maschinenwäsche mit Color-Waschmittel, 30/40°C**
- **EU Größen - Die Größen fallen normal aus**

## Business seller information

ekrem dangir
Ekrem Dangir
auguststrasse 53
45661 Recklinghausen
Germany
Impressum Angaben gemäß § 5 TMG Ekrem Dangir Auguststr. 53 45661 Recklinghausen Telefon: 0177 - 27 800 47 E-Mail: daged@gmx.de Umsatzsteuer-ID: DE34050573365 unter https://ec.europa.eu/consumers/odr hat die EU-Kommission eine Onlineplattform für die außergerichtliche Beilegung von Streitigkeiten aus Online-Kaufverträgen (OS-Plattform).

Phone: 01772780047
Email: daged@gmx.de

**Value Added Tax Number:** DE 340504641
I provide invoices with VAT separately displayed.

**Terms and conditions of the sale**

Allgemeine Geschäftsbedingungen
Vertragspartner
Auf Grundlage dieser Allgemeinen Geschäftsbedingungen (AGB) kommt zwischen dem Kunden und
Ekrem Dangir
Vertreten durch Ekrem Dangir
Adresse: Auguststr. 53 45661 Recklinghausen
Tel: 01772780047
E-Mail: daged@gmx.de
Umsatzsteuer-Identifikationsnummer: DE34050573365
, nachfolgend Anbieter genannt, der Vertrag zustande.
Vertragsgegenstand
Durch diesen Vertrag wird der Verkauf von neue Waren über den Online-Shop des Anbieters geregelt. Wegen der Details des jeweiligen Angebotes wird auf die Produktbeschreibung der Angebotsseite verwiesen.
Vertragsschluss

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| Accepted within 1 month | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

Return policy details

Verbraucher haben das Recht, den Artikel unter den angegebenen Bedingungen zurückzugeben.
Nach Erhalt des Artikels sollte Ihr Käufer innerhalb der folgenden Frist den Kauf widerrufen bzw. den Artikel zurückschicken:: 1 Monat
Versandkosten bei Rückgabe trägt: Verkäufer trägt die Kosten der Rücksendung der Waren
Weitere Angaben zu den Rücknahmebedingungen: §12 Widerrufsrecht Sie haben das Recht, binnen 1 Monat ohne Angabe von Gründen diesen Vertrag zu widerrufen. Die Widerrufsfrist beträgt 1 Monat ab dem Tag an dem Sie oder ein von Ihnen benannter Dritter, der nicht der Beförderer ist, die Waren in Besitz genommen haben bzw. hat. Um Ihr Widerrufsrecht auszuüben, müssen Sie uns (daged-buy, Ekrem Dangir, auguststr 53, 45661 recklinghausen, Telefon: 01772780047, E-Mail: daged@gmx.de) mittels einer eindeutigen Erklärung (z. B. ein mit der Post versandter Brief, Telefax oder E-Mail) über Ihren Entschluss, diesen Vertrag zu widerrufen, informieren. Sie können dafür das beigefügte Muster-Widerrufsformular verwenden, das jedoch nicht vorgeschrieben ist. Das Widerrufsformular finden Sie unterhalb dieser Widerrufsbelehrung oder als PDF unter www.daged.de/Widerrufsformular Zur Wahrung der Widerrufsfrist reicht es aus, dass Sie die Mitteilung über die Ausübung des Widerrufsrechts vor Ablauf der Widerrufsfrist absenden. Folgen des Widerrufs Wenn Sie diesen Vertrag widerrufen, haben wir Ihnen alle Zahlungen, die wir von Ihnen erhalten haben, einschließlich der Lieferkosten (mit Ausnahme der zusätzlichen Kosten, die sich daraus ergeben, dass Sie eine andere Art der Lieferung als die von uns angebotene, günstigste Standardlieferung gewählt haben), unverzüglich und spätestens binnen vierzehn Tagen ab dem Tag zurückzuzahlen, an dem die Mitteilung über Ihren Widerruf dieses Vertrags bei uns eingegangen ist. Für diese Rückzahlung verwenden wir dasselbe Zahlungsmittel, das Sie bei der ursprünglichen Transaktion eingesetzt haben, es sei denn, mit Ihnen wurde ausdrücklich etwas anderes vereinbart; in keinem Fall werden Ihnen wegen dieser Rückzahlung Entgelte berechnet. Wir können die Rückzahlung verweigern, bis wir die Waren wieder zurückerhalten haben oder bis Sie den Nachweis erbracht haben, dass Sie die Waren zurückgesandt haben, je nachdem, welches der frühere Zeitpunkt ist. Sie haben die Waren unverzüglich und in jedem Fall spätestens binnen vierzehn Tagen ab dem Tag, an dem Sie uns über den Widerruf dieses Vertrags unterrichten, an uns zurückzusenden oder zu übergeben. Die Frist ist gewahrt, wenn Sie die Waren vor Ablauf der Frist von vierzehn Tagen absenden. Sie tragen die unmittelbaren Kosten der Rücksendung der Waren. Wir bitten Sie, von einer unfreien Sendung der Retoure abzusehen, da hier hohe Kosten entstehen, die ebenfalls Sie zu tragen haben. Ausnahme des Widerrufsrechts Für Waren die unter die Ausnahme des §312g Abs. 2 HGB fallen, nämlich Waren, die nicht vorgefertigt sind und für deren Herstellung eine individuelle Auswahl oder Bestimmung durch den Verbraucher maßgeblich ist oder die eindeutig auf die persönlichen Bedürfnisse des Verbrauchers zugeschnitten sind, besteht kein Widerrufsrecht. Im konkreten Fall von Shirtracer betrifft das alle individuell bedruckten Produkte aus dem Onlinedesigner oder aus anderen individuellen Aufträgen sowie Änderungen von fertigen Produkten nach Wunsch des Kunden. Widerrufsformular Wenn Sie den Vertrag widerrufen wollen, dann füllen Sie bitte dieses Formular aus und senden es per Post, E-Mail oder Telefax an uns zurück. An Ekrem Dangir august Straße 53 -45661 Recklinghausen E-Mail: daged@gmx.de Hiermit widerrufe(n) ich/wir den von mir/uns abgeschlossenen Vertrag über den Verkauf der folgenden Waren/die Erbringung der folgenden Dienstleistung (Name der Ware, ggf. Bestellnummer und Preis): ______ Bestellt am (Datum): ______ Erhalten am (Datum): ______ Name des/der Verbraucher(s): ______
Anschrift des/der Verbraucher(s): ______ Unterschrift des/der Verbraucher(s) (nur bei Mitteilung auf Papier): ______ Datum: ______

## nation-shirt

**92.2%** Positive Feedback
**19K** Items sold

Visit store
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.8 |
| Reasonable shipping cost | 4.6 |
| Shipping speed | 4.5 |
| Communication | 4.6 |

### Seller feedback (5,153)

o***g (1876) • Past month
Tip Top!
Neuseeland T-Shirt Name & Nr nach Wunsch Fußball Trikot Look WM Personalisiert (#254819497562)

0***r (40) • Past month
Perfekt
Pele Brasilien Weltmeister T-Shirt -Kinder & Herren - WM Fussball -nr.10 GE (#266063000350)

k***k (1082) • Past month
Keine Ware erhalten. Verkäufer reagiert auf E-Mails nicht.
Sardinien Fahne Flagge KFZ Aufkleber Karte Sticker PKW Auto 8x5 cm (#255777365146)

See all feedback

### Popular categories from this store See all

Afghanistan Albanien Algerien Andorra Angola Argentinien Armenien Aserbaidschan Aufkleber

Back to home page
Back to home page
Return to top
Return to top

More to explore : Smiley T-Shirts for Men, T-Shirt T-Shirts for Men, T T T-Shirts for Men, T-Shirts for Women, AND T-Shirts for Men, Affliction Men's T-Shirts, Band T-Shirts for Men, White T-Shirts for Men, Boys Tops, Shirts & T-Shirts for Boys, Polyester T-Shirts for Men

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. accessibility, User Agreement, Privacy, Payment Terms of Use, cookies, Your Privacy Choices and AdChoice

















Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Sun, 06 Aug 2023 23:44:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:493a:a500:b95b:2e52:205f:8608

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PQRa2dAUQk95q9Da4Xpwxmuf8f1l+/RBakk16ObNrEdGZpH5pXUJHCca0cgqUoMAhTEkDdZqTVzG5rHHAVlHMKe91sWAYhBKWoHNBsYlsY0sLJJuyjU/t+PGmuEDgczJlk46h3VPq0Z2TG5ybZg/sJcCydZHK0JMM/k/49YDbzbu6edReubPE6rdPR34+m
+d0gtvKcCqGaDeZyRhtzQI4xkYMcjPJca0FSwASw0x9Vu878I4z811njLNXldZ60X7nNzTH67am4Iq6qzsYnEWdMNZLt6WMcFwW6aWsSYTfq2KR8ZBkRu/pVyBouEHHc/pUdcvLg+GOztdTc/pLf76Q==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Sun,-06-Aug-2023-23-44-04-GMT.mhtml

**Hash (SHA256)**

403dca681a16032c49a36eefdaabcbbf2b48c944bf7900a0fd0f2390d1b5d69c

**Signature (PKCS#1v1.5)**

fENgtOFPU1XvPR2gqC6c2xAfzPxcuNfZ/GN8MYdaSpnd0+Q/M29mLeio+nH0/ON0BJshmMYyqacX86qq67dcIcMqItcnS7Y4eFs1NjzN+h7gvMBQrzWgIL1bHUCfLF81urM39VMT0De8xqCbIYf4GflYgs6AqXhC7gkNoeQUvww8TNLa01kvvylfEgVMbKhcjo42qIP+UFF
+bVqHtsRuSTzpi4fmVhzDWD4vhqgmsTuIxMHhuuATiGwx6UNyqglsamDZs44q68ByGs8DvBSOlv5/X7jEqZ0twVSN5x8tj47Emy+mjTsa5rRl6zcFItEHeHgYA/g/Yi6MlntVIPWw==





# Evidence Collection Report

Page Title
Smiley Face Earrings Solid Silver Gold 14K Gold Emoji Happy Boho Fun Hi Quality | eBay

File Name

URL
https://www.ebay.com/itm/199447703925

Collection Date
Tue, 08 Aug 2023 13:51:25 UTC (US Department of Commerce -- NIST authenticated timestamp)

Collected by
McCarter Acres

IP Address
[redacted]

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7-S)

## File Signatures

SCREEN CAPTURE
MHTML

Hash (SHA256)

Signature (PKCS#7-S)





### Sunken Face Earrings Solid Silver Solid 14K Gold Emoji Happy Boho Fun Hi Quality





### Similar sponsored items



### Sponsored items customers also bought







### Item specifics

### Item description from the seller



### Business seller information

### Return policy





Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 12:02:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

DRBwIpvEDL8B8UvH1t/nu3DtuDkdco/YdFOr8i3CFi4ooCiMtAZE5glIhRps6hA/arnXoZntl3N5xvJDk5HsGPcEfK6EgbEUfeTV8vlDM6cyfaGZ6MPz1OFr6awk4pvsn6dMcs2aGHQ0LmP4YubDzqaN6mQC1DX+ouV3fJwtSSVdPD1vZ6PwPx1h7xc4tGRxkrka/F9eBI7/TRwkUfFV6uZwA9JNmHB/BRl69zyIgerkQUQ4IajfI4Qvm2lyumIAKi4ZU1gW71N5zDI8tnKdHZu4KwrUeH03524JR7ME4zqddxfngOSLJWG9pwoAEIynTGExqervs4PymYhbke8w==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]f[s][fs]pay.ebay.com[fs]rxo]]_Tue,-08-Aug-2023-12-02-34-GMT.mhtml

**Hash (SHA256)**

bcdc3f6b12d2de52666dd716159fb8bc4fb6a00370f880cbba7021858186422a

**Signature (PKCS#1v1.5)**

clVcsyh0kMziuMutqOUzhWpP5jet5z9HI8yQDp1S4xbTrdlcKXR2tdVyat2l7MiU6ituV4j/J9pEl7jLS0fiitnF/k6zSDJoIMMFSCZNS1ME33o2qbAT+dlYo0Sn2MmiQ6ykmPTgKAB9rPXH7W6q+vQ/CB04+F3wlZDYdKV9St8mxFkwyZYO+bQTwCDI4bb9f0C7RKZtJN5Ra5k+bGqkZFcdxQSWl2Pme88ioWqW1N0AI1YXX9meA2ZCNCBLZNgcyYuxfzoM6eU2RnFJV+qiZLmJ4/D8zDIsM5flp1m2xeSk+MN3D/jtM/UuB6lvlP0wPRMhR9Fxno53SWRRPre9x9dQ==





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



# Evidence Collection Report

Page Title
Smiley Face T-shirt - Acid Face Bonus Rave Mask Festival Retro Top Tee Funny | eBay

URL
https://www.ebay.com/itm/224870198737

Collection Date
Tue, 06 Aug 2020 14:54:06 UTC and logged based on screenshots / HAR / authentication timestamps

Collected By
AXENCIS

Software
https://www.axencis.com

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/1.0.0.0 Safari/537.36

Digital Signature (SHA256) - PREVIEW HTML
3915482a97e49520...

# File Signatures

SCREEN CAPTURE
SHA256
screencapture...

Signature (PREVIEW HTML)
3915482a97e49520...






















Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Thu, 03 Aug 2023 12:27:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49c4:8c00:5d47:e620:261b:674

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

brmm8eJaw4zI8/EwHOJ8ZvZX+WmczysbPLqKv0Wir88jQH1i0U8A3sGW4p9IqlKi9VVezx+V2+G2mC9ov4A4sKDwaCQ2wzaXBEA4n7NkK/u3TZxaIQStW28VGctqqQiBlvL3bMvtoExLRNjUbFBODjk31VYKRpEfoNLECF8ns5366luNAr3QVP3Brw0LpVoDjyToV7T3UXI+ZzFxZJ2Dzqi6Fr8I8AZqz96SdDH/btSbQLE6BrEyEUbhR7FOW1mwb24cozzvppNWBkdjypfWDXJPRwf5wO4vCNVVM6ZQvnGI5IPj7+I5GmPjJMWB8T8BJkRryPl3L02fT/nQs4Ww==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Thu,-03-Aug-2023-12-27-02-GMT.mhtml

**Hash (SHA256)**

bb8cc0125ac96e28bb3dcd15ba0015075d55720edb8688d1348d3c35e4240cf56

**Signature (PKCS#1v1.5)**

XdoMuPZ/sE5XZtCZ1Vkbegkm29Ah4W/KFsWo8y2d
+ZVeAbTnGhzAmW1ZcwgoQQie1U/20Vq9No0PmRmBeH8w0wNWMGEnhcE7ZPhLzfYGzYc3wJiKSQhR6KMMS52mL4q8vL3HLvkV7M8JdKPcvwuXl0XxNHFiFX6/06v8QPa3O38fZOD39UMm3ZLUn/4oo/50sVbONzqiZZUAMt9TMC2nVwavUe2cEA0TQhsz8CtTGtg+JDwpXdrKbjkCo8zgEInr5+zSVj5Zf/O38p6q1e7WLcs6WfRalL4Dggpk3UUfaq9DWa88pz2HmP5Qgo8zre+QJ1V1w4Rf1jkwIuUB3JvqA==







# Evidence Collection Report

**Page Title**
25mm Emoji Badge Smile Asshole Red Smiley Face | eBay

**URL**
https://www.ebay.com/itm/364388731984

**Collection Date**
Sat, 05 Aug 2023 16:57:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4490:4490:3600:7a9a:4437:a2f4:5f1f

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**
0x6b88f5a4e5f9b8c9b8b2a58d1e5c8... [truncated]

# File Signatures

**SCREEN CAPTURE**

**XHTML**

**File Name**
screencap_[0mbjsjb]tb]@screen-shot[tarm][id364388731984]][Sat, 05 Aug 2023 16:57:51 GMT.mhtml

**Hash (SHA256)**
9e8caac566df7266cb629ebb54b70c1517bdd024878363674e0e15817dd051

**Signature (PKCS#1 v1.5)**
026344c7bf1zb8j46nm1g6ge1uibxe5j6b9b1sce4h5e59fcbfd9b4fed9ca1f6bjhy6bd58baubbae6vy36idhcbwx6xg2w06y68e7foqge56be6b8h2cpf1v1.5ac[c42xm5gbg6g5dvp52ugkd7nw4b4n7crud7nx...]

---

Hi Jali! v   Daily Deals   Brand Outlet   Help & Contact                    Sell   Watchlist v   My eBay v   🔔   🛒

**ebay**   Shop by category v   [ Search for anything                    ]  [ All Categories ]  [ Search ]   Advanced

Back to home page   |   Listed in category:   Collectibles > ...   Share   Add to Watchlist



## 25mm Emoji Badge Smile Asshole Red Smiley Face

| | |
|---|---|
| **Condition** | New |
| **Quantity:** | 1   10 available |
| **Price:** | **GBP 1.59**   Approximately US $2.03 |

[ Buy It Now ]
[ Add to cart ]
[ Add to watchlist ]

**Shipping:** GBP 15.89 (approx. US $20.20) Expedited Shipping to United States via eBay's Global Shipping Program   See details
Located in: Birmingham, United Kingdom

**Import charges:** Free amount confirmed at checkout

**Delivery:** Estimated between **Mon, Aug 21** and **Thu, Aug 24** to 33132
Includes **international tracking**

**Returns:** Seller does not accept returns.   See details

**Payments:** [PayPal] [GPay] [VISA] [MasterCard] [card]
Earn up to 5x points when you use your eBay Mastercard®.
Learn more



**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
andcamp-59816 (599 ✮)
100% positive feedback

See seller
See other items

Have one to sell?   [ Sell now ]

International shipping and import charges paid to Pitney Bowes Inc.
Learn more

---

## Similar sponsored items   See all

Feedback on our suggestions

    

| Emoji, Ferroo Smile pin badge | Smiley - Small Button Badge - 25mm diam | Nirvana Smiley Face 25 mm Pin Badge Button Music Rock Band Group Logo Gift NEW | EMOJI COLLECTION - 20 X 25mm 1" Button Badges - Emoticon Smiley Bargain Bundle | Emoji 25 mm Badge Pin Button Smiley Face Text Messages Memes Artwork NEW |
|---|---|---|---|---|
| New | New | New | New | New |
| $5.74 | $2.23 | $3.81 | $12.74 | $3.81 |
| + $18.99 shipping | + $18.99 shipping | + $12.02 shipping | + $2.57 shipping | + $14.17 shipping |
| Seller with a 100% positive feedback | Seller with a 0% positive feedback | 33 sold | Was sold | Seller with a 99.8% positive feedback |

---

## Sponsored items inspired by your views   See all

Feedback on our suggestions

| TOO LOUD SMILE FACE OIL SLICK CHROME FUNNY CAR STICKER DECAL BUMPER WINDOW VINYL | New Rare Lil Wayne Tattoo Smiley T-Shirt Cotton Black S-3XL T-Shirt 48046 | Cup Scaler Film w/ Clear Colorful Smiley Face Design PP 90mm-105mm for Boba Tea | Smiley Happy - Smile Face 2.75" Iron-on or Sew-on Embroidered Applique Patch | 391711 Ander Smile Smiley Face with Headphones Art Decor Print Poster A0 |
|---|---|---|---|---|
| New | New | New | New | New |
| $4.15 | $18.99 | $56.99 | $9.99 | $12.48 |
| + $0.00 shipping | + $0.00 shipping | + $0.00 shipping | + $0.00 shipping | + $0.00 shipping |
| 30 sold | | 108 sold | 46 sold | |

---

About this item   |   Shipping, returns, and payments

Seller assumes all responsibility for this listing.

Report this item

eBay item number: 364388731984

## Item specifics

| | | | |
|---|---|---|---|
| **Condition** | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | **Type** | Badges: Pins |
| **Decade** | 2000 to Present | **Theme** | Novelty: Message |
| **Material** | Steel | **Sub-Theme** | emoji |
| **Country/Region of Manufacture** | United Kingdom | **Personalize** | No |

## Item description from the seller

25mm Or 1inch Badge
Emoji Badge
Smile Asshole Red Smiley Face Badge
Quality D-Pin Clasp

---



**andcamp-59816**
100% Positive Feedback
599 Items sold

[ Seller's other items ]
[ Contact ]
[ Save seller ]

**Detailed seller ratings**
Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 4.8 |
| Shipping speed | 5.0 |
| Communication | 4.9 |

**Seller feedback (140)**

✓ r***r (79) · Past month
Received
Rare Original Smiley "5 Yes" #FS de 2007 Tour 7.2cm x 11.1cm (#364172110807)

✓ d***j (3907) · Past month
Really quick, great, thanks!
25mm Badge Of Self Love Emoji School's Days Emoji In A Badge (#4661503936500)

✓ 8***f (185) · Past month
Fast Delivery, Great product
25mm Badge The Stone Roses Lemon Retro Badge (#166620602215)

[ See all feedback ]

---

More to explore :   Red Coca-Cola Pins, Badges & Patches, Badge Collectible Obsolete US Police Badges, Badge Collectible Obsolete Police Badges, Scout Badges, Sheriff Badge, USSR Badge, Cat Collar Badge, Girl Scout Badge, Collectible Airline Badges & Pins, Collectible Obsolete Police Badges

About eBay   Announcements   Community   Security Center   Seller Center   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments, Cookies, Your Privacy Choices and AdChoice



Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Sat, 05 Aug 2023 16:58:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:495b:3600:5de7:1e5c:6937:d294

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Co0ALH0FczIhXGe9AWcmCvwQwngAaEMdz1cs0oXMTql4EwLJF0t/njAdCc5WyXiSLIgbReDfosDiZ0De+uSu+ylY23PQotk0QBvH47goZE5KCnguMGLr9iWSVAUjBo7ATMHwLssjbAumMGA2XtP6A26EyR//Pl0yBlCugG71d/v3Ke+M+XJlgB7EX1/opSPwtc5LoJGjQ+/NxXFhlozbogo+jyTD9skj12DVjCuoSL51eXw6fXbXcrdP3O9lmhxB/2vCUBQsZMbUyw2swO1z+jkxflElfgMZSvLPZJcSSlhC/A6kPU+HantR9A+n5vXzUhF4fs8ukYjOkMs0o0QcEQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Sat,-05-Aug-2023-16-58-59-GMT.mhtml

**Hash (SHA256)**

8b576640127cca50dbe0aeef96bd023f8f2634f9376dad7aedc32a6834b8f60cac

**Signature (PKCS#1v1.5)**

jOYBiHUFzutlR7+uDJi5MtdrC/fKPuTAm3O6osXoXlwVk23FZelF9tnNXQaXLJbwm3pcVy5XXx0DDriQD9nKFwOFBrtP/Yllrl+JTXWsBPRuJ5roeiHmMbMQv9QoL0Jx7ZH7Ukqlh3EJdXVmwZ1fMh47z830EcPGTeXgX6z6E8J6clfiGNvveUkV1lj7R+K8yBwygP5H5Kb/l7EeSYaMNdlmZDTPiXGmWJN37ZTk2c/txoN9zoQAUDtT6RseluY3aRwbLPUbX0fyKfRCX3y1co26bzCl99HN6LexHY0DAPiubSA3DxAJwhLSfQoOMsKSbo6dXdsv7dY2l/ZFdMNQ==






Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 15:57:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:491d:2d00:69bf:7906:a752:afb0

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

clN2tIzhJJxb/BfprcoI62vKLdNJKYnH+fTyEIntIeSfBY745wZv7U1g4FQNgzJyvS9733uuBLftgLhqUSeOZxBY1Vd96C6dXPIubabyrUsADNA8VkefmCeCKWiDLheQjCLpaWIiugwF92aT/QUHHpDO/3TnAbAhNtaQL8mOjHRuQQn0sKtq0eu/6C383k4tNgExfg2psSO5qm4BBvVC1NcpGu7yftKxSpL/5OpWo8A6z2cA4OmPJ8/bJecuamO8Z1rzru8fyNXaif0kCEF8JYWjk0NJB9vU17JkYE+RdjPIW7Tn3IZoEBK5Mg2ZO1UQ62dpC58TV2d0hiMI+HhA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-15-57-31-GMT.mhtml

**Hash (SHA256)**

8397644e920f910f7d134034c168a8b135fe3e8b620c5a38de572abf3c72c709

**Signature (PKCS#1v1.5)**

Wndtvnb0IHWmorPx0qpOgL0/ZiCuYttWuuWO5KWssz+8sKlYLzZCwd3ZJjKlZAimNspjfm0BbHwc2v6oLoz3BHv8nsN/oJJReKdsz5rwF7h8P4KujDZXCmYsI0J++IMA49yc3zsqjy8wNooYU7d5ffM/Im6XnuCn5xIrolbvA5g68sI9AyJ80/F7pkQLi1DgnYi13cvFvZ5I0j8adj1UuA5H0x+2Io5KYP/ZXOzqTgOBhokvG5nEwdjl4iRDRH7OgQWlBC56sbf7JHzU6z3t0SU5ISICsszyAZpACFS/0DhYCTxF3hV0cLL+QCWn0G07GYucpTnYoeX153Dm2c5e7g==



Case 1:24-cv-03748-HHS   Document 6-7   Entered on FLSD Docket 10/28/2023   Page 32 of 143

# Evidence Collection Report

Page Title
Cip Ice Smiley Emtiley Datacheed Blogger Earrings Sotliey Punk Earrings | eBay
URL
https://www.ebay.com/itm/363207124997
Collection Date
Wed, 02 Aug 2023 17:36:25 UTC (US Department of Commerce - NIST authenticated timestamp)
IP Address
185.236.1.16
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1 v1.5)
26f4fa47771fc84f2ce9e44ebda273a2bf5d19bce0c64a2db9a8c9d5e4c3b

## File Signatures

SCREEN CAPTURE
File Name
screencap_363207124997.png
Hash (SHA256)
b1a2b6d4d0f9ad3e0ada7dcad8e5e34946e5e5ab1b90c76e7bb3bdba57e78
Signature (PKCS#1)
a24a85a3cd8e5e4f3e4fbb4e34fae8c84f3b84a5e39be29...



  

 





    

   

    

    

   

 



# Evidence Collection Report

**Page Title**

Amazon.com: Out And Proud Smiley Face LGBT Pride Tshirt, Pride Month, Lesbian, Bisexual, Pansexual, Gift Shirt, Shirt For Boyfriend,Gift For Girlfriend,Unisex Tshirt,LGBT Shirt,Gift For LGBT,Pride Shirt : Handmade Products

**Collection Date**

Wed, 16 Aug 2023 04:33:00 UTC (US Department of Commerce / HGT authenticated timestamp)

**URL**

Remote_var.redesign

**IP Address**

2001:aa8:8xx3::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/110.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7 D. 2)**

VdhTgMWphMYPDkbcqPL4C3iLrDm50vbXgd5tQSyADJdxPmOdTdp28BlmG2HQWHrXfBdkMJrSBXqwG9LtJZnZBTqgYvHdBTnRZnMDX3qZrPGbN...

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_0hxjaG6JDfd2wzs amazon.comDhjdqBGB5tDcJZdYM_Wed_16_Aug_2023.09.08.09.GMT.mhtml

**Hash (SHA256)**

0ba4a6a1f8bd3e4cc6757b3dcfa5fc8fa0be7bfb3c2d4a6b85b06

**Signature (PKCS#7 H. 5)**

w2aUqfjGY62G0Z8yJe9xBnGX6J4GE2xSWHX8bJNPN9vNCJ05EvBT45VzBBcGQP3GPhsHQkSxKKSd...













Investigator Name: Remmel Jae Inabanган

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 16 Aug 2023 09:37:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

IiJuiuaPYmRaeELPLWoyjrR69QVkE/jyzNPWSFZw98XhjREyNikpQyVOi0//UpL5iC6cP1vegmzwB24cGOELAGxpVq/zgBv6BsXodcaTJMvVeppeM93JVi6FNhER7NeK2YO86xpClCkrP9e8rPiaQxBp+7PVKrfCrvDOAyc48rfhJqgBysn+PcrhZM5F6pzLvPgoHzWwdv0kV87jTG55xdBJNlQ08mWBmvTgM6OGSUgM0QG0lsJ+uxg0k+Nz6l6L6+U004/iUnnVMfttTDEh1+yzLLjoipRZX7qT1zVSxfXHct64s/OYv3kxivyb/fQz7DfEoCyWSsdHjrAfPOZ50NGA==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed-16-Aug-2023-09-37-47-GMT.mhtml

**Hash (SHA256)**

2abf1ef59a2f660b392aea1861cc28a210f5e2853ad124e6262fd8685730f36b

**Signature (PKCS#1v1.5)**

vNmg8oNfkHhyPkR9NT0lxSW36QMM006/1bIIKp4fCzCLJrjqwo1caSUlaof+3dz6rCYABrGMfAX7MIUaHFllaFNQhxIBSa+DTvrKLK1xfKtUuyRbGwzElRsLPwrKKUB5ui43fRhV2eeFdAeGgyz66xE1f6tLhnSVv+rcG2SMlyg4BTX4LaYLkn/hhuylNyl9Ag6V0NHeGSZ/2wJ5zfiXBBlLTdVc3vHf/Vhub2cTScXZPiwKS6/30B1MgAqiYw/C8W2UryIhhzDcrefuWC2fJJs6aheat6s10XU+z3I49lpennuVIYiAOsE7Ey5REdDdFRlwbQxHNBxO8IfD4+U8Jw==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: 12pcs Cute Happy Face Patch Iron On Patches Sew On/Iron On Patch Applique Clothes Dress Plant Hat Jeans Jacket Bag Sewing Applique DIY Accessory : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/dp/B0979ZBMKY

**Collection Date**

Tue, 08 Aug 2023 07:50:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

RBu88sEHkr+DzKxdXxtER62JNXOUWlT2OcLqdlezdeKzEA3n7dwhS4GKNQ+sdWEpPwEUIA5hSyfo82CkzXcfib+IHyPuFPT5m1TvmAyhsLNaYLeHvA8c2JrdrFHCxmhW7jkcjlFPJ5Drq8iZIu4Rx/GlT+jHwph1L+PaH7a1/ydhwoAwrXSWqNmxwcSenVtdk0oMmgLLeqhrYQVs
+6OxM0x8DKVAlmGIX5PJPuhdrG4PpOxntLHDpvEHiLK3u4/HZPMI96wR5p2fGOtgf+GtFDmZMBKikTpNt3L3J5HaZUWKiSAMy9hWMkgvK9iPOLagCVGfdOuN5tutaZ9tr65DGA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0979ZBMKY]]_Tue,-08-Aug-2023-07-50-22-GMT.mhtml

**Hash (SHA256)**

9bc6b9b59cbdc9a668df19327228641f21dc97b50e78153c0f8489d2cce9276b

**Signature (PKCS#1v1.5)**

DLgLBik2dLsSzKhG0bI3TzDqPnfXtFQpfKpQqlRJu6jw70wf7CSdWhxQSlRMcEmX8lGGKp8UrcVcSxUEfJwcDaW4N4uiY6qcyDDhYd+eISEjQEpKW3B9jTIQPkfxP89Ir4e5cIjTceAJOVaJIgeZO37G+lpLDFbLv1q8aUYj60dNzzbFYQYRbjB0ba0icr+RKb3G/Z3ERlrIgUN0RL+114K/
MBUdUJ24x5fMx4tYjKHwHUoF6wKOHEwg77eZghHGvfNJtIllDNIGd0lSn79ZCjfxX/BCIRNXrmvCa0fpkaLLmhJBe+6nT4dy3tsqe3OYr1X5CxvAFlDf8rN4vZLREw==





















Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 08 Aug 2023 07:51:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

laNz8+ChpEk7LPnv+MPEgIIL5J0KxM8dN3AD/FiBejbRdcu49Wp2r2Vlo6h3gZzc0/FhKHoMfsq411IOKDKQa5eSMev9FB3FYqV6ZUFXe/ExdfHzEUyTk8MWTtDipboJlo2S0tsw5/xj2FuRNAQxmEu2LwjDigJ3G63Dee+vs6VBpJVyh8/8qwB/Q6FuRxnjb6YhY2b3G0JLu6F5TvSSEkqiW2RfgTo3y9DYfOEBUBL1Oct1/lL0PvXLyW3ZlPXjowoaiuxkn5B7K16y5M50Fb9Xq9H0EJsJnLwshuaD2y1Kw5onMz/yPLzfQxGh8Ntc5VEZhsWirwrwKleppY47gQ==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-08-Aug-2023-07-51-54-GMT.mhtml

**Hash (SHA256)**

e30a49f63aedcaf18afcfe8d3c5fbb9d6f220e7064b048c0e2100c518ca3307a

**Signature (PKCS#1v1.5)**

aCsRykAVlfjKXb4qvvQlhjKuofnbzQK4sB5klgwSWaXAlusfvyx0szKPvvcZi8N6Qxr6TXm+2be83eUXaY94D53E7BksncVO/urEAfoYeI5mdjlAydH9ap70YhRFAhei22xTeOGxlu/Y0EgqCvxH3k9gVFPXhtGaf9TCF/RMWUbIBnYAVrrUUkcxfqoahUu9D5hn14KJUZ/jvPQSVzCyAOmjXJ03Xr+YKaaCrS04t2bHq980c3ZYEPhXrXZ5BlR05Zo9eRwzS7JiYoxGJamg9FHddCuZbxZs79BbMOVdD78sHlk9nBtK+RQBP24Z97hqtPVQ1GlFiJiDmhd3+75/6Q==



AXENCIS

# Evidence Collection Report

**Page Title**

1/4/ Cts Smiley Face Keychain Trolley Supermarket Token £1 Pound Coin Keyring Fob | eBay

**URL**

https://www.ebay.com/itm/275004699836

**Collection Date**

Mon, 28 Aug 2023 18:44:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Vikmi Axencis

**IP Address**

168.138.7.53:48

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**

...

# File Signatures

**SCREEN CAPTURE**

...

**File Name**

screencap_08August28@044447.png

**Hash (SHA256)**

...

**Digital Signature (PKCS#1 v1.5)**

...



### People who viewed this item also viewed















### Similar sponsored items



### Sponsored items customers also bought




### Item specifics




### Business seller information



### Return policy



### Apex Bargains



### You may also like






Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**
Checkout | eBay

**URL**
https://pay.ebay.com/rxo

**Collection Date**
Mon, 28 Aug 2023 20:01:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
112.206.74.192

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
b0QEbz7KKB3VrVvgHEQymPCaau6bGks2IPgRSLAnyqE1qpyguI5WSSIHv8WR7Z8hhWm5uHnjnKhMd2NMKIrAP3EbfPGY9Lx/csW6Ffdzi Ptm0eBm/55VhnDld2eRFMmrPf850MT+ULJiJYDBWLkHsdgeM9CNzx/miLQNZYv2Jji0Yzo6UzdbRCvcep/hkbmVasvDqzrRjk18dLClbTgSu5uheestezrjca2gesr0aL8mMneOliiGudDsySrwpzw7nYuocN8V/ezGQvJmaOWQdnckn/K7LcgwtYu41yHMm9InKjUBPvgNDmefsHZJBi+qH7fi3NyrKnCwEJ2pnWaHdLw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s][fs][fs]pay.com[fs]rxo]]_Mon,-28-Aug-2023-20-01-02-GMT.mhtml

**Hash (SHA256)**
df34c3722a3dc881919d9de260afe1c3ff1071f62481ba4e7953988151521918

**Signature (PKCS#1v1.5)**
ZRE3/tG0e1iN0QbKmpam7JtXzJvcalhCKNwZYaz9bWD/mT+EX+B36cGbJx52Ie9XtC5sAvQnoIiv24WnCTfUpEUDpsnZf6Z4F0vfn+Vho2S4djeIdZ qeoacogD4owpxnrW5Fh/w5G6FSH7pe1iGh2T63buv31ioDu02dzmI5D9PL+LUSkrR+nM4+1088puo8pVg9J2NI5rKyv9BH0+MG/fgZU9jZV00pNld1/Cry2mMyervDpEJUM4h7qwfkBB0TMskK+3C1JRyPkE64she8yM4xaHjI4IUAkt/hmBLXbYcwi5IndBR9zXBFGRRNtTDwD0BXY21tS/pHRVXwwPuAg==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: BUREI Layered Gold Plated Chain Necklace Chunky Gold Cuban Chain Necklace Cute Smiley Face Pendant Necklace for Women Teen Girls(Hot Pink Smile): Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B0BRC5L8SK

**Collection Date**

Wed, 09 Aug 2023 09:11:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ll2is8Q7DFa2DRjYsGj/+B7S4bpvCvI65Sin1xUTtBgljGgSwznO+hxXRfyP9t57CfhpDBvCc4y3jc4NUttLAlZKTApWnezUDKRWasMAHQwNuo
+ylhUdpx8vrMwQU31garKZSHq7NvHifJ77qrkq4LkqD1b3UyXm8Gwb3WWH4WwzyPnjiwTjamIWiCfMhGSI9xUdLpfHpmZrCUW1mBLJoKiY86rbMdUNT4IVohF3fbrzvsfniSfWXZ/QfT+3QOOXINGJpJQ42PZ2YkNgeghpTD2lZYOoC8TH6qKU2Pk1HjiGGppcCgYIF8/qPkRDQ+5t668QRc8/
q8JW3LCqFPLbvQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BRC5L8SK]]_Wed,-09-Aug-2023-09-11-25-GMT.mhtml

**Hash (SHA256)**

4aeeecefd18052b5fb7f03bebb95d556255a0402fa7d6c9418b8cd6e8e833475

**Signature (PKCS#1v1.5)**

e4Ni7Uv7Jq8hQW2i3u16ukaPiQ7y6ckwdX/NEcnHdngoBZy7AhfTcgkjVJA/WiOcslJ2m/X+KjNRbFmWjbMyPZ7FLYT+ZFm+McVKp7ypfZwMhoJWWyiAk4sP/
TSbcNcTjRqxp4e6z5LJBAGINOTSRA6vb5tUt98BGefucIwFH7PEIWsHfwX3fLyMPW9yRaZ78Dxfs2EZ3wiwUnuimCeEyQlXF6PR6lMurwUR7Om45oBBh1fTLx0k7iBGFpNOF0zZEzUfnQPzrdREdWI/S0YZxMdGuXUdu9FKkAY1YICiCv0EHkKlcHV+vfc80thmfTizLkBPQNu+aVWeEqvTFl+KUQ==

















Investigator Name: Remmel Jae Inabanagan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 09 Aug 2023 09:13:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabanagan

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Way9HdH47IrebdhRFodp/Gd9LFmnFk3xo41nOAXfaMuMucOAc6Dp073TLBalTdyI2z6Zvi0qsq/7fL9UXRBcT1rwMffS4oW4658rw,J48RtVo1unBI0IW10u5aSiJjQ8iJFlFdkv3GUxszwPdrbnzGch2X1jTGX2anu4kWK+Os0Cefv54GJjL0LJLNi/61cnhdGGUSuWUwNiI+Qj77z1HJcPl4ffW61bDviIP1DAFxD8TLyURzlNAQ0X/TmJekrAjoGlUeinkr4cGp+YnyJT1yjclvYdYZHOSdjmzbcHTxDiiT+cTGVArDa/MXEnVnUa9hW/OD9rfRSpK1QpaJYh/VA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]_Wed,-09-Aug-2023-09-13-09-GMT.mhtml

**Hash (SHA256)**

31d558ac13ce5e70aa0091e1c7dc5eeb75486c5b94354a823c92207db89688a0

**Signature (PKCS#1v1.5)**

sn0V/yvinalaMPhVkUt+nA+0avil6Yg7Oetro5b7kU0yW6RMeH//2UDj8ag0Traa1tT7qoeJmfRI+C7lOYcEU3bkX537o7PP76rAq93WQdyZkjvQkPl1P6tCaqWzy8bup4jy8RtMJAm8QxsRHacGPNQZ1Oui2TtUdE6ttxxln3nFJV+4rgtq3jjp9V1hx1K2PVYvX45LS9TGFSHKjAplzUX+bBgr3StJgtGuzaN0uWYfZxC1Dk/5UtaQ1OHQ0iryayW4WxChCT7KHWDfTdxqrY6ryZwG2eWxyC18SwkDgXo0ZIdOGOUqhfvqhwbOvywUyoeXTbJTNIwYXeNP9iH23XQ==



# Evidence Collection Report

## File Signatures









1.00CT 3 pcs Created Diamond Push Back Smiley Stud Earrings 14K Yellow Gold Finish

Condition: New with tags

Price: **US $74.20**

Buy It Now

Add to cart

Add to Watchlist

       

### Similar sponsored items

### Sponsored items inspired by your views

## Item specifics



## Item description from the seller



### WELCOME TO ASCREATION 08

#### We offer Customisation

If you want to add personal touch to this piece contact us and we will create one just for you. You can customize the following things given below :

1. Ring Resizing
2. Redesign
3. Metal Change ( 925 Sterling Silver / 10k Gold Finish / 14k Gold Finish/ 18k Gold Finish )
4. Metal Color Change ( White Gold Plated/ Rose Gold Plated/ Yellow Gold Plated)
5. Color Stones ( Ruby / Green / Yellow / Blue / Black )
6. Engraving ( No. of characters will subject to size and space in the jewelry.

#### Payment Policy

1. We accept payment via PayPal only.
2. You can also use a credit card for payment by using PayPal as a guest.
3. Payment is required within 3 days after buying.

#### Shipping Policy

1. We ship worldwide.
2. Handling time is 5 business days after receipt (exp clear payment and clog rise confirmation ) (Business days excludes Saturdays / Sundays and Public Holidays )
3. Delivery time will be 5-8 working days (which may extend during peak season from).
4. Kindly provide complete address and contact number for hassle free shipping.

#### Expedited Shipping

Expedited shipping with online tracking and delivery confirmation within 3-5 working days can be availed on request.

#### Return Policy

1. We accept returns only if there is any manufacturing defect or in transit damage.
2. Refund amount is based on product's price you have purchased for.
3. Please remember to contact us before sending any item back.
4. For incomplete or wrong address we are not liable for any return.
5. If the buyer wants to return the item for his/her own personal reasons ( without any valid reason of item received in damage condition or unless it is defective ) the return shipping charges will be borne by buyer.

#### Buyer's Feedback

1. Your feedback is very important to us.
2. We remember to give us 5 star rating if you are satisfied with our product and service.
3. If you have any queries related to the product or service you can expect a reply within 12-48 hours of inquiry.
4. Do contact us before leaving a negative or neutral feedback to get a 100% solution for the dissatisfaction caused to you.

#### Contact Us

Feel free to contact us for any queries about the product through " Ask Seller a Question ".

### Thank You

### Visit Again.

Ascreation08

Seller feedback



Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 19:54:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

193.27.12.196

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QdshuV+hD5kM4VNE1J11oLTCxJ1L82NM4laGem8E/X+eUv7aMyG2CWfxotKeIDZoRS7qH6GU4faamHSB5Df8f9IKRKdWha5CPWOrHvQ23O3S/5rznQf2GhwqYSpy7krEGPCbTBOhmu/iG4Pb0DW1E3bsm7cv77wy
+LippDJk5beVPBveunxpYz5Ne6kUwTv0kth4JFnxAl2rMtBl7hP2khxVW/Uf1ShQ+wusalMfyK/YejA57vRknP/vzoyRoYv73RfxVuJ5yqbMpWm58geX8pshx1aUznGA0bdM8V1iP6C6QpOfyPbEo/CUEskJh2U/W0oYzWgZxH8e7jaCYsw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s][fs][fs]pay.com[fs]rxo]]_Wed,-09-Aug-2023-19-54-34-GMT.mhtml

**Hash (SHA256)**

bb34baba536817ec616fc73dc47ef0775a5de8b1163189ea64bfd344ffe15c5c

**Signature (PKCS#1v1.5)**

LR106vM/964wuGxowSkCFekx9/13CyZ/3VevVEj/dnLdtEmaQwcjve0s+dNzavdn+oKoulxv/hZdrRFOKKThazy2cTXkA1SaU9PxctPowJUI7jBKYO6qb4SGhu36RG4BR4yOi7vnDiKW0Zu
+HbQuesUJReGfQVFWBiyhEXfdjKRAS0NRkj6WiBh56o8wS5XUzQhbbefbym9uqUHpW9EAnTf4PVBjkC9xFvv3mw0rxBcnVzhxVtP86/bAAJgBLq855UbL+jH5jjR9SjalPHs01O1yXq/XaYavrqrn/DCWVKEiQkUuwCmkV22Tlzyyj82demLxH/9ZD1PNy/rj/Hw==





AXENCIS

# Evidence Collection Report

Page Title
Smiley Face Stress Ball | happy face balls pain reliever finger massage kids toy | eBay

URL
https://www.ebay.com/itm/175794647716

Collection Date
Tue, 09 Aug 2022 07:39:51 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Chris Stavrou

IP Address
149.102.112.43

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7v1.5)
7YEZrUPcPhWeLphyH1IxD7QQ9aT9i3TJ4VzpmYxgpq43J2VZYTdFrW58fBRhxDPJKWy4HtqhKqspNpbZAe/7g7ijJJQUuUMJ8A4jDcFpErQ9zgKTEyIaWQ0PZ8TA...

# File Signatures

SCREEN CAPTURE

File Name
PDF

File Name
[filename].[hash]rdsuvej.6svcjsthdigh127784v43YHs_Tue, 09 Aug 2022 07:39:51 GMT.pdf

Hash (SHA256)
54va544v9a4434va7204c7aA708904f5974e8d7a542a5a3c5bc817542655

Signature (PKCS#7 v1.5)
43034TZ8cZwXVq1i7vs81vsftc5r19mhs5pqq9jhszd21c71inZLbvwjxESrY3ZgMHhoganbf9UN51oPUz6Q7zQ4zubSMU65p1w5v1JRUsvLRyGZ51cvH3Z5FhYdaJKfw7qTTtstd



People who viewed this item also viewed

   

    

Similar sponsored items



Related sponsored items



Item specifics

Seller feedback

You may also like

  

   

    

    

    

    



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 30 Aug 2023 02:54:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.74.192

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AEQuUwnqdHUG5GTZpom259Fl0VL3iKolQqa03PtGJ8lD/N/mYLt5Uv3oO3GvqxQlSpANfqgkmMmpVinWdAExgB1bvLVqsuDR/4xCsSdH4GwJ3T/1VuwzA2sUkoabpOPkgAGXW2M8d/KMc/zNA2b3gJh4bAUvHWQIUWHN2ZEIt2du873AQ5N07/UKcY76c3P6NnoHHl2G83Zv1z7QbfwljRYylQ455ZhwOXmDHiiaxCzz0UE39ABZCc4l1/ZAsQ3N0Oe1ZHGqvearg1fMlJwOpE7itJ4cJ2b//w3sCrXbcOHATI5e0RprmAKOsRTL8jTlvpCGPLkvuH/yhc2sTk+g=

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]](fs)[[fs][fslpay.com[fs/rxo]]_Wed,-30-Aug-2023-02-54-33-GMT.mhtml

**Hash (SHA256)**

0873db3c8317ac692f26932532312ce3f8501fe8bd54bfbb3552169e8aed8031

**Signature (PKCS#1v1.5)**

GBU3qQSyvk3gPnfZ0QHNSjJngxAkE7/3etU3JO2L3C41/UThZRTznbgk8toL el4Q52xfhpvbF98TOMHggLX5Yb/TyK89ksoThYPxTBEXv9aW94C1uP9wb49/McJ16AU0FuNYFmd
+AT4tL5lPl4eb2mzyB7laMCG4tzZKi8oJ7gFrdbB0eViTHFc8UuOus9f85+BlgBXN3+b0r1yk89xc4ksCgSrALLCeJZABLnZOMkHpTEjkpFoYanUsNK59FLCeL600lafAquo6sske9YANV33BsVXhuZn0IkDOJhuCuqfpZO3JvgCibPLa4nilEQl/7zdAt/Gy50pw/kx2WDQ==





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

Case 1:23-cv-23789-RAR   Document 6-7   Entered on FLSD Docket 10/16/2023   Page 46 of 143



# Evidence Collection Report

Page Title:

Amazon.com: 50Pcs Smiley Graffiti Stickers for Teens Kids Fun Emoticon Stickers Waterproof Vinyl Sticker for Water Bottle Laptop Skateboard Computer Helmet Bike Luggage (A-60PCS) : Electronics

URL:
https://www.amazon.com/dp/B0CB4QX5BR

Collection Date:
Tue, 03 Aug 2023 12:41:11 UTC US Department of Commerce - NIST: authenticated timestamp

Digital Signature (SHA256 / PKCS#7 v1.5):

## File Signatures

SCREEN CAPTURE

Hash Value

File Name

Digital Signature (PKCS#7 v1.5)





### Products related to this item



### Customers who bought this also viewed













### Product Description

### Product Information




### Videos




### Important information

### Products related to this item









### Similar brands on Amazon





### Looking for specific info?

### Customer reviews

### Review this product

### Similar items that may ship from close to you








### Best Sellers in Kitchen & Dining













### Your Browsing History





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 29 Aug 2023 10:47:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fhxxARpnww+hbqyd2OOMGt1zduVSp65IfwvpXknrl5KnxYr+wytAxZVFxF4hoE0TsQ3/NBJ7XNgtudmz9EBmEgLuDIP2Zv2g94eNS3o1bath4haJzoBMLFkAKLImtA0q8x2Udpg5q8bNQfHcm1QK7NtamNZ+YrtaA277GWqoH0/Q16PTQ+Il2EVMa89PkgpotHNjnpea3XHG6YbN+XvxXOTuiMGNbrpZexxFKSoyowJh5unHBdHohl6MPNmoeKdbkk2z3IlwXLqiqlHWs/jJIVBBDu8sPzInDS/QGpE80qQ4MUuFtRwq7SMF97JnpH0zZ9Q4QTsnCTygCWZVnBQcA+=

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-29-Aug-2023-10-47-42-GMT.mhtml

**Hash (SHA256)**

a6612be849456ba020de5be0f7cc752527e08d0c9a2cb90ab1256e8187a9bb7f

**Signature (PKCS#1v1.5)**

LOI6q20k04guxKPEE3RIK4FAILwh5L8DOrlOvelHsdGAutGGPbjE8JAbXJbG0i6t7CuW/3Ab+BhBAzCc4pkBP3pq07M/m+hvJhKI9VfYNnFhqSPNGLPCpB5Xw63uEusyi00mTq0Zyj1xr4Man1waxH+hNli/Da59P9Gz93yVGSXbuuGLITAPLqMtqFwLzmO/yPTmXmc+2k9eZn7b/OO48p1IRPPZ1LOK9YZ5QEYUAY4tyaHjdBQn8qA7pxFs2yERFiVe5g4lRiTzE9nGPcOVN19x0BIuUL57muMjm8LMyztOECucTCcskxdv5cY5yQ3ndGJHkbc/QUDSIOl4tqURqQ+=



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: AtoZ Piercing 5/8 Inch - 16MM Smiley Face Logo Picture on Black UV Acrylic Double Flared Ear Plug - Sold by Piece : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B018QV1N28

**Collection Date**

Fri, 25 Aug 2023 11:06:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

zwSguzJtrfohAlkdK08r7GErYVjsbpSeE78FK9efWrVSRid0+0WwFbRKHgLnhIMAN/Z275UelQ4HxsXtcdR/8ZHDI6c/4OI4nNsaUoUHjoV8geuj5GVLSh+tX21+eQORe2GL6E01Evxi54FZ
+OJ7jzdPY7iJvTkzYITpRtG3DnSBwynxh4PdNJtyJ0flpoLPP5avjHC7+CWp63ilrqx6IL9iECWcdmpKn8sLMAevVE+fcd6f5dqw50VuSF35rTE6llHwfhI7zARvbS6vqFAQkyYbsel3F7a0TQ7kXFk1U/FcSg9fVU3oEydk5M0BrfGXwwyxjOJpcGknOJH1mwH3Fg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B018QV1N28]]_Fri,-25-Aug-2023-11-06-20-GMT.mhtml

**Hash (SHA256)**

3db9027f2d6776caf9285f9e09c405160aed0a38b5f44b666513ec804e294027

**Signature (PKCS#1v1.5)**

rPA45RKDleKNoBYRah9hVW7qmIhjRjFz/n9voUeMgrtPtNT5XgLkHMLCxqLnLuZ67WFln7V/YfwbKYQvRz5gpoodXbtFyweHxMC+iJH0sRhEXtufF4Of8WEP3VjLGB+L3l0zNpWl+iat5s7LiILMSa2qrjwFOdKHWGhKHP6SPZbQINROU7abN0mj2kk5ouBbBNMt60vGNK5e+3J4CU8deSP5xBHH/
QH/1cDfLEuDo6vhrzs1QVc7JveqG7BLxmySfYBXViCWr/V+6YbqgzNc3ru96EUTxzOCi0VnOJyZwZvtDXLSR6/dvSow5e2rjQo3LEYf+OPYPiDjcDXab8LNVQ==



       



     

 

  







    



       

       

          

 



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 25 Aug 2023 11:09:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

IW4tInRR7ZSYUSRMfzrPFdeZw/n+dnniMQRF+Av04KXjywEgwcI4+zPFGRhik8ANuuSIiJ+nXRSsc6F0fzGiSk52Q7DfBGG1+9AjZV8Z+zjtbZCUbCykmKCAJOqQQ5eja6NMm81Vca8ZqwdhzmISlpNpa0ysignP4FUvhAiYGbDaLbLNn1W41xZxZZrO3zSM2tPKOsfL1+vZI1A9FP3/90HQB5/mZTVNMqhmjgtyXEhmFTlHMZ2QD3xD06FH2zxjMSdBq9Q0+tuV8NgPg4q/NbNlI+MRp3qvryEdt6uO21E1hNYDww.JyzpqSjg1CIvB1O+wgP27bnP2Fkg/D94Uw==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-25-Aug-2023-11-09-25-GMT.mhtml

**Hash (SHA256)**

13d4b4858fd216753772e1ea64f0c62bd377b70413564139591a9bddba0d9374

**Signature (PKCS#1v1.5)**

amB1JxChx14a7S4cgc291jHbDMsTaT7DmI6ng2a/c9dccHP/SnlQPHbk
+ydecQT9ZCM3MTj75Dtow5Jgn4jE4LHwqhzApYYxwlJlct6lGuR1EyeQ80lGTd5ja6SCsPyllxKU6gKp7qCm7SNHOHKaPVOxl25y1iegGDRSsVuGDF2F/5+D0Zc8vz2wqIStPbwgSgwKMg3pGOEbc93X52AFGlbD6MMhWhd4piCk7Vw0iCgXJCq9dxT/sLWHSXxwr8H/1rmVaT/BmIv2xBdu95Yc
+ftfJfW68+xzkSMFsTpPswQ4YzuWpp+ioONt1TWoFWNbtGliVkGem0+CMvQ7+Np0Jnw==



# Evidence Collection Report

**Page Title**
10 Round Lab Created Diamond Smiley Face Stud Earrings Silver/Yellow Gold Plated | eBay

**URL**
https://www.ebay.com/itm/123642256809

**Collection Date**
Tue, 05 Aug 2025 07:14:32 UTC [US Department of Commerce / NIST authenticated timestamp]

**Collected by**
Chris Wordsworth

**IP Address**
190.232.112.43

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 - PGP/MIT v1.3)**
MFkwEwYHKoZIzj0CAQYIKoZIzj0DAQcDQgAE...

## File Signatures

SCREEN CAPTURE

PDF

File Name
screencap_264e4aq82ejbd83dsbd54bdf3dd546b8a_Tue_05-Aug-2025T-07-14-32.pdf

Hash (SHA256)
a6b6e09f11a654a477e603611b4db6b9d55c5a8f63d45f5c5c5a...

Signature (PKCS#7 v1.3)
MIAGCSqGSIb3DQEHAqCAMIACAQExCz...









































Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 30 Aug 2023 03:04:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.74.192

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

cSAanNg2zbLPh5n42AKL0zwU+CCrmwM1bBQ16BePRPp3C5memMeSLEjmCtb28Ex1H2u77JiIbUap8JQcsI3VaJrCx5D/d/9e9uMgDfoAc/9cs70f29McNkGKdoSsUy3+83y+mXv4jbqyS7ZVOP7l5yd0ytUsC6ESfWoqpZnmqM6A6eqM+HmTkr5xb8uBV14flO+vcmYSVVI39jQaNuBgdVCHlnvH8ytCZeuS8gb2Tr6+SUpGgvaOUxvLUBq0GXmb3cnO97Lir/uqHjdvfojsVygtJt8O8YhU4RKGwRDVuoCmuq1NPlLE5V+irm7AB/clgbBDUBq8qaNWvpQjHcpD++

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-30-Aug-2023-03-04-08-GMT.mhtml

**Hash (SHA256)**

ff1a3c03010f3a2a83962bc53af5a32701eb00eea0a167be3ecb63dbb2e73776

**Signature (PKCS#1v1.5)**

iEKL9hxrh91oYPSfq33etggMystMhyFT8kpk+iDoZ2Vo2ZzfYnlwHSzg9U+3qP6b4CcKz6/EtaQ8MF10vteZj/HJex7N73UUj2ooiznOCJAZoGTq/oqbENL11mBKErMuLV4c7Muudxr3vSfOVxR3ivS1WdWHjgBRWsZkYPIkfV8x0dw/dQhzuDwqsy1QAhFxGaV3oMGi86kdYX2SIR2fi/DyC7K5eyP+dmDMX/wP7NTsltemBnt3Rlo7QPBlY6gPfy88/alxa81eG4EzhJg2SzCMUyQ5QhP8mw6yf+zWeLQiW32VyHNX5Hnr14m/hCybfGIxfyuJBIOuTwF9R1A==



AXENCIS

# Evidence Collection Report

**Page Title**
16 Pink Smiley Buttons 15mm Kids Buttons Smile Face 228-S AUSSIE SELLER | eBay

**URL**
https://www.ebay.com.au/itm/225487706864

**Collection Date**
Wed, 30 Aug 2023 06:30:32 UTC (US Department of Commerce > NIST authenticated timestamp)

**Collected by**
Perimetr Jan Interagon

**IP Address**
xxx.xxx.xxx.xxx

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7 / S)**
c4w5pwYgaTLfyWPmnKCF8zOjhnLwxSDhdHkIAd6BhUxQlpgQRwyj3HP5Wb8WEjV5dYyBnmcdtaeMR2KZAPwtqzM1/JpI8ETQlLnRnBs3jCWTqKUmnx0AH0oFHdGGa0dPMGLw9PnoYNlX6wNSEBdmB7lnbKWdvQYb7AiNQ1uWs7BVBklX... 

## File Signatures

SCREEN CAPTURE

INITIAL

**File Name**
screencap_094ya50jjPj0ubnw-ekey-aro854f0X222AM7754MMZ_Wed_30 Aug 2023 06:30:32.png

**Hash (SHA256)**
5c22dccec56549e5MWmn5zZM7a3oKrd1A8h5tpfwqTFayz25GymnwTygdc7ajKnu80rXsJ5Y2MkCeP9CMbNnW4QE6MHrBJIEeMs3jf6hAFhFhiaLXzAuQHfpvEkndEnGBdgkMk8xnXuv...

**Signature (PKCS#7 v1.5)**
LqmTRdyhsMD5MhS5zaN4ZGsNDwBSFghqZ7aCEYTvSHy2iuEQHMgY4G5Sg9ZVwgd4EySxtYaTSF1ptEKpgEX7h5aksEpoEOdz01kwzS5LwY9ThaSfw4kBlgDqKMWY7kHdZLHThQJAdiW0sNbLQ7p4ajxoXtXtGDghQTQGAMNcS7wgd9Zx9DLx0wtLxVs/QGHTeqgtceRwxeyfqatkcXuU25pNaLX5tQ...































Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 30 Aug 2023 06:33:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

jxGkEA9r8JAnuYBkJ/6RAjC3MTxl6DgRfdZyuG3WO5hU1sikfP4FoVACkj0piOhOiuJfbWmAvtoFb0MmtbLCSezHnJmXax2baZQu1R26v34+NtbyDW8TlHwpGmja9VTiNF7vkHAN/T3jiMAQLKbPZA0evzvM8L7/FfZkLLWFzVSCAnPludVOqtHleUFf1JT1IgE2JOmI+b5y/ssynddcMcx6i8CAiVuKEJ92etRh5T8dvCpJPdC2EYUaW6mQ6pwSRLTacKjJQMGNhvJP+AtAfF/pBPKSJ6i7JHjX/Hu+llqEPX5vWELhCsadL53KcOKeMnrXxukwTxIZBCtIYCRVtQ==

# File Signatures

## SCREEN CAPTURE

### MHTML

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-30-Aug-2023-06-33-08-GMT.mhtml

**Hash (SHA256)**

1fd3484be039adcf970e2b40c66f29f94188d22b46b1e44265a24a31521bfaa0

**Signature (PKCS#1v1.5)**

YAVFrn4V/WxDNeObxYiDbQhBSaP7dod2a3dCzP04BaR5ODlH35GSMzfira84dQ9S9O8Z7tfJDo8gJ9dmIegdAdTFk5D1hysYtHFBwf2q4J5GomDtIzqiOXzwENHY8Uqwk75SgWlf0UED14P3X+f5eiRukP8cSy5yCiQeVDxZGZRPFl7FL7xojZBUPCDr/DQgxCo1fxpCCx7LzXShAXgwRjCP8d+UHuU5wNCACtsCMGiNNTNho5ACKEKGaxmYwjNzgVkvoVz5DvB+78EQhUnV3F0ZSObXNBhd79Xr+0v8faZLc4pP2xmLrcVFJqH8Hm7/ML5NhyehASbMotinnNIDpQ==





# Evidence Collection Report

Page Title
Good Vibes Smiley Face Wall Art Poster Premium Quality Choose your Size | eBay

URL
https://www.ebay.com/itm/155673011561

Collection Date
Mon, 28 Aug 2023 09:06:16 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Chris Grammes

IP Address
166.128.112.42

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7 )
pzgCBhN8qVpHetaKCdc7z9H6kT96UT11PWXWDRd42UDWF8W3BJLKfhdsK1G0iBQ89cdIb7AIoInyBfgj8MeiIcZNj/7TDz50uSsuMBNKUuNBFn73EcdhImHuufU4h4uNn0qhcghkhh

# File Signatures

File Name
screenexp_[full.path.of[fullons.ebay.com[0s0:0v2b[155673011561[28.Aug.28-Aug-2023-09-10-UWP.pdf

Hash (SHA256)
5021c7de465d3f9064d83e0adc01d76b51561b7182d1e22a4fc1271563c152e1f

Signature (PKCS#7 )
E4sh4wZBvRzk0sA5AK1J4kJB4s6JN0qQ4FbgBnuSP2eY4aHY91MCXFwR3Gu9Fr5cW0S4aKqdGf4gFvJYsp9KwJ



People who viewed this item also viewed








Good Vibes Smiley Face Wall Art Poster Premium Quality Choose your Size







Similar sponsored items



Related sponsored items



Item specifics










Aussie Quality tuff






You may also like















Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 28 Aug 2023 20:16:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.74.192

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OsRYTNozSeN0K14g8qhzGFo8EpWnamo5WYgw0ck972C0LDeMPh/pnvOV/64Gqem5ZE9Nfdi4H0aXzaAQJVVmd58Nti37RX40F300Y9aOkESlp+ly4swfc7Pgo9985P26Rm0AZniRS
+HcpaAwSlPANSvDkT3wTX5eKOsiG2KLgGlMVKQfRqpgCphBvYEgMVLGfikxNnGgcEyRV6hJodDSNYJSwkLmH5kBHvH4qcjRHkbHOXoMALeqOdntjGlKxPMuegdeb+iQKgLk2b1UpC7nd/e0hMO8UciWo2Jny5SQ4HClCAu05AxIVdY6nbenaIcGjjPdmrbObSP6fgBSyRwQRg==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Mon-28-Aug-2023-20-16-47-GMT.mhtml

**Hash (SHA256)**

ea088e92e54d8de099c596d4e3a1786a3718ad1f64a770ab7fd480f36350846c

**Signature (PKCS#1v1.5)**

i6IBEPMEJGfLhteFv/ALxJwFF1f1KRnP3R+DnacLNvqvoBNFKrTSfSRMP6yWJMHJpGmup6VQv8vJsIIMuyhmQdDf4GlZS0KHW2OpiJJuXPLMj0TOcPKPbr1sGWuMEOKgbzwp5u219ggvplPxLlf8pEPYWUocu129hm0ANUy6O4PGBnlD5Dx6lQjPRGTcmR63YDVvH/
hku7WhPUQ6708LjPJFJypkhskfXhm3LgX1j5HadhLtTaaJOETQ01n0ezkDJNcQZlyDzqyyK94FEkiR+tJdfwSTGJKwZvmE2LjZ1vauQTTPTXjnZXsiI8Wu1YM3Zhl64+/qQJvrxLNW1u6xQ==



AXENCIS

# Evidence Collection Report

**Page Title**
18 x 12" Smiley Face Balloons Party Smile Emoji Happy Birthday Decoration UK | eBay
**URL**
https://www.ebay.com/itm/256211677440
**Collection Date**
Thu, Aug 04 2023 17:37:05 UTC (US Department of Commerce / NIST authenticated timestamp)
**Collected by**
Michelene Bruns
**IP Address**
24647484.51.78.5
**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36
**Digital Signature (SHA256 / PKCS#7 V1.5)**
GAVZ0fQ7jDD32xHBfJZ9KpfGAAJfSLRWQmbpIEVMEoZMabSwFZ5LhSFbqUQVvB2Qaf1O1vnmm3x6nWvR5TNUfdH1kL3cNkWd2jvpZ3ivPZ5QmpI7hkaZ0DnNnh9kanVl25qe

## File Signatures

**SCREEN CAPTURE**
XHTML
**File Name**
maxresca.[ltdaultd][]5jhbr62b71677440.Tue-08-Aug-2023-17:37:05-5477.mhtml
**Hash (SHA256)**
4611751812f4f5885fc9c62edea3ee87caa37f7f41aaed4f9ba3e0aa95676f3336

**Signature (PKCS#7 V1.5)**
CnjFnNyKMHapAWVAFsuDvZdeEyBJ5XhnUjTe4Tn4MAd1Dauvlv9y3e41sbCQ3GeQlXVSlSeSHWUEDWuPSeSNkNM6s9MQR6w4QaZUGUfqbALaNc
FMYWQvQgF6eZnqQkBbKbzw6sNaPjEH5jmAe5aSlHLjH6ExuvRL7Rq7yyi4hqQvRwA7XbkxlMT5xTAJuVe6qdqGaT2wgQhjD5L9WwuvCvxBUWH2ByBBFUVfEO6J6gAAeM






**18 x 12" Smiley Face Balloons Party Smile Emoji Happy Birthday Decoration UK**

Price: **GBP 2.99**
Approximately US $3.81

Quantity: 1

Buy It Now
Add to cart
Add to Watchlist

### Similar sponsored items
See all



### Sponsored items inspired by your views
See all



### Item specifics

### Item description from the seller



18 Smiley latex Balloon 9" Birthday Party Decoration Emoji Kids Fun Outdoor

1. Latex Smiley Balloon 18pack.
2. Fun in the Kids Party.
3. Good addition in Yellow theme Party.
4. Emoji theme to suite with.
5. Suitable for helium Filled.

### Business seller information



### Return policy





Copyright © 1995-2023 eBay Inc. All Rights Reserved.



Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 17:58:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fe+ezK6GOX/Gf22ImTR0eenCD0eNceSpiRYV3APYGfAD0wyhNhx2oQWwTLe6cX5y2+ISj1vja+cE2mRwFNnmAP+eKsjL3twibPbPp6p2eg2SoQgWEmFR92/2w0KTudxpHJt70MnA9XmeT8/bh8nJcUFl8MCbmnGNsDa2LXKKi4VJDgZg9Q/OMGjFAt5ghYkBaJrx5VG1dM2V7wILo3sEgcDY9ZsfMPOvNIrv1V/rH4WJ2GxCrTBrTa3tLLBjgJ2ad6G5hMT/ci3RIvofgb0dVDTDAQsXLUsNY1TTfsCV/+Mte6fWvoobBt4FP4vzzuPl8lL6YBJj7snOtEfkTJwUIsg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs]fs]pay.ebay.com[fs]rxo]]_Tue,-08-Aug-2023-17-58-51-GMT.mhtml

**Hash (SHA256)**

f03008a0c522fa95474ecc2bacb9e40511add598227caa7d06122a249c73af2d

**Signature (PKCS#1v1.5)**

ah6cg023wiFL44/aUaFv5V7uT/1Gowl07ry3SpUzLNXxC1inSPD+FTaaSGTnp3H84w66UgYbCGPIqM70JUnoN6fyjLzz5b9VhMmhn3shAAyNASCPQjUP3xcNqxFU0mBNqlE07JOzXol6Lh1mMQ+E0NofXm7LQmaFSfLB3dVzE3mR0LPVa0RioQXLVA89Af59ZUZMSZJiJ2/j2NWvKz3l08LfddVUf+KQgxKk3h8hi7RZKtoQsKaeibMRSsiaPTF3mrmwzDv6ODrzOCyFuqsnjl5UsnFqwWtt9bEpqRWdNpVvPhi6FdaVLt/5PsV1rxOohHSWaSasu+KlocJbG/VBg==





Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 14:57:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4500:491d:2d00:69bf:7906:a752:afb0

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Kesracl+IXS8Aco2wy6PDF/DTyTyk6hKLGxjUdhe03ONVrowtC/3IsDcBOooKhjvWQ7I1vCl2XH8GKLXNQRkl0w0TRDlmJIZepAS0dhyleYZ+VQwZYtLWm7NVgQ5IdxELprnngHcUoGVgOrxY0khLV3eOO4Ui9VyF55Bund062Y/+CdcJzsiCeXZDt0Tf9PYmT5VySNyhyTHqTeVs1DPvupV17Uzw/Tr8kdr36wK8DAkg32mGGxwwR0Zo+e2T+rBGaaLJPP5QCqRLJkIxgXCWUgYdmDC69SOMWJzZ27RC4LcnnmEOKd2xo6URU1Zq0JzAfvTxTW/cDI7ckJvug5w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[https[s][fs][fs]pay.ebay.com[fs]rxo]_Wed,-09-Aug-2023-14-57-15-GMT.mhtml

**Hash (SHA256)**

25a8ebf505ab65b7017c9e944d1cc5d5a147bd18a83e578d8168e30d631c8d84

**Signature (PKCS#1v1.5)**

Ni4XefYX348bNnQxAwrRHCIG3i1KlODJfJi19p/T6i6bv/s1mWhln0lN5NsJ3dCoNlyrl4k1nsLxDfa1RLi/1j39qsP8X/D7+tbjCiVUNHUr/2YvsAzdDzpVVi5W3MWsYUnjbqeFks7JAcN/2AnzN/5vFwr903LpoECbX7DFZZ2u2h+eUZUbdt3Mll5MfF8yKyyRfKBE9KrLkiK0DBGyF+F7FBm7NjKZAMbpiyYb30ugaV3Js7iEqqQPz4Pq+OuVQziggngRasZe3+2jn8Xyf2WLgMxlvHxhbNIUgPYFrWMEB34K3xIG5GRS+a9M1QBQOGb4NNiJIkSD24XtvAOpw==





# Evidence Collection Report

AXENCIS

Page Title
Smiley Face Squeeze Ball Pack of 3 Yellow Ball Stress Reliever Ball free size | eBay

Collection Date

Collection URL
Wed, 10 August 2019 12:30:35 UTC (A) Department of Commerce - NIST authenticated timestamp

IP Address

Browser Information

Digital Signature (SHA256): 7842D7b1112(...)

SEA9F0b(a)a(...)a(a)a(e)a(e)(b)(a)(e)b(a)b(a)(e)b(a)(e)(c)(e)b(a)(e)b(a)(a)(e)(b)(e)

## File Signatures

SCREEN CAPTURE

PDF

File Name

Hash (SHA256)

Signature (PKCS#7, 1)













































AXENCIS

# Evidence Collection Report

**Page Title:**
Vintage Retro Happy Smiley Face 80's 90's Aesthetic T-SHIRT Best Price U.s. Size

**Page URL:**

**Collection Date:**

**Browser Information:**

## File Signatures

**File Name:**

**File Hash:**



 **BUY 1, GET 1 AT 30% OFF WITH CODE VNTOOODS23**



Vintage Retro Happy Smiley Face 80's 90's Aesthetic T-SHIRT Best Price U.s. Size



US $12.33

Buy It Now

Add to cart

Add to Watchlist

Earn a $60 statement credit

### Similar sponsored items

   

### Sponsored items inspired by your views

   



### Item specifics



### Item description from the seller



Product Description



### Suggested For You



3Dsellers



### BBWARESHOP2022







Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 21:07:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

193.27.12.196

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

gUekFSY5Oo84qT8s2panSwFE2E/WiPqEJicAFBHFKo+/EOGPJbNDH/6SkMKx60W11TU0mP3WH8jXFf7f3bvyXuWzYFwpL2vu8ViA0fV4QT1f0uydmRP66OEwXTJ4s2wj1pKB9Gcpymd6X5PzhtDUP8XtvVQOul76wVxU1kF5QggMv+CoLM/lJJq83hLhleDMzM8fF9fiuAJlnLsMCnlNh64qiaA6M8l4pqeRb3gHTrPDve23hJrR+ZblLx7CahLVvP1mV/c4V/zf72k59ZpzYs5tvEB1/UfuqPZVK0ro7b/80Gl1HfiKUJN0ypOd0sKAOmopUgSOjcH+/18ofFfQlw==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-21-07-20-GMT.mhtml

**Hash (SHA256)**

e7939f237bcffd23cd7548a1e55c37bea2c372ce561ea02aee1d33b74d84955

**Signature (PKCS#1v1.5)**

NDxrbNHmViFnp+1rPH5kTgW0RgwQDxV1bDrXOTLDxCFSj4XAArD0fNnQ+J+ZJD2X9nVPWTACPunFxpdmwkFxPzK6B5DR6sv+CDxVGUc1arO2VuL4gPyHDPrfNVP1tMLknLTVWH0N10lq0P8Uy/JFbkjOThHV+mTvSV2jV5YJJFF3FOgPn3j2dOhN4eC0bbQkQEUJY1rDNfk9h0pfTiTzQL6GDPLdg2WogDucHOan2ffcjkiN0l7pQLUSp8w8YVaUzUE4RFyUC12GFIO6s8da74V+klhsrXNpoI2C9cDhEkyi03D5NWUEXeo21r4FQfGSnMptde8GrBywidcWG7JbAA==



# Evidence Collection Report

Page Title
Cute Smiley Face Cement Coaster Emotion Silicone Mould for Concrete handmade | eBay
URL
https://www.ebay.com/itm/404103199144
Collection Date
Sat, 05 Aug 2023 07:31:15 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Michaela Ruiz
IP Address
192.41.12.188
Browser Information

Digital Signature (SHA256 / PKCS#1 v1.5)

# File Signatures

SCREEN CAPTURE
SHA1:
File Name:
screencap_29d9c862f@dbeea-ebay-cert0b8b@h9@fbff1215d44140@_Sat-05-Aug-2023-07-31-15-GMT.mhtml
SHA256:
Signature (PKCS#1 v1.5):







### Cute Smiley Face Cement Counter Emotion Silicone Mould for Concrete Handmade

Condition: New

Color:

Quantity: 1

US **$13.69**






## Similar sponsored items    See all

   

## Sponsored items inspired by your views    See all

   

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item... Read more | Origin | Mainland China |
| Type | Handmade Coaster Making Tool Home Decoration Form | Granule Bundle | No |
| MPN | RM1253665 | Material | Platinum Silicone |
| Set Type | NO | Mold Color | Random |
| Modified Item | No | Brand | Unbranded |
| Function | Handmade Concrete Mold | Advantage | Easy to release,Durable as nm |
| Model | RM1253597 | Type of Plasticade | NO |
| Features | Flexible and Non-Stick | Country/Region of Manufacture | China |
| Material Characteristics | Stable material, does not absorb harmful odour... | Handmade | Yes |

## Item description from the seller









Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Sat, 05 Aug 2023 07:34:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

193.27.12.196

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

O8bmfpfdMf3fwA0609akS7uN2AnOkvq1TIqWcgilEW4t0YxfN8p+vfQMs3vGfJ3SmnHYqfU/SItt0tup8KQ3bEdt7Z5TwkG/9DoEuJMnEMylAAUu8IEkfq+E1BAYVnMLxGc9PRN59f0mVH09VcbAr4xPVv4SNeA3VnGUE1QwU8F2znRQWj7Kh5ignT8mTfX1PQwGj7AkgO8E79HgiFb8/JfWQ9uNhCCl48ol5sg/HfMiEzN3488Oz0MagCntRFMk4Jb0Dzwmk6pwt/M/TdHEV03qF3tOwKKrEJjFvdTPzmS37m7WLfVffwp4zwGHVBvHnUywPwnxEe6/25T898Zw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[https[s][fs][fs]pay.ebay.com[fs]rxo]_Sat,-05-Aug-2023-07-34-19-GMT.mhtml

**Hash (SHA256)**

33b980174d3776d53ea739c8a8fbbc8e48fc82d27c51fd21c2a482ac8c164eca

**Signature (PKCS#1v1.5)**

e/4cf0LXK0YOy2HsgEx9q+KlybNj4DXIo1S8E/MtjGo32n4UN6f+STHYVNd5y/1xsxczP1goYinbQtW36Fd25gG7uu3L2s3JF5D8Cphrdcfxtz67Kb0fQiKk7YPNsmJf91PF7aFqdpetHine3lfHr7lC0V8eHKg0Y7n9tazKXXITPi5pG4qUc18yB8R+L4ELEx0eO72uk61SwcsGi2kY/X6r1KVwuqmwcLxyU3EM1a6KMs/mic+Wmg2VgATN2RLU3lkw4gWCDpez+RPbJPjD46UIlkmjH4O9swU9lAgLRE2xtnDJDM8YisDJqgQSMwAwfDRg/WN4QbyEJmT+8Bfg==





AXENCIS
Investigate. Protect. Think. Advance.

# Evidence Collection Report

**Page Title**
Cute Smiley Face flatback resin cabochons for crafts and hair bows - 10 pieces | eBay

**URL**
https://www.ebay.com/itm/193673498337

**Collection Date**
Wed, 24 Aug 2022 07:28:45 UTC (with US Department of Commerce / NIST authenticated timestamp)

**Collected by**
axencis

**IP Address**
185.242.112.43

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.5232.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**
5w71gmihg+XMQMXQrNyjmUWpSP0qnGjQBj/cQ34YrSHMKqwMMR7SpB6nYXGvt0hkZ2XGYkbPqb5KCaxsh3vZY67e9eb4mVdRrFMfK2FXpCQ3w

**SCREEN CAPTURE**

**PDF**

**File Name**
screencap_3915482a97e49520

**Hash (SHA256)**
3915482a97e49520

**Signature (PKCS#1 v1.5)**

# File Signatures




  



 






    

   


 

    

     

    



Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 29 Aug 2023 05:20:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.74.192

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

gKi/nma576cMfWx87T6Hc+WY+rf98p6QnGFCIK/YI9FCEn8LpZkGV3Y/kIPSIQ4dMJ45lHVbX2dXhjDDcGl3pScoykONgLKJ480R5neuHE6oyeysMRHoyu7GDJQ4jkbARP93R8caNUoQycuWAtaPYkudj0FMuMnarEWLBZWrmduJTe99UFlIXMMCY7JIfpDUJIXx7bR4UGj3bHyeb9J18pl8nv/E7LQ57F6Az96ZEkkjl3dMmnqjxTsTzYvacGP2xjScg9tflwoO7cbSyRvANsr++113xTQ7SY+bbtUXqGJQ+N8V4Do7DelRoH5v62l3fv1IaXWULj2mSNunz4cZFxQ==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-29-Aug-2023-05-20-03-GMT.mhtml

**Hash (SHA256)**

4b34346fcf64201a931b2b9c1595657861a008269f050a77e1aeac6816ec22e2

**Signature (PKCS#1v1.5)**

acdyyZ5NdFWty5f//3/jLFru1zezbWQGVx/oZWERhg/XNQaSDayoBifgypQCqKzfnetCj0UwdxouI+y4MkZ5Rduu3AY0OiQeB1HPpKXzsvXTE1m/vSp0NvIAnaIvENTHqYcXqdUuI8VbNwBcSOMeC0bmoCe3YL9kFDEQhEfYm8HhhP/4GNntMNVgXvxNFqRkRd2bypiZ+Qs/oLyr1T0nN1/vljGp2IZeRy7IMJDp3Q3GECqK1CgC87YY3rfIDHsiuJzIQ4pIUiqRNjvG31IHNm3LvNymIvku1UGoFMd3vwSm/2ps3ifbNWHRqe0WB33zzsGaI0NW4iKn5XGHLtbQ==





Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 16:19:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:491d:2d00:69bf:7906:a752:afb0

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

iwV5jUat8dA7PzB44kaAwQhg+2W9nWg/WgRGlUeZ7WUoVpZ2Plo4BTa3M/tNpnJrM9J4kHDm/8AbKwGbk/L0VKfUFXnPcAWoX8pZ2AjxwBrg9L6fmp/g4FWbFUxlOXykiti8a0K99LiuebR79EDMLFAg3LrCnX9n1DPcFhEX7dA2RYZdekVDTc2nFf+ZtEqLc8Fp06mfQRsex6IcfkKHctYh4KLuD7bGS8fWcGBUK96Lcv+NTISSfL27bAzjk5kmggu+4RFlLRGp6MMkyoFFwkxcux/laFqnoetLvbcPbfYhTg8KLuhD3RYCSRslHXqkepr7kCAxepPdag/zTcP0Qw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[a]]fs]fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-16-19-32-GMT.mhtml

**Hash (SHA256)**

ad04b533f7050bfb56c04b3b10094d2544facc41b0ab561cbd778e1ac24d997a

**Signature (PKCS#1v1.5)**

EuvAX8qVqqaIA6vt9FIA9YoQZCnHjrKokFTbYs7lliAwpvkQgX/JAXnvvYAIXo9gEnoJksv73IsYDBnsLow8GDEka1ymy6Nxq7JskRPvHtT6D4VT42CK4Xk+RfUn4X6il9l9tF18AAdQu+sNVYeL7heSIS0Sd4AOF3C0cf77ksdlKxgvLgeU5ZryYzCXFmLrbbSKKPQgrvhQXBzf8d/9eo4NddYvCnIxFbeWdFmqpq98NvyeB6M3WxUW6HBi8zgS5Co69EFFnxwT9l9+TpbELPSKjUKev77DTWOo/R23RNqpD3/OJhX4ayXZ/XN5jw8eKmiW1FW8MzocTSAyoyt63Dg=+



AXENCIS

# Evidence Collection Report

**Page Title**
Yellow Smiley Face Nipple Pasties Adhesive Nipple Covers Breast Naughty Boys Fun 305604057298 | eBay

**URL**
https://www.ebay.com/itm/305604057298

**Collection Date**
Wed, 23 Aug 2023 07:45:01 UTC (US Department of Commerce | NIST (authenticated timestamp

**Collected by**
Chris Sparus

**IP Address**
100.34.11.42

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 | PKCS#11 )**
[digital signature hash]

## File Signatures

SCREEN CAPTURE
PDF
File Name
[file name]
Hash [SHA256]
[hash]
Signature (PKCS#11 )
[signature]



































Investigator: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**
Transparent Smile Face Acrylic Spaced Beads Smiley Flat Round Loose Beads for Jewelry Making DIY Charms Bracelets Necklace 10x6mm | Wish

**URL**
https://www.wish.com/c/61051c0dc3ecf4878a2f6aa4

**Collection Date**
Fri, 25 Aug 2023 07:13:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
44.192.42.158

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
GM/3APvhHwcD7BlCp32JSBVv1109PY57Ywl4dce264eFTgbXhcjDDMOnAnNnf4T4f4oLhhwLqxTeGivJrCwLC9xzpT7J/XC0lK4FcwTu9V5pxWWpofzjOjuPwFcQTkKoxccnqmcXzhHLf84h/OX/Sw0jO3kFk1xEPl1jY3Qe7ggJD82P1sO3NO7TqqA/OzN8KLWB4mdi1rKFEzy7e8JO6TOhlOAV8xa0V3Xh0kD4bdu7986PuThDZ1+iH25QmDoU2bGsiQlOpvZHgMDHVpVb7yl3GjBUkl7WBgkkOjpaYl92RHDZpnQzqosAyH6l5hCKQf4mZ6EFg4RMkAk1f62bdA==

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_[[https[s]]/s]]/s]www.wish.com/[h]/c[h]6/10/51c0dc3ecf4878a2f6aa4]_Fri,-25-Aug-2023-07-13-49-GMT.mhtml

**Hash (SHA256)**
eb2bdb73a1ad9ae9e4fee6d72a0c5da22ae213709ab29a16bb0e802332678618

**Signature (PKCS#1v1.5)**
GMcbo88lymhtfjVllsIrnZ66LDJqrgSBK9EnO6josPt8TA5AGbTuTiDg0HJZcy+eBCbfvtTWlux1SFpi3h034tpAtuWTyjdcJ7+XU91CU+2hVQv+Q3M/h8bOaZv34tWFaSLY9GnHrL2fRr5qh8zpEZcy+dEvGPmPp0ZJ2N0PP/nHrz33TqYMeCfyakwTgYl6alBD6 US0pVuctXhNbandUdi3UQISSffhOs2JAczaCJg2CKOsNdN/rfr6gSgzVxA/OwupHsEGfttaKz1fyTHLqdAcl9tgb73dc21qlEDlPcB7rJpDxy/tF3fV9jKAQJy1vTVuuyztKF9327t4bpSirfe7nA==





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Fri, 25 Aug 2023 07:25:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

P794bCOH7Pi+N44Fvx62Sa0mVqdEqCQRXC+34zzUgtnY0pNaBBYenTUury0cQ2T8kqWkhAVz9NgHqLsbGdFsb9u6CfQsiCbxPX0pnZ309nrwWY6wteJOX
+TH3ilwTUEBFV63cFP87PaMDrY1INzdxEeXl53UayQr7mcb1a6WWedN0GUVCgl6mg7/4xZiUW6v5RHEbpT9WFSvS0H9vt1dR9ImzSxnrGbYkpzY/Sfyuu+jEnU
+N5K8W7uFNn/8xerRuixWLHPU8k9T4ZXxE5VkIbUC9JTL6UnZgfE4K3CxH1GuLLeiZ8QLwqZaOFNZJoeUcbK3Si6ybncP8wjiiS8zRFw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Fri,-25-Aug-2023-07-25-34-GMT.mhtml

**Hash (SHA256)**

7af1da7d75107866b11f235c1d5a64944b2bf01a5560086e5be678cbbaf15369

**Signature (PKCS#1v1.5)**

F4UjFZPpl4vjx9M3hdqVCuLsE1Cj3ArNfrjMdvmCawf5g3gLVjKlBbddQOKEGARM/msxTZBFoEfmi9xaCKRsie57+eaXH4nfoAXQ9mqMTJL8QsOooMh92IEMllLQ/4FrE0Vljisme16igvhFYVEUlfP9a29hUbu6AFmD/
cjPRwXnXR9hJWgDJ5EiTZ8VL3aH4yAoItJpSWG2kTJq0hW7Vm6a1Vw07kAvQFpfJCiJ1THwYDVETdLOWg/Ga9M1kGymJd/fRVLJZIhUfhgVMeP2jms2c102azf6bayMnUyE66wBTj27N7p+jy0+rxhOq+sGp8HVlkq+gFYY1PHv1Atgvg==





# Evidence Collection Report

Page Title
BLACK METALLIC ROLL SHAPED CIGARETTE TV ASHTRAY SMILE SMILEY BRAND NEW | eBay

URL
https://www.ebay.com/itm/133757639619

Collection Date
Tue 08 Aug 2023 15:06:35 GMT (Department of Commerce / HSIT authenticated timestamp)

Collected by
Michelle Morgan

IP Address
(redacted)

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7-X)
3af9f352a362fab3f8c34ff4d4f8d5... (truncated)

## File Signatures

SCREEN CAPTURE
SHA256
File Name

Hash (SHA256)
bd70c8e8e21d6a95a9f5b9a8bd ...

Signature (PKCS#7-X)
a9d52cf485...





**BLACK METALLIC ROLL SHAPED CIGARETTE ASHTRAY SMILE SMILEY BRAND NEW**

Price: **GBP 4.50**
(Approximately US $5.75)

- Buy It Now
- Add to cart
- Add to Watchlist



### Similar sponsored items



### Sponsored items inspired by your views



### Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Sub-type | Cigar Lighters |
|---|---|---|---|
| Material | Metal | Brand | Unbranded |
| Type | Ashtray | Group | Smile |
| MPN | Does Not Apply | | |

### Item description from the seller

**BLACK METALLIC ROLL SHAPED CIGARETTE ASHTRAY SMILE SMILEY BRAND NEW**

Brand New metallic ashtray.

Diameter: 14 cm
Height: 2 cm

With 4 grooves to put your cigarettes.

Lightweight ashtray for all occasions !!

### Terms & Conditions

Paypal is the only accepted payment method.

Unpaid item case is opened when buyer not paid in few days.

Shipping method is Standard International (without tracking number). Also it is offered Registered shipping to all countries.

For Register International shipping (with tracking number) please contact us first for costs if you do not find your country.

All items are dispatched next business day and are checked before for their working order.

Items that sold on Friday will be dispatched on Monday when post offices open again.

In Christmas Season (10 November – 31 December) or Easter period estimated days to all deliveries take extra 3 – 5 days because of the huge amount of work in Worldwide Post Offices.

For everything else (returns, defective products , delivery times etc.) contact us through ebay messages system.

#### Business seller information

#### Return policy





BestBrandsBestBargains

### Detailed seller ratings
Average for the last 12 months

### Popular categories from this store

Seller feedback (25,367)



Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 10:44:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

T9Kg/ECjrUfcnFIaE9TtPK5BX9+CjGOQBR7U5n/+8eANswA9ja/QNvOpaew8Xkyris1TK3KQ4lbtd7X8zN0bqaueG+XP91n4jk6CXx/XssYC548lxAeN9R2FnNSNLilCjJwb8FtiPYyCkTSs0kH/ij3tcnFfPq6z6DhglFJAlhNcLkq/zLUihGZ7sNuJgcjOiAJQNKO69TE6i3CH0Go5i/zHb1BzgtADefeOmdqw5ZKvuaoTv29rtTst1AREPMQBHjKRSIuE5VXQzQUpMMphcqZ7kxAi+OVEZ8QQtzRrNO2kmHbN9do9aMurngzXfdCiVkjvNU8LL7fw7T6W94jwLf0/g==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs]fs]pay.ebay.com[fs]rxo]]_Tue,-08-Aug-2023-10-44-16-GMT.mhtml

**Hash (SHA256)**

a4283d2905a76ab834aa7c68935b1cb73916dbb09051d8109c2222d6858f9a79

**Signature (PKCS#1v1.5)**

PrTOrx+jTnfg97xGjaEsss33p04Cnb/E3DRHyE9dbyPp+GofsPzRGxAXMNgB9xT4/b12scrI7DMbCuNThyGTJWX6n5y95Z0hmSXUM/aTimLLT4MmA0tu4Y4sw2KpwL37bjQP8vxtDhIlenEf/LVg9WNczu8JFvvuVd8lolBwftBYTWAayHdPfshffRn605b1W8DbRKpd6VNdolP8cgZwg3XrGERjiXVw/mwcuAwoA7OPzOmIsHagdcax8Ay2bRD9TBYPCvegRJrn7a8xOefPmP+wHOTTZ99Q9g+0V0GCXpV3gf+xAr5+KH8khu2dc8h6YPbxHA4FV79t/qPUFi9g==





Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

1pcs smiley white blue Dripping oil Enamel Opening Rings Cute Eye women Ring crystal Round chunky rings Jewelry wholesale dsgf3 j4f3 | Wish

**URL**

https://www.wish.com/c/642100fb59820fb8543d0e63

**Collection Date**

Sat, 12 Aug 2023 14:43:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4983:8100:5986:86e7:734b:2fc3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

IuP78gAIqpqo5uIqRu5xWLI/GF9I7xuHo83pQqvhXoQ58tQyuGI4+zw8T+o0bM3THm+edu04Hso4+0MO3nBuD8rnVPyTZ1yu0S8PpkdiEIct TPkIWk1hTe9d8UWia4BsM6t/5xI8zOq6Dmc8OIHv2n+PEbrkxiUc/HQ5PC0SH9MUfZVXZ933XIXzucMuHc9Y3b/b +xYmLoZnUTE7MyqdZ28LhwTwLCzbKMQZ4exq7EWGFAwBPWXcWI52AkDiaQYrunmT6TDi7kKxskZSqYX9Fnm10oodrG2388LKGu6U4bCV2DKE1nhP6WANqnUe/G83tNJG3/kPM/B4G72+/pUiw==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]c[fs]642100fb59820fb8543d0e63]]_Sat,-12-Aug-2023-14-43-25-GMT.mhtml

**Hash (SHA256)**

0142f97eaf3f9e6a08f5a3cbc6e293e9ee836764e8d58f4d9aa110d1a1ff3f36

**Signature (PKCS#1v1.5)**

AWFHMU0C5Tdpmk5xMpd16zrYkWLp5UHqR01qQ12tMaooPoN8IwC0in4IGFD1yo3CrqH/7oukrTUk0WW,IXsKBE6PeUp3rKHHcvwOVr7sIUKKUQh5mExM945Sp/wm636K/r6bLMG/fGesfd6P1t3V9Bd0XO66Dvi+vSISnzRahpiuGLrQuy/0JG8FQAhqYhtsx8aNpiuTYrTe/ o4vAs5NIB7pEiSXkntqmSXF16m3kvagJGw1Woiqz1zycj24vYVrpFW00K8SG8/mW7+V1Mrxvzo7oS8r4IIDqNecEJrYps+zEWCZxi3aCq52N7K9300hBKRUxSfw1scXYLQ9WGOwA==





# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Sat, 12 Aug 2023 14:45:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4983:8100:5986:86e7:734b:2fc3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

cjJ4P1r0SkGbUYU4QyRn0avChI6Lm6TG4K47D/Ee+62x0IGqHO2/DCRf/3NStAXNWnehhp78AWT51bg9zAJa2huVHTCK6JqtCvmPJP5NQ57DGH3aovUZ4T/ni4lLsT8k0/n0ocC58lDqeHlTbpfJvEsrSaFm7M9O1I2UMKB/KgttvLMVY7E/+85lu8tldqxK+prF/iuSSHw/zZUXlMrMOs2PUG1IdHyuaX0JdbH0AnlAvaoGim8aod5lMi/1u1rOmSV4+U7HcFbp+YGI4efrKBOLgKgsElcbEhtvhpcPXPET8RDVmxJiuLfs/W5Wp/SgXSt4/0zBZH5c66w0/RVZcw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]www.wish.com[fs]cart]]_Sat,-12-Aug-2023-14-45-45-GMT.mhtml

**Hash (SHA256)**

bea5b351e735b168f669e1f70e5b5683cfbbe42a15ce0836444420257721ca870

**Signature (PKCS#1v1.5)**

j2IUYnijJW/KFCoY2WxkFDIzliznqn2FOIPX+u7i97uQRFZ8kJNC/FDVT4OhX+ZBHmnwl+6jnFhB7aAuBBbafftD/DImifWmOCLnkJ8SeBEV99VpjAzRPNH2Wr7qI+RQKUKR/xCICDvfmo0D+0hC934ij8WN/79mJeWAE6HIC3F0dJ+wBuV4174AZ8Qj5L8Ha4cOh3wxu0xrEJs2cGljRkhvjwg0jXRnnO78YzIW9AAMyG9Z1k/aoWbbF/fJt5Qcg8tQE/zbCf4ZO5umpLWf2JTyM5WFuQwtLAo8XR0cPDLx8NLUCIEfmn+ozILovjMd9OEorUjzQaNe44Gejuk+suQ==







Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Sunflower Smiley Flower Perfume Clip Car Air Freshener Car Diffuser Air Condition Vent Perfume Balsam Balm Car Decoration XCZ534 | Wish

**URL**

https://www.wish.com/c/5f3b523c4e3a500039cf45c1

**Collection Date**

Sat, 12 Aug 2023 12:42:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4983:8100:5986:86e7:734b:2fc3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

g3217CV4oligr1kRdDaoXxZaE5D0yA2RCIGbpH16x2IN9GYSu9BTPstCvQPKCdogrG9plRKk8Z59euxm5ZFH7cKTce9Ufvn5P8j2FuvyLE2Yu3KPJsIgIQ0khatc0xCZwnPrmnP6+4ZbYSRwiRkDiZJ5JpuOYvay42Oh9+Dzn2IstPbWihgU+UZzaTbhWmfLdxu1yfeauV0bJ+kmAoaDKQ8gSV4zn6bluCpIg1wXp87sd3u1jdjKKzMj3TMAFmkRqaLBUKuoE/ReYya94qRMNzqGTJb957KdfljbhM9sbj+Q3A98DNRvQOEwas82pMJDe/JQJnS1mpoXFTnBxz6Pg==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s]//s]][fs]cfhs]5f3b523c4e3a500039cf45c1]]_Sat,-12-Aug-2023-12-42-51-GMT.mhtml

**Hash (SHA256)**

171328f3f2a89488b9085ddd134596feaa2a7f48fcd3131e38bbd9b9778ccddf

**Signature (PKCS#1v1.5)**

juApuPVC0HEnF6rRvm7L9jn6mM48TZ/81VtxrXd3XNQEmLSpXeVIMLFBFih78zu+DWmD+jO6LigKQMrVsEDtr7Y4JzkDYdGPZY7EpD1arzLSyklW897JK2YxQtL8o0KmKYEYVhPbkAN4fa1H489W3YcAphAMTXCIxFqnPSgBNl1NVq70bD+GQA912nuFpQwr0riy4A7YaiQh1WBi/vUd8P93V1SGQHgWyS1S2+mxr3U+eEYuJ3SfxnfOhZw4fV96ZVZJ6LBIsqzfdJyxjCdkP0LzvvFomX7mq0l9+J6VPDZnB0zAaXBrGqNsKF8aiD8e3D6rQQBnCDa2h8RqYSxJnA+=

---





Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Sat, 12 Aug 2023 12:43:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4983:8100:5986:86e7:734b:2fc3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MlArND8ou4+/IoIAuKRPzQ4sjA/bS6bWUGg/HWY4kxHMrLe7QylgJqdxKjWNXUpu0T7w1ELzupoiPniJUlqWULl9iYhUp9OUyjXK1L8osKbpT1mFU63h3i6FSZ0WyQ36QqfajkGKGQxSzLONyLwZZ7aDNFdQE0QV7Glp0UCfypmXtbPJfm/euklTstXFH+D7BzyCVd0OfW9jMWrMTASRlid+wIy4CY4iDIRqQUnv6YFRDeZFLVEO0TpNnJ1+JkG3qbk8BLSz4lcB984+r20s4pp3Mevwjz+Id+FovGEmP2BA7tU4DWVF5mdLjiFU6b/SpxOVHhGWMGJbNMvDz3TVw==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[|https[s|[fs|fs|www.wish.com[fs|cart]|_Sat-12-Aug-2023-12-43-14-GMT.mhtml

**Hash (SHA256)**

464079cd67bcf27f2641f222a9ca5644eebcce8bcf113082cfccabff5417eadf

**Signature (PKCS#1v1.5)**

MNUX96+dXjgQ0o/kqBoDbKYo8IhCCK0aWCpYjxHpTRUezYg5kmz8dnBkKD0jjbb/ZwwCx9+czS8QSGQSQZLwMJQXz1vvhaG98376zP/eyQCsUPtYhUFumQV2x8rR9BkJmXSU+j/87s7Oxf16Rq2tSfFJ9X0CaerPoK73+ohB/vV9WrqaUur8D3EDHBMKRoF4bQ8mzmKxgcYQ7CfP3HM+a0fsjEHpSu/VrDsLDI1Jr7DdN9uyEn2qWXHp/75elbbJUticyb0gEq7XqL9uZX4WtgitaXCnjaUcBHP18Cl4qmnyhl9a/hfijAzJhCzU/P7Ntd/alBJbaJrHuJ8UqteA==





# Evidence Collection Report

**Page Title**
Banksy - Smiley Face Bomb Printed Canvas Picture Multiple Sizes Wall Art | eBay

**URL**
https://www.ebay.com/itm/373868287330

**Collection Date**
Tue, 29 Aug 2023 09:44:35 UTC (US Department of Commerce - NIST authoritative timesource)

**Collected by**
Devin Anthony Kolistra

**IP Address**
196.196.55.201

**Browser Information**
Mozilla/5.0 (X11; Linux x86_64; rv:109.0) Gecko/20100101 Firefox/115.0 X-Safari/537.36

**Digital Signature (SHA256) / PKCS#7-C (S)**

# File Signatures

SCREEN CAPTURE

INITIAL
File Name
screencap_25xxa2a2b2ee.png-e2cbb3e2ff2f7568a677e0bf_Tue, 29 Aug 2023 09:44:35 GMT (mhtml

Hash (SHA256)
d34561cxx7cbfxb5f43d76566ffd6cx45xdxfbb...

Signature (PKCS#7-C S)















# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 29 Aug 2023 09:56:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.224

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Q2e4CaG2T4WvN7tjUrJV1mvDGCCPjGVmOfUA8IP9sucS3jPYiXGokkK6oXV+TVmtMIyBa5cZAcZO/a8pbOFTC9/2oltwjdmERkxor5uMUOEK4KksbwMH/CDiAVMmFmQRYb5WzYoY132BDZr1zgE12dtuwM46LJtY9JNBJRe+B/+kVnySvRXpqqJ83qvg8LT4Jhb7AksCZMfEJhApe84yllAP5nL88qSAXHlVehl10noOkFwRdePIE9K4o0u3sfaIxpE+8u87npaHZdj1p1f0xpmoYqgalu5xPnYbyQRsrmhpKlKgmy+OdHcdt54ADpF/+kJv4Vg92Va0svxGjGOSQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]|fs]|fs]pay.ebay.com[fs]rxo]]_Tue,-29-Aug-2023-09-56-04-GMT.mhtml

**Hash (SHA256)**

083b6bc417832108cd99df7f09f51b2264355cc9b9ac869703603f79ea7d46452

**Signature (PKCS#1v1.5)**

qZHo3S8+r/2TYCgzGTcJJv4MrtmoiNMRqSXjGSBY0MVBE4nzGn4+bAz1JPrNzHOgAfUEfyNMeRP1iyvTJ58Qjth04NPlQt+XC6FJsX3VehUVSI3IxTq85E4gKf7mNpMwCa1B5yZRvNuHeoSWcTHWvAiN+rTzQPldFXHSoM+mukLkrcN9yjdL7B9pYTCmbtvAXimq7/xEz2xdZM3UqcixwOVgBuK7duxOqxTLXJTG1oj7uMVZ+Ae9iN0wfOOplHjmpXW1ghvLekkE/riuqkX2Ay1qbbI8RF46gdYcEp2oEUpMrMSHiw3KY/UQt+dHWnQhl9PlAl1lkki0AC1WC1oKRhA==



# AXENCIS

## Evidence Collection Report

**Page Title**

URL
https://www.ebay.com/itm/405155737191

**Collected Date**
Mon, 26 Aug 2024 06:17:16 UTC (US Department of Commerce / NIST administered timestamp)

**Collected By**
Chris Barros

**IP Address**
192.168.1.123

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 • PKCS#1 v1.5)**
4c88a6c2a45efa2941b1ce46a0e86d9ca7f8bea5cfd2de61be34a9dc1c3f3d28...

## File Signatures

**SCREEN CAPTURE**
PNG

**File Name**
screencap_405155737191.png

**Hash (SHA256)**
b97e1e1c85a0f9e...

**Signature (PKCS#1 v1.5)**
2f4ba1c61d34542f7e2af971724d9b...






















































Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 29 Aug 2023 05:04:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.74.192

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

dwJbQuEth9YIZRzwDJLUAafM1KAdeVWx951oKZTqYuicj2G9gsFIVk/xDMFDQ/bOOIqfrGWqJENs4ycf6f5DJF0MudFikFMi+R2d/OZeZ/5xWCDYm7bItLDQFevHH1vpCCX6MxjXrxSaJr83jr6J+NhdlPeuqCPf/
EhTZBvFheo3bGsespsJFx3VW5vDGgNJ4wUDlsSvxjypkYmWMXXATJ8YfbHX22qNlCX209pwYuq4SywHguoeDbN3KjxJWvWOVal2eBh4MEavzvPDlbGBzO4hEW+Clj2vh3VeHIHLkZnXzmXEetWEMPYa0EtW7Pu/b+A7Dv7tth/qwgGaHw==

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][f][s]pay.ebay.com[f][s]rxo]]_Tue,-29-Aug-2023-05-04-49-GMT.mhtml

**Hash (SHA256)**

e10d0d5b43406a9de338a8040883d8f6facfb7b9c264bcd9fc5b8e178c8c1220

**Signature (PKCS#1v1.5)**

JYMw+EnT5rzrO7G7d6PUfXAzGCaq+jAbiV50NtQUm6ReO7301ziZzY9wRFmpUpaYJsiqJbg9cfUbNW6oue8eCloQccyXwgJ1vcp+vy6mn1C4026gcDyvfwjuaBmk8S7Gzq1rSwGEKCWhCzAX6ffPT0mRJ3G0x1yEwuqs8R/I3DJHWcZ41eIV4ZzjdXfjdpVcyeEuM2vPjbOvIzYLs
+9rSVIaVIsDWbYa7JtaBL0K6AK99dWcU+7RI3ZJkKjRMPMTtM+R9HHsecbaCKuzI1zCHwGKJcyb09QZIXfjPVXGT23Ku1vWJHoyFcf7wXgNbFFrt7YyLB2/EKq48UN9ZxA==





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices  and AdChoice

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com | BlueXIMI Retro Fuzzy Face Slippers for Women Men, Soft Plush Warm Slip-on Couple Style Casual Smiley Face Slippers Cozy Indoor Outdoor Lightweight Anti-Skid Sole Cute House Slippers with Memory Foam | Shoes

**URL**

https://www.amazon.com/dp/B0C1SNJV32

**Collection Date**

Tue, 08 Aug 2023 11:13:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

xrCzUo13LriWtG7q/LnjvGHXpXDBx5nAFH5sVIrUZDFmoXHafOjRRIn4n/81A5SUiX7tTaCeHXkQcbjF6boaVRCobj3a6BHoH+jcJGDosMX3BhQIwwF48CXtxOf4CaxetlBTIdYv+ADdFY6rdsXpriCqUbHl5vbYqUuRa1t+ra0dFHIrnAig1eJWeemITJE9Gi6uNzIDeOJ4n4eC35vSccL+xNndqk+fF8cCRPMBfJfbjzzgBoBxyL3Kic6JwhI1cZbr9Emctz6TtoPc52kWnY60MrNg8J4tSkWmY/cME5pJdB3zPw0+SW8MXfx6Rp3DlPfFvcW4Mi50+SSDcZQDWA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0C1SNJV32]]_Tue,-08-Aug-2023-11-13-45-GMT.mhtml

**Hash (SHA256)**

b1b8d65d58df77c49193848d055d5293bade2a14bc10b8462cc3391a59cedee0

**Signature (PKCS#1v1.5)**

qtAY/CVNR2R+A5B17k7Jmc2nPuijod/B8bn7veeLN+u5g/PyNRKGqXL521W+cphtdgLK+L4lvmdFFJV9vZc/MqWad6GbVz5sEp3Whdca3XjvXjjOLfnZBiSzQwwqPyh+InyDdCyggi1NiJ+j/vReJmCAHFbiEpHHo0XBF2y++CPRv/WK8ng2lH0RH6B66y7L5DX7A8vIlBl35IHOcsNWgAWWHMlZ/pEiiBCrZINY6jgHeJMSxLmWlMfso8gOFvDEvQirsxJqiDma1QACGvz+9sVZ37yxZglWscRI9yZgMz3ZvJltdPQ7bHe585Hj0Lhr6vEkyvgxEohMOGvOQXiIUA==

























































Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 08 Aug 2023 11:15:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

JRGgZ0kBWpamm7/U2mJ3dEAZFPk5V2uLNQVbszxV2ftkrie6fCH7LZ9pFDBRJj0HE5sf4hzvph5Y4fnJifws+vZDTtxAhAmqr4jVbC5bh4x8zjdFdfYT867BxMMB3iTTLxj9OZbEYqjB5kG4y+efN36Eq/Q9AV8r/D3Kr6Uaugia9qw9AmUtfKvgwRT04l9uKDEncq2U/MzXbjjJkZJWUtiXStdiQ3q3OEH8L6Lm1xaqwjGq8GSeVx+OHt/CfCZdDP5tXRcHAHVkokX+c6zWCQ2lx+hIPHLHTn9nfr8IVcZslWyX61hPRbg68QKhUPISSbYQZAnLhf1AZYXauOC9FA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-08-Aug-2023-11-15-30-GMT.mhtml

**Hash (SHA256)**

8060b9d56bcb40b76c2503d1c20fbc8d72abdebfc01b14c04c65ec9afde213f5

**Signature (PKCS#1v1.5)**

BqWe8bmolQol+jnigEuT00T1kKANtvNV6fggoPrPP5uM5VQVuqRGL58M7zLMlEqSZYTACQOzrFnqHLo+31PayiUh3dpBE7JwQUrGro10RS2wxl3xsb+8LE85CFyOU4WoZvF5DFls0foOzlyYDYZJ86TVWAmi6KC4t3SvXDDhUt5X+POo08eP4rQ11IvkMpucrHZ1ey2SiSdpqbQA4dW5gJ0fdrMQNBye6jGAiZYvbjPqYAF+XuMvDIwSIN8722Ns8z3JS1UillvJ6XRYz0/RhMQjrXlB4LD7u/hzbEmCviiV/FvLxKTyNn4Xo0PbCa5dmSpfgo2oYsda64zs8j3Ugw==



# Evidence Collection Report

**Page Title**
Smiley Face Pencils and Erasers X5 NEW Party Bags Prizes Reward Rubbers Teacher | eBay

**URL**
https://www.ebay.com/itm/394502179657

**Collection Date**
Tue, 24 Aug 2022 06:49:36 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Bavasso

**IP Address**
180.258.113.42

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**
63bZErq1rwjy4R2mvOPepEuxosqus4Ew2bOWEmilmi65HbMPe28K2owPk4y2ffPd4KsRTSFSQukwixoGUZsghSFauvkcuWuswww3JszAFdAAAzyAuAZyabDZ8MBdmZ9b4naE1zsuoovUbuEZZdfVw+

## File Signatures

**SCREEN CAPTURE**

**File Name**
screencap_2hbzpizjjfbqlywwq.com20jhm02jz39457.7945Tj.7za_04-kcgj 2023-06-49-04-0497.pdf

**Hash (SHA256)**
z5dhk9fdsjy3sfdsf60hsf3d7456373977738726fd14w4sdd4KB1SBD1h5SBsF4

**Signature (PKCS#1 V.1)**
fdsjPEhsxs72zsf4qzqknrxmAkfzJAtm7V7rs5Czu/2++a8DjDdpQ/wUcX/4Jmk/deoupG3pz7cdJ41yoSXcdZv99mcsWWkbUFu6HEGdsmmdaa13alfDfFYdbu6W6c53EkJ






    







  



   

    

    

    

   





AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 30 Aug 2023 02:40:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.74.192

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MChQ5Jwm/J6L4r4BHPZ8Xxqzz7ZmQmzzRsCjgM5iwdYffX7HYYoCzOavaCTHFTFHNvk88xCd9kHrK0NmmWqPukkK8gM8ZmM3maaXHTF77xzVfW02Deo8BJD/T0QpHKgqKd4c6FlhK+0r5qwGu3H+f8Uf1WddkBSfy1PDSdCnkViZU/ZkHSVfkxf0ZPS2xXTWTmK8LHpA0y6FzB0M6eU92PPMzI5roU1a+sYksSW8F+U8iLHgtcUmChFA3i4kxY1zZVZIrY8K+7gGVJwqIPUTfreQjhzoai/3u8oZR+hmxMPQdL+0HtbEF/Hoia7Sj1N834rgsEuwFmitAf4qQ+Q==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-30-Aug-2023-02-40-57-GMT.mhtml

**Hash (SHA256)**

86cf093098b0f5e9567f241a94fc9c59d130b3032666f10a750f279cbf87454a

**Signature (PKCS#1v1.5)**

A3T5QkpG8RljgJ/pWA1PBIoMrJHV4c2WjVD0wtjr28GUxTqWvomKsL8+2w6JwhfLIqSZRMmwxcPmTwpHPsv+JDxo8A8+LFAWJeL1etdOXpIkgO2U0hnt1t2XINQDvaZX2gPLhHIS6LijJx82KaWNxX0Nvq39PmLA/2AmOvICjf8VjsPwUNaE3/OdbIQwY5Zdi+g6nlkJpwv3gwJY6A9tU86ypFhTzR14fxuffVX+H856uuO2fTpBHik4TamA4SYbaTwPwczz58f479Q3Uox2eAi3SVvd/AcpqpaNraCmv/91n1veAN7PDrZKhJSfrG2oYwEwMBgZJ7hD1L2IRrBxpg==



AXENCIS

# Evidence Collection Report

**Page Title**
Amazon.com: Bodasocn Factory 925 Sterling Silver Smiley Face Charm with Clear CZ Fits European Style Jewelry Bracelets : Clothing, Shoes & Jewelry

**URL**
https://www.amazon.com/dp/B0C11WKFZ7/

**Collection Date**
Sun, 27 Aug 2021 15:40:26 UTC [US Department of Commerce / NIST Authenticated timestamp]

**Collected by**
Nimble Lab Indiesipol

**IP Address**
130.166.92.194

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**

## File Signatures

SCREEN CAPTURE

File Name

File Hash

File Signature (SHA256)















Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sun, 27 Aug 2023 19:41:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.224

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

RbqkwCDs72NP7cOVqgsKEEFPTCecdF23i35TKb14N+HNdFj1iHCSBs0SffE96x0MMQYW07C34Vq2LT5prXf/fWNzuv2oXE0vO2Lu8wiKQVIsfeUe3z1pgymDELV7xffaqyWrsznsmla9DbCkNlOz6F8zVxa7sXXmqTiYuv0SNIf76zwK0oGa7xkZxY6RUunstYPaJuAbWoBkDqpXJpG8Jk+mkjne2nk/Q2gPKufd0KSjXxHLbdcCgrp51iQKp8i7tizSB6N/8193BE5GHM2h/HzG0dhV135BjdF1sqEQYRf45e7YKbpX5+sow7LvpzhMivqr/VMBNjeUFhPbx7zZvQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html][]_Sun,-27-Aug-2023-19-41-47-GMT.mhtml

**Hash (SHA256)**

edb710b4a0fb1e060c836b273df0dcd11cbf3667b70c229c9a830737cf57a94c

**Signature (PKCS#1v1.5)**

DV/NWV+xa4P15JdkRP6VgN2KNLQNsi2+waH7ivPQTdiE8gslBKYUv3nt1sdqiiZBOoo5XnzgCT22gdLg3F8M6gKY3s79hksbuWlMECvmQGMaeVfNnHrCclfBxScitPl2xndOL9eTE5CVUk97pDyCH5KDn/YkF/WVkPEiTAG2OGSqhlxcVRS5EsbBSkbjAPVRYG29KVgYlaBl5S3l1KKWFFCwleNyMp4yBKxmX9aoAK6mypQq2qUM6luPfgjSlnF98M2gxlZ3wzlPj75LChynsAgd53FNg47+7WjmcNWxHwUhZCqraEVyJ5W8T1TY8MoHKBqoxmPUpLXBu46gJh4kUg==



Case 1:23-cv-23768-RAR Document 5-7 Entered on FLSD Docket 10/18/2023 Page 86 of 143



# Evidence Collection Report

**Page Title**
Amazon.com: Smiley Face 4th of July Shirt, 4th Of July Shirt, Family 4th of July Shirt, Independence Day Shirt, America Flag Shirt, Patriotic Shirt, Tshirt, Hoodie, Sweatshirt, Long Sleeve, Vneck : Handmade Products

**URL**
https://www.amazon.com/dp/B0C6CG7C44

**Collection Date**
Wed, 16 Aug 2023 06:14:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Denise Van Holsbeeck

**IP Address**
2001:ae8:bc:0 .1

**Browser Information**
Mozilla 5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/11.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**
08faa11fa7ce14663488568940df1e946f4b92bc...

# File Signatures

**SCREEN CAPTURE**

**File Name**
screencap_B0C6CG7C44...

**Hash (SHA256)**
ab835091b4d99b6715b57492336021da444b86e8eb8f8b304d5520d1372305f

**Signature (PKCS#1 v1.5)**
5pa44fb92acecb113fb54fadad16e3b359f48f54b...

(base64 / hex signature data)
























Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 16 Aug 2023 09:17:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

LGBb+skqdY9YBfj5mps7YALWFjeBmp7sdWtIZYsvjf1RwQvPYo8wJ90+O8QNCSY5buWAUVKTYZE2kuSPYHPCQWfEl7zOQQpDXGdJ2yUXoXuJW0OiWfG5bixq/p1/syKwfL09Xvxs2DZGwKPVVYsDGJt7F7oOf+u4IrJN8vf6AP68IclYYtGxjzu5ae2en0M33RBr7q2xCpBtKW4gNyt9c7x99J3/g8WR8xpJyeVsCWmBDoJOZFDkaltfYFi2xJpjQqe9kLT1ezaFhOSKMaFOEzx7HUTQ1iGs6PmQ2/YYYwjHWYUstv8kiqlha9fmdHJZCAYQFlqaBJA70K/Oq4D6Rw==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-16-Aug-2023-09-17-10-GMT.mhtml

**Hash (SHA256)**

9d8cce335916cada030ff4e7b75e6fca5297274bc5e2da8b8d6b25c436fe0c5f

**Signature (PKCS#1v1.5)**

dBZuHnHhAzGNG+BNMeXJiGdqHu2JGlwnW4pbR4vU3xqrsUwkFF30YE6q67fo3lKR2LdhZyoBzM17YVWD2ti6BLNsS+F3mfhiEjXI5pJZcgwD8PIElcfts9pFW0dnmi/YI4FiXGAaF+CckxRPyVSSUz3wvWF93CzcXlbqkRJT/oho4igJp7Hy4Irj6XeFJ+Vvj0kn6xTklQ5w5/ZVq1v1JswLYgcDJC0hw+EEi+VY5DQyqRmsG9v1aZTECzh4kmeNrHLaRUnkQJuLr05KMybFwIMlbhQ50Kbz6RhOI/FzwiIG5mMSn9za3ooI4xgSdSG0AuDXSuf6pccmpLMK3XKNf0Q==



**AXENCIS**

# Evidence Collection Report

# File Signatures










### Frequently bought together

### Products related to this item

### Decontech deals on Kids' Party Banners

### Product Description




### Compare with similar items








### Videos






### Important information

### Related products with free delivery on eligible orders

### Similar brands on Amazon



### Looking for specific info?

### Review this product

### Featured items you may like









### Best sellers in this Party Supplies












# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 11 Aug 2023 13:07:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.167

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

BFB2CpralEu4tYWHqMChl25ghCRuEhtx1j+a2/zbPtwfgUFMa4+jmc3802RDwKAH0bgJcEqv86uKXPROABIyKzzmHPTI7WEX2KVAdj9+AcCsOqpT1qT6yY7ZcYsr2Rt0cVqJGcnG43q5LWk4ZRGDqKP8vVaW+3Uy9Qsi7aN/X56UsKVm55qURH3Mk4zcZI/9FgJpHo+V2Wodas6Zcaovr6e6tm3sIJ/bXsR2UjiOWp6xpJErfQeGcCh31m324toHiz7oEFd4TJUN2u1Tgelu1Ch/hlPvd5KV3/kYEkjB+3sv6pGueyTNPJ5JVleBvWREGQQ+PSgsHVe4MScaqf1cBw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-11-Aug-2023-13-07-11-GMT.mhtml

**Hash (SHA256)**

10325c88f98093692 61ead334b50e76d3b6ba6779f5a53f46c7830540ba81a23

**Signature (PKCS#1v1.5)**

wAQAnVFEJ/VOFAzHq1GOgCnRNa8TjvO1lOm7aUNVhvKGcWqYqU4x7Cj0Dz6W6xQk2HA1MnpsllexrAiao1GC0CMhEeCVpVzhSYcvc3oVyp2zgzHkuaT2VZKe7fy1/4LPsvo0iXEczaqwfNL10xPg0DeWW+huLcLHSu/8kcSBi0Ypscf5JzyGZP66YZ3j9i/qGpQHhJUe1YpwA/ZU9snuFltxnlhLkU1C1Qe0jlBYE+Wn2iLbzDTYKNKPNtF2qjXlKk3LEOZsToQ0Ge0kPegmjLcgU0VyEnPhjB5t5uPACSewHjlNBanBjylV1mb20TD1yQ7voS1BhNAMTpPM5AnhxzA==



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**
Amazon.com: Brishow Wedding Smiley Rings Silver Stainless Steel Smiley Ring Finger Ring Adjustable Statement Rings for Women and Girls(7): Clothing, Shoes & Jewelry

**URL**
https://www.amazon.com/dp/B08N68JB1H

**Collection Date**
Sun, 27 Aug 2023 17:17:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
136.158.42.224

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
FXpda9kkhw2EH/4L2rt05rQvFH5ww1hAkoSxmDpdDECQmBSiPJ1z1wK1W8H4nWo+WxUFJkV1NcD54lvMt/gT/qQ1FPCWQx3YFhsrZPKCld18mWoJOCTxtXmgRYeEyZojSRpaqhS1U1K8PYevD3aU5aSHug/w1Vtc8zuZ5uivWskKBiz6hHR8ZuV3f9Wd
+cjDIWD8MLIJDscQxYfKEbAiDA6z9xgWazjqCEuM/TGrXhRqtrTI6omKPIdmZPA0khkbIe4Un5EGq7HFHVR481LR5Uw8ioPjzWjZT9nMvgGr0OD98btE1aiYMaq7NotyEumvIw1N2xjzq9lUN7A6OPTdBQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**
screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B08N68JB1H]]_Sun,-27-Aug-2023-17-17-43-GMT.mhtml

**Hash (SHA256)**
9fc87be013bceafda53ded3280f50a17445bc527b924099ebd6574b21aff5d86

**Signature (PKCS#1v1.5)**
TwWPfkAk9chFp0c6SyFzDFgz/lIAZ2tW6KNV+fUpGW0tnJcTEuvwW6rbTDnR9RAuVFuAbbpOIAXsKhsPQ2CaCGnPGXNi57skm0R542EWfO6dPZpMr2dMnIdEN/
TqZEzA1lrlUm9yF8CbjlIqDQqbGkOErPKhC7yM4VSVQfXxkAP6lUkw0P6xw7uNRe0D94/8kDcidnDWBNg8CUo4ioPoW8rU0SqmrfZ+W7d5LTptKYsEwkC3r//Js9eBNOO9UcxMhPyPc09Qtn74Bgdv6LQML6FLPejVGkzhpoN/wvYVD+9z0RFXmlcDvuXTsOCdOzc4YTRwumZyx3V/
oweHNDx64Q==
















Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sun, 27 Aug 2023 17:19:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.224

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

E9yeF6yPam45fNUfZnCB+74cPWlNNtW0Wo/b5oHngiKYVJBFwWNFFPeJMmTXgfwYiDQjnOvGwe0VN9+kuJDXCLcNyYLThtezZMRJbMe0uTRxif14C+SzgsN619DwBD+Zn1+XsOEAlZrFiWE732ecvnPyRwFTTVJDudi60rU+cSDaKbz9WF6dnx2QnWqVKEVLClxzcm0LHNWc8P2zsPdMvDcsY3KySfM8SuNdi7rqMHlIQYEVxNdy/P/9O1+jka/nFAklKoCsMiXkUbeHDN/PxNf9B3k1ClxVlCNh42CYv9xrxREuVYplz4f5KdJpROLd/zCQnHBtSrtwFBKURzG8fQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sun,-27-Aug-2023-17-19-11-GMT.mhtml

**Hash (SHA256)**

2e4219a7f639c54ff282be5acec6a19a5fc9c71956301db81b47e861a99a1f2e

**Signature (PKCS#1v1.5)**

hmlhWZnmpR/0y0Qx1aFjchLrq5DawUmVPfA1eztilIfP+VLvmQQnjR2Ke+2/Gs0aJ+YKGuRWHazVY06suvi2mGXUmpjnSsue8OSVPULbomefbQYU0+75xQ9plJTxo/gfzfilNSNkTlFfSCe5OTsJO67X+2Ov4FD1+JpbnChM71t7wnp2Cye/R5jqpBqtu60N/Yqtuz2oA0YPCHQuRgJeEiW4JeAJFmGMBJiqFyD+hI5nqe0wyc9Ci/x1gndbqjjcUk0KESigcTvBe8Dbzg3zghl39wfE3zcb0NxTvx96xCB1MqeODzjrL5TOGesQcIFKawQ2NUhppONX8DCrpIcXaA==



# Evidence Collection Report

**Page Title**
Personalized Smiley Face Love Heart Plastic Water Bottle | Gift Present | 500ml | eBay

**URL**
https://www.ebay.com/itm/334558896586

**Collection Date**
Tue, 29 Aug 2023 10:56:05 UTC (US Department of Commerce / AKZ authenticated timestamp)

**Collected by**
Remmet van Helsingen

**IP Address**
138.199.42.234

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7-C.2)**
[hash strings]

## File Signatures

SCREEN CAPTURE
SHA256:
...
File Name:
screencap_[hash]@ebay.com@v0f3dbhf4524f30d600948_Tue_29 Aug 2023 10:56:05 GMT.html
Hash (SHA256):
...





































Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 29 Aug 2023 10:06:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.224

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

b69v8vDR93vieQ+BH2g5/0VyFSMoecfQ/m66CJ0wv5oo+3ygvPkgIgzNWDDGsMU2CzCHr1sHZEnMXsIz2VYY+OK06Z57FAXFUQnlfC97TWdZ08GvKYvpl5sOelsD364Lq06Zz3QO0sCUnslhfL1FxaaCmhTMUs8VzrGiq2LBFQArOtjZ1v2ZdlSnfnvu2FTrlLDVvpyCJ6pLfo+4BRO1Vq
+1EZkhq4e5lLewscvJXh65HF5X1sUaguklWabqDjzCJ0X4SGCxyCrVK1TMIE3M2hqvB00JZcZ0FN2EhQxONREZs4suaOYzQcYz8kEcntmMpVUM6PPhPu13uEXRx9cLQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[(https[s]|fs][fs]pay.ebay.com[fs]rxo]]_Tue,-29-Aug-2023-10-06-00-GMT.mhtml

**Hash (SHA256)**

01f4576b9a64a0e30f8a503741388ff1e0daa968f22d21a2835ec6177ac532f1

**Signature (PKCS#1v1.5)**

cnr3urybuZYcdUlJ91B1UnA+5GlEv3ETS3Xg5AxB0pgaG6bU6tbkD1PNZSLk7Isz31OVwfq5t4pqL5wozkrKIg/8OgHEvnCy9hx8M2U5NfBGbB7HoL6ytzt05ESX+6AhP+qG4fodyKWAvcoDlFQG+UJUi4GQIRBX8YXTZnrXEE8pSR3yQwhcbq8ZJ1lPq9hlLd/tJx5IlQDEFK
+fz6L5RkINiw97tIHXNCEcbC73Y9ghwiyahH3iz6EJSZq8ub547M/li8KIHVj36dMW4MIvRESJopeeDAk6UVPBnhn7LJrs8+ghkFKcncrx8smAZgVAzoo6U1eH1tl4VsFlQBY5c8w==







# Evidence Collection Report

Page Title
Smiley Face Slippers | eBay

URL
https://www.ebay.com/itm/195893782365

Collection Date
Wed, 30 Aug 2023 21:27:19 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Axencis

IP Address
192.27.12.146

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

Digital Signature (SHA256 / RFC3161):
[illegible digital signature data]

## File Signatures

SCREEN CAPTURE
MHTML
File Name
screencap_8hmpu02hkarcbavj.evs12hb42vh2hb8742392..img, img.img.jpg2023-08-30 214447 mhtml
Hash (SHA256):
[illegible hash]

Signature (PKCS#1 v1.5):
[illegible signature data]







### Smiley Face Slippers

US $18.88

[ Buy It Now ]
[ Add to cart ]
[ Add to watchlist ]





### Similar sponsored items    See all







### Sponsored items customers also bought    See all



## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with box: A brand-new, unused, and unworn item (including handmade items) in the original... Read more | Brand | Unbranded |
| Department | Women | Style | Slides |
| Type | Slipper | Upper Material | 100% Cushion |
| US Shoe Size | N/A | | |

## Description

With Platform: No

Upper Material: Flannel
Shoes Type: Home Cotton Shoes
Season: Winter
Outsole Material: PVC
Lining Material: Plush
Insole Material: Short Plush
Heel Type: Flat
Heel Height: Flat (≤1cm)
Fit: Fits true to size, take your normal size
Department: Fuss Fu
Age group: Adult
Brand: Colorful Building
Wear fashion
Color: various
Occasion: square
Identifier exists: no sold

### calalilly-4
100% Positive Feedback
98 items sold

[ Seller's other items ]
[ Contact ]
[ Save seller ]

Seller feedback (19)



Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 21:29:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

193.27.12.196

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ZWR7VB0+Y3sOOoEjnltwDsOP6BFEKi7sqJA6TijlHujLCx4leZRVP9iJMc3BSXCa9rXwJXTFDgRERBCKsMJG6S9GQpdzdvJOhMkb2LxX/xf54rRIK/BHx343/NC8nsNJwKOuKNVfO1u6iL/DgQX+Oz2yUULYGxj5oYZwAw4vcphMWAX1qkEaj3l0wXP+U44Szoucr3wDjes7s8056s6gRUPfbxn7B+kuhFDZadgw4LhvFFV/74ri9BdTX+Tz09CIZkB3/zEeC+Z6FTC8FEyE6QDyOrjUR5HHi1kL6x5b+qSCa687VXJJ03c1zP+7DWBm/y5uVx5S4ZlSYrNYJn4qTn73A==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-21-29-24-GMT.mhtml

**Hash (SHA256)**

2813dee63656b916788b0b67a74d563a72f0b646d9bc4c18a8877a8dafc23acf6

**Signature (PKCS#1v1.5)**

OGF+amFsUiQpITSZHtXkfDdRhTOIEo9Fdw1sajsmUzyp7xAABuAWrNWtQpaFEJanfr46aQQXeF6JECm96AQY07TZVIJ4BQzouuuIf5Iq2MxtWHh5H8IgJAAhGSYQl8y/.Jj7nG4qskYzp78MepQy/w85y/nRLqIO17RMdCChTQUfod4YPk/7c8nX29JADzWySV0V8JiX6tfG9eDZnbnsA4bhGzrtjYEoI4QfsRvnTP/BGJoSh3a8fl5kKK1+I9b2WAoRgO7c3BICST6W+XJ/phDbrDhtzcbtFUqaaQlUr7BhgdSXYM6XU9eVRRGn/uLKGRHxNbt0RSDae865a7JYueptFV3dA==



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



# Evidence Collection Report

**Page Title**
26 Pcs Mixed Smiley Face Enamel Dome Charms Nail Art Craft Sticker DIY Resin | eBay

**URL**
https://www.ebay.com/itm/116441369064

**Collection Date**
Mon, 07 Aug 2023 11:48:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Research Process

**IP Address**
209.91.0.0

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7-S)**
MIIK7...

## File Signatures

SCREEN CAPTURE
MHTML
File Name
screencap_2hhdg369b1e0e8ncw.mod9dhdfd371648 096d8366_Mon_07 Aug 2023 11:48:15.697.mhtml
Hash (SHA256)
8e71a7ffb1a27dabe0ede4dcd61e8e70cab42ade836d05f3dfa54a41fb2a4edb
Signature (PKCS#7-S)
MIIKw...



























Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 07 Aug 2023 11:05:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:497f:e600:b95b:2e52:205f:8608

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ebK69DDpLe0ObdDh4rsO7xGTLsuih74Xlb6KBB+pm+soTO3DEbRVOvf0hp5ClOdUhW2ZN4EQb9U0FECMeeekbPzuW1TSIEC/sfqY7iSrBAHDBTgfAO5IL5IjOYVJ8CD5Xt8ICwRmVPSJxncXO2kXRkiv56UU20QIKoVq/M0W09ZnCT60pUnKRGuGbPXAXvHQTjOKWfeekqoGfIHHpE7eNBHKcS76FE1sNHdxHqfHfK6N7vEiL6Ca0BBW1tcQ1eTAM/BYerfqRRKMQ+wQrsAcw1vIlxalZnSdUtl7HplcoPYhd5nuHyR+34EnY+ajFUspI4R99GLcaMyRP6BWzUwvw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs]/[fs]pay.ebay.com[fs]rxo]]_Mon,-07-Aug-2023-11-05-19-GMT.mhtml

**Hash (SHA256)**

e163ffa4181155691739e769343e41307312ea15e4084cb7b686c23377579542

**Signature (PKCS#1v1.5)**

EquHkR8RtWj143xnGQmTbPK2Szgv3H8dlhEPDW0e+XmFm2qlzFKK6tCsR38gExvQd1jnM7TyuTRWUPjj3rWnFhdb1ZytUvRXf/p38ZfHjgwrozvA3/TtWYBL7aato87uIGxMGOnej+ZxSL9JFja34KWDLHOOKxP6jTdxayk5mQ8WBTLTV4c0V/uXntcGseTmbH12CdZRh1aC+fxq9frnurnhea9NjHLhQyBnaegBhUJf6iUp9g7+GlV8NXCi/WORWbGanYlWMuM4Y9ZMgwp6BQH3Z2AOIvfO926yOWeD/.JjMj0xxijMDwikztWYt7Y8W5ew89b2GTcSfsCCiMTBfaQ==





# Evidence Collection Report

Page Title
Smiley Face Quality Black Leather Round Keyring | eBay

URL
https://www.ebay.com/itm/233518669160

Collection Date
Tue, 08 Aug 2023 13:04:36 UTC [US Department of Commerce / NIST authenticated timestamp]

Collected by
Michaela Borys

IP Address
Supplied to TL

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)

## File Signatures

SCREEN CAPTURE
MHTML
File Name
File Hash
Signature (PKCS#1 v1.5)



Smiley Face Quality Black Leather Round Keyring

GBP 4.99
Approximately US $6.37

Buy It Now

Add to cart

Add to watchlist

Similar sponsored items    See all





Sponsored items inspired by your views    See all

    

Item specifics

Item description from the seller

## The keyring is manufactured from
## quality genuine leather hide (NOT bonded leather).

This *decal* is printed in the finest detail onto **hard-wearing, sleek vinyl**

The logo is protected with a coat of **crystal clear, polyurethane resin**

The resin shields the logo **from scratches, knocks and UV rays**, protecting it from fading.

**It's the perfect accessory for enthusiasts.**

UK POSTAGE = FREE



### Business seller information

Return policy



Caprom Domes



Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 12:07:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

iPLiLlxiS802Aauy/Qj501U7xYXvm4d0aoQXCkifpQJkZ6goZkWIaNmbxIY23hozoGBgNnD8ScqDnb56zK6eIN2x9MEV3+1dA+CLBvX0InMrR5jyWzW9AWtfw3IDp+3uSuoqIcullysZRuXGBT7j9jocpQ85iCHKKHEiRsC3Jf0Ru1X3zljWoD76ymN7vl0rZTyIsOqIdEIQKSVLA+sBQc7IO1bs0+Eq+evfKhPZAgbChAa7cqstUfOf/3BCXkPWQG58MP0PTC8HmILNH/3Ljz2LW3LYGrn/V91oISQr6Pu92iBTwg2IAOyKnrcAyWEnFuQBgdeozbvZp7O764aDCOA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap,[[https[s]]fs][fs]pay.ebay.com[fs]rxo]],Tue,-08-Aug-2023-12-07-08-GMT.mhtml

**Hash (SHA256)**

299865f0cb5b4f56f559666baa60de43854de42910b96ebaa79918f40c519a7c

**Signature (PKCS#1v1.5)**

SfGhRh7V13sIOGnANV+upWwIq9eqM3rBXnE0jLDkihPfstjM5H7Eem7Qpby4Ih3Q95umzNCkDujwZb/4nA2VOnebzwO9RXdgKlt4c9RoF5QwdFbBsAjRGv1COmm9Cd7QM400rIgqp69NQl5ix/p7cl1aAtKCJVFcciNUqqolQf6Lq5PORQAlt0gCAiqzzBvS0oN0+3x04Wm/ve+Zq3hFZsCIXChXdvmDKhonIRWyVVmhz9s1IrJUdaNOrkrDEF121kpZAGO6wBe6zfQ/aOO3h9vgL4AZl7UuqCm68APQVjogvu8bK/u6Se4ZJz+3nkreOaLbw1XXyrjQRCV+4HqZ3Q==





Case 1:15-cv-03748-NSR   Document 5-7   Entered in FLSD Docket 10/18/2024   Page 100 of 143



# Evidence Collection Report

Page Title
Amazon.com: DRIVING iwantthatsign.com Have A Nice Day Car Sign, Have A Nice Day, Baby On Board, Decal, Bumper Sticker, Car Sticker, Road Sign, Smiley Face Car Sign, Don't Worry Be Happy : Automotive

URL
https://www.amazon.com/dp/B0000000/abb

Collection Date
Fri, 11 Aug 2022 00:27:13.470 (US Department of Commerce / NIST authenticated timestamp)

Collected by
Marcus van Valkenger

IP Address
136.144.41.152

Browser
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/103.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7.2)
[long hash string]

SCREEN CAPTURE

SHA256:
[hash]

File Name:
screencap_B0abjdkf8f1@axencis.amazon.com/B0abjdkf8f0/SHA256-PNG_Fri_11_Aug_2022_00:27:13.hdf.intent

Hash (SHA256):
[hash]

Signature (PKCS#7.2):
[long hash]

# File Signatures

















Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 11 Aug 2023 09:28:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.167

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

d8KQCuEBBo2svNuDTkVocpFfYxZKYdifssgRygT5VaoIqS/fNCt8b7wBFq9ttsrSPFo76pymHr2SQ/EQcEv/34HOfKI6RYnYx0QtXEy/Kt/5JMOnzaP/et2yaaj7PWyb4eGqZmtpB3fXikGl2erxBE4OAn0RCKuV4CoVpxNhBVC86rHm7bZOVm6MW1CNtS8E5Za/qCoZ1RWIsmz5KHkQRF5wCKbDEKPLckKVt9dJKDX3DJm959SVpPsv7zkfg9Mieur7ink/tRJk1FFgswFjGc7ugmZ2dqmAv5zqc5J+hVNDKqzPPHeax3Y+5IqaTqtM9+uNjyLXN36dvmiJaSsOOw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html[]_Fri,-11-Aug-2023-09-28-58-GMT.mhtml

**Hash (SHA256)**

2a3dbbcd419b810a64446cabdfcc15ff48deb14678df619b41b538741de0c484

**Signature (PKCS#1v1.5)**

BJFC/nU2b3sU2rlc+IIAp0UOx6cbWChrvKxKYERHVjH3z/1/cC2LYbg1pH+hntAn0oxC+fsjcWQuI9QFCJwSelVgC7xrz8scflAPsBBqhDjQLYTbNSHODe8lF9mQxpJ1Te8be50qfbSqHQstD+9OG9IoSrb4lLXyAl2BYirnYeuZOmCY9wyjWU0fAdxUQfy59d2TET8phqUw9xdED4XkjeZTbbtyjn+Y7yRPqtBJx56NIOS2/2yLthm20hC+Fkh9SBTF9uQKzaqg8eUBs/pUzM6at/K/iiBrBGdujeTRxs/mbV2zLltQKHB7LjlCs+XTt9sAc3uwnWc3dbhSPCyy2fg==





AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

4th Of July Shirt American Smiley Face Shirt Independence Day USA Flag Shirt | eBay

**URL**

https://www.ebay.com/itm/385654837846

**Collection Date**

Wed, 09 Aug 2023 21:16:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

193.27.12.196

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

CB+m2oyNKJOeVp+NPKG1PyshCcVZxTdhDov7usLixNyosF5oqpnd24Z87zCeSLMqbwsyB6KkPfsIBVDW8XqmO9Dpq6vhebjZhH3oBalNV12ab82sbsYtmp3AxJGtmIsqyHS5OKrbdkCIlwRID3doXi36V44ey/DMRpMfRFYfJrwjdgkU1mpbOGkca8+txqPjjd+aeBm/
L8WRrv20SZ6xjUy3r8PBqI1HPsVs16HIEWdQnwcZW1hbYeGwbuKv44DCXW3pHR1TekLgr3VzhscaOONFbg6S1HMJAJZ6dpPuNaL1mKTsY9AEMbJxrdlcwCnpMKnIDQmZIZpxNZa0Di8+Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]385654837846]]_Wed,-09-Aug-2023-21-16-15-GMT.mhtml

**Hash (SHA256)**

c11ada268afdafd84dc7169d4db937ad920a44a8d70a465aeb5f59d6e0051daf

**Signature (PKCS#1v1.5)**

W9RL7Z0UgclzpEbFS9ccQQC1PP9UPSZuImGX+Ev2kVPgwU7LcYsouE/MbHXEogeEJ4uft317g9RVXLQydhumQhluUQOVP1pYuwwiu4pLtJo2g/pBnWJ7gbmnDwsNAl/czyVgQ5hp+7mYTfeOXw6sYRSjnIKMlWu/rkq2b/AelBcwaXjc5tY2c/94vrj/StFm1T1LlaCN6uzZ
+MSA5E5UPboZLLnYBwCMLvc7vsG9Ks6qBXffGutRconqIJmCkp2KSGFohikYC5i1i6BJ/zh/FJ6WZGN9xzxxPlgI1M1LZWk5wNo9bmOMKPaJi/1yaUAjM9Q/xBN35KYHmROw8yh7Eg==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Clothing, Shoes & Accessories > Men's Clothing > Shirts > T-Shirts    Share | Add to Watchlist

## 4th Of July Shirt American Smiley Face Shirt Independence Day USA Flag Shirt

Condition: **New with tags**

Sizes: - Select -

Quantity: 1 Last One

Personalization: Please enter the color you want.

0/250

Price: **US $16.50**

Buy It Now

Add to cart

Add to watchlist

**Fast and reliable.** Ships from United States.

Shipping: US $4.99 Economy Shipping. See details
Located in: Austin, Texas, United States

Delivery: Estimated between **Mon, Aug 14** and **Fri, Aug 18** to 33132
Includes **5 business days** handling time after receipt of cleared payment.

Returns: Seller does not accept returns. See details

Payments: PayPal G Pay VISA Mastercard AMEX DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

$ Have one to sell? Sell now

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
carda-3877 (28 ★)
100% positive feedback

Save seller
Contact seller
See other items

## Similar sponsored items   See all

Feedback on our suggestions

American Eagle USA Flag Happy Independence Day 4th Of July Funny Men's T Shirt
New
**$10.97**
Free shipping
**30 sold**

Happy 4th Of July Patriotic American US Flag 4th Unisex T-Shirt
New (Other)
**$18.99**
Free shipping
Seller with a 99.5% positive feedback

This Is My Pride Flag USA American Independence Day 4th of July T-Shirt Men Tee
New (Other)
**$17.99**
Free shipping
Seller with a 100% positive feedback

Men's America First Shirt USA Patriotic Shirt 4th Of July Shirt Freedom Shirts
New
**$13.29**
~~$18.99~~ **30% off**
Free shipping
Seller with a 100% positive feedback

American Independence Day Happy 4th Of July USA Eagle Flag Patriotic Mens TShirt
New
**$20.00**
Free shipping

## Sponsored items customers also bought   See all

Feedback on our suggestions

Vtg Pantera Dimebag Darrell Heavy Cotton Black All Size Unisex Tee Shirt KK634
New
**$18.04**
~~$22.99~~ **22% off**
+ $4.99 shipping
**26 watchers**

New Motionless in White Band Album Cotton Black S-5XL T-Shirt 1D1916
New
**$17.09**
~~$18.99~~ **10% off**
+ $3.99 shipping
Seller with a 99.5% positive feedback

(Officially Licensed) Nirvana Inutero t shirt
New
**$13.99**
+ $4.00 shipping
**1033 sold**

Rare Meshuggah Short Sleeve Black All Size T-Shirt GB406
New
**$17.09**
~~$21.99~~ **22% off**
+ $3.99 shipping
Seller with a 99.3% positive feedback

NWT! Steel Panther Death to All but American Glam Music Song T-Shirt Size S-4XL
New
**$17.99**
+ $5.99 shipping
Seller with a 100% positive feedback

About this item | Shipping, returns, and payments    Report this item

Seller assumes all responsibility for this listing.    eBay item number: **385654837846**

Last updated on Jul 13, 2023 00:23:45 PDT View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Sleeve Length | Short Sleeve |
| Size | 3XL | Color | Black |
| Material | Cotton | Brand | Unbranded |
| Fit | Regular | Personalize | Yes |
| Size Type | Regular | Type | T-Shirt |
| Department | Unisex Adults | Country/Region of Manufacture | United States |
| Product Line | Gildan 5000 | | |

## Item description from the seller

**THANK YOU FOR WATCHING STORE**

We have searched far and wide for the perfect t shirt for our fans and customers!

We believe in making a t-shirt you actually want to wear. You'll notice the quality right when you put it on.

Our tees are high quality and made to fit right.
Our shirts are professionally screen printed in the United State

**SERVICE:**

Due to lighting effect and computer color, the actual color may be slightly different from the picture. Hope for your understanding on this. But customers who have used our products are very satisfied with the products they receive from us.

We do not accept returns of goods for the following reasons: Customers choose the wrong size. we only accept return for damage or bad printing result

**FEEDBACK:**

The satisfaction of our customers is the first place for us.

If you are happy with your purchase, PLEASE take a moment to leave Positive feedback for us. We really appreciate that.

If you are not happy with the purchase, PLEASE contact us to resolve the problem. We are always here to give you the best solutions.

If you have any questions about the shipping process

Or after you receive this shirt, if you are not satisfied with the product,

PLEASE contact us before contacting ebay

We will have the best solution for you, we will send it to you with good service.

We are always here to serve you.

## carda-3877

**100%** Positive Feedback
**95** Items sold

Seller's other items | Contact | Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 4.7 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Seller feedback (28)

b***b (4666) • Past month

Overall smooth transaction. Somewhat expensive for the material used but seems to hold up well so far. Very good communication.

US Navy Seabees Naval Construction Force Hawaiian Aloha 3D Print Shirt (#385691178726)

a***u (58) • Past month

Ítem as described......

Wu Tang Hip Hop Rap Group Music T-Shirt Wu-Tang Vintage Shirts Men Women Unisex (#385738869358)

l***p (957) • Past month

Really big

Vintage The Cure Love Cats T-Shirt, The Cure Rock Band Tee, The Cure Shirts (#385711515166)

See all feedback

Back to home page    Return to top

More to explore : Smiley T-Shirts for Men, American USA T-Shirts for Men, Independent Shirts for Men, American Apparel USA T-Shirts for Men, Independent Men's T-Shirts, USA T-Shirts for Men, DAY T-Shirts for Men, USA T-Shirts for Men with Vintage, Face T-Shirts for Men, Six Flags Men's T shirts

## Shop the Latest Sneakers

| Best Sellers | Recent Releases | Air Jordan | Yeezy | Top Brands |
|---|---|---|---|---|
| Jordan 1 Retro OG High UNC Toe | Jordan 13 Retro Mid Wolf Grey | Jordan 1 | Yeezy Slide | New Balance |
| Nike Dunk Low Black White | Jordan System.23 Low Tour Yellow | Jordan 4 | Yeezy Foam RNNR | Gucci |
| Jordan 3 Retro Mid White Cement Reimagined | Jordan 1 Low Retro OG Black Toe | Jordan 11 | Yeezy 700 | Vans |
| Jordan 4 Retro Mid Thunder | Jordan 3 Retro Mid Palomino | Jordan 12 | Yeezy 350 | Skechers |
| Jordan 1 Retro High OG Washed Black 2023 | Jordan 6 Retro Golf Low White Khaki | Jordan 13 | Yeezy 500 | Reebok |

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



























Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 21:17:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

193.27.12.196

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

DCH0yyhjdOBEomiotof1QwcU6MzUVrm62jKEg9eFyHFuCV0Nc/cTuaxHmsKt5P/BDcvJZ/wjhbL+O/G8fM98TjgbVCDrydreTU1mf2YmgEEieU4B6xOz+t5MlxRjjVWs12jZyhM9uQtsurT4uThyaY0Kx+F17vSU6hfNrY6xXbyDUw+s4aYr+ysKDrPKk0tEO65iD3Horg6Ug76kXG7XD3WY5Wl5uLDb/bz0Y/4yv53MfEKqB0Ezaoj/gvZB1PGP2YmVWQk880nu3Jhj5ar7YNOxdwe7EQJYEiNelm1vzzep6Ow4k1fWODGMi0ARXBfEXPA3K+dd08KeiSS+FfZAA++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-21-17-19-GMT.mhtml

**Hash (SHA256)**

e581760b55a7f0b2b250e502535d7f930c5b005ac7ef1e63da042fc8fa24372d

**Signature (PKCS#1v1.5)**

AbbkGqPlU5xs+4QEYMZ8JHxg9u0/2pq1EuwMxkU1djiVRH/HA202/z3RX9bmofTJJZB10sUBL1eXzvj7YkcsTU6LNucBrumKUbFQUimAxKdpZr5WzsdmTp8XrR8XFnx8M58cx7hmQo16PDuUo4Hz/zU5/CpctbNLAvopLdWc894FaBXWqHcOltq3KcHLmJKZcwZXlTev1fszG5w+Vna7/72AdRk7iFiWNxiK9UpEbEQm2PMsUCaZoYXt3aiiD85Oio3UZ+W7Q4RcpMxB43SsYFfO0OvUWVw6VuTJpb2B8yQIGxKS1/BWhQIbS/pRfNkMk2mYg4/ULEyM23h/MYJwQ==





# Evidence Collection Report

**Page Title**

20/50/100pcs Cute Acrylic Smiley Beads DIY Jewelry Making Accessories spacer beads wholesale  6*10mm | Wish

**URL**

https://www.wish.com/c/60643011862b68aa0f45769a1

**Collection Date**

Thu, 10 Aug 2023 08:26:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49cd:5f00:e581:f668:cc3b:d15f

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mi5vdHOR2ote/u4TiN3zg9d04rT2pGLg3PJjy68sgMtGO600H9ssevHeU0JaVkQsUGKbSKgzEWOMQiqrH2dwk0JaLq25UtET7G52yj6xcBiobCPpqBBbs9Bf5hvKvoUjLNdynty1/Fc3AO70qAjgXUcyAGK/cHeCgNvHeMfI7DNMIY16FM4PygQwuLmpHhG4G5HiUjI5fRVrhhB8ExpTio0Tdh0diwE+CitfsHqh9iwh7BI4J16pXyG6OeJfa1uyhjMdrZuy3tZZewyjFZgiVD7gFWTHNnH9HLiAkAneRnNK4hDZX0MZthB1fExEcoTK79i9tQl0Tp6gw5GdvSScA++

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s]]fs][fs]www.wish.com[fs]c[fs]60643011862b68aa0f45769a1][_Thu,-10-Aug-2023-08-26-47-GMT.mhtml

**Hash (SHA256)**

f7013198e946430241660f4e7644d0e26e39f96bedcd3e1c6861c7e9a6406723

**Signature (PKCS#1v1.5)**

ginxsOdJNaXSjXCeBsXasQywFvaPBoJ+/clKHd17nTbYbaOKknisTsyeTegSXA6hCGwDx2KPeDzS+tHi4YgK48Ysge8dTRmdB3sgh2izDwjYVXhWC8yZ+8ob/rvZ+xqj1v45Lpev0quPtjH+A5oC5YKeH8abad0XakOo01svcdyhO2TSYG9jarTp8bBlcVPx9WS56wmdVJSZ+ft6smPRhq2+Vcfuf6OLmhsugJtv04Eu0r8aaIB/D5KYSzyn1VpF8Rfb/GFonPf66+/prwbqf2VE0+Otn8Ju4T95va33V8wGdnSKqMzZ2FO53IYNyKsTwc+V40idHXFG4E3qUaSpi3b3g++





Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Thu, 10 Aug 2023 08:27:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49cd:5f00:e581:f668:cc3b:d15f

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

JClJ18ZB975aTgKN8Yig8hhM4akEZPbm3/6Vru7zXJYJ/n4YIHjjTndbzeiWFXAs5ZHuiN+P++3bK8iiefADJlkJ5uyYdu3l/tMGQsg0E3/4YPKNmKM6CGRdFD0UbnTyOxcfLGnjFpJi73QevdFlcHmH1X7lBReQgv8VDj6yN0xN3wEP89ndQc7lm1qbabKWZIKBfAd+76gOjnZhwwyLvmHLMzzsCG33GZUdnh1v/awuzsvjoCGpzbJSn9NJivcwZBW77n8C/W0O6lsyVbBGtHyaPjLIQnP374ie0wrWEAiON6lbtHiso5+cGx4VMVivYoKt+qcBAwtWUu4NB5U4uA==

# File Signatures

SCREEN CAPTURE

MHTML

File Name

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Thu,-10-Aug-2023-08-27-35-GMT.mhtml

Hash (SHA256)

a7a30e789895a0adb5eb266ed60003d4b1dd32ab2c9df74c02fde7605e466061

Signature (PKCS#1v1.5)

F0esd94LAn39oM2PkfOSPxUWYclQSlTNXbJU7J6cVHco3lBquDG2Oggi51StYFlMffD+85DEl/ftimBooYOUtL/lpBW8X8aLNTCD0B3xfH8adsmlOgOf2mehESaTkrXnmXuEzZ2AlzYVgGMOZ6TxFGyTxTCsW8yL92M9zi+YDRxB54f+tV3f+T19L7WdcEPvdQcGW6GqV3TeCzG81NuK707J6NPgTFTfdWiXVbOD0Z/IgxIYSSgSpjzgCzU/Kl+9bVO12uClCfuftf5X+SjRAO9C1eFZuI+2AhkyVsBpCEMmgHMDUNJMNpcRn7pc3NV/vR+xWAhqyFc+d1H15NjeNg==







AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Genuine Women 18K Solid Gold Bunny Smiley Bracelets With Certificates | eBay

**URL**

https://www.ebay.com/itm/145001942365

**Collection Date**

Tue, 08 Aug 2023 05:18:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Wj7v6dJYTp1afgRoSJPpK3DowYmjh5OJlvcaAGYFFTdrcI3nD7KOjlI2LiF3ZpOn5EgFxgaCcA3U5YgxDuh1KTTMGV82rJsqIHUmIdCMnHRKc13cOAeGCtD7yRxylK4J3PYhyqOUvBrVyFRSGyBflNEvn3ewk82poMMmqe7xfKiArQRvz2CLykgfl+bThb1Tkfz5ZNp3PUEc7L4yU7+8/
F8QMwSrE3VDhwWw2KRarT3BT7Mc49AORYoQIhe7VQSG06lewiMeQI3lUt0htSUqhvsUqtbfO2eAxXupKGXd0dP5wHi1upzuDhz0dw4Dzbh6kwXvwvQlgf4XIGjO8iQazQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]145001942365]]_Tue,-08-Aug-2023-05-18-28-GMT.mhtml

**Hash (SHA256)**

cf51a0312b0db32ee0840d7310ae294a63770b8dc49ab3d12a564be68448938f

**Signature (PKCS#1v1.5)**

fT6A7EjYff3abCNtJd6TM3s3+F0S5Nudy3vKjkyfjUusYqgFGBaCB3TQBPbBTpQziogFKDrzySw+L8E829OopgpdcLpeEnlvJJCwzkmznE8Ls/8uB7ekIAlkPzvcW0/YpSWn1KHmyteam+NeZ5D4dC1946qzQPdxFwyknr2G2/
OAVPDunpReP8MoLqwdcWoYdsAlksmbdG3n8Mj7AquQ0nI2txPu3NPsWBmKKpdNv5sq6rOpeoyRktJpYmVuFMkwAbLcJJTxqSy6hJkHf5jugVNt5z6ftsN8dn7d9WLNPBMGqPwAD7Oy+bCT64vvV8EQ4ivj2P1WoTlMF7++RmDIZg==

Hi Jade! Daily Deals Brand Outlet Help & Contact | Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Bracelets & Charms | Share | Add to Watchlist

Have one to sell? Sell now

## Genuine Women 18K Solid Gold Bunny Smiley Bracelets With Certificates

Condition: New with tags

Quantity: 1 2 available

Price: **US $148.99**

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Buy It Now | Add to cart | Add to watchlist

Breathe easy. Free shipping and returns.

Shipping: Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: YiWu, China

Delivery: Estimated between Mon, Aug 21 and Thu, Aug 24 to 33132
Please allow additional time if international delivery is subject to customs processing.

Returns: 60 days returns. Seller pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, AMEX, DISCOVER

PayPal CREDIT
*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
caspi_2529 (4)
75% positive feedback

Save seller
Contact seller
See other items

## Similar sponsored items See all

Feedback on our suggestions

| Item | Condition | Price | Details |
| --- | --- | --- | --- |
| Genuine Women 18K Solid Gold Three Chains And Beads Bracelets With Certificates | New | $103.99 | Free shipping; Seller with a 100% positive feedback |
| Genuine Women 18K Solid Gold Bunny Smiley Bracelets With Certificates | New | $139.99 | Free shipping; Seller with a 100% positive feedback |
| Perfect AAA +16mm Natural Gold Round Shell Pearl Bracelets | New | $9.99 | 1 bid; Free shipping |
| Genuine Women 18K Solid Gold With Key And Letters Bracelets With Certificates | New | $92.99 | Free shipping; Seller with a 100% positive feedback |
| Genuine Women 18K Solid Gold Without Decoration Bracelets With Certificates | New | $93.99 | Free shipping; Seller with a 100% positive feedback |

## Sponsored items inspired by your views See all

Feedback on our suggestions

| Item | Condition | Price | Details |
| --- | --- | --- | --- |
| Yellow Smile Smiley Face Happy Hi Thank You Blank Note Card Keep In Touch New | New | $4.95 | Free shipping |
| 12 Pack of Emoji Smiley Face Stress Balls - Yellow 2.4 Inch Assorted Squeezable | New | $14.99 | Free shipping; 102 sold |
| 0.02 CT Real Moissanite Smiley Face Stud Earrings 14K Yellow Gold Plated Silver | New (Other) | $91.79 | ~~$113.32~~ 19% off; Free shipping; Seller with a 100% positive feedback |
| Elite Pink Smiley Golf Scorecard Holder Gift or Society Prize Scoremaster | New | $10.19 | + $14.47 shipping; Seller with a 100% positive feedback |
| Ventilkappen Ventil Deckel 2 St. Kolben Smiley gold für Yamaha Aerox 50 Axis 50 | New | $6.50 | + $49.60 shipping; Seller with a 99.6% positive feedback |

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Aug 05, 2023 17:49:23 PDT View all revisions

eBay item number: **145001942365**

## Item specifics

| | | | |
| --- | --- | --- | --- |
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Base Metal | 18K Solid Gold |
| Brand | Unbranded | Charm Type | Spacer |
| Closure | Clip-On | Color | Silver |
| Country of Origin | Thailand | Country/Region of Manufacture | China |
| Cut Grade | Unknown | Item Length | 6 in |
| Main Stone | No Stone | Main Stone Color | Unknown |
| Main Stone Creation | Not Applicable | Main Stone Shape | Unknown |
| Main Stone Treatment | Filling | Material | 18K Solid Gold |
| Metal | 18K Solid Gold | Metal Purity | Unknown |
| Number of Gemstones | Unknown | Secondary Stone | Not Applicable |
| Setting Style | Halo | Shape | Heart |
| Style | Clip | Theme | Beauty |
| Type | Pendant | UPC | Does not apply |

## Item description from the seller

| Item | Price | Shipping |
| --- | --- | --- |
| Genuine Women 18K Solid Gold With Little Thick Chain Bracelets With | 93.99 USD | Free shipping |
| Genuine Women 18K Solid Gold Cube Beads Necklace Pendant | 101.99 USD | Free shipping |
| Genuine Women 18K Solid Gold With Black Stones Ring Rings With | 102.99 USD | Free shipping |
| Genuine Women 18K Solid Gold With Five Butterflies Bracelets With | 98.99 USD | Free shipping |
| Genuine Women 18K Solid Gold Chain Planet Necklace Pendant | 93.99 USD | Free shipping |
| Genuine Women 18K Solid Gold Inverted Y Necklace Pendant | 95.99 USD | Free shipping |
| Genuine Women 18K Solid Gold Golden Circle Necklace Pendant | 113.99 USD | Free shipping |
| Genuine Women 18K Solid Gold Smiley Cross Necklace Pendant | 93.99 USD | Free shipping |
| Genuine Women 18K Solid Gold Two Squares Crossed Necklace Pendant | 97.99 USD | Free shipping |
| Genuine Women 18K Solid Gold Three Chains And Beads Bracelets | 103.99 USD | Free shipping |
| Genuine Women 18K Solid Gold Flower Ring Rings With Certificates | 104.99 USD | Free shipping |
| Genuine Women 18K Solid Gold Circle Square Necklace Pendant | 102.99 USD | Free shipping |

Genuine Women 18K Solid Gold Bunny Smiley Bracelets With Certificates

DESCRIPTION

**Feature:**

**Condition: 100% Brand New and High Quality**

**Material:18K GOLD**

**Color:GOLD**

**Package Include: 1 X Bracelet**

**Notice:**
**Due to the light and screen difference, the item's color may be slightly different from the pictures. Please understand. Make sure you don't mind before you bid.**

PAYMENT

SHIPPING

TERMS OF SALE

CONTACT US

caspi_2529

Seller feedback (4)





# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 05:19:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

CI9WHWaXsr/v6UL+aTFuV0NGmUB3hj+ukzwe+0v3elUGwDUtHaBbGKCCywp4gDTVT+IzZ+8N+c1EESnuRYCxgn77AzKHmOJNoEQIzLyth5eEAhoB8882R1/F/6n/NIsppIMA+myOz+NInVSp64McX9kSgsIKwyKYzMkU8WrygKz02oxZFIDQ1Fnq4yqd+igI3ODErHzaeDc6ob0I0zq4F1A5O5eJVVCK2JKaXQxy/7vOiSzy8tmJGiOH9dskILebXNAi1SN9p2Xxkk2neKXJ9bu9In61ON11BZybUdXgjm3f2uhw8gx59KKcPWGR4sSG4yuQZv3yFtJga2S2TfZwNeA++

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-08-Aug-2023-05-19-27-GMT.mhtml

**Hash (SHA256)**

bf5519e5534d3bed3c5216e1da64ad906024 3c62520542e1caa92a3c95b8c310e

**Signature (PKCS#1v1.5)**

WFmCQ+gZm4YLPks9ykucBz/kCCbxde6CsgFfEZJF0z8y38dd3nTcjBsJPxpXnP/zFc+8FXFIFJqdE8QixREuIa397j6c2fTXr64ji4gLgpmpPF9gA0SNrQeDsUyPDRyawHXPQZ8SxUYbZF8ksQcn+oZEm140SIqoKT1UWmdxkY08s3nientDZBWBEF5Gw+TAEYV9GrbC/L4xLr4fSBm8EB5mUIB1L0IUlqTtufpynziumq6alSn3hDnZu33+BaIkfFRDRCfPBrzzrGjqKX+Zzg3omMU7cF5rJvac2hXQGqZW4MNvsjblmFmoeLvQ6jgbIfzfdKYQSRRawWmxGp4AeA++





Case 1:23-cv-12345-XYZ Document 1-7 Filed 01/01/24 Page 108 of 143

# Evidence Collection Report

Page Title
Byte-Level Scan Depth: Memory Collection Data in Storage: 79314641 bytes
URL
Unified Collection Report Generation 60
Collection Date
Data Storage 50GB 0:00:00 Of 143 Reports and Documents, Of Filesignature Collection Data
Capture Signature:SHA-256

Memory Collection
Byte-Level Collection SHA-256:60a0da9a8e7a6f5e4d3c2b1a0f9e8d7c6b5a4
Digital Signature SHA-256:7c8d9e0f1a2b3c4d5e6f7a8b9c0d1e2f3
IP Address
Generated
Reference
Identity:5f4e3d2c1b0a9f8e7d6c5b4a3f2e1d0c9b8a7
Signature SHA-256 60

# File Signatures

SHA256 CAPTURE
db7f8c...
File Name
continue...f8ee2d6fdfa7e9a3f4b1c5d2e6f7a8b9c0d1e2f3g4h5i6j7k8l9m0n1o2p3q4r5s6t7u8v9w0x1y2z3
Hash SHA256
Sign 8f9e0d1c2b3a4f5e6d7c8b9a0f1e2d3c4b5a6f7e8d9c0b1a2f3e4d5c6b7a8
Signature SHA256 CA-32
c1b2a3f4e5d6c7b8a9f0e1d2c3b4a5f6e7d8c9b0a1f2e3d4c5b6a7f8e9d0c1b2a3f4e5d6c7b8a9

















Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 15:50:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

dCVjeaqiL+zRrheJiwdBAVIyz2vYhkqbGUej5Wnv9E0zp2OKpsW4wKsRT8b/G+TzSbgdnq31PcfAqqdIA8ij+LQ+33hrfHtIsm5etR8/4UWATUeweb9P1DxmXbaJRGdeQN6ckrg5JsgfFULcX6V91dNX5JwvuqyG7f80LWIMxIYhBoWOQCNsizzrUIhYJwL2rTTtSXvUsilyZsN5N+XaaJatoOf56wrGZxmf.rz5+bNkNMpRlFP9md+7eCBhV2+nNc1C3+HZ1Qw9qDiL7CMCFeiRXPRDyTS2buJUek8VQ38Pfbjsw5BSRJiupN3AMqjmEvfE8h5fQRcjjT5HbbJU/pSQ==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-08-Aug-2023-15-50-01-GMT.mhtml

**Hash (SHA256)**

684820efc167271cb8ce51bbccce314ab86699e9fba47ba5ed167b18961ed1c4

**Signature (PKCS#1v1.5)**

D5dPdw+AKT8AB26JwSN3eTFgZaFNm16OK2BRfsNCijX5uMW2JtInAnnhF9T/JCO9IaMvN5s3LP5KgXiC5r2lk81L8GpyoDCcehecue1PzVS22Y4C96ANL12cR+MH8A7kvZbQZERaVGai6DFZvsj2nxwefEadzfvC312jDsJc4w7tLRJn2RmgZ2zz2P5mQ4T2MFXTe44hp2MbGV+0kSwMEySgeIQ4+ESO/jWwn78RVRD3L6xYnVDtPe6WBKHyFeYcGbLbIRylQcOaxTKWuTsJVKSi5GsA43IW41U24d6dfESogGt4qbNujaI3ZSAitbOO9YhCuUEZtFvb25xSGgneuZA==



AXENCIS

# Evidence Collection Report

Page Title
Kids Slippers Toddler Smiley Face Slippers Indoor Home Non Slip Rubber Cozy Sock | eBay
URL
https://www.ebay.com/itm/314472584271
Collection Date
Thu, 10 Aug 2023 01:20:46 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Michaela Borja
IP Address
192.27.12.186
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1v1.5)
mo7H4W9K wGuR6yT5tgF7fc1kLz1TvqLwR3ZI3QY9F2a2aTFqqbgPTrwbgNEFwatw4BMuhd1nfV1NmV7nh3XotaDDGsAjL2j8mejIHJ1nuyyY9VSJwlmufV1m4+OB4L5CVJmzDL7LayrQrlvqnolP7IwYWV6VDZqpwd7wbD8zWg5
+btw7H0DHGLCCH28MDqn3mTosQ5QGdoIxXxBl2aenCqS66M7jQKVXQ19VN7S25C6PxRFcKm1VV7rotT1JHVb3gHJqBxbPZz5jtwDrMxT1Q6CrlJqfGaEoSVxmv1KVvC5wwrjOJT6l1D2HW55XJoC5m5bVH

## File Signatures

SCREEN CAPTURE
MHTML
File Name
screencap_EmbyuG2hQ5qpsww.ebay.com$t$m$HQ4514472584271$_Thu, 10 Aug 2023 01:20:46 GMT.mhtml
Hash (SHA256)
e031ab013ce53126442f3949259d39285ae034d78d07d4c1c402bb20a06064f5
Digital Signature (SHA256 / PKCS#1v1.5)
fUVCLNwawbNU7GJypYT5HkCvVYQT6CKtRv38hdPRFWZ8JWRRe7JoHBO6rYh8wWxwPQXK7MhwmbIABU7wy0xvDbwxqTTYEXQf62lT5nDLv9G7qUcvy2NhsUkfdDamvH7ddmtrxyKRkU5j02gxSrnn5AdTvhZgsny9lTg3



ebay

Categories ∨   Search for anything   All Categories ∨   Search   Advanced




**Kids Slippers Toddler Smiley Face Slippers Indoor Home Non Slip Rubber Cozy Sock**

Condition: New with box

Price: **US $41.99**

Buy It Now

Add to cart

Add to watchlist



## Similar sponsored items   See all






## Sponsored items inspired by your views   See all






## Item specifics

## Item description from the seller

### ABOUT ITEMS

- Imported
- Rubber sole
- **Upper** - Embroidered with cute smiley faces.
- **No Fuss Slip-on** - Slip-on design
- **Non-Slip design** - Anti-skid texture
- **Lifestyle** - Great present for Birthday, Baby Shower, Halloween, Christmas Gift or Everyday Use.
- **Easy care** - Machine wash or hand wash.

chandrasekaranadeeshagayan0

Copyright © 1995-2023 eBay Inc. All Rights Reserved.



Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Thu, 10 Aug 2023 01:22:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

193.27.12.196

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YycaYiZiLnVLWWGNFlwmg0kXStaKtFpqcEFw1ESsZ5cOYQasCnddVWe5Q+n4fyYOMK48I6r0DixnsGSQGOP4wkg29hrePOBo7W/JPlY56swl2x4bRnMBfVjhN98pKiua3frSTyb6JWLi4aSdgIHdPfUvwelwIU4JYT4IUYmV5oqaxbaYv1YYBGTCSDIT5ENTAarTafqz8iMjxzk+E5DokNVadmp3mwPc2gigwxdZ44WOn9mpFDu08oDgCZpIyBLKk9sULsSHHsGEsCsRv8PmOfnXiphyOTe/NG+/0K93HaHgy7Smtr JHr/8KAsh13ZtqgpXhU6LAGlIZp6cY7kVQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][s][fs]pay.com[fs]rxo]]_Thu,-10-Aug-2023-01-22-09-GMT.mhtml

**Hash (SHA256)**

8aa8532cc4a23c2c7b6b79224b2890bed22566acb4ddf4fd5c24c84d6f3db9db

**Signature (PKCS#1v1.5)**

PFQ88qonY6KVwIediox4pV6Jhufn1QTvqg1rFaJ0HhWcGQGJwihtdaYbe7Xt21BRGUHciPRIwKaSlDuCr6J7gJ35s79ofKkPuSlT+6pgcHqaPGQj7/tRbkeUjZM2N2wXnFmo/q22q44joqGvnGv7jI3GNVVs0Zc07fhMS+gTsgcUF6qqd/qQbQqM8e7UFrsjPWMtaK/iDWnGMjewbfSuJWK1R6iETnGM2DDUsiDeoEiraEmn4zYgDgoHPnz0U3AjyNcO8DsOwNDcZdoE1uHB5XI+4P3gDtbQwQQDTSNYpCx21vcapezSYDxAez2qTV6+3M1hXA/rWKetvRqnWKHIHwxQ==





# Evidence Collection Report

**Page Title**
Amazon.com: DaiWang Aurora Shiny 3D Smiley Face Press on Nails Cute Colorful Smiley Fun Nail Art Handmade (X-Small) : Handmade Products

**URL**
https://www.amazon.com/dp/B0CTBNAYF4

**Collection Date**
Wed, 16 Aug 2023 08:15:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Rommel_Lax Indianjan

**IP Address**
2001:dc8:9a:8:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
gd4r5q6q5b6r0f1+odb27g1s58v2adz45efr0smvkmy+5hm4j5sfq5q62902366g5j0sqe97n2j2lffnrs1371vq441hdnw4xp002BZ5ZfJZh2NbX4w/Gae1T7h5S5z7Rk6nm5bh2kU1v4Bztf6uhtf7QN 1sqs5vkadukx4iW1pm9vo8ker
+4U4gtkEyz1zDMT2wWyhd2uTb.apBV7/DkQIDrsc5nGqXHQ2wSqOfmKl2n1FbJT1/1mh4TiWuvwhUAmn82i6RjGYXx1Nxz0DsaL0nc4ewbqk4pSccgdJc/k7J=

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**
screencap_Zmtjqdz5Q@ijiww.amazon.com/OdpjRQ0C76HHYH2_Amz-16-Aug-2023-08-19-22-GMT.mhtml

**File Hash (SHA256)**
a7b4f6b61-4d047dc1150b3632d4885d0291f822de21bce535c09d16a555a5e

**Signature (PKCS#1v1.5)**
F01+4k.Ds5Ix3Lvqg2C3dieXMd7sp4r7ef-2xb4bYmjF5D2A4HCbmVJqwGOm6BAjr903JHQ4G1Qb3jTw6m8TMkf/Rv8CQMLyQ4hDHFQ4w1zJ+1wkN2L1JrAwH45+Gz6cPxgXmL.3oSQ.7Y0JTmtOwM0D.SndOkhWxrMQd10oSMqjMjhNWjfdBv3A9kMrHDdzAQ4fUGwYLK4r8vVt5Bd5FWzhf+S1sw6LX7cbDaz+P5L2EMmzsmDqpNnMsfrsqggchKBw42ytbfvxmzdm5arw2lWbHBmDA5+Xdax/mmyk7y2Q0EXww1yQ1qqzZQ52yQ02jf3OQmsS6+mms0lcwfKmpHwdJT7Q




































Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 16 Aug 2023 08:21:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OUQUx3H9fY7fAgr7tvmLsFUMrW2zK52HP6VbtNo3osL5xbMkcmhT0GHkOfXih4rTnQJ0jWxBQ/O/qteS3PelU0O4CjO7RClxCxUH3LPe7ikZlKpBue2lRDa0hMRWjcxlama0ZCshJ3TxFbl/ZM6Fwpm7BQnFRkisQ/8hjwmyo+WVbKWA81apz3+HN3BNsbOnQ+0RGzz0sciztcwfzWWGktav2brtW1FDPpGoSAQVixgHQUw7n/W1a/O+qXdZldvPAmLE6oGqC4/wKHf/Us1Hw8ZZypzJG2MeRh7tE5w0FRtbNATVhaq0yyz/bHOojIk8sSAMgLESO16HT5zllzfIVg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-16-Aug-2023-08-21-03-GMT.mhtml

**Hash (SHA256)**

f03dd873aa26cdefbef6ef2f5b0244d9a292144f1a3d8f2127258413ebc722b4

**Signature (PKCS#1v1.5)**

v5fg0ueB0bifZtdwSE8AgQQHp8b9grtJtTxiqnOL6WwPpHbFV0ss0uhkXwWDdJJ2EK6uunwnYs4+DTAOkQpYbv23duyyms2fMDYz4+UCpZ1HL9prujRCSTfRvA1/3V8DCPm8+7oCZyH4OwRT9UQJf7mD9OfT+g16wVtsQGldcndQ7vF7CZ69WzQWNK4nvacMQ5l80iL9DC6HR+Ke6xnFgvCQ52aRGVJSJw2Fo9KpTdz0m3/J/TAePDczu3Gl88/BYTdRiBXhv0imVEwsG7ELUyPot6kFmHmgGBHwutotBz9XcQupkrIv03uaLqLMgfp7/zPda1wcqU+Z8wgsCj2mA==





# Evidence Collection Report

**Page Title**
Large 4cm Smiley Face Fridge Magnets Memo Magnet Notice Board | ... | eBay
**URL**
https://www.ebay.com/itm/203785245740
**Collection Date**
Tue, 09 Aug 2022 04:01:25 UTC (US Department of Commerce / NIST authenticated timestamp)
**Collected by**
Michaela Erny
**IP Address**
...
**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:... Gecko/20100101 Firefox/... Safari/537.36

**Digital Signature (SHA256 / ...)**
...

# File Signatures

**SCREEN CAPTURE**
SHA256:
...
**File Name**
screenshot_203785245740.png
**Input ...**
...

**Signature (PKCS#7v1.5)**
...

---



ebay

## Large 4cm Smiley Face Fridge Magnets Memo Magnet Notice Board 1, 8, 16



Condition: New
...
Price: **GBP 0.99**

Buy It Now
Add to cart
Add to watchlist



---

## Similar sponsored items    See all



| Pack Of 10 Smiley Face Fridge Magnets Refrigerator Board Home Kitchen Magnets | Vintage 90s 4 Magic Gooey Yellow Smiley Face Refrigerator Magnets | Colourful Whiteboard Fridge Magnets, 20mm or 30mm available, packs of 10 & 12 | Smiley Face Voice Board Fridge Magnets 10pcs 30mm Magnet Whiteboard Magnetic | Apli Smiling Faces Magnets For Refrigerator Board |
|---|---|---|---|---|
| £3.51 | £14.97 | £5.30 | £3.94 | £7.99 |

---

## Sponsored items inspired by your views    See all

| Large Smiley Face 2x Jet Dodge Embroidered Detail — Smily Emoticon Love Patch | 4PCS Yellow Smiley Dad Car Truck Biker Wheel Tyre Tire Air Valve Stem Cover Caps | Pearl White Pink Chain Necklace Choker With Beaded Smiley Face Charm Pendant | Smiley Hip Hop 12k Pendants Necklace Women Rhinestone Crystal Chokers | Smiley Face Tobacco Magnetic Goodie Funny Gift |
|---|---|---|---|---|
| £5.29 | £7.49 | £13.00 | £6.02 | £25.50 |

---

### Item specifics

Condition: New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more

### Item description from the seller

## Smiley Face Memo Magnets

**Size:** 40mm diameter

**Colours:** Red, Yellow, Blue, Green

**For every 8 magnets ordered you will get two of each colour. If you order a single magnet then colour will be chosen randomly.**

**Quantity:** Available in 1, 8, 16.

## THANKING YOU FOR YOUR CUSTOM

### Business seller information

charmngifts
9 Marsons Avenue
Manchester
M21 5TA
United Kingdom

Email: ...

### Return policy

---



**charmngifts**
99.8% Positive Feedback

Visit store
Contact
Save seller

#### Detailed seller ratings
Average for the last 12 months
Accurate description
Reasonable shipping cost
Shipping speed
Communication

#### Popular categories from this store    See all

| Pins | Tools | Rhinestone Letters | Ruffles | Other |
|---|---|---|---|---|

#### Seller feedback (48,590)

---



About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2022 eBay Inc. All Rights Reserved.



Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 04:36:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

dSh35VZIquOhKZ6U1D4ySKPHAZoGZYt0gRRLJpWF7H75Kg35eAdNfTJ0acZjnZshqLad3Sg0As/RxoJz2Y4J1R6ZEtiSlSOJTgOBQTiO95YPHJpSaC0EFP/1t48Ds3IgVMcE5DN87fnXT1PniGQ2ugBlSiQgGcTM51UNK3u29zfhAGfNB8fCBU+HV3iOE8aIeBgcb7fUwc8Oo9Tf3PM7mJw/nNis1vKSqoLX4Oq5Pk8xxKl2ygbllUis1umWrRyT4s9FzD+vxlht5PUc9FJm7sNWbdh9pZxt1HigsKcZW8cxoOJ33turnAa/twrFVO919Npw9H9PskUErAVf2k29u9Q==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]/xo]]_Tue,-08-Aug-2023-04-36-21-GMT.mhtml

**Hash (SHA256)**

84fd9403d2262ef6c7e226f8af8f520e9b71b0ec116c86ac2160111d2f66f844

**Signature (PKCS#1v1.5)**

JiC/MxHF5pbA06whgMGsZp/SjOOG8E7cgB1MawyaBlQsWNGoQuh5PGlHfs0lHPgvPFGKvB0IH+gaNs7Cmlsm8SaRfoTiP4KTZNTDet2P8/FK9oMKl+J1zoo2qkSoQq2YHcfDQP4UE8rxBO4R7Q+XUlydJGLmhKOs4k/KZeBx2dPz8uXbHG1PuYPPRRz+ocGlym+gTp8m3GGkw4velQX/IKQVolDS0w0gTortUUMSw8+Pql1NQRSzy0EwGDO1u0ay1rZuDimjg8qFAr4FSEsP9RKBR7BKXJ3ApJLsZY39VaCc/bXmaqeduKKNd0HtCE/SZvfDVW18P/tasi7bm5f8g==

---





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice


Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Kids Summer Clothes Short Sleeve Smiley Face Shirt Milk Silk Baby Girl Top | Wish

**URL**

https://www.wish.com/c/64746f87c0b048cd9dd2cb42

**Collection Date**

Fri, 25 Aug 2023 08:31:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

I1cMjfQ2OCBnTJbAbpXWB5O3RvQRWNxEnfz1KBAieHFqtK4WR6Dh4zUJbCb07pcyEhyezQsSX5Fnul6HO8o5XBHSCVm5/UQis2XY0uqU1qH9LnBPEJJWuBWjnF6e8q82PXDOosQarGmvneA/8wP6O88wJEbsbAkvd0EoOk1OuEL4/VtIR3jp5JIs02zE9DWTMrUodi/by0XQ0dD/boqwuADfhKqCKA6O++My6ys88rVvvm3C7i10JGEcHK+4YNb7C+nAiiNtVc05mpdY6jEwrcJUrgfRlfZUOFDThzBTFW8G5wB3EWA1VAGikA3j7Z3Axvjffc4dVy+YK75KCzJg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs]][fs]www.wish.com[fs]c[fs]64746f87c0b048cd9dd2cb42]]_Fri,-25-Aug-2023-08-31-38-GMT.mhtml

**Hash (SHA256)**

7be1e5d4194af5776b24832ecd8b1639741f6e5930e0b005d19bffad856df940

**Signature (PKCS#1v1.5)**

JRGtBbbNfHaNNQn6ydrhGQq4T4dFnjtMeVSsW6jB2Fga+bJZcMRrW1X+b+kGVmOnoQhI5AflXAc/4yNJRUYzL1AYQCKHBXYS4oVM9O1qAECv9pXfxoRClzs4AlR1bhC07JhKv2MeAfSj+UzRAnMqpZKlXXda1V3bG1VU0OxBj7XV7g/PhbnJtDMmOE03LFw1RqzV0TxTSZ2GQ5awcH9krIyiyF1bm78wQmbHGFgKMWd2edrhL733QFjUF6w1v337Qo2kub2QUN5DiJ40I6208YJ1n++rzPF76jyJQ5iVxhyd+rzy6rc/pZ3NN8pTHSIECMAX8SKqzBXvclJo+g31Ywg==





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Fri, 25 Aug 2023 08:32:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

vB9KKGAlTojswiFOtxBA1akHGyrVShOOEQAQ4GkyDreRbMPNr5FEpRmWPJdlju8Vl3GzlNVcihUG61QsFRATsQ8tUJcI+bFuLnaM7t6+4kCR5yblTtwBGTYLIeUPgyJ3K0hMZTgl/
p3esSgW6xrwzzYYzUZtgVYScPwbPKDnkKxpWgZi4+dW2kfkwvgf6A6Oam7yPkwdUmV5gvNGx6CKTu8s956g1zSduoklcw+dwVPmtrLnsguLWG8b6XDo1wm1fdP738wGN0o2ee1LcHTn8WQMkqzYif0XZKszlyr+Pj8FCANa8e04tFlJ8lLcCz115DmqWRRGYYEP9sagUomglA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Fri,-25-Aug-2023-08-32-40-GMT.mhtml

**Hash (SHA256)**

157b5ecb39e1a8e27d69b18e49852817c93588d95e97c788b4432853c4b9385c

**Signature (PKCS#1v1.5)**

O6hJnMuE+3eu/b7nKV6xFS54XlpzGpD47TzRqCxqDewpj6gcikLisoXm4RipO/LtSNJi52UL/mr/tncCF9+eLd8wjRgWw5GsGGi7WfYFqDuSjXIB25gkGH2Silfl+OoJ8lpsb3nJ4GYOFj4nNXlv/KVe1uW8bAdWdmOt4m1VkrxtRGHVJxHjjKyh5HBBI6/l0uxVj2XYxmXYt81InLH1600eCRIsl883hJt3iD4/aA8TJrGPl8dPxVzOlqFrH/r310RmHQumblf4lIF9UReBF3dZHkzqV+KH3oNNmZpcjxR/ZgVXBk31tdR+bwvxbPfmzm+dufy6dBxzizN2NSvSS/SA==






Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**
Cartoon Round Smiley Socks Children Fashion Socks Smiley Face Harajuku Tube Sock Cotton Lovers Socks | Wish

**URL**
https://www.wish.com/c/5ab3c286229318591b283670

**Collection Date**
Fri, 25 Aug 2023 08:02:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
136.158.42.158

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
uv8Ifa+bEIp22Yzi86iXY6MHGmJ0HDJJ7w3m2SoGu/Cqgw12WzYYHtskH0Y1mcBaSdr4y5vrQki5JiT11BtLiqj8BPrvzmScLGOIpeYO5I3NAeCMH/3y301N2iSv2VPvgpEUrdk8ASXC2oU6UphicM5uyrOQ7Yeg6EDPaD6M02sVw/LM9rN7tRRHu1KW+A2GwZOa/FMM7Dmn2ZCPqkemzUim63DKTNCtqBncNfor+I3FncWj+S1PndTY4ZcHqpv+Paikbs/kZdaXVhr9NvYAndvRzdvSQeMe+7tB1WWld0lsux78sqoJMKsubzH41nPGclop5VgscF2ZmHNZb0yhiA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[fs|[fs|[fs|[fs|www.wish.com[fs|c[fs|5ab3c286229318591b283670]]_Fri,-25-Aug-2023-08-02-59-GMT.mhtml

**Hash (SHA256)**
b5a7a794fcb52df3465625948ac7542b932436b32576b8498996b2560ede0f5c

**Signature (PKCS#1v1.5)**
g/Sq6FwiPfpWCH/PCZ0auj72v4oliQuf9GG7Pe4H8Z3ZjeHe92tpIZ6zYQ8B7fssK5YGmYmcqyyxZAx+bnw89M2D7Db08a1jQOYNOkEJLFk+3MXhBFxW4eWeNincKj5e1YRVLJpUKGaAVd4kss3olqYjB5KAW+PORuSpZfcMa/quwepcdIU4u5uinTmKmUDcFU7aSC6J42gEgZ4kFBOBD0zzNSGRSUDW0O64b5pe0B5knGfmWO2ZFjxOwpe2iXQ0yoLEqKhRzxvaxFNKKMyfIQBsQ4KwRvlg6lLbpthNX0ahRlBKSBf7knE0nqE5RhHxdQYiuhiXpMyY4XJyVJn+A==





# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Fri, 25 Aug 2023 08:03:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

sWwkvxOfq0i4kgEKTaeVXN597JNNYCKcCClPFNPfbPwcip5Th9e7pay0hMXcxCuRlhHSTP5i5zMX7Bo0pLCaB25uwjI350ThZBHLWiIghRE/
iSI5hXPF2xtcq9Bf7YqT1ifaNNehkEgMkIMnEGiVOuwIWco3GRSo9aoKErt0i11fasiKzCX93O8WP7Pj4447wTYr6hsuEhRt1wSGsRyXzruzFGcqNhFbs9goXIRF5OXN3x/3ZIem32CkHmFW6Zxk2ipqMXupJ7jiI7YUbIR2QeRu38nk+bIV+ON7RgAqa/aRiXyOAjH5+6bplh6IC8ulH4VD
+4FtPMKTIzyaWVMwJA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.com[fs]cart]]_Fri,-25-Aug-2023-08-03-49-GMT.mhtml

**Hash (SHA256)**

82fdbe564ec8c0cb0745a08614e45c1b8ac409052c81c9dfce95b0c460384359

**Signature (PKCS#1v1.5)**

FnG73dVhLXUw30QqFP6o5weaMeL9WJD7dxbfjaZjEyURj/Hgi7eOMajb1mzighiJWfPIc4FC6k1Ehzx4CF5N1/XdXa2TKAmqB0qYBA/iC7ik0f5euaVFrHBzfhDSdf8UiNGjJxyEt0yv6XUZxcX0PeL94zVfjN2cPqYv/mw7Q8H5kSHRxaX
+OMfczN20dheEmJFdfGMfZbQgZOb00Wmc1tDHn78XLrZvx374Vp7KPcyd28rPi3jiyxzsA4mAFJ1IKEU7Y5M0EmS6+dpcTxiJjKw1iXlMCH9fOOaYGT4D16RSE2peBRkSNI8By4DuukbUOqYX5P2rPOU3HbYV7Qf2g==







# Evidence Collection Report

**Page Title**
Tyre Valve Dust Caps Smiley Face Black Car Motorcycle BMX Set of 4 4K Seller | eBay

URL
https://www.ebay.com/itm/134569460316

**Collection Date**
Tue 28 Mar 2023 11:01:36 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Nicholas Korp

**IP Address**
144536003.75.5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7 v1.5)**
b47fd62c69ce1457045860ca9ca29b2bea6231c0d5af5f27cdbe80e6a5c1dc7743be47e10344ad3f36a6ag6ae66f9dd9848d4657ee81565ab1df...

## File Signatures

SCREEN CAPTURE
MHTML
File Name
screencap_filesign2b7@axencis.deqv.com/[sdf0fef]/134569460316.pdf, Tue 28 Mar 2023 11:01:36 UTC ticket version
chain [256328]
ea4b3ce17166df5f9f775b0eeb...
Signature (PKCS#7 v1.5)
b47fd62c69ce1457045860ca9ca29b2bea6231c0d5af5f27cdbe80e6a5c1dc7743be47e10344ad3f36a6ag6ae66f9dd9848d4657ee81565ab1df...





### Tyre Valve Dust Caps Smiley Face Black Car Motorcycle BMX Set of 4 UK Seller



Price: **GBP 3.25**
Approximately US $4.05



### Similar sponsored items    See all



### Sponsored items customers also bought    See all



### Item description from the seller



High Quality Black Finish Smiley Face Dust Caps Valve Caps X 4

Small and Lightweight Length 1.7 cm Width 1 cm

Suitable for all standard Valves Car/Motorcycle/Bmx/Caravan etc

Free 2nd class post within UK can be upgraded to 1st just 50 p

All items are shipped via Royal Mail online business account

i am a trusted UK based seller for well over 10 years
selling 1000's of different design mouse mat pads,
vehicle dust caps/valve caps,vehicle decal badges,
key rings,high quality battery operated candles +

Thank you for taking the time to view, any questions
please message me via ebay.

### Business seller information



### Return policy





Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 17:03:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

JabZnztsXSKJR6sZiq0gr07jLkr1hocqefi+NbXZ+nqpk+4kuVk4w5XuiEQ2Zl19qyixi5gvq72ElaQquQTCARbqGD6l5kWKqf8u2EoC9ASnZkxXqFvLlE6S3c+5cjJK7i+LL/cwYwVMGk0oN/8hltWHs8xdjceQkzzrxEUMrC9wX/2y2YBZPPSdyP4qrRCs0X4kSkP+faIFQW/8ke4XXyef65g/mhEBj262nVfSQnUMqUCJFq/pj7lu9wnp1pA9qz7/+76Hf2DPWUoSepp01aa7WJCmXfZVwU97Ag84cSV+PkDdp1fUuUrp/iB6kR5ypPMX4w/hbdnVuvbR/cXJg==

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs]fs]pay.ebay.com[fs]rxo]][_Tue,-08-Aug-2023-17-03-09-GMT.mhtml

**Hash (SHA256)**

4fefeac80c18dc8ccecddf85cdbe4d430380ad6612500fbd138f63844f2f69aa

**Signature (PKCS#1v1.5)**

gGLLX3S8wAvJirXd6aX55/T0T/Q6Ntup9HEfLUN5icBUM6cjTQPoLdk8ccY/pc0O5hzpjbv9gAMMUF39rOvFHgbfM5cL+D0GKtPDUew5u37c1ahPxperadI+j+PDab/Jw5Zreq4hB2ns82mAAnUCiTkDEc870UUXkb+xcsouK5H54L3r0syRgpRqlvs1Z6lchRCl8McHTyDDQqm8IjNGN8hD0HqNEAF62WF36c7TW0JHJYxcf5NAiwEAnWCxjNtuHs2g1j/QxVNGCYxdMKT20WE9HH+yhOF229mdZ2QDAaQPucXsG7mgZs55UBXSXkjxCLEWAqxondzB/abCBYkTg==



AXENCIS

# Evidence Collection Report

**Page Title**
5 Smiley Face Vinyl Decal Stickers, Smiley Face Stickers | eBay
URL
https://www.ebay.com/itm/285618871477
Collection Date
Mon, 28 Aug 2023 04:40:14 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Chris Manno
IP Address
184.226.112.42
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#7 v1.5)
Ducfey6/xST89UvNb7Y9SoZF2Tkg9gYqN/mZG6olLo3YXsA0lwfIbBGS61kbhHeB21TsXcXdbuRcpahNW9UfIwPvdlwF3QkE1N2ofnm4aQ3Ql4kZ6aWVSIV1AFu2LphO5lxpovQw12a9A3WXML1IzPJ8WdCQBDw8fLfbp

## File Signatures

SCREEN CAPTURE
File Name
screencap_ZkNvpDyLQExrew4awg.svn0EyBm3yA2jKB01IM7101T5_Mon, 28 Aug 2023 04:40:14 GMT.pdf
Hash (SHA256)
6c7b550d26fd29eb1438203f3eba2efb2c0fec906a9d0be0a4a9b8d4e5wI51013jF53ysOF
Signature (PKCS#7 v1.5)
EipLUssZNWNkMMdLbXwH3wumCK27X19HAj5/J/KZDMZj9/eQmDigvRmEClrDCmjQ4mdCCR1/gP4JdoOLGB2QRiWfhmnlidXt8UoWp3U93QyZT/UM2dQgDmBddqDmzwfn2pX1qSyeoY93zhwZTKwQmAq8D3EWgb2wvJPfqguF3Oz+















































Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 29 Aug 2023 05:39:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

aOuwfPDQbbe5+LVEmstWPG4gbrAAbjm2rBaH5gpQL4kYBFKnTJjK6E0D15QoP2c1L56V+y6ctYeHvc2dhT/2bNremJC7MjJaLmbXIoWDXCsEvVWrbI1Yb0805z/AasS7pMYWcTt9R9RTsIBd/uXtQT2f+N23luiLUaJNIz7czM/HH8u+WZwWYGU8Cv+czBGkovy3UvfAbDro567ae0G8E1HFaV/zsJ/tImnOt4cVLRmAS7wYQoySu8WjV312+QTYDQM+oIPUemSM1qLRUq4PN11csIE1XgW9SbExvC9jhzNJOvh7Kv7G/THN2Joyuv/nkXLlHCak3Nodn/BQiqnJGw==

# File Signatures

SCREEN CAPTURE

MHTML

File Name

screencap_[[https[s]]fs]fs]pay.ebay.com[fs]rxo]]_Tue,-29-Aug-2023-05-39-04-GMT.mhtml

Hash (SHA256)

8d45ed2108edb7fc866509b6b05c7a3419e6294537e2892c1de038a97b351fd6

Signature (PKCS#1v1.5)

LvEiPeiSTV2VsIFWozFNhpoyV/h6H+FMprjF3nE7CNmgTNpCAmlrF8tpemJQiKpveoWjTC1/20ZBy98X0/+fTNV0ZpGzwEwH7QF8sVPf76jOF9LcDNPjRdWLj0T+cnMxHMNPWiMcDbnJ8frQ8hAaVIfbZrFOeEdtLjtb/OtIdAfjWYZPQDljyaVPO+p7KFdMuVD3p261i5/24M684mHC0b1CMR5c0lwGBEphNRBeSuStmUrtBx7ugSXL0W+eWXxi7+KFEzsVkJVX1FL5wS/QX+b2i2SWBZ/nJKmxsBg/4KGPRZdIqfo1vIWBdLcD2bujuq73SImsEeQafzFD4TNg==







# Evidence Collection Report

**Page Title**
Smiley Face Smile 18" Foil Helium Balloons : Quotables : Helium : Pink : Blue : eBay

**URL**
https://www.ebay.com/itm/284073731345

**Collection Date**
Tue, 24 Aug 2021 08:14:14 UTC (US Department of Commerce > NIST: authoritZized timestamp)

**Recorded by**
Technical Operator

**Reviewed by**
Reviewer

**IP Address**
100.100.40.154

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**
ecb93d549a4b5f96be4f8b3e5f8e1a2c3d4e5f6a7b8c9d0e1f2a3b4c5d6e7f8a9b0c1d2e3f4a5b6c7d8e9f0a1b2c3d4e5f6a7b8c9d0e1f2
3d4e5f6a7b8c9d0e1f2a3b4c5d6e7f8a9b0c1d2e3f4a5b6c7d8e9f0a1b2c3d4e5f6a7b8c9d0e1f2a3b4c5d6

# File Signatures

**SCREEN CAPTURE**

**File Name**
screncap_284073731345.png

**Hash (SHA256)**
3a1b7b688bc7f0bddde5cf9e8a9e59d906a20d5e51da6f0e37387aee685eecba36542

**Signature (PKCS#1 v1.5)**
5a4e9a88e7a04daac6ca953843f6a0b42c5be2c0e3c3ffe0949c4c0921f57ce2d9d4a7e83c2aeb9baff9ff99e3e9e8a7d6c5b4a3e2f1e0d
c9b8a7f6e5d4c3b2a1f0e9d8c7b6a5f4e3d2c1b0a9f8e7d6c5b4a3f2e1d0c9b8a7f6e5d4c3b2a1f0













Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 29 Aug 2023 09:17:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.224

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

jmMpqJb/Su3YVke34w0rJhJWOCGyz+bKQ3O2QFWiXljWtgcP4ZPnWtJ7XCB0Ipzz1cnyAkzRKh8S1eJmvEa0ZG8BSQiQxSjgrcxwTqBm2R/b6omcc9ZYMhOumNXFr8Yc53kL6+Q+Z+K5761dkjP7pFjkwSMKfm1ehe7sOpiLHxqj1SCgxDQI8Sggv29IJ4ZWTyrd7IpHjG3nfjOz1crkf7y+v5JMRV/SfBFUQjPPKD3+A89fOOSeJez9I69w3z40nyMxr0qsjk76cdarE8bPzjTwC3pZjV9lSDk5V3xGLlO4aJpZzJNuG/Hl9aAgN/nzWyHOlU6MRA6MMMf8kDZleaQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-29-Aug-2023-09-17-25-GMT.mhtml

**Hash (SHA256)**

a1acb8a5675f281db963f8d52010e21c1ac74473603edf3055bb725637cdba39

**Signature (PKCS#1v1.5)**

Fu35Ihw/MlU0f3CJe0EunBbvaYfLMkUKc02/1QfemFKRTggbAPJQ1wHwPSCdeuIADygWQTcvC+GSMuCYJ9vXwgHf51ezdvfJhr7uCISy8ZopwCfG13Bwe3xWgqgZ3GBWjOgsc+SDeustw5k1R2DENJ101H0L0ReZlI8xz0z4zhLglN9IwoNWT5bVVpjmwbChvPYSNBdoN1A65KYufSzdxOamNCn/vTydd+NqAIHaSPrK2+430PaiC0yVayN4tJK+hls3bX2vRfv13tyi2PTwP90ihmA6gK1FqehfSIFCNnq8EWQpE4xsOG7Dan828Uojg61bvdUknMBQu1rh3Srmyg==







# Evidence Collection Report

**Page Title**

EMOJI SMILEY HAPPY SMILING FACE SUNGLASSES HUMANOID EMOTICON SKINNY NECKTIE TIE | eBay

**URL**

https://www.ebay.com/itm/193364631687

**Collection Date**

Tue, 29 Aug 2023 04:31:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Barney

**IP Address**

185.230.113.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7-S)**

RLCz7omKuKPPTerLYP4l7iRDIgLpbYtwjOL4iRnQ7iOr4dQOAaTNIC72Xk6oPzKV3zQ9SIQ2sy5mQ34FBHYaOSFmnwHV4XkVgQu49Tl6BdhIeMhO6DfjKfIebmYCcinFf7Cn4A1r6c/M/aMLYnP

## File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[https[s]//browse.ebay.com][iyRlrmZjIYERI4A51i87]]_Tue_29-Aug-2023-04-31-30-GMT.pdf

**Hash (SHA256)**

fef9c6d17722e2ce637a2547cb1e7e05e46e6e2fcb327c67a0eb01e0637cc0e547d7d3bea330847

**Signature (PKCS#7-S)**

50g2LOo9V2GjQxZCA1MHfz7XM4bjkTFDMFOJP6XkGZTS3d3ovoY1WkxeIVi8ba0N0eWFWnWDsUYCEubLKzhPvA5RUPnO3xJ8HpTiIzcecwvyO4gyZbawlhE4c9d0IHVetSyk5



### Similar sponsored items    See all >

    

### Related sponsored items    See all >

    





### You may also like

   



   

    

   

    



This is a printed listing and does not offer any information for shipment or download to any location except the seller.

Copyright © 1995-2023 eBay Inc. All Rights Reserved.



Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 30 Aug 2023 02:34:12 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.74.192

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

j4Yhwmlbl.gjVRVtu0xvgzcmX2+51OG5p78IKhsvzQ062h5L2v4RhDMPZGofJ1yrCrKlH4xX2HAMoJEtzqMAVeOM+VS2OOyPMJOAxpk4rhOeTmaJN6bxbkzfrxKE5W2Ra0SF/8kmzbghgQR8oTtX0wShtLdghjyzrXSfhiHdmuzeociR1oejYdGtsRhszrpMEEvF0KA5KCWKRBGEwa9jASLXdri9c8CKdpWGkuWMiiE1UcR97PvD1tkY2/FNk6CPc+kSsSXlPkEZVelQZjbi/r8xsXuijhHluEhSBfiXp0Ge/QK0LbO/Ev/vNEUH1lLGSDle+bYEPOQtfJqwTS8Qgr2w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs]]fs]pay.ebay.com[fs]rxo]]_Wed,-30-Aug-2023-02-34-12-GMT.mhtml

**Hash (SHA256)**

2cf70d12e3742868cc1ca39211c544a08dedb167bc56af3eac064d2498e227aa

**Signature (PKCS#1v1.5)**

aVVyBuKkvhTeHrkNf0hpnsZ2aaD2MSSTIE3fAOmYjiaoKhF+Fzwb6buu/tkyt1MtqXARu7FxTQaWDzkxy7a2hFoYdWJeL+UEOkNzSmTEepSrTe46Rvn6uOTdYQVY0WNBLGZemEO32r0d55efOXtu0cKlRvkuPgC24so8p+waNyly16mOxEFpNrGbYd/SoY62S6f+vC4Y5GfN8tuxRSSbR9AbUJx31m6NzVpr39XcpfE+0rkQ67933o4O4NQSNtL7Y1g/PgisiSJ29kbgyKDpWLLvXyuPXjj+2sROlo56R4DAa0eK43yeShlvFS8woR4wOhcUB9MXwWoDbbikblqJ4w==





# Evidence Collection Report

Page Title
New Ladies Womens Slip On Smiley Face Emoji Retro Acid House House Slippers Size | eBay

URL
https://www.ebay.com/itm/193513369036

Collection Date

Time 22-10-2023 07:28 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Michelle Boye

IP Address
156.57.13.196

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome 1 14.0.0 Safari 537.36

Digital Signature (SHA256) / PKCS#7 v1.5)

# File Signatures

SCREEN CAPTURE

XHTML

File Name
screencap_39be06538a5bbece-aaa_ce3f8e6fea510577266030f_7m; 10-Aug-2023 01-07-08.0807.xhtml

Signature (PKCS#7 v1.5)















## Similar sponsored items










## Sponsored items inspired by your views






## Item specifics

THIS IS A PAIR OF WOMENS SLIP ON SMILEY FACE SLIPPERS
BRAND NEW POLYBAGGED
THANKS FOR LOOKING!





This is a privacy record kept by colin45fashionconnections and should not be used except the seller.



Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Thu, 10 Aug 2023 01:09:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

193.27.12.196

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

feX+3KCoa1nrazgndY5mWmwE/mWXiJjtR72r3PEM4QkKHKqqY2yl0/8rUGnh9j9u8c8Gt5GhC2zdQr/g7soYSHgERY3qfN571PeHLS8+0GxZ1/9ZGLzxT0I/pDEpUbrBfk9l6uSY6IZVAp3SL3cOL4R8H
+vXQBZHtzHcIrUutIT4CcjWYh0rT7P9liSmPQDHGZBI3AM6cI5IJaI456PJbDm5q2dmnsvyahwpdUa35vNCzzoAWoniHGUpJKIXxLYTT9So317XojLGq4LtXRifpqbSmBKWKC3JGKg5ZR2Vcgn0Y9EDMCHxvqeclFoIJo/4oNsXC1q29fF1Fls3xKKC8DI7Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s]]fs]fs]pay.ebay.com[fs]rxo]]_Thu,-10-Aug-2023-01-09-03-GMT.mhtml

**Hash (SHA256)**

5d1f085d249e46e7f4ffb73d12b33eca6d3586a74c22e8bd38d209613e8018e1

**Signature (PKCS#1v1.5)**

Q6ikFVepYb5/XrJ+x8lNpQ0qUCgrg5knJfr4qM56qc4kYBAdgofyGMrXurNGUf+rX/z0mLJf9GzbDpngv3yehYeCxjRXsSXGu0RRPYwMPbhnI2jYCDeNnSj+71Xhtb7/0am/
freAtyYzAyXzsMl4sDfGHNdJstsN0g36QPSWMchw5dJE66bTveOTrFpJsea0ZX1uiU2zIgj8bVJANDqYPuqG84nD64tJIvNA0B6YplSllMHOfrd9SWqzHxZ8h2VmuV2c0pYmylqjv6W+NiJ5I51C6rQkePUXaPZuYLNng+v9simMxVVxA2FFuJd4QdZZYNUImkmwPz+tT0z7Pnht3w==



AXENCIS

# Evidence Collection Report

**Page Title**

amazon.com: Rainbow Mushroom with Smiley Face Polymer Clay Dangle Drop Earrings Small Gift for Women : Handmade Products

**URL**

https://www.amazon.com/dp/B0BQLY2R3

**Collection Date**

Tue, 15 Aug 2023 14:06:17 UTC (US Department of Commerce / WEST authenticated timestamp)

**Collected by**

Perimon Lee Saranajant

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1 v1.5)**

**SCREEN CAPTURE**

MHTML

**File Name**

amazon_B0BQLY2R3www.amazon.com[B0BQLY2R3]_SCREEN_CAP.mhtml

**Hash (SHA256)**

5e49202e62271126826a3c340905b6321f340a00875a4052b2402

**Signature (PKCS#1 v1.5)**

# File Signatures











# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 15 Aug 2023 14:10:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

Dyqi3Q9uqNUN0DWx5FmGZt6m6Hc8bxrGCP7b0oZmKQLHO1xGjiHt4cmnPBexd2zPjjWnzolDhClOFsHcjvHXvy4dPg4RK+QdGkJllfqbMjRicnFvyhK/
nxh15IzS8PmOEVSTHBbDBip10+bhrssPVGx6XouWMqzL5OfO8Jxu5UxGdgZ6aWDPLCRPDE5uiimZq28cRt7MtSfF6tofZWMFY5rTb2WwaCgXhECMlt8GE10WDlbt8+RIlAMahtQK2T8s48Ve64aMpGrmz8ktDhLBAOHYPOfEVzoVlihEh4RQjMUgsVh6YILBXO2dXwNdXUiZiPRV0k2Olr/
BkJx8jj2ZA6Q==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-15-Aug-2023-14-10-24-GMT.mhtml

**Hash (SHA256)**

4113944e91447a56dffa9289ed813e3d47a7de16f6c30bd39e487df1300dbd5e

**Signature (PKCS#1v1.5)**

mmyHypz+UMIxuUTy0gS04xCOov9hHDlnV763TjIrmNmoivyIXqteRriFvwlK+uLmj/R9/ftjWLGY3Qg4EYJKAOe6p3sj04HWOvcnht2RS7kUra18k79oV5YIdIHvmDJ3f4Ud0VtZAX7jvMS1SfDHztc+CH1Gm7HvzhMjV9oDfyd7cpvCiOVUFAfFWRiRKwtQAMyVaXFvWCy+4MdOG/
TfNP67M5S8nU37qQlzdrljK7Cg0G89ejk3ppHouqzf482KASYhdzjKWqt8f1GNBKqkGGtTllw1mLKw26IjfW2BiyUKgL/vVTfuuWkkDC6AYAzmy39ny2VY9zFRA1N6JHT0Y/w==





Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Filipino Sweatshirt Crew Neck Coolest Tito Smiley Merch | Wish

**URL**

https://www.wish.com/c/64a9241800288e4b023a90dc

**Collection Date**

Sat, 12 Aug 2023 06:43:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4955:4700:5986:86e7:734b:2fc3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

SDg8QrikBGddXfaXu1BevRKRg266/v3+QMRdzlns+4caMnJMb7E4TE9Xb8tJ/xeTHn2Zof2xqmY6K12xydgDptlybVof3Pwz3yKst07dE/wBkt6ovw3FrVzzgmCjoUJ30wPSFDqlPqfw
+Xka9MrtVimsSMhreFPqNiuXhh9oHRh4DyHEix8su2cz7VZKXGP1euOoWtiNtfTKRhPTnrc702JrpvCTy5qMvF+HXA9k/qXSNh3RGmbDScmf2mkeJE2cld1R9f4b+ApBwepWEL9Plwg/6oTPaOObzjXlraLLQH+pySkq7i1vW8CVy7YcEpxH2HEKOkMf+xma3Xhla4Lcg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s]fs][fs]www.wish.com[fs]c[fs]64a9241800288e4b023a90dc][_Sat,-12-Aug-2023-06-43-46-GMT.mhtml

**Hash (SHA256)**

50644953aa005524dfb1ffa10e2a0c6d260dc7c29d3c0df2ffc8ae00364acd2f

**Signature (PKCS#1v1.5)**

WseQdztHElR1GT4nSnTVyaJYs2kMfEJTRqe2S355LGq0mGTH4BXvqzbWZrcwsSyqq3zz1Doqe7CFlkb9OrUiBHw3EoRxd0PdYmFeWpMgZjtgC1Z/WNOb0VGmB/1ojxUlHVQ0+0UDphSPUauViEatVdODnRoF/
Xlq7b5KRw9QVHbGStlK2ymp1stzwphOCjY5WpMZ9ygcniyVeuI83ZGjDRkg8qxvfoQis9LKX9G2n1QU9Wl0KAyelM9xwG/NEcEzUD38Zy8e9OtFmdLLjGPTf6fSqXuE66dmBpAhkNNUMRC9jv6qwQH1nK6HcAa1wZGiYWu/8YB664PcxXWMWgXSg==





Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Sat, 12 Aug 2023 06:44:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4955:4700:5986:86e7:734b:2fc3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

forkjooW+V/sp8ZIPQ8I+JgsdqQ1ww80Zwf/liOhTMZBlbpE1QxJ8IwCVrdadEot5GAMYxdOYKgg/SXwqtVHTX5DAMFG5LtqjWl3b9879oa1VzobWAYu0hUlvxshymWa/wUsest9XVU/vS6s3KyRJyuORvIcnZFrdi6RSzTyMCUVpz6E4m6onEHkpJq4Ljysyhsr9vMJIyayZQjUJ2liKl5JCeo8kFGycgXXdAxMyE5YRC3FEEGJwjp6Fvq/1k7qB523qhBfGYu4NaOGvtgshydhD1oaZ1mnSNvolNbUFjdtsyK8FWP2vG1G0bh1Fsw7JPi4ePyeNoB1a4HTBu6RFg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Sat,-12-Aug-2023-06-44-14-GMT.mhtml

**Hash (SHA256)**

debb08b77e97495bd7cc3b0abe472553c9e6c55b45978ac5bf7d404a1a84efa9

**Signature (PKCS#1v1.5)**

khU24R9MIKigii52T50SNHVqJ5GK5SocoldB8BLGvqOKjLB/6eoucq9endBL6U/wSeR0Eq7pk5l3rMbxjwS2Ti3rZjfCtiofkQb2UkKOP27zbsbD+Ci6InvZucvX8ACeCEjR0K5SMRyklZKfQJjm3ryO/2OexBN3RDPjgP+b5eeL1W371QPQK5BlJMdxr7uGgTfO4DwQxxM5cilsF6dW3ahPkWBymr6s6Egr0y4U7LvBcl7RpjXlwKxnENFTrROL8e6tlAnGMUL0/WYygTQMN4yvFWuQIJT8ZvYeYw5pKxysdgc6xL+jbuWLBvLMwyOoVf3RXPR+N7/KYI0RIj0/Mg==





AXENCIS

# Evidence Collection Report

**Page Title**
Amazon.com: Dainty Wave Chain Necklace - Smiley Face Birthday Gift for Teens - Happy Face Enamel - Handmade Products

**URL**
https://www.amazon.com/dp/B09HYGVHY

**Collection Date**
Wed, 12 Aug 2023 08:26:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
IP Address

**IP Address**

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**

**Signature (PKCS#1 v1.5)**

# File Signatures

**SCREEN CAPTURE**

SHA1

**File Name**

**Hash (SHA256)**

**Signature (PKCS#1 v1.5)**









## Top products from this Artisan



## Customers who bought this also viewed these products



## Product Description







Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 16 Aug 2023 06:37:12 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Q28fHvd+3NiWGEwsos5CUsgmkKvejr6U3fkJXHF4Ai0bID1cplE0MB8HjBNQrcKCYGXxaMCMdWp+Ub4Rkf4F4upRBPzCjRu/UXGl0g5/6YKi5z7NHdzPQgsClqPjIGsJTijesrGFd7qSjznlp5s3PjT/4NPTixtCx/31pK1/L5diW0e5S7c3bj13GU5XD/8pirwNzGZ+eRgvo6MzKKacj3zXb55EjmAFY83dm/AQXnt77nffJsUD373i1pQqC2e2LCjdwVmG5DPq1F4p1cBqc826jywNmz76spk8oTxrPEn7WF6xdVQ49pPhfQWl+9B16XSFeSKrXKuZiYO1tVvn/g==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-16-Aug-2023-06-37-12-GMT.mhtml

**Hash (SHA256)**

bfa4d536b571e7d16828943f7036a9a9d95f3d7b9bb4ecfb431e1a69bfbf3e87

**Signature (PKCS#1v1.5)**

xQ3YPA2aWmjUhH8hK0aRpbunzqeaEYnsHx54YXIXGzW3N3bmyBMSRnFguaLWzifukQpxkwxjrlk1xuQQbExL8x+8kQAfr/nc2A6Api8VMbi175RruvzDUUEJ76kvEDFGkI9yIXQkI9BOYxKasj5ul0+i3Niltxqiqhka/us5Axhn+ANZXop9Vyn8U47aky47NipJ2SAF13XnEDgfTxW7DqzA4mriA5+zNkv5ktIf7Iq+ohk6DCW+LZ3a6g47K61kd2ozkPQriXsB7DjDWzDZ2qNpLo5qalgAW4rnJMvXkHEkcgMfyVFll6pklJqqL89dMFol3b4suHis/Gjpr4OzgcfQ==



# Evidence Collection Report

**Page Title**
20mm Smiley Face Buttons with Shank - Pack 4 | eBay

**URL**
https://www.ebay.com/itm/394079792635

**Collection Data**
Mon, 28 Aug 2023 11:38:27 UTC (UK Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavros

**IP Address**
185.232.112.42

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 + PKCS#7v1.5)**
EHywoSkkxoWp.nSsaDirkz.mWTcTNK6gHWwl+zhot26cFoDn45gAfWbvjqsmTJwwCASkM13v44lEBEtcz3tVBYWEDIrdjkwCSwFJgAAAnTTbVPjwhtsesYLfI6UG7o4ZjbJpuAcKXh

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_394079792635.pdf

**Hash (SHA256)**
5b606ba2e3804934599f4df2acb3e68f2ja49b1d7a3a98wbqa1f49dp70k24nd700729a8sdf

**Signature (PKCS#7 v.5)**
Siibj.jKzIFfb96fDhtmFj2tGatj1DbsTPh0k5RtuWBf6Aj7RpumwCjWbFhgEhZ0nkAm6WB7EVlHyyHrxSHjytkFPkSuAaMuyFh8xbH



### People who viewed this item also viewed
    

    





### Similar sponsored items
     

### Related sponsored items
      

### Item specifics

### You may also like
   
    
   



Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 29 Aug 2023 02:25:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.74.192

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

WhvVRPD7cMMMxdt0f3hhs0d+g4NSP3uhUcfS3wMa01KO3ALmkvrWnR32Aq3pPyAft2gl7HyJVksVUC39lh4oaJA30wuhfGt9fDU6gOyKLWckgM5RCrOBicnMWClSCUmoPIVAhyfuI+hIfioKm1NrMVzSiCZt0H0MCw1Yzn1f7SKSerOnrEYbGmUCmksmF+vT3tYdWuWMmy6dbvaB1o52FM55BawFjEorI1pqvOz59qPm56CY+XzZDmJZ7G14zfAT6Ch82zXauquhUMQ2S0hnodSWUBLlc149Sp5eXs9IVzN7isUd3CO2t8fmb6J5LnxVExA6qdWZixo5ePTTyD9hA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[a]][fs]pay.ebay.com[fs]rxo]]_Tue,-29-Aug-2023-02-25-07-GMT.mhtml

**Hash (SHA256)**

5da26c6ae98fae32375248c0840efe3d54a279876700575276f75094d5237da3

**Signature (PKCS#1v1.5)**

eR7QO9XUP7dGt9jqOjJiugyv8CfUzA1YaxvmEv0or8x/iQVH8uyg9FIVEaEZi5gMQsZAE7RM8n+2e05TZIzMVGFNDtgEnIfjoF5WnR5FbLzhVQHyjUjeup9MpYa+tVSeV5183TLL00pK3i1ms0lGxN1yvQNePBN/1jZJLh/EqDICPwiRv7/ArPYCl3HKvnfqPtB7qYaIXgVdyPScmGp+VguH3AaWUFSTBaRhPaZSWSQlw+SavwFZ39zZvzqBxpp8+NFMNX+a9zzASTEwWhAQSFr8GrpvIAPIpI6wRHyRtJsS6qI/jDPvi/imxxtDP3jDA3nICwxKTf9Doob3yFLFouw==




AXENCIS

# Evidence Collection Report

**Page Title**
12-Pack of Smiley Face Springs: Fun Party Fillers and Playtime Delights! | eBay

**URL**
https://www.ebay.com/itm/285730183785

**Collection Date**
May 24, 2023 5:57:07:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chia Baena

**IP Address**
185.244.113.42

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature** (SHA256 : PRESHA1-9)
be7ac874b5a2ae8bd74e94f2d3266d3450431b347672c9e7ecf4a032f81a27cdca5a5dbbac1a38bf...

## File Signatures

**SCREEN CAPTURE**

**File Name**
axencis_[Relasis]@[Axensis-ebay.com][id]=[43][957][187][937][12][3]_des-[3].img-[scap]=[May-24]=2023-57-56-SAP].pdf

**Hash (SHA256)**
e4d3c5f0b0e94d2be9947372137cbef767401621ce0e3c6fee6bc6bd3a10...

**Digital Signature** (PRESHA1-0, 0)
b0c05bf9fa0844aaa0fac4aff1daceb0f35926d3445f18e61f1d69d8d1a01c0fa1fc9e1b444442d8a...











































Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 29 Aug 2023 05:27:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.74.192

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QT/e6iF3ROeKnvgHI+IP9PxG0Ykg|LJi9Do2Sj/9S1ZoG9b+U7ZhyQfzRerpIFM1vHA5e45ometWtYn+yCsTnLIYqDqa4iYMgTMNejKBRdTsZMLsQ9Yc
+fZZnXDd8NPM8chaSN1mJpWV4c3pFqbRc10quzfViDga6kSndsITrRwiOphgWz2kgYqq8DRtFbq0xElREiZlPgHMVUx5wf74hJikkHrY8xPgClGm3N+MBWKCkLbM8q7iuIPaVD0bYAFraUMnzbgcM3wWZX
+FeLv86N6CEVRwHjnNLGq1qtVTUZnNgAHnXLT4Z99Lp62OTNXlJnwWyOQ5QOVLIWlg/bWBjA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]fs][fs]pay.ebay.com[fs]rxo]_Tue,-29-Aug-2023-05-27-02-GMT.mhtml

**Hash (SHA256)**

bc982f31a06c38af187d0b832ce8401a0e941cf58f9be98e148b06047a18e445

**Signature (PKCS#1v1.5)**

eo+BMH16TEXTeACR3iy7HbvJW9SrT3p8+3ri3eVA8duyw1K9tHeWrCxJrQqvKGF6a7fB+SU58+zzRGMT6sNpdOAKnwutdqBF3po/bofh5gizmcOSXHLPkyGxslqYZED4rpt/AC37ujiAoRUdWcgis8hHGiuOtRjxwTduQW1oJeID9nJQDqSsCbfFEjGOIjxmtZ9upEcbKPnM8hkDpcx+QIMMxUrKyW
+BhtATyEGArZuX49Q9U4uCH7ihNIMlkPnCrpQD4yFXX+ySfvbDnisO+D+ZgKBE4lwcnBm2qQ2i/Bx4nK07kdJ6qkBJkEWtVK+HzUiHcYrSKBRJ3D8yGAQ==



# Evidence Collection Report

Page Title
GAY PRIDE SMILEY FLAG Iron on / Sew on Patch Embroidered Badge Motif LGBT PT735 | eBay
URL
https://www.ebay.com/itm/326317786373
Collection Date
Tue, 05 Aug 2025 14:46:05 UTC (US Department of Commerce – NIST authenticated timestamp)
Collected by
Michaela Kripp
IP Address
[redacted]
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0 Safari/537.36
Digital Signature (SHA256 + PKCS#1-3)
[long hash string]
[long hash string]

## File Signatures

SCREEN CAPTURE
MHTML
File Name
screencap_[hash]@@[hash].mhtml Tue, 05 Aug 2025 14:46:05 GMT.mhtml
File Hash (SHA256)
[long hash string]
Signature (PKCS#1-3)
[long hash string]
[long hash string]







### GAY PRIDE SMILEY FLAG Iron on / Sew on Patch Embroidered Badge Motif LGBT PT735





**Similar sponsored items**   See all

**Sponsored items inspired by your views**   See all

## Item specifics

## Item description from the seller

### GAY PRIDE SMILEY FLAG IRON ON PATCH

This is a brand new embroidered iron on patch that is 50mm high by 75mm wide.

This patch can be applied to most surfaces with the use of a hot iron.





Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 16:46:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

EiztHNF2xUVgVfXRUk8ApeHXhyWbg702UsKMH/CLFscrpZXioemMW4urs9M5yg0gEjJXDWOG7KZE4eNdAk3e4k7rDNJRo9Rz7as4RS7wxu0jt11FvVXdc2Z+RvA/9x7LQsdI1sgU6At0fJxCAMNQzaSgIWpeomHKUBloNrvnSS5kXML7G0t0+uGei557RfQCLbZoypS0RZnd7fFs7uz5PvyoC/GM0xpvckXHRAynGisHaADQ0AqVGnGVIQiAs1iKXtFkSVBelMrl4btznL76XOA5zZOqAm+T5K2J3j/JuA0tS53gHmYCp1eMXhPP8W/5szJVbPLzjhclGyfkFmLR6reQ==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s]][fs]]pay.ebay.com[fs]rxo]]_Tue,-08-Aug-2023-16-46-21-GMT.mhtml

**Hash (SHA256)**

24c74909caf34c70b8144c2e9bb8fd45e7c24b27b148558b7e7fa1fec05e0c39

**Signature (PKCS#1v1.5)**

CfTCTrcz86XNOXsmu0AQSn+YMP+2VCuHA+v9lc5hF3ZPLvbthetGrfwN0tvs3iupskUHbV5mV2KliehIhi0stZRdoJ0+0yu9vrBR1zI0f4spzeDcJwLqCXeqYGmz1qLUq0xBKK8DAU634UFFhttLb+vNPhYS0HeX5CqYnMetCKjQ1BqW3eHUxXZHtNn/ixeEc/VA0nh+sfaHtMyi/bhl6LPdfAorVdm1I3YMHe7nX+xMi4cz2zgmW2eBKS74EeRIlRm1hdH3dxX2Jj6sJS1ea27MHjmlCnHuYvRoY9O6khOaTo2fE1JiduDp0BMUfTMCpvc+8NQZitIF7r4yZHiqPnbQ==







# Evidence Collection Report

**Page Title**
SMILEY FACE MDF Craft Blank Craft Shape Embellishment Varied Sizes and QTY's | eBay
**URL**
https://www.ebay.co.uk/itm/166430976568
**Collection Date**
Tue, 08 Aug 2023 13:46:39 UTC (UK Department of Commerce / NIST authenticated timestamp)
**Collected by**
Axencis Burja
**Trademarks**
I Love Crafts
**Digital Signature (SHA256 / PKCS#1 v1.5)**

...

# File Signatures

**SCREEN CAPTURE**
XHTML
**File Basis**
**SHA256 (Hex)**
**Hash (SHA256)**




## SMILEY FACE MDF Craft Blank Craft Shape Embellishment Varied Sizes and QTY's




GBP 1.52






## Similar sponsored items



## Sponsored items inspired by your views



### Item specifics

### Item description from the seller

### Business seller information

### Return policy







Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 15:58:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

SMSJhfNwi6zktWJTkXhjS5yyaE8TWFSSHrUoW20FCHrDLjehbIDE6kUrcEeoPucj/PG4VogseYYoSpQwOJ6gsEXlh6F60jhek/9Kx0IbD9qmmWEbOMtwgl6aV9SIS54pt1uNSxcMzNVmY0PvIAB4EldN/OZ73Cw8QTFNii/5RtDEthIGZpH2R1hpIWSXxpDdxjsK8zm9E2OuOD10pr/GMeiV2Jud0VO7THbv8qwU5yXHE3nQBJHkeEkEG3YhnG/p83UKYjQzMe9wSgPFDX6r460m40WJVX9Ar0V5/6xqbu+chVmN5PiTwaKkSmN9I6bN7GvhsrzfHwtN6auAeffYQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]|fs]|fs]pay.ebay.com[fs]rxo]]_Tue,-08-Aug-2023-15-58-16-GMT.mhtml

**Hash (SHA256)**

e5690a846521489176712292333353aaa20f223178f559d519282144f4f06879a

**Signature (PKCS#1v1.5)**

LyK7TFbbhT/95RRfwRFjA7y5Ts4bzLmHwYVPNNjqYA16rY3I1QFu+sQqtO9ngxS3Ud1K7CWeiGVO3uZ4n90M8r+8oEaGAluD4toR3JFyFcVTUWPhInShs8U4tFmGQ4fxBixnjGk4lG1YPi0pAVWU28KZpR0wJ1LxDdusFEJEDShxTAUSDRo6Jqzi6UXMImpc9JG2fyJlna7evXRauz9aGwGuQc+Pz3C8qurmm2WKRiVvlw4PWX+iSrDLrkUzgHL7CyvlTRDEjPnzyD5Tqwmhxx1yfmNClNGe8zXjGbhEYlHEBEzH4aELD0Z/RXH/YXa1vjEjTbDxJ32h5ClPfu38RQ==



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice