AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

CYNICISM Smiley Face Hat Women Baseball Cap Trucker Hat Girls Preppy Hat Cute Funny Smile Face Patch Dad Hats Low Profile Unstructured Summer Baseball Hat Unisex Aqua at Amazon Men's Clothing store

**URL**

https://www.amazon.com/dp/B0BD4DXG2P

**Collection Date**

Fri, 25 Aug 2023 06:57:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VjE6L+BViCRwu0P+M6eh6fcPod5vfrPDRe0/dKnzab3fx+J/iJjVaKV5WgLFW2cmeR04ayUWRFVv59tm2NiZ65/mqm7/4G5RG1ie+AiZ2G3yvJoqTpPxW5Mo9e2HsP3gbcZwRTHNbV+QyqFb/vzLze5r9RWTxgwyIBys0Te/rfvOs69J9gs2qKbIxQ7kawifRWvtlQVNPVXAJbTe
+nrNFkdmkre2C/8Ws4t+W8BCtaWzm9LCXoZT2avASVQyKKBpPKtQSy5S+VVWGdVgBYIhFQBwKWuKQoTXkiyPYWJ/Yu1dg201BCh+W7HVRcmk7Irlcdvm1MKRNXNhGbmNgPW+6Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BD4DXG2P]]_Fri,-25-Aug-2023-06-57-25-GMT.mhtml

**Hash (SHA256)**

440201be23688f0350444efd871ce2f20ddb6a1cc8d6a5f572acfcce307cd5ef

**Signature (PKCS#1v1.5)**

aGnPyB0v2vvT337g897ClBu4EadWX7A/H1SKUJH7wgKZmlDbd1luJ6DsKqhFHpiSnG38WhOWqkYTlxLuK00rGqbK/rAvqBBjfWWIxosJH1IVUEQkIOWhJVwiJi2+PLRbr0Oy3ZwwvR9ehJ1XDkZDjdQwIIOxyCkJwBEODs9qRi1sYnx2xJNGC/bMbi7Ylpm66PS7w/
kLkxrghMaidVeC2T4BkVVSOQDh5R5mUyFTMNodDb0/A9jllwD43/IN6DJa1hiwZ77zcO3WH2sCfxdRjBPR8DTeuESeyyAodrKIN4NX8Ujlv9GwEGWSBaxcprt5uwxK2zboY+P19CFn8M7Ejg==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 25 Aug 2023 07:01:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

RjWXGXW9hbYlBoF4kgjKK4oEG3XBJYrN1R9JWwEtIPva3r+bYOdwB3NGUY2DaCmA4dhKq1EZ+fVipLaTKy7KFEbzCkpOmSo6apnRc2tRnLvSU6GMvHOEl+lLYJq+ZMrCI9Eq3xK6DrcKoWdVZw7GJPUMI8ZrSS5936vxePkuQcxBapCN9fGMgvAnse9oJtCMPUsigjyoABsSac7LYTIV6TTBlU/
HN2Bnj8AqdhgbN0HubxEWzjY16XpQJ8Ltne4gMRBetC08v0yZY7g8yKxreiEX4nHsk6KyE7H8TBkO5LlYctMVSwspIsAvBOZkaq8bAMWOes+zE1bcVT+HymjWfg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-25-Aug-2023-07-01-06-GMT.mhtml

**Hash (SHA256)**

3e2e103ca1845aa521cf71f4b01a39ca7837d77c796862264a7d7d5c33eabf3b

**Signature (PKCS#1v1.5)**

tGroId3rO/CyHF8jfZiUtXxysyOmPe8I0iKyoWKa1BRBY58To50LUIYxOEEoHJJGvTW/wBpf172JhcAZohLdZfpW0CsJn+CabNdTgsaDRR8Uv89ei8X8fjic7BxPTANuebrRzSor8KXO4iaSuRcWC1x9o8Oxey3kUBU6E9FHuun5Y1dUbBKw1LYIJMdMsyS0Dt/hODNBFmjRZI/io+rqL4GxhY+5aoq3/
prGRelmglPRx6uGTsHuK1b8MnFKO+zwyBsbdhhgcRuyoVk7vmMdd38fIhSB4IkXg04kQUnIBQXxsR+pF5m5t87XUkQ2Hc31idlREkYe6kacZm9ikn1FlQ==



AXENCIS
Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 12:32:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:491d:2d00:69bf:7906:a752:afb0

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PgK4qXasZZHOxhaYKdCMZkLumSvNDFoTYExLD9xcwhSbplCX4zScRFOO7PkqSx9bBOp766gndRGeuuERuVU6/c7SYErWk8/YGzjf1mMFa5fyIkIsT0YOO+X3iDLIstlolJJFpvr+YDnpE8+VcJ97tAhCdINfMbHB1iqGGuVKIOO3ZdQgMIiNVHbmHVLSWGqZyTboDKUD+j0Uaq
+CR3f6wzSkCmjWzZn6HEcuSK/gSFU9jXwIzSCgnJZiQTJJ/0bBOHhlxSLTNlb+RMgLTdIC+eJiZ2ogweAKaaA3ZI2ECwmmsZUvw/C6iEUZXqbPgkbYphjk6xJwelBNMbOZ3pCHgQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-12-32-00-GMT.mhtml

**Hash (SHA256)**

3df99dcdf86bf5d67ab665e282fe55fa88882bd52d4e2cbe4186c4a5fcff3764

**Signature (PKCS#1v1.5)**

PZzP5040udb0nTR6yobF8fq/AcMaXYNWzZB4bH0kodtGC3/gEEYfkg3qsp7MTmUVxvBa9xkms8yp3k9kLhXfgQwWui1mmNci31qJM/0jMAQx6L3hLB9P5hT5VXjTEAhUzb3w+a9FyZkt5nnHfe/yu4B5ATIJMz37gj/
yLUcsXESoBl1CiFrkY5q8ssb6PCr9pSEKLWTL48kIY7S8Z5eqK2H6dazGmqNvFqJ1vIvivBF+nCwywUJ+60uWDM6zXhCjXTLSdDK4pQIFGGQUlGTQoS6MzLe7DXKPscqRZVQIyzPnxvcameumMZYX/EaGb+/JaBUh4Bsxt4GsHujJHMh02w==


ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Review item and shipping**

Seller: dagmar.maurer Message to seller

50 Thank You Smiley Say Thank You Sticker Labels Logo Round Approx. 25mm

EUR 2.75

Quantity
1

**Delivery**
Est. delivery: Aug 17 – Aug 24
Deutsche Post Brief International
EUR 3.90

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | EUR 2.75 |
| Shipping | EUR 3.90 |
| Tax* | EUR 0.46 |
| **Order total** | **EUR 7.11** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

50 Thank You Smiley Say Thank You Sticker Labels Logo Round Approx. 25mm 46382329131 | eBay

**URL**

https://www.ebay.com/itm/314714828878

**Collection Date**

Wed, 02 Aug 2023 06:40:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

odjk6tefbX0d7T2Vjhr0xlb78Pqk54AEgJpmeMBco7XvPT7dvVF96f8Kxjm+6lqPDttlUbtBjx/lp8pZuldUwCbWgZiAj/Xmd0lovL2PQi42s1L7sz/WEBeZh+NLhOuzhs3eqXYvnZNkUgqJUsk3FpZ0HS4Ng5tg7zswmEku/oI=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]314714828878]]_Wed,-02-Aug-2023-06-40-51-GMT.pdf

**Hash (SHA256)**

3b441d0abb927e056823f0360f330edbb12ef8835c515b2435995e90baa8fb69

**Signature (PKCS#1v1.5)**

sbCYulfEWG6DPpsfLjghB77s9oE2fT5jfNIshNheHFGedkz6nzdsemyfVAraA7wJ24sLwrWcjz3ODtTo23+tziwcElVtxF9DeTIRCANjRCUe4QLW4na8DIlQcYhsT8nOzSA/pfYGw+m2xg6Agu0hAge/CZdGE6woC5k7MWSpbjk=



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

50mm 90's Rave Trippy Smiley - 4-Part Metal Tobacco Magnetic Grinder Funny Gift | eBay

**URL**

https://www.ebay.com/itm/404307941798

**Collection Date**

Tue, 08 Aug 2023 04:03:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KjQGPlL291h2454ncfEGk2m8Ms7iwxs63cQhUM420jdSPp/IUM+fKnAuY0sTS78mlQ6gAIEdgrneXtl66spjPzi2t7hXKC76GOqoesWBzedAxk7M38PNYtP+oY5At0QaQqRm1YOCRQkG/ya52d40xe1FDhfqzTwAl5nZFc6O6ipKkzZ/6Gc7VKsjYpxQ3plPSToRkyO1Y5wLRqMra7/Y5Q3d6SQr/uEkrw1wbDabMibdE3EIR0CumomAAZPsE3GQVokCGSkiUPLockKO0W+5887q2RCjihH2JWC7lXULalJgBVYnmNFNei9vOCkk9JMZDZOJ4vFsqnaYal79vpPY8A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]404307941798]]_Tue,-08-Aug-2023-04-03-54-GMT.mhtml

**Hash (SHA256)**

fb6912d9b5686528a90c9ea494cdc6eb00d3daf8a71ed65ebdf481f0feaff24c

**Signature (PKCS#1v1.5)**

T0zDW7T7e+NZqpcYmg7qriPcAZ5KVldNO5QEuVsHmw4w57pXiJB5XHFn8MtvSZRmTFSjwpF7pvJUOJ4KQ6N30vo1mGzl69DTirLPfUM+qSneCX3rMe175a6l8GTqITMb7rcRQJaVDh47KiKFVqAc7u1kuUAA/VmxISZPRHccs0Wb5GQRwV6Iiy7U8Eox6Cge1nwX+cj4klbugqP5vQOkcfmRXezI3z3H8ZNoHRYXkzMkt1sVWHS44+Q1uf7r/ttulFgUFTWVazqDeNHo7VaMqZwRxYrEXTJmbVwpY9Smepi1t353QokLBzMmjgh12ylqyAer6jDJAxaopYtofI7swA==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Collectibles & Art > Tobacciana > Cigars > Grinders

Share | Add to Watchlist



## 50mm 90's Rave Trippy Smiley - 4-Part Metal Tobacco Magnetic Grinder Funny Gift

Condition: New

Finish: - Select -

Quantity: 1 3 available / 2 sold

Price: **GBP 11.99**
Approximately US $15.30

Buy It Now

Add to cart

Add to watchlist

**Breathe easy.** Returns accepted.

Shipping: GBP 9.99 (approx US $12.74) Royal Mail International Tracked. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: London, London, United Kingdom

Delivery: Estimated between **Fri, Aug 11** and **Fri, Aug 18** to 33132
Ships today if paid within **10 hrs 58 mins** See details
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

$ Have one to sell? Sell now

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**

daily_grindd (289 ★)
98.6% positive feedback

Save seller
Contact seller
Visit store
See other items

Registered as a Business Seller

## Similar sponsored items

See all

Feedback on our suggestions



- 50mm 90's Cartoon Cute Pink - 4-Part Metal Tobacco Magnetic Grinder Funny Gift — New — **$14.02** — + $12.74 shipping — **17 watchers**
- 50mm Cute Van Trippy 70s Metal Tobacco Magnetic 4Part Grinder Funny Gift — New — **$14.27** — + $12.74 shipping
- LARGE RAINBOW SKULL GRINDER 50mm Grinder Magnetic Metal Diamond Teeth Grinder — New — **$8.92** — + $14.43 shipping — **43 sold**
- 50mm Happy Simpson High - Metal Tobacco Magnetic 4Part Grinder Funny Gift — New — **$14.02** — + $12.74 shipping — **6 watchers**
- 50mm Cute Van Trippy 70s Metal Tobacco Magnetic 4Part Grinder Funny Gift — New — **$14.27** — + $12.74 shipping

## Sponsored items customers also bought

See all

Feedback on our suggestions



- 50mm Happy Simpson High - Metal Tobacco Magnetic 4Part Grinder Funny Gift — New — **$14.02** — + $12.74 shipping — **6 watchers**
- LARGE RAINBOW SKULL GRINDER 50mm Grinder Magnetic Metal Diamond Teeth Grinder — New — **$8.92** — + $14.43 shipping — **43 sold**

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Jun 23, 2023 04:14:51 PDT View all revisions

eBay item number: **404307941798**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Design | Alcohol & Smoking |
| Brand | Daily Grind | Type | Grinders |
| Material | Metal | Country/Region of Manufacture | United Kingdom |
| Modified Item | No | | |

## Item description from the seller




## 50mm **Metal Tobacco Leaf/Herb & Spice Aluminium Grinder Crusher.**

### Key Features

- **Classic 4-Piece, 3-Chamber** - Design allowing for grinding, storage, and filtration of all your Herbs & Spices.
- **Magnetically Sealed Lid** - **NO** rattling at all. Even when upside down !!
- **Polymer O-Ring** - Allowing for a **smooth** and **secure** grind with leak-proof storage when traveling.
- **Teeth** - Filled with 23 razor sharp "Lion's Tooth" diamond teeth specifically designed to **cut** and **fluff** up your Tobacco/Herbs and Spices.
- **Perfectly sized** and placed holes in the second chamber ensure that only perfectly ground herb or spice falls through to the holding chamber below **never** over grinding.
- A tiny mesh screen catches the ultra fine grind in the third, lowest chamber.
- **Also Included**: **Free** mini-scraper inside the grinder !!

### Fast Shipping !

Free & Fast UK 1st Class Postage. 24-48 hours !! :))

### All great things are made up of great things !!

Daily Grind Grinders are **not** your average grinder !! 😻 😻

**Able to grind your Herbs and Spices effortlessly, these grinders are perfectly weighted and a complete joy to use.**

**Effortlessly shreds and fluffs up even the lowest quality Herbs or spices, allowing the true scent and flavour to permeate beautifully ! :)**




- GENUINELY IMPRESSIVE, VIBRANT PRINTING AND DESIGNS! - We pride ourselves on selling the most impressive, vibrant, cutest and funniest designs around! Why buy the same old boring designs you find everywhere else? I make super cute ones :)) 😻 😻
- ALL THIS IN 100% DISCREET PACKAGING! - Our grinders are delivered in a plain cardboard colour parcel with no reference to the contents. Arriving 100% undercover !! 😻 😻
- PS... We have sooo many more designs! You'll surely love one! Check them out at my store! Just click on my name, these are not your average herb and spice grinders you see in the kitchen shops!! :)!! 😻 😻
- 😤😠 !! !DISCLAIMER! !! 😤😠

**ALL** ITEMS **ARE** SOLD **WITHIN** eBAY POLICIES ! ! ! **ALL ITEMS ARE SOLD FOR KITCHEN USE ONLY** ! ! ! **ANY** DESIGNS,DESCRIPTIONS OR WORDS THAT **SOUND OR LOOK OTHERWISE ARE FOR THE DESIGN AND AESTHETIC OF THE PRODUCT AND!NOT! FUNCTIONALITY OR USE OF THE PRODUCT !!**😠😤

## Refunds & Exchanges

Refinds and Exchanges accepted as long as item is returned to me at buyers expense and is still in saleable condition !! ::)

Any questions at all please get in touch !! 😻 😻

- **All items are within Ebay Policies.**
- **All items are sold for tobacco or kitchen use only.**
- **Any words or description that may sound otherwise are for the design or artwork on the item, and not functionality or use of the product.**




Free eBay listing template designed by © **dewiso.com**.

## Business seller information

Daily Grind Official LTD
Fifth Floor Suite 23
63/66 Hatton Garden
London
London
EC1N 8LE
United Kingdom

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.



## Daily Grindd

**98.6%** Positive Feedback
**2.1K** Items sold

Visit store
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Seller feedback (309)

This item (1) All items (309)

e***i (393) • Past month

Love it

See all feedback

### Popular categories from this store

See all

Grinders Trays Papers Tins

Back to home page | Return to top

More to explore : Collectible Tobacco Grinders, Metal Herb Grinder, 4 Piece Herb Grinder, Tobacco Jar, Collectible Gift Cards Cards Magnetic Strip, Collectible Tobacco Pipes, Collectible Estate Tobacco Pipes, Other Collectible Tobacco Pipes, Savinelli Collectible Tobacco Pipes, dunhill Collectible Tobacco Pipes

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 04:05:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VLjOYn+QrYEwrzDD9UKVc0QmDCKxCSquaaE8LIESm6iZD1vNGeNtFKVglIjTc1XLYEc0kk+U30C5x2Vua4NPxk2MJknNqHdXQFKDczdm74Xep87veWYWbFXJ2alqktJIFxxH8IaP44bu+tw1AvWH73coy5NaADrGYj7zXA2sUn9R4Kle/QML5ZpvlHdrZNZDJ+Xmo+/
RtCVGcmHu1JImK33tTehGGHwBblc8uVzTasLDm7rJlQtQd0+4tS0xjvauyhVmq0rVohKWyVf6va/JIL+QfP7J3Jh5NRUuLUdcdze/gJih8d0xM44vTzORkhKzVIMuI+xZNH0csCI02fqGdA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-08-Aug-2023-04-05-00-GMT.mhtml

**Hash (SHA256)**

287950055eaacca343d4c3840845fb75fc44d70e8404f45349eb9bdd33f49ac6

**Signature (PKCS#1v1.5)**

TI8Lzolxuky+vVqvrVQfEFbjD36/SNO1AENtSZ4xWSEIQnixG7hqUv60fwVkXHTkjcryhgDwTFe5T1xD+RCj1O6amOM7cPROVmG/7fWRA9Lu0/BdxlxpGwT7dMuzQ22C6oKJh9rJRtPzdATRhqUWgQVH8fiaYFA6lSLkGSKRyvbMc9hZnfuFqV/sj1Ze8Mm4N7QRhN3XytARLbUrifW8f/VUD4pIc0/
bqbNJ3TvAWbMeG2Q7DlAejLPYaCqE2XQIWBK3ZhYAi+D6CANf/vh6vmSTNpHGvi880V6kiW69xDlkuP8Ngz+z2peebS41Schjib0vZdwS0cnXu3GnKX1Q6A==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

VISA AMEX

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Review item and shipping**

Seller: daily_grindd Message to seller



50mm 90's Rave Trippy Smiley - 4-Part Metal Tobacco Magnetic Grinder Funny Gift

Finish: This Grinder

**GBP 11.99**

Quantity
1

**Delivery**
Est. delivery: Aug 11 – Aug 18
Royal Mail International Tracked
**GBP 9.99**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 11.99 |
| Shipping | GBP 9.99 |
| Tax* | GBP 1.54 |
| **Order total** | **GBP 23.52** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

**Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS
Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Glitch Smiley Classic Tank Top | Wish

**URL**

https://www.wish.com/c/64b80dd2a7a37b23528d8356

**Collection Date**

Thu, 10 Aug 2023 09:02:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49cd:5f00:e581:f668:cc3b:d15f

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

n6PqY0qhG52soemKer5KVhLcFhOjN4yWmOodWL6U77FxpGPIHVzpHwRbvIcjApz5e7nngZmdoyPXq7yc8t5t8Ug88gNU3mWzXUfEfw0JFQ4ftGILdDKaFrm7zNqBHbLwvyTf0eugzraQX0G2BxuXbyJm0fyYVtMEcnIG+ZtmkfVrbQuwyAl3Dy4SaThQ2mmspR5NHwll41b/
rbaFFJtXEioeQ7G7mpIbu6vARbP01qFvMf8e4Scw45pbiR7a1J0IPG+ilp8SO3orO5Ewxb5PlKmGGyoIx625F46k60Fps8P1r1mkeyR9dEsPBBF0H4ypzR6HWZmyzupeXH2myUXwLQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]c[fs]64b80dd2a7a37b23528d8356]]_Thu,-10-Aug-2023-09-02-05-GMT.mhtml

**Hash (SHA256)**

774f9a27482b8210ac96557bbfe246fa6af5a40ab6acd28e89ffcf1da0625b0f

**Signature (PKCS#1v1.5)**

M8GXmnrU5N7mpPwSVeHlwLnJoIN30QwOFTAlkTLYuXcIbVLaYr/cezHZatYWHw1dv31G6BXZqMKAQZUVptOABH81HXubxump4ZmuDNhNqkLvTw5OjOI7OxqHhAWkw3FA6eFxZ+zg1NFnZ6VS8dMRJ7LI1Z30JyLWsE920LxO44s4Ogbu5W03LKyE9Ec3m0gBE
+AeJ263F30/5+gU35OpaTm8wmNEfkwGT8GoDP2d1rB9K6kEBSQmDQkqK8CM3IaT2c3Lu/UkQw6yumdR+TU4DENQLnjeEhRJv0ZlWMTiEgwymOCSgSYseBNRzfypI9iUzYOW4tSIcmjPTFQsZvz3hA==

wish

What do you want to find? Search

Popular | Express | Blitz Buy | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | More

Fashion › Women › Tops and Tees › Styles › Tank Tops

Overview | Related





Contact, Policies & More ^

Glitch Smiley Classic Tank Top

1 merchant rating

**$21.41**

**Size:**

L

**Color:**

Black

03 : 27 Instant offer: Add to cart right now to unlock a lower price!

**Add to cart**

Add to Wishlist

**Shipping**

**Standard shipping** $11.57

Aug 15–Sep 1

Items are sold and shipped by daintyminiart

**Description**

Show Less

*** Product Description:
- Thanks a lot for your business.
- Our branded product are designed and printed using screen printing technology, available in multiple sizes and colors
- Please check out our other products available to buy together and save on shipping. Perfect For Gifts, Or To Purchase For Yourself.

*** Product details:
- 100% Cotton
- Imported
- Pull On closure
- HIGH QUALITY: Our products are made of 100% high-quality cotton.Graphic print mens & womens tank top. Soft, breathable, comfortable, skin-friendly, sweat-wicking.
- URBAN FASHION: These products can be easily matched with all kinds of clothing, with leggings, skinny jeans, sports pants, overalls, sports shoes, etc., suitable for both men and women. Easy for a modern and effortless fashion.Give it as a gift to yourself or your family or friends. Share this joy.
- DURABLE DESIGN: Mens/women tank top workmanship, fashion print technology makes the pattern durable. Does not fade after repeated washing. No cracking, no peeling, no deformation. Makes you ultimate comfort all day long.
- APPLICABLE OCCASIONS: These stylish tank tops are suitable for daily life, sports, street, exercise, outdoor, leisure, etc. Whether you are music fans, hip hop fans, or rap fans,urban street inspired style tank top instantly takes your style from bland to bold. Easy for a modern and effortless fashion. Great for casual daily wear!
- PERFECT GIFT: These product are perfect present for any occasion Christmas, Fathers' Day, Veterans Day, Independence Day, President Day, Flag Day, Memorial Day, Labor Day, Easter, Halloween, Valentine's Day, Saint Patrick's Day, New Year, Mothers' Day, Halloween.
- PERFECT AFTER-SALES: 100% satisfied shopping experience. If you have any questions, please consult our staff for the first time, we will reply to you within 24 hours.

As a result of the production batch, the light intensity photography effect will have the color difference. Please be understanding.
Time of production: 2-4 business days
Shipping time: 2-7 business days
This is an estimated time, actual time may be faster and slower by a few days, we will try to ship to you as soon as possible.
This is the expected production and delivery time, the time you receive the goods will definitely be faster than the above time if the condition is normal. We will try to ship it to you as soon as possible
Thank you for your purchase from us!

**Reference Price by Seller**

Show More

**Sold By**

Merchant info

daintyminiart

1.0 (1)

Contact merchant

**30 Day Return & Refund**

**Shop with Confidence!**

Learn More

We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

**Report this listing for inaccurate information**

Report

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Thu, 10 Aug 2023 09:04:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49cd:5f00:e581:f668:cc3b:d15f

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Hp51i3/XiJFz1XEXYXC4PwIPGvZ6txTf4Lm921I/nM98wfpU4N6nXPcOddODQ9dpDiuDGGFczk9G5DKHIYEhgDgT1dzVsZE7sadv323NnYoAwWC8kv3DcFT6i333nYKseNFImCNPu5t4qkKXNq2IvDCrAfzh+o846+Wr8dcnrj8LuOd+ezRk23rJJVqyW
+fOkgw98lTq0wgDJMdYeYoHbQCoZPYDxVFdgCtj1c0Vutmma5lbEBM7qxMXTa/bQ3mlNJHgeslcwj+9qeyeAJk2Go+30ox1tkvMFz+8CixTlLCYPZXjTSHtt0kWsFY1DX7xDsYwd/B7hWUMwJF3IHz7Rg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Thu,-10-Aug-2023-09-04-43-GMT.mhtml

**Hash (SHA256)**

2dceeca3658b872b1e52778b21ba13ec4edc5ced47aa674eb465fbabe7dbf0dd

**Signature (PKCS#1v1.5)**

AkXwXeBOv7f4jKJpKEOu1y4xck+1YSUMuJ2M258P5m4wjejaDINASW4J/33qx0cXYvJb1xfGbiajm50ncWe4tZX9s6JE9KtJWkxkFonW5zzKVVQPhXYBLCycbxPtazmweVfSjq1toidDRlLP+v3Q9WJk3VViYJt4TaYyrmRTQUjFEXTtX/
LnLcLZZ1uduVkfK591HDDSlhebMOApA1G8oLU7GRl1w72X7GDIy7URvFKWHUeU8hLKXdN6oUDjHO9hQuKZvg2qU1UCNJESSdb1tRkfQZJwzfARsESksuvnHkDBPE46w+Th+wLv9X3cnCNcb7ggRbK0wI4B9kuz55OI1w==

wish

Popular | Express | Blitz Buy | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | More

**Shipping**

[redacted]

307 NE 1st St # 6, Miami, Florida, United States, 33132

Change

**Payment**

PayPal

**Items in cart**



**Glitch Smiley Classic Tank Top**

~~$21.41~~ $20.41

Black, Size L

1

Remove

54:56

**Price expires soon!** Check out before the timer expires to lock in this price.

**Standard shipping: $11.57**

Estimated delivery: Aug 15–Sep 1

Contact, Policies & More

**Order summary**

Enter Promo Code

Apply

View available coupons →

| | |
|---|---|
| Item Total | $20.41 |
| Shipping | $11.57 |
| Standard (1 item): $11.57 | |
| Tax | $2.23 |
| Order Total | $34.21 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee**

We've got your back. Get a full refund if any of your items don't arrive. Learn More

30 Day Free Return and Refund

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: One Happy Dude 1st Birthday Decorations One Happy Dude Banner Balloons Kids Hippie Groovy One Birthday Decorations Smiley Face One Cake Topper for Baby Boy Girl Smiley First Birthday Party Supplies Decor : Toys & Games

**URL**

https://www.amazon.com/dp/B0C459KG21

**Collection Date**

Tue, 15 Aug 2023 09:29:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

dpGCg3zS9F2tcQIROve6kTBi5v67Vx+KAD5Lsw0+Z9oZUm1nFBpkBS0cPuFdvIY7hg7nBXl10U2e62OQNmbOIV41awFPstnqFtVUEj8TEly+GNxNm00d5kNJruaqChvDJUXBvlhRbSfo/XyxLBhGhf1lA3ZNztmc4k4fSbE1MJL7yVRUW+Q9dG
+rIryBh2r9YysRvJv6BwA1qlON6rodhvY1ZbV3LmEpYdOqmVnMUVrV/KktOAbyT6lMoiXtBkurZFFeoZ+3ZIqQjKnQdo65VXqYdkmpRRm7Pst98kWWwJJ6Leq8Clj6/nHim2usbUQNARkIOUhezRVfQEhvgiFsEw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0C459KG21]]_Tue,-15-Aug-2023-09-29-37-GMT.mhtml

**Hash (SHA256)**

e30761fa5a2df431cbb97119b20f490abd87ddaa4a504c0275986c7c006cc7f6

**Signature (PKCS#1v1.5)**

cS9t21+NmPstdkMd+iPJVnpm+ZaWYeEsYAlZey5Bw0+YzuVvGOm4JhiY2EE212uufEW8TAbxmfyOvyEsNKonuQfUcNytsxWh12UvuV75t2jYrMAQJ59VNZKpC0BzZr4RtX6guEzxhL52u863IdPUHcyVgfZZh7T0piIG4ys9rb1StH7DaofhlWt0kDSi/L8ZvHBl9Yyh6Ec9m/
ZDgWkMcov6LOkNMymWtRwPZOg1JDViifD8jGVJuoCIP2fBW/FDqia2pP3Ln5UrE1/iJeFd2gSsLhcjvDLDTHYtg3kucMCSxEizdBcmanDHtETqrYXAD9RYZgCKZ+99HfJSsSWW5A==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 15 Aug 2023 09:32:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

dMkxQbU3HzFrvJMOPtLvoqlNYZpDcMR6peAMruuzhu+1duhXz62s/aaa++BGJrql4orJoGO88T8zmlHjnknoloBdEl8s+BwTSTZrxp/RKt8I8f9xB4K66/LvLbRL8S5a9Jb/heklung+U8HHO63M1iIwWZezhiMckQXeES5RZzI72hgahbN1sSQFlSfjcRhppnvwTKIV2LRsiuO0M
+1eMr1mtsCAgTGsy6c/I1TvQH7eMrZod6KCiA++iNlbaOhq33RmjCjkCseMusmzLOLXnKcxeAF4b7nhxKxhRdLqkGj0WtDX2tFoB/5HBZbufLKbEWWlzeFd9cU/VG3o3PIuMA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-15-Aug-2023-09-32-27-GMT.mhtml

**Hash (SHA256)**

0413431d196d95014c4f7a39e9ae1b0e2589f61dfe0ef7f83900a4e49d2d1fa4

**Signature (PKCS#1v1.5)**

vWBLs+RjaJ3ihENiXzX8Z5YoDE4syjMXpEhX97RNGkkEE3NFopQtqUOo+kKx0pL8SDngiGXqoc+RVOeNn6vMTuyQOHxdB+l352sjUWHm73TQyJJp2HYdzD22kyiRD+fDJyW9xXdhNvjwd4BRxzhTKVUN3ZN9wLAZg7NVo
+6pujqX46MQMK1a7aFPeUrrUNuB2STzCl31kaaAAek9sOXu4DuJ7dBAekk4bgaMPIQiTuoXTwO/lCwqGLEPefaP8sy7q0qj0+JS+eweRvnvp6b8/CpE2Qc4+lx4RL7IcmLHcVHQVXkXh3V8KgJWS5Upd9vZyD2xngqHXjQNzx2auiA/qg==


amazon

Checkout (1 item)

1 Shipping address

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

2 Payment method

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

3 Offers

Change

4 Review items and shipping

FREE TRIAL

[redacted] we're giving you Prime FREE for 30 days!

Get your Prime eligible items ~~Friday, Aug. 18 by 8PM~~ Tomorrow, Aug. 16 by 8PM for ~~$6.99~~ FREE

Get FREE One-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

Delivery: Aug. 18, 2023 If you order in the next 18 hours and 27 minutes (Details)

Items shipped from Amazon.com

One Happy Dude 1st Birthday Decorations One Happy Dude Banner Balloons Kids Hippie Groovy One Birthday Decorations Smiley Face One Cake Topper for Baby Boy Girl Smiley First Birthday Party Supplies Decor

Dasusu

$12.99 & FREE Returns

Qty: 1

Sold by: Dasusu

Amazon Prime eligible Join now

Add gift options

Choose a delivery option:

Tomorrow, Aug. 16
FREE One-Day Delivery with your free trial of Prime
Fast, FREE Delivery prime

Friday, Aug. 18
$6.99 - Shipping

Tomorrow, Aug. 16
$9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

Order total: $20.89

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Get FREE One-Day Delivery and save $6.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Order Summary

| | |
|---|---|
| Items: | $12.99 |
| Shipping & handling: | $6.99 |
| Total before tax: | $19.98 |
| Estimated tax to be collected: | $0.91 |
| **Order total:** | **$20.89** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Smiley Face Toothbrush Sand Timer Egg Timer Kids Teeth 2 or 3 Minute Brushing | eBay

**URL**

https://www.ebay.com/itm/301768144820

**Collection Date**

Mon, 07 Aug 2023 20:39:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GD9vSRAa5HGqeLLEmE96RFbqrbwMPEnaJfbFaLY8HcJZ72hBj6yAKqqRDqPpBjbp8B8YPEW0iGxLaJbvbftmpNzxe1tmhc7mOGklejf8EJGPjJjnOkKqdKl2gZdEi9gDyy+Nm4tGN8I5Guo/bcZ3DylqcP9fE03f
+zV5CByGnDsPtGOQSp8lnluygfuT2AYFdn1GLWTgpaqtFotOzJubx2Goe6CSOGZ6q2L6Ldj+XO8hbH1xoiMRo0eDr3fwJelp1U/C+1HtHVs/31MWX56a+nPgM4VxqwrW0rnQ39Zu5Rx3KCLpwBdMDq0EI6HGdA+gpj/OE8jnSlIyd3DyZmavNQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]301768144820]]_Mon,-07-Aug-2023-20-39-25-GMT.mhtml

**Hash (SHA256)**

eff3de0b1ac01c257cc89357968014533b90ff51a113e3b82f686f363ffcf26d

**Signature (PKCS#1v1.5)**

MwrfmeBrz6P8d7wRhOdC1JMnVygwM93+y8UYRqUqSbt6MIYDppMhHIUnphJZDCVPK0US7+Wbgp1cQUalyhFNmSyerTG5OmPsTRuq5Lt9fxt1XHScRcHYfseIMbTqsnvSzWJ6Lzv9RVOgkC940OFFbh6Q519ENLny/
VYbFSM00EuaH4Vp7u1kD64dfsRC4QgiJ1DCh30f4F0o5KfTt96gX1B70bAAjdYm4OjbJ2oKQxHV58ar6TO9fH/J2aqJ2U6NYPqKweuzwrediEybXupqxHl5gAOc4nSNHGKU5jDrYwq6MFwHK/V9TB5aE58i0Kd/c3tvOS9mZpiult1ajq1QMA==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Health & Beauty Oral Care Temporary Teeth & Supplies Share | Add to Watchlist



Hover to zoom

Have one to sell? Sell now

## Smiley Face Toothbrush Sand Timer Egg Timer Kids Teeth 2 or 3 Minute Brushing

Condition: New

Time: - Select -

Sand Colour: - Select -

Quantity: 1 More than 10 available / 3,939 sold

Price: GBP 3.39

Approximately US $4.32

Buy It Now

Add to cart

Add to watchlist

**This one's trending.** 3,939 have already sold.

**Breathe easy.** Returns accepted.

Shipping: GBP 5.99 (approx US $7.64) Standard Shipping. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Peterborough, United Kingdom

Delivery: Estimated between **Thu, Aug 10** and **Thu, Aug 17** to 33132
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA Mastercard AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**

delta-direct (68643 ★)

99.4% positive feedback

Save seller

Contact seller

Visit store

See other items

Registered as a Business Seller

## Similar sponsored items

See all

Feedback on our suggestions



| | | | | |
|---|---|---|---|---|
| Smile Toothbrush Timer – Childrens Kids 2 Minute Sand Egg Time Teeth Brushing | Smile Toothbrush Timer – Childrens Kids 2 Minute Sand Egg Time Teeth Brushing | Smile Toothbrush Timer – Childrens Kids 2 Minute Sand Egg Time Teeth Brushing | Smile Toothbrush Timer – Childrens Kids 2 Minute Sand Egg Time Teeth Brushing | Smile Toothbrush Timer – Childrens Kids 2 Minute Sand Egg Time Teeth Brushing |
| New | New | New | New | New |
| $2.87 | $2.76 | $2.28 | $2.83 | $2.73 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Seller with a 100% positive feedback | Seller with a 100% positive feedback | Seller with a 100% positive feedback | Seller with a 100% positive feedback | Seller with a 100% positive feedback |

## Sponsored items inspired by your views

See all

Feedback on our suggestions



| | | | | |
|---|---|---|---|---|
| Smile Face Pre-Filled Party Bag Boys Girls Kids Unisex Birthday Party Loot Bags | SMILEY HAPPY FACE BIRTHDAY PARTY BAGS - RECYCLABLE LOOT TREAT FAVOUR GOODY BAG | Trippy Smiley Face Rug Carpet Home Decor Custom Anti-slip Rug Carpet | Craft Planet CPT 801246 Fun Smiley Stickers | 24pcs French False Nail DIY Yellow Smiley Crown Cute Pattern Nail Art Fake Nails |
| New | New | New (Other) | New | New |
| $3.51 | $1.26 | $63.77 | $4.20 | $7.64 |
| + $14.26 shipping | + $10.19 shipping | + $37.47 shipping | + $4.40 shipping | + $8.38 shipping |
| 26 sold | 89 sold | 11 watchers | Seller with a 99.8% positive feedback | Seller with a 99.7% positive feedback |

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing. eBay item number: 301768144820

Last updated on Jan 04, 2023 07:29:17 PST View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Colour | Multicoloured |
| MPN | none | Custom Bundle | No |
| Brand | Unbranded | Type | sandtimer |
| Modified Item | No | Non-Domestic Product | No |

## Item description from the seller

Buy with confidence from a trusted seller - Check out my other items!

**Kids Smiley Faced Sand Egg Timer**

**Brand New**

**UK Seller**

**Description**

Material: PVC + Sand

Time: 2 or 3 Minutes

Size: 90mm x 25mm x 25mm

Colours: Red, Pink, Blue, Purple, Yellow, Green & Orange

*** ROYAL MAIL DELIVERY ***

*IF YOU DO HAPPEN TO HAVE A PROBLEM THEN PLEASE E-MAIL US BEFORE LEAVING FEEDBACK AS MOST PROBLEMS CAN USUALLY BE RESOLVED EASILY!*

| POSTAGE AND PACKAGING | RETURNS |
|---|---|
| Please note that we cannot be held responsible for delivery time which excludes both weekends and bank holidays. All of our items are carefully packed in suitable packaging with most items being shipped in padded envelopes (Jiffy Bags). However, please be aware that accidents can happen during deliveries which are beyond our control, please do contact us if you have a problem with your item. | Please contact us within 14 working days of receipt if your item is faulty or damaged, before returning the item back to us. The item must be returned in its original packaging and original condition. All postage costs associated with returning any items are the responsibility of the customer. Please ensure any item returned is sufficiently packaged & postal insurance is taken out to guarantee the return can be tracked. |

Buy with confidence from a trusted seller - Check out my other items!

Terms and Conditions

[illegible]

## Business seller information

[illegible]

Terms and conditions of the sale

[illegible]

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Delta Direct Shop

99.4% Positive Feedback

275K Items sold

Visit store

Contact

Save seller

**Detailed seller ratings**

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

**Popular categories from this store** See all

DVDs & Games | Health & Beauty | Pets | Home & Garden | Clothing And Accessories | Iphone, Ipad Accessories | Baby Clothes & Accessories | Jewellery | Magic Tricks & Games

**Seller feedback (76,613)**

This item (30) All items (76,613)

Great service really pleased thank you

Ideal item. As described.

Thank you. Very happy

See all feedback

Back to home page Return to top

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 07 Aug 2023 20:40:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

XCwN+DSRjuD+/NqDxXxXoQiI3X2J+FbXDWGtYS3jm7it5m0QarqXg61uh5oHlnkUjwux1JHqrzNrsViJneM1bbQFxQIlgJr3m7wIqNmfo6ZgCLB7vLBQ0mhhojTdWaDOeNJQMqIPj5a3589qL+GD51YNGmvQdqVo4JqaU0SP6BqCumDvRkX5x6mD8aTKGqiFzIfBFf4eU9unmA/
SXzuTCHLvBoCIZR8aVwEF4wx642kDG0At6DCD4XQJOgAQow1wUsJiDO3WgvjIvp5v/L4pd4wYKCsLyCcGcmo8lBqvwR6AyFVjXP1iHSsf8mDNEjfHPfeZFzj/axb6ExgjVrZGaA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Mon,-07-Aug-2023-20-40-29-GMT.mhtml

**Hash (SHA256)**

99759d0580916d5d47378dc842cded87dc75aad4e65aad92b1e319cf376990b7

**Signature (PKCS#1v1.5)**

aEEvE5WxAqq0uW+KO+uHmKs3uEnl2+zJaq3yKkWQjyHN7hTr0+cKSW7S/UspWqljA6CNzOPfkNZjMeV3xsH+802iUm7p31Rn1WaLXy5LnBFdaOBJ+CAw8g6QhuK4ZljCgl0RWMqQ7Y1pBGdPD/zUoignfErDa2DukHvikWVoOdqo5Dz1RMXn8Lkx43odFrwdrs1M63PT9egZ4UjykdVr+/
bcR7u/0wW9Gk98bq+VM9DGC6hUtO3EX4m/cQpV7xTSopYO6ojnyOJheVYkYF12TycFwOp3gGv4UDe6bxDZ+ctWa4aUpgiGFX7g0zMoWtTr0k4THvraeDN3hNhPVHJqBw==

ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

Add new card

VISA

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]

307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States

[redacted]

Change

**Review item and shipping**

Seller: delta-direct Message to seller



Smiley Face Toothbrush Sand Timer Egg Timer Kids Teeth 2 or 3 Minute Brushing

Time: 2 Minutes, Sand Colour: Purple

**GBP 3.39**

Quantity
1

**Delivery**
Est. delivery: Aug 10 – Aug 17
Royal Mail International Standard
**GBP 5.99**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 3.39 |
| Shipping | GBP 5.99 |
| Tax* | GBP 0.66 |
| **Order total** | **GBP 10.04** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 18:33:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

byr80qiMLNjiR+qOiK6TyeaA59VM+x2HPSpMNwjRY7vBfNirDJOivOG6yPAGWmfH/xw6Ib9bs7BpFBIYwVNn6153ddiT3sEOuUZXFtMo6E3Em6cX2CnmraBeBBo5GklPBS7/X
+SkG09AMNJyFdeDhEBZn40Xadgs7Wck0W250DPCf7uojvBb2DNbvQQmGDF80XERIYXUwLybKMldb6MBbSaswireFldKL8mMDwtVlOf1c0fWNhnigVDIKbyovO+vlijpMiUJHwDN2vaK6y8MjCMC5wspyhRgLyMnefWVoGshGEhDVP/Wd/1zblioLTdY4AJPiiww2oXV7ETuwoWxDQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-08-Aug-2023-18-33-48-GMT.mhtml

**Hash (SHA256)**

eaf18c5ade677212ea9350f5f07595ee7a6592f88636544413069fa1452fe7cd

**Signature (PKCS#1v1.5)**

WXzkWcXGXkgMPoYR0tPyO9PTz7g6F2RUwgaZaXCrsXUOrTAx4rbZjobqhaX3tPzmhxnLM6BEeQn5fdYyvbkVQGsJPtCOvGfBRLd0UDiC4unp5kdV+i4VzzQhMiMDF+8DG+zuiNsmi0bE+kdUkL9/
ID7g1RsVACEklPu/0GnobWVdPiS4xi3hiFDmAkzwWz33btvjvruK84n3+ywUuGzX5wrtk1h1iGLr6w+Q0dBbbnoIhGCi8lMBg2O1LaJGiacBIy4Ii1/Lef1rmfYE7EsMNF5Fa9V4EMI31VlWysWezXXWFIRzb2xyTvNY7HJQzzeUhfuRWGTWsVpoEn7F8OYxQA==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Kitsch Retro 80s Large White Smiley Black Heart Charm Pendant Long Necklace | eBay

**URL**

https://www.ebay.com/itm/381764786187

**Collection Date**

Wed, 02 Aug 2023 06:25:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

V0+ADu5cfMivKuTzwhEWRDU9cQjI5NZ6eTRJi7rUzSN7aXs3AMnB7aCqNcCBH678AvH30eCkGNzevcQ6Uvios377PuoCBnPl+FA+UpO6YrRBPqC7d06dCPwMvjIl3x0zOiwT4kvoatJ7k6Au2wOzQDVKs/ODW5lIPhXRo66NMTM=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]381764786187]]_Wed,-02-Aug-2023-06-25-04-GMT.pdf

**Hash (SHA256)**

70e2baf9ca91918358f2eaee445fcb59d621b2798cfb89a351d8615913d5b776

**Signature (PKCS#1v1.5)**

Y6zuWdyfkCicKfbAvcvbE7ZDbuAi1vsufwG8MSE2p5LYFDGaxUUWWBGDsF/ARRUbkki6zNzeDNv50K6oic7jpxAc/Pm3TJQ1VMbWtKW31N+pFrnu0PSxFZthXeqwv71xsCmQ3T+5T3Vfh3mMyoqsUi9ggDNeVuxlHRBKLcQRXEg=



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

8 Emoji Self Adhesive Hooks Plastic Strong Sticky Wall Door Hang Smiley Face | eBay

**URL**

https://www.ebay.com/itm/165304403656

**Collection Date**

Tue, 29 Aug 2023 07:09:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

DNroT4j0XhiG5tvp7zbQW3qYClXiJHxGiefhlxdyOAtgmMxZ+8ouzRLDzRLdzw7eFvxqQU3g7Hx2JYzKuu8PefzT4qWon3BKvqQ2YevH3YTQRs21qKQg3hcQVaGPq1FqdP6VHewpZSM+TKnTDyeoOLkv+24feQwI9gaIeAkm5ZY=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]165304403656]]_Tue,-29-Aug-2023-07-09-59-GMT.pdf

**Hash (SHA256)**

f8ac07e0503d42a82c47568a3c83c7ba081dcf739847133e50e40e9f572e6f3a

**Signature (PKCS#1v1.5)**

PPdaPRj40YoNgP+Uv4FUvlvU+Zmrzb4AUw/vjzvc+W0utJ3Ey+tG4INNSs5bZgVDvhKGXsYiG2Jn0uGoHa+aDLymiXs57fomhS9bhGnKBmFMs/RAyPtA8JNCanngxac+e8+ylZVAJPPQULmskjvz/eF3Pn1I7d1M4bjmLjxqB/o=

Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

ebay | Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Home & Garden > Household Supplies & Cleaning > Home Organization > Hooks & Hangers

Share | Add to Watchlist

## People who viewed this item also viewed

- Self Adhesive Hooks White Plastic Pack Of 12 Hooks... Business $5.02 + $8.54 shipping
- Sponsored 4 Self Adhesive Hooks Plastic Strong Sticky Wall... Business $7.53 + $8.61 shipping
- 1x Self Adhesive Hooks Stick On Wall Door Hang Plastic... Business $2.44 + $0.62 shipping
- Self Adhesive Hooks White Plastic Strong Sticky Stick... Private $4.39 + $8.53 shipping
- Self Adhesive Hooks White Plastic Strong Sticky Stick... Business $2.50 ($0.42/Unit) + $17.59 shipping



Hover to zoom

Have one to sell? Sell now

## 8 Emoji Self Adhesive Hooks Plastic Strong Sticky Wall Door Hang Smiley Face

Condition: New

Quantity: 1 | 9 available / 11 sold

Price: GBP 5.99
Approximately US $7.53

Buy It Now | Add to cart | Add to watchlist

Breathe easy. Returns accepted.

Shipping: GBP 7.27 (approx US $9.14) Expedited Shipping to Germany via eBay's Global Shipping Program. See details
Located in: Rochdale, United Kingdom

Import charges: Est. GBP 4.28 Amount confirmed at checkout

Delivery: Estimated between Fri, Sep 8 and Mon, Sep 11 to 60323
Includes international tracking

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, Apple Pay, G Pay, VISA, Mastercard, AMEX

International shipping and import charges paid to Pitney Bowes Inc. Learn more

Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

Seller information
dg_traders (2709)
96.7% positive feedback
Save seller
Contact seller
Visit store
See other items
Registered as a Business Seller

## Similar sponsored items

See all | Feedback on our suggestions

- Self Adhesive Sticky Wall Hooks Single Aluminum Door Hanger Bathroom Accessories, New · Business, $3.57, + $0.62 shipping
- 1x Self Adhesive Hooks Stick On Wall Door Hang Plastic Strong Sticky Rack Hanger, New · Business, $3.41, + $0.62 shipping
- 1x Self Adhesive Hooks Stick On Wall Door Hang Plastic Strong Sticky Rack Hanger, New · Business, $2.44, + $0.62 shipping, 35 sold
- Self Adhesive Hooks Wall Door Plastic Strong Sticky Sucker Holder Removable UK, New · Business, $1.25, + $12.56 shipping, 2240 sold
- Self Adhesive Hooks White Plastic Strong Sticky Stick on Wall Door Hang, New · Business, $5.02, + $8.54 shipping, 39 sold

## Related sponsored items

See all | Feedback on our suggestions

- 20 Self Adhesive Hooks White Plastic Strong Sticky Stick on Wall Door Hooks, New · Business, $5.65, + $8.56 shipping, 2804 sold
- Self Adhesive Hooks White Plastic Strong Sticky Stick on Wall Door Hang - 12X, New · Business, $4.89, + $8.54 shipping, 249 sold
- 8 Self Adhesive Hooks White Plastic Strong Sticky Stick on Wall Door Hang - 15 Pcs, New · Business, $4.26, + $8.53 shipping, 2945 sold
- 3 Large Self Adhesive Hooks White Plastic Strong Sticky Stick on Wall Door Hang, New · Business, $7.53, + $8.61 shipping, 121 sold
- Self Adhesive Hooks White Plastic Strong Sticky Stick on Wall Door Hang Large, New · Business, $7.53, + $8.61 shipping

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.
eBay item number: 165304403656
Last updated on Feb 03, 2023 13:14:53 PST View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Colour | Yellow |
| Department | Boys, Girls, Teenagers, Adults | Style | Traditional |
| Hook Style | Emoji-Smiley Face | Item Width | 5 cm Approx |
| Number of Hooks | 8 | Material | Plastic |
| Mounting | Wall Mounted | Theme | Emoji |
| Type | Self Adhesive | Features | Very Attractive, Strong, Round in shape, Easy to use, Cause no damage to the hanging stuff, Easy to remove, Need no drill or screws to fix, Ideal for all types of surfaces, Pack contains 2 Large and 6 Small size hooks, Easy Installation |
| Item Length | 7.5 cm Approx | Brand | Unbranded |

## Business seller information

Designers Glam Limited
[illegible]
Rochdale
Lancashire
[illegible]
United Kingdom
Trade Registration Number: [illegible]

Phone: [illegible]
Email: [illegible]

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## dg_traders Ltd

96.7% Positive Feedback
15K Items sold

Visit store | Contact | Save seller

**Detailed seller ratings**
Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.8 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 4.9 |
| Communication | 4.9 |

**Seller feedback** (3,111)

This item (2) | All items (3,111)

Think they are great and give positive mood

Thanks!

See all feedback

## You may also like

Feedback on our suggestions

- Self Adhesive Strong Sticky Hooks Heavy Duty Seamless Wall Hook Transparent B6K6, New · Business, $2.66, Free shipping
- 20X Storage Holder Wall Hooks Creative Thumbs Up Shape Punch-Free Self Adhesive, New · Business, $4.64, Free shipping
- 10*Baseball Cap Hat Rack Wall Door Hanger Holder Storage Adhesive Organize NEW, New · Business, $8.05, Free shipping
- 1x Self Adhesive Hooks Stick On Wall Door Hang Plastic Strong Sticky Rack Hanger, New · Business, $2.44, + $0.62 shipping, 35 sold
- SET OF TWO 360 Rotating Utility Hooks Self-Adhesive Kitchen Wall Hanging, New · Private, $4.99, + $12.65 shipping, 20 sold
- Home Kitchen Hooks Transparent Cup Sucker Wall Hooks Hanger Strong Hooks Holder, New · Business, $1.97, ~~$3.29~~ 40% off, Free shipping, Seller with a 100% positive feedback
- Self Adhesive Strong Sticky Removable Wall Door Hooks White Plastic Christmas, New · Business, $4.51, + $8.53 shipping, 762 sold
- Self Adhesive Hooks White Plastic Pack Of 12 Hooks Strong Sticky Door Wall Hang, New · Business, $5.02, + $8.54 shipping
- 2 Pack Adhesive Sponge Holder Sink Caddy for Kitchen Accessories Stainless Steel, New · Private, $6.99, + $12.70 shipping, Popular
- Self Adhesive Hooks White Plastic Strong Sticky Stick on Wall Door Hang, New · Business, $5.02, + $8.54 shipping, 146 sold
- 4 Pack Adhesive Hooks Heavy Duty Stick On Wall Door Cabinet Stainless Steel, New · Business, $7.18, Free shipping, Last one
- 8 Emoji Self Adhesive Hooks Plastic Strong Sticky Wall Door Hang Smiley Face, New · Private, $8.92, + $8.66 shipping, Seller with a 100% positive feedback
- Organizer Racks Wall-Mounted Holder Socket Fixer Plug Fixer Self-Adhesive Home, New · Business, $5.06, ~~$5.38~~ 6% off, Free shipping
- Creative Cat Hook Seamless Door Hangers Hooks Key Umbrella Towel Cap Coat Rack, New · Business, $7.69, Free shipping
- 3 Large Self Adhesive Hooks White Plastic Strong Sticky Stick on Wall Door Hang, New · Business, $5.02, + $11.04 shipping
- 4 Self Adhesive Hooks Plastic Strong Sticky Wall Door Hang Love Style Magic, New · Business, $7.53, + $8.61 shipping
- 20PCS Self Adhesive Hooks Plastic Strong Sticky Stick on Wall Door UK Stock, New · Business, $6.28, + $8.58 shipping, Top Rated Plus, 523 sold
- 10PCS Self Adhesive Hooks Plastic Strong Sticky Stick on Wall Door UK Stock, New · Business, $3.13, + $8.49 shipping, 1135 sold
- Self Adhesive Hooks White Plastic Strong Sticky Stick on Wall Door Hang - 6 Pcs, New · Business, $2.50, ($0.42/Unit), + $17.59 shipping, 120 sold
- Self Adhesive Hooks White Plastic Strong Sticky Stick on Wall Door Hang, New · Private, $4.39, + $8.53 shipping, 49 sold
- 20-50Pcs Adhesive Sticky Hooks Heavy Duty Wall Seamless Hook Hangers Transparent, New · Business, $6.48, ~~$6.89~~ 6% off, + $9.99 shipping, 25 sold
- 9 Self Adhesive Hooks Plastic Strong Sticky Wall Door Hang Butterfly Print, New · Business, $7.53, + $8.61 shipping
- 3 Large Self Adhesive Hooks White Plastic Strong Sticky Stick on Wall Door Hang, New · Business, $7.53, + $8.61 shipping, 121 sold

Back to home page | Return to top

More to explore: Self-Adhesive Wallpaper Sticky Backs/Self Adhesive Contact Papers, Vinyl Self-Adhesive Wallpaper Sticky Backs/Self Adhesive Contact Papers, Wallpaper Sticky Backs/Self Adhesive Contact Papers with Self-adhesive Borders, Hanging Decorative Wall Hooks, Wallpaper Sticky Backs/Self Adhesive Contact Paper, 3D Sticky Backs/Self Adhesive Contact Wallpapers, Hanging Over-the-Door Hooks, PVC Sticky Backs/Self Adhesive Contact Wallpapers, Wallpaper Wall Panels with Self-adhesive Borders, Green Wallpaper Sticky Backs/Self Adhesive Contact Papers

About eBay | Announcements | Community | Security Center | Seller Center | Policies | Affiliates | Help & Contact | Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS
Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 30 Aug 2023 03:01:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.74.192

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

cjqQsBvH5Uyqrv3POJzIjtv+6+RUFL1abvqgGy2hHXIeN13sIZ+dhUA1TMQubtDE8eyRQ5ydLIv7oxETBZXSLYrZD7M93DeaFkBo8ve8uOxIu8obMf+kYi7LyM+EHDXv1i+eeMab87zwa70B74VcEZCcItX9FnTpgOP67ty/o8bkC6atE49RMqCrUWQrf9bKBtChANP5WoatfF5H
+o84Rb1HcTun2SZbaZuU6+w2s5T7Hl52HETaFb6ZSQ7BF0Wvxkpjk9NExXb3qApupu11jxFLle896vhV4CAGJtfhtKDZO6gtts1/RWlmeWp0h4xDDfveBoEU/Out76RVF6hq0Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-30-Aug-2023-03-01-18-GMT.mhtml

**Hash (SHA256)**

3b95fd56d0909af3af3272d76a6ccee0b41c803c27eb1d05943bbfc0da839a47

**Signature (PKCS#1v1.5)**

FakmHKxlgi4hrYCh9kGkPv/rgO0fm7y6e6Sv8MMbt4DYHmw38TTSRoH15xhccJ6VROtB++jU3MmKwMBuX+yjPNnt1QrS1pcYEL46dZZZuSLnUgOwFuawN2IvBzO3Ny7Sxw+J3Y40DTpYhsWymvaRkP68jzFQK0r/9XPf+uZx
+ZFc4LyiWyOgyChO1DI7i6u9O3eUYMJZakbvFTOuaUFk1M3BbqkDw5CZG9qxLVBXaVLzO29A579yExZuqLeV7znbi8iJCrMhWgyfHz0zIs5r059TAGP/lAh9ex/3XWDUPcK9o4ZNH0yDySLFm4VK1/t4lQzOGQCc++G60VcpgvglhQ==

ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Currency**

USD
$1 = £0.76036
Change currency

**Review item and shipping**

Seller: dg_traders | Message to seller



8 Emoji Self Adhesive Hooks Plastic Strong Sticky Wall Door Hang Smiley Face

**GBP 5.99**

Quantity
1

**Delivery**
Est. delivery: Sep 16 – Sep 21
International Priority Shipping
**GBP 14.03**
Includes international tracking

**Import charges**
No additional import charges at delivery
**GBP 0.00**

**Gift cards, coupons, eBay Bucks**

Enter code: | Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 5.99 |
| Shipping | GBP 14.03 |
| Tax* | GBP 1.40 |
| **Order total** | GBP 21.42 |
| **Order total in USD** | **$28.17** |

Current conversion rate: $1 = £0.76036

You agree to the Global Shipping Program terms.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 14:29:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:491d:2d00:69bf:7906:a752:afb0

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

NN6IgP/o4lPaABS/nNIxoATrYKdX7SN7urCZCM/MQdOyhoUSdux8fmcRtzW4r/tmFdmQ1jtQTuEBCOLxAg/HT545omPvWutFmwOHlNzaC0EZy3SZy6lohfVSzyI5aauNuIIoYLAnu2SboOfonBz0nL7vpSiLouTQYEo4CcuhWd1D8P9BvH/JYm+DutnLjlyltuWlR9aLAjVGAIJiL6H
+rwTlnEgWsW37sUkCozkw4wi585+3o4F8bYqkiZhwBriyMBcpTH4lU8oSVkiMbsUpFeMb3ajdeLpjP+o1NdESl5x3eqKVNK+UOw0ZeAEYLqZSP5C/GhsXVaXr/sv2mCS3nA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-14-29-00-GMT.mhtml

**Hash (SHA256)**

9cdf0226621b3eee5dfcb831b6190e5c7cedd448e8bcf5de781eece968364ef9

**Signature (PKCS#1v1.5)**

GFR16A4QB6qnKMTSmtDdbT1/bRgV5w8sL4Uo9a9ER/dCWAiHdbTgh5NfsbOWj8sQmccQBMO2Cn+tHXNZ+Hq23wGfQUQEuA5Oy/87ZUxYufH8Tdyxey50nSGtB+w1hTnx2YLdcs7f+P/
Qt7ugloZy0fB4JPFIHXSXTqdnSP9yyKAkRbApaxBOHGX2mgmziL80yKIUoU1sd6+PGY3bGtQNqpAoIdxV00xylVBNWqqJRPv2u1A6YquSF/phv+CpsnUAiNLQGgyHv55HMJvIy72Zurot7Smq9gVpRAZNPjXQaLyp2/Gk9/GxTHPZIetHlo4XkeIY2kbNSr0BSpbePOo9Bg==



Checkout

How do you like our checkout? Give us feedback

Pay with

Add new card

PayPal

PayPal CREDIT

Special financing available.

Apply now. See terms

G Pay Google Pay

Ship to

[redacted]

307 NE 1st St, Flt 6

Miami, FL 33132-2505

United States

[redacted]

Change

Review item and shipping

Seller: dhanu.store22 Message to seller

Cute Smiley Desk Telephone Support Air Sac Finger Holder Grip for Phone NEW

Colour: Green

$12.02

Quantity 1

Delivery

Est. delivery: Aug 21 – Aug 31

Standard Shipping from outside US

Free

Gift cards, coupons, eBay Bucks

Enter code: Apply

Donate to charity (optional)

Wildlife Trafficking Alliance

In honor of World Elephant Day on August 12, donate to WTA to help stop the illegal trade of elephant ivory. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $12.02 |
| Shipping | Free |
| Tax* | $0.84 |
| **Order total** | **$12.86** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE

See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Cute Smiley Desk Telephone Support Air Sac Finger Holder Grip for Phone NEW | eBay

**URL**

https://www.ebay.com/itm/314428786708

**Collection Date**

Wed, 02 Aug 2023 06:53:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

e79xg+oai+5gVEpgoU95NyGrU6Y0enPdG7e3cI/Atw8sxJ5T/6E+V5K5mNVSiDyHcdd8hdpaoKmOnG2Q+j9/oSujdWVVoi6Dg/pKzMjNPq+Fj9SykaQewlGK1ljeaU1TpMws181njNSlW0dRIbOC2Wu5BkHgRUTpnPCTYuTzWZ0=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]314428786708]]_Wed,-02-Aug-2023-06-53-13-GMT.pdf

**Hash (SHA256)**

ec104c7208dcc39f4cee5447710d56e42b639e0b6741d4b6cce7962745cf5a7e

**Signature (PKCS#1v1.5)**

AXGsm0xHg2vExD5LaB/fL9MZuiU88NhERsw8Jve9COP+Vbj4rDXmUC9cewMtfuj/9JI/ahEyiDnBF66m1EXF1u0feleNqkU7O4XhMm3lAlMIfEilcSHETPMEJK0X5SrBZd0myayPLHId0ZmYLEda77EO1hg1NetJfQxVro+iaKE=



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

1Ct Round Cut Simulated Diamond Smiley Push Back 14K Yellow Gold Plated Earrings | eBay

**URL**

https://www.ebay.com/itm/234012753672

**Collection Date**

Wed, 09 Aug 2023 18:29:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

193.27.12.196

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

jlI6QZqaKiqkcWuJMkIIZGDVTWkVzGtwg5Nxk3XavqXZXOs5r1MsUzOqJgwLUyKYbE6l0g2aUOepthK4Hygq6gKd8VZgDolKadwHqu6iNjducwHq
+JM05hmAwRKCO7RuOOYcBWL4HXqsPoGp0hn7WuQqThxwg0Jd4ayvR0KryuBRXKhxuoB2ajQryefbg1i24O8SKHWleLR2sUjBMbZRCeJjMEC6hprNhUJUE62F00a6OGqbPq0rfsBRnwjolbVD0prx2LlUUOQSwLIsDwb+6VktfyivjdijdnmVk1w36YU7Ssn29RX72IpU+alw5tlcMfmCtlezxuU3G
+et0smIGQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]234012753672]]_Wed,-09-Aug-2023-18-29-14-GMT.mhtml

**Hash (SHA256)**

ba3133832a10b529e29755b64a4f45aa45fdc772dde06e98d1eb3e65dd0cc40a

**Signature (PKCS#1v1.5)**

hSiZyEI8Wc+Z4Ev5Xb9M+AvNqHzOojezMcUAwR8bt3qbAjAjWI1rIWRQKu4uqQvftWaDFFWoU8DsnKHITwyfSgZeVkGfZ+mROn+GcuA
+UNJfpO3IFINIvqcjrJsmLdIAuLm5X96Kw32a1Lq2Is8C4SnZWoqnWudYGMfAbEf4uU4m4jbWDNMW7p0oAFu0bnRWL2DHQCyMHQXFmDK0ASTTo5GzSa4LlcpPebu+kidWjf4ZoexwB/KvPcvoDkNVmw9GLvRWJt/
xAazB9ZhdaD7oasfT5XZa8fRU69K6vIRIsDdQAi7mFckLcEx4h1mgeEZECBuoHLxuGBJEBA3THU64rQ==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Earrings Share | Add to Watchlist








## 1Ct Round Cut Simulated Diamond Smiley Push Back 14K Yellow Gold Plated Earrings

Condition: New without tags

Metal Color: - Select -

Quantity: 1 Last One

Price: GBP 47.14
Approximately US $59.97

Buy It Now

Add to cart

Add to watchlist

No returns

Shipping: Free Economy Shipping. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Surat, GJ, India

Delivery: Estimated between Tue, Sep 5 and Fri, Oct 6 to 33132
This item has an extended handling time and a delivery estimate **greater than 21 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns. See details

Payments: PayPal G Pay VISA

Earn up to 5x points when you use your eBay Mastercard®. Learn more

$ Have one to sell? Sell now

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
diamondvilla (108 ★)
87.5% positive feedback

Save seller
Contact seller
Visit store
See other items


## Similar sponsored items See all

Feedback on our suggestions



1 ct Round Cut Stud Earrings 14k Yellow gold simulated diamond Push Back
New
$99.50
~~$106.99~~ 7% off
Free 3 day shipping
Top Rated Plus



2ct Round Cut VVS1 Simulated Stud Everyday Earrings 14k Yellow Gold Push Back
New
$113.20
~~$282.99~~ 60% off
Free 3 day shipping
Top Rated Plus



$2300 14K Solid Yellow Gold Natural Diamond Hoop Dangle Long Earrings 6G 2.5"
Pre-owned
$51.00
7 bids
Free shipping
Authenticity Guarantee
Seller with a 100% positive feedback



1.30 Ct Round Cut White Simulated Diamond Stud Earrings 14K Yellow Gold Plated
New (Other)
$38.83
~~$45.68~~ 15% off
Free shipping



1.30 Ct Round Cut White Simulated Diamond Stud Earrings 14K Yellow Gold Plated
New (Other)
$42.69
~~$50.22~~ 15% off
Free shipping
Last one

## Sponsored items inspired by your views See all

Feedback on our suggestions



INC Xstamper Pre-Inked Specialty Smiley Face Stamp (XST11420) , Purple
New
$14.50
Free shipping
Seller with a 100% positive feedback



HANDCRAFTED CERAMIC SMALL SET OF 6 EMOJI MARVEL SMILEY TEA COFFEE CUPS
New
$135.00
Free shipping
Last one



3.6ct Pave Diamond Smiley Emoji Sun Shape Charm Pendant-925 Sterling Vermeil 14m
New
$17.59
~~$19.54~~ 10% off
Free shipping
Seller with a 99.7% positive feedback



Creolen Ohrringe 15 mm Zirkonia Gold 24K Gold vergoldet gelbgold Smiley O5620DS
New
$38.31
+ $6.79 shipping
5 watchers



Smiley Emoticons Toppa Ferro Distintivo Da Cucire Ricamato Applicazione Per
New
$2.98
+ $2.54 shipping
Seller with a 99.7% positive feedback


About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Jul 29, 2023 04:29:28 PDT View all revisions

eBay item number: 234012753672

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New without tags: A brand-new, unused, and unworn item (including handmade items) that is not in ... Read more | Base Metal | Sterling Silver |
| Certification | With Extra Charge | Metal | Sterling Silver |
| Main Stone Shape | Round | Item Length | ... |
| Diamond Clarity Grade | Very, Very Slightly Included (VVS1) | Cut Grade | Excellent |
| Country/Region of Manufacture | India | Material | Metal |
| Colour | Yellow | Main Stone | Simulated Diamond |
| Main Stone Colour | White/Colourless | Main Stone Creation | Lab-Created |
| Shape | Round | Setting Style | Solitaire |
| Main Stone Treatment | Unknown | Total Carat Weight | 1.00 Carats |
| Ear Area | Lobe | Number of Gemstones | .. |
| Coloured Diamond Intensity | Fancy | Secondary Stone | Simulated Diamond |
| Main Stone Width | ... | Brand | diamondvilla |
| Style | Stud | Number of Diamonds | .. |
| Country of Origin | India | Diamond Colour Grade | D |
| Closure | Screw Back | Metal Purity | 925 |
| Theme | Beauty | Type | Earrings |

## Item description from the seller

1Ct Round Cut Simulated Diamond Smiley Push Back Stud Earrings 925 Sterling Silver 14K Yellow Gold Plated

Specifications

Handcrafted Smiley Push Back Stud Earrings

Jewelry Information

Brand, Seller, or Collection Name-: diamondvilla
Metal-: Sterling Silver
Metal Stamp-: 925

Stone Information

Stone Shape-: Round
Stone Color-: D
Cut Very-: Good
Stone Creation Method-: Lab - Created
Gem Type-: Simulated Diamond
Stone Weight-: 1.00Carats

DIAMONDVILLA

## Diamondvilla

87.5% Positive Feedback
520 Items sold

Visit store
Contact
Save seller

**Popular categories from this store** See all

Rings Other

**Seller feedback** (178)

7***7 (0) • Past month
amazing product !!!! highly recomnded
Unique Emerald Cut Simulated Diamond Ring Engagement Proposal Ring Gift For Her (#235086527713)

o***_ (116) • Past 6 months
Thank you so much. The ring is absolutely gorgeous. I love it. Happy customer;-)
Round Cut Solitaire Stackable Simulated Diamond Wedding Bridal Ring For Women (#234822845858)

h***e (646) • Past 6 months
Excellent on all levels - product, price & communication. Would highly recommend this supplier & their products.
6.00Ct Round Cut Simulated Diamond Push Back 14K White Gold Finish Stud Earrings (#234012432228)

See all feedback

Back to home page Return to top

More to explore : Diamond Gold Plated Case Round Wristwatches, Gold Plated Diamond Wristwatches, Yellow Gold Diamond Wristwatches, Bulova Diamond Gold Plated Wristwatches, Bulova Diamond Gold Plated Case Gold Plated Band Wristwatches, Bulova Diamond Gold Plated Band Wristwatches, Yellow Gold Band Diamond Wristwatches for Women, Gold Plated Band Diamond Wristwatches for Men, Bulova Diamond Gold Plated Band Quartz Wristwatches, Rolex Diamond Accent Yellow Gold Band Wristwatches

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 18:30:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

193.27.12.196

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Kl5itLJS4LZRf0B6Ikd8mgwIG1r/An1GuKUg
+tgThZ4nVPZRp71tBoLLrA365Z0RuBhKva4ceG7ER8h1XdTibuSa4d1NGC7Fs5Iw7rEiN3pfvejqUrMmrvds6bgfuDlSsl3OS0W3h4VD8wTgAIVwrF98z1iaXtNrYivfuoKuqMxDsxamTvdIbxgGyYaBH08on0eIqHkxUgifjZ0NJK84YSYN3JWNoPycW2K9wieYJ4QQINkfujYWgXiShuHwtDTAukqODuf
JF4odf9uL4oavLskK4YePW2vi8biIJc07Lwz8sl8qQXLhfqSZcXZJnLnumgu2z9h/3K5I8sxqf6YaPA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-18-30-15-GMT.mhtml

**Hash (SHA256)**

78ed8452531425d1a6c60db913ad0b513485e59b60d4ee9a8d41b5ba0a7bcb5f

**Signature (PKCS#1v1.5)**

OIy3TJ/EZaYMl/HkFMf0dv29QWrzKxZYMBzbTM4esXV39qM8wQ7/HFhlBuf2EBrQktabQZugqtUyC/FsQjgJdOosimVQY7WJMPGe2XfSM+oCv+uhzIgqkLlx/s/tZDTaqhP5NgmvmDFLMtaGLpqqu36/TH2HmSOjdRG/grfpAZD0X1/
vd90lnAx797GFSAVCr1S74aD9VtwwzbKFl9PacymrBXDzVLcq3E52cdcuSzOJkEFw+uL8ret2fp68ziswh97QvG6PjI2S/fZPIzr4lr4b+Q8wIewo7g3eGiorzofBebAelipu/PqzoRlZgq4E6JClpGxiN1NF5NTb8WTfig==

ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

Add new card

VISA

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Review item and shipping**

Seller: diamondvilla | Message to seller



1Ct Round Cut Simulated Diamond Smiley Push Back 14K Yellow Gold Plated Earrings

Metal Color: Yellow Gold Plated

**GBP 47.14**

Quantity 1

**Delivery**
Est. delivery: Sep 6 – Oct 10
Economy Int'l Postage
**Free**

**Gift cards, coupons, eBay Bucks**

Enter code: | Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 47.14 |
| Shipping | Free |
| Tax* | GBP 3.30 |
| **Order total** | **GBP 50.44** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

**Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: Retro Man 90s Smiley Face Rave Tie Dye Lover T-Shirt : Handmade Products

**URL**

https://www.amazon.com/dp/B0B3XFM8DC

**Collection Date**

Tue, 15 Aug 2023 13:22:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

fn4Y+MHKgGr9Js7fRlBMZVlJpGs7orv0F+E7Yq+4ZyxxZHWnE9pZ/QHrgy96ZZrAU804tvDGC73P4QsMIliY5Wa+iIoKwbvIbzwz/g7hmOgr0fCub6g0KdK1NKqTs4IqEVw9fs8L++zL5U/tTHCsc5Qi+krXjyYgfx0vs8hWvGzfMNCsHwKF+GFLRW0FGp4wLI7nPrUrIs3xXmuLcAXf
+KJg40SxQNEdjdFdZWdcwW0ok9bTf/3MKJzcMs348nZjv/zS+8lTbJ/ttaebCCjMqOkwz+RHAmOlZr6dlxlc6plTbZDhSJOj1aLYUPF42FhtXAdwih6uN3Kg71bpH44AGA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0B3XFM8DC]]_Tue,-15-Aug-2023-13-22-59-GMT.mhtml

**Hash (SHA256)**

a8ad8e381d2e8ad97843d9d99fe15c73d66417ddfcccd1f5aa7ce434965d3f99

**Signature (PKCS#1v1.5)**

DgCL8tim/SIQmr58OqPfQkM88UoQFK+37TxFedHCLlE9ANZet6I5QZa5K+hOg1fey2d/eewLUVjF5AGzEK9vZLDG4uJK4ugrT5AavRYIRh2+DdV50QqFXbLC62q7VYatLmj2w7lTYbY4xlW5zrG97PTmFxuwZrIOct5QCg36knwt8XutHZOSqNBtUeENKP4Pno79xe//
XLyPbJvts2bl5YDFFmFuO4RmqBS2/K17OAcUl0TFGthQbBbzpA/pPeOvWRk4UALn+Ecmb7i9JBWSoMpU6uVsWXZ3Tz6ULC8qYjKjDBCtOAjfsT6j8KoUnCUrfXVZFO6KLUATeL4ymbukBA==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 15 Aug 2023 13:26:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

LOcO2oN2826XuNr3UxTNOIsG5XtfqBKdoLKLsOiqs9845udF9BwuKCi5igA/0EgSAILkhTfaN9RTdNi3Lm2wDwGErN++hEZJgrzNcWFyPj043JBn+zbFTWRRKWcOI5oSWomdWpQ55cQUtxTSPLkSiLSpwEKYfAZecq9UeqxESW/2Rt/Pv54Vv2e0ZOoM0D57UZ+OodVFh1eO0Idbz/
lxU1437FQuOa14zHOCAsYuBcJHNSG8+s5MAn6afnHjLs4aBhSv1YjzvLWoqqim1Lt4dOi3w48Uw74vCTPdqEBdYhcsw03CIMFZX8XqKUreEv4Thc0m9QRkiiWejk7adwwThA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-15-Aug-2023-13-26-03-GMT.mhtml

**Hash (SHA256)**

0334054f9e2cc58aecdcede58e6a103b1c0df52df0321cb89a03ddc70fbf96d2

**Signature (PKCS#1v1.5)**

JBBSLbzE2mpR8N/R7BxAAgCotPvAMl1lbnDaEyQnITvvjQmdXmciLI97JbrHz7KMauz8750CpWm8S5asZb5C7d27nAslS/kSNBMGyU5Ggqxt1UtmNw6XQ616T4/9iB+TzIPYe9AUp1kaAoxOmphbtyegQyEkKo2THyQ6RcJbEeOnnFqp0lzw2OaOU/PPZ8y4lHhvEMDamogx14YaQvhJ
+chsTIrg510N6/LVubJe1omnQ5Ef/GHyoQnMooYK5ZrSPRNPoZ60B6VukAKlEi7cssKHjyBayM0VTJN8lJA4zAZhHJd4/55ifqNye6EySMR3uH+MBthvqtpYCx3lQOUDjQ==



amazon

Checkout (1 item)

1 Shipping address

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

2 Payment method

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

3 Offers

4 Review items and shipping

FREE TRIAL

[redacted] we're giving you 30 days of Prime benefits for FREE

Try Prime FREE for 30 days

Estimated delivery: Aug. 25, 2023 - Aug. 31, 2023

Items shipped from DIEUTHUY GLI STORE

Retro Man 90s Smiley Face Rave Tie Dye Lover T-Shirt
$18.99
Qty: 1
Sold by: DIEUTHUY GLI STORE
Customizations:
Choose your style: Men T-Shirt (Size S - 5XL)
and 2 more

Gift options not available

Choose a delivery option:
Friday, Aug. 25 - Thursday, Aug. 31
$8.98 - Shipping

Place your order

Order total: $29.30

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Order Summary

| | |
|---|---|
| Items: | $18.99 |
| Shipping & handling: | $8.98 |
| Total before tax: | $27.97 |
| Estimated tax to be collected:* | $1.33 |
| **Order total:** | **$29.30** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

AXENCIS
Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**
Smiley Face - Neon Pink UV - 25mm, 45mm, 58mm Button Pin Badge Acid House Rav... | eBay

**URL**
https://www.ebay.com/itm/304907297651

**Collection Date**
Tue, 08 Aug 2023 16:49:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2a0d:5600:6:79::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
J/v97jmAhQworDVlpa+Hl5JLkH9/lvbhN8+7FuMpoGkKD/AZUDsRQyQ+KBHPqOWCuylIrt1X6/KK/YT6iz23asNhDnPs0jHNk5oCKDC7M9weLEQkZ2LxT4ZmepeD7bXuDukmJpWT/PHLeNAa9FxRkRL278+Rkpst2KnLztxcg9kjBAp8itxikEZlBfmnqxfM4Xh0kYgxiky+GKXN2BC6/
Jpr7wkLoA0ynztcQ9UQvV+j1gQGoxxVp6iNUyBONaR0ptM3MsZmMQ7ipvrKCfRaSK+1mZvUDJkCpgA1gfNJ47QO5dV1vWsDj9U+4QUk/Wt/TlBT8JpdRsi2lAfkcRdp3Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**
screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]304907297651]]_Tue,-08-Aug-2023-16-49-32-GMT.mhtml

**Hash (SHA256)**
1cd34e3870d03d9875b6ecf2688b34041dc8ec47948504548eefe4f5ea736a65

**Signature (PKCS#1v1.5)**
F8/AlXRH+FchdyCR+OtsTik56nMySkMZ+ce9CtRSOSQC0l3BIijBL8mvGpH8Sl63xN5P32z+Gw1BJ9eUXUwkyXC8zYonAAKPRDqOLbUU5xDrMNDjJ90kBwFKMOhiE/LtoNpBS2pxCW
+YttUH4Zaolna8qA4ystezCZHRiM5BbLK04Srt3IWB1rng07dyLPbXM2immyNSDzSLowBQXQSkSZVilhu4MwgYc++MnvZaDglrdEEbavliGWeCqZxo34hAHuVUGOMhpKrbG+LeZveCcWpMSMMqWDT4iVLVb15n4d8Xn9jPEshtYEaK0JuPUJiWjr+hjfGTWm/AXz7K1xdnOA==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page Share | Add to Watchlist







**Smiley Face - Neon Pink UV - 25mm, 45mm, 58mm Button Pin Badge Acid House Rav...**

Condition: New
Badge Size: - Select -
Quantity: 1 2 available / 6 sold

Price: **GBP 2.49**
Approximately US $3.18

Buy It Now
Add to cart
Add to watchlist

**Breathe easy.** Returns accepted.

Shipping: **GBP 12.00** (approx US $15.33) Standard Shipping. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Derry, N.Ireland, United Kingdom

Delivery: Estimated between **Fri, Aug 11** and **Fri, Aug 18** to 33132
Seller ships within 1 day after receiving cleared payment.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA Mastercard AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

$ **Have one to sell?** Sell now

Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
digital_disko (5529 ★)
93.8% positive feedback
Save seller
Contact seller
Visit store
See other items
Registered as a Business Seller

## Similar sponsored items

See all

Feedback on our suggestions



Smiley Face Button Pins Set Of 4 Neon colors 1.5 Inch Emoji
New
**$7.20**
~~$8.00~~ 10% off
+ $5.05 shipping
Seller with a 99.5% positive feedback



Vintage Button Pin Hot Pink Retro Smiley Face Line Art
Pre-owned
**$15.99**
~~$19.99~~ 20% off
Free shipping
Seller with a 99.7% positive feedback



Smiley Face Button Pins Set Of 3 Neon colors 1.5 Inch Emoji
New
**$6.30**
~~$7.00~~ 10% off
+ $5.05 shipping
Seller with a 99.5% positive feedback



Collection of 4 Yellow Smiley Face Button Pinbacks. Largest is 2 1/4 in. wide
Pre-owned
**$15.75**
+ $5.10 shipping
Seller with a 100% positive feedback



EMOJI COLLECTION - 20 X 25mm 1" Button Badge - Emoticon Smiley Bargain Bundle
New
**$12.76**
+ $2.67 shipping
Seller with a 99.8% positive feedback

## Sponsored items inspired by your views

See all

Feedback on our suggestions



Banksy Grim Reaper Graffiti Dictionary Art - 8x10 Smiley Face Poster - Modern
New
**$27.63**
Free shipping
Seller with a 100% positive feedback




Yellow Smiley Emoji Face Printed Polycotton Mask Fabric 110 cm MD1517 Mtex
New
**$3.19**
+ $31.93 shipping
**39 sold**




9ft 2.7m Banner Yellow Emoji Smiley Face Birthday Party Decoration Boy Girl
New
**$3.44**
+ $14.28 shipping
Seller with a 100% positive feedback



Smiley Face Ring 18K Gold Plated
New
**$19.09**
+ $17.25 shipping
**Last one**



Emoji Stickers Smiley Face Die Cut Phone Tablet Decor Scrapbooking Labels
New
**$4.58**
+ $14.32 shipping
**24 sold**

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Jul 31, 2023 03:11:17 PDT View all revisions

eBay item number: **304907297651**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Topic | Acid House |

## Item description from the seller

**Smiley Face - Neon Pink UV - 25mm, 45mm, 58mm Button Pin Badge Acid House Rave Badge**

Smiley Face - Neon Pink UV - 25mm, 45mm, 58mm Button Pin Badge Acid House Rav...

### Smiley Face - Neon Pink UV - 25mm, 45mm, 58mm Button Pin Badge Acid House Rave Badge

Brand new badge/button/pin with a pin fastening on the rear.

Available in 3 sizes:

25mm (1 inch)
45mm (1.75 inch)
58mm (2.25 inch)

If there is a particular design you'd like that isn't listed, please send us a message and we'll do our best to help.

Any questions please do not hesitate to ask.

Please note: Colours may vary due to the brightness/contrast settings on device used to view product.

| Badge Size | Price |
|---|---|
| 25mm | £2.49 |
| 45mm | £2.99 |
| 58mm | £3.49 |

**Shipping**

Badges are made to order within 24 hours of purchase and can be shipped worldwide. Multiple postage options are available.

The postage is combined on all orders so you'll only pay once, no matter how many badges you order.

International Packages are sent by Royal Mail using standard air mail and should within 6-8 days in Europe and 10-14 days for the rest of the world. Within the UK, your order should arrive within 2-4 days.

**Payment**

We accept the following payment methods:

- Paypal

Please contact us if you have any questions.

**Service**

We will replace any orders that arrive damaged free of charge.

We offer a no quibble money back guarantee if you are not 100% happy with your order, just send us a message and we will arrange for you to return it & get your money back

## Business seller information

Digital Disko
Digital Disko
68 Great James Street
Derry
Londonderry
BT48 7DE
United Kingdom

Phone: 02871362722
Email: ebay@digitaldisko.com

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

DigitalDisko

## Digital Disko

**93.8%** Positive Feedback
**17K** Items sold

Visit store
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.6 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.7 |
| Communication | 4.7 |

### Popular categories from this store

See all

Greeting Cards | Badges | Flag Mugs

### Seller feedback (5,523)

e***1 (14) • Past 6 months
The badge arrived.
Serbia National Flag Button Pin Badge 25mm 45mm 58mm Badge, Flags, Serbia (#304933616565)

2***2 (3088) • Past 6 months
Great item thanks
Best Niece Ever Button Pin Badge - various sizes available Niece (#295576134270)

1***j (1490) • Past 6 months
Hilarious card brilliant service thank you
Birthday Card - Happy Fucking Birthday Hand Crafted Badge Card (#295653811127)

See all feedback

Back to home page | Return to top

More to explore : Collectible Western Americana Pins, Buttons & Badges, Collectible Airline Badges & Pins, Badges & Pin Helicopter Collectibles, Collectible Airline Badges&Pins, Pepsi Pins, Badges & Patches, Badges & Pin American Airlines Collectibles, Button Pin, Badges & Pin Hot-Air Balloon Collectibles, Gold Coca-Cola Pins, Badges & Patches, Red Coca-Cola Pins, Badges & Patches

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 16:51:12 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

CGMeSHBQa18ySM/g/98jvrVQiFqMRy7DGMfaO29a+YJ330/MgWac4DTjpO+zqKe1wmCBgY/DfQi1fuSOUK9NwQzG7GXuGt2m+/93SWp9llNiqMOaVjH21/a06UjeXIF54QvrBgEhX9rsXeJo2DdiPfFVf6fcN4zfQ8tgkVPo21mQfrbEA5Zyn9tDsDcxNT4ISFH7f3v/
nUMtGnhWa5II6M9wLHbz22/J9pkkL4Vg7fTR1F5beismwKKKz6WhVxskHQ0tXjTKWUiy/KKOYGJbL+qlNTbZvb3/IWcrK7Y7RxZaE/0A1yEHUe+gDEZjrBerXN/7yZtmgx07oP9EVr/SlQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-08-Aug-2023-16-51-12-GMT.mhtml

**Hash (SHA256)**

38e2f704a10d74f7511250a51a6e29f1e4a0e500c2db4d3cd7d3ee2a10adf62c

**Signature (PKCS#1v1.5)**

kSYUxv6X0GyFCU5YCTiPWE55Zj+y3PKDCEEXnH52yR8yV0jNkAp1Ze+vmU7SQuJxTYbTAOGbIJuQsowv0W7Dwg4kmLAu3QlK0LyenP/B2v9mOurYSJjTJUH++NmLXD6qootsvrLA+CWtRdnzuezwTgxkN2lxwwni6Y7tvOf53LfeDoFPa/
hQfFFmVzpRdhVZ05XhtEOR3xWVLfZdR6MGik1ESRBaIor15t80ZJHHcdiziuP+1jxCzbXzqgIRSJdEgNrOfQ5i5p/e8BGOMkBUvNwM7Cj4usugodi04QVjBjG0WI0W3ScRoWwY3ec3OX8qpL1QnSjzB1HoVF63gwkEnw==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

VISA

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Review item and shipping**

Seller: digital_disko Message to seller



Smiley Face - Neon Pink UV - 25mm, 45mm, 58mm Button Pin Badge Acid House Rav...

Badge Size: 25mm, MPN: BDG-CSTM-011-25

**GBP 2.49**

Quantity
1

**Delivery**
Est. delivery: Aug 11 – Aug 18
Royal Mail International Standard
**GBP 12.00**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 2.49 |
| Shipping | GBP 12.00 |
| Tax* | GBP 1.01 |
| **Order total** | **GBP 15.50** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Smiley Tongue Emoji Earrings Hallmarked Sterling Silver | eBay

**URL**

https://www.ebay.com/itm/234721322574

**Collection Date**

Wed, 09 Aug 2023 19:32:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

193.27.12.196

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Mwsr4bHHbyumHz+z+mb+KbpFyqCj9F7rrMgRPllYtJAW2VCMGlUugu1lMuAU+jQLuEf7lyQ9gkCtxKz4Z0+GNzMh2CP+YilpAk98uklhL2PnR7n6Mwud4dBaYqPVRyYjGRSr8DUpSXz0gWRm+AwF6agRWgH3gnbQMuk6gwxFEx9GRlyzheK0sk3fbrrGifEKT+nmZZ/
QLQyVlLPtNUltFqQ8oBGqeHQikpJJl7wu7yXLn44k9skoMoy02ULyWqcMEZxTsk+EEF97PlWF0cK8KdGuTksWtoT5Mc2ohTmA8EBblcrDKgSJ7qBTKErtV1lsTUNaWE2UI43O0HSuBxGXwg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]234721322574]]_Wed,-09-Aug-2023-19-32-10-GMT.mhtml

**Hash (SHA256)**

b252c4b5d16b9c84b8524b74362720d207c6ea4ad7ceb4b4071bebd656973b5d

**Signature (PKCS#1v1.5)**

QW4ukeahCy+Ujnd7pl7JK4W86XVGQmRIQ56lrW+IDyEsZI22xQW6W/bVomBolwwv4/8zWGD6W3YHEyOWKUSPYQbVYjHN3rSVif0Z2PE4JD/E5ZOqRGHLfi3xCmnp7W2pLbmHkbT9BzWowdla/QhaCwsX1L3SJcNw4kCVjn36rNR861ZWUHOBcZqBR6p/yZSCFC
+kUxxeYXxv5Mr737vXX4asuMX7C+sMMd0SxKNTbZizdJl/epvnPBD9hNyocjks2iJiGQXhCnbdCoJ5dX09LK/ATAIpMsXQCGh/FO2tiq3mfaEXC80ocon1VH3CcnJ6zJdf0GRdsgl8e7H2plW0cg==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Earrings Share | Add to Watchlist








**Smiley Tongue Emoji Earrings Hallmarked Sterling Silver**

Condition: New with tags

Quantity: 1 10 available

Price: **US $38.50**

Buy It Now

Add to cart

Best Offer:

Make offer

Add to watchlist

**Additional service available**

1-year accident protection plan from Allstate - $3.99

**Breathe easy.** Free shipping and returns.

Shipping: **Free** Standard Shipping from outside US. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Coalville, United Kingdom

Delivery: Estimated between **Mon, Aug 21** and **Wed, Aug 30** to 33132
Please note the delivery estimate is **greater than 9 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 60 days returns. Seller pays for return shipping. See details

Payments: PayPal G Pay VISA Mastercard DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now

$ Have one to sell? Sell now

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
djc-2020 (10482 ★)
100% positive feedback

Save seller
Contact seller
Visit store
See other items

## Similar sponsored items

See all Feedback on our suggestions



Smiley Happy Face Emoji Happiness Charm 8mm Stud Earrings in 925 Sterling Silver
New
**$13.29**
$18.99 30% off
Free 3-4 day shipping
Top Rated Plus



Smiley Happy Face Emoji Happiness Charm 9mm Stud Earrings in 925 Sterling Silver
New
**$14.69**
$20.99 30% off
Free shipping
Top Rated Plus



Vintage Sterling Silver St Christopher Pendant & 18 Inch Chain HALLMARKED GJ Ltd
Pre-owned
**$10.18**
3 bids
+ $19.51 shipping
Seller with a 100% positive feedback



Smiley Tongue Emoji Earrings Hallmarked Sterling Silver
New
**$24.50**
+ $14.87 shipping
Seller with a 100% positive feedback



925 Sterling Silver Smiley Happy Face Emoji Happiness 8mm Stud Earrings Box L23
New (Other)
**$12.95**
Free shipping

## Sponsored items inspired by your views

See all Feedback on our suggestions



Solid 14K Yellow Gold Studs Smiley Kids' Earrings
New
**$160.00**
Free shipping



Smiley Face Squeeze Ball Pack of 3 Yellow Ball Stress Reliver Ball free ship
New
**$11.69**
$12.99 10% off
Free shipping
Seller with a 100% positive feedback



Mala Leather Unisex Emoji Smiley Faces Coin Purse
New
**$26.17**
Free shipping
Seller with a 99.8% positive feedback



Smiley Foil Curtain Party Decorations - Set of 2 | Happy Pastel Birthday
New
**$29.85**
Free shipping
Seller with a 100% positive feedback



Yellow Enamel Handmade Sterling Silver Smiley Face Shape Pave Diamond Pendant
New
**$67.06**
+ $8.00 shipping

About this item | Shipping, returns, and payments Report this item

Seller assumes all responsibility for this listing. eBay item number: **234721322574**

Last updated on Jul 20, 2023 11:53:16 PDT View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Style | Stud |
| Base Metal | Sterling Silver | Secondary Stone | No Stone |
| Number of Gemstones | 9 | Metal Purity | 925 |
| Gender | Women | Brand | Unbranded |
| Country of Origin | Great Britain | Metal | Sterling Silver |
| Country/Region of Manufacture | United Kingdom | Theme | Beauty |
| Number of Diamonds | 9 | Width/Diameter(mm) | 9 |
| Department | Women | Main Stone Colour | Silver |
| Type | Earrings | Color | Silver |
| Main Stone | No Stone | UPC | Does not apply |
| ISBN | Does not apply | EAN | Does not apply |

## Item description from the seller

**Smiley Tongue Emoji Earrings Hallmarked Sterling Silver**

This product data sheet is originally written in English.

# Sterling Silver Smiley Tongue Emoji Earrings Hallmarked

Brand new and boxed so will make a great gift for someone special.

Please look in the item specifics portion of our listing for further information,you may need to click on a small arrow above to see it.

Note images are close ups to show the detail and are not always to scale.

Produced in the UK

Any questions please contact us via Ebay messaging.

| | |
|---|---|
| Style | Stud |
| Base Metal | Sterling Silver |
| Secondary Stone | No Stone |
| Number of Gemstones | 9 |
| EAN | Does not apply |
| Metal Purity | 925 |
| Gender | Women |
| Brand | Unbranded |
| Country of Origin | United Kingdom |
| Metal | Sterling Silver |
| Country/Region of Manufacture | United Kingdom |
| Theme | Beauty |
| Number of Diamonds | 9 |
| Width/Diameter(mm) | 9 |
| Department | Women |
| Main Stone Colour | Silver |
| Type | Earrings |
| Colour | Silver |
| Main Stone | No Stone |

**Business seller information**

Value Added Tax Number: GB 246550700

**Return policy**

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 60 days | Seller pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

DJC-2020

100% Positive Feedback
28K Items sold

Visit store
Contact
Save seller

**Detailed seller ratings**

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 4.9 |

**Popular categories from this store** See all

Earrings | Necklaces & Pendants | Bangles Bracelets | Rings | Mens Jewellery | Childrens Jewellery | Anklets | Toe Rings | Diamond Rings

**Seller feedback** (10,885)

s***s (2023) · Past month
Great product - delivered quickly. Thank you
Micro Pave Square Cubic Zirconia Ring Sterling Silver (#[illegible])

a***d (957) · Past month
Fabulous ring, fast delivery, happy customer!
Russian Wedding Band Ring (L-Z) Sterling Silver (#[illegible])

a***d (957) · Past month
Fabulous ring, fast delivery, happy customer!
Russian Wedding Band Ring (L-Z) Sterling Silver (#[illegible])

See all feedback

Back to home page Return to top

More to explore: Sterling Silver Band Sterling Silver Case Wristwatches, Sterling Silver Watch Chains, Sterling Silver Case Wristwatches, Sterling Silver Wristwatch Bands, Sterling Silver Band Sterling Silver Case Oval Wristwatches, Ecclissi Sterling Silver Band Watches, Sterling Silver Case Luxury Wristwatches, Ecclissi Sterling Silver Case Wristwatches, Women Sterling Silver Case Wristwatches, Women Sterling Silver Band Wristwatches

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 19:33:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

193.27.12.196

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Sr35IOcjWsnOjrUhIvoEqQdt8sQJK29xpVChY4Anohy9G/aknGRCL8DnNG6+YT7TXJmZAkNxGzBIa8BE0fWi0c9FaHMiPJ3JBIwWl/TG2WfiQc/2vrqqANSOQblSMyHl3Nd7BK4gCLz+7ZmAf2VFNhTXhZBIrDUcgdujjQ/v/LiWPdLvIymJvt1KrVpfYo8J7xVq7BUmwH971fOr7K2vI7cqJC6i
+SHU1erxiQhLrKy5VH3KR19f9LPRHpTN9qlm2LXWdG3Trzvz2tOIWc9bDczBHOQc9qSYoD2daR4EKDqYY/oRT6rLnDW/RVGuzTrLoU0It39NwPgAx7+4PbQeLw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-19-33-25-GMT.mhtml

**Hash (SHA256)**

16f283a86917bb50580e9de483c5b5bf0b9e6619e1422588ff75aeabe680c7a1

**Signature (PKCS#1v1.5)**

G2N6YR9mA24rioDtyH6mqIUXaiCvWyJKyDCyrFaDr2f/KDOSRG40AKJOhPpPXjOiQZYzsPj8Pkne
+s0dVVq6OfIDhiTh9aDkqCIvhpv5blHvk8wwNttoKCweehAA7QaWjNkVLmLvYzUNTYIdycMzWTvElCZxVCeOSulEyeR9DT4KHXWl40TxMXwXbetT9BzGPjAHhNA2IjvI7u4w54ZfhchcHJvy9dMS2yAYI3GgS7VROKUS2LO0IGiiGbRh/38azgvm+HeuuGR8QkkZzgAB
+AMp85j6XbpnLWJjS7rhWP6recJlprsztSQWPjJ0HbypbtbjCkzdBwVcIlzCnbW7og==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

Special financing available.

Apply now. See terms

G Pay Google Pay

**Ship to**

[redacted]

307 NE 1st St, Flt 6

Miami, FL 33132-2505

United States

[redacted]

Change

**Review item and shipping**

Seller: djc-2020 Message to seller



Smiley Tongue Emoji Earrings Hallmarked Sterling Silver

**$38.50**

Quantity

1

**Delivery**

Est. delivery: Aug 21 – Aug 30

Standard Shipping from outside US

**Free**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

**Donate to charity (optional)**

Wildlife Trafficking Alliance

In honor of World Elephant Day on August 12, donate to WTA to help stop the illegal trade of elephant ivory. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $38.50 |
| Shipping | Free |
| Tax* | $2.70 |
| **Order total** | **$41.20** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE

See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

250 Count of Small Size 3D Different Mood Smiley Self Adhesive Plastic Sticker | eBay

**URL**

https://www.ebay.com/itm/334468110505

**Collection Date**

Wed, 09 Aug 2023 20:05:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

193.27.12.196

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OUBKATHm6NqvW5/rXVxft+rh2FEzlH83nhTH3AaEtPpExHJoJi4bzOfld8xrT4dIIN7yG/qc6PVVgegBKggKevE9sDKlSdH4RD3uhGcwN/mYl6IL8mCGOyHbTL+Lr7AtJpAo0lK1Z1rdXlD6ov1ivnQN3Wc+A0zI5vfxzcM0X3n5V8x/1xvi51hDGRgfhRC0Cy+B7EAob1wYXF
+HPyA2RFmFpbfHJRfgCaoVZy21GL7e67l1t3yyJD0Atcm0GKcd0vRVullW9VBPajBtTar22HNuLDC7U0ufC7j3T8KlpfFRcN56QnU7AtdUYyWavKZoCiTXHLGjuU/R+cJuzSrCFQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]334468110505]]_Wed,-09-Aug-2023-20-05-46-GMT.mhtml

**Hash (SHA256)**

ece773301d66cf4c5aefc6d76705178c5d20644728c6bf13e4f1468993b843f0

**Signature (PKCS#1v1.5)**

jUadzzGirGALXptGkfpdjfQv+nBKVPVmqQyGvHNOBxuzDRYvcXtxAyA7O3WBTyNCo52fu7yhLnJ8ZcSf1oHGHhbCFjMuFS0DvF7DrbMGdN5MfjN5urlRorVC2Adqlj54P4K15h7IZ4gKbSQluF0Xn8flYW86WzdgGvtwgqPwCsO5S0/QB4zvDEkmptj9s18Z2xzKD3HbxVDLKP5D3EB0vwVJR3q5q
+XEvXjsy/rTKv7QXtCJGJHnKQoUnLXzduBLz8E7V+SxZifS9WS/v3SO2xB1NEsQAYRpWu+SsYNY0hKqzU/B3whM0a+kylZOVO+KwnDD49aLiwV+CqrcnO/56g==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Collectibles & Art > Scrapbooking > Scrapbooking Embellishments > Scrapbooking Stickers

Share | Add to Watchlist



## 250 Count of Small Size 3D Different Mood Smiley Self Adhesive Plastic Sticker

Condition: New

Quantity: 1 3 available

Price: US $16.48

Buy It Now

Add to cart

Best Offer:

Make offer

Add to watchlist

Shipping: Free Economy Shipping from outside US. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: GURGAON, HARYANA, India

Delivery: Estimated between Fri, Aug 25 and Thu, Sep 28 to 33132
Please note the delivery estimate is greater than 13 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns. See details

Payments: PayPal, G Pay, VISA, Mastercard, AMEX, DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

$ Have one to sell? Sell now

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

Seller information
dompact_solutions (7)

Save seller
Contact seller
See other items

Earn a $50 statement credit
Open a new eBay Mastercard® and spend $250+ on eBay within 30 days.
See details
Offer ends 8/16.

## Similar sponsored items

See all

Feedback on our suggestions



40 Different Sheets, 3D Puffy Stickers, Bulk stickers for Kids children stickers
New
$10.99
Free shipping
35 sold



1960s PUT-ONS (4) SMILEY Face Stickers UNUSED In Still Sealed Package groovy wow
New
$13.50
+ $6.45 shipping
Seller with a 100% positive feedback



SPECIAL SALE 💙 Lot Of Three JUNK JOURNAL PACKS Crafts~All Colors Different #1
Pre-owned
$5.50
4 bids
+ $6.00 shipping
Seller with a 100% positive feedback



120 Smiley Face Stickers
New
$9.87
+ $5.10 shipping
Top Rated Plus
Buy 2, get 1 free



3D Cartoon Kids Bubble Stickers Classic Toys Sticker Reward SchoC1 D0P2
New
$0.99
Free shipping

## Sponsored items inspired by your views

See all

Feedback on our suggestions



Boho Blue Preppy Smiley Face Inspirational Quotes Choose Happy Home Girls
New
$36.01
Free shipping
Seller with a 100% positive feedback



Smiley Face Sticker Paper Colorful Birthday Party Decor Wedding Sealing Glue
New
$10.99
Free shipping



925 Silver Adjustable Smiley Happy Face Ring
New
$35.99
Free shipping
Seller with a 100% positive feedback



2.00CT Lab-Created Diamond Push Back Smiley Stud Earrings 14K Yellow Gold Finish
New
$74.39
~~$119.99~~ 38% off
Free shipping



2Ct Round Cut Simulated Diamond Women Smiley Stud Earring 14k Yellow Gold Plated
New (Other)
$42.00
~~$60.00~~ 30% off
Free shipping

About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 334468110505

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Theme | Smiley/Emoji |
| Type | Multi Faces | Color | Multi-Color |
| Brand | Unbranded | | |

## Item description from the seller

### Mini/Small Size 3D Different Moods Smiley/Emoji Self Adhesive Plastic Stickers (Set of Around 250)Faces, 10 Pack

**About this item**

- Ideal for scrap book, greeting cards, kids craft project, classroom decoration, assignment etc
- This is the Emoji sticker pack die cut stickers for Phone, notebook, scrapbook. Place the adhesive sticker on your project and press firmly
- Shipped in assorted design & colour
- Choice of Different Shapes : Cut out the shape required to decorate your project

| | |
|---|---|
| **Colour** | Yellow |
| **Room Type** | Classroom |
| **Material** | Plastic |
| **Reusability** | Reusable |
| **Shape** | Round |
| **Installation Type** | Self-Adhesive |

## dompact_solutions

31 Items sold

Seller's other items
Contact
Save seller

**Seller feedback** (7)

y***h (447) • Past year

Perfect brilliant seller and easy to deal with and worth the wait 😺

(Pack of 3 & 6 X 22gm) Acnestar gel-anti acne treatments+Free Shipping worldwide (#334473766653)

n***y (551) • More than a year ago

perfect!

(Pack of 3 & 6 X 22gm) Acnestar gel-anti acne treatments+Free Shipping worldwide (#334473766653)

1***a (748) • More than a year ago

Thank you

Acnestar gel - anti acne treatments (pack of 6 X 22gm ) +Free Shipping worldwide (#334461783311)

See all feedback

Back to home page

Return to top

More to explore : Self Adhesive Craft Fabrics, Self Adhesive Felt Craft Fabrics, Sticker Book Scrapbooking Stickers, Puffy Sticker Scrapbooking Stickers, Plastic Small Embroidery Hoops, Needles, Diary Sticker Scrapbooking Stickers, Self-Inking Craft Stamps, Self Striping Yarns, Halloween Scrapbooking Stickers, Holographic Scrapbooking Stickers

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 20:07:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

193.27.12.196

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

J0M/hB+TVRjFo/HWyqNI2S8mafswW4cSARGdkqW/Ky9EY1I5AGCL/LuM8rcIJbLYbisR1/GQj5tQGBDMsRtuhvh0nEVEfspH3EEYxQ1KeYDxruC6Nh46sv/iztdIALnewY0pxdxR2E3m24+99sZ6fVitIFQZEpbSbWRrz03UDCOtGtxt8dCHbblQzpLUnW0tcIQ+oy/
zn7PDMRg0p3c506ch4PUh1KPeL1TgSAdImK8iGbkqKd1FLGSfNtqpomxyWGyM4l4Cz/K7znuhB8PZjgyhadcrLiPC5izhMuv4okvH1fEA9EstWmly7M6DE6IYXXYcO5wUZhYUYgWAia3m+g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-20-07-13-GMT.mhtml

**Hash (SHA256)**

529fcd761b0ee23a5d80031d0ad7e21432194e503e26c0864aa37f3d5ac16626

**Signature (PKCS#1v1.5)**

PBAOj3W2JMTnSHIV7C0imr/NEr/nuWLUazWdao99/o6uCF8LQt2Dj8n+0kdZ39e3c5mkPHPUm7+D/bMWa1Hr7h1yiSnwQp3DV6DKgNnGGujJ+T5qN7iqP5HNmxwvOTaLxwuuf/
KkcW5Ts5S83WnNRtHotvNBbJU37LmIkMaNBFIspz0njsE7LIp2+xQFrhuDzy1pZU5Wrfb309vDmWAmMcDjJDYWh/vTegLsp5iK5OgUUGP2eyfUTgJTzwRmjCGs7eRC92Z87k92N18l7J7GlIvWn+zvY1uD/bJ+KWyt9PHywWvpkh2vDFnf85SKmOzjQmGPeZswUnKWdhrzQUVGag==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Collapsible Storage Ottoman, White with Yellow Smiley Face | eBay

**URL**

https://www.ebay.com/itm/204407868033

**Collection Date**

Tue, 29 Aug 2023 06:13:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

J3wf/IYwkRVI+1uqPvXn5/YpndreGL2a5q81lB5TmUHBMQgPt5rCuVx/2xRBHglVYApX5z0wuELKVB6oJZ5gko3Vn1ENngjC5kAj02D1bQIkbjqI78CUdNbTXIxWU11c9TDVlmFSl0iz6I/o9PfP4UXM9hhoAhnWhx6jIj7p31s=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]204407868033]]_Tue,-29-Aug-2023-06-13-13-GMT.pdf

**Hash (SHA256)**

67eb946de1b124321591b47accc2c13b1f84dd5274bbb100f2d056e6114fb0a3

**Signature (PKCS#1v1.5)**

mT8CvxKS3ob5FWdckBlN8mMqIlnWSma45q4JIPzJtZ8p1ZoKFhGbUio6FCT0IasyR2jIofprAWkqkGbf1nrzcChe53jF35DN98chm88Dok4ahWz+9Pg4C77KYbBn6AzEe6iL1IAPAGDbQSOusMuVMUefE91fNQBFC8Vcguv7RZk=



AXENCIS
Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 29 Aug 2023 09:08:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.74.192

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AntvMxYZZ5gXSdWwjvQl5YAdDHizZa4ps7mkPEBgyRdsBuLg+aTJ70k15GCN4KvsMo4e98DJ+odotJqQ4l3Zk88UvbP8XPTb9Wb9b+INlpMzXP0gMUjgs9AoYoXJLDswYRjTRjiLKu3ZesZAgUB2QfbqsJI/KWUiXfZ5FrAyKR4TAPj7Ec27NUYadPYDoEals
+AEsh89b6CP2DKqemTDVCGVtLWZX8ToQPjWFHqWvslFsTdC+QlQ+CFnOuVzOGlN7kxGdcBUENHBcyl+DEcx72CEV6XB+WtqbqJqJkPIRowCHyJf2+khfnUieGptNUicI0DTPFgKc1ENm5KHYZjPXw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-29-Aug-2023-09-08-05-GMT.mhtml

**Hash (SHA256)**

24b52722213d8b0b7719c863f88f68f55489684cb306ea24efd59bea65fa084b

**Signature (PKCS#1v1.5)**

SvSYsv3PtTujJVo7JwwuEKnVZosDotSjvaRQXJ+hyXAqOUTUlucLRd3Nn4gv99LXl6TDtSMuNddrCAAYpAysa42fi16DXTBVn5nL5bbNmmbT4DjdkDTLi8q/dAlTK8QVsNhrN1CaCAjpdX827hIJurz80M7Z4B7JpX9i59YKQKimqIzh/
DYpykgs4LV5mi2y7n8wPOxzwPwp78tAvqwS4jZXsJfbi4d95glmSIHorg0EorM859TwuOzScVTOwlUIOw8AQJ1OQawQiY16JIYFaOjRu4oKv6gn01oXBIcqZ4qEAPN34Dsq6+OPrwy8B2zdCvX3ayUNFwQOf8P4hF7phw==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: Mechanical Smiley Face Kitchen Cooking Timer Alarm 60 Minutes Yellow : Home & Kitchen

**URL**

https://www.amazon.com/dp/B0BYTXGCF3

**Collection Date**

Fri, 25 Aug 2023 13:09:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Nc2RLQnVjbTDJgF/Viwij790RuA7GroBFX5JAZxpOpnlt4YziGAjnaE9qWcBmCShxwKxklEhaJmsGVICjBGzImCss9Q6ibSrIm6ZlyRuYFA6iczxNHfyjPIVk20m1bOYDwJxPvcLYcrKOyStEqH5vCI2TUqtxAmGDJgfre0F2cpoGwVX5mQBGL
+KVtsTJeq5bst7Upz8uI80+YHIgIStRrBEAIr1CdNlE0yXK+0h73dJysY5U2h8D8T7CkFdxc8QESF9/QgG6GGms75o9YJhLhzkxq6KsmWo6Ijx1aVNYKyYPxRquiQwE3joHZ33VW/+FFBX3w3eMllqT9Rvi3ZASw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BYTXGCF3]]_Fri,-25-Aug-2023-13-09-55-GMT.mhtml

**Hash (SHA256)**

800f57381434366803a9e9e9ebd0829368da167b3b71dbb86c219a762eea0165

**Signature (PKCS#1v1.5)**

hIv36a8mtQEuPMy1tBZo/ZWan2/4/+aON5AGTBqyeIZR34f1khJrU5/
l8tJidAtkWLK2wvdAWef6ZnbkzoQYSV40DYkEbOn47NoNCIxArB1Spm9ugWosn2WlGmDIvXsew2iIsdp2kvFxOOgGYr2i8S2wla1RkO5JclJClvLD10cneqh7RMZyOC7ZEcJPlZsiOUnn7Dmap8g8UoxA5CjpJCErP70S1tNQ7vfO5x5XRyziZ+ZCu7b7M5kHmOsqMkp1r+6EsOPuMDDQznnbC
+0L9GrDZuFmrErfkDp11O+a2CL80l9c/0YsB+I0SGKOpH6XA2uSzypgaRws5mUpy8ErNA==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 25 Aug 2023 13:13:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Yo04Pc8XHXe2FM7oPqksYt4v3wgV8MyilI0L//xjtlzkX202O0OOiQ/oc+k9vm40DeIVxiFtxRDOneHXBLY5CWpay9GJOggYnBGiJJNfLvjDo9qGjnRHho/Oz8anOi5LtP5jwHzRnQUq3ah+KYZkcBhh/
+kvw4ORgK6964mlGHYnWbZUa82WtbkmUkfcbNdk9peE69TZ5f1Wnbapn6MndnTvLfOb6+9+wCaT9YGLD7XjwgnWvnLUAiOlDDj9GUUW/yH/v4IKCob7YjhnMwoecJQUzqaysy1V1+Zy9aD8Sij4RZb5f+a16Prrxy3xs3nX3M21hGrZcgVxmmtT+p758A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-25-Aug-2023-13-13-57-GMT.mhtml

**Hash (SHA256)**

de7467c82fecf6904ffc64d8b53fe385a30f6dc9716032b88ae80c9185bbea21

**Signature (PKCS#1v1.5)**

LxIQqT6NVYV0r8Xi1OZ1e6sn7GUkRD5Bvb5xSTi1HP8PvgEP5PBiumC+XYSm5ySoYevkoQJNJl7IUkO2K9rXOZ8IbcgQRSY2IkGF1a6EoTjpedn5QI/bMsaoAPXdVot/3NYCrRTKYiFt4A44EmFL9Lh9YYsZRw6DdF5+Cv/j24WjfLZF+SNOBfQBWhqMc8/xIg2Ao3PgLQm8oB2XxXY5kxjcCoSm
+hwfOxYQFFKO7HcUsD6rD5vTjvttHmzAB8010Ux6/VxVFm8SnkKHSk/fYK+X4AT/S3rZ2etqLKZ7VUdtPrbRrWzq14HHOrfN8JhiI3dnOzdPDg54bsRYrDhNSg==



amazon Checkout (1 item)

1 Shipping address
[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions
Change

2 Payment method
VISA Visa ending in 9985
Billing address: Same as shipping address.
Add a gift card or promotion code or voucher
Enter code Apply
Change

3 Offers
Change

4 Review items and shipping
FREE TRIAL
[redacted] we're giving you 30 days of Prime benefits for FREE
Try Prime FREE for 30 days
Estimated delivery: Sept. 18, 2023 - Oct. 6, 2023
Items shipped from DuiGuo
Mechanical Smiley Face Kitchen Cooking Timer Alarm 60 Minutes Yellow
$12.76
Qty: 1
Sold by: DuiGuo
Gift options not available
Choose a delivery option:
Monday, Sept. 18 - Friday, Oct. 6
FREE Shipping

Place Your Order and Pay
You'll be securely redirected to Visa to complete this transaction.
Order total: $13.65
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.
Try Prime FREE
Place Your Order and Pay
You'll be securely redirected to Visa to complete this transaction.
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Order Summary

| | |
|---|---|
| Items: | $12.76 |
| Shipping & handling: | $0.00 |
| Total before tax: | $12.76 |
| Estimated tax to be collected:* | $0.89 |
| Order total: | $13.65 |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Aisszhao 24pcs Mini Rainbow Smiley Face Springs Toys and 20pcs Yellow Strechy x 692762989251 | eBay

**URL**

https://www.ebay.com/itm/266297216226

**Collection Date**

Tue, 29 Aug 2023 07:09:12 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VcWXVjPjvjZQQdlFnoVzDwU75aeg5oVNA35vGhLt60+CgAx0QqHG77dj9u9qdrKbLDORcX3YixaQ/eKZJD5BrfCOCYdb7sdjmqDx4MDj1b8gGCpLFjuQnskY3KTvtFecZz8qaCID6NLonomzU4ZGraVAmX5iYolothcoJEop5K0=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]266297216226]]_Tue,-29-Aug-2023-07-09-12-GMT.pdf

**Hash (SHA256)**

33c7809b25aa8de1f5bff21f69a843714551cf03ee47a8f89a72a0b22e6e0e7b

**Signature (PKCS#1v1.5)**

X3yrtLL1QBqIAxpQvFyLI/hf0PImmzdSIBQ9XH1mGZIQQ/p4fmHh67NJcGa3FyMhDcdODH/nllXLnaCpuPQtQy5y45rWJyX7Fle4Qdj76FqXIFTZ5KTotd2AzJn6e2p9IJcwv90RBUdgWt/w3oow5Wu7/GHsMRd5hZ438uAMMu8=



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 30 Aug 2023 02:50:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.74.192

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

e/Q/N91fuo3iqoObtZXMXejQZdfmJ+1JrxJ7zTeq13HvcoVgZNgPmN9wBAlSx7NRLEE3WXIFL+gFwMqaPh8QijmdjH3HxWiDJDjGhqNHES11R11wx+dySnOa0p50y3qgxR9o+lyHmyCWgedKbqubU9UeEY2OqQmNR+pywipN0fcWio2QEPBfLEEh+Fh
+yi91C7Vqq6cOvYQ/60Jt2veSUdfDidipW0sM2LaH5Eu4QIXvWdE9mOC0lsY1LXHqA5DzTd7yrqWVqFyWVNLI5GCVSqU1oGbG5mZydkONCzijjd/dNnHzPyJidsu+EXCvXVY3c1vUw80Ca00q1rimYtNM3A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-30-Aug-2023-02-50-49-GMT.mhtml

**Hash (SHA256)**

bf08170eadc409263c5911b25c54e0fbc371a2de1cabc0e9f87c3f07b4a5e0e8

**Signature (PKCS#1v1.5)**

BH8/to870qQIAngpeC9wk0VbO90xOTJ3N4tbrg5SekH4GvWXzdXha2VO6DRIOe8uIgb4AWaSYKqHu3pEx9lWxmh/F/ZnmkZCAddEJNijN64BQho3GqCIMtVI2XUD0AzGRW4oZ92nIUsSONtGe6Av+t2WKQrFNo6vSQwW4u5XbA
+BhGmd3EodfxUeTbj7uPRRneF17mSPTk/9kJkBq568SyfK2TLVcJ8icKh1JByJ7bq9c77O45ToP5Y8KKuVshdWDQ1Atj3G2I7zND4gtJ4bm5USYfvh9SAxszU+5ZemzU111Y06R5IWZwapL8Te07/Vesh9dNj85Fr22HCOgVAYPg==

ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Currency**

USD
$1 = £0.76036
Change currency

**Review item and shipping**

Seller: egidit33 Message to seller



Aisszhao 24pcs Mini Rainbow Smiley Face Springs Toys and 20pcs Yellow Strechy x

**GBP 11.18**

Quantity 1

**Delivery**
Est. delivery: Sep 19 – Sep 21
International Priority Shipping
**GBP 19.38**
Includes international tracking

**Import charges**
No additional import charges at delivery
**GBP 0.00**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 11.18 |
| Shipping | GBP 19.38 |
| Tax* | GBP 2.14 |
| **Order total** | GBP 32.70 |
| **Order total in USD** | **$43.01** |

Current conversion rate: $1 = £0.76036

You agree to the Global Shipping Program terms.
*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS
Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**
2Ct Round Cut Simulated Diamond Women Smiley Stud Earring 14k Yellow Gold Plated | eBay

**URL**
https://www.ebay.com/itm/374204115803

**Collection Date**
Wed, 09 Aug 2023 19:50:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
193.27.12.196

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
F4GZopltrVhxWJ8VbDx/Ad/EJBols59sGb437l0q4oLVlUIIOBS6zjQeSYDToDd+Da6+gl6p/TmY3WgMYaY9YFJ/AmpIqxkC+pO9Upyk1hR3Hy1XHgqKiF5SP/vxX/d1CtRxZmVicA3Ia41zNU8bbqNREluJiqMTlTq/WkHV1YgNLJZtxekskLPT0xtJWnRECsB0qU3/
JaXWl8HCTX3fDuxa80bt9Q3r55gzP5PFWnBTMKBqa1QMxg/4wiMnzvhgMIisy3Llvv5lJ8X79hz1MBNM130+kluVC8G0dM6/0NtiUTbia4UF/0PwbxHHu3SS4SBTvqfVQDUhQLqvKYzUjg==

# File Signatures

SCREEN CAPTURE
MHTML

**File Name**
screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]374204115803]]_Wed,-09-Aug-2023-19-50-49-GMT.mhtml

**Hash (SHA256)**
8547d450289e7ee0ddd38f069c1ab60da0340bf0ad68ffd99cd917b5d4692cbb

**Signature (PKCS#1v1.5)**
D8CTtfdKpeKAg6TOqdEHf8KqaM+Ld2lT+0u8IxyBNAC6+zMpIfjcs82b/Jp0MqXIMSBBgU8mXglpBJwY1jCsz1u4INp55k0fZfpaxIJuJZLMb+kI87HHhhT0ezpc0wY1mrv3GGM1RsDfFN8uPhxqipfLLSCqOI/XY3WAZ6EG0gXS0henMIAkatTj5x0gPXP8T5VvXnjjfLeDXdtCR+fTUsBhvZ09OJpT
+167e8piEyODPEF+iPdnPSSEcGOEfIuIfVFeb/NuNHonc0vl3PsT2DKMRPsuo61DJvV4Sx9fuBXGViWDzcP0UpxNbNSt/Tkt9Zt0LY/TPCcp0E7Z+zKNcg==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Earrings

Share | Add to Watchlist

ebay Learn how to earn a $50 statement credit
With a new eBay Mastercard®. Ends 8/16. See details

EXTRA 15% OFF $50+ WITH CODE ETS15OFF50GRAB See all eligible items and terms ▸



## 2Ct Round Cut Simulated Diamond Women Smiley Stud Earring 14k Yellow Gold Plated

Condition: New without tags
"All Stone Color Available, Available In Screw/Push Back"

Personalization: Provide personalization instructions below
0/250

Price: US $42.00
Was US $60.00
Save US $18.00 (30% off)

Buy It Now
Add to cart

Best Offer:
Make offer
Add to watchlist

Breathe easy. Returns accepted.

Shipping: Free Economy Shipping. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: MUMBAI, MAHARASHTRA, India

Delivery: Estimated between Fri, Sep 1 and Sat, Sep 30 to 33132
This item has an extended handling time and a delivery estimate greater than 19 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 14 days returns. Buyer pays for return shipping. Personalized items cannot be returned. See details

Payments: PayPal, G Pay, VISA, Mastercard, AMEX, DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Have one to sell? Sell now

Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

Seller information
elegant_touch_studio (119 ★)
94.3% positive feedback
Save seller
Contact seller
Visit store
See other items

## Similar sponsored items See all

Feedback on our suggestions



030 Ct Round Simulated Diamond Women Star Stud Earrings 14k Yellow Gold Plated
New
$24.47
~~$27.81~~ 12% off
Free shipping
Seller with a 100% positive feedback

2.20 Ct Round Cut Simulated Diamond Stud Earrings 14k Yellow Gold Plated
New
$37.49
~~$49.99~~ 25% off
Free shipping
6 watchers

2 Ct Round Cut White Simulated Diamond Stud Earrings 14K Yellow Gold Plated
New (Other)
$15.00
0 bids
Free shipping
Seller with a 99.1% positive feedback

2 Ct Round Cut Simulated Diamond Cluster Stud Earrings 14K Yellow Gold Plated
Pre-owned
$38.65
~~$55.22~~ 30% off
Free shipping
Seller with a 100% positive feedback

0.50Ct Round Simulated Diamond Women's Star Stud Earrings 14K Yellow Gold Plated
New (Other)
$29.99
~~$49.99~~ 40% off
Free shipping

## Sponsored items inspired by your views See all

Feedback on our suggestions



smiley face bucket hat, stone roses Adored Lemon bucket hat
New
$17.80
+ $14.67 shipping
Seller with a 100% positive feedback

Smiley Tongue Emoji Earrings Hallmarked Sterling Silver
New
$38.50
Free shipping
Seller with a 100% positive feedback

Solid 14K Yellow Gold Studs Smiley Kids' Earrings
New
$160.00
Free shipping

Smiley Face Squeeze Ball Pack of 3 Yellow Ball Stress Reliver Ball free ship
New
$11.69
~~$12.99~~ 10% off
Free shipping
Seller with a 100% positive feedback

Mala Leather Unisex Emoji Smiley Faces Coin Purse
New
$26.17
Free shipping
Seller with a 99.8% positive feedback

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Jun 16, 2023 07:09:02 PDT View all revisions

eBay item number: 374204115803

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New without tags | Seller Notes | "All Stone Color Available, Available In Screw/Push Back" |
| Shape | Smiley | Main Stone Creation | Simulated |
| Closure | Butterfly | Occasion | Anniversary, Birthday, Christmas, Engagement, Graduation, Mother's Day, Valentine's Day, Wedding |
| Color | Yellow | Cut Grade | Excellent |
| Main Stone Color | White | Material | Gemstone, Stone |
| Metal | Silver | Main Stone | Diamond |
| Ear Area | Lobe | Personalize | Yes |
| Brand | elegant_touch_studio | Setting Style | Prong |
| Main Stone Treatment | Not Enhanced | Type | Earrings |
| Metal Purity | 925 | Customized | Yes |
| Main Stone Shape | Round | Style | Stud |
| Base Metal | Sterling Silver | Theme | Beauty, Love |
| Features | Engraved, Nickel-Free | Handmade | Yes |
| UPC | Does not apply | | |

## Item description from the seller

# Welcome to Elegant-Touch-Studio

**Note**: "**This product is made to order. We take 10-12 working days to manufacture a product. We don't sell stock product, we only sell manually customize products to ensure that receive a brand new product. We assure to give a best quality of product..**"

**100%SATISFACTION GUARANTEED**: We promise superior service which includes Reasonable Price, Amazing Quality, Fast shipping, Great communication, Smooth Transaction, and eBay refund policy.

**Custom orders welcome!FREE OF COST**:

Rose Gold, Yellow Gold, Black Gold White Gold Plating Available.

Changing Stone Color Available.

Engraving available.

Please message us for any custom order.

**Features and further details.**

**Payment**
1. We accept payment via PayPal only.
2. You can also use a credit card for payment by using PayPal as a guest.
3. Payment is required within 3 days after buying.

**Shipping**
1. Handling time is 10-15 business days after receiving clear payment and ring size confirmation. ( Business days excludes Saturdays / Sundays and Public Holidays.
2. Delivery time will be 5-7 working days (which may extend during peak season time).
3. Kindly provide complete address and contact number for hassle free shipping.

**Return Policy**
1. 30 Days Money Back Guarantee With Full Refund for Return or exchange.
2. For incomplete or wrong address we are not liable for any return.
3. If the buyer wants to return the item for his/her own personal reasons ( without any valid reason of item received in damage condition or unless it is defective ) the return shipping charges will be born by buyer.

**BUYER'S FEEDBACK.**
1. Your feedback is very important to us.
2. Do remember to give us 5 star rating if you are satisfied with our product and service.
3. If you have any queries related to the product or service you can expect a reply within 12-48 hours of inquiry.
4. Do contact us before leaving a negative or neutral feedback to get a 100% solution for the dissatisfaction caused to you.

**Contact us**

We can be contacted at any time through eBay messages if you have any questions, comments or product requests. We will respond to you within 24 hours and do our best to help you out! We encourage our customers to contact us with any questions or concerns! We'd like to be sure you are completely satisfied with your purchase.

..........Thank You..........

## Elegant Touch Jewelry

94.3% Positive Feedback
654 Items sold

Visit store
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.7 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.8 |
| Communication | 4.7 |

### Popular categories from this store See all

Jewelry | Engagement Ring | Diamond Ring | Gemstone Ring | Bridal Ring | Wedding Ring | Stud Earrings | Diamond Earrings | Gemstone Earrings

### Seller feedback (139)

5***9 (111) • Past month
Beautiful piece, will be back.
2.00Ct Round Simulated Diamond Drop Pendant Free Chain 14K Rose Gold Plated (#373957051447)

1***1 (1621) • Past month
Beautiful gorgeous earring, fast shipping to UK
0.50Ct Round Ruby Hoop Daith Cartilage Septum Nose Ring 14K White Gold Plated (#374684643320)

e***n (238) • Past month
Love the earrings!
1.50Ct Round Cut Black Diamond Huggie Hoop Womens Earrings 14K White Gold Plated (#373906446715)

See all feedback

EXTRA 15% OFF $50+ WITH CODE ETS15OFF50GRAB See all eligible items →
ETS15OFF50GRAB

All promotional offers from elegant_touch_studio



2Ct Round Cut Simulated Diamond Sausage Dog Stud Earrings 14K White Gold Plated
Was: ~~US $38.00~~
Now: US $26.60

2.00 Ct Round Cut Simulated Diamond Women's Stud Earrings 14K Yellow Gold Plated
Was: ~~US $80.00~~
Now: US $40.00

1Ct Round Simulated Diamond Flower Stud Earrings Solid 14K Yellow Gold Plated
Was: ~~US $25.55~~
Now: US $17.88

0.30 Ct Round Cut Simulated Diamond Women's Stud Earrings 14K Yellow Gold Plated
Was: ~~US $50.00~~
Now: US $35.00

1.60Ct Round Cut Simulated Diamond Heart Hoop Earrings in 14K White Gold Plated
Was: ~~US $79.98~~
Now: US $39.99

See all

You can change quantities in your cart.

Back to home page | Return to top

More to explore : Diamond Gold Plated Case Round Wristwatches, Gold Plated Diamond Wristwatches, Yellow Gold Band Diamond Wristwatches for Women, Yellow Gold Diamond Wristwatches, Gold Plated Band Diamond Wristwatches for Women, Bulova Diamond Gold Plated Wristwatches, Bulova Diamond Gold Plated Case Gold Plated Band Wristwatches, Bulova Diamond Gold Plated Band Wristwatches, Yellow Gold Band Diamond Wristwatches for Men, Gold Plated Band Diamond Wristwatches for Men

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice
Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS
Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 19:51:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

193.27.12.196

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fnkFPNBQJlUtsW+qR7AAi3i1VTJk8mC8RrL2b+x5hrpjcNe2RaSw2gdhJ+qrcMnagQRG3S9jDV5AIAOinO0WxQk17Te9dPEbsDsZZXRj465bivBb5tnUDsZqxcYQWs0/Jr5KZTVKkN6owZyWewfre/gKnOzT0HSZpIwQ+JRQmw4R/SxsgsQDe3AkA2+GaoNK92JWe4SZeQ+NTQw
+388unpxiF1Hos2QsWE7awfZtuuEVCmuqbjcVjftuSoM8fml7+9RLl0Ehs7HDOd88LDoWCMhbdgqVTFdNG4ulveo1lTnnFkJwE1pV4vJ28FS8l/L/gekV3GDVY1GuLC1AGyJd7Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-19-51-44-GMT.mhtml

**Hash (SHA256)**

d8175634b8474c349006299d8ee8cf277c8e57a096c058bf2ae7fb2086027b07

**Signature (PKCS#1v1.5)**

dMeJ+gyGVJvdXITqq7yEmvtUUxCYdXEV65srOoHTZdPfVz+w60kC7WYpgDwCbl0I7OYUSDFYzeg0t082ImF32LZFHDbdVNeFbZcDGsz54BP7FRzGM+LVfD9L4jc7Bdhpe/AHc/5PqE75fWQyKBTuSangqRNj4FFE4qqdzA6UtgKFtC1wDIFNclb/nJ3eDxK9/hl0DFP2o5JYdNKdzq
+LqRT1hnnw1V1S9pWgqy/h4+7OMFXAdLFc9IU96LET3P5ztdKCnLkcH96pOxJ1cD3Ew2parLSe0vSPCd6A/P9NMkq8foya+q1epgn1gcTQkj/lX1Li73i0qxBF1zS7qTF1Mg==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

VISA DISCOVER

PayPal

PayPal CREDIT
Special financing available.
Apply now. See terms

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Review item and shipping**

Seller: elegant_tou... Edit message
Message: Personalization: Item ID: 374204115803 Text: aa



2Ct Round Cut Simulated Diamond Women Smiley Stud Earring 14k Yellow Gold Plated

**$42.00**
~~$60.00~~
Quantity 1

**Delivery**
Est. delivery: Sep 1 – Sep 30
Economy Shipping
**Free**

**Gift cards, coupons, eBay Bucks**

Discount ETSMAGICOFF10
**Applied: $4.20**

Enter code: Apply

To apply a donation, you can't be using gift cards, coupons, eBay Bucks, or reward points.

| | |
|---|---|
| Subtotal (1 item) | $42.00 |
| Shipping | Free |
| Discount | -$4.20 |
| Tax* | $2.65 |
| **Order total** | **$40.45** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Light Up LED Motion Sensor Smiley Face Evil Eye Crocs Charms/Jibbitz /Accessory | eBay

**URL**

https://www.ebay.com/itm/166043390009

**Collection Date**

Mon, 07 Aug 2023 14:10:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:497f:e600:b95b:2e52:205f:8608

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

a5cSZwNBoQQ7OngQf89XklDK/GRZpOVOrZuEHd/0JQ9RyPqc88yDxDZ3ocy3QHbNAOuyplhCGo+TK6drGhdQv7r9XA30PTww0XgKqi5vuWbpU7h5Cz4I1zXSHKk8zXNFbFjry5BL60ISX8pTaBPsIxBBb053/v+
+nGzaCsXso5TzWem7m2wsFt3BUxvpKyDZQJWjXLMTiJNV7nWoPWLTBKJV6WE3yJjs1xqAVglopgddN6gA6o3jXdR8s76Kdl/cjx0fso031ccDlZlTsp69kFHe33FR3rX332F6qqHdyLX9467h2+AYe1byOCs5+fTl5zQNRA5vTRvbkwtvzaioVA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]166043390009]]_Mon,-07-Aug-2023-14-10-25-GMT.mhtml

**Hash (SHA256)**

efb5d75be71739805dd50f02b593136cdc6d21a6115424edd8aa9ca5e7349461

**Signature (PKCS#1v1.5)**

NEvWrHCzX7MtJMEJK24gTyBgg5tiP54GbsUJ1oKNcRegXPgGUiNhCxmvKrB70sFpYmRSyieYZWw28KAtQ8hJf5SBD7TdaZnh8S7Zk68B/
Gnc2gwWLA9J2w6HVuQoJ61ah8T3rzeUI0XbPgBzaIxyQ2Tt27NqquIWniaqtaQho1mqD5hBYow1KyojbWq6EGFfHNHy301SKo1V05xodomFxZFskGsIIWG0+KWfj7D4XdukhnqajBQNURjVxQW/QQ3PW3ZiluM4zCAg1jusoxwuPlnYIQ0PsDSskLY0dtU6pKUAZ1EKzzUZvFD59LnfYx4En90JPLX+
+dHkyeLBZ4VP3A==

Hi Jade! Daily Deals Brand Outlet Help & Contact | Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Clothing, Shoes & Accessories > Girls > Girls' Accessories > Shoe Charms & Jewelry | Share | Add to Watchlist





Hover to zoom

Have one to sell? Sell now

## Light Up LED Motion Sensor Smiley Face Evil Eye Crocs Charms/Jibbitz /Accessory

Condition: **New without tags**

MPN: - Select -

Quantity: 1 | 10 available / 34 sold

Price: **GBP 4.99**
Approximately US $6.37

Buy It Now

Add to cart

Add to watchlist

**This one's trending.** 34 have already sold.

Shipping: **GBP 14.00 (approx US $17.86)** Expedited Shipping to United States via eBay's Global Shipping Program. See details
Located in: Bury, United Kingdom

Import charges: **Free amount confirmed at checkout**

Delivery: Estimated between **Tue, Aug 22** and **Thu, Aug 24** to 33132
Includes **international tracking**

Returns: Seller does not accept returns. See details

Payments: PayPal, G Pay, VISA, Mastercard, AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

International shipping and import charges paid to Pitney Bowes Inc. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
elizlin2630 (263 ★)
99% positive feedback

Save seller
Contact seller
See other items

## Similar sponsored items

See all | Feedback on our suggestions



Light Up LED Motion Sensor Coffee Caffeine Crocs Charms/Jibbitz /Accessory
New (Other)
**$6.37**
+ $14.35 shipping
Seller with a 100% positive feedback



Light Up LED Motion Sensor Burger Crocs Charm/Jibbitz /Accessories
New (Other)
**$6.37**
+ $14.35 shipping
Seller with a 100% positive feedback



Light Up LED Pokemon Pikachu Crocs Charms/Jibbitz /Accessory
New (Other)
**$6.37**
+ $14.35 shipping
Seller with a 100% positive feedback



Light Up LED Motion Sensor Tik Tok Crocs Charms/Jibbitz /Accessory
New (Other)
**$6.37**
+ $14.35 shipping
Seller with a 100% positive feedback



Halloween Croc Shoe Charms 16pcs W LED Lights
New
**$14.00**
+ $5.10 shipping
Seller with a 100% positive feedback

## Sponsored items customers also bought

See all | Feedback on our suggestions

Sponsored



Light Up LED Motion Sensor Smiley Face Evil Eye Crocs Charms/Jibbitz /Accessory
New (Other)
**$6.37**
+ $14.35 shipping



2x USB Rechargeable Croc Lights Headlights for Clogs Shoes Torch Flashlight
New
**$15.18**
+ $14.62 shipping



Fast Food McDonalds KFC Pizza Croc Charms Jibbitz UK
New
**$1.90**
+ $15.75 shipping

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Jul 12, 2023 02:03:27 PDT View all revisions

eBay item number: **166043390009**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New without tags: A brand-new, unused, and unworn item (including handmade items) that is not in ... Read more | Brand | Crocs |
| Department | Unisex Kids | Type | Shoe Charm |
| Material | PVC | Features | Water Resistant |
| Colour | Multicoloured | | |

## Item description from the seller

Light Up Motion Sensor Crocs Charms / Jibbitz / Accessories

## elizlin2630

**99%** Positive Feedback
**1.1K** Items sold

Seller's other items | Contact | Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Seller feedback (288)

This item (6) | All items (288)

n***o (418) • Past month
Product came in two pieces so couldn't attach to crocs & lights only worked on one side . Tried contacting seller but couldn't get response

1***a (213) • Past month
Great my grandson will love it

d***r (456) • Past month
Thank you

See all feedback

Back to home page | Return to top

More to explore : Jibbitz Shoe Charms & Jewelry for Girls, Jibbitz Shoe Charms & Jewelry for Women, Jibbitz Shoe Shoe Charms for Women, Jibbitz Multicolor Shoe Charms & Jewelry for Girls, Jibbitz Pink Shoe Charms & Jewelry for Girls, Crocs Shoe Charms & Jewelry for Girls, Jibbitz Girls' Accessories, Crocs Girls' Accessories, Crocs Clothing, Shoes & Accessories, Crocs LED Shoes for Boys

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 07 Aug 2023 14:11:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:497f:e600:b95b:2e52:205f:8608

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fJYngaXJU8MTaRm24FU49tUy1Blsx+iMFMacaRxE1d+tdp+SKKiMDi995MPy2FYZJ5h+n8WDxdvOztAOHBYbb9CFCZ07kf0fDatfihabu76wQhecLSVK+OpsAzvqFXANLb8U4p2Z0eK/IKRfbkgON0K7+6dos9i4SP8EOiDQOk2hqXzpfAqHO5hIaW8ly5XeATqa72FDS1/
+6AjHtYLSZimGJfwgy7f9epnZ+dQVi1+Ek25CHflomQjgEL0R8QXboLvN+j1wXBW+8c4nlZLbIEnAbtx3bMrP+K2pQpX8ocDuWMsBgDWtNlSCEtp69mKVLmaSa8FeWoAyXqUagrp78w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Mon,-07-Aug-2023-14-11-20-GMT.mhtml

**Hash (SHA256)**

8444bcd0ae3c85317f9ff0a6f07a0dc0a7d03298741a3c87c643f56e863170e9

**Signature (PKCS#1v1.5)**

KEz4zxkg74kfZlRZtbHxkAF9rRRTSYn6VaghkO8O003ZyuqbljcKh2465wUOU5dV1PuOf4yYkqvcV21PG5yHdrXMCXIiEaltcE9g0hIU/w2SPCBTRIjHkHr1lvBOsata2tkA/kg8ovO2HU6h23B32RwEBWPqUuGiLcumybIvJQwIInnP3rDooC6XOFnvHfehTDL9z5Fz+KA685DD4z+HAI
+MnLul1mn5Lfz3kQofMK1MBJdmS55pAZYVgQxCANz9kWSCiuhVIxmAVSe0sTYQUcPG+D/n9V+SiTLm9c6pPjegGMSXQ4/bFqJSPs5DW1lXdvZTi+3GcW1KG82k+/eAFQ==

ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

Add new card

VISA

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]

307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States

[redacted]

Change

**Review item and shipping**

Seller: elizlin2630 | Message to seller



Light Up LED Motion Sensor Smiley Face Evil Eye Crocs Charms/Jibbitz /Accessory

MPN: Heart

**GBP 4.99**

Quantity
1

**Delivery**
Est. delivery: Aug 25 – Aug 29
International Priority Shipping
**GBP 14.00**
Includes international tracking

**Import charges**
No additional import charges at delivery
**GBP 0.00**

**Gift cards, coupons, eBay Bucks**

Enter code:

Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 4.99 |
| Shipping | GBP 14.00 |
| Tax* | GBP 1.33 |
| **Order total** | **GBP 20.32** |

You agree to the Global Shipping Program terms.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE

See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: Moks466 Set 4 pcs Meme patch, Patches for denim jackets, smiley face : Handmade Products

**URL**

https://www.amazon.com/dp/B09C7DNWN4

**Collection Date**

Wed, 16 Aug 2023 08:08:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AdrlWXsRJeZRAW/3W9BW1uJEco8IMRoceYHNtPC5kEw7hYXai2j28MD2YIJNdGHFPQV8GctHkrn3cf6CzZB65zDv8M+THzoftIgmEW6YRxgSD0GPfAKVXZXUfCWRwAGQGlsQ+JtX+bO0xL6COjetPy3EvhUAx7qwyAehhjf8MDVBkVSRCeQu10bt3ZCUs1QeA7Q4pLy6aE/
fshSr4EhaZ0F0BkxA+G+Oe0UyLdPR5wlTM+No+uxvuVlMr3wHUcReIBUpeR/8luh1aKCKWO3C6R4AAdFrANoKbhreh0naloiREfyKqD4WnniVD0WlwKtbpf5fxcqVLU+iMd8VjW9E3g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B09C7DNWN4]]_Wed,-16-Aug-2023-08-08-00-GMT.mhtml

**Hash (SHA256)**

19022e081fd50a8ab8730677369f60c799325b1b18c14c4f75bc54f12ee7b08b

**Signature (PKCS#1v1.5)**

UafjgUA2SmUuFTMja69JZu31eCPdUZgqMrzuV/KjHzNjUoTNXgLdsHfLyL03l74rtBtyyPNr6aAIVEqSqKNcRRbyWrqkMFnhZ9pkdZJHJc13UyrhLljkEw9bF/ME/g7v6eMshZw7TDy70lu0dEqIsTAlEhC/U/EJsCE8C
+11fTBKuwsAqblEWRaAwh/8cyLlvpDJFlXkQE6UDtkE7Qr40g1D9rwbgTOuj6d1INzGf1PO94WueppVRYzvTmh0yFwiRyRe2oquHN4r5GIjr+pj8aKj1Ap/j8wRthXubwWSVC37tjpmWzO7Wjj796SZQy1tWY4Y8rgazqCLmg1hmXK82Q==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 16 Aug 2023 08:09:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mY724TkxWAm+UzgLQuaRRUPIZwqe+gvTgdh2eSLA59QSYsJAcNFpne1ibtidBB8S7pqtSOJSIOFZqBQyAVD/j1xf062DyT/Go/eMWLsZI0oEGkKzzXOWHJ5hiWsONwYzJKNlHcO3jpme43QP6EocONICnmSewp1w5LomW5BC3WA01xk2oZ0rGR
+ur4NvFwSsUGSIqQ3q4TJDxFJjVFhzJAZtW9+JuS9VyCxvb/TB61Q4SiG7/iELwsa/l9jp2yMG0LBaJ3uUAsf2kGvGKiLBo/lK3EPV5YnF/s7HCPeDIbe0LWJEa6NHjDodyPNvwWnUZsdD2oIWoB/LLfIXWUQ+/w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-16-Aug-2023-08-09-56-GMT.mhtml

**Hash (SHA256)**

6278c718c36133ca47aea75a43e510dbc2a8f1d68cc4aad84a2e68202a655f11

**Signature (PKCS#1v1.5)**

PVLuCkjfCNw1AgfLcgr4/A7ilGWusD3JPpJkehByLazSCWubaHMP3lDgcbYwLkao8nlyQbFPuphk4Iy65+UmXYmE+Q7ZsS3eu0fyFjO71nhaNtFTkSj4qHLWNHAqJYWgqbxlJ9DTBYuML0ogFRFEG39E/CFwa7Lk1UW1eOjN8UbUoOibltA0pYxxQ3RbLnOSk1TBF
+azk1q8ULZ2IPDP3E34UWGrMwJK4KL0XRf5xAmrmDoZt67YvR6UH7efqhKIb+aKZMXdMGV1xeJb6ewIhPYLMfC/kYgMR2Lxf6SrwCNwYebB14Y5XBszGIbPGDtoHynYXMWUqySh5qsnKDoOVw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

[redacted] we're giving you 30 days of Prime benefits for FREE | Try Prime FREE for 30 days

**Estimated delivery: Sept. 7, 2023 - Sept. 28, 2023**

Items shipped from EmbroideryMoksShop



**Moks466 Set 4 pcs Meme patch, Patches for denim jackets, smiley face**
$10.00
Qty: 1
Sold by: EmbroideryMoksShop

Gift options not available

**Choose a delivery option:**
Thursday, Sept. 7 - Thursday, Sept. 28
$7.99 - Shipping

Place your order | **Order total: $18.69**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $10.00 |
| Shipping & handling: | $7.99 |
| Total before tax: | $17.99 |
| Estimated tax to be collected:* | $0.70 |
| **Order total:** | **$18.69** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: enhong Personalized Smiley Face Ring,Fashion Custom Engraving Stainless Steel Signet Ring for Women,Silver Gold Smile Face Rings : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B09811TRLN

**Collection Date**

Sun, 27 Aug 2023 16:50:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.224

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Xu4994AUFPDD144CvKdHJpLfWh7/e/TRGXF69JJfNIT4XA+aDN6tVivSKvj5+kZ8YDpNj6SdHeK8rZ8l9+kADrqbxjEkxT/zTh/J+kCrBWTAH59EPovWsIaZhM1dSTkCC0NdVa8M7++4Q+uDEfWQXdFg5OIlsl0XDaVbS62Qdj+/BZLW2ZU933YqKBdRSVFKSuZfC+n4khtYB18bewJt0ZL3Iww+tsw7xiA4pR0WqorxC4N2fFUDFyIlEgjeuWXr/GI3OzSyFbtg94bgawUvfjI7NV0HioY6ett7YZYLYew1rpUPDFXEBFr8V2vNUvObycTz/RSyI0A1tfPes8cc+Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B09811TRLN]]_Sun,-27-Aug-2023-16-50-35-GMT.mhtml

**Hash (SHA256)**

b5cac0e342c04ce66a89dcfd48172e5dc2b0df7ca1fa401c7a4bab47fb7c6f2a

**Signature (PKCS#1v1.5)**

Vz4IBdwQY7MGFRznhane/CS0svGkRSwTeTwJJ6qzFiRH2vQw8dhIbqUxvIdBs0B2p8sG5n0jCLuhtI0kPJYi8+M+abt4tD6VLB9EQxJSMME7EA7ljmvEjc9PN5lPYtR3FW0XH9/HWpGJLYlGvioZxbIDbVH496x4OQ9UnhCmOUOGT1yx35K8CwGXA0ywCGxseqFdh0IVNBls0UJeZVy0rGC6F5MMxw8AV/mBqdLlL338bMJcL3DgdIn6wHU0XPfnc8Wm4FFpOkQipoMMk4yPZj9pKtuh3BP395fzMsgZDcebpTMASgH2/IAKrgM7vNLarvPRrAF/WWYWX6Rc+nXx+Q==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sun, 27 Aug 2023 16:52:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.224

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

BZRhoFywPVebVkuWLTQFM1RgTuOq381d8FlhX5I5D9H9dx/SoKzKkPFpxAKG9VUnfs7xP950WhR9xkaoxqrYQ4vpwVWGtrxCSkuvq4cQGM5EzR1hsGdwUwJQdpqPGwd4zTzkooaqECikN86BSVSGr2HusfEhoEhZTs81wmLZ2t53IN1qeCW266iVeo1ekMyPwrHdPmzdeXNXf6X/
VaEkHKXZQFEiI5CZH9ezmEqy2TdIzWO48gSDSs7/hDtxUAYW/qjj86Pg6BxlksexGhMNr1gP3eBynZbWDPeAz+s159jAAK+1iO3L+Q38Wv/4DPcLszT9zUKhkBS1ElDkG1L97g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sun,-27-Aug-2023-16-52-06-GMT.mhtml

**Hash (SHA256)**

e32b20bc1623884a9fb475187cb782ea3f248c0c96c06e26f1466efd56cb7fd7

**Signature (PKCS#1v1.5)**

ky6jO8jq45caLNQ27upJ4Y1vbkNoQlu64aZd2TO7wMwXCuwv8tXHpd23zcUnglu5gyhphSTiQkETTQZUF7S4WO3Z/znoC3x5xrXnQhpst4EKUCrcfq3NzfvYA47mHPSEpAwsNvGCgTbJCumicBuus7A8UBTaI6uvXEA+v0C4OgMzbXsZsG4y7GJc6/FBKZNA/qk2Ii8OUqulnnxRqaskk3t
+Z3Nv8iSq5nAfvFF/VtP8+dtA1tiG2/u1Ts7gG75f0Z9MpLqyXadlrSE5jqHy3ncT6br/YM6VTKNhvXp787IbMnw3qZdSaQZlWV2ETNis3bGol6zf73GGvOxHp2IBhA==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: One Happy Dude Birthday Party Decorations Yellow Black and White balloon with Smiley Face Balloon For One Happy Dude Balloon boy's 1st Birthday Party Decor Party Supplies : Toys & Games

**URL**

https://www.amazon.com/dp/B0C7KV3SC7

**Collection Date**

Tue, 15 Aug 2023 09:42:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

AlmRfN4BZNPpqUf79Xe/G00G2gVLd1oKGb70PYZAf6wGPVJ4aW64BiDc5WmvPMJf9XMVV/
YYlLm3UkWvH/4FnmCJ8QsspiWbR7ES6oOZD1OdBxsFoAUIgpDDAs5W/95kwmxWAoMysczIdKCro3HFUsP70V3Z8gH3RihEp9c8KlDoh44HkxFBMb7MadNhN9W1s1D5jZ8zhLXXduvtpjgKJKQ7kYWAkcj05scaEkqMrx2s/C8dUZSuhu5Ez2Ugxskr6K
+vRXeBqpJoFzxJ5vTfPLbp2929ugLXFejYc3c0wOS1/tlZEw10rPiYyIwa6vYcqGPL6BtNvAUNyiTfK1v0/w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0C7KV3SC7]]_Tue,-15-Aug-2023-09-42-33-GMT.mhtml

**Hash (SHA256)**

6f0452168b47ec9ab86ca22d7c8e4f292645ba85e8be2b65ef8d00ebc7ed02bb

**Signature (PKCS#1v1.5)**

u8QGTDyIE023RE25pLC3j2ApbSGNI1g1BWxCDJLEgiBQtraXB2ixM5IvNE5n4iCboDcWThEtUD7AUwIFjO9P9j0Qg3iberWCy5P81q6qhtt9NitxXbAdtzhssM6UJ7IZPser3n/TfMQZ+FT6v5REAkbklo6ohbDq8ujqX8vw8ClL6Qvm54L0GFgHMDMe6fRmKsVKXtIKk/
CdPUFPoCnoQjl4YdQLk10UDBxSGe0vAcJ23mgSlF0bpWCccMBgcS30HX6Auym2wq+W484XlmUpGRv5po5v5IfqNUtgc4SO6oWLWA3LMB/6fgEwvpGfaEcmDYngeCrvLs1iLpS7T1zR5A==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 15 Aug 2023 09:45:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

MPdNa2cOOIc5RffTcpbt87HEGIj7YKByHaWnD6Z2UGtsqk/lr5aRo+8fE2OjaulRT1K8kEsaFWeYoKOGSdeCg1oJGTFlMnbV7sFHj6nRJ0Sz8IMcrJ3/8fnVls3mPoKt4nhhoRhG3ELFnuUv1VFQaQeJX5tlZ6RAdKvE+bwQDNobOz5m+nRxVB1NAE+//tze1rVSEBUem17wIdNt44M8IXlRulEgFQ
+/rClip05yPGTxmR9YOfCbXIHC1Oqs+BQzAf0UHGDRTModOpSQBbw20Z4Yi1QvlAjGKwVhYFbZu7IJhmltuZ8W/iFphPCK5L3YQSTaSxxuF/u0y20i6x7GPQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-15-Aug-2023-09-45-02-GMT.mhtml

**Hash (SHA256)**

f0511cac483b2fc0542690d9b260429ae0cb28305682a6f2645f76de8290b20a

**Signature (PKCS#1v1.5)**

O9N7MxMikPT9ejJOvMxkqqEjOoyDEHQNRbXxFS7MqVSmk3GEkR/pF5Ilhp9eOL82MF4yiXVrzeuYOxP7TfrYLRniNVjyuTxL0ATy71rWbTmnUbgOgngAe3e4osBY+l2/XA+G2zP0bzlgXSI6XwU0Yjk1ELeDKDlGWu5jHu6eBwpevI5j
+orGXeE751f10ntKXOGVVPFlsyayPk4QmAc9bLViic7zU4TlIefmRRSGYog5+54LMKJ1cj2fZCcrjfkCj JxaiYPWsLqMnLYKTLRK3H46sN3GWEJVwH1JG8s6occ6e1et25iFTD6tt4YTsv+gt7CgddQqnRWD27jfpP2+xw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

[redacted] **we're giving you Prime FREE for 30 days!**
Get your Prime eligible items ~~Friday, Aug. 18 by 8PM~~
**Tomorrow, Aug. 16 by 8PM** for ~~$6.99~~ FREE

Get FREE One-Day Delivery with Prime ›
No hassle. No commitments. Cancel anytime.

**Delivery: Aug. 18, 2023** If you order in the next 18 hours and 15 minutes (Details)
Items shipped from Amazon.com



**One Happy Dude Birthday Party Decorations Yellow Black and White balloon with Smiley Face Balloon For One Happy Dude Balloon boy's 1st Birthday Party Decor Party Supplies**
besttideyes
**$15.99** & FREE Returns
Qty: 1
Sold by: enjoy market
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
- **Tomorrow, Aug. 16**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Friday, Aug. 18**
  $6.99 - Shipping
- **Tomorrow, Aug. 16**
  $9.99 - Shipping

Place your order | **Order total: $24.10**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE One-Day Delivery and save $6.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $15.99 |
| Shipping & handling: | $6.99 |
| Total before tax: | $22.98 |
| Estimated tax to be collected: | $1.12 |
| **Order total:** | **$24.10** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 07:05:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

BDCA2cl1qcS7qDdWkKlFYiNEicKWhf74KJjwxz9VLiDHu6YdF7H9NxwmDVHfmmZjMB8ifSGKXe3p24hfCmXGWquxNiHwKaG5bfiDGaC/RZc/ctMu9vgYdpLY+tdw11OzdvARdfNRGv26PYRTbY9apTmg7BEeGma2AoZZt8zH5Ma7OneE4IdvzJQC8UOs3Qrt2QfwWrp1/
+VXD1X0tTbxB0O4PhAAU2SxoeQI01skAqNpUwTcjXfBetHjgD1xMFtrXTieJXirw5LI/Zdk3xtoZUtkgroPx911PVNrf8oxS2HXnO8f9sRbnwjoN2LLIdbg30H+y3H/kklWlcXlOMKdvA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-08-Aug-2023-07-05-27-GMT.mhtml

**Hash (SHA256)**

5c8d04f0a839b41b4504d9ce91044c8891266b564066f4e451984d6a977fb38d

**Signature (PKCS#1v1.5)**

hZwP3Vb9+EUzjJuFGTGSaTYs518XmMfhxGsnz55WlSo3xTcPEB8YD3sJ040FZGyfQZf039Ac91GY2rqjLz8CSEAZgrZjTiMe5vLcjNEHtfztucbT+rCkjo3YhQgCaqfXgumxaxc+LYb0bOHuMaW3QsdMOsfiw2Kgy/Nn0mbfkXEkWCKETfjAZ6/iDqyVs88tmbmbSuwbdTkFwo2NyS4PJ8V
+LC4S36TBAvkLQon//vBUAf3X55LIAxs0J639PrlW9TyWhU5xMoRarTHdlh42kggS1PoIjGhvgpqVajHy64UQNb3zS3SfiddLsEOmb3YHKdRuLCuMI5+zKABrvbEY4g==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

VISA

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Review item and shipping**

Seller: esmeonplumi... Message to seller



Plastic Bead Beaded Acid Smiley Face Rave Raver Earrings Handmade Rainbow Round

**GBP 3.99**

Quantity
1

**Delivery**
Est. delivery: Aug 14 – Aug 21
Royal Mail International Standard
**GBP 6.00**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 3.99 |
| Shipping | GBP 6.00 |
| Tax* | GBP 0.70 |
| **Order total** | **GBP 10.69** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

**Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Plastic Bead Beaded Acid Smiley Face Rave Raver Earrings Handmade Rainbow Round | eBay

**URL**

https://www.ebay.com/itm/314466621059

**Collection Date**

Tue, 08 Aug 2023 07:07:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

gRSXAiHt8Vhb/DXtU886AsiJGiDqek6ZxHktZFdpEb6reJKaEDnDidoZPYCdX7ZmEkNqWFSR0nNjK9cw3f/nc2RAvvgHOuH5toAcgyIPxoT+Jf+ytTIXMD9PNhGuFdPFtA8mBD+TjxGdernWCbQw3B
+6OuUEYH8VEskWzPSwCumqzGmNBRroeCjMHxy0rb1/7GJRgKRXgmkdPly5vJIZ3+FC5Fvnej4zEseFlf+eGx42bnFW0EbvKw54sJSXo5E93nPcbUcI5X/M4mk6vR22Yqj8Q4cx++niEg8whDQxMXNXYcLzd0P2GqJDmP2pmPUquXOWpjhbbL4AN0WmHU2pZw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]314466621059]]_Tue,-08-Aug-2023-07-07-14-GMT.mhtml

**Hash (SHA256)**

ebc3d725a1e7087500535cef6640ab88939c605bdc59d010a0ed0803a84b7415

**Signature (PKCS#1v1.5)**

GXEFExg9zULhpfZyYH5oSOlEhv6NE4D4QyebvcOSwaXHXF1h/YSq/IqWXul+CVXUlVHQEoDVhyc0qAIcLjRJCfLKiGKI35YP03I3dQ6o7qnPrfuV1bI0mj6MzNwnVs8k7JCGPXO2lsYScrln/O4e1DJ68h7sYBm2He/+eX4frJGQg+t2iSJ2ugj23ozW2P3TT4NyT2pjKdxigTcz8QkHz+vR/jWiAP6dXAIEM
+zUNPPrZWK5ZSYi/w1jNjAsT6S+YI+1fTHzURbZbH09PPGGNqJno+97PlSc3rlYaiBnWfJZHjSipf9nnNRmQVRmPqfJnSfBpS6Wtm5+O9edlywm3A==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay 1

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Earrings

Share | Add to Watchlist



**Plastic Bead Beaded Acid Smiley Face Rave Raver Earrings Handmade Rainbow Round**

Condition: New without tags

Quantity: 1 | 2 available / 3 sold

Price: **GBP 3.99**
Approximately US $5.10

Buy It Now

View in cart

Add to watchlist

**Breathe easy.** Returns accepted.

Shipping: **GBP 6.00** (approx US $7.66) Standard Shipping. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Louth, United Kingdom

Delivery: Estimated between **Mon, Aug 14** and **Mon, Aug 21** to 33132
Seller ships within 3 days after receiving cleared payment.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

$ Have one to sell? Sell now

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
esmeonplumisland (1510 ★)
100% positive feedback

Save seller
Contact seller
Visit store
See other items

Registered as a Business Seller

## Similar sponsored items

See all

Feedback on our suggestions



Betsey Johnson Happy Smiley Face Earrings Dangle Pierced Yellow NWT
New
**$14.99**
Free shipping
Seller with a 100% positive feedback



NEW 60'S FESTIVAL FLOWER POWER PLASTIC RAINBOW PEACE SIGN EARRINGS UK SELLER
New
**$5.10**
+ $14.33 shipping
Seller with a 99.9% positive feedback



Small Cute Stud Earrings - Brand New - Smiley Face Clouds
New
**$1.01**
1 bid
+ $16.25 shipping
Seller with a 99.7% positive feedback



Smiley Cloud Face Earrings
New
**$4.09**
+ $14.30 shipping
Seller with a 100% positive feedback



Coloured Dangle Earrings Tassels Beaded Square Ear Studs Statement Geometry Drop
New
**$6.19**
+ $14.37 shipping
Seller with a 99.7% positive feedback

## Sponsored items inspired by your views

See all

Feedback on our suggestions



One Piece Ace Smiley Face Totenkopf Kette Necklace Anime Manga Cosplay
New
**$13.09**
+ $7.70 shipping
Seller with a 99.8% positive feedback





Cartoons Cute Graffiti Flowers Smiley Phone Case For Iphone 13 Pro Max Xr Cover
New
**$7.89**
Free shipping
**Last one**





12" Smiley Face 10-100 Party Decorations Latex Large balloons Helium Air Quality
New
**$4.46**
+ $14.32 shipping
**33 sold**



Genuine Women 18K Solid Gold Bunny Smiley Bracelets With Certificates
New
**$148.99**
Free shipping



Yellow Smile Smiley Face Happy Hi Thank You Blank Note Card Keep In Touch New
New
**$4.95**
Free shipping

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.

eBay item number: **314466621059**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New without tags: A brand-new, unused, and unworn item (including handmade items) that is not in ... Read more | Brand | esme on plum island |
| Type | Earrings | Shape | Round |
| Closure | Hook | Style | Beaded |
| Theme | Retro, raver, rave | Material | Plastic |
| Metal | Silver Plated | Colour | Yellow |
| Ear Area | Lobe | | |

## Item description from the seller

Silver plated earwires
plastic beads
round beads
yellow acid smiley face
with additional rainbow beads
length: 3cm

I make all the jewellery in my shop, I source items from plastic beads, to me personally hand painting items. I hope you love what I make as much as I love making the items. If you have any queries please message me. I post most days monday to friday, but due to my anxiety disorder, some days do get missed, but I really do my best to get them out.

## Business seller information

Esme C Dodsworth
8 Anthony Crescent
Louth
Lincolnshire
LN11 0AY
United Kingdom

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Esme on Plum Island

**100%** Positive Feedback
**2.6K** Items sold

Visit store
Contact
Save seller

**Detailed seller ratings**
Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

**Seller feedback** (1,300)

e***r (1531) • Past month
Lovely items ideal for a western themed party
Novelty Vintage Plastic Sheriff Badge Star Dangle Earrings Red (#314463738998)

b***0 (2068) • Past month
As described, many thanks *****
Vintage Butler and Wilson Rhinestone Dog Doggy Brooch Pin Red Collar (#314473608865)

n***a (219) • Past month
Nice item and trusted seller. Thank you
Vintage Butler and Wilson Rhinestone Green Butterfly Brooch Pin Sparkly (#314472601057)

See all feedback

Back to home page | Return to top

More to explore : Plastic Band Plastic Case Round Wristwatches, Plastic Case Round Wristwatches, Plastic Band Round Wristwatches, Diesel Plastic Case Round Wristwatches, Fossil Round Plastic Band Wristwatches, adidas Plastic Case Round Wristwatches, GUESS Plastic Band Round Wristwatches, Sanda Plastic Band Round Wristwatches, Lorus Plastic Case Round Wristwatches, Women Plastic Case Round Wristwatches

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 09:48:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:491d:2d00:69bf:7906:a752:afb0

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

UFULV0rG3/8hpgvu8uxf8AVqjcF1EqwkvPztRWmxak2pK+g8A++GYBCQJar97Jkv2eTncwSRdRCwl3wUrKiAjrE08C0UjR3IVEJRSU/AMudLhxEBdk1iYXuPPoEhtkG9tsRf6Am1Lo1gU8k9E3yXS9o7M8IxqRmjH95NsSgGBBTfza2Ti17L
+8+idG/58Q2qWxLWXkNN8xadm8tvkePiT9MfBdMjhymH8J2jLre1IxwVRtR9VbwpQaJWACvRqxNBcM3/Tfmvl5Vctg8XzWoSmG3W04dkIYi9GsusflWg917lm3vkGNRzoIU00PdNaX8024FgXKMmPqdnaVernxAxJg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-09-48-06-GMT.mhtml

**Hash (SHA256)**

f8c6d59f519dc6c7cad91661945ab7fb7f5c9468bcbe4fa99820bff414b145be

**Signature (PKCS#1v1.5)**

gnVg1wrOHUqsROv2WB+TC5BZoog6Y+X00xuXv56bSeTBTMpA5swsof2SQNwX6s2Tl9G/fd6uxqbtrrcOppbpAbnwxPyVXvSF6AA/pNEdXyr6HxIdP5mai/C7Q7dz5RfV/8xV2GcCc2/wG7OfeoDT45KvJn4wnKmj1eLs7kqi0kShycFTo6jLI5tz8yv8MlbDo1ENNJXDFGjJIVRQyx+1nxRxruKklXQiBBl
+8Nb/zdjRd08xSnDEGKK7bX2kJ4mCld3giSPzWAcj7/kxQO3X8DnGuvDOqNuUrnW13L7m9hDkkETY3UKgEyPN0PmY0MPJdGYocUCq5jYaRpHqQ6MPBg==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

VISA

**PayPal**

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Review item and shipping**

Seller: eurolocos Message to seller



4 X SILVER SMILEY FACE HEX TYRE VALVE DUST CAPS ALUMINIUM - NEW - UK STOCK

**GBP 7.24**

Quantity
1

**Delivery**
Est. delivery: Aug 17 – Aug 24
Royal Mail International Tracked
**GBP 12.50**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 7.24 |
| Shipping | GBP 12.50 |
| Tax* | GBP 1.39 |
| **Order total** | **GBP 21.13** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

4 X SILVER SMILEY FACE HEX TYRE VALVE DUST CAPS ALUMINIUM - NEW - UK STOCK | eBay

**URL**

https://www.ebay.com/itm/224664432816

**Collection Date**

Wed, 02 Aug 2023 06:33:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HWWEuGe42ns7fK/LkEkofUxgC+FCNaTVlXiPFj/fPRPz2htVZ1Sq7A4gNyxWWBzjlU/NtOtJCmJzJhIMBjQLjSu5bJ9g4s8RtqGY+ELrgTSw/6OXGGvDmBhEoGtNMya1kbEZAfgaiHZSo262fyuCq5r3HgDstTnQrLPRsSHES/s=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]224664432816]]_Wed,-02-Aug-2023-06-33-14-GMT.pdf

**Hash (SHA256)**

a9b10fcd71c1da7ea4415571719775921d9b85a27501715cf8d45e3238bf2520

**Signature (PKCS#1v1.5)**

azVis7qMOjbtHEFpf3N3Hl4PAZ15JM58LyZLDytrFz+I5y5xkzNjQxVeqLgHt5QBuTnc1oeF/B5TQiR5scEj/eplgSa6vhJj4Kk3Ufp0hs71R2o9jAuyIHIRidLyYD1hyRHsb2nDlZ6t4DuRynFsKrWA2gjN2/MVFTU2cRjtIBs=



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: Hot Pink Smiley Face Rug Funny Bath Mat Cute Bathroom Decor Emoji Shower Rugs Retro Funky Bedroom Aesthetic Fun Round Preppy Cool Apartment College Peach Blush Novelty Washable Bathmat : Home & Kitchen

**URL**

https://www.amazon.com/dp/B0BYNTV2FQ

**Collection Date**

Wed, 16 Aug 2023 14:21:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

C42GbsZFYClxuA57UaTYP40fcnxaJ23ynLuHyH9ajE9UFOtifklp65w+fKonacZ+qtrgaKxKG6n9NOhiMLwqYM57qSbgSlW5kAT7nulhUleglBuN2Q37MZmpadDpQxJr8zX/g6avT+Wf7hoGKxyQ89cmPTiDBtqnQn8hQWRwKu7xujq3GSby7LMvJlybhdSShIsqgOnMOhAzUS5x+A1YaBJ+eJC0hQr9+lIWmCnZ7L7MLtd8oWsViqstWaPpvimGvjhqJWQvu54WX4vz3K1d6Rc0AqspLGEkx60mxuF94VxEBB25VvDXHp8X/22InM5WUoveKFd8c1Ulmkf+3fSgiQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BYNTV2FQ]]_Wed,-16-Aug-2023-14-21-45-GMT.mhtml

**Hash (SHA256)**

22faee88a170eeba09dbc3797a0f33c53684859cba27715de944ca1cb2abacd5

**Signature (PKCS#1v1.5)**

esx213BbEKd2FvYJG64wd6LxoUYN1lNf6evtfTvfpelg9blDjdlK4P32BYhrmGX1fRcX1veTPnlauT3WhwMwfVXr/klynU/ubDto5qrBjMAqlu/8YRqwrVsR2I91iOtjbBxGaaN3+9nRH2dqdGsblnnQ4fkGWhTEXDmk74VNKdHu7hoQc4wjQ7ZLLMUD/m599gk3FTZeN24lzlPiciBxb+6HSj33XaD/Qlb9axJhu1JcvDaTiUD8WuoDgK9lA77ig/RCEsB48qHDcYmK04nnTTeBVxXvaxmF5QqgZRzrW2zTjDaximV5iDMDuqJz4+p2eQWhnovH6Du1YbKL3FrlvA==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 16 Aug 2023 14:26:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Km8kahopuREHnKVZbSghBxvt47ovWylwXiKr3qU8NW6WivgVu2q4FLuli37qOfHCzzR0g5fiSIzjlXIR+1f5xxcRYh/iGFYDFN3EqL2fm+YuoCw+kKsLI0QLwvIobjMlGF7EOQqrg5l7x95hmVO1/B+60vLPKo6UqArfhIiQ7nYDtEAR2UF2rtwSCxvXVESaGFJTZLF2W9oAiS2rQdG9ekq3rk/odVfzV/
KYqN5AJWyi/uSxcfCXRjCGOBmCRyuxpLIvHEoFxReyu8zudAk1yV5S1He494z0bUcRY94/V6SxcPsfhASgPm8ZGUkBVXFKBcKKsNhBbrSkplJiirLMmw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-16-Aug-2023-14-26-19-GMT.mhtml

**Hash (SHA256)**

fa6b306c71faccf655b39837cd16355b1afe402bab93a8862474e165bfd40990

**Signature (PKCS#1v1.5)**

w/Iy5WspgESF5iBD1Glo9vyPuLb9GTEtBOX7dfiSQ3L3e+k/kMGUKpWXoaT4PAUEYbMW4vyH2hSYOoCTkwSPQZzGp0NACO1ea4wVxvDFKX0d+hdfQCUYD/7C/mj+uW1RKBdFTr9YMDbCKfjSJQTH78cJHodwKHDF+bokWMkb4DtDEk3n7RwyycKyxs3krpIkGg1jPBetJUGE5CSgwTXyR
+FRliIWHrrIPi9032x3wEDCt7UB8e0kcRDpGUDmzvdbLt0dFj8d+lzAcWTBhXh8EfCnqg06s3sVQDGWVlZL/iM2H8QmDuPofcQP/cRZI6dctQxj/jcSrXX6R3iXs9EWzw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

[redacted] **we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Sunday, Aug. 20 by 8PM~~ **Saturday, Aug. 19 by 8PM** for ~~$6.99~~ FREE

Get FREE Prime Delivery with Prime >

No hassle. No commitments. Cancel anytime.

**Delivery: Aug. 20, 2023** If you order in the next 20 hours and 3 minutes (Details)

Items shipped from Amazon.com



**Hot Pink Smiley Face Rug Funny Bath Mat Cute Bathroom Decor Emoji Shower Rugs Retro Funky Bedroom Aesthetic Fun Round Preppy Cool Apartment College Peach Blush Novelty Washable Bathmat**

$29.95 & FREE Returns

Qty: 1

Sold by: Evovee

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- Saturday, Aug. 19
  FREE Prime Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- Sunday, Aug. 20
  $6.99 - Shipping
- Saturday, Aug. 19
  $10.51 - Shipping

Place your order

**Order total: $39.04**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE Prime Delivery and save $6.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $29.95 |
| Shipping & handling: | $6.99 |
| Total before tax: | $36.94 |
| Estimated tax to be collected: | $2.10 |
| **Order total:** | **$39.04** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Smiley Face Squeeze Ball Pack of 3 Yellow Ball Stress Reliver Ball free ship | eBay

**URL**

https://www.ebay.com/itm/175644400534

**Collection Date**

Wed, 09 Aug 2023 19:04:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

193.27.12.196

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AHy9xMTRi8Mu3MYXu5NARfV4JAmF0z2sN9GTZjlDjmnptQd+WaXDu6fNj7esul13dMrvH+pl2txB5N1uUWRDblkEMmK+RcKV7IpSrBR9knOEQRjq8Nfc08tf8RSbYHkhDbVVQgiLevckMPUlPhIffwV7bn9qcSKje1evL5PaiVRiHfEUpB4Lx9D5osbn0/
Bfzj43lPC1WY5dmQQEUKHLEx5q1JJqVc7VEr0HJXYQnw6C+U1OOpiar2n4cUrvPOBdz+4p4fN6USCMTzhzBjCZxt0ZAjkMDFHdOspJbFINhsKLh7Ai/36K5vVbuj2IxP9bohCXdPeKTpmER+c8f1Zg3Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]175644400534]]_Wed,-09-Aug-2023-19-04-03-GMT.mhtml

**Hash (SHA256)**

4b933971d46ec583ff7a219a72525681c33caa3801fa0daa0d636ea396439a35

**Signature (PKCS#1v1.5)**

UrGSlxFvd3N/ihR1cKKcLALVnvg61bIDxXjjODNaVJmi31PVDYU/22PHNQTTJCHFqwM+4UyWZ4xYs38xs0Yim/IzFNKSJ9EiWUKhn9Tz7MESuD8rPwigRSKkM+MiBe2qJld0hBlftUN2jEnTmqOrHekrFJdayTSpOpH5b7F2DpMiFtjlX2TRbbGIRtUR08dtYVOXaKdvw1DwL82lgx3MKBN3Kqf53sL
+6cQ0dxjCbYdztiQaHGyZi/xSGhBgcMlx4gvRKuJkeKe3mdSL22skJXExBK628FFajXw8uUZ4Be3N28DFnHKrt0YeMUMp0d8+a0nYdfLGPDk1BiGGr7yglg==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay 1

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Toys & Hobbies > Outdoor Toys & Structures > Balls, Flying Discs & Boomerangs

Share | Add to Watchlist

Vaping can cause lung damage.

SAVE UP TO 15% WHEN YOU BUY MORE





Have one to sell? Sell now

## Smiley Face Squeeze Ball Pack of 3 Yellow Ball Stress Reliver Ball free ship

Condition: New

Bulk savings: Buy 1 $11.69/ea | Buy 2 $11.11/ea

Quantity: 1 2 available

Price: US $11.69/ea

Was ~~US $12.99~~

Save US $1.30 (10% off)

Buy It Now

Add to cart

Best Offer:

Make offer

Add to watchlist

**Breathe easy.** Free shipping and returns.

Shipping: **Free** Economy Shipping from outside US. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: SURAT, GUJARAT, India

Delivery: Estimated between **Fri, Aug 25** and **Thu, Sep 28** to 33132
Please note the delivery estimate is **greater than 13 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 60 days returns. Seller pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, AMEX, DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

Seller information
exporthub-1 (19 ★)
100% positive feedback

Save seller
Contact seller
Visit store
See other items

Earn a $50 statement credit
Open a new eBay Mastercard® and spend $250+ on eBay within 30 days.
See details
Offer ends 8/16.

## Similar sponsored items See all

Feedback on our suggestions



3 Guatemalan Hacky Sack Footbag Hackysack 90's vintage nineties toy stress ball
New
$9.99
Free 2-4 day shipping
Seller with a 99.4% positive feedback



Smiley Face Squeeze Ball Pack of 3 Yellow Ball Stress Reliver Ball free ship
New
$11.57
~~$12.86~~ 10% off
Free shipping



Colorful 7" Playground Balls, 3 Pack! Various
New
$20.00
Free shipping



Smiley Face Squeeze Ball Pack of 3 Yellow Ball Stress Reliver Ball free ship
New
$15.91
~~$17.29~~ 8% off
Free shipping



12 SMILE SMILEY FACE STRESS RELIEF BALLS 2" FOAM HAND THERAPY SQUEEZE TOY BALL
New
$10.95
Free shipping
Top Rated Plus
Seller with a 99.6% positive feedback

## Sponsored items inspired by your views See all

Feedback on our suggestions



Mala Leather Unisex Emoji Smiley Faces Coin Purse
New
$26.17
Free shipping
Seller with a 99.8% positive feedback



Smiley Foil Curtain Party Decorations - Set of 2 | Happy Pastel Birthday
New
$29.85
Free shipping
Seller with a 100% positive feedback



Yellow Enamel Handmade Sterling Silver Smiley Face Shape Pave Diamond Pendant
New
$67.06
+ $8.00 shipping



1Ct Round Cut Simulated Diamond Smiley Push Back 14K Yellow Gold Plated Earrings
New (Other)
$59.97
Free shipping



INC Xstamper Pre-Inked Specialty Smiley Face Stamp (XST11420) , Purple
New
$14.50
Free shipping
Seller with a 100% positive feedback

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.

Last updated on Jul 27, 2023 07:20:00 PDT View all revisions

eBay item number: **175644400534**

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | Unbranded |
| Material | Rubber | MPN | Does not apply |
| Country/Region of Manufacture | India | UPC | does not apply |

### Item description from the seller

**Smiley Face Squeeze Ball Yellow Ball Stress Reliver Ball Pack of 3**

Note: company may change item packaging time to time. We will ship latest packaging of same product.

Color of the product may slightly differ from the image due to lighting effect

SHIPPING :

All Product will be shipped through India Post Registered Airmail.

Delivery time : between 15 to 25 Business Days after Dispatch.

Product will be shipped immediately on the same or next business day of receiving full payment.

If for some reasons beyond our control, your area is not serviceable by our logistic partners, we will refund the money.

Please be patient about the shipping time because it takes longer time due to the distance and sometimes take a little longer, due to local dispatch delay.

Any sort of custom duties OR charges will be bared by buyers.

We believe that all disputes can be settled by proper communication.

If you have any query please feel free to contact us through eBay message system or by clicking "Ask a Question" tab below the listing.

All Messages answers will be given within 24 to 36 Hours.

Thank you for Visit !!!

Listing and template services provided by inkFrog

inkFrog

**exporthub-1**

**100%** Positive Feedback

**277** Items sold

Visit store | Contact | Save seller

**Detailed seller ratings**

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.7 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.8 |
| Communication | 5.0 |

**Popular categories from this store** See all

Collectibles | Crafts | Jewelry & Watches | Health & Beauty | Business & Industrial | eBay Motors | Sporting Goods | Home & Garden | Clothing, Shoes & Accessories

**Seller feedback** (25)

o***o (141) • Past month
great product, fast delivery. with thanks!!!
SBL Homeopathy Hydrastis Canadensis Mother Tincture Q (30 ML) (#175711521742)

s***0 (780) • Past month
Not as good as the powder I have Did hold but not as long and was a wee slimy
2 pack Fittydent Super Denture Adhesive Powder 20gm (#175702052996)

b***a (144) • Past month
Good seller
3 PACK CLEARWIN plus Ultra Effective Acne Gel 15GM Remover Face & Melasma (#175644399217)

See all feedback

Back to home page | Return to top

More to explore : Squeeze Ball, Beach Ball, Pit Balls, 3-4 Years Pit Balls, Ball Pit, Dragon Ball CCG Sealed Collectible Card Game Packs, Juggling balls, Barbie Pit Balls, Dragon Ball Z Action Figures, Dragon Ball Super Card Game

About eBay | Announcements | Community | Security Center | Seller Center | Policies | Affiliates | Help & Contact | Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 19:05:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

193.27.12.196

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

JPX2SvO7e35ellXXldf6fpO6H3doG1fCk+2/LYk3U0Vpz5Aqzbv95VvrPTjk+wFgqyG4oGtUDx+4aZKIdUCxBIhZcqkTfLhayo1XmBOmEWCTKbhAnCkCTS4WmMGo7JYq7jMuJEcpW1WWH+EOUeFQGghIABu7ZTGNLl2yWrdp5wX/kXaTdf3Ta
+fa93Y5svdGA2D1sYnZoF785bXr6HjRsI2PUacWb1TjA94xx+pse7Kr3mq4g3N8Hw659ImVqE75tVpyDsTMSnBz7kjuHAKCs51fV404mwhkD9YxVMZF9E5MZHpdwhdmlXPr9qupKdIrPpxFUR29iPA9qdWmif9GIA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-19-05-00-GMT.mhtml

**Hash (SHA256)**

f5af2d80f9ccb8cebd3cf4f7d58c08c0bebf7a04783d629e72688b6f44adda36

**Signature (PKCS#1v1.5)**

R6Z+GmnXsmo6VTsAT5YibmDs3eZn3qz+pDeKr3aZcJWRypBI+UB8dBPB+obal5nAEugsaaelYhLUCzQ+L4aKG77o5NNO/JIdzsdrK5ewd2DiaCoPmZLD212YrHTJrqQ+TfhJ2VI85yW+jQCNrGXywnOU7bm0kLTunDyMOLAJYygK4Yra5HPaIWV8FSTEJVk64c5aJdB6Ry2/Bf4ikzz34m8/
akZkCXypQBT0K4yg/kusBJes2zGh2xnw+efHbN0E/WELdGEP0CqwqxXWT5iVw7jMzPNv8vFF4wS1FkeUs7h2mLcIHSCjeaBfo5X5Gq+ukW4HHytV6iUVzFSFZnOAqw==

ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

Special financing available.

Apply now. See terms

G Pay Google Pay

**Ship to**

[redacted]

307 NE 1st St, Flt 6

Miami, FL 33132-2505

United States

[redacted]

Change

**Review item and shipping**

Seller: exporthub-1 | Message to seller



Smiley Face Squeeze Ball Pack of 3 Yellow Ball Stress Reliver Ball free ship

**$11.69**

~~$12.99~~

Quantity

1

**Delivery**

Est. delivery: Aug 25 – Sep 28

Economy Shipping from outside US

**Free**

Save up to 10%

**Gift cards, coupons, eBay Bucks**

Enter code:

Apply

**Donate to charity (optional)**

Wildlife Trafficking Alliance

In honor of World Elephant Day on August 12, donate to WTA to help stop the illegal trade of elephant ivory. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $11.69 |
| Shipping | Free |
| Tax* | $0.82 |
| **Order total** | **$12.51** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE

See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Face Charm With Lobster Clasp New | eBay

**URL**

https://www.ebay.com/itm/225357643430

**Collection Date**

Mon, 28 Aug 2023 11:23:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

SGyp1gUAp7hIse2jSEyV7VxALhIfomkJoehsauuUNmuG4myymKEmEe6V02Jlom4Da5fjDbPBQFlsYPqvD5hgFdA1oZPKvpAcaRYgmckwabfFOqjNAOt4yBjWv9a/RJqiigwiROZym24HoBKqcgirZSbB/8e/tlTLNjed1PGy3GE=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]225357643430]]_Mon,-28-Aug-2023-11-23-05-GMT.pdf

**Hash (SHA256)**

72727068ca475f226c664246cc847d4bc275b0c9ef78265985491045013251c1

**Signature (PKCS#1v1.5)**

j51h8oXiV1AJZtz+s2iQiNADD7yenv08DkD4ZSScLM1NTDqhU20gEvv0MJ2TTUVNuZvWPYeYu/mxeECozXkZ01CwYi3aL3GxPIZW5OfJeThrBrwuQ65VsTP6aVUFOV/pDSFyvNUzLwW7/Uiq8ZS4QxjlVAfIOGInXsPTNJwnJKc=



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 29 Aug 2023 02:17:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.74.192

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AJeRyDmjuhzXQHzKHN0mbsN/6/D5LE1DWPx6CoAAh9jRS3B6JZ2oc4Y6jbE/4i4EAXvAPN7SEP0e3VaJCXSFpxz78JNvX1IjwQNwPBm1Q36cqntAim8lu0fmZU+nmNQNTaanhmmYvOvUBnZDdEGe5Ik1jMx5C5mu+wvvsrgJgG+N8mJ2TdwMT5y93dbD1eb4wctE3ZHP1OT/A0NVF/
+VXNdqrJz7Aaf1J18iloVQumnD3oM16Vkxy6WwA4VlNGCeJvmS0KWfI9DWfKUb8loF2xnjetystrtetZaAaNHyu4BHcaLPWCYIunLS3XWMHlJQHAi32TPR6Rtlmu5wPH9tHA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-29-Aug-2023-02-17-49-GMT.mhtml

**Hash (SHA256)**

aeaacca3481f8174082d7b454d36945a4058efb1ad7ca0e5a0ed2556ce1017ba

**Signature (PKCS#1v1.5)**

afbdwfdZ8QSeZUR2lblcJtxB+kweWphWU5l0raABTacnxKphXGGUEXejLfuKamLP77lVwTtuqYK7+4JfmUoQOZN7WfzeuRGM9zk02DKbKWS7NXDJkXAFxPFMjIZZkWr7MF/zPCRFKY3bJtjbvz03yEHRXpQh/4gXG882sNPCxgM3nxG/7iNYEeo5p+QF4Ch
+0Ee38pWt7XHQEoaf7qtIxH5BlE0TNfYJVX4XvEYt8MZnLYPrwyBXsNmyzEYlNiGiINtWi9rJldQgZ6sCTUWu6/DNqtSjF84RyNhc4ENLRtTevAbd3LMIP2cVn3U8Yb055r/bvrrvNaMIE/CDzihsvg==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Currency**

USD
$1 = £0.76216
Change currency

**Review item and shipping**

Seller: fallen.star Message to seller



Smiley Face Charm With Lobster Clasp New

**GBP 1.99**

Quantity 1

**Delivery**
Est. delivery: Sep 19 – Sep 22
International Priority Shipping
**GBP 14.96**
Includes international tracking

**Import charges**
No additional import charges at delivery
**GBP 0.00**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 1.99 |
| Shipping | GBP 14.96 |
| Tax* | GBP 1.18 |
| **Order total** | GBP 18.13 |
| **Order total in USD** | **$23.79** |

Current conversion rate: $1 = £0.76216

You agree to the Global Shipping Program terms.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 14:45:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:491d:2d00:69bf:7906:a752:afb0

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AE8RcbM21UOAhUfoUNu8Kwe8AbCpIVtep0nKKhV+xmgjOHAKYKF98dPUhr/O91CojdHS62pqesfvaUBJHR8ho169BIGV1ANi6x3BuA7Ur5ZyidYLb1y1NjpdseSwfUWKh2XyE8HZt7tZUh+j5TVyztBciablRT9F+UqE7BkqhYzeuJwvyv0WZy7H+jAwoqyXl0oEaW5C/Tlk8TbwupK
+7UHwIrxxzQMaUYeQ5/8pgywYlltnRqhopu/tWZk7PwaLAce+dzUT98u+WEZ5y8rR8JFkV8Ojua68P2+t6e71oRN6d1/nXMWlWzSgbZE2m0KN1j2N+2h0fjcMveZgyRMOXw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-14-45-18-GMT.mhtml

**Hash (SHA256)**

e02920b86cb7f21074f998217519c855b7753c10e8c1cea4e777f0814105dd4f

**Signature (PKCS#1v1.5)**

EC9eTY4rDiEfnHx0CLW7MHy+qAReVaBAmAmJnZl9AQyrW4YuNwtZLvyGlTmN4/Mq/NKHUq+o0eU0AsuW348S2r9qcP2Hlloake0JzhkNlyLe8LDXC1I8yYmVepBVcd4mq2yUk1L/L6d37BEarFlMsf7ZboEvs01KUioueqSjy13ynx6/
CSHRRytRHtcA5M9IzHnxN7Hgnw4uqx2luDIQlXhekiYR0wYSMb9nH2xx3X/0pgFODcbBCcTjCf9ULfybvCvQSom7Mv3Gd9/pxDwqDbKjcdiIqunhjaJevp9BV/DlG21Pb8XMNHhD0XtqYqFoiA+kFZH7HXxSuHg3BJjdYQ==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

VISA | AMEX

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]

307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States

[redacted]

Change

**Review item and shipping**

Seller: fancydressw... Message to seller



18" Smiley Face Star Balloon (1 ct)

**GBP 2.99**

Quantity 1

**Delivery**
Est. delivery: Aug 25 – Aug 29
International Priority Shipping
**GBP 13.94**
Includes international tracking

**Import charges**
No additional import charges at delivery
**GBP 0.00**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 2.99 |
| Shipping | GBP 13.94 |
| Tax* | GBP 1.19 |
| **Order total** | **GBP 18.12** |

You agree to the Global Shipping Program terms.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

18" Smiley Face Star Balloon (1 ct) 52329144828 | eBay

**URL**

https://www.ebay.com/itm/314588101092

**Collection Date**

Wed, 02 Aug 2023 06:59:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

klRcl19VDRjE8YPgtfktiW1WY011LnYnc6w1jYv2sCJBeP1C1KPWZrZggSFHMkAewddy4XbHFkKxcBv6ljOS9Zh8k96JhB0arB5ZFP0GCgzqjdI9sbPxPuuDXmQUhWgMfXskQzIRJImlcYaBJwBtBButnqlOj+nbMyTSz6RflZk=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]314588101092]]_Wed,-02-Aug-2023-06-59-54-GMT.pdf

**Hash (SHA256)**

32288b7f54607d79673d5ffccbfda08153bc93740b41792b70b581864cf18bf2

**Signature (PKCS#1v1.5)**

ghYgVDT4k4KECGX2eNn5tMymwGmJeGBFcxtdr1hG75FqWwLkcPjL59abJsTPeOmWoUiyAtyefJqWEShpoi9Wl9wPbzLkAO+ssC20WztiZrRvO/OycFUX6EnLG6ZIbm+ErUZPQYsaO34JkaevUkwBtvgb3xpVAxEZluB5PzWajOo=



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Vintage 1988 Yellow Smiley Face Coffee Mug, Happy Face Cup From Friends | Wish

**URL**

https://www.wish.com/c/64c37bc1226859abf34349d7

**Collection Date**

Fri, 25 Aug 2023 08:28:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

kHxDpRIo98MWXgWS7iHKuN7vZmwdQR3BeY8VIaBJryd6cdXdvHZmYg9aROMPRPMM5KHlVbi4mkBi03BXlJZPu3+fIrhcW6RqWC9iJRUVPsbDcInCf2KTC/hYzF1Q9E2CfROSo878ruEB8YR3961Gqnz+6+3eWajYnIey26iRHj9NFR+fA6wFTo1LwqqaZXBROF4LF
+52QTsZsaRZjEUOTlCK78vfJ6Bad0wl4Hi3uLh8hcuOKr5Za3RNWrwNT5uurIaF06LYg3KDzCX5oY5B6juW2ANbPMEZbz0tme8xsARSVq0vdhQfmSoH0id0o08oyYh828GpMP7rlEdib9gP6Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]c[fs]64c37bc1226859abf34349d7]]_Fri,-25-Aug-2023-08-28-03-GMT.mhtml

**Hash (SHA256)**

37b94adc6b0d4dd2f7421e05c16e6e882a2613f123d5d42552ba9a829f15ac75

**Signature (PKCS#1v1.5)**

RHbSvSMnwa34ii/vkCx975xD7rKM9eOwwGS+VS8kdZzFRbl3Xc8qv4DPNN3tvGoUOX8Gi5NV1BghHixht+k6gvN+ngE+7uRsyv3lR0q+0wsj9sPSddjWucXS52JUANAF0Kh2KA5k/TxMnIuH7HMWOYrbO2yYl+NHJ
+mw43I8+B6SVjY8gCiYcbzivpd7JYLlirpn5alUOzqQ56fEE01mfr1SKsFYc5jR4N5wEAz5o07iy/HEMskL1MUAeX/acOnFYZeR3+ZAd2IHGnoFdr2Ss0FV4v1HU6+Q+GrOw/xj1FOmQb42ReLfTgWkZvdzhBUHdY8C0pj6fHQK7Ji1LESs8A==

wish

What do you want to find? Search

Popular | Express | Blitz Buy | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | Drinks and Smokes | Home and Garden | More

Home and Garden › Food and Beverages › Beverages

Overview Related




Vintage 1988 Yellow Smiley Face Coffee Mug, Happy Face Cup From Friends

8 merchant ratings

$23.99

4 interest-free payments of $6.00 with afterpay or Klarna. Learn more

Size:

11

00:33 Instant offer: Add to cart right now to unlock a lower price!

Add to cart

Add to Wishlist

**Flat rate shipping**

$10

Spend $7.10 more to qualify
Ship all eligible items for $2.99

Estimated delivery: Sep 2–15

**Standard shipping** $2.99
Flat rate eligible
Sep 2–15

**Ship to Store** $1.49
Flat rate eligible
Sep 5–17

Items are sold and shipped by Farabica_creative

Contact, Policies & More

**Description** Show Less

? Quality
- All our MGGIGs are made of 80% porcelain 20% ceramic material.
- We use a sublimation printing process that produces a high-quality image that won't scratch, peel, or fade away with time.
- High quality, durable ceramic-porcelain with comfortable C-handle
- Size: 11 Fluid oz.(0.33 l)
- Microwave & Dishwasher Safe
- Printed with Sublimation Process, so the ink is fade-proof.
? Important Shipping Informat?on
- Due to cargo traffic during the pandemic, as well as expanded safety measures that have been put in place, distribution centers and carriers are experiencing delays. We're working hard to get you your order ASAP. We appreciate your patience. Thank you for your support.
? We appreciate and value your feedback on Wish because it helps us develop our business and serve you better.
We put a high priority on providing excellent customer service. Our team values each and every customer and will go to great lengths to ensure that they are satisfied. We are constantly striving to improve our services and goods. We hope that by contacting us, you will give us the chance to solve any issues.
? If you have any queries about this MGGIG please contact me.

**Reference Price by Seller** Show More

**Sold By** View store

Farabica_creative
4.3 (8)

**30 Day Return & Refund**

**Shop with Confidence!** Learn More

We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

**Report this listing for inaccurate information** Report

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Fri, 25 Aug 2023 08:30:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

lmAjQNDHNK1wXWJIB4zcxQEH5u155DAVugPNUMb9Y9HeXz2XzeVx17COrVO9vMuB7nBTLmakg3WCWezMBM5U+yL/A3xR070ucuGPBCsijZVFkuAiMmi0YEsHm1X4WO8Duu3pHXHJSZbF3spBMpz46RTwKPkbG0s6Vjm6Ux/TpVtZagL9oNQWMSPZe++xSRf5/xfzX33tyyW76LBFpg/
V1yCLXKe5Bv8J2jHYn5nVQvEASSmuAn2+OZ/DE0dcFg6ULwAXgHApxISxv9XxwgmE/4TwVXMVOlhKrJdMHN1X/wbUPhLwOWsJkX0rvo2ddt4qmjZyKnTkJYKV5+qk9HBo0Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Fri,-25-Aug-2023-08-30-00-GMT.mhtml

**Hash (SHA256)**

ec71ffa1b7038c43ac7c83c6556a8d66156025e909360f20ac6cbdf0e67b7859

**Signature (PKCS#1v1.5)**

s4Ps8TwvHFmk7m26slL7g2d5yBMrUn5iYhvgaRlKCILKiMm6imLODG8Ij3CxCO6wydc+C+o1yRcbmgwfE8Fwyc3oxeXrcDVtzFerzKyHTHMFnEMe02C0mHtUETfIDkK1Xx/1f3vA/
qxv8s0UOte6o47j1zCaeWCXyB2ckmHa1i3r10sX1Q1CgAMez5oK6PiED8FyS88q1VNfbkuI5Kfu4WPMy1HGqdLXIcOsWbHPij9vPnJbhzm2j1ecEQ/srrwyQ+KuEZjh07GUd/F9JAtIBBxGaWFMs3PRf9F+I7D27KXJ7LSE5m3FMfX0VGHpBur2CalChjwQAVT2pTTaWcam5w==

wish

Popular | Express | Blitz Buy | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | Drinks and Smokes | Home and Garden | More

**Shipping**

[redacted]

307 NE 1st St, Flat 6, Miami, Florida, United States, 33132

Change

**How do you want to pay?**

Pay full amount

Pay the order total $28.87 now and you're all set.

4 interest-free payments of $7.22

**Payment**

G Pay | PayPal

**Items in cart**



Vintage 1988 Yellow Smiley Face Coffee Mug, Happy Face Cup From Friends

Size 11

1 Remove

$23.99

Standard shipping: ~~$2.99~~

Ships flat rate

Estimated delivery: Sep 2–15

Ship to Store: $1.49

Flat rate eligible

Estimated pickup: Sep 5–17

Pick up at a store near you

See all locations

Flat rate shipping unlocked

Additional eligible items ship FREE!

Learn more

**Order summary**

Enter Promo Code | Apply

View available coupons →

| | |
|---|---|
| Item Total | $23.99 |
| Shipping | $2.99 |
| Flat rate (1 item): $2.99 | |
| Tax | $1.89 |
| Order Total | $28.87 |

Checkout

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee**

We've got your back. Get a full refund if any of your items don't arrive. Learn More

30 Day Free Return and Refund

Contact, Policies & More

AXENCIS
Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**
12 Smiley Face Fridge Magnets Strong Magnet Memo Magnetic Whiteboard Note Holder | eBay

**URL**
https://www.ebay.com/itm/185777010288

**Collection Date**
Mon, 07 Aug 2023 13:54:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4450:497f:e600:b95b:2e52:205f:8608

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
erJidEopFYVBLwpBH5f9l6IgRc+ZIhRI5x9Vy50Kze/u9q3fJJF0Rg+fWeXQ4ZAwWQBAKNGRLozC+yfsTEn5sVpvYRH9quJZ+f2pM5F+teRgYoSIk1rXNszYK29cgHfQiI7LF7pGZ94wLtGL8NPzUJyLPl12rTBceHkyJ4djr3ho/gT3awqo1mhRFvtwPtuE6hMRVQK9eATwUuSlPzkyBYc/tcw
+i2Ud3T1Td1nhediE8VF+cBwSFaaK2YV+bOYThaNe5dUjDVHjobiBHySi260cvVBVVdrEp509e6/0k9s3ra9DJxNhrQgc+asWyD4u+mnp1dW1UABP7jyz2CVEZQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**
screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]185777010288]]_Mon,-07-Aug-2023-13-54-40-GMT.mhtml

**Hash (SHA256)**
a1b8de22a3f3974d2a1222654a0164fadf2dbd57ac1e9a80d7b7a750c14faec8

**Signature (PKCS#1v1.5)**
dltnFLK2syWdoILsG8KrUPK0rCbOukfUYLkVQ3lmKf3jE82XSCM/J84Vf3VLVAYlJcYEPL7FpUd3CQde4f1oQqimrZTx+iHK1utetb0lhAweS61vJfXIGoyBOVASi51YwJ0tauJueeOJWoRbjBRT4hJfX
+Qsv9lOi7x0xMPQ4CF9A3fcADoJIpq2uAMetkwuRfYslcFGhGRC0WgmNMTYtNbZXFoIUOrWq8visuwaAOLc51NtvrpHd6hsTs5YSXj3xTL4inFRNRBxFvDUKpskxMsg1GV7xHorKVOp39U2jXOX/nM9KX/IP/mVp1TVARAnxqrRlW+Tf64b/ZckPyqYxA==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay 1

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Collectibles & Art Kitchen & Home Kitchen Tools & Gadgets Refrigerator Magnets Share | Add to Watchlist





## 12 Smiley Face Fridge Magnets Strong Magnet Memo Magnetic Whiteboard Note Holder

Condition: New

Quantity: 1 More than 10 available / 61 sold

Price: **GBP 3.49**
Approximately US $4.45

Buy It Now
Add to cart
Add to watchlist

**This one's trending.** 61 have already sold.

**Breathe easy.** Returns accepted.

Shipping: **GBP 24.99 (approx US $31.88)** Standard Shipping. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Manchester, United Kingdom

Delivery: Estimated between **Thu, Aug 10** and **Thu, Aug 17** to 33132
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
fashiondragon786 (33818 ★)
99.5% positive feedback

Save seller
Contact seller
Visit store
See other items

Registered as a Business Seller

$ **Have one to sell?** Sell now

## Similar sponsored items

See all

Feedback on our suggestions



12 x Smiley Face Fridge Magnets Memo Magnet Whiteboard Notice Board Magnet 20mm
New
**$3.81**
+ $31.88 shipping
Seller with a 99.5% positive feedback




Pack Of 10 Smiley Face Fridge Magnets Refrigerator Board Memo Holder Magnetic
New
**$3.81**
+ $14.27 shipping
**28 sold**



20 Pieces Smiley Face Colorful Magnets Refrigerator Board Memo Holder 100% Best
New
**$5.09**
+ $14.31 shipping



Large 4cm Smiley Face Fridge Magnets Memo Magnet Notice Board 1, 8, 16
New
**$6.37**
+ $25.97 shipping
**69 sold**



Strong Button 3cm Fridge Magnets Memo Magnet Whiteboard x 20
New
**$7.64**
+ $14.39 shipping
**2343 sold**

## Sponsored items customers also bought

See all

Feedback on our suggestions



12 x Smiley Face Fridge Magnets Memo Magnet Whiteboard Notice Board Magnet 20mm
New
**$3.81**
+ $31.88 shipping
Seller with a 99.5% positive feedback



Large 4cm Smiley Face Fridge Magnets Memo Magnet Notice Board 1, 8, 16
New
**$1.26**
+ $25.82 shipping
**287 sold**

**About this item** | **Shipping, returns, and payments** | Report this item

Seller assumes all responsibility for this listing.
Last updated on Jul 26, 2023 02:52:22 PDT View all revisions

eBay item number: **185777010288**

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Attraction | NA |
| Shape | Circle | Character | magnetic |
| Occasion | All Occasions | Film | NA |
| Size | 20 mm | Material | Magnet |
| Franchise | NA | TV Show | NA |
| Colour | Multicoloured | Brand | Unbranded |
| Type | Fridge Magnets | Theme | Novelty |
| Features | Set | Time Period Manufactured | NA |
| Country/Region of Manufacture | United Kingdom | Handmade | No |

### Item description from the seller

## 12 x Fridge Magnet Novelty Cute Fun Colourful Smiley Face Magnets Children Gift

- **[Durable Material]** Whiteboard Magnets Are Made Of High Quality Material Which Is Strong Comfortable To Touch Safe And Long Lasting Smiley Face Magnets Are Convenient To Use In Daily Life Pin Board Magnet Will Stand On Paper The Time Of Test No Worries About A Slip Loose From The Board.
- **[Diameter]** Magnets For Whiteboard Are Available In 12 Piece Of Cute Smiley Faces And Assorted Colours Red Yellow Blue Green 4 Colourful Magnets Can Satisfy Your Various Needs Strong Magnets Can Help You Avoid Damage To The Surface Of The Refrigerator And Protect The Fridge From Scratches
- **[Wide Usage]** Smiley Face Magnets Are Perfect To Hold Notes Sheets Of Paper Photos Or Postcards White Board Pin Boards On Your Refrigerator Filing Cabinet Locker Doors Or All Other Magnetics Surfaces Office Magnets Are Good Helper For Teaching Reading And File Classification Presentation
- **[Good Gift]** Fridge Magnets For Kids Are The Great Gift For Your Friends Classmates Colleague Children Girls Boys Adults Partner Teachers Employees And Loved Ones Smiley Face Fridge Magnets Are Also Perfect For Memos Calender Planning Charts Work Documents And Project Presentations
- **[Decorations]** Whiteboard Fridge Magnets Smiley Faces Are Best For Decorate At Schools Offices Home Kitchen And Other House Appliances Which Add Much Fun To Your Decoration Places Magnets For Fridge Are Well Made Good Quality Elegant Design And Great Value For Money Colourful Round Magnets Stick On Your Device That Is Practical And Handy

### Features:

- It Makes your life more easier and healthier.
- The handy magnets work well on file cabinets, Whiteboards and Refrigerator.
- Glossy and shiny, bright up your decoration, make full and vivid life style.
- Strong magnets, hold steady
- Cute, add fun to your decoration
- Can be used on any magnetic surfaces, such as magnetic whiteboard, fridge, steel cabinet and lockers.
- Easy to use,just stick it on your device.

Smiley Face Fridge Magnets Strong Magnet Memo Magnetic Whiteboard Note Holder

- Birthday Presents - Fridge or Kitchen Decorations - Thank You Gifts -
- Gifts for Guys - Gifts for Girls - Gifts for Mum - Gifts for Dad - Gifts for Friends -
- Teacher Presents - Secret Santa Ideas - Stocking Fillers -
- Wedding Favors - Wedding Gifts - New Home Present -
- A PRESENT FOR YOUR FRIDGE FROM YOU -

### Business seller information

Indigo Soul Limited
Unit 3, Lawrence House
Off Derby Street
Manchester
Greater Manchester
M8 8AT
United Kingdom
**Value Added Tax Number:** GB 308 1191 29

Email: indigosoul42@gmail.com

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## fashiondragon786

**99.5%** Positive Feedback
**142K** Items sold

Visit store
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this store

See all

Accessories, Beauty, Bedding, Caps / Hats, Clock, Cosmetic, Dungaree, Electronics, Fitness / Gym

### Seller feedback (36,988)

This item (11) All items (36,988)

s***o (432) • Past month
Fine

m***b (876) • Past 6 months
Great seller

v***s (967) • Past 6 months
Arrived very quickly

See all feedback

Back to home page Return to top

More to explore : Refrigerator Magnet, Souvenir Magnet, Dishwasher Magnet, Magnetic Ball, Magnetic Ring, Collectible Refrigerator Magnets, Magnet Owl Collectibles, Collectible Animation Magnets, Handmade Collectible Refrigerator Magnets, Original Coca-Cola Magnets

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 07 Aug 2023 13:56:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:497f:e600:b95b:2e52:205f:8608

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

JTTEV3LpUMOrZA56Hj+y3amEL6bZ1EFzHIzlxKlz1uklYSWUygVuAhY+ArbBqHqFAQBDdBQ9t6qiDIwBST6NBuxtyek5vB2JbMQbY7kyagsHH6hSUd5kbBJjMH9gy/LJ+XWMC6bCXfRU5YGpt4Af/CkTrF+fcufXk9TYv4/OZh9ykOcKkcL
+HBaR2XyUUsymMT2r4VU2NOLSO7VHrU7ZOVfqWv57X9k9yIEbiK5+QJFi0WEotq5/vQutjuWIY9S2c83z3iIt7Lb5uZmJmkzWJhPiuAe7/wVmPwUYmrQWpg2RapmFy+LNOMV76vgkxzC/7BoHjvS8YIL5vHfesJcZAA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Mon,-07-Aug-2023-13-56-02-GMT.mhtml

**Hash (SHA256)**

a9344d8e7505bc58fc066950f0bbc77bdc11e9cd1d800d02525f581c7102adfc

**Signature (PKCS#1v1.5)**

OeXDnE1DMJH9jEQtdC96a2ZsT62CxByAaDHYgDcWOgojgIPld+/zVNFhiXXxcpSpZx0VZ1UueazsmaSS9WFdoS0VPg0kkMUm6rTbYKR4Ve1WFE6lqoJXj61dNLFP/fPF4b1lNBT41JQv87qgyBWM9tP2+uWgq5St5xKllXSKIgqN3YiFHCWr7XZeS8Tsgz9LBGrSqTSZ1/CQYGr9FkA6DU0D
+MgqhGRzZCuHC7aUV5rmGLWB3w0diCrm3jE0H6PR8Oc2PfZmHFqsBOTty9/a7RCueeiDxsQaCQ8zLuz7uf4g8uyWE/Is4eUIafDD0t37DXObFDM3FpHWwb41C4m4kQ==

ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

Add new card

VISA

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Review item and shipping**

Seller: fashiondrag... Message to seller



12 Smiley Face Fridge Magnets Strong Magnet Memo Magnetic Whiteboard Note Holder

**GBP 3.49**

Quantity
1

**Delivery**
Est. delivery: Aug 10 – Aug 17
Royal Mail International Standard
**GBP 24.99**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 3.49 |
| Shipping | GBP 24.99 |
| Tax* | GBP 1.99 |
| **Order total** | **GBP 30.47** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

FOMAILE Smiley Face Rug Sunflower Rug Cute Bath Mat Strong Water Absorption Bath | eBay

**URL**

https://www.ebay.com/itm/185950804420

**Collection Date**

Mon, 28 Aug 2023 07:53:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

LS+g2iU/2vUag9hN6BZnC17ceoq7z4Zgh78GOIvKl6zNMt7jUak7KKgPJq0cQbM28rtKILMMaGptfg5ruNNTT9hj7KYUnwdn84QYlliOoX8meciT+B7FlDnrOnW3YqVNwvXyj9vB03nD3j5FamJfDosVURUZH+ttFGacbt+iWsQ=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]185950804420]]_Mon,-28-Aug-2023-07-53-32-GMT.pdf

**Hash (SHA256)**

9d0615465ccb219f7ec7f2919a38082c0442d55a9a2a7d9388437694f2ac4b5b

**Signature (PKCS#1v1.5)**

C2m/nnP42KqG1koErBE/dUWrYPzdoinKYODOjLHLvw2NXKNcEl0YwyXfYjTy/u10CtD3/b2rAtLtV0nbJsy64+hE1MDG0p7JEvO4Wi8Anb0/XsVIKYbz17TdV0YZt1+A+cgU06a1NCO6Av03XTcifcUzK8VcAM80Q8+Tea5Em/0=



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 29 Aug 2023 06:07:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.74.192

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ELt70GTqycDEzrsMW8aZpykPEgMWEfUyUfFyIZu+YYlwZqh4eX0R69NMcmDmkeDDmNiwEQRG0cgBBdbqPaZSDrBCHeia1MHe2cMgfN5zScmySKGGXaYddVM+Y221vl3Vxy4rmzw1e218nJdUl5qw3kl5DUeJJPETS24wg2e/mpGFJGN1Oh6BWlBZ1CtDXVae4YFj/
bLJCo3P1llMLvI9lMnMfabSb3/egqEtwRdR+vIWGDCIXbB83GO4gVDcbzd0NYvouoT9HA7UnLXy28mfAf21d1F5ycLze8NApgHdqDfH6ZfnINEmOMU693Swhwd1kp0v8SFIPoXigr0fBsL8RQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-29-Aug-2023-06-07-29-GMT.mhtml

**Hash (SHA256)**

8c35ffb428cc575e8a3ebbd62007f31c718eeafe5e7b54ed0708618ebb824b71

**Signature (PKCS#1v1.5)**

PiA/ub0wDA+mx/GoSXMHAp4+mOHC0tCL7jOZiuxI7QDRKN8tqjptsNRMCi9yM7bioSRb0go0MQTweLZcWNx2viEfhEs1lOdoVIr1FBSlXqPAVbhLv/wTdCyHX9OaMXspXMjwT8RTkiataVxsX38mHFQSIG1dSAZ8SfxbToe/xgNJrVAIf/tVasIm3/Jy2lJsaD6xzfe1rcX/5c7ml7XwpT/
Ki5eTPcuKGdZUhvFdF0DVmXj7bKQTPcObqENKEtvCVnAnBLNGn5msEnVI3EMyHg+vlspSOnSDBjyHcdx/LKUWB2W2iFUkHY/s/WJuD5AHjOsBiqMxjYK4TLVicUzQfw==

ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

Special financing available.

Apply now. See terms

G Pay Google Pay

**Ship to**

[redacted]

307 NE 1st St, Flt 6

Miami, FL 33132-2505

United States

[redacted]

Change

**Review item and shipping**

Seller: fashionstylo Message to seller



FOMAILE Smiley Face Rug Sunflower Rug Cute Bath Mat Strong Water Absorption Bath

Size: 23.6IN

**$43.02**

Quantity 1

**Delivery**

Est. delivery: Sep 1 – Sep 7

Expedited Shipping

**Free**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

**Donate to charity (optional)**

The Humane Society of the United States

The Humane Society of the United States fights to end suffering for all animals to achieve the vision behind our name: a humane society. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $43.02 |
| Shipping | Free |
| Tax* | $3.01 |
| **Order total** | **$46.03** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE

See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

GEGEEN DOMOG Smiley Face Hat Trucker Hats Adjustable Smile Baseball Cap Summer Preppy Y2k Hat for Women Men (Patch-White) at Amazon Men's Clothing store

**URL**

https://www.amazon.com/dp/B09V53P3LY

**Collection Date**

Mon, 07 Aug 2023 07:40:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

g4/F5RW32+CGOKKZeiGlnwO3ZgHDrGdven69gkdC4Sc8OE8KSYIQxywvwaZlYioEFbSDk9uLKTmExKyCrpgZla+nUbM0zG7vQe731slmSN7nzKOJQsiwCSHGDPPFAwWR2BzA1bipXxGeC1jkJsYPiKd9b/GcEeHAh5OWYiVbV+LVGEgBesotMC/gxzNYrM5cTfSdfhPPuXMU1k/AAqFpY6MqST1lFrpC47/go+M4hDRE12DdnA84m9SYotY0kr6aP47d1ngpBcld9IOqnHoQmED+zQVxkJQLOpnxpTjVz8hmnaw9nm4tphd6ux37ofEP8spcGCw5kgYyZPX4qSoNKA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B09V53P3LY]]_Mon,-07-Aug-2023-07-40-57-GMT.mhtml

**Hash (SHA256)**

9b7633071c4d55d6ebd9c272539126071208bc5d3a3a567a44802501388c4315

**Signature (PKCS#1v1.5)**

RkrpdZPL9ShpVvINPRtMsmAIJT84gZgBzJ3Jso4lb/rvPwhjETf8kDtbTEgBfKIq1M/MgCNKlMWmdq4KkaFbPYKQ0e63ZIpzw9y0i/iQfHSCLB/b0SSfCcMPq2Yk81oEFJ3K+0WcCbqt+Tt1bQT7mTgIKVLSOKL2Poub/bdlq4bWxEtWYnoiFBSkNh8eTQXWhlGBLvD3bmM1BF+ubXbA5/eR87ayC2cfR37pzDumdUg6ajoe4BmqyC6AvVAJqOAZv4C/Yh+CAU5cBuPVOfNilGGrAKhxMG8HkiwokA2WVDQoV5/jFFotKtryakvoN2bQ2OZuYhBmw1xb3zq3wmuJkw==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 07 Aug 2023 07:42:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

laIEjp8gSMVSPJZzcNjkk3GWTz82W7Rm12g1Q2tLMRxl5xTVZevthd/CztjZv5MzH0bnRv3pto90+tn1lkNxsUQ2HIW4E4I6rZDMRJ/I7woRZuGkSwE2vhubVBBmUbcKxviNoVB0NICY/55gtwaP934T/74kVyfaJXVNUbr0VUiZtOqQtbBSQCx0flwrKbk9pdX80OIXC98rHEQt98wrDhdNlj6CA
+mshqOBMEiqBHY/Hx6uDOiwvq2jfPjXXS9Dp5rTTDS4MOlhxUQGiPWOiUrFN5m9GnQVWnTHn2mtdJz+OTi/OPtRfuDQcYjDmX8wjzq3IUKm7ALfQJ89CfFUzg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-07-Aug-2023-07-42-35-GMT.mhtml

**Hash (SHA256)**

9f3634dbbf3771df23705771cb65891d1f04ef7e682a204aa22b0ebabc7e85e2

**Signature (PKCS#1v1.5)**

KU/3XPYZTBLkTHib/j/4KRdvbGHiwtPwmf3l/ix6wzx73lGWE9dBYK7TgB9OEufI3amjfYzmlPDTbV+nIirtGIVNFM81JYg+RFwx3ETZ8Lfng35b64SJOEWWfWr6xNyZmDa98+iGu6meyPdmck2fQjJ/ub98Uw7xqaVCXx2iFqCqSJ0GgHHy5thPoVw8uBwnRfWReJedCbZyfmlrQGbjtnbro8+qWX
+lYuRpxPlOQ9j0M12Zp+K/epJNqAGW9N7fHVyobpMRKgGrL3UQBLVs4b64dYR3AoGxOaSoUTd9Ld11ieYUJEagDhWiNxO0trRrJyokz7a4bsV1b/L/L6tk+g==



amazon

Checkout (1 item)

1 Shipping address

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

2 Payment method

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

3 Offers

4 Review items and shipping

FREE TRIAL

[redacted] we're giving you Prime FREE for 30 days!

Get your Prime eligible items ~~Thursday, Aug. 10 by 8PM~~

Tomorrow, Aug. 8 by 8PM for ~~$6.99~~ FREE

Get FREE One-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

Delivery: Aug. 10, 2023 If you order in the next 20 hours and 17 minutes (Details)

Items shipped from Amazon.com

GEGEEN DOMOG Smiley Face Hat Trucker Hats Adjustable Smile Baseball Cap Summer Preppy Y2k Hat for Women Men (Patch-White)

$13.98 & FREE Returns

Qty: 1

Sold by: FASHIXD-US

Amazon Prime eligible Join now

Add gift options

Choose a delivery option:

- Tomorrow, Aug. 8
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- Thursday, Aug. 10
  $6.99 - Shipping
- Tomorrow, Aug. 8
  $9.99 - Shipping

Place your order

Order total: $21.95

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Get FREE One-Day Delivery and save $6.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Order Summary

| | |
|---|---|
| Items: | $13.98 |
| Shipping & handling: | $6.99 |
| Total before tax: | $20.97 |
| Estimated tax to be collected: | $0.98 |
| **Order total:** | **$21.95** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS
Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

100pcs/lot yellow Smiley face bead 10mm Clay Beads Chip Disk Resin Loose Spacer Handmade Beads For DIY Jewelry Making Bracelet | Wish

**URL**

https://www.wish.com/c/64463952879a34100099d19f

**Collection Date**

Fri, 11 Aug 2023 08:08:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4976:ab00:49ed:2e49:843c:fede

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

p0HVuqctBdO4Yc27gd+1iCGr9CJCtNUkvTkdOuy+Zw74qwLDO11vWaMr1zikmNMTViVBlb/t2f6Enb4FqPskzJQ1d1LeUkRwFpP9H10J4INnrUmC4/bMXi7AYUnNR0RXk/iRPRn13B3k3OuvNqfLbFwBZQJXJ4M7WT8/
OAeY6Lwyuw9ztEnysTQJg4RejyyEeAT82l8YFYWo/7eqRTjhuzTHVw2nS6564mfb1fEfkcDYRPwVs8u0qlmw5hxHtRz7MMiKhQg4+04zeskENmaTFmLHdIdd8gaWu1uInDV2sKpomrzgoVRB77I3yGvW4PZjCw2x1SNyHJmD6r332Q5rnA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]c[fs]64463952879a34100099d19f]]_Fri,-11-Aug-2023-08-08-10-GMT.mhtml

**Hash (SHA256)**

9c7128102ce674dd53eaeb91b57c10b465c17e4b3d2b7406849067fa09ce06c0

**Signature (PKCS#1v1.5)**

rl6S9Nzp0c1hCPWaEDpeYxrJf7+1p7Q24kfoZypitPgWteAvwl9+ceMWu+ujS2wKwsdR0GAb07F2CX3qIGgu9twKFJkZffQxkTy+UgZQpe0BAWtIknGrx/oNIKLyLzuFyoNOJgtBKvpTwI1xCffNhrkJ4JwAAQ6DpcObO08UZUKr3gYiUr0NSKUOUcxJ6etKbS+s+w3bbNghKF4XNmYsBJR1Nn0iZ
+haQIgSJeyx37PXJS9PHQY6LZO+9d7sY+uFZcfOBN26mxJ0HN6BaOfvxZZ3zV4TbJoVpbU0iGV/ofOkqh9PG+AJAn93raWKrvchz16ezJ9HZVqAuNbrRZBKGQ==

wish

What do you want to find? Search

Popular | Express | Blitz Buy | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | More

Fashion › Accessories › Women › Jewelry

**Overview** Related



100pcs/lot yellow Smiley face bead 10mm Clay Beads Chip Disk Resin Loose Spacer Handmade Beads For DIY Jewelry Making Bracelet

115 merchant ratings

**$4.71**

03:07 Instant offer: Add to cart right now to unlock a lower price!

**Add to cart**

Add to Wishlist

**Flat rate shipping**

$10
Spend $10 more to qualify
Ship all eligible items for **$2.99**

Estimated delivery: Aug 19–30

**Standard shipping** $2.99
**Flat rate eligible**
Aug 19–30

Items are sold and shipped by fasionjewelry

Contact, Policies & More

**Description** Show Less

Note:

◆The beads may have slight color and size difference.we mainly sell natural stones,handmade or machine grinding, it is hard be the same.Please understand before you buy.If you are not satisfied,please contact us to solve for you.

**Reference Price by Seller** Show More

**Sold By** Merchant info

fasionjewelry
4.6 (115)

**Premier Merchant**
Provides outstanding customer experiences

Contact merchant

**30 Day Return & Refund**

**Shop with Confidence!** Learn More

We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

**Report this listing for inaccurate information** Report

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Fri, 11 Aug 2023 08:08:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4976:ab00:49ed:2e49:843c:fede

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

pzq2014qpo7RWXERBq396IBNLqZIq+/jPq0mHINQqKndajCjDneR0k7QOST9KZKbdv7axwx3OkgybPhZzkBYrCeUDe5YlGwJbwKd7oF94vZ7LEsHorHdJLkxC3I4u67KT5zMaeKxCqjFj0U7r+XQpCH5EOOGuNnEvYwncoMCu9/YemBvsQT2egryRZevNo7Pd5y6B
+i5yA6CkohippQL8Ovrm7b0smils9UQ0F0RHiz3k5H30yMndmD20rjNEjjDHXFoMaugC+NxtA/r8pVqyDV5fus7fxHoA0SEZJs4sBnrMAWddv0+gHwtRH1vpc/WFz/+ji2jAgV0faCcxZJGGg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Fri,-11-Aug-2023-08-08-57-GMT.mhtml

**Hash (SHA256)**

e5fc005a456031622e25537cf7a6d15452e899496e66574767243cd5511fb8e3

**Signature (PKCS#1v1.5)**

uKW2WiTFgm1FRq3U8rwVzE3RLxQKZz6SrSSOphLMc9SK7mp8hwYYOg2Ih4wGDvKqK8GvWA+GYe+w45BeAc/Z9NR7No7W3l5ItLS6YDWR2jKlxkLnbmdX401Z4CeFfOW/5K/3Lot3fC3hnY/ZRVD7kvdmYAR06wyvk8c+7qQi0hN37DWEKQkOTpGt9qJFeBHWWe
+nQH1XChvpWutVqn4hzE1VeF5j7nj+t3p/HCXq7kmOJqyzc866K+hYXKbYoiHVeClYL/u574VODozpemrnk/hkE1TJ6SfE0CnWAp6hpwr30zzbHR3/sOBcTrwWu0bJTXQnKJgTHhzNArFLh5tuIA==

wish

Popular | Express | Blitz Buy | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | More

**Shipping**

[redacted]

307 NE 1st St # 6, Miami, Florida, United States, 33132

Change

**Payment**

G Pay

PayPal

**Items in cart**



**100pcs/lot yellow Smiley face bead 10mm Clay Beads Chip Disk Resin Loose Spacer Handmade Beads For DIY Jewelry Making Bracelet**

~~$4.71~~ $4.51

1

Remove

54:50

**Price expires soon!** Check out before the timer expires to lock in this price.

**Standard shipping: $2.99**

**Flat rate eligible**

Estimated delivery: Aug 19–30

Contact, Policies & More

$10

You're **$5.49** from **flat rate shipping**. Save on shipping by adding an eligible item to cart.

Learn more

**Order summary**

Enter Promo Code | Apply

View available coupons →

| | |
|---|---|
| Item Total | $4.51 |
| Shipping | $2.99 |
| Standard (1 item): $2.99 | |
| Tax | $0.53 |
| Order Total | $8.03 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee**

We've got your back. Get a full refund if any of your items don't arrive. Learn More

30 Day Free Return and Refund

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

500pcs/pack Acrylic Smiley Beads Oval Through Hole Cute Diy Pine Beads Material Making Bracelet Necklace Beads | Wish

**URL**

https://www.wish.com/c/60d032468e8fce0de7109705

**Collection Date**

Fri, 11 Aug 2023 08:11:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4976:ab00:49ed:2e49:843c:fede

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

CT1wtoXblmgl3bOicPB+dpHmuPepMelh2JyoSSyGXTKwpmvukqEchCoQTH5eyTJ6nbI275Qpy1O0kLHSRi/+7MdmJMXyKeHrQRKJrrHyXs7vdZYkaMR53RTY5qbaNZJSwdNPyrAFNm+JqZLWcKEDMDA9mnmei6v/JplTfFv2QKlPQS8k/Ji9S4QE701IfoAdCxa1KxFgiQvGsuFu4T47llxpxh
+9hdetR87rEb3em5Uln2i/gHbXPcm0pNbHILMehQQnRj6uuTL4Ac7QdQjx8Hn+qY5t6RQDyF3BFb/3oDH+oGRrRSjCTfb4MtYeV04U2w0Kn49Y4TT8nhPG7/BSWQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]c[fs]60d032468e8fce0de7109705]]_Fri,-11-Aug-2023-08-11-03-GMT.mhtml

**Hash (SHA256)**

e13d7d0b0fb94067804fbeec33cb3c31815d7c4c89f35eaf84c9e8b85928828c

**Signature (PKCS#1v1.5)**

HfOXof77Ly8C0pOXx+w1GxgjLqCrh64+gItXFi39iF0wfbKK6N501Uskbfyy/zObgd86fuBTs0jJ+ce/tOHuVocobpfN1y099TIYaVjsT/IAAHZ8wXYpeuf4p7hM1Z2A9edcmW7CXNkuRGlFzwZoX3PCbNyZcV
+takw7vT4uDmeoIVRr8MQId3BDm3qcHgWoUQvKBWPJFHsI6D7PVx6mdzHpv1EV6tXXxgrT/6Y3rxwirS9pUcWkbj1Tez4UzfKhE1rb3oaWEhN4nPt9Ot9LiWN+sBmE+6z3dDW78hRKzPzbaa0Gksa/CAI2qbUivOivgDTuqQF3p9VJXxA8f17bXA==

wish

What do you want to find? Search

Popular | Express | Blitz Buy | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | More

Fashion › Accessories › Women › Jewelry

Overview | Related





500pcs/pack Acrylic Smiley Beads Oval Through Hole Cute Diy Pine Beads Material Making Bracelet Necklace Beads

14905 merchant ratings

**$39.80**

Color:

Multicolor

03:13 Instant offer: Add to cart right now to unlock a lower price!

Add to cart

Add to Wishlist

**Flat rate shipping**

$10

Spend $10 more to qualify
Ship all eligible items for **$2.99**

Estimated delivery: Aug 19–Sep 1

**Standard shipping** $2.99
**Flat rate eligible**
Aug 19–Sep 1

Items are sold and shipped by Feinde

Contact, Policies & More

**Description** Show Less

Type: loose beads
Material: Acrylic
Color: color 500 pcs per pack, transparent 500 pcs per pack
Size: 10X6MM hole 3MM

**Reference Price by Seller** Show More

**Sold By** Merchant info

Feinde
4.1 (14905)

Contact merchant

**30 Day Return & Refund**

**Shop with Confidence!** Learn More

We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

**Report this listing for inaccurate information** Report

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Fri, 11 Aug 2023 08:11:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4976:ab00:49ed:2e49:843c:fede

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

nK6WISWfRxn5c/YpFZYlqMwV/flsTEERIngD5Y9BnFLYE1xCa1O0lWV/QIxuxMU1yj86f8I3qPzihppcialluxZepalvVbUKGAXUG8eChxpJ+No1Beh8cuVkQYKXBWns9uSLnhY1XnKp25MiCE4w3Of79YubAa8gLM4/ln9gL09LumsczvJPe0uavLqeQVL1PfwGCGjwBjDXQ5FnEqh88UgATqB
+rSfD61D70c5POQ+Z68JRMAFiP+l4S7EFPVjZOTjlt5M7oyMPrbFKf6x4PcUv42HLXZoVLIWr04x/gsFAiHxNxQQxIGsO5Yw9W8H2OxXo6EXmwaQxYkq9H+wWSw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Fri,-11-Aug-2023-08-11-50-GMT.mhtml

**Hash (SHA256)**

c9503d2d649f996d4c4ad6a512c71fc17bc77fc7c52a65ce2e0d47b5492e9c6c

**Signature (PKCS#1v1.5)**

KCb03wrMQ1VPLMaCpdQFPI5KGKf+20rpehszY4qIwC4wz5x31z7nRZQgO4+bjbYuMAEZX9JTkUh4gjtoYnb88tKR+2v/OoB6vg7uADUKvPK902vcovAWaPKmp36Vry6M6LPltH+xl8W5gGn6Zw9bAPqGfDEuLAhaP90vlWB7r9yH086K9nWoaILq5aHxn3yXgle6M+9+rjdZTva5/
qsS79nK1jckhIHyDWgabNpEiab8jYM7f7r7ENP2H6uWziNjiYr4l1/78BFwjUFbF6ci4NWpazt8JLDEG3nBXoGZ2bocbQ9MlKjwKcWVxa2AeBlW0tO0s4P8WURiKKbQ+PfHpg==

wish

Popular | Express | Blitz Buy | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | More

**Shipping**

[redacted]

307 NE 1st St # 6, Miami, Florida, United States, 33132

Change

**Payment**

VISA | G Pay | PayPal

**Items in cart**



**500pcs/pack Acrylic Smiley Beads Oval Through Hole Cute Diy Pine Beads Material Making Bracelet Necklace Beads**

~~$39.80~~ $37.80

Multicolor

1 Remove

54:46

**Price expires soon!** Check out before the timer expires to lock in this price.

**Standard shipping:** ~~$2.99~~

**Ships flat rate**

Estimated delivery: Aug 19–Sep 1

Contact, Policies & More

**Flat rate shipping unlocked**

Additional eligible items ship FREE!

Learn more

**Order summary**

Enter Promo Code | Apply

View available coupons →

| | |
|---|---|
| Item Total | $37.80 |
| Shipping | $2.99 |
| Flat rate (1 item): $2.99 | |
| Tax | $2.86 |
| Order Total | $43.65 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee**

We've got your back. Get a full refund if any of your items don't arrive. Learn More

30 Day Free Return and Refund

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: Koalad Smiley Paperclip Pendant Necklace Gold Paper Clip Necklace Elegant Ladies and Girls Jewelry Suitable for Party, Engagement, Wedding, Prom, Date: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B09XN9FLGV

**Collection Date**

Wed, 09 Aug 2023 07:42:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hZlMe+nMOdsUs1XwR+BZsZ68B8m4QjojCaVbkUACOsW1DFBdZYUN7TPeSueE+yx/9b5R9tdSdOnjNGPTVpDwuhWnwL5CMxq0ot78UzpzGeLbstKkqgvNGfQb82Jscj859xgsqbvW4i5llb/JJ1SON/H65EK9xCr3eVsiyxDPh8/
NUGucD6XXJXeQd5bPYy3LbedliyabyGcFOK121N0Ii9OzMlnRReMqNIY/XIe0S7kKD6EK0kZ7sBcal03VIm2Cg7PTpVvDF2Ygr+ahKj9T5XkSHHowQ7Q5X9cm6e2Yjq2SjACy7hvJ4/tXubSYME5LXNZqCK4PbZtAVA42fqZONg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B09XN9FLGV]]_Wed,-09-Aug-2023-07-42-40-GMT.mhtml

**Hash (SHA256)**

f9f78f3eeb84ed4758fa1bf8cb00598ec8266a094edb47cdaf0ade450d64671d

**Signature (PKCS#1v1.5)**

eN8omfaZGItWyeCaWgrR8BmiMMQMwIFa9alY1H6ck6jYuY3ZUInsmmoNuyEjpr9z3z6n/PJqDZlfDeVblZJwPTNo9eVVuzZDKxORYq/57bu2faDg5yuoTrY3+QZQR9tSQkbXJ5p7/J+QfLXD59cucrzbaT8fnxrWB2f7vTNb17EdLXCxVRiT1QWGc0k997qnmNj9oOjvzPlnZceIb4NQO0cTwXNQ/
tw0gua0QB874EAIh7l3Nd73wOl4aCSFMbWo3snVRx6LelSn7yK8WjiQMlREmPO36Sw02I9AOkxvOTh3NaC3jTGvt99ZRj8gZSMLief3QfPM5U7b9T7oDNhMlg==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 09 Aug 2023 07:44:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

gGbxHGqCssu89b0zBZZfa5TYUSzicicl476xlt4UTVdP55NHQ0LJt0aKXrby6rr2lHw7RFceLEU7KbJKEicBZ/ZQeYiB2MahzMlso7OW6Rnc10Ka9LpZMZKyF1Avk6id+9t/vgrGjteMxODw/leXD4hNpw4PTs8AOnZD4uLyxZM7oeviYlHHqJPR4zffdx0PHeKKVGfw7syVdsQkNruBbXzaNUOj/Gg7ya68UQrJMCjQOFRy2auhq+4/PexJwTHs1bvanWlnt2tO5qP3miA2VQjR1TJrsKOLibFAiIJfy7/FRYIZWUfAajpWhgxqPWrKodoLrxHpGN65fAMRmbJbiQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-09-Aug-2023-07-44-11-GMT.mhtml

**Hash (SHA256)**

2513cbf8a0c21e888c854f0c85c1e62641418e1ba2ab9a17985545533fdce0ab

**Signature (PKCS#1v1.5)**

VGhD/uhCqCTu/FwpfzvTv5ttS9U8ojOnAG1cYnH9AoMp5hnIRHxNaFFAnNmO72fPQiCMbrA0rDQ2uOZInn5Y3BfgWBh2n5+3LiZesZ89n/pXWGQQFq/LWgKtwWHz9G/mnOapc7HNuzW8fVvic8feVNExBoht2M5+0NzUvPnGE7SKdFV+KsF4mhRS7FW9zedos29bri7T7T0m1vXtz+Ogv8FiRX3/J+lrThfPjobsMOA24i20Hx3Wr0u5WEmn6WbAZHhzElLkeI2rWInpw8XoSFa/JybwGoDkDLHL7zIp+2XB3gqHdWeP+KP4sbricWgg4jKkm3nyMRcXVV/cjE7pRg==



amazon

Checkout (1 item)

1 Shipping address

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

2 Payment method

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

3 Offers

4 Review items and shipping

FREE TRIAL

[redacted] we're giving you Prime FREE for 30 days!

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime

No hassle. No commitments. Cancel anytime.

Delivery: Aug. 12, 2023 If you order in the next 22 hours and 45 minutes (Details)

Items shipped from Amazon.com

Koalad Smiley Paperclip Pendant Necklace Gold Paper Clip Necklace Elegant Ladies and Girls Jewelry Suitable for Party, Engagement, Wedding, Prom, Date

$7.79 & FREE Returns

Qty: 1

Sold by: Fephant

Amazon Prime eligible Join now

Add gift options

Choose a delivery option:

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

Saturday, Aug. 12

$5.99 - Standard Shipping

Place your order

Order total: $14.33

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Order Summary

| | |
|---|---|
| Items: | $7.79 |
| Shipping & handling: | $5.99 |
| Total before tax: | $13.78 |
| Estimated tax to be collected: | $0.55 |
| **Order total:** | **$14.33** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: OPOLLO Funny Twisted Smiley Mushroom Bedroom Rug Home Decor Indoor Doormat Halloween Personality Shape Bath Rugs (32x28 Inch), Plush Soft Absorbent, a-096 : Home & Kitchen

**URL**

https://www.amazon.com/dp/B0B9MHZDG3

**Collection Date**

Fri, 11 Aug 2023 07:33:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.167

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ahTmh2lZz16Uy6Wzk+WPIAAe/HieNKgje2Sh36osebloqb2RwgNJPqxVWw0nBL9rWoL6ngCb17xsDDvDxXRxWSLDFyzno7F8rgEF9uEqY8d7Cb6SbdQjAzKDgqZsJoty1adEULps3rXeFjLx3NBiWLo3ZcMoFIsmTeg5NUP2nAaD5k4PswofdI+7yplGu1a1DPdAKAwg2Tqa/8Q1dYe5BNLST/
vmT8ybwvvCivEDV71Zlmc8H9sESThyYjn45hb8PSPkbiQFPIgD68POqiHDqgRO1a7TMz1FVuzVO8W7D3Ql2c+20FiQy+1fS0AG0CgFZ63vhfEvZ7Vu2AEmTcZcsg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0B9MHZDG3]]_Fri,-11-Aug-2023-07-33-54-GMT.mhtml

**Hash (SHA256)**

d5f4857462ff6b2a2a22e5f5b8d8fc2d7573d3308874394e04922f7aba8d24c8

**Signature (PKCS#1v1.5)**

GZRunNWFK95Kqay3k2ApRqvoiove44v8zlGMLHGxtEHQ6MSw1TJXFDMOPyuOymmR9aypByBHAR/KjJv4t63wcKnCntrbtV+PyJ6Y9GkhTljNfUExOmBJyks0OSXSdB15aAqW+tyTqr1TF8tfffOgyf5ZCHygDlDnl9MlKHQvMnZ+ECWeUAJjSRSL8YJhVzyhbRL3M
+70hEEs7NF9Gh66tVNnitKsHpDQpxmDGGAZc2jqTGP/X2ucdZavrjlX8O6tDszt1bNLjEcT165OHyBUt4wgAThxssP70jK1HyFtv9D6SNIWzb2+6lQBgNOiTU3x5K6ONGb+XSdl65iJNrYcVw==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 11 Aug 2023 07:35:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.167

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

x/c58ewwZu3wTuvX54WDy8ofjNFmQzqF6cKeO43pWCoGt3h3X0LyAfa7ELs/yPcECUBPD7fv+h9squ3r7NMDteDbwVrkQo5AjZDICN8fwCxdQbiTXguon6+EG+uAXAi6/HWU6YyhlrAy88FMZYNkaoV0MvZr+klIYulkBxwkUcJjrZe0xkYtM+/
d2H0jr3Iur5Uc1UcM2Mn8EqzNpXQRuKJN585EYv5ocEisU8vGR2A/KFB3CoTlG94ULlXlIAAa6dODqsgCoq+Y5cyYZCcABTqoaLad58Uku9fC9NjgSGkPDMH09tQVueOJIO64Uhtgv2COT0aCZI0HzzosE9iueQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-11-Aug-2023-07-35-51-GMT.mhtml

**Hash (SHA256)**

8023d9f516f9e8ce7840b832e3dfd7f294aec5884210c8c1b7aa79effe492eff

**Signature (PKCS#1v1.5)**

nJLYApOpbx2x201qtiD2ZFg+sMy6c/rQBPjAXal/s78PSmabrOQA5QYMo3op2rpnmpps4v2XopvyH9QUosbchtpI02M6rO78vltn7Ng3hcWGCb2AZxCRZuqj87DNFqsdKzpMamc8+w1rpyoSNst/USYPlckAM61e3CIxrVchxKnQ3Uh3uENeU3dJi7sJ56f05Eu+Wrvu2YCaCPf/7dZ2/
GgG4ENkB3d5WEZh/pBrrw3VE39DtCaJWzEgK+w/y36/tP0QSaAk+4I7QXTmuWLMezQNGiGzomUAFQ2Iu57YgKgRtAkDkrcAue4DvmuIIteQ8vtb1YcymIaPMgNcKh5yfA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Or pick up near this address - See nearby pickup locations

Change

**2 Payment method**

VISA Visa ending in 9985

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

[redacted] we're giving you Prime FREE for 30 days!

Get your Prime eligible items ~~Monday, Aug. 14 by 8PM~~ Sunday, Aug. 13 by 8PM for ~~$6.99~~ FREE

Get FREE Two-Day Delivery with Prime >

No hassle. No commitments. Cancel anytime.

**Delivery: Aug. 14, 2023** If you order in the next 20 hours and 24 minutes (Details)

Items shipped from Amazon.com



**OPOLLO Funny Twisted Smiley Mushroom Bedroom Rug Home Decor Indoor Doormat Halloween Personality Shape Bath Rugs (32x28 Inch), Plush Soft Absorbent, a-096**

$28.88 & FREE Returns

Qty: 1

Sold by: FFCU123

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- Sunday, Aug. 13
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- Monday, Aug. 14
  $6.99 - Shipping
- Sunday, Aug. 13
  $10.72 - Shipping

Place your order

**Order total: $37.89**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Get FREE Two-Day Delivery and save $6.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $28.88 |
| Shipping & handling: | $6.99 |
| Total before tax: | $35.87 |
| Estimated tax to be collected: | $2.02 |
| **Order total:** | **$37.89** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS
Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

3x5 ft Yellow Smiley Face Flag UV Fade Resistant Double Stitched Canvas Header with Brass Grommets Happy Face Polyester Flags | Wish

**URL**

https://www.wish.com/c/5d2427116d9df27c598eba38

**Collection Date**

Fri, 11 Aug 2023 03:37:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4976:ab00:49ed:2e49:843c:fede

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QQIENLAE2Cpb3FuLxALOOJld+2sxyqJzc/eGVhPc+ObPznIbDKW7mI83xpYbdGN/IqcJi1INJRgpPYwfAs/jnPhKpg+Gr9BWUzc4GPJgIf+iVlL3KVelYQQb5n+psYRY2b/O6V2F3Uw2C6ibPb+OULAAGjsa5Bm0kMq7sRYYmnu0NXYyH5Il
+lhQGQiQPmClfyKXKiVgLos14RKUmSikQi8N5+ueqRiOD7sHlON5Mgy0S4fIMKMwg9T5GfQdMn6zRWnV66EgBsGsppLtNDqKXi6qkukuxEnVtkGEYexyer3uUjOTh/UVkHuhiV11kCaRYcgnIxH/yjpCZod0+NVk0w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]c[fs]5d2427116d9df27c598eba38]]_Fri,-11-Aug-2023-03-37-08-GMT.mhtml

**Hash (SHA256)**

f6e934efbb702509aa375c712707ae6b3c06adcdf7ab1b4ef51f6cd57ff48f09

**Signature (PKCS#1v1.5)**

lETS1SqFwW+c67mhPsznTxsEo5eBEaO5WA6II4Btcp59Xur+0Ue5dByNmewr6hCGoiCsVSe4btcPZ1OhtFDUBd8+buFOVoTwtCVZehCudAFIF2QoSCncxu6N8p4i13EZmZGGD8qzscXE+SbcetGIIBW86rBWcnS1GqXUYi
+lJHkRKBG0t7tz7MswhZ5r8YLcWWnjNAjz5AzSHNo47Kwq9wSphb7gIjHJ/ICrz1BZvp1Zvr/V0x8cZYr6ZcG6ptBGI7WUbFTi12BojxVCfz7Q7P26+YZIQujw8bzYj2hbHQGh2iyN3qIomLdZ83bZEacGvTSWqykG9JmLLyEuFfaXFQ==

wish

What do you want to find? Search

Popular Express Blitz Buy Deals Hub Recently Viewed Trending Fashion Baby Gear Pet Accessories Gadgets Tools Health and Beauty More

Home and Garden › Home Decor › Wall Art › Flags

Overview Related





3x5 ft Yellow Smiley Face Flag UV Fade Resistant Double Stitched Canvas Header with Brass Grommets Happy Face Polyester Flags

2403 merchant ratings

**$2.97**

Add to cart

Add to Wishlist

**Flat rate shipping**

**Standard shipping** $2.99

**Flat rate eligible**

Aug 23–30

Items are sold and shipped by Flags & Blocks Store

Contact, Policies & More

**Description** Show Less

SPECIFICATIONS:The flag is 3 feet wide and 5 feet long. Made of durable polyester with canvas header and 2 brass grommets.

This flag is ideal for low-wind area. The lightweight design allows the flag to fly in mild breeze. (NOT Recommended for Super Windy Outdoors)

1 flag per pack.

**Reference Price by Seller** Show More

**Sold By** Merchant info

Flags & Blocks Store
4.6 (2403)

**Premier Merchant**
Provides outstanding customer experiences

Contact merchant

**30 Day Return & Refund**

**Shop with Confidence!** Learn More

We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

**Report this listing for inaccurate information** Report

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Fri, 11 Aug 2023 03:38:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4976:ab00:49ed:2e49:843c:fede

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PzJXzwlm3gPMcOTWiS+FkdvnHZ1q8tzebg5lgYDOdmMi+5WB2plEWWu61BZiquRGSdCS0ZuqTwqsYeuTlDVF45ahk00X4XGhXoF3U5ZGvk4S45ze3Rk7Putr3yWMgt5A/R61Yehz3igKBIooAK/lxv0i/
BJNuYr5eWiOD2radseawg213Cep9DyE5qQxWxC3yleW8QZMWBpC96iRVYpmJFCvWMaxnOCRRAhMn91uvfFHECTpy+c6VuysbxkJg4BqPfs7RvjF3m5v6WNwF9eU0t7qzB/0VABKM5NWbaVn2U985cdsEM3Kyfa8yrITGyiKKSuvxLX+38rL0VAaJXoL7Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Fri,-11-Aug-2023-03-38-29-GMT.mhtml

**Hash (SHA256)**

691882445366eeb81b679ed943679cf7a53a56a0ea2bc4892464d9a654b5f635

**Signature (PKCS#1v1.5)**

KHWMpHPrk04LzzkOEbxtkB2U4bXLdAr6xIk7UrM7oPzRwDgCz2BglDY84SNfoml7VgQJsSpmbszvQP9m+WZjrQrFFIoVOzKwOYrdQLxGAUNXs4gFsL+2o1eYZTNm0IsnEltsIg/Od55QtS4F/
qylP3u0WNJwQsVz6qLkMGGvLn0JbuYdVZOsWwS4wGaej1MkDBHwh1dEDqaaPArKg/46+8/4ZL82fAA+4m/nQVLo58zn3/K2zqxKqTia8poYxwyqif3L0vElgfUGWmo1kGsMGGJPF8hIMtNv4O6a/jnoEy5PnLaV4P6iqzSoNDuGox8w4Ed6i+TKAKlWHVcPG7gDtg==

wish

Popular | Express | Blitz Buy | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | More

**Shipping**

[redacted]

307 NE 1st St # 6, Miami, Florida, United States, 33132

Change

**Payment**

G Pay | PayPal

**Items in cart**



**3x5 ft Yellow Smiley Face Flag UV Fade Resistant Double Stitched Canvas Header with Brass Grommets Happy Face Polyester Flags**

$2.97

1 Remove

**Standard shipping: $2.99**

**Flat rate eligible**

Estimated delivery: Aug 23–30

Contact, Policies & More

$10

You're **$7.03** from **flat rate shipping**. Save on shipping by adding an eligible item to cart. Learn more

**Order summary**

Enter Promo Code | Apply

View available coupons →

| | |
|---|---|
| Item Total | $2.97 |
| Shipping | $2.99 |
| Standard (1 item): $2.99 | |
| Tax | $0.42 |
| Order Total | $6.38 |

Checkout

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee**

We've got your back. Get a full refund if any of your items don't arrive. Learn More

30 Day Free Return and Refund

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: FLINTER Makeup Bag, Cosmetic Bag for Travel - Makeup Pouch for Women, Small Corduroy Smiley Face Makeup Bags - Cosmetic Travel Bags with Quilted, Large Portable- Brown : Beauty & Personal Care

**URL**

https://www.amazon.com/dp/B0BXDNCXF2

**Collection Date**

Thu, 10 Aug 2023 05:09:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.244

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

a1WKKHGi9c7E3A+5DR2s6XlysZp9/mM/rHMQCKBU1IzWwkv1Npm9zLHRTwxH09noe1JywNCnhM88bk7b3laXsjDjHNbvDcK5tQIxDx629AEggNRJxFz+GfGLhzO24SCgLKXoDlQN8ZLTDybFndJHxsBxqUa+Y+eUD/Vurcv2dKxuDVR8/
u5hhopvRoWuu4uMT1bDQNWLoWKec7A38I7lB6OXZUbj6Yfi132+GFTgBdY3WGMn/JgnCLQUKf4XyAwxroQ0y1kzBZ59daWdBwk6/Jiu7Qbrw97wDwjnzBINMmANyosIfGzVJ+arEnTwY9w0Rb9ZKLhgZnwIGeMPL+52OA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BXDNCXF2]]_Thu,-10-Aug-2023-05-09-58-GMT.mhtml

**Hash (SHA256)**

617a1d64c68c38f77a6dabde8f910483e12d439f400ed6f4ad43fb2f46471d57

**Signature (PKCS#1v1.5)**

MXo+84G7I0W3t7W8aLJNGJ/y0Do922bMhN8wiqE8SIRhvX9UY8YYnPOeivzHx6zQA2xhkd7WrTavow2qnSFTxrjsW6wl7YMj6976mLysv6hRqp74x092rXBj182XKoesCvZWc0bha23nPolYDGUyXIHtMI6EDLnK6ns9Ypjm0QePKASReGGeTJ16lSUeUwNZHrzqTPKAmWwuq4aKy9oIHHB/
SyFT0IHTkLx5vhr4Bd5KpnUy2t8x24qYZpeSJ+i33XUpEfy6H+Ips1S8RQUJM2wttOL0CWxnVzzUoqbHm/teMtawG++5aviFLRxi6no48Suuso9TFBsuKPEhOPRrLQ==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 10 Aug 2023 05:12:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.244

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

kOnau2ouQcXlc/WZRNYNEYMer44TrgwsREXkXeNa6OaFeQIOpiCbRT2d+e5D+ZWo78LkoyrPpqY22a9/4go7lc+0j9k8hEGH2ZhbhkcOWvJTtjTr3+cjimgPHxukE+MaCBwLAfxd0/oNEePyyYQVuscFp88JF+CBUnZJevuy9+hWWB1d9Lt1xookIqwhUdfCa/qa0VJCuRhiLMKN
+Ak3bru4TJUFIoL/B+8NF18gipniLQADh23fCRmtIo5MGSjXkDYjTMtS1GUwCnu7tYHlXIk2OZEft2k/he6/axgCFvZyNzuMgKG2bP/x1mtggWzWBSpYacgTUuflEWxEHL35Eg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-10-Aug-2023-05-12-37-GMT.mhtml

**Hash (SHA256)**

ad060a9694cbda8e5711dc4bdfd3b187b1188b07f4ac89795de62272ab9a1fca

**Signature (PKCS#1v1.5)**

JZ9jPWu6kBj60j/3A9ZtiloazDch2+joDj0E/+uRa+8RX+civjiQVGoC31VbH9QT40285qsNR5sCyFU/RRokgaeFrwEvPR5FVQuGN197AAvty0SWgJXHQ52ppfj2ra/S4TQvF2MmyibQlObkpmFFw7gM9hwWkhvrG6VG2Tba4npX6GIGKetMKklUqa
+iIW5F5VRchCicpV7ZquepyYlwpR9IHj5ypALmFQCGzZxpb133IJeonBM1TyIhgKOlEaGljx0v0XVgZymCw2Rh+T9KFl7HMGnYJafswuInHjz01tmnTQsNnNcy9DZuZLKNCadT0vCyYxszX7k3u590aQiURg==



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

LEEDS FANS SMILEY CAR AIR FRESHENER | eBay

**URL**

https://www.ebay.com/itm/265747241210

**Collection Date**

Tue, 08 Aug 2023 07:22:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YFhPVPwxgGCInC1zGqy4XU0lMVwkDAOp7lbFel4/8lfJ4UdV/bo/mRjrcDql6F72SQ841y9JylmpG91dTJ3cVwALzIlcqYZmCyTmdxlTqSSbqejVEb8LwetEK32tuAzLoaD639aIAmWL+jDIkfwQA9p/giLjCnBIWNi+plxqJcmruDYMByAE1vUt26YAYjY5JsK/BuL/
e63O4yVAMSU9Bv06hmh6SHYTTsHfg2pPJJQwfHK4ndwhN+A1qtwNycBEvhj3ieuAwWvwIZUuqfhLgPzfHoZlbG60jssPgdb4CyqyOubdGaPXj/hJsd7ikhTEm8vPFI+zGP4kCviJaJxi7Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]265747241210]]_Tue,-08-Aug-2023-07-22-27-GMT.mhtml

**Hash (SHA256)**

e068e95348575a51067c34ebd56d41c98f1f4255150e64833e22c4833b2ff7cf

**Signature (PKCS#1v1.5)**

XlPaSdb5q9PjMjgK+QzfY0gsuAim6GUK7wGpKzhUnvS+x98Hjj8irDMuoMiTB8Z4sMn9EUZtvDeLIpPOsbW51luO3mHGWjWFZKlJ+MdTDoYJ0hNAhUChqmjYYHRF5W3M49I8NMZJdVkv6msshyhHs+Rs0Ww6Fj0zZTjwJChv5E4PpR83Uv9tiGtKWlOse0IgWud5OsJyLLSgvgod
+HlW3e3SlJ3cIzsTeX3NyhDJwWuyXvR3t+M2cSC9Ib1loHU5kylXVFV/wROlVuoRM99I1yK0sFdRr0SoRyQHWozSWnP0QYU7BdlVqGlwX6A7/IAHFuSUSLofhGCJsCFnBwIn0w==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page

Share | Add to Watchlist



Hover to zoom

Have one to sell? Sell now

## LEEDS FANS SMILEY CAR AIR FRESHENER

Condition: New

Quantity: 1 More than 10 available / 73 sold

Price: **GBP 3.99**
Approximately US $5.10

Buy It Now

Add to cart

Add to watchlist

**This one's trending.** 73 have already sold.

Shipping: **GBP 10.00** (approx US $12.77) Royal Mail International Tracked. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Wakefield, United Kingdom

Delivery: Estimated between **Tue, Aug 15** and **Tue, Aug 22** to 33132
Seller ships within 3 days after receiving cleared payment.
Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns. See details

Payments: PayPal, G Pay, VISA, Mastercard, AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
football-for-fans (646 ★)
99.6% positive feedback

Save seller
Contact seller
See other items

## Similar sponsored items

See all

Feedback on our suggestions



| Personalised Car Air freshener 100% High Quality (Buy 3 Get 1 Free) | 50 X AIR FRESHENER-ASSORTED-COVEVA SMILING SUN HANGING CAR VALET Taxis | 50 X AIR FRESHENER-ASSORTED-COVEVA SMILING SUN HANGING CAR VALET Free P&P | 50x CAR AIR FRESHENER-ASSORTED-COVEVA SMILING SUN HANGING CAR VALET UK Free Post | Yellow Smiley Face Car Air Freshener |
|---|---|---|---|---|
| New | New | New | New | New |
| **$4.79** | **$16.59** | **$16.59** | **$16.59** | **$6.99** |
| + $14.32 shipping | + $21.11 shipping | + $21.11 shipping | + $14.69 shipping | Free shipping |
| **1519 sold** | **40 sold** | | **236 sold** | Seller with a 99.2% positive feedback |

## Sponsored items inspired by your views

See all

Feedback on our suggestions




| Smiley Faces Multi Coloured Poly Cotton Dress Fabric 112cm wide | Smiley Face Yellow Flag 12x18 Inches Perfect for UTV ATV SxS Boats Attach Whips | One Piece Ace Smiley Face Totenkopf Kette Necklace Anime Manga Cosplay | Cartoons Cute Graffiti Flowers Smiley Phone Case For Iphone 13 Pro Max Xr Cover | 12" Smiley Face 10-100 Party Decorations Latex Large balloons Helium Air Quality |
|---|---|---|---|---|
| New | New | New | New | New |
| **$5.48** | **$14.99** | **$13.09** | **$7.89** | **$4.46** |
| + $20.77 shipping | Free shipping | + $7.70 shipping | Free shipping | + $14.32 shipping |
| **23 sold** | | Seller with a 99.8% positive feedback | **Last one** | **33 sold** |

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Feb 16, 2023 12:17:00 PST View all revisions

eBay item number: **265747241210**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New | Brand | Unbranded |
| Type | Hanging Cardboard | Manufacturer Part Number | Does Not Apply |

## Item description from the seller

LEEDS FANS SMILEY CAR AIR FRESHENER.

## football-for-fans

**99.6%** Positive Feedback
**2.5K** Items sold

Seller's other items | Contact | Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 5.0 |

### Seller feedback (550)

This item (12) All items (550)

f***w (23) • Past 6 months
Speedy delivery. Happy with product. Thank you

m***o (833) • Past 6 months
Item as described, really pleased. Recommended eBayer!

o***a (229) • Past 6 months
VERY PLEASED WITH SERVICE

See all feedback

Back to home page | Return to top

More to explore : Car Air Fresheners, Hanging Car Air Freshener Air Fresheners, New Car Car Air Freshener Air Fresheners, Spice Car Air Freshener Air Fresheners, Black Car Air Freshener Air Fresheners, Leather Car Air Freshener Air Fresheners, Organic Car Air Freshener Air Fresheners, Lavender Car Air Freshener Air Fresheners, Wax Car Air Freshener Air Fresheners, Metal Car Air Freshener Air Fresheners

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 07:23:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fpDrDmW+5IedA9MHzpMC0jqq3uJPiWP8Xsa0ToaMkDw/zZpQB6Fy9hIR3VtLCVypbJjnlpgyQgYdOFbPJlINg3eV3Db7oLtzf0L7JHvojOut4GMKtqPrNGAO+fZEJsWkTdNjaGgd65mmitWl7qIDcPeOk+eINn+v+Sz3IjbwaRJi8+bmg4uCnBO7tmdpQGtSzdB01kKGQJnB2bFhfQ79GEIJ+h7Ct/
snkl0pyAuAQaOymeJVpWtRmQ5WrN6izN/pa6EfcbZjjUmJgbfcJEyDXYdlzHtTiNUXt8Dn36qfOgdaY7MNnNSqyINziYIX2wIbQ76kvKdYadOTzZYwJqmzaA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-08-Aug-2023-07-23-07-GMT.mhtml

**Hash (SHA256)**

3d192212ff77e7362e64e2df0be869825f54a6aedc0f5e57d590819119b892e0

**Signature (PKCS#1v1.5)**

i3CpHCi1Qd3Sjo7nbNgXV1TIy2L4NCSJ9qir5jsrIGWMP3qHcNtWuY7ZqXnHcKP4Rrp/sQCSWtL5NlREHu2mhWC+h8gUCY63jDadpltXvcYC4Pjj379FW1SWBAcrFVdR5fwQ6zlr44XSOdit89EKGUnb1IiHRGd5XnVONFOcS6R5iIrrSZSUG6t1vVg/Hs5FshR1tUnzs/
IgfNi7hC9L5q5yFPxACxoPgyPVz4U3Oi7Ig/kRsiq8SLr1y2Z8h2kF9Cpwu3HfgZWFGiHosv2v4aHdxabHVjgV5ruvuZ8VoW9VahYHh3sVUsTf9M2EhgFKwIszrlEZJlupoB4REwQGgw==

ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

Add new card

VISA

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]

307 NE 1st St, Flt 6

Miami, FL 33132-2505

United States

[redacted]

Change

**Review item and shipping**

Seller: football-fo... Message to seller



LEEDS FANS SMILEY CAR AIR FRESHENER

**GBP 3.99**

Quantity

1

**Delivery**

Est. delivery: Aug 15 – Aug 22

Royal Mail International Tracked

**GBP 10.00**

**Gift cards, coupons, eBay Bucks**

Enter code:

Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 3.99 |
| Shipping | GBP 10.00 |
| Tax* | GBP 0.98 |
| **Order total** | **GBP 14.97** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE

See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Bracelet Real 925 Sterling Silver Ball Beads Link Bracelet Smile Bell Charm Bracelet for Women Girls 18+5 cm Extender: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B07H5XM39Z

**Collection Date**

Sun, 27 Aug 2023 17:08:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.224

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

F5JCDJP2MtnDcafA9dvIwtY1iqBBsud8h/ENVX8ltUytrF+OiXS4kqfWLALqlJiCYwSEFKSQL5jjpXNQd2HlleMqPXVU/7rMrzPTRgOyACOO7LAzaAXHaxD/+9AKDtIhqIpiw220R9RL1CJ5DiiTj6V6tZiDLIlMtW/
rgsJnN0LmnMFbx2fNBemVY4OQk4ri3YW2Gyx65ZlrcvWqH50K1ZKcqVX8r3VHF0Z+vjfGFn3iEOuZsqmrAoSFZq+eYqrRZgAodA2sraCCUA1OjoqY+lNePdErfYJI0kH4wgNfhExCy0FOVkJFBRRxRkDaC5Q8lDjaTrURFeF7LpCMCqyr7w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B07H5XM39Z]]_Sun,-27-Aug-2023-17-08-07-GMT.mhtml

**Hash (SHA256)**

84ffde45d791a97f769959e64b6b2d047ef3fe479f9dd07d4223395bbc1f8132

**Signature (PKCS#1v1.5)**

p+tDO5O/xtwQSQVGLtd9DAe8ssGP1UqBFbUOSzfmyYwzrh9qCtpxeqFRfvygK3Jsfk5MAcFvw1Sf7YpSNDUF/Qj4aOyCnH3aFl5SILh42oDEldC+V4LSUt+crHuI1vCCM1Pcyp2/
XlVz6Vp6Fh8lI4CZXTbC9CtddltLdvC6RMM736/1ehK7wlScqBWGoKPS1+t2UbGjhWQCKBqRyR0mMoA96pJZM6fvOP15Gyt/xtQiv0f+QfxIjtjgCVcM3DfvtSOGSpogY8ELVzwdKHZYopzr5xJlvadtfNU+WFzly+hDFktZI/KCzkEDQH53HbF+yGvc+1V5OimEGj8Lz4oh0A==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sun, 27 Aug 2023 17:09:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.224

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

x7TfinEcVLF1GWfNNzRUujFt7hhNnsjVcJofRIETCOoDO1IaEEn5wE2Msb+6CQxIbljeXmsDOiqxBnhHi8hFsuAGsyeOPcML+6GOUCD8QuD2MSo6KbT9/OYY
+YnCu30o0AYTOOaQFToJTacDGLhQa5b2UzaghMvdBfusAtJL1U4lbIMAlLQ407Bq6CA0fIIGcDhCOKGk58LDgQAxvjt9XUPukzmUsw8/FtHoShhM+9unRSG3QvJSowQY51ZzW9uJfK/2RcUkHx0BMduWNzb7KX8DnGh
+gOs8FpswgUqXcXzlcDPgJucj6fc5eoMYQyBMleCrxooTyAJ9HV8dgyQtYA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sun,-27-Aug-2023-17-09-46-GMT.mhtml

**Hash (SHA256)**

b0a38b17e6651cd965cc2de46b301c2adfa3227104e521a9aead891abf320f67

**Signature (PKCS#1v1.5)**

hSQ01H5VGQ4zVBo7B/GAiVpSOtUY6gcRPEtDPmo9AOvCKEWnXVCG/5Nf8VmOYjclntHv1WUI1FWuxcrbSpYAgNHaGjuJCiwnIVa+9HUYksR1jsIjkOlDyanqRrxRHio5rXgk3GCTq+nmw9sxZGtpoP/oLBukzudaXIkG/Ser5S7/QmXHIydJmmUmf+T/Vry2TXQFojr81kaW24UyhKSYR
+IqEQG3cf7zV8dn3Ja/8ByIyKP/eRsS0BNhP9v0pgpAc5h7Lw4eJ66s2MH9yyGDv5PEETfz9vploAslmJwI0ufd4TJM3+dxIY3hCMVJbKJWUwmpx0kzkeA9QAIuMhvmSA==



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: One Happy Dude Cake Topper, Smiley Face Birthday Party Decorations, Hippie 1st/First Birthday Decor, Groovy One/Cool Dude One Year Old Supplies Gold Black Glitter : Handmade Products

**URL**

https://www.amazon.com/dp/B0C1G8J15Q

**Collection Date**

Tue, 15 Aug 2023 11:59:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

WGIqOw6FLXgVwo98yABYSDF7Ru2Pr92vaD4rn7+0uDHNkwJy52Yr5jWVM1CYSC2zmU49Du+5bsZDt4qkNv0yC3lKUYrGUXQGJYU8co5HUUCFf0nm+Q6zBO1s3Pw5OdShdmLEZ4amxXB1jqxk/RBYiI6TCOSxdvuldqFABVY+C1kajMAk/
uibPyyqmrVZNTsjuZRo4GzhbqroGjMMWthfhpqIS9Jbp9LBmxel3DScqdrOWL5qHOIT0QqtITcSIO7+ry+wVPAJ+okxeElqvxBtLpN6dbxAFR452CPowywdwqA1QWpNvmqLCwRBK4i2vnorBPNE1lvNdC7QmmssGcAg0Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0C1G8J15Q]]_Tue,-15-Aug-2023-11-59-58-GMT.mhtml

**Hash (SHA256)**

b7866b4e3b2043b10b889b40b49f0e58e420d5ddbfe0cfbd7fa9f7295f2549df

**Signature (PKCS#1v1.5)**

mU8/v/uI0i2B08zC7m0gXPpQZTYRUMvyHhJaYfViybjXsd7WXR3XGBaVAf6olsmsJtgu2L3H5/5Xc9I8QY8QlVIu/+kiK9gpQb6RE2rZ1NhRfrqgjq3stHlVH0bTvdRmVTUWYpjFJqhLuz79B0PUz8B49Tnn+TJMPJCwFTh110478mr/0xYsxcJkE/QSC8SV2/fWIlMBlNnBAs3XLiQbAzXPSvCSEuL6U/
xAO77I7OJpVLozsSWMrKBIOgDRbXbhgoxEOmZfs5tSEnzdSL5FjFU5HRE7kD1JNsBi4KAJFGYuJ4+w0WM7AS5xenAWASXcOC5brBWNgIGzbJQkTqhJag==

amazon Deliver to Jade Miami 33132 | Handmade | Search Amazon | EN | Hello, Jade Account & Lists | Returns & Orders | 1 Cart

All | Medical Care & Pharmacy | Back to School | Off to College | Customer Service | Amazon Basics | Today's Deals | Buy Again | Amazon Business | Household, Health & Baby Care | Livestreams | Free Shipping | Beauty & Personal Care

handmade | Gifts | Jewelry | Home & Kitchen | Clothing, Shoes & Accessories | Wedding | Sell on Handmade

32Ft Groovy Party Decorations Yellow Pink White Pennant Banner Fabric Triangle Flag Bunting Garland Streamers for Daisy Groovy Boho Retro Hippie Wedding Birthday Baby Shower Spring Party Supplies $14.99 prime
Sponsored

Subtotal $33.83
Add $1.17 of eligible items to your order to qualify for FREE Shipping. See details
Go to Cart

Handmade Products › Stationery & Party Supplies › Party Supplies › Garlands & Decorative Banners

Roll over image to zoom in

## One Happy Dude Cake Topper, Smiley Face Birthday Party Decorations, Hippie 1st/First Birthday Decor, Groovy One/Cool Dude One Year Old Supplies Gold Black Glitter

Brand: Four Ever Sweet

$8.99

FREE Returns

**Trust us!**

**Unique Design:**
We are a young team, focusing on providing birthday party products. Our products are designed by professional design team. By "Four Ever Sweet" shop special customization gorgeous handmade personalized birthday cake topper.

**Package included:**
1Pc Cake Topper. This Cake Topper is made of high quality paper and Paper stick. You can insert into your cake directly, which make your cake more interesting.

**Features:**
These wonderful cake toppers are very shiny, bring some glow to your party. Suitable for decorating cake desserts or other pastries, adding more joy to your birthday party.

**Wide application:**
One Happy Dude Cake Toppers are suitable for 1st birthday party, 1 fabulous theme birthday Party Favors Decorations.

**Tips:**
1. Designed for single-sided, the backside is plain white.
2. Only for decoration purposes, this is not edible and please do NOT use it in oven or microwave.
3. The color may exist a slight difference due to different screen displays.
4. If you receive our product damaged, please contact us immediately, we will solve it for you.

- 【One Happy Dude Cake Topper】: Birthday Party Decoration. Flash of to Attract Attention, For Your Party, Create a Cheerful Atmosphere.
- 【High quality】:Cake topper is shiny on the surface to decorate your dessert, make your dessert more perfect. Made of glittery card-stock with food grade Paper stick, safe to insert into the cake.
- 【Suitable for】:Birthday,Wedding,Anniversary Party Decorations.Super Shiny Under Light, Good Durability , The cake topper is great for many parties and events. Can be Used as a Photo Booth Prop.
- 【Easy to Use】: The product has been assembled and can be used directly on the cake. It is protected by cardboard and can effectively prevent the product from being damaged. TIPS: Do not put the cute cupcake toppers in oven, intended for decoration only.
- 【Best Gift】:This is a great ornament for your party, record memorable moments, and your friends will love it. If you have any product quality problems, please contact us. We will help you solve it.

Baby shower gifts
Ju's Favors Wooden Candle Holders Set of 10 f... 58
$38.99 prime
Save 12% with coupon
Sponsored

Add your 30-day FREE trial of Prime and get **fast, free delivery**

$8.99

FREE Returns

FREE delivery **Sunday, August 20** on orders shipped by Amazon over $35

Or fastest delivery **Thursday, August 17**. Order within 16 hrs 1 min

Deliver to Jade - Miami 33132

In Stock

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | Four EverSweet |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add a gift receipt for easy returns

Add to List

### Frequently bought together

Total price: $26.97

Add all three to Cart

### Products related to this item

### Similar items that may ship from close to you

1st Birthday Decorations One Happy Dude 1st Birthday Banner One... 1 — Save 38% — $7.99 — List: $12.99 — Lowest price in 30 days — Get it as soon as **Sunday, Aug 20** — FREE Shipping on orders over $35 shipped by Amazon

Konsait 25pcs One Happy Dude Cake Topper for 1st Year Birthday decorations Party - Happy Face... 24 — $9.99 — Get it as soon as **Sunday, Aug 20** — FREE Shipping on orders over $35 shipped by Amazon

One Happy Dude Birthday Decorations (One Happy Dude Cake Topper, Highchair Banner + Confetti Bundle) one... 29 — $15.99 — Get it as soon as **Sunday, Aug 20** — FREE Shipping on orders over $35 shipped by Amazon

One Happy Dude Birthday Decorations, 3pcs 1st Birthday Party... 7 — Save 6% — $15.99 ($5.33/Count) — Typical: $16.99 — Lowest price in 30 days — Get it as soon as **Sunday, Aug 20** — FREE Shipping on orders over $35 shipped by Amazon

### Product specifications

**Technical Details**

| | |
|---|---|
| Width | 3.00 centimeters |
| Height | 0.20 centimeters |
| Length | 5.00 centimeters |

### Important information

To report an issue with this product, click here.

### Product details

**Package Dimensions** : 8.98 x 7.44 x 0.43 inches; 1.76 Ounces
**Date First Available** : April 4, 2023
**ASIN** : B0C1G8J15Q
**Best Sellers Rank:** #3,016 in Handmade Products (See Top 100 in Handmade Products)
#11 in Handmade Garlands & Decorative Banners
#1,562 in Handmade Home & Kitchen Products

### Looking for specific info?

Search in reviews, Q&A...

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

### Customer reviews

No customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

32Ft Groovy Party Decorations Yellow Pink White Pennant Banner Fabric Triangle Flag... $14.99 prime
Sponsored

### Best Sellers in Handmade Products

### Customers who viewed items in your browsing history also viewed

### Your Browsing History

Back to top

amazon | English | United States

Conditions of Use | Privacy Notice | Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 15 Aug 2023 12:02:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

pVCdqoK3W5/iuBSczBG5fmyJGfQ2hzD7duz3a4oniEeSZe/RkwBG5TAtHB11I/CQYP/JzrV8qZo6jdOGIvNK9Lsp4xNQFbylY7wBReHWa0Y6S2cqZw2QpnXWhDow17H/9gtSMBhJqiEOmQvdUhDptyegaFeZqtkF1oqYM+RwFQClkzHdLRMLRs/
otBue7JCF89uihjP9MOoWnQ1AlPlEQDAQXaBxUAhc3EOI3UxWzMCpQN/gXC6AD+1CTggfB3+Ytz8AuPOSK3gjZQCvRKhCv9CQmuWaStGC+QKh7rWyJxyaAmO26o9OhPgIQdHXhbyN2FYwo77FHSP2fBoWAFH4OQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-15-Aug-2023-12-02-10-GMT.mhtml

**Hash (SHA256)**

a3384da8fe46b695466276face9f9ba1330ae874985b10cf7d538a1388a4e979

**Signature (PKCS#1v1.5)**

n9RdQUjgJ1tT83yahtyW28DmvzAFqbvMAhyNUHgzL8Itmm5JHeNXm3v1IDGA4ICQ8JqxGgVrcoDOdt5Y5+tKSr2P+RKEspKe8yNKJytaOba8WZQ4MoyqbWEed15SPsUSyprfdJcQ2PqKlduc8H9vE34lEMZMWsjVPP244/
cpsGUEUNQIA02dq8Z9MJHA2Cml9ZDk4dMuazNnqiMaxYmKyaYvWauecna5D22DbwqEIIIBg2Kv79yVtXATryGafaYfccuH/A3DBxBBgqWhKnevljnmJ2sA07qU/zsBSlsexR+beIzWZYpId4z70hgfZwAWr8yqkkkBHpL/Zzdwp8vmpg==



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Yellow Smiley Face White Bucket Hat Summer Holiday Festival Beach Sun Unisex | eBay

**URL**

https://www.ebay.com/itm/125991323268

**Collection Date**

Thu, 03 Aug 2023 12:13:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49c4:8c00:5d47:e620:261b:674

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HoDCXDI6FpcQaXVhBsl3+wVCyInW8o7PN09UQl4c/up3Qu26XC4jVsEoX/cOUgQW7njVTAOPa1w6P/gzGqAove13J5qxZcbQDDUCEoexzkahGSv2qW01TeeUhEm3xN787F4vOSiwaMX5uwa7Y3kiwR4sTedfBZVJFAp4S4VUi+HdEnM02WJXEBan3tc2u7xfuAuaj
+20pKQPC1svKgfIAC1uKRwHMXq6Su7Hc5pKFH8dVdS2mS/Qm2NRPNXcTq/NTAsytBm3yYvaYGnJDK9s0bS42d1K2tRvBGbKxYeULlWRJcNoFyUSY4N71xRjx21/fmB9ueyfA6nzth5gRTEfcg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]125991323268]]_Thu,-03-Aug-2023-12-13-44-GMT.mhtml

**Hash (SHA256)**

c3d270e4f95c593ff48c1c0dd4336a600698c81ef7daff507658101538695993

**Signature (PKCS#1v1.5)**

HFT4SmeFEvpjoV1RzvEyfGMfdwMyjReB5LSDeoR2u8QHNKtmlJpbmux/YFYLXQU91xMUH/GJnN/vZJoGZ2tVDT9gkKp94pJP/
LkEFDS1ppitxC9lxGMns3QYRTNfB2+sZu9qrBrMKj1vvs4PYTJLrRsN2S4qyDZsPcP2i7ZqUOBuhZtymN4zNfsJO0BLaISsf5ljtpZlFjpkJCCajvRh0iDMyB0ohDzv2ZvlrgwZHuJQ6Y4EvRnfcCUIlh4cpFjqiVO8ctai1yWRrVZDFRPXuGB1heYjyC3393P3H/
Z1KJbKNnyXljv6rK7e1G0rjakeC1DIU0Wf2+je9Foyp9ydWw==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Clothing, Shoes & Accessories > Women > Women's Accessories > Hats

Share | Add to Watchlist



## Yellow Smiley Face White Bucket Hat Summer Holiday Festival Beach Sun Unisex

Condition: New with tags

Quantity: 1 Last One / 1 sold

Price: GBP 7.25
Approximately US $9.20

Buy It Now

Add to cart

Add to watchlist

Last item available

Shipping: GBP 14.07 (approx US $17.85) Expedited Shipping to United States via eBay's Global Shipping Program . See details
Located in: sittingbourne, Kent, United Kingdom

Import charges: Free amount confirmed at checkout

Delivery: Estimated between Wed, Aug 16 and Mon, Aug 21 to 33132
Includes international tracking

Returns: Seller does not accept returns. See details

Payments: PayPal, G Pay, VISA, Mastercard, AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

International shipping and import charges paid to Pitney Bowes Inc. Learn more

$ Have one to sell? Sell now

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

Seller information
frevans2004 (11196 ★)
99.4% positive feedback

Save seller
Contact seller
Visit store
See other items

Registered as a Business Seller

## Similar sponsored items See all

Feedback on our suggestions



Bucket Hats Festival Sun Summer Colour Beach Cap Bright Adult Unisex Reversible
New
$5.06
+ $14.23 shipping



Retro printed Bucket hat Festival holiday outdoor sun hat
New
$8.82
+ $14.35 shipping
330 sold



Louis Vuitton Since1854 blue logo bucket Hat womens
New (Other)
$400.00
0 bids
+ $20.00 shipping
Authenticity Guarantee




Adult Unisex Bucket Hat Cotton Fisherman Summer Beach Fishing Festival hat
New
$11.40
+ $14.42 shipping
341 sold



Sun Bucket Hat Adult Summer Winter Fishing Festival Beach Unisex 100% Cotton Cap
New
$5.06
+ $2.03 shipping
Seller with a 99.7% positive feedback

## Sponsored items inspired by your views See all

Feedback on our suggestions




Smiley Aufkleber böse lachend 12x12cm Bad Emoji Sticker Fun JDM Decal Emotchi
New
$6.00
+ $1.86 shipping
Seller with a 99.9% positive feedback



Stylish Resin Cute Sun Flower Smiley 11x11mm 100pcs Nail Art Rhinestones Decor
New
$6.05
~~$7.12~~ 15% off
Free shipping



VLONE Bloody Smiley Face T-Shirt. Authentic & New. Fits L & XL
New (Other)
$89.92
+ $22.48 shipping
Seller with a 100% positive feedback




50+ SMILEY THANK YOU stickers (1 inch) SQUARE / Gifts & Business FREE SHIPPING
New
$3.74
+ $1.49 shipping



3D Yellow Moon Smiley Dark Self-adhesive Removable Wallpaper Murals Wall 814
New
$26.16
Free shipping

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.

eBay item number: 125991323268

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Brand | LEGS GALORE |
| Department | Unisex Adults | Occasion | sun |
| Size | One Size: Regular | Style | Bucket |
| Theme | Festival | Material | Cotton Blend |
| Colour | Multicoloured | | |

## Item description from the seller

**YELLOW SMILEY FACE WHITE BUCKET HAT**
**UNISEX ADULT**
**PERFECT FOR FESTIVALS!**

### Business seller information

frans party store
stephen booth
Unit 5, Drywall Industrial Estate
Castle Road
Sittingbourne
Kent
ME10 3RX
United Kingdom

Phone: 01795410628
Email: francesblanchard1958@yahoo.co.uk

### Return policy

Return policy details

Seller does not accept returns

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## FRANS PARTY STORE

99.4% Positive Feedback
45K Items sold

Visit store
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Seller feedback (12,746)

i***l (194) • Past month
Excellent item , Fast delivery
Fancy Dress Australian Aussie Hat with Corks Ozzie Cork Hats (#115495144508)

i***l (194) • Past month
Excellent , useful item .... Fast delivery ....
Fancy Dress Australian Aussie Hat with Corks Ozzie Cork Hats (#115495144508)

i***0 (1015) • Past month
Quick delivery and as described
Yellow Smiley Face White Bucket Hat Summer Holiday Festival Beach Sun Unisex (#115828132937)

See all feedback

Back to home page Return to top

More to explore : Summer/Beach Bucket Vintage Hats for Women, Sun Hat Beach White Baby Hats, Summer Bucket Hats for Men, Summer/Beach White Vintage Hats for Women, Men's Yellow Bucket Hats, Men's White Bucket Hats, The North Face Bucket Hats for Men, Summer/Beach Vintage Hats for Women, White Bucket Hats for Women, Kangol Bucket Hats White Hats for Men

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Thu, 03 Aug 2023 12:18:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49c4:8c00:5d47:e620:261b:674

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Cp6KR1Q9v77o/zEC+xy4GA4lT0m8QrXpeKNP4zkUg+eUo9XB914VqKkT2+53JvNBEeYNQaueBkCA9xDKfjlKgtbjNETRwLhpKu0O24u71Q5It+xFf7Ug0tZCYepvT2BMNcVqtdN7PrQeW9D+pbS5pUIWcYLdWg8+BwJgEMIMj3/
ZdEefpXax3wxKcjvv73TYztKkhJgSTjwmwSe4+zcOzzWvm81Bc3TbOJ/bKgsqSnJEZi+j5v9vt0t0njqnPLbRf4Ogolch/mbVIvwyZxvvtXV6LUAq+kTt64AgehZgCcpNP8SVeEaX94kgw5s8KuqnaA5i9MweBAf/ogQS3XHGyg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Thu,-03-Aug-2023-12-18-49-GMT.mhtml

**Hash (SHA256)**

cf809d0b4fe2a34c7fd8f9788f3b7fba838665932923ce023a36ed840190923a

**Signature (PKCS#1v1.5)**

T8jvlwv1DLATgP8RArkMLqEIoBFV3X8R4P8FZKW8k5Mn5oqB1OltkUyP5K/+u8q0bc50zSk0o/RjqA9+rgEuLZFmnkV4pM0TOu2JjILJKCB3bLK2HWqHYYJHOo7AvVLWrWNcsAAXmNgSwpMZM+P/LgRMAJxwU08iN0VG1/
hqrq37ho9TBteGxstJOuu3ecckeLifbIk6KmVp25sV3TSNsxPT6D7g70gevpjCUDSoHu0bjcqipYQ1+0RPLNSFhhR0A3czVv9H1t4TAXt5EhJvti9rHL0IC/7LQbTcPpoGTfHvwdie7apFSUsFs1uIriRI+6PNd1F9vviF5HOccCofuA==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

VISA

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]

307 NE 1st St, Flt 6

Miami, FL 33132-2505

United States

[redacted]

Change

**Review item and shipping**

Seller: frevans2004 Message to seller



Yellow Smiley Face White Bucket Hat Summer Holiday Festival Beach Sun Unisex

**GBP 7.25**

Quantity 1

**Delivery**

Est. delivery: Aug 21 – Aug 24

International Priority Shipping

**GBP 14.07**

Includes international tracking

**Import charges**

No additional import charges at delivery

**GBP 0.00**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 7.25 |
| Shipping | GBP 14.07 |
| **Order total** | **GBP 21.32** |

You agree to the Global Shipping Program terms.

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE

See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS
Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Happy Face Cufflinks Smiley Face Yellow Dance 5055407701024 | eBay

**URL**

https://www.ebay.com/itm/254131396180

**Collection Date**

Wed, 09 Aug 2023 18:57:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

193.27.12.196

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

g0FQGT2D/FzxK3LOpe9D+pDGwczX80BQ/1quLZJMsj/rpuIdPSU1JfRa5zp1FuEJjnHqToLskV33kOyHgbZAwbN3LU+TApiKG8pHMzTHChhU4F419ZJKAPSpMoGTD3CYVigwcETtzBl67eqUiZc3fnKM
+MchH6pldklFCYcsYbEctena1LUN8TIgBtI7HQ5tJCqHlLvjbi7nRxy9DeI4GcAmRHH29iKZp3uAgp4KcEHOssLryfaLILRrDZalXY4uR518vqSUOdBM4nxMi19z6rmunNSSAt3l88km+/YyfrcS/Ru/UZG94rkTUnHtee4c3ckuoRY1q2w7aWzttdXCvQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]254131396180]]_Wed,-09-Aug-2023-18-57-46-GMT.mhtml

**Hash (SHA256)**

11cb5433fb01c9a72a7acd7922b620ecc869a212d1ec444c80f39f2674ec40a5

**Signature (PKCS#1v1.5)**

SDp/B8Z6tHROEEb7NOH1H+Wr6VryExNJ8oaLHQEiCerJMIyGq0uCQ+OVLOfelqGEBO8nhopH5uVA0WyKkpA93BzQS1ATyJ8qme3AO9/B5QFcNa86/VzNQ+C/wCTN3IGX9gLgxGK7hkLSvptU6GGpuHALDrsbOey0IMPcGOjI7CiY7fm2S1WI2bdKT7jXS4AoUsoZdpd4qnrDM1/
elbgDvH2H33Vozi/LQkDFS1E67aMK3R5ycm/Y86b6X4LMZVaBDOhXaO5a1s7bql7fStw0tMqsbmVmcLmTl7fanAeNVvYeJkuIW6yHfUuq71Vp2X4Yk6NV0tKTTpoye+QJODeATQ==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay 1

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Cufflinks Share | Add to Watchlist




Ad Request More Information
Barry University Visit Site




Hover to zoom

Have one to sell? Sell now

## Happy Face Cufflinks Smiley Face Yellow Dance

Be the first to write a review.

Condition: New with tags

Quantity: 1 More than 10 available

Price: US $64.51

Buy It Now

Add to cart

Add to watchlist

Additional service available

1-year accident protection plan from Allstate - $7.99

Breathe easy. Free shipping and returns.

Shipping: **Free** Standard Shipping from outside US. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: UK, United Kingdom

Delivery: Estimated between **Mon, Aug 21** and **Mon, Aug 28** to 33132
Please note the delivery estimate is **greater than 9 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 60 days returns. Seller pays for return shipping. See details

Payments: PayPal G Pay VISA AMEX DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
frsydtke (3280 ★)
100% positive feedback

Save seller
Contact seller
Visit store
See other items

## Similar sponsored items

See all

Feedback on our suggestions



Circus Clown Happy Face Vintage Cuff Links smile
Pre-owned
$32.49
Free 3-4 day shipping
Top Rated Plus
Seller with a 100% positive feedback



NEW YELLOW & BLACK HAPPY FACE CUFFLINKS X0BOC029/25.19 FREE POUCH
New
$10.16
+ $13.89 shipping
Seller with a 99.5% positive feedback



VINTAGE AVEDON 14K WHITE GOLD & DIAMOND CUFFLINKS
Pre-owned
$33.77
26 bids
+ $10.95 shipping
Seller with a 100% positive feedback



Silver-Tone Mens Cuff Links Happy Smiley Face Mens Cufflinks
New
$14.95
Free shipping
Seller with a 100% positive feedback



Vintage Hand Blown Glass SMILEY FACE Cufflinks
Pre-owned
$31.04
$38.80 20% off
+ $7.35 shipping
Top Rated Plus

## Sponsored items inspired by your views

See all

Feedback on our suggestions



Smiley Foil Curtain Party Decorations - Set of 2 | Happy Pastel Birthday
New
$29.85
Free shipping
Seller with a 100% positive feedback



Yellow Enamel Handmade Sterling Silver Smiley Face Shape Pave Diamond Pendant
New
$67.06
+ $8.00 shipping



1Ct Round Cut Simulated Diamond Smiley Push Back 14K Yellow Gold Plated Earrings
New (Other)
$59.97
Free shipping



INC Xstamper Pre-Inked Specialty Smiley Face Stamp (XST11420), Purple
New
$14.50
Free shipping
Seller with a 100% positive feedback



HANDCRAFTED CERAMIC SMALL SET OF 6 EMOJI MARVEL SMILEY TEA COFFEE CUPS
New
$135.00
Free shipping
Last one

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing. eBay item number: 254131396180

Last updated on Aug 01, 2023 17:44:00 PDT View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | MPN | APS093 |
| Brand | Select Gifts | EAN | 5055407701024 |
| Type | Does not apply | | |

### Item description from the seller

**SELECT GIFTS UK**

**Happy Face Cufflinks Smiley Face Yellow Dance**

- Happy Cufflinks
- Smiley Cuff links
- Cufflinks details below
- Hand Made
- See Description Below

**About Us**

Select Gifts is a family business based in Norfolk England. Founded in 2004 we hope to offer the best in product and service and should you have any questions please contact us before placing an order. Please explore our Ebay collection we have available over 100,000 products, many exclusive gift ideas for the season ahead.

All items are hand-made, many held in stock for prompt despatch. For personalised or specialist items please allow several days before posting. Global posting is available, default post is 2nd class although Special Delivery for the UK is available on urgent requirements.

**Engraved Items**

For personalised Engraved items please ensure you confirm text with your order confirmation, should we receive any order blank our team will email you and defer posting 24hr. Should no reply be received we will assume blank to complete posting. Please monitor your email/spam box.

All items are hand engraved as per your text, we are not responsible for any customer spelling or grammar errors - so please do take care to review the text. Artwork is for illustration purposes our qualified engravers reserve discretion to ensure the ideal finish for your purchase. Engraving is done by hand with no dye, depth size is unique to each order. Majority items when possible show three fonts, should you not confirm this we will use best font available. To comply with Ebay all personalised text must be confirmed via Ebay system for traceability.

Refunds are not possible on Personalised items, in the rare instance of human error or product defect rest assured we will offer immediate resolution / replacement.

## Select Gifts UK

**100%** Positive Feedback
**7.8K** Items sold

Visit store
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 4.8 |
| Shipping speed | 5.0 |
| Communication | 4.9 |

### Popular categories from this store

See all

Family Coat Of Arms · For Her · For Him · Giftware · Military Gifts · Popular · Other

### Seller feedback (2,982)

s***- (81) • Past month
I recommend this seller
Engraved Post Letter Opener Royal Navy Insignia Rank Leading Rate (#253633072110)

2***h (441) • Past month
Quick delivery just as described. Many thanks
Corridan Graddon Etching Smithfield Market Framed (#256146767752)

8***t (1913) • Past month
perfect, thank you very much
Nova Scotia Flagge Leder Kofferanhänger Stahl Graviert Text (#254192507066)

See all feedback

No ratings or reviews yet

Be the first to write a review.

Back to home page Return to top

More to explore : Open Face Yellow Analog Pocket Watch Pocket Watches, Open Face Yellow Gold Analog Pocket Watch Pocket Watches, OMEGA Seamaster White Face Wristwatches, Seiko Diver's Orange Face Wristwatches, OMEGA Seamaster Blue Face Wristwatches, Rolex Daytona Black Face Wristwatches, Seiko Diver's Blue Face Wristwatches, Invicta Pro Diver Blue Face Wristwatches, Open Face Pocket Watch Pocket Watches, Chopard Happy Diamonds Wristwatches

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 18:58:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

193.27.12.196

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

j38dx2JKNG+kd6mBU7Vzxak6LA+dkUNaxeeCjY5vOj8sqFhBs9vSJxGig8XFnfxzCehfgKubKnEvBdpwXaXfKe3MBAw0yZKjZWvmbX6Xf//y0b+PXzQQyYsXxGWTChmUC+pzkPz/sIZ5CPj/
Pla63jfY7kFzeTWNiUtLEXm59FpkB93UIa2V47slChrMSB3nF81SiGvVela77r2/4vlQAc1XrKDanNnyFWvMnu1r23+WSQ7U/+1klUxbqHo6EcOXAcv89ibD3jsLmQPLT07xCCp6P5D6Ol7rFzZms/Rb0qdxql2Jc1tHOEtSOzn0C6cLXnI10LI6Dc+Z5PtUefpCYw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-18-58-55-GMT.mhtml

**Hash (SHA256)**

fd303ae725e3a01818942c883d9d715e75e64ccbee83b697b76a8a20bd71e308

**Signature (PKCS#1v1.5)**

iwTTSoq9D31HY6Xp93/4tQ1ysUJYKhY38NoPcZ0m6v/aRH4Otc+/LaVPHoZEv0fYwJnFi9ksmMlrC9TgFkVrdKSlGwP+MdaX1RnB3FiIqwOAtYptVOHRjsk6ML
+vKoh84b0pxEizUbg96juGt0MK2rKsNKxgMSsm0rEQzNZT99bOBO93jZGKum0oqKQ6P029laMgpNVe0HReCCgu4vtpDt0M9/4237U6jotifRe5xGDAEtI/F7fn3wGYDJvin4fswN+yGLR0S2bySae8lEtb1qzjPK+9Xr3vcLn6EP0sD95K89qZkcZK/bi/YYW5+Ao0UsYWUpMTNAGd0y2sppMa1Q==



AXENCIS
Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**
BUCKET HAT SMILEY FACE FESTIVAL BRIGHT FISHERMAN HAT BEANIE RAVE DANCE SUN | eBay

**URL**
https://www.ebay.com/itm/185915797353

**Collection Date**
Mon, 07 Aug 2023 10:57:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4450:497f:e600:b95b:2e52:205f:8608

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
K9KlvffScvN0XmWCDiVdtzCeZYnT/VO+VIEiXYaMtVRH/C4ReLZfkHJJrwXz42Gz0lbx7ZwO3mLaLMourOQUU8SjQ2AIkyr+iisD7qgCBQxGYMjg83RZxTy7w6t34WZGFgBpf3Y0yEgcucj8+oNTEgWA26endAoX0k8ANqeOb7kI
+pHd48+PQe1RPulKF4KGS6ZUmi42S0Y0uNaaemHH1+zL8G62PWhMA2Bjb6mhnw4mZWsRH59nylF1XYMyKd04EPvGVdKYxXiE7mT+ZFVOKLW/XLNRax5ixz7knDD77eLubwILAhyhneZ+Cw8fHlz/xCoYn4jJOYgtXTA8kVu/YA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**
screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]185915797353]]_Mon,-07-Aug-2023-10-57-09-GMT.mhtml

**Hash (SHA256)**
2d68146fe2ee7dcec6614627ce69717bcb22f1d3676e100bf7750d3796e22cf2

**Signature (PKCS#1v1.5)**
aCpo/7haqsX3VUlp65ApCG3VwZv+aFXodW11vr3tKr+kfXDJdwD0cdplaOfTwOBwlj2L0POw0PsTV6Aw2U7LEyRwpnEbXpZcrLaQUvQKCWT+TGQpRro/KfEfNPkqfdlRvweDyCO/xBpV7qCHioBHzK+3VaSAOx+YHwNxAK6pC94N1ETj8zQ/QEn1N89r6uLSjiH
+pfm1r7MuNvBFrNa0UXxqT2PrVrP3qXZNPRPgh725nmAxldYBgpTEzFKFPBe1u189R0q4pCqPwWjyMMHwCv0o+zblpywX2MFvGB5MqLAYbqllXVUh7Rfxoj15ylotasPbj0uCL8QDFWC8txKNow==

Hi Jade! Daily Deals Brand Outlet Help & Contact | Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Clothing, Shoes & Accessories > Men > Men's Accessories > Hats | Share | Add to Watchlist



## BUCKET HAT SMILEY FACE FESTIVAL BRIGHT FISHERMAN HAT BEANIE RAVE DANCE SUN

Condition: **New with tags**

Quantity: 1 More than 10 available / 43 sold

Price: **GBP 6.99**
Approximately US $8.92

Buy It Now
Add to cart
Add to watchlist

**This one's trending.** 43 have already sold.

**Breathe easy.** Returns accepted.

Shipping: **GBP 14.06 (approx US $17.94)** Expedited Shipping to United States via eBay's Global Shipping Program . See details
Located in: manchester, United Kingdom

Import charges: **Free** amount confirmed at checkout

Delivery: Estimated between **Fri, Aug 18** and **Wed, Aug 23** to 33132
Includes **international tracking**

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA Mastercard AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

International shipping and import charges paid to Pitney Bowes Inc. Learn more

Have one to sell? Sell now

Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
funkey-bets (14493 ★)
99.5% positive feedback

Save seller
Contact seller
Visit store
See other items

Registered as a Business Seller

## Similar sponsored items See all

Feedback on our suggestions



| | | | | |
|---|---|---|---|---|
| BUCKET HATS FESTIVAL BRIGHT COLOUR FISHERMAN HAT CAP BEANIE RAVE DANCE IBIZA SUN | BUCKET HATS FESTIVAL BRIGHT COLOUR FISHERMAN HAT CAP BEANIE RAVE DANCE IBIZA SUN | BUCKET HATS FESTIVAL BRIGHT COLOUR FISHERMAN HAT CAP BEANIE RAVE DANCE IBIZA SUN | sun Bucket Festival Bright Colour Fisherman Hat Cap Beanie RAVE Dance IBIZA Hats | BUCKET HATS FESTIVAL FOOTBALL FISHERMAN HAT CAP BEANIE RAVE DANCE IBIZA SUN |
| New | New | New | New | New |
| **$7.40** | **$5.09** | **$4.98** | **$8.92** | **$8.92** |
| + $14.39 shipping | + $14.31 shipping | + $14.31 shipping | + $14.43 shipping | + $14.43 shipping |
| **Last one** | **6873 sold** | **154 sold** | | **7 watchers** |

**What's your size?**
Add your size to see recommendations that will fit better.
Add your size

## Sponsored items customers also bought See all

Sponsored

Feedback on our suggestions



| | | | | |
|---|---|---|---|---|
| Beechfield Bucket Hat Reversible Cotton Twill Cap Sun Cargo Fishing Festival Sun | Double Sided Plain Black Bucket Hat Emoji Rave Fisherman Summer Hats Cap Beanie | Mens Women Mesh Breathable Baseball Sports Cap Sun Protection Trucker Sun Hat | Camouflage Bucket Hat Grey Summer Festival Fishermans Lightweight UCLA | Ellesse Men's Nedda Bucket Hat, Beige |
| New | New | New | New | New |
| **$11.16** | **$8.92** | **$6.37** | **$11.47** | **$17.80** |
| + $14.50 shipping | + $14.43 shipping | + $14.35 shipping | + $14.50 shipping | + $8.92 shipping |
| | | | | Top Rated Plus |

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing. eBay item number: **185915797353**
Last updated on Jul 13, 2023 00:23:04 PDT View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Brand | Unbranded |
| Department | Men | Character | Fisherman |
| Occasion | Travel, Festival, Casual | Size | One Size |
| Style | Beanie | Theme | Women, Kids, Children, Festival |
| Material | Cotton, Polyester | Colour | Various |
| Vintage | Yes | | |

### Item description from the seller

Men's & Women's Bucket Hat

One Size fits up to 58cm

To measure your head size use a floppy tape measure as seen in the photo

Fast & Free UK Postage

On trend fashion

multi purpose

bucket hats for all the seasons

summer sun, beach fun

poolside

festival fashion

spectator sports including cricket football

walking and hiking days out

and some for rainy days

...as they are sometimes known as fishermans hats they are also ideal for anglers of all persuasions

### Business seller information

A&MONA LIMITED
adeel arshad
72 Longford Street
Manchester
Lancashire
M18 8GQ
United Kingdom
If you are unhappy or have any questions, then please do not hesitate to contact us and we will resolve your issue ASAP.

Phone: 07883635354
Email: adeel gulu@yahoo.com

**Value Added Tax Number:** GB 383266086

**Terms and conditions of the sale**

Please Note that size and color representation are subject to manufacturing variance and may not be exact. Also note that monitor settings may vary from computer to computer and may distort actual colors. Please read these terms thoroughly before placing your order/bid.

DEAR BUYERS!
YOUR SATISFACTION IS OUR GOAL AND IS OUR GUARANTEE. IF FOR ANY REASON YOU ARE NOT SATISFIED WITH PRODUCT OR SERVICE, PLEASE CONTACT US BEFORE LEAVING NEGATIVE FEEDBACK AND WE WILL DO EVERYTHING TO RESOLVE ISSUE AND MAKE THE TRANSACTION SATISFACTORY.

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Funkybets

**99.5%** Positive Feedback
**78K** Items sold

Visit store
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 5.0 |

### Popular categories from this store See all

Other

### Seller feedback (15,991)

This item (8) All items (15,991)

a***a (5167) • Past month
Thanks

r***a (2317) • Past month
Quick delivery, good quality fun hat

m***e (830) • Past month
Many thanks

See all feedback

Back to home page | Return to top

More to explore : Fisherman Bucket Hats for Boys, Fisherman Beanie Baby Hats, Fisherman Sun Hat Baby Hats, Unbranded Fisherman Beanie Baby Hats, Fisherman Boys Sun Hat Baby Hats, The North Face Bucket Hats for Men, Men's Bucket Hats, Men's Beanie Hats, HaT Beanie Hats for Women, Women's Bucket Hats

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 07 Aug 2023 10:58:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:497f:e600:b95b:2e52:205f:8608

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Kq+rew2hJQls/5omtt6zAxf/ys+Z1H6ZCn/rwi8nZDllIfWD2s9ig1QFgRKHojsbvZZXJrVfwfxWzMPDEoD6JkYMGHyQAqYHgja2XLmM7vzjcNM8+6kBetb+WrssLN6ErHCfeK66iO0ZB21t3bKQJGxdhGMV+hhTwoeDzm/H1SYoMTvJlmGTyQC/54a+P92I/
Nf1uLbNrMMG6ZphiyD5vhebr9p65AJKnn/1zlIN3LlFdd8tJ2SxtXzS2mGD10r8s+BUk+S5Bsc7061UXE+lo90Y8dovJBgyHWeSv3aXM62RRRr8T0QN+kfI8iBc32Hje10zQGUTtrKAAd2x/lv2iQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Mon,-07-Aug-2023-10-58-55-GMT.mhtml

**Hash (SHA256)**

e19d5bf01ce93dff2847ca16fee86b905fd9f8a7d6e9e7fa3963aa2421d9d7e0

**Signature (PKCS#1v1.5)**

NNkDx0mdrVQDk0kgE2xiPBgWO1mqiPRiKu/CyqBtBWhkOQ4Nh4tmPX/Sb3C1hhibINjOaUSFSxTcVp4zRRIc4VJiqAsUEfVHisHWjo397dQTPS1LkafEe4GLNWQBm/lIEucOAPuXFJisFBDBYssXu/QjlZspII9lL5K03hSPJnvDeZTQBkEB/7qIU75vbWwlDWyd4/
pVjBX1oroLfOc5LIJrInH0sRFi8O2yJ86dyfoiuz9mFv3oQlx9k4s2vTiW7myZh80MFk6fg5rlLFvGbccjVWIe1Ma28xbEekS8GLNWlyZODZI+yaSwiHlM/YCxSe2IdKzYIu3ouyWpD05H0g==

ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]

307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States

[redacted]

Change

**Review item and shipping**

Seller: funkey-bets Message to seller



BUCKET HAT SMILEY FACE FESTIVAL BRIGHT FISHERMAN HAT BEANIE RAVE DANCE SUN

**GBP 6.99**

Quantity
1

**Delivery**
Est. delivery: Aug 23 – Aug 28
International Priority Shipping
**GBP 14.06**
Includes international tracking

**Import charges**
No additional import charges at delivery
**GBP 0.00**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 6.99 |
| Shipping | GBP 14.06 |
| Tax* | GBP 1.47 |
| **Order total** | **GBP 22.52** |

You agree to the Global Shipping Program terms.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 05:39:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4904:b200:69bf:7906:a752:afb0

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

SzGTUiKQ8DzYl1ZxQv27G367fM/uaE7Rr8b+IFCOm/PqmFCs5va1nMe8fsOUhb5Bsc01Ci3jQ32VeIbnPloEqC7lypKjQ4TtmJLSeSY20TBxvwxnFRu5f9skW1S+b8I2SN+gKPq/
j2WXlBEnGsHPUQ2SmRDa8BSMDU7SY63m0hV2Kof8teJxgoahmUOCkjWWpu72pySg56NhrcLZhlii1OG3Vd6zJrqnDTbhCrO5TwqqZLXk7e30QJel1xgnY5PL4XgKZghrmLHjqYHJL5Lzqhgn3ARKp4cw0m87qtOFjohq11MTKHFyPWDyStB017Y7iy5vtdOcPz7p+vCJY+wTLw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-05-39-40-GMT.mhtml

**Hash (SHA256)**

daba4684c9df8eeca51d0c2d64dd21b25bbd9d6cab63a528acfa79024a6459c1

**Signature (PKCS#1v1.5)**

J8cn5gQVZUTrnG3jwa/MV6nzAW8wb1fBvZF7y/ZC4YTANfrAtrshPcXB/+VBUBUa5Iuv0ZCVg/DbABUNoM/mNA39Cka1x9/0zL29o7bTw7BSSYEqTrYo5QdsOsClGRjOdNrXQ4mOyVx2GRvdtrEumDkZNJw2rgfJsJC3LxzwTbFHWbWPRD6kefCCDsBwafQgGSiECP7OINJW0IEL+HFFr2j/
kecPJ6UQwLTV7fZkOEABDBL8XHLYUMf0TZn+FkOy7lXFTUWkUR3DBVpgrrqbwcz4MBWe9j4awjh7O3zB7ooSWM5x+I0qnwjXkPOWwtnjw7wvWOJ7XcULv5Qs7HMmuA==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Review item and shipping**

Seller: fv_sneakers... Message to seller



Smiley Face Coffee Duster Cake Tattoo Face Airbrush Reusable Mylar Stencil

**GBP 3.49**

Quantity
1

**Delivery**
Est. delivery: Aug 26 – Aug 31
International Priority Shipping
**GBP 13.96**
Includes international tracking

**Import charges**
No additional import charges at delivery
**GBP 0.00**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 3.49 |
| Shipping | GBP 13.96 |
| Tax* | GBP 1.22 |
| **Order total** | **GBP 18.67** |

You agree to the Global Shipping Program terms.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Face Coffee Duster Cake Tattoo Face Airbrush Reusable Mylar Stencil | eBay

**URL**

https://www.ebay.com/itm/353956189474

**Collection Date**

Wed, 02 Aug 2023 06:31:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

rOBIZtB3lsDgj4WsQwXEaavMPEw32DeBEFk8Kx1K1w6McyeKq7kvwUs0NiP1gwK6vhWCbV/Rug+rL+d85bMe+VRkeeG7/19FqSqmD2cIH6OHaK+r99T2JAdZuJ+MPskWCb8Jk8FI/oxybm52aoRLs6WG17gDA2jIV9p3dr+q6Xk=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]353956189474]]_Wed,-02-Aug-2023-06-31-17-GMT.pdf

**Hash (SHA256)**

d28b1283b82817e4f7fddbee8ef424ee2c31ec94b85e42d90684ea660f8558a7

**Signature (PKCS#1v1.5)**

cWqEcQ4S0FD0bTAjNOd+fhg7ACPzCjCW0FfnutiGKyXSl1hYzeS7QjHLniBmOuhmfhsmKQuJP3tiVXxc8IWcTldNqU/XIqp26vQCJGJFdciUYIC0jDRd6yBlcXDqOdYFbLtGFnC+xzNUcw4hi43kGneXBdf7t1EWdGqqgppyALg=



AXENCIS
Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**
smiley face union jack lapel badge united kingdom great britain london | eBay
**URL**
https://www.ebay.com/itm/183065366279
**Collection Date**
Tue, 08 Aug 2023 15:23:48 UTC (US Department of Commerce / NIST authenticated timestamp)
**Collected by**
Michaela Borja
**IP Address**
112.206.65.0
**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36
**Digital Signature (SHA256 / PKCS#1v1.5)**
ORiJdPe8sM1QQMjA8U37Oepn1Sddd3WAMGpECI1hYFTmXjVO2xGaSAL8TVyN5lGAyqxiSE0ZhAELMNDDuL9zU2FsCD6hzXv8j+fvn0xbDXKKDVyIIVMZYKWLmi4UDTA+AbT4m6eaSbQEnmzt+upZQY4zAh6SgwNXYASX4BPvP7fhKfoUuCSMsqVRMLevpf+8trfxxzEqGMK+GGqXMcQzPrFr zDno/PTVcl3H+OcKCHT

# File Signatures

**SCREEN CAPTURE**
**MHTML**
**File Name**
screencap_[https][s][ls][www.ebay.com][s][itm][s][183065366279]_Tue,-08-Aug-2023-15-23-48-GMT.mhtml
**Hash (SHA256)**
56d172c6a7e986e53947...
**Signature (PKCS#1v1.5)**
b22R6oNbW8shCPySHXdzzfUGFN18ST5fk...

Hi Jade! | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

ebay | Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Share | Add to Watchlist




**smiley face union jack lapel badge united kingdom great britain london**

Condition: New
Quantity: 1 More than 10 available / 5 sold

Price: **GBP 3.50**
Approximately US $4.47

Buy It Now
Add to cart
Add to watchlist

Breathe easy. Returns accepted.

Shipping: GBP 15.46 (approx US $19.74) Expedited Shipping to United States via eBay's Global Shipping Program See details
Located in: northern ireland, United Kingdom

Import charges: Free amount confirmed at checkout

Delivery: Estimated between Wed, Aug 23 and Mon, Aug 28 to 33132
Includes **international tracking**

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

International shipping and import charges paid to Pitney Bowes Inc. Learn more

$ Have one to sell? Sell now

Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
gse262 (23092)
97.9% positive feedback
Save seller
Contact seller
Visit store
See other items
Registered as a Business Seller

## Similar sponsored items
See all | Feedback on our suggestions



| Item | Condition | Price | Shipping | Info |
|---|---|---|---|---|
| England/Union Jack pin badge | New | $5.75 | + $14.36 shipping | Seller with a 100% positive feedback |
| Union Jack : UK Flag Lapel Pin Badge - FREE UK POSTAGE | New | $3.77 | + $20.72 shipping | 85 sold |
| Patriotic Black Union Jack Flag Metal Enamel Pin Badge Great Britain GB UKSeller | New | $5.04 | + $14.33 shipping | Seller with a 99.5% positive feedback |
| Patriotic Supporters Union Jack Flag Metal Enamel Pin Badge Great Britain GB UK | New | $4.46 | + $14.32 shipping | Seller with a 99.5% positive feedback |
| Patriotic Supporters Union Jack Flag Metal Enamel Pin Badge Great Britain GB UK | New | $4.46 | + $14.32 shipping | Seller with a 99.5% positive feedback |

## Sponsored items inspired by your views
See all | Feedback on our suggestions



| Item | Condition | Price | Shipping | Info |
|---|---|---|---|---|
| Smiley Face Ring 18K Gold Plated | New | $19.09 | + $17.25 shipping | Last one |
| Banksy Grim Reaper Graffiti Dictionary Art - 8x10 Smiley Face Poster - Modern | New | $27.63 | Free shipping | Seller with a 100% positive feedback |
| Yellow Smiley Emoji Face Printed Polycotton Mask Fabric 110 cm MD1517 Mtex | New | $3.19 | + $31.93 shipping | 39 sold |
| 9ft 2.7m Banner Yellow Emoji Smiley Face Birthday Party Decoration Boy Girl | New | $3.44 | + $14.28 shipping | Seller with a 100% positive feedback |
| Emoji Stickers Smiley Face Die Cut Phone Tablet Decor Scrapbooking Labels | New | $4.58 | + $14.32 shipping | 24 sold |

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on May 17, 2022 22:43:55 PDT View all revisions

eBay item number: **183065366279**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Type | Badges/ Pins |
| Theme | Character | Material | Enamel |
| ISBN | Does Not Apply | EAN | Does Not Apply |
| MPN | Does Not Apply | Brand | Unbranded |

## Item description from the seller

smiley face union jack badge

### Business seller information

ULSTER SOUVENIRS ANTRIM
gregory esler
26 Cedarmount
Antrim
Antrim
BT41 4HA
United Kingdom

Phone: 07867728462
Email: gesler@btinternet.com

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## ulster-souvenirs

**97.9%** Positive Feedback
**65K** Items sold

Visit store | Contact | Save seller

### Detailed seller ratings
Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 4.9 |
| Communication | 4.9 |

### Popular categories from this store
See all

SCARVES | FLAGS | HATS | BADGES | KEYRINGS | WALLETS | AIR FRESHNERS | CUFFLINKS | TIE SLIDES

### Seller feedback (27,289)

This item (2) | All items (27,289)

c***7 (109) • Past 6 months
Good transaction

1***6 (2452) • Past year
Great item and good value for money

See all feedback

Back to home page | Return to top

More to explore : United Kingdom Badge Collectible International Police Patches, Badges & Pin United Airlines Collectibles, Single Unit Collectible Boy Scout Badges & Patches, Badge Collectible Obsolete US Police Badges, Badge Collectible Obsolete Police Badges, Soviet Badge, Badge Police Collectibles, Car Grille Badge, Girl Scout Badge, Bicycle Head Badge

About eBay | Announcements | Community | Security Center | Seller Center | Policies | Affiliates | Help & Contact | Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS
Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 15:25:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.65.0

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

iPPve/Ur3nAL4Yvd39IZEXLGAahJhbKTTbM23GjQ5HJ8a+MneHoLBxPWnpRCaS8sd7eDVIaBgyvzSuKpZompRL7LvvdLEC5Fd/YtHFk6Mf+Gn6McsqY56izyFKyynDxfqiMVWXawiX0sK2c9/c1Q+l59usT9/OiiWNt8HuR+HHlcGGq1nRRtpiDbmdN9ak9Ab1cFeI8zZCy1YNz/
TTyJh6nu2u1MaMy6vDTZOZwW0OxSg2totZDP7XtU39KSTZ0wE6/DsTMKeeaTCGaAd74clRYuvH3wzh5vt9Q5jrjDrgQCu7H8WKjTdqa6BbgBl94HlS+OZdVVapsSt7L0KJw5mw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-08-Aug-2023-15-25-35-GMT.mhtml

**Hash (SHA256)**

1badbf82addc47c001e696f20a1c6ab3d540fa34879c5ecd159ac736826ca75c

**Signature (PKCS#1v1.5)**

Cpe/9GRGEl4qsvvTutIq44tDoiCEbSMDBmYfEoKrFCyvhwJFZgNRbKo9zXJy6vqBvovbvnlrnr+MbzOiBnJRv+5Qff97Lv3ZmXiSeRl9VqY+y42x2gK9cu4zYlGAaWr+3sJTUavlaRId0n2WAeiN5zeoYrH5gnX1hZegbiyYArefyXNx
+TxEKDzz3IET9aFrrN0aSfqKDszraExEgI74ux9zEX9rkA9fonMvBx0Wy1WMYzlZmMNXyoi8Lm7gO/MHUCFdxXuRutECc7w9syswqjkVtM/767TL9xuxbtrWG3AxgXpOLvv69Iqzki6I2usi23hr7w6teB4bL8ig6OT/gA==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Review item and shipping**

Seller: gae262 Message to seller



smiley face union jack lapel badge united kingdom great britain london

**GBP 3.50**

Quantity
1

**Delivery**
Est. delivery: Aug 28 – Aug 31
International Priority Shipping
**GBP 15.46**
Includes international tracking

**Import charges**
No additional import charges at delivery
**GBP 0.00**

**Gift cards, coupons, eBay Bucks**

Enter code:

Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 3.50 |
| Shipping | GBP 15.46 |
| Tax* | GBP 1.34 |
| **Order total** | **GBP 20.30** |

You agree to the Global Shipping Program terms.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

3 Patch Applique Smiley Face Acid House Set Embroidery Sew/Iron On Badge | eBay

**URL**

https://www.ebay.com/itm/225706519975

**Collection Date**

Mon, 28 Aug 2023 04:40:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AKMZ2u4G1UZBZZ1sdDRwEQYnqYX1SIQpe7AGoRlpBA6bzDkGNoLDagOtBajuX1uykVqiJZdg5Gh9nGpoGHJfBlpxeYMUZMSaZnca7mEi76b99AIZoK36REYoTNia7aTZIumvjNosq/4UVsqIt6LVixTgnKDIENJQiHMBpL8STBU=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]225706519975]]_Mon,-28-Aug-2023-04-40-08-GMT.pdf

**Hash (SHA256)**

f6ec1c0977f820f244d1d19f0bcac3db1caafe4ce041b6bf7c6906735d1f41a7

**Signature (PKCS#1v1.5)**

gBrybo2eb8xkO+GZ8xPoOlLqVP0ckdLQ9nCYfG0JQCODrUPBoAoe8uZatQqCPPXRaTcFJtGNQMFhpdrn5VPjC6UTAW3VDoq4s9WUuP9TEibkQ2MzPpC2RtESGgji+r4YWd+77p5qI6/TBPtBYEtWVlrgZ1wZjbz4AWjqqoEeX8Q=

Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

ebay | Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Collectibles & Art > ... > Sewing > Embellishments & Finishes > Patches | Share | Add to Watchlist

## People who viewed this item also viewed

3 Eyed Smiley Patch Iron On Sew On Badge Embroidere... Business $2.95 + $5.01 shipping

Smileys Emoji Patch Iron On Sew On Badge Embroidere... Business $3.13 + $5.01 shipping

Smileys Emoji Patch Iron On Sew On Badge Embroidere... Business $2.87 + $5.01 shipping



## 3 Patch Applique Smiley Face Acid House Set Embroidery Sew/Iron On Badge

Condition: New

Quantity: 1 | 4 available / 1 sold

Price: **GBP 6.49**
Approximately US $8.15

Buy It Now | Add to cart | Add to watchlist

**Breathe easy.** Returns accepted.

Shipping: GBP 3.49 (approx US $4.38) Standard Shipping. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Cardiff, United Kingdom

Delivery: Estimated between Thu, Aug 31 and Fri, Sep 1 to 60323
Seller ships within 1 day after receiving cleared payment.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, Apple Pay, G Pay, VISA, Mastercard, AMEX

Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
gahgah-collection (1846)
100% positive feedback
Save seller
Contact seller
Visit store
See other items
Registered as a Business Seller

## Similar sponsored items

Feedback on our suggestions

Embroidered Patches Smiley Sew on ...

Winking Smiley Face (3-Pack) Iron On ...

Pink Happy Smiley With Heart ...

## Related sponsored items

SMILEY FACE RED ARROW IRON OR SEW ON PATCH EMBROIDERED APPLIQUE BADGE LOGO — New · Business — $3.75 — + $8.48 shipping — Seller with a 100% positive feedback

H X W = 3.8cm x 7.5cm - Embroidered Patch-Badge Iron on Sew on — New · Business — $6.26 — + shipping — 21 sold

1pc 3D Phoenix Embroidery Cloth Sticker Applique Sew On Embroidery Patch Badge — New · Business — $7.89 ($7.89/Unit) — + $0.13 shipping

Patch patches embroidered iron on ref2 rasta rastafarai lion of judah reggae — New · Business — $3.58 — Free shipping — 126 sold

A-Z Letter Pearl Patches Rhinestone Sew Iron on Applique Alphabet Garment Badge — New · Business — $3.25 — + $0.13 shipping — 240 sold

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.

eBay item number: 225706519975

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | gahgah |
| Unit of Sale | Pack | Type | Iron and Sew on |
| Composition | Embroidered | Theme | Smiley Face/Acid House |
| Country/Region of Manufacture | Thailand | Suitable For | Accessories - Bags/Purses, Apparel - Coat/Jacket, Apparel - Jeans/Pants, Baby/Toddler, Children, Crafts |
| EAN | Does not apply | | |

### Business seller information

gahgah accessories
Adam Frost
22 Windsor Road
Radyr
Cardiff
Cardiff
CF158BQ
United Kingdom

Email: sidfrost22@hotmail.com

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## gahgah accessories

100% Positive Feedback
5.3K Items sold

Visit store | Contact | Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 5.0 |

### Popular categories from this store

See all

BEANIE HATS | FLAT CAPS | BASEBALL CAPS | HIPPIE BAGS | PURSES | HAIR BANDS | PASHMINAS/ SCARFS | PLACE MATS | WINE BOTTLE COVERS

### Seller feedback (1,888)

.***m (1305) • Past month
Lovely thank you
Tie Dye Hippie Bag Purse Hobo Boho Cotton Hippy Festival Multicolour Beach Bags (#224710160852)

a***w (135) • Past month
Very nice bag, just as described.
Hippie Bags Elephant Purse Hippy Large Boho Beach Bag Festival Hobo Sling Cotton (#224332360932)

t***2 (354) • Past month
Exactly as pictured. Great
Hippie Bags Elephant White Hippy Large Cotton Boho Hobo Beach Bag Crossbody Bag (#225579512750)

See all feedback

## You may also like

Feedback on our suggestions

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 28 Aug 2023 07:04:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49ee:1900:1c80:a1a:adf8:9048

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

XThqQBiI07So8I3hznC4DVB1wzV81cUnfmhTXCfrMBXgt9g9rWK0+OpVGxIOy7VIJZU8/2qkbvE4rReyzDZgqEh5aFO2AnAwCPbYB0+Vty7NGpde99EO9AYAInKGGMKlI5v6v3lkRaqlbOqBbNZ9FmG8h3KjDOc6eVLjxgb89ixMBE7hXEyvRbvj+Fg7izWdj+iCmArLbWRNJIcC0jYfuaflFNs
+mk0GolmBRCD6Rx+lfhRIaePCsXUyaGYKAkm5sL6+NxW6Kyk2vkt6g26wWtmew8L60mtqkA0cZK2BQZZy9sUVrwKULLgnFY37cDIVktLld/54iIMUt7jWU91gCQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Mon,-28-Aug-2023-07-04-04-GMT.mhtml

**Hash (SHA256)**

801227635021d22b66fcb50fd92878060424408e308f82b06991bd3c64339491

**Signature (PKCS#1v1.5)**

T5lRcmO3yx9DTPntijsWKyshCwoUQsz5OOueVgKJ38OikJqRtdNKZMz1AfgAVDOsPQ8woN/HS+EzaMlQJ/VEqN8/5Y5wR1cGaa4k76n3p5r+BPIKzi9kcb6nfZyeqtJl2ImgZpjfj9GPl9W1Bp7ePxsWttTmLelJRJHBpddi2GYL5FwALUclCyBMf6hegFbJDF22XRNZraEoKHus7soIpe4RSYkCnBcugPk
+dEAwJSL0iGMvfFAUUNw/j3+IjEohA7u5zUyEFMrU3VLloSxbZ5/LFPpTrFH4R9xwcSJytu/Cd4ilho7/bhPStuR7+d2nv90n8JsEtaXq8Hbk04C28w==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

VISA

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]

307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States

[redacted]

Change

**Currency**

GBP
Change currency

**Review item and shipping**

Seller: gahgah-coll... Message to seller



3 Patch Applique Smiley Face Acid House Set Embroidery Sew/Iron On Badge

**GBP 6.49**

Quantity
1

**Delivery**
Est. delivery: Aug 31 – Sep 19
Standard Int'l Postage
**GBP 3.49**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 6.49 |
| Shipping | GBP 3.49 |
| Tax* | GBP 0.69 |
| **Order total** | **GBP 10.67** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Smiley Face Yellow Squeeze Balls Stress Relief Ball | eBay

**URL**

https://www.ebay.com/itm/354952576486

**Collection Date**

Mon, 07 Aug 2023 20:13:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

SEOmevLAAYRqfWRXbSNPH1GIAHhAFF5oAvlwQsFwMJ+c8a2AuAfPMztq9Wp3N9AODsUkNRWRwLYb3dbqLPimNaBMU+nTzal2eEqAqp1/EAnhE5gIg8pSbwpPnJgBRI4xbYFfdu2kD7JHnf2Q4wtt9V8p+9888GfLp8JIvVwEZ6o4DfOg/BndOsNMbL4xHY7IvFQsarAK7n3w3TIGz/
LNidYrh2LxwGb/4hXumALfWUkPohxwDf4JKa2skBdosliyecsJZ0NksDuhpskGAUdAylIlnOoXAW5KQpIB+ZnVnZ84N879Ib6L1KSaAC6hhUrGbjmwWoG3qtOuBTcVgC+tzw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]354952576486]]_Mon,-07-Aug-2023-20-13-21-GMT.mhtml

**Hash (SHA256)**

0ddcac4f3872a85da07a2be6e7924653612394ab82bb18ea08a1ba14af4cfb2a

**Signature (PKCS#1v1.5)**

MPMJIiAeG/vXT3s+xSPvzXcYDOzXLrh2eEu3+5A0qA+P3wDyTONYnh8KO2oojMust04XemJNitfJknzaR9HN5bBfPpLg4NMn+fKltHnbSwXaKe/mKtYR3MWU/jNTRRgq42OiIK38QTtZ1oCDDwi/25Tox/
XgKY3aIZK7GJjFbTrmWeB1zzt3bmOtG1Fw8+KVilTVNcmbd0MeHl8MiXs65W2ziMVEc9Y7t5O59e2IPxFtJahONwNN/C4C7HsmxraNeys7v2MYuyMcgtoQ8m79UkPoXMGh0NSe0zQ3KrrHCgrBy4B1OReJpNLxLAWKHndJMjPPV1y/KA3oWQeYrAIFiw==



Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Toys & Hobbies Outdoor Toys & Structures Balls, Flying Discs & Boomerangs Share | Add to Watchlist

**Smiley Face Yellow Squeeze Balls Stress Relief Ball**

Condition: New

Price: US $17.99

Buy It Now

Add to cart

Add to watchlist

Shipping: Free Economy Shipping from outside US. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Delhi, Delhi, India

Delivery: Estimated between Mon, Aug 21 and Fri, Sep 22 to 33132
Please note the delivery estimate is greater than 11 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns. See details

Payments: PayPal G Pay VISA AMEX DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Have one to sell? Sell now

Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

Seller information
gallerymart2022 (106)
95.7% positive feedback
Save seller
Contact seller
See other items

## Similar sponsored items See all

Feedback on our suggestions

Smiley Face Squeeze Ball Pack of 3 Yellow Ball Stress Reliver Ball free ship
New
$11.69
~~$12.99~~ 10% off
Free shipping
Seller with a 100% positive feedback

Smiley Face Squeeze Ball Pack of 3 Yellow Ball Stress Reliver Ball free ship
New
$15.91
~~$17.29~~ 8% off
Free shipping

Smiley Face Squeeze Ball Pack of 3 Yellow Ball Stress Reliver Ball free ship
New
$11.57
~~$12.86~~ 10% off
Free shipping

20 SMILE SMILEY FACE STRESS RELIEF BALLS 2" FOAM HAND THERAPY SQUEEZE TOY BALL
New
$14.45
Free shipping
Top Rated Plus
25 sold

24 SMILE SMILEY FACE STRESS RELIEF BALLS 2" FOAM HAND THERAPY SQUEEZE TOY BALL
New
$15.75
Free shipping
Top Rated Plus
31 sold

## Sponsored items inspired by your views See all

Feedback on our suggestions

SMILEY HAPPY FACE BIRTHDAY PARTY BAGS ~ RECYCLABLE LOOT TREAT FAVOUR GOODY BAG
New
$1.26
+ $10.19 shipping
89 sold

Trippy Smiley Face Rug Carpet Home Decor Custom Anti-slip Rug Carpet
New (Other)
$63.77
+ $37.47 shipping
11 watchers

Craft Planet CPT 805246 Fun Smiley Stickers
New
$4.20
+ $4.46 shipping
Seller with a 99.8% positive feedback

24pcs French False Nail DIY Yellow Smiley Crown Cute Pattern Nail Art Fake Nails
New
$7.64
+ $6.38 shipping
Seller with a 99.7% positive feedback

Classic Smiley Face Pinback Buttons - 2.25 Inch Round - 5 Pack
New
$16.91
Free shipping
Seller with a 99.4% positive feedback

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.

eBay item number: 354952576486

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | Unbranded |
| MPN | Does Not Apply | Country/Region of Manufacture | India |
| Character Family | Happy Family | UPC | Does Not Apply |

## Item description from the seller

## PRODUCT DESCRIPTION

Item :- Ball
Quantity :- 3 Pcs
Style :- Smiley Ball

### ITEM DESCRIPTION

* This cute little yellow smiley ball is a great toy.
* Smiley balls are stress relieving and also attractive.

ABOUT US
Gallery Mart is shop from India, where you get variety item, your packet will be dispatched with in 24 to 48 hours by gm after confirm payment, gallery mart accept some orders in custom also, you can contact us, we need your feedback to update my product give advice like leave Easy Reply your Mail an right time. if you want to change something in your order and we will reply within 24 hours We Deal in Whole sale and retail both, please feel free to contact us for more information

Note:-
* Actual Color may vary from those shown in Images due to photography and screen color settings of your device.
* There may be difference in Measurement by 1" to 2" Inches.

Thank you so much to visit my shop

**gallerymart2022**
95.7% Positive Feedback
988 Items sold

Seller's other items
Contact
Save seller

Detailed seller ratings
Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.8 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 4.9 |

Seller feedback (124)

s***l (4909) • Past month
Excellent seller! Both items arrived well packaged and before the estimated arrival time. Perfect!!

a***c (1310) • Past month
Excellent eBayer!

y***l (781) • Past month
Thanks so much for kind professional service - all the best. (Fast shipping - Inspiring product.)

See all feedback

Back to home page | Return to top

More to explore : Squeeze Ball, Beach Ball, Pit Balls, Ball Pit, Tactile Squeeze Toys, Plastic Ball, Dragon Ball Z Action Figures, Dragon Ball Super Card Game, Dragon Ball CCG Mixed Card Lots, Dragon Ball CCG Trading Card Games

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 07 Aug 2023 20:14:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

cqo/tj5MRECwu8J4IGG+y6p86cYV7bPxSMNYCroCcRRMbzl6ReWwEgFbxhB/LIUHONR4uGfql8zVwAQ1T4l9yD2+QvFVCb1JspYpRTS4A4Yl6kkxQ+EQq480M0ibEu7veBwvijPsYp27J5EUSvEUYRP4y
+EP8D8esUFOFa5fkdxbhIM8sJmgzi4DimPlf8mHWsFDcP51yNipoqBLGASW7PMLWSe30QaFUV7bjGVjRRVMOY1POxzmXIudBXjem9NDYVlOPtTAIVYr+5Cv/p23eNgJ1JaYYU0B/oVUMIuCvqWGN9e+ZJ4RN9lnITB4aCQ+xtaLlZOCcEHQxTxPM2YC8Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Mon,-07-Aug-2023-20-14-21-GMT.mhtml

**Hash (SHA256)**

aaf9ca6baa5f356ddcb42af4f04a80e1c3f396bd7fe1ada6a1fa1fae8a3ffe44

**Signature (PKCS#1v1.5)**

kEzbWwZnkUJnpeRQM+RnC7pk/GHUJP0SH1bbAsJrQJypIcXQIzb/onzHDQN26Hd4lc2rB7uiyjWaDrr4vcMsKPoLNOVvjj7TK0n1ihDe9SUGl0X3Rw8RtkqMNvr7sJPbw+eHZ9c2hoF0pB6opcDdtOK2Hp0vyGdLGqclaCF5wrAtLiuOV/ZMguE+jaeVyxUgtOuY0kEQ3y49zsC
+BuUCHpoHhCcjn7NPDzo+vl3e8YbfDYfaA7hb7jzqQ9Qs8u6bq5OLaYGgRiraZ0cP0Uithub7FhSFX3qxHg37xAP6Gf8Qm69ssoinvajrDYyMNZ+NV0CBn9vZyKSWA7URm1mjTw==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

Special financing available.

Apply now. See terms

G Pay Google Pay

**Ship to**

[redacted]

307 NE 1st St, Flt 6

Miami, FL 33132-2505

United States

[redacted]

Change

**Review item and shipping**

Seller: gallerymart... Message to seller



Smiley Face Yellow Squeeze Balls Stress Relief Ball

**$17.99**

Quantity 1

**Delivery**

Est. delivery: Aug 21 – Sep 22

Economy Shipping from outside US

**Free**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

**Donate to charity (optional)**

Wildlife Trafficking Alliance

In honor of World Elephant Day on August 12, donate to WTA to help stop the illegal trade of elephant ivory. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $17.99 |
| Shipping | Free |
| Tax* | $1.26 |
| **Order total** | **$19.25** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE

See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Ring, Solid 925 Sterling Silver, Yellow Gold Vermeil Ring, Happy Face Ring, Signet Ring, Valentine Gift, Gold Emoji Ring, Birthday Gift, Graduation : Handmade Products

**URL**

https://www.amazon.com/dp/B09PYYL3JC

**Collection Date**

Tue, 15 Aug 2023 14:28:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

iayW9dpNchigKMRR+vbRi/GvLDzhvOuxBSS0My1h3SVIamPqDSUwVmDyFDkr4zJJycPZZEtprl28+5s4seSvga3k9sKGJoC5zCV8w/sc7JTRrqnbdQQqnHYwYCw690osNAiYWWdznyuJnNw7wowjmkaJJT/Ymw/ZP9V3fRjhGYL+953gTGSN/Nd/
Y5Rc7LugpS85PGywMqWXvzZAGEKG2729r0qTxprQD+Wa1LhKJxR8GYEqApd//yWUej+a3l6p87sgkyIFmIgTpFuMzvBlBR+HGrVh2ietjnZRD2EaAJLzczdtR/TwHkRuAcMkISh/u82DPpwMmuDyfpVVik8rIA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B09PYYL3JC]]_Tue,-15-Aug-2023-14-28-42-GMT.mhtml

**Hash (SHA256)**

8ceacac754eb76938292823ebdccf4be6f517c755ae78db2a3f918c9f8b1d6a6

**Signature (PKCS#1v1.5)**

V9Vzw+T1lHAvZFgxkXzvbo99Nr1rMcaiGF0XYnHEjp6gDVWDOSnIR0r0/fNZt9/SClpC73CKBpXQspt+NjUPp3NDe0px5bMcegwO8Qjj1tRcz3SdD6JCjuEts8qBsICAvtrhIcgxGQqMSFP2WdIj99gr3PITiTHSWsZ0nse8X7VfjK2pTkGhA3DhYfRto0r9BCi4yWv+t54mqjpu1jVB4EFe
+qO6hvL4wIhPKW8vxpjvFcBfC46CKOxNU100/92GgPTkE0BpbWGPbByBQY7IU009VGv87gJmeq6xArJbcQE/gsCouRoVx4p9008JR8ijnBVjglxv7fXGHcCNaH2IDA==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 15 Aug 2023 14:30:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

rdP+3dbvdtKHMhkeTmqiddf23+oehpGufiPZaZHSnAQ5nWQFEia2a4U+5uzSBwVSgkbtmYZQz1/8Ds7sMaS3yCL03mJlAoSYk2tqwUT3MXrnBhvxRVyJEpq/Jyzhe9g/SxCPivzPRvoPkXoIjTNJ2DlmAl3RnS+6IPr9jDKSAxBiL6uIr0b2bfQwBsoPNVB//68Y4VlW
+dKmGxToDesFpm6jeOwNmeeRcvLBGPvZPjBvdP1NVLdNYTkGURcjYAU3t52hfRuS4SN2TzxeDrhvNGozmvPZNf7XDeuk1AYypSsk4UzHxmEFPImP4eFC7vzxniGcAuWutFh8f+uL+jbBuw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-15-Aug-2023-14-30-44-GMT.mhtml

**Hash (SHA256)**

da496f47e3df6b98f22673f87fe806afc6944ebb29a68f55231df402b78a09dc

**Signature (PKCS#1v1.5)**

jxio7Qxy4NjJ/d987iif8uXw7ybFBZuAMWBPt3+WSoeA4/9RlW7UGZyHGHTQ8H5ZuRlocCJmuLNU/QHTxpcodLnGdcLMaNC3rLozUWTf13KNnS/Cua+g6xIPnsKtn30Wlgl0REd0PP4KGwlbH9FhZMk3pv8UcTnIFRbxQbGkQu30WQjSvppBb54/bbWgdzD/
F9ql35fuGBMK0i9ONDGNInxJkXe1BkM0LUCs803KWRiZIWzqY/UZHp/X+mZ8VK3FAWUQwupWIVur4/r2wGjwyHshbqtXtxO5B9967BIjq1ROj4k/7L2lWLhB0lAklCHpMGQNcE9EGRGtxmNBF8ugtA==



amazon Checkout (1 item)

1 Shipping address

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

2 Payment method

VISA Visa ending in 9985

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

3 Offers

4 Review items and shipping

FREE TRIAL

[redacted] we're giving you 30 days of Prime benefits for FREE

Try Prime FREE for 30 days

Estimated delivery: Sept. 11, 2023 - Oct. 2, 2023

Items shipped from GemsNjewellsDesigns

Smiley Face Ring, Solid 925 Sterling Silver, Yellow Gold Vermeil Ring, Happy Face Ring, Signet Ring, Valentine Gift, Gold Emoji Ring, Birthday Gift, Graduation

$39.99

Qty: 1

Sold by: GemsNjewellsDesigns

Customizations:

US Ring Size: 5.5

primary colors: Silver

Gift options not available

Choose a delivery option:

Monday, Sept. 11 - Monday, Oct. 2

$5.99 - Shipping

Place your order | Order total: $48.78

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Order Summary

| | |
|---|---|
| Items: | $39.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $45.98 |
| Estimated tax to be collected:* | $2.80 |
| **Order total:** | **$48.78** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: Gemyth Smiley Face Layered Choker Necklaces For Women, Dainty Layering Paperclip Chain Necklace Stainless Steel Adjustable Round Smile Necklace (silver-red): Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B09JSNJ58Z

**Collection Date**

Tue, 08 Aug 2023 03:29:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ssO9L5QmEnKzsyCPkHWBnTqCgspJ9/lg+fO/BNwQHWAZbVGjvna7hu3FK7NNet2v3bUUCikU22ERGxiLmafWxLxe205K/spZYiVgc7QOQBOPEIkv3eHFidw/H+wiaI8I74hs1jts18RxvOVG4g3TsoTKPmjs0DFNRLDKrO
+URNMZj4Y5gACWMPx4lvy8iNx7yjlVkZTaLM4oviTDPKSQqaJrnuIJFON3blrlLp1vl+9in0IbiNcTacVuvUkQHzxyVHKtbzryZgZj5h3QMjyycSrldUdojFNIZ2HcMOOz2zgUUphmWIgCBvMbGpznM1QCH9EqHPD47+f9adul8EDakg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B09JSNJ58Z]]_Tue,-08-Aug-2023-03-29-01-GMT.mhtml

**Hash (SHA256)**

2169a6f96eb3de43f32b59534e482985f450792b2d3dd0932cf0b5489c666731

**Signature (PKCS#1v1.5)**

Ha/I4vRC2tz3eOaNPN0z6W88GDX+hpye/TTRU0E/hxBxyP7AFV8H9AeUucrp1UJJI4hAfjVbCQXxnMoCKLuCXbuncp4rXdzvBen8eJkZ6zxJzYriohae1n5lrxm68oZ1KgmUQQqt3vYbgzOUkS
+DawIC1GKifelFU4adaudlKv1VoSpQpc8xkyTKsSNMvnf023cqfUUtkPwYF9fUrPASvNK50zN2uDqzvwqkrUunPGTnCr1yz9/q7eb6STf6QCWq/S5pC+hP10beXm3CRtUF0ca8OH1kMQhodEMA+Lv/trGJ/J0qLGJ7tfkSuKgI9TPxP1OfsoY2qQk4ycDrY6CebA==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 08 Aug 2023 03:30:36 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

lAhQjXlApTC8bSUzOjTqbZiOOuZNUa43QV85dc6oGHdRI0bbL7DBB2iWMbxKH9BFvD/
SqIq40zHy9ksOqGEl6JYis1V3LNfZTBG9GvVfqwpdoiIwCyrfWwg05KDPmz9UDxS3IGJb028bV88G6LcFG5CxquiFmT2Q1gNZ92G9ja25FGZJ3tzJwIOUvMVX6YRq1EKhvrOdID565LkCOyTPSPmijKQgfSpXrtyMwpgz9aygaQW2p24G9UK6JqyS/I4TgUQId/
UhyfAhq8B8Kc7DY9ABwE5fjuIHKvpa1tHHvty0Q073x14Z/a8fu6cbeZs66t6Sv0a9GZaQB2RBNA71RQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-08-Aug-2023-03-30-36-GMT.mhtml

**Hash (SHA256)**

1246d161f74a5d3bd4b9a4ed5e7c3f782ff16b5b86471f0c2102d6612ad41fb4

**Signature (PKCS#1v1.5)**

Qip22VCzxvue7ni0dv1O04eRnYJcO+wHtVHr1Cmt9jqKiJSGzFCEWYP24IACIKqSjNKApvL9ySl00ppPm4ftvw6Tz0JLZdMSfSsQ6yPJzKbL2tUWNfimmu/VihaqlFxHgpJxPsgDvA/GobNJbkI1ckYQyUWvDs+XkA2nTDbF+tBkHj9KY37EgWLlQQK3b//
YkJE4hD6e7qdWXgYelX4lnpDhAj7s8i9YFRjkaXk1MmaCz3asZeLaKKJdb8oBHizjMvNbhad5sBpwCLl+njR9r9mmltRl0z++yt/8Xkxu6SsZBCpN2cgGkBGGKShODhjG7X/5UGFWdydkTeiKBPAk7g==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: Compatible with Samsung Galaxy S9 Plus G965 Slim Lightweight Case w/Air Cushioned [Shock-Absorbing] Bumper Cover - Peace & Smiley Face : Cell Phones & Accessories

**URL**

https://www.amazon.com/dp/B07BT3YHHL

**Collection Date**

Fri, 11 Aug 2023 06:39:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.167

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

NyA3s0sTwEyHIJ+mcqDvD0Rx4wxhy3Z0l/VJyfoXeNdzRQb1ipRdkwalzPlJrAIda0U0OiriP85CFoEovCeMU6xcX+bcP+752bznL6Vj/VJzVkYUJJnaZylKqaU+I92pfGKjZgvFS19zs3ulKFG4HMMVH5Pmy48G89HoM8MQnt2eH/
+bwXU3jAOXwsRfZ0Yg1J173koTmDAdARpBdNzGJq2iNNUFpAQZC1yVJ5bkDtpQ8TwucP/92RMluBPym819ugFHc8VE4sA6DRHFj/4mxqsdq14emS95tD5Y5+wt0wt9K3yHwjVoXKsAZV6AMy99S5j5mWxb/e1rjhdWxtVqxQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B07BT3YHHL]]_Fri,-11-Aug-2023-06-39-37-GMT.mhtml

**Hash (SHA256)**

d9dc9b29ed79c116e61448227a9eb8b4762916775804cf9ec753501f2a9a43d4

**Signature (PKCS#1v1.5)**

N0hrZgOHG6CFZtnwHW+dikPhUN5H4S1+t4O11A4Y48oUIPEzUCYJlRphHfbXs8QdDWCEME4MTEOP00GNatGxhrYfC7NlmtYMM1JniA1T4RF7GGU5QH1zFBsWCN07fPHlvQ45SSVx66sYUIP+thfuqGi17h9pOYKPnj0uEudGyQZNiaZWXLkJ7C7X6rxv8yJfU9ge
+i3ncDNpiw8VKX9pRSyFAJmcBHIRa97Oi7fVkpUYqD+OPwKrVfqGKZw3bZewx/lSQbZwN+WJu6GmYUwCjNBihdp+NIh5p4UXxz9ZeUFpBOjEck/vPRu2R4vrzEb0PcsG+omJ55mzvIgay53gdQ==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 11 Aug 2023 06:45:36 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.167

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

e+VUaH58+5iyD1TPHbJw6uMxuumQiLvsVFOAHAHxAhu6CB2WSq5XEuR2A+eutm0ATVbbbMGyJlwKrWydwA8egCK0ZlFC4MXsyX1DHpJi1ixYNNl/pMVTgDo0IKItXkWXqdUaJ9H22yrDFtN/EDBQkVLysSHEg5V//qGiozB5xv6CSlu0f2NYgJEigKKVHc2iq7E2bfloGQUPsYaUjL/
BEOOv9AXDBcS2bGY83DFaWO9rs6200a4TWAceXTU6Ll4rdHA5hL8V2bF3sJKOHQX+oHVGPlJuCZvxsoQnrqE9RqxSsfrhPoq1u/JNk8cOZIj6QVygENcYN+9cwz2AukqYBA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-11-Aug-2023-06-45-36-GMT.mhtml

**Hash (SHA256)**

a29036e42804346d1e305e571d04e3fc00ce6598b7f091a3cca76d2651acf92e

**Signature (PKCS#1v1.5)**

cL8nTZz4lVDeWaImoH40fRQ5xfjd/7bw21fQ4TO3Ftw5luWXS3ZJQV7VT10MWD0CvyglrBDsJFt1TdSX/eHk4+vK/nOlcBh5gJ792Hf0lA2g1gGhHDtEegSNqqCqJPlh0XWn6i52qRHmlnwgEx4Uyc5AS7Ap9Zn209ZDcCu78ufIr892culIKTPnvT4ePU8mict4F40Mhwz5ZPl/cN/
OkX52+pNFSGGhaqhZ9Trur+6i2xqFHwgcKq/tMcS/0QnTRpLvRXif0Uw/J4SPrNrPhaMLyUkJIXglLRmZ0H7FearzlvOq5EluQG+5Y8dqIgN7DAOQIh+BUtisSbyzQnsiaQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

[redacted] **we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: Aug. 21, 2023**

Items shipped from GoldenBeetleInc



**Compatible with Samsung Galaxy S9 Plus G965 Slim Lightweight Case w/Air Cushioned [Shock-Absorbing] Bumper Cover - Peace & Smiley Face**

$10.99

Qty: 1

Sold by: GoldenBeetleInc

Gift options not available

**Choose a delivery option:**

**Monday, Aug. 21**
FREE Shipping

**Tuesday, Aug. 15 - Thursday, Aug. 17**
$11.98 - Shipping

Place your order

**Order total: $11.76**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $10.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $10.99 |
| Estimated tax to be collected:* | $0.77 |
| **Order total:** | **$11.76** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: Leonid Meteor Shower Silver Smiley face Collarbone Necklace with Short, Simple and Fresh Pendant: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B074T81N6J

**Collection Date**

Sun, 27 Aug 2023 19:46:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.224

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

udvol09iQ34rgfwvmz7KAQQ6y0nH4E5rK4gIlq0LVjU4BqVpW7djwS6sjzxASwXygyRQ31iflsxii6vOqHbSJCVqM19z6r
+DySQagGKRKJJtm7YnpPb3LZLtB6l1z7jLqltw9mu17C1T33tanb0IrvACY9nETctUG4IrfYZRWkXOpoNifwvopYu40gqWAutZxqGfPFBofr7EmKeT2KDmTTtylJs9JxQ1KI6DX788AUBPXfvs13QFadUjC49WNUrh/MaeAvonH6QKN6FaScbrh5Cz3VqyBHoskF9luOuqUxpk/NtMrMYHXa/
OdXvwpMJaqP8h8p2jyTQe3lsal7IdIA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B074T81N6J]]_Sun,-27-Aug-2023-19-46-28-GMT.mhtml

**Hash (SHA256)**

020bb1feb64cf595ea715be55c29ff96bf85386fd06c1d48effb7db755541a8a

**Signature (PKCS#1v1.5)**

brf9ugp0lL6+9ROBSPUJuqFgES9idkU5jYdVpgi3H6bzz2oTj7ObTOrlQetGq8bn9gRTlL1hWhcGkKdKY01sMlpm6UoXwUsE0I0N+QIbyCfaW1QsEahHFuN1pARKoxsstsu86m0l/j7NZ21O406h50Ss6iKpN8UZPznClTJD7oDZqUwqER5KIKnZm7v/M+GrbVa5EK7o39KnI
+vwI6TFrL29pXUQZHKmEKPHAo+kXvK0LZP8Ye7h8BgesW2bIPZ65kh5zRFfgj3LA4LoqX6dInij5bM43i2lJS2/Oiu2nePaJauKJHbYzhBvqk+JxG0qjk5fPf6u66b9Q76jNMFbZQ==



# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sun, 27 Aug 2023 19:47:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.224

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

y30WRlSiYAPKn3EMa60UGDaonEsN55POyU+tzZ3CAMQ+W1oK1WMJN5+wQsW8cbw0DzMrCyBMS1oB3onABGCF7GQEX30RFCrIvSD4JCeWprSNcLKVH5z0APtbP0QfauIOOZZ2HSGJ1mMDw4KvX2CKzyegsopObQxhD/EkzqGJrrKpSc0CLozwq/
cY179QbsuxOFXQRDwcT684ZBKCX15J/21JjzE6kJLgIljuoauYSBNRIW4QzLzsAk6HjRZ5JU9m4zGmGAUgaDfjNOkviGrFnmyL2VVzE6VKAmGDZxqSH9x2KWG4l5WpcveM4CZosY2FG1HZH71EPjbY+mpZyEku3w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sun,-27-Aug-2023-19-47-57-GMT.mhtml

**Hash (SHA256)**

7ba834d3f6c9649e25df8503d6c734f081e1118b9491f9ee705494240f342799

**Signature (PKCS#1v1.5)**

AoLAc5E8Vi7kKVrC9E0wmPDyOA2vwIEepxBBKyxOkW5JJAjrwVKSsNrT2k5Ua0uU4cd4Z8czAxN4Z+HGjCApc7KK0+3pYlwtyUzV6W6xEeMCASUoj2XuNrsCmvppN88nM3HBO505skoS+tbfvUAve4dprGt1w/
z2Kb2k7OcX3+19rzvn2mEwYMvtXZ7SSTHYHlKt8OtAbYDeAwQvIsSOBapS1QbvTkXMrXAvP+rulHdjFplOSuc5b+0AMLSV1wGZGWH/2OCk9M2XtHZbLpXWV0ex00daYXAErQDrGJV9MHyzU8wTZHEwHoJpfMKTdv3q1DfuSRaIXnocNDIUWCIlCg==



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 10:34:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:491d:2d00:69bf:7906:a752:afb0

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

eeu18Vs9tQAnOv0SqrcvMUtA43drf+4auZeIRnQTgEJeQ/S8M+wTaPTG7x21YsKeVSzE8SXnQ2oDSheDBpUqmaSO30EfbTquHhKBQebxv+qL2TrtMM2qNIEE3MrbbFjuAA2nvIwC9YDlMawkug5jTspyJsDPUDUnakMApGP96RjwWuLXKUBOa2iHpXCBtyE0VyDzlPTgkDaVK1QqgLq8K/
SwppZD2GMqi/W3fWb3KZyxa1RJuC0E8Hoi0LnWBjNGcYwWU7v54C7hR3uVtpcxzhlW4JhlxNhsQo+YYIFjmKO48h1u7QNYs/cuhwhL4PHxj1mvStwq7QlZctCeFhZatw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-10-34-33-GMT.mhtml

**Hash (SHA256)**

84df53cea38d97718751ca2254a60feb9c4d66d88275dbf970af21ba007a206b

**Signature (PKCS#1v1.5)**

GyvkLhTrqFs5H6RxS3q8JsK7d1VaC2LkynQLUKtyixBD1yb1lGbSiev5hmjNiV5t3b5eHl+4BA8K5lb5SzQmXW3B/xBqGpL58OzRvy8rtnZUaeMxYjHRTT/MOY3xfZhdS+pHwm1/vn0dPhyO3L1VTg2HKh79DVcLUerJsPOaKnGWjkIJGIdBAKiOEXOPpJ5MsmK//lBvcnCG
+1F7ZLx5lkSfbaHcjNPnTqOFiY5fqo57Zsp9SlPDa1iefXHs8zhwR2IbZKnv1UNae1oPh0HpB9HD8oW6iryQ6QCl3uujCj2UX/RdQnsxZO8ume6kHPJHsaP/7XZ2VfV18M3WTNclFQ==



ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]

307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States

[redacted]

Change

**Review item and shipping**

Seller: golfgogreen | Message to seller

Golf Metal Divot Tool & Smiley Face Ball Marker -Switchblade Pitch Mark Repairer

Marker Design: Orange Smiley Face, Colour: Black

**GBP 5.95**

Quantity
1

**Delivery**
Est. delivery: Aug 30 – Sep 1
International Priority Shipping
**GBP 14.03**
Includes international tracking

**Import charges**
No additional import charges at delivery
**GBP 0.00**

**Gift cards, coupons, eBay Bucks**

Enter code: | Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 5.95 |
| Shipping | GBP 14.03 |
| Tax* | GBP 1.40 |
| **Order total** | **GBP 21.38** |

You agree to the Global Shipping Program terms.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Golf Metal Divot Tool & Smiley Face Ball Marker -Switchblade Pitch Mark Repairer | eBay

**URL**
https://www.ebay.com/itm/314142280554

**Collection Date**
Wed, 23 Aug 2023 06:35:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
185.230.112.42

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
[illegible]

# File Signatures

**SCREEN CAPTURE**
**PDF**
**File Name**
[illegible]
**Hash (SHA256)**
[illegible]
**Signature (PKCS#1v1.5)**
[illegible]



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 14:53:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:491d:2d00:69bf:7906:a752:afb0

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hgInyZVq5EAxjFfvMFsLDCLzVvg9o33z7G7IXEo/vyKwPpm7LFQJ5cqdqjvIAjmfOaoQkOsTRE3qjLNJqvAJtExSDx9CtUDEOXSU2p+eZdhMYqILXEznf84umwjlXKOr7HJWQUW+zOKr7xwxIU2+a7EKh1WxkII3ZfIVj8yMj/DrTQktBqSMz9pOf0dnC2c0r8UKTNjC+d13Hq
+q3BGYWxKzuCstM9/09DqQsc4XBWKdIUdDfyRyouxbMcsOPeu+uF2T6Xv6nrxHRAaEe4rxER3Lkj37XNaXbosGH8wpd+oWDkQ/D5t44nq9P7+zYizSWiIITGBwBt9vg7zHl4gtcw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-14-53-07-GMT.mhtml

**Hash (SHA256)**

45239aeadee1972bbb5281567306f242e3489a47f4151c7b40a6a1888c5b7550

**Signature (PKCS#1v1.5)**

a0dJk/q2nh2xQHqOk7y2s+qzMrPpSJqJpZdQwf5q9zRL10GkcTmhp4QjnJlPyrt+9XGWvFLJ930oZetFUxjp1DY23alA4ekeFwQUN9oI/lnn3f+Vxwx8fIirZmQeM/6bj81B3NQ4Voc+mw1O8PnBa3Cn2tAHlvMJ4k07815Xlqa2ghUuoTxs5YzAL2+mcjHTeLTSmdfmXs/IdL5su
+0xgJkFe4MYLKiVx7TVx3XdsqYJCnJIt1VXe12AfS6f/FqLxcCMWj5RPWTQquvrIno7e+c19IdlFutHn+P61uZ1KymJI9ZM/QHpx/6jb4Ltki4QhxOgG8KaTlcX6Z3mnk5uhA==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

Special financing available.

Apply now. See terms

G Pay Google Pay

**Ship to**

[redacted]

307 NE 1st St, Flt 6

Miami, FL 33132-2505

United States

[redacted]

Change

**Review item and shipping**

Seller: gorgeousjew... | Message to seller



2.20 Ct Round Cut Simulated Diamond Smiley Stud Earrings 14K White Gold Plated

**$53.30**

Quantity 1

**Delivery**

Est. delivery: Aug 25 – Aug 29

USPS First Class

**Free**

**Pickup**

Contact seller after checkout to arrange pickup

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

**Donate to charity (optional)** ⓘ

Wildlife Trafficking Alliance

In honor of World Elephant Day on August 12, donate to WTA to help stop the illegal trade of elephant ivory. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $53.30 |
| Shipping | Free |
| Tax* | $3.73 |
| **Order total** | **$57.03** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE

See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

2.20 Ct Round Cut Simulated Diamond Smiley Stud Earrings 14K White Gold Plated | eBay

**URL**

https://www.ebay.com/itm/195739528918

**Collection Date**

Wed, 02 Aug 2023 07:00:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

gNzbM0w/Y5e5u4vBFaSt532ZtGOsP2n3RyeAwvsHJbJSWaZnXHpVbTX90+1NOiEfeQ/ygS+SfLAAipvEl4EPcPcowB90fkoKU7EBPBloQ75+k9f6hfHbNDtZLMPO7V4D5LMRLmOiaP4lEtHLF4E4Cp57356RHAaOxZi2L87PgEM=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]195739528918]]_Wed,-02-Aug-2023-07-00-44-GMT.pdf

**Hash (SHA256)**

7a00f4d1edec5b288e303bbfb0206f5c6900b6b46cf9b3657b742ffeff43ac42

**Signature (PKCS#1v1.5)**

C/tL7Bb8iUcfhK3sHMQUKC8sEaK96zwYsOheKhtbG71R1TW3b8duRJhj05ekkALEHjMT272SPgntRTuXy3Ej79Icmwm341EZqDL6vdm1BWVl6V291anhnccrSOzhnEkXVll2+u41awHpIPfzhIdiXKo7AWNs2UX3P5vFRHIOCuo=



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Blessed Smiley Face Sticker Look Printed T Shirt - Unisex, Kids & Ladies Size | eBay

**URL**

https://www.ebay.com/itm/225435963378

**Collection Date**

Thu, 03 Aug 2023 05:12:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4992:ac00:b095:adb9:19a9:f7f1

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

D/00SFHczydfohESQcZyNm9RS6RQRmOVzk0Yn1meU9ENIJRV6gdY7gTX/0pCbRV1M1l1gN74WiKqknCvr2Fl8Awil4LWqfgKQ/EKdc8Z8N9o62gQ981GhmoeULj8rIO/u9VNjsVFggYsn2sbXzkyoWnV342nIdG
+UqvtBAIqbbA4p3P0/6ORI2qIpMG58OjWBuMh2pp22oqVSgLXMg83u37NDay5XVmYMCBL0MtcUVX0Ul8OFJdlbtu8Kq/In3gzgEUu4pBjF3eJk8UQIDVz6dFGdymKq5CcfHglZBV0+ZKK+qwRiyXrik3LFqEuu9iTd7hj+ilEBtnC4bSbFW+H/g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]225435963378]]_Thu,-03-Aug-2023-05-12-05-GMT.mhtml

**Hash (SHA256)**

be8658a3ebce280d244f71236754d555d1b9cdb30acb3b40cc83aa7356987bed

**Signature (PKCS#1v1.5)**

K7NjcAUTWk+onlZ9QzQiRogmDDY3G1W9zJIkB2SFrhHH4yPMGUeUGl3gzbmWTyCypYSKKQB9D/tlSotR2/TtJIglKKVw3dMOsU3WvH6rsc/UzH/MutZMz1sorF3QUR6OUgN/
jbzcTtF8H67kMdkzfg0Sol7+KNHujtEJt8OQS8FhlyqBt4LxZXyncuCQumTZ3wEgE37Y1QxllarLT3bTRQyjQLQTH5y65NH6p/Pz1W2K3yweEQjYLlcyDzZ3BbyCoo32L0sfr5lBEE5/GML/1CcQVsPgAqNR+3hXETQBUOyF+duVlA5NzVZ3aJDNiU4pzyYBzjTgPcOTKZ/DKdy1rg==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Clothing, Shoes & Accessories > Men's Clothing > Shirts > T-Shirts

Share | Add to Watchlist



Have one to sell? Sell now

## Blessed Smiley Face Sticker Look Printed T Shirt - Unisex, Kids & Ladies Size

Condition: New with tags

Size: - Select -

Colour: - Select -

Quantity: 1 More than 10 available / 1 sold

Price: GBP 10.99

Approximately US $14.02

Buy It Now

Add to cart

Add to watchlist

Breathe easy. Returns accepted.

Shipping: GBP 7.99 (approx US $10.20) Standard Shipping. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Cranleigh, UK, United Kingdom

Delivery: Estimated between **Thu, Aug 10** and **Mon, Aug 28** to 29687
Please note the delivery estimate is **greater than 5 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

Seller information

grabmybits0 (26927)

98.8% positive feedback

Save seller

Contact seller

Visit store

See other items

Registered as a Business Seller

Donate pet food
One of the many ways you can be a helper in your community.
Learn more
PetsAndPeopleTogether.org

## Similar sponsored items See all

Feedback on our suggestions

MEN UNISEX ADULT COTTON TSHIRT JERSEY GIFT SUMMER EMOJI DRIPPING MELTING SMILEY
New (Other)
**$11.42**
+ $14.51 shipping
Seller with a 100% positive feedback

HAPPY SMILEY FACE Funny Custom T-Shirt Gift Birthday Christmas
New (Other)
**$12.75**
+ $7.64 shipping
Seller with a 99.8% positive feedback

Happy Smiley Face Sarcastic Womens Short Sleeve T Shirt New Graphic USA Gift Tee
New
**$9.99**
Free shipping

Adult Men's Watchmen Comic Book Series Bloody Smiley Face Black T-shirt Tee
New (Other)
**$21.95**
Free shipping
Top Rated Plus
**64 sold**

NWOT** Smiley Face Graphic T shirt size M
New (Other)
**$8.00**
+ $8.00 shipping
Seller with a 100% positive feedback

## Sponsored items inspired by your views See all

Feedback on our suggestions

HAPPY SMILEY FACE Funny Custom T-Shirt Gift Birthday Christmas
New (Other)
**$12.75**
+ $7.64 shipping
Seller with a 99.8% positive feedback

Rare BAD teardrop smiley Tshirt - L
New (Other)
**$38.27**
+ $18.71 shipping
Seller with a 100% positive feedback

Beanie Freaky Smiley Geschenk Idee Souvenir Geburtstag Weihnachten Slouch
New
**$18.65**
+ $3.84 shipping
Seller with a 99.9% positive feedback

Smiley Shirt Keep Smiling T-Shirt Happy Fun Spass S-5XL
New
**$18.61**
+ $10.92 shipping
Seller with a 100% positive feedback

YELLOW SMILEY FACE SLEEVED FLAG 18"X12" 45CM X 30CM FESTIVAL BRIGHT HIPPY FLAG
New
**$4.40**
+ $14.31 shipping
**33 sold**

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.

eBay item number: **225435963378**

Last updated on Apr 23, 2023 03:31:11 PDT View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Features | All Seasons |
| MPN | Does Not Apply | Department | Unisex Adults |
| Pattern | Solid | Vintage | No |
| Country/Region of Manufacture | United Kingdom | Material | Cotton |
| Product Line | Gildan Softstyle | Accents | Logo |
| Size Type | Regular | Character | Happy |
| Neckline | Crew Neck | Sleeve Length | Short Sleeve |
| Fabric Type | Jersey | Brand | Tees&Mugs |
| Garment Care | Machine Washable | Graphic Print | Yes |
| Theme | Funny | Fit | Regular |
| Type | T-Shirt | | |

## Item description from the seller

Stand out from the crowed with that bright printed t shirt (loc2023)

Printed In House Using The Latest Printing Methods, Meaning You Receive A Top Quality Item
Unisex T Shirts - To Fit Chest - S 36-38" M 38-40" L 41-42" XL 43-44 XXL 45-47" XXXL 47-49"
Ladies Slim Fit T's - To Fit Chest - S(6) 34" M(8) 36" L(10) 38" XL(12) 40" XXL(14) 42"

## Business seller information

grabmybits.co.uk
Gary Warner
83 Summerlands
Cranleigh
Surrey
GU6 7BX
United Kingdom

Phone: 01483274140
Email: admin@grabmybits.co.uk

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## GrabMyBits

98.8% Positive Feedback
71K Items sold

Visit store

Contact

Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 4.9 |

### Seller feedback (26,927)

This item (1) All items (26,927)

f***u (1077) - Past 6 months

Got item, thanks . Brilliant service, blessed be, thanks again

See all feedback

### Popular categories from this store See all

Collectibles | Health & Beauty | Home & Garden | Cell Phones & Accessories | Clothing, Shoes & Accessories | Dolls & Bears | Sporting Goods

Back to home page Return to top

More to explore : Smiley T-Shirts for Men, The North Face Unisex Kids' Tops & T-Shirts, Size S Unisex Kids' Tops & T-Shirts, Size 3XL Unisex Kids' Tops & T-Shirts, Size 2XL Unisex Kids' Tops & T-Shirts, Size 2XS Unisex Kids' Tops & T-Shirts, Unisex Kids' Tops & T-Shirts, Multicolor Unisex Kids' Tops & T-Shirts, 14-16 Size Unisex Kids' Tops & T-Shirts, Cotton Unisex Kids' Tops & T-Shirts

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Thu, 03 Aug 2023 05:16:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4992:ac00:b095:adb9:19a9:f7f1

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HKwT2j7fcC5RjgkKDzmg6nnYloexiColk4DLHmQB0pWT0wdHcH/WSBjh3JYNBILjEgSyA73HyjwsuGR6uEPnPPGN9I1ACuijzUraMYzqpnVGMcVYddmTqQtJ/xVw7D1/91wpiScWtNOw/Uqcor1yGbT/
PB81sNlfwv9K08kZPpNgATG8mIdg6t3R7SoapQ2j6RZr1UBxgqA6TikRnYW4fV0SdMtnaX8nnVkzln8LB9T+ymwFRsS9r2XJ0Q55llV4Znjwwb4A5co8axxYuyJgnPBp4o1ioDeJTZfg2PQTTRzo7P1lW/iJHwxNgLFi40qk3xxTBI11PCxUAy3nWk0tsQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Thu,-03-Aug-2023-05-16-24-GMT.mhtml

**Hash (SHA256)**

4dece860f121b654478b06b35eca7a7d6286432ff355bd47d76ec98d3794330c

**Signature (PKCS#1v1.5)**

Roq5/IxSB1hdQroS1wYK7dQcEU3Z7gWX5AJ4SWmvfCFAHuXWaFKRHJe2Y93clr23kTG0npjL7r1+8ok/F9GKg5Z0nYtuVxXCrNEYiofd6/+sSjr3zErxp1/KYzF2CVAGJ6Q/FxRC4zNDcAvb7wXCppAl/dd/vU+A5eSAiS/vgYl6qFzI/RkqvZv0Q0lNdxftnEJzmG/KXG3nmvXgcMJPmih/
jsCPuakLAemCHBiUvBUxn6pu9/BEyxCZhj5HZ7EMAgj2ReF47rL1SPIlSFhFIdsniQgi5VRKpKNjc34uTVOZbYjS7OPOVh0tC62/mfPH3ZO+rmNsGDTOrmDCOBv+3A==



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Maraca Smiley Face design Colourful Key Rings/Bag Charms | eBay

**URL**

https://www.ebay.com/itm/295765073564

**Collection Date**

Tue, 29 Aug 2023 06:01:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

O4WbrLhyU3fQ2NkSXQ3Usd4b+xZjsS5AhqP56WZjfSe0vVaRgmM1Qy9c3kAH0HOZK4VKw1V5GnUOJrY5ImMaUCuVDTrnexMPV5IKddfoo6WQvyVrgPOudlWK2Y+l8ikSBKiaOShCOaZqCzq8X5zSuWPOk0IYdQ4I5MqSvnF3Os8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]295765073564]]_Tue,-29-Aug-2023-06-01-25-GMT.pdf

**Hash (SHA256)**

ce820055388065f137663bb2fcb5e90d038b5f202f4a48f32ba7053cfcc9846b

**Signature (PKCS#1v1.5)**

MpYm/tOagQ48rY7oOE24LYWNH+2Js5i3RX6wUFsrd1NftV8rAEdj/Q+1c4rH+ElFT+ZAqG9EUJNeWfBMEaJzQAmlc0d3YW2zOSII94YPgf0O34tEO4/KupJaAKvocFkNt06qdlHXC/uRqFNM0a/XYABaCeM53yyzlZUETw0+HIE=



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 29 Aug 2023 07:15:12 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.74.192

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Mear1AKLa+4uxLZSvNQciey+0Dx4GUENlQAofM5wyvQokIPRdgsqRqMiShTHAJqCUwKJ+YQxjQqLtqqwPiPFFIB0gCDhdtECCkw8qbnuhrylRL5Bqnm8EpwfXsl2XZNBGcwZYiiteswhIrLnWX/4ZI9fOBAMxCpzu+Du4r
+lSe6djeJUFs2mwj8HhVFcaXCseyo21utdZwUlgBXKhe3O1NE0xC78qSZ4jR73zyfRoC6LkZD2pInBHOhj3kC0pKHp8+f/zL5G4kkUKCqYhD0LOBHLFOEZqc+W2X+sbnGIyMfaf6PHeNfTAMTY1/9EGH3crDptr/+cX4reJzW7mAoFEg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-29-Aug-2023-07-15-12-GMT.mhtml

**Hash (SHA256)**

2c30f416cbc3ae11f8c0ed2ae51c0e91a523ce99973559f7222f1a6624f4d5c9

**Signature (PKCS#1v1.5)**

DupT9P2K8dPsHSGwu+YVHPZigXj5lwf3gMfDy4PkGNW9FAkIIihsLwmgZRP0BFtavMtM26bq+SkAAC/p8Z7Q96quU/XHSiO16HRVYxADPlldBed5Ih65nItsy1DWJ/BHVtJgrD5R6Fg1/2+5uPkejGzt83NM6EZYdrgqGDrSYqHz
+9XtzIGZRef3rakTKONnoECci6uWpaaPjUJXK0uoGBMU4r3m8EEFbz1Zfj7UKoKlxao3i59P1ZLnQeeEn/oCb64c1feizG86DPHCK0qH1q2/i6olPQWWa+arjUlS0zw6IuzEIoyorB2SLKDCwL4vm033oFhJpva9BMaCYcckvw==

ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]

307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States

[redacted]

Change

**Currency**

USD
$1 = £0.76036
Change currency

**Review item and shipping**

Seller: greenhousef... Message to seller



Maraca Smiley Face design Colourful Key Rings/Bag Charms
Design: Pink
**GBP 2.25**

Quantity
1

**Delivery**
Est. delivery: Sep 15 – Sep 19
International Priority Shipping
**GBP 13.92**
Includes international tracking

**Import charges**
No additional import charges at delivery
**GBP 0.00**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 2.25 |
| Shipping | GBP 13.92 |
| Tax* | GBP 1.13 |
| **Order total** | GBP 17.30 |
| **Order total in USD** | **$22.75** |

Current conversion rate: $1 = £0.76036

You agree to the Global Shipping Program terms.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Set of 3 units, one each New Shape Smiley face £1 coin Trolley Tokens Keyrings | eBay

**URL**

https://www.ebay.com/itm/294393966306

**Collection Date**

Tue, 08 Aug 2023 17:18:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

UJuFBXRgZ4XetO75OkyKRztjs5gusIclEOb1pfCjgybBSn/ENi7VrAnTljcvqlPQC8XsYW+FPz02uKnY8G1HLtgAGvJvZQXkYwZ3XdSPUd57nIDPZ+bq7AyU3+/19AsCDTW0akHK6G2eDzYxf1Qu0I0RIirNEzVw/4cWOLHT08oJEoRs8B+gkwj48IWwE3b03K1l64H9o8PHs8w/
JMWA6e23AUBPOlSXvwWXH7BR5OpjOtZufiNqwJ//BWCM/FeaUUeAFX71JAm8RVDdpCly+JZezi57ozl+2A3MOeAWI7AfnPDRm4NuRGDuBSXIJuX80tTpMEsHPY46FZt5JILkGw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]294393966306]]_Tue,-08-Aug-2023-17-18-16-GMT.mhtml

**Hash (SHA256)**

79834aaf321d59be49f83750e983e75aac944ad6e7e5ceaefcca2e0ec319d25c

**Signature (PKCS#1v1.5)**

DFPaW5pon3Ed4OALf1bHumJFOKLU7P7ghwhPs/JfQxiNFbp8ragUsg+RLb0CyLD2qmQjCNi0ws6olnztxXJaGp4q8lhavOrQZKc50hqTWUeahYQC19iiadOtFYOXZrxbR/
dqyVmULM6y1BLEbxrZ3KQAS50GxjYNtUg9NbZjQ154GSDj5efAcsIWP0iXDg03KuNAImJCdMb6wUdnGslLyg2JAbH95UBcTFDZqANvYZFXXGwobLsEzZWbDxDfM0CwvWJP6x5oqp76Zc30P6/HzZliO+vUYNB6a9WxbtVdVrBaYLhMeIMtF23A/9JPc2zLRfiXxrP4/G78qJtHTg1Q7Q==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Collectibles & Art Pez, Keychains, Promo Glasses Keychains Modern (1970-Now) Share | Add to Watchlist



## Set of 3 units, one each New Shape Smiley face £1 coin Trolley Tokens Keyrings

Condition: New

Quantity: 1 More than 10 available / 28 sold

Price: **GBP 5.49**
Approximately US $7.01

Buy It Now
Add to cart
Add to watchlist

**This one's trending.** 28 have already sold.

**Breathe easy.** Returns accepted.

Shipping: **GBP 14.02 (approx US $17.91)** Expedited Shipping to United States via eBay's Global Shipping Program . See details
Located in: London, United Kingdom

Import charges: **Free** amount confirmed at checkout

Delivery: Estimated between **Tue, Aug 22** and **Thu, Aug 24** to 33132
Includes **international tracking**

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

International shipping and import charges paid to Pitney Bowes Inc.
Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
h4rt (84932)
99.6% positive feedback

Save seller
Contact seller
See other items

Registered as a Business Seller

$ **Have one to sell?** Sell now

## Similar sponsored items See all

Feedback on our suggestions




Shopping Trolley Token Coin £1 Reusable Trolley Tokens Coins - Pack of 10 –
New
**$4.46**
+ $14.32 shipping
**246 sold**



2xEURO Coin Size Happy Smiley Face Trolley Token Keyrings ,SPAIN,GREECE,ITALY
New
**$5.73**
+ $14.36 shipping
Seller with a 99.2% positive feedback




12 genuine Shillings Novelty Keyrings Job Lot Prize Boys Girls
New
**$12.77**
0 bids
+ $16.41 shipping
Seller with a 100% positive feedback



2 Euro Coin Size Lime Green Trolley Coin Token Keyrings,SPAIN,GREECE,FRANCE,EU
New
**$6.37**
+ $14.37 shipping
Seller with a 99.2% positive feedback



2xEURO Coin Size Happy Face Trolley Token Keyrings ,SPAIN,GREECE,Lime Green
New
**$6.37**
+ $14.37 shipping
**23 sold**

## Sponsored items customers also bought See all

Feedback on our suggestions



1000 STEEL KEY RING SPLIT KEY RINGS 16mm HOOP RING NICKEL PLATED STEEL LOOP
New
**$37.68**
+ $10.15 shipping
Seller with a 99.6% positive feedback



Gold Plated Metal Love Heart Passport Photo Keyring 40mm x 50mm Key Ring
New
**$3.05**
+ $14.27 shipping
Seller with a 99.6% positive feedback

**About this item** | **Shipping, returns, and payments** | Report this item

Seller assumes all responsibility for this listing.
Last updated on Dec 11, 2022 07:26:47 PST View all revisions

eBay item number: **294393966306**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Shape | 12-edged shape |
| Modified Item | No | Main Colour | Yellow/Black |
| Age | New 2020 | Material | Metal |
| Brand | Harts | Theme | Trolley Keyring |
| Featured Refinements | Trolley Token | Features | Key ring, Trolley, Trolley Keyring, Pound Coin |

## Item description from the seller

- Superior Quality 3 units New 12 sided Smiley Trolley Tokens ( 1 each)
- New shape £1 coin size 23.4mm point to point x 2.8mm
- Can be used in Supermarket Trolley, Gym Lockers etc which have been upgraded
- Includes 3 Key Ring Attachments

## Business seller information

N A S Hart & Co Ltd
Michael Hart
206 Kenton Road
Harrow
Middlesex
HA3 8BX
United Kingdom
**Value Added Tax Number:** GB 222555190

Phone: 02089071119
Fax: 0209092585
Email: ebay@harts.ac

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## h4rt

**99.6%** Positive Feedback

Seller's other items
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Seller feedback (95,326)

This item (4) All items (95,326)

a***d (172) • Past month
Quick delivery. These trolley coins are nice quality. Thank you.

4***a (35) • Past 6 months
Great product thank you

e***0 (754) • Past year
Great service Would recommend👍

See all feedback

Back to home page Return to top

More to explore : Masonic & Freemason Tokens & Masonic Coins, Slot Token, Game Token, Grand Casino Token Collectible Casino Tokens, Hay Trolley, Casino Silver Token, Trolley Slide, Collectible Casino Tokens, Collectible Token Slot Machines, Mechanical Slot Machine Collectible Token Slot Machines

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 17:19:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

gwAmOytayIGcKzLY0sJH5djvsaIfhI4lVOR9uTDB7KAdxKSrC9XZU2GGphBAXDgLSITDIMMx5czqxSRo4AW/U+UCvrdaCXWRIwlO37cNGCKcLHy4VFmGa6mNyySgmRn0sExA8vi+JXp7BhKOIcJWKI5Zc44qtbmIma78vINJoKDv9oiMzt67QXn/oDctTrbPqUUJH
+2TYZrMbxXyEi5xU37vAXjD5gPiNJgh6lR85JoR1GExEqvpqmXbviUy2NvOvsi2gCWViqmm9RtNnAiy5xfUQKhNJih+LlN8vrvH/K/XIRqTGbqbi1QbsoF4VXgu32R30EL7WWtFTOtw4vug4w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-08-Aug-2023-17-19-47-GMT.mhtml

**Hash (SHA256)**

4875028536236241fb4a0b488e85de50b81890ca189c2629d08e82841a3b44d6

**Signature (PKCS#1v1.5)**

XgRtwhErtU30cnZBdutTukP7CWegKcr3ZYG5efPd735wXC17CPGnZknvyHN6DX6jYsSZua3crXbZsuA9ZY1ri7Xrb11JxFBSyrwXxYp7WZcfz6h4N67fkG1yOmeqzxAyLKG+ImxCXD8QfzNqADuS13L2rrI+cFSIX5znkdyqQSBYNnBdjKeIitYNu5ui
+sE8Np96tJCABLvDi5JTcL2aQWXRGwYXsLNbxCrW4Gp0viMD6GgdJabUhpG9Zq+J3ZbROHlBlrdQrJaUNSeUQ0jo4lpZIHol4zwft03kjeFN/XynCWXDoPgJPjTve9CEoPFUbcdtAC1hi6F6j1EJWZgTmA==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: Aesthetic Yellow Smiley Case Compatible with iPhone 12/12Pro, Indie Aesthetic Retro Smiley Case for iPhone 12/12Pro Slim Shockproof TPU Bumper Protective Cover Case : Cell Phones & Accessories

**URL**

https://www.amazon.com/dp/B0B36ZBN61

**Collection Date**

Fri, 25 Aug 2023 13:36:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

rFXr12H534rVGLjjqCFQhZZRnNmAAOvgCeyHrn9XLDQidq2yAQWfoSa6d2ItrZNj2Xg+GpFl4OtO0xmiOswDvAhL40OfBaG2g+hya1oqpZ/ReXe9i9cDP6BL1LUmyIyFXTcJmBmBrZZQSuQzaw6fmbrgjXE7xcl3VvA+ZGRy9uCkLABOSTkCqH3/
K6Quw2MfxiF1A9jFVQibHIWHkthl1TxM3dapQ8VlfibCjrD31EMc+pdRlc7/XZHpl/+wFM6t+CXcayDsOQS2MgHibedvWu1thboQL3g7eoPq8THVEQMbFHNigZzR/xds/s+0eCsG2Qp+axoUT2gMgDjRpyUhxg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0B36ZBN61]]_Fri,-25-Aug-2023-13-36-38-GMT.mhtml

**Hash (SHA256)**

787612bf15bae42a3650ea5c57f5c235a1a3f8ee046ccd39b06ef50964c96615

**Signature (PKCS#1v1.5)**

L5EpZYzc0dcFC6aJVBct+SjNfmIo8uIc1j+DafGr0RC8AIcOh8uXco/RF6HdaBQd2etb6vlP4DI2iSNp1AKfXkjTgkZEPvHUVjuUzvGwDfHtCL7cvH7Qr0Ax6kV30HY97yDlSabBUHxNxpsLb7oYjaxDpjWsMMg8hM5zcmpAn0fK7kOPCd2m7J25Oa53WsXUBKe
+n4FywwHCDShaROeGWatagoJ9GRh1YIZjmrPO5FGARF9yG480ZjwIuzGUCqMQeeuBH5pD9P6wvMantjzNAysqQGtAbWygukQPrdvPJPktxr02KG/9EnHO8j5bY9IFy1GJPK3eBlS738z5+jtm8w==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 25 Aug 2023 13:38:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

yE78S1WeFxVCtXk4ta40wPgqjE79W30/nJ/hnYLb/cHWKtudAwOUJubVgsyPsZrqIZbelXjFadRa9LO1IkeNGZg+liq0i6LvktpgtUFx42GAfqkgl8XTT7ygeUYkv5/2Ojap1YS/sEL+ZYUBf+wJa3bloXVUvMHMfHJjKq+tzHSIXbgRXaKOKzCwzSZE64vwO/
GQIFc3NbelrSuDOZkMltXbT161A048uvJNVITHgU2PMGyjZaOl2QcHVRGzDqKsXffxlQo0aPWBHgL0X8sJv9hytYOcu0eTVTjohBt00Yi8He++8cVV6BY5rUwc6KOPNHumqxtrXYXoCIa48DaV3Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-25-Aug-2023-13-38-31-GMT.mhtml

**Hash (SHA256)**

ac329cdb9a8c6e838e5a6235572b2cbc696096ccbfdf4aa0bac204bcda291b3b

**Signature (PKCS#1v1.5)**

cWxIL9i6cHp7/hsP7aAFGt4wmNr96By2NXGH+bdwc3nOMNfcjjdY68xkBso4NCw0t+9uEBmhQRxFfL0vHC+LUcJod8Rg40p/kksY7uUk2BhDaKpHJ/aCLpWdwjRUhh4obShWLbP1TjClJI8bkfNpNhNVtq/ERYTLjVMU0bp+ZvIr9wQVbWb7fXwhnSXSpvpRWXZjpoA5zKC7h
+feGqbL1y5QpusNF0Ng4idA2m3xCqY//3ea2SMOitxkjztO5l6wPxlqO8B1737XC45coySpoy2MTRjzbHTEbWHlxuqqAmVm8CeRgg+LhlTcpViLgfahtwnzNe4bjZ1ZYTTBXvk3aw==



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Fire-King Stacking Mug SMILEY FACE Green 215ml Limited Glass Made in Japan | eBay

**URL**

https://www.ebay.com/itm/403858139721

**Collection Date**

Tue, 29 Aug 2023 08:26:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.224

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bw2yMcdpXJsLn/NJTN9whW3Oc7RyzXU5iFcDJL02wbbBfoZtIWZUuyV5KS2asNpr6gkO9DJrc/JRFesowgGHoa20cdue3fTyVBlGVT4k2Gk2FTeAZ9JnemiznvVfvunvn8RUh+Xua2Nmv2ghaMR0BK1Ki1rL6lEo8uyQexeWEkBqXYMlzf4TV9TuCBdjHOdxopBeEkFTo86fvg6J2cF
+PGs3X7hhCXDXjWSKNckmveprdtyW6vff6+cD5mubIL/FpKqzBdkBd6B7iv/v84fk11mLiCt7aWgIlzjHbihyqiBVM2/8AlR6Ucn8cQrBBfR1fkK3RLgrKywKBPICDMZOwA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]403858139721]]_Tue,-29-Aug-2023-08-26-30-GMT.mhtml

**Hash (SHA256)**

7606be1199e464b72ae9c664d4fad26bc6662726cf4e4cb2d5bd9b4b4ab74472

**Signature (PKCS#1v1.5)**

Xs9hkULQQB5s25hGAibmpxvtND46MhIgfIJfvr1Hw2FXW8usHVUr/IHEQFTLvnWC+bwvuy1mErvk4Pcf+0zuOFMXjBWe+jBeFKughmYH3w6Lqc8SfJefxuZSrvPQySf5ljMd5gSK8QKWPcZTTWqVJtXjPMpeXESOjBY4OKlDq+Txv+AVz0jeT/VPc0LnWXYBwoxOaUE4HQy1o68nIFV/
TmElmvJ6NWEGarw0xZKXJCpBnPnfkn4OyoaesgeJuCNfAi+fGpdTEDg43W77pWjoQTCLO9QsNsBHlzs/lg4ER6T0ID38odO0rr1m+feYXzIqfWKEK2gmN35ulwf47Q1JrQ==

Hi Jeremy! Daily Deals Brand Outlet Help & Contact | Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Collectibles & Art > Pottery & Glass > Decorative Cookware, Dinnerware & S... > Mugs | Share | Add to Watchlist



## Fire-King Stacking Mug SMILEY FACE Green 215ml Limited Glass Made in Japan

Condition: New

Price: US $107.00

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Buy It Now | Add to cart

Best Offer: Make offer | Add to watchlist

Breathe easy. Free shipping and returns.

Shipping: Free Expedited Shipping from outside US. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Ebina, Japan

Delivery: Estimated between Tue, Sep 5 and Wed, Sep 13 to 33132
Includes 10 business days handling time after receipt of cleared payment.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, AMEX, Discover
PayPal CREDIT
*No Interest if paid in full in 6 months on $99+. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Have one to sell? Sell now

Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

Seller information
hana-musubi (270)
100% positive feedback
Save seller
Contact seller
Visit store
See other items

Make an offer. Negotiate a better deal.

## Similar sponsored items See all

Feedback on our suggestions

Fire-King Stacking Mug SMILEY FACE Blue Borosilicate Glass Free Shipping Limited
Fire-King Stacking Mug SMILEY FACE Orange 215ml Borosilicate Glass Made in Japan
Fire-King Stacking Mug SMILEY FACE Red 215ml Borosilicate Glass Free Shipping
Fire King Stacking Mug Cup 215ml Hisui Jadeite Japan Limited From Japan
Vintage Hazel Atlas Celestial Sun Milk Glass Orange Coffee Mug Cup Hazelware

## Related sponsored items See all

| | | | | |
|---|---|---|---|---|
| Fire King Stacking Mug Cup 215ml Hisui Jadeite Japan Limited From Japan | Fire King Stacking Mug Cup 215ml Jadeite Japan Limited From Japan | Heritage Fire-King MILK GLASS Stacking Mug Jade-ite Grassware made in JAPAN | 4 Vintage 1970s Yellow Smiley Face Stacking Melamine Plastic Mug Cups Set Of 4. | Smiley Face Collection, 1 X Smile Face Mug |
| New | New | New | Pre-owned | New |
| $74.00 | $99.00 | $88.98 | $45.00 | $21.95 |
| Free shipping | Free shipping | Free shipping | + $12.45 shipping | Free shipping |
| Seller with a 100% positive feedback | Last one | Seller with a 100% positive feedback | Seller with a 100% positive feedback | Seller with a 99.7% positive feedback |

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Aug 07, 2023 05:38:54 PDT View all revisions

eBay item number: 403858139721

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Color | Green |
| Type | Mug | Brand | Fire-King |
| Capacity | 215ml | MPN | 4589529312529 |
| Country/Region of Manufacture | Japan | | |

### Item description from the seller

**Fire-King Stacking Mug SMILEY FACE Green 215ml Borosilicate Glass Free Shipping**

**Description**

Condition:Brand New

Brand:Fire-King

Size:Height 87mm / Width (to handle end) 103mm
Upper mouth diameter 77mm
Capacity:About 215m
Material:Borosilicate Glass

Fire-King Stacking Mug 'SMILEY FACE' Green

The popular smile pattern "Smiley Face" in vintage Fire-King products is now available in stacking mugs in 5 different colors.

Inspired by the design reprint of the Fire-King Smile series, we adopted the "smile" design of the time, and placed seven large and small smiley faces on the side of the mug.
In addition to the four colors of red, orange, green, and blue, we have added a new lineup of smiley face classic yellow.

**Shipping**

Shipping from Japan with Tracking Number & Insurance.
We usually ship out your order within 10 working days after receiving your payment.

**About Us**

We are located in Japan.
It's our pleasure to make you happy by proposing our recommend item.
If you have any questions or request about items, please feel free to ask us.
We are dealing with 100% authentic items.

**International Buyers - Please Note:**

・Import duties, taxes and charges are not included in the item price or shipping charges. These charges are the buyer's responsibility.
・Please check with your country's customs office to determine what these additional costs will be prior to bidding/buying.
・These charges are normally collected by the delivering freight (shipping) company or when you pick the item up - do not confuse them for additional shipping charges.
・We do not mark merchandise values below value or mark items as "gifts" - US and International government regulations prohibit such behavior.

### Japan-Musubi

100% Positive Feedback
496 Items sold
Responds within 12 hours

Visit store | Contact | Save seller

**Detailed seller ratings**
Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

**Popular categories from this store** See all

Collectibles | Books & Magazines | Health & Beauty | Entertainment Memorabilia | Pottery & Glass | Musical Instruments & Gear | Cameras & Photo | Sporting Goods | Home & Garden

**Seller feedback** (196)

h***j (26) • Past month
Great experience. Fast and prompt delivery
BT21 Golf HOLE IN ONE HEAD COVER for DRIVER BTS Official Character H/C New JP (#403896622613)

t***t (2000) • Past month
Beautiful set. Well packaged. 5 stars!
BBM 2020 INFINITY Sports Trading Card Regular 94Type Complete Set Baseball Judo (#403489751656)

3***a (3) • Past month
Super quick!!
WEi Mini Album Youth A B Mini Ver First Edition 4 Types Set Yongha Trading Card (#403963267106)

See all feedback

## You may also like

Feedback on our suggestions

Fire-King Stacking Mug SMILEY FACE Blue Borosilicate Glass Free Shipping Limited
Fire-King Stacking Mug SMILEY FACE Orange 215ml Borosilicate Glass Made in Japan
Fire-King Stacking Mug SMILEY FACE Red 215ml Borosilicate Glass Free Shipping
Fire King Stacking Mug Cup 215ml Hisui Jadeite Japan Limited From Japan
Fire King Japan 2011 Jadeite Jadite Stacking Mug Cup Limited New w Box & Sticker

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 29 Aug 2023 08:34:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.224

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

b8R+E62mxG3tgQ9LbYGH72ZJMMJdYCWKVfdGevuH1O5zDJHz4uspjmCP+qNwMCFc6Nt/CNDmCKwRVoVHY7JBqM8BBSKZddWyZPfPeUqcG+ZVsa14u7SYAa89CxW+lHucI9UaXDta7nIaeQRhPVbHzLEQ2T/SJZzm8wuMBFRfXMnBau1TaTA2p/
Hhfz3a9x7rTFnfgFP5q7Fwj61stx/4h1wxp6c2a/WoFdv9fIxayE6jXrqhYt5P/4VBnZZO5cHlR3YgsR4hulCX6Y3hRbO23RzEYaZxaZrDGOxoBIJ7uX+F6+WZcQbmW+TDRlrvv5oNjx9Vj1lHxyLbhX3Sfm0k/A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-29-Aug-2023-08-34-13-GMT.mhtml

**Hash (SHA256)**

477643d7e2b3ff2cbdcad6332b38b9821263d72a695c004e9368a71578792f47

**Signature (PKCS#1v1.5)**

Vij4cq8vrltyd1B5AsWw/FDlMvJs+Jhrq/
YXKKFyL7ysVe9BbYZOkswB2xrwpgwQ37n8t2acvacAVhgRcwUEexv4hZgxMtE0Ao5ZbGVLHvR8WoLACgRedGuTxCuGIpoj7hKZ8xNxkre9C7H4Ouc0cA2IqnJR2L1bQ5qoUZW5Ztp4Co78y1TFV2vFcLyB8J3N5hf21hqGuUI1hBewNg3GABFk2Qx1QDPSQxqkbqqPdDsknL8e9nMOhPeUeXS40Xt
Rg615ruBJ8wqLExMjYKENgogi1O/7DhrG7OWv6uc2wEHGkzr8A5M/HVEeJgTHq+DMM0Dr6HeH+9zY/fzQ4hMxzA==

ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

No Interest if paid in full in 6 months.

Apply now. See terms

G Pay Google Pay

**Ship to**

[redacted]

307 NE 1st St, Flat 6

Miami, FL 33132-2505

United States

(976) 920-59

Change

**Review item and shipping**

Seller: hana-musubi Message to seller



Fire-King Stacking Mug SMILEY FACE Green 215ml Limited Glass Made in Japan

**$107.00**

Quantity 1

**Delivery**

Est. delivery: Sep 5 – Sep 13

Expedited Shipping from outside US

**Free**

Service: masadar1

You removed: Smiley Face Ceramic Mug

Add item

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

**Donate to charity (optional)**

The Humane Society of the United States

The Humane Society of the United States fights to end suffering for all animals to achieve the vision behind our name: a humane society. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $107.00 |
| Shipping | Free |
| Tax* | $7.49 |
| **Order total** | **$114.49** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.

Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE

See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Smiley Face Cookie Pastry Biscuit Cutter Icing Fondant Baking Clay Kitchen Nice | eBay

**URL**

https://www.ebay.com/itm/264271601627

**Collection Date**

Mon, 07 Aug 2023 20:19:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

RZU5+Od8y0BWQQZaQRWjKrXu3SNx4PpK1/lOSgPuYl1dNk69WKihmxVq1gRvk8dZDaoo+GYE58mECJqQRtuHpIJtJWV6RTmsDL2PdKc2dQxf7uoY6/aAC/Tm7VtyaTwzAu09cr9gcFS2/bZR0hBfds/qmd6n9vbjJmD6E67MLyY5q2yp6ERYWtlcR+5UNNEJSxcefihi6fzTPyB
+F83p9xwZvSnwYhgRJpjxRdR6SQsraVv84ubd80BL9DBTOqAh8RMjwvaObbfc9s1vYg5KMCk+F2u0Dx0rH6UCXBG8BL5H2WRtprzTjdacBcC/ihkRdCVPZZMJHGFf5z6rK9m+tA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]264271601627]]_Mon,-07-Aug-2023-20-19-06-GMT.mhtml

**Hash (SHA256)**

2688cd4ef730b1ded91e25a2e9311d75a47755b90a70f513ea51d23282297815

**Signature (PKCS#1v1.5)**

RPQZjYu6l1yEifpEZG48VG/L850mIb0rfx9N8yPKZoPy4rrphk48tMl6hSrRdR1NYpx+jPwxuR7eteHaqrJF1pjhgY+v5TBzbKjG9hDoXGtQzUoLSlnLhaPxP3EjURv+fjYRxY72A4clQRRI9fuILRO6EVy3XivkVs38O2tVkqaREFLMb0wXyNRIPTA
+ec7td1t6SPGcgmo9Li23O0vhRpvTmkk9g2qfOEH7N6aOp43h64KZQ6RQJ3WUqzlSae4TH1aYiQXg1u7+wvPoEZmcnoVUkb00lSWh7rwdRni4HWef+8zhsTnvbNu892Ncjs+XIvhU2xM/QYH7+IGfVhET8w==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Home & Garden > Kitchen, Dining & Bar > Baking Accs. & Cake Decorating > Cookie Cutters Share | Add to Watchlist



## Smiley Face Cookie Pastry Biscuit Cutter Icing Fondant Baking Clay Kitchen Nice

Condition: New

Quantity: 1 More than 10 available / 20 sold

Price: GBP 4.99

Approximately US $6.37

Buy It Now

Add to cart

Add to watchlist

This one's trending. 20 have already sold.

Breathe easy. Returns accepted.

Shipping: GBP 14.00 (approx US $17.86) Expedited Shipping to United States via eBay's Global Shipping Program See details

Located in: Manchester, United Kingdom

Import charges: Free amount confirmed at checkout

Delivery: Estimated between Tue, Aug 22 and Thu, Aug 24 to 33132

Includes international tracking

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA

Earn up to 5x points when you use your eBay Mastercard®. Learn more

International shipping and import charges paid to Pitney Bowes Inc. Learn more

Have one to sell? Sell now

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or your money back.

Learn more

Seller information

handcraft3d (5313 ★)

99.7% positive feedback

Save seller

Contact seller

Visit store

See other items

Registered as a Business Seller

## Similar sponsored items

See all

Feedback on our suggestions



| | | | | |
|---|---|---|---|---|
| Rocket Spaceship Cookie Cutter Embosser Biscuit Icing Fondant Baking Clay Cake | Heartbeat Nurse Medic Biscuit Fondant Icing Cupcake Cake Cookie Clay Embosser | 3D Cat Cute Cookie Cutter Embosser Biscuit Icing Fondant Clay Baking Clay 9cm UK | Cross Communion Cookie Cutter & Embosser Stamp Biscuit Dough Icing Cake 9cm UK | Crown Shape Cookie Cutter & Embosser Biscuit Icing Fondant Baking Clay Birthday |
| New | New | New | New | New |
| $6.37 | $5.09 | $6.37 | $6.37 | $7.64 |
| ($6.37/Unit) | ($5.09/Unit) | ($6.37/Unit) | ($6.37/Unit) | ($7.64/Unit) |
| + $14.35 shipping | + $14.31 shipping | + $14.35 shipping | + $14.35 shipping | + $14.39 shipping |
| Seller with a 99.9% positive feedback | 22 sold | Seller with a 99.9% positive feedback | Seller with a 99.9% positive feedback | 44 sold |

## Sponsored items inspired by your views

See all

Feedback on our suggestions



| | | | | |
|---|---|---|---|---|
| SMILEY HAPPY FACE BIRTHDAY PARTY BAGS ~ RECYCLABLE LOOT TREAT FAVOUR GOODY BAG | Trippy Smiley Face Rug Carpet Home Decor Custom Anti-slip Rug Carpet | Craft Planet CPT 805246 Fun Smiley Stickers | 24pcs French False Nail DIY Yellow Smiley Crown Cute Pattern Nail Art Fake Nails | Classic Smiley Face Pinback Buttons - 2.25 Inch Round - 5 Pack |
| New | New (Other) | New | New | New |
| $1.26 | $63.77 | $4.20 | $7.64 | $16.91 |
| + $10.19 shipping | + $37.47 shipping | + $4.46 shipping | + $6.38 shipping | Free shipping |
| 89 sold | 11 watchers | Seller with a 99.8% positive feedback | Seller with a 99.7% positive feedback | Seller with a 99.4% positive feedback |

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.

eBay item number: 264271601627

Last updated on Aug 03, 2022 12:11:05 PDT View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Shape | Cookie cutter |
| Modified Item | No | Custom Bundle | n/a |
| Material | Plastic | Theme | Cookie cutter |
| Non-Domestic Product | No | Occasion | n/a |
| Size | See Description | MPN | n/a |
| Brand | Unbranded | Colour | n/a |
| Type | Cookie Cutter | | |

## Item description from the seller

High quality 3D printed Smiley cookie/pastry cutter

Size : 6x6x1cm

Colour of cutter may vary.
Made in the UK.

International orders welcome, please send me a message to enquire.

Can't find the cutter you want? We do custom designs to order, Give me a message and I will get back to you ASAP :)

### Business seller information

Handcraft3d
21 Dudley Road
Manchester, Swinton, Pendlebury
Lancashire
M27 6DG
United Kingdom

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.



## Handcraft3d

**99.7%** Positive Feedback

**23K** Items sold

Visit store

Contact

Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Seller feedback (5,313)

This item (1) All items (5,313)

k***d (423) • Past month

Great service

See all feedback

Back to home page Return to top

More to explore : Cookie & Biscuit Cookies, Oreo Cookie & Biscuit Cookies, Pastry Cutter/Blender Pastry Cutters, Cookie Cookie & Biscuit Cookies, Kitchen Craft Cookie Cutter, Kosher Cookie & Biscuit Cookies, Silver Pastry Cutter/Blender Pastry Cutters, Homemade Cookie & Biscuit Cookies, Pastry Cutters, Girl Scouts Cookie & Biscuit Cookies

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 07 Aug 2023 20:20:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ZF9UvLR8zfqyMGeo+9vqY+5qBYVnqh92u3wBpHoHoUKQ7QmtIRFCd2iRYlMljYpFpBqzdyUfmtuqtnyspVuVr8CAOBCLdwcXLjoUllFVznppCe9tqjSOyhIH2TCH9LlujKV+shfWcZ2VMBRq5bFnMoHzs5bSTwOynz/yS9zEHQHSt/eW1HOaJRDpPp2nYZnQbJjpu6LPk3x4gMiSXTPI5dSiR/
P62krQH146PK/YnuLfMV/BmxZ55w+ho6pIG9GfuTHs0Vw7/1RUBz6RuA0mIGIfGHrNePudtQlDsi0kG6P3fbA/vd/nDLa/VICPeWmCtkO+LYTX50UPw3pq36vEnw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Mon,-07-Aug-2023-20-20-54-GMT.mhtml

**Hash (SHA256)**

89a87212309d04a84251fcdc27b0a67d77dcd1dced77047eb4f765d40c8b82af

**Signature (PKCS#1v1.5)**

cT4edJ3n9z4VQy5G6U+tc0wIablKWKvRYzVK8jB1v97dr+XROY/RE0dUGkkV1U3UDYIohpp1UghfygA5/3h3ojZ4tj20kn8Cuetk7o5VxRa7pXVf0QjTgNr3XqHVhCDyuXqKgubwdqRdo3MrdXAzSn9T9A5dBCn0A9mlDtuDSJayceXu6m4du+hOmYDwbG/
WmMipKpN2DtEJqYv5xEOe3YANln3M36LEqG6yPOxz9ZUesKAGyGSJkLfpZ8xc2XqH1IRqcqTuYdWTCEUGAGtNhZhi5bJTFwQqjhSGCsY+nRf4R4uOBtsFYghNpvmWh6lYOTqsDk7kjD8irjZ2n37HTw==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

VISA

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Review item and shipping**

Seller: handcraft3d | Message to seller



Smiley Face Cookie Pastry Biscuit Cutter Icing Fondant Baking Clay Kitchen Nice

**GBP 4.99**

Quantity
1

**Delivery**
Est. delivery: Aug 25 – Aug 29
International Priority Shipping
**GBP 14.00**
Includes international tracking

**Import charges**
No additional import charges at delivery
**GBP 0.00**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 4.99 |
| Shipping | GBP 14.00 |
| Tax* | GBP 1.33 |
| **Order total** | **GBP 20.32** |

You agree to the Global Shipping Program terms.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: HAPPYHEIDI Fun Smiley Face Corduroy Travel Makeup Bag Cosmetics Storage Zipper Pouch,Purse Organizer, Fresh Green : Beauty & Personal Care

**URL**

https://www.amazon.com/dp/B0CBDJ2T8Y

**Collection Date**

Thu, 10 Aug 2023 09:15:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.244

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

I5CpMY02RxyWMZM1opoBoDjkT81W+VK3Ye+gX6U2SjxXoK6spL+7ieTx+Ikf4WAFzCOqhUSUOA3VTkPCYBVWz495bfYpMv9ZyojjAHMeUSN9ktMMnHTowyt9459+dEzvEbzofK3VvEklqL3FefdqgZcpC4Q7IE7aWnQX7uMPedY04IL+GeIpEfb36rBkOA
+ra3N6Rm42/7IlaMCBqTcazXambB0K0Aj5OvzJhSKavN1e5vu2xgEsrBAYzebBxmFMO+HlQwU+jVyXF6stbqwDGEwpgqjEOGb1HYNBqIDTJ5wRoK++KSfJdNADmCo47aOUoNK8vrSJB30ChzWHpvQtSw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0CBDJ2T8Y]]_Thu,-10-Aug-2023-09-15-16-GMT.mhtml

**Hash (SHA256)**

bb9d4180b30b0c584f371d1454dfe4716ff24ab9819c75ce5dd210645a05cf85

**Signature (PKCS#1v1.5)**

UUwOW1+UaZXfjkzZ16GM+/u2Qbm2X1tlFNzq0gKZ2XPNKxsoDUskanDv/f6it1X2xN+tcSB/iBUOVfr0nPhYRk+rNjXeUvgN4po+wJAVG3LCAvYapxcLkkd/iP/3BhFKlUZW/yi/AqfYqnN4Jtn/cX8tyKQak7bSVjF2F5HXqVteKPVG8ngHW22fLk
+heiJtNZOt3NH4ohSGrluDkro08GveZA5VLP5WFs7ivOliC4NnImiYuP61d5vc4lG9S1S8D+btYCYCccBGHfWrwqbeWLol4l6oxWc5Wvxekc1RITxMH6S5xr0WQq3Sd16NUc9vcIAY6Im553yXKQGa1Bl/LQ==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 10 Aug 2023 09:17:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.244

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

aeZF5RzzZ8Tof5MFIqIoB5ns4fPk3ZcsqpQEAQM43JPkHC+KP9r24HgzO28ArOGm068TsInj551woPoDSfLb+Z55y5tTAIXYW0NdkZXBpxRi4wp7oacsKdtOW4MunDm7QQj2A0g2JmMqeUxXWRgC8JYZAtx4H9saV+QLkM4q/EY/zBuOZJWwjxWfek6JmTjtX76kjXE+/
MWxKTYM1P7210OOIVxqNXjOLbtfNJj8snfDG0NtshilH5xDD9BSvM5IL2c4gmrpYZVbqWX1kQ32qTchvMJLuCcjzNBMwD55AoUteTMhlV0znIoR195wLQ6zfmvDgMRjdunYU1f0cSzhQQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-10-Aug-2023-09-17-50-GMT.mhtml

**Hash (SHA256)**

297a5fbd4a40c1fe1bab79150fe1fc355221d8f9b7d7978100ac2d6469ba39ff

**Signature (PKCS#1v1.5)**

dkYukqbfI5+gubk6wWMNhy6iuAp5R+u3rncvZ1zV+EmwSskAsnDEcP1kkRTRyNujAIfGuBDTeqRwdnWJFN76HiNU/5wtJ5aoyHiHVhOHGTnNjBL9AVx9Eb+SbNcUuFFzceUFNqHK87hzn1rky826tjqf3PD9c0zkHJqMxEG/
phc2qXmcCE3km0h8hesYUN7RUjB2cmuDF6wywgB7Dn41k1zogpG6Fq9HrPBzGlJ2f9GvrBtrmTxHSZwQaT3sQbbwBOaQk/m4t4Cil4Xl2FfDcmXVt3L3SFt3h3VAjnZrUuPxQD1W22CuKvcOcjCTD2YMCxwBEDjDJEJC9VET+kq7Tw==



AXENCIS
Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**
Smiley Emoji Logo Patch Iron On Sew On Embroidered Applique For Clothes | eBay

**URL**
https://www.ebay.com/itm/385542082037

**Collection Date**
Mon, 07 Aug 2023 20:10:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2a0d:5600:6:79::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
R35nCAwmUVkB6yks7uehwujKa6M2c0TKB5mZxLAKNarw8AK9oA/LUXdqmcViHvZLvvLUjRrtrGtMYjAbpwX3s/uJA/qRdbTA+bNzpdB1gV+W/HgGmgzfazkBhHivppbnpttTvyxyLnueNwntAdm5dkP4fDt2NRL+QhLiABCHH8P+DHe+VY3lTnNrc4dnOX1bpj0O+Op3srPQ0YU43gxUe/47STF/pumCble2HFUn6DICZBJF0VqmdlLbl6uTAwHqYe/oxx2dnfZxa2w/XMAO9ikTkDQxHkkjz0cXxLCKgLoA8mtFLJz6f2UcstUIgz2oUFOKj9xKIOF4MeD5OUaR3g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**
screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]385542082037]]_Mon,-07-Aug-2023-20-10-27-GMT.mhtml

**Hash (SHA256)**
10ebedb9d02740326f9b3449017dcef4367e1fc83c2c1964ad196ab519fa6d04

**Signature (PKCS#1v1.5)**
Yz4Dvk7TqodYrUUKCk0D0CNVnxO8wl64CJIjDRzTCDv4AmKY0kKJF2ZOZKt0zO4sXMYHO9KQyHgpbXvqS6SiIEjqHbX2wCbrk7Hx3x0fFYwb8j2EUrromntR3NRv3JR7nXpVOP8bFPDaJgRvKKrK0N7i6lpeHHexWWs511DW6l+s7uz16HPaeu2I2X9/3W1jb47OxLcIXEPg55W7mutQ5RaL3vewfn/QpxBri2zbr1pxOYOhqVeYzgqbJKRLsLcXhSl3ZAYSPZjbGNaM8JMVYpJjDLpHZGgBGYVuALjZIj9pML/JzRdqSRQPzK8C7yxZ5ijdM9q3rsQ23CyXaLTW0Q==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Share | Add to Watchlist




Hover to zoom

Have one to sell? Sell now

## Smiley Emoji Logo Patch Iron On Sew On Embroidered Applique For Clothes

Condition: New
Quantity: 1 More than 10 available / 1 sold

Price: GBP 2.49
Approximately US $3.18

Buy It Now
Add to cart

Best Offer:
Make offer
Add to watchlist

Breathe easy. Returns accepted.

Shipping: GBP 3.99 (approx US $5.09) Standard Shipping. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Redhill, United Kingdom

Delivery: Estimated between Thu, Aug 10 and Thu, Aug 17 to 33132
Seller ships within 1 day after receiving cleared payment.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA Mastercard AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

Seller information
hazluq-0 (33)
100% positive feedback
Save seller
Contact seller
Visit store
See other items
Registered as a Business Seller

## Similar sponsored items

See all | Feedback on our suggestions



| | | | | |
|---|---|---|---|---|
| Smile Emoji Patch to Iron/ Sew on, Embroidered Cloth Patches, Badge | Smile Emoji Logo Iron On Patch Sew On Embroidered Patch Badge | Smiley Emoji Patch Iron on Sew on Embroidered Patch Appliques For Clothes | Smile Face Emoji Iron On Patch/Badge/Applique/Transfer Acid Rave Cute Customise | Heart Eyes Emoji Smiley face emoji Brand New Iron on Sew on embroided patch |
| New | New | | New | New |
| $2.79 | $2.79 | $3.18 | $4.46 | $3.56 |
| + $3.81 shipping | + $3.81 shipping | + $2.54 shipping | + $2.55 shipping | + $14.26 shipping |
| 43 sold | 114 sold | Seller with a 99.5% positive feedback | 49 sold | 66 sold |

## Sponsored items inspired by your views

See all | Feedback on our suggestions



| | | | | |
|---|---|---|---|---|
| SMILEY HAPPY FACE BIRTHDAY PARTY BAGS ~ RECYCLABLE LOOT TREAT FAVOUR GOODY BAG | Trippy Smiley Face Rug Carpet Home Decor Custom Anti-slip Rug Carpet | Craft Planet CPT 805246 Fun Smiley Stickers | 24pcs French False Nail DIY Yellow Smiley Crown Cute Pattern Nail Art Fake Nails | Classic Smiley Face Pinback Buttons - 2.25 Inch Round - 5 Pack |
| New | New (Other) | New | New | New |
| $1.26 | $63.77 | $4.20 | $7.64 | $16.91 |
| + $10.19 shipping | + $37.47 shipping | + $4.46 shipping | + $6.38 shipping | Free shipping |
| 89 sold | 11 watchers | Seller with a 99.8% positive feedback | Seller with a 99.7% positive feedback | Seller with a 99.4% positive feedback |

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on May 18, 2023 00:30:49 PDT View all revisions

eBay item number: 385542082037

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Type | Patches |
| Decade | 2000 to Present | Theme | Music |
| Material | Cloth | Sub-Theme | UK & GB |

### Item description from the seller

## Brand New Iron On Sew On Embroidery Badge/Patch for Fancy Dress Costume Jacket

1 WORKING DAYS DISPATCH ,SECOND CLASS FREE DELIVERY
HIGH QUALITY PRODUCT
FULL MONEY BACK WARRANTY 30 DAY RETURN POLICY

- INTERNATIONAL DELIVERY TIME IS BETWEEN 7 TO 21 DAYS

A fine quality of Embroidered patch.
Get great value for money with our brand new and high quality Patch.
Its easy to apply method makes it perfect for stains, breakage and mending clothes.
Can be used on jackets, t-shirts, coats, bags, Hats, wallets etc..

**Free Quote**

Free offer your quotation if you need custom embroidered patches!
Order done before 11am will be dispatch same day.

How to Iron on a Patch

1.Lay your cloth on a flat, heat-resistant surface like an ironing board. To ensure the item will provide a good surface for the patch, iron it first. If it's a backpack or another item that's difficult to iron, do your best to arrange it so that the part of the fabric that will be receiving the patch is flat against a hard surface.

2.Place the patch in the position you chose. The adhesive side should be flat against the base fabric. Make sure that the patch isn't crooked. On embroidered patches, the adhesive side is the underside.

3.Heat up an iron. Turn it to the hottest setting your fabric can tolerate. Make sure the "steam" option is turned off, and that your iron isn't full of water.

4. Place a thin towel over the patch. Take care not to disturb the position of the patch. The towel will protect the patch itself and the surrounding fabric.

5. Position the heated iron over the patch and press down. Hold the iron there for about 15 seconds. Apply as much pressure as you can by pressing down firmly.

6. Remove the iron and allow the patch to to cool. Lift the towel and check to see whether

the patch is fixed on securely by gently rubbing at the edge with a finger, trying to lift it. If it lifts up a bit, replace the towel and press it with the iron again for 10 seconds.

7. You can also sew the patch if don't want to iron.

**Shipping**

We will use your Payment address for delivery. Please make sure the address is correct otherwise contact us as soon as possible.

- We ship in 24 Hours after payment is made, usually sooner.

- Our products have been checked and packaged in good condition. In the event that you would like to return your purchase, we allow returns that are processed within the defined return date (the return date is to be found in the return policy/shipping and handling section) Please contact us for a return authorization and the return shipping address.

- We advise you to use a reputable carrier service when returning your goods. Please pack all returns appropriately.

- Buyers have to pay for the return cost

- Shipping fee is non-refundable

**FEEDBACK**

Please contact us before leaving a negative Feedback thanks

### Business seller information

Umar Ijaz
5 Gatefield Mews
Redhill
Surrey
RH1 1TG
United Kingdom

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Universal Patch IT

100% Positive Feedback
244 Items sold

Visit store
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 4.9 |
| Communication | 5.0 |

### Seller feedback (36)

r***i (376) · Past month
Good
ARCTIC MONKEYS Circle Logo Embroidered Sew/Iron On Patch Patches (#385434587878)

r***i (376) · Past month
Good
[illegible]

r***i (376) · Past month
Good
[illegible]

See all feedback

Back to home page | Return to top

More to explore: Iron On Patch, Simple Patch Clothing Collectible Police Patches, Clothing Collectible Police Patches, Simple Patch Clothing Collectible Texas Police Patches, Simple Patch Clothing Collectible Pennsylvania Police Patches, Clothing Collectible California Police Patches, Clothing Collectible Massachusetts Police Patches, Clothing Collectible Connecticut Police Patches, Clothing Collectible Oregon Police Patches, Tactical Patch

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 07 Aug 2023 20:11:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

d8Zrm/s3YfCsggiI66OJXUbe76g82Wrq6ah4SyYwdLGjBOr57fKiaVMxcsr2OTNanRfloc0p3LW56RBrLPKPvnIQMsjJph2VPiE+89BoJ8/ZsqBT1S6lcsEDJ/3La2vTbVtQeCIzr7opQcHDQ+ruGp6i81gweCwjmXL1jITsMtjenRGR9oj2eMSp4i/J5flgZlP3lJx26nlynhm6jtuh/
gJ4e1ISJ9KflKKrLmK2MJhiG2DMkp6bYWYPl7k8SPt8EjVt4NIWR2fi1Exz6NFZu4xvysqTzU0iu/HZOWL2dl1x/J10+jRxP4An7bqlsAmyCbSRmoZ+A+1LmVu3THScnw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Mon,-07-Aug-2023-20-11-25-GMT.mhtml

**Hash (SHA256)**

541a60bf8e8ce7054ff34f6f4878554956de0e19413d5a5825ae91a7e6fb0238

**Signature (PKCS#1v1.5)**

gRmhT+dr+jdde4UhmiiRb/jF69AxmGbiSP8b/xGld0TqPSaZob6Lh/ogKf/T5T/8pTQvlCOsZ0LYPUG1J3QH1hOk4vZJpORu04vN+Tv/3xd2lrc7ZAWrjnb7cyXKj8wEDZOYkpsMb5D74/dq8V7mGUzQM1fIbsfM1Ttu1mOxUNWdY6pRhAnbzJJVNaZC+do6tvq+4iTda8/lDJZ7N7f52/kam1b/
r58PEtUTyOBN0xsLjXYcO+/K+o9qYkXtjfCjfSC9cN5y7Nr1ILdAwJtxCYsfKEDC6BzSueA6HN0xZelyNhpDXcAp6ohTtSoxKGv2nnaSmQtLmAbSrbtNSnS4BQ==



AXENCIS
Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**
Smiley Smiling Face Smiling Face Silver Keychain Metal Pendant | eBay

**URL**
https://www.ebay.com/itm/284488226027

**Collection Date**
Wed, 09 Aug 2023 17:06:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4450:491d:2d00:69bf:7906:a752:afb0

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
LVjYk3XVeQ6Bar93WNevTJQznftkgTA3wk55vjAzQJ7FFHbClPfwQmiwYutJnfKdA297ctUdv9IjV6a8d1DVOFKPSVF0wiY9ZraNTYxCLKsgHbOPvNOPMUqFrLRDi/7yuDqVX5NTFlFj9Y/2sjHAe/DtLzB72Bm7BgzEW9bp6F+gEO/
Yi4QBVnaoiioo00LQCLVhI3Rlw1BG8OrRyVvkspTjOBB8LkV2FZJus5ryOcqYI+f8JgxhDoAOScL0imMZ/nk8flesE9AZeF7vI3FJD17/6VH9D2th18SaGtEhMTVpuRXtXWkPTk1EjZFYrLMPp7nJvWUl7dcrzpWXeG9HEQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**
screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]284488226027]]_Wed,-09-Aug-2023-17-06-41-GMT.mhtml

**Hash (SHA256)**
4d17a5b9405e864cf74b54be74497a4e0c3d1ececff9b079633c8b3f8cda89d2

**Signature (PKCS#1v1.5)**
FD+4/t522As9ex5Ep9DEDKEtvtFbzEw/NnHwtGj1PhzApqIOXMgCKTeKY6LA3KTqFY2eu8q4AWgTrkybSAYGv
+0eXVeCgpVeClmJkzFytsNOLZjkEnPXcRolD9Dmx062TgBqWIAkyCl3gNsEPGqROIMyAKArrh6XSQ4sHTbvsNjhy0BkJyctAAyDlKbU2wUFbfc5ToTNLlyzWWBOhL7slyQhsGHL5Logu9sfmLoQOOl6qP7HgrrWNOlvUAMafWnQNUETS9cyLB67naYuOJ2qS33qqoBRWIBZiBFrzBCeMxlIaIvGGxYO
+0BBdqg/c8xb/g3pRR0kH9cYS+nADhV19A==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay
ebay Shop by category Search for anything All Categories Search Advanced
Back to home page | Listed in category: Clothing, Shoes & Accessories > Men > Men's Accessories > Key Chains, Rings & Cases
Share | Add to Watchlist

Learn how to earn a $50 statement credit
With a new eBay Mastercard®. Ends 8/16. See details



**Smiley Smiling Face Smiling Face Silver Keychain Metal Pendant -**
show original title

Condition: New with tags
Quantity: 1 More than 10 available

Price: **EUR 3.97**
Approximately US $4.35

Buy It Now
Add to cart
Add to watchlist

**Breathe easy.** Returns accepted.

Shipping: **EUR 6.90** (approx US $7.55) Autres livraisons internationales (voir description). See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Hamdorf, Germany

Delivery: Estimated between **Tue, Aug 15** and **Thu, Aug 24** to 33132
Seller ships within 1 day after receiving cleared payment.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA Mastercard AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Have one to sell? Sell now

Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
h-customs17 (11174 ★)
99.5% positive feedback
Save seller
Contact seller
Visit store
See other items
Registered as a Business Seller

Break through @Barry University
barry.edu
Request More Information
Barry University Visit Site >

## Similar sponsored items

See all | Feedback on our suggestions



| Item | Condition | Price | Shipping | Seller |
|---|---|---|---|---|
| Porte-Clés Chien Souriant Face Métal Pendentif Charm | New | $5.83 | + shipping | Seller with a 99.8% positive feedback |
| Smiley Visage Souriant Face Souriant Argent Porte-Clés Pendentif en Métal | New | $4.30 | + $7.55 shipping | Seller with a 99.4% positive feedback |
| Chat Assis Souriant Porte-Clés Pendentif Argent en Métal | New | $4.40 | + $7.55 shipping | Seller with a 99.5% positive feedback |
| Emojione rubix Cube poop Emoji Keychain Smiley Face Game Gift Games Rubic | New | $8.99 | Free shipping | Seller with a 100% positive feedback |
| Face Souriant Porte-Clés Pendentif Argent en Métal | New | $4.40 | + $7.55 shipping | Seller with a 99.4% positive feedback |

## Sponsored items inspired by your views

See all | Feedback on our suggestions



| Item | Condition | Price | Shipping / Notes | Seller |
|---|---|---|---|---|
| 3.6ct Pave Diamond Smiley Emoji Sun Shape Charm Pendant-925 Sterling Vermeil 14m | New | $17.59 | $19.54 10% off; Free shipping | Seller with a 99.7% positive feedback |
| Creolen Ohrringe 15 mm Zirkonia Gold 24K Gold vergoldet gelbgold Smiley O5620DS | New | $38.31 | + $6.79 shipping; 5 watchers | |
| Smiley Emoticons Toppa Ferro Distintivo Da Cucire Ricamato Applicazione Per | New | $2.98 | + $2.54 shipping | Seller with a 99.7% positive feedback |
| Keyring Smiley Kisses Couple Amour Heart I Love You E6 8362 | New | $13.92 | Free shipping | Seller with a 99.8% positive feedback |
| INC Xstamper Pre-Inked Specialty Smiley Face Stamp (XST11420) , Purple | New | $14.50 | Free shipping | Seller with a 100% positive feedback |

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Mar 24, 2023 01:15:07 PDT View all revisions

eBay item number: **284488226027**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Marque | H-Customs |
| Couleur | argent | Matière | Métal |
| Particularités | Porte-clés | Département | Unisexe |
| Type | Porte-clés | | |

## Item description from the seller

H-Customs

Schlüsselanhänger, Fahrzeugzubehör und mehr

**PORTE-CLÉS**

- design unique!
- Expédié d'Allemagne
- Matière : métal
- Prêt à être expédié en 1-2 jours ouvrables
- De plus grandes quantités sur demande !



Si vous avez des questions, n'hésitez pas à nous contacter, nous vous répondrons dans les plus brefs délais !

Wir führen Schlüsselanhänger, KFZ Zubehör, Schaltknüppel, LEDS. Schaut euch gerne um

Powered by ~eBay Template Creator

## Business seller information

Patrick Jensen e.K.
Patrick Jensen
Bauhof 3
24803 Hamdorf
Germany
Phone: 04331664117
Email: hamdorfcustoms@email.com

Informationen zur Online-Streitbeilegung Die EU-Kommission wird Anfang 2016 eine Internetplattform zur Online-Beilegung von Streitigkeiten bereitstellen. Die OS-Plattform soll als Anlaufstelle zur außergerichtlichen Beilegung von Streitigkeiten betreffend vertragliche Verpflichtungen, die aus Online-Kaufverträgen erwachsen, dienen. Die Plattform wird über folgenden Link erreichbar sein: http://ec.europa.eu/consumers/odr

**Value Added Tax Number:** DE 815740938
**Trade Registration Number:** HRA 10447 KI
I provide invoices with VAT separately displayed.

**Terms and conditions of the sale**

Allgemeine Geschäftsbedingungen
1. Geltungsbereich
Für alle Bestellungen über unseren eBay-Shop gelten die nachfolgenden AGB.
2. Vertragspartner, Vertragsschluss, Korrekturmöglichkeiten
Der Kaufvertrag kommt zustande mit Patrick Jensen e.K.
Auktionsformat
[illegible]

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

H-Customs

**h-customs**
99.5% Positive Feedback
44K Items sold

Visit store
Contact
Save seller

**Detailed seller ratings**
Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 4.8 |
| Shipping speed | 4.9 |
| Communication | 4.9 |

**Popular categories from this store** See all

Schlüsselanhänger · Schaltknüppel · Taschenanhänger · Led's Fahrzeugbeleuchtung · Emblemen · Flaschenöffner · Karabiner · Kompass · Echt Carbon Parts

**Seller feedback** (11,998)

a***h (752) · Past month
Ware wie beschrieben - alles bestens ! DANKE
[illegible]

s***8 (178) · Past month
Modell in gutem Zustand...
[illegible]

s***v (535) · Past month
Gern wieder
[illegible]

See all feedback

Back to home page | Return to top
More to explore: [illegible]

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 17:08:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:491d:2d00:69bf:7906:a752:afb0

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

V129GANhVMmGIRrIE0X95bnie15B0UBNoH7pJ2RBEvfDyoEkTHe/rLQo5rTZ1IgacAYZOkbzUh1yiohuGmWLFxHaQML/MUVv0GCEuJE+I6SKAYXVYkSDDlYzwvoaHcEPpz7a36CuLNKV7b1WYWpJF+0nC52xnXbdOCPlboXgsWuFIyvVwnTedM7PWRzP+hTqeHPvMX
+obxuOxEBXZdPB6TMuHEQCS7usLx/I6lebwfrClSlSwA5BTfojh0eIoDHCWt7fMnEHTmlo3cVc/8NXqoM9xhW5OYUUrHDjTCudz+zRoaOsHEgX2h+GVKtAsXuh771Y8NooCR+mflbXf0lqNQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-17-08-20-GMT.mhtml

**Hash (SHA256)**

f45c548b2a5790aa33f6ad60460f01b5d5b2529b97d007196eafa53b10452887

**Signature (PKCS#1v1.5)**

KSbSuEnF9L7kYEpZswIHko5a0lrM7zEOIwwZn3WLtzjwJSDK1mIsK1DQAv5DqDGnwR8fgI0RoMBCDpxoxz0YujwPag0IIHcQoKNjJx6RJ9UN2DAU8bTLP7AoWvnoBVUbXUviDOGA/3prXVnSbpKfompz+DckQR5HNt60TT3ZOMemLbXeUdyBHecWdIwKxiLJEILM5jqxwEqaLjz1xH+k3wuEu/
J5Oyi6mIbMRG8y3NgJqhWUnRhgjDVJhEIVjSGIiSWeQrdywcozggs6rmCkl36z3GHawCIAULejVUaDGiLppS6Lu/btQaUFMAl16InjmehhzqDaB6kr5alSx4Xytg==



AXENCIS
Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

smiley tshirt | Wish

**URL**

https://www.wish.com/c/648c70475ffd57dd252746a0

**Collection Date**

Thu, 10 Aug 2023 08:58:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49cd:5f00:e581:f668:cc3b:d15f

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

IWT02CfJ+G8lav8SB1Qkypr/RfBG/zzH5SeA2wQD14elY2AjITqvLW85ZQzXf/58C1tlhezWwqyD83T1xMIcHFh7zkqSREeZINsmCQcjeNvi6iJ69mshOuTE+xtuZYI8UJQT8JyCpjwHJHgDnFFVY5XuszCYFa+cu8t8bGCuR7Uzh/y04pwJgtrfRU/hutaLrlunQoVt/Vyk4UQh/1/iQS/
kJRQyFUmLAUMN9T3lgQGjR+iIoPfFqrOv0EtLmTm5PfKsSdDKyeD8piyLaA3ZwUFh65wnqDA3MFqhy3f+yxPC7DRyWjeuLPEac6uPV5hXwzB8tD9mo9SaL4zVJqG08g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]c[fs]648c70475ffd57dd252746a0]]_Thu,-10-Aug-2023-08-58-25-GMT.mhtml

**Hash (SHA256)**

d36fa014831d6516709b3be13092d90a2aa3f4b00c3865e15fd5df54ca3f5f2a

**Signature (PKCS#1v1.5)**

ep6VLBTc4epADGRKVxNTwX+5CoLKaSWOJly2+E+PzJ2Q12C2GsPJrro4W/5AHXpwmrjJ+lkDCyLNE/CrjqNsq11UEE5ginHiozz9ktopuT5zxUuFS0NxUNYcFVbnmY1yhs3343vykuz0IwDiKAFqI0STQP88bMH/zkR0lbFT/tBWPZXdByzj5IliAHjfgZgVK0JWq7WJl4Zo1DPNYx
+WWmvn6h3I6QbRQOYtkEr3XpDdosZXlEPg4MyRnUUlkoIzWFjfgelCQ36cIu4OxgheCdQmicVDRbQ7o21/CYPM8SWeoABh8ZvCD+wJ3ioH1RcPA89xq8PDv8Kgod6Zk8Spng==

wish

What do you want to find? Search

Popular | Express | Blitz Buy | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | More

Fashion › Women › Tops and Tees › Cuts › Short Sleeves

Overview | Related





smiley tshirt

★★★★½ 11 merchant ratings

**$14.99**

**Size:**

L

03:27 Instant offer: Add to cart right now to unlock a lower price!

**Add to cart**

Add to Wishlist

**Shipping**

**Standard shipping** $8.99

Aug 15–Sep 1

Items are sold and shipped by heatherina

Contact, Policies & More

**Description** Show Less

*** Product Description:
- Thanks a lot for your business.
- Our branded shirts are designed and printed in USA using screen printing technology, available in multiple sizes and colors
- Please check out our other shirts available to buy together and save on shipping. Perfect For Gifts, Or To Purchase For Yourself.

*** Product details:
- 100% Cotton
- Imported
- Pull On closure
- HIGH QUALITY: Mens Shirts are made of 100% high-quality cotton.Graphic print mens & womens t shirt.Soft, breathable, comfortable, skin-friendly, sweat-wicking.
- URBAN FASHION: These shirt can be easily matched with all kinds of clothing, with leggings, skinny jeans, sports pants, overalls, sports shoes, etc., suitable for both men and women. Easy for a modern and effortless fashion.Give it as a gift to yourself or your family or friends. Share this joy.
- DURABLE DESIGN: Mens short sleeved t-shirt fine workmanship, fashion print technology makes the pattern durable. Does not fade after repeated washing. No cracking, no peeling, no deformation. Makes you ultimate comfort all day long.
- APPLICABLE OCCASIONS: These stylish crewneck t shirt are suitable for daily life, sports, street, exercise, outdoor, leisure, etc. Whether you are music fans, hip hop fans, or rap fans,urban street inspired style T-Shirt instantly takes your style from bland to bold. Easy for a modern and effortless fashion. Great for casual daily wear!
- PERFECT GIFT: These shirt is perfect present for any occasion Christmas, Fathers' Day, Veterans Day, Independence Day, President Day, Flag Day, Memorial Day, Labor Day, Easter, Halloween, Valentine's Day, Saint Patrick's Day, New Year, Mothers' Day, Halloween.
- PERFECT AFTER-SALES: 100% satisfied shopping experience. If you have any questions, please consult our staff for the first time, we will reply to you within 24 hours.

As a result of the production batch, the light intensity photography effect will have the color difference. Please be understanding.
Time of production: 2-4 business days
Shipping time: 2-7 business days
This is an estimated time, actual time may be faster and slower by a few days, we will try to ship to you as soon as possible.
This is the expected production and delivery time, the time you receive the goods will definitely be faster than the above time if the condition is normal. We will try to ship it to you as soon as possible
Thank you for your purchase from us!

**Reference Price by Seller** Show More

**Sold By** Merchant info

heatherina
4.6 ★★★★½ (11)

Contact merchant

**30 Day Return & Refund**

**Shop with Confidence!** Learn More

We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

**Report this listing for inaccurate information** Report

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Thu, 10 Aug 2023 08:59:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49cd:5f00:e581:f668:cc3b:d15f

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QI1MfK3G00ZanvJn8kdDOoeKZldGGoquQaVKik7FsGRN9SAqBRh5lpkUeBKnavoBlBCvZ+A5RhHxGrzZ4uga6WkPgsMRHyMyG2fHcqvEoi8eJthXtub84E8PmiUo6p06EL82HPC7+TkD6tUUZsY2kmMtNStoJah503gK9s6JflWRbG0HSJ8U6FbbNSf5XDK
+DlwnSLlVqAYtjHXrBm1eWIVd9d3GMc4oG3O3Ai5KeX1LA8xRr83zIKJyNR+LQAD/NZlR8MBVIEFsHqPgJ6v7DgFQ30wvgea+zPF5I4Hld5RdV/VfAwvQQVpPA1UeuKy+DvAcdrCpenfN7xQrPK4t6Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Thu,-10-Aug-2023-08-59-26-GMT.mhtml

**Hash (SHA256)**

673473e9e440eccc8b0e61435d0457d4c40e10adf3e9e2212e251928ca5f2e90

**Signature (PKCS#1v1.5)**

dlAbJsW8Hki8MW5Sgop83DQmFVhfOYQ1h/MfoOw/I+ocWqiYaeNm4nqCtam307/Ara/fQ6QvmuW+r1d3ONcCWJ5bTi9+8WszqvZHo5xkrKLO/gBsRVGpWVJaHFgIuKiGbksymsWCBN5hW9BPPuaKUZG20D5d3t94DWImlmZVhu1yOtCb18UFY0OF8yFLiMwS/
K/9rvdFpgXAKYosYBXspwlNN4TnSUCLp4gW47Vl3W4VrfghSiOCxMG33ZNmNUNIDLy/uiu5AwrC2FG8afd6MFBHL3s42MSHDL/Qe2ZKm4qEelKiRzQCB3VJwyZUAoSz8aid+MYvak6hI7g/PBRxtQ==

wish

Popular | Express | Blitz Buy | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | More

**Shipping**

[redacted]

307 NE 1st St # 6, Miami, Florida, United States, 33132

Change

**Payment**

G Pay

PayPal

**Items in cart**



**smiley tshirt**

Size L

~~$14.99~~ $14.28

1

Remove

54:56

**Price expires soon!** Check out before the timer expires to lock in this price.

**Standard shipping: $8.99**

Estimated delivery: Aug 15–Sep 1

Contact, Policies & More

**Order summary**

Enter Promo Code | Apply

View available coupons →

| | |
|---|---|
| Item Total | $14.28 |
| Shipping | $8.99 |
| Standard (1 item): $8.99 | |
| Tax | $1.63 |
| Order Total | $24.90 |

Checkout

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee**

We've got your back. Get a full refund if any of your items don't arrive. Learn More

30 Day Free Return and Refund

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: 13Pcs Smiley Face Iron On Patches for Clothing Glitter Sew On/Iron On Patch Applique Multi Color Smiley Face Iron On Embroidered Patch for Clothes Bags Hats T-Shirts Jeans Jackets DIY Accessory(Smile) : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/dp/B0CBMMCKQ8

**Collection Date**

Tue, 15 Aug 2023 06:50:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

H1uiHIbDJjcTtfpS6USG5oN0SCVYKNXHIfI/MCz0QTAJKh/gg480oKStZ91ulz/+I+rmXw8S4c41cc0hz0/kHNcCdJyGoKkS//JB8XQiw0Vn0gnGZPd6nwLrGebUU3CsDEeTxVINOFENAdxUF/nkP/zsjnX4B/9suXIMkZoyMEBbpI4rb6M
+pu9TLMzMUoHTUygno6sXlhJYCNtUauiipyHoU6Ng90DHJO0raZPphakfjCfH776B6XwzHJSdfXtw+uiI2HjFVMH6LZ4DyFfvjpHcylV4weDlLIDuj40V+rVB1HTvtNmDitmS8FKCMGBFn7JUnfx4d4wkkpTMRt02Cg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0CBMMCKQ8]]_Tue,-15-Aug-2023-06-50-52-GMT.mhtml

**Hash (SHA256)**

80191e0c59894d7bd9ca7a96eb4c994eea041808c5f8e50b44049234ee53fbbe

**Signature (PKCS#1v1.5)**

zcgpzSP1ClO4W4NWiJQN0ME22MVIeS67j+dXhs2STKUZhVdzx4Sgr0FU3jmCwkqyPzeXn1NvsWpHs2VKVGtbgky2i/+BD2p9B730U5LVHjg1C3h47DXNe89tEmQQJjWJfbHu1m0kLrZnDr7i21OTMQO5Lihs9vmCf7tBn2Z0X+7VKCrYq2OzLNnWoT67ZAiLL0uWZiQi+N7SJ/
ZuSM2bmTirRNoLmX1jxqXl+USyVmH++beLJVRYeChO+6jmwyt7ViYZyY7cHKRmQGWlT6iJQhB6YyIl6fm7rj9wgDlPBDmmQHoXg6RO5FkB/PvZIZ9JuH0lTmNz+f3ywWDH/12f9g==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 15 Aug 2023 06:53:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

u8UUcd50As3P/BNgYR+erAltNQ/Svs5oVQoHwhff7LEiwIH5xp1oo7xAFnpel/bA7WDFo6EN3aU4+jmu1e+y2HMXeMO2S89dgAdmm/UyrJZRQIklEAaBCBLTzSHtxhU4HY1F+xu6cCX90h3rqkqmm3bZYWziCvrFxY+8m6xmFHxQU4D2Ybjba4hRnrwF/hpClBqWarzbOxqXkaGO/
+Nrdg0Pp4bM1Z426jpwM1VktWIHhO8pIBSc2rhjdY+UKCy2DvvKn7x8oOTm4SQNytgnMVxAJiQ5svQmD8+G6VImxxqtTRAtUqR3tjZh0k7mjv1AI9C63hW3OYtHOVZaab3WGw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-15-Aug-2023-06-53-25-GMT.mhtml

**Hash (SHA256)**

0e0ced146f770eb92bfc254b80ca3a203aab9bba8a9e2b699d53e16782ac557a

**Signature (PKCS#1v1.5)**

P4Ui+DguJbLOM+8GoP0V3pvvzVFMMY1bWtDFQ7zNcVc6WH8GnSQ5weCHoGYbnnfOd/L8CEFMvKD+O9ykU699zW/3St+vpSbvWNuoqbM7mFPP6sU412ZJ5ekgZEMZoGHpAQss77lLw/wYuIHhNzrhSfPrB/uLb3FeqBbSFyqOcyt/xjer0R+ocbxI/AX6yENaNU84R1EFv/c/
RHbOebY8G2IimqYzTIdogsi/BEEqEORrSsKFHFFhfwTGkpT0tq3FYSW1oDtQ2FVVIjU43OA/PcJCvFuwEJ3DI0zDwHnwh+El71VAVuMLcvLGbR5mErQ1SPKQ6XIxy4iF4/BsdGrABA==



amazon

Checkout (1 item)

1 Shipping address

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

2 Payment method

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code Apply

3 Offers

Change

4 Review items and shipping

FREE TRIAL

[redacted] we're giving you Prime FREE for 30 days!

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime

No hassle. No commitments. Cancel anytime.

Delivery: Aug. 17, 2023 If you order in the next 15 hours and 36 minutes (Details)

Items shipped from Amazon.com

13Pcs Smiley Face Iron On Patches for Clothing Glitter Sew On/Iron On Patch Applique Multi Color Smiley Face Iron On Embroidered Patch for Clothes Bags Hats T-Shirts Jeans Jackets DIY Accessory(Smile)

$9.99

Qty: 1

Sold by: HIFANMM BEAUTY

Amazon Prime eligible Join now

Add gift options

Choose a delivery option:

Thursday, Aug. 17
FREE Prime Delivery with your free trial of Prime
Fast, FREE Delivery prime

Thursday, Aug. 17
$5.99 - Standard Shipping

Place your order

Order total: $16.68

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Order Summary

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.68** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: SOFOC Round Cute 925 Sterling Silver Yellow Gold Over Zircone Smiley Happy Face Pendant Necklace for Women's Girls Yellow Gold Necklace... : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B0BRCVGW57

**Collection Date**

Tue, 08 Aug 2023 05:15:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

TV4ECv1QrmxbpKtE23O+DYKV++EUFikN8l3Dsxfre5u75ZDe2F3W0lf1fJuJXaN9//0rvL5raHlRYE3edktQhEnHim9qoUDnYML1Rd9g2mCw7scXU/4esAlFzzCycZI8R/ZNarjWH2xfro7sBdCHoIzhbWd8aN0tnS7LJ7yNdlMtVOfm8+EPLK7qxBBN9dzweXfVe6pkcjHGc
+Q3hAQaarKBM543jcsL6VoriwfAr8f+LwRLTvj0ewO/FUfPld+v9pP7YeSAEVrrJ5z3FyLfijcRB4YQCYiVNx6BITNWxl1ehJ8gTg3Ah3vqGFHLu0Ziu51kN8o53hLRSfWNG5SN0Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BRCVGW57]]_Tue,-08-Aug-2023-05-15-37-GMT.mhtml

**Hash (SHA256)**

a245b3b4be5b048f854ffac93b72bf417374baa1a60ef54c3cb3a3453cc8602a

**Signature (PKCS#1v1.5)**

P6F1WfByY1L/bbFuDLGFb/re7H6dFJutmQ1Cp3v53BcKzoJ3uu83CkC91i/q2ZaD5dubjaA9ykVYFsu+xUBwuqRORzCjaTVK6Sc0cbA4/LlSwCNJt+3QPRxzmuNXbsdybd6i/BkYc0zpPuAOCsvcTGj6QNLEQ59Bs2weOZCvVu3kKk3/
i44vbd6C9hIjr52SOMRYkFAwHhU9Qq3d8L9wPoXZYLSEGiTw514DjfNLzAPqY9osg5Nb9PNAdShu342lhqzioip4EWk2qvm6GCweUHKKg+zHxroKQwUWTsFznc5VWp2R7Mps+bN89/UQ2OxCFXfvFmBRoH3WF+wZxJgU1w==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 08 Aug 2023 05:17:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Xk1JXuxtlG0xNGHKyj1JQwxBDQ9Y4CxUH+VbcwFF+KtY0E2Sld+ZJhNhG1H86ArHLBEm4ZmvIQzcpt0QAVAqxl4a63mmTS8y4NfaSJjqN91v9k+4s/cbSh5kYFkPl6R5XdD0FtzDDOoQ/MSbhBbNti9Te5S
+Gfb1w94n/9iPls3S6HwpOyM59EUx6j256bysFsrSTXh8OdR498OAlNehqmP49pE0zTl2vjD0ZfFh8kp9H3z7AXeCVgQvQRc6Z+d2Nc7gaghEDcKKSHMjY+Daalo+B9OF9bCZfB6HFOz67gy+GxcZhl8sm9TZA+xflqr1DnG9nNjNGEnY94h3XNxEww==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-08-Aug-2023-05-17-10-GMT.mhtml

**Hash (SHA256)**

75ade7b37f60ebd9931b78094571ca34f03cc93daf4717cae3f08b7d3b84bb35

**Signature (PKCS#1v1.5)**

jw1QX493d1YWHyKJbxn1k00NMcZ9beW7pV4CbMEXfWeUvL9hAxEBTwWtcvQGd/Bj4keXIPnnUhtevqRCxGuGEz00xRmKXUAbenVqh/Llr
+FOa4slgFyXMGBVtaAkN1DMyeJ9uZCEkWJiUFo2RCZZBfVCHijtX8VH/5+NISoq4KidTmyAuODxYK4EWloXYphYb36X3gv2+uo1b0rnUCrfpVFGOmN0BZtqi/BO7vygkForuw24Df1vwm7HevBJHy4joSMPqGK6TQbcEJX7dVAPbRZh7Oqp8DBHVGC5I/5UO/bQcEOqxaw4Y38vJ0Chi
+BAoX40E5f57Hs4vYlWR/qrqQ==



amazon

Checkout (1 item)

1 Shipping address

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

2 Payment method

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

3 Offers

4 Review items and shipping

FREE TRIAL

[redacted] we're giving you Prime FREE for 30 days!

Get your Prime eligible items for $6.99 FREE.

Get FREE Prime Delivery with Prime

No hassle. No commitments. Cancel anytime.

Delivery: Aug. 11, 2023 If you order in the next 1 hour and 12 minutes (Details)

Items shipped from Amazon.com

SOFOC Round Cute 925 Sterling Silver Yellow Gold Over Zircone Smiley Happy Face Pendant Necklace for Women's Girls Yellow Gold Necklace...

$19.66 & FREE Returns

Qty: 1

Sold by: Hikuality

Amazon Prime eligible Join now

Add gift options

Choose a delivery option:

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

Friday, Aug. 11

$6.99 - Shipping

Place your order

Order total: $28.03

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Get FREE Prime Delivery and save $6.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $19.66 |
| Shipping & handling: | $6.99 |
| Total before tax: | $26.65 |
| Estimated tax to be collected: | $1.38 |
| **Order total:** | **$28.03** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Smiley Face Fridge Magnets Memo Magnet Whiteboard Notice Board Magnet Free P&P | eBay

**URL**

https://www.ebay.com/itm/166039387232

**Collection Date**

Tue, 08 Aug 2023 15:30:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.65.0

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MS9lbvvz/JJZ9wEpxNv5fh716DpvEToDTDxQBHLRZSIi368o3upcyS/nTn5d+G5cba6gSlJzTZSJ9gEDA7BR26117lY+fRTmWT82qzOO8GGgyDvLZOGOl83CfXEtVMGjtFO9nKHNiODvBeaP/thVT+QIS9gmAqTZY1XD/KL5ScI/Vxq0ks
+k3jacBCqt3uSYQ9gqGmtbrlhL1vLCNC95ypRJ6KKfpx75jubhgriZJGUBTg9kuWotwPva6PJQN5jZnQrCcGDytJP1Yeu5eWjIy5KH4g8w1yWEIQBr5ZKizebPbKVpwQehuiwjJMoEgXpkuLcXcZBpgZtQ7Nn2b7kGiQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]166039387232]]_Tue,-08-Aug-2023-15-30-21-GMT.mhtml

**Hash (SHA256)**

3ba7a2012b03d7aacc537f019c90aa7626b4657e2478e92acf7b386f94a4b7a1

**Signature (PKCS#1v1.5)**

IOeKMycixLLeMHerWvvE3ID+45KdB4//wZOHjnPM4bHyuQ70NWqm53eDFB5bHGUsW9FLAFd+UXKERVCln9tp1AQl0hb//fKlRNDjH0V4/bmcSdgdT7c/u+biYvgPN1ghZJTqW93mQKdIJSxv3ypga+Q18ZbLXcOFvX3xSOj2nUR6GTVSf1uCljO6pmXP9VX+O5e2sho/mKdW6q4/
TpIk5vUkq6lv7xyRG092ekZnEue7aGDav1jANUj+LWU3CSwljkQ9Gu/dme4FE3+rV5EArensHH0P/+aFTTLRiYabDi0i0+hyg0DUZ/E28Dznn1LyhR7Lh0jNaRa/Tn481t8rpg==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay 1

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Share | Add to Watchlist



## Smiley Face Fridge Magnets Memo Magnet Whiteboard Notice Board Magnet Free P&P

Condition: New

Quantity: 1 — 9 available / 1 sold

Price: GBP 3.49
Approximately US $4.46

Buy It Now | Add to cart | Add to watchlist

Breathe easy. Returns accepted.

Shipping: GBP 19.99 (approx US $25.53) Standard Shipping. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Manchester, United Kingdom

Delivery: Estimated between Sat, Aug 12 and Sat, Aug 19 to 33132
Seller ships within 2 days after receiving cleared payment.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA Mastercard AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Have one to sell? Sell now

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

Seller information
hklabels (1788 ★)
97.4% positive feedback

Save seller
Contact seller
Visit store
See other items

Registered as a Business Seller

## Similar sponsored items

See all | Feedback on our suggestions




- Pack Of 10 Smiley Face Fridge Magnets Refrigerator Board Memo Holder Magnetic — New — $3.82 — + $14.29 shipping — 28 sold
- Fridge Magnets | Whiteboard Magnets | 20mm Round Magnet for Memo Notice Board — New — $3.82 — + $14.29 shipping — Seller with a 99.9% positive feedback
- 20 Pieces Smiley Face Colorful Magnets Refrigerator Board Memo Holder 100% Best — New — $5.10 — + $14.33 shipping
- Large 4cm Smiley Face Fridge Magnets Memo Magnet Notice Board 1, 8, 16 — New — $4.15 — + $25.94 shipping — 170 sold
- Magnets | Whiteboard Fridge Magnets | 20mm Round Magnet for Memo Notice Board — New — $5.48 — + $14.34 shipping — Seller with a 99.9% positive feedback

## Sponsored items customers also bought

See all | Feedback on our suggestions




- Magnets | Whiteboard Fridge Magnets | 20mm Round Magnet for Memo Notice Board — New — $4.46 — + $14.32 shipping — 36 sold
- Cute bees fridge, memo, decor strong magnets. Set of 3. Gift idea + 1 freebie. — New — $3.82 — + $16.08 shipping — 1523 sold
- 20 Pieces Smiley Face Colorful Magnets Refrigerator Board Memo Holder 100% Best — New — $5.10 — + $14.33 shipping
- Potato Men Pack of 11 Fridge Magnets funny children's characters Set No.3 — New — $7.65 — + $14.41 shipping — 98 sold
- Campervan Fridge Magnet - Campervanning With A Chance Of Drinking - Cute Gift — New — $5.10 — + $14.33 shipping — Seller with a 100% positive feedback

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing. — eBay item number: 166039387232

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Colour | Multicoloured |
| Material | Plastic | Theme | Novelty |
| Type | White Board | Features | Magnetic |
| MPN | DOES NOT APPLY | Brand | Unbranded |

## Item description from the seller

10 Smiley Face Fridge Magnets Memo Notice Board Whiteboard Strong 3cm Magnets

Size: 30mm (3cm) diameter
Colour: Yellow, Green, Red, Pink and BLUE
Small Smileys with very Strong Magnets
Can be Used on Fridge File Cabinets Whiteboards or any surface that can hold magnets
Can be used to hold memos letters Notes etc
Glossy and shiny, brighten up your decor

Once you receive your product, provided that you are happy with your purchase - we would be grateful if you could leave us a 5 star rating.

Prior to leaving any negative feedback please let us deal with any queries or issues you may have with the products. Your rating matters to us and allows us to sell the products for the prices that we do.

Pictures are designed to be illustrative and though we take care in showcasing our exact products there may be instances where due

## Business seller information

HK LABELS LTD
4 Cleveland Road
crumpsall
Manchester
Greater Manchester
M8 4GS
United Kingdom

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Mancunian4

97.4% Positive Feedback
11K Items sold

Visit store | Contact | Save seller

**Detailed seller ratings**
Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.8 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 4.9 |

**Seller feedback** (2,026)

This item (1) | All items (2,026)

a***i (327) • Past month
Prompt, free delivery of accurately described item. Thanks!

See all feedback

Back to home page | Return to top

More to explore : Memo Notes Magnetic Message Whiteboards, Magnetic Message Fridge Boards, Magnetic Message Whiteboards, Rectangle Magnetic Message Fridge Boards, Magnetic Plastic Message Whiteboards, Rectangle Magnetic Message Whiteboards, Memo Notes Wooden Message Magnets, Magnetic Message Magnets, Magnetic Magnetizers&Demagnetizer Tools, Magnetic Poetry Refrigerator Magnets

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 15:32:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.65.0

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OLK/ecXpJeh7atPiokpzMLsGZTq+mu8ahqJI7aiH+QyyI7WKs+/6FRnQN4Y7/RARj+LE0PIm2bHdfoZUEhzna2VzhhrXLGkprdpE7EuAb3slxhF4wll9D1g5XKpovaSagFrFl1gOmyNqmHMILJmrd42+BjfGTU2CIGO25K8Dfa97i3dqtL1A2UXuMFtC4+U+vYqBBaT/
jXePGtyOWGgjBGwWk615vXa3iP/W/bTzzGqn7dHyHe3OLZ+cEIbVlZtriyc3BtOK2IZtjuCh0btD9OOrhoEidY/QAC5xd19EVhMtNh514LCvMD0ouPRkcYE9NOV9GJPeKRhsnXKxZQUeXQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-08-Aug-2023-15-32-25-GMT.mhtml

**Hash (SHA256)**

1e9e3265de7d4f9450cb7c3168b04579e814a33196fbf78468feca1dd16a79ab

**Signature (PKCS#1v1.5)**

V1sPOAi5GGvMSND1F+nU+26RS1Qhe9NPYoMRLeGQa2ZSpEQqkjF0vHmC2UbQj6+3ymQCxZeaJVxJbNr6k5Aby8Eoda3cgaqDp0mYTm5qR5McLKXoC21LnPFBJup4ZG4hpxSWlxBffmRyViEvHrx+JVrnR26WdBCcIGW/u5Ue
+b2iwbTYOVXse72AVuHEBGOrqGiBuTSYhOCyJUzBfRVFdwlKBaSl658wjSrKMq4OnnlC8d4pF3eKG3EyJIQWuiH+wwfKAZlmvCYdxIR3UdLV5rJ3xg9okkWCbBVVZK4u0dYZnMCi/hxgIgIOtb+9VfwlTGunegZHX1BoBArS+9cXoQ==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]

307 NE 1st St, Flt 6

Miami, FL 33132-2505

United States

[redacted]

Change

**Review item and shipping**

Seller: hklabels Message to seller



Smiley Face Fridge Magnets Memo Magnet Whiteboard Notice Board Magnet Free P&P

**GBP 3.49**

Quantity

1

**Delivery**

Est. delivery: Aug 12 – Aug 19

Royal Mail International Standard

**GBP 19.99**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 3.49 |
| Shipping | GBP 19.99 |
| Tax* | GBP 1.64 |
| **Order total** | **GBP 25.12** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE

See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice