

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Cereal Dose Gift Set for Teenagers Delicious Delicious Cereals with Smiley Faces 11oz 16oz White Coffee Mug : Handmade Products

**URL**

https://www.amazon.com/dp/B0CVX39KZ7

**Collection Date**

Tue,15 Aug 2023 14:13:47 UTC (US Department of Commerce – NIST authenticated timestamp)

**Collected by**

Remmel Jan Indarajgen

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1 v1.5)**

af2374c2c34a848441b542642d24cc040eba0dd4880412cca44dd44a73b27d85ae74a6e9770c547b44d7df476d64f456042a97cd8dd5643d15df7d0e2a5 h8sdjhdjh3h02fb84f94cac85338c4384efd9795cfewferwb22d2c69a2c2eeeccfb0d29744c53e39b5b2e3e98b2ff48f4d

# File Signatures

SCREEN CAPTURE

MHTML

**File Name:**

amazoncom_B0hbeudjd3jfjmmmm.amazon.com0dgkjfdghJBOCVX39KZ7jL Tue,15 Aug 2023 14:13:47 GMT mhtml

**Hash (SHA256):**

3037272b0e2nb3498u92h4ceeeu76e84ea44f9316741e87de0204347df53

**Signature (PKCS#1 v1.5):**

bf2774c4b0eb2847bf2b2d23b07e6ec0a07c048222b2c84bd0eb04e34ae42fae3d4ded6e04e9ba873f29bb38bf23ge43
nfvaejgejk4747eh2343agha3eh4a33fu4h3f44d54a9g2u3y2uh248be3794333fe6f34m3a73bb3434th34wj34gf334h2jb2u
vfvgreyu7h4y34j43fy34j3424eb7u2f34n3f33h43ay3bh3h3d3ad3a3343bq3j3f3a3334343h3cyfu3274u3bge3fewhg34t344c





## Smiley Cereal Box Gift for Teenagers Delicious Delicious Cereals with Smiley Faces 11oz 16oz White Coffee Mug

$20.00





## Overstock deals on Mugs
















## Product specifications

**Technical Details**

## Important information

## Product details

## Looking for specific info?

## Customer reviews

## Review this product

## Inspired by your browsing history













## Related to items you've viewed













## Your Browsing History





AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 15 Aug 2023 15:19:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

rA7m6bgEYZzRp3JOvfpcPzWMOysTlBpJZPHCxoF0jFR35GIcs2k3OHmjRsqZskNerr3A2pA7+YX/sbnyBli/FX8flyVbhIqYM8/Aonmm6K1hqXRbi7xXkcJNbXJRJEXebw9vPCl7f52tniiypY3lMcKMkd+X5g676wdbG/4epVwqcd8KG7Pud/e7tow1nPAS5a3Yrpl4E/gwlQ+0Qlbxf+iD/c4qFur4PL/UGq9234NlxC00m/xM6OEstc9VLtoZBHJyNpJNovO9tSOfr6ZJY6SzJLoodjFPTeI/bcv6eMQALhfpDELluWtxU+gXNYwTR4nib+eDmRvv/m733V4hHQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]|fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-15-Aug-2023-15-19-31-GMT.mhtml

**Hash (SHA256)**

3ad39daf19047520aedcfef8bd1a8a6a5aeb11bb6189e2724a9496ef4c631e1

**Signature (PKCS#1v1.5)**

Ns0bJR9SLjVxc2FbZ4lSeYlC1ZLCMNieUcARpC/oG2dCUXvFRkHLsKCQB6Y4NYrYJl6sWww+xU+Djc2WrDAxo5G5RLB4kUXyuCHQgpkKDtLZjnPMjEkC0efB5s7u6dsmVxf8cVwCS7lTctqxTHlhRpyZkcnzqcs+1GGYR64P2pqaN6TSHOLOE8wPMu42Qp4CMgAMRnuzGCzH6mn3VnU9Fl+2rdkL6qRiUIa86XpC62kqAfvf7VxQbliKwdqoXYRucZC4OEuXjZ8KJpFvUY83VtivpsHjU/mJ2M6UXWTUnak4e7drQTmUYDL48XVncg4m55Kwhl8Djm353HunAe3DQ==





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 08 Aug 2023 08:48:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

TEbaeDo2oNGfnH4HM5jF5ncNeqmqu65Pnsp46ZSH8VgcM1sCYLWuayyYdKTqYw2eV0d+eQ0MIXVRhhHU+bdLMUrKdUEHzncry7un6LiLmJXPq5gQtpVMztGhrVX4MGCtwOvrF
+fjyL7FfJ2BZxbeCyLNcdo66WZXMkDmWzGLcxcWLMXEJ97IQoqCwzJ0gavUohLDNOyfQZYUCm0eUB6P8pc/zLgG0Yt9sVDyayfofwuF+/cYiW5MbFmD4xYZeHRhzEQocZYoQbtxwK4bkg9VFKRxqxQaNAUaGSbYACrFuVX+0FguAIPjF2+LeZS/8YwKZfSh7lTHxngH4aousakhzA==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_,[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]],_Tue,-08-Aug-2023-08-48-57-GMT.mhtml

**Hash (SHA256)**

b6c2506d9bc7642ce90ba7174888221bb09816bcd2ff7262fd499d42fa94454a

**Signature (PKCS#1v1.5)**

IrHHXU3moIrHByXJJ2pCGbJ04x8xjjbSV8YUgjb3dwNKi2jjgjUuVyx44RDxyZW66g3rY1K2CGSO5uorDm869GiUK+PhahooNka63of1Hfe5g0vZ5vZi+ysO6W8cREAEarRzuxvGhwq7G0dZcXgW2n5mR02j3qaJt3CtxmdRXyTSK9YSxLqmjazHAWRDMy5qd/LdGpQm8LQiHHYx/epRou3awJDy/
Lx04lKccPlLrWCDRe7gWvNpLsrGw++3aVayUulGjPLkc4auQwdaZuV1za5yT9o4NC2XlkGNjf+/XDQpFsF9Nx9S86B0taL1qxfoyWdvAV3Z2vr58LwIqEenbU9w==





AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com | BUNYISCN Smile Face Slippers for Women, Smiley Slippers Soft Plush Slippers for Women Retro Happy Face Slippers Cozy Indoor Outdoor Slippers Lightweight Anti-Slip | Shoes

**URL**

https://www.amazon.com/dp/B0BYSNGDZP

**Collection Date**

Wed, 09 Aug 2023 05:52:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Hmns3YW1l3Gjd+dz1avn8YI0YY7wUkCaKLW/f7XntHkgBu58n+0DRT9TXAOAOAfUmr2ISI/5OYbLbDnPf1BzScRgIsrOPzHhv/9f6oA6uKMt8R7+9710JpptE4Zev0cpnGyk1b3FBplQt/mz+xVj9SveNiRM
+8RFD5kSEGY0qUHrmzzvZ8lzAz4FlrsQYa7hiiPKZoeQxpkSR6eXDwMyzn7Nwlwe0lBajmfOfq6zn2pEsJ4MSBDtSu0LeDkCKPCYUXkgNQQXq304ceZgveZCQkEFIWTREvvP8Hh8b7fbKqoRLjhQyl0uLXVUsCy4SBAnJLBei5fbdy6x+/wjpanvCw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BYSNGDZP]]_Wed,-09-Aug-2023-05-52-58-GMT.mhtml

**Hash (SHA256)**

d3594ea9f248b4e0d0407951c904377c20f88b146771fb968811a9925e30f049

**Signature (PKCS#1v1.5)**

FA4zCNaL0mk+P65IWfXGdZ87kSIPbaWIFWkiOz2z6GhUqu2AZVTS/ozCJPb7+2HaLkv+HPPE42u+3AZgV5HFrrzSaEz6ix5Gf3AQiTaP5KmVmzIymKHPmZwrLiS/rdiEJVOCdxNnomHxI6Fk5mTuNmuozlUU9EfL7rCihQUDGSO8sWboHo5blEaKm75FDkoWRpVcnSfpHrAnR8Gyx
+IOh8Ho3A5D2AZbRgjg0L/FGO/5malWtw8f9N/dY/XK23kYWznpZRto3fyBPCYRZVesfGgCOOApZj+n0YsN5XpHUdHcLPVPBFD/15GJ31Zlx7ldsNil1GxkQ8C/2dSTesv1zg==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: One Happy Dude Balloon Garland, 133pcs Balloons Arch Kits For One Happy Dude Birthday Decoration First Birthday Party Girls Boys 1st Birthday Party Decor Smil-ey Face Party Supplies : Toys & Games

**URL**

https://www.amazon.com/dp/B0C39Q43XN

**Collection Date**

Tue, 15 Aug 2023 05:59:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

pd/YgDfp4vPt1YkK0MxxGL7buJGbBI4B4Mdy3OgN1o/i03afkKRuf3eBvhuFNOBC1rnO9qGnBeJyBR0RIN28gsFyKmHh5pCnapG+qrWnwgM+JZ7AdOQO0dpvuMGJWnr6AhJ/rnsa5kY/27D/gWV2KYVip7kfP9BwOh7c6vfldqWLpKL7ehDq/fnCdgADTIDfSRw6ZTIe5jSaCIiXndk/GaWlwC1BZidWdyeMiJIRZzwKC1vnL2zOdslNOpC5csQEzeYYE5A3i/jef5iNnwd6S3/Zu7Te5tJrNJArEWu1zkr8n7RuoL2N6oaHBw3Rup1WMTGaFT2xrB6IYKY8DSXmOA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0C39Q43XN]]_Tue,-15-Aug-2023-05-59-05-GMT.mhtml

**Hash (SHA256)**

0b591c572755dd71fcd1ac382c2b3d38ab054dac8775e99b43694e823b535b6e

**Signature (PKCS#1v1.5)**

SUX1Ax77GR2EBPdAlhRqYWnBU3ZmdgwDDkM5z1zXgcLVR4+1Dn+3xJQR2D1Pu983SMMxZ4BXC4oPaZr22DVvtloHAjLZKSrT+5FtrYZKPGFfw+6hFZqk1N6Nleus660xBbTyeedCLWW8CHdrJOxZLK/4x2YOd3cLaOy0X0WU5Mg4uXBFpJIv1YwekNUzQHfPZg6LGv4k9wt4Wyj6zoR2EQbxdEE2V4aNZUlnCvXYcP5+QEgnjiBk6CsX8KNsyjU8/jqTLLBskDZgWHgOydxPTznytXuwowySzCah7IQW3c7C4UWA2Ht9YKXaNPUYoiz3NVQPyZ7RUR+ubU5g+2eQCg==




















Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 15 Aug 2023 06:03:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

b8kJHyfyc9kELv+TFrbvxHDNQsWg7LVPOxlEMCumpk6Y13UxLKeYPAH9g/mIsFO3EGq7VTp7C9tUQ2ieb56i7dN9PT8mJXC+PqJuZcZGQrtl0vw62baFl9Vp92iQWkZ/f7+kpa2Jt+XCpWxZxAVU6KMzrBx/FdPGBQO2fI4UsmXZ82piNWrv4B7cQvhNUg8ziPxszGdKDmChRtC2ySQnne5pGfiElRpi/PcdUCtTpfbQ7al9I2bTMjVXD4Ot3g/dUGqcTu1Z9Y7w9KqFv/Ixvmq4zyikdekZ/vKy2bWQ/asvX0EhcgD9IuSf2GFsB8Mg0NeqBedz/4e/gb/CTcTPQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-15-Aug-2023-06-03-15-GMT.mhtml

**Hash (SHA256)**

16febb7946d05f4ab8ad2faa526b3f1c68eff363a94e1c34f9fca9cd6d3450ef

**Signature (PKCS#1v1.5)**

k8hhjRmYNEW0biM6XDK+Ii2m8JZ2tr2s1oSYj4DMruAoMIrfDtiqIB78KvahK2eZuUJ1vleLo7y9MHi/Z3NrGusA6RtlTSaSA/R4U5OF5joiQY2YnvPsB20uzUw+TIP+24Qn9WIlOuo08SpvqjZpm8NKAJT9s3bixLK4bpfZdgCOz6emOD9g7ukVGKmpK/Y/uyOpLPMx+3i6Wvs1T9RxRnfhZl1DkTC2DgKDU2zrA3LJRs7H7kka0NvNggNgdMnXCWQhFzEvraU6cEC0tM2tQolRwZxiO6tgUtfnUHy0q7QWclMvuYrTA76lmxs8PClCL6oOoyDKAU3IwJNUXRQQ==



# Evidence Collection Report



**Page Title**

Amazon.com: Pendant Necklace 2 Pcs Fashion Pendant - Smiley Face - Black Bear Stainless Steel Chain Set : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B0CW2DRX5G

**Collection Date**

Tue 29 Aug 2021 21:38:25 UTC (Significance of Occurrence(s)): NIST authenticated timestamp

**Collected by**

Remmie van Halberstad

**IP Address**

84.12.xxx.x

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.0.0 Safari/537.36

**Signature (SHA256 / PKDF2.1 3)**

0e0ad5cbca7a3c8dd5e47a6f2d1c0e2f9a5b6e8f7c2d8a4b9e6f3c1a7d2e5b8c9f4a1d6e3b7c2f8a5e1d4b9c6f3a2e7d8b5c1f4a9e6d3b7c2f8a5e1

---

## File Signatures

**File Name**

e-commerce_B0Ee6b6eb6bcm_v20f830f0fc2b15b8c0b2b3b0f.png, file.png at 21:38:26 2021-00304

**Hash (SHA256)**

2f7c8f1b5d3a9e6c4b8f2a7d1e5c3b9f6a8d4e2c7b1f5a9e3d6c8b4f2a7e1d5c9b3f6a8e4d2c7b1

**Signature (PKCS#7 v 2)**

b5a8f2c4e9d1b6f3a7c2e8d4b9f1a6c3e7d2b8f5a1c9e4d6b3f8a2c7e1d5b9f4a6c3e2d8b7f1a5c9e4







Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 08 Aug 2023 11:20:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

r4MIeaYtvDZVWXlrGrFSmDh8ZvMUhlz0WhgASWH4NANaO8UVdAxPtDXj3zUq6jhGprq4PWyzDdWxYhabP/29JiQY16Gf8VCcRdc+JAPOdpDLoXTswVfqr9BfGrN1PkaSYv4x0/P9k57Z6hVLYlnX6vaLiyxYdeBfnb0fUITUIpuTwItKPPATRbLZxSiYrZSXR6ipF5TDa+qfRY7yhTGiQN4O0T/J2LtrlZZa73LGdTWjXlqfxfHC9Mi8fW0GHS30gYtVm89kiDQbzwV2P1m7FoKamyG3coIlEgM7bLZLfJAWG3aojWnitE9eTGHdTc3bm3lkZYu16VGjL49SvPA==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]_Tue,-08-Aug-2023-11-20-29-GMT.mhtml

**Hash (SHA256)**

05fb62bca0f6e3471e0e3f6562c2a0ccfe6864f03100f8f958c25b70679c1b25

**Signature (PKCS#1v1.5)**

sFrhFsVmKgI8pgKMPxGSmb8JFmrtCRLopCc/iU+a4B4PpGidZmedvlcGg8DlnVMCz1JWdpdPYJQkVNW6AWimgap0vle469uEB5/SJNyqZ+zo6J0O8yDGAjtCRPXbdPDWf8tnf0jHpMjNwqrfbJvFf41gDZbRlZlBzUTktm2q8nng1MKSXyGfT9KUAtuK8gH27O+t/jFqOWj9BpmSj+ZjLeFckrLPSh33KfszhdvN/nbvQiXgKKmPm0zsSXtv1R5J1OYyy01/c1TMp/QaNA82PmV7iVTF5nzoAGqmHPsyI6HY/3pAZlBN3yKBDmQ7NsgnpGyTA2e0Js1CNObAGtuil6Q==



Case 1:24-cv-XXXXXXX   Document X-X   Filed on XX/XX/XX   Page X of XXX

![AXENCIS]

# Evidence Collection Report

**Page Title**
**Page URL**
**Collected On**
**Collected By**

**Digital Signature (SHA256 / PGCRYP X. X)**

## File Signatures





















AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 25 Aug 2023 14:17:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

v2MvL2U2gUeOfv7XOhoosdrYg4uF1Ad7/j/g2XHOMxyXDStCsdWMAgERIu0/BGOd7RT/pPJJ0Ty4UuHAOszdfSp3vL0qf/UvNiUBFe2oKE4QvcNwREA5nBrvnclEuF+bUQmbOSd+9V5CFAl6T2shjDNIb6Li0yl/vYjUqb9U8aWWxkXHsgcQM0rRvfYhyA+BCYP6UM9GVAlMZAGS4uxllHSSzpw4LfLNe4ZPfET2y6qsHwN6Y14Czp3q0Ymyi70rSOGSPMl7KMMfPf+/OxYv4hminVLod2PgJGhj6dpbtL4FKeT6nncFp9xw99kEgqpuUlRotRNR17dKPV0Tf9HXqQ==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-25-Aug-2023-14-17-13-GMT.mhtml

**Hash (SHA256)**

fbeadf3cc055edad66c7626098f0f1008e1918e634f1c55874d7cdbdaf1b429f

**Signature (PKCS#1v1.5)**

mh7cXebiL3IVHlK6kY/87xdCKBaCnQJ5H0pxNaCQeVPNR7tipNcVLLR5KUtefoYO6GwTlr8P/5Po+w31dq/hooUa6EzrN/YFU0OodoyCMcXJboW8SVzTJYuogVTTjbmVYQmPi1fZO+Lwr++wSvaKdUyqcWXeE0YiXvIYkcVCug4RZkWUS0daQVM2viUwMh3SjEkV6FVuKBepSJCjMUjRE3jde4dsVD86gRMEYwOcbhzWqqvU+lNXgbjagdH27inmaKm49UJi71Zzi8n+zB/alxp6DR82sD83shy9RTY9wqyXSK80lsrgTcsv+rNZ5KodCJgMWcV1+IqXhdPT6yRcMw==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: Stuffed Basketball Pillow,Cute Funny Smiley Face Basketball Pillows,Decorative Basketball Throw Pillows for Couch Bed Outdoor Camping Birthday Party Decorations Plush Toy Pillows Gifts 11 Inch Yellow : Toys & Games

**URL**

https://www.amazon.com/dp/B0C8P3VFF3

**Collection Date**

Tue, 15 Aug 2023 09:52:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

mW651yCmr0g2mZvQAf65eEjfTp4iOeX4ozUhRa0kTZ20rkZI/g9DN9RNGUhzjj3hBGCtxHMbx6a+jARgLYMoqEVOovu/IYxKM7PZt2QHQb3AIL3Gfl1+zCj4NZnmlaWikqhoe7Tnf0uTHmFMKX4ObvvjTNdmICGSjf00vhXhMLavm4Iyiu2HG31gb+yewqpAtSQW29AwBJ1p56cEmIIJSpHQm23T/VTQbby0yRjbWnBkI8anmMxG9NmnYum5siq0DLfqJ9YLxfeOpGzdh3AYob4J28i4xQ2SwoY5wbdnjzIraJsRVmZWBioHBaWgKl/GLcnQAEBmE1M0DzEPzOPhAg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0C8P3VFF3]]_Tue,-15-Aug-2023-09-52-20-GMT.mhtml

**Hash (SHA256)**

5cf986c79d7cb17b5e647343d5708da9f5e861a2cae5ebe68bd1b449d8ceccc8

**Signature (PKCS#1v1.5)**

ErPVNz1pTEqik8fHIWx4KZ/eCu9/SxfGzf1Myk0D5e6l7qiN09fe99rUKXyAfqyosur24Gr++cZbc68PnysV68P61VL0S9kLPr9gNB9xk+Rj4xQjlpdf95oPyVSbBO2mTbIL+3UKExxmVks08IJmp6wZ0CLCyDYaXG1Z0D2mRF8Uox9Vmgo7Izmfi+Tqs6o0nX03MGshViS9wRFxegoymICodyhI9QX21qwR7cP97jfvPC2Gls8ARDUfAGFwNBc5BbYmF9pm4SDVQ0+zeIljiMntXRsJnk5Y4cPa/De2BeMuw4Ltjle2flFR+ziwbw9asqqYiDHPSesgtNg5WYOUPw==

















Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 15 Aug 2023 09:54:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

Cd7xa5f+00F8rMBMRvb3Z8VxZO6YfAxWi7cW3BN37tT766jNSrhUnpB9fF0gQNXbv+McXGXIkh+kk4Q7q1uUGTU0EWckEhhYxHnQyJY2fd7qgCLjx9o6VvGI7UGINJYd9kOgXK8Nik8UZIa8z7UZI4vm/4vvVh9Rkajv6NYMOMQ3eazBBHpBmIBQA48AQZHxzv66CGWzRa4LN+j77a7kuRZ8ycVX3ol7RM9uTowna9w5Q/FTMdRlo7Cn7sGndaOKjagntiN1bxTZXCHAVws+sZSLTHmXKsRRUgCNemWCgRSPBWwC5lpqeT+kvxEg92sd/Bh7vpMOHF+0qdfIbLpLXdA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html][]_Tue,-15-Aug-2023-09-54-54-GMT.mhtml

**Hash (SHA256)**

350027c0accd9fad3d4befdc6c1a5551d026dbe75e3dabb605fde1d04ebed67d

**Signature (PKCS#1v1.5)**

roQl2/8CiKmbjfN2m//6m6Yorhv5ukb8+BrtSFx6y/F/8icAX/E6Ij3wEX5QdrfQE3eBIYcA/itwFc6XKHLvIcqodZxUpkdsGd8rs73wEaW/qyg2L2m3L/OpdSzNSAnDyyKUDsYiChe11Telzu8oE72jOmk0LQa/0MWIMgRcPqL+8ZDIIm+1h/SAD77/+8cDju6E/gdo/kdPscqL1Ylnxrc6Jhxsj8PKOJuOotNhhZD1/MgyWWJh8U2n6n6jvKyDbgqti8AYpquFr18eY5QT6D9DvIZVt4cin24rviypDV7XLxLqG0Kl6o0In102t9GhyPLOLCLMvnM+MeTUnMOYQ==



# Evidence Collection Report

**Page Title**
Amazon.com: LSD Tongue Out Trippy Smiley Face Sticker - Sticker Graphic - Auto, Wall, Laptop, Cell, Truck Sticker for Windows, Cars, Trucks : Automotive

**URL**
https://www.amazon.com/dp/B08JJ8LJ55

**Collection Date**

**Collection Time**
Fri, 11 Aug 2023 04:00:03 UTC (US Department of Commerce "NIST" authenticated timestamp)

**Collected by**
Runner: aa-instatagram

**IP Address**
108.180.81.161

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/117.0.0.0 Safari/537.36

**Digital Signature (SHA256) / PRCSJ1+v:2**
d2ec0af9a8bd8d8f7d7c9d8e8c0a8b8f8e9d9c8a8b8f8e9d9c8a8b8f8e9d9c8a8b8f8e9d9c8a8b8f8e9d

# File Signatures

**SCREEN CAPTURE**

**XHTML**

**File Name**
screencap_B08JJ8LJ55screencap.png

**Hash (SHA256)**
4d7ef14b773 d8e2c1a2b6f3d4e5f6a7b8c9d0e1f2a3b4c5d6e7f8a9b0c1d2e3f4a5b6c7d8e9f0a1

**Digital Signature (SHA256)**
d2ec0af9a8bd8d8f7d7c9d8e8c0a8b8f8e9d9c8a8b8f8e9d9c8a8b8f8e9d9c8a8b8f8e9d9c8a8b8f8e9d


















































# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 11 Aug 2023 09:07:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.167

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

gy0lgkdilF2pL+eA4TMm8/h4uHqVa3dBegiQpJMPiDk1vUCLxB5oi9LEPH0wYQYS5stWKdl9mBJk6VTqxl8zU9Y2ahkVdoK1M97QD6HVsSeBQUb/PeIyL9+B/yvk6LrRjVRFZOxuONwkQYL2JDkgbnlwrrrL+Md5o4lYtlxmdlmZQ0qaYQuerc08KsSgtCrVZTDlaEMPK0p+Rz5k2ktNP6NBwvRAnSVNEsNR4sZWLXBrRxVU4ZPEClqgGAnvFZB2c5aPzVA3gne+kt5F1eCUyQy8VeOBlNQrmByc1UHBg8SEq2pzFvTIybfhaAR2veZbws9xVKaH5uu8m9+9Gdcug==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html[]_Fri,-11-Aug-2023-09-07-41-GMT.mhtml

**Hash (SHA256)**

738b7ea293801d2608ccadc60a99c21c3fb12395317a5ae990541b26cee32f44

**Signature (PKCS#1v1.5)**

y3l6huLTRv8Sr0cKO+iEwVlqtbtuko+9G45l/mi9xvWJpKDoJ+91pVtiu6DnZvJGhqsmyxH9ed5JleOHtuRYik0WbWinPJ0yQOTcLrObhF5OyjzRrPLw+e0BTZWQAJLbe118C/4Cad1k6IGA9q9jtVgn5iL9SbdZbwHM1022stERfwU2isFhlFJiAE63nXPmDIxclsD4fewEYilzxDVXz0HcqfGlvYtTZ5RDZ0XOU/oX8QeJ9EwFKxTz8MlVoqRyUHJCcQmm2VE9dVjrkhlLBp71ltarerXUhlP4WFH9Di/OU2j/Br7JLsN0mhWzHHfVoDry+MiM/+A8qg2yhflyhA==





# Evidence Collection Report

**Page Title**
Novelty Smiley Face Flower Rug, Unique Home and Living Decor, Cool Home Mat Rug | eBay

**URL**
https://www.ebay.com/itm/175645456705

**Collection Date**
Tue, 29 Aug 2023 09:59:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Barone

**IP Address**
185.216.112.42

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**
b4efc3ba932f6f5ea0d9b97bf3c8a6fd8c0a8a6a...

# File Signatures

SCREEN CAPTURE

**File Name**
PDF

**Hash (SHA256)**
a1b2c3...

**Signature (PKCS#1 v1.5)**
d4e5f6...



## People who viewed this item also viewed

    

Novelty Smiley Face Flower Rug, Unique Home and Living Decor, Cool Home Mat Rug | eBay
US $54.99

## Similar sponsored items

    


## Related sponsored items

    


### Item specifics

huuqu_38

Seller feedback

## You may also like

   
    
  
 



Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 29 Aug 2023 07:10:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.74.192

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

SJ+4puhx/sMiCVTB74/ekeM4ychdVqMouzZv4A/O94QIRyfH3AMyJqzVm4VHcUZIwqZXJ2OceCiVwJfwE5YrCmHMDDTXFLAMBT7/THie3CzPiJZhr5Vx3t3UqyJo0s1mXXerbPuufhatH/cToRfMgU+HnDdgXBXEppPtWzpzoJfxMumN6EricCYyTV5LCeqUZP11jD1fJUFCax2MUMQn5PEq1EWep5HOiEic3Jg/o7KkL8DVHPw9TxNEJbFM1orKwJ3pPpupeZT+/WtzoPS9qHnuaxpTj7Q175ymG+W/CthzFO7m36OHYH88MV9mk3pldx/wkbY5WWrkwXng+=

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_@https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-29-Aug-2023-07-10-46-GMT.mhtml

**Hash (SHA256)**

e024cc26d76626d184deed891311c5e4d4ffd202c61ec578cd7324c86971a6ee

**Signature (PKCS#1v1.5)**

gggwF8yHaFFtHkORqKr0Q8IhmMeAfKjSYrZbT82oi39Au5OsOM4+nNR4TSARZeK/U5scTIc8yQSab41Zm7S7/nIuoL9fMRC2eCaqEcNNu6kp0BySpcquTSTVkPxlkovRpeOmnSfRNso2MQsFkcJW4QoUogOcsvy9NjPD8o2rKTpf9tH4kWOZsHyaxZDsfxm11OezuOrJfVIustkTA0amd2ymiCiRFVw5jdqgAxEnBX7oBUQntAgRm4Z+3d4o2o6iqqLkIFzj4yOH7hjjHgE4fLxxBzwou7T9TVgroZAZYNr0sf6wqBjx7jui+Bm8tJAMkFH4AhVIqUBD/sQZJwlhiug+=



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



# Evidence Collection Report

**Page Title**
SMILEY 1" 25mm Pin Button Badge Acid House Face Geek Yellow Retro Backed Masked | eBay

**URL**
https://www.ebay.com/itm/353734929374

**Collection Date**
Wed, 27 Aug 2021 10:00:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Axencis

**IP Address**
xx.xxx.xxx.xxx

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/xx.x.x.x Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

# File Signatures

**SCREEN CAPTURE**
XHTML

**File Name**

**Hash (SHA256)**
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

**Signature (PKCS#1 v1.5)**
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx



## SMILEY 1" 25mm Pin Button Badge Acid House Face Geek Yellow Retro Backed Masked

Price: **GBP 0.99**

**Buy It Now**

**Add to cart**

**Add to watchlist**






### Similar sponsored items



### Sponsored items inspired by your views



### Item specifics

### Item description from the seller



## MASHED ACID HOUSE SMILEY - 25mm (1") Pin Button Badge

Acid house, retro, vintage, geek chic, nerd, novelty, dork, cult following, Dance Clubs, 1980s, Iconic symbol, Club Classics, House Music, Underground, Youth Culture, Yellow, Happy Face, broken, bloodied

### COMBINED POSTAGE DISCOUNT FOR MULTIPLE BADGE ORDERS:

**PAY ONE LOW RATE POSTAGE PRICE FOR ANY NUMBER OF OUR BRILLIANT BADGES - SIMPLY USE THE SHOPPING BASKET FACILITY ON THE EBAY SITE AND POSTAGE WILL BE COMBINED.** (PLEASE MAKE SURE YOU PAY FOR MULTIPLE BADGE ORDERS IN ONE PAYMENT OTHERWISE EBAY CANNOT COMBINE THE POSTAGE).

### 99p per badge!

### CHECK OUT OUR OTHER GREAT BADGES

All of our items are made of high quality components sourced from the UK and printed using high resolution printers, original inks and top quality paper to ensure an excellent product

Our button badges are **NOT** suitable for small children due to the sharpness of the pin and their small size

### About Us

I Want Badges are a UK based seller offering ebay customers the trendiest badges and keyrings around! We aim to offer our customers the best service possible by offering fast shipment of orders and quality products at a great price.

We specialise in 1 inch/25mm pin button badges, 2 ¼ inch/58mm pin button badges and keyrings.

If you like our designs and would like to order in bulk at a discount, please get in touch.

### Payment & Shipping Policy

Only payment via PayPal and credit card via eBay is accepted, as this is the safest method for buyer and seller.

* PayPal payments mean that you are covered by PayPal's Payment Protection Scheme
* Items will be shipped via Royal Mail within two working days of receiving full payment (Weekends and Bank Holidays are not business days)
* Payments should be received within a week of purchase so the order can be eBay's payment policies

Please contact us right away if you experience any problems with delivery, whilst allowing sufficient time for Royal mail's delivery timescales.

### Returns Policy

Please contact us immediately if you are not entirely satisfied with your purchase, and we can offer a speedy resolution

* Returns are accepted
* Please contact us first if there is a problem before leaving negative feedback or contacting eBay, as we can always resolve any issues, big or small

### Guarantee

We guarantee to provide the best customer service possible, with a no quibble money back guarantee if you are not completely satisfied with your purchase, subject to the return of the item to us.

Please contact us immediately if there is a problem

All buyers using PayPal will be covered by their Buyer Protection Scheme

### Business seller information

### Return policy



Copyright © 1995-2021 eBay Inc. All Rights Reserved.



Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 07 Aug 2023 15:05:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4910:b95b:2e52:205f:8608

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

icLrDg6x0g6vnIjVjXlUt6hjzA5WHCOXjnXAViiA6Xh/v7MrzCtCWJ+XAKS4vUVph3h+JRPo/Cn6hWQajxJiEqweK9z7t/D3MCZGB/M20b8lexrQSJb1HKdfPnsG1B5k4LVPTDmm2E8M6hvMxgZUe2b/jN0GPPmnEJzwn45FvHYaNdJ8jpBDiKycOBG2/0IOdXtwVaKY3/t665wHDxYGYwIx7HOJv4Smc7Qe5tjM/YFPdZqW7jRNmnDRbD/pALWVUFJ23vRTKH37l7l71Frn5+64fbKGkrcdGAta+joO0RMmsEr4Ych1uT25yekd9SsulHYeTXrgjKpekiuSodW7Bqw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][s][rs]pay.ebay.com[fs]rxo]]_Mon,-07-Aug-2023-15-05-45-GMT.mhtml

**Hash (SHA256)**

78a89a37973038b7c987f2d48a5f5f3bd3638ee8108cf8373e39a28cdd968599

**Signature (PKCS#1v1.5)**

j0YctQEIepQtmn/sxiHB8a3yJL5wWjtkuOYXRBtyq1ia/hMjZll8byQ7w7vNzt2X5hY8R/+nvbkr60zPT/bRlQvalqw78q2HEjd1HSikh49BzQ6yc1n3QAscraRN+/DYUa0uj6+jfUsgbSBvvoUAFCmCRYBmT0aX7eSuBJ83BqNmBLETDrccPMovZu26QrSa90U1J4x1weokrinr38NbtLlGqtr6ZUeBziQLsJ2M4s1yAMU3qUUqoB+9m8AURn3Xr2pfFq8HyCBjadoNtNjsmzHRlKCcH3awhXupKrBvlS77lQdKUgmChVduG6qhocKeatUK+bU7H/3WVlCPxAoVTw4T3Q==





# Evidence Collection Report

**Page Title**
Acid Man Smiley Face 12" SLIPMATS - Single or Pair - DJD / TURNTABLES | HiFi | eBay

**URL**
https://www.ebay.com/itm/225319899513

**Collection Date**
Mon, 28 Aug 2023 07:40:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stamos

**IP Address**
140.245.112.45

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.5.0 Safari/537.36

**Digital Signature (SHA256 + PKCS#1 v1.5)**
ba9ee897f4ad3a3631dfc2f94e732e7ba43b1ad64ecb5ec6d6a2d4cc91a9a43b551ca0ff1a3a09a5dc4a1cd347ed5a1b73cec48457a63de3ceafaaa5fd1a2ceed5fc4f3a68a9a9daa5

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_{{sha256}}@{{www.ebay.com}}@{{id}}}}225319899513}}_Mon,28 Aug 2023 07:40:19 GMT.pdf

**Hash (SHA256)**
33284ebe15f75dff7b9b0a9ba33f53fba5b61af4c90e896b2401a0c4c49b3f08

**Signature (PKCS#1 v1.5)**
a9ad49cf33f5ba0635bf9aea9cfa342e5ecfce6c21f6b3d343bae1a1bfa3ad4a4d1e48ca4f5e8a6c95ca76c88f89a0ddaa5fd1a2ceed5fc4f3a68a9a9































Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 29 Aug 2023 04:19:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.74.192

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

cZDRXLSI6uhOhxFh6vgrAZmAEaFpgz+TD/Flk30EhWYS4PGcbrPD2chyWXsbie+cBWmLJ0Jm+Fc0y6ULNLZRKIYh+HxnTDQUsnkXjuiWAxc8OLR2fOGMt5xIXF/YJS8CFLH4nSFO9ESOSNdbSZ840Sj6lwiel8IdcFmiyPPWpsXs5EE65kjwXUx8qWS1j0DsoGC6UWwVESHY3S5nu9EiEn/ZU7QUSm9rf5E7Gnqpxx2vSmmvxgcgvZcd3wiz0IX4530cXAXP12QrGzy3tBAwACPVfcTufd8Soqbwup8TGs7oXY1sM9h7j8s21eRGS3g9TQFzYU7zSCuY73axljovA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https]s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-29-Aug-2023-04-19-56-GMT.mhtml

**Hash (SHA256)**

df560751b5c597Bfadc0c3d1323746291e4ad68696669864841608453913845c

**Signature (PKCS#1v1.5)**

SZRZHm1SgMVSakqfr1aS3xkW1VVDIOP5ss58jucRj6fLeJnCwglPlQop2AKQVkzpLDdvxaCo0W6oHgUZhXYenkRFSrlyYh5h9SSrn4P3seKl2Y2URaf2DaYWX/w48Gb5RDvOtugiURlJXUlluq8I0Pp5YFFYSle9YxZEaZ4XFJq4Wfn/zhQ9duOY37QamjVvADh3caXn3zjkjOWCbRaTU/5hXJHCx1Hv5MMva+znN6AoSVWH6RbKx4zQJblqYB+pHREBnJ8w2PJJr1NCWHs7ayjc9PBsWKotpHc4GwfLaivhosjsl+2mdds2Dar/TXrU40M9CAlyZ9g/qsZKPl98Q==





# Evidence Collection Report

Page Title:

Amazon.com: 4Pcs Car Tire Valve Stem Air Caps Cover Yellow Happy Smiley Face Large Anti-Theft Zinc Alloy Chrome and 1 Pcs Wrench Keychain Combo Set Universal fit for Cars SUV Truck Decoration Accessories (Black) : Automotive

URL:
https://www.amazon.com/...

Collection Date:

Fri, 11 Aug 2022 04:36:12 UTC (generated on Automotive - BBT authenticated timestamp)

Publisher:

Nicholas Chan

IP Address:

104.48.26.181

Browser Information:

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/103.0.0.0 Safari/537.36

Digital Signature (SHA256): 798291F1 0C
...

Signature (SHA256) of file 1:
...

# File Signatures

SHA256: 03F71305...
File Name:
screenshot...
Legal (SHA256):
...























































Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 11 Aug 2023 06:50:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.161

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

IN6EJ3iFxDYUMO/qBXZxB2GbiywCaa0Lvg/GlJxhyRFHM6khp80Hbptxm89ocXAlu1E0YpxraWC4V+8LLezL0/pDSNK+0m+9LBB7XzaUmpOYw6w0AcLF4FvfKYIlXzBTAzq6m1KjSrKFTFtM/2Til2rt+VkofaGrKflZLF5BXLE87pkqaV7py8Fkj8p+JL+aEl/dxGC9BfeshD0dFNYlPqu7jyK/g/1MFQLigg+KtFsUPMia5/9xM6NaSGZrad09HC5+njMiL5AtK2w+Dyt3GKuDdhvyam5UQTPYhhzGdaCw65SOz8bOzPFv/eczIzuPauBnW51URPZQgPPAFsigPQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-11-Aug-2023-06-50-53-GMT.mhtml

**Hash (SHA256)**

5be9a9ff57cf1420562f4050949ea0658caf1a74e98ef059a01d16a1185f4245

**Signature (PKCS#1v1.5)**

njUL3aAmFbouzFNwvqu/vVyExMLDXtPxFHdHC8RAWjVwNgQNULdtUpybQmrwtAu7Yhd/2mYWPgTW24hpa4HZCe729fkyQXZM6IO45zgx6Uc45h7bTm4XrEqJKNzQ3gDuDDc7qc/aphYY2UmKhA6cVPEGW10QrTgN/s3/Il4i3aTyHMXO8lXsBstb2aRNMu+fvqK1jB59W4hmQfJLNlFg3ObCgakRCYm6+TlHyOw82Tt5CnEQnpDD808S/X0dgfdGzXJEsGPWZIXR2018eoEV5LpoNCuNP98KsrlynUIj9x6AMmbn02h56BAw3G61Kkmr2at4oY5qD3jh/u0gF0MXA==





# Evidence Collection Report

**Page Title**
Amazon.com: Cute Smile Shirt, Smiley Face Shirt, Happy Face Shirt, Happy Face For Men And Women, Daisy Shirt, Gift Shirt, Daisy Smile Shirt, Daisy Tee, K283 : Handmade Products

**URL**
https://www.amazon.com/dp/B0CC1G5L00

**Collection Date**
Wed, 16 Aug 2023 05:46:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Nomad_dai Instatagan

**IP Address**

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/110.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7v1.5):**

## File Signatures

SCREEN CAPTURE
MHTML
Hash Value
screencap_[jhtsdyjkfl]@news.amazon.com/jhfjdjfj@KD110.KD]jhfkjj_16-Aug-2023-05:46:24-GMT-refmnt
Hash (SHA256)
4a4113cca516ba8e1491fe13e60bdb05f807105aa4303f27d8ad261cd1c1179d

**Signature (PKCS#7v1.5):**









Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 16 Aug 2023 05:48:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QPIiv0ibb7i9tphOUD/YQstjYxKpclBBSRFoTIllgZSmXaQ0R1d7SF3/VyUtlhf/Tc7ssoiPgQGGnxmua7Wj8Fn3iFf4aL8bEFHgYEFuxu6/
jn4QUrpHbf6JmoyQc7T5p66VpQ73kuJbaQpd7FQELZm7woeCRjLBMePU3CEAhFcayDKdNwlhErMUVS4XQvmQ75LUpq3h328uo1WNuzZNXA4NtLnaLxjmZ6t84wZBmMKCCfMxCOK9ziXOTNDajraqMxDrW1K2jihQNQ9R5C6vvyPqpOSOJu8v9jUcejtEBhgvM/
tEzIDBLi2WzOzcuQeJj65IQwJ/XNR9Ykm10Jx9zw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-16-Aug-2023-05-48-19-GMT.mhtml

**Hash (SHA256)**

82a7dc773e209269990e377a05eff729760be07c6be4acad86b5cd9896442895

**Signature (PKCS#1v1.5)**

xKHKVM2GDUgTQnszQuc87LzMicmnX9jaredlact+adqcYMi0AFpB7KBTlVoK4XKBgtE8opK0ahag6l/zCi1OQ2aIEsgCviMZTxs5/rIl0mhDuys7dEnkJaw1zHWxmN65fZ0VydgygApmiG0M/igBiZobRH4R3h9m3L2TsqodGlTD6tQfKNcUeJf0c7o/Gj4oKCOsDcghz
+9TORWc0xUIIvaB1XF2KcemGZK+plnsQkF+rIYjC0XEp0thTXaK/gYCihY/HEZzsdSb7/ArGU2ebzIbxxJXlZmKlrxLFcXeWQ/iMdZ7BTZ48+w/zf+otAiHXCBEopnrFNQmO1Qhhf0Q==





# Evidence Collection Report

Page Title
'12 x Smiley Face Fridge Magnets Memo Magnet Whiteboard Notice Board Magnet 35mm | eBay

URL
https://www.ebay.com/itm/255028937913

Collection Date
Mon, 28 Aug 2023 04:31:56 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Chris Nunes

IP Address
199.250.12.41

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7 V1)
[02:e216:e435c8b1a2c1c2fe41cbbe1b3c0d5fffbb2a59ad6b6ffadlfefe06b0cbfa39d07f7f7 b2a2d97da2c95975d19736011cf99fe4d0e74fde5e49ad993047af3f6a71e2fd0a8d3d4a54a0]

# File Signatures

SCREEN CAPTURE
PDF

File Name
255028937913.pdf

Hash (SHA256)
a732eb45cf2cd6e2f2d230f18367f9367fd69b0211def90cedbe7f68feb41e59c12b12aa5d85c05dd29b53c9

Signature (PKCS#7 V.0)
ec234f2ce9fe2ceadb344f935eabdd1c2c9f49367ae2c50f25f9fe42efbba2045c62a47a2b9acfb1ba39ea4a43d4049ab93a3a2b6e3a62af6f2faf2b4c7d735




   

    




   







 

    






**AXENCIS**

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 29 Aug 2023 04:54:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.74.192

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OM/JoxBkzGlnUFP/hbZ9MhOUtoLUeD3qgVPjM+m4dQO9LDYUKC62roXrFoNmch8da6VDRIrDlQoknLb94sHuNGWc12DMp2VnGMz/a7gaCaLbCP5PpWSzpL4V9ETvqeqeYXa3Ry9oDrZkfi3d8W5ihysIq37xALO8PRrqnKGHm3X1g3Tw2C92NLWQne2/ZZJp7agltpynwwmEa/vO3tiSm4xvAkW4arn9cMWN9rIaiuSrbqf/7LpbkkSoc9nxRZeJrOk2eiU5a4ALLW1DDb19ZZokEexfYGo07eO0NTFX+Rgg28cVGIOEo1TM3ZIlD9EllvetzAuLdmKflW3en5bttRQ==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https]s]/[fs]/pay.ebay.com/[fs]/rxo]]_Tue,-29-Aug-2023-04-54-41-GMT.mhtml

**Hash (SHA256)**

b8637139fa0c3f085b8ba4da5cceea1b23c7c7376b88db55ebdb7c1399abd16

**Signature (PKCS#1v1.5)**

EsjhGEeXFdUfdd81yomVwVk3YcQhPzTXQ2CZFfy1uhrw5grDM+eiYjvZLabq9nher6CiS6+gxZFcR/Q0ka53gcguvQsgr3dZxTIfx80Nk5uHcAvCQEUukGhIqhqcy4iwxgJ7jfewXdg0xiVhajMCGm+hgNOVT8lFYoLsHn2w3e8nA84L5g/+E9c6255P8N7nHHXm1icXhNa2fserPfDnPdjI272xYcX5Dbs9RvQ8wz5G4hVWfz6kdR6CeSRnyxxst/HAjnFL5fGmc73LARijlTUux+R5h2DrS+rYG0aSicelzGs8zLGwzSNt3P29h7aD2XXUQXKBSyrFC/fSEMKig==





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



# Evidence Collection Report

**Page Title**
Yellow Dripping Smiley Illustration Kids Fleece Hoodie Back To School | eBay

**Site URL**
https://www.ebay.com/itm/404308950595

**Collection Date**
Tue, 08 Aug 2023 01:11:30 UTC [US Department of Commerce / NIST authenticated timestamp]

**Collected by**
Michaela Ihrig

**IP Address**
[redacted]

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (PKCS#1 v1.5)**

## File Signatures

SCREEN CAPTURE
File Name
screencap_ihmejuio@vxvxx.xkxyy.com0jhhn0joj6mhh594d4j_Tue,08 Aug 2023 01:11:30.5847.webm
Hash (SHA256)
cd3e8d635569f609567c66c59c4eceb5e0013dc6bbbbc4d5fbc73e68b7

Signature (PKCS#1 v1.5)
0s9j6340sj9j3...

Digital Signature (PKCS#1 v1.5)





### Similar sponsored items    See all








### Sponsored items customers also bought    See all







## Item specifics

## Item description from the seller

### Yellow Dripping Smiley Illustration Kids Fleece Hoodie Back To School





Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 07:12:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YpzSvMXULkX44/hnTtLbzZObTK8XTLZUe9WDF9F0yraI3gXU1QckAeUao31hQErcjS9AVUG1nKC7tWwG4iS0Wwv2r5oDRjDv6XNS2nbd2adgF9o5QiKSHTPLGrLr+5a3Fr9UetnmLq7TYIxRZTf4VuCEOKnAer$ZcJqoN1noMizv7uNUl69sMqyjk1giTqbREsKp2cRSo6I914n6EDITCQYvnI0eNWc+2goUcBiE87j6+MGUXIW9bq/NQE8tsxJPw7aORRxMGVb0bzJ5EMagve7WCubH+pJyuMEjGPhmStzk7rj5BnUKGjYCfxvalkrm2GxF9qV/h+KdPZCdUD0Nw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs][fs]pay.ebay.com[fs]rxo][_Tue,-08-Aug-2023-07-12-42-GMT.mhtml

**Hash (SHA256)**

5f03d27c045d3ef6f560842200l8bd258bf64f1a6f19d3b4d4ce94a72e27a6dea

**Signature (PKCS#1v1.5)**

M79vijT7XmkH9uTbbEgOcfTWFWBTipQ23ubc5kfOVJu0eX0Ygli5igHkkFSlenlgz/WsQhjzOFvimPJpHjLW99e6GLahH1GBY2AFcxGqSkrQQbApLLBatfubQwdD0osZ3y9YZhQyT46UGoBdobT9C1WneD1am8nwOmO/mkpnU0NyCtEL+Xrh8mPOInkG5D7ppyFb/Gb5ma6dpIYpoPn+KZa/L939iso+ewaNDriz52J+NLVAjow4QYrPejEBlWcwOpoK6+GdvNuxukOsBaa1tUR153FDkrhWS87914EDqFz/TX9tygMbjkzdq711FzgZma51y9t60zskasgBf2i4Q==





# Evidence Collection Report

**Page Title**
Solid 14K Yellow Gold Heart Smiley Kids' Earrings

URL
https://www.ebay.com/itm/156739919804

**Collection Date**
Wed, 30 Aug 2023 14:25:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
AXENCIS

**Evidence / Software**
256 XT 2.0.196

## File Signatures

SCREEN CAPTURE
HASHTAG
File Name
screenshot_156739919804.png
Hash Function
SHA256
HASH (HEXADECIMAL)
eef8230668f4c90f0c0eb0bd782300504ef6a1667013c33e2457d7afc42900c78f65f6d25ee74a7a6f6f7b8d738a47b...
Signature (PKCS#7 v1.5)
aaQkGnbbZI7IQo4QwxAKBz4j6CAJ83Y6kN8pcDwEQ9...





Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 19:27:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

193.27.12.196

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

js6RTZw43ecZ5sd/Cj7zQJ6Bu8OCuUlET3n4l0yaodH7ZRyDPLoGDcTKm5Drk0z/RDPqEfixYQeR+nne8fxBp8YD8zt35P5aH2ibkB8Kidj/YERbEPhEnuHdRNCld1BShL6vcpcXfLrKjg6yJWlmPKoIPlGfb1Kn2y3nOyplDDrzX2/n2Cpkc39d8/H72rhfRR6zJf4Sl6zXQEDscWKlig+FOyvQwUj/eQUMKLOAWpD6U8re1KKmSbtKSMkt8PgEHlhr7dAzPrltYpOps0psSNykJrn05ueY0OPSzr9uoOMhcGciyZjMe0nLyTvmTDFCuOX/d7L7bcb1Snwl7G8GyA++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[httpa[s[fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-19-27-19-GMT.mhtml

**Hash (SHA256)**

65379ef16cb3abd87391dcab507c27a8a3fc0b282eee206177a67591 8e0bccb5

**Signature (PKCS#1v1.5)**

FKh0u9BojVgMRGfFbJrgPCyrAl7PiUA2e8Elo5Wx4xZzb15fN0rv/Noo7vNJGFRbLaFx0vlav24C9sslGqb5JZ5jTYWrSouXwJtQJP+8CpPqJiJ8wvt9KXFsD6vTzrM/uG6Xuuan+JJeGju4xgvsX09wkiJWGPjHTJwr5fLWmWbkP70jSlCaVwW0Qe5E/u6gjscZmB0005cuLynBOly+LlkehlCoMksDFAWYyPgiJeGiCc1vS9DZFx5rH1O7iVO8LVwoj/6r2VSkwbVNwgvK8cqtU1vSmm570CFTehNuy9kad8KFguV9Q6uDFbw4v9MDP78XpUpz5tsd1plGDSrw==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

JEMUALE Smiley Face Ring, Gold Plated Colorful 6~8 Size Ring Chunky Ring as Gift for Women Men Girl (rose red)… (white)|Amazon.com

**URL**

https://www.amazon.com/dp/B0989K2CFW

**Collection Date**

Sun, 27 Aug 2023 16:40:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.224

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

SfjMBBAqNaVFLW5DcFX4ery24+2sG4LCBjEOaL5YBA5HFBkgUTKz9va0ccmrlhbmf4QSNqtR1dpdQS5HJsiWQU5es5WrRhcW8cZemYACMH7neBcmUmrmIS0JveGj41kEG3unA8tBoElfvhFdKdwxoMd56PCIVfoUQXpP7pJaWGDoyAnQi5L5skjVi6n1YUUOdlruq2lkVa2Zv81h8kFQ3jtEgVRZrg4/dOhV1jJjUi1EJZN8hbStT4Mr/OfzzeHylMWSXIjX48K64U9tNnspDpqcBKtcFqLzfCZihrLR/PYHUKIz0FddH9CnJoQWAnlN7S8lYx3O/AteB7ET/oksbw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0989K2CFW]]_Sun,-27-Aug-2023-16-40-44-GMT.mhtml

**Hash (SHA256)**

950b58a79988b8bb17e7fa7dfa293fc6b8add8aae527d48fc66a31dc85e077eb

**Signature (PKCS#1v1.5)**

CCp/wAwaYg3/rJ7Hs23piYT3lZn2Q5Ucx/2JSXqIZXKRiAamoOAqFO7M8eWNGHTOMgPboR4xYTXkNntyNmizhSbTMcyOZOYn2LkzEIKJVEr1ZnICLJTIF219VRchlmZhsCtCsNi3AUQ6GcKp8uVZKBxT2gsdx2kXb6sLs4N9nmz2lPGyC5LBRywZ/mKmQACYiBsMPoDlphPizMg0uMSMCZCKpXporfHaPOuTx2bLvGcUjxt4vs1phmbHBBKjDNAiK+6hiv49UIBMGTGEKLEeX1rQaFq4X/2FDRQ+DAfHUnhqhxklg6o0VDvQBzLTUh83fsT98WIRZQ1nv9PhmYV/2A==










































































Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sun, 27 Aug 2023 16:42:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.224

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ORNS0s+tZ5+hC3oyTg66jbQF6wVXNMi4Jyk6Qj1dNVlZMryjjjqvdm3CVc/RyyiXurbCjiXkk5F0iXp7wlScs1W920yr1248FR3HebfLnCZ59MOoekuRHwL9XCJVewi5Bzu6apmzpkL2FG+Hp/dcxk8w0XLffcETQgH/v+e8tvqtXvyXjDIhXAs8aj+Ipq6us+7Pu+mZ3VKsOJ/003kDtRfFkisxm/0XehlnK/ckjUusvGtDAQTZhgTiOYXS1oZpupmQyyqD7aAThAjSbqm8FH18xs5u2tkRGf5CtcXs5MtzB8T/RX3/6E/H42BBozYiI2HeDXtYOrDxDYkDfjGwltw==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s]fs]fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sun,-27-Aug-2023-16-42-55-GMT.mhtml

**Hash (SHA256)**

a3eb8e6a82891f24a49de983a710a5ff111eaf98aef109c28eb3e5c197f4ecb7

**Signature (PKCS#1v1.5)**

vOLIO+3t0SDgpkneDOFYyGVS/keFtxC8omcNNsRHjC+7tPWzWz4OA8xPYxZlN441Urr3toLUta86FG05Kgptn8xemCATKuQja96Na6JmtinLhmveB7ctYyzdfzmbEBVjBnt9Dgo83X+WOOWHbGDxZGMOX+73bTxkPxNFc2FwHfAv9B9AJyMuVRj5ep8Sm7czlzmlUtLOWNorWBILnQMGOjDL2Q+/hD6SHhBxPwAr6PZ5KUPzLLfLLAEO43Sw7VLEvVgHMvAer3FTTZmKJbFyCx3qOPzvvaMxTSxtyFlCbJ05V7MLZJmV6rjXjoyt0Pz4Hpxasm2MUgQ6JheJbEfVKg==





Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Personalized Cufflinks,Smiley Face Cufflinks,Yellow Cuff Links,Handmade Cufflinks,Glass Round Silver Cufflinks,Charm Jewelry,Shirt Cufflinks,Vintage Style, I Wish

**URL**

https://www.wish.com/c/585b739e751d1d4ef0a4c25c

**Collection Date**

Thu, 10 Aug 2023 07:08:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49cd:5f00:e581:f668:cc3b:d15f

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hziGhc2CsQFEnCSzdSpwhYA3JEbTDx2XSooUyFgcKXPLEBPu/uK1zt5XLkyQm19CEHFW/YNuXxGelqrxTaAZKy/mxd9/vZHdrfmI6tpWbfedSEjhhc8aBzicO+Zg8OF1Lm1X0QOYfzDSbAaOlNQao+ESgPRCF9XOYY0GkFxcyKWDDd4Wr4zlKATYOM2JrKq1KZHKlSOKivYoT+Vjd758Ayr
AgoqXFB8j0iS2RPWq9Obj7W6S1I+MDG3gJq4gJsqfLwEQfRAMfR01oOQSppquHRFUM5tIJrXxkBRCXPC28trhF+EZjNQBn3oc74ty+L9+d/G1V7Ulto/sGS3LK1Ydg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]|fs][fs]www.wish.com[fs|c|fs]585b739e751d1d4ef0a4c25c]]_Thu,-10-Aug-2023-07-08-17-GMT.mhtml

**Hash (SHA256)**

fe50ca08a342b42a9d2ac8747444aeaefae54cef61d73f26d463ecc1221bdb73

**Signature (PKCS#1v1.5)**

CtC0IoXxU/b89rEfZeRT8qIm7xQ7uOqq7zWatVuUVSXUtVXuCRUtd+SUmfaDxKwXpxp3pqcMrhGVOgZnpmjEoejwHKpK1FSSKH9rJd8j/90XFTs6+AZbB+nWpVUwnxbgz9YFWQ2fhN/ENx/+kmbNDyxcdNJbH09//wTib7v+QyeiXf3rgi8KgUI7dTnrq1wKL7A4jy0hHoHDL8XR8g2WL
+v2T2g2xSR0syZBRP+Ekk9SjsR3kyXWTjU/BICL/Td6vRkkoVwFiJa4EbWZP9YhX2JjgghwBmvKcnNvYxfsTJD3Y2U+miBwYfhHidh8ighSNiY5knZmxQfA4EgbMsazQabCA==





# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Thu, 10 Aug 2023 07:11:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49cd:5f00:e581:f668:cc3b:d15f

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ioAiY9Bb0gpKX1r4S4uOnxS/fzRDy1nfR8U23yVLeD18OYyQKTl92r6Ek2OXIHEZVATk5XSug0NvFAgOsSZLrEd1Nr9rm3XGoMdstblRn+5krs1xGVkkJ/rihDGfl2vAnZGTBlYxZ1vmY71dj0fu7sFh3TbaiRd6e7WTOCKsbYfn81MxEMl6GXHOZwV1LT5U0GPyIAwhBBTbw1eNoJXfjcuwknfOGoz+DJ0+wP540SOY2VwGdAUxeGzsO4uzekl89UKxunbj5F2N4Tfu9Z/7InBLaydk4OXkiA67cmlfEPx8CSKT+w8t9TSYN+IxdWinTAlqw2pW7gvhGODT7fqimg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Thu,-10-Aug-2023-07-11-45-GMT.mhtml

**Hash (SHA256)**

b0bba1ddd62f92044d48759eb320fd6bea0e095a594d87375da9d9ca8dd78f5d

**Signature (PKCS#1v1.5)**

E0UKpx2p0yQoe6cce6ikp0utMwvRtcW/S2miWiJEUM1e/8YSSfn1flpXiy6opMBRFP6ZphfBbds+I15U0NVXzXSM8NkGe7oxQKsP3CQRrc4mRII1HY9kyw16b3Jr83x4N8cytR8A7waPTvhP4hjMQ+gBMcF0KAIQuGa3RN3e9QJKGbBrcluHx+Uj2w/uoqyIRoqaRVPygactvr4AiPf00x/PasfK6Fg9ngjTTDf9j0WvxaRYnc+nqG6QUIxbk27Jf85YewsB5StBs1AaqGS3oZSn+4KFg2TvE3rGVxsdrCZVoVdmuugwLXVhJiwiK1mNA97AbGCDcVKGL/9iebraZhA==







AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: Samarth Round Cut White Diamond 925 Sterling Silver 14K Yellow Gold Over Diamond Smiley Happy Face Pendant Necklace for Women's : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B0B6CYPSHY

**Collection Date**

Wed, 09 Aug 2023 07:28:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

vJgUJksKEbgrqu2NIgVo069dNKT7Ah9kRPdDvN0H53uHhtJEzfBzp46kMil05EAoVgKLz8+tjnx7ge8YXK0orRwFe+0Zw4SEURPhnfZRMnCgze4aprAanAWWHrQST1fhYeEXOl/nVSzNQKfblJ9vffdGwRwwWqtWQq9jgA+gN4f1tcL3lTgWwwXEbEq4q
+AIUpg5xXlsRHGUHABMhr5n9ZRyyRImR/13rfK52rzaUvo4Scep0jikOKeQit1fG1DeGc9gyLKoRZ4WuE/cIHvpwu5RRIHynkXIWaGMdNIs22xv8KfyUFBrOtG38XHTt2aJen7o2Tb6sCR5VS42voA8Xg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0B6CYPSHY]]_Wed,-09-Aug-2023-07-28-34-GMT.mhtml

**Hash (SHA256)**

74b52f2df494325e8226437441a8e35981b97f80369b9732f106c89bd3cd614f

**Signature (PKCS#1v1.5)**

VWEgCg6mZ2JkWkUBOzjU3SVIm2yXjeoSmO3ZKt5s/E7vCTGytCQDTfp4lEeZfUHSPEROAN5WtoQIpfRhJL52qsCaG37eBlauWIh7O+syerK27al+Dzzbt63nVFlFqvPwse5dRaRGs4Wxy3WIp3zNNOPqWiSnoDnnE6WBLpSNVcfKmZNshT0PgoVnYWFm3t46bLkzcfW4wvIRk5GQntk2MHur
+tFmrkLpDQOFQgY6aoSlJ6VwO7m7ETimi+Q3F4ahOgT0CDr+ptQb2HEdNUbV/FiRM45aMQVBqGmUaDdlr3dhlARfmHd1qGA0WJpO1zwTpSNSYrJCntVhLZTK8N9Thg==











Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 09 Aug 2023 07:30:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

kdLX7BJR0DeLS6GleqblwHPa2VapUtiKy5FZARTz2N0nTrW0BnlBW6GqZ0NR3i0HVCotNgp0Qby4wnkDUkxEDnu9eFRiQcTPUk9yKSU/o6fpQX5G+Vio3kpc5Rb3yrPqqga/KniuNnTmI+SWpklRVVV7gE75s62b/mLUG91S6oeuOGoylxmeV+ro8xryD0dPsATa7glVohZwuUpSVD0DrlpJERMtvXs6dc7G7lylVTEcDiK8pSHYniiBsiY4lbyFLefjcC1GZtmvJfzZ5tMH8lst3Axe8/BnNRw1N6mp19FOPE30Hg8OupyYKs7hTpcv3shl8Erhhb7+iEQvysAKZQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[|https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html[]_Wed_-09-Aug-2023-07-30-18-GMT.mhtml

**Hash (SHA256)**

dd5c4209c5f135295b587950338d6078b629a5b58b9e68eb86bc238e54931418

**Signature (PKCS#1v1.5)**

vvo3LHrP1t0Vx3jtnRe17qpWFGJ9oZPtL9Pg3NX92p2C0fkCZ+Zq47qQcyQK2n/i/J32huhm7btfhOSVHO3lHnpsKnNPeANFjyk+MrxkRGS4x/Qka0hA7PtGO+NWlF8yltUQ97elYlvPr4qrCLGrOKSa1wrYAg1WS8MvdlGh9UkXNh9WqVM9F9L6rvZP7/5wfFmF0qcjYgs3A416IBAslHikG+uiK/aZhaiV1ZMqkHX7d1o9wsm3Rbbjv5RiP6RRcy6yTBUtSyaQa9VAeuF3E949nlCPtkeTqud3LBEXRlMybriEiaBnSykk5KwTC1PDZl5xOL+Hr7PnWa4X4WFF4AA==



# Evidence Collection Report

**Page Title**

925 Sterling Silver Vintage Girl's Women's Happy Smiley Face Adjustable Ring | eBay

**URL**

https://www.ebay.com/itm/??????

**Collection Date**

Wed, 20 Sep 2023 05:45:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Hemmel van Veldengen

**IP Address**

192.150.42.192

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/117.0.0.0 Safari/537.36

**Digital Signature (SHA256, RFC3161 Timestamp)**

# File Signatures

**SCREEN CAPTURE**

**SHA256**

**File Name**

**Signature (PKCS#7, …)**





## Similar sponsored items

    

## Sponsored items inspired by your views

   



### Item specifics

### Item description from the seller



jewelleryworld14

## You may also like

   

   

   

   

   

  



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 30 Aug 2023 06:27:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Bh/TmydCifgHroHR5rh7VOodQ+FuSiYcncV7EgyQffCr6j6tDBrHa02QkroQAbtvsF60Q/16P9YA56mlOrunlyZXlbDGD2jpnFkBlFk3VC5k0tZcq2sAl9SHWdfgL+mggLk6NMRcQS8WMU5M6jnjwmjJSsr+mck+OxLEqATT0TTHkgXK2kGQzh/A536HEUfL7wcwskRRq8apoyQp18dEKhQiPEIx0alN4uotqsoei6xknoeFHhFUSLmYHwooqs8qRg2yOLp6XEM+vKLAYMJ3N2fRO+sRMgzxjGA7z6bOTkD2m+HsokPOUwT8qkNfvaXnt8FUosdRfZfFL8e2duBO4kQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-30-Aug-2023-06-27-42-GMT.mhtml

**Hash (SHA256)**

82090b74cb7ce9a5ca475d8078aa90b89651f6c5191f3f4fe00ba8361f86b99

**Signature (PKCS#1v1.5)**

ZB+xGkfn8+pXYnSQFVfdrneyDtUgQw0nGNTw78Biy7NAY8VqiHANq4sUNJzLhUCZs3R5vJAz5yU94KY8uCMnrPRflEode3HuAu89KiNZ7xZZ/Oxappmp1wTWiG8yW9ike79MsWZ2WCt4g9z1aQr4ddg4S2ZW8Xhv430w7Ushiuc76jJw07vbH4p3G47zdMLGx9Cs6CB+buUuZJMhkWe7TKPccyTpDht+w3V1/TzDwSbjkPbLUCJ3wqPhdcdJvCWrOuq94fNlZam5QfsHhg1z6klVfdl/tMgAL4we+PwHsa5mqlN4mjehqf39ZpXs9FHWkkmOoqFqyiyflfn0K7fUmQ==





AXENCIS
Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**
0.90ct Lab-Created Diamond Smiley Engagement Earrings 14K Yellow Gold Finish | eBay
**URL**
https://www.ebay.com/itm/234753962950
**Collection Date**
Sun, 06 Aug 2023 04:07:01 UTC (US Department of Commerce / NIST authenticated timestamp)
**Collected by**
Michaela Borja
**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**
at8WQrBfEZHBuUScPlUc25UqK8W6bnpWyjVCDTbGipEgLQmS2LVdkl1ZxgUb5TADd5waXHqpTlGdWHnZWFkaFDSbgwXn9V2FGQcppd7dRnT4kzRDfGAzTtmxaweFh0G/mZoBynoPVdP8Im6LryjvKOzCRBKVAyr8NozBT32aIz+38fxxRT1EOqo3Cc/
INU5lH8OdffFDlqv9Qerh7W9A9hNCWIThEfSloGA311Nm/ySwnuzW3ZhQhrGofRfc0CKUIBwh2xSXTBj4OOGeXK97DYQe5EUYK0brwemfPdob/HOrefeKS5KJv6cIytprpdUKr4go8/CgcI0SrlB2fhtXIg==

# File Signatures

SCREEN CAPTURE
MHTML
**File Name**
screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]234753962950]]_Sun,-06-Aug-2023-04-07-01-GMT.mhtml
**Hash (SHA256)**
8490623de3fa5e021c71d2478f9cfccd2ad3e8f256f719d90d8026ad181f2199
**Signature (PKCS#1v1.5)**
A8JIZ9N5zTm/e44AtsdVaBoymSwxF+/AX/6FjIVD0ol5tV/htXt3myKnC2gLzr/rJwdFEoO5WJy7BTyLjDK4md5BXPh9pqYH0QfNti5MzvCOBRUtkiCBQ/qMWBNmf30zZkp8TEPtIRpNTNpRwR5DjDPJiqf3ilhBIOJ2Xpq3r1c6aJ6hXzhoW0P58HEv3wulEvZKO/
NqyTcArtd5+5Q/1U3XWs1K35SmBGshLWwSQRIZkq3VjFCy1bhs5LH7nzympcyaLx0d6ENKHBZrNF/0dagePXlVKsTmNDefmQaSA51I37KmWeZSDaB9rQYlWFnsNcXiojdUu4zQ5DqfiGAoPQ==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Earrings Share | Add to Watchlist

## 0.90ct Lab-Created Diamond Smiley Engagement Earrings 14K Yellow Gold Finish

Condition: New without tags
""""-------- We Make New Fresh Products After Receive The Order -------""""

Price: US $70.00
Buy It Now
Add to cart

Best Offer:
Make offer
Add to watchlist

Additional service available
2-year protection plan from Allstate - $9.99

Fast and reliable. Ships from United States.

Shipping: Free Expedited Shipping. See details
Located in: Houston, Texas, United States
Delivery: Estimated between Sat, Aug 19 and Tue, Aug 22 to 33132
Includes 10 business days handling time after receipt of cleared payment.
Returns: Seller does not accept returns. See details
Payments: PayPal G Pay VISA Discover
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Have one to sell? Sell now

Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

Seller information
jewelryhouse_19 (359)
99.5% positive feedback
Save seller
Contact seller
Visit store
See other items

## Similar sponsored items See all
Feedback on our suggestions

0.90Ct Lab Created Round Diamond Smiley Wedding Earrings 14K Yellow Gold Finish
New (Other)
$56.00
~~$80.00~~ 30% off
Free shipping

0.90Ct Lab Created Round Diamond Smiley Wedding Earrings 14K Yellow Gold Finish
New
$56.00
~~$80.00~~ 30% off
Free shipping
Seller with a 99.4% positive feedback

10k yellow gold necklace 18.0" box link chain vintage 0.90gr
New (Other)
$45.00
23 bids
+ $4.99 shipping
Seller with a 100% positive feedback

14K SOLID YELLOW GOLD STUD EARRINGS W/ 2 CARATS LAB SIMULATED DIAMONDS/ 6MM
New
$61.79
~~$76.29~~ 19% off
Free shipping
28 sold

Women's Stud Earrings 3Ct Round Cut Lab-Created Diamond 14K Yellow Gold Finish .
New (Other)
$71.99
~~$89.99~~ 20% off
Free shipping
Seller with a 100% positive feedback

## Sponsored items inspired by your views See all
Feedback on our suggestions

Ladies Womens Smiley Face Slippers Slip On Faux Fleece Lining Sizes S M L
New
$15.30
+ $3.76 shipping
52 sold

EuropeanAmerican Designer Hip-hop Full of Diamonds Smiley Face Cool Bracelet 8"
New
$11.69
~~$12.99~~ 10% off
Free shipping
6 watchers

12" Happy Face 10-100 Party Decorations Latex Large balloons Helium Father Day
New
$3.69
+ $14.27 shipping
Seller with a 99.3% positive feedback

Men's Digital Smiley Print Short Sleeve Men casual T-shirt
New
$29.09
~~$32.32~~ 10% off
Free shipping

2Ct Lab Created Diamond Round Smiley Pendant 14K White Gold Plated 18" Free Chai
New
$94.25
~~$145.00~~ 35% off
Free shipping
Seller with a 100% positive feedback

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing. eBay item number: 234753962950
Last updated on Apr 20, 2023 04:34:17 PDT View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New without tags | Seller Notes | """"-------- We Make New Fresh Products After Receive The Order -------"""" |
| Handmade | Yes | Country of Origin | United States |
| Total Carat Weight | 0.75 ctw - 0.99 ctw | Country/Region of Manufacture | United States |
| Style | Stud | Base Metal | Sterling Silver, 925 parts per 1000 |
| Diamond Clarity Grade | Very, Very Slightly Included (VVS1) | Material | Stone |
| Theme | Beauty | Total Carat Weight (TCW) | 0.90 Carat (Approx) |
| Personalize | Yes | Ear Area | Lobe |
| Type | Earrings | Secondary Stone | Diamond |
| Cut Grade | Excellent | Features | Adjustable, Engraved, Nickel-Free |
| Seller Warranty | Yes | Main Stone Color | White |
| Antique | No | Color | Yellow |
| Vintage | No | Main Stone Treatment | Not Enhanced |
| Metal Purity | 925 parts per 1000 | Signed | Yes |
| Closure | Push Back | Main Stone | Diamond |
| Wholesale | Yes | Main Stone Creation | Lab-Created |
| Occasion | Anniversary, Birthday, Christmas, Confirmation/Communion, Engagement, Father's Day, Graduation, Mother's Day, Valentine's Day | Metal | Sterling Silver |
| Brand | jewelryhouse_19 | Diamond Color Grade | D |
| Era | Undated | Main Stone Shape | Round |
| UPC | Does not apply | | |

## Item description from the seller

# Welcome To Jewelryhouse19

**We're a jewelry manufacturer based in USA and India. We can make any kind of Fashion and Fine jewelry. If you're interested in bulk buying, wholesale or custom made order then please contact us directly through eBay message system, we'll reply you with best price**

## WE GUARANTEE :

- **AMAZING QUALITY**
- **REASONABLE PRICE**
- **EXCELLENT CUSTOMER SERVICE**
- **HASSLE FREE SMOOTH TRANSACTION**

- **We Strive to meet and exceed our Customers Expectations. Our main principle that guides us on our everyday operations is Quality, On time Delivery, and Pricing**

## We offer Customization

**If you want to add personal touch to this piece contact us and we will create one just for you. You can customize the following things given below :**

1. Ring Resizing
2. Redesign
3. Metal Change ( 925 Sterling Silver / 10k Gold / 14k Gold / 18k Gold )
4. Metal Color Change ( White / Rose / Yellow )
5. Color Stones ( Red / Green / Yellow / Blue / Black etc)
6. Engraving (No. of characters will subject to size and space in the jewelry)

**PAYMENT POLICY**

1. We accept payment via PayPal only.
2. You can also use a credit card for payment by using PayPal as a guest.
3. Payment is required within 3 days after buying.

**SHIPPING POLICY**

1. We ship worldwide.
2. Our office is in USA and our manufacturer unit is in India. Hence, some of our items are directly shipped from India.
3. Handling time is 5 business days after receiving cleared payment and ring size confirmation. (Business days excludes Saturdays / Sundays and Public Holidays)
4. Delivery time in US, UK and Australia is 5 to 7 business days, other count

ries 5 to 10 business days (which may extend during peak season time).
5. We ship only to PayPal verified address, Kindly update complete shipping address and contact number for smooth and hassle free shipping.

**EXPEDITED SHIPPING**

(Expedited shipping) We are able to provide a faster method of shipping with online tracking and delivery confirmation within 3-5 working days, can be availed on request for just $20.

**RETURN POLICY**

1. We accept returns only if there is any manufacturing defect or in transit damage.
2. Refund amount is based on product price you have purchased for.
3. Please remember to contact us before sending any item back so that we provide our return address.
4. For incomplete or wrong address we are not liable for any return.
5. If the buyer wants to return the item for his/her own personal reasons (without any valid reason of item received in damage condition or unless it is defective) the return shipping charges will be born by buyer.

**BUYER'S FEEDBACK**

1. Your feedback is very important to us.
2. We appreciate your Positive Feedback with 5 star ratings, and will do the same in return.
3. If you have any questions, or issue with your order please don't hesitate to contact us through eBay message or customer service e-mail before you leave us any neutral/negative feedback or open a eBay request. We will resolve the problem to your satisfaction.
4. Due to the high volume of email and phone calls, please allow 1-2 business days for a response. We will respond to your message in the order received and will try our best to reply as soon as possible.

**CONTACT US**

Feel Free to contact us for any queries about the product through "Ask Seller a Question"

**Please save our eBay store by clicking on "save this seller" and bookmark our eBay store on your web browser to visit our store again.**

**THANK YOU**

# *Welcome to Jewelryhouse_19*

*Note : This ring is made to order. Kindly confirm your ring size within 24 hours for speedy process of manufacturing.*

***WE OFFER CUSTOMIZATION***

**If you want to add personal touch to this piece contact us and we will create one just for you. You can customize the following things given below :**

1. Ring Resizing
2. Redesign
3. Metal Change ( 925 Sterling Silver / 10k Gold / 14k Gold / 18k Gold )
4. Metal Colour Change ( White / Rose / Yellow )
5. Colour Stones ( Red / Green / Yellow / Blue / Black )
6. Engraving ( No. of characters will subject to size and space in the jewelry ).

***PAYMENT POLICY***

1. We accept payment via PayPal only.
2. You can also use a credit card for payment by using PayPal as a guest.
3. Payment is required within 3 days after buying.

***SHIPPING POLICY***

1. We ship worldwide.
2. Handling time is 10 business days after receiving clear payment and ring size confirmation. ( Business days excludes Saturdays / Sundays and Public Holidays.
3. Delivery time will be 5-10 working days (which may extend during peak season time).
4. Kindly provide complete address and contact number for hassle free shipping.

***EXPEDITED SHIPPING***

Expedited shipping with online tracking and delivery confirmation within 3-5 working days can be availed on request.

***RETURN POLICY***

1. We accept returns only if there is any manufacturing defect or in transit damage.
2. Refund amount is based on product's price you have purchased for.
3. Please remember to contact us before sending any item back.
4. For incomplete or wrong address we are not liable for any return.
5. If the buyer wants to return the item for his/her own personal reasons ( without any valid reason of item received in damage condition or unless it is defective ) the return shipping charges will be born by buyer.

***BUYER'S FEEDBACK***

1. Your feedback is very important to us.
2. Do remember to give us 5 star rating if you are satisfied with our product and service.
3. If you have any queries related to the product or service you can expect a reply within 12-48 hours of inquiry.
4. Do contact us before leaving a negative or neutral feedback to get a 100% solution for the dissatisfaction caused to you.

***CONTACT US***

**Feel Free to contact us for any queries about the product through " Ask Seller a Question "**

**THANK YOU**

## jeweleryshop19
99.5% Positive Feedback
2.3K Items sold
Visit store
Contact
Save seller

**Detailed seller ratings**
Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.7 |
| Communication | 4.8 |

**Popular categories from this store** See all
Engagement Ring | Wedding Band | Band Ring | Men's Ring | Bridal Set | Trio Set | Nose Pin | Earring | Pendant

**Seller feedback** (858)

r***r (3) • Past month
Item was same as display and was well size up.Good looking ring.
1.68 Ct Lab-Created Diamond Wedding Bridal Set Engagement Ring 14K White Gold (#234639388438)

i***i (211) • Past month
Well made earrings, thank you
4Ct Round Cut Blue Tanzanite Halo Stud Earrings Push Back 14K White Gold Finish (#234632246449)

0***m (149) • Past month
Earrings look like glass in a fake setting. Took longer than it should have. Seller didn't turn it over to USPS until 10 days after purchase and then blamed it on USPS.
14K White Gold Finish 2Ct Lab-Created Round Cut Diamond Solitaire Stud Earrings (#234765741548)

See all feedback

Back to home page Return to top
More to explore : Yellow Gold Diamond Wristwatches, Yellow Gold Band Diamond Wristwatches for Men, Yellow Gold Band Diamond Wristwatches for Women, Yellow Gold Band Diamond Luxury Wristwatches, Diamond Accent Yellow Gold Band Wristwatches, Rolex Day-Date Yellow Gold Band Diamond Wristwatches, Gold Diamond Accent Wristwatches, Gold Diamond Accent Wristwatches for Men, Gold Case Diamond Vintage Wristwatches, White Gold Band Diamond Vintage Wristwatches

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice









Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Sun, 06 Aug 2023 04:08:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

AwzUW46UPa9yAyuuVAMiZy3nqTXSo28l0nhTb8FwW65pzUkO+axyBu74spD/bMFlPNY8KVwRz0f3S7AY6HqE2gS1l9HOqlDiyOqbwZB/96CoL6tq1eSNK/Qq8YWul2GVt4y5MiNeJhwBE9gamnLdqqabCUEeyylsxly6WxnbSM40/GenUtt5PNAC9ZXcqry/C162wnu2KieWNLPKS6MZtmBl/+DgWmS4W5XBFr/xwUIaRVlNcAXbQglfXvz4+vgRisb+lWc4hJ+oRFWBwBQz9sTNLC8jqzNzIrKM46mfS0atCTY6H4koeptyj9YvC3t80P2rAYYoWODL9n3gvdQhA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Sun,-06-Aug-2023-04-08-08-GMT.mhtml

**Hash (SHA256)**

0d5dacd1f9798d50b0f6c6712a079322f71098d76234010f4fac06dda4a083ae5

**Signature (PKCS#1v1.5)**

dSXVS6c5uH4c4sN74MAxxGL+oWjHKmPHi8p2VhrRrAypSd0kgoKfKV6NicqauilBlvbPltu46COrfNoCGwIeJKa7uiDit4Y+gYP29DMdR9WK5vl14f2VQGSbkROj8Tl8ZWhWkiorUceEmxON4Ld1fxikyvzXLwR8HqcxYW1epjYk/tz34qQIW1fGDAueO4ctMWHaDPMO2dBl5DPjV1rcAtylc+I4d1wB9zuW0QTPT9NhApxR1wl4odrJ7LRtvyXlp2irGRbab2Rl07ictRvyF/V0gEOqd22QU5uFPyLjjaMzOMDBpy0S0oPw9csOIDNc9Q+P3D2F211sPdR734fR2MDA==





# Evidence Collection Report

**Page Title**
Balloon Happy Birthday Smiley Face Anagram Round Foil Helium 18" XL Xtra Life | eBay

**URL**
https://www.ebay.com/itm/334954575261

**Collection Date**
Tue, 29 Aug 2023 08:53:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Renminel_Jae.inatorogon

**IP Address**
106.166.42.224

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
1/hhz2URF2wcImWbjxyzBsu3ua5vihUcVzHlIIRfsr6v6eOia3Wz3LtsWOJzOZ4XNObIAJ1/sxmrkxZdk3PlyYOROGbXlPQmaLMx9ty7YJAMauSpde4oU6JtQ3BLjmKHSvJWEF39dwMHT9r4BmnHncDHN1sr1PBSoUZypbMkdpuBAJkNP6P-ex7VtL3Y12tDY7Xyhz34Tb30zt08EO7rHntQ74y8WHsWSbAFMeALmhMyD1OdewqG3kk9v9n4OnG5XhHDt4JJ+rH90E1n1mB10Pef0X5Tdu7zTdn5vpuQ0nQ0dCeBohKEnfP36PgBbemXPuxn+

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**
screenrcap_BehgogDdOIJhzoerw.www.ebay.comJitjfimJhQ334954575261Q_Tue.09.Aug.2023.08-53-51-GMT.mhtml

**Hash (SHA256)**
9bf256e56616fdbf0e66d41776fbd41a93b61562fb173ea7570c19add3e8f14c

**Signature (PKCS#1v1.5)**
T8RHGRGO2Jmap.Lew1PGIV5Xkoba6Uz9.aoCqnoTYLshYWgqYYbXZ90lBdnIGRW3MOsh3cX4.pT4fVz26pj.Jwq6_i4YrbDrXmJCCff3jxnvCX4GbbX3DTYf1ZDTXuwwkbXyYlwfHp9XDqDe0uts3o1z-meB/7WLx4jq6C7d93.wW4FRO-H6uO5fO6EJ6BdJPfxD2u56VbGYfdsQkboLKs2g4zuZ+kP62VGZdZ1tumghjhRmoc2wbDeetc51eDLbnm52Ucb2rKgNTq1IO















# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 29 Aug 2023 08:55:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.224

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PFhK1MXWDV89GOoT1zLQ568sU5X8XWKcE/YE1NsZLj6ZG2Rdbuf0pFHyWtS5Lj3thryQvTzFKK+D1ow8e9c6Mhb6CZTp08t9ydvOHnzT7WHfhyNiC5Hev8fL7v7Q5Qql+G+y3un3vmFQZckOnqdtbd61vTFTzZvUfcvTGWrNnJocop+zR8sDTP2UFHGRpr2RSZdxXQWJa+XkBTDBXD3nEq/Jz13WrC3fAOGuj760bcOp2rgf6CvcynPtuhps73wpRifrFf1dFTWsAou300Dfd++0HuK/Dvdi0bKW/IdJq7GX5AI26iq70t46i90ldhWaCpaw3VevpG7LElsqQBa6KQ==

# File Signatures

**SCREEN CAPTURE**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-29-Aug-2023-08-55-01-GMT.mhtml

**Hash (SHA256)**

7c0cc078848ddc7b82ef1009261e0a31c2732bb0eca2ced1f18df5d3e53aa02c

**Signature (PKCS#1v1.5)**

HnSt6uUpt2ZBBSbivoR8YP2jPQ9HzhzxLKm9ETAq/AN5brWN7Qbi1Rx617u6yW1T0dDAzjCAAfq1SiYpofzO3rv8zxDD8KOVRgNfET+Q8gAgps3R3xDtmIDwRHwu/J9pmR5mdxdEbts0Axm5JuGtkXMocjmcFhfmVPGRRAVjR0ZxIA7BFnYJMC4xOBwRHAx8LUK2mrQSJXrXpDGKe1J4GjnYMny5Pqdml/xSZcuFcixp6z9zi3BzW1nBRWmtNyOi8f77oiyjcEP37usgcelNe4muOyOVmF+c3iVhtiTqLMCyNiwVhyfxfs81IEeDZayDrb3YzexEmswN5uVrtfaTw==





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices ⓘⓘ and AdChoice ⓘ.

Case 1:21-cv-22788-RMP Document 5-9 Entered on FLSD Docket 10/10/2021 Page 43 of 124

# Evidence Collection Report

**Page Title**
HANDMADE ZIPPED PURSE IN SMILEY FACE EMOJI BLACK CREAM PRINT 14cm x 12cm | eBay

**URL**
https://www.ebay.com/itm/133446615572?

**Collection Date**
Tue, 03 Aug 2021 04:30:49 UTC (US Department of Commerce - NIST updated and timestamp)

**Collected by**
Chris Barnes

**IP Address**

**Browser Information**
Mozilla 5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/ 75.0.3.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 V 1.5)**
a5Pwca4TaRyzzX3aW7TbaBKRyjpbHK+F5c80+N9D71uLJqoyaAZzEYFifVDjaWZrhYZ7FHM8GpbtzjQhZ3K7tjV79GB7DyMCHN1PHD7z/R/cvO4NzgtmRD8htY/oGnyfCa51XmmKGA/cbVm1bTZTu8nDYbZb/4Ajx+S4kkH+

## File Signatures

**Page Title**
PDF

**File Name**

a-memos_JlHswbZ8ahlwmzdaac.wVnBjqWc0SbZ19356R1YT/E_Tue_03 Aug 2021 04:19:39 GMT.pdf

**Hash (SHA256)**

**Signature (PKCS#1 V 1.5)**
9213VQlSemVxw2/dsKBV5lGOyAgOs/RJIKGArEl1Q14LicHOb4Spad4swhgO1Kbtqs6CEnBgaovq07s4MT4msM2dw40/ov9r3GRBWWm1i4TtKU01JjQwVg87YT0vQVbqDTIQXbB8sSUbUTM6AhNWBVjt2o58AhBq4MGt



    

   





  





    



Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 30 Aug 2023 01:19:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.74.192

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VX85mjXSO5zN3cEleAdvAuDTHNCcju7FOyKf6qbrle7PE6uTz3RhmVSwexuiziDLXm863vyARcHks4U1nyjJPdjbeWlTeBlc50/E4V0q8kjpO3F3a+jN5hZppcazKwIHdKMwkYBvhxxTePWYnSi0DtrBLUAitQnlROmtuJrqJHFTwTJDKPoPUSAuzH0OZ5t/rwM+sKi2p0y93L1h+vxasnFuj9rtA+5s9Da1iDFNgmnvz42hwvIZ0hWlLa8G5UCfIR7eqzDaPL5AKKTA/RhwOMrufC0q1hCI0yRmiTi5TDAw5TJNHbzENFchtzZzB+06aj2MeV7rS8TEDoVpE0/ikcw==

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-30-Aug-2023-01-19-59-GMT.mhtml

**Hash (SHA256)**

7af71bdd0d0e6b0f88352c587b1d5bd59c5785a19ee01df7d827c3d8044e1ba7

**Signature (PKCS#1v1.5)**

XTQnxyTqBfxr2Y3OuhcnnNMwP15cYc+zO+Htytcj79WcCL9LR8VtAu+RjUb9xvYRtsF//HQPVA9pzoxGITw9CY1yiT2pRA/dFOY2UhXv+fPtQu4+7omJCDIPw7UeHznWUnp+WdHm8aLYogBHRp2x66nePFWmig8IvEjrD17CB0sEun4Tc7o5SjSB8EjF08JHGaJ+/qM8224dG8BlFJgB5mQ9xKIQnBE0Tj1AwWgemOMCrjRFrU+IOic6nWt7zikAshJ14NwZCw7jNCWXMvcmpfIwGRw2tpyuZVlZ7mlq56E7SXNwQ1XkWt3w8niZqxaVKc8b4k2iXhm4A4TJwQ9j/jwr==





Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 05:52:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4904:b200:69bf:7906:a752:afb0

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

XmXlOLwUlSnEZYn36ZC0lXbpBxreHhsdd5V2QlNHgKjpDkyeDAYKJLzu1jmoaDcC/a0CrBNZv3UsMPMWf1GPMcHXQZKyEUPPLfLJyubWNMBPxWaCGg/t02p2FTOxdVwZEbmcAlBKRprfsATlcnHsqagNqd2X8rellaefrzLc
+OJpdU1mbmyCIYcnq8acwdPyBMKUT0E2K8bFYnrF4g6k59cBhu59ED6SWE1Rk3+tudR33iQZcq3RunR40Ms9j4R4UuwaOlb4Vp8SjvACJnWp8ANqV4ZK3cbThTsQ+8cKiisXlUeOmzmDfuh274KOfsmiMiwBd01Y0esyTh08Qsoe8g==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs]][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-05-52-59-GMT.mhtml

**Hash (SHA256)**

480fa4a056d9316f9d918d31241113e7d93ef362fdccf310bf215991694c02e

**Signature (PKCS#1v1.5)**

I0p7WvtyEOy7Xzic2y6iuuOR98pPLROabafzjMRXi2gWkkfJVp5r8wxhdxV2JVN/GWiFRPbmSjlMr+YAftdwSTQk4Lmc1uA+X95Hv45rH2eeK0Za/Of8Fe2efZ1lXOXx3KFSwrJCSjoP3GkE1QjYjJzcdXqy3yluRs0h9FjbJnQoD2eQg+yNjB+5eAFRVy8dL06oroUmNVhy8niaTn1CkFhTCnhgTFgus/
gLw6KzLL0rbfMkb+YE2dizr3UFsNX6z8fxse5vVAo2k5dLpoJeGnvC3VE3nU3xPr1jTAqbhpSqUHNVEtgcEpcbOrmo4RBIDut94L82ZpwmHz4WcyRtRg==



AXENCIS

# Evidence Collection Report

**Page Title**

Men's Smiley 'Rave Face' Hoodie | eBay

**URL**

https://www.ebay.com/itm/325527293239

**Collection Date**

Wed, 02 Aug 2023 06:32:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

XdZpNLX92Zr4mvjZTrheG+9CU4l7v647djuoO0YOwWa42mnIUPi5WH+vfqHbFvxRtAvVxD3VDoo1nAZgMtmRnE2FuUBTGlfIEPCi1Rzd/pixYE06JiwLVKyjNDnQwJrfN+nBdJ5xgcKdP8haH8CRKoQBtX8u8TaQz15gpY3yqa4=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]325527293239]]_Wed,-02-Aug-2023-06-32-18-GMT.pdf

**Hash (SHA256)**

fa289708e813926c852ab90395bf75cb9013f187520ffa1a2e7fc2fcaa6e902d

**Signature (PKCS#1v1.5)**

djE005CmokTSAty2X6n0h1g+IdHKSLBKZXQ2pvsHqBKkNTtpLJzX9bzApSIXGOsgn8E4xdiArrl6i1Rf5rm+52mxkcjl/JqhFr1L5nY3fwrPfJnP7HxDC8olUvQEgV6kDwFBNiw6sYprg3CZbMbipAe++eIDhugzxEtfgmcYOkU=















































# Evidence Collection Report

**Page Title**
10Pcs/Lot Gold Silver Luxury Smiley 3D Alloy Nail Art Zircon Metal Manicure Nail | eBay

**URL**
https://www.ebay.com/itm/126412966995

**Collection Date**
Wed, 02 Aug 2023 14:36:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borys

**IP Address**
2601.4400.8f4e.0730.1884.5a2b.c770.ce22

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**
4jqZ3VABCoxT.jpzeLBqoQnDQMsQTxWX0WjbbgRgbdwAi6AT1x1UY7PUq9Ri.eAos5kv8bePfguDXnM4Y72QR,HGxnlAW 3Y4BvmXDjggxnvI4Ntz6G0g7AWC3omTb
npPFTxYQSZ4WfuHmSEhFvHeXvWwKp1B7MDXAXQSCrJS6WYA8njY5LMwXQPVsRYpSQTHT4qMZnOeAfT4u9kGZ8PjL8QXYgb9dZGmBFPMmOK4d3JS1Z2GptUASZ8ZxE4MCKMTmdSpY4GtrHqdQ1q

## File Signatures

**SCREEN CAPTURE**

**File Name**
screencap_[fd4a5j]b[]@[jzww.ebay.com][]@[jdmjY[1691296995] _Wed_02-Aug-2023-14-36-24-GMT.mhtml

**Hash (SHA256)**
5b4a9a321990f8d9a7791c344b8b8b74da0d1 f4cede16699f0f92fvez

**Signature (PKCS#1v1.5)**
 R3ErKCZmZk3D7RE3k3pPqWzAAe3JYnCeZznRzj0pc3kRm0iiAwZs4JS1KQwuRrq5PzpjRHn7Yfesu4zf4smMWx6LMTpsSK9yAoaGjwXpPd3cJx8ygMKZVZQWiumzW49eN5Bdyg18e8uBBbnJeMzW6e
np8CXkWdJ5AXTcX5r1LCbDk9WhEx9EqZQcQWkuMf4Gdn3NdpdRq4wlwZ1JQGo0ixsvw2pqQ9pGPmbTY7TzDdm9cyghD9HZGkVADm6j5oUWZwQJpyaDDQ3HUQ9XCETf7KdWcvx9jnx















AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 02 Aug 2023 18:46:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:494c:8700:1884:bacb:c770:ce22

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

BX7O9HI8RNF4jXL2MH6P5yW9wjS3zXoNwxPS+W15i2t52yquzGieEuahmdnAXFqvG2VODBnaJ8KvSRZ37yFXMKsHADAU5TRFmRQ7GDnnSfWcJLjiT2jXUuTI3ar7KHiqbxA+DQJs7TGttAkGOwzxPusSqvZG8iDwOpEdiC0oifvkP9cBR0Po9UUVt9hhhUj5SVt2Z4GllSHi/Rr0GRMa9l4ngb+1sgPM0hxpXmrSoDS48+7QCU9yIUPpevaQ1yd9JT3C8+LaRka+YvfDytLlPiASAwi3tafHxep0jkl2plAFv2r92dFlnFUUd+w+H254VXJJzkHFytgrQrK5hI7+Dg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-02-Aug-2023-18-46-49-GMT.mhtml

**Hash (SHA256)**

9053ec1218bd8f94bb3e3bcf997c1e8e7231ed8c2316d13afba191fd037d5af07

**Signature (PKCS#1v1.5)**

fXik7daNz2aob5na+FqERVZxEeBHa8pC7zdehvBEzTQ46JEpBnchcEYrhfaaJAKYBI7Go0EdtdXx/NBAEWhGBaLLhpe5c803UJwv62stR5FuK7pCZq0dYltp+eff/4g1Y3o6+QlAAjwqkYsv/M2+1sZt7sKZ6w2f6CRpKIEVzjfNZoZNPz1HJNch2iVJYFGoI7cFK5YyYv743zTr8/mX1OzsAwAIqzSjhe6p9iv+1hQiDIUIPmJTn7nwB7s+LdDEYKU+UyadbhhXF2sDJKlMgrVyvlxOJDRG8pn8B/IH0t7Dk24I0YM4SeNhyvAqLXnYOgDJOmP+fUh4bZWq1dp9Qi==





# Evidence Collection Report

Page Title

URL

Collected by

IP Address

Digital Capture Details

[metadata block — unreadable small text]

## File Signatures



SCREEN CAPTURE
MHTML
Hash (sha256)
Signature (PKCS#7)











### Similar sponsored items

### Sponsored items inspired by your views



## Item specifics

## Item description from the seller

**DRIPPING MELTING SMILEY - MEN / UNISEX COTTON TSHIRT**

we can add text of your choice please contact us BEFORE purchase

Looking for a t-shirt that's as soft as a cloud? Look no further! Our cotton T-Shirts are so soft, you'll feel like you're wearing a hug all day long. With 11 different colours to choose from, you can find the perfect shade to match your mood, your personality, or your favourite pair of jeans. And why stop at one? Buy multiple shirts and wear a different colour every day of the week! Trust us, your wardrobe will thank you.

**Features:**
Comfort Fit
100% Cotton
Crew Neck
Soft to the Touch

**Size Guide** (Please check carefully BEFORE purchase)

| Size: | S | M | L | XL | XXL |
|---|---|---|---|---|---|
| Chest (to fit): | 34/36 | 38/40 | 42/44 | 46/48 | 50/52 |

**Washing Guide:**
Wash inside out
Low temperature (30degrees)
Do not Iron Print Directly
Do not Tumble Dry

**Not Official Merchandise**

Please note colours will vary in tone slightly due to screen resolutions.

We aim to send within 1-3 working days via tracked postage

## Business seller information

## Return policy



JUST PRINTED
100% Positive Feedback

Detailed seller ratings
Seller feedback (27)



Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 21:13:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

193.27.12.196

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hlQjdvzdFa8aHMmjCad4CXi8pTtxEFiFdaMxjK+0CxeQdFf/Q/ecDfh6xzZmxNLw7U5/5oTC8TmhXh7fgzF2aVnznR/6G6+IjQKfPjPOnXajaZ/DVZLQbNRL96tKzqDWLgh95YN17yr2JQl4EKExN1Sr90Fe00DqMJzl3YyKmN8fAtpMNsm5QiwWPWhtQELVO2bcZNj9CudWs6QVqEagJ0H9WuE4SJNjscJYiwJFkXmQAsdQUacctrNtLfgDT7jFWyqJUZKt0rTJYqtD8yk6yU67E8DYKOB8bMivDe4X7T0PWDssMtW8CU6M9bC/UmElSWxLQH60eVA0DrPd0Tla7A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs]]fs]pay.ebay.com[fs[rxo]]_Wed,-09-Aug-2023-21-13-14-GMT.mhtml

**Hash (SHA256)**

77326aee8fdc3a5229ff13d1044e7b797e2cd05a7136e67fd26e168d0457baa21

**Signature (PKCS#1v1.5)**

WRdXAxT3T0IreLA5M7Eljhuqa1VeKunL4C2l1PPMgZ6JCSin6GwLfPHj03Lnial.+8H2W6WiJnUGfsyPh0iC5ggK0YfNRy1mPtOOgX0ErBNRKEkKKr8WtRRbJXHMX9fd8/3aVrWjUPnguL2t4zrmUHwKRzLXnlyA9Reml3gTNOjYcG3etxGD99tP8IMKE/Sm60ntEutnPhA6LA/tFuKN6Z8Nc00ag39f0KVIEnnH8kDxbaHr2ra6adRWX6k9qEXqzGuYV0Yr8Gapri29oot0ZNXi4+SRGfNtHcvV84K6hVLnzla6HJRNBx6rY60N5nualXP1SYgEGcCUCsiYNFrdMAw==





Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 18:40:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

A8Yj+5kWf7Kw21rh7Xb8M4r6Ya7VqggAT+DC60XtklChLNLL4xR/ctpuC7yQ0U88Q0HuXruOY9U+eLeNM+f+hVU7wfZZ1va634piqHv6qoOzU3Qx/bLomOyBvY7lEjd1/wjsLkHLY77x8ktG3coLkb4k01XYrnnoKl39Aj7lEJ2UR84PbBwPHNCBEvk0utgy/2/sdQFv0Bf4AbNVoS3QFkfZ//zSw3iOe5LpZhbRkKgnHdYhWyX9T69o32VNtHRiz5yOVWcQ921yBjOz81/UVlw+AtTYB44D84Hbyk7OygkKsYbK8XH+yUv6jo9F85oXsCByEt1deME2GoD8EkrA==

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]:[fs][fs]pay.ebay.com[/fs]/rxo]]_Tue,-08-Aug-2023-18-40-06-GMT.mhtml

**Hash (SHA256)**

861b844d2a205846d55dad89dc435306a050a0bdf3c5c43183d0b2049dc96fac

**Signature (PKCS#1v1.5)**

iSM1sSkSRZyKqYHpwik7qQlcxLeGg0/hnL0lPPffK4F0l0Pws6ElfA9a2jtB+0Hfyj59NGm0UXXk0266luN/Ls3nS/SiGE77YhMPj4sNw6xR5V8XnxhGQ/JrGY7aQ8bRcVh9Njkfb/i0Sa20YUw9w0l2SVtFU3f+1JyHuWKgzlrX8fug7flsTBJXPqyRSHOMHe3fAO/06noTSSM6mOwP20E5vZvVrhKxM90OfiKXgdcDtkE/pc1HxMDVNP6x0elZZk3VfEo6U8nxyuFWyD1jVBUgEss/WKRNEiwoDvPL8BflzCN0bg2C6fLsWd7NigQjRZzbLEaxjdRlfx6kmsCBFQ==



# Evidence Collection Report

Page Title

Seller Location

Seller Feedback

URL: https://www.ebay.com/itm/XXXXXXXXXXXX

Collected at

Collected by

Hash

Browser Information

Verdict of Analysis for the items and registered 97.36 (M) this security measures 97.0 m hallmark M

Digital Signature (SHA256 / PKCS#1 v1.5)

## File Signatures

SOURCE CAPTURE

File Hash

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

File Name

File Size

Verdict

File Hash

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx















































# Evidence Collection Report

**Page Title**

Women's Screw Clasp Smiley Smiley Genuine Silver 925 Earrings | eBay

**URL**

https://www.ebay.com/itm/165202801415

**Collected by**

admin

**Published Time**

Wed, 01 Aug 2023 14:15:01 UTC (unparsed/placed timestamp)

**Collected by**

Unknown

**IP Address**

**Date Article Published (as HTML)**

Wednesday 01 January 2020 01:00:00 +0800

**Digital Signature (SHA256 + PGP/GPG v1.2)**

...

# File Signatures

**SCREEN CAPTURE**

**File Name**

**Hash (SHA256)**

...

**Signature (PGP/GPG v1.2)**

...






### Women's Screw Clasp Smiley Smiley Genuine Silver 925 Earrings






**EUR 13.99**

### Similar sponsored items

See all



### Sponsored items inspired by your views

See all

## Item specifics

## Item description from the seller

### Ohrstecker mit Schraubverschluss Smiley

**Verschluss:** Sterling Silber 925
**Material:** Smiley: 6,2 mm
Kugel: 3 / 4 mm
**Verschluss:** Durchmesser: 0,8 mm, Länge: 6,7 mm
**Gewicht:** 1,4 g

Die Abbildungen sind meist zur besseren Darstellung etwas vergrößert. Bitte beachten Sie die Maßangaben.

Wareinhinweis: Schmuck ist nicht für Kinder unter drei Jahre geeignet, wegen verschluckbarer Kleinteile.

## Business seller information

## Return policy

### Kellys Auswahl





Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 07 Aug 2023 14:21:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:497f:e600:b95b:2e52:205f:8608

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

J3fwZLmPL+tNoDbFgwMXxLpcdvZsy6iy0fQ+S2JWm33ibZfpUDwdxosIEUquzwY/el/KXerONjhsL0VXp4yVAjB5QWmkHL8RW2H9KAjyd5pmmgvRi3n1xyAG+U4nWMF5oX3rAPkFHbhkSTEv0i/T7OElJ5g7451+ZTOHiH6qtmL/ntGlaEU91zeALKxuUWR/iSXzDWiQ88D9Ur/DqMTynt+DnLI/NmgtNrKMDxYtfMTkaWK4HbnQhHmiH7A/dX/d6KN+VolcIBbWwV1gD6CZlifPQb76973V8mJYRuCTdz5gk1ZrRwzkyAWoFV3Ek/i3RE9KX/XD3igvMwJTd2cvA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Mon,-07-Aug-2023-14-21-20-GMT.mhtml

**Hash (SHA256)**

3625b3bd5d3b58e7996d1645bcab838604f2b7ba41d164435996075ce30bca46

**Signature (PKCS#1v1.5)**

huJV3ACLimrasWN1dzwlSoARUW7yRlMse/tXzSgciwmwiV5JAK3M/EqCyksJSljcqoHFK3eYYTQsUoNIpY0LkrZ7otLZwfR0hPsgx02/8heVuB/hccOgMufSwM6iBcu7UNHeqecnOq5lF0Oz0w/9jENJVC0GYKiHDMFsYhNmQfOtYlzXOkldcK7WYffhWNzAgNrsB9eO1Ij/i1D/yPXNlMsJMaEejNhhHIz19JIUJ9g6XCrMqIZXehQTMb9LAenzBe7VWLAyda9bDckNbcKhAdvuXfKqTLzBl6x81//hM/9HTEWvLZnHr12TuAFVuVye5vEefcHaRTEYtD55BtSWoQ==





# Evidence Collection Report

**Page Title**
phone grip stand holder bracket smiley face design glossy finish expandable | eBay

**URL**
https://www.ebay.com/itm/235988028007

**Collection Date**
Fri, 04 Aug 2023 01:02:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaels Borja

**IP Address**
2001:4450:44a9:8c00:5de7:10:2915:674

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (PKCS#1v1.5)**
FbpceFSNdniqCT2HrKWhO9KUs9SkbZhsnvyswEkmLfYxqEMz7cyGYurbdCfdurvbd7x4juKXnm6NleLfpdejwDcskyqQnQg53G6kBy8rzVmb4V3v8SqyGrKJdNtpY2QVHwO37sdHbeL4ZpVt6q2ommgghdbvf78f6z39G0jhKUnphIpfH/6G4xFZinqnphQHKCgfI78eOrnqoYuZ6l5GZyvwx9f3hVpI6KsQmrdwZ2
EckUykmSqhX7Hbxuc3Z6nBSUbbAznJw9u3BsJmWg5Q9cfDBR9cMchtY5DxSZyK1U8xeQqlZ8LCwxZLvRPZ45SNvp5AmZmSHPFn1tLNlgWUL0lXm

## File Signatures

**MIME/TYPE**

**File Name**
screencap_fd4mbd2ksf0nvww-ebay.com.bf0rt0yd235988028007b_Fri-04-Aug-2023-01-02-48-GMT.mhtml

**SHA-256**
dcb0d7d0db45f23968e9eaeb740d6791432ed602e19daa50371205f4404a5fe5

**Signature (PKCS#1v1.5)**
Wp9oOZqoiabB6Nw7t4CV4aceKGPotMF7ehZxW7kYgqDbhZ24e7Darw3CdlN1zjPnyDQ4auh2nJrCVWz1sGn1xJv3xrtsXa9QtkzZ8ssWnbU4gKFbnkbhy7Ti8UkzfnU4y12GXaUfkqAqzvuozhrnDP7fu/vwnoodhpyrVd6ew
KGCddC0qe2sh70bYxx3nvf3kDkb46zmcikzB4CdwSn4yz8qSiLtBfBd8ZSE2NRK9wKLBzRE1dYbBk4


























# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Fri, 04 Aug 2023 01:04:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49c4:8c00:5d47:e620:261b:674

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

CGxxbxg+qjUth7K1vbQmyVUHn3SSKHiVULeC4ExpWQM7D2Xbub6A+LT2I1QVwkQIu5DRDRJ1opJ7oLDpRmcH8xCk6rJbM06i/TswAr+nPjCeDf5XbDjMIZqqQ1tW6lLkgEQd+dMSOZW8RIB5vCrZpH+3tx+tC5yywdXuA9AfA0UyMfo70Dq0lAN9FX65jkgz4ZHHH0m8kybc/JgRQQfg5+P6oXu7JJIl/Es0KUULxCQFPduQp+XCGQbRGSnOJsei4CehSZZf5FAcgPM0jIzOna8pvDPxXrVOtKbduYSMefudLSqMnYVxfSZroyECHW/AveHTlxHb3qM0JiQ/kDsCw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs]]fs]pay.ebay.com[fs]rxo]]_Fri,-04-Aug-2023-01-04-41-GMT.mhtml

**Hash (SHA256)**

ee1429030eae8c6fb197a246fe9fb7a5f7ada95ce57c9dfac686c90c81129b40

**Signature (PKCS#1v1.5)**

GSz6D+EMw/eUSdrMno8OtQEOwqLYy8i0kWVGqNSrHlauQd4+jFACgn4nE+goDXF1+WGC2AqUsiLTOnFX3iDsEN4q/oDgZ7BWCtBlPYBLgIuEGDF/igW3kNHxQz6cVWkG9xXDYcqWX9yWnLAw1u1KY1fWFZJbbtDtt5qhDiGGvOFKGNcC+MxCXFT7qZkRM11k7xCCQjaXEoknCsllnIXUWPamRphyXV80H-DewPeYOKPAtQi1eayIx5zRen4l7erQsGAaJGiPBese6yydKRTVnX9xR7Pwu19tBk8cpUSMvs+DWfCNSNZ6URdtxngxhhfql7L/pLZBOcqCJnKbb4WALA==





# Evidence Collection Report

**Page Title**
Yellow Happy Smiley Face Round Metal Tin Sign Suitable For Home And Kitchen Bar 6000279974X | eBay

**URL**
https://www.ebay.com/itm/104048658646

**Collection Date**
Tue, 08 Aug 2023 04:37:46 UTC (1D) Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Xxxxx

**IP Address**
xxx.xxx.xxx.xxx

**Attestation Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

# File Signatures

SCREEN CAPTURE

SHA256

File Name
xxxxxxxxxx.png

Hash (SHA256)
9a9c71b48a0b5dad486b96cd3b8a068eaf0bd747b2cc9ff0fa...

Hash (SHA512)
xxf1a3d5f94fb9ec6d9cb3eaea5ccdf6b5d2c5df2a3d4f3...





Yellow Happy Smiley Face Round Metal Tin Sign Suitable For Home And Kitchen Bar

Condition: New

Quantity: 1  available / 1 sold

Price: US $19.99

Buy It Now

Add to cart

Add to watchlist

## Similar sponsored items






## Sponsored items inspired by your views





## Item specifics

## Item description from the seller

### Yellow Happy Smiley Face Round Metal Tin Sign Suitable For Home and Kitchen Bar Cafe Garage Wall Decor Retro Vintage 12 X 12 Inch

## ** Order Cancellation Policy **

## **Sending direct message to cancel the order is not allowed for every case.**

## Return Policy





# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 05:04:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Bj6YrFf2bx7a4Q6P81E+1fsPEUtEx9a3JUtt9rjFZdyVddENQLj6N1NSFmldVL7P7mu/U4KTM3E2FhTFyzI0ViGg1Lzh9sHAt5CfsIsGdq6cT/DC4n07tE030WHh1meSMUjpKCZvZq4s06XvEQjF9egl2tpAmR3Nudc1626tCYMrjXORwdg1Dck3E1tZ6v+9H5djEXC6z4Qo+P/deYYb0eo+3Odpb5D2LtJwb+Fp53GbQZBf6qoDEMMC1NdXyYfGZd+nim0dd0inoWZtWcrnz7zgf47dY7sXuhoGG7FRfe4uhcRXQHWFe+U19E+SvN767SkOqSiMyh8tzUrYuFWyQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s]]fs]][fs]pay.ebay.com[fs]rxo]]_Tue,-08-Aug-2023-05-04-44-GMT.mhtml

**Hash (SHA256)**

6d1c9cdc1320c6248d489c8ad7808bbca5f0a0c723a1632Bfd6bee59c0fc4058

**Signature (PKCS#1v1.5)**

XABgyyLI1ZFbBcPlu8SkBmbogFA4EoxfMq1KcGtsCHimYJcztl3QjGWeGjJaB/J7fmk4OYz2u6X9OiEQTj8Ph1SibKOhrUl0BKzS6y6mSdr6oiYGRYTy9e+bX71sdVL2MtoZhYUI++VN40reBFD2cGqt0Z6tv4Ssi5MNCaTNLkLo/aYE8YMtrfTwf3HfUYE0Nnc3ZtrhrMTehgMYYnAzNfJw81Pv1Z8qrmG3pQ2EOzFzTtcRGysdK4qa/dbGeptDdxFTNk8TqMRAkzGTMp05mhqRxF/XkHUXKTsXN1y0b/VkDAHX4ifSpEbmNCbC6vSnuWaG2L8zaU30UO1fmcIV8Q==





AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**
Amazon.com | Retro Smiley Face 40oz Tumbler With Handle And Straw, Stainless Steel Travel Mug, Limited Edition: Tumblers & Water Glasses

**URL**
https://www.amazon.com/dp/B0C9QFKCBR

**Collection Date**
Fri, 25 Aug 2023 11:31:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
136.158.42.158

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
sCYAlD8ZGNOnFk/8qSQz82H3OBkrOyMFjFvuvjxoCKqCCK0aQzeOD8DiBGJaSh/pTdN05bwpufBkx3anriD3ePpYXL3KR8FrFDRsOgPAisIrHcTOKSdrRjl9tOkUTK9qoW5zKBpo3aElQhnnQb+K7tvmjTdERqVE8vj29FpoovCi
+kfnm9DhgfdWxo8Kjz0hESisS4oEbispsqmtQVDuTxLutnXUxr2y9AQkGQpOgdo0gefRQTFx4E4Iu9dxd9ynZmNP4ZTd8CFjPHAXyFDXPVKyIGq+Sldyq/xPQ9eFMJhkvSwihDCmWpaTRtCiIIGhc8alkwAzYxL7tVRaqibHzw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**
screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0C9QFKCBR]]_Fri,-25-Aug-2023-11-31-29-GMT.mhtml

**Hash (SHA256)**
1c7ed5d747c9d43ec932c623308ac5c69908ede1f8187097e99e12c09ccb05d4

**Signature (PKCS#1v1.5)**
Lg5qqcYfcVf29eZT1uOJJGkrPteiA7w3AOXl8YQyk6cV3uJEVqpnelQezrdam8UYPBO/SDXr+9Tc/IWNSBEixpG9WrhV605FRrSI14nouFw06oFUqdry+0MMu/WkmCuyfBCnet2H5rmEQfATifVWY3obNfl2dL46vDo69wLnkV2zXJZpylmL0MqRBPJHUkwW2K1Cu1V6nJk7XHTbl
+slvHVX9ctXgofqwkQmcI9tefbWjtewKr/DT8JgV7CMXrrXR/HeThCdPIb7o2XPI7vQawsbfy+wOzmGXnbpLpBc4uOg9HDz2YwZbQmxnTGi/wxgVxA2UMLbkYfAdn16ZKa3MQ==

amazon Deliver to Jade Miami 33132 | Home & Kitchen | Search Amazon | EN | Hello, Jade Account & Lists | Returns & Orders | Cart | Subtotal $6.99
Today's Deals | Amazon Basics | Buy Again | Amazon Business | Household, Health & Baby Care | Livestreams | Beauty & Personal Care | Free Shipping
Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor
Beast 40 oz Tumbler, Purple... 70,624 $27.00 prime

Tumblers & Water Glasses

## Retro Smiley Face 40oz Tumbler With Handle And Straw, Stainless Steel Travel Mug, Limited Edition

Brand: Generic

$32.96

Thank you for being an Amazon customer. Get $50 off: Pay $0.00 ~~$32.96~~ upon approval for Amazon Visa.

Color: 72

**Brand:** Generic
**Material:** Steel
**Color:** 72
**Capacity:** 16 Ounces
**Special Feature:** Durable,Premium

### About this item

- ORIGINAL & EXCLUSIVE DESIGN:
- PRODUCT PRINT & SHIP FROM USA:PROUDLY 100% PRINTED & SHIPPED FROM USA!Please see our sizing chart before purchasing to ensure you receive the best possible fit available.This 16oz glass can has a high definition printing,perfect either for right or left handed users,The tumbler that can ensure an enjoyable morning coffee for many years!
- TOP QUALITY - Designed and printed in the United States. This tumbler is made from steel and is perfect for any cold or hot beverages, premium material lid.The only drink lid that uses the power of magnets to keep your water, beer, or favorite drink on lock.A durable coat of color won't fade, peel, or crack through extended field use and also provide additional grip.The double-wall insulated tumbler with a vacuum between helps your drink to keep its temperature from 3 to 4 hours.Capacity: 40oz.
- GREAT GIFT IDEAS: Perfect gift idea for your friends, boyfriend, girlfriend, husband, wife, parents, mother, mom, dad, papa, father in law, kid, son, daughter, brother, sister, uncle, aunt, grandpa, grandma on birthday, st patrick's day, mother's day, father's day,valentine, thanksgiving, christmas, veteran's day
- PERFECT BEAUTY GIFT WITH SATISFACTION GUARANTEE - Our Product is a Top Quality.The Best Customer Support | Our company culture is focused on Customer Care and Customer Experience.That's why we offer you 24/7/365 Support for any questions you might have

Report incorrect product information.

$32.96
$6.58 delivery **September 14 - 20**. Details
Deliver to Jade - Miami 33132
**Usually ships within 8 to 9 days**
This product needs to be customized before adding to cart.
Customize Now
By clicking "Customize", you agree to these Terms and Conditions.

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | KIM YOUNGWANG |
| Sold by | KIM YOUNGWANG |
| Returns | Eligible for Refund or Replacement if damaged or defective |

Add to List

Have one to sell? Sell on Amazon

Reusable Coffee Cup with Lid and Handle, Stainless Steel... 1,095 $14.99 prime
Sponsored

Beast 40 oz Tumbler, Stainless Steel... 70,626 $27.00 prime
Sponsored

4 stars and above — Page 1 of 11 — Sponsored

Products related to this item — Page 1 of 35 — Sponsored
Retro Smiley Face 40oz Tumbler With Handle And Straw, Stainless Steel Travel Mug, L... $32.96
Easter Smiley Faces 40oz Tumbler With Handle And Straw, Stainless Steel Travel Mug,... $32.96
Retro Mothers Day 40oz Tumbler With Handle And Straw, Stainless Steel Travel Mug, L... $30.99
Retro Strawberry 40oz Tumbler With Handle And Straw, Stainless Steel Travel Mug, Li... $32.96
Spring flower color 40oz Tumbler With Handle And Straw, Stainless Steel Travel Mug,... $30.99
ThermoThrill Personalized Stainless Steel Tumbler, 40OZ Tumbler with Handle,... 35 $19.99
DREAMING MY DREAM 40oz Tumbler with Handle, H2.0 Tumbler Reusable Vacuum,... 948 $22.99 ($0.57/Fl Oz) prime

### Product Description

- Large 40oz inspirational coffee mug.
- Made from premium quality steel
- Manufactured to be microwave safe
- Great Birthday Gift for Coworkers, Men, Women, Dad, Son, Daughter, Husband or Wife.
- Reusable Coffee Cup can be used for coffee, tea or any liquid
- High quality print to ensure quote sayings aren拢 easily removed
- Coffee cup designs are professionally printed.
- A perfect birthday gift or Christmas gift. Wide mouth and large C-handle allow for easy, every day use. Whether drinking your morning coffee at work, or sipping on a hot cup of tea at home, this mug is up to the task. Microwave and dishwasher safe for your convenience. All designs are lead free.

Scroll Up and Click Add To Cart Now!

### Product information

| | |
|---|---|
| Brand | Generic |
| Material | Steel |
| Color | 72 |
| Capacity | 16 Ounces |
| Special Feature | Durable,Premium |
| Style | Retro |
| Theme | Retro |
| Occasion | Travel |
| Included Components | Handle |
| Shape | Round |
| Product Care Instructions | Machine Wash, Hand Wash Only |
| Age Range (Description) | Adult |
| Unit Count | 1.0 Count |
| Number of Items | 1 |
| Manufacturer | Generic |
| ASIN | B0C9QFKCBR |
| Date First Available | June 29, 2023 |

Warranty & Support
**Product Warranty:** For warranty information about this product, please click here

Feedback
Would you like to **tell us about a lower price?**

### Videos

Help others learn more about this product by uploading a video!

Upload your video

### Important information

To report an issue with this product, click here.

Products related to this item — Page 1 of 20 — Sponsored
ThermoThrill Personalized Stainless Steel Tumbler, 40OZ Tumbler with Handle,... 35 $19.99
DREAMING MY DREAM 40oz Tumbler with Handle, H2.0 Tumbler Reusable Vacuum,... 948 $22.99 ($0.57/Fl Oz)
BLACKUBE 40oz Tumbler with Handle, Stainless Steel Vacuum Mug with Lid and Straw, K... 30
Stainless Steel Tumbler 20 30 Oz Vacuum Calvins Bottle Hobbes Christmas Comic Frien... 1 $29.95 ($1.50/Fl Oz)
JW Joware 40 oz Tumbler with Handle and Straw Lid, 18/8 Stainless Steel... $29.99 prime Save 15% with coupon
Rietore 40 oz Tumbler with Handle and Straw, Stainless Steel Tumblers Insulated Tum... 175 $14.99 ($0.37/Ounce)
Yoltotude Personalized Tumbler with Photo and Text,40OZ Tumbler with Handle, Custom... $19.99

Beast 40 oz Tumbler, Stainless Steel... $27.00 prime
Sponsored

Similar brands on Amazon — Page 1 of 2 — Sponsored

### Looking for specific info?

Search in reviews, Q&A...

### Customer reviews

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review

Beast 40 oz Tumbler, Stainless Steel... $27.00 prime
Sponsored

Based on your recent views — Page 1 of 25

Best Sellers in Kitchen & Dining — Page 1 of 8

Popular products based on this item — Page 1 of 2

Your Browsing History — View or edit your browsing history — Page 1 of 3

Back to top

Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You

English | United States

Conditions of Use | Privacy Notice | Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates










































Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 25 Aug 2023 11:33:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Wgc+D0knRfh7WRUhNaWVAXAp5VzRz0YPoSO34fs2Q8MgU4npyeXgsvImp8ErMXsTijFq4UOvGpWv4fDX5OLcsrFiidMW+RXr/G7m0suDviImbg4lqcSu/r6OjsyJVCnSmpgQjWLzE4h++ubgH0Mq+A9TsGWMvr+zhJJwSDh41EZhBQ2Fxy2e5Cyj2jUp72l60i/JGSxolUYfkAf0cDBLEm5mPRIZ3ZeSrKvACFHxLDaYA8rm+IWzLfxBBtPb74pLEajKWD6J0x2jfb4/FR2m7ozBrmQXBDudmRkOkPDZwmq/+NuexkalRta8pNuLgZyOibEkoVufG1P0QlGIAzCW4g==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-25-Aug-2023-11-33-48-GMT.mhtml

**Hash (SHA256)**

585fe8766e9eff2352b8a032737a4ac1c049924d0904ef24fd7dc3dfa6d70447

**Signature (PKCS#1v1.5)**

IyQdq2yPi/j9t68E6Es9C0levUE7Ore70+Iw8270bIZqM313+sLHzcR62F20QoSH+kBafZDY+p9dqInGYpn78I1zozGyyCdv1Q3dJAsUbRflLbLmmiqeCjs6zshHXnXai6oINc4AJ9/XMninoczIowbUkyuIkhdMKJ4G5qNJeEgkrp/QhUG0BP5pcNGWP7IzMj4l4n6cxIwwG83PN5Q96xKBZV3nosOQPMYUmjIuv85ZYiLFmId6I9LCJD+StFvgzXX6bF1dLdhPgP9rI8dNDHH7pH4u/d6TpC2NnPbICFvSlttqUf4QBbv93ZffnrRTxG7O6+IZkf4rY3V+wcCrfg==



AXENCIS
Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**
925 sterling Silver Pretty smiley Bracelets for Women Fashion Wedding Party | eBay

**URL**
https://www.ebay.com/itm/185883692647

**Collection Date**
Mon, 07 Aug 2023 23:18:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2a0d:5600:6:79::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
cWsAAjtjwbe7ujHiyDOdTNop4d46FYAXm8APyaZYH9Qsi+ZanQ8vLWH18eng24ayzWoc0EdRRjjRRMDUDQx5VN4j7fkEeB0xD0q429tlkqVBLW8IbN/
jX9ov5DSpO62NSLAsu7zXjd9wp0g8gtrSpJClqN8vAb8epb0VEV2lHnuhQLAqiQW4NEjSmJ7e9jwz5DngDPgjA0KXcILkeSyZk2wKFaVf4Fed2gM0pJGY66+Qo+HGHMvnda3ZZGzVjxr2Qk6E6+v9Bkzjez//yRdDPFZQAUr9ExpfvZ2oLZybX6hTUUz8UiGrN1XZpQiP4iG6a4CEUvsXrgZL63Qa/
sVC7A==

# File Signatures

SCREEN CAPTURE
MHTML

**File Name**
screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]185883692647]]_Mon,-07-Aug-2023-23-18-49-GMT.mhtml

**Hash (SHA256)**
2e13c903feb23e16e5b08e6ed88e34ad39364dd65b71d1a076f501deaf6cdae2

**Signature (PKCS#1v1.5)**
Hu7/1FznE43vC2XM9ZPRljpZE19JAc2kNwaI3WKuGztgKqgOl40LfATpHK1qR3LGBvJkJdRcuZyJjpS44YK1TV2uye2QA/+qar6kyIuww3EaxVr1wqlJC6PeORQ66J+xhEzzRolaZX/ib3UHlIuqhu6H34r1Wy+lFi7t9MP2+SRiXvSyPCBu3cFngctYB52D9y4htiOYo8SZ6ZKfh6xCKngFOQqo+Y
+7hwCJLluW9+2PhQtyTOSXndVVgWkMqEfot58P9u8f6folS2TQ2PgabR7X5p+5b701Us3VvLcicCVWLt2J10rV3r3ga98KnXUKJt4Gpqy/tv3LUvsueoZPFA==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Bracelets & Charms — Share | Add to Watchlist

## 925 sterling Silver Pretty smiley Bracelets for Women Fashion Wedding Party

Condition: New with tags
Quantity: 1 More than 10 available / 19 sold

Price: **GBP 1.35**
Approximately US $1.72

Buy It Now
Add to cart
Add to watchlist

**Breathe easy.** Returns accepted.
**People are checking this out.** 7 have added this to their watchlist.

Shipping: **Free** Economy Shipping. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: gd, China

Delivery: Estimated between **Wed, Aug 30** and **Wed, Oct 4** to 33132
This item has an extended handling time and a delivery estimate **greater than 19 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 14 days returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA AMEX
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Have one to sell? Sell now

Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
kinsle (307 ★)
99% positive feedback
Save seller
Contact seller
Visit store
See other items
Registered as a Business Seller

## Similar sponsored items See all

Feedback on our suggestions

Beautiful Heart Charm Bracelet 925 Sterling Silver Women Girls Jewelry Gift UK
New
**$3.27**
Free shipping
**463 sold**

925 sterling Silver Heart beads chain Bracelet for Women fashion party wedding
New
**$2.40**
Free shipping
**25 sold**

Joblot bulk buy Wish Bracelets Card String Friends Gift 200 mixed bracelets
New
**$14.67**
12 bids
+ $20.98 shipping
Seller with a 100% positive feedback

Bells chain 925 sterling silver Bracelets for woman Wedding party gifts fashion
New
**$2.17**
Free shipping
**28 sold**

925 sterling silver solid beads chain Bracelets for women Creative Wedding party
New
**$3.29**
Free shipping
Seller with a 99% positive feedback

## Sponsored items customers also bought See all

Feedback on our suggestions

circles 6.5cm heart bangle 925 Sterling Silver Bracelets for Women Fashion Party
New
**$2.81**
Free shipping
Seller with a 99% positive feedback

925 sterling silver original Frosted wave Star bracelets Bangles for women
New
**$2.49**
Free shipping
**6 watchers**

About this item | Shipping, returns, and payments — Report this item

Seller assumes all responsibility for this listing.
Last updated on Jun 30, 2023 19:50:20 PDT View all revisions

eBay item number: **185883692647**

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Brand | Unbranded |
| Main Stone Treatment | Unknown | Type | Bracelet |
| Occasion | Anniversary, Birthday, Christening, Christmas, Confirmation/Communion, Engagement, Graduation, Mother's Day, Valentine's Day, Wedding | Style | Chain, Charm |
| Metal | Silver | Item Length | 20 cm |
| Secondary Stone | Unknown | EAN | Does not apply |

### Item description from the seller

Stamped 925
Length about 20cm

### Business seller information

Shen Zhen Shi Jin Shi Hu Ke Ji You Xian Gong Si
202 Jing Hao Dian Shang Yuan NO 5
Huang Jin Bei lu Nanling Nanwan Longgang
518114 Shenzhen
China

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 14 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## KINSLE SILVER

**99%** Positive Feedback
**4.2K** Items sold

Visit store
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 5.0 |

### Seller feedback (533)

This item (4) All items (533)

p***1 (857) • Past month
Beautiful bracelets 😃

p***1 (857) • Past 6 months
Perfect

n***o (1411) • Past 6 months
These Smiley/Happy Face bracelets are so cool! I bought one a while back and decided to get more. They are adorable. Great price, fast/free shi pment, GREAT 5 star seller. Thanks for a great shopping experience.

See all feedback

Back to home page — Return to top

More to explore : Bracelet Women Sterling Silver Case Wristwatches, Bracelet Women Sterling Silver Band Wristwatches, Bracelet Sterling Silver Case Wristwatches, Bracelet Silver Sterling Silver Wristwatch Bands, Bracelet Sterling Silver Wristwatch Bands, Bracelet Sterling Silver Band Wristwatches, Sterling Silver Bracelet/Link Band Wristwatches, Sterling Silver Case Women Sterling Silver Band Wristwatches, Women Sterling Silver Case Wristwatches, Women Sterling Silver Band Wristwatches

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 07 Aug 2023 23:21:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bs8DS6qhxz92ywWz2KlZcGHE+LXroUoiIT7aBOEoc35OECAcyN469V9nfJQsrTDzqCU3ieMNlKGAKD1L3WJ8akRafzB/rL8JLvgYyK1SSjv0RcN2ko38Sp4QvZV4KrYh+zilLsWr+TfovW+5EW4Ho/plwcAZVECPNVf4bL9ZK6sH7dPP38egUf00J3NyJ70J9tV2lUTbLLO2jcRYONOMsQiHw2Cva9sJiPzA+nm39NKt8njN/qpL3rROKjdzYQk3/D3UCzYV4cCyTjYfBT7ZyDEyMYDOi6Dett2hZ+20XvCnC5lbVON4yzgdtALPp8s6+I5U0T0uOtuzSyJS9gjtSQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs]fs]pay.ebay.com[fs]rxo]]_Mon,-07-Aug-2023-23-21-01-GMT.mhtml

**Hash (SHA256)**

e1c637616857b62361abdcba85494b4bb8c4a3b7421b89490dbef35658dba993

**Signature (PKCS#1v1.5)**

NbXLkTwuJBFHksrhF9lHNv4Ghl7trezUV57SshdsTcMimUcSGiecWM7DwaM48Ak7ylsiUQeY5lKbS3PJ0wJ+fTdX0ZHk7qPDUmEvQLpV2JlHKVHKvNscuF/67fpFu7ZQnTpJivKH63KTuaLMttbO7sxjE0Ai4wb8qV5my8+vgbyI8BKqb1B56wLRW8qKJ7Qk/bKgd+jiawkSakf1YKvrziy5bq6ol20Uh7mTThNL1kkkUzDRfHpTgq4lzrNipNuryUSU0CTSiGKDFlpWrF4qNT4a3GUo9T1jXrzUF4K275+PhZ7YxZDa83rZXphWTHDHtqhwdjYWHen64QxQJYN3g==





Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 09:44:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:491d:2d00:69bf:7906:a752:afb0

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

V/RTcdGl6c56NsSySUxKeheeBzKPF8T7OpYWKKs6AbqjVtB+//bPckdiuAymg+dFNNKqa+8zApcgtFsNZ5sG1CHxIaVabA1iGm7UVm9dlo9g7oaKejFOiWtGeaosbiHiYyrmV62d2Dy4RMkX7/E5dN6xgDbwF8qmf5pa1QZx4RqOrE5P2ZhvgFG/9IcCx/NYaAP9EtCIpyvydfo4tqwHN+OXNaddz4C5QdV2hASww3yBIPVqh4o43tBhuTjDSlgfUdecou0pAkGbtAcH5Qs1usiV13xEAWurn4WpMjGHQKnjv1hl6zFDG4ov8UJJsvXWjHD9f7ab+wC0GaAKZYYV0gAg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s]][fs]/[fs]pay.ebay.com[fs/rxo]]_Wed,-09-Aug-2023-09-44-45-GMT.mhtml

**Hash (SHA256)**

a5ee17c4a603009bac663379fda66eedc6bc733bf83092c6518108b3c6546d13

**Signature (PKCS#1v1.5)**

AhK5S1g1cC9YRk27Qm4EoSVEPyOX0jTw5tpm0X+T4b1GySxX92SqhpPB5tRBZTTadu9CMr9BfK/pEU1MERMWTZwYg5FMqLNs3L3gb97NX9TDpD0jRYx88iL2u1Plrh2kHqHM4QCD1g/bd1xliP1Xl791m2ADBGnGD4ZbXDOTbRbe/NSbUo9gUkTapFzoRACVua8E4BRiz7/VtSfRqMha5ToKIA0F+qVbP8ClGj5RPY31bhPpBPWzs8w+JeiZtqigfIuMeob7KZfkDG9byCmfhDxPiBV99oFasZe/UwLcfLSCDrkz6puJK3jPbnNEP3z751EWLDzjVRhdiiyWrEQw==





AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Nici 39293 smiley with suction cup plush yellow - various sayings | eBay

**URL**
https://www.ebay.com/itm/143179814653

**Collection Date**
Wed, 02 Aug 2023 06:32:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
185.230.112.42

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
kIZQEyJ8beVmj7COi7zqHr9cHhXatHYY/vQoEzOZaA8mVUAk27+r2s9zee41chZtxwZRdOKo7J0/iGIfvVqqMmy8XMgBZkBJU6dgsIsuyU0WsPdVClfgbsflWC4WkmzFanHj96wMscG64HWz1vbu4CqNJhsK0V8adK+78PH9IvE=

# File Signatures

**SCREEN CAPTURE**
**PDF**

**File Name**
screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]143179814653]]_Wed,-02-Aug-2023-06-32-41-GMT.pdf

**Hash (SHA256)**
2cb98d2e6eede9b184099a7e3f5824496ea255ccb14b58bdeeb3fbb20ab311df

**Signature (PKCS#1v1.5)**
NxzquAYZLLJqMy3SKSPZEIPgvMW0wqXPQ8wthHrMHIDCAcGg847/zUwLJMsc77ryyaqZw7TPVBaRnib1xt8issyRa1jCFGc7851ky4D1S0Q3L+4vsFWqFJXGCJyeDYMDbzyJF1xVckNIcSTNtF6dN7Dmf10S8OQ6015N2LRFu8s=











AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com | Women Men Retro Fuzzy Face Slippers Retro Soft Fluffy Warm Home Non-Slip Couple Style Casual Smiley Face Slippers Soft Memory Foam Fuzzy Slides Indoor Outdoor Anti-Skid Warm Cozy Foam Slide | Slippers

**URL**

https://www.amazon.com/dp/B0BFFSKRFT

**Collection Date**

Tue, 08 Aug 2023 11:46:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

SqicUWaEMnapSAb6LYfFmSr5Ed83NfiZTKGxVujTowBEQzSkBPWwLU8XkGV00g9/xxi2UyGkkJAbEAGv27Xs9yFUt2GLzoMUI3iWLDrJfVFJfXaZis9zum7/cZrk6CzrTiMK4U+9kUxy6rlr3cD7zNTwcYonP1NnnfQOECv6jzF3DQE
+yJ8QVQVTai56UJZeDWpQw1XqeMuEDlsxATJRQteyRU4k1vdOyQEJVkzzOLLWeeJ8Li96+QDMNgwJ/f6JcuH5PjmoQ0z7GH8ny3T0+Rd5E9RaKmVEnYC9I0op42lWlxO1GNoqCB1x/ZhKjWoEnTSgQIYMJudEwSCSBdM9Vw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BFFSKRFT]]_Tue,-08-Aug-2023-11-46-40-GMT.mhtml

**Hash (SHA256)**

f4017540747749175f4eca5961769e26e26ecd13ddcde4530fee714ab7d6253c

**Signature (PKCS#1v1.5)**

I/hklCKu5MJRPVwS3XL0xwZNWd/w4MIKvzjwpvqczfqg42qiXu7DnJITgutZhbSy4bkGqF0fMOY/
VA79gGHsuri0687YWKNjmBrWpkB8TQkRQN88Dxy5Wc3jBFm4sKNR6ePLDawuY3PgC3Y5w73iV5x7r1a32+0ZGGxsA2uPeARWphRx2OMeiaAoY43Yg0Pup5nbWGTdiHKarlq5sn0vATFrnv3fPmNrXqmDUcKV7fBFHXO0ArJ71UyhSnfJB2ieBm/
TQCWtBX0heeZT5IByV45pmMnXKUB4Q8BzrfLMq9BjVsOPjOraRJzSPkvw2jiT70dKq1iBDnLOAZZuGD1wSQ==





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 08 Aug 2023 11:48:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mhlh3MRhi+AggmBJ8lR+EYBJGT3OxHJtIKoelyzYaDMheGd8r9ViMjN8d9uQ/gQp7A4az8CrjmkYYAhgbhnPNpXYXcM8dZdnTOJZfOyIEpTm40iA/3fqgCtZrFf0+3UrAnkQ0mE+5yOm3X6zQRrNImZgrjr7lC3X/SWCuxAl8dIQNIi9cU1xY5OQNPq7MdHelBlqUmMEXC8qTooqSMU+nw/Fb7r1TuBA33IAJStLXD8BxAJKNHfZWYtbATYn8gx958XZ3uB9WpvK/fWEsKhbFFwycRRgc2W7ymDtDLRn2F1ZwkU+sW2N8dc+ymJqpIrlRlae6EDIIro/wXCP7BPcVg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-08-Aug-2023-11-48-17-GMT.mhtml

**Hash (SHA256)**

0eb07800be742c608b001c915016bca6b0269d12745a6b39f844443e949659b4

**Signature (PKCS#1v1.5)**

Y21q7PPix7Srxi0PNOaRHDCpCDFrRdGnTRzZqPNNHA3Rm/erR1l+9T2bqbz9368hGkRXrIJlKTEY3ef8NqCOsrmrLDbZmelc4gK03zNDJx2qY/pk2yoRAL/K0cCEPnDdwwUHTDh+9lDLArlp8ngiV45pFXJ1zUAR57UMTiPpL18eh7RiVVeCntj0cNNpgXQ4UZ11MQGNOsVQl0/BMBVtp4porYlCpUm8+uUtorXze/t2U1KCsoHcV1SVfLVjIbDkERtRAR3dHvPpAV2/rcSYnQthesSawvYgNFluGMTva/jhmtFq2j8N8i5wZyUya+9WeKz6f+efDWZSEreDXbr3Aw==





# Evidence Collection Report

**Page Title**
Smiley Face Trolley coin on key ring | eBay

**URL**
https://www.ebay.com/itm/125944278100

**Collection Date**
Mon, 07 Aug 2023 20:22:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2a04:fa80:6:70:5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
89a7409bLPhk41hiOKak2Y5LiHmQ39tgAJ5u0L30tPR30B7GNTKtKT4O3bSNV4DLBgfAEWMnC5MbqtMtRLLQgfyBvjfQ09aF33mHEk23a0tnRmPhBwEd7KbnyKJBqfEjAVQJbjhOY7jqkcw5CpbWE3o0oEpufHwOt

## File Signatures



**SCREEN CAPTURE**

XHTML
screencap_https://www.ebay.com%5bitm%5d125944278100[-]Mon,07 Aug 2023 20:22:47 GMT.mhtml

**File Name**
https://www.ebay.com/itm/125944278100

**Hash (SHA256)**
f6dd3e7e63a5e608becacc289ec4b81cb5c0b1e11e95b62bc84d5faac1940a3a2

**Signature (PKCS#1v1.5)**
89e7k0jLWtqc12b3iM7WRgNxH2lZk5feFMOB5alkmHCm4eGrL0Vh4Xle9jW5jHemeMz7EHSsvyv14UDD4Tns0Jwu6kwth0ob1YUJAnqw1pnyHY4F5mNHlNpcNw1POO2zDq7z77jGqnLkdwKvvYLfXKXJRT2KW4uP8ybQGqsVs0GoLLrbK4Q0AbpfmUAwDbp5m4KnJpt4iPYxM7RsGf5





   

### Smiley Face Trolley coin on key ring

Condition: New
Quantity: 1  1 available / 8 sold

Price: GBP 1.00
Approximately US $1.28

[Buy It Now]
[Add to cart]

Best Offer: [Make offer]
[Add to watchlist]

Shipping: GBP 15.28 (approx US $19.49) Expedited Shipping to United States via eBay's Global Shipping Program. See details
Located in: Yifley, United Kingdom

Delivery: Estimated between Tue, Aug 22 and Fri, Aug 25 to 01332
Includes international tracking

Returns: Seller does not accept returns. See details

Payments: [PayPal] [G Pay] [VISA] [mastercard] [AMEX]
Earn up to 5x points when you use your eBay Mastercard®. Learn more

International shipping and import charges paid to Pitney Bowes Inc. Learn more

**Shop with confidence**
eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

**Seller information**
koikj (1500 ★)
100% positive feedback

Save this seller
Contact seller
See other items

Have one to sell? [Sell now]

## Similar sponsored items    See all

   

Set of 3 seats, one each New Shape Smiley face £1 coin Trolley Tokens Keyrings
New
$7.00
+ $14.38 shipping
28 sold

2xEURO Coin Size Happy Smiley Face Trolley Tokens Keyrings SPAIN GREECE ITALY
New
$5.73
+ $14.38 shipping
Seller with a 99.2% positive feedback

Silver Stoecoan Reminder Coin. Silver. 3D Effect, High Relief. Marcus Aurelius
New
$6.01
I bid
+ $20.92 shipping
Seller with a 99% positive feedback

1 Trolley Coin Key-ring Removable Supermarket £1 Pound Shopping Cart Token Holder
New
$3.81
+ $16.17 shipping
9960 sold

2xEURO Coin Size Happy Face Trolley Tokens Keyrings ,SPAIN,GREECE,Line Green
New
$6.37
+ $14.37 shipping
23 sold

## Sponsored items inspired by your views    See all



SMILEY HAPPY FACE BIRTHDAY PARTY BAGS - RECYCLABLE LOOT TREAT FAVOUR GOODY BAG
New
$1.26
+ $4.57 shipping

Peppy Smiley Face Rug Carpet Home Decor Custom Anti-slip Rug Carpet
New (Other)
$43.77
+ $37.07 shipping
11 workers

Craft Planet CPT 801246 Fun Smiley Stickers
New
$4.20
+ $4.40 shipping
Seller with a 99.4% positive feedback

24pcs French False Nail DIY Yellow Smiley Convex Cute Pattern Nail Art False Nails
New
$7.64
+ $4.14 shipping
Seller with a 99.7% positive feedback

Classic Smiley Face Rainbow Dots - 2.25 Inch Round - 1 Pack
New
$16.91
Free shipping
Seller with a 99.6% positive feedback

---

**About this item** | Shipping, returns, and payments

Seller assumes all responsibility for this listing.
Last updated on Aug 04, 2023 04:14:33 PDT View all revisions

eBay item number: 125944278100

### Item specifics

Condition: New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more

### Item description from the seller

Smiley Face Trolley coin on key ring

Individually packaged - still sealed

Excellent condition

Combined postage offered

---

**koikj**
100% Positive Feedback
2.7K Items sold

[Seller's other items]
[Contact]
[Save seller]

**Detailed seller ratings**
Average for the last 12 months

Accurate description   5.0
Reasonable shipping cost   4.9
Shipping speed   5.0
Communication   5.0

**Seller feedback** (1,512)

This item (2)   All items (1,512)

a***t (110) • Past 6 months
Nice

b***t (98) • Past 6 months
great item great seller fast deal delivery A+++++++

[See all feedback]

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map
Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 07 Aug 2023 20:23:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PnG6hnSVQCxOcztKYOGjF6RWCJmHogha6gqG5AoxxZzbqY/RMrN1Yl3VTrvGQntSic+4bsb3bnjcaPUGQNHiJiRqYQRYflgVSfOIqD1YlcMpxMdhES2Fibx11z8GZlWqw0Y864+SFckGu2+m81tly7GbQJ0Px6s/iQFUcJd79kLTBj9a/G0awGiqEG8FXCzUPagkJyl3D2qp0xG8LpEs+ZOJGDf2IqQG+38FUi2DJ0ENNgCR7i29Vv8Q2yfeXuj4iwGnA8ySsToSf5k1Exg1eC+Osfdzkf0TQ65AZCSK+GpQZ1Qb420aOFnAo4It9J4nvu/d8/iXpQQuXk0F0CFuhPjHw==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s]|fs|fs]pay.ebay.com|fs|rxo]]_Mon,-07-Aug-2023-20-23-47-GMT.mhtml

**Hash (SHA256)**

aa9af0b9386a855cb1fb27c770ee8349018914 0ae47f00995aee8b9dbee95d0d

**Signature (PKCS#1v1.5)**

YdZ3OIs5kwAMghpLuTGHCbg6InlAli9uZAipOWkfieH/goxxp8wX2RtCmJcbbWixBaavupLadCe+Ewld7BBfDpJC89EMfrcHffjY7MmswdxiRosdWBmCM4shbjEZXTXU/Tba/UEbDLzVxzCL0e/WOvvh7pPial1txxP5bIDGJ8LYcMazT0hUIUlr5uQzyCpHJ0jNxVyPhYZZQQ5NjaBA2phY/DHUrss1C0UKadSAzkIKAPZWYRSgc0qEtiFrw28ROHOA9QmTE9xgVeoCIReuUCpouf0MVWkx+V8TCwc2CYCwelV+z8nTauuJKmG+eSWNO2rx28Cj9dPRw7Ca6dThbAA==





AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com | Retro Fuzzy Face Slippers for Women Men, Retro Soft Fluffy Warm Home Non-Slip Couple Style Casual Smiley Face Slippers Indoor Outdoor Anti-Skid Warm Cozy Foam Slide Fuzzy Slides with Soft Memory Foam Shoes | Slippers

**URL**

https://www.amazon.com/dp/B0B86CHSX7

**Collection Date**

Tue, 08 Aug 2023 11:35:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hEtFIDRZs7DfZsEC4XIsQgYyWK88ez4P7R7mFz99m2bdGRXbNgolnQUXHQ3lSML4HugYwIYblxFhdF+HkRTfNMRuZWlFzQiTInkRBukK5kRQvKDUoRF1B2T+3FYOLU+6JszzQtAegfZfQHJIbA+TztELA4HdcjLaHxZa3I4kAN/MY5AVX+5xY8pe1h
+X5t7+CptDcv7I7A0dUMratwuPTZQk050TIpDNR8BJVm2oTKUCvOpj60OB1xZa75Ao4eF40QVrG9AArA0QN4SKLZCGADjpVaZvGYaibpsEp9amCF/hfjLxcpRqyjxENZHjj5TyH6S53L3aLuOH75Dgp+wqaQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0B86CHSX7]]_Tue,-08-Aug-2023-11-35-10-GMT.mhtml

**Hash (SHA256)**

2690fd5c9de0e5ee80dc955c9d8615fd63cf41468c400a857492ab461812daff

**Signature (PKCS#1v1.5)**

mQir6/+QOuBlWOZ2hvDYEtVtJy0h7hMYxUQNhtY2r7gRIZvzim4IDHkvTBNJZd+eidfmU3PNtwKhB/e6PBUGZ1tZLLxMK/t4BSaYDdmkPvCWVkPbo8KYtP9EYUsXPLE53H17OybLY0nxCrnNSNEQMQItcDycw2Rn7e0PZE0+3x2XVE32cHDMmQ6rV6zdvn3g6cypV/W6KvKM7dEiOZ
+8JcYvIt1YwimubW6zwtr4uWps2MJTtnOHpxI5ALXEmVM1NII7KMbDpDz5331SnYxvPD0jXN0BEBasPKSa96jWmdCNgw4FuCBjofTkgy9L1h8IZKn8Tg28KbMB7aVHKJReSg==
























Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 08 Aug 2023 11:39:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KwKG9oPs64HuiLH9aabSBAS+3PsOc+ENFwxfVfSI5INZoror4gOO9ZNcK52vI3+cviPWc2XNPrL4zyifrKU/zLRcxRhDoW+v4r6UGXCk2F7vBXaWDwbVYtUObCrmwihjvrrNcDIqj8QkwcSKaKe6bBNAfiv3zZ0erVGs/ggbQ/QIPP4Tl8oTrg2Wu2z7ZEb4XmftAS56+fKbrn9+WiVNLnDiXRY8lp1/54AtHl5o0w7jLirfEUexv/y2Z/iZK3jr+u+fkOdKqpxbGRohi68LXQKMuMfsO162o9NYG4I4QN01crUxjLfZobRAmn+BWcboEWLctYypNHNj8EQL/fe/5g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-08-Aug-2023-11-39-29-GMT.mhtml

**Hash (SHA256)**

278968de58bfae0070b99ab6135f9f4bc58ca7e87fad13467c738ffb8f2e536f

**Signature (PKCS#1v1.5)**

iLcsVfNYR84pLJ3mctnViCgXPMQhrpyaSLbu/WqZ0zAwPq3b7RVLEEbO9Rjr1GP0iC3njxoRoBYSx8YQ+mdskl/TlfT4ArHZJ2vSING6uJWgY3ssM3UgW7FvDCiTzKpZxtN6Ne3XajoqrCabshDfauxkrb4rJvYyPDM9SHjjOrlCo1rMRLDZTP6jFJAgrMKl6akf2cmKo3wjS1Yuj71mp24qQwzHjMQ5l6Wq+hMb8HBmnV4/nDTsSlMHUcADAxYHbpqfcY7ZDNnFoZH6bFhFerhVv1v7yyhnRiFCA5kRsClKwxRL0fo8eW6WNPgHG5osVQgCP1bZjkY+Irff+yYhA==





# Evidence Collection Report

Page Title
Amazon.com: Hand-Crocheted Smiley Bag Charm Hangings Cute Kawaii Key Chain Bag Jewelry Pendant- Fun and Whimsical Accessories! (Punch) : Handmade Products

URL
https://www.amazon.com/dp/B0C9WV3QXA

Collection Date
Wed, 16 Aug 2023 06:51:10 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Internal Investigator

IP Address
2601:ce9:8ce3:0

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)
cfcnjocpf8mp1rzcn1jh9cqcmrx6cknwbb0rfwuqt3l7w1l4de6t1jjhq18h8j57t5g8ro1lufocumkp2l90dloqw3bb8aobrnthshe1h1u8cn8b1mhswd02cm0unn0b17cgmjq4mv6l31gnls7ob83zvjq7rb9szd
t15jhx2u4dhz0p4j6p8v0cv9cn1csfhw6pku9c9p0btr0jtjfc5ikahtkq6ec1tfjs2jb7ywm2krsh19ciq0zz63ozk

# File Signatures

SCREEN CAPTURE
MHTML

File Name
screencap_[8rbps]@[@axxxx.amazon.com@[q5hj3b5y][8j5396433shj]_Wed, 16 Aug 2023 06:51:10 GMT.mhtml

Hash (SHA256)
535dc740075a1c0818727346aba596ff9e246572e42ec2ba39b2abbb95fbabfa

Digital Signature (PKCS#1 v1.5)
a28777c4b0nns5jjg1bj9zt7kxd2nbqax3c382m4f4q93r58o2ju1x4o74g5vpb3pfq5d02f3j8e39fz2f33q4ee6r1j2zd3dfh2u56o35skh13cb2dsp7w5lg9vf4f2i4h5tb6mm4r5pb3zrps1d0f3l0kt4lh6a0c
nrm2842dr5g1h9af3r8u9sfdkw3mk5b0jb0h1f7tj48w2i9cud77f51r6qt5opjjbd55f6sdfff0ne2c9cs3s7fmnj4mu0h53br41qh2v5k4mv4wkp3g30gf5sp5l0oa







          



Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 16 Aug 2023 07:00:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

U2wfRM4JpTu/7uVVSaSROKQKTZQIyBnWAJi7Qpq+6NxiVLQxBNu6qzBatBpCrkldIF2uS9zP2ph5QiQGWiGM0eC9K0dZwhXub0ej9ZZLY4x3i0diC0oHbIZ3JB+Ar3WwHcMrAfvwbJapQzVut6xKJUpn6b8Z5vyNhhF4eKnzsidM0V4r3FwR+5E/HRqpsHXhvXea31ORMArUPE7tyu6pMM9IPcbvEF6LBWmfYs9Wh/X4rTgiWc5feuK9tW1v99m1GEVAQ2HqYc04qebT/FwYL4kPaHqCh+G+LU+CUJIdEMz4l8M/MsVUo4c33b7v11o9ZrnvDnXOus7D+6tPU8Fhtw==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-16-Aug-2023-07-00-32-GMT.mhtml

**Hash (SHA256)**

a7ec92667439189e9339412e54b08810951022ace636e38177e5e77c10395643

**Signature (PKCS#1v1.5)**

MJ4jte1U6c3iuM1/Z3RT5XXvvFlUCHJUJGG+yci57AlnUfV9kpty2+wJGU4LpoR/oolC4usT0Tov6AgchrfYQlMrGiUiEHDXWfkI+r15RcBm+8uS38Gziffeyfl8NxTqcDJ4QaC8mSE+/dwocFH1rnasBaUtYWpEQg76z1WAdys0U+Uw6zM/IZ2T/pouPKl5KTdyZxdl9c8RWpM/9y/0ZfNnlEHo9lgd+upPFAYGvSUlhQN2xZcpR7XiLF2xs5fqjA5R97FQeDLMEsKlSoThA7HlGDULFhDXii7jCD7Q1Qk1nqcRCFVzhJmna+H/MxFjRsVoYt3gDMSpL3F5ArTmBg==





Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 14:15:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:491d:2d0:69bf:7906:a752:afb0

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

jXnO9S3n8PCXvTFMUiHYTJjl1hxJlb6ym3lYGPGmGFeiwA5cC85tiAQA6P5Kf02bfBK3FmZZD1RCy7zWM7k/Jy8IfgLPwppW4rmGzdlWHz8rvxv1DY+slnQWOo/+UeKYZM4t8G9gUutDBT4b8hJCCGztvxfzGrxBmhLfevKs2et1RmDlvOlgZU06kZpteVChnTpwrOFnSLORSh/Gd0Csedyaq5vPLz+zybKt7xX+YhljC4FVcCgX3N1w6EZmMAYwfr,l2JqRYAGlSaArTTwqHAKbsktHE80zFonyMV47hgihw/VVU843metXv572Vm+TXCoWnOvkwcwfl65MMKS5UQa+A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-14-15-26-GMT.mhtml

**Hash (SHA256)**

3b429f09dc7233ccbbc53e3c118a4d5d4c72067fd796918d955c5fbea358a818

**Signature (PKCS#1v1.5)**

Y+CWlyKrHmY+L+x2k+zEqrLvlft+EbL6rEfE1wH78kt9H3wZNSRvEdiw755F0Wh+VJ6gtJefNL7zExEP/xGmEdn4TnPXTnbEmnhr82ygRi79syJrvg7rfkLLbGWowpcEjYvVMy6DkkNGS7DN6ThZmlG0SCUZfWcyHptJ+VR5FKZhLTo7TXniq7X0ESf4E218xVTY59KcJJclesqkfUmawgz73xsCVpb5/TneBqF9okkNg8zZ9uavPq6bmP1aOuOxlEwSmPs1RHxlS8fa1NFlzQ7DvmFoKpCLQ2VNYR1U+Ko5qt6V87drigWsE6JErS0OcwHWb4S5JX5lxi4nHE5tuKA==



# Evidence Collection Report



**Page Title**
Fashion Trendy Fashion Smiley Black Gold Diamond Chain PENDANT NECKLACE | eBay

**URL**
https://www.ebay.com/itm/291426751757

**Collection Date**
Wed, 02 Aug 2023 04:35:15 UTC (eB Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Searcy

**IP Address**
780.242.113.58

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.5790.102 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**
kkMTYi1jESb0uihn5rTwZYL5qppyoX43WRR53pjjZ4biWUT1Y4chsWTN5gGJ93Xv7TiXZ4KkXnXn3nbmx8XkyRf3sLF5nrvjXU0Y1miDXKBLVMbm0YLSkFNmKH

# File Signatures

**SCREEN CAPTURE**

**Format**
PDF

**File Name**
screencap_Jhnys4fQ8xhone.ebay.com/EBm85201-635737/47_kb0-WLxyyLS54-W-51-S7-347.pdf

**Hash (SHA256)**
9039611-6CA3a9vrLimbLJ2d87-srEin5vAnM4ukAW8mExiP1X4oT7

**Signature (PKCS#1 v1.5)**
gkHpnhYJ40xBbDPeKikecLQfsEJpm17PWFWKkfZ63ag4pe3NKF1HZHlqp7Xsi9sRrfdZ5HZHiDKWJz8S5vhzsfs9CTdbpzkSdUs3BAs9A8dV97N4A5nkWtMCqGYTYhBhHCT





    

   



   





# Evidence Collection Report

**Page Title**
Y2K Natural Freshwater Pearl Beaded Necklace Choker "Fun Flirty" Summer Smiley F | eBay

**URL**
https://www.ebay.com/itm/276955872271

**Collection Date**
Sat, 06 Aug 2023 16:41:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
[IP address]

**Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7-S)**
[signature hash data]

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

**Hash (SHA256)**
[hash data]

**Digital Signature (PKCS#7-S)**
[signature data]












## Y2K Natural Freshwater Pearl Beaded Necklace Choker "Fun Flirty" Summer Smiley F

## Similar sponsored items



## Sponsored items inspired by your views







Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Sat, 05 Aug 2023 16:52:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:495b:3600:5de7:1e5c:6937:d294

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

e+cu1O3eYRiu/i16X3HVenW4AjT/L16C94Cjj4+3HAUXkTu2y2UGkeluijJXyt2nXqub TSVpAeqF7/xrsgG/U69CtJGVX+CuhBNfpHbzr3dO6yRiY0u1OBfEpHJdVp4ul6wmA7n/ jlPBIFDnDRpyM6b6VffaGmVgjCbjdutXonWDZEUtp6JZiq74pZ2NgAPK7cykgIi2jgHdCJgesCN0X3cwD2hmCUeX8RQ95QyO9B7pg4A21CsTa0qVj4gBhZJUVQS7mdGFvVlahISy/218tBt87nqDjr1v//X1Nz2tA5VNNfM/H4tI0MH1n0jOtHLfwtQgRjFp4yJ1FX3n7KNQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Sat,-05-Aug-2023-16-52-27-GMT.mhtml

**Hash (SHA256)**

68ae1477a15576c40528a36a2c9a47798137dc2d300f703778d16e1353afc539

**Signature (PKCS#1v1.5)**

Fqy0Z0z1RUz9UbD8dngXMnWp4/ylewcjn83tjUV4hN0jTWXC23uVbso0D7DZbOHdnd1B4Sud9dPj0aFTR8qT4ieUPQUFQyOYhYZfrPup7sdsEv3nFIVerRUTIPrEmDW5RRbrlW7SmIUD/fnsiCDB/RGL2hsUG35jXLx8ABgFgREQH2WF6MxNm7WQvwMNdCOqdjFlAOBrGvGEEbpfZ+hpdwjKvA0gbHj2rR+It30cvzdFuOMmKR0Ba6PvaV/s+w4kW7nmz24SAwldu3VuAZj1qQ1IQ/TRTNAZpBZ7BE8Iv+VyRU58AIjTX/eMryMunn3S9MmpAh8aPTOtiZ1XYbfg+=







# Evidence Collection Report

**Page Title**
Smiley Gold chain necklace (yellow) | eBay

**URL**
https://www.ebay.com/itm/185815795807

**Collection Date**
Tue, 08 Aug 2023 06:11:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**
96gtfftW2S1nH1PM5kkDUhgzD9ULvS1AmB22mh3dzpXrd60nxVHsE9sG4BQyWbKfe4LBb7iV3SD1HuU0kY3LJB0Dz4PKrP/pwq3WC1r7o7zmvy7k5qeRrlvUuSzw0LqjbWN9kt9bl4rMGQfWng8UrkN+/2YTcTXCZKC13s4mB8M6F8dZc6fCZqn7as4Kaff
+bQRM5J4sdellrehbptm8zH1v20o/dn11PXxt7u5SJ61JBTFqAnd6Wdvzd1uuroKUj1T80T3Z2YZFW13LbT2o5cw1rXQWmUi67sjn4Yue8Idp8N29kt90Twt5z 4kZ1V9SbHHnW+n

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https]]@[[www.ebay.com]]f[[dbm]]fs[[185815795807]], Tue, 08 Aug 2023 06-11-06-GMT.mhtml

**Hash (SHA256)**
47fa0f2c3869572441a3cb5120e8ee46e50e701786457deff11f8b2042939b6f2e

**Digital Signature (PKCS#1 v1.5)**
ZvfiKKPFg1Zv2+b+yfuM4o5o+fpBUhJ2yrNoX7AAbG3KhhG3UPj3Cb/iM5AobwKWWOyBLju0FHuMnW4+ZBppZ/bOVhLL+WfkUz3GmS3vyIy7bSTdZX0eDUTw
+AGkp7BdYEf2oVYuUbBqf9zXSpg4d303L9e473dmWLqF3q7/7B0T3Z2Y70FWT2F2N8SC1Jt2VwY1/3gZHnd0Tt/qa+Tq7HyY+DNbAWfB+Uzzi1Tr1ZZ3qrUqZ73cGVWmSlXNTI+28pOWhDhdhds54pIHqtpdzSxG



   

Smiley Gold chain necklace (yellow)

Condition: New without tags

Quantity: 1    3 available / 1 sold

Price:    **EUR 6.75**
Approximately US $7.44

Buy It Now

Add to cart

Add to watchlist

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
leilas.jewellery (4)
100% positive feedback

Save seller
Contact seller
See other items

Shipping:    EUR 2.50 (approx US $2.76) SoSem Standard International Rate    See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Dublin, Ireland

Delivery:    Estimated between **Mon, Aug 14 and Fri, Aug 18** to 33132
Seller ships within 1 day after receiving cleared payment.
Please allow additional time if international delivery is subject to customs processing.

Returns:    Seller does not accept returns. See details

Payments:    PayPal  GPay  VISA  MasterCard

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

Have one to sell?    Sell now

## Similar sponsored items    See all

Feedback on our suggestions

     

| | | | | |
|---|---|---|---|---|
| Blue Smiley Face Paperclip Necklace, Gold Chain - Positive Happy Jewelry | Smiley Hip Hop 17k Pendants Necklace Women Rhinestone Crystal Chokers | Authentic Chanel Crystal CC Square Pendant Necklace With Silver Chain | Smiley Face Necklace, Gold Plated Necklace, Happy Face Chain, Dainty Necklace | Smiley Face Necklace, Gold Plated Necklace, Happy Face Chain, Dainty Necklace |
| New | New | Pre-owned | New | New |
| $11.99 | $8.82 | $177.50 | $9.57 | $9.57 |
| Free shipping | Free shipping | + $1.25 shipping | + $10.37 shipping | + $10.37 shipping |
| | | Seller with a 100% positive feedback | Seller with a 100% positive feedback | Seller with a 100% positive feedback |

## Sponsored items inspired by your views    See all

Feedback on our suggestions

| | | | | |
|---|---|---|---|---|
| 12 Pack of Emoji Smiley Face Stress Balls - Yellow 2.4 Inch Assorted Squeezable | CZ Real Moissanite Smiley Face Stud Earrings 14K Yellow Gold Plated Silver | Elite Pink Smiley Golf Scorecard Holder Gift or Society Prize Scoremaster | Verstöppen Ventil Deckel 2 St. Kolben Smiley gold für Yamaha Aerox 50 Axis 50 | Zac's Alter Ego® Men: Ladies Adjustable 25mm Width Smiley Face Braces/Suspenders |
| New | New (Other) | New | New | New |
| $14.99 | $91.79 | $10.19 | $6.50 | $7.26 |
| Free shipping | $163.83 19% off | + $10.15 shipping | + $40.00 shipping | + $26.51 shipping |
| 102 sold | Free shipping | Seller with a 100% positive feedback | | Seller with a 99.9% positive feedback |

About this item    Shipping, returns, and payments

Seller assumes all responsibility for this listing.    Report this item
Last updated on Mar 18, 2023 06:10:25 PDT View all revisions    eBay item number: 185815795807

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New without tags: A brand-new, unused, and unworn item (including handmade items) that is not in ... Read more | Brand | Unbranded |
| Type | Necklace | Style | Chain |
| Main Stone Colour | Yellow | Colour | Yellow |

## Item description from the seller

Smiley Gold chain necklace (yellow).



**leilas.jewellery**
100% Positive Feedback
4 Items sold

Seller's other items

Contact

Save seller



More to explore : Charm Bettey Necklace Necklace Watches with Chain, Gold Plated Watch Chains, Solid Gold Watch Chains, Yellow Gold Band Wristwatches, Rolex Yellow Gold Band Wristwatches, Men Yellow Gold Band Wristwatches, Citizen Yellow Gold Band Wristwatches, Concord Yellow Gold Band Wristwatches

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 05:15:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

gvx+Ot6N7Cht/gdlLCYRTWMUcUnWuJRsHgUFYOHyJUT+Qhy8jdWx4SBxOkPFeQaZvNHOAYRvIif7aDSNeu3VfNJIGsX5etbRuZ42T+RIGlH23dvNM1QV3flQnJQ+mzpnxRqrCtP6XFeT+VvEN+gbaCvYvAvV9l90B3Xb+pSVHtRjNsVXxjAcSckG/nCRV/npf9YLNjzuvinA+n7wV/4Z0sSdotxTKc6sozJLQ0oldSxL7j3eNx7QvDcTf595yWxdXeIFjDbpkexychySRRYMhk7jPFIEqfcbExC3VWl6mQecLd+Nawe4HflfXXA0+PSiks36vcwI2YFjiCeZRYSGBA+=

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-08-Aug-2023-05-15-13-GMT.mhtml

**Hash (SHA256)**

f5e692e05f0ea3210d8b458dc9b57417883b217c565b9be6d88597793ddbbb

**Signature (PKCS#1v1.5)**

Z3hE0P3/sJqlusk+HzBNVYOG0dv8engdVhTnr8sE/1IsWMyEvo14X3ro6hhWtIBHUzE5QGqA9cf/CwhSk59pInaD4YrH82SCASwXg87z6WqEud/1KvOl8v8+9JJfr4d3cNv6kg5aS97zLj+3rKCQype8gJ4wvXcUgJwbmiJF6SZBlCrnXcplKgmitTvOLXCCEupeHXpLymwa5lut0qIuqCVi59sBia/GvVcZXxTpg/i+To9Br1Apanmb2EcUkUVfc/BNDM/2Xql8J2OJqzVi0SyyNwy25ywdC1CJz67GuVe5Y/fcoss8566YIqP4oIPNE/rFgojfF+5MJPAda06QioA==





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



# Evidence Collection Report

**Page Title**
2 x Inflatable Smiley Face Baseball Bat 100 cm Party Gift Indoor Outdoor Fun 5015854330588 | eBay

**URL**
https://www.ebay.com/itm/266213368205

**Collection Date**
Wed, 30 Aug 2023 06:03:43 UTC (US Department of Commerce / WDT authenticated timestamp)

**Collected by**
Remmel Jan Hansegan

**IP Address**
74.208.142.111

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signatures (PKCS#1 v1.5)**
[signature hash blocks]

## File Signatures

**SCREEN CAPTURE**

**File Name**
screencap_[long hash]

**HASH (SHA256)**
[hash]

**Signature (PKCS#1 v1.5)**
[hash blocks]













Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 30 Aug 2023 06:21:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KKjrnM8baNseHTSX64j1jLi5WUhFuG2dqAnFnbdD1SEu3o0ZvSX26Xu00tshOEUXjRasGerevXTW0Z6Q02KQBQkD8hS/V64OWJIzQeYAhSktoTCfhCmgtZ
+zTZ15fid24lobLDKlurnKkNfsVUIE1LcqVinu7jYPXHSOAmcOMYpMUWpQV0plRAxxtHH0dvPlv8PyfOQedQMxFq9qZq4ohy8HXuBCrvmDGWxoySD0cpl9QEqVrt7JQUK/e0m+PK7++M1L0740npKbiGtNilLqDwKJjYHmw0LfS/xD4u4DUISmYudTMGnGk9wDESB37xrMWd7uwUMIQhFmy/
tkci+bzCsQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-30-Aug-2023-06-21-43-GMT.mhtml

**Hash (SHA256)**

3f2bbfb0fe8dbb392de178095a251e82cdb15fb0c3103c3838139dc08f1d5ed5

**Signature (PKCS#1v1.5)**

Jx67SsPMAvKlBk9kZY1QEiTPbRUeyVcAAIEPvv2cB0AvSYzdyS6Tf7Q7thHHFrca0aLxlRUiaC0s4Q0WUYISA7OrtEzq3tNalMzoQrfq/uzYd4Z/jDq2m2kOWZftzq2S+Yo1Yvxnbc2KJR31cGR4MslVMTiWdTlk7mt62ISXGFxSLeL8U75mW2f)2gW
+2m0WcBK2f4KcU7y10eZxjsTNXzXuiwK49pv8XUR0KSHP1o99Ms08JNuHR8Zj7jUpEGWhSj/F22FASKRGxdMUizjL55DAGJUzWt3+M5ohaG4Bfgu3DjahuVjn1mCMjdjuXCvdvTrQyTLwJYriKufYdIsT9w==







# Evidence Collection Report

**Page Title**
Smiley Face Pin Button Badge Magnet Keyring Bottle Opener Mirror | eBay

**URL**
https://www.ebay.com/itm/153187139393

**Collection Date**
Tue, 24 Aug 2021 07:10:17 UTC (US Department of Commerce - NIST authenticated timestamp)

**Collected by**
Chris Stevens

**IP Address**
195.206.117.42

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/71.0.3.5 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 V1.5)**
xc8eiLJu29k12345656u1j9KwpS9nDI7c1Fl0uUodosUjy9sA+k1wk3Sr56S6kVj5d3Q12345wkwpkA+kNc56+dJi

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[b4ef3]d9wew.docp.vm1b5[456]Q519187140050_Tue,24 Aug 2021 07:10:17 GMT.pdf

**Hash (SHA256)**
457d37sd9dsjdd26af23794569s7448966fsd56s1sdshdsl0e7wdwl0n454d

**Signature (PKCS#1 V 1.5)**
Gsn7398sQjsiki6f8ch5j94sdpsojuQL21236475467f71kh896673C54jsdl4uo0s0dw89nd23nds8d9hds14vfo8wds56pokf1o0wk6sw8kdwd95c56ow6mws8ih0wn0fsd6dn4s789md74w7dspfw7477g47p721h














































Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 30 Aug 2023 03:08:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.74.192

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Z73Z9o2esF/rngyTmFmsq8QWPGn0eJ7c0k5nCmcqTtbZjONvd3RTEnGUnHc9ZiDwixFm30adiftTqMtdsreHSoTEiCK5YMUpKllMfnrAK8b0qs1/M4skchWPl4kTUfqUf4bkA8yQCp3Wpb6aneRbfktxm2qr2Bo6pFsZgbjbbb1HrZ4U3ii7x1HoCj7coEFV6fMEpDx9DpT/D4qoPnr9IcIt5+uB6vHpZhZ+3iuPjGHpcsdcA3oUmG9K7qGRdP/YNHiJztK1Dyp13BAnt48KEb7wkB1wKhUfs0Fuo3AOXFCM8azjZakA2nJZ97C/FF5ptVFeNJxw8rJQB3ZnXnQyPKg==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[]https[s][fs][fs]pay.ebay.com[fs]rxo[]_Wed,-30-Aug-2023-03-08-29-GMT.mhtml

**Hash (SHA256)**

83f8876895799f9938baca06b3c2c2117b75e78c1b636109056e3da40e50068d

**Signature (PKCS#1v1.5)**

Z9XpqNKki5VXhbpUHbg9ePlLZj6iHu1JUxvQ9DZMc8p22f7Slg5LK68pkJfyXuKyOO74w3jXvf4m9n+kOtySl1jhuwbix1NHCStQM2Uej2caNSuGeTd6OG4dSE/SSXTV7qJvp0JWhfz11MuVRIMPuFnsxiTfVwoKUCbuqtbo8XrAHwmr4amqxO2/qWCslRWfluBUw6e6ci4FdwF2WO7Dd3x13A/0IKSKh/dZhzvl4L8L6uckOObropLnEHCCXH3nvXwwcsDz+SBDxwViyAbxlBlC/XXWR7SlmUlalQPpy0wZ2NQuXuQY5OmNVRek6CtzoNgNHgDP0Gqmy9TWkQUI7g==





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 07 Aug 2023 07:36:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GxfZNiHizbOqRJe5FVgnoY1WbY6VKwIzSkZXnNqj4jepe0iR4F+1mFIqPgb1dKSVEbAAvoiR/emf+JiycPg8tF3/qFGHh4Bb9HBcfPA9jl9VanFAPV5tS/P/Cp4JclZnku/UwYELcQmPAJA1Xa0/5qWKcbQnGmDfgA4V2BknowbP8svDVIauwJ1eXCUyjAs++3udwHNTUqIFmwNBB93raDG+GfBHFX2SYxnJpmQEK3rxhnCH4juNopJafUU/8dBXUfhmjU47SDDn218rkv+5kUG8ZBZ1yYdjtNyJ8YY42wEXU0IJ8G4FhZRfWLBuQBX7qK/jnDh16sOOU51+NPad6bA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-07-Aug-2023-07-36-15-GMT.mhtml

**Hash (SHA256)**

4e109d272f89ceb31f8bf19391c70f95c0a70fd211149f2b495e1a54ff34f194

**Signature (PKCS#1v1.5)**

yPvV8MkyXi/8B0146lZ1NO/FAhZd4GqGzMZa2/a1iR0BBfYR3px1kX3bXdP5bWDSNGmyqixLvvnnypR0//jW92+UVBc4mZh4ij+FOhazzQ4f2tJs85WCpSdMFgnopStSsz4fdQ1JkFchNMWE2Fa11rdQWirLixIc8PcHtMOmwq2T2AbnIVz/9opQRh3tTJmTpyLAPyplrUk8oRgzJNuAY97i8d/JJiiDgTPNQrG7Mef4bv7VpPyRdSXpZTWmuJG6ymsjgMYFeiqTtbaRout/Urx3qzuNx6OMopSEJZu7nqLWt8WuXBSPkFrBGO3IJJBscoZp3sgqhEE35JuX/6A9Q==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com | Smiley Face Slippers, Smile Slippers for Women, House Slippers, Smile Cushion Slides, Comfy Slippers for Women, Womans Slippers Happy Face Slides Indoor and Outdoor,Retro Slippers for Women,Smile Happy Face Slippers for Girl | Slippers

**URL**

https://www.amazon.com/dp/B0BWMGBKJZ

**Collection Date**

Tue, 08 Aug 2023 09:21:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

f2/PXt4tnw/TtDewhojxUARIBVtm2lrBZ83lEUZasV5VyHOODOl2ociAi+XxcA4wBpkRczv9LYAHQds+K+lrcISzfOw5lM5ioLGnex95cc84w2rqdDS9WoFiimJPN7fhkEI45tCUm82Mamgr39tbDzFCqFvev4IqQNDcb85QAEJDC1U8jdMRjbNXxwx6yaUL0AxmXrBBNIXXCSZtDGBkaIBJoNE/
jrEXfFR71j5m4EuSnnjwwJ4OhfBT4ECCVNopmjTq/UJGVjT84sH0ZuZphnG1lAsnuQz44EnY8bkbJofxRIIGLF455+O6EAVFC7VdA1x2Fz1za8yF0VN2KGHLhg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BWMGBKJZ]]_Tue,-08-Aug-2023-09-21-50-GMT.mhtml

**Hash (SHA256)**

2aef33a1392cd4f9713978723112726a87c7ed5786e8921cc161c91ecb1db941

**Signature (PKCS#1v1.5)**

Zcr7arRv+pB156CCwDrKMgc8VIZ7ZjgtEbpfz9283St6QUEUrcQFPKDhKRowoYiI2bJg6vhjLjcZrNG2g74f5ooQihL9xrM0i6QO9KU++Ne8kNNAra4kxDWrfJK20efAFc0OHC3FxzLByBCRJkFgjoxtBOGnxjv7v3ZlVsxue6bUNWZl5YBov/
Tm5i7wOugp0Omxhanu1WncefcmrPS3PHTWbnbutSfyVZXmHNT06xjeBX+MdWmDyMwb+zF378X/LVWes/zz3KSRV4+UOzNYinpUx59nRrf48GRUJOfRatBJ1Uw9BErKt8shgpBnxjrQF754bZnceyWVYbD3VrhGmw==



























Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Vintage Chain Green Love Heart Pendants Necklaces For Women Hip Hop Smiley Face Clavicle Chain simple sweater chain earrings | Wish

**URL**

https://www.wish.com/c/645f557ce0a425f505c90222

**Collection Date**

Fri, 11 Aug 2023 08:04:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4976:ab00:49ed:2e49:843c:fede

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

EGoImGonm+dSA+BFUKilhFIJIZIDRaHrFcS2AZ0FhThsdDNi0dg4ESRATzdlmWuSi0usE+ULNtQqrXQBnMaVVoqSBjnQ+iRD7tPdziRI221LDRi4GoLyZisDedd5YWny1X7e0eN0kcfiNvdEzKXNFx4WG8t7xChkWKvX7g8t2g1/Pkv8C/S3F8m5nYY1A+axp1xfnl1EhQjw1E2wBAWXgSoF1Tki7e0Xe0HPLv/z/fD4brzYuYv5vh2HGXJiKF/qmXQeKDfyrYlyN1sANGHpTUvV/WfZC+WNr9b8Biaeg3D2BjJbF5fit1rb5w34rJp8JxgC4Vupq/m5VDWDWRXG9g=

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[]https[s][h][f]s[www.wish.com[fs][c][fs]645f557ce0a425f505c90222[]_Fri-11-Aug-2023-08-04-40-GMT.mhtml

**Hash (SHA256)**

2a8d1d1ee6a1e66bcd9cbb2a02bc605bd78746&f44fbfaab0e344&ca6021e94b5

**Signature (PKCS#1v1.5)**

CFmOqx2iXbk3PW9FQyKC8idm8HrFDopuxWDhfnpqCXq+LbNEKYIGbrASey0F1sEHXjQK5PbB0mFYqW7/SagHRhf6V5uhoqRpSHwmpyZIXhbDHLFvfrJb4prJZ9ummlsO0ninxmlciaxXh/GpFGwb6MDrUPgTwNxfOYDAXlCDV6SMij31hNk7C5bJKD/FlraOthPBGbxWkmw7RlAstO/kOe2LA1xg4P1Cpp8sq0wmJSE7+PR3hVry2MetjsG8Pbez+J2/qsZUhHu0iE8yDhOacn2cYngeNF1uqGeg0RitBKt8bhHyUBp5oseUG5n48byD4Hfs/o5yOr9RenpA/t87G5kw==

---



**wish**

What do you want to find?   Search

Popular | Express | Blitz Buy | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | More

Fashion > Accessories > Women > Jewelry > Charms and Pendants > Pendants

**Overview** | Related

Vintage Chain Green Love Heart Pendants Necklaces For Women Hip Hop Smiley Face Clavicle Chain simple sweater chain earrings

★★★★½  21 merchant ratings

**$11.83**

Color:

Green

03 : 29  Instant offer: Add to cart right now to unlock a lower price!

**Add to cart**

♡ Add to Wishlist

**Flat rate shipping**

Spend $10 more to qualify    $10
Ship all eligible items for $2.99

Estimated delivery: Aug 19–Sep 1

**Standard shipping**  $2.99

**Flat rate eligible**
Aug 19–Sep 1

Items are sold and shipped by Linda Featured



Contact, Policies & More ⌃

**Description**   Show Less

Occasion : Party
Compatibility : All Compatible
Function : Mood Tracker
Shape\pattern : Heart
Material : Metal
Chain Type : O-chain
Style : Hiphop/Rock
Necklace Type : Pendant Necklaces
Gender : Women
Metals Type : Zinc alloy
Origin : Mainland China
CN : Zhejiang
Fine or Fashion : Fashion
Item Type : Necklaces
Gender : Girl's Women's
Origin : CN
Chain Type : Link Chain
Material : Metal
Compatibility : All Compatible
Function : Mood Tracker
Fine or Fashion : Fashion
Style : Bohemian Fashion Classic Romantic Fashion Cute
Occasion : Party,Wedding,Birthday,Anniversary,Christmas Gift,Daily Wearing
Factory : Yes
Drop shipping : Drop shipping Accept Drop shippin
Necklace chain : Chain Necklace For Women
Metals Type : zinc Alloy
Necklace Type : Chains Necklaces Simulated-pearl
Item Type : Necklaces
Shape\pattern : Geometric Bowknot Ball
Pendant Size : Show in the Picture
Model Number : Choker Necklace
Feature : High Quality
2021 New Design : Necklace Pendants Chokers
Color : Gold Silver Color

---

**Reference Price by Seller**   Show More

**Sold By**   Merchant Info

Linda Featured
4.4 ★★★★½ (21)

Contact merchant

**30 Day Return & Refund**

**Shop with Confidence!**   Learn More
We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

**Report this listing for inaccurate information**   → Report



Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Fri, 11 Aug 2023 08:05:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4976:ab00:49ed:2e49:843c:fede

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

R6lYU8vsnGb3hm6P39qwBUW+ijwlddLncaRgsxn0NvgMTbYmkueLas1HAVJY9saBMpkDKGezfP3HJ6jNsQe5lf3tm914s82d8CTicGEw8OxJ5YYJ3yk7hNwM8X4t5DpvPJXdWg2R6aqORv3omJmD0C2Qu1mZntp3VA4U9Pqz9vhFzXs3q
+pWUqACIGycCBYaKZzIiwaGkRnnALiK3eRN5Wns/hwhAGLPWKBteGPuK47Bn6XfZxsnsAorrelwN4cul7e8fIQT5g3nBMW1nFvtO2vFCEtS4bSM9zvhYPrCksKq6uuebEtYyR6EB3KJp732uMkfo6akGgpKZmIa4Cfhg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Fri,-11-Aug-2023-08-05-30-GMT.mhtml

**Hash (SHA256)**

fd5a344e29b8a7f97cdeafe9b7380e5f1071daa279652f5f385b3b87e72e4b48

**Signature (PKCS#1v1.5)**

JL5g2N/SiJid4FkDovoHK7aBQ9Vgtz06wW96HzZshhyZ/LwlnJWD/y3wxZ4kq59mHxL/SFFcgMu+r4ZVGLIA1NGuShhXJ4jy2SBUlCwQDQjV17FMA8z+sLkaO6nwB22+
+GsNYlD8Gt0AN5qsp2W854J6ZefOYeL3WVmgsLr2v8KTDwaho7WpU7UEbicwJYdwCU6JqXXAyJFU9YsMnpep3fUdeVDy+ulGxWyfSctgVACXxJUHVIeLkDqm37TyUXjP5x4pCVQlubGYuipwomdeFPUoMkcgeqCg2UKVicc5xTjwbKdvJ6NCqDNgazzjPvz5KaiRmTXznINmyVvs//e8ww==





Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**
Checkout | eBay

**URL**
https://pay.ebay.com/rxo

**Collection Date**
Wed, 09 Aug 2023 14:49:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4450:491d:2d00:69bf:7906:a752:afb0

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
FsZVAFMWmwcotp5o78Do3yHuZ33XUtHc8zu1B2JWCSBVssGBVYO+xho8d5BMPsLDTLbydg5VxBZyI+M7yUcofk0DsBJV6oDufMmVilpH68VLxVDyEuM0XnvMn/nMr/j2Gi1pV0fQoeLDhjJTkpxcb4AKa/iT8QkhTW05rA8D1dZPf0VZmThW44GqfbynbIYwlSM4qH5b3krKmSiwUDv9FakyfkdJ2i0H0kZUL2Swljmf3A8r48VIzvgvOP7fm5Nqomx+MiqE+TCLP7qqeXOHhGlOUzSRZmWe1qTfHHwnA1Fj+jj5XJpTQXD/hURxQfFvtunYFPWkPPHYRGgMKCN8A==

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-14-49-53-GMT.mhtml

**Hash (SHA256)**
387e82c8fec75ffe68d8a489b2c955e4b0a87be0ad2180a4e217c0d282eb742f

**Signature (PKCS#1v1.5)**
ZOutSaWpsZT87ydU8M0oWzwcuq2gLjLn60p85AMA1kPHoJU1hxv0MSJ120DVQmp+ScKagBup3Mtt6xHb2TMvKPAI7kKHgyrcDHrnTr9B7SSKLGrdUle1KH13Zj06nslVBuHyBekVX9b8OKD5+ej/L5yh7iONdfKAOH1omfSLAVDv4rkWuFuGD7ARQLCBSI4TCYoawninI8NnZOBVUkv34SEjQNG20TpMwXKaH7kTGnUzx9gVV2D5mix7h++H/2G4C/G/au0J13/bfZrEi5EFPcawiz5gaBRMHuv+4bi8H543558V9liQEX093iWQL5sAlGp3wt,3J2jradKQszLNt1Ug==





# Evidence Collection Report

**Page Title**

GREEN SMILEY FOAM CRAFT BALLS 40mm DIAMETER GREEN | eBay

**URL**

https://www.ebay.com/itm/285279397240

**Collection Date**

Wed, 02 Aug 2023 07:56:34 UTC (All Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Barney

**IP Address**

108.220.112.48

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**

9ALA9LKuKiKprvPXHrhz7QpZaB4rbAbTVDHgn2Yg39FzverqMr817ov7mwFXULa9qsjhjpmdTV5fMIh3cEXZ7Eco2Gf4GUfwckV1+1pflgrxag47iQXQ8zXqOpZav1g6jubmW

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_8hfqsQjZEryVxmw-qbap.com2tQthd3SJX3G7bW7nDEj.Wed_02-Aug-2023-07-56-34-GMT.pdf

**File Signature (SHA256)**

4bBeb97b1646058dd62a91cd2ba1073caeab8T4Bc647Jdaj77Bda6a9d41b8f77

**Signature (PKCS#1 v1.5)**

hbgryoAHHmaPM44jCdiGefZwtrTeSdWtzUJkUVLhVnrDkyhTJvT1+TvG7uyfW6qrm9Qf3ZnVXHz20DpKGwoDh1+mdB7Gp7rFuhs0AHnDr6K+DZbsdYdT8kbxkewTx



## People who viewed this item also viewed










































# Evidence Collection Report

Page Title
Zac's Alter Ego® Men / Ladies Adjustable 25mm Width Smiley Face Braces/Suspenders 6041964525113 | eBay
URL
https://www.ebay.com/itm/196088151948
Collection Time
Tue, 09 Aug 2025 04:48:00 UTC [GDPR Department of Commerce / MST: publication/collection/timestamp
Collected by
Winston Boyd
IP Address
[redacted]
Hardware Information
Identifier/[Windows NT 10.0, Win64, x64] AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0 Safari/537.36
Digital Signature (SHA256) / PKCS#7 v1.5
[hash string]

# File Signatures

SCREEN CAPTURE
SHA256
[hash string]
SHA512
[hash string]
Hash (SHA256)
[hash string]
PGP Signature
[long signature block]



## Similar sponsored items
















Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 04:40:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

CusedQki4L+5Lc+cMZC6AmIJ3k2pMpf5GJduNeLdoAt0SzCyXl+C5Zv5nPtdO1ThWBu1Kmrr7/i8q7GY4rcP1Ynoy5OWzrBvRqj2cyvuhe4EOLBRapsbCHnoI+6wPDYT+wMDyycFaFW47GC3BWzRsTgv
+BBUZpvtnMHelHZLtNgTFKDD3syuDj0M/7huRVb3Mo117eA2YwVBlm5MYvuDGbhZtnltluyZdrCb9TYp19jO+GnDKLDTFgML/IvN7sqsaDuvieuwwC8Tn7GksSUfixPuO74ARz9uE2rVnsngJKaLOo0GB9b669VmhEPSbvHW8qoAk1vn6fo+sW+kmEDqNW7Q==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs]]fs]pay.ebay.com[fs]rxo]]_Tue,-08-Aug-2023-04-40-14-GMT.mhtml

**Hash (SHA256)**

6596af31488254af9b02e3710174e772a4cc73f8409608473aa3c2a692e66ff5

**Signature (PKCS#1v1.5)**

GcNE6kOj5IkQP/0Nw2vbtz0RL3AeEutCrVOWg2wdExjX7N8rdXIUIPVIpdEd5lAy66eNTJPYyhSRGlhZ2dC4GndfG+IxJVikWiXl/jzxgXBMt36gz6x8ry.J+Wo2OnF8KyWad6gw/qdbZyfhe1Ec+R/gIN4VPpz4WX7C8fXh9Jr2iJnRcHy6vgbzW0p49101EKWWfuKaUIQioghQr6xjsBbOvTBJRN
+DwGdFhm7EZV8xE9DNmsdm7vC1z1gCZInJAYfKlCdu9wI4Jik36nmCJSOpa9RGSfqPxLBHr5qTiCV3cQOMm6NdaYuhxOJZ1GnRv0gLNFPTDhFlLazv/CleZA==





AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com : LONGYU Yellow Happy Smiley Face and Red Sad Frowning Dot Incentive Round Stickers for Rewards, School, Home Etc, 2 Roll Per Package, 1000 - 500 of Each Color Yellow 1 Inch : Office Products

**URL**

https://www.amazon.com/dp/B096KC76PH

**Collection Date**

Fri, 25 Aug 2023 14:07:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ZEGuGOtin7BrnAkLi2XbY8M76oVOBqxu1I7AqhRNeCPJwLs4u+5FVPYzjLe3h/TGajyZ96uebURjh79gO01U6Vcou6/OBH+20dQK3uTFIWoR4IUlySqSy3eyEfoh0mjQltWt9B76F9UU9oics0II9qsWcTRr/aISqVmfHd1sF355uQWQN5YHZ4lnSvid2OJQmlKfd3JBVgJlHWM6KzaTC4wm9FHIDLd
+OuRtY2xBKatgYZB07LYDIZhDOVzxBfPmgzcRlLkYRfkJ2nVlj1ju15HGV/SrkiYTIzf84zO9sdsfNLFvpnpCNnFNjQDgRYQf0xT6+gX/zyipB5Tz2iD4wg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B096KC76PH]]_Fri,-25-Aug-2023-14-07-45-GMT.mhtml

**Hash (SHA256)**

1d890ed42a1c9fc5ab17c75430f8dcd99ec3f3ba076cf0bb3e21b7d4894daaf5

**Signature (PKCS#1v1.5)**

IFPh+J8dnyQuT1kIUIHOJ/iDhPQjpYLqUi+mLXc1eNpvpHfTOzsubRdg2xdaGDA9f+QDaBZifePuNaU3zTEHwvW7LQsDf4HkLSz18jITAov70Dz5O35uL867M//R+gz1uouWOXaKSA/mHxG4+oLrG9T1JcPZtaOC3+6Mkb0ruu/afeF7VhYzOPKoryr3U4sDCLGzQk3QrD7NdCxe5ZkpiupwgeBkKUpZU
++fmSYb2Tpwmmr8GYVC6e2Zi+lk+geracc5/ZlKpg9eALur0yJcpadB0gfGEV67M3uDaFQfYSClqIJEpPEOAmStrIPK1rPz03S6f45RUFJmY3GLjApJXQ==



















Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 25 Aug 2023 14:09:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

w46rtH39+yPQhhaTK2T0c3nQx3G3nB6Wt97XUSAQmgdK7Pe7f7avrCADEfonMMEjuGsHdhn4rfT6565IweZHMQPDYmqvd5k0qlG17B1F1+kyYDBbDZ7f/
fbybIJ8r9wx28PDv6ubl2pzfojVFabd6uTetXxmPLbjqc8aQk1CkKkKApFgmlByxuCiz7U0Z0MfVz02acCriguV78RH6hQhnBmUWhVpeHhmly9n3xtpTUpAraDqrA56E0GhYYQHFcPSHUmZu5nx6AWP8/
sTPI5jzjcMTwgD3mAsVX9oege5+Q8zhrkUwDlnIJcqjQvzcQcZ7B9jCIzBYtj7b40SeFyaqDqA==

# File Signatures

### SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-25-Aug-2023-14-09-18-GMT.mhtml

**Hash (SHA256)**

bb549b9f3e7aff26d59b628751a3ddcd7c01145fca317feca44f017668059529

**Signature (PKCS#1v1.5)**

rBOW6M63g4b+Wy+BuS8M53m47tzAaSyWFZsvek9dBd1H4EpODxQVeQMPAKsPeGX8XLN0tu6UxBfLwCmvb8dG0movtQPKM9JehPr1e4YMQ0wLTuTpyWza5uGjfOcGBOFN6eN9Z9LUMu6K/cirvoA4rElmcyXW
+KVxVn7lx2xkMW5mmtoEWv2uOmfVaZQlOvwXE0zNndpEfWibmwuqxf8kisgt3vs2UUAvRljqya3f+rwpwU2mk1SXpfu6cAhd6rlFPslag5r+6T1nHuYbyFN6xWucvYmoJv59jysTTv9vfpp4uIJC+5wsehOEhwYt2Q7tMIpaEzedBV+0asU49/5gg==





# Evidence Collection Report

Page Title
Smiley Face Ring 18K Gold Plated | eBay

URL
https://www.ebay.com/itm/256113917819

Collection Date
Tue, 08 Aug 2023 16:16:18 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Michaela Borja

IP Address
112.206.69.0

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)

## File Signatures

SCREEN CAPTURE
XHTML

File Name
screencap_f0dwjx8jfQ9pnew-ebay.com/0j6mRp53bb113bJ180.png, Tue, 08 Aug 2023 16:16:18 UTC Hash (SHA256)

Hash (SHA256)

















Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 15:19:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.65.0

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AEfMu71kdYZ/bn8ldDzQTNtB3mUjy3XuBBalwNGioGfc5/ermA7kdaGn4IvJVCnfDCosEQN1r/nLvhJpTArhurHNag6l4S1kYm/4Gfp0zSlmvnCxLabFl75lULQSNOx5cnlqQBFeF9qxmM6Me70xdvEwKEieb6+vbgX0h5uV+3toqRyHU+yo8d5OCrbsR0eDsRSGenGUE94i4GsVIl82bF6CY0EnJnKSA2dTNWFXMv0VabNwMnDZ2J2xLzQV9lyrhf9S2JsDfRaNKGDIrklUCW9pm1EHvcIJGhcdlKP5X3Hma6EbcuP/sSjK3u/rm26baf1G60DZa7rWYzU3X8Y5KA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s]fs]fs]pay.ebay.com[fs]rxo]]_Tue,-08-Aug-2023-15-19-01-GMT.mhtml

**Hash (SHA256)**

f0ef2ebd51e7955a8c50815f5347f45e44bf6762931ed4123536e9860778a2ab

**Signature (PKCS#1v1.5)**

YJM1R/cgaytPbzlpbhdiE/Hl8Q8ZIimscMH10AlXPpXNuOenSvdU/s0NZOxE6uQXvrVtVmnZ6oj53mJ4z83BR8TVSCR3phIhdyetQWqAjiXDqR0fwcQrJqcsTijjDc4CTvW+hj9Q4nWkInvc4p59xfLkVUpZp9HubtOoL+I7IlT7AVgbkJFazaKg6CagF5vrNdR48lmR3jCnEuNs+8Krw3V9YQz0nh7vOmpZI9gPWaWquFPUyiBkqd5NF+aFGMXsZJat/BApSPNs2vD/zDlR5QBIk09IRgzi7IT9P/B3bCy4hDS3g+LtzNaF7KE7666kUY+pHA67RjeGVCcSkOV9rxg==





# Evidence Collection Report

**Page Title**
12" Smiley Face 10-100 Party Decorations Latex Large balloons helium Air Quality | eBay

**URL**
https://www.ebay.com/itm/293615026927

**Collection Date**
Tue, 08 Aug 2023 00:21:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Bucy

**IP Address**

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256) / PKCS#7 (E)**

**Hash (SHA256)**

**Signature (PKCS#7 E)**

## File Signatures

# File Signatures













## Similar sponsored items





## Sponsored items customers also bought










## Item specifics

## Item description from the seller

## Business seller information

## Return policy







Copyright © 1995-2023 eBay Inc. All Rights Reserved.



Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 06:47:12 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**

QVJ9cjmuwhGBilqW18W86cJOSS8OSmSqbmR5ztyeQ/dv+nTFYyjIQTOv9RpVaQWQGMFbLIg3h54wpQ5Wkro7tKHz/rLjBxHNpuaMEFsRSOu9aWAqmeLxajTSist8Eod1k3siGK6aSwfdlZkJj5UBCRcICekRghSWVV+piWtRkhaWAFoclBdFuEtUYphzrmtL6sSpx4OQxyuek6GHzJJ9dwm1m346ZpSVNynrMgvboSU2OALegGoiChEm0qoSCEpn4OgecTKUmMn+v6kaM0V7hFuhN9LfUCxOA/eSt+z3KPbB7Rpj4XUXgy/SCthvF2iw9EVXlZsMcZMwXVXsxKjSSw==

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-08-Aug-2023-06-47-12-GMT.mhtml

**Hash (SHA256)**

4f1c8f932d55956a512c980b1f97d3ca58d91af457728b293289bc4422c10b47

**Signature (PKCS#1 v1.5)**

jjWTVHaSUEt4MLyxmQqXJt53rBNyZ2QJ+SeAgNQ3ZhbHeZAROd6K9SKxGcL6wFjRVxPfjtOZ62Jdla3+moBARim56TSbXbFf9Ug0wR/Qnlkw4ocbZ9HfAIjw9ad+zE/DGXXu1ks+h1WKZmukuJNYX2z97Jstw/eWKfbOeNFRzNaTaFb7GCuUVmQCBEesoE0C2m1VjUvXLSyZZH8yS14UcghUCiHinmQ/14DOcktLrw4LmpWuYgBx9Ty7iCWIXTH2xSiRdekV+36OMoc1RK8hXBzDN7SVPw27lZ/wgPqBa6XZcIdyaeGJ3Td1tnY5f6o5+2kWBq+OJHJioFOreqFKwzQ==




Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: St. Patrick's Day Iron on Patches,Four Leaf Clover Smiley Face Iron on Transfers Gold Coin Hat Iron on Decals Heat Transfer Vinyl Stickers St. Patrick's Day Iron on Appliques for Clothing T-Shirt

**URL**

https://www.amazon.com/dp/B0BVFSKV6R

**Collection Date**

Tue, 15 Aug 2023 07:34:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

GWtzexs1hmhkShxir18TUnHP6lJrxkWYLjnSsBzUupCT0k6wJDyOv9oJb/5O9dXRlj4li3YrTtbk/DjSkaC88X4lWmB1tSoyqy8vsdBIxz3ANJ535Gy9NQ5KDmDnF6Z+uCA99tGR2TZ+Onliuuc9h8CCOV9F6BpVo6C30YWpLC0d
+DcfB5q9nLh8St5BgzsthihfiuSBm0FRCZEY7bDQlYUVhhBCzZ8i4u5tG5Fd2Ry4KT3M0OcoDReumlyOc8B/oknWmF2uz+Cmy1l488r/bErXKoMflINBWirjtgCe/x8hXlDCP2yGMDqc0UQhwrTPeUf2ljY4CrEn3oNfJzvf7g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BVFSKV6R]]_Tue,-15-Aug-2023-07-34-48-GMT.mhtml

**Hash (SHA256)**

425ae006caeed7f4e444f00ec20ef9556997a9658ffdd594993841556ad83a32

**Signature (PKCS#1v1.5)**

IIJwpGIXh9YekQ4h+G9ubSi2uujl75iuLOBItNtLKXACmb+giPRr6H68Q8BxEgS6z8UJvUzskpqg3B2NAkK2T8XUySNa21pe6qbz7JGJ+gsAi0yo+8+fJIb8kH6tImOCbrUS4mVwPcW9BDZGXAPnor6h1r45J599AgcNtft58rV9He0Id+/ynl2G5pC/
sO1PgqYd3KYVBENvPQCsLrOxLw3RK6lkuRKwyNosB0PQp5sE9sTY3h/XlZy9io8O8dFCthh1fihRcRsEyFGo25RveS/uxUx/KmkGeYLZXbUn9NQmwzVS9hXEo0+1SgaQd72D+q3ckPJsMbbcg0WMq6S0Dw==

















AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 15 Aug 2023 07:37:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

IDGvJN4wtmA4q8JMDEyzv3Ay3FOYhuAqH8LKk3l5Cp8w8b3TwwiYL+NOO2KOm12kxvdYKsuj1qoeylUSa6s/KMa03FvEVp7kcVlKEad32BNG3yEfVCFq6ZFmMlRRqWaqAGRLHbHJNXJDlZOsHRMn58BqbwN1og4m9Q904Ro+c2FvU5Gre0lBBC19JFsji7r
+0ou5K2ZUF2zbclJ7sZ6y9u6FGV9MLHN2/mJaPKNJOgU3Vg9sOkTcE7Zzd5p+K7Vb3H09fHAVoifj/AWYOtebiFEboVuO1XPW5ib53U/8Ckv/nRp1uPYXp8BEobGvw7thEqfyONEATOk56ZGrQEl5hYw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-15-Aug-2023-07-37-22-GMT.mhtml

**Hash (SHA256)**

ece3325eb8e7912e8a346e15a85a0ca54ccd440c944153ce02bdba24f9dbdab0

**Signature (PKCS#1v1.5)**

uzCb+XpYCu8mX6iM5gM9k+IusHeReUTDNYub5nfGmrZsl/ldcyTQMKtaCj7EvNhpow5hiTJytyVUeinEl/SE0IsN2Dr7qHRQ/O75rqR/hPXr0AOnM36T+IzIHzM+WiAGzs6gsWfch/G/7mizyM2Z7ijpbL47cQ7ayvzj4UD1n4vrZApUrZo5GKbCBR8cbTvuxLscV70DnacILf5rwLjjpMTSLtrVrWaHlLpT/
iaa63CBEVN30fYLawfbNVwMnJG07++56nbrjXZO4Sp1M03MHF/wU+dz2PCQT9jzAjCCdbTObBDSzoeOzJc76l3DcuZDr90FumT8qgZz4KPZcclvQ==





Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 16:03:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:491d:2d00:69bf:7906:a752:afb0

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

cKIqrPkcBdqY6n3MNuV4zOCBeS+j+CIRDsITvl05RsZUUx48zxeP1sBdb/psUBGMp+wWv88L5+gwE6kHrBG5siS1rSElztpojuX0NgVkQwYXYTRnQAjBqLsYeu80RUgiMDOQM8+XNP82L1nxfD2jL9vyqHfJ7swyObNu5/QxzzWQssf4VK4pJR03GSetWMug22FCJO9IShMD8SmzLliRZZsYuThNQ9qsHF3SkuwAu3VzsCuCXVNlplfKBX/Ot5iJhKCFQbTiWwiJU03Y6xCevRcMOqepDZBUw7NisP6ITXn7chyE4afTTARmacJeJxWh3YxJERDeEeof4ZbPvLH32A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-16-03-51-GMT.mhtml

**Hash (SHA256)**

e8fa342075fcf38ff8e6b4b562feec7e0f2354ce27c76f59ec4f600d9beac1c6

**Signature (PKCS#1v1.5)**

WaSgW/8p/0UoJ3UdwoJyswfuIyi0h4hw1bBT9YGEqqfKJjyXdyOtowOq+SVgf7d8Owra+/R8LxfMY2GjhMQbNjjGzLCLehn68MjGlhn5ZjKr0Rx5Ec7BntJchgIZrtpemNZ9jwD6vXjMp3xMjLiSTd7HFDFKZSI17a0bH0+Kq+H9jyQAwRxywGoPSonhio8nOcEu7MLMD2W30hIDj6k0+J8fXPLggDCS6nakHlNQVnQtSy7n6z2qyUl7pZFuLIFVhZ9L7jFNEK21QEmlA2EUnNAIjLZjcJ5bZYSHI3LhdGUvAWPnQyJM0WCTjLsExdgy2l9CeYrFUop1HjJnz7lg==



# Evidence Collection Report

Page Title

Banksy Artsy Balloons Design 18" x 18" Cushion | eBay

URL

https://www.ebay.com/itm/256327171565

Collection Date

Wed, 27 Aug 2023 18:15:15 UTC Department of Commerce | NIST authenticated timestamp

Collected By

Chris Nancy

IP Address

IP of collection: N/A

Browser Information

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v_5)

94549cc2916406ea20137440f2be34c6a0f15601b45f728fadbea4f0ae92f5d4de2e093889dea6d9c

Signatures (PKCS#1 / 2)

4c1b38c60f2d65a2db2d1c6be821c2a9d0a3c51de8f3bbd2

## File Signatures

DOMAIN CAPTURE

PDF

File Name

evidence_256327171565.pdf

Hash (SHA256)

e1c014c32ca841f36c0e3fa97ce201c907f6a3c81560b9adead0b5ed1b5f9de2

Signature (PKCS#1 / 2)

4c1b38c60f2d65a2db2d1c6be821c2a9d0a3c51de8f3bbd2



   





  

 











 



 



   

A∕X∕E∕N∕C∕I∕S

# Evidence Collection Report

Page Title

Amazon.com: CATLIL Happy Lightning Bolt Smiley Face Slippers for Women Men Leopard Print Evil Eyes Slippers Memory Foam Slip On House Shoes | Shoes

URL

https://www.amazon.com/dp/B0C83QWX8H

Collection Date

Tue, 26 Sep 2023 17:40:43 UTC (All Department of Commerce - NIST authenticated timestamp)

Collected by

Rommel Jan Katardata

IP Address

(WHOIS)

MAC address

Browser Information

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/117.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)

## File Signatures

SCREEN CAPTURE

MHTML

File Name

File Hash



ONCA: Men's Cozy Memory Foam Scuff Slippers Slip On Warm House Shoes...



Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 08 Aug 2023 11:57:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

q3ZSyN9cwJLNMrM0uU0CU+xPNE2wkClOB4rejh4EZgEPoeiNogUMGjMfWKey5kdaXmi5CWStPe8GXFPyJ1IjFnXlFutj0hCbSmtmpppgIT6BmBKftaXQLKlhouo+T3A9+Pgm2mGyaDopeJ9WYwR6A1HmJnTiaVLt40LlXp5hGFhN5aMFtEjs/wlHSjrPa5sPp+ciz4ogriYLdGG/5EXd7zW6itbmJdlklWhJJXlmt2Tkuvnnk9hj98TclYjhKu7Ej/xnlV0tkNE7BCPRiiJYhCAo9pLfbwnPwD8TlmwXiLP0y8M66FSD90JzhtAHqWn3hM6PoeHOU6hl/d/yYzeDUXQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs]fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-08-Aug-2023-11-57-00-GMT.mhtml

**Hash (SHA256)**

cdb1bf92f02d0e20c445fcfdccb11f947c742016ecffffe89c56fd6886f5b1a9

**Signature (PKCS#1v1.5)**

KrLPHiG+Xparc8671w2mRUOsKlDHOfAgTrJKlDGk0Pv19IoP8unqBYmgmXMYnpB8OP8P5WXV7jkSDHpQMJMRWueTnKmUNXC98yGOFZ77B9Lrzssz1xrFXgP2klXVqVFcWduLbatfofYusN8qmQPlgG+jH4Dtd8yR0RSuZkoXCGToOt+itwjhH/fLiEG5imT8elYmxpxhP+vdCjXheUuAt8HbMlrk7hfDK5H1Xl4x/R7Xqp1Qts4G/NRz08CXsSdSZo1+tMlAJGi8tlRmqu0cV6ZjXrncsk3Llia0Vm4Kj30fGshDchKHvdDis/GFRkeXOD0KoTxuQCX2g+v2fHnZ4Q==





# Evidence Collection Report

Page Title
Blue Smiley Flowers Gypsy Case Cover iPhone 11 Pro Max XS XR SE 2020 7 8 Plus | eBay
URL
https://www.ebay.com.au/itm/302716613686
Collection Date
Wed, 09 Aug 2023 00:51:00 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Michele Ninja
IP Address
192.27.12.146
Browser Information
Mozilla 5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1 v1.5)
...

## File Signatures

SCREEN CAPTURE
MHTML
File Name
...
Hash (SHA256)
...
Digital Signature (PKCS#1 v1.5)
...













Copyright © 1995-2023 eBay Inc. All Rights Reserved.



Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 20:54:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

193.27.12.196

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

N0At8DsAsaZEU5+vDXmPXA9TSdF/RlxKJ18/+IYXVVBeLG3eAWBK58a+wIlpaBM3fK0gzXW3w5tQoob3losfvmV+bbNr8mv4n9wvpEM3CsZ/XyDoSHYeNfOyXq8v8PBzRKQwgJt31wetXqhWZJZ28IfHhSw63WrUPN6BhwsghsRfWNm9AZiZQVh6E8gc2IWujVMvRX/S1dLzwdeM/IG8qB16N/mE2ierBA5hUvEhwmRO1wywKA1gEJCqK4H/NVpn3JYabcS59+22N6of/MZZ2oA0Y2dQsI2ZUoLE4WaY7FuQ3GfqgB7u9IB/mekOpJPU0V+2WgIM+/ZVEuHkiXBA++

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-20-54-35-GMT.mhtml

**Hash (SHA256)**

bdcfdfc0d86c82ce6b8ee11272b3bb0a952257d1e61cc1c414b0acfb2782bb78

**Signature (PKCS#1v1.5)**

eHCQEQIYJrttKpZQK9WWMTPHAut02Y5pDGRRDgG3EjrGED3huX6ZHEtLSgAzY3xktF8p0KTlAl8PCTgbfqzIWgsM2kjfr+ALLeXCep/8Yf7+LquzJV4o+x75pMQVzExegh1G/ZetScRlzRt8h40xU3ww+np0A81xtaiT17tygkZWIqHj3xOj/MbmBAict+Xnmi3uktU5uBNuS3ZYpuErQc9Ct+bKiE3PGy76zZE1Jq1dGq7BHEsdgWqJVhsi3zJEtW/GhB2+I1fGcZMVO3u38bVzJHJIKx0ADnW5EiUT3ox6w0A/UlveCAlrhBJ3WSYdeVVhWUdR4/g9781KRw9Q==







# Evidence Collection Report

Page Title
Watchman Dead Smiley Emoji Disney Embroidered Patch Iron on Sew On Badge | eBay
URL
https://www.ebay.com/itm/114619688090
Collection Date
Tue, 08 Aug 2023 10:46:39 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Michaela Borja
IP Address
2a06:9d04:79:5
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

## File Signatures

SCREEN CAPTURE
XHTML
File Name
screencap_0nbyss3.d6ey.com[h]itm[h]114619688090[g]_Tue,08-Aug-2023-10:46:39-GMT.mhtml
SHA256 (Hash)
0186e74e5cf49fed9d4b57853632a7663fbbcdd636a2a587e27a4ff24da467
Signature (PKCS#1v1.5)



ebay   Shop by category   Search for anything   [All Categories]   Search   Advanced

Watchman Dead Smiley Emoji Disney Embroidered Patch Iron on Sew On Badge

Condition: New
Quantity: 1   More than 8 available / 2 sold

Price: GBP 2.49
Approximately US $3.18

- Buy It Now
- Add to cart
- Add to watchlist

Shipping: GBP 1.99 (approx US $2.54) Standard Shipping. See details
Delivery: Estimated between Sat, Aug 12 and Sat, Aug 19
Payments: PayPal · G Pay · VISA · Mastercard

Shop with confidence
eBay Money Back Guarantee

Seller information
southam collection (1,396)
99.0% positive feedback

### Similar sponsored items   See all



Yellow Smiley Face Emoji Emoticon Iron on Applique Embroidered Patch *403
New
$2.99
Free shipping



Watchman Dead happy Emoji Disney Embroidered Patch Iron on Sew On Badge
New
$2.36
+$2.54 shipping
Seller with a 99.4% positive feedback



Movie Character Heads Embroidered Iron On Sew On Patches Badges Transfers
New
$3.52
+$14.29 shipping
69 sold



Heart Eyes Emoji Smiley face emoji Brand New Iron on Sew on embroidered patch
New
$3.56
+$14.29 shipping
80 sold



Smiling Dead Happy Face Emoji Logo Embroidered Iron On Patch
New
$16.99
Top Rated Plus
10% off 2+

### Sponsored items inspired by your views   See all



BLACK METALLIC ROLL SHAPED CIGARETTE ASHTRAY SMILE SMILEY BRAND NEW
New
$5.75
+$3.81 shipping
52 sold

10x Premium Metal Lacquered Smiley Face Round Disc Beads Jewellery Making Favor
New
$6.07
($0.61/Unit)
+$14.10 shipping
Seller with a 99.2% positive feedback

10 Yellow Smiley Face Making Return Address Labels Personalized
New
$6.99
Free shipping
Seller with a 99.7% positive feedback

20 Pieces Smiley Face Colorful Magnets Refrigerator Board Memo Holder 100% Best
New
$15.10
+$13.33 shipping



2 Sided Smiley Face Emotion Emoji Icon Reversible Duvet Quilt Cover Bedding Set
New
$19.14
+$13.33 shipping
692 sold

About this item   Shipping, returns, and payments

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items)... See the seller's... Read more | Type | Patches |
| Sub-Theme | Disney | Featured Refinements | Embroidered Patch |

### Item description from the seller

Ironing Patches:
- Lay your cloth on a flat, heat-resistant surface like an ironing board. To ensure the item will provide a good surface for the patch, iron it first. If it's a backpack or another item that's difficult to iron, do your best to arrange it so that the part of the fabric that will be receiving the patch is flat against a hard surface.
- Place the patch in the position you desire. The adhesive side should be flat against the base fabric. Make sure that the patch isn't crooked. On embroidered patches, the adhesive's side is the underside.
- Heat up an iron. Turn it to the hottest setting your fabric can tolerate. Make sure the "steam" option is turned off.
- Place a thin towel over the patch and be careful not to move the position of the patch. The towel will protect the patch itself and the surrounding fabric.
- Position the heated iron over the patch and hold it there for about 10-15 seconds. Apply as much pressure as you can by pressing down firmly.
- You can also sew the patch if you don't want to iron.



southam collection
99.0% Positive Feedback
12K items sold

- Visit store
- Contact
- Save seller

Detailed seller ratings
Average for the last 12 months
Accurate description    4.9
Reasonable shipping cost    4.9
Shipping speed    4.9
Communication    4.9



Seller feedback (1,396)
See all feedback

Copyright © 1995-2023 eBay Inc. All Rights Reserved.



Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 10:47:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

dgA1wBbxqrMwMI+a6O7OV2Kiz6wUFNB3hXgzeOyh7sJvIUYjEJmRBIOJsEH6hXHWXKNhrYYo/nBZBhFqZ0WtfOkrKvp2UvHVIYsLZ6RZoVwWNLGYVEuK7oVRVbOUnjUXffdEbY2rLPH7VsmVfIvNZQHo6Vfg9LaA9mpyfr+J6n+2cjCy1abf24qq9G9eZlibseM3PY4T7fMq8JzGV/2KAOfgvOkxR/nkA4gxnFIxH50yiL+4gNeZ6qwxFFS6yv1JJpz+r63J7sPfKiY3zzJKJ0xA7yLsTKQyZVRnlVE1p3OVhanX9lbC3vzLqd280bg3MG308mnzOMTO5gAJtc1WbQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s]][fs]fs]pay.ebay.com[fs]rxo]]_Tue,-08-Aug-2023-10-47-35-GMT.mhtml

**Hash (SHA256)**

e9123443fad2bee3a8e87fa5752d044b782236dea2c7cfe765f5ab777df49431

**Signature (PKCS#1v1.5)**

BbVI1sEDPlutgNDfnkUuEnNng8EiNTDLCx36BiGMMKsa2PvKu3yznbCC9l4N2WQI5RGP9qEhsvv9/QISoADZSCzC1dBJO2W+7nObi/+C93hscnvlyGmvS/0wiE8DT12InbydDOGnAXgLf08/zsOr4tbTYb9309BE5QQBabwrKXfP9FjeltKeAhsmlU0hGrCRwsTN2Y2LTxlWbYQmxzE9IfaEXBfMszOKfQu38MuoEbhn2QN+xkQ1Ev5F8GH2Sbt/PDRGVkSsSF6L+CQ0PTymGPNw1+jvri76evaSiAJbMJ1R60qaPIpUT0ADbPC2OOeuep5L6/w05CCvhiZpfQ==





# Evidence Collection Report

**Page Title**
Smilea Shipping Phone Case 360, Cover For Samsung Galaxy S22 S21 S21 FE A73 e A54 | eBay

**URL**
https://www.ebay.com/itm/364639350516

**Collection Date**
Tue, 26 Aug 2025 06:41:13 UTC [US Department of Commerce / NIST authenticated timestamp]

**Collected by**
Chris Ramirez

**IP Address**
198.526.113.42

**Workstation**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**
7DT5rkCqLv84Ci7Q7Xp5Ky0aPZgj0fDKFPKh7mYoGbxH8hfaUmS2tPpqq68fsws4GV3FGjBfQ6G...

## File Signatures

SCREEN CAPTURE
PDF
**File Name**
screenshot_364639350516-smilea-shipping-phone-case...360-cover-for-samsung...06-41-13.pdf
**Hash (SHA256):**
0fab8dbe71f3cfb47a4fef113cd0a92bf7f501bd2cc4aa00d75bf840d0da...

**Signature (PKCS#1 v1.5)**
ac67aFcg6fh7hZG5kP3pJy7bQ1TJ7p8TjSEnvJwS5qRKxp5FpZgvkwQ5hZ5m8...































Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 30 Aug 2023 02:37:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.74.192

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HVocR+qtiEYDcxceQeb4OroCMH6k8jsE4mik/Lbk63uotg5ZLiqyc+W/iX0t+ijWnwRsxlBTfl3rUK7NM+MteTesMYrkLmU1Z4DHLWgIUy/r/bqArM+Citd+aouTLK7KgjuSv0liqiKpDc+GJZgba3+oRZ0a7GBtPfYrEvGeiecegkZh4k1Lu/giH/i76PMbMUVp/8D0y5Kcq2aJpNjwh07GJnbJrzhel5t9xk3/R5zIU1bYDhdweaC5WbQDSmVmtb5N60BBZNoRs09QlWJsgkA6I7pBKJ62dR1sly2ceCjxWJ/JaTRkAddKY4+DX+JlJDFvcF3gA5GJW0kWekq/0neWA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s]][fs][fs]pay.com[fs]rxo]]_Wed,-30-Aug-2023-02:37-24-GMT.mhtml

**Hash (SHA256)**

5e40d10044b8533c4865b37c4e91517601ab22777b4cba9c73f2a7996cd682f7

**Signature (PKCS#1v1.5)**

dDPODLuQAa9kOqLcucQ6atwDQRFUXM4BngkNSK1Z6wbUoY1Be0+Bkxk3LlusCN8TAXVnxVXe535XnPJYjTfMds34Div7BN3gdxPgXy90pyQqLhMMVSChyqUBm4ShcgiP9MPozlg8MGFBhiu1b0l/W0sDzr1cGCch0rYH6bEF6FnVOCSkEyJChPv1e7yN32uPuAgimyJK2lNimcwir7wiZkOkGBnudbb9X5kEEDsM805wpuUjSpk1hguRuFBmY42mRDcAZPCYxVA+MvlWAx1XnjScWT+gJmoSGt0AT200mnrRzEMnoUbrWAk68Lpj.Jo68nmmpuc5RlcYA3PSLF2Afg==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com - Glitter Smiley Face Sticker Decal for Laptop Wall Car Window Bumper Guitar Refrigerator Car Body Folders Vehicle Tailgates

**URL**

https://www.amazon.com/dp/B0BQ7G7673

**Collection Date**

Fri, 11 Aug 2023 09:15:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.167

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

F+e2Mz0PcxF2Cd/+Ygu8kfrYYF6JrGyLUYPh+riWQG1csSjdRYxGJ2RfNG48bgxLUaWuMggljDMnOczCTpMo6zxFlG5xRKIDsIoZ45yMZZv6y
+KLdzdubVASBnONqWtMtw2UVlwki91+4zH38wAkBZvH9ZDDLnQmMSVjENeLm7JEzDfG8zLc6WDPFQuDG3SbdkYysCVN0oiSzZmSqbXNTD7E42uq6w3Ko/Gy35LD/aUUMYKU94Zb1BmYT2Pu/U8jCEaHh5pHn82gTussLhqKoHP/kvc7r3zL8zc0G1hgnaMQPSfNq3GFmJluHk/
m87xFF9V+DtqasbXLZjyrVz7rKw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BQ7G7673]]_Fri,-11-Aug-2023-09-15-20-GMT.mhtml

**Hash (SHA256)**

0f9bc9ae4656b83b04b69ab891a1c56903472cba658f1bfca22c2e23c8c27826

**Signature (PKCS#1v1.5)**

HYgisUjppz57chPZZ6Z97JiMDs5GeY/Sep/dBdV5PWh5FptN59z+TUAXm7EGZvXuDrVIVeHV/xkO1p4Rt3JIPPpdyegQX0NQDbyqbVbWD7EnfIhwBzLEModWtohxTP0+CHmRhKa4ebbvFJwcWexk9vdvk+Uq+lM2aS0uDGJuS19cgLjhrnmfw9nSjkinM8nK/CL728zqMZ/KzCesygjXT
+aCRgaAbbfNVzSrRFYJbO/hLMuitvqAsDn5xqXbeXFhdFgzUH7Dty0utszWEKJHgOvzDmpU64fwsiCum+YzFoAN0Fg9VqHx20XoATKC6QNBZZXHt8UVlAdTus2lhDR1yw==



















Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 11 Aug 2023 09:18:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.167

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

UMKlEvKT6v3tLuKeYNiq8K5r0NLPoEDdE9saATIHgeiLgnOByzDFtT46KHI2KOX0i1qNEzkC+FB1oobSc2RbGbNLoN7wY/xOO2whnHTe9ErVKiMqSRcaVGGTbtUn4IBVPUD/cXbSYeebdgKBzpFChU/6o02KH+ej/4p6vnUfX+3nAwu7u5NrroZ79V2bflOj4X5LWHLxFESFnipi7ozXKtMZVroY8kvx8xH3/8XZnNYQHo7IGbgpsAtduc/dnequZFCCExmL+Srf2/XKr1+UT4TLjoZn6Sq+4/YNUB0Y7nS7j9I4uMu1FxQ/R57ikNFFCX2Hjokam,Jt0RUfcO3YvjGQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html][]_Fri,-11-Aug-2023-09-18-56-GMT.mhtml

**Hash (SHA256)**

30f15339e6c25ffed6a253b05db4e5ab8aadb5f1a09462c1feb17cee03f05936

**Signature (PKCS#1v1.5)**

v+g+4L7gs+rZUdYYJHPoYNS2NekM61RqDC9fMP0SdiYczhcXhmiZjBVYMAVCtyHQQPEjmel7AKx9EaxBnZFSDJoCHzwaGk136Vrour9qX5tLDxunnQQE7ePufcdoE+fpLJ8jt+f9U2TzxKhF+qzobkEebc5O7tuU/X+8Qq7iKll6U89uKEkmUPFlNtJnYdrX60kURCLGRrhImQJMqWQWiSo9nrwLeTy8+b+taSy5bMyrxhgoeM2JNbq63BoGnO+Xqj2R/5GjiDvTfDUEh9m5sd1P9TZDFfNqfZFsSxxI+yZq9Za2BATUUI84CHUql01TPZz4sA6D/B1CHhHaTP8Q==



# Evidence Collection Report





**Page Title**
Hip Hop Cuban Chain Star Smiley Face Ring Emoji Gold Plated Unisex UK | eBay

**URL**
https://www.ebay.com/itm/296677354133

**Collection Date**
Tue, 08 Aug 2022 17:56:14 UTC [US Department of Commerce / NIST (authenticated timestamp)]

**Collected by**
PAGEVAULT

**IP Address**
(redacted)

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.5735.91 Safari/537.36

**Digital Signature (SHA256 / PKCS#7 / S)**
(redacted signature block)

## File Signatures

**SCREEN CAPTURE**
**MHTML**
(redacted hash block)

**Hash (SHA256)**
(redacted)

**Signature (PKCS#7 / S)**
(redacted signature block)





### Hip Hop Cuban Chain Star Smiley Face Ring Emoji Gold Plated Unisex UK



  

   

#### Similar sponsored items

#### Sponsored items inspired by your views

## Item specifics

## Item description from the seller

### Hip Hop Cuban Chain Star Smiley Face Ring Emoji Gold Plated Unisex UK

### Business seller information

### Return policy







Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 17:07:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AXCTrSs4JFZZ1u+NMxvLDg0Xx/PuuwDTZiHc9BJMNlK9nh7/MRvXE/xNn8Puworp4FyzNbjx0r4eiV5xsx1c8Dwkc5nBbteAoBD5bija6AZeL7bJ7plzEldutvE8FAT0Thlwt+C8vgh0Z0ZoJUproLNtPpi+NcqSKLakT9Y/68BAEn5R95zgDMPuqNlvUm8pBwJb52zGt2AuLgSKCZXmARLZJ17DLRb+g9Hghvrt.6Rmk7N3iXDqv3j7xfEAhd9DUbSua7K+2amBAbXmJfBjU1ZWC0cnNHvB02DQ79AYybld9vdb41vMoSKbLGysKj9fkVhzUt4pJgvPVxp2uO2MeNQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs]]fs]pay.ebay.com[fs]rxo]]_Tue,-08-Aug-2023-17-07-59-GMT.mhtml

**Hash (SHA256)**

8b1dfd97ce3da5db9bfa80f636b378bb8ed440cf667ce4751b244832aa998a12

**Signature (PKCS#1v1.5)**

C29vlp48U943/td8aq+VNTAyQG43yEfAMY78T7yrAC+Z0VhnpM18va+5aiBtfhmVHAZwVWb6IAWSJ/CIlv7XVYmtivMUTZgl1nrzh54FiTL/D6JM18Uf67+RGl6uuQxCZb4Pt5ermbNyhHhsxCqmJf3MLaV8Rsxg4gHiJe6aUVU3t46GJGxCf0E/SLHv48oepQ+sEkJOiCsCkiQq6xDQFnwDM51ofOPVdHDauYNXyVTiac+kA7L4dYMr3ECFG4fRRkYhmYbvwuL+LHEli/8p5B1uwqpyp2ggbwGp4tyuaHDpxtED4JmE/DmWUxT2u4t3hogTjjpriFC9UJ/7IuXQLg==



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



# Evidence Collection Report

Page Title
Smiley Face Ceramic Mug 081111964936 | eBay
URL
https://www.ebay.com/itm/081111964936?
Collection Date
Mon, 28 Aug 2023 15:06:37 UTC (US Department of Commerce + NIST authenticated timestamp)
Collected by
Remote use (webapp)
IP Address
196.196.67.100
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:109.0) Gecko/20100101 Firefox/116.0

Digital Signature (SHA256 + PKCS#1 v1.5)
0ea569e8e1fdf7b4...

# File Signatures

SCREEN CAPTURE
INITIAL
File Basis
screencap_(file).png
Hash (SHA256)
b0c0017c4f3ddcd53e30dd05a0e12...

Signature (PKCS#1 v1.5)
01ccd3c8f...










































Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 28 Aug 2023 15:52:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

SUxiL5MZ+updYXnD+jXepMF5lp0ortFBX2GKItIPbXDdRBtJXzJv0CABV2e6JY7oDtat7ft6keCru+G8jgLVwmSyHS0If1VfN2cC0GoXnrnel/4DVtByafpsanPND8O0wWb0vQPkTAIxtov+vGowvYRQCxmh9fEnnC +4wDBuHu7+aonsfbPRyc3bxAhz50zGPvnTjfufGJPkT7+aFfo35fl64CM3JXFqJ8ZgJjy0BEH/tIPLHAg+pUW8HEJgDfvEhM1KP6ElZZTn/r5L7uAHrf+5QiQXzjeqHW99E38eLHHfQ0BpZwBRRPFtM9YtUnf2RM2WRnXOrhejWBjsYdyrCjQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Mon,-28-Aug-2023-15-52-09-GMT.mhtml

**Hash (SHA256)**

c14ff29a67d422f0848b413e090b9b11356a96c4bd86409197f6005fb1fef201

**Signature (PKCS#1v1.5)**

oteUNI8o4HH1EuRSKJqRBqy5a65NuP6oltsc1FhfcF7lSQ20AfsSt1t9p56vlfKJc3LW4tQ2e+qn2LAtNPlmP7fpaY3d632o/UmcPxeC+2tboifRkKUWE/ A2kRzhK8kTQIKwdivXSc57SnUT7+YGe2B8W3z1uvzWJXC4nFyanxnBZ4lIMGUXquxyCCxfeZ7f0kCLyKJsn8g5yonfqk19fDFSqG2MbEi9BpHxr4llBG3eN2D/8eHok/OVQ+cVtVgrgstZZIIghIJHZFv3ysgYUk7oIBi1Wb/SjMTLSDv/ZK/gZ3XcCbcL7AssBSNIS7avW8sIA688HCHRD0fdT0qrbA==



AXENCIS

# Evidence Collection Report

Page Title
Evidence Collection Report - Mug and Coaster Set | eBay

URL
https://www.ebay.com/itm/167760450511

Collection Date
Wed, 30 Aug 2023 15:13:57 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Chris Spencer

IP Address
185.230.114.68

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.5845.141 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)
[signature text]

# File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_[hash]@[domain]@evidence-item-0158b23f794947d6-1@.docx-30-Aug-2023-15-13-57-367.pdf

Hash (SHA256)
d734a5ea18ec9261e8a4dd62fca5b6f0fd9d8b66f094beac7bafbe66ef6cf9fd

Signature (PKCS#1 v1.5)
[signature text]




































Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 28 Aug 2023 10:59:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49ee:1900:1c80:a1a:adf8:9048

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

BDeKzUwsUdDjvYtee4IzgHP5ayd4dQ3WWDPvbxpbdoG3knwy6g0gJrZ1DI7YxrTzULhFV1kR9XPer55WqBK7VKMdb3DXSCI1T8GfPyVuez59ed6fMsihAvcUFXSg8gYZM8EP8u3GGA8APfJ1k7vvND3Npj5uI3JdT/sEhWf2dSnTyzbJEmYBbJxU9yMlw5T0/21wnGh0T6Ov79XmXaqhrGs9aPsIVUSgKX+QGZSCopdOCt1hNGopKxCmX0DTu+0xwAeNk6ZrVeEyy7Hw90pSd3OQEAFxZZb9OEr9ae8trs+joJZRiJvW/iVeY0uJi8IVKbZpOVrxWeiDEqE0vPWVA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs][fs]pay.ebay.com[fs]rxo][_Mon,-28-Aug-2023-10-59-42-GMT.mhtml

**Hash (SHA256)**

528510e19fd8b3402f3692763ca4e8d400b8ff007d62d972d6f0767458f6cfbd

**Signature (PKCS#1v1.5)**

JsEK1e0U0udL5FDXWWbIN8siCSQZPg9ddT+eSz6zoT8NXCLPv5/jZYy2C6lm69iwl+Epd/vXXRljIaWBDuyih0dCtJOvM20fp+HtHs43wplTs3ZWhMdI+w/U91r11O+7+8YPM7W/ScAnYhdU0mqK2Q/w3lDPUWX/QPCBw1wywyuEr49+/JFuN5PUFaHsI8TNL8g0crWdmM8xeBzcooiNCh/e5smJV+fIf36j9rbBIkF/tVx+OgAlXYBE1GRXxhPlL0jLUwSdtw9LRq6jzTJjTxdaop4IFjoFkh60ojdHurM37QCaDuD/N0nzMExNTcKLwBTC4YNIAL2v28nwUEZSA==







AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Smiley Face Squeeze Ball Pack of 3 Yellow Ball Stress Reliver Ball free ship | eBay

**URL**

https://www.ebay.com/itm/235083994162

**Collection Date**

Tue, 29 Aug 2023 10:11:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.224

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hrB3Rj+4ZZYzutjhXwgO3tJGFVYpl6OgRP1+0LuGP/lU8kbfMxiYT1hYPM1MS1VZ6OzUI8pivtV0Mmr1QGagPq33lJg74Xej6SXyrz1zTteXJzf86tLJ+PupreaQw5IlbPhIJYiJ+78+iCRXAFI+50JVZsGufQPFOdJg62/5+N57CdeK3SEVc1h802Karwrd72FyEu9fFcv
+v7QK3i6uHT3lmyf13Ysg1M40ysbzDBSxIB9iGMYsWGsbcIhEaMjR8RHjhJ0ooc809p08y4xbOpbwh1kAAfYvCdvZqQztNBdqScplZAKrMt192LgFCkDKjdZhiSlsKXPIrxV8PRkrgg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]235083994162]]_Tue,-29-Aug-2023-10-11-03-GMT.mhtml

**Hash (SHA256)**

aaf84cc85db47bd365f56852dd2ebe0b078ec306829f31f8fa370fc4ab334a0a

**Signature (PKCS#1v1.5)**

D/zCWhVkpMJCSYIrdQ4a8qrr/O4Y4djEDEkYix5Q/njNGKaxmJ/7R5+h8kLWD+PcqHsQ7XDRIXRSQ8DgXkAQeXa7K1a6V6+vEOJ2NCRF2vCC7EGRB9n0ZTpfm2h9G3mok+wkDOl29kjHhKJJ4jNLasYan5Vf7ie2HkcRAXOoeWn9FQbqTKGqIe2gBb2z316IZQfh4P9v
+3fiV8k2Zap9BzUJm9tydhTBOvinWmEGv7SwDqXo8wZTJ75mE2YNuTs+OC8J2rpaNokQrdOP9HoJSTOERqdU/VNY7nKy9R/2LOghf0eMN/OLObQJ7d7Tkc2SRmRmQ26QzBYje1158YCfEQ==




















Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 29 Aug 2023 10:12:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.224

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Yf4+ioX0hoFz+8nSc6D6pjT1io44cAsoMxLaIa3ASo0fvX7aIXzRyFqxTEY8DV9VbDVyexLx3+eMFEiMzsf0srOu9khCCaVbQs8om5CR+gSHpNrtfzgyZrIRHYaSAuJdhW+/FhCHMRV1iJlCrTkpV1XvvhVpWYraSREZc5WqJdiugE5ctgP91WGe+1piZMel8pKSyewd4PrYYOWd+NT79iwGu78bz4JbJhJRKAdTVxAjocTwWueZnNO8DPMElKyzxqSxeOeqQ+Nrnegg/U8M4qNpjbb7Pj2qe1+YfgXhQQfZVlMYnGAyjBdQxqRT7Pr/Z67jBIgEJZy84JNib7jDZ5w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-29-Aug-2023-10-12-17-GMT.mhtml

**Hash (SHA256)**

518b59f6e672522c890ece32c53dffbe171bf919e91f4f10992876be5e9d11d4

**Signature (PKCS#1v1.5)**

Hj5R7ppYwrPng5rlH/uFiPqJb6qb/TOJ6f7HcLfZhqBlOetQ7RLrduORqRKODtmZhTAtVO2K5TnU31FxX8uzPOlZYAaU1iVrfXYFLsPOhJQ8Jn3KN6qeHwqQPY+Sno0H4QGM8UW26QX1qn/wKvxXcgEX0R7o+GTCxmVblxK792KikAQ6MN/tH0WUv3kVF3o1F8jdIXAcBh/lICDluKovM4ZMQ6R0YwjpXmCianYDOq4YzBvUQIV4hfYF8Op98Sg+47yGdrgP4xFjPrbymBRQxZjcPqase2g5ENpzzHVEJNUbSg8E17F2riNPWtzFkOm/qWCGEhSpBxw5awxc3jUiaQ==





# Evidence Collection Report

**Page Title**
Coffee Teacher Fuel Back to School Smiley Teacher Ed T-Shirt | eBay

**URL**
https://www.ebay.com/itm/231914175110

**Collection Date**
Sun, 20 Aug 2023 05:18:32 UTC (full Department of Commerce) – NIST authenticated timestamp

**Collected by**
Authenta Group

**Browser**
HeadlessChrome

**Browser Information**
**Digital Signature (Sha256 / PKCS#1 v1.5)**
[signature hash data]

# File Signatures

**XHTML**
File Name:
screencap_28a5ab5f962eacc.mhtml

**Hash (SHA256):**
[hash data]

**Signature (PKCS#1 v1.5)**
[signature data]













This is a printed image and is not a liability with the formation of reproduction or a security for what were obtained to the state. This is not a legal document.



# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Sun, 06 Aug 2023 02:43:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

SFFArFeRbatE08jvuAVfi/YkoxYwp+PLrFNTQ+GzXGlPch8/61iMyPrfOT7b+4gScDCVhg8xdldEpFMG6h6W7CvZQCjg4Y9bp3/QW8YU0H1eq97cNk96Gvas5Ljby/hzyeKFTjhTgtDPIoEbLBEm4jiGg+tD/3hVFW/
hGtrC5NHlgj7obnotxGoKhRHujKwBtbeMdxPdklArLBH5O9kOZCCL3Qwupj VEGV7XWT6FTzzah4Vid65fsDwQ0SU/pd0BSYPr0FfgCuRZw9HT9w+xLh+YaCVB4zi+fxnQv5+c5llPyxQcSPmfUThQCSm0WWF/kYl+nNQlYq0RztVs00Erw==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Sun,-06-Aug-2023-02-43-39-GMT.mhtml

**Hash (SHA256)**

a34278b1c05780b4caea3fb583c918e4e8df9ebb94dfdb1d0eb0c23c2f67e9ea

**Signature (PKCS#1v1.5)**

hNkJLl86581Oq2LaC8IsJGEcLt3n4Ua78x575A+O5VYIEMY1xVUVdHOv2cH1PgYU8n4uQFiv5El36g4nkYOpTkpK5Krwm7KlPFbWlK8OvjKWyAEJJd5vl4wTTp/SkO5kAbNiH5dkoqtdmQf0kuv0C6GEk4j0DSSHRjRmWuA8Mx75PlVj66mw8mm7glg4QX0te+F5cRXxZI0s2kQexHD+/MXhq4fX5SK8oUUUARM4NlaKjGYx9txSWEeSsFdCUQfOrOlGZNMZETlNABAGsceYE10CEianTceRae/8ql!33ST09FWmnNTdF/aAHxF1Eay7hCc7nmcYJzq0a/DYqZLMA==





# Evidence Collection Report

**Page Title**
Amazon.com: Dolly Jeans Patches - Magic Mushroom applique Patch - Smiley Face, Cannabis, Pot Leaf 2.5 (Iron on) : Arts, Crafts & Sewing

**URL**
https://www.amazon.com/dp/B0FT1XXQ5J/

**Collection Date**
Tue, 19 Aug 2025 07:50:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#11 3)**

AC516A1C2A347F2A7F2D5cf7F612B77AE94105BAA8FB3B0F9acf26cef7F4f7E8f7E8BC0ce5e...

# File Signatures

SCREEN CAPTURE
INITIAL
File Name
Hash (SHA256)





### Dolly Jeans Patches - Magic Mushroom Applique Patch - Smiley Face, Cannabis, Pot Leaf 2.5 (Iron on)

**Buy it with**



**Overstock deals on Applique Patches**



**Based on your recent shopping trends**

**Product Description**

**Product Information**

**Warranty & Support**

**Videos**

**Important Information**

**Looking for specific info?**

**Customer reviews**

**Review this product**

**Based on your recent views**

           

**Put up your pins off yet**

         

**Continue shopping for items**

           

**Your Browsing History**

      





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 15 Aug 2023 07:52:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

KbZBChcXRIYXPkD2yz+VU2bS0eO/u9tKqURKWDVJQgNJ7PTe8wPq5TQsOj/b9Z0ws7PPI5EX1WNUEy/6OgsyBAcuhtKcYW9BMCG6ya3tVYg3htpOqw8IhX/PmWJr+HBV0SYthXDK618Abjc/44lin0f8oouUK/XPpAdEg0BNGCOp+MI4SDewUHniNIZZCx/RP7DNoGSMIA/9iZYiOGkk76ihtI8AB+2pP2amfX5hvZ4boBU6oS3dc8AFEM4xeWFiWaW7usnYxAIAD9FudqMByQ1+08QicyU73RzD82IfGILt7GYzpzpbeCVAITeiKdt0mrpb/JHdgmHoSI6Ry05bMVQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-15-Aug-2023-07-52-24-GMT.mhtml

**Hash (SHA256)**

194487690a186de74796d94167078f163df9a292e1ebf46d29afbf7bdb421251

**Signature (PKCS#1v1.5)**

WLFoN9rS/uR8B8/Y9BrCH8jHoD9Khk0fcCb2tigSJgUnZA0IUAvOz0gsMbAIW3yC+P97LJ/r4NRwLSpCzHETNwP+xОy8lhQpKpsK9JVSXb/bOnEhrQhUSenFhkCh1sEUJFusTGzF7cQII25sI7DDYZsERRko+tkppeiuh7Iz/VVVMVvfnAidDgn6aE8juf5S+HJzhxPPh/MEYwsm/NR4Ub+Le0wdChNe16plGs63LceFquIHfRu9I8OgyMa817fVHQKrq5789urgI8VynGGFpY7mPZAo9apdLnz5tHCDGoZJOrEtPlbmc7ZHkkcw5d8+QhQ/hpjnZxgptkWBpZw==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: Yellow Happy Smiley Face Round Metal Tin Sign Suitable for Home and Kitchen Bar Cafe Garage Wall Decor Retro Vintage 12 X 12 Inch : Home & Kitchen

**URL**

https://www.amazon.com/dp/B08XWKSL7Z

**Collection Date**

Fri, 25 Aug 2023 11:40:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

vzIgC8326bPp3xmm3iqPGBnY5XWTd55Fa+RrDDWfXkEE0Hhra4p44OLeBTyCQS4CgmjIDmoAJ6sxsxHizMWQA+JvlqHJ4o8I26DxZ0wfRkHl8BWIv2oQmg6NbGm3ypmNTE37k7wJiocbHF5zFM/tMCXSngKXX0GcRGjX8Hpka6PbIEggLpT7+7dkdyiIHulGsyKSPavlSu1yBDpbnKblj
+IDecUy/WlkNmRsQiGQetZImRuvb2/MPtiZ7bfGCyrEHYeC+3VnV9iPj1SZFRPg5LB6TLlAU6Wax4tCUboNoRWs+IOE7dPrt7mVB6hwgANoWJeT6fs2htmx0yfAlQnE+w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B08XWKSL7Z]]_Fri,-25-Aug-2023-11-40-41-GMT.mhtml

**Hash (SHA256)**

e1e597e5ea962681f0674655a0d3a7ed023b06038f5cd58e6e850ac7d129fd5d

**Signature (PKCS#1v1.5)**

yRPtBHbWDQ7u/pDwn7vEsdCFaK8OGMhbnxCVNM2ITadJAymlcTIAS3LsvhzTvwbmiU/Ugo0KYn5HINGAJub3JHGfJHgASbLO2IaGY0Fm3l/Txzbr7gbztDa10GC1Nf9Rv3AQpSCOkV+zyg6W1Vd7FxRoK3zSK
+h2H3m7Q7x1AD9abeTMzWbF2AuUuon2HWbMym9dAGPiaCbpucJ5QiQZQoHheK6bXbOEpIg/XzbTdZvz3qZCcilQkfhGfgPpfJx2EeN9YJU9fqvBDQNYeZTbZ+u/Hqh29cvnN1SQaBCTY8ESaJKmOLrPVcq9PDCVXnD4M+xVtqbqBfb6mYkq+pI+3A==











Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 25 Aug 2023 11:42:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mKkNhnAXdghQtLsDxGPsN620GyyurwOH1Lsl/Lrg+sw8XbfduvyBlrd2HSaMVuGpuEgawGZ7KrQlqQE4pcDsWWZQ1o3b6XRensGWIeolW0IWhvFoi0QyHOAw7mNa+FGGt+xi6dY/uJS6QiY/evEXL3UJ7LxCZvYDKXQALja9lcUQ1REuceTrqg1mNktoqjXwa793qfl4LBY9YeS9hYataNdh8OjyFv+SJYb+1N1uLR2PUskEjcDywQwEbDTdHH8L1b0dC3eMFSqNfw7dtvei5PEvi4vybNJEK3oyO9BXsJBlATUbkVr9/M1y1RFheMZ9V87cj/YhV3pgE5EYnGcAw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]fs][fs]www.amazon.com{fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-25-Aug-2023-11-42-26-GMT.mhtml

**Hash (SHA256)**

5a07b70400e0a4584e00bbab086474afb45ed3da2b3b764c4058a2adf16a4a62

**Signature (PKCS#1v1.5)**

pDCtSBz5h/VSeZ/0z9FZyRl8O6MJ1FEPSm860vyTueF5hrwSbUZOhiIHqFUaWR+2vueglYvJp8rbS6dcaTf0UIUWi5Wq8yJmxNX2MhnQOmIZ/3XO6NosAJlG5e0ormzKKB1/btpGjmlUkB1EZ1nJNEUKSKqj3xgqLiJTnOas471upY4YCKdk4sG/BGzt9qW4B9SWV3n0rrFtn7SyyiBsVMolIHrepgWnyOQTMEQt+r5oL1fTRkuYLoULwl7oC2/a4S0Tbdm03O8PXkE96hp0vEauB8JjsoyWqQgQDrSncCQV3vineyEBZwSF/L1w+myHFKDZDbBUYTFsFk3u0DpYjg==

