AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Car Charm,Rear View Mirror Charm,Acrylic Mirror Hanger,Car Accessories,Car Ornament Rear View Mirror Accessories Car Ornament White Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B0C27P4BWR

**Collection Date**

Fri, 11 Aug 2023 08:24:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.167

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

s8zHMzxRHBSPY/5rVFdCll9j8yMTsEyZRp3CEZJAYRIE7Oxbiz90ipk2bhgRPhfh6ay+PTrzZ8hYGJVC3UHtiq5/UdqtvgpTAxdCnc/iv/3l7zZnz2RphZ8px/i+XoDAzvjJ5zBtMzKr0rFfGShzkYsYhnqGdyAMj2FSHw+ufB4IvmHDtLA0ZVWVNXKo6ryYhRY
+m7XSB9PH9p1jryPwXgjNpsoLO3+u2J4QfSFtf1UMToKljR6ioQsUrhwrl586ze1y5jOTSU9GIvO8peuDPTQpiglwNVTy8iUahGwLvmd2vThiiUEGKlCzOiR0C/+12ASlXnabrYQPEmoDBxqvuA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0C27P4BWR]]_Fri,-11-Aug-2023-08-24-44-GMT.mhtml

**Hash (SHA256)**

1148d638c350581a5a985b18a5425d6b5227637400b17a870a4ebfcd051e54b4

**Signature (PKCS#1v1.5)**

GRT6s33WcP0mI3/77gkqNyBhWSydZHaXrOWTRurRKUPj2uZGh+7lFw7bIgIajaeDj2apfux9XVpivDFbW+64sFHgbtg5CBJEItpKaft6rCUeC2ZETNwg6xjZBq//bSs23+E3/iUY+15xYNIrtbrCq0p/Am+vzvgFHz2mTeX
+LN3EiRXQAgNlrfUhWlaqPo8xDZdL8TtI6EfHTJxV3HIUMfbkKVyENzBCQXTdeFsbS/lVyhQ8dXKBTTp/pZYtr6gphVOnZhlXuh0Z2TW2tmd2pdgTpDu7+Yc8KU4F13QqgzMCwMkBFIw5nbh1SEJKZM2Rb1v8tocQbHi5bJ4yNgtbxw==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 11 Aug 2023 08:29:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.167

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

uXArR1/B/pUMzHdESg1iWgWj6kAXjhc95q2NBc+tlc7FUo7PbMYiKPMSqAoGn8MKgTNH17iA01iHHgsC9lH8QU1TY7SqUTPNZTsV1m3AE7+rgt9MrJ997S/
MZ5TQd6X1V8jWdUimg4pCVglH0cagIm9QGyxh6zYicray4INJKSHLU7SBhlJIBsATxR65OUOPcxf1pZojJu/0l2zUskNkPhRS0bLLrylTbJmJ/YusxBuB54ZfigBqeS5ZaoDxwckY1fcrPy5t1jjlgxnlPE0xLJidjyF99v34hHCIa9Zzrbuj9KZk7VX8NqzQuPdc/9XUZjZAxgsJuPQYEADN2c8xiA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-11-Aug-2023-08-29-31-GMT.mhtml

**Hash (SHA256)**

26011fb69c544ecb146053dfe7e4161a270cecb13171ab604fd4eb0a0490e0ac

**Signature (PKCS#1v1.5)**

LE4POhb/PCP0xga9URvo/hbVmiKtPktLVbH21IVvgrpQ03er4xmMFr6QSx6PZcoXGqcB842xoOr2d1vQRrJVild9EwqRgKu65tEcZesGTL463rPzyfclBacHhsj29VTgYmsCpEYbklcXGuOA2M4A0GaACQhhvBLAR2RWQkVoKHWfuEwnCwRdhmcGrMpwgThh5f5QxYiXr7jwXJY7L
+oR9maY5XTgYFNDUGbAHwKj1SnwdcrpNEpb4g6Fkb6Gtmv7fzAiJNGP3r4GvMVuFBbBxZbyhM/GP0GWowWkBXvPg4NC6ZWtpMC01vKH9rSNSLeHhPQNoSE77zax+Z6QEsJoPQ==



amazon

Checkout (1 item)

1 Shipping address

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Or pick up near this address - See nearby pickup locations

Change

2 Payment method

VISA Visa ending in 9985

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

3 Offers

4 Review items and shipping

FREE TRIAL

[redacted] we're giving you Prime FREE for 30 days!

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE One-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

Delivery: Aug. 12, 2023 If you order in the next 3 hours and 15 minutes (Details)

Items shipped from Amazon.com

Smiley Car Charm,Rear View Mirror Charm,Acrylic Mirror Hanger,Car Accessories,Car Ornament Rear View Mirror Accessories Car Ornament (White)

$9.99 & FREE Returns

Qty: 1

Sold by: Minasona-US

Amazon Prime eligible Join now

Add gift options

Choose a delivery option:

Tomorrow, Aug. 12
FREE One-Day Delivery with your free trial of Prime
Fast, FREE Delivery prime

Tomorrow, Aug. 12
$5.99 - Standard Shipping

Place your order

Order total: $16.68

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.70 |
| Order total: | $16.68 |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Luxury 13 Types Multi Happy Smiley Face Open Rings For Women Creative Circle Cute Ring Party Hollow Adjustable Punk Jewelry | Wish

**URL**

https://www.wish.com/c/607173d175f10ed80eedbbe8

**Collection Date**

Fri, 25 Aug 2023 07:39:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

f75u+zDfjTzxZjhK4EurXbiziF6BmMB/QLTJlynq7zr3LEKuYUafV4sQTCoOqpM0RTD2bRpfSrsNJJOkpdHjoVEz18iqQD6JeNVC3DYix1B7y7PqssUBX9EC7Vj4KK0KvqMBj0q1uI1hL2vgCEXrY6K5jhlZHtDM6OsHvfLdY39bc0MvgwyDlsDlA8ZGLHLCrkRm42SCDmdkqRj8pkqzM8YU
+IZdcsQHboMBCXbUdXBREyd61hVgeC17twAPwDTgNTm7lB6btV29BKtMaoI+6KM+fwd62r3GkXJ3nIoQ68lLMzWQvssJSYYgnOdF/fmD1s/50j2bVtMj6TZypTMRzg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]c[fs]607173d175f10ed80eedbbe8]]_Fri,-25-Aug-2023-07-39-27-GMT.mhtml

**Hash (SHA256)**

169e9dcb27c92a59911b950955828715f9954fe18a661013839cf6dfd9ef3c15

**Signature (PKCS#1v1.5)**

cDxh8vYNMM5RDbaDG6pyJOQ/1rbguggWYyUm+/87kBZHFqvWvM+7sc4DabPgHvSmmvoiIA5KNty4NW3B93y/1vzagb77QRPSCWDM/4wBQSm28bK9pNDv/aO/bbhbQObbmANaep3Mz8DhBIWjqYKyoBLK3EBzJzCrB9+vqfVCaqa861uDZyVb92+IEKA7PAt+aDxSZw34VD/
Asxfjx3WAPsYnMi3ggIjQ+fWVq95Vu8GMNqTiiOr6MnW+Eghq9ELdxqRtv8iAUqvHykS6aMOmEW299qB1rnkpMaaSV2cMaPS3KhOoh2r84sdTq2ILMMRnLWTYoMSdTHk6dtVW5tO7fg==

wish

What do you want to find? Search

Popular | Express | Blitz Buy | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | Drinks and Smokes | Home and Garden | More

Fashion › Accessories › Women › Jewelry

Overview | Related





Luxury 13 Types Multi Happy Smiley Face Open Rings For Women Creative Circle Cute Ring Party Hollow Adjustable Punk Jewelry

49 item ratings

**$2.24**

4 interest-free payments of $0.56 with afterpay or Klarna. Learn more

**Size:**

Size 1

01:22 **Instant offer: Add to cart right now to unlock a lower price!**

**Add to cart**

Add to Wishlist

**Flat rate shipping**

$10
Spend $6.30 more to qualify
Ship all eligible items for **$2.99**

Estimated delivery: Sep 6–12

**Standard shipping** $2.99
**Flat rate eligible**
Sep 6–12

**Ship to Store** $1.49
**Flat rate eligible**
Sep 5–13

Items are sold and shipped by Miss Wang's store

Contact, Policies & More

**Customer Photos**



**Customer Reviews** Show More

Too Small
Just Right
Too Large

Based on 46 Ratings

**Tiana**
Joined 2018 · **22** reviews · **17** uploads
So cute! Adjustable to fit any finger, clean cut and comfortable
about 2 years ago

**Hannah**
Joined 2019 · **17** reviews · **7** uploads
One of my favourite rings, but breaks easily, I've been through about three. Can adjust to fit any size
about a year ago

**Dulce**
Joined 2016 · **6** reviews · **5** uploads
Muy pequeño pero igual es muy lindo
about a year ago

**Beth**
Joined 2021 · **3** reviews
WAS MISLEAD ABOUT THE RINGS…YOU MADE IT LOOK LIKE I WOULD GET ALL 13/ NOT JUST 1 !! I LOOKED BACK AT ITEM & DID NOT SEE ANY THING THAT SAID TO PICK ONLY 1 . VERY MISLEADING. SHOULD GET MONEY BACK!
about 4 months ago

**Jayden**
Joined 2020 · **3** reviews · **1** uploads
Was very cute and I love it ❤❤
about a year ago

**Description** Show Less

Materials : Alloy
Size : Adjustable opening
Gender : Women/Men
Style : Hip Hop Cartoon
Package Includes::1pcs

**Reference Price by Seller** Show More

**Sold By** View store

Miss Wang's store
4.5 (13163)

**Premier Merchant**
Provides outstanding customer experiences

**30 Day Return & Refund**

**Shop with Confidence!** Learn More
We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

**Report this listing for inaccurate information** Report

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Fri, 25 Aug 2023 07:41:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

vgFXAiN/bYgad/3HXIwqKsdJKuEJEl3Wyp9VPKBy5UifylqNedObRYmPZmJAHKe2U4E7883gMObfVjMgPm+oBxPbPoOY0+iFjz0zQ0cNqeF8j/DZUCPciHUA32m4ckuruz5jr6su9NORkVpSxl3+77ogVMJ3v4f4ZkJWjMIMyjcKALjkVKZ9+mmNBCsJSAX7M68ikvhsY4rtbli3FWXxBQO2/
OFIRqGarxZrKtFhaowcWwxIFJ8zneGIDOguFlCYRzS4XW784JUrHQPcImpKjI25+01klP13FQmbhc6MrQGKr3gr45EzAUvw+FaSMi+Rp1CpNKcoDtv+WJdRfhyHFQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Fri,-25-Aug-2023-07-41-17-GMT.mhtml

**Hash (SHA256)**

95edd54cef1f7fb5473f1422ed55d94a31fb544ef03f850c02dcdf5e4f21f1aa

**Signature (PKCS#1v1.5)**

AsnEti38Jm96qIax590RFcWP9PTveK5cttNwVc4s+wTWq+5fTSqW6P2jxkcyTB7sOwMI7rV7WYaBKZz9WML4407cK2dNSyalIv
+oyxzRRiIZ0UYBTQxSyFlBU1QGBTFiSNyLWCdwZhm1NKFic7mP9gWeihaK2A0KA1vIAcfZY3vNbeCwYpYgSOa0hh3fkvuG7Xd5iVkAw8p3peXUXdebKAAoN9HpW0UApqF2e+aJ2ARRu4MNKfVx/m/bHlyPBUJNPI7IwCMR3nKEcoyrLodqLmr9wbj2UIJIgzYiXZGSSETiXyC3R+Wz7PBX1/+SvTC/
UiHmUYk4ZGXd16BYdvQ/6A==



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

MIYUAN 925 Sterling Silver Smiley Wide Face Pentagram Open Fashion Ring with Jewelry Gift Box|Amazon.com

**URL**

https://www.amazon.com/dp/B083HHNH6B

**Collection Date**

Sun, 27 Aug 2023 17:11:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.224

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

u/1SG6LHz4kBQRSMs/RXLmhqDtQtUfXlswetrxL9GKdpswwLhsJWKrPuB38gS+ALyCcep/fVsnQZ6uRxPSXzJ722c89R/QvmD92lqq3dU6VjQOQjmjTXpmv7OugA9moy7mCmWMwMFLCofKgty2TH1BlnPAuvXaVEECcgwGATd/ZB5L0BjDOIPLDHCBADfzvqCdLH8h4brB
+nV7cxD3fveDLiI7shhN6XJqbNZmu+K7/OIVkI2avsryH50TD+VBZYWvxduYYPsWhFdgMaqMkJef/ZHxVtXmYTmAof0vEFiQ2+d9I0JxWEP+660jjiWnZ0jpJamL7lPe2KztMvvzwIIw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B083HHNH6B]]_Sun,-27-Aug-2023-17-11-15-GMT.mhtml

**Hash (SHA256)**

670d6713a6052c6f0da585dfe0f57913ebca90eba26bdcbde0f1750997501cc7

**Signature (PKCS#1v1.5)**

XdSeXe6X4dZrvau1y9IaISDHxwiHzPKxc0V7dGsx8rhWq5/TKP1lPTaYUybjDfHEunfzs8CDUXSiybfcyMz0TOwc6I/fA4ZaUqyEG5kO1PrqepC/Q8CohzCcvk7eYWE6U/7ecmwTT/GQL/NukSELW+07TIIESW1XLA4v0HPiNNuo2Q1Z7p2cJBTbd0wajyR59iFSu1oZ7cylRfVSncEtSq1Cevri
+1caOP1zw/hZGfDWO4QKifMoXFDyn45dJ+vfxYHdx1CBW8jRFQ2eoG4UZV3apWwIpJyb+FO9xrD7u5hRD20FFFjg6fU2oI5TxsA7xuEnoFJGJ0LJIcHZ7RU3Jw==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sun, 27 Aug 2023 17:13:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.224

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

wzdui5w4uHXYyyhKuq3xxTXPuqJghmO5bOHUcEsrxyuhVzjxnAjQI1/3+Z+I6ddDogym661grFCuovRsbTLGyKrdVeTQwH8kYhxlP2iRoqC73QRZ/KxoBxgfQYO/IOJcKhWlS70ZMNOjSu1VdfJOyeFj65EpVNptcUJ9Za5uFKSJ/
Icgn5rmUTi77MjlniRY4yZ/8AAgmIvTUDFxxogYlEgij1NYCqJmSwQSPifbG5iko+rlSFCrOrmyAgyeUd7d5FiQ7x42wLRONKolX1vRrwrcy+CkBO7hs4oqHI8m4ikFY/lM1ZSGAIIHzpH38W9idKNUkswTNhg+4VWsdGc42w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sun,-27-Aug-2023-17-13-06-GMT.mhtml

**Hash (SHA256)**

cbaca658650755af49b3dd3fa839e432d366a949e2d164365f13dd281a445101

**Signature (PKCS#1v1.5)**

WSSa3e7mnHtpTzxj2+mEgvGVaQhJOak259gsdcz8u/ThGtEuUCBRQR2Lv18wTY4MlECDhPaQ4rGPSaMD5zeh1mUEVAhZvskSf3gqOoEOGr/RrmX8Y/dkqKs+rfEZDJ6S/15zqHtKXOukJTNqf5Gg6BIaSA7ORDsHXpkpzq8q/uFgVfQkWcbHN0KY+0EsBz/
goHKdTwucY6o/8vzR7X2ZPJlKYgoceU2N89NxL7ub6UYbcbk8RJz5mkGYf2PVLKk00EhLqU871wcW5CieprK8kvww/HdaPmi1ZlqT6EhaPLuEjgstyxUpfAHX2m7Hjh28mzN9ZeXgDH1JBco7pBPugQ==


amazon

Checkout (1 item)

1 Shipping address

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

2 Payment method

VISA Visa ending in 9985

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

3 Offers

4 Review items and shipping

FREE TRIAL

[redacted] we're giving you 30 days of Prime benefits for FREE

Try Prime FREE for 30 days

Estimated delivery: Sept. 11, 2023 - Sept. 26, 2023

Items shipped from MIYUGEM Jewelry

MIYUAN 925 Sterling Silver Smiley Wide Face Pentagram Open Fashion Ring (7)

$16.00 & FREE Returns

Qty: 1

Sold by: MIYUGEM Jewelry

Gift options not available

Choose a delivery option:

Monday, Sept. 11 - Tuesday, Sept. 26

FREE Shipping

Place your order

Order total: $17.12

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Order Summary

| | |
|---|---|
| Items: | $16.00 |
| Shipping & handling: | $0.00 |
| Total before tax: | $16.00 |
| Estimated tax to be collected:* | $1.12 |
| **Order total:** | **$17.12** |

How are shipping costs calculated?

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Blu Smiley Face Baseball Cap/Hat | eBay

**URL**

https://www.ebay.com/itm/374652280088

**Collection Date**

Thu, 03 Aug 2023 05:18:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4992:ac00:b095:adb9:19a9:f7f1

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Of0xBoP4WE5a+3c0PGAccZauoL44luPxsmo0BwEbKpoah8yeN3ZGzaoz7Ebb6sctiC7an917Y5gryV4Rqg8dKYoaz
+b3lWMilUMylWCbfJlF99Odvk0rCy1V2gDnK1DVP0qUQRlQu5tQSclTfm8M6REWakY5hD9505lbb/2Av66EfoBKEAzSywaal9mXbtoXmB1WPEk1SgM8GS6kjasfVQp9s7KRHBFfy/wsJp/5EDnGPlvV2yMmWbnzYtniYUGTE1su3UFNJ3cOHpdQEKrbEsgC7UlohjflZLc504/lBzf7nRQ8JjJpPO
+q+E93WHp8HfLFpo04dJZwvZ9D/nVvvg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]374652280088]]_Thu,-03-Aug-2023-05-18-52-GMT.mhtml

**Hash (SHA256)**

05a52e6a17ad629770ea15628ee60c822c32a4383a821bc29a2d96aee21a1b3c

**Signature (PKCS#1v1.5)**

M5hko0QtG73tlrBFwwejRej6Jz2tnumtgiuVOHJYYBQ82SSl9ode3aW1VcE6VsDZH4FPChEXJyWPArUE7d2YnVuyuzWF11NlhMCCTCrH0ZDRLrJ2RIfqO48faD9qfd/HFDxSbIUhmJBcGD2OuCHSRgyklmA4hYgxuzcIH+jo4/3uai8tX/EReK3056fQFgtzLXH8XrXad0LqwFzYL1SwbJdK8yNG
+i7b5WBx5kskewCby0PX1AlkZ3Rke2ZQA+yLQ2e1n7aPyjq0LGp4QFvFARkBDpZlb/aGsBtEq3sMdSkplsdfXqCTRkxurcipfibQqKakIGBCVf95he/AWiQTnA==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay 1

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Clothing, Shoes & Accessories > Men > Men's Accessories > Hats

Share | Add to Watchlist



## Blu Smiley Face Baseball Cap/Hat

Condition: **New with tags**

Color: - Select -

Quantity: 1 10 available

Price: **US $25.00**

Buy It Now

Add to cart

Add to watchlist

**Breathe easy.** Returns accepted.

**Fast and reliable.** Ships from United States.

Shipping: **US $4.69** Economy Shipping. See details
Located in: Charlotte, North Carolina, United States

Delivery: Estimated between **Tue, Aug 8** and **Sat, Aug 12** to 29687
Includes **5 business days** handling time after receipt of cleared payment.

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal G Pay VISA AMEX DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**

momarket38 (4)
100% positive feedback

Save seller
Contact seller
Visit store
See other items

$ Have one to sell? Sell now

## Similar sponsored items See all

Feedback on our suggestions



Smiley Hat Tan Brown Adjustable Hat Baseball Cap Smiley Face
Pre-owned
**$9.00**
~~$18.00~~ **50% off**
+ $7.99 shipping
Top Rated Plus



Shaka Baseball Cap Adjustable Snapback Tropical Embroidered Hawaii Flat Bill Hat
New
**$12.95**
+ $1.99 shipping
**35 sold**



the north face mens backpack camping hiking School
New with defects
**$28.00**
5 bids
+ $3.92 shipping
**8 watchers**



Dtto yellow smiley face baseball cap unisex one sixe adult hat
Pre-owned
**$10.00**
+ $5.85 shipping



smiley face baseball cap
New (Other)
**$14.00**
+ $5.65 shipping
Seller with a 100% positive feedback

## Sponsored items inspired by your views See all

Feedback on our suggestions




Blessed Smiley Face Sticker Look Printed T Shirt - Unisex, Kids & Ladies Size
New
**$14.02**
+ $10.20 shipping




HAPPY SMILEY FACE Funny Custom T-Shirt Gift Birthday Christmas
New (Other)
**$12.75**
+ $7.64 shipping
Seller with a 99.8% positive feedback




Rare BAD teardrop smiley Tshirt - L
New (Other)
**$38.27**
+ $18.71 shipping
Seller with a 100% positive feedback



Beanie Freaky Smiley Geschenk Idee Souvenir Geburtstag Weihnachten Slouch
New
**$18.65**
+ $3.84 shipping
Seller with a 99.9% positive feedback




Smiley Shirt Keep Smiling T-Shirt Happy Fun Spass S-5XL
New
**$18.61**
+ $10.92 shipping
Seller with a 100% positive feedback

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on May 29, 2023 10:31:52 PDT View all revisions

eBay item number: **374652280088**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Brand | momarket38 |
| Department | Unisex Adults | Size | M |
| Style | Dad hats / baseball cap | | |

## Item description from the seller

Dad hats aren't just for dads. This one's got a low profile with an adjustable strap and curved visor.

- 100% chino cotton twill
- Green Camo color is 35% chino cotton twill, 65% polyester
- Unstructured, 6-panel, low-profile
- 6 embroidered eyelets
- 3 ⅛" (7.6 cm) crown
- Adjustable strap with antique buckle
- Blank product sourced from Vietnam or Bangladesh

This product is made especially for you as soon as you place an order, which is why it takes us a bit longer to deliver it to you. Making products on demand instead of in bulk helps reduce overproduction, so thank you for making thoughtful purchasing decisions!

**Size guide**

| | A (inches) | B (inches) | C (inches) | D (inches) |
|---|---|---|---|---|
| One size | 20 ½-23 ½ | 4 ½ | 2 ⅞ | 7 ⅛ |

| | A (cm) | B (cm) | C (cm) | D (cm) |
|---|---|---|---|---|
| One size | 52-59.7 | 11.5 | 7.4 | 18 |

## momarket38

**100%** Positive Feedback
**3** Items sold

Visit store
Contact
Save seller

**Popular categories from this store** See all

Collectibles | Pottery & Glass | Home & Garden | Clothing, Shoes & Accessories

**Seller feedback** (1)

j***. (2836) • Past year

Great seller! Item arrived quickly and securely packaged!

Arabic Coffee Cups Traditional Design Cups From Holy Land Set Of 12 Cups (#374310991171)

See all feedback

Back to home page Return to top

More to explore : HaT Hats Baseball Caps for Women, HaT Men's Baseball Caps, American Hat Baseball Caps Hats for Men, Baseball Caps for Men with Vintage Hats, The North Face Baseball Caps for Men, Porsche Baseball Caps Hats for Men, Gucci Baseball Caps Hats for Women, Coach Baseball Caps Hats for Women, adidas Baseball Caps Hats for Women, Fur Baseball Caps Hats for Women

**Shop the Latest Sneakers**

| Best Sellers | Recent Releases | Air Jordan | Yeezy | Top Brands |
|---|---|---|---|---|
| Jordan 1 Retro OG High UNC Toe | Jordan 3 Retro Mid Palomino | Jordan 1 | Yeezy Slide | New Balance |
| Jordan 1 Low Light Smoke Gray 2020 | Jordan 1 Low Retro OG Black Toe | Jordan 4 | Yeezy Foam RNNR | Gucci |
| Jordan 1 Retro High OG Washed Black 2023 | Jordan 2 Low UNC | Jordan 11 | Yeezy 700 | Vans |
| Jordan 11 Low Retro Cement Grey | Jordan 7 Chambray 2023 | Jordan 12 | Yeezy 350 | Skechers |
| Jordan 3 Retro Mid Washington Wizards | Jordan 6 Retro Mid Craft - Celestial Gold | Jordan 13 | Yeezy 500 | Reebok |

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS
Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Thu, 03 Aug 2023 05:19:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4992:ac00:b095:adb9:19a9:f7f1

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

clRcXgPedXdvGQU0WFdy8YU+uQg7i+Idyy1X1RIEVtvtLVWQibmHNLs7Al68JLL7rIm0Pd97M3oD+FeMo2+HZCp/flfpYijjZMR/8C/aTneGlwVZcOATe8Jngb5DjcmY2jSBRT7SfSG19bEXc8cuNxihK1DTKSGBiiJaO/oh93ismvaVsp7E9Im2UpGvGmF+b9X+9SY3i4O/
M6JmwpwwOxtXSBXqoV37BnASugSYiXwQPDBauhAkcC+Gq/yqlRPIPbN7w69hbAYXeUYn7lMiAKGBmdMtNzPyqGc3rzWLCt5w0n9w+1kbUZRufisKx7JA+bksTFCBzcL0Yj3aoTl98Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Thu,-03-Aug-2023-05-19-55-GMT.mhtml

**Hash (SHA256)**

a57c98681aa7cd969a08ca836365fc56f0aa7f38fc40929449aa18b11022f400

**Signature (PKCS#1v1.5)**

OaCt9U8QQakFJ+WQPyF+Voc3mfhtPQ5eJtGED6QM/RIWEStkdRBaU0IpCIvJ6clr8YaUBZvlD0TiiYFVjCIb6OWHwHqntCQy6mAk7TX0TZmBGW1StV5sfQXcJbVp5HDokZyUx7yHXxthYueXDcJPIGkjPPA2xGhy3XqRDssYS6uebfBFKYf2JLEuSKRo/GR77kSzKZ/
DH7hKyKuaYa6ipayRwmWJbVqZfAq01hpu77lvTOWo2Bk5j9mRfW+0b7pUmLHvwLbQsMdo109Ql0G7AjplfW+G3P3I96Fiuxl8m4Z+M2aOmVntETDWhKu6lIb4ptGlTkaeYd23ZOQ0OD5Eew==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT
Special financing available.
Apply now. See terms

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Review item and shipping**

Seller: momarket38 | Message to seller



Blu Smiley Face Baseball Cap/Hat
Color: White
**$25.00**

Quantity
1

**Delivery**
Est. delivery: Aug 10 – Aug 21
Economy Shipping
**$4.69**

**Gift cards, coupons, eBay Bucks**

Enter code:

Apply

**Donate to charity (optional)** ⓘ

Girls Inc.

Help Girls Inc. in their mission to inspire all girls to be strong, smart, and bold through direct service and advocacy. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $25.00 |
| Shipping | $4.69 |
| **Order total** | **$29.69** |

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: Women Earring Enamel Cute Round Smiley 925 Sterling Silver 18K Gold Dangle Jewelry for Girls (Light Blue): Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B0957LWYZ3

**Collection Date**

Sun, 27 Aug 2023 16:45:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.224

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qWZCkNv1XBGTyfS6uq6X6EieU0cddXM96IULAaFKhR+d/fHKJpJEq8ojucoOAoHraevZrNknmMDCKHEe/bK5sgkZLwiqzHdNpjJMPNUJ966EP+kFiJytZFL8pqoaNMMBb9cN7U5eiV1qtZtJS3OhASkcwiFfqqR3LithEjA78tK4E4UU
+9gLV4Ts3TPIhReOHDf8kc9NLjDo2YmIBALj7ES74pRBnQU/XvbDIYvvaixfqApNwBYhxsCtOQ1IO7V1dvP8l9tX2tbPLNxIileycuVmirvsaKqvmeKb87YH1Kokru+Ccne11NyW3COeS9ZFZTfxV9dIWxFBUdQ9tJvwaQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0957LWYZ3]]_Sun,-27-Aug-2023-16-45-01-GMT.mhtml

**Hash (SHA256)**

cdf2efa7f2c0ebef353fd9abbb845c696d0449e9e6ec3fe07b37601b89ef5e81

**Signature (PKCS#1v1.5)**

yCT/9TAl15trgvYR9WJA2OsID1JE5+LUadNV7JOkmqv+kaYj44xvVoPAXrMn9YBBcKR+WYk0RE4pmFTKZ0f61sIYBsakX79akmRAsnlIEG5X7r7lwylp0EJ6yC9c5KIHbP6aYDXy7JfPWEI2NGYo/Gy2brUxEwijFz9Lv9DnBLZMc1NSp4JqEglISXRUTaVCjHbXNqNZ/
nUUHgCou9yiPoIz6sWzaUGhzI21X/reMpv9PeZ8BSyyeo/ujNtTG+XN/2dV9P0WOsZ6NuVGxVvRzWWzcWVLyE6Fah9zQRSEUzDFiY4FWGuT8r4Dd99ZMmuhHUJDTMdEtMnouBSjfwswNQ==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sun, 27 Aug 2023 16:46:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.224

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

i2BlH7fuLzCv/ANJkq+DTpoAP5ZRSHx8auTnN0U8FNqN5WGC7d4DJQoTyaJRqCKZvBzyS94vAVU/wm1cPYxuMyiG4CttZuyMIM4kGJOwNV0R4Zy2aqLTZwT6b7QnNnjVG/vbDQijAneYZpzxlDklczplnqyNV1ALoKS9nfRjQBkB5tHr8kv
+u8OWNvIE1ifWGk3wac5t4ZKzc7EIAeF7kE1Csyl3rPcbwMvaPaWAFTLbzedVJZ5Aj9pN/QJYkmXpyWTDPNXL5w0tEt3pLT8GUDGiBbj3PCkUTI+jzXVuHRcGJXsgymmi18UM73gcnvLxaZ3+HTNSUuvdIBMcPNmr8w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sun,-27-Aug-2023-16-46-53-GMT.mhtml

**Hash (SHA256)**

085080630fb458150e7a3347d7fdae1b94cc0f43633581386804eb80fb6d078a

**Signature (PKCS#1v1.5)**

LAHzRpw71FKajTV+UmPJosR35Z9BhdkPweEiwlBNcUmnn/iiS+d/pW3FNLOtnQ1a50/T01xs65i71wW6rdPsZBVZgGeY80f4CL8/nVdlt9qTzGt0GSDetLCgS0p8rOxeamyOhhlaSrLd4/yB9H7mA8ral2CYoQxF0ZSvC2fIWiJPG9PeBaV7wHhoVFuUNRux1vkSn2S/
b4tXYpg06yGzwWdXzOS1LQ2q31QyvWbRu4mGQN+UG+BY/aguqTpTGvrfJEGESQd/0UmclZy4j/f99MV1a6o63XU/tbLp/AufEjeVgN8oaAJu14ec/9xxx4QTzbMAupm8Niqeo8tXa4TSEA==



amazon

Checkout (1 item)

1 Shipping address

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

2 Payment method

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

3 Offers

4 Review items and shipping

FREE TRIAL

[redacted] we're giving you Prime FREE for 30 days!

Get your Prime eligible items for ~~$6.99~~ FREE.

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

Delivery: Aug. 30, 2023 If you order in the next 11 hours and 13 minutes (Details)

Items shipped from Amazon.com

Women Earring Enamel Cute Round Smiley 925 Sterling Silver 18K Gold Dangle Jewelry for Girls (Light Blue)

$16.99 & FREE Returns

Qty: 1

Sold by: Moonmory Store

Amazon Prime eligible Join now

Add gift options

Choose a delivery option:

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

Wednesday, Aug. 30

$6.99 - Shipping

Place your order

Order total: $25.17

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Get FREE Prime Delivery and save $6.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Order Summary

| | |
|---|---|
| Items: | $16.99 |
| Shipping & handling: | $6.99 |
| Total before tax: | $23.98 |
| Estimated tax to be collected: | $1.19 |
| Order total: | $25.17 |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: Happy Smile Face Balloon Garland Arch, Yellow Black White Latex Balloons Smiley Face Balloons for 1st Birthday, One Happy Dude Birthday, Smiley Face Party, Hippie Groovy Party Decor : Everything Else

**URL**

https://www.amazon.com/dp/B0C13MVDN8

**Collection Date**

Fri, 11 Aug 2023 13:21:36 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.167

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MPPPwafaDDyBPGFGNs8N/lWkGfFH5JzdWSzorlCplHS1+p+o/7++UW5Ww2cRrQ5QsFLFlJ248Ti+PL3+46Wzo+aiRF+74MqGZCLXbgs4l9khlVQXIAib3siFmCO3ZN+sAjBIfmks8fvomhRyJFvhAKV+B
+X5w3uUfFfPNZKMPJU2WuYgcoJEtUwNwtEzfyfD58pDkRoZxZHu7vudigouL2lb6L7eWk0p4vrFeTlnUH4dwcBhVU+PUaJudVl4LqIjOK3LvkpXArV7CU/pemi5OVP68NnWm6vTfwlmvr4alEwa0ASvlPTtme2Nw0qhP8WAT9EVBfgA0aD4Glh+ISnxhw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0C13MVDN8]]_Fri,-11-Aug-2023-13-21-36-GMT.mhtml

**Hash (SHA256)**

5cdb2682cc98e12b81f1e54f883d821431342a7e91c1033c0ae40ea24946b2a9

**Signature (PKCS#1v1.5)**

pCxOXPE1q82aOTAgjRP/VS1JPDJmh8tyXLZeIUojRCVz+2NeHssag0Dni9f7MKrkx35sfyeVn5kG56/ul3YnDAs0Kwq8RGg+lkyiiRGFbZ/wE+60bgIsiyVscE/dG4Hf498qbthi55Gk/gWV70S33CyIPyLcQ5P3OblKFnYpH3C0gEBRcVOsyswaROWHSyHAD9Oj+/ETZjQijTuEDFQomUJiq
+FVk7LpuGBKS53Tm2SuY6CGIkcyZoRtCjYl9zEO9pujTR5h9BQ32mvCm0aDDpvQY/gLwIYNzjwt9eoU3ucxIKS6jEG65PIZlfh1C5ZPuQsMQ7LkeWxhmtFLL+todw==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 11 Aug 2023 13:23:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.167

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

RJlKHykxZesHG8dSQKvJ0FQpHePyyZAswyDl6inZKZxnAC7PK1MTvZtB0HhX6j8DXvWKv1CfMXrOrbyvA73yEV6SVp+cmz+6EReSliGXOa1lsFuZGujHBiTjhv8Vn3eEw+z9UYnM180nf1PuHodwCm0hx87bId9gt6l+JwymB2pyf7G2mSTAUxPZ704Ht43TcuTaABnfwzvyy/+4tfkAJr/
zQRkYPiZUHkZhRqWgqm7bNa+AlTr40d9SmkY3s4+8NNsJOmyJuRjwVO7wDNMLsZXLPu3GQGvbOVTCLtncX3/me6zuxQx1Zbv+GC1+wzV4F338idfdCR9roEEieGK64Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-11-Aug-2023-13-23-26-GMT.mhtml

**Hash (SHA256)**

c6116b59e1917126da6730bf8c4a17b7b64a5a8d0c540db742c6a812a1eec8b4

**Signature (PKCS#1v1.5)**

K8WsDvxyUmYZSPGA7ye77WMGj0OeFxDL0A4UFjbmrvp7wovZAafRb7KIA+LftagUlYZ9dYH+7y1hO1YZr/rb1ma5wundA0X6drb2L4JdNZEFYm8KJ4OJJs/tIFsSYN+HwBOzRcIY1zV4SPnZmWuBHC8PUyEm8mo1TlSimUklOOGj
+VxZuOR5ZlrRd1W2XGf6ahgG8vqPjqWp0DaGNCj04yjN4NEYW5Nfn5QAF/6SMlg1lNNvl0ya8eRVYM/xF3zBigkb6O2HYVHaSm4LybHuZGbdncZN1thDU/CXD/AI5TtsuQ9S2OYOCjt8h+lVysRzteB5EAATjh1OOPXFQxMplw==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Hoop Earrings • Happy Face Emoji Earrings • Gold Silver Hoops • Smile Face Dangle Earrings in Stainless Steel • Gift for Her 284 : Handmade Products

**URL**

https://www.amazon.com/dp/B0BRJ4D5XX

**Collection Date**

Tue, 15 Aug 2023 12:51:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

Dx3zDW3Ge72cfKJg6cEoJxv5758OKIF5+1wOAS0DtJOFCO7nTO7Q9p+6d6lDc/r05o60ijcbzA20IaGzC5jZivus71eSUqUI8EWwQgKeZTonsq6+Yvc5Y0FUSE+e3C32IDdry2fGsCFMKFfXnhf5/QoJ7Igvpu54E+KknkfzpS/4dhhc330QZYCVZcBlqxpVL+HtFtUhjMbbszW3l/
G41mWlfNUq9ActreC5Kx6jKEeKiArcB54DN0Jp48Qr7eQK4NDt4yHiS0B7quQG3Oe8eILkg279bAYd1lo1I61KNrih0/C5ZNtd0FsQLJDODaVaaQXjLdEIYMYrhew+6nVohQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BRJ4D5XX]]_Tue,-15-Aug-2023-12-51-26-GMT.mhtml

**Hash (SHA256)**

4b0421d77a12175815a276451f16d1106eaf3c80ae7552e7bf45e739a3d867b2

**Signature (PKCS#1v1.5)**

PV6b8RSPndlOXksLb5y8gd6nDeyln/8MfEM4WJul1mqv8BgHzzfPUTrbksCwnAPorVQnsrC4jia7AxOwJDuA+3a0wHA0d+EuWKicMyeO9yOBXyV8Q7wENPo83AjzhG1rp3ImG/mSFE7vbhlvJIHA7o3fy/G7ttuLfQSjaPF/tqTn6JE65Kamm4bjokW1YhTih9Za35byDzaXpZ
+FVLDAdjiUo6fFYEKrvbztVoQvwBHBoFxz6274SBpH/95h2WXmSyQ5BXK/JUQQ8+JfbXhk6M+n0b3Hd3Pehg7YYz9Qn4gb03+7/OKH0MqMicf9S1I1tNYvU4TkTp6hNIGmhh5v7Q==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 15 Aug 2023 12:53:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

V9eADVN1OK8I8WgzO9vGfVCQiwPsDk5XXcmz9cTf8mAShb/UXXmFe73P6CeDWQYbTs8GICZowR3nhfVkMPWOdP0SNNmmeNeUHp1iZMh72RiLlMDVcju1CS+Rqab/DEka1hSbrSsQZ+BeKQivI2qyxCJGtNRAI+tYpaFdYhw+4MRIBiGNMMi3H5/dajdNBZPGH/0iMp0NRlTDzTea/
bGoITJHos+AoUhaIgA+PRk1YqbEF/IOcVfyIUNYlP0JRiOos38D57U/ApIytLSNIgA76n4faiHW48XNZ7YHqNwRLRlHrYpyKxzANMK9OCIRc1Wa9eKZcb92dk8PHTPBpDMubw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-15-Aug-2023-12-53-11-GMT.mhtml

**Hash (SHA256)**

c32826734cef231d7b77af3382bcf5477cfd4682b517540b6bcb1a7c84c727b9

**Signature (PKCS#1v1.5)**

s3/xl2F+Sf0dUP1c+n3uusqn8BBbvaRrVir1u7fJ/Uo5xtHuPlFDVCX7prH807uVai68LLvm4r9y6jp1ih07WuYUDhxL2OF8+5+FBXe8mAnosRSCdkMl6uTLi3OJObxcfJfiElYi9+IcA29NC319/gN/NIRD9n9VKJyQXypMHqTipcR8XECItVfYkREdDKR03UtGJuhshSjMo0fNiOWmy0zI/knl
+67zoZvAeXDd7GJVqr+go/9BK23m/0go221UraCaiGv7eE/vOeazXmoOUksNBHpWiXGQZD7lEGv8VreAznFP6SGKjAN17TZ6jbma+6DTHsGc4gArvLVN/d9vug==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

[redacted] **we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days

**Estimated delivery: Aug. 30, 2023 - Sept. 15, 2023**

Items shipped from Moru Studio



**Smiley Face Hoop Earrings • Happy Face Emoji Earrings • Gold Silver Hoops • Smile Face Dangle Earrings in Stainless Steel • Gift for Her 284**

$14.80

Qty: 1

Sold by: Moru Studio

**Customizations:**

Color: Gold finish

Gift options not available

**Choose a delivery option:**

**Wednesday, Aug. 30 - Friday, Sept. 15**

$5.49 - Shipping

Place your order

**Order total: $21.33**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $14.80 |
| Shipping & handling: | $5.49 |
| Total before tax: | $20.29 |
| Estimated tax to be collected:* | $1.04 |
| **Order total:** | **$21.33** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: Radiate Positivity Gift Motivational Quote Flower Smiley Face Gift for Teens Kids and Adults Men Women Black T shirt : Handmade Products

**URL**

https://www.amazon.com/dp/B0CBF2NQ6L

**Collection Date**

Tue, 15 Aug 2023 15:25:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

fP2CCUBlVmibF8ITEKMVVp6OE1TgBbMNfQa1y03mPZOxP3FE1s4eaZEOwuberB+dZNKXOeoAe8eNgip08HbauGtMGbme8EfyHASdsTOfAJp5pDkHaC0b7Hq8GqP3o6C5egqKw0w/l4x9BHTkoDt+NqoEdDynjRR7wv+PX3C6SvYb5/PcQna3TwEEed2ppgrtYlbtOWOCscLkz2aN2X
+8AQhFh/2K6dLKRjIEU0g92+Rv26zSE0tU81r47dnh6rt00oinuJVW3Rhi+VZ7ObyGnERV1DOVIPUGLd1zpL1FJOJqq6fGuh4zJ7hU9DMmRoVNwWQNKM6nYsSczY9fzdSsag==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0CBF2NQ6L]]_Tue,-15-Aug-2023-15-25-40-GMT.mhtml

**Hash (SHA256)**

1f6d9078cf4312855c2d912ed45d9c1f6b38a786bdf0262ee765f1af2b7d0f8d

**Signature (PKCS#1v1.5)**

eD44ZXRz9yCOrorOgUWzlCsCuW9LBI/DXjj9hUO+JOUdrA9+cREroA7VSUZL8zkEpgS4ZNVZLrjK97MD6TaJ29WWCZ9RLLbSStT1DxZ3ITMGp3xlBSBMyhvO01oxHMnOqlQws45u/rvLYIvKpbBYV73M0hyxlei3FoCXICT8OSTNgWTepaoRb+Do9hEKIMuvm7rS9DuR/
K8gwzjMQq/8xskyjZmc3qutKw+Td1frZXIEdt8+ARP+QKLPcjeZSF5KsXTUGjheRm7iMNgbLsKE3ESU0vFVjlK8w1olNKx4q8lm1+QLBjUJSeqEtmzIUM/p9iO5l/N0w+4WbDuwAqp0kg==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 15 Aug 2023 15:31:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

aJstws0KdQ8h/a0QjqNeYVR1+meYdiTY6JL06Riw2bWTtVvofjP6Nwv725w/sgrTSZ/QsOmsdJA/m4ccBGz+mi2t8pQsGwRfSbjXn8J1AEC3Wy0+ia1IlRvZyyY3lOeTiSXP2khFMJInL1qZZ20bc8SVZM6zAfgK+8VnpTq7d8hPsHr5PoZl7rishDNOfpK6XiNzqu1OFZh9tHD3SL+ko4K
+3ulSMNCEV8gxUjRaV54LN5KGgOHFZeq4S22I7yls8IuowH9fLxydkooK9wbGQuTVIwbooxFQfm3gwi7ADD28ybHGz6b7OaTJdmVvPbYX5H4Yr1D7Z9xqmbbRC/Cu9A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-15-Aug-2023-15-31-05-GMT.mhtml

**Hash (SHA256)**

3d7a7aac8d8124e7b0f0c611c41756b594b6515c93de7af58dfc09a9d787be81

**Signature (PKCS#1v1.5)**

GTEbNFljOzwGp+eMy820Givha6c558JaXJi06v2UKR6dhLt5uQbTMlofgI73HMilbyRbWh8k/pae5pWB4CvKsUhFSdxPMk5kV/UL3TJqBUlAAQAcX1goQ5HDL8ITJB1+bNFtsKUGm+Y5K5Aak/Jj6OSg/NXjvVS5BCpyU894FzsLmD013vxlvFU/OuIrysl8mTEm9KsEbT0/JJ7cHxOUH
+yStkthEJjMK7qbYIT5ijhPtLmR3GDp2uCxC/L0OeV7wnspIP4Z3pSDSgKUDoAB8TIj2Bp6rrHh4pERam6DTjMkHIczu5x5rinTsI7sTHj6JhFjxzCNJgAljgI52wCo3w==



AXENCIS
Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Printed Rubber Clip Phone Case Cover iPhone - Acid Smiley Face - Gift Design | eBay

**URL**

https://www.ebay.com/itm/185630670410

**Collection Date**

Tue, 08 Aug 2023 17:39:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

IoNZhsnRidMTX5i23xZLCkL7CItAU0ngqZT/Opg7tfWarvwqJF9AVt0BuYM7SxwUyRcf1OBzCgrUvaegLIXyH80WTBr5GSqArCxUbyaVf+j8k0yELgLzh9C09c0dXVXCEqD7ptqEMjYBvlPYUzGEt86m3uNTAyAfHxLHf38vqlffmSlAeu55vtFfB9x7Lamd9yyjpKE9I2CPSj/U/
eSCsoKn92o1Rc0HidRXEfmozliYrkE15qcM8odUQO9Fc9VmLnGM5mm1yjHJBT/C37D9ahHNIuZtGix+YpFFg8YsqEfPDLdmMp5Cn75BfbGVSd+NCMBFq5QCcnsTWo9zGORI7A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]185630670410]]_Tue,-08-Aug-2023-17-39-22-GMT.mhtml

**Hash (SHA256)**

5e557f80ede7518ad270579516bf13a883ee38cf6d3348331a02fd79ea22b798

**Signature (PKCS#1v1.5)**

fFLrxpg+2v1Wn4W55JKQM51c9rwcRjyjBTdMPGIf3Gfsn9bZKmQN0iuFlR6T1ACuJvNkGwh7w4yyAI5dVS2wQBjz8wq6bmZO9wd637etPhg70nc+V+VDrN09t/0N1cKx0/HqdJGSr84LffKRoHHDhKPBS+pbx1UGZS8MhNMQNu4Zhr5v0/
YYpymKv83gAHVsMHK4L9wmMqZJCajOERyTuOLFrRDxEjCjhvlRdiynCk7zeCQfNquuMDqPuubSE+nXvhEPUO7syDYsOkMvBy9RJd8yPpofNUvpk4QMJG2X1X2WG4B8FLnHz+ZQswFq4RA1nhQx8YFsK85leOg+DFPv8Q==

Hi Jade! Daily Deals Brand Outlet Help & Contact — Sell Watchlist My eBay 1

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Electronics > Cell Phones & Accessories > Cell Phone Accessories > Cases, Covers & Skins — Share | Add to Watchlist






$ Have one to sell? Sell now

## Printed Rubber Clip Phone Case Cover iPhone - Acid Smiley Face - Gift Design

Condition: New
Phone Model: - Select -
Case Side Colour: - Select -
Design Style: - Select -
Quantity: 1 Last One / 10 sold

Price: GBP 6.95
Approximately US $8.88

Buy It Now
Add to cart
Add to watchlist

Breathe easy. Returns accepted.

People are checking this out. 8 have added this to their watchlist.

Shipping: GBP 14.06 (approx US $17.96) Expedited Shipping to United States via eBay's Global Shipping Program . See details
Located in: Neath, Neath Port Talbot, United Kingdom

Import charges: Free amount confirmed at checkout

Delivery: Estimated between Mon, Aug 21 and Thu, Aug 24 to 33132
Includes international tracking

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

International shipping and import charges paid to Pitney Bowes Inc. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

Seller information
motorply (98221 ★)
99.7% positive feedback

Save seller
Contact seller
Visit store
See other items

Registered as a Business Seller

## Similar sponsored items See all

Feedback on our suggestions



For Apple iPhone 7/8 Plus Shockproof Case Choose Happy Smiley Face
New
$15.29
~~$16.99~~ 10% off
Free shipping
Top Rated Plus



Smiley Face Beige Bumper Silicon Case iPhone 14 13 12 11 XR Pro Max Plus 7 8 XS
New
$5.10
+ $14.33 shipping
21 sold



For Apple iPhone 6/7/8/SE 3 2022 Shockproof Case Choose Happy Smiley Face
New
$16.99
Free shipping
Top Rated Plus
Buy 2, get 1 free



For Apple iPhone 14 Pro Max Shockproof Case Choose Happy Smiley Face
New
$15.29
~~$16.99~~ 10% off
Free shipping
Top Rated Plus



For Apple iPhone 14 Shockproof Case Choose Happy Smiley Face
New
$16.99
Free shipping
Top Rated Plus
Buy 2, get 1 free

## Sponsored items inspired by your views See all

Feedback on our suggestions



Friend Pen by Greeting Pen- Smiley Face Rotating Message 6 Pen Set 36573
New
$13.01
Free shipping



Children's Cap Autumn and Winter Basin Cap Smiley Face Print Denim Bucket Hat
New
$8.14
~~$16.28~~ 50% off
+ $2.60 shipping



Set of 3 units, one each New Shape Smiley face £1 coin Trolley Tokens Keyrings
New
$7.01
+ $14.39 shipping
28 sold



10 ROUND EMOJI SMILEY FACE PRINTED CLEAR GLASS DOMED CABOCHONS 10mm CAB3
New
$3.69
+ $14.29 shipping
Seller with a 99.8% positive feedback



Hip Hop Cuban Chain Star Smiley Face Ring Emoji Gold Plated Unisex UK
New (Other)
$5.85
($5.85/Unit)
+ $14.36 shipping
Seller with a 100% positive feedback

About this item | Shipping, returns, and payments — Report this item

Seller assumes all responsibility for this listing. — eBay item number: 185630670410

Last updated on Aug 04, 2023 05:41:41 PDT View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Brand | Unbranded |
| Type | Clip Case | Material | Rubber |
| Personalise | No | | |

## Item description from the seller

Printed and packed in the UK (overseas buyer please be aware of delayed postage times)

These cases have a printed aluminium insert adhered to the rear, creating a vivid design area.
Depending on the phone model ordered, the case sides will either be rubber or plastic, both of which provide full protection to the phone. (All iPhone models are Rubber edged, all other models are plastic edged)
Camera holes are in place to give clear shots and all charging ports and buttons are fully accessible.

Different Size Cases for almost any Phone Model. If your model is not listed, please get in touch to see if we can source it for you.
Please double check that you are ordering the correct case for your phone model, some models have mulitple versions (ie. iPhone SE comes in a 2020 version and a 2016 version).
Cut outs for camera lenses, charging ports and volume buttons will match your phone model.
Occasionally, we will move the design to make sure that no important part of the image is hidden by the camera holes for your model of phone.
The printed colours on the phone case may differ slightly from the image on your screen, every screen displays colours slightly differently (but it should be pretty close).
Available in either BLACK or WHITE edged cases, choose from the dropdown menu above.
Any questions, please feel free to get in touch.

Please Note: This case is not wireless charging compatible.

* PLEASE BE AWARE THAT INTERNATIONAL DELIVERIES FROM THE UK CAN TAKE APPROXIMATELY 4 WEEKS TO ARRIVE *

--------------------------------------------------------------------------------------------------------------------------------

* FOR URGENT INTERNATIONAL DELIVERIES - THE GLOBAL SHIPPING PROGRAMME IS AVAILABLE *

## Business seller information

Tristar Media
Adrian Nielsen
Unit 32, Lonlas Business Park,
Skewen,
Neath
Neath Port Talbot
sa10 6rp
United Kingdom
**Value Added Tax Number:** GB 208023744

Phone: 01792687999
Email: online@motorply.co.uk

**Terms and conditions of the sale**

DISPATCH INFO:
We will dispatch all orders within the time frame given on the item listing. The majority of items are held in stock and dispatched from our UK warehouse. UK delivery will take up to 3 working days (i.e. Monday to Friday), unless we contact you to advise otherwise. In case of Bank Holidays please allow an extra working day. We do however have an express shipping service. This is an extra charge and will be sent via FedEx Express Next Day (This service does not apply to Northern Ireland, the Channel Islands, British Islands & some parts of Scotland). This service is available from Monday – Thursday, any orders placed on a Friday do not qualify for next day delivery due to Saturday not being a working day.

DELIVERY INFO:
We offer a FREE Standard delivery service on all items in our eBay store to the UK mainland

DELIVERY TO:
Jersey and Guernsey are not eligible for free delivery (unless the item can be sent via Royal Mail). If you are to choose the free delivery service option, the item will be sent via the most cost effective means we can provide.

Unfortunately, due to courier restrictions we are unable to ship Some items to some parts of Scotland & British Islands

We can send items to most places within the EU. If you have any queries on your destination please call us Via EBay or you may also email info@nielsencdg.co.uk and we will reply within 24 hours.

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Motorply

99.7% Positive Feedback
206K Items sold

Visit store
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 5.0 |

### Seller feedback (101,634)

This item (3) All items (101,634)

h***g (310) • Past month

.

n***r (89) • Past month

Good communication nice product thanks

2***m • Past year

Thanks

See all feedback

### Popular categories from this store See all

Metal Wall Signs | Passport Covers & Luggage Tags | Mobile Phone Flip Covers | Mobile Phone Clip Covers | Chopping Boards | Tea Towels | Bar Products | Coasters & Placemats | New Samsung Flip Case Listings

Back to home page — Return to top

More to explore : Silicone/Gel/Rubber Cases & Covers with Clip for iPhone 6, Silicone/Gel/Rubber Cases & Covers with Clip for iPhone 5s, Case/Cover With Clip for iPhone 6, Silicone/Gel/Rubber Cell Phone Cases & Covers with Clip, Cases/Covers with Clip for iPhone 5, Cases & Covers with Clip for iPhone 6s Plus, Cell Phone Cases & Covers with Clip, Case/Cover With Clip for iPhone 6 Plus, Cell Phone Cases, Covers & Skins with Clip for Apple iPhone XR, Cell Phone Cases, Covers & Skins with Clip for Apple iPhone 7

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 17:40:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OCDjeeOqgxXz8BIfcWYP+xG19ll27jzt/nTAiZzoFOuv0PtszeCj6/OZhf39uyIWn7ND90EJgFU0/Y2JyRqy
+Lpby3B4zqD03TkHvijLIrXExrBbUThsCnpC/1BQvHHPsNqfpWp3dnc8pKa2Xv4JCgSWi3czkjw5imgugt57TzOSvs8THl43FZejrW55c2Q5XOcz15oMyjGUoBlAY7xhtkO4XCtEmn3H6tp5Q9SYd9b9bi6HEuMLiKYhzhZrN1zcaLciFlHfTrr/+/MXdnaKmnQyi53h+3SH7YfTWsi
+Kblp43ZF2gg1LaFZ2bnAWu52dY8Cp09NkDsctJ030+9Atg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-08-Aug-2023-17-40-50-GMT.mhtml

**Hash (SHA256)**

2269dcb224be52681ab970cd92dc2cf1bff5c82aaed280653b88f42ee142b917

**Signature (PKCS#1v1.5)**

eWO9nF5fCeOucoZWpw4mVXFxrkLd5xoLl+6hSWNe9kgq8u3E05RxkOro24JEOQ6rx9eAsPvjApsC+QOb9Tj8eZqqlXO2RpQ9Fta5D6AdKZcYGJXZLSidwqJJ94+FTLpN3zsHlBEkfnZ6+JtZld81Fw0BDCVzkqiROkLF/
VB3YpCKtwTNuc2dkJa9NjyMrUaKOQhlfmwcRjPQwcD04hEKtRXFWDtLJGNwekLPp8rqLMznkX5RECMJUjpiaKsWKMqHx6/GaTBePY5HVG+torVJEFv8+VbWffZ1zDXvNFLQykk8hV5X9pSAwoMQubQaTGgQVrzJmcurcCNMxVAxq2vRyQ==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Big size Strong Multi Colour Fridge Notice Board Magnetic Nails with Smiley Face 5019758059289 | eBay

**URL**

https://www.ebay.com/itm/324253655159

**Collection Date**

Wed, 30 Aug 2023 06:10:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

JSn+rYk5MtcdAv9hNLvvyavHIstSvMEtTGgiXz5w9CRwNtiBthjDmcBefgDBpowaoPMFGm6LhrWAr0zqueTmDZQosO4C8Vmg5K/tAwlTBEK9zbwiaUYfvsTrsFuhSg4v0j6vvLq8qeWh5uQxdHFVAMldpy6SYPo5qnV6al7a+d/BVLdV57Tforn7lEfaI9G1Mza/rf57DmbZWT55tHw0t5BCRs
+WtE5TVefo2YJvdYQ+QWzoxQVfH1V74+mf0rgM98uCFI9eK6cQG5q8YRoIs3NyEQgeYOuUbRnpOSpNSRa+/UYGeGt/+oTiBB1/K6AS+aAbxHAzB43CJsZM12Mf1A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]324253655159]]_Wed,-30-Aug-2023-06-10-30-GMT.mhtml

**Hash (SHA256)**

c34bed77dceb1a3e3ff53174992301ec06ef75d34fd14e81b1598deceee882b9

**Signature (PKCS#1v1.5)**

WlBZHYIw34jSgXm1785jD84ksPSgAj4REiEgaknycjZPUxgPdjp7UTkbhUVV+3PitKW4+wyDQlWmNq275t7eQQGTg7gSsZS03vdk4RcbOVNjsP95zLGk7tgp+tPkzECG9b5W5pR/FX/d6MJt+10Z+24PfS90xQUt92p63LplqnAVui9VARCpC09BQ55BaOejLjfpudEiImDs
+MDWVnURAEn0XaapVUhgMPZcFxgX/TC5+jgYzmTzsdUUd12bkOxl24f/cVlFu5fygH9Zk6CZhwmdNUETlkOUdvMrRdlD4p0I9YUKfa58ocASvjz/aDhbz7bvCJE0rGBWdxUap8DiJg==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 30 Aug 2023 06:11:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

JG4POZI6pPIiYdWS2k2ldgIBMVoYP1yh97yZAdddcCAd2bSkeDjKrO/2KmxTintIGhZ8kCRY0D37wFsiQTaeIbdRDmpCFg+xglECY9l8uYsW0+2VYogRgLmz0HmsdvFLhvR3ovvvp72D5b1RWSI+BahsyhY/GKn+ZsCkT5Fydu/OmmPmL9yj5Zsk4lkUD/
Em469hub3pINyozqzJDO1OiK905VfvG8j1N5SNNFtn+CiBYpMHQXDjswg6+6urytai7kP0vR+HNOmJ38PFwO7EKihsMo5DskywMTO1eNLQ2bbd4/VMcpQH48FL0/Mxehl1rWvUfdYkWYPChrCX/evTxw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-30-Aug-2023-06-11-38-GMT.mhtml

**Hash (SHA256)**

1c2acfb05ef98a9fae8d8a6a63562b6b708337bba30022e318f2862bee285ea0

**Signature (PKCS#1v1.5)**

aEXxXSXRStT1qPCmg7mkzeBiskKqnk8lu6uNtNAIG77vtSboW4SdefxMgHpVCryCl6zGIr/0Nj1kolAHJX96Ki/BFHsandWeJjwMl5vTWJ/5WHcuskJNj0D1hXz9x7puCKAZA0y9REq7Bd+L1q9aUed3Go2Un0RULjMWS1XXA6G5PiVBrYDHbxq2qHnS2982A8/
L5cctDpbA11cBwtE/8seevwRhPpaiN4LWtNLZsRsdPKYdbH4xLqWhq0zuv5+U4ms8RsfSJ3/zLYnZb94H5xjeml5F15BHXOiWdWLhZ9LNASxNZhP7f4G/yyeSjwMqTnB/3N4K2Iz0tOJnN03aeg==



AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

20 Smiley Charms, Laughing Face, Brass, Silver, DIY Jewelry Accessories ZM753 | eBay

**URL**

https://www.ebay.com/itm/324747289308

**Collection Date**

Tue, 29 Aug 2023 06:13:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AY7P0rRxbzUrsPcZCu6tR+SGyH4coLOFhs4NYb17xT58py946S69RHbW5SNZJ+mhSYEU9R5VqRS/Fy92qd7N+6eiZLd8rYX7bLLR8yhSZIEEoWh3xURPHeIYgpbfxU5yWU2lY8apBGzxO1I5SviZ6mEheWSssBZDkt4PEpWcG1g=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]324747289308]]_Tue,-29-Aug-2023-06-13-05-GMT.pdf

**Hash (SHA256)**

7eb2a358e52e0384c6861740b7c3814ab7ce796efc82803816eca044403aebfa

**Signature (PKCS#1v1.5)**

rF/bXUzPfq2OZLf+yEDIKV01x8qd6ouzHJNqQH7agEwDPvtMDUlxQoRUaJ8KVJH0Dyens/36gidtW+7wGyMX116VMGXqTO3mF7ZvBoOSxhtljoZLJuQbpwwNIf/HBNDv3l4n37yzavlzPvdJpuqtUJL34HEV2bhfpuJODkMotzo=

Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

ebay | Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Collectibles & Art > Crafts > Beads & Jewelry Making > Charms & Pendants

## People who viewed this item also viewed

Vintageparts DIY Anhänger als Smiley aus 304 Edelstahl 2 Stück — Business — $4.93 — + $3.45 shipping

Vintageparts DIY Anhänger als Smiley aus 304 Edelstahl in goldfarben 2 Stück — Business — $3.33 — + $3.45 shipping

20 Smiley Charms, Lachendes Gesicht, Messing, Silber, DI... — Business — $4.31 — + $2.96 shipping

Acid smiley face laser cut charm — Business — $1.24 — + $6.21 shipping

25 x Antique Bronze Smiley Face Spacer Beads Happy Face Charms — Business — $2.75 — + $4.39 shipping

## 20 Smiley Charms, Laughing Face, Brass, Silver, DIY Jewelry Accessories ZM753

Condition: New

Quantity: 1 — 5 available / 7 sold

Price: EUR 4.00 — Approximately US $4.35

Buy It Now | Add to cart | Add to watchlist

Breathe easy. Returns accepted.

Pickup: Free local pickup from Quickborn, Germany. See details

Shipping: EUR 2.75 (approx US $2.99) Standard Shipping. See details — Located in: Quickborn, Germany

Delivery: Estimated between Fri, Sep 1 and Tue, Sep 5 to 40023

Returns: 14 days returns. Buyer pays for return shipping. See details

Payments: PayPal, Apple Pay, G Pay, VISA, Mastercard, AMEX

Shop with confidence — eBay Money Back Guarantee — Get the item you ordered or your money back. Learn more

Seller information — crystalogy-efsa — Save seller — Contact seller — Visit store — See other items

Have one to sell? Sell now

## Similar sponsored items

See all — Feedback on our suggestions

Polymer Perlen Smiley Lachendes Gesicht - 20 Stück - Perlen Basteln - 5 Farben — New · Business — $4.20 — + $1.18 shipping — Seller with a 99.8% positive feedback

20 Stück Lila Emaille Metall Gold Multi-stil Schmuck Kunst Anhänger Charm 1-4cm — New · Business — $4.08 — ~~$4.30~~ 5% off — Free shipping — 60 sold

Vintageparts DIY Anhänger als Smiley aus 304 Edelstahl in goldfarben 2 Stück — New · Business — $4.93 — ($2.47/Stk) — + $3.45 shipping — Seller with a 100% positive feedback

Vintageparts DIY Anhänger als Smiley aus 304 Edelstahl 2 Stück — New · Business — $3.33 — ($1.66/Stk) — + $3.45 shipping — Seller with a 100% positive feedback

20 Stück Gold Metall Emaille Tiere Handwerk Schmuck Anhänger Charm Bulk 2-3cm — New · Business — $4.30 — Free shipping — 101 sold

## Related sponsored items

See all — Feedback on our suggestions

Polymer Perlen Smiley Lachendes Gesicht - 20 Stück - Perlen Basteln - 5 Farben — New · Business — $4.20 — + $1.18 shipping — Seller with a 99.8% positive feedback

100 runde Smiley Peace Perlen Happy Gesicht runde Bastelperlen Acryl Perlen DIY — New · Business — $3.97 — 100 sold

18x Anhänger Set Schlüssel Charms Silber Schmuck Basteln Glitzerinsel 00171 — New · Private — $5.28 — + $1.72 shipping — Seller with a 100% positive feedback

About this item | Shipping, returns, and payments — Report this item

Seller assumes all responsibility for this listing. — eBay item number: 324747289308

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Marke | EfSa Accessoires |
| Motiv | Lachendes Gesicht, Smiley Face | Material | Metall |
| Hauptmaterial | Messing | Besonderheit | Schmuckzubehör |
| Oberfläche | matt, versilbert im Antik Look gebürstet | Gewicht | 0,2 gr. |
| Produktart | Anhänger | Farbe | Silber |
| EAN | Nicht zutreffend | | |

### Business seller information

Max-Weber-Str. 11
25451 Quickborn
Germany

Email: ebay@crystalogy.de

Die Europäische Kommission stellt eine Plattform für die außergerichtliche Online-Streitbeilegung (OS-Plattform) bereit, aufrufbar unter http://ec.europa.eu/consumers/odr/ Weitere rechtliche Hinweise, siehe unten in AGB und Datenschutzerklärung.

**Value Added Tax Number:** DE 233988335

I provide invoices with VAT separately displayed.

**Terms and conditions of the sale**

Allgemeine Geschäftsbedingungen (AGB)
1. Allgemeines
Die vorliegenden Allgemeinen Geschäftsbedingungen finden Anwendung auf die zwischen dem Kunden und der Efsa Design, Inhaber Efresya Yanardag (vertretungsberechtigt) , Max-Weber-Straße 11,25451 Quickborn über den Online-Shop geschlossene Verträge . Abweichende Regelungen haben nur dann Geltung, wenn sie den Parteien schriftlich vereinbart wurden.
Die Europäische Kommission stellt eine Plattform für die außergerichtliche Online-Streitbeilegung (OS-Plattform) bereit, aufrufbar unter https://ec.europa.eu/consumers/odr/ .
Unsere E-Mail-Adresse lautet: ebay@crystalogy.de.
Wir nehmen nicht an einem Streitbeilegungsverfahren vor einer Verbraucherschlichtungsstelle teil.
2. Kaufvertrag / Vertragsschluss
2.1 Die Angebote von uns im Internet stellen eine unverbindliche Aufforderung an den Kunden dar, Waren zu bestellen (invitatio ad offerendum).
2.2 Durch die Bestellung der gewünschten Waren auf unserer Homepage gibt der Kunde ein verbindliches Angebot auf Abschluss eines Kaufvertrages ab.
2.3 Wir bestätigen Ihnen den Zugang der Bestellung unverzüglich. Die Bestellbestätigung wie auch die Entgegennahme einer telefonischen Bestellung stellen noch keine rechtsverbindliche Annahme unsererseits dar. Die Angebotsannahme durch uns erfolgt erst, wenn wir die Ware an den Kunden versenden. Sie erhalten dann eine schriftliche Versandbestätigung per E-Mail.
2.4 Vertragsgegenstand ist die vom Kunden bestellte Ware. Bezüglich der Beschaffenheit gilt die Angebotsbeschreibung.
2.5 Die Vertragsbestimmungen mit Angaben zu den bestellten Waren einschließlich dieser Allgemeinen Geschäftsbedingungen und der Widerrufsbelehrung werden Ihnen per E-Mail mit Annahme des Vertragsangebotes bzw. mit der Benachrichtigung hierüber zugesandt. Eine Speicherung der Vertragsbestimmungen durch uns erfolgt nicht.

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 14 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

Return policy details

3. Widerrufsbelehrung
Ist der Kunde Unternehmer im Sinne des § 14 BGB, steht ihm kein Widerrufsrecht gemäß § 312g BGB i.V.m. § 355 BGB zu. Ein Widerrufsrecht gilt nur für Verbraucher im Sinne des § 13 BGB. Ein Verbraucher ist danach jede natürliche Person, die ein Rechtsgeschäft zu Zwecken abschließt, die überwiegend weder ihrer gewerblichen noch ihrer selbstständigen Beruflichen Tätigkeit zugerechnet werden können. Sie haben als Verbraucher das Recht, binnen vierzehn Tagen ohne Angabe von Gründen diesen Vertrag zu widerrufen (Widerrufsrecht EGBGB Anlage 1 zu Art. 246a § 1 Abs. 2 Satz 2. Fundstelle: BGBl. I 2013, 3642 – 3670).Die Widerrufsfrist beträgt vierzehn Tage ab dem Tag an dem Sie oder ein von Ihnen benannter Dritter, der nicht der Beförderer ist, die Waren in Besitz genommen haben bzw. hat.

Um Ihr Widerrufsrecht auszuüben, müssen Sie uns

EfSa Design - Efresya Yanardag
Max-Weber-Str. 11 – 25451 Quickborn
Tel.: 49(0)4106 625-715

Email: ebay@crystalogy.de

mittels einer eindeutigen Erklärung (z. B. ein mit der Post versandter Brief, Telefax oder E-Mail) über Ihren Entschluss, diesen Vertrag zu widerrufen, informieren.

Zur Wahrung der Widerrufsfrist reicht es aus, dass Sie die Mitteilung über die Ausübung des Widerrufsrechts vor Ablauf der Widerrufsfrist absenden.

Wenn Sie diesen Vertrag widerrufen, haben wir Ihnen alle Zahlungen, die wir von Ihnen erhalten haben, einschließlich der Lieferkosten (mit Ausnahme der zusätzlichen Kosten, die sich daraus ergeben, dass Sie eine andere Art der Lieferung als die von uns angebotene, günstigste Standardlieferung gewählt haben), unverzüglich und spätestens binnen vierzehn Tagen ab dem Tag zurückzuzahlen, an dem die Mitteilung über Ihren Widerruf dieses Vertrags bei uns eingegangen ist.
Für diese Rückzahlung verwenden wir dasselbe Zahlungsmittel, das Sie bei der ursprünglichen Transaktion eingesetzt haben, es sei denn, mit Ihnen wurde ausdrücklich etwas anderes vereinbart; in keinem Fall werden Ihnen wegen dieser Rückzahlung Entgelte berechnet.

Wir können die Rückzahlung verweigern, bis wir die Waren wieder zurückerhalten haben oder bis Sie den Nachweis erbracht haben, dass Sie die Waren zurückgesandt haben, je nachdem, welches der frühere Zeitpunkt ist.

Sie haben die Waren unverzüglich und in jedem Fall spätestens binnen vierzehn Tagen ab dem Tag, an dem Sie uns über den Widerruf dieses Vertrags unterrichten, an
EfSa Design - Efresya Yanardag
Max-Weber-Str. 11- 25451 Quickborn
zurückzusenden oder zu übergeben.
Die Frist ist gewahrt, wenn Sie die Waren vor Ablauf der Frist von vierzehn Tagen absenden.

Sie tragen die unmittelbaren Kosten bei Rücksendung der Waren. Die Kosten werden auf höchstens etwa 8,- EUR geschätzt.

Sie müssen für einen etwaigen Wertverlust der Waren nur aufkommen, wenn dieser Wertverlust auf einen zur Prüfung der Beschaffenheit, Eigenschaften und Funktionsweise der Waren nicht notwendigen Umgang mit ihnen zurückzuführen ist.

## Crystalogy & EfSa Accessoires

99% Positive Feedback
13K Items sold

Visit store | Contact | Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 5.0 |
| Communication | 4.9 |

### Popular categories from this store

See all

Gürtelschließen · Wechselgürtel · Ledergürtel · SCHMUCKZUBEHÖR · Anhänger · Lederband · Statement Armbänder · Broschen · Statement Ketten

### Seller feedback (3,631)

s***p (224) • Past month
Alles ok
1 Edelstahl Verschluss hochwertiger Schmuckverschluss verschlüsse lederarmband (#324927211390)

3***a (628) • Past month
top
SATINBAND 25 m x 50 mm (5 cm) Schleifenband Geschenkband, doppelseitig weiss (#323808343217)

r***r (2288) • Past month
AAAA
20 Metallperlen Klemmen Schiebeperlen 8x8 mm Silber DIY Schmuck basteln Zubehör (#324927210327)

See all feedback

## You may also like

Feedback on our suggestions

20 Smiley Charms, Lachendes Gesicht, Messing, Silber, DIY Schmuckzubehör ZM752 — New · Business — $4.31 — ($0.22/Einheit) — + $2.96 shipping — Seller with a 99% positive feedback

Vintageparts DIY Anhänger als Smiley aus 304 Edelstahl in goldfarben 2 Stück — New · Business — $4.93 — ($2.47/Stk) — + $3.45 shipping — Seller with a 100% positive feedback

Vintageparts DIY Anhänger als Smiley aus 304 Edelstahl 2 Stück — New · Business — $3.33 — ($1.66/Stk) — + $3.45 shipping — Seller with a 100% positive feedback

Set of 9 x Stylish Emoji Smiley Silver Toned Enamel Face Charm Pendants (S2d) — New · Private — $7.52 — + $10.17 shipping — Seller with a 100% positive feedback

20 kl. Herzen Made with love Charms Kettenanhänger Silber Farbe DIY (1) — New · Business — $1.88 — + $1.29 shipping — Seller with a 100% positive feedback

50 pcs KC Gold Color Alloy Black Enamel Cat Charms 17x14MM DIY Jewelry Making — New · Business — $9.57 — ~~$10.29~~ 7% off — Free shipping — Seller with a 100% positive feedback

6 point flower smiley face charm — New · Business — $1.74 — + $6.21 shipping — Seller with a 100% positive feedback

4 point flower smiley face charm — New · Business — $1.74 — + $6.21 shipping — Seller with a 100% positive feedback

Acid smiley face laser cut charm — New · Business — $1.24 — + $6.21 shipping — 27 sold

25 x Antique Bronze Smiley Face Spacer Beads Happy Face Charms - 6mm — New · Business — $2.75 — + $4.39 shipping — 40 sold

10Pcs Silver Star Of David Charm Pendant DIY Necklace Craftwork Making Jewelry — New · Business — $2.81 — ~~$2.99~~ 6% off — + $0.69 shipping

Trendy Acrylic and Resin Pendants / Gummy Bears / Smiley Face / Fruits / Flowers — New · Private — $3.14 — + $8.47 shipping — Seller with a 100% positive feedback

10 Metall Glocken Schellen Stardust Smiley-Gesicht Bunt 14mm Mini Anhänger R254 — New · Business — $5.05 — ($0.51/Einheit) — ~~$6.73~~ 25% off — + $2.05 shipping — Seller with a 99.3% positive feedback

8 x Gummibärchen orange Charms Schmuckzubehör — New · Private — $4.31 — + $2.91 shipping — Seller with a 100% positive feedback

10/50pc Moon Face Antique Silver Charms Pendants DIY Jewelry Findings 22x15mm — New · Business — $1.37 — + $4.86 shipping — 75 sold

Job Lot Kitsch Acrylic Charms Smiley Face Unused Various Conditions Craft — New · Business — $6.26 — + $8.56 shipping — Seller with a 100% positive feedback

396: PCA-40 Smiley Cat Face Pendant / Charm x 3 — New · Business — $4.08 — + $4.96 shipping — Seller with a 100% positive feedback

12 point flower smiley face charm — New · Business — $1.74 — + $6.21 shipping — Seller with a 100% positive feedback

Back to home page — Return to top

More to explore : DIY Jewelry, Wholesale Charm, Christmas Charm, Butterfly Charm Jewelry Making Charms & Pendants, Dog Charm Jewelry Making Charms & Pendants, Heart Charm Jewelry Making Charms & Pendants, Jewelry Making Charms, Charm (5") Craft Fabrics, Brass Jewelry Making Charms & Pendants, Wooden Jewelry Making Charms & Pendants

About eBay | Announcements | Community | Security Center | Seller Center | Policies | Affiliates | Help & Contact | Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 29 Aug 2023 09:04:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.74.192

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Bukp+2B6QwkZh5H7gvFWaWcYvSZdMoGK8WZDKdOgviHYTiBBJui9OYaT8b76WPkW0aKU5PktgqUJTrmxAAG+boM+CvGB+LGnCuBVD+RpbAZSumjUgTqvluTUz65PL36GaUU13tg5d6nBZT62kfLV25D8LOK9ju9bbaztpTw0FB2Lu8PUhdNoKrj9oJec3iCbAzg3/
sZpMUyxtZ2JGKluOksfYtXRSCtw7mlleRwICIW8p0QXiB1vEw7G7AYNCjETFkvw8fPJPe44IpanoLzv6+h1Wd16sdueIfkDBr3oLPWlCFg7ni7Zm8p9v5cs2hdM2o89+lihk/CplFr7YZdL9A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-29-Aug-2023-09-04-56-GMT.mhtml

**Hash (SHA256)**

1380c1ccd4caf437cc0014e750483c47fa348a7e4ecb5cbc5a12d37c29a4e293

**Signature (PKCS#1v1.5)**

Tt8/Bzm42nbV06EebQ92XMB8OfFp8Raxx0ffz1yg/6pqJxoRIEZ2Hr9iRWkrpiGU25za9EwhKrESkyP6DsNrEC25ZpFRnD/
GFu5qAH1x2zpyund4B6zmtDWUk4GCItQQ68bIRbIaKq8Pm0ArjGNpxLouWjZzQNeX9UPoaCKMkzebKQeaSAZSI6UQ0uibDHEaCrra068BpjFGwxIU4k0i7RCqYJ5rKusGzVgdOqtt9O1P8Z6FPYDSbc2jE0JFkDN8CHM2ck68aeAJtjMpp075wWZdXW2MDlj2iLhoeVmE1uwQGpIcAHofJ086RteKEK
OAnBNNWaN9Gola4t0rFPxXjQ==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

VISA

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Currency**

USD
$1 = €0.88601
Change currency

**Review item and shipping**

Seller: my-crystalo... Message to seller



20 Smiley Charms, Laughing Face, Brass, Silver, DIY Jewelry Accessories ZM753

**EUR 4.00**

Quantity
1

**Delivery**
Est. delivery: Sep 9 – Sep 16
Deutsche Post Brief International
**EUR 7.30**

**Gift cards, coupons, eBay Bucks**

Enter code:

Apply

| | |
|---|---|
| Subtotal (1 item) | EUR 4.00 |
| Shipping | EUR 7.30 |
| Tax* | EUR 0.79 |
| **Order total** | EUR 12.09 |
| **Order total in USD** | **$13.65** |

Current conversion rate: $1 = €0.88601

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

**Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: Vintage Retro Smiley Mama Shirt, Mom Shirt for mom for Mother's Day, Funny Mom Shirt, Mama T shirt, Mama Smiley Tee, Mama Shirt, Unisex Hoodie, Sweatshirt, Tank Top : Handmade Products

**URL**

https://www.amazon.com/dp/B0CBJR6YD2

**Collection Date**

Tue, 15 Aug 2023 12:59:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

FI7Uf/9DlN8lliy1pe0Tdwx7vpARxe02TE+TQKzwwAwH5CogFvpgBP1fOGAL69zq936ms1tnFf9Un+DdE6sUM1TVidjCNwnIVJaW8exdEjuwvu7ZTw6dol4XDh2qs4L9apZtDiA6+qCn267WkGjJ/hy55yl0o1tkoGOqu4GcV1cuTLaAKPNEnicTO1n+m5ACdSk27/ulfeNwCbq63+LudlTOQTeRii0Sh+k79DWKVp42aRelAFbp2gDkLpCBj178Ykms5xDdRuV1YgFfW0bSxnIeEDjqtOBIKThrH4ff9H2aY1B+v5MO0WFju0TsXXDcL8CF5VhcT/J0uZqp2kUS/A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0CBJR6YD2]]_Tue,-15-Aug-2023-12-59-04-GMT.mhtml

**Hash (SHA256)**

b4c8d3e26c2b705b6946bb5a96d22d6e576dfaa48dcd40f9ef67aab71977d665

**Signature (PKCS#1v1.5)**

a4rcVEz9ty9aK7VxR9FDDzGTJPmX1ufsHD14PgMEc/0dRfW8xCnufkHs0rsRrIUKJoTq7KBtkwqBdU/Z3Bzq5wjuseY+wdz1ntipqfyLzmKKrdPXowAaNr0CfvJ2IZyh6EWFAsVP35xWQTZuMDZ9qmZp9eA1AgQR7+L5iCGV7kjZCyFqt0Sxvquw1Z4BVn/mIr1JyxiVfOqZ2l59G3JYSYVNlHY51iOWp3T99u2hYDGG6wpFB7JQDkx4mUnsZIr1SYHMUQemFNwYiDmESs4ioihnRlmSkU2magGsxiXlfXcU6nBpGkxjoMOIZRbfU86gYGC0T/7oG4xCrvnz5fglUA==

amazon Deliver to Jade Miami 33132 | Handmade | Search Amazon | EN | Hello, Jade Account & Lists | Returns & Orders | 1 Cart | Subtotal $14.80 | Go to Cart

All | Medical Care & Pharmacy | Back to School | Off to College | Customer Service | Amazon Basics | Today's Deals | Buy Again | Amazon Business | Household, Health & Baby Care | Livestreams | Free Shipping | Beauty & Personal Care

handmade | Gifts | Jewelry | Home & Kitchen | Clothing, Shoes & Accessories | Wedding | Sell on Handmade

Just A Girl Who Loves Her Violin Musician Humor T-Shirt $22.95 prime



Click image to open expanded view

## Vintage Retro Smiley Mama Shirt, Mom Shirt for mom for Mother's Day, Funny Mom Shirt, Mama T shirt, Mama Smiley Tee, Mama Shirt, Unisex Hoodie, Sweatshirt, Tank Top

Brand: Vancleanstore

$15.99

Customizable

Customize & Add to Cart

By clicking "Customize", you agree to these Terms and Conditions.

This shirt has the classic cotton look and feel. Casual elegance will make it an instant favorite in everyone's wardrobe.Classic fit, Runs true to size. We can customize all of our designs to your needs. Just message us with your request! Please Note: There may be slight differences between the color displayed on the screen and the actual color.This is a customizedly printed item produced just for you. For this reason, we only refund or replace items if they are defective or damaged. Care instructions: Machine wash: warm (max 40C or 105F); Non-chlorine: bleach as needed; Tumble dry: medium; Do not iron ; Do not dryclean. Don't hesitate, Click Add to Cart to take this amazing shirt today!

- A lot of styles available: Unisex Short Sleeves, Long Sleeve Tee, Tank Tops, Crewneck Sweatshirt and Blend Hoodie; High quality and reasonable price with various colors and sizes to choose, our shirt makes a perfect and timeless gift
- Sure to be one of your favorites, our T-Shirt with special and modern perspective stylish design will catch people's attention when you walk down the road
- Bright, accurate color, soft material for outstanding finished garments, our shirt will make you more attractive, charming, fashionable and chic, make your shape look great
- A great gift for yourself or your beloved ones on Birthday, Halloween, Christmas, New year, Father's day, Mother's day, Anniversary day, Valentine
- CLICK "CUSTOMIZE NOW" TO SELECT THE OPTIONS OF SIZE, STYLE, COLOR, WHICH YOU WOULD LIKE BEFORE ADDING TO YOUR CART; If there are any problems, please feel free to contact us, we will give the best solution to you within 24 hours

$15.99

$12.99 delivery **August 18 - 23**. Details

Deliver to Jade - Miami 33132

In Stock

This product needs to be customized before adding to cart.

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | ngoc tam STORE |
| Sold by | ngoc tam STORE |
| Returns | Eligible for Refund or Replacement if damaged or defective |

Add to List

Sponsored

$14.80

Funny Magically Delicious St Patrick's Day T-Shirt $24.95 prime

Sponsored

## Products related to this item

Page 1 of 2

Sponsored

- Womens Crewneck t-shirt Mama Letter heart Print Short Sleeve Fashion tee $22.00
- Mommy and Me Tie Dye Matching Tshirts, Mama Mini T-shirts, Gift for Daughter from M... 3 $16.99 prime
- Customizable Mama Est 2021 Women's Crewneck t-shirt, Newly Mom Gift Pregnancy Annou... $22.00
- Womens Crewneck Tshirt Minimalist Mama Letter Print Short Sleeve Fashion Top $22.00
- Mommy and Me St. Patricks Day Matching Tshirts, One Lucky Mama and Mini tee, St. Pa... $19.99
- Mommy and Me Tie Dye Matching Tshirts, Mama Mini T-shirts, Gift for Daughter from M... $17.99
- Mommy and Me 4th of July Independance Day Matching Tshirts, Smiley Face American Ma... $18.99

## Based on your recent views

Page 1 of 24

Sponsored

- Mommy and Me St. Patricks Day Matching Tshirts, One Lucky Mama and Mini tee, St. Pa... $19.99
- Mommy and Me Tie Dye Matching Tshirts, Mama Mini T-shirts, Gift for Daughter from M... 3 $16.99 prime
- Womens Crewneck t-shirt Mama Letter heart Print Short Sleeve Fashion tee $22.00
- Badass Mimi Tshirt for grandma - Leopard Print Mimi Grandma shirt for women - Funny... 2 $19.99 prime
- Mommy and Me Tie Dye Matching Tshirts, Mama Mini T-shirts, Gift for Daughter from M... $17.99
- Mother and Daughter Paint Kit, Gift Ideas, Happy Birthday Gift Box, Birthday Gifts ... $35.00
- Mommy and Me 4th of July Independance Day Matching Tshirts, Smiley Face American Ma... $29.99

## Product specifications

**Technical Details**

| | |
|---|---|
| Target Gender | Unisex |

## Important information

To report an issue with this product, click here.

## Product details

**Department** : Unisex

**Date First Available** : July 3, 2023

**ASIN** : B0CBJR6YD2

## Looking for specific info?

Search in reviews, Q&A...

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

No customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review

Dinosaur Happy Valentine's Day T-Shirt $24.95 prime

Sponsored

## Best Sellers in Handmade Products

Page 1 of 6

## Customers who viewed items in your browsing history also viewed

Page 1 of 6

## Your Browsing History

View or edit your browsing history

Page 1 of 4

Back to top

Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You

amazon | English | United States

Conditions of Use | Privacy Notice | Your Ads Privacy Choices | © 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 15 Aug 2023 13:01:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

ESS9lQ06KYvXsW7O7G6UWjJMf+dedzdIMZLMy5kWZCBqVM18U5JRmBGXdB19T0c2+EPmRgudIjOn1HMoFNe25wKVZyAEedqJWYyEfk4VA33xiyO2lw9AH6xG2EsnA/tBqu9HFi9aQKPPTx6JhiezgYmJ6ctNYHjVZJ/
DWq5BrSjVEAlIWJ8nprLON5X0ZIDyWdk4nfqO8JxYyMqhpVMcEbtKNfqEH4zt+sJvaZjOgjP+PSDQdLmI+74/t+nmz9d0ZoGoQMxKsD4OJKtbBJYZLzaSoCPgqbhaWZht2hsaqNmHWVASZZksjpXbvLX5Ran4tLgM1nbv4g12RPOnrOOL0g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-15-Aug-2023-13-01-11-GMT.mhtml

**Hash (SHA256)**

0e9663637b0f0146d79ad16636743bf5f38a952cbc426ad58daa0be04a64998a

**Signature (PKCS#1v1.5)**

vHcKfdWKwHiwH4wtdSCSSm0OrPyNm++6E7x57cF3dXZurAEIuBvfSQjiqOvttalEU0OXbr/euw6rMf/VtjHnfVXZrXWQi0v6BG0L3xVaT2VX3mDyNPoVWVyGFUBpBOq1KrRysf1yy1AJdRHmkaOjhI5fbKJsGR+mB5fs/cu3mPS
+bBmMkDuIvdoedkkrOsKHobWIT9QMSySJNv6dYnkkTJuPBtVPZwTF5Gv6v0ZcWb7jDPhTcmMp3SVHE8oDzAy3Eg3HCKBqgD6ESmUM7SRzMPkCLWcphKD17TxZfb+x9c6T01r3z7jtbMnSWwyXb3xSYLfgcEGH48vRaKGE2VGpPg==

amazon **Checkout** (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

[redacted] **we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days

**Estimated delivery: Aug. 18, 2023 - Aug. 23, 2023**

Items shipped from ngoc tam STORE



**Vintage Retro Smiley Mama Shirt, Mom Shirt for mom for Mother's Day, Funny Mom Shirt, Mama T shirt, Mama Smiley Tee, Mama Shirt, Unisex Hoodie, Sweatshirt, Tank Top**

**$15.99**

Qty: 1

Sold by: ngoc tam STORE

**Customizations:**

Size: S

and 4 more

Gift options not available

**Choose a delivery option:**

**Friday, Aug. 18 - Wednesday, Aug. 23**

$12.99 - Shipping

Place your order | **Order total: $30.10**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $15.99 |
| Shipping & handling: | $12.99 |
| Total before tax: | $28.98 |
| Estimated tax to be collected:* | $1.12 |
| **Order total:** | **$30.10** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: Retro summer Shirt, summer smiley face Shirt, summer vacation Shirt, beach vibes Shirt, Unisex Hoodie, Tank Tops, Sweatshirt, Tshirt Multicolor : Handmade Products

**URL**

https://www.amazon.com/dp/B0CC8FC3VZ

**Collection Date**

Tue, 15 Aug 2023 15:08:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

[illegible]

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs]www.amazon.com[s]dp[s]B0CC8FC3VZ]]_Tue,-15-Aug-2023-15-08-29-GMT.mhtml

**Hash (SHA256)**

8be2bc90e4f460e24ce5c48148a33c75130dc0971d51f6f75b57d8a359af2ea7

**Signature (PKCS#1v1.5)**

[illegible]

amazon Deliver to Jade Miami 33132 | Handmade | Search Amazon | EN | Hello, Jade Account & Lists | Returns & Orders | Cart

All | Medical Care & Pharmacy | Back to School | Off to College | Customer Service | Amazon Basics | Today's Deals | Buy Again | Amazon Business | Household, Health & Baby Care | Livestreams | Free Shipping | Beauty & Personal Care

handmade | Gifts | Jewelry | Home & Kitchen | Clothing, Shoes & Accessories | Wedding | Sell on Handmade

Custom Photo Shirt, Custom Shirt, Vintage Custom T Shirt, Custom Face Tshirt, Personalized Gift, Custom Portrait Graphic Tee $15.99

Subtotal $11.99 | Go to Cart

Handmade Products › Clothing, Shoes & Accessories › Men › Clothing › Tops & Tees › T-Shirts

Roll over image to zoom in

## Retro summer Shirt, summer smiley face Shirt, summer vacation Shirt, beach vibes Shirt, Unisex Hoodie, Tank Tops, Sweatshirt, Tshirt Multicolor

Brand: Generic

$11.99

Customizable

Customize & Add to Cart

By clicking "Customize" you agree to these Terms and Conditions

[illegible]

- [illegible]

$11.99

$5.99 delivery August 18 - 23

Deliver to Jade - Miami 33132

In Stock

This product needs to be customized before adding to cart.

Payment: Secure transaction
Ships from: NGUYEN CONG MINH SHOP
Sold by: NGUYEN CONG MINH SHOP
Returns: Eligible for Refund or Replacement if damaged or defective

Add to List

Diamond Mickey Ring Princess Jewel Womens Graphic T Shirt Tees $18.99

Sponsored

## Customers also viewed these products

Page 1 of 8

- ReachMe Womens Summer Cute Smile Face Graphic T-Shirts Trendy Vintage Casual Loose Short Sleeve Tee Shirts — 583 — $9.99-$24.99
- Cozyease Women's Graphic Tees Oversized Short Sleeve Crew Neck T Shirt Tops — 180 — $9.89-$28.99
- ReachMe Womens Smile Face Pullover Cute Trendy Vintage Graphic Sweatshirts Casual Loose Long Sleeve Crewneck Tops — 122 — $18.99-$28.99
- UNIQUEONE Hello Summer Tshirt Women Ray of Sunshine Shirts Vacation Casual Short Sleeve Tee Tops — 36 — $11.99
- Hello Summer Ice Cream Family Vacation Popsicle Ice Beach T-Shirt — 19 — $14.49 — Get it as soon as Sunday, Aug 20 — FREE Shipping on orders over $35 shipped by Amazon
- Hello Summer Cute Floral Design Summer Vacation T-Shirt — 5 — $19.95 — Get it as soon as Sunday, Aug 20 — FREE Shipping on orders over $35 shipped by Amazon
- Floerns Women's Letter Graphic Print Long Sleeve Drawstring Hoodie Sweatshirt — 401 — $26.99-$44.99

## Product specifications

**Technical Details**

| | |
|---|---|
| Target Gender | Unisex Adult |

## Important information

To report an issue with this product, click here.

## Product details

**Department** : unisex-adult
**Date First Available** : July 17, 2023
**ASIN** : B0CC8FC3VZ

## Looking for specific info?

Search in reviews, Q&A...

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

No customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

Loc'd Hair Black Woman Remebering My Ancestors Juneteenth T-Shirt $16.95 prime

Sponsored

## Best Sellers in Handmade Products

Page 1 of 6

- 14K Gold Filled Small Hoop Earrings for Cartilage Nose, Tiny Thin 7mm Piercing Hoop Ri... — 6,312 — #1 Best Seller in Handmade Products — $11.98 — Get it as soon as Sunday, Aug 20 — FREE Shipping on orders over $35 shipped by Amazon
- Cats Dogs ID Tags Personalized Lovely Symbols Pets Collar Name Accessories... — 18,006 — #1 Best Seller in Handmade Dog ID Tags & Collar Accessories — $5.98 — Get it Aug 23 - 24 — FREE Shipping
- Locsanity Daily Moisturizing Refreshing Spray for Locs, Dreadlocks - Rose Wat... — 5,051 — #1 Best Seller in Handmade Hair & Scalp Care — $19.99 ($2.50/Fl Oz) — Get it as soon as Sunday, Aug 20 — FREE Shipping on orders over $35 shipped by Amazon
- 14k Gold Filled 20G Double Hoop Nose Ring for Single Piercing, 20 Gauge Small Thin 8m... — 4,937 — #1 Best Seller in Handmade Piercing Hoops — $12.98 — Get it as soon as Sunday, Aug 20 — FREE Shipping on orders over $35 shipped by Amazon
- 3mm Tiny CZ Screw on Flat Back Stud Earrings,14K Gold Flat Back Cubic Zirconia... — 227 — #1 Best Seller in Handmade Stud Earrings — $11.95 — Get it as soon as Sunday, Aug 20 — FREE Shipping on orders over $35 shipped by Amazon
- Discovered Designs Mailbox Number (White 3" Number, 1) Premium 3D Acrylic Self Stick... — 130 — #1 Best Seller in Handmade Signs & Plaques — $3.99 — Get it Aug 22 - 23 — FREE Shipping
- Retractable Lanyards for ID Badges and Keys, Cute Breakaway Teacher Lanyard with Badge... — 337 — #1 Best Seller in Handmade Lanyards — $9.99 — Get it as soon as Sunday, Aug 20 — FREE Shipping on orders over $35 shipped by Amazon
- Engagement Gift, Engagement Gifts for Her -'Engaged!' Soy Candle, w/Champagne On Ice I... — 623 — #1 Best Seller in Handmade Candles & Holders — $18.99 — Get it as soon as Sunday, Aug 20 — FREE Shipping on orders over $35 shipped by Amazon
- Safe Space Wall Hanging, Therapy Office Wall Decor, Counseling Banner, School... — 44 — #1 Best Seller in Handmade Garlands & Decorative Banners — $14.99 — Get it as soon as Sunday, Aug 20 — FREE Shipping on orders over $35 shipped by Amazon

## Popular products based on this item

Page 1 of 4

- Sunshine Birthday Shirt, Family Matching Tee, First Trip Around The Sun Shirt, Sunshine First Birthday Party, Unisex Hoodie, Tank Tops,... — $11.99 — Get it Aug 18 - 23 — $5.99 shipping
- I'm Not Like Other Girls, I'm Worse T Shirt, Raccoon T Shirt, Weird T Shirt, Raccoon Meme Shirt, Funny Raccoon Shirt, Animal Lover Shi... — $11.99 — Get it Aug 18 - 23 — $8.99 shipping
- On A Dark Desert Highway Shirt, Adventure Shirt, Travel Shirt, Hiking Shirt, Desert Shirt, Explore Shirt, Mountain Shirt, Camping Shirt,... — $11.99 — Get it Aug 18 - 23 — $8.99 shipping
- Disability Pride Flag T-Shirt, Disability Pride Month Support Tee, Disability Awareness Shirt. Inspirational Gift To Support Disabilities,... — $11.99 — Get it Aug 18 - 23 — $8.99 shipping
- Go Outside Shirt, A Bear Kills You Shirt, Camp Lover Shirt, Camping Shirt, Cute Hiking Shirt, Bear Shirt, Camper Shirt, Gift for Her, Camp Life ... — $11.99 — Get it Aug 18 - 23 — $8.99 shipping
- Disability Pride Flag T-Shirt, Disability Shirt, Disability Pride Shirt, Gift for Her, Gift For Him, Unisex Hoodie, Tank Tops, Sweatshirt, Tshirt... — $11.99 — Get it Aug 18 - 23 — $8.99 shipping
- Cruise Shirts, Oh Sip Its A Girls Trip Shirt, Ladies Group Vacation T Shirts, Matching Shirts, Girls Trip Shirts, All Girls Trip Shirt, Unisex Hoodie,... — $11.99 — Get it Aug 18 - 23 — $8.99 shipping
- Hibiscus Flower Shirt, Summer Vacation Shirt, Beachy Tshirt, Beach Aesthetic Shirt, Unisex Hoodie, Tank Tops, Sweatshirt, Tshirt... — $11.99 — Get it Aug 18 - 23 — $8.99 shipping
- Custom Camping Shirts for Family, Camp T Shirt, Matching Men Kids Women Boys Girls Personalized Shirt, Personalized Camping... — $11.99 — Get it Aug 18 - 23 — $8.99 shipping

## Your Browsing History

View or edit your browsing history

Page 1 of 4

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Start Selling with Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon | English | United States

Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business

Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data

ComiXology Thousands of Digital Comics | DPReview Digital Photography | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy

Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing

Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust

Conditions of Use | Privacy Notice | Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 15 Aug 2023 15:11:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

P12j4wwz5lcisVm2e8BMaTXGV31oyyvjE+CK2c7yNgmw6/nG7eXV+F63jC5DfIOh8BOuS3HzAULdC9FCzXQfbXY1mnvj0bNFk0TOboH0XTkfsRvdVXYF2fEARJvQFTyjQrDZsOosolGksCbLFSPWhRD89T5cD9+CyxPsB2BjikgerpQt7e3VHVE7rQKX2NzSplSTOp4ImIV1VN9U5bEn7z53/
LPEgBMQMCzociXoJHRntJDQ73WCkvEA51ruCOWB332DfZla8wsQagldAkS6BqY2wUHNToNdbFkvtQ3s4OGgKvFLru2pQ45FVEMNA2AhmXS0eNq8xxrcZF7JckAU4Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-15-Aug-2023-15-11-02-GMT.mhtml

**Hash (SHA256)**

d0b97cdc3de279cc83ff11148bb59a39bd6862cf2d722a6afa6f4889b2fad33c

**Signature (PKCS#1v1.5)**

FIHeOsBT6h3lv3T29Sq8YGxN7mkLMiXWbB3H+qaEBDYseRje9Z6TBlzAEInDOX7YnC2Kz+8Iqi07CtcLRMBuVkFaxIojiRnUCNKTp2PFew7x5bN7R7CtC3pLpDsuuPtfzLHHctkCX3I4pmG7wzggOw+p7A2EJ6pW6Fmm99ymEXDB1uhwl4uKbImR8k9zipSGPOfQ9RYIhzZ5cOp/
XUXwU4qF2HDIj57XSWvzmUdVMCcwoS49CvXNL3U7sfcH/MCGW1+q0eNdBW1bQvJl4Unu5F2Wyb1PmSsMntc+/cS0ILvFYlAkh+othMtE5F5FVJRxm63eWE2aqPrjhwX5870r+g==



AXENCIS
Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Fashion Leather Smiley Face Phone Case For iPhone 14 13 12 11 Pro Max X XS XR XS Max 8 7 Plus Shockproof Cover | Wish

**URL**

https://www.wish.com/c/648c8341a6b2158e5e21493a

**Collection Date**

Sat, 12 Aug 2023 07:42:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4955:4700:5986:86e7:734b:2fc3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

dZPPG+1dgEzLUq4/P1suAOm+aZfz3lmefEA8sqtcmzUukh20xgcYzu1uBZzyCwSmq3EOTjBBs4lh/MMOfrQWQjoCzWtZCBP4XxMZxR8NR//E4tLfzzYqE8X+dxc3NYfOYwC0sXr/gv/ksiWQ4JvTwwxUE+HiqDlp+yRJMM2dpIuFq0MLO0E2Hu4kkhnqhOAYzvBP6K7r0cnZNpT6Y6+MZjg/J2HSn8TjTKMkLx/UU8vshhXWBQy2LcZhcgkoSTGgxNs5E3QWG2yWFw96DowqEnqJGlECPG/XOCJnzqICeerD4CcIRqFCuye34j5b09MzGAI67/akGcNcZJ/cS1pfgg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]c[fs]648c8341a6b2158e5e21493a]]_Sat,-12-Aug-2023-07-42-09-GMT.mhtml

**Hash (SHA256)**

1a039fd485ceff3489727727d4d69f89968a3b1ed571a6d111009ec9258a84f6

**Signature (PKCS#1v1.5)**

cWEwK2zcv5lPoSrXWLgTQ5yC+zkPNwB8Tm34O6yMRDkudSTaJunnYl37XQ4kAo56hS147ttJggJQHjQ75L+OK2WK8izAyaiWTWpV3rbuduocojK/aBrRfho52AKIAEsdYX5LG1znVEEoexeCz6zCj8faMZGkUut4AikefoDDsjXwBND7O86lhXaZF90tnS1buVTrUNCVV+Hif7fjGOPIN+hj02Ve/w+Yu8J/wuqyKB84riCjqCjAqenOBEVHZP1Dg/tiickze9tXeMhQJljAmeWKrlociX58NnATOgg7iB9ey27jTe0qrceSR1LA3/JKYsLXS/C8x/pZVG1J1Pp/oA==

wish

What do you want to find? Search

Popular | Express | Blitz Buy | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | More

Gadgets › Mobile Phones and Accessories › Cases › iPhone

Overview | Related






Contact, Policies & More

Fashion Leather Smiley Face Phone Case For iPhone 14 13 12 11 Pro Max X XS XR XS Max 8 7 Plus Shockproof Cover

30711 merchant ratings

**$4.57**

**Size:**

iPhone 14 Pro

**Color:**

Yellow

03:13 Instant offer: Add to cart right now to unlock a lower price!

**Add to cart**

Add to Wishlist

**Flat rate shipping**

$10

Spend $10 more to qualify
Ship all eligible items for **$2.99**

Estimated delivery: Aug 21–Sep 1

**Standard shipping** $2.99
**Flat rate eligible**
Aug 21–Sep 1

Items are sold and shipped by ninimeike

**Description** Show Less

Product Description:

1. New and High quality Leather Material Case .
2. Easy to install, No tools required.
3. Easy to access to all buttons and features .
4. Fashion Leather Smiley Face designs to give your phone a unique style .
5. Protecting your phone from scratches, dust, shock, camera protection.

**Reference Price by Seller** Show More

**Sold By** Merchant info

ninimeike
4.3 (30711)

Contact merchant

**30 Day Return & Refund**

**Shop with Confidence!** Learn More

We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

**Report this listing for inaccurate information** Report

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Sat, 12 Aug 2023 07:42:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4955:4700:5986:86e7:734b:2fc3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

DPyC+jgSD3vRpxs5/JB642nbOBdBwTVdFZfcQrGHX24bzV9KBeVA2Po3H1o6/EV+EE4EulK6FEoPlB/P09sMCVUV6+Yr9fx8J4ibvQ76Gl3Vj66Vqpjy0MnbXE2HxNMnpAvsWDQBDPxm0OztfcWgGlxCOiur02d3x0WxcXvDA/spbUIWe+t7Ta9lhy3ehA08ypMFSWaeU8/8ZJ8jQo2vG8L
+zDpMdnN6j4Cgc+scYKoojo+leu6tlFQSGUoKda5lJE64euMmmXvdpFDmOWiM0qLNdQUhJ9StNKGGO79nnIxxjPdcreLkdDrQ4Uxehwh7bWGMHH+Ja/SMURb+No0kgg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Sat,-12-Aug-2023-07-42-43-GMT.mhtml

**Hash (SHA256)**

ee0963014517731eaa87e9c344a2ddb33b05b482c4bb7897b8ae92a9e3125bb0

**Signature (PKCS#1v1.5)**

QHqaaYUqnkR++07kDXXiY+yElg9lDS3KdEB3d8VlyX5MJM0Hz+BF8NRA+OJoXVIRlAQPXkxZdqrc+3xLtT2g4C30RTsmb+HOGPvIh7Hk3xmvW3uKipt7LP+TGPTjCjDtR8ghigquNQQhtFvIjRueQhdpvyziBNfBu7oSt7/AjH/dmd/
q5ykXMnWp3lsGfVkTpRvQeIxuXFvw2hWKEIL8HidSgqkHoRbURGebut0NOGPeiEyobE8wkMkYGNN9AbS5CXrrCztSwwS3xlKqTZqNwZ/TuIwUXS33mRiAzOQ7r9ZNRC1ZnUWmMqPttdohx5H6LzPB0/yTwvz0MGatWdvHgQ==

wish

Popular | Express | Blitz Buy | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | More

**Shipping**

[redacted]

307 NE 1st St # 6, Miami, Florida, United States, 33132

Change

**Payment**

G Pay

PayPal

**Items in cart**



**Fashion Leather Smiley Face Phone Case For iPhone 14 13 12 11 Pro Max X XS XR XS Max 8 7 Plus Shockproof Cover**

~~$4.57~~ $4.37

Yellow, Size iPhone 14 Pro

1 Remove

54:55

**Price expires soon!** Check out before the timer expires to lock in this price.

**Standard shipping: $2.99**

**Flat rate eligible**

Estimated delivery: Aug 21–Sep 1

Contact, Policies & More

$10

You're **$5.63** from **flat rate shipping**. Save on shipping by adding an eligible item to cart.
Learn more

**Order summary**

Enter Promo Code | Apply

View available coupons →

| | |
|---|---|
| Item Total | $4.37 |
| Shipping | $2.99 |
| Standard (1 item): $2.99 | |
| Tax | $0.51 |
| Order Total | $7.87 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee**

We've got your back. Get a full refund if any of your items don't arrive. Learn More

30 Day Free Return and Refund

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Classic Smiley Face Pinback Buttons - 2.25 Inch Round - 5 Pack | eBay

**URL**

https://www.ebay.com/itm/195840518371

**Collection Date**

Mon, 07 Aug 2023 14:29:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:497f:e600:b95b:2e52:205f:8608

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MjoLw+52/+6PdF2y0HKKcM92j9r8S8t48reuEXoQnc6azBPTXZeIQnd4ZBlode080bCxi4GSTB9rFDke6Gbbv8WYa6VEa7QBv+65i49KuKxmdT6NHrJ6mR51IgL88Ndzw+DRd5ogRDxSPfY4t10YpC9gH7TsKIr0lRIPFb5Mbia5Tks4BWhDmazd0XPwpp
+HCYCD1hohD10ZIzpeukY1M9Z5Rr9kCq0wVkVO7px6AWwCgU6W+LVwkJ6t5QK3VeQtx7kHmqtQ/3aZm9VULM1IZIaVRyRO6nHyvRx7ZX0I//Jfs6j3MuCjLsTFi+3Rol7Wu3yeDZ6JVWSZJwSTvhva7w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]195840518371]]_Mon,-07-Aug-2023-14-29-42-GMT.mhtml

**Hash (SHA256)**

7abbe5ede5af507c1ffaf52a01e84a2ea407482b25af7de904158264797b8705

**Signature (PKCS#1v1.5)**

OyUY7zJd8nailDD6WoPcu8bHFJnOR/9WyPfTUhbAJfUjprpefDDNJBkmmyWv+GfSKdLPVGRa85isIdluFZQO13ihvL6vMQpqONAYSzXFhpHHTkKcbaMkxbNaGJ9qva9/gvTRiPJ6/PYgybiSdsDjZi1Ct1QCbX3RvuAnQ2xdAC+r+8xjtk2q3S8EJ3SxvdNqY+939Zoj2er
+koYnOwKP3Pc7X94dD/7OOc1dG/qdrcO/rU/x/abL8oGFWkVec4NHiClyFXDDidSho9W2CFAlrydIUBnW1vk+N5OAoOA0CClloVJ2ekFfyJRBPFaQzj+BR10/VR71t2l2hF7Ntuq4dg==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay 1

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Collectibles & Art > Pinbacks & Lunchboxes > Pinbacks > Other Collectible Pinbacks Share | Add to Watchlist

**SAVE UP TO 6% WHEN YOU BUY MORE**



## Classic Smiley Face Pinback Buttons - 2.25 Inch Round - 5 Pack

Condition: New

Bulk savings: Buy 1 $16.91/ea | Buy 2 $16.57/ea | Buy 3 $16.23/ea

4 or more for $15.90/ea

Quantity: 1 4 available / 2 sold

Price: **US $16.91/ea**

Buy It Now

Add to cart

Add to watchlist

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or your money back.

Learn more

**Seller information**

nitaysoko (385 ★)

99.5% positive feedback

Save seller

Contact seller

Visit store

See other items

$ Have one to sell? Sell now

**Fast and reliable.** Ships from United States.

Shipping: **Free** Standard Shipping. See details

Located in: Denver, Colorado, United States

Delivery: Estimated between **Thu, Aug 10** and **Tue, Aug 15** to 33132

Includes **5 business days** handling time after receipt of cleared payment.

Returns: Seller does not accept returns. See details

Payments: PayPal G Pay VISA Mastercard AMEX DISCOVER

PayPal CREDIT

Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

## Similar sponsored items

See all

Feedback on our suggestions



Vintage Button Pin Classic Yellow and Black Groovy Smiley Face

Pre-owned

**$15.99**

~~$19.99~~ 20% off

Free shipping

Seller with a 99.7% positive feedback



Smiley Face Button Pins Set Of 4 Neon colors 1.5 Inch Emoji

New

**$7.20**

~~$8.00~~ 10% off

+ $5.05 shipping

Seller with a 99.5% positive feedback



Vintage Pinback Button Lot advertising

Pre-owned

**$26.55**

9 bids

Free shipping

Seller with a 100% positive feedback



Collection of 4 Yellow Smiley Face Button Pinbacks. Largest is 2 1/4 in. wide

Pre-owned

**$15.75**

+ $5.10 shipping

Seller with a 100% positive feedback



Classic Smiley Face Pinback Buttons - 2.25 Inch Round - 5 Pack

New

**$17.37**

Free shipping

Seller with a 99.2% positive feedback

Vir Tea

Pre

$1

$1

Fre

Sel

## Sponsored items inspired by your views

See all

Feedback on our suggestions



15mm Buttons Wooden Smiley Faces Childrens Sewing Scrapbooking Cards Crafts

New

**$2.93**

($0.00/Unit)

+ $10.19 shipping

Seller with a 100% positive feedback



Light Up LED Motion Sensor Smiley Face Evil Eye Crocs Charms Jibbitz /Accessory

New (Other)

**$6.37**

+ $14.35 shipping

**34 sold**




48 Emoji Stickers Smiley Face Teacher Reward School Parent Kids Childrens

New

**$1.91**

+ $6.38 shipping

**56 sold**



Crystal Sunshine Smiley Sunglasses Sun Flower Ear Stud Earrings Girls Women Gift

New

**$8.99**

Free shipping

Seller with a 99.6% positive feedback




12 Smiley Face Fridge Magnets Strong Magnet Memo Magnetic Whiteboard Note Holder

New

**$4.45**

+ $31.88 shipping

**61 sold**

18 Ho

Ne

$1

+ $

Sel

About this item | Shipping, returns, and payments    Report this item

Seller assumes all responsibility for this listing.

Last updated on Jul 14, 2023 12:40:47 PDT View all revisions

eBay item number: **195840518371**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Color | Multi |
| Size | 2.25 Inch | Package Dimensions LxWxH | 3.15x2.68x1.54 Inches |
| Weight | 0.13 Pounds | Brand | Wacky Buttons |
| UPC | Does not apply | EAN | Does not apply |

## Item description from the seller

2.25 inch Yellow Classic Smiley Face pinback buttons badges are perfect for party favors, gifts, prizes, birthdays, or any other occasion! Package of 5 pinback button badges. Classic Smiley Face Pinback Buttons - 2.25 Inch Round - 5 Pack
Made In The USA
Perfect for party favors, gifts, prizes, birthdays, or any other occasion!
Each button/badge is 1 inch in diameter. (About the size of a US quarter)
5 Buttons in each package
Vibrant Colors - High Quality Pinback Buttons

**nitaysoko**

99.5% Positive Feedback

1.6K Items sold

Visit store

Contact

Save seller

**Detailed seller ratings**

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 4.9 |

**Seller feedback** (392)

r***y (396) · Past month

Fast ship! Thank you! Recommend!(;

Sea Turtle Blanket Super Soft Cozy Ocean Sea Turtle Seashell Starfish Fleece Sea (#195397764740)

b***e (6975) · Past month

Sergamon 240 Pack Dry Erase Markers Bulk Assorted Colors Chisel Tip Whiteboar (#195907824751)

r***a (453) · Past month

Good

Coideal Beach Towel Clips Clamps 10 Pack Metal Chair Stainless Silver (#195883702651)

See all feedback

Back to home page    Return to top

More to explore : Vintage Pinback, Olympic Pinbacks, Religious Pinbacks, Not Handmade Collectible Pinbacks, Collectible Pinbacks, Wal-Mart Pinbacks, Outback Steakhouse Pinbacks, Ribbon Pinbacks, Whitehead Hoag Pinback, US State Pinbacks

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 07 Aug 2023 14:33:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:497f:e600:b95b:2e52:205f:8608

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

TgnWXGtjovVYCRTf/VxFGhCdKGliFex4XMu9x2LNdFhKRyydTSudmsXq3Bt11vCrOwk7q0JzwRhwgxWO+M2IEZHKQPepqUFACqwFdDXtJXKcyVg1GjAUx9QfsKlq343vf/dIzpJnOgS9cY/lH1VhBFhOILfGXKdxHPoiw/U608es6eiIoQ+HvJP
+3wNHFffz08YsUtHd094XuWnPySZLsyyMAcE0b4qrM55CD1JzzaVCjdfg9k4/zmFxjOkXGM2pWrCFNK/YvjKBNNY5Q6WxgMHho49ulf/2s8QGh4cFRsZ72qOyHlBbinrC/JGd1JtoCb9p57TOE5FVE+5fma9k9g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Mon,-07-Aug-2023-14-33-21-GMT.mhtml

**Hash (SHA256)**

cfde54da258544f6fd252d2cc67ea06fcdbd3d703d8b94ea054414e207a608cd

**Signature (PKCS#1v1.5)**

J2Q8mUHoYi32HWYMfPpyYw1DeJ8GBP2fZPwOiT13uXyJbSiCyiM41Or2tHe8kqQt55vV08GEAgqIQ+0nEuVpZxQhAPQKlfA3gnlSiQy1SHb5BeoRh5q892kje4qZQQOr97zla4UFGRjHA7aBE/+peiapm6XzBhNjc0e934/fDQcvpMsUF2MpFG8sqb2bim2vfIkT2JM/EVdjWA+fj4yRR
+U/09yRDFPOWzxN+u6BAuC+VI3Fu4SG/g1bmxSG+VZfu15NcwAc/+DteLY1ut85JfwMtuq9N6bd50ecpCMW4yPBAonKwe/4RuIb3IL4W1OQGUCiGsg35GQWrcjdXFIxcA==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

Special financing available.

Apply now. See terms

G Pay Google Pay

**Ship to**

[redacted]

307 NE 1st St, Flt 6

Miami, FL 33132-2505

United States

[redacted]

Change

**Review item and shipping**

Seller: nitaysoko Message to seller



Classic Smiley Face Pinback Buttons - 2.25 Inch Round - 5 Pack

**$16.91**

Quantity

1

**Delivery**

Est. delivery: Aug 10 – Aug 15

Standard Shipping

**Free**

**Gift cards, coupons, eBay Bucks**

Enter code:

Apply

**Donate to charity (optional)**

Wildlife Trafficking Alliance

In honor of World Elephant Day on August 12, donate to WTA to help stop the illegal trade of elephant ivory. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $16.91 |
| Shipping | Free |
| Tax* | $1.18 |
| **Order total** | **$18.09** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE

See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Smiley Face Rug Colourful Round Soft Carpet Rug Kids Room Home Decor Living Room | eBay

**URL**

https://www.ebay.com/itm/314049742240

**Collection Date**

Tue, 08 Aug 2023 11:00:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Q6VbGWTZtsLdm7uhOOFWb4XPGQmENfbACsjsz2aKC8jC5jDB/1WdlcjKcdnFVoYhOnA0kPIcRDqnEZy2QquMSA6r83YraGDvUHDMERmhQgUtXp2f9ZRSgpLyb1oQ9Q22osa8n3FsPMeqXRzvmHMpgam0KnQqL5vu9DYpMitbWaQCsqlD7xoVOV0u9Fzn4NeI4CJqCHsCO72Y9YzpIYkYGC74I9D1IpSBwN8a1sroGH/K4g79xc/AzAuSdeznTzg4qkao+Ckzoaf9ZjWIF/ZADz9h1trukdHBTjlxBlxyGWrODSlpB7vLU9cUV9/riJyC47ooB8RKX+4SEHX6A+GKIg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]314049742240]]_Tue,-08-Aug-2023-11-00-06-GMT.mhtml

**Hash (SHA256)**

b60cfcfa6aeaa374e4629fdb3dba2efa1e8a04355c8d8451092839a403e50eec

**Signature (PKCS#1v1.5)**

Jllau3jn81jxSELaMAm3/dECtovYb275f/kdOZs9Wq237h1WyCrfY/q5Fh3L44DiYQH1nu2aI+p/S4KNpt159RoU8Q71YZzWNwOMRnq2V1LgCJ8pmJK7/6b9qB7jtV/c3egUr6/Oe7cttAIpQktrCnuL4kTFXuaVVhaLmPSGLBm/VJZxwU4EXWJcWWJ5foiUH8cSgGEGafBkdsm9qSqOu8RWTI5Ie1Di6qFA33jQOfiGxwRf6u4f1bR9Gc4vlOdI7k7V3mnQtLymt6qssScTQCioraJnFWSUEs09MvsJLindTT2Uav45UCAio8fywmBXtMpX9d7a7gvVrIVu8WqPjw==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page

Share | Add to Watchlist



**Smiley Face Rug Colourful Round Soft Carpet Rug Kids Room Home Decor Living Room**

Condition: New with tags

Quantity: 1 8 available / 7 sold

Price: GBP 32.49
Approximately US $41.49

Buy It Now

Add to cart

Add to watchlist

**Breathe easy.** Returns accepted.

**Fast and reliable.** Ships from United States.

Shipping: **Free** Standard Shipping. See details
Located in: Hornchurch, United States

Delivery: Estimated between **Tue, Aug 15** and **Sat, Aug 19** to 33132
Seller ships within 3 days after receiving cleared payment.

Returns: 14 days returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA

Earn up to 5x points when you use your eBay Mastercard®. Learn more

$ Have one to sell? Sell now

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

Seller information
nomadlobby (30 ⭐)
77.8% positive feedback

Save seller
Contact seller
See other items

## Similar sponsored items

See all

Feedback on our suggestions



Modern Multi Coloured Rugs Funky Colourful Rainbow Abstract Rug Small Large Mat
New
**$47.88**
+ $40.36 shipping
Seller with a 99.2% positive feedback



Trippy Smiley Face Rug Carpet Home Decor Custom Anti-slip Rug Carpet
New (Other)
**$63.84**
+ $37.51 shipping
**11 watchers**



Ruggable washable Large Sarrah sage rug 275x365cm & Standard Non Slip Rug Pad
New
**$510.86**
0 bids
+ $66.62 shipping
Seller with a 100% positive feedback



Distorted Smiley Rug Carpet Home Decor Custom Tufted Rug Carpet 85x60cm
New (Other)
**$63.84**
+ $39.64 shipping
**9 watchers**



Rug Grey Round Jute Carpet Reversible Round Area Floor Mats Living Room Rug
New
**$17.88**
Free shipping
**42 sold**

Ru
Bra
Ne
$1
Fre
30

## Sponsored items customers also bought

See all

Feedback on our suggestions



Rug Grey Round Jute Carpet Reversible Round Area Floor Mats Living Room Rug
New
**$17.88**
Free shipping
**42 sold**



Rug Jute Carpet Designer Natural Hand Braided Round Floor Rugs Area Rag Rug
New
**$17.62**
Free shipping
**30 sold**



Rug Beige Multi Line Jute Carpet Reversible Round Area Floor Mats Living RoomRug
New
**$20.64**
Free shipping



Indian Round Rug Natural Jute Hand Braided Farmhouse Jute Area Rug Rag Carpet
New
**$17.48**
($17.48/Unit)
Free shipping



Rug Jute Round Designer Carpet Hand Braided Round Floor Rugs Area Rag Rug
New
**$17.62**
Free shipping
**81 sold**

Flo
Ro
Ne
$1
($1
$1
Fre
Sel

**About this item** | **Shipping, returns, and payments** | Report this item

Seller assumes all responsibility for this listing.

eBay item number: **314049742240**

Last updated on Jul 02, 2022 13:54:46 PDT View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Brand | Davenport Supplies |
| Pattern | Geometric | Type | Rug |
| Department | Boys, Girls, Unisex Kids | Shape | Round |
| Size | 120 x 120 cm | Style | Modern |
| Material | Microfibre, Polyester | Country/Region of Manufacture | China |
| Room | Any Room, Bedroom, Living Room | Colour | Multicoloured |

## Item description from the seller

Smiley Face Rug Colourful Round Soft Carpet Rug Kids Room Home Decor Living Room. Creative Colourful Smiley Face Round Rug Happy Face Rug

Smiley Face emoji rug
Smiley Face Carpet UK

Brand New Limited Edition colorful rug for children's room. Measuring 120cm X 120cm

Multicoloured Bedroom Small Rug Modern Contemporary Rugs for New Room

**nomadlobby**

**77.8%** Positive Feedback
**280** Items sold

Seller's other items

Contact

Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.1 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.4 |
| Communication | 4.3 |

### Seller feedback (47)

This item (1) All items (47)

m***n (1701) • Past 6 months

Highly disappointed it's tiny the rug

See all feedback

Back to home page Return to top

More to explore : Living Room Rugs & Carpets, Rizzy Home Living Room Rugs & Carpets, Home Decorators Collection Living Room Area Rugs, Jaipur Rugs Living Room Rugs & Carpets, Fun Rugs Living Room Rugs & Carpets, IKEA Living Room Rugs & Carpets, Shaw Living Room Rugs & Carpets, Polyester Living Room Rugs & Carpets, Living Room Red Rugs & Carpets, Living Room Pink Rugs & Carpets

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 11:01:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

jIU+wBLjztckqmpr2JSEjjjmEjg2C6avGMAG45pOH5UgE4DtmCMqUMt91HghHmJp/jvSLj4xZssm2kvVJXutyNBgAIERPZjqKPpuAOnp/6tS7ydgkH1jmteLt9qycKtbAuQ85DkPsxyebUEQvwChKf3y0Ct9NPXklnpNX0fv
+fyAngIBU6MiAiHasDmRaAaoA4hf0MlrI4iur7s5Xt9jquGIPciRDs4AvX/7M3E9XssLYeWwKLKyz9JnRqli1acj7eeXhnR0IcLhhOzGE2bEkInSye+Yf7/leNBLGssuIE4XOyrmsFMamtnhKEp4n6+yAVj2gobUXrcKgwtPWLbL9A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-08-Aug-2023-11-01-02-GMT.mhtml

**Hash (SHA256)**

cd2bc763830643fb8aa3cd4b950494df3d777bf418aae7c59a5e71be4d114bf5

**Signature (PKCS#1v1.5)**

afYg7qUP0Dz5RzyHO1T6D4qiPT458r/k6qBPKVYBFWK7GmSiKiPykfQx4AsZYrpgJTtG6cT46X0eZ3bs8xrAfu1s8iAjAUj40HqrftQ2ESNm4R+Ugk/zNPBko7uZXoABkwucxrgRjA1X0EVfuErxGhwm6HjS40HgH6swgiSJaUOo/fa166T12PNY+HCc5emTRKHM/
H19NoYqkno29MQqytelxEwKt5kom77ko+N72SGfYAxRjc7Tc32EEvkG//1H6D/nFdfBddBRbLTOUYLIBImkcUIsqI8hajYn3HXQ5GKsX8kbuDhXRKl7FFzOqP0UrCdDpyrHtewFjIROevhgUA==



AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Face Hook Loop Patch - Happy Face, Smile, Pride Embroidered Badge*1 | eBay

**URL**

https://www.ebay.com/itm/265786123455

**Collection Date**

Mon, 28 Aug 2023 05:19:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YydeqL0O6XGSMj/7P1FnQ8p1ASgXHb2wjPcCCVq3HkNefE/NhbVHIHvDt1slcBX+62pcvWDiYWtUzFvVI5/wd+SH3UtzjsajDpK95WEKA972SvznysOh+gxydmeyqu8K/wqKlC4DX/d/9DFtRSLzJXRH7uy7dgw0tyRtmJF/QT4=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]265786123455]]_Mon,-28-Aug-2023-05-19-20-GMT.pdf

**Hash (SHA256)**

fbe94a0c84ff7cdd4ad106f601d0086ada5f4143faf8221e97a1ab1895bc2546

**Signature (PKCS#1v1.5)**

QZ3rEbKUIL9l+1BLyGDhZvRIhUEOpWGaD5cgK1hVUcQpKQAKzMdM13vlSueIuuGlMF/YACUrona1J/73ImdqBMQqTOrq5/AlyWcMkYQlZ9JWYUNTaPWmMvGTZijWdJtDAxKe0Vhp8NzlENsEptxYQvFTN6Nz4fn2RXf8H8muNms=



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 28 Aug 2023 06:22:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49ee:1900:1c80:a1a:adf8:9048

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

UATEDZBA/VJO/1NxA8T2p8hDEVEr/0FdO2iNnOAcotWKZRJhgvDnhGaipf3FXjc9JSR/
zohFuwNQIdd8HETrcEK3pCwyu4vsGW74Utq4DlASndYlXiJzO4ghDG17bjWEg10SRrm3HVEhBZHIjeFzLcalc2z67dlGAixpvpCf2TzUC5kB4hshJkfKU4lVYbbmaP6WHyIE4euQvU0F8qciidHfvC425b44euT45L30q
+pafidnLGZw8X0p0SywhBXeVnsaj8ftymc6HmF9wSYvRDZcyWamWQUFNiDhqRh+ZbvrjtZnivpXNv5noPrgvoaJ8CarkqiurClnOsGGBQN+KA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Mon,-28-Aug-2023-06-22-34-GMT.mhtml

**Hash (SHA256)**

2405fe34616bc072b496291dde5b409bc6e7e172d10efd253a2c0931e3f6f664

**Signature (PKCS#1v1.5)**

J92sTI8ERK9q6jCPcYAtjnFG5PACi7A7pKu62iIkD7AtK1FZ7jPqJeTaNQUIgZ1gshXCddyKxBU7KSFsCZAKgafdpzJAlsHXduuGFkIUrMHVtyF3hpfvyx7FA6RLt/BDRXS55/
YFB6iIsuO2Z6M5UQgiD9VfErhqjNv7OLIhvZfa5YTDEqSbJvtUYtBcaDcbMastyr0a08P6+0MKaViNEDYmDkIZekqaHXxMzRz1GeBpdQpOkyLSTkT/+cZnnn3l34yhF8/6lZAhytBtWphBBX5RrcteB35U54Ok1ugdxySjXitbpVqRPj7wTps//DhHd5sgAM8F02GxHkUKjsEizw==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

Special financing available.

Apply now. See terms

G Pay Google Pay

**Ship to**

[redacted]

307 NE 1st St, Flt 6

Miami, FL 33132-2505

United States

[redacted]

Change

**Review item and shipping**

Seller: nonoking03 Message to seller



Smiley Face Hook Loop Patch - Happy Face, Smile, Pride Embroidered Badge*1

**$6.99**

Quantity

1

**Delivery**

Est. delivery: Sep 8 – Sep 20

SpeedPAK Standard

**Free**

**Gift cards, coupons, eBay Bucks**

Enter code:

Apply

**Donate to charity (optional)**

The Humane Society of the United States

The Humane Society of the United States fights to end suffering for all animals to achieve the vision behind our name: a humane society. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $6.99 |
| Shipping | Free |
| Tax* | $0.49 |
| **Order total** | **$7.48** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

**Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE

See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

# Evidence Collection Report

**Page Title**

13mm perforated round smiley diy hand-woven bracelet loose beaded 40 pcs | Wish

**URL**

https://www.wish.com/c/5b4700cefb10a243984e27ba

**Collection Date**

Fri, 11 Aug 2023 03:56:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4976:ab00:49ed:2e49:843c:fede

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

NycaYv4kR6K7fMQrUU4SF7ZMrGXTbREZAFYJd0kG8ZMKjn8hJoysFJaHYDF6wr0BqioZqGx3qmCFNg9rnUu9DtUtGIqC5EdpMS734FgnZMu171J7aFUB2FkMu6eSVLvshMSJlabx+9QSKhBJ1kXWr0YdgWt1a0jfwrJGi/
VaKXWVXqsK4UQHiSmYDN9sDEGSSSXGEM6zx5vuIIrzhviHR64MXnhExnUyfN5UxXhkS+prtSPXYMUZ30nsIM3VBd9wJYEsoePspE+RL4dPOLOCG5PB56FP/B1mj0tmzpIPk/A1//JlfRM/k1bun7XFkGQUitDIzSIncJ/CA1qcYsR4mw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]c[fs]5b4700cefb10a243984e27ba]]_Fri,-11-Aug-2023-03-56-17-GMT.mhtml

**Hash (SHA256)**

3235f052533c0dc7e534d727ae11a3762f9b1176c7ad87baa54ea74522096865

**Signature (PKCS#1v1.5)**

jP5TcDt5C6+3QS0Q5NTxLryRciigPqY9DlAPg/eelOfwJFs5bQfH7nyGL2FHF8YwC8IA7hgSfqxDGWTcEzzFGb0twJuRrDLtE3koDnpz6JJb3s57/NW/Vl3CpuGJT9rAWoiICmXDoXby+E1LEgcGLn0LYtlZvebnpPELDIPAgwJGqt7WDaWVLZ4lyGrrPQSjGKDY2fOSZ3KXQJ3aqlmON/XmYTQOg6/
TQuzWuTHZ5S+dlMMgTTQYkv88N/D8O7tEwJg3kAZ59XEV1FM8+oSd0Tv3CV27PmommcnvHvcwIHsuUzlYfd3xWRtfo9F9uWhBwT5lQ0mZuxuO8+YZOjCmeA==

wish

What do you want to find? Search

Popular | Express | Blitz Buy | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | More

Fashion › Accessories › Women › Jewelry › Beads and Stones › Beads

Overview | Related





Contact, Policies & More

13mm perforated round smiley diy hand-woven bracelet loose beaded 40 pcs

74 item ratings

**$2.08**

**Color:**

Multicolor

02:37 Instant offer: Add to cart right now to unlock a lower price!

**Add to cart**

Add to Wishlist

**Flat rate shipping**

$10

Spend $10 more to qualify
Ship all eligible items for **$2.99**

Estimated delivery: Aug 23–30

**Standard shipping** $2.99
**Flat rate eligible**
Aug 23–30

Items are sold and shipped by nurenchaofen

**Customer Photos**



**Customer Reviews** Show More

**Lynn**
Joined 2017 · **224** reviews · **201** uploads
Cute! They're going to make some fun earrings and bracelets.
about 4 years ago

**Richard**
Joined 2018 · **1015** reviews · **542** uploads
Cute good size for earrings
about 4 years ago

**Linda**
Joined 2018 · **177** reviews · **154** uploads
So cute. Fun for making jewlery for adults or kids
about 4 years ago

**Isabel**
Joined 2019 · **16** reviews · **12** uploads
It is perfect
about 3 years ago

**Mariann**
Joined 2015 · **122** reviews · **41** uploads
Just as described
about 4 years ago

**Description** Show Less

Condition: 100% brand new

Color as shown

Quantity: 13mm 40 pcs

Long bead
Material: Acrylic Plastic / Resin

**Reference Price by Seller** Show More

**Sold By** Merchant info

nurenchaofen
4.4 (5181)

**Premier Merchant**
Provides outstanding customer experiences

Contact merchant

**30 Day Return & Refund**

**Shop with Confidence!** Learn More
We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

**Report this listing for inaccurate information** Report

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Fri, 11 Aug 2023 03:57:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4976:ab00:49ed:2e49:843c:fede

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

aUWP9BPR+BFFOIcAqcWqcLgM1h2sxq9gYNaBLO/KE5WmKkjF5uqCUMR9CBBVKEHbjIQb8FccCyfSo+O7XOHY7hdp9bTt8LjmHDAvCOg4HroVpl4cR8oYTlr/2dUTTVOROEkMWHUBkCahznuqUsmCnEMmGPEGJP43pmm1bADtcffgw5AtnyH7/
KHb1K0Df4OvtlEi1ZoFFIozHSTrz8IN3oul8+GtNeGAjec89NJrrpus/R9hEQsO5W3Aji4eRpRL6IVliycnXEwHGGIiY6KH4xgjIE/Z8pL/WRM/Iwo1mVLhy3Gt/8EF2DeWl/DY3bTaYoMNOzjY7zR1ykCqeNhTmQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Fri,-11-Aug-2023-03-57-14-GMT.mhtml

**Hash (SHA256)**

611da12484a2cc550115aca45e0788198c48ff813f0f8deb6c3afdc5534091e8

**Signature (PKCS#1v1.5)**

jFRVl8AetfwAofcvzB9GJhGJveuSD+XJYez8EoyesEUy5zCSHp6w+SR9FRyXIAO0NCrDjrSL8FQtvktg+1kU56Z1hdh2X6IBL9FRJLPxzv77wK/gtsRW8rymJ9LYLJNyiXbWzTt5JoAqqLLUVoZyAiV/k3LOvluCl1kzmFEtRNnJ5SU/1aFqe5e+0n40dX/GI4bcSnZZTYPS/7g3/OpGMD
+zwNknLe1DiGIOfnbOJBbKOTCSVxNbPLAOWJ7fS1QD5jFNBcrfh0/g3CsXlNlQ1jowD5fs8mTy837Ro0PI4/3jXFNH71z+1xtXQ5LG98/ct49/kaQPagxv2vtGLcVwIQ==

wish

Popular | Express | Blitz Buy | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | More

**Shipping**

[redacted]

307 NE 1st St # 6, Miami, Florida, United States, 33132

Change

**Payment**

VISA | G Pay | PayPal

**Items in cart**



**13mm perforated round smiley diy hand-woven bracelet loose beaded 40 pcs**

~~$2.08~~ $1.98

Multicolor

1 Remove

54:45

**Price expires soon!** Check out before the timer expires to lock in this price.

**Standard shipping: $2.99**

**Flat rate eligible**

Estimated delivery: Aug 23–30

Contact, Policies & More

$10

You're **$8.02** from **flat rate shipping**. Save on shipping by adding an eligible item to cart.
Learn more

**Order summary**

Enter Promo Code | Apply

View available coupons →

| | |
|---|---|
| Item Total | $1.98 |
| Shipping | $2.99 |
| Standard (1 item): $2.99 | |
| Tax | $0.35 |
| Order Total | $5.32 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee**

We've got your back. Get a full refund if any of your items don't arrive. Learn More

30 Day Free Return and Refund

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Yellow And Blue Ring With Purple Smiley Face 3 Handmade | eBay

**URL**

https://www.ebay.com/itm/234664255484

**Collection Date**

Wed, 30 Aug 2023 05:57:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MuGZ/CVDLdr+6UVtvUyDwa1esYkGjo2+yioJbn1x4kaIF8Kmd+v/VSlVzvy7gAX7jaAAmBXitZ0Gm/0Zg0n4SngYUd32H2onyXknDN3aFGexuGtFMWnKrSZ40eNdC3PxHqVQ10J4owTEbtonmN/rztX+n/hN5Wg+WmtgLk1VnT1zuj/CPbZ+huG/F5abUeAUg/
OLEl96ma8sEZDr80lYxO3IYQGDR/37NeaM5VYglBZBXclsp3Bw+C9+IPIkVColy88hQr54YAZqU0IIXCGhB8K3njIkXXa/LelB45mNEOicld+As+o1yV4MSq0Y4gz7bMiJDbzX75WlmETML14KRQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]234664255484]]_Wed,-30-Aug-2023-05-57-20-GMT.mhtml

**Hash (SHA256)**

1c5586e02f90d491b14f31390ca8972e4732d400f38289edb29173959fc37e62

**Signature (PKCS#1v1.5)**

Rteb97wh3QE+t0qCEV90Ya7+OH5oIQVZNd4Es0nh1v1FTxJsfFUhDcEh/
CA7pIi1DgMnEw4dwyOVpkwGh9lFNAn2ykDjFSLGNjevDAoOKkvxvCYh85+c7Df8qgSHgdgXWSBCoEWruiS2phLFdHm0leAke8d4lw2PQymYRjn8HIBhuZILd0jRgqnEZ5AX20JUIdwUCOfPo2BrNoCvOBZSMFFb5b6N6PD3HxrXqie8epGRA5qsqkfo5b6GrnMOXtxf79IaOJYNRR42Eo3fU/A2N/
FoN3ds67Hzf7ZLDx0UtwVMJhPd76rzWbJ/vZaH3LsDMcRkJc8nCSP+jqact55sVg==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 30 Aug 2023 05:58:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PqI0aPJixQcddT6lyRMcot6Wk7Cs3HNigVR+07XNu4EgIjZPWVPlZnUyhTNIDwbhXem01kjsuNDh9IeG79SkXNv1e3wAmPrZ7lsOdIP1IvfaT27TPE2r3tArJv8B6UaoDU5tcTDNo/39KWrJT51x0Gd+lR7A4/PA9R63KSGyhVmAPZqEcNwm6WiMooAAgbmXJE4A/
DEIKxM0OnvMrTOJKgPi679bOUDNYjWWc3piI9+uWsvWLWrbjAa8tAEJqt7CqFDTq2aqoem2lLTZECumyBqtfO97BdyEAC1hrWRd8BoEMrZt/5a4nmRZoohtT7RQWtJcqNJpsaV7nO1wSaD5hA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-30-Aug-2023-05-58-34-GMT.mhtml

**Hash (SHA256)**

ba0b2277720418747a60040dc2a2038263fba34862ab6bd9d0c180cf7cf22e75

**Signature (PKCS#1v1.5)**

NgxDj2cuw6o6ayKEcxbJfLy10k0KCW2n5SlvdwFqznzMWASfSaRQdBH/2/fGCCxWnCZnZMOKd6NjTiyqDITOJjgjrSvvz7sy3xWDwQrryJRsofEG/G2rOU6GYjDHpYbyjyQRckdR2y5KAe3M+nlgmm1XiW+Jm
+U4r5jJVkYup8W0vPHmq8MeReuaElr6wamqjU2qt6oreGQvarvDtVxKx3TZzRNGysliVD/Xg0wtnXt2c4EFFmCqbH3aHO5v2XH0CaIWbE0LgadoJHOmdwT7YRYRIuqQORKg6FoZgqH3HKt/QKjRTzX6cE4VgrkiRU6QT2ebSDXutZBGIvFNZaHiAA==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flat 6
Miami, FL 33132-2505
United States
(976) 920-59
Change

**Currency**

GBP
Change currency

**Review item and shipping**

Seller: nyba-3 Message to seller



Yellow And Blue Ring With Purple Smiley Face 3 Handmade

**GBP 1.65**

Quantity 1

**Delivery**
Est. delivery: Sep 19 – Sep 22
International Priority Shipping
**GBP 15.55**
Includes international tracking

**Import charges**
No additional import charges at delivery
**GBP 0.00**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 1.65 |
| Shipping | GBP 15.55 |
| Tax* | GBP 1.21 |
| **Order total** | **GBP 18.41** |

You agree to the Global Shipping Program terms.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 08 Aug 2023 07:23:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GMrza13YgLGVC5oD2JEHpM9F+g0Pls8Z+UkX2ZAN3TdU2PwN6jsrvI/TMY+QeZnpByf761270INzDvir+lnXFknwh6Ce7R/gQn9WvV8NuvDCOp7+ffKl6cHKbMtsVXo3IOP7DO7nkIN4PkSJimSJkMwFcx/
BKE1FaepAcebHv8MNa4abmNQ26slkZFMCkMFTaqXeX8v0qyF6XpNVeJrcTHC2eNWNkDudVBMWBHy1r5NsrAQLtu8iuFbWkTXG7swze0k8SPDMgtkfZSxc08pU3F/uCu5AM/LHZROt3gzgQfDjPHqq3fEd3nOUZO0Irdsav1goou1K4VSOP82MNvKOww==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-08-Aug-2023-07-23-16-GMT.mhtml

**Hash (SHA256)**

2a5ae4c48a0361902d58c1dec3f099fbdb332caa991667bfd0f5d9d035be54ad

**Signature (PKCS#1v1.5)**

nzlpaYYHfT0hFdjUODRO1uFzqo4CnY3d/tJ+N1ClgX9uc4gieJxdqJ0tghYZ1TO2NLL+VlyWu3gbrms3iwRTB6LrAeRPmHuftza0bhbbpPJ/qj9o/pLUJzR5A5uuaB1GrTHGXsStfpooiyD8S/szpkpjq1e49rJZrvwZlHaY39VyTqzLZm/UDOkls/
jpnIwkdwNektjFiXP44M6st5oueAXva9kG7bPigsan0FHH9Cz8lHITPMgIcsQ5iWAGll51SLknM+74q7c4CZKPgs6iT6oYSXAUKc4lnIhW2zCGPwGQH8GZ+f4PyPXqdI9iavA59owik/KTOl1o/4/N4XvV/g==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**[redacted] we're giving you Prime FREE for 30 days!**

Get your Prime eligible items for ~~$6.99~~ FREE.

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: Aug. 12, 2023** If you order in the next 20 hours and 36 minutes (Details)

Items shipped from Amazon.com



**Smiley Face Slippers Retro Soft Plush Comfy Warm Slip-on Slippers Comfy Faux Fur House Slipper Scuff Slip on Anti-Skid Sole With Memory Foam (6-7 Women/5-6 Men,Style-7)**

$12.99 & FREE Returns

Qty: 1

Sold by:
nyequzelinuodianzichanpinxiaoshouchan

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime
Fast, FREE Delivery prime

Saturday, Aug. 12
$6.99 - Shipping

Place your order **Order total: $20.89**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Get FREE Prime Delivery and save $6.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $12.99 |
| Shipping & handling: | $6.99 |
| Total before tax: | $19.98 |
| Estimated tax to be collected: | $0.91 |
| **Order total:** | **$20.89** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Slippers Retro Soft Plush Comfy Warm Slip-on Slippers Comfy Faux Fur House Slipper Scuff Slip on Anti-Skid Sole With Memory Foam : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B0B1C9D9Q8

**Collection Date**

Wed, 09 Aug 2023 05:13:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AiH5ldLFc5krkmePPfryyu6c7aCtyx/AcZtHXTxlcg1INaM+um3UtXR0PrHjJZVJ7OVUXo1iEMmh//U6JcnA1kNembGJ7iPv9apyBLueoVj48lO0f9Y0b90imsujkP2+gKPHERHJ3/lbPQ4HUeKrl3qD7D3TnEpGEGhTfLnv1h0xW4TumSVwcgMn2xDWXJvkqCyKPPzIpN6UPwM
+rquYU2rybDTWhlptq+xYlDRhySWshGbVtj7dZr8VyO0AJQcKbSOmPHonixWngzfrPta8WHVyg3MITgfZrfKGV672ah12mw7oM3VkGtncYR2+lc6plUsIdH2EKwyLDajHftzSrQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0B1C9D9Q8]]_Wed,-09-Aug-2023-05-13-30-GMT.mhtml

**Hash (SHA256)**

94e7686695875d79cee29f0fe63a0112802a054a6bcdd24700cad45753cef1d2

**Signature (PKCS#1v1.5)**

hDAv15GGodHUvp/FjUT0QYe9ouHx/2g68t/R5z0buIHSVAA/vytWwLDgozpkbHT/KpYzfOZrkiUiqBKHtnY/nwRCoTy9HlpyiTT8jPO3NjMkJy9Et0/W5HU6qkqxByVTn+RuPJncLXoEBU18dE14QfSD6X0suye1CAq2fITeh/LRkVb2ctZepUtO73rcdaXcAPXnmu3YHC5wGIL6ZJ86i/
uRCtGUdXevn4+4RiMuVZlaSZg22qS8VnKPvFdLO2mtMUhuMS7Fvcv2irCQiFamiF1cXUKJQxXQESpZ4CtpBS+bzju26JIf65XLUDkDdOcg1Tm6jmSj/giCkkf9qdjQdQ==



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Smiley Face Bandana Headband Scarf Biker Acid Emoji Chemo Dog feeanddave | eBay

**URL**

https://www.ebay.com/itm/232857287821

**Collection Date**

Tue, 08 Aug 2023 16:03:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ZpzNhW7ocqyvtF5VKwnOvB5/CW3Kt8ZG9xnlJqhC5y4lb50zoMWAWYfUqvaxSTQQD53BAUSH9+UXczfoDdc4bzRzfzrNHghrMdAd9PJUAzLkoTOAgKsVO2ugEsbaDhmyTk+bg26JtqVMM5vkKeQykMWTI4OiPmMJiL6m4MALhqoc5Z6rNNgXD4SNfgzS3TFavFXxnPTog7E47d4OESy+bBmkHabiD8/P6Uql2a0XPl19vd1+9QDYBUaoJyiFe5CfGv6h25GIlP1tl/k6L6iHVmtFZ329fiqptalwUP7FCp+yZ4zTQ/FzBFwVC9cZdfHVgUFigmr9VVlfQVooE1LdZw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]232857287821]]_Tue,-08-Aug-2023-16-03-07-GMT.mhtml

**Hash (SHA256)**

c2648e4fcac1ebd7687b335ae57d9ba16dc290e267c1c37df5cf2d0ec8f576e6

**Signature (PKCS#1v1.5)**

BTdfwPRFGf6cJcnlkiAnt8S0j/+gbkDAgTPPentyQKEuYyJOvSKf+Ty4QfDTKSiUsdzmdoF8DG3Va11CgAVgGxdeX/SwK91/munsjj3Ej8+1Yhn5cTWQb29kSmm0A11ODwz4/+UDpMZlKgaBjEJq+6Xdx1q6Cdn9GQLAy2i+sOEEVNXCCjBEIXm/ZJYW4amjfVISDJ3PwUmvFIE7bxCtuxN5l++iFAl/mQ9/qzHixLFR0a21fosqaVx44eGMs0osTfMOh9wznFwxbBkHh9HmnOZd2WOVVSPU1bZMh7QFfuLnYl5OfUGT2yWH/TiM7YtNKsVkZSWRO2eiddWNxGcwtw==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Clothing, Shoes & Accessories > Women > Women's Accessories > Scarves & Wraps

Share | Add to Watchlist





## Smiley Face Bandana Headband Scarf Biker Acid Emoji Chemo Dog feeanddave

Condition: **New without tags**

Quantity: 1 3 available / 37 sold

Price: **GBP 4.99**

Approximately US $6.37

Buy It Now

Add to cart

Add to watchlist

**This one's trending.** 37 have already sold.

**Breathe easy.** Returns accepted.

Shipping: **GBP 6.00 (approx US $7.66)** Standard Shipping. See details

International shipment of items may be subject to customs processing and additional charges.

Located in: Devon, United Kingdom

Delivery: Estimated between **Fri, Aug 11** and **Fri, Aug 18** to 33132

Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or your money back.

Learn more

**Seller information**

oceania-legends (10019)

99.8% positive feedback

Save seller

Contact seller

Visit store

See other items

Registered as a Business Seller

Have one to sell? Sell now

## Similar sponsored items See all

Feedback on our suggestions



22"x22" Blue With Emojis 100% Cotton Bandana Bandanna

New

**$6.44**

Free shipping

**6 watchers**



22"x22" Blue With Emojis 100% Cotton Bandana

New

**$6.44**

Free shipping



Acne Studios Women's Light Blue Stripe Ribbed Knit Wool Smiley Smile Face Beanie

New

**$39.99**

0 bids

+ $5.85 shipping

Seller with a 100% positive feedback



Black Peace & Happy Face/Emoji Bandana/Bandanna Scarf

New (Other)

**$10.65**

Free shipping

Seller with a 99.8% positive feedback



BANDANA HEADBAND HEAD WEAR TIE WRAP BAND SCARF NECK WRIST BAND MULTI PACK-5pk

New

**$7.52**

+ $14.41 shipping

**32 sold**

## Sponsored items inspired by your views See all

Feedback on our suggestions




9ft 2.7m Banner Yellow Emoji Smiley Face Birthday Party Decoration Boy Girl

New

**$3.44**

+ $14.28 shipping

Seller with a 100% positive feedback



Smiley Face Ring 18K Gold Plated

New

**$19.09**

+ $17.25 shipping

**Last one**



Banksy Grim Reaper Graffiti Dictionary Art - 8x10 Smiley Face Poster - Modern

New

**$27.63**

Free shipping

Seller with a 100% positive feedback




Yellow Smiley Emoji Face Printed Polycotton Mask Fabric 110 cm MD1517 Mtex

New

**$3.19**

+ $31.93 shipping

**39 sold**



Emoji Stickers Smiley Face Die Cut Phone Tablet Decor Scrapbooking Labels

New

**$4.58**

+ $14.32 shipping

**24 sold**

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.

eBay item number: **232857287821**

Last updated on Jul 18, 2023 02:31:55 PDT View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New without tags: A brand-new, unused, and unworn item (including handmade items) that is not in ... Read more | Department | Unisex |
| Country/Region of Manufacture | United Kingdom | Material | 100% Cotton |
| Colour | Multi | Brand | oceania legends |
| Style | Bandana | Type | Square Bandana |
| EAN | Does not apply | | |

## Item description from the seller

**Bandana**

**Full Size Image Shown of bandana**
**Size - approx. 55cm x 55cm (21" x 21")**

**Top quality printed fabric - 100% Cotton**
**Fully trimmed and overlocked for long lasting wear.**

We also stock bow ties, wired hairbands, make up bags & purses in this fabric.

**Hand made in England by Grandma**
**exclusively for Oceania Legends**

If you require larger quantities of this item
We can adjust our quantities on our ebay shop
to suit your needs.
Just send a message.

**Please visit our store to view our other items.**
**New items being added daily, just search on ebay - feeanddave**
**Thank you for looking**

**Shipping**

**Delivery as stated on advert, if you require a faster service please contact us. It may cost a little more.**

**Payment**

**We accept the following payment methods:**

- **PayPal**
- **Credit Cards**
- **Debit Cards**

**Please contact us if you have any questions**

For International Customers sometimes there may be additional customs charges

### Business seller information

Balloon Express UK Ltd
Springfold, Bellamarsh Farm
Kingsteignton Road
Chudleigh
Devon
TQ13 0AJ
United Kingdom
**Value Added Tax Number:** GB 755064429

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.



## oceanialegends

**99.8%** Positive Feedback

**36K** Items sold

Visit store

Contact

Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this store See all

Silver Jewellery, Bracelets & Necklaces, Pewter & Bronzed Pendants, Belts & Buckles, Leather Products, Clothing Accessories, Home Decor, Fabrics, Cotton Purses

### Seller feedback (11,022)

y***a (1507) • Past month

Great item

Gothic Cats Ravens & Skull Bandana Headband Headscarf Biker Chemo Headwear (#233976742332)

i***t (3912) • Past month

Great item and service

666 Ring 925 silver Biker Rock Metal Motorcycle Club Outlaw Devils feeanddave (#233124952438)

i***t (3912) • Past month

Great item and service

Chunky Lucky 13 Ring 925 sterling silver Metal Biker Gothic Punk feeanddave (#232889988288)

See all feedback

Back to home page Return to top

More to explore : Air force Scarf Unisex Scarves & Bandanas, Nordstrom 100% Cashmere Scarf Unisex Scarves & Bandanas, "Handmade" Scarf 100% Cotton Unisex Scarves & Bandanas, Pendleton 100% Wool Scarf Unisex Scarves & Bandanas, Handmade Scarf 100% Silk Unisex Scarves & Bandanas, Biker Headband Hair Accessories for Women, Emoji Slippers, Bandana Scarves for Men, Rocket Dog Biker Boots for Women, Emoji Backpacks & Bags for Kids

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 16:04:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MjXGc/3V2N1f3hNVhKn4vaiqogfBGL6lTisjkIFMrkaRyCoIA/Lzxb28wLvW3lnS/qyP9A2f13PKSfPYH+A3tO2Qvka/ja3/gOYAMsV7Swlg07Q882lejyphsXuk5koywwMcaO+/03uHkwv8kxZvVJdIVCw2O/czYM7mUTIS5TLEQmIq9UbP6Dbt+o1IZmNdNsmup1486RrAKP/7cSr3NnAN1N4z
+fvqJQ/+Z+IlAaZznNoHS272JG4RoAXQ4qECo3IV0uc96cv5tV28O02sA01phCULHXLa3fvmFJRvvWGR8VnWNQxk05olymsNwjUQzEXpVohM58h6/T4ds8OIoA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-08-Aug-2023-16-04-56-GMT.mhtml

**Hash (SHA256)**

f6b81a304971a8f9ad58b35d34da1047c8334189e1215617c39bc1087d7c29a1

**Signature (PKCS#1v1.5)**

MD/e9adFGSRPNE4toov5Z5WYkmN4pVdAwArHjjw7nsEYFII9pa+bNhhe52HkhlXGVV8/
Pw4RQXINwoSaTvyxC7pnYiUv536IqIiPwpFfO1gmhUo48nvnn3MREStsSXrNRPo467YlMJp5znn55D6WS0kpGcuvxqCKgeuuAPXH56YQUbkwmHew2dSaooJUbC9gutIici7v8OfU8HpsrTjxMTNlKF9EaDjhinDPI/
fW9fcbszm6eVz7jLZ5+k7e8DfEFZ3EuW8sQpPHjFnzutsbsHJAb410swCCoyR5+5KG7tYc8Fznz3rENBGf5JHy50srZoVhLcfmVOICA1YhphL0Lw==

ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Review item and shipping**

Seller: oceania-leg... Message to seller



Smiley Face Bandana Headband Scarf Biker Acid Emoji Chemo Dog
feeanddave

**GBP 4.99**

Quantity
1

**Delivery**

Est. delivery: Aug 11 – Aug 18
Royal Mail International Standard
**GBP 6.00**

Est. delivery: Aug 12 – Aug 19
Royal Mail International Tracked
**GBP 15.00**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 4.99 |
| Shipping | GBP 6.00 |
| Tax* | GBP 0.77 |
| **Order total** | **GBP 11.76** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Smiley Face mule Cosy Teddy Cartoon Emoji Uk Size 5, 6 and 7 | eBay

**URL**

https://www.ebay.com/itm/325733671655

**Collection Date**

Thu, 10 Aug 2023 01:16:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

193.27.12.196

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

EO8YSZpH8qkxIQzU0C0BDhMbSGlZqT+4DRej9i/1HsoBUyZZbqp3xsTQkehpav6ZGIu69cAJiUwAfFHDG14nLpVpiG646b7nSCoceU9jJ8tArfwRAq0clMjlckb/KGnpaBhdtDUt8OyyhmqHe0R8nG4jRs1bqRhkSVhyvRprH/hUUBfF8S78zLCwIZ0c
+hzVKW9pKCpdiCwgRlu7ki2ouXUmsC1DvlZtBePsjSISDGRYNKSLxsuz6AkJzU1voRmO8CxC3hISi07US0RBHPyaay52Hnemc/byE139GEuUgduyYH5Y86ts9p/TJqWcwWwlAbypv/MrML8zV5kB83El+w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]325733671655]]_Thu,-10-Aug-2023-01-16-38-GMT.mhtml

**Hash (SHA256)**

3478a5f32fc3751d6ffd797b9619c1c054a2ce1903e9441255128a581547cc06

**Signature (PKCS#1v1.5)**

b+/uffhvoKi/O4GWVdOT6izGPQscZe2FkmVI7wxRMPT8g6SCVHFdWwFEX/DVXNwRBrsB6RPJFkH/cxJkITVnF1sg1+TLH3diGaRqArd462+2x4JDydQAb2IWIdC3E15CZSbpplKgbZv+GYRqdt2+
+Ohtv4pwlylDmHke1F2Foq5wETXomwcOMv2u0u3UrDwPgjwxikrMlQPx1ZL2n6x013sCH6Ej4M3KuPVVP9LfedTTLPlUnslMqWBltifZlV1L0MXiwx5ETEYCYmsISjHZhaK8GuiC9d3fQS3iBH2Q+MuQQG6qsi2roQERHaFA7nZ8iR9Fiqr6sQVLEJYI8KOYZg==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Categories Search for anything All Categories Search Advanced

Back to home page | Listed in category: Clothing, Shoes & Accessories > Women > Women's Shoes > Slippers Share | Add to Watchlist

Learn how to earn a $50 statement credit. With a new eBay Mastercard®. Ends 8/16. See details



## Smiley Face mule Cosy Teddy Cartoon Emoji Uk Size 5, 6 and 7

Condition: **New without box**

Price: **GBP 12.99**
Approximately US $16.52

Buy It Now | Add to cart

Best Offer: Make offer | Add to watchlist

Shipping: **GBP 22.19** (approx US $28.23) Expedited Shipping to United States via eBay's Global Shipping Program . See details
Located in: Sutton-in-Ashfield, United Kingdom

Import charges: **Free** amount confirmed at checkout

Delivery: Estimated between **Thu, Aug 24** and **Tue, Aug 29** to 33132
Includes **international tracking**

Returns: Seller does not accept returns. See details

Payments: PayPal, G Pay, VISA, Mastercard, AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

International shipping and import charges paid to Pitney Bowes Inc. Learn more

Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
odumo-uk2015 (33 ★)
100% positive feedback
Save seller
Contact seller
See other items

$ Have one to sell? Sell now

## Similar sponsored items See all

Feedback on our suggestions



smiley face slippers
New (Other)
**$15.00**
+ $12.15 shipping
Seller with a 100% positive feedback



smiley face slippers
New (Other)
**$10.99**
+ $7.00 shipping
Seller with a 100% positive feedback



LOUIS VUITTON Waterfront Mule Slides Size 40
Pre-owned
**$199.00**
0 bids
Free shipping
Seller with a 100% positive feedback



Ladies Womens Smiley Face Slippers Slip On Faux Fleece Lining Sizes S M L
New
**$15.25**
+ $3.75 shipping
**63 sold**



Winter Fall Indoor Smiley Face Slippers Happy Face Fluffy Cozy Comfy Slippers
New
**$18.99**
Free shipping
Seller with a 100% positive feedback

## Sponsored items customers also bought See all

Feedback on our suggestions



Ladies Womens Smiley Face Slippers Slip On Faux Fleece Lining Sizes S M L
New
**$15.25**
+ $3.75 shipping
**63 sold**



WOMENS SIPPER WINTER INDOOR/OUTDOOR MEMORY COMFORT PLUSH FLEECE LINED TAN 5/6
New
**$11.44**
+ $14.46 shipping
Seller with a 99.8% positive feedback



Deluxe Ladies Womens Rounded Sheepskin Slippers with Sheepskin Cuff Slipper Boot
New
**$50.87**
+ $22.07 shipping
**109 sold**

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.

eBay item number: **325733671655**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New without box: A brand-new, unused, and unworn item (including handmade items) that is not in ... Read more | UK Shoe Size | 6 |
| Pattern | Face | Toe Shape | Closed Toe |
| Character | Face | Closure | Slip On |
| EU Shoe Size | 39 | Lining Material | Fabric |
| Fabric Type | Blended Fabric | Heel Height | Flat (Under 2.5 cm) |
| Customised | No | Colour | Yellow |
| Vintage | No | Brand | Unbranded |
| AU Shoe Size | Various | Department | Women |
| Type | Slipper | Style | Mule |
| Theme | Smiley Face | Features | Lightweight |
| Shoe Width | Standard | Upper Material | Textile |
| Insole Material | Fabric | Season | Autumn, Spring, Summer, Winter |

## Item description from the seller

Smiley Face Slipper Mule, Comfy Cosy Teddy Cartoon Emoji Size 6-6.5 c Uk

## odumo-uk2015

**100%** Positive Feedback
4 Items sold

Seller's other items | Contact | Save seller

### Seller feedback (4)

m***a (533) • Past month

Thank you😊👍

Smiley Face mule Cosy Teddy Cartoon Emoji Uk Size 5, 6 and 7 (#325529391252)

7***8 (312) • Past month

Great communication with Seller, arrived today, item just as described. Very happy, would highly recommend. A+ seller.

Smiley Face mule Cosy Teddy Cartoon Emoji Uk Size 5, 6 and 7 (#325529390420)

i***m (349) • Past 6 months

I am not the one to give reviews but this one is different and delivery was quick my order is everything it says in the pictures and details. Will be buying more from the seller the quality is spot on and the seller put a complementary gift aswell

Waist trainer wrap. Tummy sauna trimmer belt. Workout/weight loss waist trimmer (#325560040195)

See all feedback

Back to home page Return to top

Back to home page Return to top

More to explore : Cartoon Characters Costumes for Girls 5-6 Size, Disney Girls' Cartoon Characters 5-6 Size, Mule Slippers Women's Cartoon 6 US Shoe, Cartoon Characters Dress Costumes for Girls 5-6 Size, Women's Slippers Emoji 7 US Shoe, Emoji Slippers, Men's 7 5/8 Size, Stetson Men's 7 5/8 Size, 5-6 Size Outerwear for Boys, 5-6 Size Sleepwear for Girls

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Thu, 10 Aug 2023 01:18:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

193.27.12.196

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

LsC5pWhA768dCH/IawlZwz3ldtIyw8XpVlIoO1a4bPSeB+dgzGjL3fo8yoUjuMJj6PEuNiWqzIeh+IOwKTETKkXeoamiu8+m+CUWVeR8qCnV9XR5QQMxa8usjf7lN2UTMF6NFzhJ8wFAWQthVh55ksAXYn75bNy
+RqSzoeS3o5zsvQ7rnsUlVkXaFwhisehdJfzmTGmoeQp3XUPms3+0jfQ6bx38OafI1vcISQADDkBkFcHySs9jO/5zudnl0UOqzcEo1c25iIn05mye2izhfYcW73Vp1qPATeySaMyX6gv42iC1eWmxEY3e0mEbOSvPyfADIJsZ2jy2oz0W+qxD3A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Thu,-10-Aug-2023-01-18-30-GMT.mhtml

**Hash (SHA256)**

02ca6a70f4e51d1d023b947a806a2daa1f28c27c1b9801870ee178bf8bbd1b8c

**Signature (PKCS#1v1.5)**

gl4/rT3WLVhtK5a6NbYSvaSLp+h2aeuRJcixSe1H/kNKB6PVr0eCkHAudEy/MVHrMcZczFOlyG+K0ofrjcAaQeZcVUHFIhYseDSpFQtTjeUvG/8oAS8Sjb7N3xcKOOeZyDMT/RjfQSv+htNcGAE1gg7TW92EiLYqKb+lHNiVXPUpLGpI7azOUNdWYH8gl4prU1gfie71+Y/cV8Tndh
+jXx3kCtn4jQjeeyboKOBkXHZLpXAaRuSAYwFBSc7vn3+mo3JigDFx9pZf0Sx5k8bybkJ/0JQh7/wc/2oIN5SOpYQDAuXpDL1cJm031Q52cx4e04XiPSwIUWd3GPN3+1WIyQ==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

RAVER FOR LIFE Square Fridge Magnet Smiley Face 90's Old Skool Rave Club Dance | eBay

**URL**

https://www.ebay.com/itm/155513118588

**Collection Date**

Tue, 29 Aug 2023 06:09:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ZnKY5m+sIu+SL8/vFZ9xVZnVZYLNQVALw+0zb5QgfGoJ1/TbM7Q7P6xHDAj1V2V+Kolfkg9xQTLFExhy18yNlsRcDi77rfNAfO5zViEnAYU7/iRMXob+dxJJQcIqTbGucvMfoLBK0LPV71zKEFNlI/ITl8bd021L5VJno95On2Q=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]155513118588]]_Tue,-29-Aug-2023-06-09-00-GMT.pdf

**Hash (SHA256)**

e221baade0367316a2ac6c37076bfcee921325f970246db188a16ffc2ccda149

**Signature (PKCS#1v1.5)**

JEJwC3ZvFTfX/qoqXbwApFaJlf1sNPrS5nBQFjZqyJPGLVl+1Pf5wEPOrkZ3Q23rNY7/wyYHhOYoR+cwcaPH0HIWdk58bLNkt7MrZMgXh6nn8VhNPCJYj52s8+eUfQJ7odO/JWiq12DGROJISkIb2IqkcY/kw+VRfVFiLfpd/H8=

Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

ebay | Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Home & Garden > Kitchen, Dining & Bar > Kitchen Tools & Gadgets > Refrigerator Magnets

Share | Add to Watchlist

## People who viewed this item also viewed

- Sponsored — 5/7/14pcs Strong Magnets Fridge Memo Magnet Pus... — Business — $3.18 — + $0.38 shipping
- Snake Coiled Fridge Magnet Flower Painted Wood... — Business — $3.14 — + $8.47 shipping
- 'Fancy Sports Car' Fridge Magnet (FM00037547) — Business — $6.26 — + $10.03 shipping
- Chicken (Hen) Ceramic & Resin Magnet By Bella... — Business — $9.99 — + $12.77 shipping
- Art Nouveau Yellow Green Daffodil Flower 5cm/2"... — Private — $3.77 — + $9.85 shipping



Hover to zoom

Have one to sell? Sell now

## RAVER FOR LIFE Square Fridge Magnet Smiley Face 90's Old Skool Rave Club Dance

Condition: New

I would like: Raver For Life Square Magnet

Quantity: 1 — 8 available / 2 sold

Price: GBP 4.99

Approximately US $6.26

Buy It Now | Add to cart | Add to watchlist

Breathe easy. Returns accepted.

Shipping: GBP 7.24 (approx US $9.09) Expedited Shipping to Germany via eBay's Global Shipping Program. See details

Located in: Chorley, United Kingdom

Import charges: Est. GBP 4.08 Amount confirmed at checkout

Delivery: Estimated between Fri, Sep 8 and Tue, Sep 12 to 60323

Includes international tracking

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, Apple Pay, G Pay, VISA, Mastercard, AMEX

International shipping and import charges paid to Pitney Bowes Inc. Learn more

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or your money back. Learn more

Seller information

olds--cool (14040)

99.8% positive feedback

Save seller | Contact seller | Visit store | See other items

Registered as a Business Seller

## Similar sponsored items

See all >

Feedback on our suggestions

- 5/7/14pcs Strong Magnets Fridge Memo Magnet Push Pin Notice Board — New · Business — $3.18 — + $0.38 shipping
- Magnet Schlange Kobra Silhouette Kühlschrankmagnet Geschenk Idee Souvenir Geburt — New · Business — $6.45 — Free 2 day shipping — Seller with a 99.9% positive feedback
- Smiley Face Magnets for Refrigerator Fridge Magnet Set of 10 Plastic — New · Business — $21.51 — Free shipping
- This Is What An Awesome Raver Looks Like Fridge Magnet Dancing Clubbing Rave — New · Business — $8.15 — + $6.28 shipping — Last one
- Auntie Fridge Magnet - If * Were Bogeys I'd Pick You - Cute Fun Family Gift — New · Business — $5.01 — + $8.52 shipping — Seller with a 99.4% positive feedback

## Related sponsored items

See all >

Feedback on our suggestions

- Old Skool Boombox Fridge Magnet - Retro Music Gift Idea — New · Business — $5.01 — + $5.75 shipping — Seller with a 100% positive feedback
- Old Skool Boombox Fridge Magnet - Retro Music Gift Idea — New · Business — $5.01 — + $5.75 shipping — Seller with a 100% positive feedback
- Madonna 2 x Fridge Magnet albums new official Gift set — New · Business — $7.47 — $10.04 26% off — + $5.02 shipping — Last one
- Women's World Cup 2023 hosted by Aust & NZ - Fridge Magnet Jumbo 90 mm x 60 mm — New · Private — $4.90 — + $4.08 shipping — Seller with a 100% positive feedback
- Lithuania Flag Fridge Magnet Gift - Fun Lithuanian Cute Novelty Present — New · Business — $5.01 — + $8.52 shipping — Seller with a 99.4% positive feedback

About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 155513118588

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Brand | The Print Pixie |
| Type | Magnet | Character | Smiley Face |
| Theme | 90's | Material | Acrylic |
| Features | Magnetic | Country/Region of Manufacture | United Kingdom |
| Character Family | Raver | Colour | Clear |

## Business seller information

olds--cool
Leon Delaney
2 Windham Road
Chorley
Lancashire
PR7 3LJ
United Kingdom

Email: lyondelaney9179@aol.com

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Oldz Cool

99.8% Positive Feedback

70K Items sold

Visit store | Contact | Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 5.0 |

### Seller feedback (14,637)

- Past month — Very prompt delivery — 10 COUNTRY NATIONAL FLAG COCKTAIL STICKS PICKS CUPCAKE SANDWICH PARTY FOOD DECOR
- Past month — Very prompt delivery — 10 COUNTRY NATIONAL FLAG COCKTAIL STICKS PICKS CUPCAKE SANDWICH PARTY FOOD DECOR
- Past month — Very prompt delivery — 10 COUNTRY NATIONAL FLAG COCKTAIL STICKS PICKS CUPCAKE SANDWICH PARTY FOOD DECOR

See all feedback

### Popular categories from this store

See all

Cocktail Flag Sticks | Balloon Ribbon | Christmas | Party Bag Fillers | Photo Props | Bingo Tickets | Fundraising Games | Australian Themed Party | Chinese New Year

## You may also like

Feedback on our suggestions

- 'Fancy Sports Car' Fridge Magnet (FM00037547) — New · Business — $6.26 — + $10.03 shipping — Seller with a 99.5% positive feedback
- Auntie Fridge Magnet - If * Were Bogeys I'd Pick You - Cute Fun Family Gift — New · Business — $5.01 — + $8.52 shipping — Seller with a 99.4% positive feedback
- Fridge Magnets For Whiteboard Refrigerator Small Push Pin Classroom Office NEW — New · Business — $10.10 — + $28.18 shipping — Last one
- Art Nouveau Yellow Green Daffodil Flower 5cm/2" Wooden Square Fridge Magnet — New · Private — $3.77 — + $9.85 shipping — Seller with a 99.7% positive feedback
- Chicken (Hen) Ceramic & Resin Magnet By Bella Bug-3 3/4 X 2 1/2" X 1/2", New! — New · Business — $9.99 — + $12.77 shipping — Last one
- 5/7/14pcs Strong Magnets Fridge Memo Magnet Push Pin Notice Board — New · Business — $3.18 — + $0.38 shipping
- Number 1 Padres Fan Novelty Metal Magnet M-13336 — New · Business — $8.99 — + $12.74 shipping — 10% off 2+
- High quality, 'I Love You*' decorative fridge magnet. Variations available — New · Private — $2.50 — + $9.39 shipping
- This Is What An Awesome Raver Looks Like Fridge Magnet Dancing Clubbing Rave — New · Business — $8.15 — + $6.28 shipping — Last one
- Motley Crue 3 x Fridge Magnet band logo new official Gift set — New · Business — $9.98 — $12.55 20% off — + $5.02 shipping — Last one
- Snake Coiled Fridge Magnet Flower Painted Wood Beautifully Crafted Designs — New · Business — $3.14 — + $8.47 shipping — Seller with a 99.7% positive feedback
- metal union jack flag fridge magnet — New · Private — $3.01 — + $8.46 shipping — Seller with a 100% positive feedback
- Eurovision Song Contest 2023 Liverpool Souvenir Fridge Magnet Stand UK Ukraine — New · Business — $5.01 — + $8.52 shipping — 29 sold
- World's Best Raver Fridge Magnet Funny Joke Best Awesome Dancing Clubbing Rave — New · Business — $8.15 — + $6.28 shipping — Seller with a 100% positive feedback
- Madonna 2 x Fridge Magnet albums new official Gift set — New · Business — $7.47 — $10.04 26% off — + $5.02 shipping — Last one
- Warning World's Grumpiest Raver Fridge Magnet Funny Dancing Clubbing Rave — New · Business — $8.15 — + $6.28 shipping — Seller with a 100% positive feedback
- Large Smiley Face Fridge Magnets Strong Magnet Memo Magnetic Whiteboard Note — New · Business — $5.01 — + $8.52 shipping — 38 sold
- You're My Favourite Raver Stars Fridge Magnet Funny Best Dancing Clubbing Rave — New · Business — $8.15 — + $6.28 shipping — Seller with a 100% positive feedback
- Tabby Cat - Quality Metal Fridge Magnet — New · Private — $5.01 — + $6.21 shipping — Seller with a 99.8% positive feedback
- Pink - Keep calm and have a cuppa Magnet — New · Private — $2.76 — + $8.46 shipping
- Large 4cm Smiley Face Fridge Magnets Memo Magnet Notice Board 1, 8, 16 — New · Business — $1.24 — + $10.61 shipping — 293 sold
- Magnet Schlange Kobra Silhouette Kühlschrankmagnet Geschenk Idee Souvenir Geburt — New · Business — $6.45 — Free shipping — Seller with a 99.9% positive feedback
- Nostalgic-Art - Kühlschrank-Magnet 6x8 cm - You Are Awesome — New · Business — $5.33 — Free shipping — Seller with a 99.6% positive feedback
- Nacho Average Raver Fridge Magnet Funny Joke Best Awesome Dancing Clubbing Rave — New · Business — $8.15 — + $6.28 shipping — Seller with a 100% positive feedback
- Loch Ness Monster Nessie Scotland Fridge Magnet Metal — New · Business — $6.26 — + $10.04 shipping — Seller with a 99.2% positive feedback

Back to home page | Return to top

More to explore : Magnetic Message Fridge Boards, Square Message Fridge Boards, Rectangle Magnetic Message Fridge Boards, Old Dutch Wine Fridges & Cellars, Portable Fridge Mini Fridges, Gas Fridge Mini Fridges, Compact Fridges, Mini Fridges, Black Compact Fridge Mini Fridges, Unbranded Portable Fridge Mini Fridges

About eBay | Announcements | Community | Security Center | Seller Center | Policies | Affiliates | Help & Contact | Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 29 Aug 2023 08:20:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.74.192

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HqrRjpSRTuun999tYjjjg/sB8+vd27vgwk7P0K8JWO+6RKWhx1K2iCCV8X9TofSry4tR+ynMSl+85o6siqpUF+YBsDfEt3R1t9l+R2ScDdCwm6kjDGP5ZCtkDJyKakVu+PNiM3VoaV9gzXy2DAwuuPM/XwnitAgL1lHZY4t1v2sH5pXI795IHCCU8YYJZoevtkE+TMA9oEPOQqvmdDbAr
+sRKY9NfgLGPgUz7gRf8E2TkrKFMDtxhvU60qEJ0hz02RBBWdCv2tj4ZAlgrTC+AsTQf9kDsCzbLkNueoaXIq5wIdKURu+4UDE0o6ucATl0WAgq5VJz7hnqn3lbFwYPPg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-29-Aug-2023-08-20-27-GMT.mhtml

**Hash (SHA256)**

d6411d0ea8712882cad7e683a697973a3f0b12753f0654c69299f2a33d1f954f

**Signature (PKCS#1v1.5)**

DOHslLWzhHj2ls7M4ERuSxpJ6WF9GiYd53MWzJB3GLGyM9w8IrrONanZfdliQuxyh3RDhVRd/H9nzVURWnzrPXMClTxsMN6T8zTDAWZMlYUhxS+iYcK3+oPL2GdcU80sC7PQbd2dDrg7Pd0cHYiYtiseP1PZU5Y5QI4RUFsStXSyViQb7mOgSk6UJaBTxhFdbomZgQixjziPnJpW2ikia7qKPWt/
UTBE0tbIVj/QjbhALECkkFGH1jdNyE/kLKDa3Cqdsj04U/eaM1HNssDc5OOaIKMm0bl+jS3Bs7gBIg/xAw9a1EoW3WzK3v6MRPd9tTxC0Ox0F6NSAfjhyrwzyw==



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Boho Blue Preppy Smiley Face Inspirational Quotes Choose Happy Home Girls | eBay

**URL**

https://www.ebay.com/itm/285336352266

**Collection Date**

Wed, 09 Aug 2023 20:03:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

193.27.12.196

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

eXhFaGf44bw133l+dWlpmj9Bqbh7a1ws2gsFufEnLugckGqjl+kkxZGZw+og93WSpSaCZtGv5xz/PNXSqnfy+4zKVc+w41WvBuYahe/ITWNCORN2cROtrL6ZD7mDOd+mObYet95sy5PCvflvZz0SHBONTMCcjrnaoDZDniEYEWsqAXknAoj6Vgt0+8juVt0iD
+W68GujxLTnCX0KUg6fuWQeM4DLBYu/qCmn+pJZJI0rEnbV6wt+hIhdR3cr+j6Xmyrbp9H1X5RqRzGHPYwA7qcG6Sd9UGB00t9vC0tY6Yl4EuiDmyAIULFoPb+nyWqTNMgLr+qkNtyuqCkQ4I1hBA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]285336352266]]_Wed,-09-Aug-2023-20-03-03-GMT.mhtml

**Hash (SHA256)**

cf83e3112d74637123bcb61ff5ab9162a9f0348b4b0fe4bf94c7edf353f27027

**Signature (PKCS#1v1.5)**

DpoeM0Ea1vr3E2S/Jdhv8f8kkoLrtriFax8JrWWQPe2knKTPQa5rp7ZHgXHFOQsYjHiiHuypfMV9R45HUli+GXXPSjQ3afhgn6ZmNO2YJ86/SIUIHYgU0vvLk80tdkyy6/Z2k5yFHmIDkzeldtnUaT6q3D0IysBnqZ7bcl2a3nGrzBVnfOMNpsBdxoqe9rHcukHjPFsWr7wD/P/
BovjMwroC8y7E3zXNAcmPF3W7rYZC1UrzUwoqKCgesdqbJi+ZutFmsL4hqTYIpK1RRjG4DUPHVjCRd1zWbw5WSnHFxJRnB+oaqyxeK5vWtH5hVUI/hYvMKadYLqBAFjx4bBXlpw==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Home & Garden > Home Décor > Tapestries | Share | Add to Watchlist

Learn how to earn a $50 statement credit
With a new eBay Mastercard®. Ends 8/16. See details

EXTRA 5% OFF WITH CODE IGIIVEYOU5 See all eligible items and terms ▸



**Boho Blue Preppy Smiley Face Inspirational Quotes Choose Happy Home Girls**

Condition: New

Price: US $36.01

Buy It Now | Add to cart | Add to watchlist

Fast and reliable. Ships from United States.

Shipping: Free Expedited Shipping. See details
Located in: Miami, Florida, United States

Delivery: Estimated between Sat, Aug 19 and Thu, Aug 24 to 33132
Includes 10 business days handling time after receipt of cleared payment.

Returns: Seller does not accept returns. See details

Payments: PayPal, G Pay, VISA, Mastercard, AMEX, DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Have one to sell? Sell now

Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

Seller information
ombensh0 (83 ★)
100% positive feedback
Save seller
Contact seller
Visit store
See other items

## Similar sponsored items

See all | Feedback on our suggestions



| Item | Condition | Price | Details |
|---|---|---|---|
| Happy Girls Are The Prettiest Heart Grey Inspirational Wall Decor Quote Print | New | $5.09 | + $14.27 shipping; Seller with a 99.1% positive feedback |
| Pink Smiley Face Wall Tapestry Teen Girl Bedroom Dorm 50"×60" | New | $17.84 | $20.99 15% off; Free shipping; Top Rated Plus |
| So Many Reasons To Be Happy 2022 Boho Hippie Simple Home Wall Decor Print | New | $5.09 | + $14.27 shipping; Seller with a 99.1% positive feedback |
| Preppy Room Decor Aesthetic Smiley Face Poster Wall Art for Teen Girls | New | $21.58 | Free shipping; Seller with a 100% positive feedback |
| Buddha Quotes Wall Decors 2 Pieces Inspirational Quote Wall Arts Zen Meditation | New | $16.89 | Free shipping; Seller with a 100% positive feedback |

## Sponsored items inspired by your views

See all | Feedback on our suggestions



| Item | Condition | Price | Details |
|---|---|---|---|
| Smiley Face Sticker Paper Colorful Birthday Party Decor Wedding Sealing Glue | New | $10.99 | Free shipping |
| 925 Silver Adjustable Smiley Happy Face Ring | New | $35.99 | Free shipping; Seller with a 100% positive feedback |
| 2.00CT Lab-Created Diamond Push Back Smiley Stud Earrings 14K Yellow Gold Finish | New | $74.39 | $119.99 38% off; Free shipping |
| 2Ct Round Cut Simulated Diamond Women Smiley Stud Earring 14k Yellow Gold Plated | New (Other) | $42.00 | $60.00 30% off; Free shipping |
| smiley face bucket hat, stone roses Adored Lemon bucket hat | New | $17.80 | + $14.07 shipping; Seller with a 100% positive feedback |

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing. eBay item number: 285336352266

Last updated on Aug 01, 2023 10:38:18 PDT View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Size | 50 x 60 in |
| Date First Available | August 23, 2022 | Customer Reviews | 4.5 out of 5 stars |
| Item Weight | 10.2 ounces | Mounting Type | Wall Mount |
| Brand | Does Not Apply; Does Not Apply | Room Type | Bedroom,Living Room,Room |
| Style | Bohemian | Material | Flannel |
| Wall Art Form | Tapestry | Frame Type | Unframed |
| Theme | Boho,Game | Shape | Rectangular |
| Orientation | Landscape | Number of Items | 1 |
| Product Dimensions | 60"L x 50"W | Color | Blue |
| Type | Does Not Apply | UPC | Does Not Apply |
| EAN | Does Not Apply | MPN | Does Not Apply |

## Item description from the seller

Return Policy | Fast Delivery | Trusted seller

Boho Blue Preppy Smiley Face Inspirational Quotes Choose Happy Home Girls



**Product Description**

They are 50 x 60 inches.
100% SOFT flannel fabric. You will feel very comfortable.
Great room decorations. Suitable for bedroom, living room, game room, reading room, dorm... It can be used as wall decor, sofa cover, table cloth, bed cover, yoga blanket...
Ideal gifts for your friends & family.
Easy to hang. Hang the tapestry with tacks or push pins.

Shipping | Returns | Payment

**Shipping**

- Shipping is FREE to all addresses other than APO/PO boxes in the lower 48 states. All our stock ships from US-based warehouses. Shipped via USPS or UPS (depending on location and package weight) Unless stated otherwise, all orders will ship within 24-72 hours of your payment being processed. Check our feedback to see the great reviews of FAST shipping we offer.

**story_by_ombensh0**
100% Positive Feedback
165 Items sold

Visit store | Contact | Save seller

**Detailed seller ratings**
Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

**Seller feedback** (41)

e***5 (239) • Past month
Thank you! 🙏
GentleGirl Russia Flag Russian Flag Table Flag,Desk Flag,Office (#285346336292)

r***5 (853) • Past month
Exactly as described.
Cagemoga 48 Pieces Easter Eggs Filled with Mini Plush Bunny Rabbit Toys Easter (#285359488753)

7***e (600) • Past month
Very cute stickers at a great price!
Star Stickers, 6750Pcs Happy Smile Face Stickers 15 Designs Students Reward (#285294476819)

See all feedback

EXTRA 5% OFF WITH CODE IGIIVEYOU5 See all eligible items →

save 5% off discount | All promotional offers from ombensh0



| Item | Price |
|---|---|
| Funny Tapestry Wall Hanging Art Posters Decoration Girl Tapestries Meme For | US $24.70 |
| 16"x32" Wall Hanging Boho Home Decor Chic Woven Decoration for Bedroom Living | US $23.45 |
| Positive Affirmations Tapestry, Great Things Take Time, 12×16 Small Poster | US $16.78 |
| Moon Phase Decor Stained Glass Window Hanging,Irisident Boho Decor Garland | US $52.25 |
| Canvas Anime Tomie Revenge Junji Ito Tapestry, Hanging Dorm Party Backdrop | US $36.25 |

See all

You can change quantities in your cart.

Back to home page | Return to top

More to explore : Quote Happiness Home Décor Posters & Prints, Quotes Inspirational Décor Decals, Stickers & Vinyl Art, Quotes & Sayings Blue Home Décor Plaques & Signs, Quote Inspirational Décor Decals, Stickers & Vinyl Art, Blue Inspirational Home Décor Plaques & Signs, Boho Home Décor Pillows, Quote Home Décor Posters & Prints, Farmhouse Home Décor Quotes & Sayings, Quote Original Home Décor Posters, Reproduction Quote Home Décor Posters

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 20:04:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

193.27.12.196

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

jLQjo/V2/opa73d+RoEwDC4hx7q9sUQ+QQB3nYfy5ruxssp1GeP/hM2BIViQUHjzksk3J/huGiBnNNsAWnmHOH1Hb81IV6B6yXFtsSG2j1yEjVzAPso/kqXWESUI2t+7o5KDP1A5+M/8sKmWAFwbnVFnbpD4+Z+s/eVqtUKlJYzo/e2svO6BNw+0Ixp8QRmnOFFzS+N
+KwIbDswXC7rlN09Zik5x2eUJXtKN/u5nUJttrn/T3KXJgaHwURIbeLU77U67eUyWRtSb+ipcRAeajd12lsq4hP3VxWOSi2HBkR+Op7KmNCWWMFWCVebG6V+EuE9ax+Johc0NUxjvpYItdA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-20-04-00-GMT.mhtml

**Hash (SHA256)**

983963fdbea47f91b10b3921487f36f60a6635f6aa634502b2a7e79450e64e49

**Signature (PKCS#1v1.5)**

Nn4Yp68oWZfWPwgqsWGIEbooMi8us4E0NVs0Q7NUe0EzY7sbXFvcK6ftZXrWpSMNFz4J+kdFanaPb6JX365cBBeV/cYVvXGSQi1gT6LKvagkBfWbFX71/
HAwdeYsrEV30w0amPIsDq9gU1RFvv7fNgBwnAurcqdMeHwxbK4FBPBIS58EpvKjbHyfqKAp171XXDBdPK9gEHJ43MoQ4iQp3J9NUOPgIf0lpWSgmXc/aDIqJETBUGOkRbPlGSToQC3X4RE9RGvxv0P6h+Emcal86FJ2P7puNGYlpajKR7k4+8m5/LL64LmZ/ww
+ZABYuyttYCeYbXKozW6DQbStx4Buxw==



ebay Checkout

How do you like our checkout? Give us feedback

Pay with

Add new card

PayPal

PayPal CREDIT

Special financing available.

Apply now. See terms

G Pay Google Pay

Ship to

[redacted]

307 NE 1st St, Flt 6

Miami, FL 33132-2505

United States

[redacted]

Change

Review item and shipping

Seller: ombensh0 Message to seller

Boho Blue Preppy Smiley Face Inspirational Quotes Choose Happy Home Girls

$36.01

Quantity 1

**Delivery**

Est. delivery: Aug 19 – Aug 24

Expedited Shipping

**Free**

Gift cards, coupons, eBay Bucks

Discount IGIIVEYOU5

**Applied: $1.80**

Enter code: Apply

To apply a donation, you can't be using gift cards, coupons, eBay Bucks, or reward points.

| | |
|---|---|
| Subtotal (1 item) | $36.01 |
| Shipping | Free |
| Discount | -$1.80 |
| Tax* | $2.39 |
| **Order total** | **$36.60** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE

See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Smiley Face Pancake Mold Baking Cooking Rubber Silicone Form Breakfast Food Safe | eBay

**URL**

https://www.ebay.com/itm/313601680882

**Collection Date**

Wed, 09 Aug 2023 21:02:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

193.27.12.196

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YnzTmAnLbpPqmzrAt1TOHyhTOMwPNuFG2exN600ko9qNnl709w9oOqhx7zk1vc1ALnITPWTpdWs2l+ftGNcni0MaWa5z/icDA0p+3wp5LAeK1n/ki87TnJfl3jxfSdhlyf4YuyUF3N0BuWw0QvvX0aCaxclouY5YvrZ2HtsKoBweqXy2dkjGW9vLLN77Mgw4NTrEHVBskI57fpLEx
+vxfMjiQxCZqegHzf+U0dMg1YJk0rhkGvN1uBy0Hcdq0G+liJUdVAKHozkaob9uyyOzXyPP/mquYad1VO6GBmW8TNS0lNcdCscz6d2izBK+mN49BGw01UEE9gOz4Ofj1Fj91w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]313601680882]]_Wed,-09-Aug-2023-21-02-45-GMT.mhtml

**Hash (SHA256)**

cad3a9edaf435fde1cf9fca1df0cdede4232d167fdbe591c5891362711d5b7e5

**Signature (PKCS#1v1.5)**

RVzdPPc+z66WFCCMrfQjhNAM+Ok+czAZLw6OwQSaUlx4VvpN1/FPeiY1vypFpnSyp/CdN1n2HKjdkzaGdSlLjAh9sAI9fidaj1pGqZOtn5/9VN1ZISNfUSSkxIIxsHm89HcHrlJ2J1UtQ0z4xFBDKv5iR1nayGfeKYidgmDdACzV3K9e2men1Uva7Cmb1chlio
+y0GHgmkqOLIfDYIyiKloki426045avd18FLvyFGN8/sH6WG5Sk/KLrt6lKtU+0rfMUD/9xANdkqwqqkCv6U8pN0Tzx7U5sHknPIWVlzOd4aLiA0Q3oep9en5rGGsCc62b22vMVriPuRrKn5e+3w==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay 1

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Home & Garden Kitchen, Dining & Bar Kitchen Tools & Gadgets Egg & Pancake Rings Share | Add to Watchlist








$ Have one to sell? Sell now

## Smiley Face Pancake Mold Baking Cooking Rubber Silicone Form Breakfast Food Safe

Condition: New

Quantity: 1 2 available / 2 sold

Price: US $10.99

Buy It Now

Add to cart

Best Offer:

Make offer

Add to watchlist

Breathe easy. Returns accepted.

Shipping: Free Economy Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Hong Kong, China

Delivery: Estimated between Wed, Sep 6 and Wed, Oct 11 to 33132
This item has an extended handling time and a delivery estimate greater than 22 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 60 days returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA AM EX DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

Seller information
one_7_store (182 ★)
100% positive feedback

Save seller
Contact seller
Visit store
See other items

Earn a $50 statement credit
Open a new eBay Mastercard® and spend $250+ on eBay within 30 days.
See details
Offer ends 8/16.

## Similar sponsored items

See all

Feedback on our suggestions



US 4PCS Silicone Egg Frying Mold Ring Pancake Silicone Non-stick Mould Tool Pan
New
$8.39
Free 3-4 day shipping
Top Rated Plus
216 sold



2Pcs Non-Stick Fried Egg Shaper Pancake Ring Mold Cooking Tool Egg Cooker Rings
New
$7.99
Free 3-4 day shipping
Top Rated Plus
2415 sold



Pancake Maker Silicone Mold Breakfast Mould Cooking Tool Flip Egg Omelette B3V8
New
$6.86
~~$7.22~~ 5% off
Free shipping




4PCS NEW Egg Fried Mold Silicone Ring Pancake Silica Gel Kitchen Cooking Tool US
New
$6.84
~~$8.77~~ 22% off
Free shipping
Top Rated Plus



2Pcs Non-Stick Fried Egg Shaper Pancake Ring Mold Cooking Tool Egg Cooker Rings
New
$5.76
~~$6.40~~ 10% off
Free shipping
81 sold

Par Sm Ne $7. Fre Sel

## Sponsored items inspired by your views

See all

Feedback on our suggestions



DAISY SMILEY FACE BEER DRINK BOTTLE CAP OPENER CHROME KEYRING
New
$4.64
+ $5.08 shipping
Seller with a 99.2% positive feedback




Blue Smiley Flowers Gypsy Case Cover iPhone 11 Pro Max XS XR SE 2020 7 8 Plus
New
$12.37
+ $11.72 shipping
Last one



N6 Vintage Black Velvet Layered Choker Necklace with Black Smiley Pendant Women
New
$6.36
+ $14.31 shipping




18" Helium Grade Foil Emoji Balloon Smiley Face Yellow for Kids Party Decoration
New
$3.80
+ $19.07 shipping



2.00Ct Round Cut Cubic Zirconia Smiley LOL Pendant 14K White Gold Silver Plated
New
$151.99
~~$189.99~~ 20% off
Free shipping

Air Air Ne $2 + $ Sel

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.

Last updated on Mar 05, 2023 07:25:19 PST View all revisions

eBay item number: 313601680882

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Model | 2248372540 |
| Country/Region of Manufacture | China | Custom Bundle | No |
| Material | Silicone | Theme | Food |
| Type | Egg Tools | Product name | Owl sun glasses male rabbit skull omelette device |
| Product Specifications | 12.5*12.5*2.5cm | Product weight | About 60g |
| Use | Omelette Pancakes Kitchen cooking utensils | MPN | 2248372567 |
| Certification | FDA, LFGB | Egg Tools Type | Egg & Pancake Rings |
| Eggbeater Laying Method | Hand | Feature | Eco-Friendly |
| Function | Omelette Pancakes | Brand | Unbranded |
| UPC | Does not apply | | |

## Item description from the seller

**Smiley Face Pancake Mold Baking Cooking Rubber Silicone**

**Silicone mold cleaning and mainten**

1. Before first use, first with water or detergent cleaning to remove surface dirt. Before a mold for baking, use a small amount of butter applied inside th
2. After each use, can be soaked in diluted deterge
30 minutes, wash with a soft cloth for cleaning, do not use harsh cleaning balls and other items cleaned to avoid mold damage caused by scratches. After washing
term when not in use, avoid direct exposure
3. For the oven, the oven must be placed in the middle portion, and heating to keep a distance of about 10cm, and
4. This is the part of the mold has a gap when the factory has been cut open, the release is to facilitate buyers. If you do not cut, you can

**Silicone mold Product Features**

1. Silicone Silicone main component is silica A is present in the sand, stone, crystal natural ingredients. Not rubber R
2. The high-strength silicone flexibility, corrosion resistance, optimum temperature for cooking, baking, is t
3. Adoption of detection, health, natural antibacterial, can prevent bacterial and fungal growth. Therefore, infant supplies, medic
4. Can be recycled, durable, low energy co
5. The mechanical properties of a stable structure, which has extreme temperature resistance, a wide temperature range. Temperature the lowe
6. having other types of cleaning agents and corrosive substances co
7. After use, any raw material will not stick t



## One 7 Store

**100%** Positive Feedback
**1.5K** Items sold

Visit store
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this store

See all

Collectibles · Crafts · Musical Instruments & Gear · Cameras & Photo · Cell Phones & Accessories · Clothing, Shoes & Accessories · Computers/Tablets & Networking · Video Games & Consoles · Pet Supplies

### Seller feedback (230)

n***z (926) • Past month
Thank you!
Butterfly Silicone Mold Resin Molds Epoxy Mould Moulds Board Jewelry DIY UV (#313322716177)

o***d (153) • Past month
Works great!
Soldering Cutting Torch Mini Welding Tool Little Smith Jewelry Connetor Oxygen (#313812729744)

e***i (2167) • Past month
Transaction sérieuse et professionnelle. Satisfaction totale.
Mustache Beard Set Metal Stencils Scrapbooking Decorative Embossing Handcraft (#313717727694)

See all feedback

Back to home page Return to top

More to explore : Pancake Baking Mix Baking Mixes, Silicone Baking Molds Baking Cups & Cupcake Liners, Krusteaz Pancake Baking Mixes, Wilton Silicone Baking Molds Baking Cups & Cupcake Liners, Organic Pancake Baking Mixes, Silicone Baking Trays, Silicone Egg and Pancake Rings, Nestle Cereals and Breakfast Foods, Silicone Cooking Spatulas, Post Cereals and Breakfast Foods

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 21:03:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

193.27.12.196

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OEedoPWW1aiyEGARA6cYx860liabcS4wrJXK/XsjBN3VNYhsHDmCEfp54m8JR9U4tqV4ypANu/l0Hihddw/Efwrb+s6Ifqv0ynSm2cchjl6GLxRcYk3sqaLDY2kKAaMeeA/PTztFYRfs6GUzzExLZndJl43hCkm1punQgV7tKv78ODzAEkteLOyd1vbjCUK3SXOMJ8uok5tZGR6B7JEdkP2Ir6/5/
lU9sRzuyfnvscdI5cJUHqZweAXAY/QQjahpGdHFe09lLagHPxjS6zbdbqnn/Kue0nlTfBAk74haixbE7ZCtavFc5GHnhics2S5qqzmLDLf3eKMpQITuu5pROg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-21-03-44-GMT.mhtml

**Hash (SHA256)**

74058b08f3109aae2b0534281cfd53659cf7b285ad1a7a03025f583b1d6c490e

**Signature (PKCS#1v1.5)**

Q5EJjJH/WkLf4ao5a3oK5/3Ndb2ufjizuAG7zzn321GsbGVtN9wSUgB5BRB12gDbRIVaagBoHtDNNNRs7lwlgddSPfjP80Pfzpad3Fls35iHPGOzWvRF0vh/TzxfunsYRDK6UWHyY7kEef0YkX9GxATRr1qKibtqhBQq1gFBszMnCISDMLwMYwhiTGpBEYJeNjorEgB2tfZiynlGlr
+waYidvgD7WgYyoHy5UW1tLupMF5jXGGvGcWPO52CH6SZNhowGBtxnLkElbuU/CFdjO0HLhbTL3DBcVlleIbHJFzG9A3edtexgh2fcWTbtBFFxzM3S9/aBLEqMReG71vuzrQ==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

Special financing available.

Apply now. See terms

G Pay Google Pay

**Ship to**

[redacted]

307 NE 1st St, Flt 6

Miami, FL 33132-2505

United States

[redacted]

Change

**Review item and shipping**

Seller: one_7_store Message to seller



Smiley Face Pancake Mold Baking Cooking Rubber Silicone Form Breakfast Food Safe

**$10.99**

Quantity

1

**Delivery**

Est. delivery: Sep 6 – Oct 11

Economy Shipping from Greater China to worldwide

**Free**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

**Donate to charity (optional)**

Wildlife Trafficking Alliance

In honor of World Elephant Day on August 12, donate to WTA to help stop the illegal trade of elephant ivory. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $10.99 |
| Shipping | Free |
| Tax* | $0.77 |
| **Order total** | **$11.76** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE

See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS
Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

1.50 Ct Round Cut Simulated Diamond Smiley Stud Earrings 14K Yellow Gold Plated | eBay

**URL**

https://www.ebay.com/itm/295470312767

**Collection Date**

Wed, 09 Aug 2023 18:25:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

193.27.12.196

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FlH8cqZr9n9MUY+t17B6B4Bu2eEvJ/EhOhWKRkBeugb1E63ew/c7TV1Jjtdc3Lv9ZV2EBXO+qVANEITN6rnWGNZNUsD0k5N+aBKM9jb2N3JOOKur4C1rV2XzOEksgJWFM4jDT96u6MhvrnKLC707AFexN6ob09ilvt/2VIK7mKliaJ64grQlPl/
VsWXq55KuoabMarNYYuWd1QONRmdthBGUsgaymUO5AHqqgkL1cBVfkxsRFdKp4MKY7pTf5pgLY8o4X1BamDaZ641HGT1QtdpGfKfQfVGweABzaj732vkl5wT/4tclQoAUl1dRR9KPfRjTY4LO2NbkXjs9bVHBWg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]295470312767]]_Wed,-09-Aug-2023-18-25-08-GMT.mhtml

**Hash (SHA256)**

0b27cd2982be49a65f689155d6d5c3be817c0d4c1164ee0d3f361ae1f0423017

**Signature (PKCS#1v1.5)**

YkN1+pGIvUeDqO7OWZg0ClNLIRGBUz1xlZ5sPqSgdkenqywOHGe6FncRM+UnGjXG+AQDh4jMENDiuyRygDz1L69illmXuyQSDiHgrfi0y2G9MdT0tLmIslsnnl5DVzsa01eNw6UJmj+c1WKf0s8xNcwWYix9MNBT5Zr17pqWg/o247o3JK7SU3JkajzbFcnD4Dln7XjkWDK3i6yYfzicxQwQSgb9O/
S7EKlqQAKUWC+OkY+rah+THGNPgciQu0SsxFqLuMRdlj4+nLSE534l5afWuevlXlhLuDEDDCn6cdEtc1Jfqe6QwxpMNCRqgClPDxLJ3QxBTA0HvNlx84xe3A==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Earrings    Share | Add to Watchlist




SAVE UP TO 30% See all eligible items and terms ▸



## 1.50 Ct Round Cut Simulated Diamond Smiley Stud Earrings 14K Yellow Gold Plated

Condition: New with tags
Sale ends in: 3d 15h
Personalization: Provide personalization instructions below

0/250

Price: US $34.99
Was US $49.99
Save US $15.00 (30% off)

Buy It Now
Add to cart

Best Offer:
Make offer
Add to watchlist

Breathe easy. Free shipping and returns.

Shipping: Free Economy Shipping from India. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: MUMBAI, MAHARASHTRA, India

Delivery: Estimated between Tue, Sep 5 and Fri, Oct 6 to 33132
This item has an extended handling time and a delivery estimate greater than 21 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Seller pays for return shipping. Personalized items cannot be returned. See details

Payments: PayPal G Pay VISA Mastercard AMEX DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Have one to sell? Sell now

Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

Seller information
onlineak_51 (36 ★)
100% positive feedback
Save seller
Contact seller
Visit store
See other items

## Similar sponsored items   See all

Feedback on our suggestions



| | | | | |
|---|---|---|---|---|
| 0.50Ct Round Simulated Diamond Women's Star Stud Earrings 14K Yellow Gold Plated | 030 Ct Round Simulated Diamond Women Star Stud Earrings 14k Yellow Gold Plated | 2 Ct Round Cut White Simulated Diamond Stud Earrings 14K Yellow Gold Plated | 1.20Ct Round Cut Simulated Black Diamond Stud Earrings in 14K Yellow Gold plated | 2.00 CT Round Cut Simulated Diamond Cluster Stud Earrings 14k Yellow Gold Plated |
| New (Other) | New | New (Other) | New (Other) | New (Other) |
| $29.99 | $24.47 | $15.00 | $30.00 | $22.49 |
| ~~$49.99~~ 40% off | ~~$27.81~~ 12% off | 0 bids | ~~$42.86~~ 30% off | ~~$29.99~~ 25% off |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| | Seller with a 100% positive feedback | Seller with a 99.1% positive feedback | Last one | Last one |

## Sponsored items inspired by your views   See all

Feedback on our suggestions



| | | | | |
|---|---|---|---|---|
| INC Xstamper Pre-Inked Specialty Smiley Face Stamp (XST11420) , Purple | HANDCRAFTED CERAMIC SMALL SET OF 6 EMOJI MARVEL SMILEY TEA COFFEE CUPS | 3.6ct Pave Diamond Smiley Emoji Sun Shape Charm Pendant-925 Sterling Vermeil 14m | Creolen Ohrringe 15 mm Zirkonia Gold 24K Gold vergoldet gelbgold Smiley O5620DS | Smiley Emoticons Toppa Ferro Distintivo Da Cucire Ricamato Applicazione Per |
| New | New | New | New | New |
| $14.50 | $135.00 | $17.59 | $38.31 | $2.98 |
| Free shipping | Free shipping | ~~$19.54~~ 10% off | + $6.79 shipping | + $2.54 shipping |
| Seller with a 100% positive feedback | Last one | Free shipping | 5 watchers | Seller with a 99.7% positive feedback |
| | | Seller with a 99.7% positive feedback | | |

About this item | Shipping, returns, and payments    Report this item

Seller assumes all responsibility for this listing.
Last updated on Aug 04, 2023 23:44:45 PDT View all revisions

eBay item number: 295470312767

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Antique | No |
| Shape | NA | Closure | Butterfly |
| Occasion | Anniversary, Birthday, Christening, Christmas, Engagement, Father's Day, Graduation, Mother's Day, Valentine's Day | Main Stone Width | NA |
| Main Stone Color | White | Metal | Sterling Silver |
| Item Length | NA | Secondary Stone | Simulated Diamond |
| Main Stone | Simulated Diamond | Vintage | No |
| Ear Area | NA | Personalize | Yes |
| Main Stone Treatment | Not Enhanced | Main Stone Shape | Round |
| Style | Stud | Base Metal | Sterling Silver |
| Gemstone Clarity Grade | Eye Clean | Features | Adjustable |
| Number of Gemstones | NA | Handmade | Yes |
| Main Stone Creation | Simulated | Seller Warranty | Yes |
| Color | Yellow | Cut Grade | Excellent |
| Item Diameter | NA | Material | Stone |
| Brand | onlineak_51 | Setting Style | Prong |
| Type | Earrings | Main Stone Depth | NA |
| Metal Purity | 925 | Era | Undated |
| Customized | No | Theme | Beauty |
| Main Stone Length | NA | Country/Region of Manufacture | India |
| Country of Origin | India | Wholesale | Yes |

### Item description from the seller

About Us:

Our mission is to provide best out of best jewelry to all happy customers.

We manufacture highest quality of Studded Diamond Gold Jewelry.
We have also introduced 925 Sterling Silver Jewelry. Our range include Rings, Earrings & Pendants.

100% Customer Satisfaction Is Our Main Goal.

Can Be Fully Customize:

- Available In All Ring Sizes.
- Metal Change (10k Gold / 14k Gold / 18k Gold)
- Metal Color Change (White / Yellow / Rose)

PAYMENT:

We Only Accept PayPal.

RETURN POLICY:

- After receiving the item, if you are not satisfied, you may contact us within 30 days.
- Refunds will be given as money back or replacement Buyers Choice. (Product Must Come In NEW Condition)

CONTACT US:

- For any query feel free to INBOX us.
- Your query will answered within 24 Hours.

THANK YOU..

AK CREATION

## ONLINEAKCREATION

100% Positive Feedback
215 Items sold

Visit store
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 4.7 |

### Popular categories from this store   See all

Jewelry & Watches

### Seller feedback (43)

k***m (51) • Past month
++Seller
2 Ct Round Simulated Diamond Lord Krishna Flute Pendant 14K Yellow Gold Plated (#295754725767)

m***u (586) • Past 6 months
Absolutely beautiful
2.00Ct Round Cut Simulated Diamond Solitaire Stud Earrings 14k White Gold Plated (#295728349979)

t***k (485) • Past 6 months
Nice!
2CT Round Cut Simulated Diamond Solitaire Stud 14K Yellow Gold Plated Silver (#295536407686)

See all feedback

SAVE UP TO 30% See all eligible items →

**Exclusive Offer.!!**
Marked down item price reflects all savings. Items provided by onlineak_51

All promotional offers from onlineak_51



| | | | | |
|---|---|---|---|---|
| 2 Ct Round Cut Simulated Sapphire Solitaire Stud Earrings 14K Yellow Gold Plated | 2 CT Round Cut Simulated Diamond Solitaire Stud 14K Rose Gold Plated Silver | 1.50Ct Round Cut Simulated Diamond Flower Stud Earrings 14K Yellow Gold Plated | 2Ct Round Cut Simulated Diamond Solitaire Stud Earrings 14k Yellow Gold Plated | 2CT Round Cut Simulated Diamond Solitaire Stud 14K Yellow Gold Plated Silver |
| Was: ~~US $7.99~~ | Was: ~~US $2.99~~ | Was: ~~US $19.99~~ | Was: ~~US $12.99~~ | Was: ~~US $12.99~~ |
| Now: US $5.59 | Now: US $2.09 | Now: US $13.99 | Now: US $9.09 | Now: US $9.09 |

See all

You can change quantities in your cart.

Back to home page    Return to top

More to explore : Diamond Gold Plated Case Round Wristwatches, Gold Plated Diamond Wristwatches, Yellow Gold Diamond Wristwatches, Bulova Diamond Gold Plated Wristwatches, Bulova Diamond Gold Plated Case Gold Plated Band Wristwatches, Bulova Diamond Men Gold Plated Case Wristwatches, Rolex Diamond Accent Yellow Gold Band Wristwatches, Speidel Gold Plated Yellow Gold Wristwatch Bands, Bulova Diamond Gold Plated Band Analog Wristwatches, Elgin Gold Plated Band Round Wristwatches

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 18:27:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

193.27.12.196

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FxglARsQv6nVybtMaLPJIHNJOaFfr4PKM0lqfPpIBi+14kp8ya1ZVB0dDDEIfgKr7x/tvp1F4NsT908SAUJobnekcgzVTIAR+gcLE91Yl+6Ne8PwD3g2Ib3+eEPgmnBeuHHokcY8Rfjq35gZ5CeFd5QM4VL3wehJG1H09EDf/
CckkEah3rEvmJuQDCT2JMx4NiVSgB3CbWGoWm6xSx49bDjCKAc82Oyf9zsaY5B0LnWaK2FC0x4BWsMu1cFu5MF1uTwggx0ddeYZ6tF7xBdjg8FVqSEp77Gwcfw0E3A2frzHNECcc4M7X2PADDnFc5SqW/sCahbBDoWYaL+/Vf77CA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-18-27-20-GMT.mhtml

**Hash (SHA256)**

c0511244e94bbe5b164f4e782d5d689374ee65c37e118996d4ff5879ab18a653

**Signature (PKCS#1v1.5)**

KAn017orDIl3bR3EQ2x8aLOgbBE6jbip7CIjE4pBMsw6qoo89EBwbrlCHeuSMagcg/fjikRxsCUG8dqksEyHyNX/4DhH/1mxmtR569hDPCI4E9KAmEzfymQkc+4OwvP7OgbFETMCHhdrpJvnOdDDG5DaoyJQUo12y/n19jQnWvB/+iTwo/AJ7+86jECWt2oiIui6z
+C6ZDJzvUkR36308+phHSjXZ3GoOZsvsyT5KFTtj+Yu7OAvZDDnwtaK1CbPWh38AZIodD9OK5RDLMJ5GBYf0hF6NFrygCr3bnAzirJ/AAc/CI4dmGLX+Qd61LWKnQ+b79f1CY6EAQxHjkAQew==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

Special financing available.

Apply now. See terms

Google Pay

**Ship to**

[redacted]

307 NE 1st St, Flt 6

Miami, FL 33132-2505

United States

[redacted]

Change

**Review item and shipping**

Seller: onlineak_51 Edit message

Message: Personalization: Item ID: 295470312767 Text: aa



1.50 Ct Round Cut Simulated Diamond Smiley Stud Earrings 14K Yellow Gold Plated

**$34.99**

~~$49.99~~

Quantity 1

**Delivery**

Est. delivery: Sep 5 – Oct 6
Economy Shipping from India
**Free**

Est. delivery: Aug 28 – Sep 5
Expedited Shipping from outside US
**$20.00**

Save up to 30%

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

**Donate to charity (optional)**

Wildlife Trafficking Alliance

In honor of World Elephant Day on August 12, donate to WTA to help stop the illegal trade of elephant ivory. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $34.99 |
| Shipping | Free |
| Tax* | $2.45 |
| **Order total** | **$37.44** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Smiley Face Fridge Magnets Strong Magnet Memo Magnetic Whiteboard Gift 12 Pcs 5019758035672 | eBay

**URL**

https://www.ebay.com/itm/163768454997

**Collection Date**

Tue, 08 Aug 2023 10:09:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Mzy1XPoPHjuIvHBKUN0GwYBPo0HA761IwFmVQsLXEmhzSm4/Pw9O69wBIJsR6PGnytgujssZ7Dulv1lDrJqHwndDco1wnSrJbjRZEgsFy4z7zz4DBPpzi12ncuVFheYn5n2oNycLKW6YMSJuLfrLvSehrt7rlskKplTOFZJP18GTWZ5u/uE7Z+
+1wHRbb0Xk1K0sKlWAGEnhxYkE2LoId3mR5dDDX2urhdVuNTPNXCntS9vPz0C01a1i690iStNYLq4CemJnUCbDgCrwop36Yc2XL6pwhrUTjKVsl3M/jegfvTQKBkFUNXQ1gu8vITcceq8Xmw5UjiFbMqxaJ6LmWg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]163768454997]]_Tue,-08-Aug-2023-10-09-14-GMT.mhtml

**Hash (SHA256)**

c7d0c0f9ccc4c38d9fc8ed936d8e565c28cdf4b4520dff6bcde5d3b4d47741af

**Signature (PKCS#1v1.5)**

hSnVYEWHUFdAmQk5WK3R50LiGnjGZNKssOTakofUi6i8aqKjOYZh+TV3xz97jylaCFBl2FVuJFST6pH7o4nC5+r/1s0qw9W1qW8tNf9BeR5MUfcEA2ei9PDZIIAYitkW6OMON+QpfgKOme106jYOMlvAdHFud3/C9o9SrZThnT/LO/1AUBrRBVUq9njNifmz2ts6VJTFM81i1yQbLngqhi4i/
Au9cnVTHsaAibjNw3E3s9W+O4VowvFDE6zTpwQt9+M7Qc8mTT6LmPE13R9Ck440fXlQlNecvQh2GVbv3eEQDsWGuG985uk6gGZOdVeCt/KNePUS/u0veb2rdWUQgw==

Hi Jade! | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

ebay | Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Home & Garden > Kitchen, Dining & Bar > Kitchen Tools & Gadgets > Refrigerator Magnets

Share | Add to Watchlist



Hover to zoom

Have one to sell? Sell now

## Smiley Face Fridge Magnets Strong Magnet Memo Magnetic Whiteboard Gift 12 Pcs

★★★★★ 5 product ratings

Condition: New

Quantity: 1 | 6 available / 78 sold

Price: GBP 3.99
Approximately US $5.10

Buy It Now

Add to cart

Add to watchlist

**This one's trending.** 78 have already sold.

**Breathe easy.** Returns accepted.

Shipping: **GBP 13.97 (approx US $17.84)** Expedited Shipping to United States via eBay's Global Shipping Program . See details
Located in: oldham, United Kingdom

Import charges: **Free** amount confirmed at checkout

Delivery: Estimated between **Tue, Aug 22** and **Thu, Aug 24** to 33132
Includes **international tracking**

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal | G Pay | VISA | Mastercard | AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

International shipping and import charges paid to Pitney Bowes Inc. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
online-guru786 (6250 ★)
97.9% positive feedback

Save seller
Contact seller
Visit store
See other items

Registered as a Business Seller

## Similar sponsored items

See all | Feedback on our suggestions



| Item | Condition | Price | Shipping | |
|---|---|---|---|---|
| Fridge Magnets \| Whiteboard Magnets \| 20mm Round Magnet for Memo Notice Board | New | $4.84 | + $14.33 shipping | Seller with a 99.9% positive feedback |
| 20 Pieces Smiley Face Colorful Magnets Refrigerator Board Memo Holder 100% Best | New | $5.10 | + $14.33 shipping | |
| Pack Of 10 Smiley Face Fridge Magnets Refrigerator Board Memo Holder Magnetic | New | $3.82 | + $14.29 shipping | 28 sold |
| Potato Men Pack of 11 Fridge Magnets funny children's characters Set No.3 | New | $7.65 | + $14.41 shipping | 98 sold |
| Magnets \| Whiteboard Fridge Magnets \| 20mm Round Magnet for Memo Notice Board | New | $5.48 | + $14.34 shipping | Seller with a 99.9% positive feedback |
| Big... Bo... | Ne... | $4... | + $... | |

## Sponsored items customers also bought

See all | Feedback on our suggestions



| Item | Condition | Price | Shipping | |
|---|---|---|---|---|
| Potato Men Pack of 11 Fridge Magnets funny children's characters Set No.3 | New | $7.65 | + $14.41 shipping | 98 sold |
| 20 Pieces Smiley Face Colorful Magnets Refrigerator Board Memo Holder 100% Best | New | $5.10 | + $14.33 shipping | |

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.

eBay item number: **163768454997**

Last updated on Apr 15, 2022 08:52:09 PDT View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Colour | Multicoloured |
| Material | Magnets | Number in Pack | 12 |
| Features | Magnetic | Main Colour | Smiley Face |
| Brand | Unbranded | EAN | 5019758035672 |

### Item description from the seller

Description

Smiley Fridge Magnets

The magnet stickers are strong and fashion.Extensive use for your fridge magnet, office whiteboard, or any magnetic surface, you can post pictures, notes, shopping lists and more, your office supplies, best gift for the friends, and new neighbours.

Features & details

The handy magnets work well on file cabinets,Whiteboards and Refrigerator.

Glossy and shiny, bright up your decoration, make full and vivid life style.

Strong magnets, hold steady Cute, add fun to your decora

Can be used on any magnetic surfaces, such as magnetic whiteboard, fridge, steel cabinet and lockers. Easy to use,just stick it on your device

WHAT YOU GET: 12 magnets/pack.100% satisfaction guaranteed and friendly customer service.

### Business seller information

Aizahs Collection Limited
aneeqa sabir
90 Stanley Road
Oldham, Chadderton
Lancashire
OL9 7HA
United Kingdom
**Trade Registration Number:** 11426365

Email: aizahscollection@hotmail.co.uk

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## aizahscollection786

**97.9%** Positive Feedback
**26K** Items sold

Visit store | Contact | Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 4.9 |

### Seller feedback (6,171)

This item (2) | All items (6,171)

Past month
As described. Thank you.

Past month
Very good. Ordering another pack for my granddaughter. Thank you.

See all feedback

### Ratings and Reviews

Learn more | Write a review

4.8
★★★★★
5 product ratings

100% Would recommend | 100% Good value | 100% Good quality

### Most relevant reviews

★★★★★ Jun 24, 2020
**As expected.**
Smiley face fridge magnets, keep my grandchildrens pictures in place
Verified purchase: Yes | Condition: New | Sold by: online-guru786

★★★★★ Apr 22, 2020
**Great item, many thanks**
Verified purchase: Yes | Condition: New | Sold by: online-guru786

★★★★★ Feb 27, 2018
**Perfect**
Perfect
Verified purchase: Yes | Condition: New

★★★★★ Aug 10, 2022
**All good**
All good
Verified purchase: Yes | Condition: New

Back to home page | Return to top

More to explore: Memo Notes Magnetic Message Whiteboards, Magnetic Message Whiteboards, Magnetic Plastic Message Whiteboards, Unbranded Magnetic Message Whiteboards, Rectangle Magnetic Message Whiteboards, Magnetic Dry Erase Message Whiteboards, Magnetic Notes Paper Message Whiteboards, Magnetic Magnetism&Electricity Tools, Magnetic Hooks, Cabinet Magnets

About eBay | Announcements | Community | Security Center | Seller Center | Policies | Affiliates | Help & Contact | Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 10:10:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

R6w6oizKQT6QMAjyBrUeBDeflpYAarYeayRC6JhoV75TD4v1Wxgs8i3UWwzoatLlWryuShSvNogDt7QmpdMGQ5Rs5NzSLTwNdpaPbIAtkorJms8GfkHLQCsXttpHihpffiEMimGOzTl3za8h6EjbvETUa5vnPuy8XUE+5cdfJ+2xdeAwtcu9PnIoQ7BfMS0762w02vgujKLIwmgp8t+weAFiw3U0jIr
+iROnP1o3gA3b8hOFeg85iqIfCahSyrRuYSdnso+ghf4A9O3nXrTlwzxl8SlOhmQ5W6SUQh1OpwEB+mEz1Ne2PPJkFzIY20d1vHM/4UpIx3ZakHEUDeknZQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-08-Aug-2023-10-10-26-GMT.mhtml

**Hash (SHA256)**

c2719d8fe7887d67f5095044405f3dfcd9df11e350f56571bf3fa7ca13ad0476

**Signature (PKCS#1v1.5)**

A/162IHlyyiKophHLSg9/V4bS0ofm8nZBeJdMBCjgSI6g0MtjOL34chO24PMjlcD5xvTvsgXCl3u2KcR84FwlwMvktS1JDp+Qf0jmVCYAim50DYFiYan08DmSa0pWldiNuXkUKTe27Eh+uiJe98mHCsAUe/
Qwmh5sfFJjIf0Nck/0Ty8W3P1v4LclXNZV7iNBuVUzeoqW2G0ja8XkEEu2r9bLcZfEkGoKsrAQhk+/jrbezx0EasfPGeHT9tuLk6l8uvKp8rpoF/T107vPpDRfYy+hU19QLUQnI9DzZeP1pMm7Alq9MP1wJTjK1ozt7dBj4E04jIjdl05Mcntp7HUKA==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

VISA

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Review item and shipping**

Seller: online-guru786 Message to seller



Smiley Face Fridge Magnets Strong Magnet Memo Magnetic Whiteboard Gift 12 Pcs

**GBP 3.99**

Quantity
1

**Delivery**
Est. delivery: Aug 25 – Aug 29
International Priority Shipping
**GBP 13.97**
Includes international tracking

**Import charges**
No additional import charges at delivery
**GBP 0.00**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 3.99 |
| Shipping | GBP 13.97 |
| Tax* | GBP 1.26 |
| **Order total** | **GBP 19.22** |

You agree to the Global Shipping Program terms.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Chenille Smiley Face Patch Smile Yellow Embroidered Patch 9cm | eBay

**URL**

https://www.ebay.com/itm/394830526137

**Collection Date**

Mon, 28 Aug 2023 04:36:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ZsE82nxvWngEmZ0lxg7fabKgBVGvLcaVh4Xfqck1NCkE25VlI6J4gDdm1rHckB5F4t9XyCf0YScB2eDmbQ5j8IoRGSJmEh/VS3jZwJDyHBs6aMWNQlcOuMbW3vCLLEHvtPu+lnzU3t7R2EQfeAPbs5Z94kn+ZIC/g5MJDia6IRg=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]394830526137]]_Mon,-28-Aug-2023-04-36-47-GMT.pdf

**Hash (SHA256)**

9dbd196007e1ff1c6327b009afd8580e74926d90780a16071f7a16e923d9fc81

**Signature (PKCS#1v1.5)**

mulgx4SFrw8WDL1ry5rRyo1nEm1ctc7/U+scXe8xTa26sAfiRKpgcdxOcn0ir239+E2YFs3jciz8Jikfwc8KgzCGNmHb1gu4tosocqWsBTDE8OWvvU/hZbPgYV/KoCEPdpFvn9J3iw4MAFT4ZI+xDD1wsGhWPCqIn9+WAreNyyk=



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 28 Aug 2023 06:54:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49ee:1900:1c80:a1a:adf8:9048

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

TE2tdETHdrhnpmzgDbndQttwHBu8VQjwFXUbHz/aiHIM34CYlXyOjyRQQk2Fvuq4pmWdWoFrlBq65UHvT92E3xRzUig/Vico5bF3MoNXZjpjFQwb3g3f0oZPVuT0z4aYArHbzKJWrn5ge0diSXS9ZXJGZecDhKJSeI4L0/x3I+MTp83Pl/
ea6qdylgfik8/8UEKm6Clgctx0ydrPKOWNFFF047YAMyFqaJfwrRcELc3ytCgRlvc08GBCOOZuzeEtuCrrxVTNxJXGx+xp0W9CuGnAm8Md6hoZcnKYMc5XZUu64CROSKfj/bGdNjAIpBS3HrfTkj8HfwqtuNJhteceqA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Mon,-28-Aug-2023-06-54-14-GMT.mhtml

**Hash (SHA256)**

a4abe7e812b65b35d77351ed1490f9fcab01245f7a5687488ecf941254b04937

**Signature (PKCS#1v1.5)**

INNUbnoplLB8hoIb8icPFm8ioUHIIKNLIT1JNzvPHh6ppzOxsUkKisjK9d6TyGcs+294hhMBJ3UKFTGSr0Box9L2QmRCYhpiGsL1uc35fydZoUQGWEF1CZWXCTy7Y/
YPBvn6QSDResdgp5MRUDFqpNz0pw8bRxwqccAOSyjfiOFKAvdbk3QdIg7/16saiPZwbMbrS0M2uebuLbSxR6wohJ9SyFdybo4hQ51m4chdC7WvdJn8kaUBp3iMD9wLZmlDJcfX21E82HNs4Nu8dM/hgBeKoSjlxfB10ajLynaGEizHuqXRuGg2bl7AwbhfaNTXLjZk/PXz1KvBvRswvNGO0g==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

Special financing available.
Apply now. See terms

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

| | |
|---|---|
| Subtotal (1 item) | $7.80 |
| Shipping | $4.00 |
| Tax* | $0.83 |
| **Order total** | **$12.63** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

**Review item and shipping**

Seller: orderkorea | Message to seller



Chenille Smiley Face Patch Smile Yellow Embroidered Patch 9cm

**$7.80**

Quantity 1

**Delivery**

Est. delivery: Sep 19 – Oct 6
Economy Shipping from outside US
**$4.00**

Est. delivery: Sep 15 – Sep 29
Standard Shipping from outside US
**$15.80**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

**Donate to charity (optional)**

The Humane Society of the United States

The Humane Society of the United States fights to end suffering for all animals to achieve the vision behind our name: a humane society. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

925 sterling silver ring adjustable smiley ring women | eBay

**URL**

https://www.ebay.com/itm/145156248632

**Collection Date**

Tue, 08 Aug 2023 18:03:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Jq9gTJN4bWvQWsZUe2Ey4XzVBDc2QHjaq2JSx3Fh2g9wNDGrDagRqqUFPpt/tHqGZmG1L4E/H2WoIfqBSyBL+D/48ONhEVGjTBREfv7+wvMNarfXvGuo9kIDU0BHa2zrAeUWVuWVml8UOe3zHP46rEDBl7DyJFwvtOGwLfWMm0492ya42edXgeU1kigThVtPNIBxzvggz
+vZuB8MUVnywnEYSmAfwqE7AcHpStInQZK1i7etc4K0SiIHPXMx3HNtVeqNHLaEcVdH5gFS3LdXqlfz17aKIVKEg9lidQ1IUEwT7i6rMon86H7zJof75aaOjnCzNh1v8RRulsZ2a1ZO5g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]145156248632]]_Tue,-08-Aug-2023-18-03-21-GMT.mhtml

**Hash (SHA256)**

e2223af85609a7857cbd5e87f69e4bb1a16f0ee916ce44e435206454ecfaf807

**Signature (PKCS#1v1.5)**

KnhtSc3l4KR2a0uNnMbPsBStEhoq9L3wL7XnRgNFGcUwkVtPvVJF/gvsEkFBThsSbPAnSqpyDx5proZsJdAnASsVWG4eaXS3kb+yDd9lCGHCQ17fSsr+8QVyPlRolksExKUD1CV3T7b5gknHXfrAINX+hShImYp5Xv9LTsJL3mrG9+oULwp2XwzKkkI/
obVynR6fAI0hyG9BQacNFA85mLv2C8QFcSEs0+9IWWd1TJsxGD4B0wemg5OKpQOmmA9BNrQ9jQPnEbJVLJnOmgfmmyU0pSsWup+6/ho3TL1MGmseoE/YouEVsDJOE9CaENu7OK3I3ws2m8550MIvgAsC4A==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Rings

Share | Add to Watchlist




Have one to sell? Sell now

## 925 sterling silver ring adjustable smiley ring women

Condition: **New without tags**

Quantity: 1 | 5 available / 1 sold

Price: **GBP 4.99**
Approximately US $6.37

Buy It Now

Add to cart

Add to watchlist

Shipping: **GBP 10.00 (approx US $12.77)** Royal Mail International Tracked. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Hayes, United Kingdom

Delivery: Estimated between **Sat, Aug 12** and **Sat, Aug 19** to 33132
Seller ships within 1 day after receiving cleared payment.
Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns. See details

Payments: PayPal G Pay VISA

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
pam_16 (288 ★)
100% positive feedback

Save seller
Contact seller
See other items

## Similar sponsored items See all

Feedback on our suggestions



925 Solid Sterling Silver Smiley Face Adjustable Handmade Ring, Ethnic Gift
New (Other)
**$19.99**
Free shipping



Solid 925 Sterling Silver Adjustable Handmade Band Ring Women Ring Gift Jewelry
New (Other)
**$11.43**
Free shipping



Vintage Tiffany & Co. Sterling Silver 925 Bracelet
Pre-owned
**$4.96**
3 bids
+ $20.72 shipping
Seller with a 100% positive feedback



S925 Stamped Sterling Silver Smiley Happy Face Adjustable Ring
New
**$14.29**
Free shipping
Seller with a 99.3% positive feedback



925 Sterling Silver Ring Adjustable Girl's Women's Vintage Happy Smiley Face
New
**$10.20**
Free shipping
Seller with a 99.8% positive feedback

Sol Ha Jev Ne $1 Fre

## Sponsored items inspired by your views See all

Feedback on our suggestions



Emoji Happy Smiley Face Rectangle Disposable Plastic Tablecloth Table Covers
New
**$4.15**
+ $31.58 shipping
Seller with a 99.2% positive feedback



18 x 12" Smiley Face Balloons Party Smile Emoji Happy Birthday Decoration UK
New
**$3.82**
+ $14.29 shipping
**65 sold**



100% Polyester Fabric Multi Color Bubble Smiley Icon Face Dress Material 58"
New
**$2.54**
+ $33.21 shipping
**11 watchers**



Smiley Men's Novelty Cycling Jersey Tops Short Sleeve Bike Cycle Shirt S-5XL
New
**$19.07**
~~$20.28~~ **6% off**
+ $2.55 shipping




Friend Pen by Greeting Pen- Smiley Face Rotating Message 6 Pen Set 36573
New
**$13.01**
Free shipping

Ch Sm Ne $8. $16 + $

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Jun 29, 2023 11:10:27 PDT View all revisions

eBay item number: **145156248632**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New without tags: A brand-new, unused, and unworn item (including handmade items) that is not in ... Read more | Occasion | Graduation |
| Sizable | Yes | Ring Shape | Smile |
| Metal | Sterling Silver | Weight | 2.73-2.93g |
| Main Stone | No Stone | Brand | Unbranded |
| Ring Size | J 1/2-N | Metal Stamp | S925 |
| Type | Ring | Metal Purity | 925 parts per 1000 |
| Packing | Gift Packing | Base Metal | 925 parts per 1000,Fine Silver |
| Style | Minimalist | Theme | Retro |
| Features | Adjustable | Crafts | Handmade |
| EAN | Does not apply | | |

## Item description from the seller

925 sterling silver ring adjustable smiley ring women.

## pam_16

**100%** Positive Feedback
**515** Items sold

Seller's other items
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Seller feedback (119)

This item (1) All items (119)

h***9 (365) • Past month

Nice thanks x

See all feedback

Back to home page Return to top

More to explore : Sterling Silver Case Women Sterling Silver Band Wristwatches, Women Sterling Silver Case Wristwatches, Women Sterling Silver Band Wristwatches, Sterling Silver Case Women Silver Band Wristwatches, Sterling Silver Band Sterling Silver Case Wristwatches, Sterling Silver Case Vintage Wristwatches for Women, Sterling Silver Watch Chains, Sterling Silver Case Wristwatches, Sterling Silver Wristwatch Bands, Silver Sterling Silver Wristwatch Bands

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 18:05:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KO2CA/bUVtggZznPYOyImSubL2UOJGN9ljcaEDLF4xkyQMXtYeoK0znVVBMqjM0/FqeET7II6MOWpn2azqATdIDQzkjzfXUqOxUbYSr+/rIV0NPOnKXQuvgpflWCqalEr/8uTLao5V0E28tDnlOPTdlGEf9jyP7hYD79Rw/
iqayRV0BqpAPBrJzC7us7kBzsvwr78edw2dDNNFMNPG0N4nWeg4Exmpjq7Z0f26k86lxHatrz5IrBjqvdRvU62GBvVkbIrz2qWrhjX9jTgFu5JqMOrGo7sl6cgxYI4SsckLean3aBhit8hbQPAC83e38sgBAEf0L0E4UwEGvKs4hbfA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-08-Aug-2023-18-05-06-GMT.mhtml

**Hash (SHA256)**

fca188b46c4a85fc3c7943ed8b9e291b99b64eddb940ae43e5fe6deab08029b0

**Signature (PKCS#1v1.5)**

Cbf5C4ReM/5QqqSS21+u5vJ197tMvga5WtJuNjQuiIWxG8rn9OOS0VO09OGIEV4omwfLVY8+QGF2q+3mGQanZvcSyyHtHTC21LfbVrGHfY7GSqtN72Dlo9PhkoEHMq2NEcOraLw7ytRtgSGcgdPoq2fab+BDnfqtp+W5WQnT8SkH91M7a7fhX+/bdcTgagIJbHYVPl0RN0kXSc75XU2V2Iou
+XNb43uw6bNldyKIkr44jwxRwWoG23cdiCWwU1JUsVxup2UVD8RItmw3lZlMBrrrAlRjpBE21Qe+EHZ+CY4eSWCsrpfJSOVU077HePlfZJSvkvW/YmWC9f7CtY2Gyg==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Cute Smiley Ring, Laughing Face Ring, Happy Face Ring For Daughter's Gift Ring | eBay

**URL**

https://www.ebay.com/itm/256163837715

**Collection Date**

Mon, 28 Aug 2023 07:49:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

X4Bzcx0ZHXgtZh6FR+sb0Azkki7D5SnTmvb+SKEJbNJZukCR5PBLxJkk3ArTzRwFBImRiwA2zWxfVeyuP013P+Z6rFLrNPhhiQ4ehN1C3BeHqD77b6iikTD3EMQHAP67K+7WTv/oyls+nwiTYsFST+j3KT4AH4KciMGWL3XJ8YQ=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]256163837715]]_Mon,-28-Aug-2023-07-49-56-GMT.pdf

**Hash (SHA256)**

6c2faec229d3f31fd04a36aa3bd11536d8b411608a8db2268631724272f25e71

**Signature (PKCS#1v1.5)**

iJERAB6pPrLFfpzqWnlMoZCW/grvmwbJC+odIzfnQKUngAUGdEJdNNeKt2Zdk2doHatWmcpPkOH9J4T4XZw2cUPxkMxvwbRTb6W75J2X5Ojl6YHR1UWEH3CDkb7Rvel80fslaLRV59NJ/vtU33RljcAGlYwR/l6cHKMMcnaCw00=

Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Jewelry & Watches > Fashion Jewelry > Rings Share | Add to Watchlist

## People who viewed this item also viewed

- Sponsored S925 Sterling Silver Smiley Face Ring, Emoji Ring, Happy... Business $16.46 ~~$21.95~~ Free shipping
- Smiley Face Gold Plated Copper Open Ring (Yellow) in... Private $8.77 + $8.64 shipping
- Women Double face Smiley Sad Face Rotatable Ring... Private $9.99 Free shipping
- 5 Pcs Smiley Face Ring, Alloy, Adjustable Cuff... Private $7.53 + $2.76 shipping
- Emoji Smiley Face Adjustable Ring | BFF Gifts For Frien... Private $3.14 + $11.61 shipping

EXTRA 10% OFF See all eligible items and terms ▸

Hover to zoom

Have one to sell? Sell now

## Cute Smiley Ring, Laughing Face Ring, Happy Face Ring For Daughter's Gift Ring

Condition: New without tags

Ring Size: - Select -

Quantity: 1 2 available

Price: US $17.99

Buy It Now

Add to cart

Add to watchlist

Breathe easy. Returns accepted.

Shipping: Free Expedited International Shipping. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Jaipur, Rajasthan, India

Delivery: Estimated between Wed, Sep 13 and Wed, Sep 20 to 60323
This item has an extended handling time and a delivery estimate greater than 13 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 14 days returns. Buyer pays for return shipping. See details

Payments: PayPal, Apple Pay, G Pay, VISA, Mastercard, AMEX, DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

Seller information
panoplyjewelry (1159)
99.7% positive feedback

Save seller
Contact seller
Visit store
See other items

## Similar sponsored items See all >

Feedback on our suggestions

- Cute Smiley Ring, Laughing Face Ring, Happy Face Ring For Daughter's Gift Ring — New (Other) · Business — $17.99 — Free shipping — Extra 10% off
- S925 Sterling Silver Smiley Face Ring, Emoji Ring, Happy Face Ring, Happy Ring — New (Other) · Business — $16.46 — ~~$21.95~~ 25% off — Free shipping — 5 watchers
- Hip Hop AAA+ 12MM Silver Full Diamond Alloy Geometric Smiley Cuban Bracelet 8" — New · Business — $9.99 — 1 bid — Free shipping
- Smiley Face Ring 18K Gold Plated — New · Private — $18.76 — + $8.95 shipping — Seller with a 100% positive feedback
- Double Finger Ring, Two Tone Rectangle Ring, Geometric Ring For Birthday Gift — New (Other) · Business — $17.99 — Free shipping — Extra 10% off

## Related sponsored items See all >

Feedback on our suggestions

- S925 Sterling Silver Smiley Face Ring, Emoji Ring, Happy Face Ring, Happy Ring — New (Other) · Business — $16.46 — ~~$21.95~~ 25% off — Free shipping — 10 watchers
- Nail Wrap Ring 18k Yellow Gold Plated Cute Simple Gift Ring, Love Ring, Hug Ring — New (Other) · Business — $17.99 — Free shipping — Extra 10% off
- Double Finger Ring, Two Tone Rectangle Ring, Geometric Ring For Birthday Gift — New (Other) · Business — $17.99 — Free shipping — Extra 10% off
- Custom Family Multi-name Ring Adjustable Couple Jewelry Unique Mother's Day Gift — New (Other) · Business — $6.99 — Free shipping — 84 sold
- 925 Solid Sterling Silver Smiley Face Adjustable Handmade Ring, Ethnic Gift — New (Other) · Business — $19.99 — Free shipping

About this item | Shipping, returns, and payments — Report this item

Seller assumes all responsibility for this listing. eBay item number: 256163837715

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New without tags: A brand-new, unused, and unworn item (including handmade items) that is not in ... Read more | Antique | Yes |
| Shape | Smiley | Occasion | Anniversary, Birthday, Christening, Christmas, Confirmation/Communion, Engagement, Father's Day, Graduation, Mother's Day, Valentine's Day, Wedding |
| Main Stone Width | No | Main Stone Color | No |
| MPN | Does Not Apply | Metal | Yellow Gold Plated |
| Secondary Stone | No Stone | Main Stone | No Stone |
| Vintage | Yes | Personalize | No |
| Main Stone Treatment | Not Enhanced | Main Stone Shape | No |
| Base Metal | Silver and Brass | Style | Band |
| Gemstone Clarity Grade | Loupe Clean | Features | Adjustable, Engraved, Nickel-Free, Stackable |
| Number of Gemstones | 0 | Handmade | Yes |
| Main Stone Creation | No | Seller Warranty | Yes |
| Signed | No | Color | Gold & Silver |
| Cut Grade | No | Sizable | Yes |
| Material | Metal, Brass | Brand | Panoplyjewelry |
| Setting Style | N/A | Type | Ring |
| Main Stone Depth | No Stone | Metal Purity | 18k |
| Era | Undated | Customized | No |
| Band Width | 2 mm | Theme | Angels, Art, Awareness, Beach, Beauty, Biker, Ethnic, Family & Friends, Fashion & Costumes, Gothic, Halloween, Healing, Holiday, Love, Luck, Magic, Nature, Religious, Sports, Western |
| Main Stone Length | No | Country/Region of Manufacture | India |
| Country of Origin | India | Wholesale | Yes |

### Business seller information

**Value Added Tax Number:** IN AADCD8549D1ZK

### Return policy

| After receiving the item, contact seller within | Refund will be given as | Return shipping |
|---|---|---|
| 14 days | Money Back, Replacement | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## PanoplyJewelry

99.7% Positive Feedback

Visit store

Contact

Save seller

Detailed seller ratings

Accurate description 4.9

Reasonable shipping cost 5.0

Shipping speed 5.0

Communication 4.9

Seller feedback (1,791)

See all feedback

Popular categories from this store See all

EXTRA 10% OFF See all eligible items

10%OFFEACH

All promotional offers from panoplyjewelry

## You may also like

Feedback on our suggestions

Back to home page Return to top

Copyright © 1995-2023 eBay Inc. All Rights Reserved.

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 29 Aug 2023 05:58:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.74.192

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

LdVW/tuxVnJmM8zujNwhc+4tcfyJiosf/XOo/25DdHU7SRv/OJwXoqKDFPGhZ5lfyjDT261miaAQeim3DUu/T3lfEjXFiGYeorfwbMDUQxF5Ba9oXtycXElh3/eu7zxHNppVOsrkz1q0EhSKkYDheQdr0VN2xwc6Gw0faHpRAr0R6phMzsY3c/N54dkFrZxZpR8+SoZ/tZAu0euAU
+bW7lOR5Fjyly68Wq3y1I77fc0vdDh5mrwTnBtrEpboOrn1JlqdAyM3b1OflTNO5GJMHtBf6jyCeF2n7Zn7hLd83wn9FZRKjVlXcnmokds50G1PR+A/+EU/wxl6atk7C4mt0g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-29-Aug-2023-05-58-53-GMT.mhtml

**Hash (SHA256)**

09d8f131c7d899bb0f4e6c786795e9e58f69507d424b44f95067096052f20d72

**Signature (PKCS#1v1.5)**

BFz+7r6TmvbEwpyYw2FXsAu1qXYOhafLuiGD5EQ66seC0CCZg28gLIr+eCkYSY4CDkKocwD0q6h0vM8F5qcQBu3vFKUzENQaTnSMQM8BtmdkLxvFbIBbdbp/cbgw2J3LflL/pnZilq36feVSdXFQMTtevHP6rupMU/mrp+W4u/c1uZBR7bOjhRZT16/Fjk1hVtZUrls5sN/
Gz4LCESlPfLsw1xmRt82NFhvJMz82Utcl9StN2fhudK771Ov320jhH8UM6ud523aarrTbSxBV2ddqfuK9s03uCHdDjvnMV6acOybcORow2lm37Q6vU+eI8/IRvsmz2/9uQut7uuVW/Q==

ebay Checkout

How do you like our checkout? Give us feedback

Pay with

Add new card

PayPal

PayPal CREDIT

Special financing available.

Apply now. See terms

G Pay Google Pay

Ship to

[redacted]

307 NE 1st St, Flt 6

Miami, FL 33132-2505

United States

[redacted]

Change

Review item and shipping

Seller: panoplyjewelry Message to seller



Cute Smiley Ring, Laughing Face Ring, Happy Face Ring For Daughter's Gift Ring

Ring Size: 5

$17.99

Quantity

1

Delivery

Est. delivery: Sep 12 – Sep 19
Expedited Shipping from India
Free

Est. delivery: Sep 12 – Sep 13
FedEx International Economy
$25.00

Extra 10% off

Offer applied: Extra 10% off -$1.80

Gift cards, coupons, eBay Bucks

Enter code: Apply

Donate to charity (optional)

The Humane Society of the United States

The Humane Society of the United States fights to end suffering for all animals to achieve the vision behind our name: a humane society. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $17.99 |
| Shipping | Free |
| Discount | -$1.80 |
| Tax* | $1.13 |
| **Order total** | **$17.32** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE

See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 13:04:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:491d:2d00:69bf:7906:a752:afb0

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

g7x6mLHv2xIKV0qVY28XCSbOmLhn7mbn02bPHOMoLQO4AnEYmUWDDI3pyAbWuEYJt1dN5fUBaOEgkfUNiDjXGXiSo6XJsr3Z4RpMwA3igZd3gPHxLBkzRI4aOsk5hwMK9coPZbQZOLH3K6d5U9tyFs7TFi84DNl5ad56CibxPWFDjEQMV+WixCrLUIr8QvsHJ0A4mEO8HCypCcp
+9Ov6FWLXnFdqhSFCYwtjCGUJ1Ohw4A3evz0MRk+DgJkYkVhK81hSeIV2EdqFWp+ESYPm9tqtBnsQhawh5CKE2MdaSoMlQScHhUzmbfl6wkDq84H0gf19wuETEAjOsQ++t7My1Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-13-04-38-GMT.mhtml

**Hash (SHA256)**

0012d72fee4ae52e4313229b83a418ad5f210c45612fe60c877fd1448dca1f18

**Signature (PKCS#1v1.5)**

P/Sinef5AfDKLmRxvXrn3dT+A0biOCb64PqxD5Shi9aZ/pLWpy4fT6Ji0yi3bqjUJW21rqR07IBk2I1G3wY74apsu60fVax8EfQ9tIqzbD5Tuv+wlKp3DiUta6ISK6RGt+pDEXI7uI/2RTzp3jGiuaA6phlhtOFzC
+r5US06Jt2AhwGpOFuccUFPjZyfqGy9h4gT58FGr9Cay/5xDLUQ0Lz3r6iJc2Gi2ysza8Dk7xv7C20KomKyOlB+Iud8VTAz3LxsQ6nnl2TZ8eYYuUthum/TZ2GCFq//URc7CU7Re6zu/iUhxLX5ZSSd+W6hiaDdHjqHh3cjlRRq9uBhCVZFfw==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Bandana Set Paisley Smiley Peace Rainbow Head Wrap Cotton Wrist Band Cover Face 5056134537405 | eBay

**URL**

https://www.ebay.com/itm/293762834761

**Collection Date**

Wed, 02 Aug 2023 06:51:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

lg1fqbjg9u2WhUezkjb4rEmpCPs6z97Is3VJXAVKcu91qtWdk4J7t5L/Kf6fU7TSvQAOgqHQCfcSKXFpgX4D2YglihhgfCtvTYILRdWokZHMC/fXW3xz1PVTSPzw0zh9NnbC4e9PMisnv950gK8U0Gjzc4sHVUbhOIch+6KAk20=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]293762834761]]_Wed,-02-Aug-2023-06-51-50-GMT.pdf

**Hash (SHA256)**

1cead3db1b5a29aa1ab57e035e15701b567f2abb89fee2029e73143796048133

**Signature (PKCS#1v1.5)**

mNm3Xdal/3OCnO9MTxBtjDt73Db+/cP+x9r3W+kDbhMNkd6vM2vTzy4bcEckt5Xo5Axki4OcO0zLboIa2SnTlEAabb6f3elQhjotVxj9irZOg8f6QMJFzV5U3VoZPqmHEysgfDhvqaMs7ke3MMDdzOqb6Lsg0oVuuL19QTaVkVM=

Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

ebay | Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Clothing, Shoes & Accessories > Women > Women's Accessories > Scarves & Wraps | Share | Add to Watchlist

## People who viewed this item also viewed

- Sponsored — Paisley Bandana Bandanna Headwear Band Scarf Neck... — Business — $7.58 — + $3.79 shipping
- Bandana Peace Leopard Print Smiley Face Head Band... — Business — $6.32 — + $12.65 shipping
- Bandana Paisley Cotton Bandana Head Wrap Neck... — Business — $1.25 — + $12.65 shipping
- Paisley Rainbow Face Bandana Face Covering Headwe... — Private — $5.00 — + $17.73 shipping
- Bandana Leopard Print Rainbow Paisley Covering... — Business — $6.32 — + $12.65 shipping



Hover to zoom

Have one to sell? Sell now

## Bandana Set Paisley Smiley Peace Rainbow Head Wrap Cotton Wrist Band Cover Face

Condition: New with tags

Quantity: 1 — 4 available / 6 sold

Price: GBP 4.99 — Approximately US $6.32

Buy It Now | Add to cart | Add to watchlist

Breathe easy. Returns accepted.

Shipping: GBP 9.99 (approx US $12.65) Royal Mail International Tracked. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: romford, Essex, United Kingdom

Delivery: Estimated between Fri, Aug 18 and Sat, Aug 26 to 60323
Ships today if paid within 4 hrs 23 mins See details
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, Apple Pay, G Pay, VISA, Mastercard, AMEX

Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

Seller information
partycityline (39653)
99.6% positive feedback
Save seller
Contact seller
Visit store
See other items
Registered as a Business Seller

## Similar sponsored items — See all

Feedback on our suggestions

- Bandana Head Tie Wear Neck Scarf Wrist Wrap Head Band 100% Cotton Bandana — New · Business — $4.94 — + $6.33 shipping — 4765 sold
- Rainbow Splash Tie-Dye Paisley Headwear Bandana Bands Scarf Wrist Wrap Head Tie — New (Other) · Business — $2.85 — + $12.65 shipping — 68 sold
- Acne Studios Women's Light Blue Stripe Ribbed Knit Wool Smiley Smile Face Beanie — New · Private — $39.99 — 1 bid — + $19.81 shipping — Seller with a 100% positive feedback
- 50CM PAISLEY BANDANA HEADBAND HEAD WEAR TIE WRAP BAND SCARF NECK WRIST191 — New · Business — $6.32 — Free shipping — 20 sold
- 12x Paisley Bandana Headwear/Hair Band Scarf Neck Wrist Wrap Band Head UK Square — New · Business — $15.00 — + $3.79 shipping

## Related sponsored items — See all

Feedback on our suggestions

- 2 PACK OF PAISLEY BANDANAS HEAD WRAP SCARVES BANDANA MIXED COLOURS 100% COTTON — New · Business — $6.32 — + $8.64 shipping
- Bandana Head Tie Wear Neck Scarf Wrist Wrap Head Band 100% Cotton Bandana — New · Business — $4.94 — + $6.33 shipping — 4765 sold
- Cross Knot Hair Band Paisley Bandana Hairband Elastic Turban Head Wrap Wild — New · Business — $2.63 — Free shipping — Seller with a 100% positive feedback
- Bandana Leopard Print Rainbow Paisley Covering Cotton Scarf Head Band Hair Wrap — New · Business — $6.32 — + $12.65 shipping — Seller with a 99.6% positive feedback
- Bandana Skull Roses & Paisley Headwear Wrap Scarf Neckerchief Cotton Bandanas — New · Business — $5.70 — + $12.66 shipping — 20 sold

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Jan 06, 2023 04:27:15 PST View all revisions

eBay item number: 293762834761

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Department | Women |
| Pattern | Paisley | Season | Autumn, Spring, Summer, Winter |
| Material | Cotton | Colour | Rainbow |
| Accents | plain | Character | Peace |
| Fabric Type | cotton | Brand | Stylex Party |
| Style | Headscarf | Theme | Rainbow |
| Character Family | Rainbow | Type | Bandana/Square Scarf |
| EAN | 5056134537405 | | |

### Business seller information

### Return policy

## partycityline

99.6% Positive feedback

Visit store | Contact

Detailed seller ratings

Seller feedback

Popular categories from this store

fast shipping item exactly as described, great seller would recommend

Black Fake Beard for Fancy Dress Party! Witch, Wizard, Smurf, Santa! UK (#291719296642)

See all feedback

## Sponsored Items from Top Rated Sellers — See all

Feedback on our suggestions

- New 100 % COTTON Sarong Beach cover up Light weight scarf wrap Summer Holiday — New · Business — $7.58 — + $12.66 shipping — 8 watchers
- SARONG BEACH COVER UP SHEER MINI SARONG SKIRT DRESS WRAP BIKINI LADIES TASSELED — New · Business — $3.79 — + $12.66 shipping — 94 sold
- New Womens 100% COTTON Long Kaftan Dress Summer Paisley Ethnic Print One Size UK — New · Business — $16.45 — + $12.66 shipping
- New Womens Long Maxi Cotton Kaftan Dress Summer Dashiki African Beach Cover — New · Business — $12.65 — + $12.66 shipping — 8 watchers
- New Womens Long Maxi Cotton Kaftan Dress Summer Dashiki African Beach Cover — New · Business — $13.91 — + $12.66 shipping — 75 sold

## Explore related sponsored items

- bandana head scarf Cotton paisley pattern neck wrist 100% cotton — New · Business — $3.79 — + $8.56 shipping
- Cross Knot Hair Band Paisley Bandana Hairband Elastic Turban Head Wrap Wild — New · Business — $2.63 — Free shipping — Seller with a 100% positive feedback
- BANDANA PAISLEY MOUTH PROTECTION HEADBAND HEAD WEAR WRAP BAND SCARF NECK Aamera — New · Business — $3.79 — + $8.56 shipping
- NEW Red paisley print bandana neckerchief head wrap cotton women mens unisex — New · Business — $5.05 — + $8.60 shipping — Last one
- Color Paisley Bandana Headwear Hairband Scarf Neck Wrist Head Wrap Tie Square — New · Business — $3.10 — Free shipping

## Related sponsored items

- Cross Knot Hair Band Paisley Bandana Hairband Elastic Turban Head Wrap Wild — New · Business — $2.63 — Free shipping — Seller with a 100% positive feedback
- 2 PACK OF PAISLEY BANDANAS HEAD WRAP SCARVES BANDANA MIXED COLOURS 100% COTTON — New · Business — $6.32 — + $8.64 shipping
- Zac's Alter Ego® Smiley Face Rainbow Peace Bandana, Hippy Neckerchief — New · Business — $7.20 — + $5.10 shipping — Seller with a 99.2% positive feedback
- Paisley Bandana Bandanna Headwear Women Scarf Neck Wrist Wrap Band Head mask Lot — New · Business — $3.79 — + $3.76 shipping — 73 sold
- 5PCS Cotton Paisley Bandana Multifunction Headbands, Handkerchiefs,Scarfs Unisex — New · Business — $7.47 — + $8.67 shipping — Seller with a 99.2% positive feedback

## People who viewed this item also viewed

- Bandana Peace Leopard Print Smiley Face Head Band Scarf Neck Wrist Wrap Rainbow — New · Business — $6.32 — + $12.65 shipping — Seller with a 99.6% positive feedback
- Paisley Rainbow Face Bandana Face Covering Headwear Wrist Wrap — New (Other) · Private — $5.00 — + $17.73 shipping — Last one
- Bandana Paisley Cotton Bandana Head Wrap Neck Scarf Face Shield Head Wrist Band — New · Business — $1.25 — + $12.65 shipping
- Bandana Leopard Print Rainbow Paisley Covering Cotton Scarf Head Band Hair Wrap — New · Business — $6.32 — + $12.65 shipping — Seller with a 99.6% positive feedback
- Bandana Set Green Leaf Skull Head Band Black Cotton Neck Cover Wrist Wrap Scarf — New · Business — $6.32 — + $12.65 shipping — Seller with a 99.6% positive feedback

## Find more sponsored items

Feedback on our suggestions

- Paisley Bandana Bandanna Headwear Band Scarf Neck Wrist Wrap Band Head mask Lot — New · Business — $7.58 — + $3.79 shipping — 71 sold
- Bandana Peace Leopard Print Smiley Face Head Band Scarf Neck Wrist Wrap Rainbow — New · Business — $6.32 — + $12.65 shipping — Seller with a 99.6% positive feedback
- 50CM PAISLEY BANDANA HEADBAND HEAD WEAR TIE WRAP BAND SCARF NECK WRIST191 — New · Business — $6.32 — Free shipping — 20 sold
- 50CM PAISLEY BANDANA HEADBAND HEAD WEAR TIE WRAP BAND SCARF NECK WRIST220 — New · Business — $6.32 — Free shipping — 6 watchers
- Bandana Leopard Print Rainbow Paisley Covering Cotton Scarf Head Band Hair Wrap — New · Business — $6.32 — + $12.65 shipping — Seller with a 99.6% positive feedback
- 12x Paisley Bandana Headwear/Hair Band Scarf Neck Wrist Wrap Band Head UK Square — New · Business — $15.00 — + $3.79 shipping
- 50CM PAISLEY BANDANA HEADBAND HEAD WEAR TIE WRAP BAND SCARF NECK WRIST168 — New · Business — $6.32 — Free shipping
- Bandana Set Green Leaf Skull Head Band Black Cotton Neck Cover Wrist Wrap Scarf — New · Business — $6.32 — + $12.65 shipping — Seller with a 99.6% positive feedback
- Paisley Cotton Bandana Head Wrap Neck Scarf Face Shield Head Wrist Band Beanie — New · Business — $11.14 — + $8.85 shipping
- Paisley Cotton Bandana Head Wrap Neck Scarf Face Shield Head Wrist Band Beanie — New · Business — $11.14 — + $8.85 shipping
- Paisley Bandana Bandanna Headwear Women Scarf Neck Wrist Wrap Band Head mask Lot — New · Business — $3.79 — + $3.76 shipping — 73 sold
- Paisley Cotton Bandana Head Wrap Neck Scarf Face Shield Head Wrist Band Beanie — New · Business — $11.38 — + $8.85 shipping
- Paisley Cotton Bandana Head Wrap Neck Scarf Face Shield Head Wrist Band Beanie — New · Business — $11.38 — + $8.85 shipping
- New Cotton Paisley Bandana Headband Head Wear Tie Wrap Band Scarf Neck Wrist — New · Business — $7.34 — + $8.67 shipping — Seller with a 99.2% positive feedback
- 50CM PAISLEY BANDANA HEADBAND HEAD WEAR TIE WRAP BAND SCARF NECK WRIST257 — New · Business — $6.32 — Free shipping
- Bandana Tie-Dye Paisley Head wear Bands Scarf Wrist Wrap Head Tie Face Cover — New · Business — $3.10 — + $12.65 shipping — 119 sold
- Cotton silk paisley bandana men Women band tie head neck Wrap face Cover scarf — New · Business — $2.90 — + $63.31 shipping — 499 sold
- Set of 3 pack cotton silk paisley bandana men band tie head neck face wrap scarf — New · Business — $6.32 — + $63.31 shipping — Seller with a 100% positive feedback
- Set of 3 pack cotton silk paisley bandana men band tie head neck face wrap scarf — New · Business — $6.32 — + $63.31 shipping — Seller with a 100% positive feedback

Back to home page | Return to top

More to explore : Paisley Rainbow Shawls/Wraps for Women, Paisley Rainbow Scarves & Wraps for Women, Paisley Rainbow Scarves & Wraps Multicolor for Women, Unbranded Paisley Rainbow Scarves & Wraps for Women, Paisley 100% Cotton Bandana Scarves for Men, Paisley 100% Cotton Western/Bandana Handkerchiefs for Men, Paisley Bandana Scarves for Men, HEAD Bandana Scarves for Men, Men's Cotton Bandana Scarves, Paisley Western/Bandana Handkerchiefs for Men

About eBay | Announcements | Community | Security Center | Seller Center | Policies | Affiliates | Help & Contact | Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

10 sheets of Small Colourful Smiley Face Glittered Stickers (960 stickers) | eBay

**URL**

https://www.ebay.com/itm/285302433789

**Collection Date**

Fri, 04 Aug 2023 00:14:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49c4:8c00:5d47:e620:261b:674

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Rf3ISPrvrQru79ePFoLsTfDP15o8DdnZAlt+hPB4Yx8daFu4CLaXaERsXaTGSIE//vbm4boMuz6L8PHqK2cshZAS1tR5s0ciraDfH9rYz5Rg4sph7lSKxoxEZCUA2X/5qRnCG8ny0/2Ip4M9MFhEEoQCBhTQDU3/fFHThBzYDPh9KA+5DpuAzrCTXe9SkZmRvLegTBKdJq2Eo81jmAgDqx1t4bA0R7uhvmIljClkQpsfAM4SoVRPcC2DGx/THmWVB5VpxePoHd1mMRF+cD/4ki8RPjTIDYZESyL97gRzlJCRqEmmA8PeJA//y1pkucY3m9SK+yi5LnGjCXHPvGM/sA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]285302433789]]_Fri,-04-Aug-2023-00-14-53-GMT.mhtml

**Hash (SHA256)**

013552c0148e2f9dbb9a086b1d23326a0ed3a2cc1f7d81f74620d46254877d7c

**Signature (PKCS#1v1.5)**

jyXE/W8zyfCyFVO5VFFW3FA6VY1gEh//tDDdP9CyQnZevUTCkYNeqjoyVCdUgPT9uNKDsE6jjmIsENFgNXJiHRsznUFvvmuL38Rv4jWZ70vmntsPHDfa54N1NDH5s+AJsm/GbNysxsYhlrh2ybAnGVWBts4IkxxKeIWyegty5jjLgc2Ww8HNzqvihVoH5X9Qkey1uFOJLcB7Q4HRrWlmxtWrfbElb5ZvK5RNVHPjeuhzIEuxb9a73ud68Zu5FykAE/ThD4iDxy+zLvYxgUiSLVJo+mb+nS/DbNdkINeH0hN8vfudpcQPbuMHXM0eC94wjKxWGjMf+eRq91bsnqoQiw==

Hi Jade! Daily Deals Brand Outlet Help & Contact | Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Home & Garden > School Supplies > Stamps & Stickers | Share | Add to Watchlist



## 10 sheets of Small Colourful Smiley Face Glittered Stickers (960 stickers)

Condition: New with tags

Quantity: 1 More than 10 available / 27 sold

Price: **GBP 1.69**
Approximately US $2.14

Buy It Now | Add to cart | Add to watchlist

**This one's trending.** 27 have already sold.

**Breathe easy.** Returns accepted.

Shipping: **GBP 3.50** (approx US $4.44) Standard Shipping. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Watford, United Kingdom

Delivery: Estimated between **Fri, Aug 11** and **Fri, Aug 18** to 33132
Seller ships within 3 days after receiving cleared payment.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, AM EX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
partyerasers (4666 ★)
98.8% positive feedback

Save seller
Contact seller
Visit store
See other items

Registered as a Business Seller

**Have one to sell?** Sell now

## Similar sponsored items See all

Feedback on our suggestions



| Item | Condition | Price | Shipping | Sold |
|---|---|---|---|---|
| Emoji Stickers Smiley Face Die Cut Phone Tablet Decor Scrapbooking Labels | New | $4.55 | + $14.22 shipping | 24 sold |
| Childrens Stickers 3 for 99p Animals Hearts Birthday Letters Smiling faces | New | $1.26 | + $13.38 shipping | 30 sold |
| BAK-024 3D SMILING FACE Reward Sticker Decal Label Children Kid Teacher FREE P&P | New | $1.76 | + $14.13 shipping | 49 sold |
| 180 superhero stickers,10 sheets of 18 for party bags favour pinata loot reward | New | $2.47 | + $14.16 shipping | 134 sold |
| REWARD STICKER BOOK 1000+ STICKERS CHILDREN KIDS FUN ACTIVITY CRAFTS SHEETS | New | $3.49 | + $14.18 shipping | 136 sold |

## Sponsored items inspired by your views See all

Feedback on our suggestions



| Item | Condition | Price | Shipping | Seller |
|---|---|---|---|---|
| Smiley Face Ceramic Mug | New | $12.54 | Free shipping | Seller with a 99.5% positive feedback |
| Smiley Aufkleber böse lachend 12x12cm Bad Emoji Sticker Fun JDM Decal Emotchi | New | $6.00 | + $1.86 shipping | Seller with a 99.9% positive feedback |
| Stylish Resin Cute Sun Flower Smiley 11x11mm 100pcs Nail Art Rhinestones Decor | New | $6.05 ~~$7.12~~ 15% off | Free shipping | |
| VLONE Bloody Smiley Face T-Shirt. Authentic & New. Fits L & XL | New (Other) | $89.92 | + $22.48 shipping | Seller with a 100% positive feedback |
| 50+ SMILEY THANK YOU stickers (1 inch) SQUARE / Gifts & Business FREE SHIPPING | New | $3.74 | + $1.49 shipping | |

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Aug 02, 2023 03:19:36 PDT View all revisions

eBay item number: **285302433789**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Brand | PartyErasers |
| Product Type | Stickers | EAN | Does Not Apply |

## Item description from the seller

10 sheets of Small Colourful Smiley Face Glittered Stickers (960 stickers)

Quantity: 1 pack (10 sheets)

colourful stickers - ideal for party bags or school rewards!

Sticker sheet size: 95mm x 155mm

Sticker size: 0.9cm diameter approximately

## Business seller information

ZAKKAUK LTD
Party Erasers
Ground Floor 9, Bermer Place
Imperial Way
Watford
Hertfordshire
WD24 4XX
United Kingdom
**Value Added Tax Number:** GB 195003421

Phone: 07738264184
Fax: 08709223985
Email: xihahauk@gmail.com

**Terms and conditions of the sale**

as per ebay selling terms and conditions

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## PartyErasers®

**98.8%** Positive Feedback
**15K** Items sold

Visit store | Contact | Save seller

**Detailed seller ratings**

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 5.0 |

**Popular categories from this store** See all

Art & Craft Tape | Cases for Stationery Toiletry | Folders & Organisers | Kitchenware | Novelty Bags & Foldable Bags | Novelty Erasers | Novelty Notebooks Notepads | Novelty Pens & Pencils | Re-Ment Collectibles

**Seller feedback** (5,614)

This item (7) All items (5,614)

y***3 (275) - Past month
super thank you

z***1 (276) - Past month
Fast dispatch and delivery, would definitely recommend, my son will love them.

e***u (519) - Past month
As described, happy with it ! Thx :)

See all feedback

Back to home page | Return to top

More to explore : Smiley Décor Decals, Stickers & Vinyl Art, Stamps & Stickers Sheets, Unbranded Smiley Décor Decals, Stickers & Vinyl Art, Bedroom Smiley Décor Decals, Stickers & Vinyl Art, Sheets Sports Stamps & Stickers,
More to explore : Smiley Décor Decals, Stickers & Vinyl Art, Stamps & Stickers Sheets, Unbranded Smiley Décor Decals, Stickers & Vinyl Art, Bedroom Smiley Décor Decals, Stickers & Vinyl Art, Sheets Sports Stamps & Stickers,
Small Décor Decals, Stickers & Vinyl Art, Small Kitchen Décor Decals, Stickers & Vinyl Art, Cars Small Décor Decals, Stickers & Vinyl Art, Cartoony Small Décor Decals, Stickers & Vinyl Art, Names Small Décor Decals, Stickers & Vinyl Art

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS
Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Fri, 04 Aug 2023 00:28:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49c4:8c00:5d47:e620:261b:674

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Z1GEvKN3YVvOVqGxTOnHSxgaJkdeXKDoUJUNi232ABxBDd9I6JwufahQ/n/cXdKZMfr7DKPDVr9ndF7OETTwgMtaj/sF0nWlzlAEOUsJf0HuaCK18O/
i20XU2LNFzfWtIxqiMJW2nkii6VDZsn9ACv5YuPl1Lgtgkvb0tTiXtwMq1TiN2qM4V5fvOnKXIClJWZHbPwBTko6JBlf7rqel3L7M8zP7Ej9+O68CRhovptTgu884Y+Y9mJxag7FgL8+0tkikx3MMttxkK/xIkzYb+dYuux/kKz2k6RdPh59ZqgOPpj7JghHwwZLn3nqrIcMiVlRVyg22yrtAoVwOofF9kQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Fri,-04-Aug-2023-00-28-22-GMT.mhtml

**Hash (SHA256)**

8b73201f600aa8241f6c983968bc445a2a307b8084ad76689c4785995c75d6d8

**Signature (PKCS#1v1.5)**

WNIyBxDxwXQYSIwnUNXTp4hy0ICvWC4NNRaYEU7t/z1i8KVkFctl66sPJb/KHPq59IqrtUeT2E1gqgCPh5VHy8Rxnf4CPJlhj8fkTqRS1rQJLSiiUWhn5OI/nL/LkrgVdQvFZJNmJQa6u8k2MO+I+0Ls9Hn7elQy3mDa4ef9FDV49lmPQCOVNrGBIx5VGvqkuIKbZn95+Fn2n3gixdCqAiSQY7gVv7qWvGC/
AjvYI4THJKoCSnO3rp7M761lIm5j8/yzR6ouarteduKx+MDY0q/uUH/uiJ2OXi29vDQCUfHFhhczZ6qEllYLXeE/Ez78ZgJjX0k7NE72FlANAWoJHw==



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 12:55:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:491d:2d00:69bf:7906:a752:afb0

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hRZE8Vb5pd2ApavBPJ4MKwWFMLEaeX71Ad6oRVVeULcEIIJAp4rjBRXXZjNm5goJ1ZvZMqhAL/73u/9bcKQHqC+EHi2BELb5GrVBoR95Was8HtPbpz
+E76HvRw5L6zyHnbSvnikVQpMk6Oy2+vZMMej5OeiV6lCBcMAp1qu7LMPUG5JN95qEDRDbD2gNzhbSrLMlDbCM7KCPnE9ZZ1xslRnsfNARP/fztkeQwZCYK9JvSxGPFRUN//jHXNNJjjc7UtlIdbZBGCqtFc9CE5lr43tVszl3KAPKrsz5/CbFLL23mtAbAbZ5I
+F9DaiTLahYF9ELDD4xsx67t10xL9e27A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-12-55-50-GMT.mhtml

**Hash (SHA256)**

4e77f967e769f7c71e5c55471178459f8687d7a504a8461c0a699eb4f11ade20

**Signature (PKCS#1v1.5)**

A24XmBfv35oUwtpfcnapH0zEr3w+Q84Y2Pa3ERD/Jhi85Tf5kEhlyJvLB/JSdXI8lenOxihHYTHV1UAA47tznZAkFL2bR85LcS/HM8hig8VjkBgdAtbmvlBqY+auivOJn/TyVUFeVxb+iIcbaR3CdkHGwnrFliusCVUm4NU8Ah5J28SuRopDuW71zDz6RY9T/
I70FyEc5qMbL394j8NgRqxkazA5KqrsR2yFPup7hFuxxD1JIwy+rL0EKS+GDFf/ySGJcqsEFRLcWDWZp4ylxWRt2Y56aFvdVDOT+TmDeHPqDcMebkf4VsmJSk3A3QF0KAC3wjOhurHVi3/KxnTKlg==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Review item and shipping**

Seller: partyramamk Message to seller



Smiley Round Paper Plates 23cm - Pack of 8

**GBP 3.89**

Quantity
1

**Delivery**
Est. delivery: Aug 28 – Sep 1
International Priority Shipping
**GBP 26.31**
Includes international tracking

**Import charges**
No additional import charges at delivery
**GBP 0.00**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 3.89 |
| Shipping | GBP 26.31 |
| Tax* | GBP 2.12 |
| **Order total** | **GBP 32.32** |

You agree to the Global Shipping Program terms.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley Round Paper Plates 23cm - Pack of 8 | eBay

**URL**
https://www.ebay.com/itm/304960491242

**Collection Date**
Wed, 02 Aug 2023 06:44:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
185.230.112.42

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
UvCX2vCQr5pdHfovHZUhwsBoeGcqI9w9mpAEuquniVvdWq+QYR5Nng3SIww74jUeldHCPxL/YBgbjf3RyWxIgJNwpVfhmi+hGF5a+QY6L1MY0mBDmrUDMQT4rJa6z808HaVhVICBhZ/KDLJY7kRHdKk8ztcixYAF2w3G4qN2ItA=

# File Signatures

SCREEN CAPTURE
PDF

**File Name**
screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]304960491242]]_Wed,-02-Aug-2023-06-44-18-GMT.pdf

**Hash (SHA256)**
f13dea7779b6d5bf37e346d8b1fe92d7ece05b9fb13a0d05d15e53141dbcf27a

**Signature (PKCS#1v1.5)**
RSxRxIHvEN1z6VOAQfCWEJ93CXZysEBq5620yM+x5WVK1AeQIJecUQsdG/VEKRWrzlMxrLAqassO7EgrM9pnieysFHwppJZX+25XFi1b19An/zUfPno+fG6qEwGmeT94J0PqUrfojKiq9J9fOtwI2kbWbn+qTp5scyj2GLk2D7U=



AXENCIS
Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Smiley Face Multicolour Bucket Hat Reversible One Size Ideal For Summer Free P&P 7109615741377 | eBay

**URL**

https://www.ebay.com/itm/304934921904

**Collection Date**

Thu, 03 Aug 2023 13:35:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49c4:8c00:5d47:e620:261b:674

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

eqb3zS+d2Sue1PQYNu+dlhGi89wvZtU2osUR22cWjfJbhY2G0sK8QSXzmjgMvp7AGu1IL7IjLVyywqL+4dMqUMthnJO/O13ysC2wEuAy6U6kbjIrERcZ6YablPSRE20J0i9BZDjNJBhSyjWBZINV8F1wbWQFhxWi0hXmpTgsr6rx8pIXzpVRNrDAI/
DlRn34pfbEKmtSjaL3yEbDqUB8TNUERgXR3GPyTtkxSaVYdI2h5t+VHnSeKrBAXNPy78EtKG4XV8Q6/Ilwv2yGDpU065qakg1Hz5847WEJzf+v/0AytP8E/zkQpdcDO0K+wJbgY/d0W1yYJKWtj+8x3ZfZkw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]304934921904]]_Thu,-03-Aug-2023-13-35-42-GMT.mhtml

**Hash (SHA256)**

af4a6d0ac5377360751b7890ba8bfad74b90c148ee42d28f37d395a89a5c907b

**Signature (PKCS#1v1.5)**

fa+F3QFxhuvSV5haqwWSVxHI04mZBV7zQcR0QVrNvbsev9puLlOaccrIPqAShl/j5MDt9MvJQpVL4ZoEWLtNm0Wv9PF7GAKP+U/jJzjpEvA3w00FmiVXRPkr+rvo+WhCjmLhGf8s+iRqdyowo45JXgBc69r5gWSCeCRCD0NgWIhVuOSWost2AD3yE+IJeyrysc/b6eET46HYF88eKIBK
+X3nkiuAdgQQDH6o/wUYWDUuUQB2WZSHiR+8/SvT1iCFtwudh6SoxMsKNT3/1iH8WbZHWfQZ9zqc/5FdCQ7aDumB2mDUUwxec6/p/c7OXU1R/9Kfa9tSHIDIazBUkNGZkg==

Hi Jade! | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

ebay | Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Clothing, Shoes & Accessories > Men > Men's Accessories > Hats | Clothing, Shoes & Accessories > Women > Women's Accessories > Hats

Share | Add to Watchlist




Have one to sell? Sell now

## Smiley Face Multicolour Bucket Hat Reversible One Size Ideal For Summer Free P&P

Condition: New with tags

Quantity: 1 | 2 available / 3 sold

Price: **GBP 8.95**
Approximately US $11.35

Buy It Now | Add to cart | Add to watchlist

**Breathe easy.** Returns accepted.

**People are checking this out.** 5 have added this to their watchlist.

Shipping: GBP 14.12 (approx US $17.91) Expedited Shipping to United States via eBay's Global Shipping Program . See details
Located in: Manchester, United Kingdom

Import charges: Free amount confirmed at checkout

Delivery: Estimated between **Tue, Aug 15** and **Fri, Aug 18** to 33132
Includes **international tracking**

Returns: 14 days returns. Seller pays for return shipping. See details

Payments: PayPal | G Pay | VISA | Mastercard | AmEx

Earn up to 5x points when you use your eBay Mastercard®. Learn more

International shipping and import charges paid to Pitney Bowes Inc. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
paul22120_0 (7525 ★)
99.9% positive feedback

Save seller
Contact seller
Visit store
See other items

Registered as a Business Seller

## Similar sponsored items See all

Feedback on our suggestions

- Bucket hat 100% cotton with reversible design bucket hats men bucket hats women — New — $8.87 ($8.87/Unit) — + $14.35 shipping — Seller with a 99.9% positive feedback
- Smiley Face Unisex Hats lot of 3 Bucket Hats — New (Other) — $30.00 — + $5.60 shipping — Seller with a 100% positive feedback
- Men Women Reversible Champion Bucket Hat Summer Fishing Hat Camping Hat 4 Color — New — $9.12 — Free shipping — 296 sold
- BUCKET HATS FESTIVAL BRIGHT COLOUR FISHERMAN HAT CAP BEANIE RAVE DANCE IBIZA SUN — New — $5.06 — + $14.23 shipping — 6855 sold
- BUCKET HATS FESTIVAL BRIGHT COLOUR FISHERMAN HAT CAP BEANIE RAVE DANCE IBIZA SUN — New — $7.36 — + $14.31 shipping — Last one

## Sponsored items inspired by your views See all

Feedback on our suggestions

- Smiley AuReber blue inched 12x12cm Bad Emoji Sticker Fun JDM Decal Emoticon — New — $6.00 — + $1.80 shipping — Seller with a 99.9% positive feedback
- Stylish Resin Cute Sun Flower Smiley 12x11mm 100pcs Nail Art Rhinestones Decor — New — $6.05 — $7.63 15% off — Free shipping
- VLONE Bloody Smiley Face T-Shirt Authentic & New. Fits L & XL — New (Other) — $89.92 — + $22.48 shipping — Seller with a 100% positive feedback
- 50+ SMILEY THANK YOU stickers (1 inch) SQUARE / Gifts & Business FREE SHIPPING — New — $3.74 — + $1.49 shipping
- 3D Yellow Moon Smiley Dark Self-adhesive Removable Wallpaper Murals Wall 814 — New — $26.16 — Free shipping

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing. eBay item number: 304934921904
Last updated on Jul 27, 2023 13:37:43 PDT View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Material | Cotton |
| MPN | 7109615741377 | Style | Smiley Face Bucket Hat Multicoloured |
| Main Colour | Multi | Brand | Matchday Merch |
| Modified Item | No | Department | Bucket Hats |
| Features | Reversible | Personalise | No |
| Colour | Multicoloured | Pattern | Smiley Face |
| Size | One Size Fits Most | Theme | Smiley Face |
| UPC | Does not apply | ISBN | Does not apply |
| EAN | 7109615741377 | | |

### Item description from the seller

**SMILEY FACE MULTICOLOUR BUCKET HAT REVERSIBLE ONE SIZE IDEAL FOR SUMMER FREE P&P**



ITEM DESCRIPTION

Smiley Face Bucket Hat

Reversible Bucket Hat
Adults One Size Fits Most
Perfect For Summer Occasions
100% Cotton
Free UK P&P

PRICE : 8.95

ABOUT US | PAYMENT | SHIPPING | RETURNS | FEEDBACK

Matchday Merch supply Official and Fan made products for the following teams... Arsenal, Chelsea, Manchester City, Manchester United, Newcastle United, West Ham United Plus Many More.We also stock many NFL, NHL, NBA, Rugby and Film & TV products.

We strive for 100% customer satisfaction and hope you have a great experience buying from us and are 100% happy with your purchase. If you feel that the transaction or delivery of your item could have been smoother please email us so we can resolve any issues. Contact Us

SHOP AND OFFICE OPENING HOURS

Our online shop is open 247, 365 Days of the year. Our office is open from Monday to Saturday 9am till 6pm. We aim to reply to emails within 24 hours during office opening hours. Over weekends, Bank Holidays and on Manchester United home match days there may be a slight delay.

Seller Dynamics

## Business seller information

Hazjen Trading Ltd
Red Merch
2 Hall Lane
Manchester, Partington
Greater Manchester
M31 4PY
United Kingdom
sales@redmerch.co.uk

Phone: 07856593567
Email: sales@redmerch.co.uk

**Value Added Tax Number:** GB 302652831
**Trade Registration Number:** 10926830
I provide invoices with VAT separately displayed.

**Terms and conditions of the sale**

We strive for 100% customer satisfaction and hope you have a great experience buying from us and are 100% happy with your purchase. If you feel that the transaction or delivery of your item could have been smoother please email us so we can resolve any issues.

SHOP AND OFFICE OPENING HOURS
Our online shop is open 247, 365 Days of the year. Our office is open from Monday to Saturday 9am till 6pm. We aim to reply to emails within 24 hours during office opening hours. Over weekends, Bank Holidays and on Manchester United home match days there may be a slight delay.

COMBINED P&P
If you have made a multiple purchase the eBay combined postage system should automatically recalculate your P&P costs as long as you pay for all your purchases in one transaction.

PAYMENTS
We accept PayPal payments only. We apologise for any inconvenience. This company policy is set up to ensure secure transactions for both parties.
We can only dispatch items/products to the address on your PayPal invoice. If you require a different delivery address please revise the address on your PayPal account BEFORE confirming your payment to us.
Payment or contact to us should be made within 5 days working days. If payment or contact has not been made within 5 working days, we will assume the item/product is no longer required and eBay will automatically begin the unpaid item process. Please note, once eBay open an 'unpaid item' case we won't be able to cancel it.

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 14 days | Seller pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Matchday Merch

**99.9%** Positive Feedback
**35K** Items sold

Visit store | Contact | Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Seller feedback (8,169)

6***d (165) • Past month
Hi received my order today very happy with it thanks very much D McCann
Celtic FC Plastic Drinks Bottle The BHOYS 750ml Stripe Design Official Product (#305017758256)

s***e (220) • Past month
excellent service. will definitely use again.
Rangers FC Band Ring Large In Gift Box Official Licensed Merchandise Gift Idea (#304653884325)

o***e (512) • Past month
Excellent item highly recommend
Liverpool FC Zip Through Hoody Mens Small Hooded Zipped Jumper Official Product (#304974682362)

See all feedback

### Popular categories from this store See all

Premiership Teams | EFL Championship | Scottish Prem SPFL | Viva Ronaldo | La Liga | Bundesliga | Primeira League | Eredivisie | France Ligue 1

Back to home page | Return to top

More to explore : Summer Bucket Hats for Men, Bucket Hats One Size Hats for Women, Bucket Hats One Size Hats for Boys, Bucket Hats One Size Hats for Girls, Bucket Hats Pink One Size Hats for Women, J.CREW Bucket Hats One Size Hats for Women, Beige Bucket Hats One Size Hats for Women, Bucket Hats Blue One Size Hats for Women, One Size Hats Multicolor Bucket Hats for Women, Bucket Hats Leopard One Size Hats for Women

About eBay | Announcements | Community | Security Center | Seller Center | Policies | Affiliates | Help & Contact | Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Thu, 03 Aug 2023 13:36:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49c4:8c00:5d47:e620:261b:674

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KBzVO5/vGo1bgMMV+L5zdGinqG8LFYnZCD+DwnrCNz7+jdi9mCGTm1gNWV6el9MoHxkvG9SAO4H8XN8eJz1tQQzMva7fRqDOY/jQ/yXQY5YvpCNUoVuyoGEhTQHEYV7z8h2R8JzUiKeF/ilXucIKea0Yfjotaui46TbeH/h6wuQCKIEUcnlFPw8Z7Uhg6a+
+VRqtnxiOrbHYTUx/9x7GgZSXc0HcPrzTud2nkzEZAnPgZLHBXrLre5hfJkchjTtBYiMTkjkkRkGX0jWwLh/Gxk9gZoKq3U3RouMq1OVDl/kacpb8svjonoO8AlAyOQ7v42vEZ6Fg4P8KKv8FHW3qrg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Thu,-03-Aug-2023-13-36-32-GMT.mhtml

**Hash (SHA256)**

ba7943f041253f4aa43107e867bfd3f0fd78c7a40e0880dfa6b8f8a83adf1154

**Signature (PKCS#1v1.5)**

WukKRfYwYbWPZZE+QhsGVKwZRwU0uFMy/OOkwazykFqlil5AA3jpozNi/tYlCsNgDorxOWCq924BY1suYKPyy4+3XJuCeYY2r5LsnINVITjvzmm90uDKsMD5xRgzzn0RtaygAnClHm68aWwq09nDar1EmFFHgiqgSbEq9Us7GXiCVLgnSKy3KbkC414k
+WYtcJp5o2wajSedqqHIUFnZAE57AgL5BY4dtCSDkRwHc3IADavk8kEbFprefctTEitmQSsqn/OhAz5QIagUmEJ0KnmbF6fGnjuTCPxjNknXenZTCOJBRFT4icZIUhw+qW1gY7LOAaIhebPRpgt2hLd7aw==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

VISA | AM EX

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Review item and shipping**

Seller: paul22120_0 Message to seller



Smiley Face Multicolour Bucket Hat Reversible One Size Ideal For Summer Free P&P

**GBP 8.95**

Quantity
1

**Delivery**
Est. delivery: Aug 18 – Aug 23
International Priority Shipping
**GBP 14.12**
Includes international tracking

**Import charges**
No additional import charges at delivery
**GBP 0.00**

**Gift cards, coupons, eBay Bucks**

Enter code: | Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 8.95 |
| Shipping | GBP 14.12 |
| **Order total** | **GBP 23.07** |

You agree to the Global Shipping Program terms.

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Smiley Face Smile - Yellow Enamel - Zipper & Bag Charm | eBay

**URL**

https://www.ebay.com/itm/125792105032

**Collection Date**

Tue, 08 Aug 2023 16:08:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GiTfDinhMvH5voFdUhWP01X8cQQ+fPVVi7kJrSlbNE1damNAbhXrnj6B8LHK/b8Q01d69+j1scPb4tCqccZm/
PoZloGJRFuCOTlen6pQitmZMqCGngiACVFZky0L7yudcAq5mHPUitUG9sPC3CUh4H3ltik9+TuXYlFikHa4BJH4Bkou3AP9OJ2fuMh05XDN6LMi1VtdxtxePKtoJ01vblcIs3LuWDGWgD726oIv9YJpq5Yrhnh5gwOmwIHITM3gbyRqtZaZmIGST1cvwCzAdRiq0odBW3HCdk27XhYDzwEM1WV5X
6H9I3q+0DZxKV3EhOCkcJPH/VD7a6+l+Whivw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]125792105032]]_Tue,-08-Aug-2023-16-08-20-GMT.mhtml

**Hash (SHA256)**

b037783e06528866672b41518d099b71a9bb10e6ac7bc33db58bea719c9c4bb7

**Signature (PKCS#1v1.5)**

gcw3qtmb2tt9gL0/OQ9kEjJHDt9pqLhAXGh9bH0CFTIVOFxsZEoZR2AgCoYZ7J3uBIS4gw9cKfjTV623oNVD+0JmlVHZNAPjzCdBaCRocc65TPQDdAqQIM7KisbzAXm2elWFGKbipVvIzeJ8qNr4g6BwumNJwwk
+Xi0b740BAddBIEnkNuGx8dllThoL4pBQya3npZGGmfGi6c2M7RCOflwhmac5Oqmp1onHj7Vqv8uXfb7YgaTwPl4/ac4dhViIGXaWgNWNwwhWuox2C19E4fcS+1dfv/31KXu6fXKHmqZQ78ThtAX2Fq0/nLaN36kSGIDUcDhDq3p88SjZ3++xGg==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Clothing, Shoes & Accessories Women Women's Accessories Handbag Accessories Share | Add to Watchlist



## Smiley Face Smile - Yellow Enamel - Zipper & Bag Charm

Condition: **New with tags**

Zip pull: Smiley Face

Quantity: 1 2 available / 2 sold

Price: **GBP 2.91** Approximately US $3.72

Buy It Now | Add to cart | Add to watchlist

**Breathe easy.** Returns accepted.

Shipping: **GBP 13.94 (approx US $17.80)** Expedited Shipping to United States via eBay's Global Shipping Program. See details
Located in: Southampton, United Kingdom

Import charges: **Free** amount confirmed at checkout

Delivery: Estimated between **Fri, Aug 25** and **Wed, Aug 30** to 33132
Includes **international tracking**

Returns: 14 days returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

International shipping and import charges paid to Pitney Bowes Inc. Learn more

$ Have one to sell? Sell now

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**

penrux_design (7357 ★)
98.2% positive feedback

Save seller
Contact seller
Visit store
See other items

Registered as a Business Seller


## Similar sponsored items See all

Feedback on our suggestions

| Item | Condition | Price | Details |
|---|---|---|---|
| Round Ring Circle Spring Snap For DIY Keyring Hook Bag Buckle Handbag Purse New | New | $3.05 | Free shipping |
| Boho Macrame The Sak Tassel Bag Charm Purse Tag Wood Bead Pink Enamel | Pre-owned | $22.00 | + $5.70 shipping; Top Rated Plus; Seller with a 99.4% positive feedback |
| Acne Studios Women's Light Blue Stripe Ribbed Knit Wool Smiley Smile Face Beanie | New | $39.99 | 0 bids; + $5.85 shipping; Seller with a 100% positive feedback |
| Unisex Pompom Keyring Fluffy Rabbit Fur Pearl Bag Pendant Ball Keychain Gift | New (Other) | $3.01 | ~~$3.17~~ 5% off; Free shipping; 7 watchers |
| Rainbow Smiley Face Flower Bogg Bag Keychain Tag Charm Set | New (Other) | $16.00 | Free shipping; Last one |

## Sponsored items inspired by your views See all

Feedback on our suggestions

| Item | Condition | Price | Details |
|---|---|---|---|
| 9ft 2.7m Banner Yellow Emoji Smiley Face Birthday Party Decoration Boy Girl | New | $3.44 | + $14.28 shipping; Seller with a 100% positive feedback |
| Smiley Face Ring 18K Gold Plated | New | $19.09 | + $17.25 shipping; Last one |
| Banksy Grim Reaper Graffiti Dictionary Art - 8x10 Smiley Face Poster - Modern | New | $27.63 | Free shipping; Seller with a 100% positive feedback |
| Yellow Smiley Emoji Face Printed Polycotton Mask Fabric 110 cm MD1517 Mtex | New | $3.19 | + $31.93 shipping; 39 sold |
| Emoji Stickers Smiley Face Die Cut Phone Tablet Decor Scrapbooking Labels | New | $4.58 | + $14.32 shipping; 24 sold |


About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.

eBay item number: **125792105032**

Last updated on Jul 15, 2023 12:31:22 PDT View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Pattern | No Pattern |
| Number of Pieces | 2 | Size | One Size |
| MPN | PEN0448 | Year Manufactured | 2020-2029 |
| Material | enamel, Alloy | Item Length | 25mm |
| Accents | lobster clasp | Colour | Yellow |
| Brand | Penrux | Department | Unisex |
| Type | bag charm | Style | Zipper charm |
| Theme | Colourful | Features | Detachable, Lightweight |
| Country/Region of Manufacture | China | Handmade | Yes |
| Item Width | 20mm | | |

## Item description from the seller

Keepsakes from Penrux
A gift for every occasion

UK Seller | Next Day Shipping Offered
One of eBay"s most reputable sellers | Consistently delivers outstanding customer service

KEEPSAKES MEMORIAL PET WEDDING CHARMS AND PENDANTS BABY AND CHILDREN

## Enameled Smiley Face

Bag & Zipper Charm

GALLERY



FEEDBACK

500+

POSITIVE COMMENTS

o***o: Fast delivery, great item, thanks
1***2: Perfect! Thanks so much!
1***j: Very happy with this purchase thanks

DESCRIPTION

OTHER PRODUCTS

ABOUT US

Business seller information

Return policy

Penrux

Detailed seller ratings

Seller feedback

Popular categories from this store

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 16:10:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ZiMzfHUGPR4aq862v7vqu6sgQ3GwFuMYQdPQuGLJJTCZSbMW4YJ+PxL/I7fizYkXddmflSb/776iaLPb2Xd7e3NihPKxeSA0UpQuX5+SbeinafuxMxsz8pAjJv42GS/4fMNOw3u8KCmJ7DtuAzISHUZNy3deW3SIpGfMZXtFioD
+r85lDdLWDZsXOB9PKS8AI6aXGkB5e/4uGv3UGPEvz5lNyzn7tz5RDoapio6gpjLIbo0xju+f9DK7sAlOGMrK71Q/Qk1ETVtj37I6q5D+GKJq938/TTViMZpeiTQZYZCxXEqTTT22AE1Fr89TirKiN0lTWajGe/wsRzhiaIa6Kw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-08-Aug-2023-16-10-16-GMT.mhtml

**Hash (SHA256)**

6aee7b64e03bae25d8699720b929eb22ada49bbca25d24a5dcaae7712098f7a1

**Signature (PKCS#1v1.5)**

PTy4wzvL9w/0geBrTnNVWkDL3tMP4K9PX2iyItaFj2laz9Gpa37UWmV69dHzNaInGIaep/GZKvHVv8fCFw6FC6dwYWlsHOh2UDKTMJ6foYFIPBYKWB2KKPX4XkLjw7C3VkfafKq1rws53EnwQ85JFhqNr9KZ22yHEb7BcL/hfW5UAGv/xMUr05es6E8VP9E8IUKdcf6B/
ICmRMwch1LrGyM3Gwkf1lcaBMlL2cP2gAUlkzyP79z+r9riiKraxs951fntbmkouIzYDzLG+I1L4CSGtrraaiNRrBxXPpazrg/2VS5PXrH++an6B3Cbv+6IONuIHe5k8lqd0m/dUliKyw==

ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Review item and shipping**

Seller: penrux_design Message to seller



Smiley Face Smile - Yellow Enamel - Zipper & Bag Charm
Zip pull: Smiley Face
**GBP 2.91**

Quantity
1

**Delivery**
Est. delivery: Aug 30 – Sep 4
International Priority Shipping
**GBP 13.94**
Includes international tracking

**Import charges**
No additional import charges at delivery
**GBP 0.00**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 2.91 |
| Shipping | GBP 13.94 |
| Tax* | GBP 1.18 |
| **Order total** | **GBP 18.03** |

You agree to the Global Shipping Program terms.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Girls Rule Wall Art Set of 3 Pink Bedroom Posters Emoji Smiley Face A4 Unframed | eBay

**URL**

https://www.ebay.com/itm/266368696136

**Collection Date**

Wed, 30 Aug 2023 06:18:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

B92335gV46NwCGWp/cGPNN40FSP4fUMXtjw69KwktmnA3QBWDaGYJqo9+oPhsj/lsR9fK/MvqIqHy86F/UD9OFeV9P2JoIAMFiWG0p2VuMeviDPEkcHIHNlQ2kTT5EIdoVwYCJBfZJ/dgTYYHw1tN8zxb4rhr3f9Az/76Cc3v7U/C8jgK+A/Pfxg5H/
dyvY27v9Y4LJFhpocgeEMMPgNNfDlLhHwvPvJZg7u1gmx6g98M19tsLJHSqN0dwSVbZoKpeBeLtJjQBe0s0Y4p7Hx6Inx2Qy/AQtdYk4xq/jpEDSq2+MrLdMfg+teQTplb/UPDm76MFcAWnwYWCaWAADQag==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]266368696136]]_Wed,-30-Aug-2023-06-18-10-GMT.mhtml

**Hash (SHA256)**

393b53b6c0b421c81b301f7db4e2807010b1daef76e2002bd954e27ac74c5a81

**Signature (PKCS#1v1.5)**

mfdryYHiEWC2aG6kVBkBjh04U1tDgt4BaDiYGyfpT339YD6T7QcOM8CVdqjCPLg0/wJlnaEuLZ9fV1YzJ1Yxqym24n7XdvFchaSP1mdjVvd6sV432cI/UbIkQ2kq1+7e+b8t9TGJw2jZ7lH8GsWDcYujlSWzdQLRAAcdveqBu4wSCnWujeqy63r9hM09WxocUz0lNnR5HpWCDZvPbSBb/
APACENmmZeWfpJZQk2NJSUIppwSrHQnPS0jE5sKOQf6VO1lXejNzWouDeha6wS3ScKw9VW2ZFpxG3Wfsd9y2m88pznjxBF3vMTcKVdo87zfW2kw007iAJyTpyIeI6CPlg==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 30 Aug 2023 06:19:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

D0ryouRBJXD3hqnFv4lHB5ewJjjRKizLjKld58B4VaZvgALTN4tgbkkMPIS3OQC2zUtER9shIpKu7xOcIWEdtt5lJRbJFY0Js2l5V7uJHnMq4FCAUyoSXXG9nlNC17YpCMStJocTu0Ov2o0ob61FsNLA3TSGUbe25Bds/143uT1ZNFtgqc/
gmCKsJYFbbdFfMpQx9B69jo8SAhRWum8tWbQwdLQ219obYwaKyULKCwd3YpPizC96y+9rDnRDvzDCl3hNRUwEjXpYBNpPjWuqxZv9PEM/XGVkrmCTT4fMF9oanjQRTUZD1rTjbA9/dkMP2LfOlKuyO1vPoBc2Bj6YFA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-30-Aug-2023-06-19-14-GMT.mhtml

**Hash (SHA256)**

ae99e7329050e5bb3189207b62d3befb0d270db898f46bc50a2736a690ebb5c9

**Signature (PKCS#1v1.5)**

RWHHBEqkDOKVHdiLQOQ7dqQa7ryrX5gPUpd7KxCVQBTbeB5d9au8D7pgYm9VMPSvFP8rzPLJ+DhrcknYEWzlps9pTpTfoCu57bZCwU7iB2pMJQotEyljRIxwpL9WUzl9nLeZnTKVv
+REecECIhUhtEAbdxVltSzLOQw1Yw49DPObls1PRS1XpE86RUrE1LHxFTLYD2yiv4ag4CEp9ltZx09rSWy8CXLfm1MzE80bY23FYCMxB4ddF8DZCwTJdELQe4TWOPrXahI3Hiw89R9CFRkypfo0khMFEQhLRbJXaViXAJBxKk3PbHvB5trTT4d09m86/C6aRMCKQF2aTVijIg==



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

RAINBOW SMILE FLAG - FUN, GAY PRIDE SMILEY FACE - Choose Size 3x2, 5x3 Feet | eBay

**URL**

https://www.ebay.com/itm/272009073442

**Collection Date**

Mon, 07 Aug 2023 23:46:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AQCPXgHPpHFpn+sDvZiKK0cUNKfsdecBadMsi97vglgWW1YZGOV+ux84/uAlVOyx80y/GoxGnuoKPfp6Tci6ntHFBTyQqaKESl4R1WJ62FG/OMAB0rMjUumS8+V+nlN8syFwu6XD6HEyMpWY2RE9EUSMDP8JS9C0g2rSopXxhtUC92pvdQlyexfXLpej8d93jbY2j4gjYw+PculPq710rXW/
jEJvfj9Q/L+g95lGf7ReLUGTQoLCahTvEmmylpq9SmlgtrM/upKgBMnhPPwZSUY6xY/KJ++VN77sqyN3KvqFfNm3bexxlYkN8nox156ApAXa9q4esFNKRA9PRvRzWg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]272009073442]]_Mon,-07-Aug-2023-23-46-48-GMT.mhtml

**Hash (SHA256)**

fd0d377c1f95e405645bc6007b01a551717beb8d18d110fe63e4bbb50cdb03e4

**Signature (PKCS#1v1.5)**

BuiSMm3P4F6J5ImixdJ5tu+Vqeq97dxqFC/eY7PFZ5PKjasGGrIobVGm6SPa68AtABXlyBEMuxImFkbUz0Bjb1mHTjLZFGYymRNRruO/1hMIhhskoHFedkLeFkbdAOrFR11KhX1zLZVxRy2nKklMMkz21nrMmsSLH05EAQb0qZx4K+D+Vl03/y2CcB//epf38vdvHzwmDBoR9g978QlrSXifD/
h2aNsmL4VeASkSDfyULWWDiQ6jvWbepQIJUNBj1tCppRR7WX+XwXRoU6/qJ6u6tzas8rCy1rZ7tAQF8vuy/NRdufP+6tv4etfSUXplw5icd0WHc+6bMNWPEJVUdg==

Hi Jade! | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

ebay | Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Collectibles & Art > Historical Memorabilia > Flags & Pennants > Other Flags & Pennants | Share | Add to Watchlist



Have one to sell? Sell now

## RAINBOW SMILE FLAG - FUN, GAY PRIDE SMILEY FACE - Choose Size 3x2, 5x3 Feet

Condition: New

Size: - Select -

Quantity: 1 Last One / 202 sold

Price: GBP 3.75
Approximately US $4.78

Buy It Now

Add to cart

Add to watchlist

**This one's trending.** 202 have already sold.

**Breathe easy.** Returns accepted.

Shipping: GBP 1.99 (approx US $2.54) Economy Shipping. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Bolton, United Kingdom

Delivery: Estimated between **Mon, Aug 28** and **Thu, Sep 14** to 33132
Please note the delivery estimate is **greater than 17 business days.**
Seller ships within 1 day after receiving cleared payment.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
perfectflags (24499)
99.4% positive feedback

Save seller
Contact seller
Visit store
See other items

Registered as a Business Seller

## Similar sponsored items

See all | Feedback on our suggestions



Rainbow Small Flag 3 X 2 FT - 100% Polyester - Gay Rainbow LGBTQ Pride
New
**$5.04**
+ $14.31 shipping
Seller with a 99.8% positive feedback



Rainbow Love Flag 5' x 3' Gay Pride
New
**$6.31**
+ $20.77 shipping
**374 sold**



RAINBOW SMILE FLAG 5FT X 3FT GAY PRIDE RAINBOW LGBTQ+ FESTIVAL FLAG
New
**$6.31**
+ $20.77 shipping
Seller with a 99.3% positive feedback



Gay Male Striped Flag - 5 x 3 FT - New 100% Polyester - Rainbow Gay Pride LGBT
**$6.31**
+ $14.35 shipping
Seller with a 99.3% positive feedback



LARGE 5FT X 3FT GAY PRIDE FLAG UK 6 COLOUR RAINBOW LGBTQ INCLUSIVE BRASS EYELET
New
**$5.09**
+ $14.31 shipping

## Sponsored items customers also bought

See all | Feedback on our suggestions





Have a Nice Day Matey 3ft x 2ft Smile Pirate Flag Kids Banner Decoration
New
**$5.42**
+ $14.33 shipping
**196 sold**



ONE EYED JACK SLEEVED FLAG 18"X12" 45CM X 30CM PIRATE FLAG JOLLY ROGER
New
**$4.40**
+ $14.30 shipping
**28 sold**



FLINTSHIRE FLAG 5FT X 3FT WITH TWO METAL EYELETS NORTH EAST WALES COUNTY FLAG
New
**$6.31**
+ $10.21 shipping
Seller with a 99.3% positive feedback

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Aug 17, 2022 06:55:35 PDT View all revisions

eBay item number: **272009073442**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Type | Other |

## Item description from the seller

**Flag Details**

### 1. Please Select Size - From The Drop Down List

- 3 x 2 = 3feet by 2feet - 5 x 3 = 5feet by 3feet - 8 x 5 = 8feet by 5feet - 4" x 6" = 4 Inches by 6 Inches (Hand Flag)

### 2. Please Select Quantity - In The Quantity Box

- PerfectFlags are 100% Polyester
- PerfectFlags Have 2 Brass Eyelets for Hanging or Flying
- PerfectFlags Have Double Stitched Hems For Durability
- PerfectFlags Are Suitable for Outdoor or Indoor use
- PerfectFlags Are Packaged In Individual Bags
- PerfectFlags Ship Your Order Within 24 Hours

**PAYMENT**

We Accept Paypal, this helps protect you **and** us.

**DELIVERY**

All orders received before 2pm Monday-Friday will normally be dispatched the same day.

Orders received after these times will be dispatched the next working day.

### U.K. Orders

**Free Shipping** to All U.K. Addresses - Any Order Size

### European Orders

**We Combine Postage Costs For You..**

**Please request an Invoice from us so that we can combine your postage before you pay.**

Orders are sent by Royal Mail Airmail service. European orders are supposed to take 1 Week but we have found it can take up to 3 weeks, so please allow plenty of time.

### Rest Of The World Orders

**We Combine Postage Costs For You..**

**Please request an Invoice from us so that we can combine your postage before you pay.**

Orders are sent by Royal Mail Airmail service. Orders vary dramatically between 2-4 weeks depending on the country and customs clearance, so again, please allow lots of time and remember that this is out of our control.

Please note that whenever possible we try to minimise unnecessary packaging. This is better for the environment and keeps postage costs down, which means a better deal for you. Each order is individually packaged and in most cases we use mailing bags.

All orders are weighed and sent either tracked or sent with proof of postage.
**Any claims for lost or damaged orders will be investigated by Royal Mail or our couriers.**

**RETURNS**

We are so confident that you will be 100% satisfied with your purchase that we offer an unbeatable

**14 Day No-Questions-Asked Guarantee.**

If you change your mind, simply return the order in its original packaging unopened for a full refund.

If there is something wrong with all or part of your order we would love to have the opportunity to put it right but if you prefer to return the goods we will give you a full refund.

## Business seller information

Darts Corner Ltd
Andy Cornwall
Harewood House
Union Road
Bolton
Lancashire
BL2 2HE
United Kingdom

Phone: 01204284164
Email: info@perfectflags.com

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Perfect Flags

**99.4%** Positive Feedback
**98K** Items sold

Visit store | Contact | Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 5.0 |

### Popular categories from this store

See all

Countries A-H | Countries I-O | Countries P-S | Countries T-Z | County / Area | Flagpoles | Historical | Military | Plain

### Seller feedback (28,935)

This item (3) | All items (28,935)

6***8 (696) • Past month
Superb Smiley flag, excellent service, recommend seller, many thanks.

0***s (944) • Past 6 months
Excellent

0***e (568) • Past 6 months
Arrived extremely quickly! Excellent service from reliable seller, thank you :-)

See all feedback

Back to home page | Return to top

More to explore : rainbow Flag, 3x5 American Flag, 3X5 Flag, 4x6 American Flag, 48 Star Flag, Pirate Flag, Flag Display Case, Basic Fun Collectible Video Arcade Machines, Collectible Vintage Pez Dispensers (without Feet), Collectible German Flags

About eBay | Announcements | Community | Security Center | Seller Center | Policies | Affiliates | Help & Contact | Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 07 Aug 2023 23:47:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MYWrTlqYvYNjVCX3Gf/sRRmeloYRJVnH6ADvzG5Yp7DzNcg9vOyQaFTPCF5NoT0s4CmWgXvEkHJKVZ5nFxclmRFapYowUGvim61GtWbmhh09r6x3dTK9oArbwyNdWouU4guRAMsAxdMMcTL2Ordx/eEWYdjMhIsUTIIVIh8Tq1Zqy7tUYps/CMR+nhMaNrXlqDz/GmYm/
BlJ7zEKXrd5N60Pcy+uQRht4SVE/WML9lXdFEFFwV2ckhw9XDCXHnq50WAO7y9PNHjTuU8nWSpc4LhMYRVyM+CcpKBZkX0YiYYFAr8wn2Cg0oEZ/q23Ur26zNLVQicR4IqD+G37DUi3sQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Mon,-07-Aug-2023-23-47-37-GMT.mhtml

**Hash (SHA256)**

a72c42a1b641f5ccb8c67048e8b04e25ea932156968f5b2b2554f72e94dcb04d

**Signature (PKCS#1v1.5)**

dRzfijbFroRgvmHjiUxXNb/2H7mbfQu3su4ad9yYFEzXoREDuwP2uaxXiVIHKqYwFrJmIqSIf26z5ODc+hvzX7dcDkvEOFLvl2xLAgP2PPo4PXveBh1hW2L6pEpBBi5/tBPmEwLj+LOr0vxY8MPzRct0YaDV5Qr2pYditwc+xiVX1Q6VChfZYJ0l1SfO7IWZqWVLZyU7k9PRFG/wEw/
kRU1xJQ811jENhvs96W4LkMmaDSxPnILhZpVN2t/Vxa/dInYnHAkWCBtLpaUcPiEqouoOZpqY4fySX1nw9NW7sNvzFsImMpMULaiNlbuWcbTZEvUuo9mdeS6Pgkysr8TOkw==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

VISA

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Review item and shipping**

Seller: perfectflags Message to seller



RAINBOW SMILE FLAG - FUN, GAY PRIDE SMILEY FACE - Choose Size 3x2, 5x3 Feet

Size: 3x2 - Medium 90x60 cm

**GBP 3.75**

Quantity 1

**Delivery**
Est. delivery: Aug 28 – Sep 14
Economy Int'l Postage
**GBP 1.99**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 3.75 |
| Shipping | GBP 1.99 |
| Tax* | GBP 0.40 |
| **Order total** | **GBP 6.14** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
2x Personalised PREPPY SMILEY FACE HIPPY Birthday Banners LARGE Party Poster | eBay

**URL**
https://www.ebay.com/itm/144934538398

**Collection Date**
Mon, 28 Aug 2023 05:19:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
185.230.112.42

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
lN6TuvpsCQgoLndGmLmLv+0pqyb7WFqeDLXXPraYk/vTQpvbT92JTyKkYAHswAHl6mkuenzkYgwQhtiPvJ00p7+cUgocfK19DWMt/19gnmmLPAGwJfWAF3N7sN1lUQOrS2yEoFMUxD5F7x1y8fKzFg0fUm1L2rbaphusLHSn134=

# File Signatures

SCREEN CAPTURE
PDF

**File Name**
screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]144934538398]]_Mon,-28-Aug-2023-05-19-15-GMT.pdf

**Hash (SHA256)**
9c4bbfb4c7eb1441a1f3b7938436cb4c332d500beb159400f06f25ea2313b73e

**Signature (PKCS#1v1.5)**
gHojgA6qUqcyHieE3iYvCl7maJc+9a0QY6V6gDEh8NiDu0kI79Sqe3pgQkDekC30AydAulPJrPRkMzONjt+YcDChFBzgCwcw+p4idCoC583+WPrA5wfF9suybX+ip3qWLorl+ZxrLaR9A/w4sb1Uv4Cf12IynYOS87V+OU4tju0=

Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Home & Garden > Greeting Cards & Party Supply > Party Supplies > Banners, Bunting & Garlands

Share | Add to Watchlist

## People who viewed this item also viewed

2 x Personalised HAPPY BIRTHDAY Banners LARGE... Business $7.47 ($3.73/Unit) + $8.60 shipping

Sponsored 2 x Personalised BARBIE PINK Birthday Banners... Business $7.47 ($3.73/Unit) + $8.60 shipping

2 x Personalised HAPPY BIRTHDAY Banners LARGE... Business $7.47 ($3.73/Unit) + $8.60 shipping

2 x Personalised PINK BLUEY Theme Birthday Banners... Business $7.47 ($3.73/Unit) + $8.60 shipping

2 x Personalised BLUEY Theme Birthday Banners... Business $7.47 ($3.73/Unit) + $8.60 shipping




Hover to zoom

Have one to sell? Sell now

## 2x Personalised PREPPY SMILEY FACE HIPPY Birthday Banners LARGE Party Poster

Condition: New
Quantity: 1 More than 10 available / 20 sold
Personalization: Please Leave The Name & Age You Would Like
0/250

Price: GBP 6.95
Approximately US $8.72

Buy It Now
Add to cart
Add to watchlist

This one's trending. 20 have already sold.
Breathe easy. Returns accepted.

Shipping: GBP 7.30 (approx US $9.16) Expedited Shipping to Germany via eBay's Global Shipping Program. See details
Located in: Newcastle upon Tyne, United Kingdom

Import charges: Est. GBP 4.47 Amount confirmed at checkout

Delivery: Estimated between Tue, Sep 5 and Thu, Sep 7 to 60323
Includes international tracking

Returns: 30 days returns. Buyer pays for return shipping. Personalized items cannot be returned. See details

Payments: PayPal, Apple Pay, G Pay, VISA, Mastercard, AMEX

International shipping and import charges paid to Pitney Bowes Inc.
Learn more

Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

Seller information
personalisedbyyou (3565)
99.5% positive feedback
Save seller
Contact seller
Visit store
See other items
Registered as a Business Seller

## Similar sponsored items See all

Feedback on our suggestions

2 x Personalised BARBIE PINK Birthday Banners LARGE Kids Party Poster Pink — New · Business — $7.47 ($3.73/Unit) + $8.60 shipping — Seller with a 99.5% positive feedback

1 x 6FT Large Banner Happy Birthday Personalised Banners Black Gold Print — New · Business — $12.54 ($12.54/Unit) + $8.75 shipping — 86 sold

2 x Personalised PINK BLUEY Theme Birthday Banners LARGE Kids Party Poster — New · Business — $7.47 ($3.73/Unit) + $8.60 shipping — Seller with a 99.5% positive feedback

2 x Personalised HAPPY BIRTHDAY Banners LARGE Party Posters Navy & GOLD 900x300 — New · Business — $7.47 ($3.73/Unit) + $8.60 shipping — 72 sold

Personalised Unicorn Birthday Banner - Children Party Banner — New · Business — $6.26 ($3.13/Unit) + $8.56 shipping — 72 sold

## Sponsored items customers also bought See all

Feedback on our suggestions

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing. eBay item number: 144934538398

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging ... Read more | Character | HIPPY |
| Occasion | Birthday | Main Colour | Multi |
| Material | Paper | MPN | Does Not Apply |
| Bundle Listing | No | Colour | Pink |
| Brand | [illegible] | Type | Party Banner |
| Theme | PREPPY | Country/Region of Manufacture | United Kingdom |
| Character Family | SMILEY FACE | Personalise | Yes |

### Business seller information

### Return policy

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### PersonalisedByYou

99.5% Positive Feedback
26K items sold

Visit store
Contact
Save seller

Detailed seller ratings
Average for the last 12 months
Accurate description 4.9
Reasonable shipping cost 5.0
Shipping speed 5.0
Communication 5.0

Seller feedback (2,489)

Popular categories from this store See all
Other

See all feedback

## You may also like

Feedback on our suggestions

2 x Personalised HAPPY BIRTHDAY Banners LARGE Party Posters Navy & GOLD 900x300 — New · Business — $7.47 ($3.73/Unit) + $8.60 shipping — 72 sold

2x Personalised WEDNESDAY FILM Theme Birthday Banner LARGE Party Poster ADD NAME — New · Business — $7.47 ($3.73/Unit) + $8.60 shipping — 281 sold

2x Personalised WEDNESDAY FILM Theme Birthday Banner LARGE Party Poster ADD NAME — New · Business — $7.47 ($3.73/Unit) + $8.60 shipping — 371 sold

2 x Personalised HAPPY BIRTHDAY Banners LARGE Party Posters Pink & White 900x300 — New · Business — $7.47 ($3.73/Unit) + $8.60 shipping — Seller with a 99.4% positive feedback

2 x Personalised BARBIE PINK Birthday Banners LARGE Kids Party Poster Pink — New · Business — $7.47 ($3.73/Unit) + $8.60 shipping — Seller with a 99.5% positive feedback

2 x Personalised PINK BLUEY Theme Birthday Banners LARGE Kids Party Poster — New · Business — $7.47 ($3.73/Unit) + $8.60 shipping — Seller with a 99.5% positive feedback

2 x Personalised Peppa Pig Birthday Banners LARGE Kids Party Poster Pink — New · Business — $7.47 ($3.73/Unit) + $8.60 shipping — 257 sold

2 x Personalised HAPPY BIRTHDAY Banners LARGE Party Posters Sage Green & Silver — New · Business — $7.47 ($3.73/Unit) + $8.60 shipping — Seller with a 99.4% positive feedback

2 x Personalised BLUEY Theme Birthday Banners LARGE Kids Party Poster — New · Business — $7.47 ($3.73/Unit) + $8.60 shipping — 335 sold

2x Personalised BIRTHDAY PINK FAIRY Wish Banners LARGE Party Poster ANY TEXT — New · Business — $7.47 ($3.73/Unit) + $8.60 shipping — Seller with a 99.4% positive feedback

2 x Personalised PINK BLUEY Theme Birthday Banners LARGE Kids Party Poster — New · Business — $7.47 ($3.73/Unit) + $8.60 shipping — Seller with a 99.5% positive feedback

2 x Personalised HAPPY BIRTHDAY Banners LARGE Party Posters Navy & Blue 900x300 — New · Business — $7.47 ($3.73/Unit) + $8.60 shipping — 29 sold

2x Personalised HAPPY BIRTHDAY BANNER Banners LARGE Party Poster Flowers — New · Business — $7.47 ($3.73/Unit) + $8.60 shipping — Seller with a 99.5% positive feedback

Personalised Unicorn Birthday Banner - Children Party Banner — New · Business — $6.26 ($3.13/Unit) + $8.56 shipping — 72 sold

HAPPY BIRTHDAY BUNTING BANNER LETTER HANGING CARD PARTY DECORATION GARLAND — New · Business — $1.24 ($1.24/Unit) + $8.41 shipping — 8297 sold

2x Personalised BLIPPI THEME Happy Birthday Banner LARGE Poster ADD NAME & AGE — New · Business — $8.72 ($4.36/Unit) + $8.64 shipping — 24 sold

2x Personalised UPSY Daisy Theme Birthday Banner LARGE Kids Party Poster — New · Business — $8.72 ($4.36/Unit) + $8.64 shipping — Seller with a 99.4% positive feedback

2 x Personalised Rocket HAPPY BIRTHDAY Banners LARGE Party Posters Kids 900x300 — New · Business — $7.47 ($3.73/Unit) + $8.60 shipping — Seller with a 99.4% positive feedback

2M-3M FOIL FRINGE TINSEL SHIMMER CURTAIN DOOR WEDDING BIRTHDAY PARTY DECORATIONS — New · Business — $2.77 + $8.46 shipping — 6205 sold

2 x Personalised PRINCESS Pink Birthday Banners LARGE Kids Party Poster Any Name — New · Business — $7.47 ($3.73/Unit) + $8.60 shipping — Seller with a 99.5% positive feedback

2 Personalised Banners Welcome Home Baby Party Celebration Decoration Posters — New · Business — $6.26 + $3.13 shipping — 47 sold

2x Personalised Birthday Banners Large Pink Flowers Party Poster Pink Rose — New · Business — $7.47 ($3.73/Unit) + $8.60 shipping — Seller with a 99.5% positive feedback

2 x Personalised Baki Hanma Birthday Banners LARGE Kids Party ANIME Poster — New · Business — $7.47 ($3.73/Unit) + $8.60 shipping — Seller with a 99.5% positive feedback

2 Personalised Good Luck School Party Celebration Banners Decoration Posters — New · Business — $6.26 + $3.13 shipping

2 personalised birthday banner rainbow girl children party decoration poster — New · Business — $6.51 + $8.57 shipping — 151 sold

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to home page | Return to top

More to explore: Birthday Party Banners, Trucks Birthday Party Banners, Paper Birthday Party Banners, Pink Birthday Party Banners, 18th Birthday Party Banners, Birthday Plastic Party Banners, Rainbow Birthday Party Banners, Dinosaurs Birthday Party Banners, Unbranded Birthday Party Banners, Birthday Party Banners, Bunting & Garlands

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 28 Aug 2023 07:18:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49ee:1900:1c80:a1a:adf8:9048

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Fluk5Ir00NpdZzvK2cY9pMAuyO2RjKUWvF6C64uG5ozODWraiU1ebsKMHXhLub18+m1uQThQ6ypPvqgNpvz/djf2xpIIqpkdKcfRaDXAgD1/edQkbKGpYq2EIGifO0FcS/H+zLMMw/Moi/
JwfJuhQ4vjnTBUL0PEluaA58PMhfFVGrgeMtuRUM4lby8XF8EgC1SillDGLeVaTWqI3wlLR3SZKfRb4IDyYkDME0LAJjxo1Z7jcc75XFPyjJ5XnihU+yYigA+Nxc32lDrekzAP1IP2yHaAyAav5kneaV0PWJ6749AvK+a9GP4n06ZkQCjjJiU2oBy/Sw/Q84eUQyrtxQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Mon,-28-Aug-2023-07-18-58-GMT.mhtml

**Hash (SHA256)**

4f240db3f7a99a636caa781bee810452861143b400f3a9ea80f3920e00f57198

**Signature (PKCS#1v1.5)**

KTJnuj0lscqC2/tJX4o94NW8z/uKv9LeQa8P4E+qEVpnp2FwZWJ0fYCHCjD+r33Cs5ntbgK6ynp3PfEOvpdX6OF6qQdQTa0xJgS0UiXQGMrD0PCR2kyWnA5JMkbKgz9Ow/8zru67+68RDVbfWWY7NzkIFafgeFNN8dp6yPt78VO2iMH6sEq586eBNm/
EOob5WWY5IsEvsHkrckHlJ1ROU1HQOrKaX3NdtccSvtc8Nqw34s4fkcFH2vfAfB1CPrnO5ljW3MaIK8vPMoYUoIVndWPVdq7zFVv7wY1bNCT++RsZdDXkwBk+aZZWoEWpGQThZu2NYhACroArQQOXVUQ+vQ==

ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]

307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States

[redacted]

Change

**Currency**

GBP
Change currency

**Review item and shipping**

Seller: personalise... Edit message
Message: Personalization: Item ID: 144934538398 Text: AA



2x Personalised PREPPY SMILEY FACE HIPPY Birthday Banners LARGE Party Poster

**GBP 6.95**

Quantity
1

**Delivery**
Est. delivery: Sep 12 – Sep 15
International Priority Shipping
**GBP 14.06**
Includes international tracking

**Import charges**
No additional import charges at delivery
**GBP 0.00**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 6.95 |
| Shipping | GBP 14.06 |
| Tax* | GBP 1.47 |
| **Order total** | **GBP 22.48** |

You agree to the Global Shipping Program terms.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

50 FRIENDSHIP BRACELETS w SMILEY FACE beads. Party flavors. | eBay

**URL**

https://www.ebay.com/itm/255910118689

**Collection Date**

Wed, 30 Aug 2023 06:07:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ml4bstaWLYuIUe9dyVinh0IP+SRsuyZ9HODdGPefWID43KTWugKN3iffX6jcP0oMlzabow1zDj6wHU5MJ/H43S4FFtI5xlU/kyo321D8/rAuZ2i/7YOLXHQ7DC8wfR9GR6Pyl+lqGtP/tAv/EJAhl7lVbyvPLCBmaJyoag755jALc9EJLi38AZKccc5xf0Ur2gqNaJDphwg2Z332wSu0bUAPV/zl7E2QM/zv5Oc3v7amZqm+7DuJPfWa/ndaqDaS7oNRz4ohvdC+bLcUgptoRDcnGEy2ba8My1QSVjth6vSMUx/XJz4KVrxLZO8qXc+Na3ySTIv3hesvVl+ZaxMoAw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]255910118689]]_Wed,-30-Aug-2023-06-07-14-GMT.mhtml

**Hash (SHA256)**

af07080697c874c4ead2c656a89d3ea47e687f40508043538345593f7765e48f

**Signature (PKCS#1v1.5)**

XFujb10HDmadSQCLRqZb73a+uNVesMr8WccUkedVJbPzAiIMylQMKlS7snoOr1ZvrWHkM5hZUss0urmduMF05p4+59A3hsm+TioGqrAhRHOPqsuNKHS8nTTKB2LHkbmXrhI6ghac15oDHlRvXuX5AEY3TZeEyEdEn2RZ9DiI/IG7mCMBLGaYMVZLmLVkS8bEJbmDjRw1Qc6CmXBqzKJ6xoRuAnc0ZJHqxFLfEk8izWgoWxZEhTWK5aNDRP/I1JNjhA3p5ppTuDexlkeFjv/mfxr+bUGmEksXG10R6PAz+sExP6ABn7XXLba8JpmqtjAA97lJFdEgbP/f4QXe4GGpKw==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 30 Aug 2023 06:08:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

P8bOs98kCJAXtP020XfJaSXbXeozpYfj1yRVLZ3vwNBoHrKsBTfd5crOXUNocx4hEKOLzN3I4EDa6/6WLl+3nqhxffXoG3IjbY7KZNvM+6qlE1sto/PF/L7vZEt2nsf0ZkkHHE/AMfUarBA+KB7sx0kKaijo/RsDLxxH2Xna3/h4G/yX9JiyyY5BV6qa9igoy9CmMDwBj3Fky/lMYB8r0r6FcvYuREJi3q/
EaYuZNF1RM0JEBkgaokIrC9xfb9ihfp2tR7FIA4LLrrUuboGwElVPByO4bNfjTNw6kgfa9w/DXTsa4go6nShhb7hekThtJe146GtqLpWNXc5tBYs6XA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-30-Aug-2023-06-08-41-GMT.mhtml

**Hash (SHA256)**

adfae2d8a4b0f8f46f0544b8f66c933c35ef04c9d59a1dceafb7fb28c3dc3e41

**Signature (PKCS#1v1.5)**

W+AO8dhQSjQqf5vWakbAGPYWfhiHX7FNz5ZyJ69MdSw7hQVLpJus0/KLudUVKkMXwXE/H0Rvzi3TRnYh5Jslx9HMvhC0Ep6aKTzLlVdRn7zGFNZRzISIvM4klTbFuOJl0ngNmbgs/fWXIzP73UAwFPLzOvJrJlDt8p3cFfHbYmyEmlf8EN9CzHxJhYMWSYGCoKMqP8Ss/
M7Nko0LqKHlfbTnwCnOfxDOLGihedX0PNqnsnoNcG9vUE9KvRhn22URFZkPhNNVnegHA1XCtphT79QlS9z1BXyH4nxWJUXE+5I2hnJUHEqToWvPsHG3wCinMNxOwzln+kUNzkOjXNQhxA==



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Keyring Smiley Kisses Couple Amour Heart I Love You E6 8362 | eBay

**URL**

https://www.ebay.com/itm/134130791684

**Collection Date**

Wed, 09 Aug 2023 16:37:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:491d:2d00:69bf:7906:a752:afb0

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

S5ZMgXlWPv4LL2VjwW43mzgroR86bnrydUwn5X+W6CByS61jUpb4q9zELVFaf/rYvTiSlIdR7PWoRSJib+yxeDgFfNtekHN0Sez/Eg0JrXigrmka8La9AINcL+ZEUEFu4Z8YU2J10MkyUldyF8cohWjX3HPVs6LPV5htcHHOuPN2Vd5cT/ygY6+hZa6GZJoZasRsyu6NCV8i1qYyIs3dAa/pecWRd5jbGx3agBcybY4wYY6125r+bc1wlrlka6/uKOiXXmyFpsxzYoF5jVW2qsnThH9FasUhKWG4J8HirEO3nLHdnQOH6jipjy/tIM4KeD2vPxtfG4tEHR/0FG84hQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]134130791684]]_Wed,-09-Aug-2023-16-37-40-GMT.mhtml

**Hash (SHA256)**

33898ebcb4a2f857ac3d2196ffc502d468bd558ea0bc88b2855074142edc2261

**Signature (PKCS#1v1.5)**

HYYV45Xv1yFcjAVlGJYvKJcNew38/62aolQVb2rnFKgBpDdUrGRYVid22c+5RTm8l/cHj3lJDuORTMEEnk8sGwqRpgYXalZi1KeMVQNcrdHMqoHAdJuXJggdNdWzQHrkfWY+neAAflIiO/MpMw8dASPnOFHGjhJIplE4KYnAoj5PKCDYRNXCyCy33tXj0K47MA4dEsKsRQjxS2ZYNpOUPyEyG4b5iU1xjS1uRzosEL8+INZmA5SW6cbYyurQTpqs3o5xrHVyZv9kFXF7XwMflhBqwNpJIH2M8yjO7p/htGDw2sYF8dDz/XPOoFtyn2shFUYirJJh3cdWKYJ7CuHe5A==

Hi Jade! | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Collectibles & Art | Advertising | Household | Appliances | Share | Add to Watchlist



## Keyring Smiley Kisses Couple Amour Heart I Love You E6 8362

Condition: New

Price: US $13.92

Buy It Now

Add to cart

Add to watchlist

Breathe easy. Free shipping and returns.

Shipping: **Free** Standard Shipping from outside US. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Nielles-lès-Ardres, France

Delivery: Estimated between **Wed, Aug 16** and **Wed, Aug 23** to 33132
Please allow additional time if international delivery is subject to customs processing.

Returns: 60 days returns. Seller pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, AMEX, DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

$ Have one to sell? Sell now

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

Seller information
peterandclochette (24644 ★)
99.8% positive feedback

Save seller
Contact seller
Visit store
See other items




## Similar sponsored items

See all | Feedback on our suggestions



Keyring Rabbit Kisses Couple Amour Heart I Love You E6 8360
New
$12.64
Free shipping
Seller with a 99.8% positive feedback

Keyring Lovers Kisses Couple Amour Heart I Love You E6 8361
New
$13.92
Free shipping
Seller with a 99.8% positive feedback

Keyring Cat Kisses Couple Heart I Love You E6 8364
New
$13.90
Free shipping
Seller with a 99.8% positive feedback

Keyring Rabbits Kisses Couple Amour Heart I Love You E6 8366
New
$13.92
Free shipping
Seller with a 99.8% positive feedback

Keyring Pooh Kisses Couple Amour Heart I Love You E6 8365
New
$14.96
Free shipping
Seller with a 99.8% positive feedback

## Sponsored items inspired by your views

See all | Feedback on our suggestions



INC Xstamper Pre-Inked Specialty Smiley Face Stamp (XST11420) , Purple
New
$14.50
Free shipping
Seller with a 100% positive feedback

Pink Smiley Face Motif
New
$2.44
+ $19.21 shipping
Last one

Yellow Smiley Face Nipple Pasties Adhesive Nipple Covers Breast Naughty Sexy Fun
New
$3.04
+ $4.44 shipping
Seller with a 99.1% positive feedback

Creolen Ohrringe Ø 15 mm Zirkonia Gold 24K Gold vergoldet gelbgold Smiley O5620D
New
$26.82
~~$38.31~~ 30% off
+ $6.79 shipping
Seller with a 99.2% positive feedback

Heart smiley face colour iron sew on patch embroidered
New
$3.55
+ $12.45 shipping
Seller with a 99.4% positive feedback

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Aug 01, 2023 13:07:25 PDT View all revisions

eBay item number: **134130791684**

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | Unbranded |

### Item description from the seller

**COLLECTION KEY RING**

**I LOVE YOU**

**COUPLE SMILEYS**

**A great gift idea for my spirit to accompany those you love. "**

**IN METAL AND PVC**

REF 030312 / E6 / 8362

**Dimensions:**

**Height of the doll part: about 6 cm (without the chain or the ring)**

**NOT SUITABLE FOR CHILDREN UNDER 36 MONTHS !!!!**

**READY TO OFFER !!!**

**The satisfaction of our customers is our priority, as such, please take into account the following points:**

#### Business seller information

**Value Added Tax Number:** FR 01803054816

#### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 60 days | Seller pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

Peter and Clochette +33 6 76 95 36 33

## PETERANDCLO ARTS ETHNIQUES

**99.8%** Positive Feedback
**72K** Items sold

Visit store | Contact | Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this store

See all

*** NOUVEAUTES *** | ACCESSOIRES FRANC MACONNERIE | AMULETTE DE THAILANDE | ART AFRICAIN MASQUE | ARTISANAT TIBETAIN NEPALAIS | ARTS ET CIVILISATIONS | BIEN-ETRE ET SPIRITUALITE | BIJOUX ETHNIQUE | BOUDDHA et DIVINITE

### Seller feedback (36,840)

a***h (1060) • Past month
Quick delivery. ❤ lovely necklace. I'd happily buy from this seller again 🙂

3***3 (1) • Past month
Without any Problems.
Lampe Butter Öl Dipa Ø 6.5cm Ritual Buddhistisches Tibetischer Tempel 1724 E6 (#144573337315)

v***l (885) • Past month
Thanks!

See all feedback

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to home page | Return to top

More to explore : Couples Keyring Set Collectible Modern Keychains (1970-Now), I love Lucy Ornament, Couple Keychain, Comic Book & Manga Collectible Keyrings, Kissing Crane Collectible Folding Knives, Purple Heart Medal, WW I Collectibles, Original WW I US Uniforms, Kissing Crane Collectible Folding Knives 3 Blades, Original WW I German Uniforms

About eBay | Announcements | Community | Security Center | Seller Center | Policies | Affiliates | Help & Contact | Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 16:39:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:491d:2d00:69bf:7906:a752:afb0

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Gv8Ws76UBZSKVW0M7rcSnTravgcR3DCvKNsSfPAh6I86T9jLlxfF0eCG2QSy8A/NaXVtMigkGskgOrN0Zq2IcqhvJDbMsBYSQhYBwMXtY3oT63nLADszPuDSrM0ECfiNK1v4Ig5IJ5ez9JITAeCxzNTM7g2ext86jJmuKyM8eyKXqf6m5M4Y10/f85lb6UZW66RcKsrkp2pI8Ov0+Ok+M4sD
+kIJGGtOMCEa8dB3upazBVyg6MiVfJlSvHEi5xSy+k1KGZ+/bU4e7Ya/zlpy1uKyqehVF2tb1ChQyr+QJbF7AJ5J0O3MaB6klRS3LELLhQ01fETnSUI6IKxMcMBWDw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-16-39-10-GMT.mhtml

**Hash (SHA256)**

6fbf5933d0f241c78cb26aeb9225e7707d5d3c75dd499af62d0534d3f5b21094

**Signature (PKCS#1v1.5)**

GWYjD+3fZP+hxqOy589ipoRTBKdCmJgcVipp1eFhi9aXbnPoah6DbDNMq4b2c088i574heLyoK7J/lmnRwCIiCq7PF2Ld+WlSks6ymwPHkkZuId9+nMK1X3L5HseVEhktcoUIMfmyMFeM2l85hNL469C0Lfn0ioPvybAZNNUsADjz9N5MUiK9gB7ZZin1qozo+KihEYD4KkLVRH6rj/zJEoRpwQ
+KuSfASb2SSNm9HWZb8KZlktd0Mht30vXRO9U0mUG9qGL/ojgi5yEatsfJZMIKZMjPb2mvVqbC+6gA7c+v9ySd3eWbb/Ot66sSqZiX5Yp4DbOHc5ORnBA7TaCZw==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

VISA DISCOVER

PayPal

PayPal CREDIT

Special financing available.
Apply now. See terms

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Review item and shipping**

Seller: peterandclo... Message to seller



Keyring Smiley Kisses Couple Amour Heart I Love You E6 8362

**$13.92**

Quantity 1

**Delivery**
Est. delivery: Aug 16 – Aug 23
Standard Shipping from outside US
**Free**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

**Donate to charity (optional)**

Wildlife Trafficking Alliance

In honor of World Elephant Day on August 12, donate to WTA to help stop the illegal trade of elephant ivory. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $13.92 |
| Shipping | Free |
| Tax* | $0.97 |
| **Order total** | **$14.89** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: SCEEPME Smiley Face Ear Studs,Fashion Cute Earrings for Women,Sterling Silver Earrings,Hypoallergenic Earrings: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B09Q5NJLD7

**Collection Date**

Sun, 27 Aug 2023 17:14:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.224

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

enj1IaU9Mjitc6jrxuSTFdJllObeua2lzpGXf9u2PrhtxCQwfkOx0oXuduap/kVYBUp9ac2qnRDSLeeas8cGGf5VPWejBDOyKkglpryc36nloOt0cKf6UtvD4z05B3Or4EI9ThpFhJoEkaHFF8dSAW25CnDrHWRsEL82f4XskjPeOz+JKW+PyiECuf/uYJ9/8aD/tTEK2apTR4WMEVsUkjaCHX+Xg5CO/yaKE076vi6MaZ7PM2NyaaKvfPHYVJ5RfMuedS2pQKGgtJXNEjH072YsZr5GybbiLqAo4TraoFumpTGcR7bwuFjvIwzy79qQ9UqwDcERfKojBsj1rhUHzQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B09Q5NJLD7]]_Sun,-27-Aug-2023-17-14-43-GMT.mhtml

**Hash (SHA256)**

e18345540297687fcc64d9ecaa7bca692c72ba05dd7064aa6f46aa5cea48f390

**Signature (PKCS#1v1.5)**

gKrz8326K8rZjVlPz2BaHEQE8X85b1xU8mxy2XF3zCWpI61hAvf8+0fUAZ4/i9+iScIPKfUQ54RKw03/OcG41dqphdId4mypkDd/OFD8rpuWR/0E7g0c1nC7UvlJBaEBtQieH+6awLTKNs+1XMT4oA3kRxN53BwN/kW7BhCzt1J5zgjmN5TG2xZR6Zexvg92Kw1y5P2yoOPE4Ul7DnD6gx4XHMhIeBxG08X6I7WgpazR8tpKZSCyIcSCvZ6APcCofnkyc5n98lvoKbQS2WnuNcz2b7NF0d7aLnDdINpLopsauyab9Kmepy4CQpD+WBnqPSHWWQ0dRwT9D8XF1uQOvQ==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sun, 27 Aug 2023 17:16:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.224

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

TYaYBWx/VDQT36N5yZiVBgcXVs891b7/BaSw+sKn3x7Hf+8etczbgb9o1oV2dpjHzN7YSz9uiX+qmYkDfXkb/jkSz525IJe2/mNTH4Tz962t5eHciAmG7UxbKnZd5JTQqq9JFmptFpvsX5gpSaOtdDBHLKuRDtvMqEfBckc2ADyOijW0oYTFOzeIKjzdxA9OLuVn1Qi7tfeUSkJONt6+PhTpR5TE/
IP27QuWyv6wPDHqJv8eLhl9bTf9reEmdZLcXBsaF4BCdZf5PnDX2mWp/MmkVklWWx2nT+lCxiXduD6ze1aDcLavaG/242rzDaXfhTPy1R8c9ImtWVCcMsfBAw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sun,-27-Aug-2023-17-16-08-GMT.mhtml

**Hash (SHA256)**

6fddaadf45c650696d4d0db9b68f7ce228eedbffff3789a66e4c54e141b5aa6b

**Signature (PKCS#1v1.5)**

ckhc5lOVZdDNC1G1pjGz1vk941bjQ7EHj5DKgRo+OwuxnBmWo+rssbLNvE2osGLr+xgmFZPnE6lP6HnkWbnJaYREFTrRxTEvKosARtyq2T+LnRHDTuY6p64qGQB4Rjtsm+DQ9fgk+mntyxy1xIFvvPCZi8CkRMzocTk3JvMQl4Zrtjudl7ZA9qEzqxL07Ex
+deNl6n9mUXYqzmdi16TfZKTVwNW0yTzcHLFPH1sVYKZda+Hqe3i3JSemcNnyiv4hteSAmeFRBbVUmoxV0yeOdDBep8nn1ajkGZb8aeELzqBy0q+Zm+ZIxtN64Hj73ZVdsBIn0ouZ3+0jtjlaO7ZVgA==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

PINdignation Smiley Face happy enamel pin badge | eBay

**URL**

https://www.ebay.com/itm/334569167395

**Collection Date**

Tue, 29 Aug 2023 10:02:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.224

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

i2vUUpCPPPjj1VwoQDfYeTcRP95ElUHaXS7zaxmIktG/mzBNQOQSq7MeDG9ruhz+hDyBlqfvGawcd95kWgQ1n3rskXi76RH7WN4BYhzUXAxwoFKqA6lx/v2NMJnDzWpaSYlrdTlZC0iDG/JfigGCc82/
sZogrHGkgo4KHm1G2hLYvKkjQZUNWziK0CMbKutOiXAHAbGLsrg6K4sEZOfhFQY0U3ynqJbLFyE8tO/HXA/f51b9fQllKdInoKc6FHfHaHKweRh/mTByISlnQ9i3bzasWgvwi93nVkDLdEqGOwFx4bLKwgnWykjcM7qdOJ1MuLtuVFtIqojzsLkoC0BEcQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]334569167395]]_Tue,-29-Aug-2023-10-02-05-GMT.mhtml

**Hash (SHA256)**

2e92437a33b60f8df7bf0dfb3445c797167f337ff9daf59927e27612353e72b8

**Signature (PKCS#1v1.5)**

YwwE/LpQ14a1cnj9zJYhR4PyzKKtoDBflXpBt4bxuG27gsK/4jjscgLUjEUuCLt0o8KFQmDD/PHsQITJF1NLTqPjI93oZntEzpLbB0+t5j7NQSPmS/+pOAV9EVECNKuNwwjkVRmtniWu/XwGWVhCU1w5jCdBUhIcBQ7G2KwrMEwUg/
JmwPhpolNyBnfryFiyju83mfi2u0URoawBc4hmrxF7SUeKTxYBVg82q0Ean4DhR9y0pEPjYB8Z5+tBLqz8vQr2X4Y+7LAUzhoX8OfzyodL0CuSz524jbkgXVao1oRP4QBoJm5XV8cwLDhfS0iSh0dYUM15M9i3MRWqWgJgHw==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 29 Aug 2023 10:03:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.224

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

aUedxoZiwRzKO70wIppfnjEeeUnp7slKXDrt6BIqHp9a/0cEoa+uYm2DtqlF+tZk0cEZupLCR1/tnmjf2Ga7WaqPZpphLxV8TMPjFQUz3234nUH0aUl8myjkDjBVst3g58vn2t/q/NIsQaTGndkSCpCA+BkXhQmKiF22fvkNWKfb9Ic7HH8//5tWkWCFQUTKNHUHbX/
Vn34QqiHT7CkgWCN8Bnqm2jLI7u50xyJkJp3t5ixXl/aZPNX3vMe1ql1dj1O8oIkqiMqIiNFeRQDG+oikOMyoglv8cCdnpM7EiG/jLTuxRJls1wprAYTsWi3b/Zrq/tluBlEDE1Ki8kAUmw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-29-Aug-2023-10-03-08-GMT.mhtml

**Hash (SHA256)**

7bc60113d166925066197352f0daf95ec8940f6948aaee1e6c21d01d78441cdf

**Signature (PKCS#1v1.5)**

jVj8oStpyS2UbkhJ9aLh5Fod5UrCcuXuzzzZN7BhRN4dCqf56fI5vpxNganQ8gO8bNQY10n/V88f+umeTOCFtsgBtjFPZjLEAA7vgtWrUlVws0QsYZrdXnmvBgvMQXx2OWQvyJcuwp7ms8QwTPCxMGMYW3zMF55yOnCCS3pr/TUjbHvPpUp23P7dJ7PBVMf0R5I7f1SsmIyBc6D/
rTOJV2EQTWgCQWPiW6pFZSElyujszS8WTPPOZEmG0q80bVrjs0TJWcH3NjwrY9B+K2pg2R4eoD18tXXGEmqPZ7mt6DMWDXGKUwJNpOyzW3H6QV+DkuJ11NehRBloGreyjisW/g==



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

MULTIPLE SMILEY FACES - SEW OR IRON ON BIKER MOTORCYCLE PATCH 85mm x 85mm | eBay

**URL**

https://www.ebay.com/itm/225643619897

**Collection Date**

Mon, 07 Aug 2023 20:32:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

WazAGeRisd7thcFxTOMd/BMVOubt29T1RURDBEcSs62K9cd+pfD58OfmXFuQbBcvbZVureBC699ml1cuAHGm2C8lTZZx+2zFlxWVY25gvCOtOVXuy62w2fR7mK6ZfZf2KGbAlbuAmQEBlnxQ3qqSj+WygxSFHW0KEY4SIKrqoj4Zj7V6VcBU4kBvrjdpQxKHR2xuw/WhE0RCUvdkc+CdHk+4td4Uzw5T6beu3xvWFfR4hzlLAM73U/3Otb/srBdSVNynNy1VH7VeapBEDoAgb95ZnlVFduEBZhsBgFktywFqKD4kR/FhOOTGFGgltqgeFk+crHGpIVztev0hXk+7mA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]225643619897]]_Mon,-07-Aug-2023-20-32-43-GMT.mhtml

**Hash (SHA256)**

ef24dcf052bb51f9282e84cae73666fa01020f894e9c3394de35173ef90c82a6

**Signature (PKCS#1v1.5)**

CBJeTs4y+WBRSpklQ/Fb8Rb1m7eSnB7kTn0VfcHYp31P1RRB4lBWFFXEixxo7DtrJRhAa+zLz1Tz9hqNJYfX4hOpMDb5n7no3brTLvr9ptxULihJwMYZa3RXJ7JwJ7kxjE0LEQTzSyBBzAX5NpiAleFl3bcXOXJzSAUwvabFoV9dk3A3DIQeWz/iUGX2xVq6UxdUgROgiY07L3PiSXNYRqIOgiH6ehed2Aay8in9IHXtrL2GV3C0y2nB82FrzGfIibzyuML+h1n81CD1Ipvz3GQAdaxEW5r+6dA3t2EBYlSQq7b54UV0Y75Sfd2NzmqgQBlgS90quG+lH8OETRwFMw==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay 1

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page Share | Add to Watchlist



Hover to zoom

$ Have one to sell? Sell now

## MULTIPLE SMILEY FACES - SEW OR IRON ON BIKER MOTORCYCLE PATCH 85mm x 85mm

Last item available

Condition: New

Quantity: 1 Last One / 1 sold

Price: **GBP 2.89**
Approximately US $3.69

Buy It Now
Add to cart
Add to watchlist

**Breathe easy.** Returns accepted.

Shipping: **GBP 2.75** (approx US $3.51) Royal Mail International Economy. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Telford, United Kingdom

Delivery: Estimated between **Wed, Aug 16** and **Wed, Aug 30** to 33132
Please note the delivery estimate is **greater than 7 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 14 days returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
pinz_and_thingz (17314 ★)
100% positive feedback

Save seller
Contact seller
Visit store
See other items

Registered as a Business Seller

## Similar sponsored items

See all

Feedback on our suggestions



Smiley Face Bullet Hole Funny Smiley Sew On /Iron On Embroidered Biker Patch
New
**$4.80**
Free shipping
**29 sold**



Winking Smiley Face (3-Pack) Iron On Patch
New
**$6.99**
Free shipping



Set of 4 qty Yellow Smiley Face Iron or Sew On Fast Shipping High Quality Patch
New
**$11.99**
Free shipping
Seller with a 100% positive feedback



Smiley Face Embroidered Sew On Patch - 3" Round
New
**$7.99**
Free shipping
Top Rated Plus
Seller with a 100% positive feedback



Smiley Sew Patch
New
**$6.60**
+ $5.10 shipping
Seller with a 100% positive feedback

Sm
Ne
$5.
+ $
Sel

## Sponsored items inspired by your views

See all

Feedback on our suggestions



Smile Face Pre-Filled Party Bag Boys Girls Kids Unisex Birthday Party Loot Bags
New
**$3.51**
+ $14.26 shipping
**26 sold**



SMILEY HAPPY FACE BIRTHDAY PARTY BAGS ~ RECYCLABLE LOOT TREAT FAVOUR GOODY BAG
New
**$1.26**
+ $10.19 shipping
**89 sold**



Trippy Smiley Face Rug Carpet Home Decor Custom Anti-slip Rug Carpet
New (Other)
**$63.77**
+ $37.47 shipping
**11 watchers**



Craft Planet CPT 805246 Fun Smiley Stickers
New
**$4.20**
+ $4.46 shipping
Seller with a 99.8% positive feedback



24pcs French False Nail DIY Yellow Smiley Crown Cute Pattern Nail Art Fake Nails
New
**$7.64**
+ $6.38 shipping
Seller with a 99.7% positive feedback

Cla
Inc
Ne
$1
Fre
Sel

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.

eBay item number: **225643619897**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Type | Badges/ Pins |
| Theme | Transportation | Material | Cloth |

## Item description from the seller

# Description

SEW OR IRON ON BIKER MOTORCYCLE PATCH

*Patch can be Sew on or Iron on*

## Business seller information

Four Pawz Pinz & Thingz
11 Wych Elm Drive
Shawbirch
TELFORD
Shropshire
TF5 0LJ
United Kingdom
**Trade Registration Number:** 7207049

Email: fourpawz1@virginmedia.com

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 14 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.




## Four Pawz Pinz and Thingz

**100%** Positive Feedback
**52K** Items sold

Visit store
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 4.9 |
| Communication | 5.0 |

### Popular categories from this store

See all

DISNEY PIN BADGES | DISNEY LANYARDS & MEDALS | HARD ROCK CAFE PIN BADGES | BIKER & MOTORCYCLE PATCHES | CARTOON PIN BADGES | Other

### Seller feedback (31,091)

r***u (364) • Past month
goods as described, very fast delivery, good people to deal with

0***t (21) • Past month
Again, another nice spiderman pin badge to go with our collection, really nice pin at a really nice price, cheers seller

0***t (21) • Past month
Another nice spiderman pin badge to go with our collection, great pin, great price , really happy with this one, cheers seller

See all feedback

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to home page Return to top

More to explore : Biker Back Patch, Iron On Patch, Indian Motorcycle Patch Collectible Motorcycle Patches, Collectible Motorcycle Patches, Tactical Patch, Morale Patch Original Current Army Patches, Morale Patch, Airborne Patch, USAF Patch, Sheriff Patch

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 07 Aug 2023 20:34:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

CVrMseiEOtNcx0lEZXPH0QovMkDJMxG6izEMA5frWNE3Qyc4EfTldfhuCuCF26yHbnczOf8kU+KDguedbK1wjH3u9FZ7acMjxh29aWMTKv0CRDKV4WgLPELSxBjtdv+A4JsofsxbbtFia/
F1oAHBIunSiZAhG5sQ0jH9MvqWlwS1DCh7rqtilIKtN5muaj040leSJFctWjKhgSuC35m/3Ir96kgczuvHFxRuWBH5bdp6GyWiHEB9Q1ROeVrAyhmSERP5XswwA0UubSSH3eiQOOxPW86cxUYiJ+FUdRXWjYKLJDsCYV1DzyND15ISibzt0CVz5GH8fAdxrDtBJv8MCA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Mon,-07-Aug-2023-20-34-02-GMT.mhtml

**Hash (SHA256)**

f4fb4de5b4f10d14d11c6ee05db590e4e49732cc1f8e851fdb20f923bcac2889

**Signature (PKCS#1v1.5)**

Y+VOupHx249cpaskpMk0aL89Q27Wd44iZBLaXDIR7iLv7Pocy9Ga+xH/zrrQAbqgsbVWuiLiZw+x/eJJyKAZoGz7+pBJVFluhMgDZxuy/TTzNnOubgB5D3pcleF9sD58655ynktz9jpk1zfODfnru7oFTrPvQqi3zlmE5TGAKm+T7yw9AIK9bGK6vveCm+lsrtt6CBZoy93sO7XjnxRw
+8AzpCzUo9qCITA7vRQvlF0R8k8t2xg29x0wqThhZn3SBGjpqrLIIzYLQ+aJrmniOtUj5WiezIf3d4RmzGXUbSek8SqqkCVHfo6KDa6XdJzWw1hxS1KfbznJtCRInkNmUg==

ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

Add new card

VISA

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]

307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States

[redacted]

Change

**Review item and shipping**

Seller: pinz_and_th... Message to seller



MULTIPLE SMILEY FACES - SEW OR IRON ON BIKER MOTORCYCLE PATCH 85mm x 85mm

**GBP 2.89**

Quantity 1

**Delivery**
Est. delivery: Aug 16 – Aug 30
Royal Mail International Economy
**GBP 2.75**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 2.89 |
| Shipping | GBP 2.75 |
| Tax* | GBP 0.39 |
| **Order total** | **GBP 6.03** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: FdddZZ Sterling Silver Tiny Little Smiley Face Pendant Necklace, Cute Fun Quirky Design : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B07W79ZCJW

**Collection Date**

Wed, 09 Aug 2023 08:24:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VoddRpVpTX4/rQYu1RDKFfYFCf4vLaJXD+OnM+u7wOTpmnXOLXNZ3B4o+zr+G0wmjIHCz9NrZuRxpg/Vmul3vbef+2QT1go4ghz8ZU7gyEFuroRSZkx/+ru0x8OBMft0setpoYgz+/ZzojMVVOIwhAkzyfBZiWnOkJJEj6MM0C
+5HbvKpD5gT3dyyGNaaalYxODtsGyUWRnoxGRCm7aOjXbU15cfJoCb8rgnFC6tzsgEoyBzCv86kIB5CijKvnMHb1cSYGLYh5plsUa9QHuQgIJN+yRPp8PniNk1pmL95QvMP7GiWQzKZMlxxjbnFea1O9dZtYxjvkv80IgsBiTMVQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B07W79ZCJW]]_Wed,-09-Aug-2023-08-24-04-GMT.mhtml

**Hash (SHA256)**

6f23b4ba6d4f5a918d459bfa98baff802000d4dc5c52e1166170cde72c57789d

**Signature (PKCS#1v1.5)**

bUfYKKahNPfNWf8TnDyk0cBrNOlYB6FcV7fePKO1Tgno3I+BjYA86tWKpT3IjD8QCi8YOn8zbWHnW/Ggz/32VrRAg6zIaAZ+7+JuzsF08T5/Fdyxe9TlBg0Qs/+5mdL8nGZNwR1039dMlZ9j5OB30P1Tg8OKmG3cwBy9kfD1YRj1+Mpm+5jX2ku+CPcQmdEi0Ni2j5N3H4TGYs/
EwJcZ6O6FZHfwQnwl1D6ixMumfF/NC3IlgCVr/wuPaiOkexa4exFRUDJce9/r4ZtcO8u7vnwHXlp+gUzWK+fz8aaoaKRwIBN5OHnw9TqAJ/9ee34GKwNYN35J1dozUGZWvsMgzA==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 09 Aug 2023 08:25:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

gKwCZFanY4Rfee1O256PcDztogZSGHRJ9p3src/U8fR0q5r7eR8AiY3fLv8vDPtmeONDfp7P+OOKOd0rh5zijdERZJ/af/loZSyU+3REmRccnhHtlZ/oB1PCZ9fKXRjXIKSYCwmcQ01H+gmB0eoeBuuocZRO2B++4V4joo67XC+eQYXKTrM16GxQW7jgtXywAGb+nSvembQ/jT
+SonWKOc4VCnxjMpnA7eR0owLXxaaaS1wruWQrP13ahn7BFIGckv81+DHUmDZPVbkiTNvIvRDCgWMOd39V8Bzjxdok79lWCJFvoq4iGXJqbod+G/d/BqS6l+ygvyoXri1qZBF8YQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-09-Aug-2023-08-25-50-GMT.mhtml

**Hash (SHA256)**

6e3d61023283c6181356d63bf3552fadc4a0e63a3ba606739a2c50690d8442b8

**Signature (PKCS#1v1.5)**

iWDnFVmhM61Qn/PkZOGP/emJhoA/yTGA7HQ7I17uddrbknvelGpLx7p1B8O7+3L31WlpiuN3wkwY3wR1PJEhEt7HqJ+7y+e+uiIa7/IdcFgP54R0Q3j0g8yBuEpamMrYiIKR+dtAyYjk1D43QSbWnJJ/rKC70jX3vd
+U69CJER6GwyPLuxCSLOC1YJYibZgjibXqtckcrJhXUE8xNDr1uQCx81Q1twGLaQEqTPJuHTcMRsml9XuLV+TgNZ/Kb5WD3Q9rcQ65iRDHGj4LwpQyG+QSVz1sCkr8nYX789k2Jz4ZVKnzAEQZLx2TNViqN5I8EfmpFRDFA/gFzMyNSOElDQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

[redacted] we're giving you 30 days of Prime benefits for FREE

Try Prime FREE for 30 days

**Estimated delivery: Aug. 23, 2023 - Sept. 8, 2023**

Items shipped from pokerone



**FdddZZ Sterling Silver Tiny Little Smiley Face Pendant Necklace, Cute Fun Quirky Design**

$3.89 & FREE Returns

Qty: 1

Sold by: pokerone

Gift options not available

**Choose a delivery option:**

**Wednesday, Aug. 23 - Friday, Sept. 8**

$2.99 - Shipping

Place your order

**Order total: $7.15**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $3.89 |
| Shipping & handling: | $2.99 |
| Total before tax: | $6.88 |
| Estimated tax to be collected:* | $0.27 |
| **Order total:** | **$7.15** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Novelty Smiley Happy Face Patch Sew / Iron On Badge American Flag United States | eBay

**URL**

https://www.ebay.com/itm/360839331799

**Collection Date**

Mon, 28 Aug 2023 05:27:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mjXNxOhUQBc6uOyTUgvxMNkmZwj4DqKTssrBJQv+dqIoxAnRg0iTyy/Ws1JqPF7tFgzxaUGsd0RFmO0U8kEIkYIMcoaJOGW3yxfHtZ/+r+akzfmsBaSbpDlQ01AxPWvpE7XY38j3Tgxvna4/Ysp1khyPL2DsaOoMPKRDn0Pg13A=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]360839331799]]_Mon,-28-Aug-2023-05-27-34-GMT.pdf

**Hash (SHA256)**

3be955836ba9a68e69d69d001b492af2e9dfc08a842bc97ba2b4c1bec2b1bb1f

**Signature (PKCS#1v1.5)**

PjYJ2NfNDbLg47kp/mHzMjDAeTlM/pdFSLeAwn8sNzJcOzpNekt0uEoWWjCQX3MpSynd6CXgBU8aeTDBzDO6bF0yR90CuPtUhC8G5eSTcRVJwybLG9NecQy3HOaQueBTVp8UoxM59TeNmhZ75AHYnjjOHJD2GYcVSZcAn6q9hw8=

Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page Share | Add to Watchlist

## People who viewed this item also viewed

- Novelty Smiley Happy Face Patch Sew / Iron On Badg... Business $5.52 + $3.14 shipping
- Novelty Smiley Happy Face Patch Sew / Iron On Badg... Business $5.52 + $3.14 shipping
- SMILEY FACE IRON OR SEW ON PATCH EMBROIDERED... Business $3.75 + $8.48 shipping
- Novelty Smiley Happy Face Patch Sew / Iron On Badg... Business $5.52 + $3.14 shipping
- Yellow Smiley face Sew or Iron On Patch, Acid House... Private $2.25 + $3.45 shipping



Hover to zoom

Have one to sell? Sell now

## Novelty Smiley Happy Face Patch Sew / Iron On Badge American Flag United States

Condition: New

Quantity: 1 9 available / 18 sold

Price: GBP 4.40 Approximately US $5.52

Buy It Now | Add to cart | Add to watchlist

Breathe easy. Returns accepted.

Shipping: GBP 2.50 (approx US $3.14) Standard Shipping. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Lancaster, Lancashire, United Kingdom

Delivery: Estimated between Mon, Sep 4 and Thu, Sep 7 to 60323
Seller ships within 3 days after receiving cleared payment.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, Apple Pay, G Pay, VISA, Mastercard, AMEX

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

Seller information
pollypillion (56759)
100% positive feedback
Save seller
Contact seller
Visit store
See other items
Registered as a Business Seller

## Similar sponsored items See all

Feedback on our suggestions

- Novelty Smiley Happy Face Patch Sew / Iron On Badge German Flag Germany
- Yellow Smiley Face Emoji/Emoticon Iron on Applique/Embroidered Patch
- Vintage Beatles Sew On BADGE
- Novelty Smiley Happy Face Patch Sew / Iron On Badge Australian Flag Australia
- Novelty Smiley Happy Face Patch Sew / Iron On Badge Italian Flag Italy

## Related sponsored items See all

Feedback on our suggestions

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.

eBay item number: 360839331799

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New | Type | Patches |
| Theme | Motorsport | Material | Cloth |

### Business seller information

### Return policy

## Polly's Patches

100% Positive Feedback

Visit store | Contact | Save seller

Detailed seller ratings

Seller feedback (78,897)

Popular categories from this store See all

## You may also like

Feedback on our suggestions

- Novelty Smiley Happy Face Patch Sew / Iron On Badge German Flag Germany — New · Business — $5.52 — + $3.14 shipping — 24 sold
- Novelty Smiley Happy Face Patch Sew / Iron On Badge Australian Flag Australia — New · Business — $5.52 — + $3.14 shipping — 25 sold
- Novelty Smiley Happy Face Patch Sew / Iron On Badge French Flag France — New · Business — $5.52 — + $3.14 shipping — 20 sold
- UK Flag Smiley Face Embroidered Iron On/Sew-on Patch/Badge — New · Private — $2.82 — + $8.46 shipping — Seller with a 100% positive feedback
- A Pair Of Novelty Patches Smiling Face Union Jack Flag Sew or Iron on Badges — New · Business — $7.47 — + $3.14 shipping — Seller with a 100% positive feedback
- USA Flag Embroidered Iron / Sew On American Patch United States of America Badge — New · Private — $3.00 — + $2.89 shipping — Seller with a 99.5% positive feedback
- USA Flag Embroidered Iron / Sew On American Patch United States of America Badge — New · Private — $3.13 — + $2.89 shipping — 32 sold
- USA Flag Embroidered Iron / Sew On American Patch United States of America Badge — New · Private — $3.13 — + $2.89 shipping — Seller with a 99.7% positive feedback
- SMILEY FACE IRON OR SEW ON PATCH EMBROIDERED APPLIQUE BADGE LOGO — New · Business — $3.75 — + $8.48 shipping — Seller with a 100% positive feedback
- Novelty Smiley Happy Face Patch Sew / Iron On Badge Italian Flag Italy — New · Business — $5.52 — + $3.14 shipping — 24 sold
- A Single Novelty Patch Smiling Face Union Jack Flag Sew or Iron on Badge — New · Business — $5.52 — + $3.14 shipping — Seller with a 100% positive feedback
- American Flag USA National Embroidered Iron on / Sew On Patches Badges — New · Private — $8.77 — + $2.50 shipping — Seller with a 100% positive feedback
- Peace Corps with United States Flag Badge Iron on Sew on Embroidered Patch — New · Business — $3.15 — ~~$3.50~~ 10% off — + $3.75 shipping — 5 watchers
- Yellow Smiley face Sew or Iron On Patch, Acid House Fun cloth Badge Applique — New · Private — $2.25 — + $3.45 shipping — Seller with a 99.5% positive feedback
- Germany Country Flag Patch Iron On Patch Sew On Badge Embroidered Patch — Business — $2.75 — + $5.01 shipping — Seller with a 99.7% positive feedback
- USA Flag Embroidered Iron / Sew On American Patch United States of America Badge — New · Business — $3.15 — ~~$3.50~~ 10% off — + $3.75 shipping
- American Flag USA Stars and Stripes Iron Sew On Embroidered Patch Badge Applique — New · Business — $3.15 — ~~$3.50~~ 10% off — + $6.26 shipping — 25 sold
- Heart Flag Embroidered Patch sew iron on National Country Badge Patches Nation — New · Business — $3.75 — + $6.26 shipping — Seller with a 99.4% positive feedback
- Germany Country Flag Patch Iron On Patch Sew On Badge Embroidered Patch — Business — $2.75 — + $5.01 shipping — Seller with a 99.6% positive feedback
- US USA UNITED STATES OF AMERICA STARS STRIPES FLAG BADGE IRON SEW ON PATCH — New · Business — $4.00 — + $2.82 shipping — Seller with a 100% positive feedback
- UNITED STATES OF AMERICA Black Flag Iron On Patch Sew On Badge Embroidered Patch — Business — $2.75 — + $5.01 shipping — Seller with a 99.7% positive feedback
- USA Flag Embroidered Iron / Sew On American Patch United States of America Badge — New · Business — $2.75 — + $8.46 shipping — 78 sold
- A Quartet Of Novelty Patches Smiling Face Union Jack Flag Sew or Iron on Badges — New · Business — $11.23 — + $3.14 shipping — Seller with a 100% positive feedback
- USA Iron On Patch Sew On Cloth United States of America Flag US Embroidery Badge — Business — $3.25 — + $8.47 shipping — 44 sold
- A Trio Of Novelty Patches Smiling Face Union Jack Flag Sew or Iron on Badges — New · Business — $8.72 — + $3.45 shipping — Seller with a 100% positive feedback

Back to home page | Return to top

More to explore : Badge Collectible US Police Patches (Unknown State), Single Patch Badge Collectible US Police Patches (Unknown State), Single Unit Collectible Boy Scout Badges & Patches, Novelty & Replica Police Badges, Unit of 2 Collectible Boy Scout Badges & Patches, Collectible Harley-Davidson Badges & Patches, Collectible Girl Scout Badges & Patches, 3x5 American Flag, Badge Collectible Pennsylvania Police Patches, Badge Collectible Maryland Police Patches

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 28 Aug 2023 07:30:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49ee:1900:1c80:a1a:adf8:9048

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PIrB2Ertm123TffMkEUWLXDVmFyWe8LEDkWUTlTRJx5IuevolXZEgfRmOJqZti4LQuDXWeWQkWLnPjvMUPCaFwqolktRMD5PdOyAc/eFS/J0VyrcuTyMiGihyLlU0egZW5r3/qj7OWe9VXtpV5XRPhGTOnm23eFZz5AppWBXlxxmiFib3gX5vGKnwR1kaaKjBbK7ZBLl3EIwwrJl6MHN/
o0waXeDXbl27XpIsLcy2eCEMlkvXdxHQ83pNat67+twolX4JfQIZqJF4CPh3+Anryq3omMej7FOTAZFif1azb0yK0MyQ96y1j2VbKWFywZvvRAB66JBCAArGdsOgeW/LA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Mon,-28-Aug-2023-07-30-03-GMT.mhtml

**Hash (SHA256)**

0dcd77d14221b0e540387e90c4733454d48b73a24fdfc36cc25b4d2b7dbd5e52

**Signature (PKCS#1v1.5)**

NWKN2Qj0TteUnsUQfeR31OdpGeiZT6dCbZKo2zBjvPf53nZmruqR01a5VFYqHfKXpNBm586C98WFq1GOIxmaIvj0SpYHgikko01CLo0rSZOI0WPxapUb/CbMQLh3QE2LZQYMZy3G7dbb/3pvwwzMwakvhYldIT4YnwgPntYUp92Wfuz51hhnyGKlTFxC5gOnw7iAr8APz+zK4lXo/
W10miesNqTqoIaPt8N+zMvV/jCG3klVktupTRRs4e5Vv86w7R6+8RwinLsBP5YIioHmtoTOld2fqxvDKpqaBQrqPJmys6JaVHW41fp5xWPju2enu7Sh7cHGsp0ISbLh/flsWw==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Currency**

GBP
Change currency

**Review item and shipping**

Seller: pollypillion Message to seller



Novelty Smiley Happy Face Patch Sew / Iron On Badge American Flag United States

**GBP 4.40**

Quantity
1

**Delivery**
Est. delivery: Sep 2 – Sep 11
Royal Mail International Standard
**GBP 2.50**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 4.40 |
| Shipping | GBP 2.50 |
| Tax* | GBP 0.49 |
| **Order total** | **GBP 7.39** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: Fall Vibes Shirt, Sublimation Design Shirt, Retro Fall Sublimation, Smiley Face Shirt, Pumpkin Shirt, Fall Clipart Shirt, Digital Shirt, Halloween 2023, Tshirt, Hoodie, Sweatshirt, Long Sleeve, Vneck : Handmade Products

**URL**

https://www.amazon.com/dp/B0CCDTVN4N

**Collection Date**

Wed, 16 Aug 2023 07:10:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ZfAfTJ2QL6QA5TUM2z0zKW21QqAeQiXu7cK3P13tTjR+OCGauFRl+uViQRBzcyR97b0dvvmMi+ifJbuYclDbXcXJMOvogwR8BWz6u9hAx4fMbwMw6xT/ucOyTYJBEhopKGDkz2yMuT6eneGcx/K4kWoqhUCHc+KYIHjrHfH0bnSpUq6Xq1/Pqdm
+zKaoljoWuQyeUw3BlkmUY06s0D0gaiM8m0Dg+vFPDIttM64jX1ozLqwOYoyp3CpS4xIf2lo4EMP/51guCGCMemLdDqOUgsPsXuG4yIrR47+MsZ7jmpVMxpWdlfODdAUDBE+v157kfBDYhPSfUxXYLCxORoTfuw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0CCDTVN4N]]_Wed,-16-Aug-2023-07-10-51-GMT.mhtml

**Hash (SHA256)**

32a3422350b942ac48ddb699c18030f1f27c603c4f6dff12bcc97a84033cbf9a

**Signature (PKCS#1v1.5)**

YBjjofPkdMfcbq/iog8hZSxb8JB174AcQlwOy91jf/C95YDIaVyt7ZxSK8Sr9B1onxr6qxFCLG1Yho+CodtBp9Jh4YHaym02zhqX8fkCt4iqQ7Luq1Emd1G3Ic6VTB+1gyyCbdtLFEmVeYTnoWI6wqhVXu9K3gHsuLYlWsiFtJ+tTvbt+imBG/
tlWBHThqg7mzIYVJ4kYhy0srbs5GBakN0+2sRjsdmkSVOOcKznimEVJNOT17nVMvvYJGdYs8F//uVjEnfFlBnHTAPA60jaugit3ztVvO5F2JUYBU7He13CV9n1TU8Oz4MyTPQRJF0TU5tp1mOHXC2Vl0bEM+H4Aw==



# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 16 Aug 2023 07:12:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

H2nL1oUT2kqIaF16SwaJmgsvuIFBLzHsYxjsz/K37YFypC2UGCMzAMEcscSxTIe1wVBS8trw0XBAhClJGfE04ReCcVtve2o1U6SehJ0X/mQymQa62cXqT48W9WTHafh9N/1Tqz+rrneQMrSZ97vEH6iJ1A45u4YkmyVEBqSxHzOQIDZM7Ybs0frpxkyAyeY3gtSXWYiSCAHPdT/
N8LEBr74yRhs8cQ4pgfpZOEHS52JC+e0Vjf0dNok2QGbfBHTO7Hn12wWzaVwdfjql7T7WTuTAHE9PPBwRA6blu7jIwPzHRqtlaL2CtQpyk0k1DPRKrLfbbctB0RBq1Hk3vMFbmg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-16-Aug-2023-07-12-19-GMT.mhtml

**Hash (SHA256)**

7617bde8e8575f1cb11d1589e6ceda1928036d9d6e5609467be6352d998772cb

**Signature (PKCS#1v1.5)**

ef58kO2EvBnqbQnwwJ0SRlJaqK/+h8KM4u+V7e+F05fyV4xaBIbLdGVXfV10G6dWifrsHFn5lY3m6nlrhMBKyRiTFdWnnzwvOHOppc2K+QrcvPBQ5Od6wVSLCw2X9dg4v1L2ni/f8VJDTXMtJV8wMSyCVIXiJG2gJypREsYhmC/CERnqoLvuYRJJS522Tebd/Q/
J5cwa1uIOk8IFAz2gq2dKqeVrm8vUwFozJHXE02PZ7V/Iklv885+vxQ/aHcrzXMqvMyGW2+SXx2Da3yKv86C+BQpJVe7U2JPDhFE3CF1+TKLR6syTM/Nbihs8eq0ioNpsy/ox83n9mmltUsHrBQ==



AXENCIS
Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Korean temperament, girl style, cloud and flower, niche design, colorful beaded smiley face bracelet, 2023 new handmade girl | Wish

**URL**

https://www.wish.com/c/64bd3ce20fabee6b1cf2c38b

**Collection Date**

Sat, 12 Aug 2023 08:23:36 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4955:4700:5986:86e7:734b:2fc3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

D+GCTEwx9gJkZX8IPLPILwt1LmVWcaf8V2pdFt3qcUtshjE/zLV9s00xfFwczukIjZK5D+nUvuhFJWKzLaVCP89vv8ZpHSGVz7YWmhWuO1gD/jRzpDNSfyV3nOBZ3SoIWCCa7D3PsnlvbX6hpixzoYFhXXHTt7vTHFqLaMbMJNeJ/lCVtTyIvXLfCNJ4B5Z+
+5mgl3byA14L6+H67CPiiLNGCECHX0p394q0GiiFloRoU1W4NxqJeIf9n8Zcdp3wGVgHIh83mST5Qje7QhpFrVlpciyElu157UPH60+FwtfQpuQnAjywjunPXX5+YofL8mAx9S5rTUTBK/tVLrm1Ug==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]c[fs]64bd3ce20fabee6b1cf2c38b]]_Sat,-12-Aug-2023-08-23-36-GMT.mhtml

**Hash (SHA256)**

3e8d2444bbbff65241d9d74e11df269f9525501ed513e7bd7d453e3e11038312

**Signature (PKCS#1v1.5)**

cCp6OcPI2+vFjuLA9Cb0Bu3Cr+u5l4xtbSH72Z+j6p9ItRKMi5CzDLiMIbEZjuudmV+lDe1x84DEKR8rYedLDeyhuChOnh50h8My1oYm6VcW1Z48hmPMu
+WjrWbubbSbcMIeG5c2Hi52EmKy5WbMO2Nbm40FJi5rgeImHnilBk08vbNUwEwrYLhuLjtCRmmNYLFiOHCaqDVGFLpZvGl57QiSMbtX0G5rt6jQ9UWtNhIoVHt8vbWeLlIB5OBZP6tdiBbUuEzUZcjw4R5kPvvE+OOpTEyvvZ9uXvGA9d8PjhuGzsXqXy2BO8ascaf7N17oiLJcfgG6ZgfL/xLPp1vn8A==

wish

What do you want to find? Search

Popular | Express | Blitz Buy | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | More

Fashion › Accessories › Women › Jewelry

Overview | Related





Contact, Policies & More

Korean temperament, girl style, cloud and flower, niche design, colorful beaded smiley face bracelet, 2023 new handmade girl

11 merchant ratings

**$11.59**

Size:

A

**Add to cart**

Add to Wishlist

**Flat rate shipping**

$10

Spend $10 more to qualify
Ship all eligible items for **$2.99**

Estimated delivery: Aug 22–Sep 2

**Standard shipping** $2.99
**Flat rate eligible**
Aug 22–Sep 2

Items are sold and shipped by qqetpp tore

**Description** Show Less

Treatment process: electroplating
Article number: E2461
Color: A, B, C
Style classification: personalized trend
Product category: Handicrafts
Applicable audience: women
Main downstream platforms: Taobao, JD, ebay, PDD, wish, Kwai, AliExpress, Tmall, Independent Station, LAZADA, Pinduoduo, shopee, Tiktok
Applicable gift giving occasions: Employee benefits
Style: Women's
Material: Alloy
Year/Season of Launch: Spring 2023
Shape: Geometric
Is it a cross-border export exclusive source of goods? Yes
Popular elements: clouds, rainbows
Style: Korean version Korean style
Main sales regions: Africa, Europe, South America, Southeast Asia, North America, Northeast Asia, Middle East
Classification of popular elements: natural

**Reference Price by Seller** Show More

**Sold By** Merchant info

qqetpp tore
4.2 (11)

Contact merchant

**30 Day Return & Refund**

**Shop with Confidence!** Learn More

We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

**Report this listing for inaccurate information** Report

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Sat, 12 Aug 2023 08:27:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4955:4700:5986:86e7:734b:2fc3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

CmW+244C6BIIiKoiPEK6EzpBbcg5hxNAT0IA/PzF2gRh0zaL0IXTREcQVS1d38I8q+AtSbwh3ZOX8EtSKNX6b6hMPuqdP5/1OfGP836FE4qhfjSyjgZeXzUZfHy0c1H7mI/ZX2fvV3vji277Cjoc02f/LOLRccmEiTFor7jUjFAAOT66MwF8pFMWZF27ayjbYWV/
ypvcxqoKlUV2fLnGawCodGxTintG5YP5Mb8QrgvayUVrWvf2c7dzkFYqRT9SPmjPWXIt4mbGDTw9/v/a2QGFqrkOz5V0gjAg544fZxTDufXT6mae0pqwlTiYuALtxCBqHFZmCiys8A/OjgUGcg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Sat,-12-Aug-2023-08-27-55-GMT.mhtml

**Hash (SHA256)**

04058dfce01cbdebd1761cd419301c4a3bc3c668b551f7b4684c944c65a2ace6

**Signature (PKCS#1v1.5)**

k5Tl6/bMEwUJNW86wdQ8GkVWIXfaHQXKZxADhF5HRxShPOUyNdMvXrxU7XYlLXkreEDCAcvwR4Feo9W/0Hlkhs9sxDLrIh493e0rsyaHNK5kQ9Oi+dfGadWE8ajrnxSQkAtw8rNSjaPDgy8edVLGJkw67h6jWK8RPYOB7OYlwBZLXxN0XGeWc/ZbcXrTd62mb9epfQeS6/
BnKNnQXIyRnYpqDG367rB7nxxV6zZ2HbsO+EFULZouMe0IH/pF/HRNyh3isyukD1W+W6V6h+uKKfrG2h0RLkflcSsVtrcG8DvX3JOp2A7btLO3mZ+uIxdd4iFbXlxFiv9oK8khAr0QoQ==

wish

Popular | Express | Blitz Buy | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | More

**Shipping**

[redacted]

307 NE 1st St # 6, Miami, Florida, United States, 33132

Change

**Payment**

G Pay

PayPal

**Items in cart**



**Korean temperament, girl style, cloud and flower, niche design, colorful beaded smiley face bracelet, 2023 new handmade girl**

$11.59

Size A

1

Remove

**Standard shipping:** ~~**$2.99**~~

**Ships flat rate**

Estimated delivery: Aug 22–Sep 2

Contact, Policies & More

**Flat rate shipping unlocked**

Additional eligible items ship FREE!

Learn more

**Order summary**

Enter Promo Code

Apply

View available coupons →

| | |
|---|---|
| Item Total | $11.59 |
| Shipping | $2.99 |
| Flat rate (1 item): $2.99 | |
| Tax | $1.03 |
| Order Total | $15.61 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee**

We've got your back. Get a full refund if any of your items don't arrive. Learn More

30 Day Free Return and Refund

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

3.6ct Pave Diamond Smiley Emoji Sun Shape Charm Pendant-925 Sterling Vermeil 14m | eBay

**URL**

https://www.ebay.com/itm/314024674854

**Collection Date**

Wed, 09 Aug 2023 17:00:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:491d:2d00:69bf:7906:a752:afb0

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ROy5zKPsYFX5OnDZ+jWKClQYIFLkTUaN4kpU8nogSjSv8XDZGC5wpiCwlH9WWiOX6ypXciLBRg63TyRm0iV54JSQjgVZzSXv2Z10WWMH9YIzIq7XW2U0l3YRYGI7AzawPZ8e+FGb2ccSdGZyUJwFzrA+GTQSEkiUAgJxACZJMaraLtlbBZdrY
+7chyoflsits3TsC1e40xhnwG7pydPiRkoSn0WALQ/SxMT61LP+KX6IUe1xCfMYylPk4uKdfrVikpwNOe2h7WEU0aOO+LJAnDQthrP2hBWYtKzemXzdGKZzIHLV8PQDLUzXk4R6Ke5OOV3Z+a4HxHYI7bj6eNiTSg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]314024674854]]_Wed,-09-Aug-2023-17-00-39-GMT.mhtml

**Hash (SHA256)**

36d3d9a990bb9466b37422e548d559c5dfc8bd2b704a72513e888e79ff666561

**Signature (PKCS#1v1.5)**

WXnjPSG/yKMthQJFUH0zMFH7u54gOlcDBqfOEzT+r682Ngg1KEJQlDUR72H6oedHt9/1XHR26XEHqHZSd/yYu3/28Fqj22s9wAVRTs/FIKM1YkEriI40tJIC6wMh2bvWhJnVanJopwsdhTd1IYKQts2y2uDsKtmvv8OSWawfIBb390Zy3Y1jAXMah4Bi9VOG
+nN56pst04EqLoYsKD4iLhnBc5jiiyAsqAxzI1+rtV6JN0an3g6gCEbrJMtfk0MAbOnmKt6D95PVB9LGRRlGF26G46KGgS72h2W1wDnVf497BtNoS3Qb4y0LPqYsZoQ74CzbZV4dmAbQx4NR4LB+og==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Necklaces & Pendants | Share | Add to Watchlist

Learn how to earn a $50 statement credit
With a new eBay Mastercard®. Ends 8/16. See details

SAVE UP TO 10% See all eligible items and terms ▸



## 3.6ct Pave Diamond Smiley Emoji Sun Shape Charm Pendant-925 Sterling Vermeil 14m

Condition: New with tags
Sale ends in: 3d 14h
Quantity: 1 | 2 available

Price: **US $17.59**
Was ~~US $19.54~~
Save US $1.95 (10% off)

Buy It Now | Add to cart | Add to watchlist

Breathe easy. Free shipping and returns.

Shipping: **Free** Standard Shipping from outside US. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: LAWAIN, RAJASTHAN, India

Delivery: Estimated between **Tue, Aug 22** and **Thu, Sep 7** to 33132
Please note the delivery estimate is **greater than 10 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, AMEX, DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Have one to sell? Sell now

Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

Seller information
ranigems_hub (434 ★)
99.7% positive feedback
Save seller
Contact seller
Visit store
See other items

Earn a $50 statement credit
Open a new eBay Mastercard® and spend $250+ on eBay within 30 days.
See details
Offer ends 8/16.

## Similar sponsored items

See all | Feedback on our suggestions



| | | | | |
|---|---|---|---|---|
| 925 Sterling Silver Vintage Orange Fruit Charm Pendant | Smiley Face Emoji Happy Nano or CZ Crystal .925 Sterling Silver Necklace Pendant | VTG Vendome RARE CAPRI BLUE Crystal Pave Rhinestone Dome Gold Tone Ring Clean | Rainbow Mystical Fire Topaz 925 Sterling Silver Charms Unicorn Pendant Necklace | 925 Sterling Silver Vintage Seashell Charm Pendant |
| Pre-owned | New | Pre-owned | New (Other) | Pre-owned |
| $22.95 | $27.99 | $14.77 | $15.74 | $19.95 |
| Free 3-4 day shipping | ~~$39.99~~ 30% off | 1 bid | Free 3-4 day shipping | Free 3-4 day shipping |
| Buy 1, get 1 20% off | Free 3-4 day shipping | + $3.98 shipping | 11 watchers | Top Rated Plus |
| | Top Rated Plus | Seller with a 100% positive feedback | | Buy 1, get 1 20% off |

## Sponsored items inspired by your views

See all | Feedback on our suggestions



| | | | | |
|---|---|---|---|---|
| Creolen Ohrringe 15 mm Zirkonia Gold 24K Gold vergoldet gelbgold Smiley O5620DS | Smiley Emoticons Toppa Ferro Distintivo Da Cucire Ricamato Applicazione Per | Keyring Smiley Kisses Couple Amour Heart I Love You E6 8362 | INC Xstamper Pre-Inked Specialty Smiley Face Stamp (XST11420) , Purple | Pink Smiley Face Motif |
| New | New | New | New | New |
| $38.31 | $2.98 | $13.92 | $14.50 | $2.44 |
| + $6.79 shipping | + $2.54 shipping | Free shipping | Free shipping | + $19.21 shipping |
| 5 watchers | Seller with a 99.7% positive feedback | Seller with a 99.8% positive feedback | Seller with a 100% positive feedback | Last one |

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Jul 06, 2022 16:50:40 PDT View all revisions

eBay item number: **314024674854**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Shape | Rectangle |
| Country of Origin | India | Total Carat Weight | 3.7 |
| Department | Men | Style | Beaded, Charm, Pendant |
| Base Metal | Sterling Silver | Certification | AGI |
| Diamond Clarity Grade | Included (I1) | Setting Style | Pavé |
| Material | Acrylic, Feather, Horn | Colored Diamond Intensity | Faint |
| Pendant/Locket Type | Charm | Type | Pendant |
| Secondary Stone | Diamond, Onyx, Ruby | Cut Grade | Excellent |
| Main Stone Color | Black | Color | SILVER |
| Item Length | 13MM | Main Stone Treatment | Filled |
| Metal Purity | 925 | Main Stone | diamond |
| Main Stone Creation | Natural | Brand | Sterling |
| Metal | Vermeil | Diamond Color Grade | E |
| Main Stone Shape | rectangle | UPC | Does Not Apply |

## Item description from the seller

**PRODUCT DESCRIPTION:-**

- **Shipping Policy**

**FREE SHIPPING**

We do ship worldwide by Registered & Express mail with tracking number.
Shipping time takes up to 8-10 business days.
We ship only to the approved address that registered in eBay.
Handling Time: 2 Business Days

**Payment Policy**
We accept PayPal only.

Our customers are very important for us!
Please, In case of any problem or question, please feel free to contact us and we will do everything to satisfy you.

**Return Policy**
We deal in best quality Antique & Tribal Jewelry products. In any case, if you are not satisfied with the product first, please contact us and we will try to satisfy you by resolving your concern.
In any case you have a 100% Guarantee and refund.
We accept returns till 30 Days.

**Feedback Policy**
We give immediate positive feedback to our buyers as soon as payment is Received in PayPal. In any case of any problem contact us right away before leaving any Negative or Neutral feedback. We will do our best to resolve any problem and to make you satisfied

- **Thank you for Shopping!**

**:Have a Nice Day:**

1 Pc Pave Diamond Smiley Emoji Sun Shape Charm Pendant -925 Sterling Vermeil 14mmX11mm DP022

SAVE 10%

## ranigems_hub

**99.7%** Positive Feedback
**3.2K** Items sold

Visit store | Contact | Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this store

See all

Crafts | Jewelry & Watches

### Seller feedback (1,154)

i***o (2292) • Past month
Really nice
4 Pcs Natural Pave Diamond Spacer Bead 925 Sterling Silver - 8mm 066 (#314180680836)

y***o (621) • Past month
My favorite place to buy crystals. Always good quality.
1 Strand Rose Quartz Faceted Briolettes - Heart Shape Briolettes -6mmx5mm-10mm (#314027637743)

y***o (621) • Past month
My favorite place to buy crystals. Always good quality.
1 Strand Amethyst Briolette , Heart Shape Faceted Beads, 9 Inches 8mm Amethyst (#314340696283)

See all feedback

SAVE UP TO 10% See all eligible items →

**freindshipdaybigsale**
Marked down item price reflects all savings. Items provided by ranigems_hub

All promotional offers from ranigems_hub



| | | | | |
|---|---|---|---|---|
| 1 Pc Pave Diamond Round - 925 Sterling Silver- Diamond Round Shape , Silver Lock | 1 pc Pave Diamond Round Flower Single Bail Pendant 925 Sterling Silver Charm, | 1 pc Pave Diamond Flower Shape Single Bail Pendant 925 Sterling Silver Charm , | Pave Diamond Necklace 925 Sterling Silver Half Moon Vintage Diamond Pendant | 1 Pc Pave Diamond Moon Pendant ,925 Sterling Silver Charm, Pave diamond Finding, |
| Was: ~~US $12.99~~ | Was: ~~US $17.99~~ | Was: ~~US $14.99~~ | Was: ~~US $41.39~~ | Was: ~~US $33.33~~ |
| Now: US $11.69 | Now: US $16.19 | Now: US $13.49 | Now: US $37.25 | Now: US $30.00 |

See all

You can change quantities in your cart.

Back to home page | Return to top

More to explore : Must de Cartier Vermeil Sterling Silver Case Wristwatches, 3 ATM Diamond Wristwatches, Diamond Accent Sterling Silver Case Wristwatches, Diamond Accent Sterling Silver Band Wristwatches, Bulova Diamond 3 ATM Wristwatches, Rolex Diamond Accent Watches, Bulova Diamond Wristwatches, Diamond Sports Wristwatches, Rolex Adult Diamond Wristwatches, Hamilton Wristwatches with Diamond Accent

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS
Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 17:02:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:491d:2d00:69bf:7906:a752:afb0

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Kw2ubB3NNaLJU9tTFT2Pk1rdaisd6WcsPPHUgetswToLrhgEa0JH1VcS+DMHC/DDq9jtXGV7QUSUy1Ap7WRueo5IE1dwfLk/vkXPjPqtMZr6GTjVzi1Scf9NzMitWffVHgZYnfSNUIJhVXdVAswS3oI0K+SVa3eN4Rrc9cw5icx2oFMnRI4+PmiEX6kTX/
to4PiOUeMXejMPJOwrZ1I9SSS4Vv5+NMnQVrz5AI/oqGsslJEU458kS6RTlnhSQ9sDBBOB0dO5ie+N1k6JcSuJEliJRKyL/tzJ/6YCOsfjq3zYc5/TqHKIzU8Gtd2uoDGUVO8nHg4WYg8ncRe6qK3oVw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-17-02-57-GMT.mhtml

**Hash (SHA256)**

aa2946809ed1a4e7eb51e86352eef4c76146e7f78e299d87e8591010854c7def

**Signature (PKCS#1v1.5)**

aJZXbnytKKgqOxXmtdkr3NUlISPWzF4+q0LUOXMA9gAVot09KEhUKsHJtjpLMeEIJWBCfLcxF1B84zbRBxB+zsl/gHWLBYFnJiO2N6w8IMUSG63xWpVrbHGJr0KV18yJFvaULc/lJo0UZBl+/faSwMYpgFOcz4i5dd9gMlzQqO6yWdYIMdrxISJ3PUT95YUSSZ6Ky
+mgRr11g5KViybX05P6q589Bxe8vRDDa0v1rbadlNM8wRHsLK3XGkRMl5+iqmquxe9xh8IxbIBdj7Zv6uj/er5g3enkLWERUYw5Y24n+rYqOvwdIncl/NGd0bBRjN/5QRAZnG9FjH9RxiyyyA==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

Special financing available.

Apply now. See terms

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Review item and shipping**

Seller: ranigems_hub Message to seller



3.6ct Pave Diamond Smiley Emoji Sun Shape Charm Pendant-925 Sterling Vermeil 14m

**$17.59**

~~$19.54~~

Quantity
1

**Delivery**
Est. delivery: Aug 22 – Sep 7
Standard Shipping from outside US
**Free**

Save up to 10%

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

**Donate to charity (optional)**

Wildlife Trafficking Alliance

In honor of World Elephant Day on August 12, donate to WTA to help stop the illegal trade of elephant ivory. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $17.59 |
| Shipping | Free |
| Tax* | $1.23 |
| **Order total** | **$18.82** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Flag Rainbow Smiley - 90 x 150 cm | eBay

**URL**

https://www.ebay.com/itm/381443537326

**Collection Date**

Mon, 07 Aug 2023 06:14:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:497f:e600:b95b:2e52:205f:8608

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

RZEx6pzV0yKw90Z+CMdbmKE3202QMDWG5kHpPnxpwZP3rvkXZiJCNIbJeOFpD19OGEogUpXHZwuJxZGKepijUUG0gC4nyCOMrz0X6tNM0REjwGVkpxlpxkvsO003oEGo9kRfQvjq//g/Nmr
+cSv6kUPxRiN4voxRQH1WFiCLr9a3WwtihikH9RhL2Y9DxR18SpyPed8lLFkiJYTAFvJoWvfiO5xmJ86Sf+7NUyTmzBSvkUIljiPjHpsgb+DNvItXLS3FLSAg8yYNcHI9LzWmN78V8hnIdDtQS9qMtBgzg3oQJhCfjWishBiTio/RNk5gJR1sDKkQT2iqFwEcDMzqvA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]381443537326]]_Mon,-07-Aug-2023-06-14-28-GMT.mhtml

**Hash (SHA256)**

356536c0c101a1f9ab4909868cbf2e7d65870ec92f7886b06c25258e87672243

**Signature (PKCS#1v1.5)**

NsjQ3v9AQ/iZBJYFpqkkiTK5idRzpXYJFKrFcIjR0+UpAJ1V7ZlyL4947W+RPcpB0FwLCSzbHHeGmhG4w/V/k35l3TNH9wE/Evqwj/dlfQgBRIR8WTc+nOEREIOEmxv6yecZmRTRkZJ9KVe+1Ed4qslyG6Pj+ETLrkZlU2YcTcjRVRsf6DNb4xdRtkw0C1U0AwFtmAtmZxvX9dgK9/
+GdFA/6qrIZLB9evg0otlzGyxxpUQdRt6i+f4CwFQ0JndHgvrVYGt30NzED83NK68PwFTjNrEFgFoIq009dEUTuVdXerTpcLwBHgxUL8NAMLIp5IhLww+QYUvMZ25N5cjPtg==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page Share | Add to Watchlist




Have one to sell? Sell now

## Flag Rainbow Smiley - 90 x 150 cm - show original title

Condition: New

Quantity: 1 3 available / 195 sold

Price: **EUR 6.50**
Approximately US $7.16

Buy It Now | Add to cart | Add to watchlist

**This one's trending.** 195 have already sold.

Shipping: **EUR 7.00 (approx US $7.72)** Economy Shipping. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Hannover, Germany

Delivery: Estimated between **Fri, Aug 11** and **Tue, Aug 22** to 33132
Seller ships within 1 day after receiving cleared payment.
Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns. See details

Payments: PayPal, G Pay, VISA, Mastercard, AmEx

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
ratman20001 (173546 ★)
99.9% positive feedback

Save seller
Contact seller
Visit store
See other items

Registered as a Business Seller

## Similar sponsored items See all

Feedback on our suggestions



| Item | Condition | Price | Shipping | Sold |
|---|---|---|---|---|
| Fahne Flaggen REGENBOGEN SMILEY 150x90cm TDShop24 | New | $10.97 | + $7.66 shipping | 35 sold |
| Deutschland & Smilie Fahnen Fahne Flagge Smiley D-Land | New | $11.01 | + shipping | 37 sold |
| Fahne Flagge Deutschland 90X150 Ösen Deutsche Hissflagge Metallösen Wetterfest | New | $21.99 | + $7.66 shipping | 53 sold |
| Regenbogen Flagge Fahne Hissflagge Peace 90X150 Lgbt Rainbow Flag Ösen Csd Pride | New | $9.87 | + $7.66 shipping | 502 sold |
| Deutschland Flagge Deutsche Fahne mit Ösen 90X150 60X90 Hissflagge - Metallösen | New | $8.76 | + $7.66 shipping | 288 sold |

## Sponsored items inspired by your views See all

Feedback on our suggestions



| Item | Condition | Price | Shipping | Seller |
|---|---|---|---|---|
| Imagine Us Flag Hippie soul Garden Flag, Retro Smiley sticker hippie Flag Decor | New | $23.99 | Free shipping | Seller with a 100% positive feedback |
| Men's Digital Smiley Print Short Sleeve Men's casual t-shirt | New | $25.96 ($28.84 10% off) | Free shipping | |
| Lustiges Shirt - Lächeln Tshirt - Lächeln Emoticon - Smiley Gesicht 😃 | New | $22.03 | + $9.91 shipping | |
| Vintage Style Enamel Crystal Straw Hat Smiley Face Brooch / Pendant Shawl Pin | New | $12.74 | + $2.55 shipping | Seller with a 99.1% positive feedback |
| Stainless Steel Smiley Face Necklace Pendant Lucky Jewelry Fashion Gift | New | $9.99 | + $4.99 shipping | Seller with a 99.2% positive feedback |

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Jul 29, 2023 09:05:42 PDT View all revisions

eBay item number: **381443537326**

### Item specifics

Condition: New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more

### Item description from the seller

## Fahne Flagge Regenbogen Smiley - 90 x 150 cm

Neu!!!

Aus wetterfestem Polyester-Stoff!
Bei 30 Grad waschbar mit 2 Ösen zum befestigen am Mast.
Die Mastseite ist mit einem weißen Saum zusätzlich verstärkt und der Rand ist doppelt umsäumt.

Siehe Bild!!!

Versand & Verpackung:

1.55 Euro, 2 Fahnen: 1.75 Euro, 3 Fahnen: 3.90 Euro innerhalb Deutschlands
6.80 Euro bis 2 Fahnen, 3 - 5 Fahnen: 9.99 Euro innerhalb Europas
6.80 Euro bis 2 Fahnen, 3 - 5 Fahnen: 9.99 Euro Weltweit

Transparenz für Käufer! Verkäufer trägt eBay-Gebühren!

Impressum & AGB
HIER KLICKEN
Dies ist ein Gewerblicher Verkauf

Transparenz für Käufer! Käufer zahlt kein überhöhtes Porto!

Suchen Sie eine bestimmte Fahne? Schauen Sie hier:
**Ca. 8500 verschiedene Motive**

Fahnen - Flaggen Ratman20001 Shops

oder

Andere Artikel des Verkäufers

**Nach Auktionsende erhalten Sie innerhalb von 24 Stunden eine Rechnung per E-Mail.**
Eine Rechnung mit ausgewiesener Mehrwertsteuer wird der Sendung auf Wunsch beigefügt.
Sollten Sie in diesem Zeitraum keine Rechnung erhalten haben, prüfen Sie bitte Ihren Spamfilter

**Vielen Dank!**

### Business seller information

Michael Strauch
Michael Strauch
[illegible]
Germany

Phone: [illegible]
Email: [illegible]

Alternative Streitbeilegung: Die Europäische Kommission stellt eine Plattform für die außergerichtliche Online- Streitbeilegung (OS-Plattform) bereit, aufrufbar unter: https://ec.europa.eu/consumers/odr

**Value Added Tax Number:** [illegible]

I provide invoices with VAT separately displayed.

**Terms and conditions of the sale**

Wir sind seit 15.04.2016 Mitglied der Initiative "FairCommerce". Nähere Informationen hierzu finden Sie unter www.fair-commerce.de.

Allgemeine Geschäftsbedingungen und Kundeninformationen Datenschutzerklärung

I. Allgemeine Geschäftsbedingungen

§ 1 Grundlegende Bestimmungen

(1) Die nachstehenden Geschäftsbedingungen gelten für Verträge, die Sie mit uns als Anbieter (Michael Strauch) über die Internetplattform eBay oder CATCH by eBay schließen. [illegible]

(2) [illegible]

### Return policy

Return policy details

Seller does not accept returns.

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Fahnen-Flaggen Ratman20001

99.9% Positive Feedback
355K Items sold

Visit store | Contact | Save seller

**Detailed seller ratings**

Average for the last 12 months

| Rating | Score |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 5.0 |
| Communication | 4.9 |

**Seller feedback** (212,361)

This item (6) All items (212,361)

s***j (2) - Past month
einwandfrei

a***z (1345) - Past month
alles super

f***a (605) - Past month
Alles bestens Danke

See all feedback

**Popular categories from this store** See all

Flaggenmotive Windsäcke Wimpel | Afrika | Amerika ( Mittel & Süd ) | Amerika ( USA ) | USA Sonstige | Asien | Australien | Bundesländer & Bezirke | Europa & Städte

Back to home page Return to top

More to explore : X-Men Comics, X-Men Comics, Graphic Novels & TPBs, X-Men Trading Cards, X-Men Silver Age Comics, Uncanny X-Men #266, X-Men Omnibus Graphic Novel, Uncanny X-Men Comics, Graphic Novels & TPBs, The X-Files Trading Cards, X-Force Comics, Graphic Novels & TPBs, Comic X-Files Collectibles

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 07 Aug 2023 06:15:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:497f:e600:b95b:2e52:205f:8608

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Yp5BQNQCpx1R6EAIrWVie7h27+IZ6lfzKGzDmeQ4JWQh28DZNjtCTWKY/xITI55k2Dj1Z4VpuLEETpn6QRiRpIwxz2Uds1Wh5RwfOlkUaT4+qwgXIfF8JN1v5m/yCIySS7yl/qXkD/
HDdqccnHoVAF6lPUmfqxaUJdjbnd4yNP5QSNtkTTEJCBG7s50D7ULuajoOXm27iApwQLl5b32g1IBXt527XaFQ0zvHXGUbEw5gAZxq7N6gOlkPPBH5PxJaqi7ryHd2Mc23t536yxnDvoLDOSlZHM2EvEA0MVdzrZxc4KfTo2JxKrlDrXPyGyRal8TS02iBshlCxFo5GUqckQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Mon,-07-Aug-2023-06-15-23-GMT.mhtml

**Hash (SHA256)**

6bd024897fa7c87d3b72889a7975a54383048cb761b6524ec93ae6afc9cce374

**Signature (PKCS#1v1.5)**

j3rGkdQVA3K22s/JSO7L1QoujoHRluC/Gr1CuoIqnIkmsHWaRvk5X0AxMdJWRWzOIt1dOvV3ATRR9h3ehXbYWR+lyI3erdctmZH2XwoYdPP4hUoWWPMOA/B03iCdtwCI+si4fixKNSD2oTmy1ctekiUJOYWI9cJHklcue5LDHGMaiOiFgc1RQc9773QHB7KdlwbeYjS/d+ndDZd
+lANGXA19xIGe6SyidWG7HQnX7HEk5NuUXC2sYAurtL1MEHxV9LJ89+BfzrnNx5jxu1wPJoiV75nz4fKPiJ1uCfmZbnpJwEyBFjxX3u2Zmvvtw5k5Aa+dXAdbKPXJFs2Tpr1Lnw==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

SMILEY FACE IRON OR SEW ON PATCH EMBROIDERED APPLIQUE BADGE LOGO | eBay

**URL**

https://www.ebay.com/itm/325775916228

**Collection Date**

Mon, 28 Aug 2023 04:36:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

U35D17Z4U2iN4cNKNIHO3PCbSBh+U2HOAHQ0RVn7qNmylKNyyB/Ep6nSncEqQeZ5lRtacLsqz1yzg7ylxp/kFfveGOhJ62+c+4bWAwUJ+PgzRhRjjD9zli5LB7b9PRpePRXHAuFv/Ej87hG9W8kCKb2Bh9kJEa7odkqbB6AXd4Q=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]325775916228]]_Mon,-28-Aug-2023-04-36-21-GMT.pdf

**Hash (SHA256)**

064159f0350317b57d3a57c00cb66b7b1ece923a57404e11ed8f0ebbc4733de8

**Signature (PKCS#1v1.5)**

ZHr6Sli1XNlpFXV6/EoqiXcFZ+LpRMO3SZntTJEByYfI0cGDbe1x3fyhMXwdDPCcJsHm0UIHOZKgEYgXAVC/QGntKVarEr5R4q5oPT0jYn99fG9VaDdDqXa7dQ76Lp+FMVbgan475WAOBDjoFwKp/PLkDYWYiTXoyx8lw81pXUE=



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 28 Aug 2023 06:42:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49ee:1900:1c80:a1a:adf8:9048

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

dxpGsNLGh2EQEi9IZG1u2UhyfE1PZmTEjw4Sqh4ww2HV93mvllUTzG/81DaGEaDFls02C6bR4fp0GQa89NsMAzQmVBJhWCAUG7ag6fCpDKW9WWxbTDAh61x73VFvjtcKYd69XI+jPkJaL8h9rhQ93y5jBSjUghSfz9qFYcwobg3iQsp8wmUy64qZTUrZGJrqz2uj00InN6IAhLi/
ftPkCNrqRHcJidQNJVcVEQ61JiL/0nmTS6FXvh8p+Rb08UTm7soXCsvm8DblvrwtY9aJGIyH5bEyOPmH9SDZEE/VHuQNblIIT3dkoPau9ETaHA3nFks0b4jxgX6/SUeEXhPCmw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Mon,-28-Aug-2023-06-42-39-GMT.mhtml

**Hash (SHA256)**

02c4e884aedec63da924975eb643210dca30b533e21d6fba7e835ed5b175eb7b

**Signature (PKCS#1v1.5)**

YN1xKPB3UUtwu/2xi6h3U4l7cEu1r/sWvl0l/1zBcYn8S6+E2zx/ZJzyTmfKCGZ4/aMlQPR0a8PbxN2OvW+LKbjg2IfKBYM75L9pjewBeot77xNhmq0ltCKy+OOHsJFm1sfmOAFoGrFMw+qjp4bJ2pGZ4m25hPEwKuQI1U2wQsevtuhIhSnCkqkNSgicSTWXV2CYfu9LEqQt+53TzrdJwZ
+yNviLSVjmQeqG0G4YBHhucEVAPp2ieuz7Tu2E512trIHiLZkXbQ4R1o7Uyg51riPipuDf+f+1ZcHFj6R5S10FqV8TJsIeP3ufbNiqCwTWDL0N4DhQe/PebRtSIIlAFw==

ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Currency**

GBP
Change currency

**Review item and shipping**

Seller: rb_traders Message to seller



SMILEY FACE IRON OR SEW ON PATCH EMBROIDERED APPLIQUE BADGE LOGO

**GBP 2.99**

Quantity
1

**Delivery**
Est. delivery: Sep 14 – Sep 19
International Priority Shipping
**GBP 13.94**
Includes international tracking

**Import charges**
No additional import charges at delivery
**GBP 0.00**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 2.99 |
| Shipping | GBP 13.94 |
| Tax* | GBP 1.19 |
| **Order total** | **GBP 18.12** |

You agree to the Global Shipping Program terms.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

smiley face bucket hat, stone roses Adored Lemon bucket hat | eBay

**URL**

https://www.ebay.com/itm/304692281673

**Collection Date**

Wed, 09 Aug 2023 19:42:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

193.27.12.196

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MnXLjE3aho96jpTqLyMPAtDV4aEiwjllpeSm7A5kZg+ntk9fb/cI2A+InSbTt8FjnP9zglwh2gPDZ/tmUH+ASbw4H+NI4oWDMu9dM7U67RWkozt0TE+KHde1645ZBMc2uk4FSJrKXz8hB6L0cjPgLAi9aKYzcxFW/nlwX7WMVKQqMvhJAMMy6ouEsZlHuD87nlbjIOza/GKJHsoS/Xsei0h2sSkl
+1mUXqCTkmZXn15oHTctjmXjD6ytfFw9NPuwprFIBXTfhQUWWNVr/w0zTIlgKXUVAo74+1XNtOufN+1npVjoD/DykNh2Z7UFb/St4vJD+ld/qb0n5U32090BVg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]304692281673]]_Wed,-09-Aug-2023-19-42-02-GMT.mhtml

**Hash (SHA256)**

536375fe178ac3d939e247d7f0176948e3c51140a532f0f210f84c83f74d176e

**Signature (PKCS#1v1.5)**

XakCR+7EO72+zwMfjiwci2X2UyBUs68H5+hQzzGxJok6/GFTvrLn7fhv2iG3Zm3LsVbg/o2G+inTAkk3FN4lGtkLZjz7cJCmN1Qc7kpsFNP5Sk8JJ0rL4VsExHZpZNPyLa+fXYeAnt9cGkpIiL1itGYLuqMaMpRZeWDY0BiS7t4RDQ7P3LmvV6BI9rETAx+X7ZvYkh5tgF3L5nP34qZ8nb4wzTYPd/jyZIb
+Uildp3YII7LdG+uEOn0BXbLZBxZcf6xK3E9L+xuO16zEU0nE/cmHCD+gKHlV+tt6NrNKUqG6Q9vKxYrhm/GmIXrvIQcpHEaY9HGXFNU7TdqtUi6dsw==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Clothing, Shoes & Accessories > Men > Men's Accessories > Hats

Share | Add to Watchlist

Learn how to earn a $50 statement credit
With a new eBay Mastercard®. Ends 8/16.
See details



## smiley face bucket hat, stone roses Adored Lemon bucket hat

Condition: New with tags

Colour: - Select -

Quantity: 1 6 available / 7 sold

Price: **GBP 13.99**
Approximately US $17.80

Buy It Now

Add to cart

Add to watchlist

**Breathe easy.** Returns accepted.

**People are checking this out.** 7 have added this to their watchlist.

Shipping: GBP 14.28 (approx US $18.17) Expedited Shipping to United States via eBay's Global Shipping Program . See details
Located in: Glasgow, United Kingdom

Import charges: Free amount confirmed at checkout

Delivery: Estimated between **Thu, Aug 24** and **Tue, Aug 29** to 33132
Includes **international tracking**

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

International shipping and import charges paid to Pitney Bowes Inc. Learn more

Have one to sell? Sell now

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**

retrozelle64 (822 ★)

100% positive feedback

Save seller

Contact seller

Visit store

See other items

Registered as a Business Seller

## Similar sponsored items

See all

Feedback on our suggestions

Smiley Face Bucket Hat
Pre-owned
$15.00
Free shipping
Seller with a 100% positive feedback

stone roses Adored Lemon bucket hat
New
$17.80
+ $14.67 shipping
Seller with a 100% positive feedback

GUCCI Baseball Cap Black Hat M
Pre-owned
$76.31
0 bids
+ $16.41 shipping
5 watchers

Happy Face Hot Trendy Black Yellow Reversible Bucket Hat Smiley Face
New (Other)
$18.00
Free shipping
Seller with a 100% positive feedback

Happy Face Hot Trendy Pink Yellow Reversible Bucket Hat Smiley Face
New (Other)
$18.00
Free shipping
Seller with a 100% positive feedback

## Sponsored items customers also bought

See all

Feedback on our suggestions

BUCKET HATS FESTIVAL BRIGHT COLOUR FISHERMAN HAT CAP BEANIE RAVE DANCE IBIZA SUN
New
$5.08
+ $14.27 shipping
6883 sold

stone roses adored bucket hat summer festival
New
$17.80
+ $14.67 shipping
Seller with a 100% positive feedback

Adored bucket hat, Stone Roses summer fesival, raver baby
New
$17.80
+ $14.67 shipping
38 sold

Adored bucket hat, reni bucket hat, adult size raver Ian Brown stone roses
New
$17.80
+ $14.67 shipping
88 sold

Men Women Stussy Bucket Hat Fisherman Cap Beanie Travel Festival Hats Sunhat
New
$15.67
+ $14.60 shipping
95 sold

About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: **304692281673**

Last updated on Apr 30, 2023 22:07:56 PDT View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Pattern | adored |
| Character | Fisherman | Occasion | Casual |
| Size | One Size adult | Material | Cotton |
| Fabric Type | cotton | Vintage | Yes |
| Brand | Unbranded | Department | Unisex Adults |
| Style | Bucket Hat | Theme | 90s |
| Features | Lightweight | Country/Region of Manufacture | Unknown |
| Season | Summer | | |

## Item description from the seller

**mix and match all buckets hats in my shop for multi buy discount. Just add to basket to see total discount**

**Bucket hat**
**adult size only**
**Smiley face**

- Bucket Hat Acid Retro Rave DJ Dance Festival Indie
- Fabric: 100% Cotton Twill
- Weight: 65g
- Size: Adult
- vinyl print

## Business seller information

Retrozelle
George Cuthbertson
14F Mossgiel Road
Glasgow, Cumbernauld
North Lanarkshire
G67 2EY
United Kingdom

Phone: 01236615557
Email: geo64cuthbertson@hotmail.co.uk

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

**retrozelle T shirts**

100% Positive Feedback
2.8K Items sold

Visit store

Contact

Save seller

**Detailed seller ratings**

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

**Seller feedback (643)**

This item (1) All items (643)

e***s (784) - Past 6 months

Hat arrived this morning, really pleased, thank-you very much.

See all feedback

**Popular categories from this store** See all

stone roses | punk | polyester | raver | mod brit pop | bucket hats | Other

Back to home page | Return to top

More to explore : Men's Bucket Hats, The North Face Bucket Hats for Men, Women's Bucket Hats, Bucket Hats Baby Hats, HAT Bucket Hats for Women, Boy Bucket Hats Baby Hats, Men's Solid Bucket Hats, Coach Bucket Hats for Women, Men's Black Bucket Hats, Men's Sports Bucket Hats

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 19:46:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

193.27.12.196

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PtWj8KGOskn1FBEAzodFqsnCKYitrekU0K6o8tA00edgTLqcNLG6XZBH0uBcXIlD7cPRbdNNMBhLhY/x/bl7laPsAaXcsLCDyJBGtjpmoIfWC47W82PNp8VgxMyWZeCoSEGYsGXoiN1lCa84D+OgRYwid6ENyJkj5k
+cRRBnMN5ycCtOpDBpx4HJxs8FvQqnEwQ3lnXmcMzHZupUBhRTzD4oci94x7hIZdJhtbkp7NkHk4N5Et5H8bQsVtPKMtiqpn/iUETMSaDDPQQFR/ADzfCXx5VhCa7fpziiI+OhYHSVEfnS5PvZL3s+7LXMhzcCfFn3a8F36HPSjhgsS3FVAA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-19-46-04-GMT.mhtml

**Hash (SHA256)**

644c95f9ffdc725cbd27172b564d61a1a5b9fd8cab57fc54f837587d1b65ca15

**Signature (PKCS#1v1.5)**

Ba7x9wn+vGx1J00xw9oLAxO81xo5gNKyd5tVLRWO4EIpcD5bxfhNR69/tVLPus5q5rVg7w0xopovxH0EVZrdFfElS9ZLI2lhMgt55goxkNXpG8vskKmpmsSBgmIc8m3F00pFCyon6FBUVAQdQbYcMaEklvjCjVu5s/szhu25WPac6PjOAgOpQSsFPV6W/oRBTXxHZLvP5ZTZHxhqglbcUCRwPvx/TJ
+0s8/mk449RFY0ZrI5AnEHq++1KOdeqCU+ADhP94UHpScrn4u1DAT80qzdfeKCKBdwLU/3G/sQe1QQYmKW7MPsdvZzUNjhlyMyiCkRrNtZtqXb7ppSzfztEg==

ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Review item and shipping**

Seller: retrozelle64 Message to seller



smiley face bucket hat, stone roses Adored Lemon bucket hat
Colour: White
**GBP 13.99**

Quantity
1

**Delivery**
Est. delivery: Aug 29 – Sep 1
International Priority Shipping
**GBP 14.28**
Includes international tracking

**Import charges**
No additional import charges at delivery
**GBP 0.00**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 13.99 |
| Shipping | GBP 14.28 |
| Tax* | GBP 1.98 |
| **Order total** | **GBP 30.25** |

You agree to the Global Shipping Program terms.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com : 2Pack /Set Smiley Face Yellow pink Flag 3x5 Ft, Moderate-Outdoor Both Sides 100D Polyester,Canvas Header and Double Stitched 3' x 5' Happy Face Flags : Patio, Lawn & Garden

**URL**

https://www.amazon.com/dp/B07VGL41PX

**Collection Date**

Fri, 25 Aug 2023 13:01:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bbOIQl4c6pgiQOoVIDLOizvhO7UY1+eH0+h6Xs0+Ba+xtUGZD748S38WDv948f9TjWNX4faspGOiY2xqYNsNTOOpJNjl5yfIhZQ17zlPWHZDxFUz+gwqr5rbaU4KO8qy1ROUgHRsUAp6EHOPChrR7cW74kIxrCKdJDIiKGITwMjIBuEB1bpUCzPpXNNYlyfIOUPX4/RJdy8I+eUyNnbb9UFw69tn//+9ywa7VCi94OOM9aJwYZAZMp8yDsbuJPsIinLGHtecwp+m6PlyVxsXD8RXO2GjI+F6mOljAfMEJ8pGAo1Ewsp6k5EhaNPW8uzXU0HyMpL6fnZFMQj8z3+7jg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B07VGL41PX]]_Fri,-25-Aug-2023-13-01-47-GMT.mhtml

**Hash (SHA256)**

3329b8fe568a81e4b5847dfdfc5f80ef939dcfb984d289b6c1a5384e9b702765

**Signature (PKCS#1v1.5)**

wzpHWKV8nYS0y/WIPHrIHtfg3sqk4bDdlB85XvbCMoLHEAolTb4kWlTwlcnSIf6sISM+4RI6rwgOtCkgeASHSGieUR+i11U+wnhDyTwE78eaO5UrRX3yd5D+3KQM/ceAYHO6zGyw3bCXNcQIARp0xRElyFmhEuom4cinWxvoPfPzUkQsAPmJS5C+++5D2EmTDdsleO8ez8xHH3LqZuHy/qhUJDFTT4nU1QFuvu71BA8tbQiD3UkPc3UrSeNGZbnYdYdRWIvS7O4biQplqSSoPTnDB4NxqsOPGm6/uZvUn1dQFEyhd3+c9rfXwq4mYmc4sccEBkJxWIE28SaS9t+thw==



# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 25 Aug 2023 13:04:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qwvIYD5aBt6xwvKYYmnDnGDjHWlAg/ug5DJCZK9pIWqREaM0SLM6UB+gVoyWiai3zaBJ1j3ddAY6SpQ28WmFM74meK32ndWYH4SQayqugFYg05IzYCc9awj3ZVtxmYYMxQsJhHB/kn1bBPfiANEsgxzqAy5L1M/nSen88qWfqds3QyxQq7i+OomQrzMvGjmn/
TuxHyFvrLeYtak2HfBeYM2lMg48Cnv8UrU4jKBzYdHJM0JPwsI2gQNnv+DakoX3nkACUYXcofTS9wIozP333YBghF2KaaXD7xqnj7b6yGFKnLPx5LHKqAkcgybAgGgBEoOxc5mapbHjh//DDnLS9A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-25-Aug-2023-13-04-53-GMT.mhtml

**Hash (SHA256)**

0157de7b7f7dca81444886b698b36a3bdd458620a42fb985549afca6d042a678

**Signature (PKCS#1v1.5)**

mnRrD2/Xt0GJBFfyPV5N4Ec9tx4y2tHeW7l8QLfJu0ZjvCmAgML8mhjMVY5xJtMIA9AralQwZ7s1mXfLzRB1guhn2IeOo/vaLV1ov0IAytGb1e+MmvB07SvlbMTvS9EIATtbUEdDa7QYlMuNfcTRx4O3QBNdnvgrxg7dG7++w/
ErTclQYnPxcKFHvcXxwPcnQbPFs3AgH4vEF2ZaXGqcITlqmT7wWeVclgPoNZcWNcAK7HHG3NVMJb0LasnhbFz1j5bh1kJkUEZ5eXuffM2Sq7OydLfVP4FKum1LyTQ6ScouRwUmZTv6hI5xTzstwhMshHfBTmEM58Tiyvpb/6cx3Q==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

[redacted] **we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Monday, Aug. 28 by 8PM~~ **Tomorrow, Aug. 26 by 8PM** for ~~$6.99~~ FREE

Get FREE One-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: Aug. 28, 2023** If you order in the next 14 hours and 55 minutes (Details)

Items shipped from Amazon.com



**2Pack /Set Smiley Face Yellow pink Flag 3x5 Ft, Moderate-Outdoor Both Sides 100D Polyester,Canvas Header and Double Stitched 3' x 5' Happy Face Flags**

$13.85 & FREE Returns

Qty: 1

Sold by: Rhungift ® Direct

Amazon Prime eligible Join now

Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose a delivery option:**

- **Tomorrow, Aug. 26**
- **Monday, Aug. 28**
  $6.99 - Shipping
- **Tomorrow, Aug. 26**
  $9.99 - Shipping

Place your order | **Order total: $21.81**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE One-Day Delivery and save $6.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $13.85 |
| Shipping & handling: | $6.99 |
| Total before tax: | $20.84 |
| Estimated tax to be collected: | $0.97 |
| **Order total:** | **$21.81** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

DAISY SMILEY FACE BEER DRINK BOTTLE CAP OPENER CHROME KEYRING | eBay

**URL**

https://www.ebay.com/itm/232437932810

**Collection Date**

Wed, 09 Aug 2023 20:58:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

193.27.12.196

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

B6NvNShynLYHEnI7TeZydD8gsVQNgHQ8S6u08464tjFW600wxBJpeEc6mfZxPkeyAUUvZ7ml71K/X1uO3gxVEpPBucAfZw/E7BcQ9pp+tKnSURxDTBvwu8O8Xd61kdX2aq/1xTynHEGrTCyCwrbsvQ1dmIogKhAreUcOZCYJZeL92tU+oQAXsNw9/
P7ZGTl4CAFCI0DSJtesfm0qoiA3oTjLD9nv97+W7siuaHB5G++MlS6sVUB/6b7ySxB5oByfZ5qf4c2lHDf4DS+c+J/tJ4kA/x7B4rCfc4EJkoNTFbzp6uxe2hPTGoFFGmSc6hFumReK5TG9+mfWJwpCPwskGA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]232437932810]]_Wed,-09-Aug-2023-20-58-14-GMT.mhtml

**Hash (SHA256)**

59c66e2cbff756fac77d268f5a5e436fd057d8674b1a9cc857d04b82c96085e1

**Signature (PKCS#1v1.5)**

X3m1uU22AgzlzeTrylW4y2dHJVhoWDIrLlBg6qPpWkw1fU2RZodlD7sVPdCsS+MEftr5ktGm+H7cMETfl04tDhUtoObyluTik8ztgsAcItD1/28J0JmylLM422klJO6+4oSbjTYMBCnLRTGtQz/z7HnVSz8Hj0PRs3eUmAT4K9LcuR+OeEU6YWXCe+ApO+/
vsowWA5iT8i9dxRUTqxDPnWX0zc05U8nahB79fEAv0eLrQ1DQGx9e48zyRxv7mEemXNaZ5eIzKn6p3Y0OPIMU40WTRVwjem1Yp6k3KcTLyRtJ5dOCPMMSDfe9YyG+Fh3TBGi8/SydrRSDYezO02MEDA==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay 1

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Collectibles & Art > Collectibles > Breweriana, Beer > Openers

Share | Add to Watchlist



$ Have one to sell? Sell now

## DAISY SMILEY FACE BEER DRINK BOTTLE CAP OPENER CHROME KEYRING

Condition: New

Quantity: 1 More than 10 available / 1 sold

Price: **GBP 3.65**
Approximately US $4.64

Buy It Now

Add to cart

Add to watchlist

**Breathe easy.** Returns accepted.

Shipping: **GBP 3.99 (approx US $5.08)** Royal Mail International Economy. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Paignton, United Kingdom

Delivery: Estimated between **Fri, Aug 18** and **Fri, Sep 1** to 33132
Please note the delivery estimate is **greater than 7 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
rivieratrading (78009)
99.2% positive feedback

Save seller
Contact seller
Visit store
See other items

Registered as a Business Seller

## Similar sponsored items

See all

Feedback on our suggestions



Gold Toned Smiley Bumble Bee Bottle Cap Opener
Pre-owned
**$15.00**
+ $5.25 shipping
Top Rated Plus
Seller with a 99.9% positive feedback



MOUSTACHE BEER DRINK BOTTLE CAP OPENER CHROME KEYRING
New
**$4.64**
+ $5.08 shipping
Seller with a 99.2% positive feedback



Vintage copper bottle opener dog form W Germany
**$25.44**
0 bids
+ $21.63 shipping



10PCS Bottle Openers, Rounded Bar Blade Beer Bottle Opener Corkscrew Bartender
New
**$6.35**
+ $14.31 shipping
**59 sold**




MERIDIAN POINT-Bottle Opener & Cap Saver. Ideal for a man cave
New
**$21.61**
+ $21.59 shipping
Seller with a 99.3% positive feedback

## Sponsored items inspired by your views

See all

Feedback on our suggestions



Blue Smiley Flowers Gypsy Case Cover iPhone 11 Pro Max XS XR SE 2020 7 8 Plus
New
**$12.37**
+ $11.72 shipping
**Last one**



N6 Vintage Black Velvet Layered Choker Necklace with Black Smiley Pendant Women
New
**$6.36**
+ $14.31 shipping




18" Helium Grade Foil Emoji Balloon Smiley Face Yellow for Kids Party Decoration
New
**$3.80**
+ $19.07 shipping



2.00Ct Round Cut Cubic Zirconia Smiley LOL Pendant 14K White Gold Silver Plated
New
**$151.99**
~~$189.99~~ **20% off**
Free shipping



AirPods 1&2 Case AirPods 3 Case Smiley AirPods Pro Case Happy Face GIFT
New
**$22.78**
+ $13.67 shipping
Seller with a 100% positive feedback

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Jul 03, 2023 08:43:02 PDT View all revisions

eBay item number: **232437932810**

## Item specifics

Condition: New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more

## Item description from the seller

**Chrome Finish Key Ring**

**Bottle Openeing Function**

**Logo 25mm Wide**

**Polish Finish**

## Business seller information

Rivieratrading
Dean Harding
Flat 9, Haddon Court
Cecil Road
Paignton
Devon
TQ3 2SH
United Kingdom

Email: deanbharding@gmail.com

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

RivieraTrading

## Rivieratrading

**99.2%** Positive Feedback
**171K** Items sold

Visit store
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 4.9 |

### Popular categories from this store

See all

BADGES | BUDGET CROCODILE CLIPS | BUDGET CUFFLINKS | BUDGET LAPEL PINS | COMPACT MIRROR | Cufflinks | Earrings | Golf | Handbag Holders

### Seller feedback (82,075)

m***r (3) • Past month
Please note the price is not "each" but per pair, Riviera Trading please consider changing the wording to read "Price £4.99 per pair" though I'm VERY happy to own two sets
MOTORHEAD ACE OF SPADES CUFFLINKS NEW (#233372093224)

y***a (1111) • Past month
Great item thanks A*****
SUPERHERO CARTOON COMIC LOGO ADJUSTABLE RING JEWELLERY SUPER HERO VARIOUS STYLES (#293083551296)

n***o (275) • Past month
Nothing

See all feedback

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to home page | Return to top

More to explore : Collectible Beer Bottle Caps, Hamm's Collectible Beer Bottle Caps, Schmidt Collectible Beer Bottle Caps, Collectible Beer Openers, Stoneware Beer Bottle, Keychain Bottle Opener, Collectible Aluminum Beer Bottles, Blob Top Beer Bottle, Wall Mount Bottle Opener, Cast Iron Bottle Opener

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 20:59:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

193.27.12.196

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

WP9PNYGf05Hk2T5csLD4wR1CA4irjhp9iD2sL+3Q4hoAIR/qiOWJ5RgPlnVHKPBsiMFYZGzsEVvCBjZdO5lvx7Ijxg2HY4Lu9m5MhoghjFuJbTA+AO6aSlBkM5WUtqpdgtWCdDrW6tQcEsSVt47nQWzb22HCWEJNiffg9jzUraKYVu7jBbTQK+HKcKbEYV54vuy5C7OnnWDIKMLj/
Q5HHic61bmL0nyXedIvVG+98QhVxpfFKj1vOwKmWlOazwlNfU6MbrmCn0G5V2BYDuFsuXxmqMBIXx0P6Av6qYUvx/AsDxi+ojw2Od3lGTaO0R97qMT7UDy810Bc5pjNV5J9BA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-20-59-37-GMT.mhtml

**Hash (SHA256)**

dd25ea9613531dd14dabad1b76eef32d4f7ad268f12d66ee29444713898a9031

**Signature (PKCS#1v1.5)**

I2lKm8eeSfMT+Z4ba1CyZt69lwbbiA51GmkX+2irN2hIpS/ixnxvjRlyBIp9N4Bdj/Avzy+FbxB+UBdPTITbvd5lLEpiVsKp3n1Q3jl8F3lcAPJDZlMjq1W1GhUeoHEw8Joq20vLlr0BFmoQzUQ9saxdFMnP+p5I0ANB0SZPSlLR47YwJ/
bqh6twbeC5dsKqeSlkXC4AJQy6Fq1i2HeMGoQIaC4fg5MBg9qF4p49ZGmhNMwJbBLHP6zeAOOvnUsbs/H829yJXMvKjMtuSyOtJhHdinKe1WVIzGzE6fqvAT2qSTrHSMBgGboYfMN7Qhy2cSRZRGwBQ/FAfST/srS82w==

ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

Google Pay

**Ship to**

[redacted]

307 NE 1st St, Flt 6

Miami, FL 33132-2505

United States

[redacted]

Change

**Review item and shipping**

Seller: rivieratrading Message to seller



DAISY SMILEY FACE BEER DRINK BOTTLE CAP OPENER CHROME KEYRING

**GBP 3.65**

Quantity

1

**Delivery**

Est. delivery: Aug 18 – Sep 1

Royal Mail International Economy

**GBP 3.99**

**Gift cards, coupons, eBay Bucks**

Enter code:

Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 3.65 |
| Shipping | GBP 3.99 |
| Tax* | GBP 0.54 |
| **Order total** | **GBP 8.18** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE

See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: RONG YAN SHENG SHI 6pcs Cute smiley pendant necklace for girls preppy jewelry necklace set for ladies (6) : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B0CBPBRVZK

**Collection Date**

Tue, 08 Aug 2023 08:59:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MyuC/qTSbJVR37vHflmBM1QKQ9Q2hmUaLXmgvfjLlVCmbrivEG798tU4sF8F7sEw4/rSjrGeK3nCggo5LYeqM8x6H5L3gvNGw+N16fFB0lTXJgi9AYoN0a9dePi7iUnzUWL+CppC7Nw3XmYQtpysiROAbn54hrxG93dDA7habUqEnGvX89RG+eofgtibZL7U7OYhK/ykw68g2dvfdCVxKSZl5CIK8Kc1zVDuvlpHeqhZvx/85EZ2RsX1iPHhNJ51pJSaYK8T3oiLIoVoEopSUJN2oNFd/oAXbOzG+jNVXWfuS9wfJ4sUBaQ+Vuj3G006iCoMZxWWlfznegICgJJrzw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0CBPBRVZK]]_Tue,-08-Aug-2023-08-59-02-GMT.mhtml

**Hash (SHA256)**

ff942dbcee928807dcb8c22e3d74e844ac516b2ce50be713e24e2468bce41644

**Signature (PKCS#1v1.5)**

OEnynUzanwQycQQh6lp4zV75ZHFe3ZeL6Tw3XkppvZluNKTDHSwd0B9cbwbTW3DwrNsP3qSQyK73DEoQGqvhy2PZPZUIV1G6ulcn7rjtqAgHNWcoVmImcvNdsvizNgPXTnP0fSVnxyCA7fVlP9lG7frpzMtmrs2z2wlMcdTIZSaW65NXYm4cuoWpkxEKJQpYeQ7QKKxgEDA6Id7c4VXGzkmzQ8KrtVVzQgSVlZo8A68rSBJ+jZcwS36R+MjsyE1cnr5nl+mN1BX1J0ypf3UFTYeiKBOglMw0NPzze07ueTpkcQx5X9SEQeRQFHZaRXEJsPXVlt8RoMGobIjYafQ3DA==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 08 Aug 2023 09:00:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Za3QWhuqztVYU9aZwLXiaJklEZTpU1kwDTbZG2KgKdjDqFwaU+gyPJ7BbnkdX6u8CpG3pzh1RTCeqxqsz4c+UhKdvNCd5A2muyJVVpSlgC0fvBawN3ud4XNI79FXiS9BcBHjtmaKmaZQ05RIFbZkVhh8bYnj+xgcXAPklMqppKY+j/9hp8pLYO5a6RlP6pyGq/
BcrCq0Tzs8qhTGzhNmw7UEO26Y53Uds0zBYUWK4CS4Zrmgz3Y4TxosRB9LeJFy/qTTr4++sJJ5XDrkpNRZv5T25YWFaJPWbokYL4i5jFdX718s3vCc68O7qQ9H2pvOhks2m0yMZJnWh+aQVA5LQw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-08-Aug-2023-09-00-55-GMT.mhtml

**Hash (SHA256)**

2a82c37b23674ec9775eb8962118c06d00207b77e18dc7a087b4a5a1ada4d8db

**Signature (PKCS#1v1.5)**

Ra51yT+aQf864OzSBI+mADputfCeV1CurT3e60w4wnt0EKe6BfPuUhHq9VdZFTV2g5+/9qs0yye8u444uLUAFho5ArK6sj4Ba2R7v8D0mqPVQvWOI/QE7XwgkYsy32P0RJhZeTlBZ6yf2zkqHxxFDLVDB7AjAwAXOKLLA6XjqXmKLEoEI8e/kp1YmCJ13m
+O80AqzVOsPGhJxX29WkvD3QCcDkCPP6c3Q8C0JcoGnjjKa27ZTn+mspBD2IhLpUcbjkevH43IQO/xvwZNY6VrzH/HdHot9cr9SMLj1g5Z4bFoExTVM32fgRDODiBKI5bU1K6IdtnTxw2mAbPJlEq2iQ==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: 10Pcs Sun Foil Balloons Smiley White Cloud Mylar Balloons Smiley-face Sun 1st Birthday Number Foil Balloon for Birthday Wedding Baby Shower Christmas Holiday Summer Party Decoration Supplies Favor : Toys & Games

**URL**

https://www.amazon.com/dp/B0CBBJQH6C

**Collection Date**

Tue, 15 Aug 2023 08:34:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

j42Lv1+iPcsQUV+q5BJjWpLsc5SOhHAcbwDVso5juDfXLyesi7fClLVEDxQG6qr2gw0BQ7p5cBH7d3jLnFcfZsQvc1LgjxIlzTMTAMI6HXJzDq2hI75/1GSDyGpbJtNRbtkqkoSso11ipAs1B9ncLIhFa1wmX342tZyNjUvhRmsVyZDOPJuiDlgnI/H2VZ3PDWorwruFOsv1dkPrQRMa8K/iIuc0LO5ibyMj+asCRQdDjCBspU1dq4nhlshIXsIJ5uitmn14BtupMc4pwRI2dh8FMR/svvGM3ESjJEubveynE109gqrqjAE8RLeTf4No39eHdF8o7qYqM6vxkynJYg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0CBBJQH6C]]_Tue,-15-Aug-2023-08-34-19-GMT.mhtml

**Hash (SHA256)**

2f140b4f3aab42908c718347f4df319926113d9cd6b89861be5f7b1c696e9f0a

**Signature (PKCS#1v1.5)**

Xr9TFKnDG1/cAvRq4FFTTwHBOX0ucvHbqofYvvQBCivjaqIhJeDw6ejI2TnGjqQGr+gMVyQ4NbVR0lafxuCRQeoRitcfnZy5LJBp7d3Pdm5+s9MXbvxQl1lYU4InM1Qhi3zocsfaVQpNTZ7NXYmjdC/zlouVVnJB9o6jc+zGJx2C8RUVUNXVzQMkXAQ0UFHmtPWg5oDmWTeoWWaZdj5N1d7PRUSBlkuarwZFSy14/v4G5lUe/kQnWADJM75EoDRP7HD9gMYoQJc71nPUvAvFVkJ5+QLk6NhIWKGJgg96AxE6GGD8YVt5rKipW1knRKuCz0uOiBBiKjqFCKJEfEwRVA==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 15 Aug 2023 08:36:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

f6lMvtC2zGgV6Id5ZeaJaEwlyhKBDyuX8+OXy6hjIGbAdgYNd4SZmssSTnhXSM4ZZ/bw5bFd3J9BmuxrlLPH1NTDPxy63HbWeSHJEJyO8M5wKLyOTo0B+SPoidrNurmxUh/4yAkFnK0BG9X+o8eUOgIONwIfICk3ylx385umWVsFgM5eCmPMi8syt3/
glXLoJRM09BCowZHpeH72aJWX2gwGGHjZgYz75jy1ni7ya/OomWDiqlHB9qIDGeMOuktWITwte6SeVjr2fm9pAKaiUusTHEcNoZfmUsvQv/ztE41oDgvSrrI1huSuruQ1mXT5BojwaHlpSzmd3OTFtaq9pA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-15-Aug-2023-08-36-53-GMT.mhtml

**Hash (SHA256)**

45d811ed7dba6e5b22c1935e430ef67222530dcf333a5c4c6a7e7cc3e648b174

**Signature (PKCS#1v1.5)**

AJD1lBShgdq/x8yNY+gX61MWwbofsuvwyGkbzjkY3jZpp1XaLKTVkw3yEJMUPO6QXZd6kQ1+hWq9LIjFyIJqueR+ffMA7S95r3dbt4Y2X8xr5ml3xiELdnkaLVYOGQ4zEwHVKYMTuIf5mLO9fy0gG8Og2vtI9XCOtWuWtTBLp3Qb+liaaUo+/GFkCFtEGR+ljAb8FVhANiyd6vKO8O0SFD9fb/
l2C6p7DEQ/FEugWrM5987lmOGCQQ15QVQ+cCWX94X4zivM+Jmtbpcu4my5jo9EfsJuFIH5lbfVRpf7rAI5+7bsMN9bQHiJ12uzdKVSjg3z3vaJRaJ4xz0YvBHaFw==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Personalised Smiley Face Baby Grows Bodysuits | eBay

**URL**

https://www.ebay.com/itm/145015288717

**Collection Date**

Tue, 29 Aug 2023 06:28:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

di3NwfsDfo+uzJI+eJtiXS2FbbhBQg2COUeA6uqXjrJVvBllwEUe0iwF0mRuQCl1hZ1Er6i4Ys29w5R9L93q9gCnFcW5rlbJuGoPUfqcvB2eKaKFDW1OPJxdU4MLZiR14kvYOiaM3tejagIFHPSJcPzuqTtS6ob91g+J/t5vzJg=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]145015288717]]_Tue,-29-Aug-2023-06-28-27-GMT.pdf

**Hash (SHA256)**

67fb48c4c8839ce9c062d3bc533767ab6e253c8c46bb198238fcc74d4f78e24a

**Signature (PKCS#1v1.5)**

UR+fG29BoTg3ZBbDPIXboQfmhyOVXfFOKRKqaCAfBs06WVBAkT02+DhFTOWKx8PerLyv2GzAD9nPUqlltqzK/h2HdT+SvDo1OjjBf5SeODlvonYrEqDwUitTXxd0hp1Kq4x4rrUVcHkEVfHwvBZM+c6rbaLoUh6wPWLieMP8aG0=

Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

ebay | Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Clothing, Shoes & Accessories > Specialty > Other Clothing, Shoes & Access... | Share | Add to Watchlist

## People who viewed this item also viewed

- 'Clown Face' Baby Grows / Bodysuits (GR030284) — Business — $10.03 + $10.03 shipping
- 'Happy Face' Baby Grows / Bodysuits (GR017535) — Business — $10.03 + $10.03 shipping
- 'Winking Face' Baby Grows / Bodysuits (GR028261) — Business — $10.03 + $10.03 shipping
- 'Moustache Face' Baby Grows / Bodysuits... — Business — $10.03 + $10.03 shipping
- 'Laughing Face' Baby Grows / Bodysuits... — Business — $10.03 + $10.03 shipping



Hover to zoom

Have one to sell? Sell now

## Personalised Smiley Face Baby Grows Bodysuits

Condition: New with tags

Quantity: 1 — 4 available

Personalization: Size, Colour and Name

0/250

Price: GBP 9.99 — Approximately US $12.54

Buy It Now | Add to cart | Add to watchlist

Shipping: GBP 7.39 (approx US $9.28) Expedited Shipping to Germany via eBay's Global Shipping Program. See details — Located in: London, United Kingdom

Import charges: Est. GBP 5.06 Amount confirmed at checkout

Delivery: Estimated between Fri, Sep 8 and Tue, Sep 12 to 60323 — Includes international tracking

Returns: Seller does not accept returns. See details

Payments: PayPal, Apple Pay, G Pay, VISA, Mastercard, AmEx

International shipping and import charges paid to Pitney Bowes Inc. Learn more

Shop with confidence — eBay Money Back Guarantee — Get the item you ordered or your money back. Learn more

Seller information — rscollections_uk (5) — 100% positive feedback — Save seller — Contact seller — See other items

## Similar sponsored items  See all >

Feedback on our suggestions

- Personalised Twins / Baby Unisex Vest, Bodysuit, Grow, Pregnancy announcement — New · Business — $18.81 + $8.95 shipping
- Personalised Coming Soon announcement baby grow vest bodysuit baby shower gift — New · Business — $7.52 + $8.60 shipping — 679 sold
- Personalised Custom Baby Name Vest heart Baby Grow Bodysuit Reveal Announcement — New · Business — $7.52 + $8.60 shipping — 7097 sold
- Personalised Pregnancy Announcement - Name Surname Bodysuit Baby Vest Gift — New · Business — $7.52 + $8.60 shipping — 159 sold
- Sexy Women Bunny Rabbit Lingerie Valentine Costume Cosplay Nightwear G-string — New · Business — $9.40 + $7.52 shipping — 36 sold

## Related sponsored items  See all >

Feedback on our suggestions

- Personalised Baby Announcement Baby Grow Vest Bodysuit Romper Sleepsuit — New · Business — $8.77 + $8.64 shipping — 6 watchers
- Personalised 1st,2,3,4,5,6th Birthday Outfit Hoodie,Jumper,Top Baby/Kids Gift — New · Business — $16.30 + $4.52 shipping — 35 sold
- Champion Crew Pink Yellow Logo Smiley Face Size Medium NWT — New · Private — $14.99 + $18.04 shipping — Seller with a 100% positive feedback
- Personalised Baby Grow Vest Bodysuit Boys Girls Name Funny Baby Shower Gift 83 — New · Business — $13.54 ~~$15.05~~ 10% off + $16.94 shipping — 5 watchers
- Personalised Girl Baby Clothing Vest Babygrow Baby Shower Gift Any Surname — New · Business — $8.77 + $8.64 shipping — 322 sold

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.

Last updated on Aug 06, 2023 04:52:37 PDT View all revisions

eBay item number: 145015288717

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | MPN | AZ_GR006869 |
| Department | Clothing | Pattern | Smiley Face |
| Personalise | Yes | Size | 0-3 Months |
| Country/Region of Manufacture | United Kingdom | Material | Cotton |
| Colour | White | Brand | Unbranded |
| Style | Casual | Type | Baby Grow |

R.S

## rscollections_uk

100% Positive Feedback

18 Items sold

Seller's other items | Contact | Save seller

### Seller feedback (5)

l***n (2839) • Past 6 months

smashing home-made product hopefully it will retain its adhesion to the door.

No Junk Mail, No Cold Callers, No Leaflets, Letterbox, Junk, Stickers, Sign,Door (#144977109268)

u***s (1690) • Past 6 months

Spot on thanks

Custom Storage Labels - Kitchen, Cleaning, Organisation Stickers (#145043517442)

0***e (1800) • Past 6 months

Excellent

No Junk Mail, No Cold Callers, No Leaflets, Letterbox, Junk, Stickers, Sign,Door (#144977109268)

See all feedback

## You may also like

Feedback on our suggestions

- 'Cute Apple Face' Baby Grows / Bodysuits (GR039187) — New · Business — $10.03 + $10.03 shipping — Seller with a 99.5% positive feedback
- 'Happy Face' Baby Grows / Bodysuits (GR006869) — New · Business — $10.03 + $10.03 shipping — Seller with a 99.5% positive feedback
- 'Monkey Face' Baby Grows / Bodysuits (GR037989) — New · Business — $10.03 + $10.03 shipping — Seller with a 99.5% positive feedback
- 'Emu Face' Baby Grows / Bodysuits (GR035330) — New · Business — $10.03 + $10.03 shipping — Seller with a 99.5% positive feedback
- 'Cat Face' Baby Grows / Bodysuits (GR013742) — New · Business — $10.03 + $10.03 shipping — Seller with a 99.5% positive feedback
- 'Abstract Face' Baby Grows / Bodysuits (GR029985)
- 'Princess Face' Baby Grows / Bodysuits (GR097992)
- 'Emu Face' Baby Grows / Bodysuits (GR035324)
- 'Face & Rose' Baby Grows / Bodysuits (GR037479)
- Personalised Coming Soon announcement baby grow vest bodysuit baby shower gift — $7.52 — 679 sold
- 'Clown Face' Baby Grows / Bodysuits (GR030284)
- 'Cat Face' Baby Grows / Bodysuits (GR027465)
- 'Female Face' Baby Grows / Bodysuits (GR025842)
- Personalised Custom Baby Name Vest heart Baby Grow Bodysuit Reveal Announcement — $7.52 — 7097 sold
- 'Llama Face' Baby Grows / Bodysuits (GR035542)
- Hello World Personalised Baby Vest, Bodysuit,Grow,Newborn Girl Boy Going Home — $7.52 — 36 sold
- 'Chimp Face' Baby Grows / Bodysuits (GR036561)
- Personalised Pregnancy Announcement - Name Surname Bodysuit Baby Vest Gift — $7.52 — 159 sold
- 'Cat Face' Baby Grows / Bodysuits (GR022863)
- 'Dog Face' Baby Grows / Bodysuits (GR036609)
- 'Seal Face' Baby Grows / Bodysuits (GR022248)
- 'Angry Face' Baby Grows / Bodysuits (GR005729)
- 'Abstract Face' Baby Grows / Bodysuits (GR026857)
- 'Koala Face' Baby Grows / Bodysuits (GR009667)
- 'Cat Face' Baby Grows / Bodysuits (GR031387)

Back to home page | Return to top

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 29 Aug 2023 09:33:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.74.192

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

NrmiKTjgNeGK5I5VcGFjnMr2MIqeFxObVrEFaSRdumsntoBjuYWwQI484tQYnntdEn/kpwOEps5AUaN8ZCNzDnOTKNlOmuHvIoSbSBOaPca1rEowda2xxRqty7KlllJRDAAvZFXuoDC6xDe1qGdJSPF64D8L9LRjU/HemRV9TjA1E83fKDoIsVHmLlO64WM1Yt1JaWPpzFJZbCWn
+NdJZgCX5g7oQa6I7O9+M4R3aDhHx10yNV8QoJinDkR5Z2P44+vt5puRABgwLnyHEQvIzaTQeMG+I7Q1ihaHl4zD2hF5/PtXZWf6gcVfrwn7sNKkClxe56VfKZCM5Bcdv/oa7g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-29-Aug-2023-09-33-29-GMT.mhtml

**Hash (SHA256)**

036198389949a3dea445c834769a1e069cf07f6c642a89157a405550c5da7b9c

**Signature (PKCS#1v1.5)**

RdwpjNq82AMRB1m8YEeHVLQBe9jOE0a73FvpIz0UjHNfDGT/yuiiGTwkJTOorrSmRK9cRhUeAqLNw26O7n9Qg2S37hsAiFQ2Lx8e/DLUde+SvfsCv6BPJUQax73ty+3N4koMNhn7enMClPGGcbj2gZQYxKYV/cXu+ZWuaWnJjkOpyADehj0uiu26CBHhDDlldooY0kF+ZirQZTKxt5oCSx2/NWo/
RbLqMgobUyo/8nBwQVRPFjLCuG43543uLSexcms8Q42OBYo7XaDDtqrD20fyZ0Z5PxylHPJSlh6YMpGNzOnGNTTcNnHAe+FIxp+gnBjbJx9/Qeo46O6I6ivpNQ==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

VISA

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Currency**

USD
$1 = £0.76036
Change currency

**Review item and shipping**

Seller: rscollectio... | Edit message
Message: Personalization: Item ID: 145015288717 Text: AA



Personalised Smiley Face Baby Grows Bodysuits

**GBP 9.99**

Quantity
1

**Delivery**
Est. delivery: Sep 15 – Sep 20
International Priority Shipping
**GBP 14.15**
Includes international tracking

**Import charges**
No additional import charges at delivery
**GBP 0.00**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 9.99 |
| Shipping | GBP 14.15 |
| Tax* | GBP 1.69 |
| **Order total** | GBP 25.83 |
| **Order total in USD** | **$33.97** |

Current conversion rate: $1 = £0.76036

You agree to the Global Shipping Program terms.

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

**Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com : RUITASA 9 Pieces Assorted Color Shiny Smile Face Embroidery Patches DIY Embroidery Iron On,Shiny Spark Smiley Patch for Clothes Dress Hat Backpacks Curtain Sewing Decorating : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/dp/B09646QD5W

**Collection Date**

Tue, 08 Aug 2023 17:19:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

sXQ4UVdgk+BZdgFRdYsK2e6uRp16Xq9AzmUH7JCYMm+FKJ0YtcvtSQ524Rajqhl5RP71ZaH0saISMZxhdk/WGbUOqZsthsWjETwirb/k/lSG9DIwzUTXTSy006DhVOb0x9NatkJZsjuhAl9CGuALDYNtSxBdJLAYFlvYS
+RoX1rPBnglLhCCSK6APznrIOrB3QId459so5XDCh32ZHlpP7SQuh3RqOM1KvBLirgb9QfaduG7o3JpvF+jkqcOYiUrriumeguxG6gAORsgVN85PrnrO8u4/5TcoURZmf0+cn9qX9kbNQ4bKyrfx0S7mvW5lAnZHqKPCKZ8i6G8NJY+rA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B09646QD5W]]_Tue,-08-Aug-2023-17-19-39-GMT.mhtml

**Hash (SHA256)**

a5d582c70b90294b115459c7c95ec5ecfc7afb22159d8b27932e61c3a2cf4bee

**Signature (PKCS#1v1.5)**

YjgW7AaF4WqT5U2comtrVakrTFya57k77fXBVmJSLTlFboqorB+Ogf3pE+Fw0DdmaZonaGnqUDyam6OCSR9ut58KoCExucx8CCT+oTmlgdWQdJAou2HYBVxOs77OhqAmxt9a51bJIa+fcsah/w407FKdw7GwYiaA3qwLUlMVnYhEXS0DEEw7A1oGKvEA2MzfHOsU2X2/6wEzRrdv1M6jxK/
C8aVHuPY1DjtlORkN0iQvXyNdW7626rFpPhCiYn1ndnXFyNERwmqsgzKkQunOFzMvN3/7zfdNh1YZWb+VVOP9nl+saDVcSqfXG3KfOA4qZ8qKT1T4CYtDojBftrexvg==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 08 Aug 2023 17:21:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

HJVyFjpmqgyEjIVtuj46IY9GUaMqczUqoQQO5S7scUctw9IQM2iBOzst1BGff5wBtBa3h7ujuE923l4epRo/MiQ+o
+DAfrAPV347juvTD1jjeve4PHzYXR16zSAN5Du9mpasXYjxe8cjrJ1H4dBPNJmcbdXE46lT8aaYu73Dv4svHeCZihHuaOozhSLMcSKKPgSCXDZuowyfmtgW0icyU3FW4Sgn5tdnlq+JXgutculYwcM7fQh/lvkPjzlo1FupBrldFoBgZDaxDjtPIli3hx0YtH5kTJBfzgdSfElbn8M9pHfE
+cRM61ByS0z2AEoDBda84X75O2J7bXXQsVzMoA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-08-Aug-2023-17-21-52-GMT.mhtml

**Hash (SHA256)**

4f532635886636ef21711843231c66a1956e6daf2b99742910f2e369c4e23415

**Signature (PKCS#1v1.5)**

gOrMoygIFofYtOxYVkO0tA5V+JAGqZ7QJuZlGfuRV+ic9EvjXOgn7cTKt7mvNBz0UUs7vSM6yc4V4R73oWeZ4gB1PaSprYi0ygoRe8q22sShk/iJLc6+91FcNm+aUeaj0nn26KG6fS+wIrOrJRPo6jq/
s1pmsJrkvCCdDqHcJMwhOLNgq9DRoOhQ5QpvqiXGTJ4f8D7FIMjU3dhrMOhOVTPk73FzrQ3obq9QTuc5C6nC7gtg8aCjB5s25UdfJCSmEEIsr//kQKNSz647gL8rkGEbOrn8G0EAKLGhBvKydLcVm1yARpjnH0ODWe/Zd5nuXJSWD8HwOZIMyPjOI/bvCA==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Baby Blue Melted Smiley Face Poster, Light Blue Wall Art, Trippy Wall Decor | eBay

**URL**

https://www.ebay.com/itm/364442723481

**Collection Date**

Tue, 29 Aug 2023 06:04:12 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

gCYYHFp7bVmi794G9pLlBotYeryJnDVXz/2ZqUOiHb+1GzJq0UTuFPZobnK22Fm2Q+hUXCV2H2TW2MppN9yUPavAxZbjiIl2VgNcUyJUkdp7WVU9YaFyUHCScp9QipCcKvrs5c1FeQJoktkeBcQn/EX26GeBflgQgJ4L+bmz8tw=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]364442723481]]_Tue,-29-Aug-2023-06-04-12-GMT.pdf

**Hash (SHA256)**

e15406eb3905ce00a346fb74221c5529714aa64edf09cee77ce3d84f526b2985

**Signature (PKCS#1v1.5)**

VDIOw2s5/KzNLahhb9C/hQEfOt4Ui+dHbgKzQHbxxPT/9tSH7vWhJGQGe/OPUrUBxU31Yh/tz8RGtf65qaOnROsRAFlbca0ysdBgT8cYMQkRh3AnP8yFvNSY2hsmHJj1bPjWCZhREVD84P9GLOdqjM/YZwkYnMiL5Kf0upb1gQc=

Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

ebay | Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Home & Garden > Home Décor > Posters & Prints | Share | Add to Watchlist

## People who viewed this item also viewed

- Sponsored — Psychedelic Trippy Visual Mind Abstract Print Wall... — Business — $23.99 — + $9.99 shipping
- 19629 Psychedelic Trippy Art Decor Wall Print Poster — Business — $13.95 — + $9.95 shipping
- baby wall posters trippy psychedelic art paper poster — Business — $16.99 — + $17.10 shipping
- 19284 Psychedelic Trippy Art Decor Wall Print Poster — Business — $13.95 — + $9.95 shipping
- 82457 Mushroom Psychedelic Trippy Decor Wall Print... — Business — $13.95 — + $9.95 shipping



## Baby Blue Melted Smiley Face Poster, Light Blue Wall Art, Trippy Wall Decor

Condition: New

Sizes: custom size

Quantity: 1 Last One

Personalization: We have 5 sizes in the size chart. Provide size you want below, Otherwise we will produce 12x18" size.

0/250

Price: US $11.99

Buy It Now | Add to cart | Add to watchlist

Breathe easy. Returns accepted.

Shipping: May not ship to Germany. Read item description or contact seller for shipping options. See details
Located in: Los Angeles, California, United States

Delivery: Varies

Returns: 14 days returns. Buyer pays for return shipping. Personalized items cannot be returned. See details

Payments: PayPal, Apple Pay, G Pay, VISA, Mastercard, AMEX, DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Have one to sell? Sell now

Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

Seller information
rumoli0 (0)
Save seller
Contact seller
See other items

## Similar sponsored items

See all | Feedback on our suggestions

- Abstract Wall Art Rainbow Color Canvas Painting Wall Poster Home Decor Print Art — New (Other) · Private — $6.57 — ~~$6.99~~ 6% off — Free shipping — 35 watchers
- Abstract Colorful Clouds Wall Art Poster Picture Home Decor Canvas Painting Art — New (Other) · Private — $12.21 — ~~$12.99~~ 6% off — Free shipping — 145 sold
- Abstract Colorful Clouds Canvas Wall Art Canvas Painting Print Art Wall Posters — New (Other) · Private — $12.21 — ~~$12.99~~ 6% off — Free shipping — 6 watchers
- Black Panther Animal Canvas Poster Print Art Wall Art Canvas Painting Wall Decor — New (Other) · Private — $3.75 — ~~$3.99~~ 6% off — Free shipping — 23 watchers
- Abstract Woman Face Graffiti Street Art Canvas Painting Posters Prints Wall Art — New (Other) · Private — $3.75 — ~~$3.99~~ 6% off — Free shipping — 24 sold

## Related sponsored items

See all | Feedback on our suggestions

- Wolf face Blue Eyes Wildlife 5 Pcs Canvas Wall Art Paint Poster Home Decor — New · Private — $19.23 — Free shipping — Seller with a 100% positive feedback
- All Color Mushroom & Frogs Fantasy Bohemian Wall Poster/Tapestry Trippy Animals — New · Business — $11.99 — Free shipping — Seller with a 100% positive feedback
- New Abstract Colorful Clouds Wall Art Poster Home Decor Canvas Painting Art — New · Business — $9.99 — ~~$11.10~~ 10% off — Free shipping
- Abstract Frog Playing With Phone in Toilet Wall Poster Print Art Canvas Painting — New (Other) · Business — $9.67 — ~~$10.99~~ 12% off — Free shipping
- Purple Sunset Tree Lake 5 Pieces Canvas Print Poster HOME DECOR Wall Art — New · Private — $16.74 — ~~$18.00~~ 7% off — Free shipping — Seller with a 100% positive feedback

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing. eBay item number: 364442723481

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Origin | Do not apply |
| Artist | Do not apply | Frame | No Frame |
| Character | Fire,Jesus | Size | 5 sizes |
| Color | As to picture | MPN | Do not apply |
| Material | Poster | Subject | All subjects |
| Brand | Unbranded | Personalize | Yes |
| Type | Poster | Style | Modern |
| Theme | Art, Animals, Flowers, Jesus | Features | 3D Effect |
| Room | Any Room | Character Family | Friends |

rumoli0

Seller's other items | Contact | Save seller

## You may also like

Feedback on our suggestions

- Clouds Full Moon Rising At Night Poster 5 Panel Canvas Print Wall Art Home Decor — New · Business — $16.75 — Free shipping — Seller with a 100% positive feedback
- Wild Animal Abstract Art Canvas Painting Canvas Wall Art Home Decor Poster Print — New · Business — $3.99 — Free shipping — Seller with a 100% positive feedback
- Colorful Elephant Canvas Painting Graffiti Animal Poster Prints Canvas Wall Art — New (Other) · Private — $3.75 — ~~$3.99~~ 6% off — Free shipping — 8 watchers
- Wolf face Blue Eyes Wildlife 5 Pcs Canvas Wall Art Paint Poster Home Decor — New · Private — $19.23 — Free shipping — Seller with a 100% positive feedback
- Animal Canvas Wall Art Posters Abstract Wolf Head Mountain Canvas Painting Decor — New (Other) · Private — $4.69 — ~~$4.99~~ 6% off — Free shipping — 18 watchers
- Colorful Elephant Canvas Painting Graffiti Art Animal Wall Poster Print Wall Art — New (Other) · Business — $4.39 — ~~$4.99~~ 12% off — Free shipping — Seller with a 100% positive feedback
- Abstract Colorful Canvas Painting Animal Tiger Wall Art Poster Canvas Prints Art — New (Other) · Private — $3.75 — ~~$3.99~~ 6% off — Free shipping — 20 watchers
- Modern Pop Art Animal Canvas Painting Gorilla Graffiti Art Poster Print Wall Art — New (Other) · Private — $3.75 — ~~$3.99~~ 6% off — Free shipping — 9 watchers
- Tropical Beach Sea Waves 5 Piece canvas Wall Art Print Poster Home Decor — New · Private — $18.50 — + $2.88 shipping
- 152822 Psychedelic Trippy Art Wall Print Poster — New · Business — $13.95 — + $9.95 shipping — Top Rated Plus — Seller with a 99.3% positive feedback
- Funny Monkey Canvas Painting Canvas Wall Art Black Animals Print Art Wall Poster — New (Other) · Private — $6.57 — ~~$6.99~~ 6% off — Free shipping — 304 sold
- New Abstract Colorful Clouds Wall Art Poster Home Decor Canvas Painting Art — New · Business — $9.99 — ~~$11.10~~ 10% off — Free shipping
- Abstract Wild Elephant Animal Poster Canvas Painting Wall Art Home Decor Print — New · Private — $9.19 — + $3.99 shipping — Seller with a 100% positive feedback
- Matte Paper Poster, wall art, universe, visionary art, oil painting art, trippy — New · Private — $24.20 — Free shipping — Seller with a 100% positive feedback
- Black and Yellow Geometric Print Canvas Poster Abstract Home Wall Art Decor — New · Business — $5.98 — Free shipping — 26 sold
- Golden Black Lion Canvas Poster Home Decor Animal Print Wall Art Canvas Painting — New (Other) · Private — $6.57 — ~~$6.99~~ 6% off — Free shipping — 21 watchers
- As I Sit In Heaven I Never Left You I Watch You Everyday Cardinal Bird Poster — New · Private — $15.92 — + $12.95 shipping — Seller with a 99.5% positive feedback
- Matte Paper Poster, wall art, visionary art, alien, oil painting, trippy — New · Private — $24.20 — Free shipping — Seller with a 100% positive feedback
- Rain Clouds Landscape Print Travel Poster Gift Wall Art Print Living Room — New · Private — $21.95 — + $13.99 shipping — Seller with a 100% positive feedback
- Psychedelic Trippy Abstract Modern Faces Painting Wall Art Home - POSTER 20x30 — New · Business — $23.99 — + $9.99 shipping
- Selena Quintanilla-Pérez Poster — New · Private — $18.65 — + $11.32 shipping — Seller with a 100% positive feedback
- Psychedelic Trippy Visual Mind Abstract Print Wall Art Home Decor - POSTER 20x30 — New · Business — $23.99 — + $9.99 shipping — 6 watchers
- 19486 Mushrooms Trippy Art Decor Wall Print Poster — New · Business — $13.95 — + $9.95 shipping — Seller with a 99.5% positive feedback
- 82457 Mushroom Psychedelic Trippy Decor Wall Print Poster — New · Business — $13.95 — + $9.95 shipping — Seller with a 99.5% positive feedback
- baby wall posters trippy psychedelic art paper poster — New · Business — $16.99 — + $17.10 shipping — Seller with a 99.7% positive feedback

Back to home page | Return to top

More to explore : Arts & Crafts/Mission Blue Wall Sconce Wall Lighting Fixtures, Blue Wall Sconce Wall Lighting Fixtures, Blue Art Deco Wall Clocks, Art Deco Blue Wall Shelves, Blue Posters & Wall Hangings for Kids & Teens, Blue Wall Lighting Fixtures, Blue Glass Wall Sconce Wall Lighting Fixtures, Blue LED Wall Sconce Wall Lighting Fixtures, Brass Blue Wall Sconce Wall Lighting Fixtures, Sports Blue Posters & Wall Hangings for Kids & Teens

About eBay | Announcements | Community | Security Center | Seller Center | Policies | Affiliates | Help & Contact | Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 29 Aug 2023 08:13:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.74.192

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Ib/clCvOmMKpr5m8INK9a74PHHOwIygtrlMNz0z+Bp0cprLs6ijEvUrdkgkZtgmalgzDs+joHsArcf6F6KekAQNRvtFZYY9Ah0sx9ULgvUsazW9Vl0+mc6CajRsyELiU+7Va1NBuGNmt5J1O3LGIGQLuRwYNbWixjuvnlYbLesHj/bLh9Xtw02uEQN+sKBoYTeLlFw47hESdtdg5FJaMh0Hb6/VHt0Ghr/
fXdzHyXaZg4Y2YVP6bauJSwKOi7bARq3RBg1p2eEwZwQ4MT+vLRH36/clVnHn6YOy3LqdGXPD+I8K8Weeui5rbEzx90iknhX5H1LKk5IJY56KYpKV4vg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-29-Aug-2023-08-13-59-GMT.mhtml

**Hash (SHA256)**

cfc2dbdfb01cd967294aa16aeda91e63d633b6dd532ad6931a8e41c02568e91f

**Signature (PKCS#1v1.5)**

dpJtk4icQc4pcDMe+UExnkImmuo4p6PgaJXbJ3Rj6vhOwqWiriJx4XtRc2kwhvj8n80z7Kn/UK6lqQpU+i0qziYYrqVUKajp4xqV7iMlu7TwoqP0iZUBm/
eAmt3T5NJ42Pm3FQSni0SjfHA7je7PRkz9a8u28YrTxA9P5Q5gNb9ueGDQlMs3nuCy7QM4BeIRs7e9YP7SWUXkcwZXH6kzpAJExG7nIk8CHkNSa2/okJmVljPEa87W968LbbmubskWT0wV15LK1TK2vnWAYY4kPwVP0sKQIpkxuF+95lH3uD1gA8K1bNnocFMaQo94cx5lAdFFH9ClJO
+k8oTSCe8nhA==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

Special financing available.

Apply now. See terms

G Pay Google Pay

**Ship to**

[redacted]

307 NE 1st St, Flt 6

Miami, FL 33132-2505

United States

[redacted]

Change

**Review item and shipping**

Seller: rumoli0 | Edit message

Message: Personalization: Item ID: 364442723481 Variation: 633948864012 Note: We could not process the personalization message from buyer. Please reach out to the buyer for perso nalization message



Baby Blue Melted Smiley Face Poster, Light Blue Wall Art, Trippy Wall Decor

Sizes: custom size

**$11.99**

Quantity 1

**Delivery**

Est. delivery: Sep 6 – Sep 11

Economy Shipping

**$5.99**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

**Donate to charity (optional)**

The Humane Society of the United States

The Humane Society of the United States fights to end suffering for all animals to achieve the vision behind our name: a humane society. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $11.99 |
| Shipping | $5.99 |
| Tax* | $1.26 |
| **Order total** | **$19.24** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE

See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

15/50PCS scary ghost face smiley face cool graffiti stickers vinyl waterproof for laptops, skateboards, water bottles, guitars | Wish

**URL**

https://www.wish.com/c/64a8cb579775d38bd8d7f83b

**Collection Date**

Fri, 25 Aug 2023 07:45:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

pUfZ6MAiPSigFLwKntOd+9gVP+iT7ze3usr1X85sbobpW9Gttr0XlbwatYK3QZbyGs/Oz9MlQYFLrjitG6JtzrjXNFoIQTEE0HVXGzAhO8kMPbPh8FJlMJWj5SPMsclSM/dMwIqJIxEHmMP25RcIMN+rHQR34SVChJwNqFHHt0R/tRpihOcbqSAAxLVK56yKi
+IPQSOSJ21W39QWw0cwNqQ0Cdhy1Amy9QiRYdC2Nx0DfQxENGDEmhBJH6x6n3vExLPSAIe9iKvhJCHjPef4GU6CtysAPLDvOSs9doX0tPK+LjGtqTAglG7klm6RXMcx21dETR7BeTHDy5AGmLsMPw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]c[fs]64a8cb579775d38bd8d7f83b]]_Fri,-25-Aug-2023-07-45-10-GMT.mhtml

**Hash (SHA256)**

51c89bbb0aed28031ef8236bc2cf261d061913934eb11a4481aa89e9618d2ebb

**Signature (PKCS#1v1.5)**

OrGJVDV/GL/uDWoMfIGcFP1Wu6ImmpV+P0knt+c4w7kwwtngVarwTL1T0kgwPeYsk6EKGeGsvey2c9W8gZhJkGo4W6oCLQkE1LaUSJCetChxxnmBlEKonQzYx9Ct/sP3QuZd7Nuf+MtfdZBvfjC3TKnz5PUi5t2ZhFEmT5RZKqNtO7btC9z+Pef+fsolAyFWxEGIupOLa
+BVZe1RxsSNBj0SZfKCMZTSpknZkUTp95PXkKxwDyggAg77wCbRv+hifFYjyjNvPO4S0RLu76DiVG15/k0MU7R2Ad3s+TBllpcvikFJAxbLiK9TNr2sQJyif9ceN3onjV5fSyIiDjgxag==

wish

What do you want to find? Search

Popular | Express | Blitz Buy | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | Drinks and Smokes | Home and Garden | More

Art and Craft Supplies › Paper Craft › Stickers and Decals

Overview | Related






15/50PCS scary ghost face smiley face cool graffiti stickers vinyl waterproof for laptops, skateboards, water bottles, guitars

★★★★★ 1 merchant rating

**$2.04**

4 interest-free payments of $0.51 with afterpay or Klarna. Learn more

**Size:**

15PCS

**Color:**

White

00:47 Instant offer: Add to cart right now to unlock a lower price!

**Add to cart**

Add to Wishlist

**Flat rate shipping**

$10

Spend $7.76 more to qualify
Ship all eligible items for **$2.99**

Estimated delivery: Sep 6–13

**Standard shipping** $2.99
**Flat rate eligible**
Sep 6–13

**Ship to Store** $1.49
**Flat rate eligible**
Sep 5–16

Items are sold and shipped by RUNT SHOP

Contact, Policies & More

**Description** Show Less

Material: self-adhesive
Processing customization: Yes
Process: Printed bright film
Size: 4-8cm
Pattern: Opposite sex stickers
Item No.: L50-371H
Length: 4-8cm
Type: Adhesive label sticker
Width: 4-8cm
Color: Four-color printing
Installation method: sticky
Whether patent source: No

**Reference Price by Seller** Show More

**Sold By** View store

RUNT SHOP
5.0 ★★★★★ (1)

**30 Day Return & Refund**

**Shop with Confidence!** Learn More

We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

**Report this listing for inaccurate information** Report

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Fri, 25 Aug 2023 07:46:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MxQCe54jwKS7E70ck1wowxxVFX5H0WcuCl+FIWfMnUuqaGr+e4sXhE4AvSJnamO8JsL5D2KPvZyFZEXwaIcdADm5sxRQCpFBKIWGVOi6LYnM9TYZeLfyLhBpW17pUGOHp2gdhNEVasBCt3V6MbwSDX0qdDE773PcUkNq1SJQor3r+7suVuB/kk40MI4F/
iOF6v634HFgRu7USpXFeFlYJckzfvcLPY/QZ71XmTuWFFajpvTVKJ9dSzveT37/Fr1RtJWgKGRqRv7QhpWL8oPe7Zs+sJXDbR6uzPlYDUymugKFAx22k056OvaihqfN6gdoe/KjdLCUidDi6k3DXPN9UA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Fri,-25-Aug-2023-07-46-14-GMT.mhtml

**Hash (SHA256)**

430f8f96be92fdaaa13053b01263234bc22ad8e96addbff52a6be3350b3cde48

**Signature (PKCS#1v1.5)**

gdB/eCNtF7Waq9xkilR+E2nLvFWDLxlAZmvI3DyU9QyJrEO0iC9qwzQFd60B5vry3mik94UTqIsCf7VOlFP8a/nJuekW70UAkDIGgL0GkXHCgZUVpPtOFuosAAKYhsHqMrbWD4UVGyOZBKtCF/3qxSmQQCeR6egjRd/vuarKyJpaIWDHtZrhV3J2lBq
+nXxzTR1/7omj2lZn7rzbCrHAej0BJC9kG3Pa6JKocegQ7yAtijA/rZeMGzyxo6VjXIHfrNthXlNHsKOtWytnZyrkd4ad9YW+HbYPRz7JcWW0FyEAlfeTtK5R3WIFHTDdEiFgEEw6BfBAm3BCzP3KJhw/wg==

wish

Popular | Express | Blitz Buy | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | Drinks and Smokes | Home and Garden | More

**Shipping**

[redacted]

307 NE 1st St, Flat 6, Miami, Florida, United States, 33132

Change

**How do you want to pay?**

**Pay full amount**

Pay the order total $5.38 now and you're all set.

**4 interest-free payments of $1.34**

**Payment**

G Pay

PayPal

**Items in cart**



**15/50PCS scary ghost face smiley face cool graffiti stickers vinyl waterproof for laptops, skateboards, water bottles, guitars**

$2.04

White, Size 15PCS

1 Remove

**Standard shipping: $2.99**

**Flat rate eligible**

Estimated delivery: Sep 6–13

**Ship to Store: $1.49**

**Flat rate eligible**

Estimated pickup: Sep 5–16

Pick up at a store near you

See all locations

$10

You're **$7.96** from **flat rate shipping**. Save on shipping by adding an eligible item to cart.

Learn more

**Order summary**

Enter Promo Code | Apply

View available coupons →

| | |
|---|---|
| Item Total | $2.04 |
| Shipping | $2.99 |
| Standard (1 item): $2.99 | |
| Tax | $0.35 |
| Order Total | $5.38 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee**

We've got your back. Get a full refund if any of your items don't arrive. Learn More

30 Day Free Return and Refund

Contact, Policies & More

# File Signatures

Bohemia Smiley Pearl Rainbow Beaded Choker Necklace For Women Acrylic Fruit Heart Beads Chain Necklaces Beach



US $2.49/ea

Similar sponsored items







Sponsored items inspired by your views







Stickers Teacher 16mm to 50mm UK SELLER

New

$1.26

+ $16.57 shipping

53 sold

Shipping, Ideal Birthday Gift

New (Other)

$5.42

+ $8.38 shipping

Seller with a 100% positive feedback

TATTOOS Assorted Designs Party Bag Filler Loot Boys

New

$1.52

+ $16.57 shipping

295 sold

$9.87

+ $7.16 shipping

Seller with a 100% positive feedback

Shipping, returns, and payments

2023 06:19:00 PDT View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Base Metal | Unknown |
| | Zinc Alloy | Chain Type | Round Link |
| | Round | Pendant Shape | Heart |
| | No | Material | Acrylic |
| | Pearl | Pendant/Locket Type | -- |
| | Unknown | Number of Gemstones | 1 |
| | Unknown | Brand | Fashion |
| | Beaded | Metal Purity | Unknown |
| | Beaded | Type | Chain |

## Item description from the seller

**Bohemia Multilayer Smiley Pearl Rainbow Beaded Choker Necklace For Women Acrylic Fruit Heart Beads Chain Necklaces Beach Jewelry**



























Payment

We want you to be 100% happy with your purchase

Please contact us before leaving anything other than the full 5 Stars.

Shipping

Returns

SARASHOP

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 00:34:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

D9kQr5Q0gNq4ELiQU8lfhZ1Ur+srMs+jVx+HSw/5eMu5a6J5ur9L3ZGWEAlDmEc/DMSEcJ3uy3IHHVYy+qoX8nmfyMst+xIUdF2TwwkHC/qxDs53Aeus8spQaESh5Fwtse0SBtwBSZ9vgQpGgVryfPA/UNeMM5wPKuD5v1sa/ylxn9Y6SZj9FA6dcz/
W29z97+ujHqBiH6jyaCkIXlqMEgY4XyMw6lGXDiFL/pdJ6XlawxI/nE8iI7lJKVjymrQtHWqQEEAXGvWk/VM516EPhDMUVuX8sbKzsAD6miMf5ow1/uY6pAziVOEMD/NfkeTT0dCYPWV/yGKKi+0ufUwAtg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-08-Aug-2023-00-34-55-GMT.mhtml

**Hash (SHA256)**

acb02b1ce0129a1128a71614b1c6e63cf854a4a7a8c4b9c5ca538719ec116bf6

**Signature (PKCS#1v1.5)**

gwHvPsEcChyPmDQwzg/3whSGL55LHJymPS8mqaurvWg8IOMPZ2s4RfvM3qHCCiEi5ie8nJk4jqgnKzu90plDypjEGQP+botOFqpLe4VXKJX5pq87dr3nuF499dXlR9VczdNey/QFYs9gfH/R7ZzThIOp/17DgavdZn9r7XVM/rVVoskqDz8DDBrJ2az
+E6UcZOILlIT7+N7qMd6qqV96gBuUE5xoP2huhSqAbOFtFtVfoTK5E0V1tInZCleOoaNyqfn0F4bciL9DBLq2/T5dhUtvPtX41sH3lNNZxppzRjRbDO5YWdmS1ayZ5kD8/KVWHwQF1IDAaovroLKtb2hGsA==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

Special financing available.

Apply now. See terms

G Pay Google Pay

**Ship to**

[redacted]

307 NE 1st St, Flt 6

Miami, FL 33132-2505

United States

[redacted]

Change

**Review item and shipping**

Seller: sacohen_54 Message to seller



Bohemia Smiley Pearl Rainbow Beaded Necklace For Women Fruit Heart Beads Chain

Color: 13

**$3.40**

Quantity

1

**Delivery**

Est. delivery: Aug 28 – Oct 2

Economy Shipping from Greater China to worldwide

**$2.05**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

**Donate to charity (optional)**

Wildlife Trafficking Alliance

In honor of World Elephant Day on August 12, donate to WTA to help stop the illegal trade of elephant ivory. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $3.40 |
| Shipping | $2.05 |
| Tax* | $0.38 |
| **Order total** | **$5.83** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE

See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 10:43:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:491d:2d00:69bf:7906:a752:afb0

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

f4dlLkWoEB/w99yaudRP1MBlaV+6saZWPnD1FN2v7Fc+18g6DgpU5OW7XlnNr96L4AFyawU4kASMwRLk+X8p04paR/rrWauZiBW9fvC8ZdGThq6o6Aiz8HlBRrXrVdSnsxGeW4thnajodUc/qHQB1VfTYbf5sNO6SlCWWZ7HYhoxdj4PLIYI77rHIqwGo97kxhYnCtL/RAyry/
lRuSMIv2PzHCyxKTFwD+HNbH83WDQW8CTI+aNmBipgDWrhXOtsd66rGkIXmEVScDjA/p6xYSPkEumaB4ncT/OvdZWOj5Wbmon9B/pzZ8rWIAfV+6iy27UXlByjqUF5naP+RbRiRg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-10-43-49-GMT.mhtml

**Hash (SHA256)**

233c26238392aec16c3eff05d2fe8507fcb72a7be34f34bd160f75b05e58c823

**Signature (PKCS#1v1.5)**

aeBxWlgMOik7hU/Z5yHyHW1GxmC9cDJygswjlCEX3bPnV9TSwRleZP/R923eTM+Tu2wCwNEHa7JN/Y4zS0gWfn38G4vvtWrW69BTNhi9qiwkOyInJzdKqToG0VGRqAnqAI86X13c1GI1jyfoeBVq9FRVZ/dBmMwObFl2oeuv461rn
+b9WewzUQ1GXddXahOIJdFEqpDvAM4LqPU0b9gjfgMPVefcNQsR4ZsZARfa4iND6kE+ts7TnYwcL1Ry1PiYOi1R+VXDHpRoqxwjUEV/frea5sDYuqSyBUsUQHozS+9qU/XUTqoSYBj5fVhvvKJeqbuT7baf1eJa68jiki71gQ==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Stainless Steel Fashion Smiley Face Nurse's Pocket Watch Fob Gift | eBay

**URL**

https://www.ebay.com/itm/255470047494

**Collection Date**

Wed, 02 Aug 2023 06:37:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

nwg2y7Xily8mNtatwzsGhPkec2wLptjT1kVj4xW7qkK9k0ueEuw5V6P85by6x2D3AN+Tn6DLiGq8PBqk8JxyGUYkdoNaI25PKptIaHR692yBdwoToSiZVrdUbJJKbx4LVoVfvZbs7tYdWil1Ylvh0boBmKkvbNbKIvcrLWx8MD0=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]255470047494]]_Wed,-02-Aug-2023-06-37-03-GMT.pdf

**Hash (SHA256)**

c0587dc4fb1e02db968c090fb61ae018bf46863ccbd9b0d76f9269d0f51d5c6a

**Signature (PKCS#1v1.5)**

nEJZSIGxCgbim/oUhZiJbk/t6i5c7BC/+ZEzK+pN/a4RLAe4vhTo8hcPsSKxo5rv2jGf8tEgyhjG56YaTlmWB7EkUvz0ZTXKBIwB1ZRBEH1piezpva1EmFiSETZ+rw6tucSPQ0ijrbqm4+OCw4ja1DfltJEBHumnt+Gh8cLDlpU=



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Smiley World Daisy Smiley Bathroom Rug Sets Anti Slip 2 Piece Bath Mats + U Shape Contour Rug | Wish

**URL**

https://www.wish.com/c/6016a408e24d9495a1e01e25

**Collection Date**

Sat, 12 Aug 2023 12:53:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4983:8100:5986:86e7:734b:2fc3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Ckqx7NygXlYHh/QCrcMFG1V81CX+G/NJmdorKCdPOSwQOZa8OvZgJaIMcob167Q0yFBjjKzYmgkkaKvPmJjUxvWkpsPi2niRxG49FAtovntNY6y5TZgkAmCcjhubKbj
+lbRFrDOxQUZycDy9DNUWAb9u9mJEiqLSLJC5BsxWUNT/1r1gx057cpyUmwR8S9QW8fOk0QNgrcfLGT9yAhcSrKFfHXcPtD2BsUARaN8v+nJRvpDM737iwWjI+UCCxxqR8MXUc/4lbN0rt/KELHDM6CmEj+VZZBwYoVLYUYsI/GBW5LpTN0LBSQONHCqW
+qOoLTmd1v1xHe22ue9jhNoHfw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]c[fs]6016a408e24d9495a1e01e25]]_Sat,-12-Aug-2023-12-53-40-GMT.mhtml

**Hash (SHA256)**

c1210b8052c911c64a4d98a2bc2c3c17b383d2952cdc594dc63934c5b8301027

**Signature (PKCS#1v1.5)**

it9BkHjkxCnsjyU9vPUyKU3yTdm1b6HjgRfoVp2d1HBZMus8cSkQVxYo5uKZZnTkSSrJsXQwP1F24vFMZKI3Dopemg3qyBe3zgDoY60hDJn7DLHxGE/S+Svv45wR70yydSTerUlXEiZy/8aG4TfMW73uPmdl91DFQjJMJuDddYORhHa+3sVAPqEUBwQ9Y4RY3eSrNwp4D4QzpbmNE8Cvi7WwCE7l/
IzjG6tcdo0W+LTKm/fHhBGFt9VHkvYK95Yw0PnDvXM5fnliWB+GM1wIJ5Lxx5sCpNcUngS3vUe69prIwHzvZNMQcdsxbuRp3k3MBnPmPiXVJ9/SO4F31eLU9g==

wish

What do you want to find? Search

Popular | Express | Blitz Buy | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | More

Home and Garden › Home Decor › Decorative Accents › Rugs

Overview | Related





Contact, Policies & More

Smiley World Daisy Smiley Bathroom Rug Sets Anti Slip 2 Piece Bath Mats + U Shape Contour Rug

6 merchant ratings

**$18.01**

**Size:**

One Size

03:02 Instant offer: Add to cart right now to unlock a lower price!

**Add to cart**

Add to Wishlist

**Flat rate shipping**

$10

Spend $10 more to qualify
Ship all eligible items for **$2.99**

Estimated delivery: Aug 20–Sep 2

**Standard shipping** $2.99
**Flat rate eligible**
Aug 20–Sep 2

Items are sold and shipped by schwgnnuck

**Description** Show Less

100% Brand New And High Quality
Description:
1.Made Of High Quality Material,Soft And Comfortable Touch.
2.Features A Non-slip Backing For Safety.
3.Suit For Lots Of Places, Such As Living Room, Bedroom,in Front Of The Toilet And So On.

Material:100% Polyester Fiber, Flannel Fabric, Bottom Non-woven Fabric With Plastic
Size:
A Rectangular Floor Mat: 60cm X 40cm / 23.6*15.8 Inch
A U-shaped Pad: 50cm X 40cm / 19.7*15.8 Inch
Thickness: 1.2cm ± 5%

Package Includes:
1 X Rectangular Floor Mat + 1 X U-shaped Pad

**Reference Price by Seller** Show More

**Sold By** Merchant info

schwgnnuck
4.2 (6)

Contact merchant

**30 Day Return & Refund**

**Shop with Confidence!** Learn More

We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

**Report this listing for inaccurate information** Report

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Sat, 12 Aug 2023 12:56:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4983:8100:5986:86e7:734b:2fc3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

b2SXwX+D45pvRFQ2c/vpp6FzuOSg1qV1yWTbZRK9+ZaDP6MfzyB19BJ3hxQ53181DkQldaNfokaUzjpgl4xc/NS1Mz3Ar0Z2ZSETcpefcGtAO99AavChe7IVYdupGmDpr0hlKP9O7JPEKsPXQkjyX6lIgUC/x9w3rl7m7mwuESGzSJMWG8k0ax36v62OERZL369Di3v0EEqXhvSGJ+8Yz0nC
+ZAEDTVHaThIYe9SOv8SYLQeTcPcO+Bpc1CX5qgxEYiS4iGAij3KiUUPhBKrApZSayYuZ/9s3/kS/JCOodsnuvLn9Z49cGTuB6Lsj+mSEpk5admQbrYG0YoxfzMASg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Sat,-12-Aug-2023-12-56-05-GMT.mhtml

**Hash (SHA256)**

4567ff39d6171854ea5a951544bc15fb0b9fe4923a807a3fd481645f4e1560fe

**Signature (PKCS#1v1.5)**

oBhgOWFGbFTUIKFFiPmBgptxYxR05zCWhAXlii58n103iekUbZ9I2CXsORXpYlr6lu0xOLwor7YUbjAfoyQtaiTXCHHczmfyXbYLmZ911zDQLPzSGxH9yyBEhXoM1iKsEtHBOmYvtAUvPbSClLHu/nxPQxnoKq3puatIW7ccEt5ufAnJfls/
wOdtHgRR0sRRB7326e4dYeUElJlKJGpGbvf4wSJVhSBpe6pXrSUvP242JfBCgqM4IFduEjlFNa+aNR85JIbxqztqZlY2hvWsRYRjIjWxyRxzUTvsnCOhzHde2Q4Fi+aIwKqXTHiYrIqOlZDGYubNPp9mK9qFPitMag==

wish

Popular | Express | Blitz Buy | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | More

**Shipping**

[redacted]

307 NE 1st St # 6, Miami, Florida, United States, 33132

Change

**Payment**

VISA | G Pay | PayPal

**Items in cart**



**Smiley World Daisy Smiley Bathroom Rug Sets Anti Slip 2 Piece Bath Mats + U Shape Contour Rug**

Size One Size

~~$18.01~~ $17.11

1 Remove

52:59

**Price expires soon!** Check out before the timer expires to lock in this price.

**Standard shipping: ~~$2.99~~**

**Ships flat rate**

Estimated delivery: Aug 20–Sep 2

Contact, Policies & More

**Flat rate shipping unlocked**

Additional eligible items ship FREE!

Learn more

**Order summary**

Enter Promo Code | Apply

View available coupons →

| | |
|---|---|
| Item Total | $17.11 |
| Shipping | $2.99 |
| Flat rate (1 item): $2.99 | |
| Tax | $1.41 |
| Order Total | $21.51 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee**

We've got your back. Get a full refund if any of your items don't arrive. Learn More

30 Day Free Return and Refund

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: SDNCYE Smile Dots Tote Bag for Women,Crossbody shoulder Canvas Travel Tote Bag, Handbag Zipper Nylon smiley Dots Tote Bag : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B0C1FM63QW

**Collection Date**

Tue, 08 Aug 2023 13:54:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

X+v0h1sqSuNkFyCAcG3rF7rOpBz3ddDvJbnyItN8l+SIgPdu3RNMGYIKeEsuMbKe9J70AUENrb9J1/4iA3IvjavJo/O47GRrYvB48o1ecxNjOkw64GOycJIQVmXT7S6JOS9vhcL3e8aIffeSs3PxIQ3B8nvrMcd3RYpdMexpvt5svRxsaOSDoL4dbb
+n1clRFYdYzR/7pmhrTRdnKod4JTMNnu4EGDHDvziI0QeLl9u79bO20rGBRAEEh3/rS3BKwPAxgB+3OLWR4jJ0Ij7kyN1UhqoZSPVljqa0phz5hqpqN7aOwvCRjx+SH4ZhAtiE2vtPMgiLUMl4ynLP8RhhBA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0C1FM63QW]]_Tue,-08-Aug-2023-13-54-44-GMT.mhtml

**Hash (SHA256)**

2d0490cb46cd279a5115b339f32a80daad43f93255d27543fc144344d56698b1

**Signature (PKCS#1v1.5)**

qHXOjHB6siRZvhcdxLbn4bBG7bkNJA9Osk7xfqr6OEAW/
+QSargVhbrTkPdmq0Suwx0+PAIk3UkjCg8CO2zxWg60f4qh1Bf06MHcapSFensn3ck6i26toMhQ4m4VGEIyMATNymngVYYn5JUvI3O1hXvDdwIicyenhzSGlLpHqxeFLAtFi8YbI9mkG2rOJzlwy47nsU4ZEH70h4eQFvHoF998SjlUWBChZm7EM+y6qimLOz/
wKkP6neyyWUV1uYO5KlpD7eBKwfICbeJQRIzWQvsu1NYBPIP7kA1ORhluCBoYZYqhiAnW7xbAaVeoO5TvhWRD7mbZidVJTbXnVo0tPw==



# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 08 Aug 2023 13:58:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

R7ONW7RSaKg2Y0uIdeUnkD1pH6rcHb3mEsG21idTxEQiDJWdq5myIEW4PotUE6EFPOUAlwIRoOGTfK60EuhE1ZDgisU9vFj1pJ/guiHmwLIZtoQoonDsFz6zxbxgGu0eP8GmZsZseZDNIakE4F0+JRdZHmtJlChbTYdkf+VNQopFrHfCmHeYA97Imivu/
J498S2Y7XbeKgRYmOvGeQHfJFwjPYskvP3ROIy1yipl43migFvyPyK0c/reXv0XMtA+SHoqprppKFWTSh9ChvQa+RfHtb4aNvj8CI4Y1y4VqU6IZb00Ww96yTxh3A0abZ5btwST+2urLTJDPNs3NSBF8Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-08-Aug-2023-13-58-47-GMT.mhtml

**Hash (SHA256)**

34a4157c9f425391708b3ec524b79a4993d185c07bae1d35c80eaa83b2967d13

**Signature (PKCS#1v1.5)**

yGqVlQ28rDZR99Dxf9184BQbvqKniEdTehpzO0xY6wwfbqDD0SIdhQnN9AlE/OawYTkZyROJ3dJRgHZB6YE2hBazn6xePddGV4mv1fFtG43S0tXKqPAYTT4lX+GORXly/U5xsNv05lbsbybkE6QLF77tOrXe5kS6l0Kwit9aXuNY1S0/JOY1z/QS9IuZpdOOYdFg0CsFizXD7psIzCsRdeKud
+khmJxDOjkfjUvbiZyKV4k/+Dsl0AKR4KbAGiHhHDJdUe0Zt5Vd8aQgPDOTbmuSznav4LROp8DYxT1vxyKeok6itFbJ0fISd3didRO9/leuV3n7t5DDWJt4ztv3Iw==



amazon Checkout (1 item)

1 Shipping address
[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions
Or pick up near this address - See nearby pickup locations
Change

2 Payment method
VISA Visa ending in 9985
Billing address: Same as shipping address.
Add a gift card or promotion code or voucher
Enter code | Apply
Change

3 Offers
Change

4 Review items and shipping

FREE TRIAL
[redacted] we're giving you Prime FREE for 30 days!
Get your Prime eligible items ~~Friday, Aug. 11 by 8PM~~ Tomorrow, Aug. 9 by 8PM for ~~$6.99~~ FREE
Get FREE One-Day Delivery with Prime
No hassle. No commitments. Cancel anytime.

Delivery: Aug. 11, 2023 If you order in the next 14 hours and 1 minute (Details)
Items shipped from Amazon.com

SDNCYE Smile Dots Tote Bag for Women,Crossbody shoulder Canvas Travel Tote Bag, Handbag Zipper Nylon smiley Dots Tote Bag
$15.99 & FREE Returns
Qty: 1
Sold by: SDNCYE Shop
Amazon Prime eligible Join now
Add gift options

Choose a delivery option:
Tomorrow, Aug. 9
FREE One-Day Delivery with your free trial of Prime
Fast, FREE Delivery prime
Friday, Aug. 11
$6.99 - Shipping
Tomorrow, Aug. 9
$9.99 - Shipping

Place your order
Order total: $24.10
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Get FREE One-Day Delivery and save $6.99 on this order when you start your 30-day FREE trial of Prime.
Try Prime FREE

Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Order Summary

| | |
|---|---|
| Items: | $15.99 |
| Shipping & handling: | $6.99 |
| Total before tax: | $22.98 |
| Estimated tax to be collected: | $1.12 |
| **Order total:** | **$24.10** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Fortnite Map Smiley Face Men TS Hip Hop Hoodie Flaming Earth (Size UK L) | eBay

**URL**

https://www.ebay.com/itm/115856187042

**Collection Date**

Wed, 30 Aug 2023 05:54:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

CXXFbWPPmxIXjnel0eoYwfcgHMWqIrMaU8os8bss0tRJUQua7L4ff2SdOruriUAhv4fNR/QaHhLL3EEXy2EGHT9mbnumw8P3sSOp1564ushRp6OSOatMD1OJiYf1TcJGIRfwns/CYAAa86bfOgBtVgLiudSymygknHMG8KfgHbDL8YvE4Sf0F
+KWIurE9NzZ0aBMEU1zgeMKn8t5EUpbFwRhggSRTy7DAStnHVXYqrk4Z1qvIfIgN7rSZjeqKMMtOIcA+3Gcwqob+ZBCZ/A4XzUeyyBuZ8C7KqDmdGEunPExvOg0hbQN9jAWD6092/zPvIwVt1SLAfhI0iBZBjyTLw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]115856187042]]_Wed,-30-Aug-2023-05-54-18-GMT.mhtml

**Hash (SHA256)**

33dd4744a6b02bb6e163c0ae837c9d60bbc2adbacee7df47de69c2f0e0da95f6

**Signature (PKCS#1v1.5)**

pZXzHIWyPEBEznhviWx+u45XcenOYLO7RcRCUNI9WpJq8rLXvv208Dpp0qNkeV9u84fSdS0e2e/v/4j1T5bkPEADygus5ZFWWHWHhSxyFtmS8UwwFP1bKhav5Jr7xi0m3hxgByBZhyoPb628EYgKvEYyOmbnR//XJM56JESDVny
+zg7p6QCCu8hkNMWu1OYt7SxiEQMrSAt4KNDWA73kUwbXC907wKhrCeh9xSdesjJTtu1te9I3LJZZHu2Lshy7HOYLP88SFqk1jrUmlcqB4hmwsi29n11flPm7lMN+Hidg+IpwB03SOYEG6BIyk5nUE875VvNGDVD4kawstBRUmg==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 30 Aug 2023 05:55:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hpg/6fGmfa9J+pZbuA5XJLb3FW9ye6aUl8cv/pmeQMBWZE3qyV9CowvgOM6vKcmxp5qUP+3Hh6hzig/SziYds9lVa3V6PG++LwCF1lYOC4jDxT217bdpTJozxWi
+AT06OZUejNZ8bkr0YuMEz9vdZfshn0CqgIJW9q21oU3rk16Q120BfKDftM4PteFIJGTU3DTNovtFEZDmzkAIojy12igsqxr7ELCf75L6t7QaE2lsG/hKPcGrCALcsfdMIQSOVScJncXtOnG5VNf9AFSfryvGHyhjhDVXrx9ILRDvBnqnOI58pO0y1V6iytzz+olcSp8EFr8gOZZKdjQkZaA/9g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-30-Aug-2023-05-55-35-GMT.mhtml

**Hash (SHA256)**

492a7584aa976e79df1e77a54cc3ee0031a657c8213067f3a754117400385c9f

**Signature (PKCS#1v1.5)**

GEhUuy1OQxNCPJ6W2CMrOcmp8/QWVWgOUYLkdMmkp1vXltGQik+tr9LLu7q8WeX13zP4n2xTqvWwhcgJT+nb5dG3iadZ7QymRw4ASX+CtOHSLTRjxtLBOTcac526pI3Ermi19m/eMDYV7jd2cJqkDa4fO6DMGibDZ4Gcrk3ln+jqUVz+JnVTI56lnn/
RsVYheARNkEiVa3cPcIfk5JVQpIkYgP1biWbdttDQUhHObHwDHZRFuAv5k/W/VF8D7yr6mKAE1tsV2HqvHQc50MuTJ3XLN3QqdNxQwl8YVltvkXQgSui2/cGgOxakHnDap992VqP141T+6S1lz81La/D+Tg==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: 3pcs Smiley Face Foil Helium Balloons Black one Balloons for Baby Girl Boy One Happy Dude Themed First 1st Hippie Groovy Birthday Party Decorations High Chair Photography Backdrops Supplies : Toys & Games

**URL**

https://www.amazon.com/dp/B0C3YLDD61

**Collection Date**

Tue, 15 Aug 2023 09:05:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

pvNHWiGNp4DJ99Fn1zKQPFSmd794nZzAOeSDUKPDZUwx/Tk1brVwRE1KQc+8erO9vchfpWUU1TIThgBBDkaBwvhaavXSa6yXj+yBUg+VztcSw1FczO/QRU4bCvwGq0iXESNPABTTgWez/ovEV
+G33fro4WVXaBKWqOXdXR8OSECsDX7KC9hNc639TMZU2LaZ5RgBRvBitQKNXbWyQYf7xLm29uvNug2JUJ4JmOMyBlDaE6Zz42E2I0ncgiPB/LGbTr6b+52nW1RaDswj4O6lIcLv/9Qd9fdAAiSkIe8amb8yO2SMGOP96ZK/KJa+b8xOMtMkLED60oQDcQ7nOYs+tg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0C3YLDD61]]_Tue,-15-Aug-2023-09-05-40-GMT.mhtml

**Hash (SHA256)**

5f2abef90ac8e9b23ac9ba83c30f07cd243ef3dc6201ca7fac87bf31578cd753

**Signature (PKCS#1v1.5)**

cP0ywVGWcDrOtBh1UH4K+rBIS4yjdj72xolUSNtnSbFuP0MNmW7lCgJUtqUEY5muBLOgg7QEcrvFhIuSehPP30SocHls5vwIJQTqDyZIlnS8Ebetgamw0rOqLPuNU8ESTlx+e/QjYikYUvwBHddyhz8okz8c
+SNYZxHyy3NRkJmxRIxI2wdOIPZk9WtbQV4Hxtp5RJCUrFl0g3DmHkdcL00tmpYV7qXmJ1W9IPkwYMWV+sN/tXDiUs19wuoSDI940Skhc98w4sVfhxXmjRkVnokSfVA3KNw79wBAk84vREKE602UWl4ZQk0HJBilnpQJgGD/9v+zdDDkx6sVJ7taVA==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 15 Aug 2023 09:08:12 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

Wt23d8IW8FW6xu4e4P1MMDiw0uAgzEhJ/JKP9Ij3h1r30JEKKvofPDKYa8GQYtLtvfJVstIl6UaJ+xVT0oMCJvQ80sAxE2q3lB+LCW6NwFuK3ykYuS104wQVg1oxGEwKVSBR7DWSSCpY0bzk60b8RYMmedC3rUYiSoEWp+tAar+ahMwu9S+DqX7A2ZvAiryrWOu3l/vfM09hy3J3h/
AQWD5jI9xdrY8pA48dYw63QM0vgTPpMn9ldCym92F0KQ2s1ag+8Oxyy4XCr2zZiVPJSdr3OzquUmh/NSOO4fE6Zk2LIOE/QTgdFc25mWpQuclAVeeO6oMCMMYM6dtitpyXIQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-15-Aug-2023-09-08-12-GMT.mhtml

**Hash (SHA256)**

7ac54603f8477dcd16f40bd01f598bc9c50bbe3d51f2638dc29faaf708147a33

**Signature (PKCS#1v1.5)**

BQsbfBxjlGr31tW4buxohBLNx7Svgddp+I9jeizR9NyH44BavAe/J2DtauSJc/qDC9D6gBckSbiXmYCTiY+uOy6GhP1wUE7tZ1c5bTF5DNgmJCtWR9kw2D3Kq1/EgflpaslRiLGVgACnnx8Ox78UXkio9ZFv7pMhgae0C79Ibx1YE4A65woIvTWZrxoubG6ABgHlmwp7LAl2Kn7nOKBc3D1laGk/
qC8gii9hAijG54hxm/J+o2AutZ5Jk2jjj2CVVNcSWIc5AoD8BlKz8DGCX4UN4ywxVswhmmWmGPxpXGVtxtn48Oc5h6CPhc11Vf6Xmb1IbxIoCITQ98O12CFhaQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

**2 Payment method**

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

[redacted] we're giving you Prime FREE for 30 days!

Get your Prime eligible items ~~Friday, Aug. 18 by 8PM~~
Tomorrow, Aug. 16 by 8PM for ~~$6.99~~ FREE

Get FREE One-Day Delivery with Prime
No hassle. No commitments. Cancel anytime.

**Delivery: Aug. 18, 2023** If you order in the next 18 hours and 51 minutes (Details)
Items shipped from Amazon.com



**3pcs Smiley Face Foil Helium Balloons Black one Balloons for Baby Girl Boy One Happy Dude Themed First 1st Hippie Groovy Birthday Party Decorations High Chair Photography Backdrops Supplies**

SHENLIN

$7.59 & FREE Returns

Qty: 1

Sold by: SHENLI

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- Tomorrow, Aug. 16
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- Friday, Aug. 18
  $6.99 - Shipping
- Tomorrow, Aug. 16
  $9.99 - Shipping

Place your order

**Order total: $15.11**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Get FREE One-Day Delivery and save $6.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $7.59 |
| Shipping & handling: | $6.99 |
| Total before tax: | $14.58 |
| Estimated tax to be collected: | $0.53 |
| **Order total:** | **$15.11** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

10 of Smiley Face Mask funny design large fit 100% cotton nice feel black emoji | eBay

**URL**

https://www.ebay.com/itm/185150207168

**Collection Date**

Mon, 28 Aug 2023 10:15:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

k6ZXGOz4VnsB+GnPM8oyd18QgcxC7b20hauJd8Y2u3pUUUNMn6Y1tKaJmfBd1Pu/MWpCwpSic3LqpwpncTZ8OluAjCwrmgcW85OEG/ZFbr2oVZ0Te7wMEY6icxfDj/cOCfQ/krsZufCxu8QNUWTDjYfRIvuVcLsai/VWLHwbMdY=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]185150207168]]_Mon,-28-Aug-2023-10-15-28-GMT.pdf

**Hash (SHA256)**

72776083587b9db2decd371bc7b1f57fe75de762f6d3c26522a5171ecb8ef9a0

**Signature (PKCS#1v1.5)**

TSEQm9cNKEsW911hC+NyHPaz3XOnFmtGns6a4T6PaLRIukM1bFpE3N9ApJiTTF0P3RFR+klyGUkX7bRBv0oPaB4UO+sQybycan0Mb4OPFAkiIDoSvcrTNarG/Y0rTk428J6oZyG4xbV0wkelXgwTKJolyV+KqA/ZZzyf/DHFNpo=

Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Clothing, Shoes & Accessories > ... > Costumes, Reenactment, Theater > Accessories > Masks & Eye Masks Share | Add to Watchlist



Have one to sell? Sell now

**10 of Smiley Face Mask funny design large fit 100% cotton nice feel black emoji**

Condition: New with tags

Quantity: 1 10 available

Price: AU $119.99 Approximately US $76.63

Buy It Now

Add to cart

Best Offer:

Make offer

Add to watchlist

Breathe easy. Returns accepted.

Shipping: AU $30.75 (approx US $19.64) Australia Post International Standard. See details

International shipment of items may be subject to customs processing and additional charges.

Located in: Cornubia, Australia

Delivery: Estimated between Mon, Sep 4 and Fri, Sep 15 to 60323

Please note the delivery estimate is greater than 5 business days.

Please allow additional time if international delivery is subject to customs processing.

Returns: 60 days returns. Buyer pays for return shipping. See details

Payments: PayPal, Apple Pay, G Pay, VISA, Mastercard, AMEX

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or your money back.

Learn more

Seller information

shop-stick-dat (6128)

99.2% positive feedback

Save seller

Contact seller

Visit store

See other items

## Similar sponsored items

See all > Feedback on our suggestions

10 x F Off Face Mask funny rude design large fit 100% cotton nice feeling Rude F@#ker
New · Business
$76.63
+ $19.64 shipping
Seller with a 99% positive feedback

10 of Smiley Face Mask funny design large fit 100% cotton nice feel black emoji
New · Business
$76.63
+ $19.64 shipping
Seller with a 99% positive feedback

Smiley Face Mask funny design large fit 100% cotton nice feeling black emoji des
New · Business
$12.77
+ $19.64 shipping
Seller with a 99% positive feedback

10 x Poop emoji face mask large fit 100% cotton black funny throwing up rainbow
New · Business
$76.63
+ $19.64 shipping
Seller with a 99% positive feedback

Smiley Face Mask funny design large fit 100% cotton nice feeling black emoji New
New · Business
$12.77
+ $19.64 shipping
Seller with a 99% positive feedback

## Related sponsored items

See all > Feedback on our suggestions

Face Mask Cotton Black x20 Washable Adult Reusable (1 x filter included in each)
New (Other) · Private
$44.67
+ $19.16 shipping
Seller with a 100% positive feedback

Mens Poo Emoji Costume Ladies Smiley Pooper Stag Do Funny Novelty Party Mascot
New · Business
$26.08
~~$27.45~~ 5% off
+ $19.16 shipping
Seller with a 99.7% positive feedback

Purple & Black Puppy Half-Hood - Costume, Play, Mask *FREE WORLDWIDE SHIPPING*
New · Business
$17.24
~~$19.15~~ 10% off
Free shipping
10 watchers

Fast COMFY AU reusable washable cotton Face Mask Beard Large filter XL XXL mens
New (Other) · Private
$5.10
+ shipping
81 sold

Adult Poo Emoji Costume Mens Smiley Pooper Stag Do Funny Novelty Party Mascot
New · Business
$21.83
~~$22.98~~ 5% off
+ $19.16 shipping
Seller with a 99.8% positive feedback

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.

Last updated on Dec 12, 2021 20:37:58 PST View all revisions

eBay item number: 185150207168

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Size | One Size |
| Gender | Adult Unisex | Colour | Black |
| Country/Region of Manufacture | Australia | Style | Half |
| Material | 100% Cotton | Theme | Comical |
| MPN | Does Not Apply | Occasion | protection |
| Brand | Stick-Dat | UPC | Does not apply |

**Stick-Dat**

99.2% Positive Feedback

27K Items sold

Visit store | Contact | Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 4.9 |

### Popular categories from this store

See all

Cards · Face Mask · Jumpers · Ladies Shirts · Mens Shirts · Pillow Cases · Stickers · Wallpaper · Other

### Seller feedback (6,581)

o***o (846) • Past month

Awesome guys, thank you.

Ying and Yang decal Vinyl Cut Sticker Car Window Element Chinese Taijitu Rare (#181958446373)

r***i (457) • Past month

16 Next Service sticker your address, Logo and business name 65x25mm custom oil (#183241978913)

7***7 (485) • Past month

All good thanks

Boxing gloves decal Vinyl Car Sticker Australian 150 mm hipster hop boxer box AU (#185113167905)

See all feedback

## You may also like

Feedback on our suggestions

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 28 Aug 2023 20:54:36 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.74.192

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

cF8+tyA8b5taBAnAylBrq/1+OX5Br1PYIat83KuOFEC+ENb193VEGRzoqVNzOoQpdUoSXzuIQYqdeL+k1s+140fNsWs6z8PBk2GojF9V9aDP8dXNGDZ8Tfc0aaWCRdyJea1hFe44Cb9lD+GyAb7tTwhFTZAvThJNTaLT4/60z+P7NNgDt0E0j6/ePrQD+OFHHzKbaQRyjGuVE
+fFA7cBYFm6EJtItj9/86XVHN8mpJNHExFbeNGJ68vNMRPefEikjlhRz7eki3vVjXlopC0M8zv+UOTrN1vTXOKKPs29JEj1RgEjj14KE1iy1shmkStqAShNuTtPr2VFnGEdQrNbmg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Mon,-28-Aug-2023-20-54-36-GMT.mhtml

**Hash (SHA256)**

703a220883afb557e6628960a6b9b0a0c2305eac1843901a050f5f46e601238f

**Signature (PKCS#1v1.5)**

TIskdqrdnKu8KrJqQpla1xLlAprJgkkOO+spr+jm+DJwrVjlCiq+52DwHj8vGGrhGCl3V5NU4Qo+n6h+lW/hUOHWNGIDuxh8W5fAPR7mnPYJc+wZlzE/xDqPZibg/YGeiapaEHDJ2KYXzeP48mcQrClvm9ua2Sph+nbAH1RGP1JjuNjftPRP5TxxwigESprjV5DW+CxpD2ttQMiyDA0MASkazzK0PzQRz8i
+LjWpBkqdYLzvw4o6f7GjjjB/ctdjAvsihE/LhuzfIJz57sngyWxIikJ8o7DoYlAP3Nojai8I1iGW3flDlu3q1fbzJ8H7Ttl4c9s7WlsehOPSCORTsQ==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

VISA

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Currency**

USD
$1 = AU $1.49356
Change currency

**Review item and shipping**

Seller: shop-stick-dat Message to seller



10 of Smiley Face Mask funny design large fit 100% cotton nice feel black emoji

**AU $119.99**

Quantity
1

**Delivery**
Est. delivery: Sep 6 – Sep 12
Australia Post International Standard
**AU $26.00**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | AU $119.99 |
| Shipping | AU $26.00 |
| Tax* | AU $10.22 |
| **Order total** | AU $156.21 |
| **Order total in USD** | **$104.59** |

Current conversion rate: $1 = AU $1.49356

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Ring, Emoji Ring, Solid 925 Sterling Silver Happy Face Ring, Gold Chunky Ring, Stacking Ring, Birthday Gift Ring, Friendship Ring : Handmade Products

**URL**

https://www.amazon.com/dp/B09NH2G7FB

**Collection Date**

Wed, 16 Aug 2023 11:44:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KuVi4YQv/+Mf8WdeX1F+BD8EPI8S9EGmS+GpFyB5uvUA+LC12qhGzL3IKH2NbennZyKUIGuxFTcdGXjJEM4JwdiNH4gHh7MmKg/Do2S0o4GjabZM/X4g85U+YbP8K4G21bztS8BX7z9LqWpqIgpqVQqbTpiXvwpcPI6Wo2ZWbbIgugWqIeMQV5HWudBxYegCQ/
+d0R1Z8CNtBL2mbIBJnrZ1fHVRM8cy7kXsINMaaEgdwHkygSKZYWyK1zFrWfmCyTxX2EEwvtPwmh1idk03ZG9LbxeIGQEsUno5d6TO9rKFeP3sVoTU0FlyqMZw973aDpJY8jJbxWfmBcWLAAiM2w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B09NH2G7FB]]_Wed,-16-Aug-2023-11-44-45-GMT.mhtml

**Hash (SHA256)**

90754bb86cf993b9e3a3516f4ff9752e79d8acf6f5cc54cd3e34c9477ac9b815

**Signature (PKCS#1v1.5)**

FjtbKA9BXxSNS4YbqNBzAOxsvAUupiZJs1tuLM48LefDBUzpGH/8NYlUiFQK9jSuwoiqnhPV5xtOW22X4GHemhkMPUr/RVmTH0g600SfAgXTPM/jaB5zm4HlfH/
FeVHBticrqdUQtl9ZfZtNTg7mHPxjLfzyK5H2cAUsxlMAxOMrG3nSL02yj943vjYmxeYTz5GuelLizTiI79gfD6DqMCsL8l4YGP3qc1+JbVBhe+ShusVXFPzG4nwU24dC1aEohA5ts/5QZS4ggPqqzIj5RPT7O+BWnW76r6fB17oGwGfgILtFesskk31iU65+CAcXgnqHVI06+cKt9IKAC/i98Q==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 16 Aug 2023 11:46:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

t1R/CSzNYo0U+sNQ0i8aHukrzuF/bDYEXeRLV2mIVhhMbVlLABCO1AQnNUlGecnkfIET2dnwBDsZHbrDzXu/Xxb4gU2Ag4O1mCVYPbiSpLJmasv31IKEnVkPpQ0NvyYXWainj6IM
+SV1HNh3zodanlmL0zmjWgc20avT0PbCeI4sNOf4jCbI67SGD3cry4vZ01G9cK2UTm9cCMdlJLwNnM50Qg9lDAb8FlngSEII38xtxTNKvnE85U4COiIh+tf/xD5sG/h/eryf6Yd5iz4xqH6Dcffdf3OIznKdQMZNVOlgeGptl9+pAqkt8K3SeUV8FwFBKjNL0ECLxRGhGNEsZw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-16-Aug-2023-11-46-35-GMT.mhtml

**Hash (SHA256)**

3f2fc7c94b71189b5a0e81a5af1960e0af1132ef7f689d0c59c65a76baf65dbc

**Signature (PKCS#1v1.5)**

d1tQeaw3xJ5G1CaFb2aQ86PzB9s/ELDHRv1iXmWrhJypAdtUnLnHYfszZ8vVlSbspD0k2P5WjATfHg3pmRzaNvhwL2JF2SjDscovV/1yzQ+bem89wxDCqAj3JiIN9WggVgUFzvg8gOP+5cob1rBtW3NAHFnw
+WQb6FUMW9apaRcI31N0pK4McmC02+Pf8U45IygeexSY3VjOfVAhCaeVtF9bh7X5M6tcWRLj2toNxUFe5uID7D2JIccEEmvLn1Zff4likoKhfejunsVmAEeA6rqzrmppYJegu2bY7mdoyfCbjupz2ndhfIvAoehfiwEsEteMESMwm+3QKQBWevMDPg==



amazon Checkout (1 item)

1 Shipping address

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

2 Payment method

VISA Visa ending in 9985

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code Apply

Change

3 Offers

4 Review items and shipping

FREE TRIAL

[redacted] we're giving you 30 days of Prime benefits for FREE

Try Prime FREE for 30 days

Estimated delivery: Sept. 12, 2023 - Oct. 3, 2023

Items shipped from Shyam Jewells

Smiley Face Ring, Emoji Ring, Solid 925 Sterling Silver Happy Face Ring, Gold Chunky Ring, Stacking Ring, Birthday Gift Ring, Friendship Ring

$39.99

Qty: 1

Sold by: Shyam Jewells

Customizations:

US Ring Size: 5.5

primary colors: Silver High Polished

Gift options not available

Choose a delivery option:

Tuesday, Sept. 12 - Tuesday, Oct. 3
$8.98 - Shipping

Friday, Aug. 25 - Wednesday, Aug. 30
$24.98 - Shipping

Place your order

Order total: $51.77

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $39.99 |
| Shipping & handling: | $8.98 |
| Total before tax: | $48.97 |
| Estimated tax to be collected:* | $2.80 |
| Order total: | $51.77 |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Smiley Face Beaded Choker Necklace Beads Colourful Cute Y2k Beach Summer | eBay

**URL**

https://www.ebay.com/itm/125879297576

**Collection Date**

Fri, 04 Aug 2023 01:08:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49c4:8c00:5d47:e620:261b:674

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

EidiaZmmd9F5DvAbQ3s81b9v37uSXui3Oc+hdt7cjJDQHUkZWal2V7lFmvkv4j9gG6dvxN/lyx1pCUdCCQA9OhPW7aBHn2N+OeETizB51fl9QdlG3l+Kaq7Q39UZcx/l/RZGbb0xPtqyLF8YMntnDYeveSZxa9I/zZbIr/M6fnd14lA0C3A0TCKjXquOG5jQP9IjMi2u+vGMyH1C/
BlGMmRTODtgtqTb65UIZcsIQQdpePWNGNdnO089rmb2aA8ruv+WyBW1TcnlrZnAm00n6KV/M0s7e/uu60psxftVlf2iDclqHJ8y2LoUVlD0jFxq3//OzXiJsJPmZcAiqHHwtg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]125879297576]]_Fri,-04-Aug-2023-01-08-15-GMT.mhtml

**Hash (SHA256)**

4f785c03913c066230517313daf7d765c9b6c4e8b7303b3a9870d920d007dca6

**Signature (PKCS#1v1.5)**

PMZqzHY1HruCB4RUViiPSC5tLEHTmyPbey85LQIlkxuNeVo0pCvWe0r4yzxD1ikaj0CGG/hDByDs/mPRo3JZpeEOWqCj8L3xPcYlBxlFSqlpfBoLBvZGlr3LfWXWyMpbt1Zhf/w9Wp8+iZ1glDvjc9ZcX/9gexN6/NvBwS0lnsai5LJTqIb3ZGi15pMI+O4AMLKoksA8QhjpuR2UCnrtmmYm51x+O/
SacqGbYkwJDnK58+vpenxO0yGkd6YOQOmyvsUSp7XHgS9t2FOJBZRpnTR2+i9MjZv7QndcAX/Q7Nlf7uY648ToRACc1Dtb69zfDdrT5cV539bMt9Za8qr/rg==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay 1

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Jewelry & Watches Fashion Jewelry Necklaces & Pendants Share | Add to Watchlist





## Smiley Face Beaded Choker Necklace Beads Colourful Cute Y2k Beach Summer

Condition: New with tags

MPN: Gold Smiley Face

Quantity: 1 More than 10 available / 32 sold

Price: GBP 3.49
Approximately US $4.43

Buy It Now

Add to cart

Add to watchlist

**This one's trending.** 32 have already sold.

**Breathe easy.** Returns accepted.

Shipping: **GBP 13.96 (approx US $17.71)** Expedited Shipping to United States via eBay's Global Shipping Program . See details
Located in: Potters Bar, United Kingdom

Import charges: **Free** amount confirmed at checkout

Delivery: Estimated between **Wed, Aug 16** and **Mon, Aug 21** to 33132
Includes **international tracking**

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA

Earn up to 5x points when you use your eBay Mastercard®. Learn more

International shipping and import charges paid to Pitney Bowes Inc. Learn more

$ Have one to sell? Sell now

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**

sib110 (7736 ★)

99.1% positive feedback

Save seller

Contact seller

See other items

Registered as a Business Seller

## Similar sponsored items

See all

Feedback on our suggestions



Smiley Face Beaded Choker Necklace Beads Colourful Cute Y2k Beach Summer
New
**$4.43**
+ $14.22 shipping
**32 sold**



Colourful Beads Shellfish Chain Choker Sea Shell Necklace Trendy Y2k Boho Beach
New
**$5.06**
+ $14.23 shipping
**253 sold**



Vivienne Westwood GRAZIELLA Two Row PEARL CHOKER with Pouch Silver Double Rows
New
**$31.72**
0 bids
+ $20.75 shipping
Seller with a 99.5% positive feedback



Colourful Clay Beads Chain Choker Necklace Trendy Y2k Summer Jewellery
New
**$5.70**
+ $14.26 shipping
**177 sold**



Colourful Beads Chain Choker Necklace Trendy Y2k Beach Summer Jewellery
New
**$5.06**
+ $14.23 shipping
**63 sold**

## Sponsored items customers also bought

See all

Feedback on our suggestions



Colourful Beads Chain Choker Necklace Trendy Y2k Beach Summer Jewellery
New
**$5.06**
+ $14.23 shipping
**63 sold**



Colourful Clay Beads Chain Choker Necklace Trendy Y2k Summer Jewellery
New
**$5.70**
+ $14.26 shipping
**177 sold**



Colourful Beads Shellfish Chain Choker Sea Shell Necklace Trendy Y2k Boho Beach
New
**$5.06**
+ $14.23 shipping
**253 sold**



Boho Beaded Necklace Flower Daisy Charm Color Choker Small Beads Beach Party UK
New
**$5.39**
+ $14.25 shipping
**76 sold**



Boho Beaded Necklace Letter Charm Multi Color Small Seed Bead Summer Beach UK
New
**$5.39**
+ $14.25 shipping
Seller with a 99.8% positive feedback

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.

Last updated on Jul 17, 2023 06:27:32 PDT View all revisions

eBay item number: **125879297576**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Brand | Unbranded |
| Pendant Shape | smiley face | Type | Necklace |
| Main Colour | Multi-Coloured | Style | Chain, Choker, Layered |
| Theme | Beaded, Beach | Material | Clay |
| Main Stone | beads | Colour | multi colour |

## Item description from the seller

Measurements in the photos

### Business seller information

Zarchi LTD
Roham Rahimi Zarchi
1st Floor, Deneway House
88-94 Darkes Lane
Potters Bar
Hertfordshire
EN6 1AQ
United Kingdom
**Value Added Tax Number:** GB 377098453
I provide invoices with VAT separately displayed.

Phone: 07538049998
Email: rohamrahimi22@gmail.com

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## sib110

**99.1%** Positive Feedback
**61K** Items sold

Seller's other items

Contact

Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Seller feedback (8,299)

a***a (137) • Past month
Xxxxx

u***i (1572) • Past month
Excellent eBayer

a***r (43) • Past month
Lovely necklace, beautiful colour speedy delivery

See all feedback

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to home page Return to top

More to explore : Handmade Necklace Watch, Bucherer Swiss Made Necklace Watches, Quartz Battery Necklace Watches with Chain, Quartz Battery Necklace Watches with Locket, OMEGA Seamaster White Face Wristwatches, Rolex Daytona Black Face Wristwatches, Seiko 5 Blue Face Wristwatches, Rolex Oyster Perpetual Blue Face Wristwatches, Citizen Eco-Drive Blue Face Wristwatches, Open Face Pocket Watch Pocket Watches

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Fri, 04 Aug 2023 01:09:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49c4:8c00:5d47:e620:261b:674

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bhQJt8aCPzXkm06SF+PsR8Niajya8K6fMFlrP1PFLlI0S/ZsAmQEJupksDCSkZ3g02UGRND55JXdPYeIwvEd2hT3uvMhdOP7RaBkwYPZAeG/hBxK3oaP+dBM7hDothFDpl13TudNn91xuk8Jqj1JICSENJw34aJB+1HUDwjQMjQE+047OH47RGVv8TEEa7BMCGWXcH16B/CT
+SZ22IDVomAyZ8tceTtGE6fRSzpQifvxMUjltbJd0ygNcFfg+5dx+61x5/pZmu1EgPfv8Cs/i2Ol8ATU5rr+I0HFYAkeJ6iWKzUPM0DGJDuSN5AqiqCcP3XBs8u6x5A44W+uwskMMQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Fri,-04-Aug-2023-01-09-45-GMT.mhtml

**Hash (SHA256)**

2009bf10f7b5f33cab9b5475bd82de155bdfa3ea4f2f983d888313c24ea3bc7e

**Signature (PKCS#1v1.5)**

QbcXwCIuasgUNTKZwz0OwhATnsFaoi3YkT9VlHdcveyhEjSPRmIoLL9DbUCC0zKoTMnpMTTnK9D103G+2pfnvwoEnl8Kq7Zd25CJYGmWDojPFxXe7vw1ZXL71P7Drl9OwTQkUsEb9LuQCW8WrzsIwsn9qfxEfd95ackQ9boaBg/gy9xWYgnhgPz2cuOdEjulj46Lu9kKiy2hgjDFAunlAto561ReplsZ/
dCNQ3skjqyOqRHEdiJd/5i+xfJCP7j3+bPj1trTMPlHR7JBItyoUNfzyw+KiHFOx+RQA7O3rB06UDL9CGKmJ5W3ngqcsSkI+Qq7j3dpy+VGbm4gedFQNQ==

ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Review item and shipping**

Seller: sib110 Message to seller



Smiley Face Beaded Choker Necklace Beads Colourful Cute Y2k Beach Summer

MPN: Gold Smiley Face

**GBP 3.49**

Quantity
1

**Delivery**
Est. delivery: Aug 22 – Aug 25
International Priority Shipping
**GBP 13.96**
Includes international tracking

**Import charges**
No additional import charges at delivery
**GBP 0.00**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 3.49 |
| Shipping | GBP 13.96 |
| Tax* | GBP 1.22 |
| **Order total** | **GBP 18.67** |

You agree to the Global Shipping Program terms.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice