AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

1Ct Round Cut VVS1/D Diamond Smiley Face Stud Earrings 14K Yellow Gold Plated | eBay

**URL**

https://www.ebay.com/itm/284912632282

**Collection Date**

Mon, 28 Aug 2023 07:44:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YsDdJv4tctTnGcZHKebrvf5kCXNN5EI3JIfdP6sPaugnnqA7Lp2sT6m1Jsz+xVkf4asqzWVk4LY3RM1yGwJiueMGbws4sTossZW+XRIS5lt7SC7IBRk5N6j5Cmajc4c3x0oZR8eN0YdeJ8VoRqnK5YgDzoig8zksmM9cod2e9iM=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]284912632282]]_Mon,-28-Aug-2023-07-44-27-GMT.pdf

**Hash (SHA256)**

aab0332510f723670755ffcde45bfe3895d405439ff6ee78e6dcad6b4b7d0038

**Signature (PKCS#1v1.5)**

eTpPbSy5dPCKNhJl2Kmjr40/AJH6W1ECX4JswHUXkUOOkGtI1/Q9nDXd/ea7kXHSs1RIn/LRPns8FDfemHxisxCDbQ/DImi58kp27lyOoiEeq0QULGEwaPaomClvU/C52bAN2kjAnQQ2DLGfV5M+gzDyzKAsNQhcGpDQVe9GEqA=



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 29 Aug 2023 05:50:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.74.192

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Vsjcq0hIzLnnt26iT8WLJl1vj3n+Y4DmQBwl9ZigRi+DTRAjczQ6r1RjsFZQprdpy2VRyWOS2yPczByDBnKrXCs+TNvEjHl50bQ3zyX854wptu/bEI+shnQDHTWf0FCGfel/5XZMZbljnfSGfI6MBLqJQtZJFojuwNLqoUv6CH/
TRMpWZkfiT8WAQkKx4qhrntjGAN8sMjabaN0WX3fLxNECk7t82m/4bzNFgKeGokeW4Wgg6wbSjajF9g7BubKD/QPAuvyHODw4MjTSsqtq97/Pd6HTe+NHPxMNHa4k65rAyg2AyaQHGjSNIro7hfTE42LtuqhOWarJ0hjmtZJwQw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-29-Aug-2023-05-50-57-GMT.mhtml

**Hash (SHA256)**

12deacfe2f29cb5a31d2a16e68e2217a09a46f2a71e4b2621b3e3c02ac64384b

**Signature (PKCS#1v1.5)**

NTULy4z3usxo8e4YxiIGJUP7fJEBrmy9lAMlq4lDtza6ncO+hdjFZEqOMJA4cUS+4VhuzA7h7qc3xQfXNZiOxs6CpsZ2kcsKX617S3k34oQVQMuUHBDljvdCfCO8ncgjlTyRPPqcXwqrsFx8D0+VfvoAVbxJ5oOdtxHbw3kKRp0zc9B/Gpu9uZDGbdrc6ljfIYfPFL500qudqQYE9xN
+nRPZvrBObnLmBa5Fc75cE+O9/xILfnnoD1o+Eh9URKLKEd4InTSCjfLFcTOmJoHV2XtUz//JIy0QlP6atE2Q3f3p9ezEiZheDVIoBNE+Q4TuoVVBOlBgkX15/TcYImknIQ==



AXENCIS
Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Smiley Hip Hop y2k Pendants Necklace Women Rhinestone Crystal Chokers | eBay

**URL**

https://www.ebay.com/itm/204119646811

**Collection Date**

Tue, 08 Aug 2023 04:12:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

NWh7LThj5gy/t6AyXyX8+9uZ9NkO+OvotlRNwbZhPhIOgrL+gkv0PaKPKE4I5hgOBx8fFpFB5h3f5kaHzbrWR0XnKGzqUrJyYigKdj6hUUk5qEAj/GpUKUlvMNS7yIlEGhwwztZO2Y8Flo/6DYHZILPzx1a9q3DYijFSAjIEehhGeq+cMV4wZi8mv5IPmG
+4TRhHy02cROH4ql6d0JhuryMSOBtKYuwX4WJ3NtEg8K5gOmnqrvbq2hdCW70LqsGLqtInzW7wUBrOuNXxOVv7Hi5jf02FnzY9RsggbTlqEYxGeKezVNY0iEOHYnzYCQAt+BQI0oAl8SiBoS5aqQwBaQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]204119646811]]_Tue,-08-Aug-2023-04-12-56-GMT.mhtml

**Hash (SHA256)**

447df00907d03a5203437f3a31b7d83907ec7b3bfade35f37480e2230f407911

**Signature (PKCS#1v1.5)**

U+0gvS573oGgOTDHUw+erJ3gr4jtPhyxsX8RwOZyDBoKDuOHGmFOiKWOTPvqCHNABGHoFl+Q2cBh15wlIQ2txHznsFkkccBN2mKcKGwUFzOHJF76Fj7ab5MnB2Ek2UwM3YnihZLfLvGP0vRyzKnNhRo
+SJ2dv95nzrpvCB3uYuhOrJ5UEwmaNm3EcIPhUbMoI7wbA2hTn2Jmrvc/1754gfgJNCQuNURNAGOaOcVGry5u9/AGZjdu2nbkzuhlCp/D4Tvcn11L+4FzKGBg0ZKyDYB3066tjIZsjNdgRb/mFI5nj8c0vuSh4iWsJsurr4pEHnICy0OSlavz/nkbZps/PA==



Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Necklaces & Pendants

Share | Add to Watchlist

Hover to zoom

Have one to sell? Sell now

**Smiley Hip Hop y2k Pendants Necklace Women Rhinestone Crystal Chokers**

Condition: New with tags
Option: - Select -
Quantity: 1 Last One

Price: US $8.82

Buy It Now
Add to cart
Add to watchlist

Breathe easy. Returns accepted.

Shipping: Free Economy Shipping from outside US. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Shanghai, China

Delivery: Estimated between Wed, Aug 30 and Wed, Oct 4 to 33132
This item has an extended handling time and a delivery estimate greater than 18 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA AMEX DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

Seller information
skulls_and_love (599 ★)
97.1% positive feedback
Save seller
Contact seller
Visit store
See other items

Similar sponsored items See all Feedback on our suggestions

Shiny Rhinestone Crystal Heart Pendant Necklace Women y2k Hip Hop Metal Chokers
New
$8.20
Free shipping

Women Girls Y2K Necklace Layered Colorful Beaded Choker Chain Necklace Bohemia
New (Other)
$12.99
Free shipping
Seller with a 99.5% positive feedback

Bomb Party Pendants 'Star Studded Nights' Necklace RBP6249LG Abalone/Jade
New
$34.00
3 bids
+ $5.00 shipping
27m left

Shiny Rhinestone Crystal Heart Pendant Necklace Women y2k Hip Hop Metal Chokers
New
$8.20
Free shipping

Y2k Chain Necklaces Chokers Necklaces Y2k Jewelry Alloy Material
New
$7.43
+ $1.40 shipping
16 watchers

Sponsored items inspired by your views See all Feedback on our suggestions

50mm 90's Rave Trippy Smiley - 4-Part Metal Tobacco Magnetic Grinder Funny Gift
New
$15.30
+ $12.74 shipping

Applikation zum Aufbügeln Bügelbild 2-955 Smiley - Indianer
New
$2.76
+ $1.43 shipping
Seller with a 99.9% positive feedback

4pc Kids Smiley Face Plastic Cups Mugs Party Holidays Camping Garden Beach
New
$7.64
+ $14.39 shipping
189 sold

12 x Fridge Magnet Novelty Cute Fun Colourful Smiley Face Magnets Children Gift
New
$3.16
+ $24.88 shipping
1333 sold

School Children Smiley SMILE Face Reward Stickers Teacher 16mm to 50mm UK SELLER
New
$1.26
+ $16.57 shipping
53 sold

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing. eBay item number: 204119646811
Last updated on Feb 02, 2023 06:43:33 PST View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Brand | Unbranded |
| Type | Necklace | Shape | Smiley |
| Occasion | Birthday, Party | Color | As you see |
| Style | Chain, Pendant | Theme | Hip Hop, y2k, Trendy |

**Item description from the seller**

**Smiley Hip Hop y2k Pendants Necklace Women Rhinestone Crystal Chokers**

**Skulls And Love**
97.1% Positive Feedback
4.0K Items sold

Visit store
Contact
Save seller

**Detailed seller ratings**
Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 4.9 |

**Seller feedback** (701)

-***m (2320) • Past month
Love it

c***s (141) • Past month
Good price ship fast five star review I would shop again

u***u (4817) • Past month
Delighted, Thank You

See all feedback

**Popular categories from this store** See all

Collectibles | Crafts | Jewelry & Watches | Health & Beauty | Business & Industrial | Antiques | Baby | Home & Garden | Clothing, Shoes & Accessories

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to home page | Return to top

More to explore: Hip Hop Women Wristwatches, Hip Hop Wristwatches, Hip Hop Men Wristwatches, Hip Hop White Wristwatches, Sapphire Crystal Women Wristwatches, Acrylic Watch Crystals, Sapphire Watch Crystals, Rolex Watch Crystals, Seiko Watch Crystals, OMEGA Watch Crystals

About eBay | Announcements | Community | Security Center | Seller Center | Policies | Affiliates | Help & Contact | Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 04:13:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PGlRUvsJl6ZnquBlBo0KnU67yA6oWr5l6RMOswezq/zigTTOR8K9fDxoS28ae4TRJ6PhGeK9CX9FMifFaqiB8q3yIILJT35zNHX4i+EbskjQk35M1BsAY9CZbkYFonxXMr5E4zzCEfEtzi2IAHsqObvD2pU9HGiVbQnwrbT5dTlQouHLrjOuXkKAdwTDP0/
xJBqDMxgq9C8DTqvHyFLq1rCWpnKTBNcNnKWoPlHAiePUVJbryK+Bl6vYT5aYiE1U7XHwOY62E4a54SnWgdJ7JcnBhHcWJACa9qRXKMFoxHlmlNOdwV9jtIOnQz/iQvsZMw0RBM3qMJbcVi5G/Oj4PA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-08-Aug-2023-04-13-43-GMT.mhtml

**Hash (SHA256)**

20ee3b681f50cfeedc50f0239eac5417c64d1bfe837199d5d02f010dffecf410

**Signature (PKCS#1v1.5)**

PYo14Uj06edbdO+/EPeSCkwL6cckmAdDd5LlDL6hY/4FuxmsX2Aiv77efUexJKBqJxJtNDs58eFfVGssbcUHd2tfgAhsq5hUsh7KBrH0cc9aQ7UxFXho5VLAmMZoe6uxNYbea
+SKmW7PLGd7numvv2m34bKN1XLycZcD8WnOXcqYURrYwKBZCDy9JexqOqQUUkFMApVyYgkh0YSpeUPynQScVPHw97saZRzj1OlCtGyIVyfzKIiphYfcBRZY/86AY2UOpSnc8B5X8vzcoyCQyHRdNmAJ0IKI0d+7x9Yx6hywA8F0Do7IB1Rza9zizUC/BOWSwZWAJ3/NSqtMjZ2w9w==



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 18:44:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ZrWrEmKLXp0/hlGyqGbNzvJeVUTAZilQc5kZRvmdheDxzFfjlncEqa4FE1jABxhvzIr2QyFvcCErtDt0sDLgPZzXxZ2Wbs2YV362ZlfrwArZbZ3YHRz8P4L3MxBdIx7d7fUAxwojX/dVhaDPMhvfSnk1hz/
R9a7HCVSTtVRahC3tKb63Eu5KfUJBQwoGQokmXHJZQNlwkXNkR5+sjRHN7dE0jFF5nOeD5DKhov81ANkhVLYczVsE94BTImPCVdGiT6ByChpqJcma8J1NLXRJjnFoeYPgAtGnrYvNOo6MH0PTzk0NADLo2NmqIriP4cJ1KWmAvtU9PFDHgo95R7W/bA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-08-Aug-2023-18-44-18-GMT.mhtml

**Hash (SHA256)**

04b7741a6511571871c3fde87b58871bf8253fbc6c9455e9509b30125e1a5746

**Signature (PKCS#1v1.5)**

CZ4RIZmQM4JDWXCnzfaWhPZzptqbo2bXb3usaRMdGu88um/kAuBFRUteKCx4qoVO4TObVZMMPlEj9d5LKsp2EYK5CFelD5Ucov/YB+wqUf4/m5FxqHy2tHW3R0eTL1L35zhbA5hJz4dePMjauUR1HWu2h0w2WEzY/KcuMUkObh544tITF19LsvmPQCETnXrXDa6m3QF801amBJsaCvzkzcRI/
SRNIHQeF+saQSIgRhI8QsD/8rTrxVOJdhRznGOvsqqKbq08YQzvLTu40+4xtf0C9MwZJPZw4eLSuIiWWRJpQ1RiYkNxbgCHLK2iagTqPe6rwcHteJezBMSA7hzJfA==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Resizable Mood Ring Temp Changing Colour Emotions Unisex Kid Gift Xmas | eBay

**URL**

https://www.ebay.com/itm/374280292946

**Collection Date**

Wed, 02 Aug 2023 06:26:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

dwZTOrsAi7we7O6vHnHtSGncNLvW6m81SiXfHvqrgEEhynX+CRidtGs6OVDbvqgluT2PEyuB+ByDmkHc2fMnHxuHkZCXUesHkplCG3OAaebIIFyXsChSDfgHYCTI5wH4/jn2Gs1Vd1CT4AvigFqf47RAjjFZTWRxXroMEvxOWzQ=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]374280292946]]_Wed,-02-Aug-2023-06-26-21-GMT.pdf

**Hash (SHA256)**

4d040989e9f8a34c396851f0cf3253ddb7436e90d980331be0f8516659fe7218

**Signature (PKCS#1v1.5)**

XsO0u6zyT5H9jxt0sueFaugejPLsHU5pOhvBaJLG4I03Lj98iS3OBzgQ6wrCem2yZ8p1Z70nLAeDJVi0JLUjzspUJ/WNUYHWQHq+Vlhx62f4HKaVAx6vpPAlsOQdJBbXr/ta3H5wFkMKp/TkrQCtOpowv09Aia9Xbytan0djQtQ=



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 08 Aug 2023 04:40:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Bfoernn4bNRopJPlsL8wXGQcDRqedp04xwIF/u2QySNXORalLQE5NGHdRBcfJvUWTL3lV9EGE9f4CXIyinaVCgIzgfK9zeHl1eM9ipfWB9duYuB4tDSGZj28kEh1BVReWoZabM6wHZyX1MJ2Uh4U7n9uSnzWUBZ55owkHadXutEl2U1z0A9RpZdpHVu1KAQkxWagk4uwPZ8+76q+MUg4Xs8bD7YlxwvmCo0Gq0apZ1ELtczg8AjAak1VdLxTrO1pqUXaANbh9jl0FgRuGDOFqfSNGmNMLjfuQ3kUQ+P90f9M0HG7faduBMkwL0JD3GPw0LAX9qcSkWQFQS+DiqWqtw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-08-Aug-2023-04-40-53-GMT.mhtml

**Hash (SHA256)**

a4657d1951349144c77006b79f9287fec44d0b6d4903ecd223479c837147b36e

**Signature (PKCS#1v1.5)**

NveOcA4nQb5KmoOP25/TKWepQwiY6n/xLEWhKz8KNAExegDz2lowQqvZafwipNZcinA05NSuGDL+vUghH9RQu+E+wFaqAg34Q9g/EQy1UMexNaeGJKt/7wU/G2fwoJgW5DPPOHY54V1qViPh0p7zmhYCnrbz6fjYHkk9LJ1KiDws8s5uWUug/dJmAw+NayjMhv8XWiYh6QsaAaKJF5LZt/uPKJ6bMswdetpT6C+5ZhSqOsf/vmjS0pcECbJliwDAs+jD9joc9SOdyjS+OtWXCn1eMGCofrL4vAHKz6WlIh4vaZ0jmoNhaEXru5GQfBoGuJRc+1EVC94TBCSzNQ/pbA==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com | Smiley Face Slippers With Exquisite packaging bag Keep warm Couples Slides Home Slippers Holiday Gift | Slippers

**URL**

https://www.amazon.com/dp/B09MFLB874

**Collection Date**

Tue, 08 Aug 2023 10:33:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Vs4OHOgxEe2hS89EJGJJqgJFJ+cPLVx/hLSP6ihYcR8eLIpbF1LB6woMXmCEZ8HwylmvVqWbIStBBavmPlqwdwGtDL3qRaXiSDQZJKUMs4wDOlvaAt1eBk3X4oBfssS6e84itjOQvVg4f7QdiM1D1o1oabA1wGMAD+/v7J2WwGj5Y3s
+9i6mTA6g8bFBOAtNGNTYvlIQXNzzlIHUdB0At37HqlBIvpQ9TLx6oplY1rv1VM4lyOJ0voadrdInqaHMMOGYK8B/yWKX4f3NFd/I3g+FgYBTQuSmKSgmJLCdv4ztKEE7CMCg21GfJ77gbYFWkz6gwBEyTKJRSqc3U4/yvQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B09MFLB874]]_Tue,-08-Aug-2023-10-33-29-GMT.mhtml

**Hash (SHA256)**

2660fb745f3674641aaf841dcc285aaf39aaf3fb13114b35f3e1427b083c65a3

**Signature (PKCS#1v1.5)**

l9bPJzd8YROd7jMEBVbOk68N60gbgWw9IPkMjWx1YTHqSPm3c01ZWeioL5x1nAQEQg5u58KXeFxK8FyB8RQ/xV0LBAQL1Qg67oDKEQJRGnElLQGh96f2/B2CRMHRttiM2lase1jZJIduxgDVw4pubAMuKXmd8MBc33A3DJxuf986Mgr0o4BzhPb6DRGDlfLHw/
kEtRmivHN0k8k0vhwdzBYHCcOcv9ekxUoD5a9PWMgr6xGICecOZiPPbbJaFg9PN5FkcFcPPI1hu/UKNfyhR9prsbf1IWmVhClAiWAjL4B2RHB7OlZEIMsu+QP+eJfY0SF0edOUgstHH1SW/b536g==



AXENCIS
Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**
10x HAPPY SMILEY Yellow 12" FACE BALLOONS Latex Rubber Helium Party Decoration | eBay

**URL**
https://www.ebay.com/itm/225571731372

**Collection Date**
Thu, 03 Aug 2023 12:21:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4450:49c4:8c00:5d47:e620:261b:674

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
dDciVkcTLSCza9TU7nxpklgumfxu5a03W/bs2d2PTjBY1YtzIlzBVNPQD87eqQcAb+HYXK2yuiPB2TdIyOU4/ERbtiTPXpwhv9dE0v7Z3YqX7XfXrWuWPLTtjvWOMUhs1d8D3Ol6toSW1pLJV0RIhKNI+ieoo/ac8/2Vf02JOU//XSkm9YUfyN76oww1AdpWzwSsocTuN9kIZuilENqTITm1LpVdvFbv
+0Ho22p13s5iZ6sNZhwSAPbM3iJ+R7BU8a4V/aXeoegphrGgFrBySS1PPUTDi04oZmYxhl9stwcdG5BgjrDV171uDKg/rtBXzQ9jg9t4ubEtuRnQQ77VW5Q==

# File Signatures

SCREEN CAPTURE
MHTML

**File Name**
screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]225571731372]]_Thu,-03-Aug-2023-12-21-00-GMT.mhtml

**Hash (SHA256)**
b4906d710041224603e3f214028f33d924bd665756952777ece8484aa27cc5f0

**Signature (PKCS#1v1.5)**
bB9wu25R8Vnyo2v3v2CP5rxervh7SBJrjadSLmfvp1jqfTZ3EJkvqWYrKm83RIOsJeEsJmxKfMrRrDFhup1ZNAaZi0b60/PJN3tU4qPol8gmpQYDgWK/GjokuoFxYe072enc6DpA2JefTz+vZgdFRYR2u1reE2EllY98Wr8aifGoCa5PfB9Gtuu1cWTzo+q5L33tgl+SKHp7IlatQvxCscZfJZpcxp
+nexvMi4DpeZ3gn5+Vr4/bVlM8NUfbK9fmJSemE1FWBsfvZaSEAlJf6dG0LjWy0sxA8zmgzgDPLq7qEEgtrJY/IZ7oNi05V5jdHY2d57t/aG7hjzKeDS3cmg==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Home & Garden > Greeting Cards & Party Supply > Party Supplies > Balloons — Share | Add to Watchlist



## 10x HAPPY SMILEY Yellow 12" FACE BALLOONS Latex Rubber Helium Party Decoration

Condition: New
Select item: - Select -
Pack Of: - Select -
Quantity: 1 — 9 available / 8 sold

Price: GBP 2.49
Approximately US $3.16

Buy It Now
Add to cart
Add to watchlist

Breathe easy. Returns accepted.

Shipping: GBP 9.99 (approx US $12.67) Standard Shipping. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Birmingham, United Kingdom

Delivery: Estimated between Sat, Aug 5 and Sat, Aug 12 to 33132
Ships today if paid within 39 mins See details
Please allow additional time if international delivery is subject to customs processing.

Returns: 60 days returns. Buyer pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, AMEX
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

Seller information
smile_party_decor (2242 ★)
97.7% positive feedback
Save seller
Contact seller
Visit store
See other items
Registered as a Business Seller

Have one to sell? Sell now

## Similar sponsored items
See all — Feedback on our suggestions



| Item | Condition | Price | Shipping | Other |
|---|---|---|---|---|
| Pack of 12 Smiley Face balloons 12" Party Decoration Yellow Latex Special Design | New | $4.99 | Free shipping | Seller with a 99.4% positive feedback |
| 12" Smiley Face 10-100 Party Decorations Latex Large balloons Helium Air Quality | New | $4.43 | + $14.22 shipping | 33 sold |
| 1 - 400 Pcs EMOJI LATEX BALLOONS YELLOW PARTY SMILEY EMOJI FACE EMOTION BALLOON | New | $3.79 | + $35.44 shipping | 38 sold |
| 100 PCS YELLOW SMILEY 12" FACE BALLOONS Latex Rubber Helium Party Decor baloons | New | $4.43 | + $14.22 shipping | 42 sold |
| 100 x SMILEY YELLOW 12" FACE BALLOONS Latex Rubber Helium Party Decor baloons | New | $12.67 | + $12.67 shipping | 108 sold |

## Sponsored items inspired by your views
See all — Feedback on our suggestions



| Item | Condition | Price | Shipping | Other |
|---|---|---|---|---|
| Smiley Aufkleber böse lachend 12x12cm Bad Emoji Sticker Fun JDM Decal Emotchi | New | $6.00 | + $1.86 shipping | Seller with a 99.9% positive feedback |
| Stylish Resin Cute Sun Flower Smiley 11x11mm 100pcs Nail Art Rhinestones Decor | New | $6.05 ($7.12 15% off) | Free shipping | |
| VLONE Bloody Smiley Face T-Shirt. Authentic & New. Fits L & XL | New (Other) | $89.92 | + $22.48 shipping | Seller with a 100% positive feedback |
| 50+ SMILEY THANK YOU stickers (1 inch) SQUARE / Gifts & Business FREE SHIPPING | New | $3.74 | + $1.49 shipping | |
| 3D Yellow Moon Smiley Dark Self-adhesive Removable Wallpaper Murals Wall 814 | New | $26.16 | Free shipping | |

About this item | Shipping, returns, and payments — Report this item

Seller assumes all responsibility for this listing.
Last updated on Jun 24, 2023 01:50:12 PDT View all revisions
eBay item number: 225571731372

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Brand | Unbranded |
| Type | Balloon | Shape | Oval |
| Character | Happy | MPN | Does Not Apply |
| Colour | Yellow | | |

### Item description from the seller







**FREE 10 METER RIBBON**

**Specifications:**

**Balloon Size:** 12"Inch
**Material:** Latex
**Type:** Yellow Smiley Printed
**Quality:** A+ Helium
**Shape:** Oval

**Description:**

- High-quality material: Our balloon is made of high-quality Latex material, which is more durable and thicker than ordinary Latex Balloons, and is not easy to burst.
- Not easy to break: These balloons can be inflated with air or helium it is safe and reliable, reusable, not easy to break, can be used for a long time, adding a lively and fun atmosphere to your party.
- Widely uses: These balloons can be widely used in various occasions, such as children's birthday parties, football lovers' birthday parties, sports themed parties, gender show parties, school sports days, world cups, etc. to increase the atmosphere.

**Note:**

1. Due to the light and screen difference, the item's color may be slightly different from the pictures.
2. Please allow some differences due to manual measurement.
3. Thank you for your kindly understanding.

### Returns and Refunds

If you do not receive it any more or feel it is not as described, please contact us immediately. We offer replacement and or full refunds. Please note that opening 'Case - Negative Feedback or Neutral Feedback' does not help anyone. In fact, it is a time consuming procedure for eBay and vendor. Instead, we kindly request you to contact us directly via eBay messages to resolve any issues. We assure you that we will try our best to resolve any issues.

We offer a simple returns policy. If you are not satisfied with our product, please return it to us unused within 60 days and we will issue refund. If you don't want the item for any other reason, please send it back to us at your own cost. Any return, please send us message before sending so that we can provide you the postage address. When sending goods back for returns please provide the return reason and please ensure that you include all the relevant details such your eBay id, your email address, the item number and your full contact details otherwise this will result in a delay or your return item not being processed.

### Shipping Details

We always try our best to send your order(s) as quick as we can however occasionally delays can occur in the post by Royal Mail. If you do not receive your order in 5 working days after your purchase please get in contact with us via email through eBay messages UK Delivery. We use Royal Mail 2nd Class & 1st Class Recorded which is normally 3- 5 working days & 1st Class 1-3 Working days but not guaranteed as it is not in our hand. Next Day Delivery (postage paid by customer) Delivery by next day 1 p.m.

International Delivery (Postage paid by customer) takes 10 to 15 days to make delivery may be more than 15 days.

### Payments

We accept payment via PayPal, Bank Transfers and Credit Cards. Please make sure shipping address is correct upon placing your order as we will only ship to the PayPal address. We aim to dispatch your item(s) the same day where possible or within 1 working day Mon-Fri. We use of courier Royal Mail.

We always try our best to send your order(s) as quick as we can however occasionally delays can occur in the post. If you do not receive your order in 5 working days after your purchase please get in contact with us via email through eBay messages. We also offer a 24 hour (1 working day) option for a very competitive price for those customers who require the items more urgently so please selected next day delivery on check out for this option.

### Customer Services

If you are happy with your purchase and service from us, please kindly leave us 5 star positive feedback which is important to us. However, in the unlikely event you are not happy with your purchase, please do not hesitate to contact us via the eBay messaging system before you leave us a lower rating.

We resolve the issue for you accordingly. Our dedicated customer team will try everything we can to resolve the issue for you.

### Contact Us

If you have any questions or concerns please message us via eBay Working Days: Monday - Saturday Working Times: 8.00 AM - 6.00 PM. Note: Please use only eBay messaging system instead of emails.

ABOUT US | CONTACT US | PRIVACY POLICY | FEEDBACK

### Business seller information

smile_party_decor
42 Victoria Road
Birmingham, Handsworth
West Midlands
B21 0SG
United Kingdom

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 60 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.




## smile_party_decor

97.7% Positive Feedback
22K Items sold

Visit store
Contact
Save seller

### Detailed seller ratings
Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 4.9 |

### Popular categories from this store
See all

Arch Sets · Wrapping Sheets · 250 GSM Glitter sheets · All sizes Foil Number Balloons · Party Bags · Water Balloons · 10"inch Pearl Balloons · 10"inch Plain Balloons · 10"inch Pastel Balloons

### Seller feedback (2,420)

w***0 (621) • Past month
Great Service Thanks
Foil Fringe Party Metallic Curtain Backdrop Tinsel Birthday Photo Decor Wedding (#224739486490)

8***a (1180) • Past month
Thank you.
GOLD BIRTHDAY TIARA RHINESTONE HEADBAND CROWN SASH GIRLS WOMEN GIFT PARTY (#225373190346)

l***e (252) • Past month
Great item, thank you!
Mix Football Print Balloons 12" Soccer MATCH LATEX Ballons Birthday Party Decor (#225485925096)

See all feedback

Back to home page — Return to top

More to explore : Happy Helium Balloon Party Balloons, Happy Balloon Party Decorations, Helium Balloon Party Balloons, Numbers Helium Balloon Party Balloons, Birthday Helium Balloon Party Balloons, Heart Helium Balloon Party Balloons, Wedding Helium Balloon Party Balloons, Animals Latex Balloon Party Balloons, Happy Anniversary Party Balloons, Balloon Party Decorations

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Thu, 03 Aug 2023 12:22:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49c4:8c00:5d47:e620:261b:674

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bCXA3AsbD7WnTMBTQBqbrKmmFfC796l3r+IoSHevmtX5ob47ae0aLkodhHWb+7zpoEfMxDn/fRHtdRRyTde
+zDWtqRw2gbGAMoppGPQzgBYOpcvYcAG35CYG5us9GI0h7vLwBwDyR7Xeygym7afGKJZuH6Q2a3yYJCbniOuTGkE4jNJUxa1Rpoo2lpa3IqUVBdCQaSb7pu/2NdqVzg2GTfcYcJrnrmCyVwtbuKI0Vv9rZ6IyCFNSU9NorMax3iIBWiodGaQBqeuVdYHtPtQgHpnsWKq/
eKmX6WyNGCLPisfsdpb2m3Aetd65bxIMMUlMbFisaWynPswYfxY9ZwxC4Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Thu,-03-Aug-2023-12-22-11-GMT.mhtml

**Hash (SHA256)**

5916405ea037c2c3d214d214cc379fa624c337dc282c5cd92d4f32ee01384604

**Signature (PKCS#1v1.5)**

jouPFspWr1kFtJRF+N8iQDv7piAuGzqx5/w746TdtAXK3OumywwE3vlyoLatqL4EwdPHbDSVTel8Sl0AxoX3cOzz2xgUc4i0RDHNhAw6KGBNhUXnpYRwTpnLHhCvZK/WyKnR902mMPGcugIbiIA8Dfro3TzFjCq22N+5bLNvDXMr8ofz5tUI6PfwqgSCdMW6zqYgr12pch4P0npxeGcFBtr0L/
fxvmRrDcPrFbpCWET+q/WMyWWK4rnTMfKvPKsV8ucSQNPNlZQ/9DVyynSb0HnoIKERjn13IQE1bPvxjqNXY6mRQkx28W02yGlLPLsHEMBkqE9tQl2hS1YPA1vtwA==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

VISA

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Review item and shipping**

Seller: smile_party... | Message to seller



10x HAPPY SMILEY Yellow 12" FACE BALLOONS Latex Rubber Helium Party Decoration

Pack Of: 10 BALLOONS, Select item: 12" YELLOW SMILEY BALLOONS

**GBP 2.49**

Quantity
1

**Delivery**
Est. delivery: Aug 5 – Aug 12
Royal Mail International Standard
**GBP 9.99**

**Gift cards, coupons, eBay Bucks**

Enter code:

Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 2.49 |
| Shipping | GBP 9.99 |
| Tax* | GBP 0.87 |
| **Order total** | **GBP 13.35** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: Personalised Embroidered T-Shirt, Smiley Face Comfort Colors Tee, Smile Shirt, Happy T-Shirt, Embroidered Tee, Embroidered Shirt, Custom Shirt, Retro Smiley Face Shirt : Handmade Products

**URL**

https://www.amazon.com/dp/B0BJ2ND5WF

**Collection Date**

Wed, 16 Aug 2023 08:34:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

XyOXt3ZjeWmbRcKJO4pDMOprXIvrWtuhPwAV0fyKtLV4u3wXBpG7FDNUxuBRkiSVN5+qdDXuBmdfQEAu0V6SMBrINxj+LCGJ9f+ZqmRoHdnpsprQVWhbI8Ojswm46N/9eetCcK8TE/LLv2RDuSiy5TjRNtoGYPy/fLxWzQM/
cuVtQVh31PITJiLrglaKCrCbOreUaRAl3/65xNIxqRPmtci5I4F0DB1xgiRI4r0tQ/FLp5KjDgtQIxyaz2BfkSrmChbBEFDWGa3tEXgORE6UHAN2eqJep0GY91A4Js91nkF+lxZYnDdKImZj0Al26QEotktEbuya3MGlOJPZ4lXYSg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BJ2ND5WF]]_Wed,-16-Aug-2023-08-34-27-GMT.mhtml

**Hash (SHA256)**

96de4f02d75bff3778d9b4655fc1ba0103be425b393cfce55576e1a6a30f3c7b

**Signature (PKCS#1v1.5)**

A3h3Es/XfRFTDgQLOMJf7HRDjmq/ktgx5dwNjXe5kXPGucetmSzKc9DNWsa9DkN7toLqMIA5/dlvN/kJqW4R2/ONjSqlDTV7g3RIZ3iMapM2UvHyYI4LT72q5ETzIHD1dHPEvhJTS8klcIy3AoeeOVDeF2j88V+eZdyK+CBzTSh8ef/yA/WCGYokvE9DksrK
+UzLydEoqSgVscekix5W1MB5tgFF6SzB4eYsLr8WCP+BNNacrCU/FFPd7Fstuj51Wvlfuev15hsjtk5cP37l2Bjjpejbz/TqwiJM99U/0+sKv2O7oJu5MkRD4uvH8jp96/BcenhYQnHQR85gGGMSZw==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 16 Aug 2023 08:35:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hPsICdMef+pT1u7J79wQ7APduWiAyKF2Fl3pzIMnXrvAa4PrRe4uEqs9nIcVp/Hkb0vfrw41Ya3GDgzJfva4g+P8ke7Kz7h42PA1AJc4gTZl1Zcxz2tiYaHDW/iGZW1/3OnQYYygLfibTl6iyL9FE8IP2ib7CUAF6TmDnpzEg9lLZ
+tZJLkcmYykjmpUvI1MsVGpdCKRDQomEesPqaad3mHrMiGYMYWNYBwc9WRgOGmBfT3OVIEACQxiUn6gFdOu1/3DcMT7T9X+KUcnU+8KxUozT6ZAy+5nm7JPeYO209U1DW2qycjBRFY1rLYC0ftqqr19yqahsznYGXdJUnx/tQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-16-Aug-2023-08-35-58-GMT.mhtml

**Hash (SHA256)**

ad99bee06894e188dca56f40659f22dedaf38d849047a35da6798d399f677306

**Signature (PKCS#1v1.5)**

ghLSTgPQDxajRhtNDvZSZTeKYPxM8W+v9uMAojoXAOeLNC6yxc/1Nc6F9/o5xH0ulPzkH15hAEMQ3J000FlMOHaDFzPUh73kkRXm+EV4Yk+S0SkFBFh412MTIMZ0/rvjFtsS7o1+vyTnym7IO/IslrChR9S8i9PYbhaNG3uGiiJD+HGQNZhJMjXRH67ZPRaDcYeBGNMy
+vv1NzOljhfh4PzZJsXxorh7qASPV8Dh6bCtqO9XS/DIMDiNK/fSocpZ989xXlctsc+YYfUmlyhskms5K9XHX+l4y2D4rjC3dAW/qvgRpiH8q5L0Y9D+9AlLV7wpT6ZpMMwxV+SAdSICUQ==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Smiley Face Squeeze Ball Pack of 3 Yellow Ball Stress Reliver Ball free ship | eBay

**URL**

https://www.ebay.com/itm/334764060221

**Collection Date**

Tue, 29 Aug 2023 15:29:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.224

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

R1AkC8VUZWTqPn8CiquhEwCNuw9C+7s6Jg4WYsVj4n8rlriwHMvt54+BmHWcF5XCYma9IWrW+wI0ZbFRQ/3KcZyH0ReN9FycgeFf2e+LDvzt64dO/2A/uoDa/RjWS+Mpek3TGfjFOmrl3dqER0ZLY6Uv2h7vc9QQe8UC0P5Q5ALPNHYVNHshu+N3YAS
+J34SiqFuPbODVWywVpL0jz4YkhzFoYfqlFeCmkoFyhhx757FEOuYB8qdWLknWtMQHn1c92AgQP8yMqHIxCAFwgwWe8hiJCelReP4VqzKvOdQBNqVEdIiFRI5InkyuV5jaMxrqbVyzCF7B0O+p80WZzVA8Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]334764060221]]_Tue,-29-Aug-2023-15-29-49-GMT.mhtml

**Hash (SHA256)**

272e3883f094b8295e8fd57aa76d7bd3c7a7beeca49a61bcdda2270ac23e3290

**Signature (PKCS#1v1.5)**

D0zN9rLKv4WVzdx4SPNYQtjkBm6ueINmi8kbVRAx8B8gipNYUCAsq5GI92R8/NCs6iMbPudeq0Fg9RX5KJRAIICoV1fxcn17DEAs86+cXVwb8pjuac1EiVc9NrV3eS/Y
+rJv2H8QtDhzxvpcA29dOTE3e7NhXeajGxaCtHl2GXNkbZfZQXPNPlWv4qEvLaxAVFdgt5mofHAbkMG9mnjgelcj8z0+7TgEQpDIxMalN09Sl07XaCvdjdBxNz3Es6jsKdIdPOAVmK2FT9V3GXo+O/9h4Bnx+pgrUJUVMJdr1gnqvNzgluUh0OyKDExmIEaJp/vsc9Vt88qBtbtLiKNIVg==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 29 Aug 2023 15:33:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.224

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ibjPAjtVa4X/PtZgM1jttE/V5Y8xoaUoOe9b7+jFFKcF2nqwnCfxwazdJNB4rxKjIkNAgqtdUF7cOWLv65D82KiTo0hytnEzlFEtQL60lGexQgFUciz42E+DUb8Xo/mVSeV/EXnULWlfcYDeJQ2+8zHI7dUY/oe4YwR57KSRfP4F9gNC+ffDXRSzaiRzcLqepPD0/T0UWLe81ql0LGFG/5Pu7V+cLGNR
+vKdzFjuFNNsukj23Z0zLRV8E9JnQbmIlEwFNEXfbPFZmUjmhJLcOgY/Ns9SQNynnNamsgvKWft88LUu2yxkEj7bmtV63tP8tCHd9OyHi/IagtclV4vVCw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-29-Aug-2023-15-33-32-GMT.mhtml

**Hash (SHA256)**

ee296c48cb959277eb49ed1d460942415a282202a4b003a02981efe080295a5c

**Signature (PKCS#1v1.5)**

D2+c34kBYHhpsu1q3eRtaOgdJStk8BhPAtDxpcXBtqhvz0ZUTGKcbtqjWqfWHhyl5lR9FOFP2KQsw3POsTx0DOOFru0+Reh5CNSEqV+uv7sUiZOWb+M0m6McloK/RH+70XVik8yTXJNze2SAfhJ/tkKkryDn7KhjH4gLBDRJ9MnB02rV9h0fPiccPbqcTjU/QhnILv6bH281CZ3k5rriBAWFUi3fN+Xoikv
+YF1VW1YhzZkjZMNeWaBGbfORCi2k9yrzXBYT3XAVtcgfsgT2t4Tr9JmDiHEWw9iA/QXagUPFwJFeATKgpFEbriIvWlXjNZlGXkGKKhhnI1iEHnmJfA==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Summer Mens T Shirt acid house t shirt smiley face | Wish

**URL**

https://www.wish.com/c/60ddc94e050affa0f424ef14

**Collection Date**

Fri, 25 Aug 2023 06:34:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

x4Gk/tpqeYEcOO83tXC3cH8+6ISvkTb0VF4wLEq1E2RdjDBebS/xJLPzgrw/sUNGptHfCM6gOgeIsyMyJrXWWvlu13kiSdam0XmeAftg3S9GLapuqi645BTO3bLhEeuDNtnPzc5lcKdZ5Fa5OFTXCxSbvmEc+G4NGSKOw92tlTq7baJ1QCGk+yRFxakxpTZWGgc+wDfTdUT6jbHPF6bE/
mxilfDvZPej+tW3XH7Cjp86mhccOoaYS3iXhFwLLyVlZeIfxbswZBE4gDf/r+KFyHFO+Lce7O01XH+Kzdg5OcYrg4s0lTFIkRwYIyyu1IE9vJRF/2bqNA/63RmEyyshMg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]c[fs]60ddc94e050affa0f424ef14]]_Fri,-25-Aug-2023-06-34-42-GMT.mhtml

**Hash (SHA256)**

ae9b1e7b884a77a9f1a83efa48f43c86a5f025f2989ff3834b601f7f945b6935

**Signature (PKCS#1v1.5)**

ChWhhKsZSwvmVbrOpdlH2kS3+kWuu7rt73P9Jff0ro8Ci0DPEhT5KqMDHI4ybm+2CYCl+uRPRmtur/5vzVlJ0s/C39+r3c+PL2V1dJIhjovUUAvEYJYKCa2Nxr6AQw5ZO1Nwb6LiooZNmpdF4yijLdOrIC0f1x+fCT/XJPGju8QRgDB2Eguc+e9nCqJuObrpgOulAvFsHyvNZ9baTgAQwmRmU9S1Fml/
Ci0gizOdXc/rMX39riG3XnY3Ak0dT/aatZaahiZCkfR5y3X6s0gJ42bVui+PukDEdNqFaZRmPuW5UgjcTvq6Oix4wWxoBUjRONwkVEEux4UKYM8T3h9QZw==

wish

What do you want to find? Search

Popular | Express | Blitz Buy | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | Drinks and Smokes | Home and Garden | More

Fashion > Women > Tops and Tees > Cuts > Short Sleeves

Overview Related




Summer Mens T Shirt acid house t shirt smiley face

★★★★★ 1 merchant rating

**$11.99**

4 interest-free payments of $3.00 with afterpay or Klarna. Learn more

**Size:** XS

**Color:** Blue

02:23 Instant offer: Add to cart right now to unlock a lower price!

**Add to cart**

Add to Wishlist

**Flat rate shipping**

Add eligible items at no extra shipping cost
Ship all eligible items for **$2.99**

Estimated delivery: Sep 2–15

**Standard shipping**
**Ships flat rate! ALL eligible items ship for $2.99**
Sep 2–15

**Ship to Store**
**Ships flat rate! ALL eligible items ship for $2.99**
Sep 5–17

Items are sold and shipped by Sohanahisap

**Description** Show Less

100% brand new and high quality
Lts special design will make you look unique
Comfortable to touch and wear
Lt is a good gift for your lover
Material: Cotton
Size: S/M/L/XL/XXL/XXXL

Contact, Policies & More

**Reference Price by Seller** Show More

**Sold By** View store

Sohanahisap
5.0 ★★★★★ (1)

**30 Day Return & Refund**

**Shop with Confidence!** Learn More

We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

**Report this listing for inaccurate information** Report

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Fri, 25 Aug 2023 06:36:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

CTxGUiQfAgE778WdNF39GqQDvn61tjBsGd1h/Qmp6HkRkPE/Tr6hvnWAU6ndSeMdm4DZ7JSei4Y8UV4otfgyAD8sq0ZQTPfurmDnky4YjPB6sTpJucwuNS8aoZeZp+1+f6OyezhbqMK96JqNbmhsNwP67teUbkDRUPp76WpitosAV9pUwUA6T/TPFvvlASmTyvxEPMwq9lKoHTyPA1PJ
+iRyVxx3Ipsw7cvZXihKi/xmhFrS7kultbV0TblnjAXqT3mhNEHSedJsTG2MEwLVC2kH0oluZ1/2lBCnj3vRvQm08Hr5Qx1Nx1B2uJEeYxEik/El58nFQ0K4ve1w852J/Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Fri,-25-Aug-2023-06-36-38-GMT.mhtml

**Hash (SHA256)**

9b2a0ca15d70a4e67faa95d364cbed94e36963b032bdfe18a6651dbdfdfda0ae

**Signature (PKCS#1v1.5)**

U6cisAw1WXtLsadC7N5JSSn+SD102q8xdOsTwWYE2cXH1vff+ddtIDDVGHYpY8YRTnMosUqce0E5bVzXPlADTUyQcFbpqGvaNyLyZ4+UxOdwAc5sbiJsER0Tovb+4KSYc3NiIdPblK0cqJwBEuo6FSi4S4WTEtPj0+o9qvwnnEtq2JrmuESA+14IMibwvHi7kf
+QrgBc82GS1EvDQ3cbFfxorY7PVWUuO5pkLYywOhT/MME80nCJc3ao8TmOPJU2W2siFe1cUIt1/xO78MFn+pdP5GkzqLTDu9HvqMI2h3NcSpJY2skNRsztqzwygV0+pu1Gwv5EwgboASjarinOFA==

wish

Popular | Express | Blitz Buy | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | Drinks and Smokes | Home and Garden | More

**Shipping**

[redacted]

307 NE 1st St, Flat 6, Miami, Florida, United States, 33132

Change

**How do you want to pay?**

**Pay full amount**

Pay the order total $15.44 now and you're all set.

**4 interest-free payments of $3.86**

**Payment**

G Pay

PayPal

**Items in cart**



**Summer Mens T Shirt acid house t shirt smiley face**

~~$11.99~~ $11.44

Blue, Size XS

1 Remove

54:39

**Price expires soon!** Check out before the timer expires to lock in this price.

**Standard shipping: ~~$2.99~~**

**Ships flat rate**

Estimated delivery: Sep 2–15

**Ship to Store: $1.49**

**Flat rate eligible**

Estimated pickup: Sep 5–17

Pick up at a store near you

See all locations

**Flat rate shipping unlocked**

Additional eligible items ship FREE!

Learn more

**Order summary**

Enter Promo Code | Apply

View available coupons →

| | |
|---|---|
| Item Total | $11.44 |
| Shipping | $2.99 |
| Flat rate (1 item): $2.99 | |
| Tax | $1.01 |
| Order Total | $15.44 |

Checkout

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee**

We've got your back. Get a full refund if any of your items don't arrive. Learn More

30 Day Free Return and Refund

Contact, Policies & More

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Smiley Face Rainbow Novelty Metal Motorcycle Plate | eBay

**URL**

https://www.ebay.com/itm/304735434154

**Collection Date**

Tue, 29 Aug 2023 08:57:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.224

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

WLkeYMwFnpA/+ZntecTKdZA8DONqsRK1uEp7XwDSTusxFBhstIHLkFijG4Fk6xZmFev4cDQyYjT/vyjnsf4sklGLKPPkbEZICoLLFXBY3q1IcHEUaNiIzyx6c6GzOHqENT6A5doBCvgz8LaVpLkF2XlL8uJuXWeiqJACF
+7Xq1FglJH8vn0OJOSBAIqdKOFQmMWFiTXQpmARoVZ9ZYyerrivCW/1vHy1Jc7B2PxaOA5fYIDcIJ5eZBQWPXiXeW3/sgSBDK92Ir/ucxVQDCrjsywcWouc7JQiC+wyPrTgvmSE9wyFwiRnNjOrD/L8jK5aCmmn5YcpNrrkqaGXQQSQ+A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]304735434154]]_Tue,-29-Aug-2023-08-57-47-GMT.mhtml

**Hash (SHA256)**

378c16b565ed7ccdc9dfd0fff4c8842ba7365b3b4f276335bd111aeb778ca290

**Signature (PKCS#1v1.5)**

Fhl0CGc9nhITrnxSUKwHciN4Qs8hQLxwAzGrTtqECKBs7TO3Vs5e5H5eRTn2t7yHML3gJF9y4q99MClBGzlDaYDAtc6h0ZFJgDsEsQuCdymp4cODCObO21tGwOVwQJt9AejcuVSYhQBlwMp70WzDKHvwtPvJjJ4VU4GQnDvixZKAdX3ZVKSGVC0LjSWxrdjILd
+1UAAnaWDpif5hPsMg1i8QRpgCVxUXd2cl3ucmqsTDnVKwoAQ18DhvpDnJzB/eLdCLjC0sGUxxiT8Xosg60QXD6HrEN4WB5rAJpjqmWd3m9cVWPzfJAV8mygqLB54PJ8t80JrEeFksJm5sttwTtQ==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 29 Aug 2023 09:07:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.224

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VZjqoRumRrkhtkWCT0r/9lRLuayZECc+R/hZqpLQLHdelRpsPy7HT6cQina7WTMQiKY9rS/cJE6BaqajoUPjng6NSa/Ppe9m+NyuLGsF4H72K2iKRqGT9p7DUWgXXPWqBZ3enJV9Q6gnsHcx/RdnmRzQRcG2bne3p4e5BtlK2B//Jdi4OiLk9YLfE
+kDBjLQLIpMdzTz8hoPUiyLVvhAlDeGQ3pjIleQ7rrYQCTw84tMzsT/IMvTznrvz5qNxNE0GHHO4IfRZPvo71ReidHBzEE/UEOiKpZJ4eRVCuD508QWM6iL+s6ZnolAmAl2hxFWmtAEayU9lo8QYRIkFnzbMA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-29-Aug-2023-09-07-04-GMT.mhtml

**Hash (SHA256)**

4b5b5a8e86120fabae6eff51378a6260a66767ee1414f24e44da62b12cd027a9

**Signature (PKCS#1v1.5)**

p4aFZD8VRhtVPJSP0+d9Uiwno0YKG587UwkIs2hnbktlxgthQeRJEvSSaZiTIzKxg320uO+jpBERwyB8A13AjVvOBTVemxYk1f4vqPQqkDFHfRx2R0K8N3JJcJvwPDU33570BzuLL5EuH9Bl8iQOW2FyJGHyzMVBm4TPiog1PPRCnZI9jlUEnQwC0LV4BJ2GWV324q+9euUUJ6r/Mf/
sjoIsOXmYIaipc4ShACbgcFLqG11PN03O+DU3uKdmCz9sadWFt0MUymMXBuEt/eGaoPA8jPs93wv7pBU9R7MNkdJixpk9bVE81Kpwouwel8gdX7E77jnCaJYBzRoumzh1kw==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: Sparkle Created Round Cut White Diamond in 925 Sterling Silver 14K Yellow Gold Fn Diamond Peace Sign, Heart, & Smiley Face Charm Pendant Necklace for Women's : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B08T6NLW4R

**Collection Date**

Wed, 09 Aug 2023 08:59:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

f7zLbmdWp6YEUi1xZ4t2e5dRV1sMInjRkvYU7NTrsVo2VnLFXiKUPEncTegri/xOhNui8dgJQv98a7rjDF70k5Va+FWMNsvvoT5GWkfZrLdYpOHWq5dnJYA4RoZj4FjeG0b7pe8tTKZdS/+UPouF/PKIe2g+MVOeWp8LFyh133ReYRy6ixYVrpprqofCW0IA/2N9LRC4dAw9pQUCfSyPtom3hF+TWb/u67f9vGqG2/H5Jo/DSbaWhRd1KriC3lJ0lyBP9GeJmhj7TPgRmxYFl8WRNYOGpN6a0Pkb9MznqStEs+ii1V0DS7bKrcyP3/C0NhC5c4NofkwT2DN3ZMn/hw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B08T6NLW4R]]_Wed,-09-Aug-2023-08-59-20-GMT.mhtml

**Hash (SHA256)**

3425d31ba30ac17c9ba6210e055bb2401c838d46f559a63eaf0d072e82fcd6c0

**Signature (PKCS#1v1.5)**

DWQp389SATrGYDexVE3bxExpFGsyoMmtsric78flvx5LB8P8jkDAFsRWeLducbxJ9r/xSfQQ14mY9e33Bwm0QI0amZkf66AGEgSEVG3mGoozNnmb+umPtq4h+WrfAVo0gE7mdWkItVzzq+TGTtWVunvBxJ7Vnj4VcwqgisOUjnuglUNjYcLBC3g0aSvL2/9Ni11Grw1AlzIVeSeYLoy7v4Km9NYjIXcExqBqldaCveA2JC7aP5lCs8jh9h3ABLXQJfYs97e9nJzlKbi7CkdfckE9RV5vDWNprXt9aHQX373rxVm2Jr1pMV5tHk6FFwIquY3GHDFhsc3c96QTNmv2lw==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 09 Aug 2023 09:01:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qAEOkBu49TFfU4hf60W9KCdNAdyzx2v4xxnV+HiRF8pRZJjfE2xw6M+QuCG+2dOOrt32baMvWg6kJC9FrjLJy4wTh6XbRQujTeJmH6OXEATDKT/ltEh+0AIwqVriJN5DogASgDYcf+JYg7zGYHOlmYMCHi3hELvX2eHaOviajmBIhFo5vuuuysWqYt+H/
mxQV7UdCMYGKvSHAvjgTIIWU2ONsvJB3DUTcjFH7qdB47tpaPlAsZkRg/xYIpHal8DpK0l5N1y9oXZRkScl4Bu+mtYYZNUlbk0JLomIxiBM63oF8CTExCdvJ5Tol+KTc0PBRvo7aAs1IAGIxjUrJI2JOQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-09-Aug-2023-09-01-10-GMT.mhtml

**Hash (SHA256)**

1ae2dc93af4478b6b63017ffab63463c0873095b2941af44c08c92c27484ce72

**Signature (PKCS#1v1.5)**

GSIkTQCM7rOo1gtmhkUbXJHLgr/SMbFFL4RLWYBhdyCqbPFUXQVxVYsWoBWHHqmtGW/wPVRV6bCAZo+7odm6JQWzB6z5ejBI6dnGnNhqjz2fNSVqe/dDuIBmFWDuVIWj1tmChh6JRL7IzhW1MhaRT+dMZmJjLe9vZB5YmxF8hImh/
MF7AwDrsqofndt8e5wpIVVehzjsDwJaqMafKn5K8bvrFX2/GOhN1dmGDV0qwMiFDkuZm0TN47G9Dyh5rWZnHWCWFtj5LecJOTcEg7Me4+57Fikd4aV+rDQFAKYmfQmWyw+AcBoxtUmi7xRb3HZD8F7t0A5QoLcnKFRUtujz+A==

amazon — Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

[redacted], we're giving you 30 days of Prime benefits for FREE

Try Prime FREE for 30 days

Estimated delivery: Sept. 12, 2023 - Oct. 3, 2023

Items shipped from Sparkle Jewel



Sparkle Created Round Cut White Diamond in 925 Sterling Silver 14K Yellow Gold Fn Diamond Peace Sign, Heart, & Smiley Face Charm Pendant Necklace for Women's

$84.99 & FREE Returns

Qty: 1

Sold by: Sparkle Jewel

Gift options not available

Choose a delivery option:

- Tuesday, Sept. 12 - Tuesday, Oct. 3
  FREE Shipping
- Friday, Aug. 25 - Wednesday, Aug. 30
  $19.99 - Shipping

Place your order | **Order total: $90.94**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $84.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $84.99 |
| Estimated tax to be collected:* | $5.95 |
| **Order total:** | **$90.94** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 05:58:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4904:b200:69bf:7906:a752:afb0

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OL9K1YQbgedGfT24a0vG7VbEEpEhjqG7JVEjQTXe/cbLBMFCrzaqvOLfX8A+ZghIOF4qCRA1T/Xv3KXrRax5eIWMUc3UPFqPzr+YyeZBmu3YwZm89QMsnpn+C0APdqf0KaBkPkt+Ec2ZIuot2gLuN6oUvC1yOeJiAHjhAehHTkKQS8o6wCIWMyMu6dCW8bey8jiUfqsV+0Fv/viGkYyilKNI+/
JRPqoN2K8KA8QK0ScPKwP5vlJs03V7M15gp2JnfnjUjP3qoqSFMpr4uYB1pjpMtv0Yw7qvmNHyhd2VjLCGH1Uv+2ozCOWn6zS7SX2bXqgUmw2dZNEElrv9tyJrLA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-05-58-47-GMT.mhtml

**Hash (SHA256)**

131691f4c406434e4aafebd91e20a7a1c382364cf389767ebeb0a1fe2e886687

**Signature (PKCS#1v1.5)**

E8+QO2seK5mZzUCeNakEawzzTCHZtJrEJHsv7eb1O+bOHBw1H7Eo3wP8fu49BHHkHQK1dvcPCF8x60f+HpueAlz/ouXdB3KkZD4ZB0kd5rBxwhfR0GkrQpLpKss0HdUVlRwatZtrOVBIc9LOx1O99lg2X9omQTXbnjoM6jUYkIHtpXpD1aYbEyWP+96peQ7JPOBvTBqaSmj7uyqd8bUGA5YEFg/f/
rItOoK5lPHVPHeZik3rZjbbnioJg4iQ/0EJeYNcZrCTW5tkd2HMtnDfJxsI4D4Mu9eAAOTNLpbBespqb9yse4ckAHkC28CGoWypFYhYvmLFbW6nDtLCu9o6dg==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

G Pay Google Pay

| | |
|---|---|
| Subtotal (1 item) | GBP 6.99 |
| Shipping | GBP 14.06 |
| Tax* | GBP 1.47 |
| **Order total** | **GBP 22.52** |

You agree to the Global Shipping Program terms.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE

See details

**Ship to**

[redacted]

307 NE 1st St, Flt 6

Miami, FL 33132-2505

United States

[redacted]

Change

**Review item and shipping**

Seller: sparklyeyes... Message to seller



Emoji Happy Face Necklace Chain Smiley Earrings Ear Studs Kids Childs Girls

**GBP 6.99**

Quantity

1

**Delivery**

Est. delivery: Aug 29 – Sep 1

International Priority Shipping

**GBP 14.06**

Includes international tracking

**Import charges**

No additional import charges at delivery

**GBP 0.00**

**Gift cards, coupons, eBay Bucks**

Enter code:

Apply

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Emoji Happy Face Necklace Chain Smiley Earrings Ear Studs Kids Childs Girls | eBay

**URL**
https://www.ebay.com/itm/363616145966

**Collection Date**
Wed, 02 Aug 2023 06:32:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
185.230.112.42

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
OPNRh+TvuQ0rYwCl9t0UWDW0yLDbG4Qe3f6PmhbDYh8foZjYnnoZ2v7Ocn6anzOr8kRBHPPZeOa7FXywBw3YqprkPnC9Sf1z8ZbVdQlXEtsesGbHX2wUDaCbimVf/K7wuLozoHib1NSktuSTWscHlKOYBRJ0bvlq6RMc8rxmwLA=

# File Signatures

SCREEN CAPTURE
PDF

**File Name**
screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]363616145966]]_Wed,-02-Aug-2023-06-32-29-GMT.pdf

**Hash (SHA256)**
0b961ea6dbc9792f4f780790337a9ac46dda92a3f3d924e84a315182ef1e84da

**Signature (PKCS#1v1.5)**
ATXu3oKQWaLAh8zXFwyoK8KHDYu9fNLTCWyRmvUvk+riL8oVJtJLQc0jXGiWYVEeiKf3+oVoZLOzbS+p4BfcMZ5yzMV0+CypUbjhC6ohhYO/hKfnmiBVsGHqLFYhz0+ENaAym2Qa7ldh/xFLjwhNsuQmmloXnbn67I4TWwkVCxg=



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

ASBRI SMILEY VEGAS POKER CHIP GOLF BALL MARKER | eBay

**URL**

https://www.ebay.com/itm/363706730792

**Collection Date**

Mon, 07 Aug 2023 14:04:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:497f:e600:b95b:2e52:205f:8608

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

jlJ73bfGQ41cYGyLi7deEPW9017BVb8RvZygQjzoNc8gZCN8Dq2IsiOh+EyaUdED5e8uWoRQnSk5DUADviNP75eKVgE6ri1h7CGd65Za2KfOeackwy05Nog5Wx/kXA2FfpSKDv4wq/jsocHKbxyDo51XnZiNobBNWRBlM6kNktM3eRX1QtMIqAYqQ8dTHq3aMXL2R
+5SyewIbFAsc46VOyHZ7bXvVTMPQQDLO8fsVwGSiCUTtadr1TwSNv6tq0JOW4yeU21ivZyzmBAuFGN5tUNGbEIKR0mYW4C6fmnJ/rsKw9B1pk3I05pHETVrPYXqP0AgKUGpPTbvPmheDmWuLg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]363706730792]]_Mon,-07-Aug-2023-14-04-11-GMT.mhtml

**Hash (SHA256)**

528698b274a2fac4e6547f91b727287548f4176b52a4bb3b664b61c7472b3476

**Signature (PKCS#1v1.5)**

KteMXk47r08AxB+vrB8do9Uhm1irfrvmB0bG/z6mV8rSr7k/UzpFW/GICN7TnRIOnaiEmrZzDb6VUm5HJPBOwzEcO0qCNS9v0XdhuYmq1em55n9ETuWy/58IZQbKtuWSzp9mMQlveIDlbft2SnLD+PPOpk0Fock418uZQoTL/s/D66DTAPQdcmIdFTC80zgS6t0zDrDjyyPOEGsDUuti0sR9DMruvUvqr
+Yeya4tE+a+zGVtoKcVNNHhVEaiYQvEyt09XhX0FocBwZUeyQ0hd9Odq+4HEKY1+Shom9xn7KjAtiPRbE/I9qLrFtqQ0oaXxNdZy4F8GxCsiOHRpqQEuA==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Sporting Goods Golf Golf Accessories Ball Markers Share | Add to Watchlist



## ASBRI SMILEY VEGAS POKER CHIP GOLF BALL MARKER

Condition: New

Vegas Poker Chip Marker: - Select -

Quantity: 1 Last One / 11 sold

Price: **GBP 3.99**

Approximately US $5.09

Buy It Now

Add to cart

Add to watchlist

**Breathe easy.** Returns accepted.

Shipping: GBP 10.00 (approx US $12.76) Royal Mail International Signed. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: newport, United Kingdom

Delivery: Estimated between **Mon, Aug 14** and **Tue, Aug 22** to 33132
Seller ships within 2 days after receiving cleared payment.
Please allow additional time if international delivery is subject to customs processing.

Returns: 60 days returns. Seller pays for return shipping. See details

Payments: PayPal G Pay VISA AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

$ Have one to sell? Sell now

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**

steveprice9 (85675 ★)

100% positive feedback

Save seller

Contact seller

Visit store

See other items

Registered as a Business Seller

## Similar sponsored items See all

Feedback on our suggestions



Golf Ball Marker Poker Chips, 8 chips (11.5 gram chips)
New
**$14.99**
Free shipping
Seller with a 99.8% positive feedback



Golf Ball Marker Poker Chips, 4 chips (11.5 gram chips)
New
**$11.99**
Free shipping
**261 sold**



Golf Ball Marker Poker Chips, 4 chips (11.5 gram chips)
New
**$11.99**
Free shipping
**35 sold**



Golf Ball Marker Poker Chips, 4 chips (11.5 gram chips)
New
**$11.99**
Free shipping
**94 sold**



Golf Ball Marker Poker Chips, 8 chips (11.5 gram chips)
New
**$17.99**
Free shipping
Seller with a 99.8% positive feedback

## Sponsored items inspired by your views See all

Feedback on our suggestions



Crystal Sunshine Smiley Sunglasses Sun Flower Ear Stud Earrings Girls Women Gift
New
**$8.99**
Free shipping
Seller with a 99.6% positive feedback



12 Smiley Face Fridge Magnets Strong Magnet Memo Magnetic Whiteboard Note Holder
New
**$4.45**
+ $31.88 shipping
**61 sold**



18 ct Gold Plated 925 Sterling Silver Smiley Hoop Huggie Drop Earrings
New (Other)
**$12.76**
+ $6.38 shipping
Seller with a 99.8% positive feedback



Smiley Rainbow Cartoon Colorful Emoji Face iPhone 11 12 13 14 Pro Max Cover Case
New
**$2.30**
Free shipping
Seller with a 100% positive feedback



10mm x 6mm Flat Round Acrylic Smiling Face Beads Smiley Emoji
New
**$3.76**
+ $14.27 shipping
**92 sold**

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.

Last updated on Aug 01, 2023 02:14:07 PDT View all revisions

eBay item number: **363706730792**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Colour | Various |
| Country/Region of Manufacture | United Kingdom | Sport/Activity | Golf |
| Type | Poker Chips | Vintage | No |
| MPN | Poker Chip Golf Ball Marker | Brand | Asbri |
| Theme | Smiley | | |

## Item description from the seller

Poker Chip or Casino Chip golf ball markers are a hugely popular accessory these days and don't gamble on looking anywhere else for one. If you are going to mark your ball on someone's putting line, then then just flip out the smaller traditional magnetic marker.

- Large 40mm Poker Chip Style Golf Ball Marker

- Removable Magnetic Marker Included

## Business seller information

stephen price
stephen price
9 Tredegar Park View
Newport, Rogerstone
Newport
NP10 9DD
United Kingdom
**Value Added Tax Number:** GB 433214783

Phone: 07714401829
Email: priceacs@aol.com

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 60 days | Seller pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## steveprice9golf

**100%** Positive Feedback
**194K** Items sold

Visit store
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this store See all

BALL MARKERS, CLOTHING, CLUB REPAIR, GLOVES, GOLF BAGS, GOLF BALLS, GRIPS, HAT / CAP CLIPS, HEADCOVERS

### Seller feedback (94,367)

b***r (458) • Past month
Great item and great price
EUROPE OR USA DESIGN GOLF BALL MARKER. (#234259900218)

a***b (383) • Past month
Very happy with this purchase, seller very helpful
LADIES ALL WEATHER GOLF GLOVE. SIZE SMALL. PINK SMILEY BALL MARKER. LEFT HANDER. (#362473336960)

b***t (265) • Past month
Nice
BRAND NEW NOTTINGHAM FOREST FC DOUBLE CANOPY GOLF UMBRELLA. (#234846883225)

See all feedback

Back to home page Return to top

More to explore : Poker Chips Golf Ball Markers, Poker Chips Metal Golf Ball Markers, Titleist Poker Chips Golf Ball Markers, PGA Poker Chips Golf Ball Markers, Unbranded Poker Chips Golf Ball Markers, Golf Ball Markers, Magnetic Marker Golf Ball Markers, Metal Golf Ball Markers, Plastic Golf Ball Markers, Scotty Cameron Golf Ball Markers

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 07 Aug 2023 14:05:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:497f:e600:b95b:2e52:205f:8608

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

b3xFhVe26o6gd6SVOpMg0aUWj239KXEo9tA6+dc0CRRGoQAqTb4fXrtVAMhnwiuR5o9kSGYpkwVx7R9T5avaHmwRQl4Zn0/ywyG/zB1692YGll+fZ6lENzJa79/1NaNRaTbv1U5OqjEZ1a/avJ9nKKT4GQ0xxt/
Dv/5Fhb560G37fbPnOdb0TCA3SMbEWWDmAytL1H5fxjl36r2L5LjCVYvjIqcKaZj2/dcFtZlvm2EAjCM8Ivuut0n8tMKORU0zOVhUF9q8ji8HTVhW1gxOEWA0e234W4Sfcqqqab4ZszpzvA2KWerwkYF9BFiDBtC5q6spQflwGQzIK9FqUUp2uQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Mon,-07-Aug-2023-14-05-22-GMT.mhtml

**Hash (SHA256)**

7f8464add7b7ab2b6ca8bd97b8a6ed3e788393e9c677f42a15b6029075cf9483

**Signature (PKCS#1v1.5)**

gwssBtngdIAG1VWj2Um/ASQjt+WZWapn72yQDxsqwx4E3gXhiIfRI6c4VEtzYUMU7mpnfVHSa793sK0pQd3xiDVgiww0i9po/R42ELQFjeeLWFGbbvGKhpNqogDPla7sAZWDRWAwu9fBy6cWS2F/
muStqhPkf3AOQkzbAIYBswi8NIzCAHFmMSqLAwQs1EvBqLpxTbKn6xXxmZy0yPG6pWjQHdpiu4/qRLtI5KQbY6Tp2X5pOf+rOWKi8kJwRI2C8rN7aMpEvz30BWUCJ8D83lrsX2pXaBm+OgO8o3jwD6XmBqHKYsj/B1iR9xpJdX8Prm0o4E6djyqXfqCu7dDX+g==

ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Review item and shipping**

Seller: steveprice9 Message to seller



ASBRI SMILEY VEGAS POKER CHIP GOLF BALL MARKER
Vegas Poker Chip Marker: Blue
**GBP 3.99**
Quantity 1

**Delivery**
Est. delivery: Aug 14 – Aug 22
Royal Mail International Signed
**GBP 10.00**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 3.99 |
| Shipping | GBP 10.00 |
| Tax* | GBP 0.98 |
| **Order total** | **GBP 14.97** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

SMILEY FACE SPARE WHEEL COVER STICKER | eBay

**URL**

https://www.ebay.com/itm/234962643100

**Collection Date**

Tue, 29 Aug 2023 09:24:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.224

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Gwqqih1/hAwxB7z2yjz6Hw+Xk5eCsd9vWmHWJn4D+Oc/OoYs2Da8gkbg2N7bHC2eIy/QJq9rFWA29JTbzb8/z+rsePaf39f2c2ygwBOnAfLaJOfzy95nNx2LbHa4OAbKPzP5nmrn6g3OcCBUBM16xAYNabBRKD3jxlE1O1u1igpwgRea2N12Mx3Px0/CL2FBs/d69/
JBjeyhgC5kLW3sG3+E0oSV1+uIF7KVoyazVm5GEDDD/ZS6Nc5yPTr9fuQl1iI0HeCkGbUup5a9x48AkiXw7lkLzpIqmvXSZIO35nDDjACalptwh9L+KDLMuQNuFa0MkE07hQiWvV5cPvCDug==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]234962643100]]_Tue,-29-Aug-2023-09-24-22-GMT.mhtml

**Hash (SHA256)**

16fb61a34fa08d18bbd0836f0b12128eabf420cb9d43620fc9540e4911fddbc6

**Signature (PKCS#1v1.5)**

XIf6clWqTqArOfmF+PkIZhH5ij5gdTtx7y/Yq0NzMoSkYzvZjR32NgiUQ9/YsPDNa3Gsa9/mahxVQwFn0/F5cGW1C9vA4stL1Q9s4FR3dEHgd8+0bQLUpKX4t2zWjLJsBndMgJu+nfOB68vmWLxSh/
X3gTeVoUD1gdiZ6Ajy1Indn2Q9Bkl2wYJU96BSVIpmcDPqNake9a3QEI0Z4cvgHFbw7QzBD4KcWavhW8j2EF1efGWmm1mvQ3EiAOsmcaPt6qzv/pfwS/RorVflfDYZTzRAIdh2JFaYUs8cP7HHb861MtmgHiRly9fTzRtqglhV3q2bp5Of/ydBzUoUBnyFIA==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 29 Aug 2023 09:33:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.224

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

EZYesIbSbTFCyjp7spraur21urXP0xKVZ38xbsuBeu0wk9AUQWWHAiMxsjYOT8iD6CrXd7k1WxWEtl41pKlmDEOvP7WXgX3tSJm3KMnNGkgTmUT8gdkqvMDw9PcTp30mZnKejxg1VGfql4p9YtypxpGPfu600rdRroVtviEkQNCsFpDKrEEA7HhEcduDp0+a6M+UoRgHHJWSf6OL+duJ6k
+3JenGkkkYaWl4d0iB0c58UT6OXU5gxryQej/uusB0MgzI0k5+IudDpX9RbobevYIaiBR+rB624p5zIarNDP76m+S8Mp9CH5UrhWw7fEO2u3bX2lCtmZvY5qEtYkN5/w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-29-Aug-2023-09-33-40-GMT.mhtml

**Hash (SHA256)**

4a06ecc46b8ed5f09cecea098b325d4167581e6b8ab42071d960b8fe2aad0d3d

**Signature (PKCS#1v1.5)**

QNQ/xvO3HyOgja2iBAg3YSsMiAuUWhnMuktD9Ysd3Ngvl/u0svT2Of37Pg2ZDw8qKH2+RxFhU9FOQD71Nd2aPo00YsNnyGEizFh+3at7711oSs1aqRRmZ1m+8n4ZQ+mcrUYp2OFvc9VXqQv8YGafF3vlgIRcnxV/zxZuS+VSxCFWI97u6In/II3MoarPeUaW4ClY4tObSCDWNIXBxXI
+1OKKe5PRiSS6WBj5uIaCzqBcdjC9wYeg7Flio45Mqc+VEUCDM8u/nDVqMN3dlErSHkRA4jjP7sjsctLLoFVDPRGNMMd4xhScvHasJItoZVNy5GxL7xz2w2sf5izbLpLZpw==



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Yellow Smiley Faces Stickers for Schools Reward Kids Children Primary Early Year | eBay

**URL**

https://www.ebay.com/itm/144848886250

**Collection Date**

Tue, 08 Aug 2023 10:29:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KyIwO6ovXC0reyQZ/FJ1r2a+Sgo23IQ0YG416dwvCdj8Ev4BRDrVrlRSFF0RW18sIcEI7uvljzDEHY6vyyCnQvUYKJgP/L27Z4ZBYmF4EjyJYtMDZ7sSi5ryRLtMIVV7egvHGrOdXPm3IU8DNOBTdn3IEWVOwgk1BotpjPdMUtXmMFEoQEWd8uzhHzDPAU9IgGMKOZlg7PiibFHkX1RgGNbK/
vDr9PkowxZ7wZoQfLaK3y4J3whgYups/1F5/qtmCRy5De/z1s9mNctWhaeZ6ZFiDpz5SUariJSuYcUrttde95NaDCXmgmDTVk04btb8q6Q9TL0O/K+xEfluejSYbw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]144848886250]]_Tue,-08-Aug-2023-10-29-57-GMT.mhtml

**Hash (SHA256)**

9c75506d6a7031673201c2f8d7aa779dd2d546889ded01af1df406048406d6f1

**Signature (PKCS#1v1.5)**

IwfoB3oYvk9FpEBiGTXEegMcH5Dcu2hPzfXSs0daeoANUtFuWhmHemYsYc1La/bn1Bluf2ajY8TX9Zo/f8Mxy0fsFcXFlznCbHqBXgj7wSMAgjU15YJRG9ra+UUILxFe31WLJDISpjEM+OMarhqPTa+nOZDM7Y9IyEaaAjwNZGbso/
pY7WEB7CVnNkQXBBEGbnodU6zx4adRjok3rfxyGXObsuNx3pKlSHrMCE5fJPmruQJFr/lriPVu7mdYy+grnDT+OBt2RXX8l+L0Lp04CCuz2pa3SzPPehL2TCV6zUKnbnFAbXaVoC65/t43nzoYDEysYr5HXZu8arRCrBgzlg==

Hi Jade! Daily Deals Brand Outlet Help & Contact | Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Collectibles & Art > Crafts > Kids' Crafts > Other Kids' Crafts | Share | Add to Watchlist




**Yellow Smiley Faces Stickers for Schools Reward Kids Children Primary Early Year**

Condition: New

Pack size-: - Select -

Quantity: 1 More than 10 available / 1 sold

Price: **US $5.29**
(US $5.29 / unit)

Buy It Now

Add to cart

Add to watchlist

**Breathe easy.** Returns accepted.

Shipping: **Free** Standard Shipping from outside US. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Weymouth, Dorset, United Kingdom

Delivery: Estimated between **Thu, Aug 17** and **Mon, Aug 28** to 33132
Please note the delivery estimate is **greater than 7 business days.**
Ships today if paid within **1 hr 32 mins** See details
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA Mastercard AMEX DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

$ Have one to sell? Sell now

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
stika-co (45055 ★)
98.8% positive feedback

Save seller
Contact seller
Visit store
See other items

## Similar sponsored items See all

Feedback on our suggestions



400pcs Smile Stars Decal School Children Kids Teacher Label Reward Cute Stic W u
New
$2.36
+ $0.58 shipping

Fluffy Plush Pompoms Soft Pom Pom Ball Handmade Sewing Craft 8/10/15/20/25/30mm
New
$3.59
$3.99 10% off
Free shipping
78 sold

400pcs Smile Stars Decal School Children Kids Teacher Label Reward Cute Stic W u
New
$2.36
+ $0.58 shipping

100-500 Pieces Fluffy Pom Poms for Decor Arts Crafts Decorative beige 15mm
New
$3.99
Free shipping
25 sold

100-2000 pcs 8mm DIY Fluffy Pom Poms Mini Craft Small Pom pom Ball Felt
New
$3.99
Free shipping

## Sponsored items inspired by your views See all

Feedback on our suggestions




10x Premium Metal Lacquered Smiley Face Round Disc Beads Jewellery Making Rave
New
$6.07
($0.61/Unit)
+ $14.36 shipping
Seller with a 100% positive feedback

150 Yellow Smiley Face Mailing Return Address Labels Personalized
New
$6.99
Free shipping
Seller with a 99.7% positive feedback

20 Pieces Smiley Face Colorful Magnets Refrigerator Board Memo Holder 100% Best
New
$5.10
+ $14.33 shipping

2 Sided Smiley Face Emotion Emoji Icons Reversible Duvet Quilt Cover Bedding Set
New
$19.14
+ $14.05 shipping
492 sold

EMOJI COLLECTION - 20 X 25mm 1" Button Badge - Emoticon Smiley Bargain Bundle
New
$12.76
+ $2.67 shipping
Seller with a 99.8% positive feedback

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Aug 06, 2023 05:23:56 PDT View all revisions

eBay item number: **144848886250**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | MPN | SMILE19A4 |
| Brand | stika.co | Country/Region of Manufacture | United Kingdom |
| Item Type | Stickers | UPC | Does not apply |

## Item description from the seller

**Yellow Smiley Faces Stickers for Schools Reward Kids Children Primary Early Year**

This product data sheet is originally written in English.

Our Yellow Smiley Faces Stickers are a great way to quickly reward and motivate your pupils in class. Motivate children of all ages with these smiley faces. They can be used on reward charts at school or at home.

- 117 x 19mm easy peel stickers - order more sheets to save!
- Printed full colour in high quality
- Supplied in A5 envelopes to minimise postage costs and prevent damage

stika.co GTIN EAN: 5060407097954

| | |
|---|---|
| Unit Type | Unit |
| MPN | SMILE19A4 |
| Brand | stika.co |
| Country/Region of Manufacture | United Kingdom |
| Item Type | Stickers |
| Unit Quantity | 1 |

### Business seller information

**Value Added Tax Number:** GB 183503415

### Return policy

| After receiving the item, contact seller within | Refund will be given as | Return shipping |
|---|---|---|
| 30 days | Money Back | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

stika.co

**stika.co | device skins & stickers**

98.8% Positive Feedback
138K Items sold

Visit store
Contact
Save seller

**Detailed seller ratings**

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 5.0 |

**Seller feedback** (50,339)

1***4 (38) · Past month
As described, arrived on time. Thanks
Trading Standards UNINVITED TRADERS Warning Sticker Crime Stoppers Door Sign (#141688403422)

l***t (123) · Past month
Schnelle Lieferung, Ware wie beschrieben,Danke, gern wieder
Illustrated Euro E Approval Sign Vinyl Autocollant Klebstreifen (#144487497203)

s***a (2187) · Past month
excellent purchase

See all feedback

**Popular categories from this store** See all

Home Decor | Safety Signs | Device Skins | Printing Service | Vehicle Stickers | iPhone Cases | Paper Stickers | Seasonal Stickers | Other

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to home page | Return to top

More to explore: Yellow School & Educational Scrapbooking Stickers, Yellow People, Babies & Children Scrapbooking Stickers, Yellow Dimensional People, Babies & Children Scrapbooking Stickers, School & Educational Scrapbooking Stickers, Jolee's Boutique Yellow People, Babies & Children Scrapbooking Stickers, School & Educational Craft Stickers, Kids' Craft Stickers, Disney Craft Stickers for Kids, Jolee's Boutique School & Educational Scrapbooking Stickers, Emoji Yellow Scrapbooking Stickers

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 10:32:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HPVzGcSErbHD0nziEPuhRvKtSAgYoDQOWY/BF1k03S2hyaGIKqd7PMQKD96Gv0LNSLbAU8uSrhgrIdX8HI67G/EC+KRmZW2C/iWKfBKol9KUukfwoHo7OJY4CZ8BFwJTWMIWo0Aj3Ek6EK9sT9KdbaipZ2P33QzuOTLtkenYem+W2WB8XsXks/klI5K5IqC5gt+yN+9GCn+KoLeIOCvvx+/
EPrXXkiP4YhQQ9tRIb5JPbefgnbJYvz3MSTdZ8y8+9ZGW39Kh6ZLo7nMID0ESE0fZ9jNvhxuA/SRUaw5MUAlyiNkzKR9YXgYbQ5/gBxf+7AyO+aggbWs/zRIEr7UWiQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-08-Aug-2023-10-32-38-GMT.mhtml

**Hash (SHA256)**

17bf920acd6483c41e88029f1921fa86725f8831e019f63e115f6bf6221a3fc1

**Signature (PKCS#1v1.5)**

BpjxKdG7x9rNYz98M2jUSllIVljNllYIyEG6uvbyyfo92jTlhRKXzars+RqU7Lq4xZZl2AGcm/8t3w3cDdzbNNRN2L65m9VxlmL1crFOPpAcHmBvWsONNKA0OG1b0ypDvPG05frd394m5eTVmKnsXC47zNlHX75UjMOivsgJ869R4+Pu3M9anqCXDNX2EyPcy5iFhefmToESPTWwJDBrJzl/
KV2l06XJuM+XFEYLVfUqKud/jDIHGPC5yO9BN1HXQFrWfBwVp0WLfMtv4V6fYsXqh7uxEPNeU4TI+SKnOZaPucKni7Qr1OInH94xkskuX/wzVQQVl+uZTjafPn9maA==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

Special financing available.

Apply now. See terms

G Pay Google Pay

**Ship to**

[redacted]

307 NE 1st St, Flt 6

Miami, FL 33132-2505

United States

[redacted]

Change

**Review item and shipping**

Seller: stika-co Message to seller



Yellow Smiley Faces Stickers for Schools Reward Kids Children Primary Early Year

Pack size-: 117 stickers - 1 sheet

**$5.29**

Quantity

1

**Delivery**

Est. delivery: Aug 17 – Aug 28

Standard Shipping from outside US

**Free**

**Gift cards, coupons, eBay Bucks**

Enter code:

Apply

**Donate to charity (optional)**

Wildlife Trafficking Alliance

In honor of World Elephant Day on August 12, donate to WTA to help stop the illegal trade of elephant ivory. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $5.29 |
| Shipping | Free |
| Tax* | $0.37 |
| **Order total** | **$5.66** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE

See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Flower Print Funky Wall Art Checkered Decor in Danish Pastel Tones Room Decor Bedroom Decor for Teens : Handmade Products

**URL**

https://www.amazon.com/dp/B0C8H4VGL7

**Collection Date**

Wed, 16 Aug 2023 06:08:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OKeY8bi8DzcACFI5YAp0ioD8shERK2ZwR7sEQ0X+tNiFhNz+y8kkdDOomtjindsyNk2HDzcv169mOuLbBTYOcvRWcVzXuP6NMadHVc8fVkAsZNuAi6z8VAu/XWuBgThIgM0d36+yvq8HdS4r6nv4VKleTCRgkYtth9JokzpqoEqSheGkBYrmLTlCFzFbgeg+jjKIUCUU8jy7a6i8N
+0qIXQernOAjdbsrYuSrxlNqfVwB97W2yHPPf5nAa3/7WVtfRIKRNZJ+tDfHFOYFttAYrRGaGkqUIkFh8yj+l8lkb9mxXX7RA1+RU/O+d8pOokoQGvmlA17oh6fjZLIpYTWjA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0C8H4VGL7]]_Wed,-16-Aug-2023-06-08-57-GMT.mhtml

**Hash (SHA256)**

0c50e9468b7ebfd287ba44c9f4d42ddc635b2d8f49448fd0750f608cf5713527

**Signature (PKCS#1v1.5)**

dCE3fa9kFC1J0Nm4v5cDNmUHriNS1jpRYPeaBw+YQWqUYe73eP89CbGfTZR3Z37W1OJQfTe+7VwN96PqLj4L9X1hb1kKDVOiCgKRMBoKBA9f1f1L8B5J9uE/9hAsXadcQFp7AEJi50WqTD
+K9lUp46t9fiQxMUcNMOPS8i9Bpn4+cMwIa9NZyx6wagUrY8mGvM8ZUVmshAltnBw1bY3ogBGVXAY/nDvKrifuhDqNuTOK6TzCmP2CO/j1pBvyhoX/lcB3He067HfZGrg1nS+XHrMqCdHZEHxxLwF6akZJi9OeGywHFZz9CFF66gzQ5eyPJiH/eut0yWuIBWqpts4QKg==

amazon Deliver to Jade Miami 33132 | Handmade | Search Amazon | EN | Hello, Jade Account & Lists | Returns & Orders | 1 Cart

All | Medical Care & Pharmacy | Back to School | Off to College | Customer Service | Today's Deals | Amazon Basics | Buy Again | Amazon Business | Household, Health & Baby Care | Livestreams | Free Shipping | Beauty & Personal Care

handmade | Gifts | Jewelry | Home & Kitchen | Clothing, Shoes & Accessories | Wedding | Sell on Handmade

Subtotal $22.69 Go to Cart

$22.69 Only 20 left in stock - order soon.

Trends International Explore Trends' Perfect Posters For Your Classroom $13.72 prime

Handmade Products › Home & Kitchen › Artwork › Prints

Sponsored



Roll over image to zoom in

## Smiley Face Flower Print Funky Wall Art Checkered Decor in Danish Pastel Tones Room Decor Bedroom Decor for Teens

Brand: StoreUSA99

$34.99

Coupon: Apply 5% coupon Shop items › | Terms

Customizable

Customize & Add to Cart

By clicking "Customize", you agree to these Terms and Conditions.

Canvas paintings add a touch of beauty, style, and elegance to any space. They serve as visual focal points and can enhance the overall aesthetics of a room. A well-chosen and thoughtfully placed painting can complement the interior decor, color scheme, and theme of the room, making it more visually appealing. Whether it's a classic masterpiece, a contemporary abstract piece, or a custom artwork, the chosen paintings can reflect the homeowner's personality, interests, and artistic preferences. It adds a unique touch and makes the space feel more personalized. Paintings have the power to evoke emotions and set the mood in a room. A vibrant, colorful painting can bring energy and liveliness, while a serene and tranquil artwork can create a calm and peaceful atmosphere. Unique or intriguing canvas paintings can become conversation starters. They can spark interest, curiosity, and discussions among guests and visitors. Blank walls can make a room feel incomplete or dull. Hanging canvas paintings helps fill the empty wall space, adding visual interest and making the room feel more finished. Paintings can also be used to balance the proportions of a room, particularly in larger spaces, by creating a focal point and breaking up empty expanses of wall. Art has the power to inspire and uplift. Canvas paintings can inspire creativity, imagination, and introspection. They can serve as a source of inspiration and motivation for homeowners and occupants. Additionally, gazing at a beautiful painting can promote relaxation, reduce stress, and create a calming effect, turning a house into a soothing sanctuary. Overall, hanging canvas paintings in the house serves both aesthetic and emotional purposes. They add beauty, personalization, and character to living spaces while creating a specific mood, sparking conversations, and contributing to the overall ambiance of the home.

- You have 2 options: Matte Canvas Stretched (Width: 0.75 in) and Matte Canvas Black Framed (Width: 1.25").
- Matte Canvas Stretched (Width: 0.75 in): Printed by UL Certified GREENGUARD GOLD Inks to produce sharp photographic reproduction and color fidelity. Stretcher bar is FSC certificated from Sustainable Forests. Made from high museum-quality canvas, available in 6 sizes. Gallery wrapped and hand-stretched around a sturdy pine wood frame. Ready to hang right out of the box with sawtooth on top side and rubber bumpers on bottom side. Anti-yellowing, water and fade resistant.
- Matte Canvas Black Framed (Width: 1.25"): Printed by UL Certified GREENGUARD GOLD Inks to produce sharp photographic reproduction and color fidelity. Stretcher bar is FSC certificated from Sustainable Forests. Made from high museum-quality canvas, 100% real pine wood, available in 6 sizes. Gallery wrapped and hand-stretched around a sturdy pine wood frame. Ready to hang right out of the box with sawtooth on top side and rubber bumpers on bottom side. Anti-yellowing, water and fade resistant.
- Welcome to our shop, 3 years of experience on digital printing. Below you will find a lot of useful information about our products. Our wall arts is designed to make your wall custom you will use . Graphic designs ,printing and framing works are done in our workshop. Your order will be our responsible until you receive them safely.If your order get lost,damage or etc,I refund your payment or reship your original other with another shipment. We can offer you canvases with absolutely any images!
- You can choose any canvas print from the shop or you can order any other picture you want through custom order! The symbols in the product are watermark, to make sure they are our copyright, please rest assured that when it reaches the customer, it will be removed. Need something to brighten up your room and make an expressive statement? Our custom Canvas is the perfect item for putting up on your wall.

$34.99

$4.99 delivery **August 28 - September 1**. Details

Or fastest delivery **August 24 - 29**. Details

Deliver to Jade - Miami 33132

In stock

Usually ships within 4 to 5 days.

This product needs to be customized before adding to cart.

Payment: Secure transaction
Ships from: StoreUSA99
Sold by: StoreUSA99
Returns: Eligible for Refund or Replacement if damaged or defective

Add to List

Deco 79 Wood Sign Lake House Wall Decor, 36" x 2" x 11", White 69 $40.39 prime

Sponsored

### Customers also viewed these products

Page 1 of 7

- Haus and Hues Fashion Wall Art - Framed Wall Art Fashion Decor, Glam Wall Decor for Living Room, Glamorous Wall... $89.99 Get it as soon as Monday, Aug 21 FREE Shipping by Amazon Only 8 left in stock - order soon.
- Preppy Room Decor Aesthetic Smiley Face Poster Wall Art for Teen Girls Bedroom, Cute Preppy Prints, Posters... $18.99 Get it as soon as Monday, Aug 21 FREE Shipping on orders over $35 shipped by Amazon
- Perylee 6 Pieces Preppy Throw Pillows Covers Decorative Cute Preppy Aesthetic Pillow Cover... Amazon's Choice in Throw Pillow Covers $20.99 Get it as soon as Monday, Aug 21 FREE Shipping on orders over $35 shipped by Amazon
- Better Late Than Ugly, Funny Vintage Print, Girl Bathroom Wall Decor, Funny Retro Wall Art, Funny Bathroom Print... $13.49 Get it as soon as Monday, Aug 21 FREE Shipping on orders over $35 shipped by Amazon
- Corenora Matisse Prints, Matisse Wall Art, Danish Posters, Danish Pastel Wall Décor for Room... Amazon's Choice in Posters & Prints $14.49 Get it as soon as Monday, Aug 21 FREE Shipping on orders over $35 shipped by Amazon
- Pink Preppy Throw Blanket Cute Flannel Soft Blanket Plush Fuzzy Cozy Blanket Preppy... Amazon's Choice in Bed Throws $26.99 Get it as soon as Monday, Aug 21 FREE Shipping on orders over $35 shipped by Amazon
- HAUS AND HUES Pink Poster (12.00" x 16.00" Black Framed, Pink David) $32.99 Aug 21 FREE Shipping on orders over $35 shipped by Amazon

### Important information

To report an issue with this product, click here.

### Product details

Date First Available : June 16, 2023

ASIN : B0C8H4VGL7

### Looking for specific info?

Search in reviews, Q&A...

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

### Customer reviews

No customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

Startonight Huge Canvas Wall Art... $237.99 Save $20 with coupon

Sponsored

### Best Sellers in Handmade Products

Page 1 of 6

- 14K Gold Filled Small Hoop Earrings for Cartilage Nose, Tiny Thin 7mm Piercing Hoop Ri... 6,312 #1 Best Seller in Handmade Products $11.98 Get it as soon as **Monday, Aug 21** FREE Shipping on orders over $35 shipped by Amazon
- Cats Dogs ID Tags Personalized Lovely Symbols Pets Collar Name Accessories... 18,006 #1 Best Seller in Handmade Dog ID Tags & Collar Accessories $5.98 Get it **Aug 25 - 28** FREE Shipping
- 14k Gold Filled 20G Double Hoop Nose Ring for Single Piercing, 20 Gauge Small Thin 8m... 4,937 #1 Best Seller in Handmade Piercing Hoops $12.98 Get it as soon as **Monday, Aug 21** FREE Shipping on orders over $35 shipped by Amazon
- Locsanity Daily Moisturizing Refreshing Spray for Locs, Dreadlocks - Rose Wat... 5,051 #1 Best Seller in Handmade Hair & Scalp Care $19.99 ($2.50/Fl Oz) Get it as soon as **Monday, Aug 21** FREE Shipping on orders over $35 shipped by Amazon
- 3mm Tiny CZ Screw on Flat Back Stud Earrings,14K Gold Flat Back Cubic Zirconia... 227 #1 Best Seller in Handmade Stud Earrings $11.95 Get it as soon as **Monday, Aug 21** FREE Shipping on orders over $35 shipped by Amazon
- Discovered Designs Mailbox Number (White 3" Number, 1) Premium 3D Acrylic Self Stick... 131 #1 Best Seller in Handmade Signs & Plaques $3.99 Get it **Aug 22 - 23** FREE Shipping
- Retractable Lanyards for ID Badges and Keys, Cute Breakaway Teacher Lanyard with Badge... 337 #1 Best Seller in Handmade Lanyards $9.99 Get it as soon as **Monday, Aug 21** FREE Shipping on orders over $35 shipped by Amazon
- Safe Space Wall Hanging, Therapy Office Wall Decor, Counseling Banner, School... 44 #1 Best Seller in Handmade Garlands & Decorative Banners $14.99 Get it as soon as **Monday, Aug 21** FREE Shipping on orders over $35 shipped by Amazon
- Engagement Gift, Engagement Gifts for Her -'Engaged!' Soy Candle, w/Champagne On Ice I... 623 #1 Best Seller in Handmade Candles & Holders $18.99 Get it as soon as **Monday, Aug 21** FREE Shipping on orders over $35 shipped by Amazon

### Popular products based on this item

Page 1 of 4

- Woonkit Vintage Rock Band Posters for Room Aesthetic, 70s 80s 90s Retro Music Room Wall Bedroom Decor Wall Art, Vintage Rock Band... 462 $15.99
- SSJS Lana Del Rey Poster Decorative Painting Canvas Wall Posters and Art Picture Print Modern Family Bedroom Decor Poster... 56 $7.90-$57.00
- MOXINO Scott Poster Canvas poster set of 5 Canvas Wall Art Picture Print Bedroom Decorative Painting Souvenir Collection Gif... 11 $15.99
- Woonkit 60 PC Vintage Rock Band Posters for Room Aesthetic, 70s 80s 90s Retro Music Room... 374 Amazon's Choice in Posters & Prints $13.99 Get it as soon as **Monday, Aug 21** FREE Shipping on orders over $35 shipped by Amazon
- Abstract Floral Canvas Wall Art, Colorful Flowers Artwork Painting Prints Modern Watercolor Pictures Framed for Living Room Bedroom... 42 $29.80-$53.80
- YGULC Brent Poster Faiyaz Wasteland Music Album Cover Canvas Poster Bedroom Decor Sports Landscape Office Room Decor Gift... 40 $16.00-$21.00
- Horror Movie Poster Villain Characters Terror Poster Scary Halloween Painting Picture Prints Set Of 6 (8 In X 10 In)... 362 $8.99 Get it as soon as **Monday, Aug 21** FREE Shipping on orders over $35 shipped by Amazon
- XIUXIN Luffy Latest 3 Billion Bailey Wanted Canvas Poster Unframe:12x18inch(30x45cm) 41 $15.10-$99.00
- SZA Poster Home Decor Singer Music Ctrl Album SOS Cover Signed Limited Edition Canvas Wall Art Picture Print Bedroom Decorative... 12 $12.59-$25.00

### Your Browsing History

View or edit your browsing history

Page 1 of 4

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Start Selling with Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon | English | United States

Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data
ComiXology Thousands of Digital Comics | DPReview Digital Photography | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing
Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust

Conditions of Use | Privacy Notice | Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 16 Aug 2023 06:10:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

oDQhO/Ddpda+WBheYkaLgB+OGZvHh7qp5f1zvE7BuwAa54CCQ9wHfGc83zFDC3/njmKquOoLZUs7hcRZ31kCna9v7MhBDlE2pICyBiZWtw8t5kPRdZylngL6k6F0GRZppAEdjwQvSO9jPtKNnmgXLdHwgZ/Kk0Uycn0yDn/
Yo6iB1KQ7nKo64kGx53O0HLqEkh8BfCKJGrZfFsPr3XRSOtUqH8U48+/kmfTo2HPZV5FtxeJmd8FqC+nVf6jgP3f+le1Zkpw2YQbTopazNBCfjQRUl/QtpVzXcYG0PFc3jYXTL7u4fQH3lJXjfvredigpZPel3H4cX4T/40xuYf462g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-16-Aug-2023-06-10-31-GMT.mhtml

**Hash (SHA256)**

c256d36c5ab4a21ac61a1b2ca0b31c73063f3944438873858908a26916aacd3e

**Signature (PKCS#1v1.5)**

COauohAk5DAmAD94dQvaczHNhEzxCFNtQeHoRXYUY/hPl67ekge3dSLiFlfpaxxRMzpJ626vM7xfBAHCG1wIj0TM0d9aYxIN3CRNyrUcNs9LiTGENwlqFJfDY+vhqhszw1If7ATLXnCrq7eqPlIDqhoiI47pjjzmkvlJ0gPLMiES89vUB8Yc5h
+sSmKI4WHiKgOerYCH7byDlpYpyNd0VjpZ9DrsAnNxUFTlWDaRckuFrlMHVapUUUhEOHR+qAeN6v964PU8EzSMmBOI7kJioI0kRQfI4dp60OxEtTBWsjtNm/FOmze4Qv2NOhi+axX+U5fr2XTaWMC7D8v4Eps/8w==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

[redacted] we're giving you 30 days of Prime benefits for FREE

Try Prime FREE for 30 days ›

**Estimated delivery: Aug. 28, 2023 - Sept. 1, 2023**

Items shipped from StoreUSA99



**Smiley Face Flower Print Funky Wall Art Checkered Decor in Danish Pastel Tones Room Decor Bedroom Decor for Teens**

$34.99

Qty: 1

Sold by: StoreUSA99

**Customizations:**

Select Size: Matte Canvas Stretched 8"x12"

Gift options not available

**Choose a delivery option:**

- Monday, Aug. 28 - Friday, Sept. 1
  $4.99 - Shipping
- Thursday, Aug. 24 - Tuesday, Aug. 29
  $9.99 - Shipping

Place your order

**Order total: $42.43**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $34.99 |
| Shipping & handling: | $4.99 |
| Total before tax: | $39.98 |
| Estimated tax to be collected:* | $2.45 |
| **Order total:** | **$42.43** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

10x Premium Metal Lacquered Smiley Face Round Disc Beads Jewellery Making Rave | eBay

**URL**

https://www.ebay.com/itm/194885426947

**Collection Date**

Tue, 08 Aug 2023 10:20:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VmorSgBE613H6+lnihJcemr/8p0LwmBGnuFRCCyAj8ZzsM1XxYv3jVMisYSBQT1ppTgnSKHCZtBnnVEP3eiwSRNwWJyYelVq0o9u7A6AcpMBCKwF3neaRZL/lZs9E/w6Neb4y+tiY7QLoi7+JoeE3rxCc1LjVgyxWVuoCogPyzLZuaMRd81YoO+VrjV+BQt2oOUDBvxf9f8/
hgTNpU6JuzZz6WU5X2nRnTXUlcBUI2OzXUeGGI1l6JUj51+lIOV1Tl1IwrdL7Veea+jw7Ql8klhxe2M4i7YFEWcRrl4RCBVPZe2GYs0F8RlPmMUPOeqoj5sRcwwvv1J8BmxlHrCDFA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]194885426947]]_Tue,-08-Aug-2023-10-20-04-GMT.mhtml

**Hash (SHA256)**

9f9f2512aacf957f77615352f5548f445488396c3913bca30afbfa6796ec1234

**Signature (PKCS#1v1.5)**

TE46sDNNWftA4SY297XjFksl1Q9cTo4jjCBtSX9DqDznJhmkTxb6PomJoSfgz3Pk4qTHY+Q5oRrnL4wNwnl5NdsqjcKmViVWiHdKW/KRcge7Nc2hKnyiDDlCbObAse0cSvKsw5CmLiDPjDCgPnqTqznq6U/
cY7+F7SwxGRPVBxoD6WFzsfmyRsFwvAHwiTQJjD0SV9V5CiOKpHbpopU2Kz17phmP3oOpPLzGJnKo77BqQMYrJh91xA4iW7+YOUZ4p3xhad2RSsw/8hWlD6SUe8+FnGHMoiRSHBK0QVKqmLcs73gI8C7QwEU2j7VfvFHDWVdoEfOF9ACWMAgOkSetdA==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Collectibles & Art > Crafts > Beads & Jewelry Making > Beads

Share | Add to Watchlist




## 10x Premium Metal Lacquered Smiley Face Round Disc Beads Jewellery Making Rave

Condition: New

Colour: - Select -

Size: - Select -

Quantity: 1 5 available / 11 sold

Price: **GBP 4.75**
Approximately US $6.07
(GBP 0.48 / unit)

Buy It Now | Add to cart | Add to watchlist

**Breathe easy.** Returns accepted.

**Giving never felt so good.** This sale benefits charity.

Shipping: GBP 13.99 (approx US $17.87) Expedited Shipping to United States via eBay's Global Shipping Program. See details
Located in: Aberdeen, United Kingdom

Import charges: **Free** amount confirmed at checkout

Delivery: Estimated between **Fri, Aug 18** and **Wed, Aug 23** to 33132
Includes **international tracking**

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

International shipping and import charges paid to Pitney Bowes Inc. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
stus-fast-post-shop (458 ★)
100% positive feedback

Save seller
Contact seller
Visit store
See other items

Registered as a Business Seller

$ Have one to sell? Sell now



## Similar sponsored items

See all — Feedback on our suggestions



300 Pcs Smiley Face Beads Colourful Smiling Face For Jewelry Making DIY Craft
New
**$10.98**
Free shipping
**6 watchers**



Mixed-Colour Polymer Clay Beads Flower with Smiley Face 9 x 5mm Pack of 30
New
**$3.81**
+ $14.29 shipping
**40 sold**



10x Premium Metal Lacquered Smiley Face Round Disc Beads Jewellery Making Rave
New
**$6.37**
($0.64/Unit)
+ $14.37 shipping
Seller with a 100% positive feedback



100 EMOJI SMILEY FACE ACRYLIC BEADS 10X5mm JEWELLERY MAKING CRAFTS UK SELLER
New
**$4.79**
+ $15.47 shipping
**22 sold**



100 EMOJI SMILEY FACE ACRYLIC BEADS 10X5mm JEWELLERY MAKING CRAFTS UK SELLER
New
**$4.79**
+ $15.47 shipping
Seller with a 100% positive feedback

## Sponsored items customers also bought

See all — Feedback on our suggestions



10 LARGE DOLLS HEAD HAPPY FACE 20mm ROUND WOODEN BEADS 5mm HOLE W11
New
**$4.84**
+ $14.33 shipping
**483 sold**



Polymer Clay Flower Face Beads Slices Mixed x 50 BUY 3 GET 1 FREE!
New
**$4.47**
($0.09/Unit)
+ $14.32 shipping
**31 sold**



Mixed-Colour Polymer Clay Beads Flower with Smiley Face 9 x 5mm Pack of 30
New
**$3.81**
+ $14.29 shipping
**40 sold**




200 Alphabet Letter Beads Mixed Colour A-Z Number Kids DIY Jewellery Party Gift
New
**$2.67**
+ $14.25 shipping
**854 sold**




PREMIUM QUALITY GOLD PLATED ACRYLIC SPACER BEADS 4mm 6mm 8mm 10mm JEWELLERY
New
**$2.54**
+ $14.25 shipping
**2362 sold**


About this item | Shipping, returns, and payments — Report this item

Seller assumes all responsibility for this listing.
Last updated on Sep 06, 2022 07:11:48 PDT View all revisions

eBay item number: **194885426947**

British RedCross

### 10% of the sale of this item will benefit The British Red Cross Society

The British Red Cross helps people in crisis, whoever and wherever they are. We are part of a global voluntary network, responding to conflicts, natural disasters and individual emergencies. Your donation will go to help those in crisis both in the UK and overseas.

ebay FOR CHARITY
- Official eBay for Charity listing | Learn more
- Sale benefits a verified non-profit partner

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Shape | Round |
| Bead Sub-Type | Laquered | Modified Item | No |
| Country/Region of Manufacture | China | Custom Bundle | No |
| Style | Rave | Finish | Metallic |
| Material | Metal | Bead Type | Metal |
| Purpose | Jewellery Making | | |

## Item description from the seller

# Premium Quality Metal Beads - x10 Smiley Face Beads (two sizes available)

Ten Smiley Face lacquered metal beads, great quality. Have hole approx. 1.5mm diameter going through them for whatever you'd like to join them to.

Two sizes available, 10mm diameter (4mm wide) and 8mm diameter (3mm wide).

Two face colour options available in both sizes, yellow and multicoloured (please note the multicoloured beads will be random, so you may get a colour more than once per pack of ten)

UK Seller with all Stock located in UK. 1st Class Royal Mail Delivery and rapid dispatch - Stu's Fast Post Shop!

Please feel free to message if you have any questions throughout the sale process.

### Business seller information

Stu's Fast Post Shop
432 Clifton Road
Aberdeen
Aberdeenshire
AB24 4EJ
United Kingdom

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

STU'S FPS FAST POST SHOP

## Stu's Fast Post Shop

**100%** Positive Feedback
**1.9K** Items sold

Visit store | Contact | Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this store

See all

RC Models and Tools · Keyrings and Collectables · Construction and DIY Tools · Musical Instruments · Kitchen Items · Ornaments · 3D Printing · Stationary · Hot Wheels

### Seller feedback (462)

p***k (1063) • Past month
Great seller prompt delivery item perfect

5***k (383) • Past month
Great item.

v***h (644) • Past month
It's great

See all feedback

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to home page — Return to top

More to explore : Metallic Metal Round Jewelry Making Beads, Metallic Round Jewelry Making Beads, Metal Round Jewelry Making Beads, Metallic Metal Alloy Round Jewelry Making Beads, Metallic Round Faceted Jewelry Making Beads, Metallic Plastic Round Jewelry Making Beads, Purple Metal Round Jewelry Making Beads, Seed Round Metallic Jewelry Making Beads, Frosted Metal Round Jewelry Making Beads, Metallic Gold Round Jewelry Making Beads

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 10:22:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ENUDcYuPVVUDet/8Ef/avGMaP7X3DKPpx9hZuQfqj80+wuKLGtvHnAzYQOLRwLlwcMC9TtD8YvK5u7010v1pqkTjsQ1yGZq2OheTndOemumEU/KFSnCGNLhLxkIQispWrJrFYDxLNygJ8bkCGT8Qhi7NKrZ3FpY0HLFo6ormh/UwPSHU7YSux22MOJ8yKsI/
ondhoFJYbIjadzbnW6CxlM3hKANHHiv0YceHWyrlJyqt6O53rioWeE8m6gQYCYXSW8zGdjT6RY14EEnzRzYuXkCc0vR3k7ntD50/3XiO+VMr9BuTJquXrMfI6QnTXLs4m7NIdVHkUzed453PHP36QQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-08-Aug-2023-10-22-55-GMT.mhtml

**Hash (SHA256)**

509726183ac2f9cb03c5b568a9790b97fe38bd7b561edd47c688e66477f19512

**Signature (PKCS#1v1.5)**

jJgSJ7uMm/iVg/ZwYJSNC/dmQmpym+I2gVMYRL8ZATAxbyIjs7sAlRS8lJiGRk9JYPBN9SFJinO0dm1y2YLePPLzj8Z51XNie9SHLhZiu4bVgsJ06XTi8VQogeR2jeLdidS4B0W4fmcdvkm1tQldnA6PN/qwcVRGrSFhpklGkYkmkkp6QXUnY1D9OmNlod/
NLSbHvPTvx1obY6y2bwN5pXfdu7bmr6hZpe/LzCyQpcWqBxBNC/Z7JUgtncaNLVFBfAv0nPbNz8k05qvgnhSJRtHf0JvdsqtKxekJ5pKbFfHNqYXyLpYiYaKxVEoa2sBpPVSZbNUkuWUMbOFR6nKEgw==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

VISA

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Review item and shipping**

Seller: stus-fast-p... Message to seller



10x Premium Metal Lacquered Smiley Face Round Disc Beads Jewellery Making Rave

Size: 8mm, Colour: Yellow

**GBP 4.75**

Quantity
1

**Delivery**
Est. delivery: Aug 23 – Aug 28
International Priority Shipping
**GBP 13.99**
Includes international tracking

**Import charges**
No additional import charges at delivery
**GBP 0.00**

**Gift cards, coupons, eBay Bucks**

Enter code:

Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 4.75 |
| Shipping | GBP 13.99 |
| Tax* | GBP 1.31 |
| **Order total** | **GBP 20.05** |

You agree to the Global Shipping Program terms.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE

See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS
Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

3PCS Beaded Phone Charm Strap, Smiley Face Evil Eye Bead Handmade Phone Chain Cell Phone Lanyard Wrist Strap Cute Anti-Lost Phone String Bracelet Keychain Decoration Y2K Aesthetic Accessory | Wish

**URL**

https://www.wish.com/c/6463556c356042ea0e206dc6

**Collection Date**

Sat, 12 Aug 2023 11:30:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4955:4700:5986:86e7:734b:2fc3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

m5RnhCMcl/aipOesNzPGW5is9A8LFNEepK7Wf2YLlk6TnRtX8ug1+MFmg2dnuY73UScL41DLfpN5eORZaV7MSlbgTDrHkPSim1fdDw9zp0zSHHNVtKwojHCh+7Iz4BlTDMfCkuQtsj3cLqXxuSif+mgbQ6ApvNDfdYhEERxJfKGeBio/Pg
+8ScPIvF5nFD6G0XlLsquFKbHewG6BIbb0EgA3PGBnR0WMaaXL/2QqKNCH/PDQ1jx+tWkj8HlMD3qtPau7SUp5Hozl3oZCSDPWAebHpw17pHPUklDJWgPJPUpwg12f3XAFceKsAnlydmLCor/jyqBjOaO51jYopIAa1Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]c[fs]6463556c356042ea0e206dc6]]_Sat,-12-Aug-2023-11-30-13-GMT.mhtml

**Hash (SHA256)**

cf0c3d967ccb58afbd800cab6984b74b796d21b03f5bcc57e60ff0b0fb6fc6c8

**Signature (PKCS#1v1.5)**

tc7DvxHOiAlfnE4cS2FVEgPnzVV4Fdr5gDxynTzna1b2u19ghdLScZ5BxglVj0DsYqZdGDYZ9Q9Bm6QdtAPQOGALi2vL/6r/ZDJE9cg+9WBqMdnSHsRu+ItXVqBnGqBYXcrCvZO8HvZrgySjZCH5/wMzE5Ttf3XKVnCCV2BpvukXzFEqeyjDmR85YW4TfgerwMNnhe
+7fXHnTHLtw8G4UWXqOX/7X7UtVBXuCpTlZ/eEHFS0J/5oqiKPGf8snRlnA7O6RDf44hF0UwTq2b5UcEUhLUHPe43CxN6ABJkvLmThFNjAHuVKVBU71eiYO9d1XmzPQ3/kVc1HBppshQaORQ==

wish

What do you want to find? Search

Popular | Express | Blitz Buy | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | More

Gadgets › Mobile Phones and Accessories

Overview | Related




Contact, Policies & More

3PCS Beaded Phone Charm Strap, Smiley Face Evil Eye Bead Handmade Phone Chain Cell Phone Lanyard Wrist Strap Cute Anti-Lost Phone String Bracelet Keychain Decoration Y2K Aesthetic Accessory

1873 merchant ratings

**$1.37**

**Size:**

Colorful C

02:51 Instant offer: Add to cart right now to unlock a lower price!

**Add to cart**

Add to Wishlist

**Flat rate shipping**

$10

Spend $10 more to qualify
Ship all eligible items for **$2.99**

Estimated delivery: Aug 21–30

**Standard shipping** $2.99
**Flat rate eligible**
Aug 21–30

Items are sold and shipped by sulyfang

**Description** Show Less

【BEADED PHONE CHARM】A cute and trendy handmade cell phone charm strap. This colorful beaded phone strap can not only protect your phone, it brings unique charm to your mobile phone, makes you and your phone more stylish charming and let you have a good mood every day in this summer. I believe that you will love these Y2K aesthetic phone chains!
【SLEEK PHONE ACCESSORY】This phone charm/strap/Chain is a cute daily accessory. You can hold this personalized phone lanyard on your cell phones,shoulder bag, jean loops, camera strap, keyring, wallets,cameras, MP3, keychains, ID cards, U disks, iPods,car keys , lightweight electronic accessories, or other items, for a distinctive sparkling look!
【MATERIALS & SIZE】This 7.1" length multicolored beaded phone chain featuring with colorful vinyl, acrylic, soft ceramic, smiley face beads, evil eye beads, LOVE letter beads, pearls, seed beads, and rubber disc beads in a strong nylon rope. This Anti-Lost phone string perfect for attaching to your phone case and protect your phone. Just loop it through your mute button hole or other opening side of your phone case.
【GIFT IDEA】This creative wrist strap is a sweet gift for girlfriend, wife, mother on birthdays, anniversaries, holidays, graduations, Thanksgiving, Valentine's Day, Mother's Day, summer, holiday, beach, etc. Add a touch of glamour to the phone with these cute and sweet trendy pastel bead phone charms, let her have one more colorful little world that belongs to her!
【PACKAGE INCLUDED】 3 PCS Different Style Beaded Phone Charms. (Please note that the phone string beads may be slight differences in colors)

**Reference Price by Seller** Show More

**Sold By** Merchant info

sulyfang
4.5 (1873)

**Premier Merchant**
Provides outstanding customer experiences

Contact merchant

**30 Day Return & Refund**

**Shop with Confidence!** Learn More

We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

**Report this listing for inaccurate information** Report

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Sat, 12 Aug 2023 11:30:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4955:4700:5986:86e7:734b:2fc3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

G3VgSzeKnDAPqcoF3k91ChDSP0m2tnp8eJq1P4d//8ImvoZ3wnzU50KvXdmwQqXY/6KBndkZxeH/8guETgE6f+z5NzT+9NQtHqiVZDwyzXqFcxdm21zaVa+G1dWyA
+vJCtd6rNVDFWgGvz9kWgBOpZW6OayQu8y7k1mRikCwEVf4M49xcPsu/3N9TzmkGb9nFk9X5atfUBy6os88ZaxuwTy1fbVW+MPc36gbh7y+eF34Y+u6i4HiZYN+Gxt8OBgxE1olCLcsSoSAtfOHNGQdkj6v8GwszY0veEK+VcbyT/gd0IBV/SXC+XvIzose1UJKPtv58IuLtwsYs27Uqmpn8w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Sat,-12-Aug-2023-11-30-47-GMT.mhtml

**Hash (SHA256)**

ad6df2367e083cb675b22419fd78cf316fc64f94b849ea9790223ffb67c6fd72

**Signature (PKCS#1v1.5)**

EPe3b60AvX24Sk8F+AA46+n+OBoOJhwoj6T+nwfTHMEtwjee+LGPZdiFK94x3p4yUehKgrFX4Lwq4HYsXsD6fZGI+0p84WVjBD6seqi6IsV2+FaJE0wiXWwSz/Vhaw2Ivl9v9x66IWHcQIGr1q+6o4Xs5MFuJ42ea41b+AAuQQcQ6fWtpvXxN0gkl8n+QEdnbXo8/
Hxp3ogrGXgiTra0XWl51TAonh5qNaegCIF5W2XOfd0rdSWo23cBh1i4JtLgN7UBDIwR7OtWXfJEtlPtJGZLO9VAiUUv8/nZG9oPWy7ZBLmQMcSx90+lq7GcbvqsxTH/K7FJICjlACc8aaqvjg==

wish

Popular | Express | Blitz Buy | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | More

**Shipping**

[redacted]

307 NE 1st St # 6, Miami, Florida, United States, 33132

Change

**Payment**

G Pay

PayPal

**Items in cart**



**3PCS Beaded Phone Charm Strap, Smiley Face Evil Eye Bead Handmade Phone Chain Cell Phone Lanyard Wrist Strap Cute Anti-Lost Phone String Bracelet Keychain Decoration Y2K Aesthetic Accessory**

~~$1.37~~ $1.32

Size Colorful C

1 Remove

54:49 **Price expires soon!** Check out before the timer expires to lock in this price.

**Standard shipping: $2.99**

**Flat rate eligible**

Estimated delivery: Aug 21–30

Contact, Policies & More

$10

You're **$8.68** from **flat rate shipping**. Save on shipping by adding an eligible item to cart.
Learn more

**Order summary**

Enter Promo Code | Apply

View available coupons →

| | |
|---|---|
| Item Total | $1.32 |
| Shipping | $2.99 |
| Standard (1 item): $2.99 | |
| Tax | $0.30 |
| Order Total | $4.61 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee**

We've got your back. Get a full refund if any of your items don't arrive. Learn More

30 Day Free Return and Refund

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Stud Earrings Charming Rose Gold Silver (925) Smiley Face - Perfect Accessory | eBay

**URL**

https://www.ebay.com/itm/404343316629

**Collection Date**

Mon, 28 Aug 2023 09:07:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Jyzjh97d1Lp8uiEK0B3z5ijYAutUgZN/x1EQbCwfwlJ+X/09VnqqUbNRGHMQeudOMzKdS10JIvWOZPxcPuC+L+OU4EcHk91/IVwRaLEsEtEoxio9MDj6EMoHSFXJxKbTq+UtRbUqL+KBl/QwIexsPurwyQJg/zjQHeaIjI0bfMo=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]404343316629]]_Mon,-28-Aug-2023-09-07-20-GMT.pdf

**Hash (SHA256)**

58be04b5fdd7987c62174f048304edb0d7b39ea19738c61e87487e967fdb6df5

**Signature (PKCS#1v1.5)**

ATh1d5cwBLxvqu43FqdF9vi1wtuuDwuaEwTc2Rwcsk7fwd3riieznAuNIhaDqfQt/y++9dIKa/idabt17qmBJ+9IFWQzbti7bQjm+WYhHZKMdEZ0a6hFEPCrJ6+l8fHPMp0OB9U/qmYh96le7G4vWvXGeO1vcvnkD4CWMg+WfTM=



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 28 Aug 2023 20:21:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.74.192

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MNBMnOBJmuKxvaLB8LlvVvSRP1zByw39J0ITFFGuxwoJQRNot4aIkA0N8wAfzClkCWsvcEKt2f/GAhx4H7uW5Qykc3447mzhJzJ9M01EhB5yQnDB2euWmCH1SblawHBSrRJcAgD66qEU3i2i1onezOICmpv/xxsT+fx9AoYN/m7zTwqlpSaFDpjjzoxhdalzyxsRsyZAsy6yxtC68z/
BOZcYOE3ieYNOI0ZVUi82UeOway0wzEGeaNUFpyUHqKbXZW4g+OOXNnEdl7M2w8VngQ4HymPPjMD6Jq6vnh9be67Ilh+BhV441yO4YMP49Jv2O2IN2u1Nh+yR4eI5G4VBkQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Mon,-28-Aug-2023-20-21-18-GMT.mhtml

**Hash (SHA256)**

b946cc5efe59eb0c293effba62309248c79ac894db6b9ca7c0aee8060ca335ff

**Signature (PKCS#1v1.5)**

f2r03N7iT+aazERgPeqTuC1GBfgejN4eGxbvpFX7I7BFzmcfBnVllNPuKQPkM8xHei/emk+vv/HLKVr5MGiuQjVtWvg3Vb1nRDHz/0vWpQC2js
+axSO4jw2LVwQQUcWFL1Zp5xtBel8IwBMvtVhuzwvYbZukQz9bxNadkn9Gw67xSIYv8RR42oCDRnZ8viUgLaK70sIo5B0GCgGfaYDF6BuqY6ARdkn6u0qUqV7a8766haa+IE0h6BeTVYp3+TFFKU7jG5jejuoJ3ICg3cUFSXFvU4egNlMe/jI23Ot2MusEaNfGwaUdXb0Ib0V/
f5tjypgOd7gTdXl16webumwdtg==

ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

Add new card

VISA

PayPal

PayPal CREDIT

Special financing available.

Apply now. See terms

G Pay Google Pay

**Ship to**

[redacted]

307 NE 1st St, Flt 6

Miami, FL 33132-2505

United States

[redacted]

Change

**Review item and shipping**

Seller: sunny_mall | Message to seller



Stud Earrings Charming Rose Gold Silver (925) Smiley Face - Perfect Accessory

**$13.49**

~~$14.99~~

Quantity

1

**Delivery**

Est. delivery: Sep 18 – Oct 5

Economy Shipping from outside US

**Free**

Save up to 10%

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

**Donate to charity (optional)**

The Humane Society of the United States

The Humane Society of the United States fights to end suffering for all animals to achieve the vision behind our name: a humane society. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $13.49 |
| Shipping | Free |
| Tax* | $0.94 |
| **Order total** | **$14.43** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE

See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: SUNNYGO Happy Go Lucky Chain Necklace for Woman Girls Smiley Face Yin Yang Colorful Pearl Beads Charm Choker Necklace (Style A): Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B09CYKPHVF

**Collection Date**

Tue, 08 Aug 2023 05:27:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

X5VTcmwuCmovqNf25Ey9ImsRmVBwYlAdL8YfeRsqQGeWsGFFo3J2VcsEZq+qA+tZqF0zHJJUWGkmV7BWL4UJA1f3lQ7pkSIgoWSr8w3ck7WfEBH+tn3qpdr2AGLkAgCNufAz7wSDRuA03D3bRJx3sowsNF6baKTV7aHTonSOE/v/6gMCCq1GECdpsX0Gmamj1xQmr0Bv/LF9+ij+/
RLD77wzQBEMGvb31SXMJKIprZoLITjPngyP3A+un3oxuly5OniFxD4Cl7Q+Kfoy0QWcDPdOdehn0D/SJzhqPuBvJ82/PK+ropy45K3Efw2WeOCSJ8NrrjNvwRISky4uHsntXA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B09CYKPHVF]]_Tue,-08-Aug-2023-05-27-11-GMT.mhtml

**Hash (SHA256)**

69043c1516b651fd5b206caece55493d29f90f608ca002b6b51e8d4160cfdeb6

**Signature (PKCS#1v1.5)**

G4Rm8xaOCGVzRFCGOgAWmG76xoAk7sIbMQ9Gcp3OS06hMHuboAyEkPxrqTHeSFKbXZm2zxE4IpPUjmoSKcnCytkrW5aEdI0u9oFN6XHNgIzxq9vbCMMgCOmEXIUdC4oOyVxr4T4qk/ad5EhYBzUm9KnoG03HGvPBy3mCkdSCXVhmIxnSos/
c4rzycmuj7bc5W7Ww4tje01xNFbtwPaJPl98SD5CjihVGNd/RXOKlAHLxGF6TuiYyO66w6vFDzCzZaHzGggmFv3fvlpi+0pJtwVM4TM/4aVJq8zICyJ8qHKjsYmq6apEvkJFBCJ14IzT7CH6CuVSQ7UOalTTrInfNAw==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 08 Aug 2023 05:39:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

yDHIZFQMyA0XQwyfUFM+OBT+3fgROowGXQGAlq6JNgyA9K+dD7zYVq2li6nJfu0JIx8Ho6w1Hxf1YrXkWn22q+viB8QGDTlTARTjCkXNGjgTUQiwyeB/0ukb1LHyUjthvwyMkMTwh3cdo0BZVUG+5u2sadXXOSg8klQM5kwb5xc5LP5pY4x
+Cbcq4mjjvoEcyfCuJ2lZJK8BdeJAi/1pZ1q5topnt8fvseIBo/TAYTqkJA98ln2GMtCEK+gA1kWfguRVr5eBYS6GuySJUmY296H6/lb481HUe7Cx9hMsCP3FQo7b5lUlk4f6YtkBm4TlCotG8qIuoyegBTkl2hhSNw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-08-Aug-2023-05-39-04-GMT.mhtml

**Hash (SHA256)**

d5122f807c8599fe07a15893eb5194504f5703f4725e8d671236554ff817205a

**Signature (PKCS#1v1.5)**

f+M2jK5T9zl8NxnESywnnSDXSMf6Xpm83npRfsckiL+bQS856ILnxkYPXHhyX+M//+SZq9sjLKXhAn+4q3AVRYQ/k2qd0Lgn4hpHiZ4SBq7dfcX5SdDFZfXADfVd5R+wevyIjd3NRjrZKdY4F4wkD
+hzYXf0Y9VXq5h18mKShPnVgnRKOQVWn2xSbcHnhxDQm7YkCS4KcWqAsqhTiE8wAjXDQ5JXeH0T94EZXpQrWW7ar6qIkMmldaIa/AMCE8LmVZmOCPIb4d2LlSNdDj2zr2yM4rN2NW7JBSSNw4B0z0N8LWdxhrGsYVODSLc/KbJAR+OxKacJHJibsdn/MK7F3w==



amazon

Checkout (1 item)

1 Shipping address

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

2 Payment method

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

3 Offers

Change

4 Review items and shipping

FREE TRIAL

[redacted] we're giving you Prime FREE for 30 days!

Get your Prime eligible items for $6.99 FREE.

Get FREE Prime Delivery with Prime

No hassle. No commitments. Cancel anytime.

Delivery: Aug. 11, 2023 If you order in the next 50 minutes and 56 seconds (Details)

Items shipped from Amazon.com

SUNNYGO Happy Go Lucky Chain Necklace for Woman Girls Smiley Face Yin Yang Colorful Pearl Beads Charm Choker Necklace (Style A)

$8.99 & FREE Returns

Qty: 1

Sold by: SUNNYGO

Amazon Prime eligible Join now

Add gift options

Choose a delivery option:

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

Friday, Aug. 11

$6.99 - Shipping

Place your order

Order total: $16.61

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Order Summary

| | |
|---|---|
| Items: | $8.99 |
| Shipping & handling: | $6.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.63 |
| **Order total:** | **$16.61** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 08 Aug 2023 03:06:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

wgS/i65GGaV3D8EGYYhM/yf+T3WV/p27DGQiPFKOXrn8TcTHHJRtm2V2b4mgvnkL95j2BC/H1Xxvtpn/SxUWn715cHItW0CfrSum7qCytEVcA6txR68bn7kdEpqhaRYV7PIaKP350Z9XkWbOkUewbCdayc+9aacZ+e9yJobvoqgJRpTSuriVmIWIyU0nljJxxKIFkzpCbJF74XbX/u
+nNoV2Wr3uVhQ86/iN8BSIoCUtq7be7NIi0/TiC1+v5unA5RJqZ0s1jvMq+vKUcTxYROH6hSmB4CmktuJXu1gZK0GP9GV4qOBtwNAocqgg8JainG6R+17fyfwbQT+0Nsfv6w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-08-Aug-2023-03-06-21-GMT.mhtml

**Hash (SHA256)**

424621acdc5a0600114211aba207ccd48b06a236f14d638c928c62c096fb64df

**Signature (PKCS#1v1.5)**

wcnQREdxJv70ZnMr6txramldaQ4W+gquDkO/MJHmxKy/cHh3V5wGY/sQDUDobcTn+uUjkWB0Kd4uI4k1ChdYdmzeoZM508cR+xh4OoQN5Fbd7FU3ZWID7UtUXl4ufmiIdO02YJRAND+zfI5756wr3ktTW/qrqLByKJKNGpYOQsj3lLqUw7JHg6+tJcxPJ48Piwbzd1qWH+VnxMH4y+
+IvcBetxgg8lpfudPVDBfXbb2pCsBij7ovwfj8FFNZ1nElKenyZ/kTzfwQn5R+hWNXYsUTkaBMaeMuvj5C7JnQz5l1rXQrkxIbA35MOU6xibA0Y8XSM0ujqltfZNFmfg54+w==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com | HooNiu Smiley Face Slippers for Women, Smiley Slippers Retro Preppy Slippers Soft Plush Happy Face Slippers for Women Comy Warm Non-Slip Fuzzy Fluffy Slippers | Shoes

**URL**

https://www.amazon.com/dp/B0BNN4B153

**Collection Date**

Tue, 08 Aug 2023 09:30:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

aCNtX7JU2l1rzB4UB+pS4VPcRcZKeEjbdJ5OslTDbd8xaTXFYgHvA2v4Oeupb5IAedWgtFr8MDknvjDh++K8LJj4Uz+zYpc1tqHWrVQnOcXmikJngs/vVdhO8S2HKrtyUqFo08e0Rs/w7TMrxgGmLCaRZAEhkxUTS50BUiXghoqEyOfafXqUWuI/
CURtgEzjhkOq6V1hNjBNjs0PoSnP5Zw7QgM30U4nwp/iVzn4sgRdj1/KrV6qCXshLQm7yaqH6/GdrGT6N70VQTYXhOzBUv5MIPh5jj4Xd3YOKFln2PwINqCIQQN+nrPXJcY2qjwMDYTPEK+npD87+JQR9ik2YA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BNN4B153]]_Tue,-08-Aug-2023-09-30-26-GMT.mhtml

**Hash (SHA256)**

1c4fccf7f51119980e8774dd9f8e6ac9398c5ad880108a0f177090b5a4c296b5

**Signature (PKCS#1v1.5)**

BbPB1bcwoCNzA+qq9XkpjcifhtHMZkqht6MjdPWoB8oBduryXhQDP7xmJUDrcfOuNMdldaKa13aIYyN3yTxQJSh2k164I6i89YD0yg0KkU/oUhkXgnKyXcwazgSIWXeJ0Yt1jgSiIjLWmbKgsOvuUBLM3oFWfnlVN67m/HMutscZadf3T45IsmmhvCSmRs11E4GP
+ixQ9Dybp0o7+j4ZET9C3FLRZ6pkSs0+0ljNu4991C5xOqmXMTTyHsUrFmykrXo25aNLmHnYblTDw8wjS+xsCGAO8kTamTIPlF8NjzPpW3XafpChl6zuBeG9W3NFCpLA+0BELsckE7FgAgrIjA==



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

New Smiley Face Korean Style Autumn and Winter Men's and Women's Couple Cotton Slippers Home Indoor Cute Platform Cartoon Non-Slip Slippers | Wish

**URL**

https://www.wish.com/c/6425438f6ac0381d53dd2b43

**Collection Date**

Sat, 12 Aug 2023 06:24:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4955:4700:5986:86e7:734b:2fc3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qZWX2WIveVBaH9ekRJ7XJCU+k0DOxg0REXy2+uQTDgyB7SzHgh9xxqyhm4CVM7wTB04U6vxVR0f5Y7LYflgYTMN62fZda+m1dCXg2Yi1DU7mkE1yuWifXA1rvW4cfyfJVhov2o0KpjcE63h7NLAiOUhPFTS4tJc1hRfjtkT9smJACRkaOAwtTkgJgGZ
+P3DcVRQX7cRtMQGCD8D4e7GsIvDeBMn09fVTJFjif9H0bEYjsqDty+vDHJHXGOiQ8xUrMPtzgYOy11Gwk/hlwkyYl8LBggl2bYXl/wdU3KujIlhNT1QTASsgOJbrFFK7Fx6zF5+vieMv6ORpmZt8zxTy1A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]c[fs]6425438f6ac0381d53dd2b43]]_Sat,-12-Aug-2023-06-24-31-GMT.mhtml

**Hash (SHA256)**

e6dafdde72dc37983dae59a33a9391edbf1ac61344687dc206b89100e47d2bd4

**Signature (PKCS#1v1.5)**

mEII7QsH/024PdouJV5jwRNYtkZf4HLbOcyx38AOWF92U62VWy9YWgE9ia60luP6iFivf282Vg+l/oWlvJ71wFQAj8dRXXZe0XbggW883kHHcbuieUGM9oldJd1W2EpfbKd+9DiNiTDPoqTFWteuh/M5NpUSJZWkl70dvhhm39lQ1LbXvuKiAB3VBUww5W1Rf/9XGLw
+Y9oUk2Q6CspQFNYsLeNZKQ4Y6insuDQhwRocI2XyNoM2ZcVb4RNLQPOUkGBxipNpjU9KDiPRhADT3/yXh8Qv7oN2yNiXbE+3NCHSzK8ykW1Wp1TSuV9sH55KXUYVXWOHjfYal/1lAZ4JVA==

wish

What do you want to find? Search

Popular · Express · Blitz Buy · Deals Hub · Recently Viewed · Trending · Fashion · Baby Gear · Pet Accessories · Gadgets · Tools · Health and Beauty · More

Fashion › Shoes › Men › Slippers

Overview Related





Contact, Policies & More

New Smiley Face Korean Style Autumn and Winter Men's and Women's Couple Cotton Slippers Home Indoor Cute Platform Cartoon Non-Slip Slippers

411 merchant ratings

$10.96

Size:

36/37 Suitable for 35-36 Feet

Color:

White

Only 10 left!

03 : 03 Instant offer: Add to cart right now to unlock a lower price!

Add to cart

Add to Wishlist

**Flat rate shipping**

$10

Spend $10 more to qualify
Ship all eligible items for **$2.99**

Estimated delivery: Aug 20–Sep 2

**Standard shipping** $2.99
**Flat rate eligible**
Aug 20–Sep 2

Items are sold and shipped by suprcasx shop

**Description** Show Less

Item No.: Sea Smiley Side Seam
Shoe Upper Material: Plush
Sole Material: Rubber
Applicable Gender: Neutral/Both Men and Women
Wearing Method: Sleeve/Shoe Cover
Popular Elements: Sewing Line
Thickness: Thickening
Function: Non-Slip, Warm, Wear-Resistant
Pattern: Cartoon
Toe Holder Shape: Ordinary
Heel Shape: Ordinary
Cutting Depth: Ordinary
Heel Height: Ordinary
Style: Casual
Style: Toe Covering
Gross Weight: 0.32
Applicable Scenario: Home Indoor
Sole Craft: Online
Insole Material: Sponge
Lining Material: Plush
Latest Delivery Time: 3 Days
Color: White, Yellow, Black, Pink, Light Blue, Lake Water Green Color, Light Yellow, Light Purple, Big Red, Grass Green, Brown
Size: 36/37 Suitable for 35-36 Feet, 38/39 Suitable for 37-38 Feet, 40/41 Suitable for 39-40 Feet, 42/43 Suitable for 41-42 Feet, 44/45 Suitable for 43-44 Feet

**Reference Price by Seller** Show More

**Sold By** Merchant info

suprcasx shop
4.1 (411)

Contact merchant

**30 Day Return & Refund**

**Shop with Confidence!** Learn More

We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

**Report this listing for inaccurate information** Report

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Sat, 12 Aug 2023 06:25:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4955:4700:5986:86e7:734b:2fc3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

e8rA16Q/yO7jDg75aMq0v/j5BlnE7XFFGAwJ6wih2BZDXq74hqahgbDnvPSPGemprx2WbaL2x4zq/Px2nPWrtleNF/bLpjHkrKs69mNdBKUu8kA5+GuxT4Fasxn8v+2pAnEeEEE1N06Ymvhybd+bZX1W9YHPAkZXFVjjoE3WMhimxUOx0NToZT7A5agkSI
+Nv0JQRAqqXKxNJIrJ8xyPFmIn/3cwGCTLQj+Nbt/SwjviFDReDuI/6NL9QmC2g+pkk9mjT0fCjvFLIR9ABpYE1bIFdFfN24dN1hQ3JF+Ah6XYFmUb+aEvzivThE/tDBeguiPg8nApSveMWdGjS9bQag==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Sat,-12-Aug-2023-06-25-02-GMT.mhtml

**Hash (SHA256)**

975ef642483c0d2ea5a543344b9c04c20c9c1fa69d4046030ab50ae4770bb7e8

**Signature (PKCS#1v1.5)**

m4ELVp7bcJQLczA61DbbwauccY9tShMTglU0+jk0g/275Aj12GW1GDEMFVwDHgaNyl8o6Pd+pu5lMQMIqgoPEJ2vJdZPgvVO0r+DEWv9602hiGVHlRw/lrZL/veRtLyPn6dmh7BkzFgrM6H1wuRAt2ceXXo+bL8Cc6oKUwI6sIPstvdZ+LeBz9TW6+EqBvLcfuUR8f6Ubs6BWIl8ZHgh6uCXu/
LPov6+I5QqjjzLHu1FGC0HFZ53soBXtnHwjuAH3YdKlYWxDuFxoJkA+O8ExCSx1qjiCg/asSGCSw/okQiWwZg2rxXyV8HtF7k6RH1hLbl9LtziIKXE3hOnVNXAGA==

wish

Popular | Express | Blitz Buy | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | More

**Shipping**

[redacted]

307 NE 1st St # 6, Miami, Florida, United States, 33132

Change

**Payment**

G Pay

PayPal

**Items in cart**




**New Smiley Face Korean Style Autumn and Winter Men's and Women's Couple Cotton Slippers Home Indoor Cute Platform Cartoon Non-Slip Slippers**

~~$10.96~~ $10.46

White, Size 36/37 Suitable for 35-36 Feet

1 Remove

54:55 **Price expires soon!** Check out before the timer expires to lock in this price.

**Standard shipping: ~~$2.99~~**

**Ships flat rate**

Estimated delivery: Aug 20–Sep 2

Contact, Policies & More

**Flat rate shipping unlocked**

Additional eligible items ship FREE!

Learn more

**Order summary**

Enter Promo Code | Apply

View available coupons →

| | |
|---|---|
| Item Total | $10.46 |
| Shipping | $2.99 |
| Flat rate (1 item): $2.99 | |
| Tax | $0.94 |
| Order Total | $14.39 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee**

We've got your back. Get a full refund if any of your items don't arrive. Learn More

30 Day Free Return and Refund

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Elite Pink Smiley Golf Scorecard Holder Gift or Society Prize Scoremaster 5060558705548 | eBay

**URL**

https://www.ebay.com/itm/233199909149

**Collection Date**

Tue, 08 Aug 2023 04:45:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QoYuTkbsi6NZ1+3q76zG41i0g+im0kQpqqjzA/zpODhDRNpzC2zq94vMvinhCPT7PBNIckTAJ6Ihr/A2lD/MDIv8IPHJosKT80HAdnTj3RBa179b3M7naZe/
bd2O1JoJ0661YqSyW3aSyZQXddoaM6p2ydcZLsvDmQF8mPQfgWiC6YYXorbvzmsJoL38ODuJtdR1ta4YYfRyEFLigBAKh3Z02tgfFVwKMDsjwAQXnvuqnapbO+p3Gf51WTPr2OS3/isCVR4fpJUa9L2Qh49SEQeo7PMFBVQ46Nb1utD/
DE52LAVkYCATbh2dumwN5ueryng7PHixXLs8XpV1iUIlKA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]233199909149]]_Tue,-08-Aug-2023-04-45-20-GMT.mhtml

**Hash (SHA256)**

5a09e8cfa7a6cc0bba0bf1f57757688f0b4323b5320c39b0828528f950adf088

**Signature (PKCS#1v1.5)**

QBZg4F8tJpeHzhd2BygRWNDO/xZt342UFqk9Z3h1UhgNrd7BCbjbp6KYC3jqOjR1w9LoMFU0pDzv6sbsanCPEuS4W787Xl/
yQphyVLWfL8bwIfbAQ0gHb9TMo4soqtdnH238Z00mkxgdf3m3bquuSEYnt0fqvFXIuEkmJWCpYhxJ5FNzwmHSrD9zfEebpkC0cH3BZD3rVSGRFNnXXA8ah20P7uBiul3r/ERkdJVSylJiXqAL4h/mr0GVLrgH8oYz8/KCbgpdhs2XgbRnE/hxHRO6v1ugi0+jWxTK39qS2wJBniGdf20Hf/36eSp/+5m/
azr3XVhZUUgypWpTP678Gg==

Hi Jade! Daily Deals Brand Outlet Help & Contact — Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Sporting Goods > Golf > Golf Accessories > Scorecards & Holders — Share | Add to Watchlist



## Elite Pink Smiley Golf Scorecard Holder Gift or Society Prize Scoremaster

Condition: New

Quantity: 1 — 2 available / 10 sold

Price: GBP 7.99
Approximately US $10.19

Buy It Now | Add to cart | Add to watchlist

Breathe easy. Returns accepted.

Shipping: GBP 14.09 (approx US $17.97) Expedited Shipping to United States via eBay's Global Shipping Program. See details
Located in: Orpington, United Kingdom

Import charges: Free amount confirmed at checkout

Delivery: Estimated between Tue, Aug 22 and Thu, Aug 24 to 33132
Includes international tracking

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

International shipping and import charges paid to Pitney Bowes Inc. Learn more

Have one to sell? Sell now

Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
sutherland49 (19042)
100% positive feedback
Save seller
Contact seller
Visit store
See other items
Registered as a Business Seller

## Similar sponsored items  See all

Feedback on our suggestions



| | | | | |
|---|---|---|---|---|
| Deluxe Pink Smiley Golf Scorecard Holder Gift or Society Prize | Elite Pink Smiley Happy Golf Scorecard Holder Gift or Society Prize Scoremaster | PREMIUM TOUR YELLOW OSTRICH FAUX LEATHER GOLF SCORECARD | Golf Scorecard Holder - Luxury, Leather Effect Golf Scorecard Holder - Golf Gift | GOLF SCORECARD HOLDER - BRAND NEW |
| New | New | New | New | New |
| $10.19 | $10.19 | $10.14 | $15.30 | $30.62 |
| + $14.47 shipping | + $14.47 shipping | + $14.47 shipping | + $14.63 shipping | + $15.09 shipping |
| Seller with a 100% positive feedback | Seller with a 100% positive feedback | 27 sold | Seller with a 100% positive feedback | Seller with a 100% positive feedback |

## Sponsored items customers also bought  See all

Feedback on our suggestions



| | | | |
|---|---|---|---|
| PGA TOUR Golf Scorecard Holder | PREMIUM TOUR YELLOW OSTRICH FAUX LEATHER GOLF SCORECARD | On Par Golf Score card Holders - Christmas Golf Gift For Golfers Secret Santa | PGA TOUR Real Leather Golf Score Card Holder - Black Button Fasten High Quality |
| New | New | New | New |
| $12.74 | $10.14 | $12.74 ($12.74/Unit) | $25.50 |
| + $14.54 shipping | + $14.47 shipping | + $14.54 shipping | + $14.94 shipping |
| 136 sold | 27 sold | 1623 sold | 178 sold |

About this item | Shipping, returns, and payments — Report this item

Seller assumes all responsibility for this listing.
Last updated on Aug 04, 2023 03:37:06 PDT View all revisions

eBay item number: 233199909149

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Features | Easy to Use |
| MPN | E-SM-PSM | Sub-Type | Scorecard Holders |
| Vintage | No | Country/Region of Manufacture | China |
| Colour | Pink | Sport/Activity | Golf |
| Brand | Asbri | Type | Scorecard Holders |
| EAN | 5060558705548 | | |

## Item description from the seller

Visit our eBay Store! — About Us | Items for Sale | View Feedback

Sherpashaw Golf Specialists Since 2003 — Have a Question? Get in touch today! Contact Us



### Elite Pink Smiley Golf Scorecard Holder Gift or Society Prize Scoremaster

Check Out Our Feedback

Quality Guarantee | Fast Shipping | Helpful Staff!

Useful as a Gift or Society Prize

Enjoy marking those birdies on your scorecard!

This stylish scorecard holder protects your card no matter what the weather. Durable, synthetic nylon scorecard holder. Solid, water resistant, inner base. Internal pocket Pencil holder, complete with pencil. Dimensions - 20cm x 16cm.

It is also possible to crest the holder with your own corporate / club or society logo. To view examples and to enquire for further details, please see our Custom Logo Collection.

Have a Question? Get in touch! | Follow sherpashawgolf!




View Shop
- Latest In
- Ending Soon!
- Golf Accessories
- Golf Gifts
- Scorecard Holders
- Golf Divot Tools







**About Us**

Since our inception in 2003, we have consistently developed and expanded our product range and, just as importantly, our customer care ethos. Nearly two decades on, sustained investment in our internet platform, combined with a proactive approach to product selection, has enabled Sherpashaw Golf to build a strong customer base, both in the UK and internationally.

Whilst we continue to enhance our product range year on year, we also aim to provide a straightforward and efficient online shopping experience, backed by high quality customer service and after sales care. All of our products are brand new and supplied either in original packaging or fully tagged, as appropriate.

**Payments & Shipping**

**Returns**

**Contact Us**

**About Us**

Since our inception in 2003, we have continued to develop and expand our product range and we aim to provide a straightforward and efficient online shopping experience, backed by the highest quality customer service.

Sherpashaw Golf Specialists Since 2003 — Designed by Jarilo Design

## Business seller information

Sherpashaw Golf
John Shaw
49 Sutherland Avenue
Orpington, Petts Wood
Kent
BR5 1QY
United Kingdom
**Value Added Tax Number:** GB 108 7235 21

Phone: 03330502435
Email: sales@sherpashaw-golf.co.uk

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Sherpashaw Golf

**100%** Positive Feedback
**43K** Items sold

Visit store | Contact | Save seller

**Detailed seller ratings**
Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

**Seller feedback** (20,746)

d***a (81) • Past month
Came on time, no issues

o***3 (387) • Past month
Fast delivery

b***a (619) • Past month
Excellent transaction

See all feedback

**Popular categories from this store** See all

Custom Logo Collection | Golf Accessories | Golf Bags | Golf Ball Markers & Clips | Golf Cap Sale | Golf Divot Tools | Golf Gift Sets | Golf Gifts | Golf Gloves

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to home page — Return to top

More to explore : Golf Scorecards & Holders, Golf Scorecard Holders, Callaway Golf Scorecard Holders, Titleist Golf Scorecards & Holders, Titleist Golf Scorecard Holders, Scorecard Disc Golf Bags & Caddies, Scorecard Black Disc Golf Bags & Caddies, Pink Golf Balls, Titleist Pink Golf Balls, Callaway Golf Pink Bags

About eBay | Announcements | Community | Security Center | Seller Center | Policies | Affiliates | Help & Contact | Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 04:46:12 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

h1DypjJofqZ0gn1uCEoAYuxMvHoIMniOCHyq2OHWdskj+PerBoFjzHXBubo0KwaytdrIh8fDjxju1ttgqOWpyqG6qM7Cf8w1DXTPwh7YWjeW0M+KrU7XMQj2eu12cJ4zi1ty3TdYmipShKAF7nr84m67R1ZOL6m0EXH2Dw8IjYGn5A7GipeDKlvSmAdNQNOoYEuyvFUj2qNBo2YB+5rh
+LdCfWT1HQ9w8PZH3jJhKbutE8RHo3RtI8ubDFbBQGb1b6mMk7uEaQR3fB8WgHvTbXoSERvwDJxhOSKXnNsLzHok9e7TgdBMqYQX8Vz91N+T1mjg5Z1IoN6MqJo7rXdbUg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-08-Aug-2023-04-46-12-GMT.mhtml

**Hash (SHA256)**

2d85e7e31ff60e55e202612c6cb761e75ff6af5eaab58499c8a409d237b165f5

**Signature (PKCS#1v1.5)**

jBJB0VcD6Q8yO1iAZHz0g+Vds5U0cT/UHJ8G4ZIDsVNTB3TqKjaR9SmIx6OTTokqpQurK/
QLO6qcOPAYfqJI9eayqexe3yRDtOeztEs4k3owLSj30OMmYktEcBRMhjM8K7q5pNDEENXxEZWlqUS6EPPaCKiLGlzsyo7K0wez3uYq3sVVwg3yeiwYsqBxFGXKpjbwYJCti5BlSNu36skooRK994lzxSNSVJSJEIUAgVWTNjRPyr6ik9yKiBdF7YoMwzyIlqEGTSEBItLUDylHbJbmXQSDx8pOg7LDNi
qA3c0Le4nWsx4KdXb0BQDOZdtpNpNQoE3xHHESiU8YuCbTYA==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: Classic Yellow Smiley Face Necklace Be Happy Emoticon Retro Pop Art Pendant in Bronze or Silver with Link Chain Included

**URL**

https://www.amazon.com/dp/B07G6ZXF1Q

**Collection Date**

Sun, 27 Aug 2023 19:49:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.224

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

rbPsWHwbC1TTEis74M3y39lORX1cvYPK159lRnf8ntPGlocHF30pm4fSgTaR1U2KatLIRkonlpoevGJa
+H4Z0SwqKe6HrCJVW5W6cOQ6dMl8In1MNiBMb3+SdO8gQ5ZtXGIBTiMgr7SFYiq2qdkW46u9XFzTtYfSSfPIN4AtyHMT6eqwgs6bnXm3qgXFUHGcwCFjVAVYjD1Xa6MnzxvgyLOWSFeHF1bQOYl2AyzzEhGsljDgRLLDifLd23ZoIGXPzMsze5yiu56ySquhXOUOx3+5JDSg7sb29J1458gRw4
J8LNOSFFiC3bJwS02MzU+z2xZ5GNKDVzaBgbQTFaAieg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B07G6ZXF1Q]]_Sun,-27-Aug-2023-19-49-30-GMT.mhtml

**Hash (SHA256)**

ae6760df5ee99d26c608038bcf071c6770917c35ac94f0625795d93b51d9775c

**Signature (PKCS#1v1.5)**

XpOVLQEVjaIvrgd0u/sg8sxNB52VbYRCaNeriGQXgQBqzGpWd0CBGb1hzeuGvJdl16nci/P/
GqLcGUSWtf6tyE0sntYbKS7y13fLcKDiumsGPM4rNbUszf8hUfpNs8RG9zLtUKWNsrLFPu52aEtDsOi6I4CPlKz59ZP53FmDE2k7wyqtu7Rt6M0p6WlbYLeljuSHRITQiSYhxTAVDdp9wgu1rLH1P4HfEuj6OBBsnWANBwCM034nit/
Re9JRx6Y8dclJAlVc7upCruF2rAX45w7BBt2pfy46SFhz2i5t15YRwofavrFGC1J028bj7P5jIXjnYhDmIF10mV1EiHpbkQ==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sun, 27 Aug 2023 19:50:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.224

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fVz11xCoTJ6IHF1dweqWfdv6iqEC9YSMW0Uq90oHNq9Ugp7800CLw+ddhYLswu5s8Oya2k35fiIYo9WuQG5pvtbLI9vpdRvBtfiw6uXiFeXe9s935IL/fyb/WYjZr1MyUnKfwMsHSo21lMr1dU3aGlcAToYsaiLRyuLkWjk3dKoF3JLjg745qXIrK/OxkK5yJOC/
uMIXcB1ihvJ5gD3kIUokm4KwTII7AI08BQz2kb6h3T+/B2JrDj7xvf6aK5dKrZrKks11WZUcDTiY90pZqFZoo68SxXErf7Bn+cgvSKDSOnTfHS2vOOmIEGGFnXP9eh7bKD3Z+mBkqmqlH+/ZUA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sun,-27-Aug-2023-19-50-57-GMT.mhtml

**Hash (SHA256)**

3520aa6ed1d8544c2e43722985a31c7a741e70051614e9963a57150faf70a921

**Signature (PKCS#1v1.5)**

OQ86YX55v5zFG3WBz3j/8SiDvbJu0v6s4EspFxtDXA2CfE0YDLmTNaWumsA3xmHJqC8y+QRAUyqchFuKpQub6AVsgudei49AGOE5+VcVhpjsANtDztxWKxHeiRY9iiIzix3hmEB9tZvrWaUBr5BnuEWlSIWf4ZOjNLoArdtZEs5zQhVv+gjg3BSG47dcHmBO1U0yyDhNM6ka2Rof/GnR1WLN2//
vZquX0onIUPGD4qXJ5FBri3s2iODU5uY1A8GDCiiMOuY9Rieoz6FOFDKETZXjk/zloo+q026QYrPT75V4PinGs4cShTgODeZeIZ3AeEiVUNgckGvBSF/qcCLGZQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

[redacted] we're giving you 30 days of Prime benefits for FREE

Try Prime FREE for 30 days

**Estimated delivery: Sept. 12, 2023 - Sept. 27, 2023**

Items shipped from suzhoubaiweidexincailiaokejiyouxiangongsi



**Classic Yellow Smiley Face Necklace Be Happy Emoticon Retro Pop Art Pendant in Bronze or Silver with Link Chain Included**

**$6.88**

Qty: 1

Sold by: suzhoubaiweidexincailiaokejiyouxiangongsi

Gift options not available

**Choose a delivery option:**

**Tuesday, Sept. 12 - Wednesday, Sept. 27**
$3.49 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $10.85**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $6.88 |
| Shipping & handling: | $3.49 |
| Total before tax: | $10.37 |
| Estimated tax to be collected:* | $0.48 |
| **Order total:** | **$10.85** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Classic Smiley Face Pinback Buttons - 2.25 Inch Round - 5 Pack 7445024754783 | eBay

**URL**

https://www.ebay.com/itm/394829125306

**Collection Date**

Mon, 28 Aug 2023 05:40:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

IQXgiF0Gh9Jkmh0SZlpraX+5wR4RKdN9AMDHImzEjosq/hPb0JWt+TUbulfr6JSegtZDIM0rmB5lvlEA6hrnznEQqpEeV6vy14p09ueOvXv8Ufss6d9NEwm9HADTBrgtAUo5JHlePLQuiB55AWn23uipreAHxDTdm/1OJFzdutc=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]394829125306]]_Mon,-28-Aug-2023-05-40-54-GMT.pdf

**Hash (SHA256)**

c7bf30aa138238ff257cd36a1fa200f36f83c23c043f11cc4dc3c9788e2d47cb

**Signature (PKCS#1v1.5)**

h9GcPenH99r+UqIFuZQ6EmSDa3KJ5fuaibnHFC6VuJ8r4/LbXzdd3DNhEriejhxF2f+vngn3w45jfpI3H+V7prkTNjzPalX2fyKDB4pyeW1sccL+QLERIMHiHMO3F1OrIiKtcBDALGGPRLNuudIBIM6OFnn3q2WNqGxP4Da0p44=



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 28 Aug 2023 07:52:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49ee:1900:1c80:a1a:adf8:9048

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

G8hfOWnmXwkKlj03JL4NPWLjR6IeSTkoCgKDAAUFkTWAXP/blikaIrTsVGi+y6ufYXT9oMR/Mt1fzD4ORt7BYjIYO28ARk74zha7rtrLhrOKM3IV+jEzVqJOqOtyi15U4zKo5/vgb7Zyc5occJBrvkR/
GTQFi4dwyhRv3lAUEuQw1OfiUgN6WIGOWGFwFSyHDG204Yj1mVsB3+1WTor5SRTs9FDSBwiZdKMCycAKnSPuICtWLKzi8SzuVynZrJ33D08v1WgfhPfLbKHe5G3VETlSmHuA1MPdNrsaWhKlvAaVWKSYtjE5S1QpYg2isjL+QwDC7EvfedivuRZeEsz9fA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Mon,-28-Aug-2023-07-52-07-GMT.mhtml

**Hash (SHA256)**

cda3ffc6961430bd80b51a4a56172d3b380bf19c011096778bbae15be9731a1a

**Signature (PKCS#1v1.5)**

UASP2tbffa3a7n7hKLNhYyD+Ym4NHhXNCFL3AWn7aTZvj7QkuNgZaxCtcWZJYaCG3F9fmkWOO2mTaj9+HBXXlHu639W47ZMOSiQtXoWNG9AE7x3FUy+QsQaN/rYhlOHPcd4fqj6ftvsObdIHAWY4YnI65rNJhtBzVcbHZRn1UebcJK9WxIqLbODqE0Be0Su6/hv3L/
AW1MoEjy4u8eStCMFk24YuDSHSLX8trWeBiA5pmxFgIJJgyK0YFjHeXZZvuG2gi2aOVny/jDos4gjdsBR8lRq8d9aQC2FiOjAwYUXjPn8OQ/PafT3JIFxCYUiXplfVdPmr4X4tT0qp+TpEMA==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

Special financing available.

Apply now. See terms

G Pay Google Pay

**Ship to**

[redacted]

307 NE 1st St, Flt 6

Miami, FL 33132-2505

United States

[redacted]

Change

**Review item and shipping**

Seller: swiftselect... Message to seller



Classic Smiley Face Pinback Buttons - 2.25 Inch Round - 5 Pack

**$18.99**

Quantity

1

**Delivery**

Est. delivery: Aug 31 – Sep 5

Standard Shipping

**Free**

**Gift cards, coupons, eBay Bucks**

Enter code:

Apply

**Donate to charity (optional)**

The Humane Society of the United States

The Humane Society of the United States fights to end suffering for all animals to achieve the vision behind our name: a humane society. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $18.99 |
| Shipping | Free |
| Tax* | $1.33 |
| **Order total** | **$20.32** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE

See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: You Are Bible Verse Shirt, Retro Smiley Face Shirt, Christian Sublimation Shirt, Inspirational Shirt, Religious Shirt, Gift For Her : Handmade Products

**URL**

https://www.amazon.com/dp/B0CCNXKD92

**Collection Date**

Tue, 15 Aug 2023 12:36:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

MIRj/GZ5ShK6e1odGtFZxRDnSiHnE4u8mPWEgsS0fT5mtshl9Lk3UxOdcE1MwSHW52xyi2Lusr3a3YBKwOr3WcIjcMsJb2Ew0eTIbgQZCVoa4OwXV+RT+/scLGsveYDZ6z++/un3cI8xjzusvzFZfD3APNvYa1Siw95bsgTdIHPCSF14GseS/gIpeF7cq2mmN4y+IBPjjrIiNEZrAJKFmAPbH4FG/s+fT+eTSwuwdW9M/o0yrQJHP5GJFcH7ZXju//SQDvjP9GsoVMRcj/pJ7ogdHBCA60K0lJ83xBx1ir0EGl/fJ96X8aoS2gS1tdTTdm2lg9W8fT/RqWm3egW1OQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0CCNXKD92]]_Tue,-15-Aug-2023-12-36-40-GMT.mhtml

**Hash (SHA256)**

507327c6399508fd4e87dd841f7d93ce78a4abfec246db0f30228728bcf74667

**Signature (PKCS#1v1.5)**

SCBamBlF13oDWto/F3u9KoNhqhXkXqRKatOyGCxMw+zbE84/iTmKF9/G4IKW556DN1r9ORBZ7JeJMNt8K9d903VWf3cSR3wH1gtOHGVT8aBq0GM9QRxyrzLx2ljOl9p8khSelsF6L8MgvAdtg8tDFOF70Afvwn2PAIrUh41dUPnrmhUEcaAu/hcS7L4VniM7t5WwAuVf1MJrSqXm7Q9xtt0ivdGuCfB/JBcrYg/kFPv1S9e7pbQ5vGRemHJsoC29A85nwg7UTYfGxMLK+MO5SY7rl0CCYkWXY4n/zAbWvAp3ePWugX02mhg25dqoZOZNMafDRfH9TTTud/izDGqIbA==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 15 Aug 2023 12:38:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

jTzz3aQp8Tee8MzvVsr6wrvI7h0j7lAJy8RVrrY97COakIc6M4b2bB7I4/sSXh0M1xctstxt9bXCH9qFdNueWMKQMHoMnRuFbnMvXR3iMqoSg7EfrpGChAcRuPmT/Z2EiFIChgpi4qT4caNsr+fPESwH+g707HQBuu77+cj8+NEDeunWplwYQSLImYP48PpIjhqJRKeJjDl+fmrOHVkc/
RlyUv2ZDYl9trStq9lnWvqryHf3c5ZZXMh8ta9/JgAlY1WvvAP+mfdwh4cOpd5fxV6wH3qeZIg6mMiHkvwOdCMB5T/tRd/uBdGPQp9VUSm4uFIhzcOGgzxC1r3nTDXDBA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-15-Aug-2023-12-38-28-GMT.mhtml

**Hash (SHA256)**

0592c820100a5490ab7f5199546e3cba9dd6e75dc17d4b388f71d40376b48a3b

**Signature (PKCS#1v1.5)**

TyUGUv0iSgp6/5dm6dERN1FQwROdTal3qQzphbYlK0goZ369+Lwk4EjwquWZN4qQci6WYyAz/blrupTXnYRlg+1aAbzPw3PH1S5nvZSkf4v4RLUM41LAArBTiYXyEorXLZMT4sqa21+53B/x5hga3eKjfCPFhYTqSrNspT9LRZyhc9CuxqWNa1/1ODfmcSPUNwx/XhV0B/
IcJe8RZNkqJEZNaKDmbuImMD96jt6iofP4f65D3dApfSfZrN25YCV49mPfsQ7alvgCksFW1xzb1gQfeSA6FekEyV69i/qkKqIvwtKRCeOR8o32GsEL4+qjcPdXUHpbWb5kVGlld4ii+Q==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: Leopard Print Smiley T-Shirt | Leopard Print | Smiley | Vintage | Sublimation | Retro | Happy Shirt| Retro Leopard Shirt, Unisex Hoodie, Sweatshirt, Tank Top.a53 : Handmade Products

**URL**

https://www.amazon.com/dp/B0CDGX9RVK

**Collection Date**

Tue, 15 Aug 2023 15:35:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

w4hO4hP5rFI3KhUw8bfmIVAPkHJD/boZHylZf2kuCRF4kSPVXH0ldiOp+5ykvLwqksLOMxBDaNjPw4vYktwpXJjHUv8d0baq/F4NWMYhqDK0vJlCWmpSaTMgjVXhtHMxz8pTLkYAVwgtr5bG+Efbg5cVPpk9M0i4dRTvy/9EsFndDXtP0LI3fJF6/2ycb8xfdySXCb0pjzS/kSr/negEnpS8tn/98zD07jxvUme7BrSxdqP+jLFqYwlDv8u5uLvoBWDV/+UKoDdKA6wkfnmdHeukqXGe8r+8HaZJjGDVwMSnMpD3vl6IksYo0HFxoCvu5axh5oSLhtB37BggWELo7A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0CDGX9RVK]]_Tue,-15-Aug-2023-15-35-48-GMT.mhtml

**Hash (SHA256)**

d7dcbf04c13111b118c112cb818dbec810d98b0099138fdb3846138f0bc7013d

**Signature (PKCS#1v1.5)**

QAdzNvjrFTWvjcg3xgi75SGQb04nhSW7sXIEyCbAghHbCEnBJLrkWVY/Nq1kn/KrDD/H2gG+eHmb1ABOhAXKldlMH2G7kBZeqcL1JxDgUfDpDmot6xCj6norBXC8Z7ILikVLnxY1FUdyI5T8FQp46/JpZON2JUyBqM4mBC/7YUMlCO1MsMFOB/JE2alT19Ek7e0vHxh/ydw43FB/fpxcYI7SCeqVcWNG7UMeiRL2rVdG3FF4aYYEjZSwchwRMbrNmu7U2K31rNbBssHNF223soWTON5xkzO5R+efYd2OFKDnRlUSyVFKHjNGg9XhZehHhiW9xEUL/sY11hqWZv+t9g==

amazon Deliver to Jade Miami 33132 | Handmade | Search Amazon | EN | Hello, Jade Account & Lists | Returns & Orders | 1 Cart

All | Medical Care & Pharmacy | Back to School | Off to College | Customer Service | Amazon Basics | Today's Deals | Buy Again | Amazon Business | Household, Health & Baby Care | Livestreams | Free Shipping | Beauty & Personal Care

handmade | Gifts | Jewelry | Home & Kitchen | Clothing, Shoes & Accessories | Wedding | Sell on Handmade

Be ready to say thanks in the moment
Shop multipack gift cards ›

Subtotal
$24.45
Go to Cart
$24.45
Only 10 left in stock - order soon.



Click image to open expanded view

## Leopard Print Smiley T-Shirt | Leopard Print | Smiley | Vintage | Sublimation | Retro | Happy Shirt| Retro Leopard Shirt, Unisex Hoodie, Sweatshirt, Tank Top.a53

Brand: Vanhp2k

$15.98

Customizable

Customize & Add to Cart

By clicking "Customize", you agree to these Terms and Conditions.

This shirt has the classic cotton look and feel. Casual elegance will make it an instant favorite in everyone's wardrobe.Classic fit, Runs true to size. We can customize all of our designs to your needs. Just message us with your request! Please Note: There may be slight differences between the color displayed on the screen and the actual color.This is a customizedly printed item produced just for you. For this reason, we only refund or replace items if they are defective or damaged. Care instructions: Machine wash: warm (max 40C or 105F); Non-chlorine: bleach as needed; Tumble dry: medium; Do not iron ; Do not dryclean. Don't hesitate, Click Add to Cart to take this amazing shirt today!

- A lot of styles available: Unisex Short Sleeves, Long Sleeve Tee, Tank Tops, Crewneck Sweatshirt and Blend Hoodie; High quality and reasonable price with various colors and sizes to choose, our shirt makes a perfect and timeless gift
- Sure to be one of your favorites, our T-Shirt with special and modern perspective stylish design will catch people's attention when you walk down the road
- Bright, accurate color, soft material for outstanding finished garments, our shirt will make you more attractive, charming, fashionable and chic, make your shape look great
- A great gift for yourself or your beloved ones on Birthday, Halloween, Christmas, New year, Father's day, Mother's day, Anniversary day, Valentine
- CLICK "CUSTOMIZE NOW" TO SELECT THE OPTIONS OF SIZE, STYLE, COLOR, WHICH YOU WOULD LIKE BEFORE ADDING TO YOUR CART; If there are any problems, please feel free to contact us, we will give the best solution to you within 24 hours

$15.98

$9.99 delivery **August 18 - 23**. Details

Deliver to Jade - Miami 33132

In Stock

This product needs to be customized before adding to cart.

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | T VU HIEU SHOP |
| Sold by | T VU HIEU SHOP |
| Returns | Eligible for Refund or Replacement if damaged or defective |

Add to List

amazon clinic
**On-demand virtual care for nonstop days**
Quickly treat common conditions with 24/7 virtual visits with a doctor or nurse practitioner. Upfront pricing. No appointments needed. Learn more ›

### Product specifications

**Technical Details**

| | |
|---|---|
| Target Gender | Unisex |

### Important information

To report an issue with this product, click here.

### Product details

**Department** : Unisex
**Date First Available** : July 31, 2023
**ASIN** : B0CDGX9RVK

### Looking for specific info?

Search in reviews, Q&A...

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

### Customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review

Inspired by your browsing history See more — Page 1 of 6

Related to items you've viewed See more — Page 1 of 6

Your Browsing History View or edit your browsing history — Page 1 of 4

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Start Selling with Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon | English | United States

Conditions of Use | Privacy Notice | Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 15 Aug 2023 15:39:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

wQoLV3vD1zSAervx9gSPWt5ks9z3TPES0gb0IUtJgtvgVExpw+4KIxmnv0EpaxZU+4IeiXfc4+F8cr/lG56ruDuH8D2T2ibMEG/NbYPhdgP873e6CQBCECXRNf1vPi87YUyLy1AbtbzBCkndpA8KTkbz843Boia+8hteHYYrQYPgGVocwBUKafq+NsGjNWbruJ/EyoIy0gIOkH6zu0hL9H
+8VxhwPwff0U1Q/IFi07BF8bFBhgzyHXwXfZ7KPrEpwaF4fEfXnqPQIm0fF6gvjZru9nrt8GOKrcnCZJF2/AJmsbywCFwHUtTgoDUtEp6Q72LM8NMcGXr94lH8gRP0ag==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-15-Aug-2023-15-39-03-GMT.mhtml

**Hash (SHA256)**

2b31e5c9183c5b800ce151df4c2b31935e5f811eb16fe2953561587600f71acd

**Signature (PKCS#1v1.5)**

xnoDsPPDDqyGtX94NpfCQPC64HD2xtXQFXsnAI1W7N0Z/k4AtxClPF0cPsS+UnqtAtTD7Gu/d/ieG5vAj5+CoV20RYwQ0oNrNKCCmttu65pgYYm/oiWVEHZSmilflpLtNlOWpLiVPivwBU3voT8wNNwys6Xarcz+AD7zylsg/IFmCmeU0ik7OskN2HlTi+n
+JN2OigMNBra1vSDGYSFaPf9DWvrrFD8eZBMXIeqU7tASxn/pOqzniQF+TPFuiyrYZ2LISorV58xHXNTkk4EDzwR7vB/E+6YJEEvUhJlyLLRG/5dHS0JJf9X07bAW324Xfw5NXw0PFXSDFhD5yeS85g==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

[redacted] **we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days

**Estimated delivery: Aug. 18, 2023 - Aug. 23, 2023**

Items shipped from T VU HIEU SHOP



**Leopard Print Smiley T-Shirt | Leopard Print | Smiley | Vintage | Sublimation | Retro | Happy Shirt| Retro Leopard Shirt, Unisex Hoodie, Sweatshirt, Tank Top.a53**

$15.98

Qty: 1

Sold by: T VU HIEU SHOP

**Customizations:**

Size: S

and 4 more

Gift options not available

**Choose a delivery option:**

**Friday, Aug. 18 - Wednesday, Aug. 23**

$9.99 - Shipping

Place your order

**Order total: $27.09**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $15.98 |
| Shipping & handling: | $9.99 |
| Total before tax: | $25.97 |
| Estimated tax to be collected:* | $1.12 |
| **Order total:** | **$27.09** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: TAOFANKA Yellow Smiley Tire Valve Stem Cap Cover for Car Truck Motorcycle Bike Black Universal hex Design with Rubber Ring, Run-Flat tire Valve Cap 10pcs(Hexagon Black) : Automotive

**URL**

https://www.amazon.com/dp/B0BYYTMY17

**Collection Date**

Fri, 11 Aug 2023 06:02:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.167

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

kZ4tMVdGXhMD7JR5kd5sc3S1qfrSDLlVfl2NxJjz1Vz+IN6YoxT/4WKtLfAU1+O37YpBlfjmyiZvT4kmXPOdQBRL+iqGYYX6aCu6xKgEXXI/JzSWpYq+kUseLVCbBQPM9eSrxoLpjyr1RCSen3MJmHAiMbWNpcvEAMfyD/AO99yHAuqebzC1rjmRFV4hE7a1U0MQYt/fW2avITvUJIHPUCVogjX3eKYCsUCRWDk8nyc6+P2xmS+BAPSB4zMelfDkM1IwfHXxwD4NwP0PazvPZ9wJdtSENvjrpZY7f/Tps0FRZk9iV9uZWS3RmZ7krZ9jyOIQ/goWWyp/7DqK+l0o2w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BYYTMY17]]_Fri,-11-Aug-2023-06-02-39-GMT.mhtml

**Hash (SHA256)**

a830b92b19dd808d18dbb6dd20c0bec86ee2b4762fd714773dab49b20fcd0720

**Signature (PKCS#1v1.5)**

e999T5MSpwzZzGuXW0yH7VDjFCp6AGQuXz7JbK8tK9pom1laOvSvqh7UJfM2jbc00OPiHTEaikZIwjl+qtWIaPuyUUBHk3qC5+ghDdyYXKGPSOnF0i5+R7kKCgRYbr1dZdTHJaaKJbLhFB2BNiTamoJdHk8Ac+GymXubbmKGrDQl1Q3FGiSAWv8zNFVs/pPDOCDOhGjFLWKsLZKgpwz+iEU8vg632WpbVtJkYcolBPP+NydqgQrrLR+Fjsv+lC4qwSWeegIDSfHCGBI1vN0cOTIo+lUbQsDkgzfbiDly/xk6mzi/WVW3P1OSpscnCutxMpPbBT5FmeENvg7F7HoeKw==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 11 Aug 2023 06:04:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.167

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

rGZqX9tyDWJ53nhP8JcXT8O5C4Kme0D/0HtO1aSYK/DGQEamhwlxZJJ6dZf7CLi2S4bQknUXGW58IpCGi8D/Ogg+u2OCfgb+lAcsiyvSi3rGdC4Lpc3Do55mqhw9x6BFRZem0WE5VpqjRssiKLxLskyVlzJHhd35ZiS/D4XnrWYxy2UUoSjFlZ/hqDnefrKP/DcBjsQT5Y8qXrUzboXxJi8urBom
+s3vgAZOEeLoWOqXXDskijkU1MBxRco+qJgLSRfinWDItVaXqcFfErFUUEc/IxGqtGX2yp3q2t00FktX44dqjtGKFVr93x3hN/unwl84ZFlnKrCYqqysksTrgA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-11-Aug-2023-06-04-40-GMT.mhtml

**Hash (SHA256)**

363e466437dca8f8498c56aba5bc5dc2c644e4d4da7c74dd40ec53ed048e0fd8

**Signature (PKCS#1v1.5)**

sTu5+1mJjj2OfPezQik5gCGH8adtM9pNoLWhVVA0uRXYWtIy2pJq/GJ2nk9oDEoeMu+bC9URvBN1D9DKg3mDUCsRwCA4ksHldWF/nQkJaRaEsH18CoGrfgd6fX/O4iPryBq7F6eoOPjm4ocEh04dRMVEtRC0Q+XKWTedr9+B45/LmQhBIVUBCYTZyjdqLuS1eFjLGO0WXEEzb/vE4jUZto0yHI2Vu
+SqB30fDHdRnNNhKhc0a2OdCtTM6zk+Drub/lT1D8VUEm0bO87fc8Kn4LmrtTTXhrHReu9FwB2+fptewlGapBiGiYlhc/yQdwox0Nt7GBJL/yseseO96LTmvQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

**Delivery: Aug. 14, 2023** If you order in the next 21 hours and 55 minutes (Details)

Items shipped from Amazon.com



**TAOFANKA Yellow Smiley Tire Valve Stem Cap Cover for Car Truck Motorcycle Bike Black Universal hex Design with Rubber Ring, Run-Flat tire Valve Cap 10pcs(Hexagon Black)**

$5.99 & FREE Returns

Qty: 1

Sold by: Tafa Parts

Add gift options

**Choose a delivery option:**

- **Monday, Aug. 14**
  $6.99 - Shipping
- **Saturday, Aug. 12**
  $9.99 - Shipping

Place your order

**Order total: $13.40**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE Two-Day Delivery and save $6.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $5.99 |
| Shipping & handling: | $6.99 |
| Total before tax: | $12.98 |
| Estimated tax to be collected: | $0.42 |
| **Order total:** | **$13.40** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 12:44:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:491d:2d00:69bf:7906:a752:afb0

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Lg5Qx4hMr7os07FPisrcW19i6idcl40uHtyj2ASLctjlUVv8j0AN9Vk+5jubUIzeSsi6gaz9yvqmOLAg+7z3PblpORR1d4jZxMcMHq77k278XK8euoFDJzKh1xM8I6TNUIcEGXziVuEWO6iWlNcmou8S4xfxwZq7mrRLgqr5lSarjh0sRfrEDt/
+ua23NcthNhy26PdIiTPc0xevxi97ilJQjNC0iV12sT8ikkrNDSGsI1I0Frt+eOzi0HLvCmEKKphGoVUE46D1XGgt9VG79Yj45qdc4qRBZjbPEsUDLPr3GyweCxZiWvSX5VVs9sTgivQPCyumEZheCyYVmyTiUQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-12-44-17-GMT.mhtml

**Hash (SHA256)**

7a9495eda1b8eb770bc69cdde138a30632a1081a729d4a9625218de867813d00

**Signature (PKCS#1v1.5)**

WExwmW6rlfe/Ivm0FASryBO+jHa2Yagj5GqQW9VvQFwOPnw2ux9uE6Wv/8nDGV9JwLEsynkAYE4djW02c7lk92atpDVUT1B51bocNPUCzZGmttk3X47x8zwOBwqcDcGsXfHipbM+TvdiTbhGuHWgZqBzIe2C20+Tq5kSoVJdX7gk2wz68PZu3gVomrFwDJaT13g4osedYMhZBuWsG5L/
WXyK/6qdOMe8OdhWl7yb610j5+4sMOKBr52u4/OwK2OMjy4BnuoFjmRlAcuIA0T4ifslzM6Jh02pTxOxddrIgDDE5GqWB2nttExlobaqfQkeKHKFmhlE4oXrGoynNLdx+w==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Review item and shipping**

Seller: tamo-15 Message to seller



Smiley Face Waterproof Premium Nude Beige Cream Girl Car Seat Cover Protector

**GBP 25.95**

Quantity
1

**Delivery**
Est. delivery: Aug 25 – Aug 30
International Priority Shipping
**GBP 27.98**
Includes international tracking

**Import charges**
No additional import charges at delivery
**GBP 0.00**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 25.95 |
| Shipping | GBP 27.98 |
| Tax* | GBP 3.78 |
| **Order total** | **GBP 57.71** |

You agree to the Global Shipping Program terms.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Face Waterproof Premium Nude Beige Cream Girl Car Seat Cover Protector | eBay

**URL**

https://www.ebay.com/itm/204335103600

**Collection Date**

Wed, 02 Aug 2023 06:43:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

N7kiPRMsqe/AWpD1sn/EhnukxflDGHvm3L5d+GMIS5iIrp7FmebTfIAo+w61/3gfrivMVLDBba858jRGatu8KTGqmAvYeA13y04l21AtQNLntPIS5GMemku8xWuTOs5+myIREQdmjgbwzZZJATS1X7XuZSgMrUENUmdBhXaTQBc=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]204335103600]]_Wed,-02-Aug-2023-06-43-31-GMT.pdf

**Hash (SHA256)**

4303049b1a69c701b9508103592d6446b3cc16e876d7b3a1ab1a14e04e479e84

**Signature (PKCS#1v1.5)**

jBsNMcwNrDjlYJAr0hQAHhZEuh9d7lKk1lQoRxKXCcMtqebq4hh0x6U94WOHPFYF3Pp0TU+0PNdqA/EKtMdNXd8IojDeQaDprnSwjuTncbccovhDrUT9N5mKaxe4OWHBYr1uZYEypyRkYNL7/8IECBdm/T9B9v29K7AQss1mqJ0=



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Pink Smiley Face Motif | eBay

**URL**

https://www.ebay.com/itm/371455210157

**Collection Date**

Wed, 09 Aug 2023 16:23:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:491d:2d00:69bf:7906:a752:afb0

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KwTnuXgLfLgLQ/duU0alb1EqPzFq1jMkKVaSXjJ3CXPS9UzAA6J9M/8VTLFWPVGo/+c66TNA2PMaC7I+RRjCl2XyKJaltENzfeqpvWkGnLRRDhukoGYFckGJQ3MPEnZcp6xPI6AzckhlqRW5IK4AekspZAUbGljWmBcSilOZiPxll/rBiKcHnAVwaNJh2NyigU4ixwvGGylr5H2gZ9Br/oal62vROMn9m2BddfNSjbTuUSRTgtpTr9OKyd1eNl16fMYD91ys8Kd2JYAz/T32jGyrLmmEVAePZyK7SQJvrrQoxpEz2j/HkGJrEFC1IrYSa9lHxVdbJwQTBHE2bqkDZw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]371455210157]]_Wed,-09-Aug-2023-16-23-43-GMT.mhtml

**Hash (SHA256)**

45866cc0612389abad7399e134acc876e5d443b42ab92bbbe152fb879fdf872c

**Signature (PKCS#1v1.5)**

JdRCQBuu83F72bbLGtP8w0yVcPib80OONoXzXgJ1QzlEF+/GlmcTOPkZLwcnc2WLSobcY3s/02LQAnyjd1SGNcPl4Maa8pIyc6KopS93RMC5zjD01ph7G2mgzZop9/eq2dCrQXkUt2Sm0TXA2tKzDGxavNZHIMOM2jls+95WnwGAJTEdtYvSCLv7++CL+ZS+8V5VPWetx8sKVShDBlVYR2cXp3bgfMifAKFSAV+b0Jns3nLlVLSQm+RTkfRriOu/8d6d2c/TXPJlPKwLczifwknbedoYmDU1lcSJcdhDBfURKi6aqvDDl8gKG7JrYwB14CmDrKWLGuP/bWMEQG/yMQ==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Collectibles & Art > Crafts > Sewing > Other Sewing | Share | Add to Watchlist

Learn how to earn a $50 statement credit
With a new eBay Mastercard®. Ends 8/16. See details



## Pink Smiley Face Motif

Condition: New

Quantity: 1 Last One / 1 sold

Price: AU $3.75
Approximately US $2.44

Buy It Now
Add to cart
Add to watchlist

Last item available

Shipping: AU $29.50 (approx US $19.21) Australia Post International Standard. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Burnie, Tasmania, Australia

Delivery: Estimated between Wed, Aug 16 and Mon, Aug 28 to 33132
Please note the delivery estimate is greater than 5 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns. See details

Payments: PayPal, G Pay, VISA, Mastercard, AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Have one to sell? Sell now

Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

Seller information
tassietiger2002 (45631)
99.9% positive feedback
Save seller
Contact seller
Visit store
See other items

Earn a $50 statement credit
Open a new eBay Mastercard® and spend $250+ on eBay within 30 days.
See details
Offer ends 8/16.

## Similar sponsored items See all

Feedback on our suggestions

- Yellow Smiley Face Motif — New — $2.44 — + $19.21 shipping — Seller with a 99.9% positive feedback
- Blue Smiley Face Motif — New — $2.44 — + $19.21 shipping — Seller with a 99.9% positive feedback
- Smiley Face Embroidered Applique Sticker — New — $7.43 — Free shipping — Seller with a 99.8% positive feedback
- Smiley Face Embroidered Applique Sticker — New — $11.38 — Free shipping — Seller with a 99.8% positive feedback
- 10Yards Clear Polyester Plastic Boning Corset Bone Lingerie Dress Sewing Support — New — $2.60 — Free shipping — 6 watchers

## Sponsored items inspired by your views See all

Feedback on our suggestions

- Yellow Smiley Face Nipple Pasties Adhesive Nipple Covers Breast Naughty Sexy Fun — New — $3.04 — + $4.44 shipping — Seller with a 99.1% positive feedback
- Creolen Ohrringe Ø 15 mm Zirkonia Gold 24K Gold vergoldet gelbgold Smiley O5620D — New — $26.82 — ~~$38.31~~ 30% off — + $6.79 shipping — Seller with a 99.2% positive feedback
- Heart smiley face colour iron sew on patch embroidered — New — $3.55 — + $12.45 shipping — Seller with a 99.4% positive feedback
- Smiley Face Squeeze Ball Pack of 3 Yellow Ball Stress Reliver Ball free ship — New — $11.57 — ~~$12.86~~ 10% off — Free shipping
- 2.20 Ct Round Cut Simulated Diamond Smiley Stud Earrings 14K White Gold Plated — New — $53.30 — Free shipping — Seller with a 100% positive feedback

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Jan 05, 2023 16:22:19 PST View all revisions

eBay item number: 371455210157

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | Unbranded |
| UPC | Does not apply | | |

### Item description from the seller

**How delightful!!**

**This sweet motif would add a sparkle of interest to any garment.**

**Measuring 4cm wide and 4cm high, this is an iron-on motif.**

We're more than happy to answer any questions you may have - we're only an email away!!

We're more than happy to combine purchases to save on postage costs.

**Happy eBaying!!**

Stock code 22130b Pink

## Ann Simpson Sewing Centre

99.9% Positive Feedback
220K Items sold

Visit store
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 4.9 |

### Seller feedback (64,440)

r***a (109) • Past month
Thank you so much, superfast delivery and really pleased with order. Would recommend.

Popular categories from this store See all

See all feedback

## Influenced by recent sponsored views

- Gingerbreadman Nipple Pasties Adhesive Nipple Covers Breast Naughty Sexy Fun — New — $3.04 — + $4.44 shipping — Seller with a 99.1% positive feedback
- Women's Self Adhesive Nipple Covers Breast Pasties Star Shape Naughty Sexy Fun — New — $2.80 — + $14.21 shipping — 123 sold
- Women's Self Adhesive Nipple Covers Breast Pasties Cross Shape Naughty Sexy Fun — New — $3.17 — + $4.44 shipping — 126 sold
- Lick Lips Nipple Pasties Women's Adhesive Nipple Covers Breast Naughty Sexy Fun — New — $3.04 — + $4.44 shipping — Seller with a 99.1% positive feedback
- Women's Self Adhesive Nipple Covers Breast Pasties Lips Shape Naughty Sexy Fun — New — $2.86 — + $14.21 shipping

## Sponsored Items from Top Rated Sellers See all

Feedback on our suggestions

- Train Motif — New — $2.93 — + $19.21 shipping — Seller with a 99.9% positive feedback
- Large Red Anchor Motif — New — $0.98 — + $19.21 shipping — 23 sold
- Large Blue Anchor Motif — New — $0.98 — + $19.21 shipping — 25 sold
- Delightful Teddy in Overalls Motif — New — $2.57 — + $19.21 shipping — Seller with a 99.9% positive feedback
- Small Red Sunflower Motif — New — $1.47 — + $19.21 shipping — Seller with a 99.9% positive feedback

## Explore related sponsored items

- SMILEY FACE Self Inking Rubber Colop Round Decorative Stamps 12mm/COLP-R12-1 — New — $14.32 — + shipping
- Smiley Face Life is Better When You Smile Cotton Fabric 148cm Wide — New — $8.95 — + $12.99 shipping — 41 sold
- Pink Pleated Cotton ROSETTE Floral Mesh LACE TRIM Applique Motif × 1y 22 Flowers — New — $5.80 — + $15.63 shipping — 65 sold
- Smiley Face LOVE Rainbow Heart Iron on Patch Flower Black Border Valentine's Day — New — $4.88 — + $3.26 shipping — Seller with a 100% positive feedback
- Alloy Enamel Charm, Smiley Face, 14.5x12x1.5mm,Mixed Colours, 10pce, Free Post — New — $3.87 — + $15.30 shipping — 39 sold

## People who viewed this item also viewed

- Yellow Smiley Face Motif — New — $2.44 — + $19.21 shipping — Seller with a 99.9% positive feedback
- Blue Smiley Face Motif — New — $2.44 — + $19.21 shipping — Seller with a 99.9% positive feedback
- Flower Motif Hot Pink x 3 (452) — New — $1.30 — + $2.60 shipping
- Flower Motif Pink x 3 (451) — New — $1.30 — + $3.91 shipping — Last one
- Pink Clown Motif — New — $1.92 — + $19.21 shipping — Seller with a 99.9% positive feedback

## Find more sponsored items

Feedback on our suggestions

- Blue Smiley Face Motif — New — $2.44 — + $19.21 shipping — Seller with a 99.9% positive feedback
- Yellow Smiley Face Motif — New — $2.44 — + $19.21 shipping — Seller with a 99.9% positive feedback
- Pink Gingham Bear Motif — New — $2.77 — + $19.21 shipping — Seller with a 99.9% positive feedback
- Pink Clown Motif — New — $1.92 — + $19.21 shipping — Seller with a 99.9% positive feedback
- Girls Only Motif — New — $3.91 — + $19.21 shipping — Seller with a 99.9% positive feedback
- Train Motif — New — $2.93 — + $19.21 shipping — Seller with a 99.9% positive feedback
- Delightful Crystal Motif — New — $8.43 — + $19.21 shipping — Seller with a 99.9% positive feedback
- Firetruck Motif — New — $1.95 — + $19.21 shipping — Seller with a 99.9% positive feedback
- Delightful Teddy in Overalls Motif — New — $2.57 — + $19.21 shipping — Seller with a 99.9% positive feedback
- Blue Clown Motif — New — $1.92 — + $19.21 shipping — Seller with a 99.9% positive feedback
- Boy Painting Motif — New — $3.87 — + $19.21 shipping — Seller with a 99.9% positive feedback
- Party Diva Motif — New — $3.91 — + $19.21 shipping — Seller with a 99.9% positive feedback
- Denim Duck Motif — New — $4.23 — + $19.21 shipping — Seller with a 99.9% positive feedback
- Blue Gingham Bear Motif — New — $2.77 — + $19.21 shipping — Seller with a 99.9% positive feedback
- Heavens Angels Motif — New — $3.03 — + $19.21 shipping — Seller with a 99.9% positive feedback
- Yellow Gingham Elephant Motif — New — $1.95 — + $19.21 shipping — Last one
- Pink Gingham Teddy Motif — New — $1.73 — + $19.21 shipping — Seller with a 99.9% positive feedback
- Boy with Toolbox Motif — New — $3.87 — + $19.21 shipping — Seller with a 99.9% positive feedback
- Blue Gingham Teddy Motif — New — $1.73 — + $19.21 shipping — Seller with a 99.9% positive feedback
- Duck with Ribbon Motif — New — $1.95 — + $19.21 shipping — Seller with a 99.9% positive feedback
- Hot Pink Butterfly Motif — New — $1.40 — + $19.21 shipping — Seller with a 99.9% positive feedback
- Small Red Sunflower Motif — New — $1.47 — + $19.21 shipping — Seller with a 99.9% positive feedback
- Small Blue Sunflower Motif — New — $1.47 — + $19.21 shipping — Last one
- ABC Blocks Motif — New — $1.40 — + $19.21 shipping — Seller with a 99.9% positive feedback
- Sequin Motif Shoulder Straps — New — $1.47 — + $19.21 shipping — Seller with a 99.9% positive feedback

Back to home page | Return to top

More to explore : Tula Pink Craft Fabric, Pink Sequin Fabric, Pink Ribbons, Double Face Ribbons, Pinking Pinking Shears Sewing Scissors & Shears, Pink Pincushions, Pinking Shears for Dressmaker, Spoonflower Pink Fabrics, Pink Faux Leather Fabric, Pink By the Yard Fabric



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 16:25:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:491d:2d00:69bf:7906:a752:afb0

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KASW+U4WRkvnRLM7Q37gNP6zwXqWJBVmvS5/DdAAvV2gcTJe71RvNE/QSA4a76J/7eLkLsLd/df6E1whNYv9a2G24R7Lw3SXI5it1vmaJV1lW91p0JQ7Snxcsx0AZ2doyLhBuhok+x/IsyYAIRe9g5nrEkvWrKVOFOB6YpLcoA9zV/6qX0cC2mqH51ARefe/
oF9QobedFb6L2wlKISDMSDzHjaFGaLU8Y/ISd0axAAPoYtoLbZRnK7KoOu7OWRc0TTWuxE9W/4kO0cJL1FaUI2YpO0fG6sSB1r5IdBnpStilz6fIc8WVENc0oiSLHtCm8xDWk/ksxgVh6Jc66fstDw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-16-25-26-GMT.mhtml

**Hash (SHA256)**

c69372aafe38890a983fc7ee22672bf16348d9e8c7d2aa42a991e7d9f3bf80f5

**Signature (PKCS#1v1.5)**

eRibcWY+kNNdwGiiIb8cr7T6sip+HV4iuyZV+DIEe+/ZScR8dhcE4AfyJExZG5D3UnazKYhrLeh4bkRYNJ7pGCbK6vq+H9M7se9h/N02NlCV8KzWQAyldu1JrRPQDVPsulvg7d4hxfKbiyb8eyeCbZTiAO3+52VYEZqJ5PzYu9O16f3JgBWUg8Cz8lrqYe9xON4xR5TnjAfVX0DcHdYjHw9Y2uHUXVX/
Wml6MwhX3QGJy0NgoL7DyCNlH15P7PgnQ7/63KO02Y0Jt/Xn384zdBYtxB8SYlhBH4ou/NSsv6C/HmhraDiGrKqNPTtvVX5pzZJIra0XeW2mYSsv77ZVvw==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Widek Smiley Face Fluorescent chrome steel bell Fun Kids Adult bicycle handlebar | eBay

**URL**

https://www.ebay.com/itm/164926614224

**Collection Date**

Mon, 28 Aug 2023 05:33:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QdJedsklJ9spKMqWuHwPzpzG/hnI54j1vM7GPMyBgxpopFOYenulm4qvucxb9BHP1UpopVsuc2eRcNNba+5FdsTpQLROkYU7R+kQ113eDLHbne9LSLMUVadI7s6umuXdYonhE8iF9iEx5BiKVrpO1lwOXQAZt+pb/4hv14j6qXQ=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]164926614224]]_Mon,-28-Aug-2023-05-33-08-GMT.pdf

**Hash (SHA256)**

925326a171520770ddb2cce8242f378e313a06e5bac83bb2e2ab11efd7a8e753

**Signature (PKCS#1v1.5)**

fl7tCXPeQMjkfV+EYYYYlf/MARpnzuAKeSd7paX/l9xFVlT3HuQFFlD34/51cXRr6UYonPUi2R9E3sr3NbFGlQUQrB07hDDpms5RYXCa5H/0/J9uncl6BSBBcZmyF7U4NagiddrVLDgppdbOvijQy1sAA8JZS2ZZ6wW1mLIGe/k=

Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

ebay | Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Sporting Goods > Cycling > Bicycle Accessories > Bells & Horns | Share | Add to Watchlist

## People who viewed this item also viewed

- Widek Steel Crown Bicycle Bike Bell - Genuine Carded... Business $8.79 ($8.79/Unit) + $8.64 shipping
- WIDEK Classic Bike Bell Bicycle Large Loud Retro Ding... Business $15.05 ($15.05/Unit) + $9.18 shipping
- Widek Bike Bell One Touch Handlebar Bell Private $11.28 + $8.71 shipping
- Widek Disney Peter Pan Kids Bike / Bicycle Handlebar... Business $6.26 + $18.14 shipping
- Widek Ding Dong Emoticon Bicycle Bell Kids Crazy Business $11.17 + $8.71 shipping



Hover to zoom

$ Have one to sell? Sell now

## Widek Smiley Face Fluorescent chrome steel bell Fun Kids Adult bicycle handlebar

Condition: New

Colour: - Select -

Quantity: 1 2 available / 6 sold

Price: GBP 7.99 Approximately US $10.03

Buy It Now | Add to cart | Add to watchlist

Breathe easy. Returns accepted.

Shipping: GBP 7.33 (approx US $9.20) Expedited Shipping to Germany via eBay's Global Shipping Program. See details

Located in: Stratford-upon-Avon, United Kingdom

Import charges: Est. GBP 4.67 Amount confirmed at checkout

Delivery: Estimated between Fri, Sep 8 and Mon, Sep 11 to 60323. Includes international tracking

Returns: 14 days returns. Buyer pays for return shipping. See details

Payments: PayPal, Apple Pay, G Pay, VISA, Mastercard, AMEX

International shipping and import charges paid to Pitney Bowes Inc. Learn more

Shop with confidence

eBay Money Back Guarantee. Get the item you ordered or your money back. Learn more

**Seller information**

tc_shop (1133)

100% positive feedback

Save seller | Contact seller | See other items

Registered as a Business Seller

## Similar sponsored items See all >

Feedback on our suggestions

- BIKE PING BELL Black Mini Alarm Ringer Road Hazard Safety MTB Cycles Scooters. New · Business. $4.96. + $8.52 shipping. 949 sold
- Kids Bicycle Bell Horns Bike Daisy Flower Children Girls Cycling Ring Alarm. New · Business. $4.00. Free shipping. 6 watchers
- Mini Bicycle Bell Ring Aluminium Alloy Bike Loud Horn Handlebar Unisex Alarm MTB. New · Business. $4.38 ($4.38/Unit). + $9.51 shipping. 28 sold
- Kids Cycling Bicycle Bike Ring Bell Horn Alarm Beetle Ladybug Boys Girls Gift. New · Business. $3.00. + $3.75 shipping. 37 sold
- Kids Bike Bicycle Horn Bell Trumpet Loud Silicone Bells Cycling Safety. New · Business. $2.50. + $10.62 shipping. 1010 sold

## Related sponsored items See all >

Feedback on our suggestions

- Vintage Metal Bike Bicycle Ring Cycling Handlebar Bell Rolling Sound Alarm Ring. New · Business. $9.48. + $9.00 shipping. 368 sold
- Childrens Kids Traditional Bike Bicycle Cycle Horn Honking Squeeze Bell. New · Business. $8.47. + $6.26 shipping. 627 sold
- 10 x Bike Bell Jobot Ring Loud Handlebar Alarm Road Mountain Bicycle Bell. New · Business. $8.77. + $25.10 shipping. Seller with a 99.8% positive feedback
- 6 Sound Bicycle MTB Handlebar Ring Bell Ultra Loud Cycling Horn Bike Horn Siren. New · Business. $9.53. + $6.36 shipping
- Bicycle Bike Bell Ring Classic Chrome Polished Ding Dong Bell Cycling Accessory. New · Business. $9.48 ($9.48/Unit). + $9.00 shipping. Seller with a 99% positive feedback

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing. eBay item number: 164926614224

Last updated on May 11, 2022 01:41:21 PDT View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Material | Steel |
| Type | Bell | Vintage | No |
| Brand | Cfeome | | |

### Business seller information

Pashley Holdings Ltd
Fran Martin
Stratford Marina
Bridgefoot
Stratford-upon-Avon
Warwickshire
CV37 6YY
United Kingdom

Email: neildavis1964@gmail.com

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 14 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

**tc_shop**

100% Positive Feedback

3.3K Items sold

Seller's other items | Contact | Save seller

**Detailed seller ratings**

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.8 |
| Communication | 4.9 |

**Seller feedback (1,154)**

- c***s (501) - Past month: Great freewheel, really quick delivery. A pleasure to do business with.
- c***d (828) - Past month
- a***r (1098) - Past month: Item as described. Great seller. Thank you!

See all feedback

## You may also like

Feedback on our suggestions

- Aluminum Bike Bell Mountain Road Bicycle Sound Handlebar Alarm Ring Frame Safety. New · Business. $3.40. ~~$4.25~~ 20% off. Free shipping. Seller with a 100% positive feedback
- Widek Steel Crown Bicycle Bike Bell - Genuine Carded Handlebar Bell. New · Business. $8.79 ($8.79/Unit). + $8.64 shipping. Seller with a 100% positive feedback
- WEST BIKING Cycling Bike Bell Bicycle Handlebar Ring Aluminum Alloy Horn Bell. New · Business. $10.78. ~~$11.98~~ 10% off. Free shipping. Seller with a 99.6% positive feedback
- ALUMINUM BIKE BELL mountain road bicycle sound handlebar alarm ring frame safety. New · Business. $5.99. + $12.67 shipping. 56 sold
- WIDEK Classic Bike Bell Bicycle Large Loud Retro Ding Dong Chrome Bell. New · Business. $15.05 ($15.05/Unit). + $9.18 shipping. Seller with a 99.1% positive feedback
- Widek Bike Bell One Touch Handlebar Bell. New (Other) · Private. $11.28. + $8.71 shipping. Seller with a 100% positive feedback
- BIKE BELL mountain road bicycle sound handlebar alarm ring frame safety. New · Business. $3.49. + $12.61 shipping. 93 sold
- Widek Large Ding Dong Emoji Smiling Face with Hearts Eyes Bike Bell New Free P&P. New (Other) · Business. $20.07. + $21.32 shipping
- ROCKBROS Mini Bicycle Bell Classical Stainless Handlebar Bell MTB Road Bike Horn. New · Private. $9.99. + $1.29 shipping. Seller with a 99.4% positive feedback
- Widek Bicycle Bike Handlebar Animal Kingdom Bell Loud Sound Carded. New · Business. $13.17 ($13.17/Unit). + $15.68 shipping. Seller with a 99.1% positive feedback
- 1x Metal Bicycle Bike Cycling Handlebar Bell Ring Horn Sound Alarm Loud Ring US. New · Business. $3.59. + $12.61 shipping. 28 sold
- Widek Ding Dong Emoticon Bicycle Bell Kids Crazy. New · Business. $11.17. + $8.71 shipping. Seller with a 99.1% positive feedback
- NEW Ding Dong Bicycle Bell 80MM Chrome Lowrider BMX Cruiser Chopper Bike Part. New · Business. $15.99. + $12.92 shipping. 52 sold
- Baby Blue Bicycle Bell Classic Bikes New. New · Private. $14.99. + $19.99 shipping
- ORIGINAL Lowrider Crown Bicycle Bell IN Chrome Bike Parts, LOWRIDER CRUISER BIKE. New (Other) · Business. $11.95. + $12.82 shipping. 28 sold
- SHANMASHI Vintage Classic Cycling Bell MTB Bike Bicycle Handlebar Ring Bell Horn. New · Business. $15.99. ~~$19.99~~ 20% off. Free shipping. Seller with a 100% positive feedback

Back to home page | Return to top

More to explore : Bell Bicycle Handlebars, Steel Bicycle Handlebars, Bell Steel Bicycle Pedals, Race Face Bicycle Handlebar, Bell Steel Black Bicycle Pedals, Bicycle Bells, Steel Gold Bicycle Handlebars, Nitto Steel Bicycle Handlebars, Unisex Adults Steel Bicycle Frames, Unbranded Steel Bicycle Handlebars

About eBay | Announcements | Community | Security Center | Seller Center | Policies | Affiliates | Help & Contact | Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 28 Aug 2023 07:47:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49ee:1900:1c80:a1a:adf8:9048

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

UEK3Rle3qT1W2DuUWFzce8pz2HDPWwrJoSKCY1rR32xP4Z6HPynY9y8QIWEAANQUDsLdatzb+A2DFvt018+rDG8muwsgSEoSPMy6H6S9TXnoYHJA8IZz9W/OSwDQDK6F5IdH521/o2g+pvufHt3lgwWp6d9d0owG+0URbzmR2KrKJgsbt9iSkOejc+eqsPdhJ+GrgPWnB8X3QTiOUOB
+QzRcUBwm2jmCYnVHKJASDBqEzWDNRALA22r5ST3CGlkOAwNSY0fVRuTLW1AGzXfI3MImHEAlvnD5inKElnrGujUlirwfiIvxEOT3T4Vb8Jcq4oJ+50VrFaADkSbxPIIwSw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Mon,-28-Aug-2023-07-47-38-GMT.mhtml

**Hash (SHA256)**

f1ffee6ae0fe0d407978076bfc1662fe48dc70823e8724490b7a317efc5d30f2

**Signature (PKCS#1v1.5)**

EuCMyHTM9A2brAksnVDCgA+Elt9KAOqBtVyjnX6Y3oIGkfyPEP8E4jgZoXUVekI0f38VZ0hxe6Jy5BWr8FOw0DAAAvsFXAs956/sLck7wXcMooQ8j+dGDua/svC/G1Fie6BxZq7TkE7jbJciuwNMaUSl0z/UvaOgwPYIIGYa9J57uXgDHiLmNrPcYgRxAh4dm0/IgNAVoIUovhRbfuk/
O9uRLlIEZYvUloF1k0zO983l8NhKKhyu4a5HMzNNnUuNWi3YmA59SFHys3SukVYzA9hab3hC2h+KJc/n/SzBPaBr1FrYyiNC1aL/JhWhLOEdJFi/LrKyNGRi89cWf6VS3Q==

ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Currency**

GBP
Change currency

**Review item and shipping**

Seller: tc_shop Message to seller



Widek Smiley Face Fluorescent chrome steel bell Fun Kids Adult bicycle handlebar
Colour: Yellow
**GBP 7.99**

Quantity
1

**Delivery**
Est. delivery: Sep 15 – Sep 19
International Priority Shipping
**GBP 14.09**
Includes international tracking

**Import charges**
No additional import charges at delivery
**GBP 0.00**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 7.99 |
| Shipping | GBP 14.09 |
| Tax* | GBP 1.55 |
| **Order total** | **GBP 23.63** |

You agree to the Global Shipping Program terms.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: Happy Easter shirt, Easter Bunny, Groovy Easter, Cute Easter, Smiley Face Tshirt, Tank Top, V-Neck, Long Sleeve, Sweatshirt, Hoodie : Handmade Products

**URL**

https://www.amazon.com/dp/B0BWXRHB1B

**Collection Date**

Wed, 16 Aug 2023 11:51:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

n3UsMvnUF/tUiZsc6zVKkYSE/O8GO+p5zNWRo97qkkEfFwO0qVAK7KZ23rg+0ZvnV0GkHg/dHNb1u4mOb7ZddK2CT0Rh1g/GdyEpCDZTKppophzRZrPRUQoNHZ5T6Xz8O8YFiQjukeyuffl486X4+nFvW7fas4TfTDH+xt6GMa25ge1VOG4qY/
UKykb6d6yQvefO7W1M10LNDYF0AY3C3unOLbxUHIbAQ/Iq+GpVxhm1dT+25yWa/ITfbfhYyvDVp9ZWWWgJiylhQqonW56JFPr7oJcDYuwa7n9FSZPjG6ai7KS8kroWLWGhrZF5qy9WP/Os0zxnzyBtcyoO8M7QxQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BWXRHB1B]]_Wed,-16-Aug-2023-11-51-06-GMT.mhtml

**Hash (SHA256)**

d9f3f0ba147feffe0dd3297d478a02f2f0a80b157fa55ffee2d0b144dc1fd448

**Signature (PKCS#1v1.5)**

U9GfEy0a9lHR4kVBfSxPO1upt7Fr37cWmcAiFxN1SA+fO+QT0aO8Amkb1Iw2E/GV4j8c4sAJDC4asECA2ngZNIc5mHM37AFts8aA2JnTq0ZjRFH25A5Uh4d3pvrhFUyeQ5rtODaTiAMwwEyWftNt+zmtHPG3pyAMYRHRfearHErUnqsEz615tZq8VJfxxYSjpwjEHaCpvUsASNy
+BmeeDJmohLHZTfJMcMZZzjO/31TCr9YBc+C1RC9KMdvb2mQcDMQKKtUzRY+LMzH/douQugr01q/ggnLvMROLXNQ2TwKeJ0fd7+B7jeJl1KL0SqHHrPWjQ5uBoLk/oBVcPC5u9w==

amazon | Deliver to Jade Miami 33132 | Handmade | Search Amazon | EN | Hello, Jade Account & Lists | Returns & Orders | 1 Cart

All | Medical Care & Pharmacy | Back to School | Off to College | Customer Service | Today's Deals | Amazon Basics | Buy Again | Amazon Business | Household, Health & Baby Care | Livestreams | Free Shipping | Beauty & Personal Care

Subtotal $39.99

Go to Cart

handmade | Gifts | Jewelry | Home & Kitchen | Clothing, Shoes & Accessories | Wedding | Sell on Handmade

Deco 79 Mango Wood Bell Framed Wall Decor, Set of 2 16"W, 16"H, Brown 28 $41



Roll over image to zoom in

## Happy Easter shirt, Easter Bunny, Groovy Easter, Cute Easter, Smiley Face Tshirt, Tank Top, V-Neck, Long Sleeve, Sweatshirt, Hoodie

Brand: Teeify

$20.99

**Size:** S to 5XL

**Color:** Multi Color

Customizable

Customize & Add to Cart

By clicking "Customize", you agree to these Terms and Conditions.

Hi! Welcome to our store where you can find high-quality, trendy, stylish shirts!

**Please choose Expedited if you want to make sure the gift arrives faster!**

Our shirts are soft, comfy, and durable. We have Unisex T-Shirt, Women's T-Shirt, Unisex V-Neck, Women's V-Neck, Unisex Tank Top, Women's Tank Top, Long Sleeve, Crewneck Sweatshirt and Hoodie.

**Customize** - We are happy to work with customized orders! If you have a design in mind, or if you want to change anything about the design like adding an image, a hashtag, or text on the front or back of the shirt, don't hesitate to message us. We love creating new designs!

**Sold Individually** -The price is only for ONE shirt!

**Great Gift Ideas** for yourself or your mom, dad, husband, wife, sister, brother, daughter, son, grandson, granddaughter, uncle, aunt, friends, children or relatives on certain special occasions such as Birthday, Halloween, Christmas, New year, Father's Day, Mother's Day, Anniversary day, Valentine...

**Please select the type of shirt, size and color according to the size chart and Check the size chart carefully before placing the order.** Our sizing may not be the same as the brand you used. If you are between sizes, please choose a size up. This is custom-made so we don't take any responsibility if you don't follow our size charts.

Please note: The design color will be changed according to the selected shirt color, you can request a specific color in the Customize input field.

Thank you for your support!

- Various Types Of Shirts To Choose. Our Shirts Are Soft, Comfy, And Durable. We Have Unisex T-Shirt, Women'S T-Shirt, Unisex V-Neck, Women'S V-Neck, Unisex Tank Top, Women'S Tank Top, Long Sleeve, Crewneck Sweatshirt And Hoodie.
- Customizable/Personalizable - You Can Request Us To Customize The Designs Printed On The Products With No Extra Fee. Please Check The Name Carefully Before Ordering. This Is A Custom Made So We Do Not Take Any Responsibility If The Name To Be Customized Is Wrong And The Product Has Been Sent.
- High Quality With Various Colors And Sizes To Choose - Our Shirts Are Made From Light, High-Quality Cotton For The Most Buttery-Soft Finish.
- Produced From Usa. The Design Color Will Be Changed According To The Selected Shirt Color, You Can Request A Specific Color In The Customize Input Field.
- Satisfaction Guarantee - If There Is Any Defect With The Product, Please Send A Message With The Product Photo For Replacement Or Refund With 30 Days Warranty.

Tezzorio — Transform Your Cooking Game with Tezzorio $13.88 prime Save 7% with coupon

Sponsored

$20.99

FREE delivery **August 25 - 31** Details

Or fastest delivery **August 21 - 24** Details

Deliver to Jade - Miami 33132

In stock

Usually ships within 3 to 4 days.

This product needs to be customized before adding to cart.

Payment Secure transaction
Ships from Teeify
Sold by Teeify
Returns Eligible for Refund or Replacement if damaged or defective

Add to List

## Product specifications

**Technical Details**

| | |
|---|---|
| Production Method | We print our designs on plain shirts by heat transfer method. We use premium vinyl and an industrial heat press to ensure a long-lasting product. |
| Target Gender | Unisex Adult |
| Closure Type | Pull-On |

## Important information

To report an issue with this product, click here.

## Product details

**Department** : Unisex Adult
**Date First Available** : February 27, 2023
**ASIN** : B0BWXRHB1B

## Looking for specific info?

Search in reviews, Q&A...

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

No customer reviews

**Review this product**

Share your thoughts with other customers

Write a customer review

120 Pcs Glow in the Dark Party Supplies 60 Light up Glasses 20 LED Cat Ear Headband... $80.99 prime

Sponsored

## Best Sellers in Handmade Products

Page 1 of 6

- 14K Gold Filled Small Hoop Earrings for Cartilage Nose, Tiny Thin 7mm Piercing Hoop Ri... 6,320 — #1 Best Seller in Handmade Products — $11.98 — Get it as soon as Monday, Aug 21 — FREE Shipping on orders over $35 shipped by Amazon
- Cats Dogs ID Tags Personalized Lovely Symbols Pets Collar Name Accessories... 18,015 — #1 Best Seller in Handmade Cat ID Tags & Collar Accessories — $5.98 — Get it Aug 28 - 29 — FREE Shipping
- 14k Gold Filled 20G Double Hoop Nose Ring for Single Piercing, 20 Gauge Small Thin 8m... 4,941 — #1 Best Seller in Handmade Piercing Hoops — $12.98 — Get it as soon as Monday, Aug 21 — FREE Shipping on orders over $35 shipped by Amazon
- 3mm Tiny CZ Screw on Flat Back Stud Earrings,14K Gold Flat Back Cubic Zirconia... 229 — #1 Best Seller in Handmade Stud Earrings — $11.95 — Get it as soon as Monday, Aug 21 — FREE Shipping on orders over $35 shipped by Amazon
- Locsanity Daily Moisturizing Refreshing Spray for Locs, Dreadlocks - Rose Wat... 5,054 — #1 Best Seller in Handmade Hair & Scalp Care — $19.99 ($2.50/Fl Oz) — Get it as soon as Monday, Aug 21 — FREE Shipping on orders over $35 shipped by Amazon
- Retractable Lanyards for ID Badges and Keys, Cute Breakaway Teacher Lanyard with Badge... 338 — #1 Best Seller in Handmade Lanyards — $9.99 — Get it as soon as Monday, Aug 21 — FREE Shipping on orders over $35 shipped by Amazon
- Discovered Designs Mailbox Number (White 3" Number, 1) Premium 3D Acrylic Self Stick... 134 — #1 Best Seller in Handmade Signs & Plaques — $3.99 — Get it Aug 23 - 24 — FREE Shipping
- Engagement Gift, Engagement Gifts for Her -'Engaged!' Soy Candle, w/Champagne On Ice I... 625 — #1 Best Seller in Handmade Candles & Holders — $18.99 — Get it as soon as Monday, Aug 21 — FREE Shipping on orders over $35 shipped by Amazon
- Safe Space Wall Hanging, Therapy Office Wall Decor, Counseling Banner, School... 44 — #1 Best Seller in Handmade Garlands & Decorative Banners — $14.99 — Get it as soon as Monday, Aug 21 — FREE Shipping on orders over $35 shipped by Amazon

## Customers who viewed items in your browsing history also viewed

Page 1 of 6

- Cornhole Wraps for Boards Vinyl Decals (Set of 2) It's 5 O'clock Somewhere - 25+ Corn Hole Cornhole Wraps... 25 — $39.99 — Get it Aug 25 - 28 — FREE Shipping
- Skin Decal Vinyl Wrap for Cornhole Game Board Bag Toss (2xpcs.) Skins Stickers... 205 — Amazon's Choice in Sports Fan Tailgating Toss Games — $40.95 ($20.48/Count) — Get it as soon as Monday, Aug 21 — FREE Shipping on orders over $35 shipped by Amazon
- Cornhole Wraps for Boards Vinyl Decals (Set of 2) Challenge Circles - 25+ Designs Corn Hole Bean Bag Toss Cornho... 17 — $39.99 — Get it Aug 25 - 28 — FREE Shipping
- Personalized - Cornhole Wraps for Boards Vinyl Decals (Set of 2) Carved Tree heart - 25+ Designs Corn HoleCornhole... 21 — $54.99 — Get it Aug 25 - 28 — FREE Shipping
- bellblow Stethoscope Name Tag Personalized, Stethoscope ID Tag with Name and Birth Flower, Custom Name Tag of... 47 — $12.99 — Get it Aug 31 - Sep 13 — $6.99 shipping
- Cornhole Board Wraps & Decals Cornhole Wraps for Boards Set of 2 Corn Hole Decal, 20+ Designs Skins Professional... 5 — $39.99 — Get it Aug 25 - 28 — FREE Shipping
- BellBlow Stethoscope ID Tag - Personalized Name Tag- Handmade Nursing ID Charm-Graduation Gift For Nurse (Custom... 229 — $12.99 — Get it Aug 31 - Sep 13 — $6.99 shipping
- Cornhole Board Wraps & Decals Cornhole Wraps for Boards Set of 2 Corn Hole Decal, 25+ Designs Skins Professional... 58 — $42.99 — Get it Aug 25 - 28 — FREE Shipping
- Cornhole Board Wraps and Decals Cornhole Wraps for Boards Set of 2 Corn Hole Decal, 20+ Designs Professional... 1 — $39.99 — Get it Aug 25 - 28 — FREE Shipping

## Your Browsing History

View or edit your browsing history

Page 1 of 4

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Start Selling with Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon | English | United States

Amazon Music Stream millions of songs
Amazon Advertising Find, attract, and engage customers
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Book Depository Books With Free Delivery Worldwide
Box Office Mojo Find Movie Box Office Data
ComiXology Thousands of Digital Comics
DPReview Digital Photography
Fabric Sewing, Quilting & Knitting
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Warehouse Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Blink Smart Security for Every Home
Neighbors App Real-Time Crime & Safety Alerts
Amazon Subscription Boxes Top subscription boxes – right to your door
PillPack Pharmacy Simplified
Amazon Renewed Like-new products you can trust

Conditions of Use | Privacy Notice | Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 16 Aug 2023 11:52:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

pLPe6ox6OnoskLNrPbvtDI8Iy4ajABcGZCnHhvvOSzsm45pidlZ6mxwuWWrYSFPZy5c1hBYFHODoYiLql23gpLGa8VM+zvMAYLFkIr2imsRFrUgXQpZLNo+VBNCqS2efqL1e+bFpGrwCPynFQeV2cc6SiNIjUg/
Ic0zastw57UAROgvyBNZ2E4N59uUmQlYy7QD8aNCyulDp6xu5IURdqTa3MMUITBpAIGVHSf1cLggrgGFc94w9CgDx9GSebpTSviNWgbJULOOSsEG7vG+Zn47dI+Yu9lAi0M1YT/yX35vYOcQjmIWxJNNmy2xZPVQMLrpcBMtg0RvslL0GjCuB6Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-16-Aug-2023-11-52-43-GMT.mhtml

**Hash (SHA256)**

c3f8aa0c06bffd7fc578a1c42cd6190e22a559ab4c8c1da9bf511983f021ef46

**Signature (PKCS#1v1.5)**

d0p67voGqlPDl8QOK5zjeB8XLiw2pIg9EH8rzBRudSzkPlh44oShLnJub082/9F+K1SlnpFghAFuJ9LxBJ5BgJbn92914O0Uv4g8q/m2QVJ8EYQhweV4TSMgS9Qv9puN3XcCpbowKz3h0Qo/HpQEJCP9OOcsQPenc/x5GAJwY0N1/
OSQcjeURs88kiePcpW7aioNA1XpECjgrY9nvLrw2ey1kkPjxtLuyYQlSV0hwOHhfsfwDldBrSkJ/+uGyeCMkXJRSFrvqXpkDYuZ3dk3SOWdKb8p7ZTUb7Gr79KvJKIseZ6sqUZ0pcthPuB19exI4sfoOXJ/hJgKzgMB9SgY+Q==


amazon

Checkout (1 item)

1 Shipping address

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

2 Payment method

VISA Visa ending in 9985

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

3 Offers

4 Review items and shipping

FREE TRIAL

[redacted] we're giving you 30 days of Prime benefits for FREE

Try Prime FREE for 30 days

Estimated delivery: Aug. 25, 2023 - Aug. 31, 2023

Items shipped from Teeify

Happy Easter shirt, Easter Bunny, Groovy Easter, Cute Easter, Smiley Face Tshirt, Tank Top, V-Neck, Long Sleeve, Sweatshirt, Hoodie

$20.99

Qty: 1

Sold by: Teeify

Customizations:

Type of Shirt: 1. Unisex T-Shirt

and 2 more

Gift options not available

Choose a delivery option:

Friday, Aug. 25 - Thursday, Aug. 31
FREE Shipping

Monday, Aug. 21 - Thursday, Aug. 24
$10.99 - Shipping

Place your order

Order total: $22.46

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Order Summary

| | |
|---|---|
| Items: | $20.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $20.99 |
| Estimated tax to be collected:* | $1.47 |
| Order total: | $22.46 |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

50pcs Different Cool Smiley Face Sticker Pack Waterproof Graffiti Phone Decal | eBay

**URL**

https://www.ebay.com/itm/385762577141

**Collection Date**

Wed, 30 Aug 2023 06:35:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

sucVjIagacWE4ohAVGn0Il11Dw2LdX8ULi7GVwswOP0LChHqIxFfsfDujrx9L3a97jgQP0fBSXZxhbB1Ja/6Yi+xmQ7mChfmOZBmLspWuH7suEh59e1923/V1riGZYgNMTio//l7hAIICPYc9BZTwmCtu7KtMFcWiie62wdtCQYiP+B28rGZDRErzl
+mC7REPIbkwS2YKOI7Lo4LBf6N20WEYrgFLMEoMMsZyceKQUlUJMdXdn73nFv1af5VfM3orx+7/koQPDmCFIddoPb9GQUWLcnZ6RRrG4YewEWHyPGVHhrOrUyN9ty0a0wmh3Z7em1BRkHdaN+YGGgahAR3iQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]385762577141]]_Wed,-30-Aug-2023-06-35-37-GMT.mhtml

**Hash (SHA256)**

1385a9043c8f55681c377de9b2861ee066d681615f28cb4837e5381482b94f09

**Signature (PKCS#1v1.5)**

jmVJ1sAuVIjmakS3LwEuN9zES5UjRcpK8EhOoTzWBtDaZpDozDz7RlLD07SBSoQb7zYHmGpXlzA6kvx/r0O9FivPjjouzYcjpWC96GYvtIMNdcJdpVqMxipPGFsGi97UySp6jcLDZrcGCW6WXkslVPb54NEzXTiCBpjTM
+VbppruYyyG5Uc6xyc2LVNlYJPrRLS1rleXhQUJy5k7KvMSZnGtHhBydYxuH3ZO9AnXKILEWD3uu4YN7r5dFEjKqcarzf7IgXURKB4uX4djHDlceB4WpD4uV/qFi3KpF5T9kB+OShlg1hCGxqgG7FEzyojfj8FPRp1pg4P1iXcbGiIXjQ==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 30 Aug 2023 06:36:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

cbDiqYf8qqslwzq8MRMkAR3p4RGxI7+HYT28i8pdbdSIwJltUjuqVjkEqg9D0aPkzIV/wcTSqmLbw//h68gBT1EswHvluWLdpImvb3ub+8b2D7MLWRJXO3E3FKKxjMUSYi/QxW2iYvXOX9ASJUbUwog2dlIdfIC73oAey7JNYJFb0JGxpmt8H5yhFVj5P0gTSaBRz
+nW7+umL4PPNe5if7SsLfPTK9wuWF1yerbghdomGHLMYiLexVH83BViPPcfDJX0Ek326Ec6fp/QdbONw16iRXjWJjx/7sFu3yXuOPx6DJ8OosL1LKJa9nD8fiHq5r6cGWCaIYlMzJN01RU1nA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-30-Aug-2023-06-36-37-GMT.mhtml

**Hash (SHA256)**

075eb93d6f169219bae8d23d20f03a12593e6dbe3bd26c385a04a2e20cec0f6a

**Signature (PKCS#1v1.5)**

ovWmuDzpNpaXRpB7fq7orRSFyTzOw2It63OZx3YaM2SfbMr6MxPG5uTx6sVOVCvvQjCxuSU2ocxcbeIogsSFaoAMocxOkFKiMTM0tqriFwnwd+5IMuJ1wtmIy29Kg2KWhqbSjA1YdCL+n4DriZXMsFbgWFoxhW+EzBcDBzYKrlfFo6wQ54O45wo4S6/
JPAYIvYzW8UAhXaCFPHwKaPISmaM7PICTaWu3oX/uT5QbwYTGg/AGwCEXt8zY/PmXnQ+T3i7dQNXiP4Tnc7XM7454UHI7+mtQAQ/asfBoykOZOKMoZzCkSG4HpvaNW/fAdYo8Gidz97u53SlHKQl0rar5lQ==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Gold Plated Smiley Face Dangle Earrings | eBay

**URL**

https://www.ebay.com/itm/225153191548

**Collection Date**

Mon, 28 Aug 2023 07:24:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

j+ydDISqeTF7SAuTiFqDDgDpVsK4zpQw1qZuDWXX1EAU1Olwu67tWMoJcVIBJFVuabs6Lv/kUZo/AxEUcYjRye/6xjIzKvpdUFlSt7o/axvxPnU/e3F5MvzPEJiwNEQCFdmSTiIkXEVTbT2oJGsVteEd1npE14rDmxnVFiMTvtI=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]225153191548]]_Mon,-28-Aug-2023-07-24-40-GMT.pdf

**Hash (SHA256)**

ad67d69ae27d5e41d3c71d8a2406c9067eabfeb75ce3ab51f7f4a42cee58c06b

**Signature (PKCS#1v1.5)**

oGnunQACLxfDeF3VvGpuNt40nzEU+s57Dn7/vlEZC4Xktl+vxhQVbl4pIN3a/vcwaTfHKZnzLiE7g6cieY7RKf6I6b4fotZAkchkMYSdCwCdrqP3NCRd5aHl1bePZtPOuXG1pfVbY0IVlNgEqh3IT4/Cpxu4lvfOVSA50FInQvs=



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 29 Aug 2023 05:45:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.74.192

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

JT9mF4V2F+yb57tnAS2JzrLdWqOVSbC7c7ibeCOHjFeA9X/NN5In/vE/bdo3TOGqHdC0hiv4ifNKiHpNcIOLIV80BbNWydwNikdmVRHGAYQYewEyA/TXLSqhmnM2JDTtmsF4WodlPZSMrrthCkyeGLMFXnbRwMHakFkls
+TyQpZdUwS5aQmfBDchdcpmC5rlkvfdimWCz9xPdw0wiGUjh66dxEMCB0WuAQUR0nDGS/86pfSULFda6dSSdjnBrXO8SSRD01v9r9oCaqihm+pieszutCT+VXzqz48sVux28csWuyNebgbAW5xJAkBTIbXSB0lfMdBuoxlr7LhpgmzESg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-29-Aug-2023-05-45-19-GMT.mhtml

**Hash (SHA256)**

cdfd27ec9d869e4270d790dcd0c729a078143c65259e20e027469b519bd65ee9

**Signature (PKCS#1v1.5)**

XaVshC4/3OUsMRhgT0l/qnSFpzpFBWq+VtD5JN2aWpl/ZBB/Tj6zSP0nySsNLXUGNa/HZ6oN2xNWDQyFRNNBCWfQzLJN7rMkuKc53N0+rGA4FmB/QxIqKkUcw6uex6nHgPJHUVLL7bSDDAO174Jwtf/Vh2WZgzGbX/agvjDRAF5cnKzUYSKm4sqwTWj/
D91YPafm6McT4SPNWZfYLplXewyOcTJN8qCmSg2DKHIp1XkOnD0lWZJH370/w9Sby1HMQUuPBJsMii7FUZcjyDcWA8VqYBQpL5NlxgLwORОdDTzF68Ji2VFLWoqF9lCIuMy/EEXXymk4CU/g+ye60r11sA==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Currency**

USD
$1 = £0.76036
Change currency

**Review item and shipping**

Seller: terri0702 Message to seller



Gold Plated Smiley Face Dangle Earrings

**GBP 3.75**

Quantity 1

**Delivery**
Est. delivery: Sep 16 – Sep 21
International Priority Shipping
**GBP 13.96**
Includes international tracking

**Import charges**
No additional import charges at delivery
**GBP 0.00**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 3.75 |
| Shipping | GBP 13.96 |
| Tax* | GBP 1.24 |
| **Order total** | GBP 18.95 |
| **Order total in USD** | **$24.92** |

Current conversion rate: $1 = £0.76036

You agree to the Global Shipping Program terms.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: Lot of 6 pcs New Smiley face ( Size Approx : 3 inch or 7.6 cm ) Retro Hippie Fun Smile Sew Iron on Patch DIY Applique Embroidery

**URL**

https://www.amazon.com/dp/B078QYR3RF

**Collection Date**

Tue, 15 Aug 2023 07:01:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

QTeIR4/eqJGo6acAGQcoZDNzYWukKHy9Ap5vwSPBzYoQQ7/8W62Rdfa78qKIPRfNm867yMHIMxR1fq8J3kzIvVIE97wPr/aJo6NNnZudwcVK955T/wc+MxpFxXrGETx4h0uMuz8RUnStOtuH8YvMay5hcBGyBtv9+nqgyJ8TYYi3dLu84SbJ0xTphHbcnNWz6ND31+3G32yz/dUzVibBqrw40zeqrcvhVm2kmfPkEHv0jPeDjk5h+sNPmdsSDhPtKiw9DCf1qGM8seXpE7OcnPbI4w9/ou6vmRu9Avry0co6sXjoPnXQYkf5OmUSc360+jR3mhooUwUSLCz36EU6Fw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B078QYR3RF]]_Tue,-15-Aug-2023-07-01-39-GMT.mhtml

**Hash (SHA256)**

719f0f0f7c33d73f04c603d57d4a0e0d73287368daab36487eb42e61266b1f6d

**Signature (PKCS#1v1.5)**

Qrs8K1hvUgNvJ1CbEYTN3cjY39jg+gNEFiW6ZmdhVeqa/adjveTVhLiNaECITO8Tu3cvpP5fk/fjWhpuAZlmMY+yLtDAJp0xbYw3KUrMFbvXMTxOjfjCeCyshE2+vxWfBBWa/0A1TneNf9zOhf2COuuLWVyDfPILbWpHsHl6OIIZXT3YY1IGfp9SsIjL9nZrXjHZdGM3y27O2T/oSQWJ6TIx6V8iy8ps1nvoS7maVIkkIDe+hX+ZmzCEwInvecoc16Sx7QWx9WJjdfwpEpstsg5C4GsCOrQHLebRrF+OTTebsJGZfi2nLUSevvFArqq4+yeAQsFEFFjaMgkAxIFC/g==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 15 Aug 2023 07:05:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

pfmrOVrMgd7WV9LP9+VnPQ7kVdlS8aEBtnKiuhRyQn4cN5k4LqJ/Dy32SGipvqNcG0fyIUYaFYeDqrm5OgjGhVscjCINdW0mWRimI7awyet0mVrLMzuK2Rw2JDx5IdCOvsxMAo1adgEjSWJ/Jj7K3Ao7//
pTI0OYnXVtYxyVRLNM3zhGqRNNZH8vtEcyGtzfc0AU74TBUxdsGvqZ6rwVV5A78MHBriN7fGaMU8vYIyZYjfM0MAnUfRsFTtdz7IZx6GXmiNqVCjMpB/x5rFD8t5rx6/eqY0NJMJ61pDdfoFKXW4GIwExQqSWtkt5JXfpmwEtt/dtdeFh2eTIUL5VT5Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-15-Aug-2023-07-05-16-GMT.mhtml

**Hash (SHA256)**

f5fa907d2f375e18374ce628ed2e895ec49a282434708138af4709d3dce78938

**Signature (PKCS#1v1.5)**

LqqqoCWgX7IgGS4F1HilNW0p6oANwbS9uyH/ge/x8pUyeg+cM4km9BmTjOHB00OTPhY1vvowWLRNlwT9d/LZ8bBFAhTYPo4/n5QNaKKAopgQupPwFGjYnyt8HiDQj1vIOXmXSTOVQSsu3l9CISZNVbj1W/44F3r8XgpqmSQ/neENA078OAx8jiqUOd/hx0rJa3epFqzQBK2Uzyyk3imzrN
+BAx7yErxjU7hCFxTnjp8POpwmL03qpxGev8y9+oB1FL+Op95EGvIsy0Ui1H9TLqIbIcQvBqqCWooh//KPZjnqghZHk7ltnXS3rjWlZdbYGnhkb9vKNpdVErRyDW4WhQ==



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

10 x Smiley Happy Face Baby Buttons Sewing Knits 15mm 5/8" Choice Of 15 Colours | eBay

**URL**

https://www.ebay.com/itm/314229705685

**Collection Date**

Mon, 07 Aug 2023 04:36:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:497f:e600:b95b:2e52:205f:8608

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

BKMPkv4Izp/OHsGft57zZ5d28/RxD+fWQ7lL/64FqM7rjnFj00/OO4gIoSB3IaMeoTELY8/69wMhw0WarxCM3ujxjSMUZM+ppFWUZVe3tpPHS+ikWx0dIMLOcjs+CeMzCI4KzzHfQaEkP4WvAKywS80jCiAaGf278+OsR0FMVJ4Bw/CKyhZWCT/3NCVwFViHsjh29k9YNISj0/hVQEYQnRIXsJBA/JyuRl/At1/DcgMm/9DyYIMU/QmFSpNH6ixwmS3s8HhRnxikOfmUZywt9KLcSb3IaJ2HLzXatQlv7uC9nteLkDiA/tyt8li+X+BK/qT5FxRimTknXbvf4C1Hhg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]314229705685]]_Mon,-07-Aug-2023-04-36-25-GMT.mhtml

**Hash (SHA256)**

265f784a9973b87886ed55e66ab9f4625e0d8d019a36b5ec7491cf9fd8558300

**Signature (PKCS#1v1.5)**

ipQqvIaz2+IGpXpcKuGlc0F7oYd2zsyqfzvSQfHzW4O5S3okusSh+EcA/obbsuiTa1gLs7olQ49k1HJoYDjAOooVrHS0YO1MGfbCrnquyQKoFOzgdrnDKzRJVBUq329YGvzOTf4F2WYy1p8hK4FVr9YXp8+Dh7GT4HzxtvS/o/orD7i70lsQkD1BM/fkN3JjYLt10DOTVPmviV/bMS09dWu06vpwmvBFZr6U2CHbktIVdOu5Lq1Hp0Ar6Ve6EWy4jf8Vj3jKM71na3No4yMhUMXOrNzsMRmcajDAlksWb8UHa41HNc384+dq1WU7Ygcq56KDvV/dW4Hjn8ogDa8NqA==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Collectibles & Art > Sewing > Closures & Connectors > Buttons

Share | Add to Watchlist




**10 x Smiley Happy Face Baby Buttons Sewing Knits 15mm 5/8" Choice Of 15 Colours**

Condition: **New**

Colour: - Select -

Quantity: 1 More than 10 available / 132 sold

Price: **GBP 2.49**
Approximately US $3.18

Buy It Now

Add to cart

Add to watchlist

**This one's trending.** 132 have already sold.

**Breathe easy.** Returns accepted.

Shipping: **GBP 13.93 (approx US $17.77)** Expedited Shipping to United States via eBay's Global Shipping Program . See details
Located in: Saltburn, United Kingdom

Import charges: **Free** amount confirmed at checkout

Delivery: Estimated between **Tue, Aug 22** and **Mon, Aug 28** to 33132
Includes **international tracking**

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA Mastercard AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

International shipping and import charges paid to Pitney Bowes Inc. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
thebuttonseller (15144 ⭐)
100% positive feedback

Save seller
Contact seller
Visit store
See other items

Registered as a Business Seller

$ Have one to sell? Sell now

## Similar sponsored items See all

Feedback on our suggestions



Pack Of 6 x Smiley Happy Face Baby Buttons Sewing 19mm Choice Of 14 Colours
New
**$3.56**
+ $14.26 shipping
Seller with a 100% positive feedback



Flower Buttons Daisy shaped 15mm / 24L Colours Pack Of 6
New
**$2.68**
+ $14.24 shipping
Seller with a 99.8% positive feedback



Baby/Children's Coloured Hearts Buttons 10 Colours 6 per pack Free P&P
New
**$4.15**
+ $14.29 shipping
**40 sold**



Cute Baby 15mm Face Shank Buttons Various Colours and Quantity Crafts Knitting
New
**$3.19**
+ $5.74 shipping
**111 sold**



Novelty buttons - Happy Face Baby / Craft 15mm in 5 colours - 10% multibuy
New
**$4.78**
+ $14.30 shipping
Seller with a 99.9% positive feedback

## Sponsored items customers also bought See all

Feedback on our suggestions



Flower Buttons Daisy shaped 15mm / 24L Colours Pack Of 6
New
**$2.68**
+ $14.24 shipping
Seller with a 99.8% positive feedback



ABC Buttons 18mm Teddy Bear 2 Hole Polyester 24 Lignes
New
**$2.62**
+ $14.24 shipping
Seller with a 99.6% positive feedback



Mill Edge Baby Buttons various colours and sizes available knitted, Baby Clothes
New
**$2.49**
+ $5.74 shipping
**3487 sold**



10 x Pearlized Round Baby Buttons Sewing Craft 14MM 11.5MM Choice Of Colours
New
**$2.87**
+ $14.25 shipping
**43 sold**



HolmeCraft® pack of 100 star size 22 (14mm) assorted baby button pack
New
**$6.63**
+ $14.36 shipping
Seller with a 100% positive feedback

About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: **314229705685**

Last updated on Jul 14, 2023 03:35:02 PDT View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | Unbranded |
| Unit of Sale | Pack | Type | Shank Button |
| Shape | Round | Material | Acrylic |
| Suitable For | Baby Items, Blazers & Suits, Costumes, Crafts, Drapery, Jackets & Coats, Shirts & Blouses, Upholstery | | |

## Item description from the seller

Smiley Face Buttons

This is 10 x cute buttons
They have a lovey smiley face design
These are perfect for knitted items, sewing, clothing, crafts & more
The buttons are 15mm approx.
For a wide range of buttons, yarn & much more please see my other listings

Items are posted daily second class via Royal Mail, we offer a faster service at a charge if you need your items quickly.
Discounts are calculated at checkout but please add all items to basket first so the discount can be applied.
If you have any problems please request total from seller.
If you have any questions please click the contact seller tab above.

### Business seller information

Holly & Hopes Cabin
Nicholas davis
7 Laurel Crescent
Brotton
Saltburn By The Sea
North Yorkshire
TS12 2SF
United Kingdom

Phone: 01642274686
Email: giftsnmore@hotmail.co.uk

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.




## Holly & Hopes Craft Cabin

**100%** Positive Feedback
**55K** Items sold

Visit store
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this store See all

Toggle Buttons | Dress It Up Buttons | Children's Buttons | Variegated & Striped Buttons | Fancy Buttons | Every Day Buttons | Wool & Yarn | Knitting & Sewing Accessories | Cross Stitch

### Seller feedback (17,595)

This item (34) All items (17,595)

w***w (3711) • Past month
Great buttons , just what I wanted thank you .

m***l (162) • Past month
Great novelty buttons, good price

m***l (162) • Past month
Lovely novelty buttons, well priced and fast delivery

See all feedback

Back to home page Return to top

More to explore : Button Sewing Foot Sewing Machine Feet for Baby Lock, 5/8 "Size Sewing Buckles & Straps, Knit Sewing Elastics, Charm (5") Fabric Baby/Toddler Sewing, Knitting Baby Baby Crochet & Knitting Patterns, Sewing Buttons, Metal Sewing Buttons, Sewing Plastic Buttons, Wooden Sewing Buttons, Baby Lock Sewing Sergers

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 07 Aug 2023 04:40:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:497f:e600:b95b:2e52:205f:8608

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KIATu6SV33Fm9CsMsGbLWOQKyqtKY495OfZLz9i0zJ1PCSWEGeQQU9l5O6YGIfmbwWeQVjVPzSkOOp0M1m6bqcCmlOwpAcokoJ1UvMBxfwGIzZ1tODcr8Uc5ziP9UgzayIXcmwXnsRfrvh5jsJ1c7Tljl/Oq0HapwVL13ywxWKctA7dE4ZfjUT+rgyP0ThwC5/
tcwzH3tISRut5JykuhIFNbaCMdGp1uPwwBMWYsZzY0sU/LGIvk6c+3dBleAlnSFUE04Rdl7m0XK7kmJo5mwgYvWy1YBXElFbJg/QAeGCGSK6mPcL2PGhq89gX7f3N1FlPcwn0WZmGt7TXg2ZQRXw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Mon,-07-Aug-2023-04-40-31-GMT.mhtml

**Hash (SHA256)**

869448d8cd14f9a533e856660ebfbbadbf1c71dc760275ae7df421695bf54af0

**Signature (PKCS#1v1.5)**

XYyCziMoYpgmEhL6/PreV5ekpYcZxpY+JRm2KsQcOyldwwB3lWSl79EkEdLuOE0mYtjcVQmeNOZLd+Cp5Tf/TwUz+4ys3syl6eX+/
B3sAg6KXZJWHwtCTdSwVONnbXP5MgWWgqQBS9murEBSImLuFmkbAW4sCNoVlXpxeiUECwGJkv153ssiXAA7vowfOA5PVZhvshAHaovgsLZ4EcleZMs58DDMHLTEVs4sBdHOX+gnJTM5a6O83aqgPG5y9GijVjadcffFNbftq4yWhkl30KtTEORnR+4w4skgfqIfuBpFzYRlKu
+jaFEyoOGpezksGgGkzGkyQOsesIzVCp9eXA==



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 14:19:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:491d:2d00:69bf:7906:a752:afb0

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PTGnsIl1OsG3roIrrlEOAyVKB6yF+9W6hoFPPWTfKnHQhHj9xBs/kna/9cgMTEHC6n6Q61eFGRH79K7oIjdkismFBNYqSQyJ+sEJ6x+xOQ4/edvz2cfIa1PoESvS4HPptqD91nte1C8VssaX1ETof8YBS7umEaQuzonsRNgQWgxOf+JS8OCJTh0ik
+y2xUVcCDq76sat28hZY1D9mLblEWZkB13sqNZl2fkpxdXGuwTQ8CRb7AbBmDKLnk1a42g4JMuzYpPk/d6SrEtIKeIwnZpQYO8VBii3nhzRybXzI6EErj8EpTHG8guzdJ+asZDXOp4sDVSMQwLPmuwVh6bzyA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-14-19-48-GMT.mhtml

**Hash (SHA256)**

39911b461d476b0c685b0a5a73d86e4edfb7e0ae333651b0ba3181ca8ab34f73

**Signature (PKCS#1v1.5)**

EwmAxjO/VMEWMu0jJOQp9ubYIHbS/6zi0k8bnZyqXArdHFy/nmbHyJU1wrFohcbvd72yX7yukiBFEtnqAFjUlzqGTLEuu+uveeFzzkSJpxV/M4eSQ++QF8x9LTkqqEmK0QuPJzc3lCq6oR1gpbNXsxPPlZJKchtDyvKM53/cxaLLce45ieyHG6KsqBHjqb+173WLn9SPHy+FJo3QOnGCpNgGGOdP
+uGMhR9bS1+EGc9+DQ4zD8Y7dy4+yPOpveVXLLZVJnJoc7CVGN0ih3A+G/0EBG6oH/pUZa79AbSjSvdmE/YlCEhGY43USzisIRrfLYKk2nzx5h5QvbznPiq1Iw==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

VISA

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]

307 NE 1st St, Flt 6

Miami, FL 33132-2505

United States

[redacted]

Change

**Review item and shipping**

Seller: thecampfire... Message to seller




Festival Flag Pole kit with Smiley Flag, 5m or 6m Pole, Ground Stake and Bungees

Length: 5m

**GBP 35.00**

Quantity

1

**Delivery**

Est. delivery: Aug 30 – Sep 1

International Priority Shipping

**GBP 20.11**

Includes international tracking

**Import charges**

No additional import charges at delivery

**GBP 0.00**

**Gift cards, coupons, eBay Bucks**

Enter code:

Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 35.00 |
| Shipping | GBP 20.11 |
| Tax* | GBP 3.86 |
| **Order total** | **GBP 58.97** |

You agree to the Global Shipping Program terms.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE

See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Festival Flag Pole kit with Smiley Flag, 5m or 6m Pole, Ground Stake and Bungees | eBay

**URL**

https://www.ebay.com/itm/234762590007

**Collection Date**

Wed, 02 Aug 2023 06:52:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

dyjFZI6Wr6gOFjV7Xx6QiEXsXwyPyjGUKPAMst63CuqA3iDSPecIMFtaI9z7C+u/D4ALzSt4XK1M3ozkOIVMOkYk3aCnsLAAPDg2R/JULDbWwsZvjnfoZchHL1n/RAZe5k3bvehBS0NwyroiRXFhKk5a4B5D935lSVmNcSaj6rk=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]234762590007]]_Wed,-02-Aug-2023-06-52-59-GMT.pdf

**Hash (SHA256)**

a6badcc7bc533adf7ed8c067f28debbec7ff952d83ef65fdedac397b7cad0486

**Signature (PKCS#1v1.5)**

o1BCrRiYpSt1W1rkuqT3ddOlZ3BgB2Gh+RahwgjkiYJtFBO+1RtEnyN/b111elRDy0w4iT+h2lG7wiUrAt8fBz+jX8cPKywqmZAVs15puJIoTaKtfe2OailMo0w02u7Nbii1snRYMUrmwN5rx5CwjlgsqVNNYu8RRaKA+LcIykA=



AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
20x Smiley Face 2cm Wood Craft Embelishments Laser Cut Shape MDF | eBay
**URL**
https://www.ebay.com/itm/252091380772
**Collection Date**
Tue, 29 Aug 2023 06:10:45 UTC (US Department of Commerce / NIST authenticated timestamp)
**Collected by**
Chris Stavrou
**IP Address**
185.230.112.42
**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36
**Digital Signature (SHA256 / PKCS#1v1.5)**
obEbB09aKKCsdaRDX/d+DkFOSFbn/Tdf4SCPcSQ/z1gkN/ZbAjmECyJBArEa0iLu9FmDqFJjlDV5GD4P5Ut5w0J39MFspLdjRYgXfliya08WJb7RJNSsfvH8pt4OMbbP6R9nua6kxwCoN+uXz79UJ7nzA/VF22OrduHziDDArBE=

# File Signatures

SCREEN CAPTURE
PDF
**File Name**
screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]252091380772]]_Tue,-29-Aug-2023-06-10-45-GMT.pdf
**Hash (SHA256)**
0c19c5c73dffae37f889aa645a64abd9156185b3b1a11ca7a734831bc4080a34
**Signature (PKCS#1v1.5)**
Vzvr1IGi47p/ovlQm7XBXZjUJq0wjonMt4ekk3fkqWmd8kEaL+3lah1wEt9FX/nzbFYXIqyta3n0jwA0Kfd5jcrWrZaV/9mR0xMZnZI/qdQJzzXzlxJjZP+cbnHs0n5O2S4aKMCOVhd77VQvDm5Hz2PVMdkUBTCukKC7QVdNghg=

Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Collectibles & Art > ··· > Home Arts & Crafts > Woodworking > Other Woodworking Supplies

Share | Add to Watchlist

## People who viewed this item also viewed

- 20x Santa Hats Christmas 2cm Wood Craft... Business $3.58 + $8.48 shipping
- Sponsored 20x Rabbit Hare Bunny 3cm Wood Craft... Business $3.58 + $8.48 shipping
- 20x Cat & Dog Face Kitten Pup 3cm Wood Craft... Business $3.58 + $8.48 shipping
- 20x Christmas Gingerbread Man 2cm Wood Craft... Business $3.58 + $8.48 shipping
- 20x Patterned Easter Eggs 2cm Wood Craft... Business $3.58 + $8.48 shipping

## 20x Smiley Face 2cm Wood Craft Embelishments Laser Cut Shape MDF

Hover to zoom

Have one to sell? Sell now

Condition: New
Quantity: 1 More than 10 available / 95 sold

Price: GBP 2.85
Approximately US $3.58

Buy It Now
Add to cart
Add to watchlist

This one's trending. 95 have already sold.
Breathe easy. Returns accepted.

Shipping: GBP 7.18 (approx US $9.01) Expedited Shipping to Germany via eBay's Global Shipping Program. See details
Located in: Birmingham, West Midlands, United Kingdom
Import charges: Est. GBP 3.67 Amount confirmed at checkout
Delivery: Estimated between Thu, Sep 7 and Mon, Sep 11 to 60323
Includes international tracking
Returns: 30 days returns. Buyer pays for return shipping. See details
Payments: PayPal, Apple Pay, G Pay, VISA, Mastercard, AMEX

International shipping and import charges paid to Pitney Bowes Inc. Learn more

Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

Seller information
thecraftycowonthegreen (9328)
99.5% positive feedback
Save seller
Contact seller
Visit store
See other items
Registered as a Business Seller

## Similar sponsored items

See all · Feedback on our suggestions

- Halloween Theme Laser Cut Wooden Craft Shape MDF Embellishment Pumpkin Face 1 — New · Business — $6.02 — + $8.56 shipping — Seller with a 100% positive feedback
- 20x Santa Hats Christmas 2cm Wood Craft Embelishments Laser Cut Shape MDF — New · Business — $3.58 — + $8.48 shipping — 123 sold
- 20x Patterned Easter Eggs 2cm Wood Craft Embelishments Laser Cut Shape MDF — New · Business — $3.58 — + $8.48 shipping — 210 sold
- 20x Christmas Gingerbread Man 2cm Wood Craft Embelishments Laser Cut Shape MDF — New · Business — $3.58 — + $8.48 shipping — 290 sold
- 20x Cat & Dog Face Kitten Pup 3cm Wood Craft Embelishments Laser Cut Shape MDF — New · Business — $3.58 — + $8.48 shipping — Seller with a 99.7% positive feedback

## Related sponsored items

See all · Feedback on our suggestions

- 20x Football Balls 2cm Wood Craft Embelishments Laser Cut Shape MDF — New · Business — $3.58 — + $8.48 shipping — 261 sold
- 20x Ribbon Bow 2cm Wood Craft Embelishments Laser Cut Shape MDF — New · Business — $3.58 — + $8.48 shipping — 184 sold
- 20x Acorns 2cm Wood Craft Embelishments Laser Cut Shape MDF — New · Business — $3.58 — + $8.48 shipping — 337 sold
- 25x House Home 2cm Wood Craft Embelishments Laser Cut Shape MDF — New · Business — $3.58 — + $8.48 shipping — 365 sold
- 20x Mixed Gardening Tools 3cm Wood Craft Embelishments Laser Cut Shape MDF — New · Business — $3.58 — + $8.48 shipping — 948 sold

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Apr 12, 2023 04:26:50 PDT View all revisions
eBay item number: 252091380772

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | MPN | 5060485700500 |
| Country/Region of Manufacture | United Kingdom | Brand | The Crafty Cow |
| EAN | Does not apply | | |

### Business seller information

Cut Tech Designs Ltd
Ben Hands
Bradford House
36 The Green
Birmingham, Castle Bromwich
West Midlands
B36 9AL
United Kingdom

Email: thecraftycowlimited@gmail.com

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## The Crafty Cow Ltd

99.5% Positive Feedback
73K Items sold

Visit store · Contact · Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Seller feedback (15,853)

This item (2) All items (15,853)

o***o (160) • Past 6 months
Great novelty gift. Nice price. Many thanks 😊

o***o (495) • Past year
Lovely items, just what I was after and speedy delivery too. Thank you

See all feedback

## You may also like

Feedback on our suggestions

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 29 Aug 2023 09:01:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.74.192

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

BOVLK1vn5+XDuHq0fkuEZykwspLufEcboGUWM32zCR1faiqT8isXL6jKgtTeafJenY6Wl9OSMIuaKoKikS+bxw7mbD/+7c8kIATtkEs1zdhw/7/SxMIGKX6SorN558jrKZ1NNXwg8tLxW7Bo9kn3c8hm1zz6LDX2Oou35mKUJo3S6vqdEhVGU5PCy3M8c6TL+pVJjYyNBooHHFI0daEc/
Y1kcOkhZTsoeXjkDkKTdZmxZlp+3QYBs5jT1IBe1QLxeHyEowj8nHYjoh15DWkf5R+BoowIvB5cjZxrT2UimNuPnRKHd1Q/wKmRSuQx8IydTMaePyXWBaeNT8AVbS27mg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-29-Aug-2023-09-01-25-GMT.mhtml

**Hash (SHA256)**

4558c49ba2a8d1b9169287abad496c651f198d6f0c5c3a7a845b6ae3c353df31

**Signature (PKCS#1v1.5)**

XWZOGvCwM/kjYh2z8Jz9VNuAWVQuyra2yiD5LyWGgEZ6ZcGd0e6HMGpRIGgiAcAiKPkorPo7fq9yx4fGzD55SFd4mAPBISSosi+fq4H8cShSrp9kZ18RnrsVl2RABUsiTm5ixizMi2wxbwMEnaydQxe5173jZI3lwpzdEiS975VVwnZZH6lcsxe/
NL16e0mjBcaIn92KozcepMExJuUxiQJVCsFDYtmg0FhCloNaag30hrzjQpcR+cYEuwQE1A0Rjokvyz6paeeXJBDnfdmsnDpKTYDtUiHh3TeYHbetCe4LUDkZ9wTkKs2BUI5BoqzeQNG4P4dA96/bDght/9JDQQ==



ebay Checkout

How do you like our checkout? Give us feedback

Pay with

Add new card

PayPal

PayPal CREDIT

G Pay Google Pay

Ship to

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

Currency

USD
$1 = £0.76036
Change currency

Review item and shipping

Seller: thecraftyco... Message to seller

20x Smiley Face 2cm Wood Craft Embelishments Laser Cut Shape MDF

GBP 2.85

Quantity
1

Delivery
Est. delivery: Sep 14 – Sep 19
International Priority Shipping
GBP 13.94
Includes international tracking

Import charges
No additional import charges at delivery
GBP 0.00

Gift cards, coupons, eBay Bucks

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 2.85 |
| Shipping | GBP 13.94 |
| Tax* | GBP 1.18 |
| **Order total** | GBP 17.97 |
| **Order total in USD** | **$23.63** |

Current conversion rate: $1 = £0.76036

You agree to the Global Shipping Program terms.
*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

10PCS Kids Toothbrush Timer ~ 3 Minute Smiley Sand Timer for Brushing Children"s Teeth (Random Color) | Wish

**URL**

https://www.wish.com/c/5ab85129639a7a20bf1e963c

**Collection Date**

Thu, 10 Aug 2023 07:47:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49cd:5f00:e581:f668:cc3b:d15f

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FqGEn4g2lImQp3z13ggpmfiSvyUPur2RpfXEshf0JoQfMUPq3Ytb/qw4WVnfTS5L0gs46d+IHrgv6TYotOJMB3z+pPmARpC9QGslEfSmWwRJIO1syHBPVmaQtUi7tFGJ9C4zj/FMtS38/d5UYmYNBtbg1EpQEzCBdbVdHPg7laEXRsa2nRcngfQlOnTY3PhB2GZPZNXZK8AbAISLYBX1t9J/
V7A8venZKXzM0Vp6AKmoDu39nKND0W10lPbjCBuMCyaEByCpvKfDXqUnj23n1chB79O1douwzqpM7I2MRh7o/Mk2GZ+z1fdg8OoSadKZQbiAxktvUW+WT/NP0Ck9og==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]c[fs]5ab85129639a7a20bf1e963c]]_Thu,-10-Aug-2023-07-47-58-GMT.mhtml

**Hash (SHA256)**

7ce3f17bd8d9fb6cf16b5bc1e2f1717d972fa9b1b59927f22adb442aa7fac2ef

**Signature (PKCS#1v1.5)**

Br159xBqklTwaHNkozLjrhC1nLlpEeMS/Dumtzfa5i4avfIBNgmG/USR2ywEXCT2yZ4N7RaVGv3vz7GIe67H
+ZUWzozG6ODW3SvKdvpPk1y2ECIZiiquQJesvSQMSjkirFiwX0OVZsQVDHAxpOKW1CuxkHgVwR6ApI5BoYjJVIwFHypGHwBSFtpgNTL1NGJG0hWzHzoVuqu7z13G3LIuUGUHMga4EB2HT29u4L5nLe5CRd5HntA3g1lPG0nuU0Te6CYy4ok8AJgo1VQ7/crhWFByrjAKFMHlk6QDpEDVnRh
+INBrUpjEOmzgVj2zt2feGw8v46+AJX2NcbKfy3I4mg==

wish

What do you want to find? Search

Popular | Express | Blitz Buy | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | More

Health and Beauty › Beauty and Cosmetics › Oral Care

Overview | Related





Contact, Policies & More

10PCS Kids Toothbrush Timer ~ 3 Minute Smiley Sand Timer for Brushing Children"s Teeth (Random Color)

1625 merchant ratings

**$15.21**

Only 8 left!

**Add to cart**

Add to Wishlist

**Flat rate shipping**

$10

Spend $10 more to qualify
Ship all eligible items for **$2.99**

Estimated delivery: Aug 19–31

**Standard shipping** $2.99
**Flat rate eligible**
Aug 19–31

Items are sold and shipped by The-world-market

**Description** Show Less

A perfect timer to appeal to children.
Support a child"s dental hygiene habits from an early age
Approximately 9cm tall x 2.4cm wide
Color: random color
10pcs per lot

**Reference Price by Seller** Show More

**Sold By** Merchant info

The-world-market
4.5 (1625)

Contact merchant

**30 Day Return & Refund**

**Shop with Confidence!** Learn More

We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

**Report this listing for inaccurate information** Report

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Thu, 10 Aug 2023 07:48:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49cd:5f00:e581:f668:cc3b:d15f

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

kZ1M70WvCDCvDd0NU4zk6R2glVl5Ub0wYq+eXFom93UVmKvCy+aDgnA4KyUD8IYcAPZqbvEuL3qngHHLuu1k/Ev1SAgy2XOKR+Dz9szPrjWQsoxSl5eVMyWG3X0maN+1+81lsFeoVH98pxhFBel+w3GRPJ7XxWyhYC/CnIZMBt+AWKD7RVU9nZ3Lyt
+9O7ZMkHrSd/2eLyNCgm1LQBmdpjddb6x6L2vSqT00LH/sqI1WfDYN6fMckIGDfCNDuNwzQkdDdVpRBXl5foIkJxpY1OcG0wmbeBUdWvSzgKKYWM0eLAcuWnhkyn8L/IwWGv3sukSGhrKdrxvUAMj077OOng==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Thu,-10-Aug-2023-07-48-49-GMT.mhtml

**Hash (SHA256)**

f4e1ad0d9b77b253e1c9877588308045cf701542f8577e6e6945a74de801f9eb

**Signature (PKCS#1v1.5)**

RNATp8VK/yyhm/XuPtOPDPJrGLFLflSnZMiy3BeMGuK0kK8gknF1jUE+t0Sw42aJM2XEkPchIxru/BcOkHNlY3NWPGEX/88uleZj3J/IoyOTjC9qS2Jg4FrFoiHZAs+gspQzkmw+QmJT56hVdN7OBamQmiIwqSsH5d/D8eLXD0CuCzJJrSEX8XMdzeKh1JYdDnQY48a
+T0FibjwyKhLU3jAJ4J2aIKSlNLQlL5+bFUuF7nm1GnytM+426FTEvcTOMiOFABO2oRC92JaecptTUx23KSZ7EukNC0vgHfs0zs5gxSSFFVPwfi/yKXNb2SVi50nCMSHo9exVtL/WHt1EZQ==



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Rare BAD teardrop smiley Tshirt - L | eBay

**URL**

https://www.ebay.com/itm/266143485345

**Collection Date**

Thu, 03 Aug 2023 05:00:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4992:ac00:b095:adb9:19a9:f7f1

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

IgeGp7VR27T9L6G83myZu8BLSKmX3qsE2FYtJNeLaVaaw9qV8M2LtkfcM+zZP3R1GXJt3631dOzNMPcE6XbPg+yqtHypf7wzhg2pFKwa3a42yOJFfc8y1b04fgfv5yh49SrxdT0OLKZ5XHEgUilURnzdqxgIFSsu8IiRVdE9NPOyCsn0FEBs8tg03qBxjTBkqpB6HV1SQ3KQ/RieL+GH
+a5Z6amxGiNTzY1Zt10uqvPoyTB6exjyyvR4UjObKq2VBlUTZUoDgegzwwoslt8hLiE4sK7QBgxhh6B4ZjOpOm0oAnu8EwRo3BxDXwHapYskPwzc2S2XZxLPh3bugsRB4g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]266143485345]]_Thu,-03-Aug-2023-05-00-45-GMT.mhtml

**Hash (SHA256)**

b214118d8c24d6796a20c4df3284a693df2b3f6bdf6417973a0186f8aa513db8

**Signature (PKCS#1v1.5)**

H/wGw0CCboevr/l4lq8SgPAlLq3BKrcs2HgGRe99SBcerp+ttVTYCy0DSlKexnXC0ay2keTAlXkhdXE3oGd3fSmOMMOUsyEsreva2rO5AsMKCa5j8DBRmrKEXO288+52FAOyf0xXdUSmUGX2kTFUpE6hITIbExfJQYT4o/UNakEBCvKlfRnBQT6iilKvwbejWP50iWyEw4zWTN/8FKxVTC1Vx
+jCVvD0n2/VjcdxYe6KHcGhvEMrSFd2JorOQxxOzHZNOJzAEQx5LLJV+fru7GwWz4TZk7+9T3L/4dY0RUDzDhYAwO53Iqui7KrP1p8RhoPRtW84fEpmjwRyMGu/Yw==








Hover to zoom

Have one to sell? Sell now

## Rare BAD teardrop smiley Tshirt - L

Condition: **New without tags**

Quantity: 1 3 available

Price: **GBP 29.99**
Approximately US $38.27

Buy It Now

View in cart

Best Offer:

Make offer

Add to watchlist

Shipping: GBP 17.41 (approx US $22.22) Expedited Shipping to United States via eBay's Global Shipping Program . See details
Located in: Farnham, United Kingdom

Import charges: **Free** amount confirmed at checkout

Delivery: Estimated between **Tue, Aug 15** and **Fri, Aug 18** to 29687
Includes **international tracking**

Returns: Seller does not accept returns. See details

Payments: PayPal G Pay VISA AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

International shipping and import charges paid to Pitney Bowes Inc. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
thugishgifts (108 ★)
100% positive feedback

Save seller
Contact seller
See other items




## Similar sponsored items

See all

Feedback on our suggestions




Rare BAD teardrop smiley Tshirt - XXXL
New (Other)
**$38.27**
+ $18.71 shipping
Seller with a 100% positive feedback



CHINATOWN MARKET MENS WHITE SMILEY WALL BREAKER STREETWEAR TEE T SHIRT RRP £55 A
New
**$18.04**
+ $14.71 shipping
**53 sold**



Rare BAD teardrop smiley Tshirt - XXXL
New (Other)
**$38.27**
+ $18.71 shipping
Seller with a 100% positive feedback



CHINATOWN MARKET MENS BLACK SMILEY WUZ HERE TEE STREETWEAR T SHIRT RRP Â£49 A
New
**$18.04**
+ $14.71 shipping
Seller with a 100% positive feedback




Modest Mouse T-Shirt Indie Rock Midwest Emo band music T-Shirt Modest Mouse tee
New
**$22.97**
+ $6.38 shipping
**Last one**

## Sponsored items inspired by your views

See all

Feedback on our suggestions



Beanie Freaky Smiley Geschenk Idee Souvenir Geburtstag Weihnachten Slouch
New
**$18.65**
+ $3.84 shipping
Seller with a 99.9% positive feedback




Smiley Shirt Keep Smiling T-Shirt Happy Fun Spass S-5XL
New
**$18.61**
+ $10.92 shipping
Seller with a 100% positive feedback



YELLOW SMILEY FACE SLEEVED FLAG 18"X12" 45CM X 30CM FESTIVAL BRIGHT HIPPY FLAG
New
**$4.40**
+ $14.31 shipping
**33 sold**



ASOS Design Unisex Adult's Oversized Smiley Face Graphic Tee DM9 White Size XS
New (Other)
**$9.97**
Free shipping
Top Rated Plus
Seller with a 100% positive feedback



Smiley Face buttons 15mm etched shank novelty buttons - 8 colours - 10% multibuy
New
**$3.76**
+ $14.28 shipping
Seller with a 99.9% positive feedback

**About this item** | **Shipping, returns, and payments** | Report this item

Seller assumes all responsibility for this listing.

eBay item number: **266143485345**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New without tags: A brand-new, unused, and unworn item (including handmade items) that is not in ... Read more | Brand | Rare |
| Size Type | Regular | Department | Men |
| Type | T-Shirt | Sleeve Length | Short Sleeve |
| Character | Smiley | Neckline | Round Neck |
| Size | L | Features | Limited Edition |
| Material | Cotton | Colour | Black |

## Item description from the seller

Rare BAD teardrop smiley Tshirt - L.

Last chance to bag yourself a rare and now retired Bad Drip teardrop Smiley T-shirt design.

Brand new in packaging - Unopened.

Fantastic fit, high quality print allowing for washing mashines, Tultex 100% cotton.

Discontinued/retired classic design. Once these are gone there will be no more.

## thugishgifts

**100%** Positive Feedback
**60** Items sold

Seller's other items

Contact

Save seller

**Seller feedback** (36)

y***n (1185) • Past 6 months

love it. thank you

Rare BAD teardrop smiley Tshirt - L (#266174234292)

e***_ (86) • Past 6 months

Awesome thanks AAA+ fast delivery

12 x 18650 ODB battery wraps - SUPER RARE! (#266204375493)

y***n (162) • Past 6 months

Great service. Happy with the product. Excellent.

12 x 18650 ODB battery wraps - SUPER RARE! (#266178026504)

See all feedback



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Thu, 03 Aug 2023 05:01:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4992:ac00:b095:adb9:19a9:f7f1

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

RFcI/ERI3mbduntybkEoOSUecs1n36vnQbCZOXJBhnRQzJaCo6CLboX4fWhldZR+QgVBwFc6alK+QD45SAh2aAgvU4TLAwgH2gThCzvRMhOe6tF+hjGYeU/aAnFt94lyRHrchj2icFGTk5MNWzg7OwI2ms0pI/XpfmjUlBBhk8+v3eOon2a1H720SIPQNG9AqVdGUwGovjme8BtaOjet
+sYBUBq6/3YxGaRR4EPoWrrR8FciI61BZBioqP5Hu901m1ivPbXPyFLqP4B2hWhbMKkOtDiDnCiGhvOPaBhiK/00UBFtzqVuLcYeAuMghQue7jtRYjLmht5wb7+VKTZUdA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Thu,-03-Aug-2023-05-01-37-GMT.mhtml

**Hash (SHA256)**

e044961f12e7ef6b371d0bfa0640150934274192050351e62eb21ea22cd80e1c

**Signature (PKCS#1v1.5)**

NTBjwJh+6gZfAnH2v5im65xbnJet6NMBaEzH93NmWt8Ns7AO8pfYkml4kbS+zORDRaYWQq3ITHKJYoSUs2KuAhGsK7LLiE2/NZvDeM4IbV/Q4jgAnwGpK3hOL8RILior4PGUZfU5J1G17k7aBvHcalSOUR2THJOphZ794eFkHdA5EUMNc5rfEZGF8CA1FayFf+nDcA9K+FieR/
puw1/7HGO3c2Pxp8BRlXVsAN8kbbZ6sVintfiXV4RXV6hEsjJiTo9wVh9OIPsCa+vcVLH04hHPL62vnghrqr+78rKD5PDGOGBxfYTQvnZKCyZ1NJ7HzLUNEk4xG6jsh4ZMNYXtog==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

G Pay Google Pay

Subtotal (1 item) GBP 29.99
Shipping GBP 17.41

**Order total GBP 47.40**

You agree to the Global Shipping Program terms.

**Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE
See details

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Review item and shipping**

Seller: thugishgifts Message to seller




Rare BAD teardrop smiley Tshirt - L

**GBP 29.99**

Quantity
1

**Delivery**
Est. delivery: Aug 19 – Aug 24
International Priority Shipping
**GBP 17.41**
Includes international tracking

**Import charges**
No additional import charges at delivery
**GBP 0.00**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com - I Hope Something Good Happens to You Today Smiley Decals Fun Car Sticker (18cm, White)

**URL**

https://www.amazon.com/dp/B09P2Z64NW

**Collection Date**

Fri, 11 Aug 2023 07:39:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.167

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

tEGAt+8K7QQETAkzAro8DVxyb6pqwdm91QVoLEOoolXYLXpju89qICgt5Fx/WPYDcA5AszjQDxd13oSU9VIqOUJuR0J/qjmqtuwIENwpMosRdQL41JQkdacem9kkT5pOr7EkPy1N5/BCbI+bbsQqx/
aei6AcnyjPVrIwjtkPk3fDCOWhjgxSAsz0SI1QGyiUWhK8rCBu28b3cNh8hILPZvDjXSD1lY76dGKWn7P911jA/nIPmo0wXj4DDYzwSZQa4bGayiTVpLRQv+/QsdoUfAPd3PM9ETUOipg74eGoMDDAlU4xFrDzNK7NW7fBhhO2n/xm0bpvFXh3hORBRJwu5g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B09P2Z64NW]]_Fri,-11-Aug-2023-07-39-17-GMT.mhtml

**Hash (SHA256)**

b3d4e917ed5715698c156e4013baf639a6c505534cbf31dc70015e6d029d2503

**Signature (PKCS#1v1.5)**

XAh9/gV3orZu54zA7rMtDKJh/OLwEX0ijLYbzUgelF2HsFtut2QeyrrJ/73mqpz4wZXk6lrrrmmST0sEcVwEmqxTvrMw5uf+Szbwrsl21C0SVf+EouxiEXyYS08Gmb3+dtIAgQ0J73TAwTyChPNj7k8ghq+YQpgnJrijh95Qi6TfXCiUlVlba9jc0Q9kjMe1cHTZrWC55wINPqidjmZX70uTccNpDB
+b3vQOsJaJUMSg+1FCO4SySjN7Qekp2m1sZ7yd7TLQK2ELb9WeZ8UrAS7b16v5S6qNlsLgr+pLYdqr/vrZ6T9jDFWh0xfQxh+Z/pi//lFJenwDmzrt9+Fnvg==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 11 Aug 2023 07:41:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.167

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

DDBZ+r2H7w0SnklO8EudQTNABgGbbr7PFWG/8NTa50gIxajmKF6yr8GjBVRH/qpbsGhycKgMy9Uxxs3abfK1L2iQuCpw1ZylSeHf+Ouohwo8xn20rjsymfPEccV9g6GE85tk7qHKi9ObJ1vJMZCKPRmNY8BHvo5G//IrPt+OxDscRA1VWqCFlbB6bo0tU8qmX+KymAXRmD360FkN/
zX0y5KVAN6OCsN7y0cUm7HpmBNlxQai/K8efgrtX+S8pK7oYZ+nEcratoA6iS0VrueTTJjTaDa7dXd+CwjpP7CIjg0GuOw56QNouRaMgttJrnmOPgTToxriGhRrVaFzPlMQkg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-11-Aug-2023-07-41-01-GMT.mhtml

**Hash (SHA256)**

307ba376f3eb20728fd663bbeeef7d05b1b11decb30f5ed81c9f09de55e664ab

**Signature (PKCS#1v1.5)**

Xfos+3lYPPz0h+YOsftKliB8A0jz2KXpIY4YwdryN50yMBFOUCn9tXt9Nd/TNabv9YmxQclFH1nzvvtCq4moBSnE/Xmn/awcRU9o1bBrdRRj2BnIOB6D9KlscJj/BydIHAho0cgI3tBYtKCxCnFgiUMxoXAuxxKdwAiEM0s5/A/mb3XnOUQ+ovYbBII633R9NV9/w8RuEyZTQocwRep+/
DWpOpmjdt61EEc4C7eW+loSogXcGQbMRZodagdPxHHQrYtu4BEDPrMuEqfkdFO519jcNoTMx+c4KL6e14i3nWzoNZvkbTjPfDscbNc8ahrt53bvPNWbmwT7xEOH3oHAuA==



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Glitch Smiley Classic Hoodie | Wish

**URL**

https://www.wish.com/c/64ba0d7a2aee5a5fca4a5785

**Collection Date**

Thu, 10 Aug 2023 08:54:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49cd:5f00:e581:f668:cc3b:d15f

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YYKY5mFTmZtsJgsOD209husbEKo9jPk966YyTwFJc4DkPWXCugmg6+vcIhVDQRr6Uf6FRD6434hgDona9ZDFjKzh1beEmE3imCNDSsdcgsOwh8F+EOrIo/Qc4YvdWqEkMU7wAmlypXIGwWB/
hwtb9izvDE0eUIcFuNmgWlbSoLP0lat9gTuuR9DMUPK0hQrnR6deZhLsUYnaty1smaHoUNAYGAZITpztOpMzM9LbM2BHG2fjhw/O9aJ9GPdGdKm9gcAR3I6kKTi5X9sIYc2898pSjMqleWt6aKAxRXjZerSuvj+aXVlc8K94yXwL91RubMZix2JNl1UbP5MbCn9kTA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]c[fs]64ba0d7a2aee5a5fca4a5785]]_Thu,-10-Aug-2023-08-54-57-GMT.mhtml

**Hash (SHA256)**

fd686150ae1cc143ca517214b3fa8943e7fa0e64d5e71d08b9e1eb8a9ac9a3f1

**Signature (PKCS#1v1.5)**

b47zktFmASK+z5b0r5rFXCEZTWz4oYvAmlzvB7I1aGnaQm4fHvR+u+Wd8f6WYnfl6ZvDsB1m8nphkjL92uHqVEqpeM+D1yaEcUop2PBimiiNCGyUkSHpbRVs2iZzjMVnsKEUzF4JVNO0Di2iv9vHpCTIoIOXnN4RPOdqYwY2CR2E
+s4YlNvXN78MBkc5f3NpibdF5GLdAKYxQa0EFb0OFF6zXbF7261qnNLq8aFtHMeNTUGQQoDAJte851UgMOsgKtc0zLoNOQisvCK0sdi1I8+BnfEQfRQClaCb0VorsyjWFmxT089o2kTZqXzIH3Cxf13nbFY9c5ZlQBFQgaV7Eg==

wish

What do you want to find? Search

Popular | Express | Blitz Buy | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | More

Fashion › Women › Tops and Tees › Styles › Hoodies

Overview | Related





Contact, Policies & More

Glitch Smiley Classic Hoodie

★★★★★ 12 merchant ratings

$39.98

Size:

S

Color:

White

03:08 Instant offer: Add to cart right now to unlock a lower price!

Add to cart

Add to Wishlist

**Shipping**

Standard shipping $12

Aug 15–Sep 1

Items are sold and shipped by Time to deal

**Description** Show Less

*** Product Description:
- Thanks a lot for your business.
- Our branded products are designed and printed using screen printing technology, available in multiple sizes and colors
- Please check out our other products available to buy together and save on shipping. Perfect For Gifts, Or To Purchase For Yourself.

*** Product details:
- 100% Cotton
- Imported
- Pull On closure
- HIGH QUALITY: Our products are made of 100% high-quality cotton.Graphic print mens & womens hoodies/sweatshirts. Soft, breathable, comfortable, skin-friendly, sweat-wicking.
- URBAN FASHION: These products can be easily matched with all kinds of clothing, with leggings, skinny jeans, sports pants, overalls, sports shoes, etc., suitable for both men and women. Easy for a modern and effortless fashion.Give it as a gift to yourself or your family or friends. Share this joy.
- DURABLE DESIGN: Hoodies/sweatshirts fine workmanship, fashion print technology makes the pattern durable. Does not fade after repeated washing. No cracking, no peeling, no deformation. Makes you ultimate comfort all day long.
- APPLICABLE OCCASIONS: These stylish hoodies/sweatshirts are suitable for daily life, sports, street, exercise, outdoor, leisure, etc. Whether you are music fans, hip hop fans, or rap fans,urban street inspired style hoodies/sweatshirts instantly takes your style from bland to bold. Easy for a modern and effortless fashion. Great for casual daily wear!
- PERFECT GIFT: These hoodies/sweatshirts is perfect present for any occasion Christmas, Fathers' Day, Veterans Day, Independence Day, President Day, Flag Day, Memorial Day, Labor Day, Easter, Halloween, Valentine's Day, Saint Patrick's Day, New Year, Mothers' Day, Halloween.
- PERFECT AFTER-SALES: 100% satisfied shopping experience. If you have any questions, please consult our staff for the first time, we will reply to you within 24 hours.

As a result of the production batch, the light intensity photography effect will have the color difference. Please be understanding.
Time of production: 2-4 business days
Shipping time: 2-7 business days
This is an estimated time, actual time may be faster and slower by a few days, we will try to ship to you as soon as possible.
This is the expected production and delivery time, the time you receive the goods will definitely be faster than the above time if the condition is normal. We will try to ship it to you as soon as possible
Thank you for your purchase from us!

**Reference Price by Seller** Show More

**Sold By** Merchant info

Time to deal
4.6 ★★★★★ (12)

Contact merchant

**30 Day Return & Refund**

**Shop with Confidence!** Learn More

We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

**Report this listing for inaccurate information** Report

AXENCIS
Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Thu, 10 Aug 2023 08:55:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49cd:5f00:e581:f668:cc3b:d15f

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

JUAyK2Zfnm+x3nirMfW8/B3s0gsOBl4kA8chrJSVFGFdgBdz7eeLdwTK1caETJu//92UODyp8ZvW4u70fzYG4pfCjCGjgtOYv+P/69SrrsoRsZjms8fxcJJ8tVA9N3A6VwJ50VoWu9cNy+mT+XZJ18ZdyNQk/6zVCcrF1LXPt1I6sI1XfWOHPv2v0PRrSU+8U
+e4Jjq6xh0ZYI9kUqKf3rIafmcYox72DSJqkWYlYZVzUzChnAKn29DcmsexlrpZvX61c05nBBFfucMfMf2oSeYo41amyyNr21pu/NNehOw4+jgCf5eS8wD5f61uXeK2useWKXsh6T2WOPhSdwJBig==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Thu,-10-Aug-2023-08-55-46-GMT.mhtml

**Hash (SHA256)**

3ad1ce31fbeb7f51d5e115f2ae0d354077e0bc3a01d0fb7922d274609e9720c5

**Signature (PKCS#1v1.5)**

pgYWn258kQq32/VKMrFmr4X2hlPUHdsr+LzTJ4CkTHLFpxSlRqQyp16GWvc2v647AN7HbrquOAWA5FhmYMjZ2JQ6lIhOEBUdTSnxIuEAvv6+5LaZYvHaHR1q4XcUTxzEeWwKwz/
eYX1hHgToykxJYETqXysjHb0Fhq8AGuNzPT3xOfrfE5AXrkFSFcJvOIXWqnQhZRV8Rg9/9cpqAbAtAMZtBoM1DI4Dn8Msl3R7YyeZmeyc8eEDC5OMEN3vCloLRX7d2lQlEGoFbMVtax580unaTRzkflwOvefN7ozxLWxW6eZz83yA6e0pD6rc1b98FpKXy4orNxLwRB0mtDJa3w==

wish

Popular Express Blitz Buy Deals Hub Recently Viewed Trending Fashion Baby Gear Pet Accessories Gadgets Tools Health and Beauty More

**Shipping**

[redacted]

307 NE 1st St # 6, Miami, Florida, United States, 33132

Change

**Payment**

G Pay PayPal

**Items in cart**



**Glitch Smiley Classic Hoodie** ~~$39.98~~ $37.98

White, Size S

1 Remove

54:54

**Price expires soon!** Check out before the timer expires to lock in this price.

**Standard shipping: $12**
Estimated delivery: Aug 15–Sep 1

Contact, Policies & More

**Order summary**

Enter Promo Code Apply

View available coupons →

| | |
|---|---|
| Item Total | $37.98 |
| Shipping | $12.00 |
| Standard (1 item): $12.00 | |
| Tax | $3.50 |
| Order Total | $53.48 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee**

We've got your back. Get a full refund if any of your items don't arrive. Learn More

30 Day Free Return and Refund

AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**
Amazon.com : I Hope Something Good Happens to You Today Mirror Cling, Mirror Vinyl Decal, Positivity Quote, Mirror Sticker, Inspirational, Smiley Face

**URL**
https://www.amazon.com/dp/B0C4L6RLBP

**Collection Date**
Fri, 11 Aug 2023 12:48:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
136.158.42.167

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
aTjHbsInSm6drP1f9+sRg9ee+WzHBeFneNNW/ASm5hVanFUiloCLaAzacYiwPncvT/77fCOrNOFNvyzQk7pe2KZNe2YvZ9ockrT+kd49nuwGGv3KhAag4Olyc6qJYePrEQiBOKDSVtqe8ATPZ38cirZl28pCMQokBJcDnknp1/OzkovoM2kWwGmG+a+0DBenbMRohPCBM2/dghcbU+E8G74oTx0KXtCBPanaLZhSnUXBya+0WhGkACPct3rVG/k4ff51DY26/ua3L5H4m59gJIxG11x3T0YjhKwhzF9pRm/QyzPL5Ae0mWAs==

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_[https[s][h][h][www.amazon.com][s][dp][B0C4L6RLBP]_Fri-11-Aug-2023-12-48-46-GMT.mhtml

**Hash (SHA256)**
5d9c9fa5435fca04a7380bae4ec4322d18e803965c845aaf7237a99b8c93a395

**Signature (PKCS#1v1.5)**
bwrQjOoVA6m/feMcetlO9vhXK21otAvEjlwe24bVZTtV2swTpNXzua3TEzEr/hURBSTXDSi4qoOjvv/JdNGrolyflxZsEX1wVDLvduPK2JNUjkn4FIEQJLEo2gUNzjhwzSIMfle4t3SWYk+b4C7UqUYvrrG1G8g5mWCG4Rj53p3Wm KBWQZw8KjzGuuy0Z5acRq4SfyLwhffM+ughT07m/MC5HGcu5/eiSU0bsQvhRZWt+4nRO/2+atsZgqgbVh+3bk... 

Amazon | Deliver to Jade Miami 33122 | Home & Kitchen | Search Amazon | EN | Hello, Jade Account & Lists | Returns & Orders | Cart

All | Medical Care & Pharmacy | Back to School | Off to College | Customer Service | Today's Deals | Amazon Basics | Buy Again | Amazon Business | Household, Health & Baby Care | Livestreams | Shop Black Business Month

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Automotive › Exterior Accessories › Bumper Stickers, Decals & Magnets › Decals

## I Hope Something Good Happens to You Today Mirror Cling, Mirror Vinyl Decal, Positivity Quote, Mirror Sticker, Inspirational, Smiley Face

Brand: TH SMART

$14.99

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa.

| | |
|---|---|
| Brand | TH SMART |
| Recommended Uses For Product | Face Makeup |
| Shape | Rectangular |
| Unit Count | 1.0 Count |

**About this item**
- Decal

Report incorrect product information.

Click image to open expanded view

$14.99 | $10.99 delivery August 28 - 30. Details | Deliver to Jade - Miami 33122 | In stock | Usually ships within 4 to 5 days. | Qty: 1 | Add to Cart | Buy Now | Payment: Secure transaction | Ships from: TLEnlep | Sold by: TLEnlep | Returns: Eligible for Return, Refund or Replacement within 30 days of receipt | Add to List

Magnet Me Up Sunglasses Cool Emoticon Magnet Decal, 5 Inch Round, Cute Self-Expression Decorative Magnet for Car, Truck, SUV,... 362 $7.99 prime

Sponsored

### Based on your recent views

Page 1 of 56

Sponsored

- Smiley Face NOK Decal Vinyl Sticker |Cars Trucks Vans Walls Laptop|Pink |5.5 x 5.5 ... 4 $7.75 prime
- Smiley Face NOK Decal Vinyl Sticker |Cars Trucks Vans Walls Laptop|White |5.5 x 5.5... 2 $7.95 prime
- 1060 Graphics Custom Vinyl Lettering (Make Your Own Decal) Personalized Text Sticker 7,289 $12.99
- Smiley Face NOK Decal Vinyl Sticker |Cars Trucks Vans Walls Laptop|Purple |5.5 x 5.... $7.95 prime
- StickerTalk Happy Face Vinyl Sticker, 4.5 inches by 4.5 inches 2 $7.99
- 3" x 11.5" FLY NA Wings of Gold Me Bumper Sticker $9.99

LZLRUN Automotive Custom Bling Bling Crystal Diamond Metal Letters Emblem... 61 $6.99

Sponsored

### Product Description

Handmade
Materials: permanent vinyl

Width: 7 inches
Height: 1.15 inches

"I Hope Something Good Happens to you Today" Vinyl Decal for your Mirror!
This decal is perfect for your bathroom mirror, standing mirror, makeup mirror, or entry way mirror to brighten your day!
It's also a perfect gift to brighten someone's day and a reminder to see the good in everyday.

These decals can also be applied on indoors or outdoor surfaces.

If you want a different size or color than what I offer on this listing, please message me!

### Product information

| | |
|---|---|
| Manufacturer | Decal Car |
| ASIN | B0C4L6RLBP |
| Date First Available | May 6, 2023 |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to **tell us about a lower price?**

### Videos

Help others learn more about this product by uploading a video!

Upload your video

### Important information

To report an issue with this product, click here.

LZLRUN Automotive Custom Bling Bling Crystal Diamond Metal Letters Emblem Badge Kit (Special... 61 $6.99

Sponsored

### Looking for specific info?

Search in reviews, Q&A...

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

### Customer reviews

No customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

Magnet Me Up Sunglasses Cool Emoticon Magnet Decal, 5 Inch Round, Cute Self-... 362 $7.99 prime

Sponsored

Sponsored

### Related to items you've viewed See more

Page 1 of 5

### Customers who viewed items in your browsing history also viewed

Page 1 of 6

### Your Browsing History View or edit your browsing history

Page 1 of 4

Back to top

Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You

amazon | English | United States

Conditions of Use | Privacy Notice | Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 11 Aug 2023 12:50:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.167

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

wVd5YxNULa2vLHNgICHG+dsInurthoixHIwe9euNDBPXx4smR8YmDGR6BN5PAbgyN03dHn5kTVEwGiNcNNKoQIUw9JIl2ZChuXTPND8pvzW12PqJQJc20vLFjtotKUb+uGOGkksMQ3wtu8vkqX/up7343z8ZOKGVrNazJq6pT5lD6IY0f1nOYyFOknJKoWPECSp65DiKY
+z0IuZE503WHgCeINpAxe0bCwwW6r69vJMxqA0ZGxg1608BHR0W2o+ZfuykPHSryksxmlS3QknJelIKa00E2BijybOcLR6/zF2PgSv4YilpxOWvdkKAwi51QTrK9KFPddpsArBIaLCbsw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-11-Aug-2023-12-50-34-GMT.mhtml

**Hash (SHA256)**

a1242c16b9ed04de0cb9bf5d8b2d5e6fc2f8fb0c7d2caa0eab0d777df3340d4d

**Signature (PKCS#1v1.5)**

NxihO44VxqhMsvNWPCczQZV2g6EGIdyqYb+mU4McVpLdWEY5nnQUYOKKqHGy4ZTue7oR+fMQFRnOSCQaBR8N9aHyfkLyLwV74fKYykhKnfu2LXXpQUpoYAj+N5TVxFqTTdGe779cXbAIdkozitkyKTILmdKZfb07BmwhQo7ejO5bXJJmEAzslCiAFC40HRvW+cYfrvz23LDZElddl/
UAM2txV6gGwofLfXWGPgddqueO+UYOwPEP2h4c90rs8wwleKnDn1IwFmyUmjiZRpnP1Wn1SYuO99+ttpHBdys7aB8Og8nDwECwWqWaXyNmNFPwC1t+FHbKRPZ2ckBCKP63DA==



amazon

Checkout (1 item)

1 Shipping address

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

2 Payment method

VISA Visa ending in 9985

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

3 Offers

4 Review items and shipping

FREE TRIAL

[redacted] we're giving you 30 days of Prime benefits for FREE

Try Prime FREE for 30 days

Estimated delivery: Aug. 25, 2023 - Aug. 30, 2023

Items shipped from TLEstep

I Hope Something Good Happens to You Today Mirror Cling, Mirror Vinyl Decal, Positivity Quote, Mirror Sticker, Inspirational, Smiley Face

$14.69

Qty: 1

Sold by: TLEstep

Gift options not available

Choose a delivery option:

Friday, Aug. 25 - Wednesday, Aug. 30

$10.99 - Shipping

Place your order

Order total: $26.71

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Order Summary

| | |
|---|---|
| Items: | $14.69 |
| Shipping & handling: | $10.99 |
| Total before tax: | $25.68 |
| Estimated tax to be collected:* | $1.03 |
| **Order total:** | **$26.71** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

10x Emoji Smiley Face Charms for Bracelet Necklace Pendant Antique Gold F204 | eBay

**URL**

https://www.ebay.com/itm/324639359407

**Collection Date**

Mon, 28 Aug 2023 08:52:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

o7DK+vMBZOMGBm+QKAEY8wdnPIv1CGEldcQwQDRwLRp8E+dFLRTl+TS5otSyVKVtFtyysvbHMYB8EJ/C8WDnEBSvuCj0K0f8Ad8yBIloGicuQpu4M4uxMFNiIPcj/Ry5AJImSIvfCHAJnBvKpQ2pLBhoAAnUBOzmng7znI8eQYk=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]324639359407]]_Mon,-28-Aug-2023-08-52-22-GMT.pdf

**Hash (SHA256)**

45f8381f5a88eba0f294e6754cfe4140bc3f9b6a9b52b2f4d34f51dd97d08d7f

**Signature (PKCS#1v1.5)**

VpCDaVZolgGqGcAjz7O/XIepjhaXyvLkrn3Ht4tSGp5pCFGcAW7AJSln3MdcyUzlSIVlsgTE+hwfoxhG+y1HYwPKagrjzS4cE/4PgN6Tpd72CScb/rwtLxvVxfNOQpH33e6uNiakXvqA2euoT79dybxcGhmad3OLfviGrwnVrjE=



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 28 Aug 2023 11:26:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49ee:1900:1c80:a1a:adf8:9048

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Ld3RkqzdJ+kkkMPfMyrvFQxCDNkE80k/aoQdx+dR2A+C9/bfBRi1t0GrfDOtl7lYEAGr1jQ0EreKyQIQgBizHVj8FyyPXDjY39BReMAL01JRZwCdlPs/
eA1umzplqbpJKL0ZhqsTMupK9h63QbnuLXadFAcgbD90O4zZdPAa3Hk0Npi2YgFI8TZCyZ80Wdduc8NLeqUEPDHkksjd7NgpkWXbYi9dsEvUE5/BWKRhbOJ1jN2u3l7aU1/DBOmOyT/ljlxc1gRLk8o1Diiq3Ad3eoMVXA4jQmhBdbzYrXqIiqKQTlRlMyZgQ3p
+xX6ZWtwxM89hJZ4bPmB3MEDxVp6zdA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Mon,-28-Aug-2023-11-26-01-GMT.mhtml

**Hash (SHA256)**

fc0c2894be40f9f39f70267ac0dfcc68b4c1bbfebebff9d1a7a9ac9cdcff0fa3

**Signature (PKCS#1v1.5)**

HNsnmVgeam9m2ncWv3w4k/GqEcc4iz96ir2osYt7Yh1mwAZ+gT7iRUbXlDyEZLfWkzp8+otVYqScl3Bvn7XwHH7GBltDJFJC78JdCmLwG0SrVJKcXv6fYG8DN18ZIAgnxI6aYAiE1KH189pvl/L1CNuAHHJb2FZ5L/a
+PcQMXlxbb4anDxO8gCk8yjYjFJvRnWqj12JpNMFd3UUP1smPVfQHi3EtLJ9Fb3JVjU+uKo3gLWsUs78/BVaVQJCacL9xO2GeakXeqnFHCdggoMKa/kYEnj4EKzJxX6lK9jTLrGk9gvcTl8OEzVMz0yAG+eOFxVsJqE+RtInOF39iX87kyA==



AXENCIS
Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**
WOMENS SLIP ON HOUSE INDOOR OUTDOOR FLEECE SMILEY FACE EMOJI SLIPPERS MULES SIZE | eBay

**URL**
https://www.ebay.com/itm/175842102183

**Collection Date**
Thu, 10 Aug 2023 01:12:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
193.27.12.196

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
JtQtiD6rddyG0IHUQSIS1Rr6ZcTFT20uL9UJIyNyQvQI5DFKQJFpEF80Rhhkfn7pG1wmHORbgVtcG6+GmW+hzLOiloEenPRn2zV54WvQruulYytWspqM04AcmBU7CGgNPww7tcp0mjOZZ++Gx7hniKZ1R5IcAgqG3kVVtCcMu
+02JjzKh2dcAfEYqhr1oihpj5OpXbYIroMn4ydejwug1jzpClKUUEd3VBYUkmJMyt0SXIYIKBFbU6hyOUJJFAOCI4iMY3inLreTrubj9Syf+Zm1/uvi6fHlmS46Eqf51rFcM+lBooKyPzSfPfOnEmaGMYBUmp6NWAfIHuvyr0/7wg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**
screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]175842102183]]_Thu,-10-Aug-2023-01-12-01-GMT.mhtml

**Hash (SHA256)**
8d02ca2bff70d268fae810708f3cc9ca9090ad56a47d7c79615b62c162ca4389

**Signature (PKCS#1v1.5)**
d030H4PaDuJ6ulCZl0cis0m7dRbm+SiORJsPRCMo8/bPe6Ab93psBBSAFPeX77RpQubOfnQEC+2xnXBZSkiT46/2MSpwjOSpXsnk+tOEj38jgNrY8864cSV8J827MnEvuEjFJFGcpz8xstFpp3mkyr0GfjTGS/UGnuncHlgVgtlrujQK9iWWaxDHVt/hQNnn+v7OKPn9HpGQbHuHqMfgPCKZcsY/
nZZFtsxjkIp3YKpmq3kL+vTa0mGU7uHiozMtl2drJRDxXRD7SS4sJVbi9YUwv68c7kR9suaF49g+Orh1kxzCZknRm1P8aw4eBYjnaWDsfytHZgFipZiXbRN2eQ==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Categories Search for anything All Categories Search Advanced

Back to home page | Listed in category: Clothing, Shoes & Accessories Women Women's Shoes Slippers
Share | Add to Watchlist

ebay Learn how to earn a $50 statement credit With a new eBay Mastercard®. Ends 8/16. See details



## WOMENS SLIP ON HOUSE INDOOR OUTDOOR FLEECE SMILEY FACE EMOJI SLIPPERS MULES SIZE

Condition: New without box
SHADE: CREAM / YELLOW
SIZE CHART: UK 5 / 6
Quantity: 1 3 available / 1 sold

Price: GBP 8.95
Approximately US $11.39

Buy It Now
Add to cart
Add to watchlist

Shipping: GBP 22.26 (approx US $28.32) Expedited Shipping to United States via eBay's Global Shipping Program . See details
Located in: warrington, United Kingdom

Import charges: Free amount confirmed at checkout

Delivery: Estimated between Tue, Aug 22 and Fri, Aug 25 to 33132
Includes international tracking

Returns: Seller does not accept returns. See details

Payments: PayPal G Pay VISA AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

International shipping and import charges paid to Pitney Bowes Inc. Learn more

$ Have one to sell? Sell now

Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

Seller information
toplookuk1 (1434 ★)
100% positive feedback
Save seller
Contact seller
Visit store
See other items
Registered as a Business Seller

## Similar sponsored items

See all Feedback on our suggestions



smiley face slippers
New (Other)
$10.99
+ $7.00 shipping
Seller with a 100% positive feedback

Ladies Womens Smiley Face Slippers Slip On Faux Fleece Lining Sizes S M L
New
$15.25
+ $3.75 shipping
63 sold

Rachel Comey Leather Mules - Size 10.5
New (Other)
$35.00
0 bids
+ $13.40 shipping
Seller with a 100% positive feedback

Smiley Face Slipper-Slip On Shoes, Women's Indoor Home Slippers-Pink-Size 7.5-8
New (Other)
$22.00
Free shipping
Last one

Happy face Slippers , Ladies shoes, woman's slippers , Happy face emoji slippers
New (Other)
$19.99
Free shipping
Seller with a 100% positive feedback

## Sponsored items customers also bought

See all Feedback on our suggestions



Ladies Womens Smiley Face Slippers Slip On Faux Fleece Lining Sizes S M L
New
$15.25
+ $3.75 shipping
63 sold

LADIES WOMENS WARM FAUX FUR LINED COMFY HARD SOLE OUTDOOR SLIPPERS SHOES SIZE
New
$11.44
+ $20.86 shipping
913 sold

LADIES WOMENS WARM FAUX FUR LINED COMFY HARD SOLE OUTDOOR SLIPPERS SHOES SIZE UK
New
$12.45
+ $20.90 shipping
Seller with a 99.2% positive feedback

Ladies Snoozies Peek a Boo Cat PINK cosy washable Slippers ideal Cat lover gift
New (Other)
$19.02
+ $14.71 shipping
28 sold

Wolky Seamy-Slide Clog, Oiled nubuck, Cognac, 0625016-430 wolky
New
$142.20
+ $32.73 shipping
Seller with a 99.7% positive feedback

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.
eBay item number: 175842102183

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New without box: A brand-new, unused, and unworn item (including handmade items) that is not in ... Read more | Toe Shape | Round Toe |
| Closure | Slip On | US Shoe Size | US 5 US 6 US 7 US 8 US 9 US 10 |
| Occasion | Casual | Fabric Type | Fleece |
| Heel Height | Flat (Under 2.5 cm) | Colour | CREAM |
| AU Shoe Size | AUS 5 AUS 6 AUS 7 AUS 8 AUS AUS 10 | Department | Women |
| Style | Mule | Outsole Material | Rubber |
| Features | Comfort, Cushioned, Lightweight, Non-Slip | Season | Autumn, Spring, Summer, Winter |
| Handmade | No | UK Shoe Size | UK 3 UK 4 UK 5 UK 6 UK 7 UK 8 |
| Pattern | EMOJI FACE | EU Shoe Size | EUR 36 EUR 37 EUR 38 EUR 39 EUR 40 EUR 41 |
| Lining Material | FLEECE | Brand | Unbranded |
| Type | Slipper | Theme | Outdoor |
| Shoe Width | Standard | Insole Material | FLEECE |
| Country/Region of Manufacture | China | Upper Material | FLEECE |
| Personalise | No | | |

## Item description from the seller

***THIS IS A PAIR OF WOMENS EMOJI SLIPPERS***

***BRAND NEW IN ORIGINAL POLYBAG***

***THANKS FOR LOOKING!***

## Business seller information

toplookuk
AUTOMATION HOUSE UNIT 9
LOWTON BUSINESS PARK, NEWTON ROAD
LOWTON, WARRINGTON
Cheshire
WA3 2AN
United Kingdom

## Return policy

Return policy details
Seller does not accept returns

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## toplookuk1

100% Positive Feedback
5.6K Items sold

Visit store
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Seller feedback (1,516)

0***d (180) - Past month
Received quick delivery thank you

e***s (28) - Past month
Very happy with purchase, thank you

j***1 (3707) - Past month
Received thanks. Can't fault. Recommended seller A*

See all feedback

### Popular categories from this store

See all

TRAINERS PUMPS ANKLE BOOTS SLIPPERS HEELS HOSIERY - LINGERIE FLATS TALL BOOTS SOCKS

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to home page Return to top

More to explore : Womens Slip On Slippers for Women, Slip On Black Slippers for Women, Brown Slip On Mule Slippers for Women, Emoji Slippers, Emoji Yellow Slippers for Women, Mule Slippers for Women, Gucci Mule Slippers for Women, UGG Mule Slippers for Women, Clear Mule Slippers for Women, Floral Mule Slippers for Women

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Thu, 10 Aug 2023 01:13:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

193.27.12.196

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

NSa+pUSR0Zb5h1F+fyQ7Ofo8zcBSSc1yuCSMDGWUjm0lHZbflf9sl1RB9eZllj5M1RtcK0nCvWWLE+uHq08tPoXf17ggm8TuhOC8W+UxC4A1aRKYurFcOvwo1cuqyVEkJGeMCeRv5yaC4mEtc09EP5uVg5RwltGGVmGaEutMRmAaa4TyEDN5XfOC68rSvXy/qJ1vz9o/
cQ8fPHxYhyxW6T1Aq4JpBhBcY/0JHn1/97WhujYQ48kMTPetr59d6jHOgilYPo8zD4I4i3T/JnTlZcmvuBEM+TAnoVkNifrtMzFTHJKBReAQKGggGNJ/qz2w0uuaLWKUrgF2b7I54e/GXA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Thu,-10-Aug-2023-01-13-27-GMT.mhtml

**Hash (SHA256)**

c75961bf1d483eeb6c6b97335a22b53b86b4a81f406bdd694656debb3cefc004

**Signature (PKCS#1v1.5)**

NFMB2fqP1W747/BQ1P02M1vIpGcmrJlQaJs5IhHhDABK7xPvBPgWA560Wa0KYjqSfdneWF59XqtmNtXIxVWgOJc3HJJK+iP3zTk+DmoyZIXBSTEDqb6Vl2Pq8sVmOymYnetOD14K4hpYvPLnK5lFCTzCJE1wirK/
DsqAJkPZ0Aw8VVTIaZg0jKhS7ezFZCt9yg4lUMjhRSH9iqX61kvlXRTX4tXQ0JggG8v0unY4fXTs+GDMHu5Pkae+eAioTQyi7RAh50h3ZuechtcJLQtNntgCAZWyFi/wUFKdVAQMhzRgU9iKs27jjG8mSXi5c/FxdK1HsB4XoYh2hUNQ78YAtQ==

ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

Add new card

VISA

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Review item and shipping**

Seller: toplookuk1 Message to seller



WOMENS SLIP ON HOUSE INDOOR OUTDOOR FLEECE SMILEY FACE EMOJI SLIPPERS MULES SIZE

SHADE: CREAM / YELLOW, SIZE CHART: UK 5 / 6

**GBP 8.95**

Quantity
1

**Delivery**
Est. delivery: Aug 26 – Aug 31
International Priority Shipping
**GBP 22.26**
Includes international tracking

**Import charges**
No additional import charges at delivery
**GBP 0.00**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 8.95 |
| Shipping | GBP 22.26 |
| Tax* | GBP 2.19 |
| **Order total** | **GBP 33.40** |

You agree to the Global Shipping Program terms.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Classic Smiley Face Pinback Buttons - 2.25 Inch Round - 5 Pack | eBay

**URL**

https://www.ebay.com/itm/166206210957

**Collection Date**

Mon, 28 Aug 2023 05:45:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

BgiVQLDy5LWWz+7/yER1spVNq47lX4d+0dEimifqlaVRSreh7pAwo+ZdgWNsKDWcrWJ4zsqo7fOcdP3cymj129jJZV6xAPirRAOSbLdJjD/vVwq74mANlChG7Q58Nwwou6aOx2JJZTuTBMCMRcfom4WYYEk68prDj/vQZU7lvdg=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]166206210957]]_Mon,-28-Aug-2023-05-45-46-GMT.pdf

**Hash (SHA256)**

d5288814a1f6baa647189e656274cb2f25dbff44b89ac200670bfee1316bac0a

**Signature (PKCS#1v1.5)**

BlzuWatKV2+z9Xl//j2RhKeyZFcFy7512QgwfdFWY/T7Yqqku7xYJY8loE8D8RiJdjzL+RjEFav2f3+P/r+eoRNlk6N5BB29S5ivUIM8ga7zqVh+Jrc9yJ8CDzikZEOyev6Vlqz/adz2fHnf1QWTZS0AMb9HzqxMPls68Kb2L3s=

Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Collectibles & Art > ... > Pinbacks & Lunchboxes > Pinbacks > Other Collectible Pinbacks Share | Add to Watchlist

## People who viewed this item also viewed

Smiley Face Pinback Buttons - 1 inch, Yellow, Pack... Private $20.00 + $18.01 shipping

Vintage yellow and orange smiley face set of two pinback... Private $8.00 + $17.77 shipping

Classic Smiley Face Pinback Buttons - 2.25 Inch Round - 5... Private $17.37 + $12.95 shipping



## Classic Smiley Face Pinback Buttons - 2.25 Inch Round - 5 Pack

Condition: New

Price: US $17.61

Buy It Now

Add to cart

Add to watchlist

Breathe easy. Returns accepted.

Shipping: US $12.96 eBay International Shipping . See details
Located in: Phoenix, AZ, United States
This item may be subject to duties and taxes upon delivery

Delivery: Estimated between Wed, Sep 13 and Wed, Sep 20 to 60323
This item has an extended handling time and a delivery estimate greater than 13 business days.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, Apple Pay, G Pay, VISA, Mastercard, AmEx, Discover

PayPal CREDIT
Special financing available. See terms and apply now

Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

Seller information
topservice4u (14705)
99.2% positive feedback
Save seller
Contact seller
Visit store
See other items

## Similar sponsored items

Feedback on our suggestions

ELVIS PRESLEY through The Years 3.5" ...

Smiley Face Button Pins Set Of 4 Neon ...

Large 4" Vintage Original 1969 Smiley ...

## Related sponsored items

4 VTG 60s/70s Pinback Buttons SMILEY FACE Novelty Pins (Creative House) Pre-owned · Private $13.99 $19.99 30% off + $17.92 shipping Seller with a 100% positive feedback

Retro 70s Smiley Face Smiling Be Happy Yellow & Black Vintage Pinback Button Pin Pre-owned · Business $12.99 + $17.74 shipping Seller with a 100% positive feedback

Happy St. Patrick's Day Green Smiley Face Vintage 2.25" Pinback Button Pre-owned · Private $9.99 + $16.93 shipping Top Rated Plus Seller with a 100% positive feedback

vintage TODAY IS MY BIRTHDAY Button Pinback 2 1/4" Badge Rainbow Smiley Face #I Pre-owned · Private $9.99 + $12.77 shipping 7 watchers

Vintage Frowning Smiley Face SH*T Button • Pin Pinback Novelty Hippie 1.75" Pre-owned · Private $14.99 + $17.79 shipping Seller with a 100% positive feedback

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Aug 19, 2023 07:08:09 PDT View all revisions

eBay item number: 166206210957

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Color | Multi |
| Size | 2.25 Inch | Package Dimensions LxWxH | 3.15x2.68x1.54 Inches |
| Weight | 0.13 Pounds | MPN | Does not apply |
| Model | Does not apply | Brand | Wacky Buttons |
| UPC | Does not apply | EAN | Does not apply |

## topservice4u

99.2% Positive Feedback
46K Items sold

Visit store | Contact | Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 4.9 |

### Seller feedback (15,043)

a***a (103) • Past month
perfect 👍
US FLAG - EZ Pass Holder iPass Holder Illinois/ EZPass Holder for Most US Sta... (#166003152255)

g***s (228) • Past month
Super fast shipping. Highly recommended!
Drill America - POU1/4NPTW/DRILL 1/4" Carbon Steel NPT Pipe Tap and 7/16" Hig... (#165339735586)

k***k (244) • Past month
Not my first time. but as I said before great product fast shipping, I recommend this seller. Thank you.
Palmer's Cocoa Butter Formula Daily Skin Therapy Solid Lotion 7.25 Ounces (#165187874307)

See all feedback

## You may also like

Feedback on our suggestions

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 28 Aug 2023 07:55:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49ee:1900:1c80:a1a:adf8:9048

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bUAo4iJaMUDObdehJmDnis3H76XXm+5FEJETlaRygDstZ7EkOIMj/N/SCSnEDBIEockq3eNNf1JWahQmJrcAPuRu9bdKjpPVZHwlFNUxrytEB/kYWPwb8QrQgbN
+J0dgZpR8htIHWOz7B9qq7bQ2bHatxEBWDvQVtqSZbWxCrpCFpWT3l3qkjRvkazzuaPKFJfr7NuZAcmrvMEvCNhiGPEEZn7VMt0lBXPVzE60m9IKv1ZLyT1KU/KFH8m5leVopI/au2ABx3/1FA/cSak9GxUJiFmqzhKoTpj6UyIt3WEYRckgYkDtdoI5Sjzcftc4zZfx5iX+qHXGdz1NnX+GBUg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Mon,-28-Aug-2023-07-55-11-GMT.mhtml

**Hash (SHA256)**

e3e80e16df3b5ba53401a80f13811f3e5dbef84c6954788160cd331089cc2ce4

**Signature (PKCS#1v1.5)**

UAaDeKRnQgNqlNl6KbALmh6LOTWah3STkJ5FaFzLRCev1QP8PFnGoBrJOb+ObV+scVhSixYPWrjflE/ilEDJ7GPd8IiiknK9jxrxPJ5WqyITMEkv0XEGNHB5nUm4cxv0+PdK5EC93++a7tsbEoMK0RtrUW53v1jkqQpN+HC5D+B060uFe1FQvDmJhSs2W51kv8LOW6/
aiRFHIXfqDKWdR5PCPJ6yqywQBl7sZu0CckA9wCo/SvDyFMy3bkgtRKbhQXo0ONQvAB031UWnK72G8yP97CaXBNXllPGSRL7jPl49RKCS1Q72v/4tOaNCyhy7zv9c1E5QbpzKUFMCTcSiZw==

ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

Special financing available.

Apply now. See terms

G Pay Google Pay

**Ship to**

[redacted]

307 NE 1st St, Flt 6

Miami, FL 33132-2505

United States

[redacted]

Change

**Review item and shipping**

Seller: topservice4u Message to seller



Classic Smiley Face Pinback Buttons - 2.25 Inch Round - 5 Pack

$17.61

Quantity 1

**Delivery**

Est. delivery: Sep 1 – Sep 7

Standard Shipping

**Free**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

**Donate to charity (optional)**

The Humane Society of the United States

The Humane Society of the United States fights to end suffering for all animals to achieve the vision behind our name: a humane society. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $17.61 |
| Shipping | Free |
| Tax* | $1.23 |
| **Order total** | **$18.84** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE

See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 13:16:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:491d:2d00:69bf:7906:a752:afb0

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Qd8dvgEzAORbsOEHtUudXJIeIAeiHFv5Ch/k6BrJv9vGOynj6/WllHg1VHYUBzkXkMhn6MSc//nzPteTeraYQkCjH7WbDwav9Uw62w82NvSbzi8UENMCc061vZn1y0KCCLnQJNBY/6Ckt
+Repz2txqmTVceMdpsXNI9J3Fw5EJ8ZFFmnKWp3XeP7X0c4lyyWjVqEgE0WfJoW/36K6oFfDz1A1njfjXrLcG3kNzHF59AfpJcyfNK6hQ39pm8XmGZcefO2e9ZeSgrMTqsepLI7oQOkUB+4WF1I9T4MMZMsVSkMa2BnZ7Uohd9iafDW4hUd2jNdxxLpR31DwwQDN4wsbw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-13-16-20-GMT.mhtml

**Hash (SHA256)**

1a09b1098354c4a01f585640d08899c7d8f648f0cac31047dd1fde466500a9ce

**Signature (PKCS#1v1.5)**

QjlWywvjVUdvDS40bQP4I4mIO16em9U16UWQCPLLBqTrzgdpArlFnFr1aZ8ZZJDlY1boxZCvKjo39PSoob8r2ZxoQ1sSSvOCLdiZBYPReP3m8Aw0BNqOGllzMZ0Eo3wF+tvL6vDS4whxDVQY1I1tTSZDR0cX/aZVnweOUR95YZVh20w76f/ddCwCmmWNbA7upFol3fu/
Ks8LW3lRFRAppaNl9dSoCqnlqspIUimhZ5TPV2twhQ+sHlPAb/ymAQM3Jg6QgbITF9FLibI2NAYyajBnIKiBzSkDsmG2eqfmdU31lsq+RcG0g5oUmoCcawwTmauDLJ7s3MxIDmdDj9+D5w==

ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

Add new card

VISA

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Review item and shipping**

Seller: tribalwear1 Message to seller



Rainbow Pride smiley hearts temporary Tattoo boys girls 1 sheet TY275

**GBP 2.00**

Quantity
1

**Delivery**
Est. delivery: Aug 14 – Aug 30
Standard Int'l Postage
**GBP 1.75**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 2.00 |
| Shipping | GBP 1.75 |
| Tax* | GBP 0.26 |
| **Order total** | **GBP 4.01** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Rainbow Pride smiley hearts temporary Tattoo boys girls 1 sheet TY275 | eBay

**URL**

https://www.ebay.com/itm/192587588143

**Collection Date**

Wed, 02 Aug 2023 06:52:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ZFAlRExw76O6eaNGSh5a9aqGpzaBUA1iBt0T/tG0TFMiyDOrSXHIXTuYE09dEtk3js2VUMvZ5F4fw06T+/5yohUeNYH8XpXfqvIr36SpEhNPauhyowAqyFXyFDY9iv+ND4VOwPQPyOtbwTRT6g60LVWBcz+yulTLuozAe15c8Q8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]192587588143]]_Wed,-02-Aug-2023-06-52-20-GMT.pdf

**Hash (SHA256)**

659d59ff069e7bf221a9f841d0667713a4e0d75a0ee69fe08babdddaa68bc96f

**Signature (PKCS#1v1.5)**

q3cDBVWNCTFh2YyjJc6IntCi4INPl7+P/lZBuRhpkAmj5UHdnXkF2WoBvr6uSxGr/JpMgdfmk4aJSxBSfTxhRMXeq86JfNihkrVUtNgOYw6CS6PqhvAoulm79F2C8Z2yarUK41uwcbF9GU9RkL4NZgos/gsFPfuuyJlgoJ+cs30=

Hi! Sign in or register   Daily Deals   Brand Outlet   Help & Contact   Sell   Watchlist   My eBay

ebay   Shop by category   Search for anything   All Categories   Search   Advanced

Back to home page | Listed in category: Health & Beauty > Tattoos & Body Art > Temporary Tattoos > Press-on Tattoos   Share | Add to Watchlist



Hover to zoom

$ Have one to sell? Sell now

## Rainbow Pride smiley hearts temporary Tattoo boys girls 1 sheet TY275

Condition: New

Quantity: 1   More than 10 available / 49 sold

Price: GBP 2.00
Approximately US $2.53
(GBP 2.00 / unit)

Buy It Now | Add to cart | Add to watchlist

This one's trending. 49 have already sold.

Breathe easy. Returns accepted.

Shipping: GBP 1.50 (approx US $1.90) Standard Shipping. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: bournemouth, Dorset, United Kingdom

Delivery: Estimated between Fri, Aug 18 and Mon, Aug 21 to 60323
Seller ships within 1 day after receiving cleared payment.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, Apple Pay, G Pay, VISA, Mastercard, AMEX

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

Seller information
tribalwear1 (20029)
99.5% positive feedback

Save seller
Contact seller
Visit store
See other items

Registered as a Business Seller

## Similar sponsored items   See all >

Feedback on our suggestions

- 10/20pcs Rainbow Pride Theme Decals Temporary Face Sticker Waterproof Tattoo New — New · Business — $4.20 — Free shipping — 6 watchers
- Custom Personalized Name Heart arrow TEMPORARY TATTOO Waterproof forever love — New · Business — $4.55 — + $2.66 shipping — 458 sold
- Set of Heart Temporary Tattoo Waterproof forever love valentine's day Valentine — New · Business — $2.52 — + $2.66 shipping — 1250 sold
- Set of Rainbow CUTOUT Heart Temporary Tattoo love valentine's day Valentine — New · Business — $2.52 — + $2.66 shipping — Seller with a 99.2% positive feedback
- 6 Rainbow Pride Tattoos - Gay Lesbian LGBT Parade Freedom Colour Temporary — New · Business — $1.63 — + $2.52 shipping — 576 sold

## Related sponsored items   See all >

Feedback on our suggestions

- 10/20pcs Rainbow Pride Theme Decals Temporary Face Sticker Waterproof Tattoo New — New · Business — $4.20 — Free shipping — 6 watchers
- LGBT Gay Pride 25 Temporary Tattoos Rainbow Flag Love Heart Stickers Women Men — New · Business — $3.37 — + $3.15 shipping — 95 sold
- Set of Rainbow CUTOUT Heart Temporary Tattoo love valentine's day Valentine — New · Business — $2.52 — + $2.66 shipping — Seller with a 99.2% positive feedback
- 30 SHEET Kids Butterfly Temporary Tattoos Sticker Party Bag Fillers Boys Girls — New · Business — $5.05 — + $15.19 shipping — 1212 sold
- 10 Sheets Butterfly Temporary Tattoos Sticker Party Bag Fillers Boys/Girls — New · Business — $3.79 — + $15.19 shipping — Seller with a 99.6% positive feedback

About this item | Shipping, returns, and payments   Report this item

Seller assumes all responsibility for this listing.   eBay item number: 192587588143

Last updated on Apr 14, 2023 04:38:20 PDT View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item. See the seller's listing for full details. See all condition definitions | Colour | Multi colour |
| Product Type | Temporary Tattoos & Henna | Type | Temporary Tattoo |
| Style/ Theme | Rainbow pride | MPN | TY0275 |
| Brand | Tattoo You | EAN | Does not apply |

### Business seller information

tribal wear
kieron Mcgrath
Maisonette
747 Christchurch Road
Bournemouth
Dorset
BH7 6AN
United Kingdom

Phone: 01202426517
Email: kieron@tribal-wear.com

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

TRIBAL WEAR

## Tribalwearbodyart

99.5% Positive Feedback
47K Items sold

Visit store | Contact | Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 5.0 |

### Popular categories from this store   See all

AMERICAN INDIAN PRODUCT · Animal Pendants · BAT PENDANTS · BELLS · BOLO TIES · BRACELETS WRISTBANDS BANGLES · CELTIC & VIKING PENDANTS · CLOTHING STUDS · CROSS PENDANTS

### Seller feedback (24,058)

1***a (685) • Past month
Excellent seller. Many thanks from a returning customer. A+++
Warriors arrow head pewter pendant = 40mm = P0002 (#193135114633)

1***a (685) • Past month
Excellent seller. Many thanks from a returning customer. A+++
American indian eagle dream catcher pewter pendand chain necklace LPC53 (#192647923527)

o***u (1122) • Past month
Love this Ethnic tribal Turtle necklace, fast delivery happy customer many thanks.
ETHNIC TRIBAL CARVED TURTLE PENDANT BROWN BEAD N0071 (#192460753584)

See all feedback

## Related sponsored items

- 10/20pcs Rainbow Pride Theme Decals Temporary Face Sticker Waterproof Tattoo New — New · Business — $4.20 — Free shipping — 6 watchers
- 72 Childrens Smiley Temporary Tattoos Kids Loot Party Bag Fillers Boys Girls — New · Business — $5.05 — + $8.60 shipping — 287 sold
- Set of Rainbow CUTOUT Heart Temporary Tattoo love valentine's day Valentine — New · Business — $2.52 — + $2.66 shipping — Seller with a 99.2% positive feedback
- Pig Temporary Tattoo Sheets stickers Children Kids Birthday Party Bag — New · Private — $3.15 — + $2.15 shipping — 320 sold
- M.i.n.i.o.n.s Temporary Tattoo Sheets stickers Children Kids Birthday Party Bag — New · Private — $3.15 ($3.15/Unit) — + $2.15 shipping — 99 sold

Back to home page   Return to top

More to explore : Temporary Tattoos, Orange Temporary Tattoos, Temporary Teeth Products, Puritan's Pride Heart Health Dietary Supplements, Puritan's Pride Softgel Heart Health Dietary Supplements, Solong Tattoo Tattoo Complete Kits, Large Press - on Tattoos, Tattoo Inks, Press-on Tattoos, Rotary Tattoo Machines

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Tourna Fun Smiley Face Tennis Racquet / Racket Stencil 78914107511 | eBay

**URL**

https://www.ebay.com/itm/222131616905

**Collection Date**

Tue, 29 Aug 2023 06:14:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

iXvuIzPP837tsspY4klyuKhVkG75hm0T89mW+SGwxtfyqTlOo2DJD66jNd4/xyNE78zW2E98gVsvAJ2PMhcvACa2longSWaQYCoS6XCTc0VAjFQCjLSfabnjYJW97+NlmInAjTWZCaPWa5kbFoYq6FYj/qge3s8/Ddv8nhvkBwE=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]222131616905]]_Tue,-29-Aug-2023-06-14-02-GMT.pdf

**Hash (SHA256)**

e05e78f267696145c67d427b04091b133ffd197ef376efdf2b47feb3fe5226b9

**Signature (PKCS#1v1.5)**

Gqt40W117u1VWafI47JoIdXnxQnrd1zUJnzBc8PkGn0KrGcn1u5aDF0dFXbD0c1KXJ7tl8Qm3yzip4fWDnKvkgAc+84FsZWp+K8/2DwFHcc0txZzbKH18twsAiY8gXTtWnh1MEuvdERjeS4YhBODJf1v8HNrm5UQCbeThD9h5XU=



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 29 Aug 2023 09:17:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.74.192

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ZufaI3IURUJoMr+5jqP3I1ggU05pL0M5L9MDgoUAUlmzRukqk5xjVtFOmiTjz13+f0NaXAY/1mS3Nlp5lcQxOKYv2qpOQehu35+uaa3Qgq2ezl9m+IQ1B6aZH7od7tUE4cHA4K3HDygLd9HCtkSZvuLe51tuXLr26lCF1x4Mack4bpevlYH7Uk3iVGU3Mawrpb/
N1d8oMipgdBWa970+ei8739TJzGXW7Kkz/sxxXYeIosFjU0Mg9kGdW0/jlsnSvlDn1PUY2UFliCVor/+YmTFWD7qwkfWICmTE9C4T/6xoRH9PEdepTKIkbbWSNAo3G4EsyslzreuhzcxoTt18VQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-29-Aug-2023-09-17-40-GMT.mhtml

**Hash (SHA256)**

535f29e93d886e3c55a8c992bf935de92310fecad7f9209c9991567b115dfd3f

**Signature (PKCS#1v1.5)**

TUYu+0NyQolmEXvJ23yDf4WGctvJgyloLDVpEgUiLlZvdVYKPaUdYmgOK6sQUfQthvnRcKa4MKW70kMxGouLbDTREJL4rqYKB
+BWGT7N9VdjoqOXSFzWhkT53B8BQr6LuPssWUxFeRHcal5YyhgTeZUPL6nOBNv10KUkW0qyDRZoiYmBJuYQMjg0HCbjWawwVDSbej0YFkh6YvkDQsovZ9FPOsuKBD8C75URSRJHoXvQOwZ/md3P0paELNP+25VqMu4sDLw+BreILbmMjNiQQyxwGCUbBgFlFk5xAsW4VfImWe
+3Or6RlyrKDCvlKUQp4+mkKa6ixcp+RErhCgCY5Q==

ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Currency**

USD
$1 = £0.76036
Change currency

**Review item and shipping**

Seller: trme_sports | Message to seller



Tourna Fun Smiley Face Tennis Racquet / Racket Stencil

**GBP 9.99**

Quantity
1

**Delivery**

Est. delivery: Sep 1 – Sep 9
Royal Mail International Standard
**GBP 7.50**

Est. delivery: Sep 2 – Sep 11
Royal Mail International Tracked
**GBP 11.50**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 9.99 |
| Shipping | GBP 7.50 |
| Tax* | GBP 1.23 |
| **Order total** | GBP 18.72 |
| **Order total in USD** | **$24.62** |

Current conversion rate: $1 = £0.76036

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

**Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Fairy Dust Bottles With Smiley Face. 5cm In Length. Various Colours. Set Of 10. | eBay

**URL**

https://www.ebay.com/itm/295807635079

**Collection Date**

Wed, 30 Aug 2023 06:13:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

meTon5FVcbU2RGZYOLO6DVlLc8KzIlGpSQ8/ChEeYOiqf5B7NqG0AAJXvN3iOqjGk+R6/6uwqJ2iYfXYcMhKsgToSpLNfYUytvkJTcQ9y3Xz6iizStyWa+tifCThAAmhX5aNP6rVO61Zpe4hBgK9N8OQQ53lfyG/x4vuFkqy0/VepvQ0/qxfy9hy3hhafkNzuqS48VThH4J4nf8QgRR23+n6L/qMzLVxD9Hu1o9WpA+WRRTVKJf0m+GC1u1/e9HRZuLFt1UVGpfppCaRO4CDKjeUJ78YiW/sc3vBIVF09pOO04ZWGHm/0brceNpOqfVtzX5sGxQVtCoGKYROj//zvg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]295807635079]]_Wed,-30-Aug-2023-06-13-47-GMT.mhtml

**Hash (SHA256)**

90b68711824cf3538ae479ee368114f25933b354378602ae8bf5e32391e8c3d2

**Signature (PKCS#1v1.5)**

HLFDjnLKuJfIzyAN3fwRp/OraT9RCptYVEUimURyYErZiGpd6RFtxQsfUK/pVCurjJRepTnHchEdtKa76aFyuHw8TXE7i3Jh75tep3LMbnSRCHGrwuwFf3nB4DrfHriUuZEFkoCghSDXM4U/xriQtNcuWwZtWGEKpZshwBbVz6ZHDBIFfQMDNcLm+G2+6bErtuk4cHCNSJgnq/QxegYCKXyGYxeXYBNwzHQ6au0z4ncojtn6Quk2CVkb0O7okInKEYSen5MZYOZaULEASB/SRZiRZ+Fn/sP1muV0KlHOxhLVnaOPfNV+cXS5Z+WT+nTVKqJXAtjEealOOgpGcHx7WA==



# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 30 Aug 2023 06:15:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

EEicOa4g1k3OOG/Of1cRW0YSqrfzuJLgR26NSvht9i9MOy/0e105r31Eyt+80RrWsWH3lLiYlImIKkBBROvq8bdhfEeGDjNJgTKAYyLmcWrlHKPpaBLWi2ci0vJa4Dp2BLhjI3uKc1qLe7LSCiBus4pIXUT3DgRt4UDH6zwEvyWV7qsn/cqXh0SJsG04/m8g
+LMDNzHOh4BunYT1v5a2z4b323q5fqKebsHlkFNA5hPQDCoVMDnQ0cU6bf31vPf+v6vXUn5pdD39KJGcHjMe6B1UGmz8lHLI6hYb+4sOw4CFf5CNWf48MUaIwGLJ6O41qoKS3fC+B83YBvrDZgrlJA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-30-Aug-2023-06-15-01-GMT.mhtml

**Hash (SHA256)**

e0611356aa4d31fbf720aec39c39bbe8fe9883a400db2d6134e35290a5955205

**Signature (PKCS#1v1.5)**

iwyaV8+5XTLloG4/2dFbQOAjbROi0rcC9Dq3KBoBhcoqW6D4spLkFL8H0jUCQcQNkJ8h+EOGgg4MAAz2tjnjix1fmhD602bj5Lm8iot3GinCINzPqhdX7cnAifss+I0i/
EIEfW5Z4g13ckafEONQ37IkEywGvoQsLUsbpgxgsGsfj3ouGX5ZcQ78ZiCFy8VdscFSpI8Wn5NNArqXih4oYuqBxZZ77jZMUAPuVwFqQlJQK+cr6b8cvQRxohbiu6SQ6UO+/nm5YjOPXlaOjapQz0zQkpMJNSQdNNs7gx4Xz5uSl92Iwt4CN80RdhBjnm25uFrnItANqGAYOKViszl3+g==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Crochet Cute Smiley Face Keychain Pink Women Car Key Chain Kawaii Handbag Ring Accessories Handmade Backpack Decorations at Amazon Women's Clothing store

**URL**

https://www.amazon.com/dp/B0B1J7MVHY

**Collection Date**

Fri, 25 Aug 2023 09:57:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

DA4z8cZ12GyR2eWmeGPxpxGJktU7BGWv10JKpocX7yIZxXV88g+r719kk6vouEpJ5nLIk0K4K4E18zdKSlzzmCVwmrfh8LDLa10B9ferK1kqOc4O/PAEPVqh9ue8mBib5GnIOHkbJsf+xmLs9WqgIKanJnf5fWjG6oEjK1YvrBLC9C60p7dORqNamhyWDKlVjltsRq9XW//YUBbJ3T6Dkv1H/npWaYNbR8eI5Aen+sp2n5XVPXFsy71zbhZSTns6WJI1+b1Vs73pbbuUSnIE/hDuYR8eg7aaBfry5dLhwh1EgW5ZVRmUH13eqJwQsmQ/UIJfulQsn3HSZH7njhjO/g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0B1J7MVHY]]_Fri,-25-Aug-2023-09-57-32-GMT.mhtml

**Hash (SHA256)**

c4586b7f7cdb55241dbb80de252b9f44b75e339081047d276bec94ec7edc2ea0

**Signature (PKCS#1v1.5)**

Ipclee60lG9BRC6LZz0+Xo/qzxCQYaopl5z5KXfNdyZQIQchytoFdk9PLF2VsCzMvgpT69/qJahSHlvX2dyzLmowKSbmj7faDKP0eX23aCVHETwY/9W7GKuTbWfLxuVzfT1AUhgkl5HC4dJAn+zOq5yZRB4iBaI1wgOBIN8lT9rWSXmY7RNJW62+ZBOIsnLdA0SODG+WcGeO2LHKxixveLzFks2Yc1Bq7lQVL8Lg099cwBFPX68CDVfeuzhbw/srfbfymCK6yN/Kfl5RbVKn8TpcaCtTm0URci7k4W2NUe2FxNdqUXRqG0sUizOxX1xn0620JuqMvFLgrkdQSL6ulw==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 25 Aug 2023 09:59:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

CoNZVVbizxjoQBR9/7T+a5Be85LZNIpy9BAzcerNYokubczD9cX5DFXaFmC+ftS2Wn1ier3HM5CQ48plq5EGgAsFmauqJ52T5cQGGdAW2BQHAhpSxax7j3o3Ml2N2xGCunUPYfYLYVEv9PztHgoV8HLOKrStn1s4wbsnpCtNRbkiRLWET2v+hFBq7ELShp4/
rIYjZ0MuSrFQB3MnpgwAeCPTq9OLO3+4g64Hqkx37j+tiLBRcrquZWuEXcDiWl1otWo5ewGaAL5DzOhIrr7eiyOlNdOVlecSDAVLy4U0ftes7yNVxkXnV7PqozJQKOpryf0Sh81T3j4WBUnOTyHuFQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-25-Aug-2023-09-59-24-GMT.mhtml

**Hash (SHA256)**

5cc5bd355e33eeadfc8c1cb8ee9a9a32bc21a4bebb7d7e59729d3441743f1398

**Signature (PKCS#1v1.5)**

vMncsdedjK2xqzTxkkStPRJRowPKPZr/Nsfl07vu3XGgBqqvcPFEaJLz+zEG8JGdO99VwXFyOffLXl5GOkTfHw6j4Dp0g3qZmv/fiEI4H8rv9nrWdUhP/42gokhxHHxzdGjUZwjDFJrqjDJbPKx5WSzFlf8iQNFSIycs0aNs+3VdoQdX05G7Y67nH/wc59cuvJwV/lID37ZHChBJPDQ1o+
+xfd7SBkMEnIahCBozstIPfIeInQrW6yjzjvb9xCLaaff4mBabc/IYm//jPu1pYdZJaVOQE8gA8r8PB9x1gzTWGmYzkP2tO3s1oFX5WnluvCQTWzSA2HPt6gsu0zF52w==



amazon Checkout (1 item)

1 Shipping address
[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions
Change
Or pick up near this address - See nearby pickup locations

2 Payment method
VISA Visa ending in 9985
Change
Billing address: Same as shipping address.
Add a gift card or promotion code or voucher
Enter code Apply

3 Offers
Change

4 Review items and shipping

FREE TRIAL
[redacted] we're giving you Prime FREE for 30 days!
Get your Prime eligible items ~~Thursday, Aug. 31 by 8PM~~ Wednesday, Aug. 30 by 8PM for ~~$6.99~~ FREE
Get FREE Prime Delivery with Prime
No hassle. No commitments. Cancel anytime.

Delivery: Aug. 31, 2023 If you order in the next 18 hours (Details)
Items shipped from Amazon.com

Crochet Cute Smiley Face Keychain Pink Women Car Key Chain Kawaii Handbag Ring Accessories Handmade Backpack Decorations
$6.90 & FREE Returns
Qty: 1
Sold by: TTH4U
Amazon Prime eligible Join now
Add gift options

Choose a delivery option:
FREE Prime Delivery with your free trial of Prime
Fast, FREE Delivery prime
Thursday, Aug. 31
$6.99 - Shipping
Wednesday, Aug. 30
$9.99 - Shipping

Place your order
Order total: $14.37
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Get FREE Prime Delivery and save $6.99 on this order when you start your 30-day FREE trial of Prime.
Try Prime FREE

Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Order Summary

| | |
|---|---|
| Items: | $6.90 |
| Shipping & handling: | $6.99 |
| Total before tax: | $13.89 |
| Estimated tax to be collected: | $0.48 |
| **Order total:** | **$14.37** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Smiley Men's Novelty Cycling Jersey Tops Short Sleeve Bike Cycle Shirt S-5XL | eBay

**URL**

https://www.ebay.com/itm/184026669437

**Collection Date**

Tue, 08 Aug 2023 17:43:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PkW6SCV9tZaaOWVM4NqlYXgwec5n1UNcLTdqLqDk3yUUDcR59Rv/xfoGDTpv4BtD+ur9sliKNPUXg9UNKgxdU5UZuUuUTTYUJymNMSbtEyqIS3fzAVG8YGKz3F9CuW3Jv3TLRAhpDF17geoYPEtk5gztncL3CEZnXSDI/
m2aL0QSyeppLnJ7smHCrtnYi5WNh18waZ8b3Q3WOuw/2eAgFoeofqfYXn+KjqPzfxEphRXWuwAGuWOz1dUkGKymsr0XNJUdBVWjnlsM24uXbuXHt99Iq/xSsGf1EzfYgWbQ09J5a0mrzTmXjBTGeSfXpFWvZw24hoKuI/YokHh0dr505g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]184026669437]]_Tue,-08-Aug-2023-17-43-46-GMT.mhtml

**Hash (SHA256)**

0b57524dde27e1404a102334724780760b899f2aca836fea254cbb0ffd6cca48

**Signature (PKCS#1v1.5)**

aNZvPlJAvHZCQwmWKVdbR5l77jcxfWj4jYegjfZbSv23uGL5zGn8BxMQiQdurX/2lGM1EGGE9i7H17Rc3GEsvlcD4Q7KsP9Bo1N7uXCOAFJfqiQt2e4vdOPNyBkrY56NunTagTAGP8ujFenFN0UZ1m6SX1JNp7LvCw7DoIoHEwwj1Jsotc4g0PCupiGOyhEBJRAc2fFEDtmq1QBkUeZitC+cjCuB
+Q2HNNGnqsAeZhUNGK15puVnbgtAqjRNVANr/Oml8JQKhMSYwMKWGOel8s3i+l44l7dypQiTl5bs+c987cfX5c8BQgRXa2QYmltbomHmdTn3t3zlgrYQjbMcnw==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Sporting Goods > Cycling > Cycling Clothing > Tops, T-Shirts & Jerseys

Share | Add to Watchlist



## Smiley Men's Novelty Cycling Jersey Tops Short Sleeve Bike Cycle Shirt S-5XL

Condition: New with tags

Sale ends in: 5d 3h

Size: - Select -

Quantity: 1 5 available / 10 sold

Price: **GBP 14.93**

Approximately US $19.07

Was ~~GBP 15.88~~

Save GBP 0.95 (6% off)

Buy It Now | Add to cart | Add to watchlist

Breathe easy. Returns accepted.

Shipping: GBP 2.00 (approx US $2.55) Economy Shipping. See details

International shipment of items may be subject to customs processing and additional charges.

Located in: Fujian, China

Delivery: Estimated between **Fri, Sep 8** and **Fri, Oct 13** to 33132

This item has an extended handling time and a delivery estimate **greater than 25 business days.**

Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Have one to sell? Sell now

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or your money back.

Learn more

**Seller information**

ukbicycleworld (3473 ★)

97.6% positive feedback

Save seller

Contact seller

Visit store

See other items

Registered as a Business Seller



## Similar sponsored items See all

Feedback on our suggestions



DEKO Cycling Jerseys for Men Breathable Short Sleeve Bike Shirt Cycle Tops Grey
New
**$18.97**
+ $14.75 shipping
**25 sold**

Mens Cycling Jerseys for Men Breathable Short Sleeve Bike Shirt Cycle Tops
New
**$16.59**
+ $14.69 shipping
Seller with a 99.2% positive feedback

DEKO Cycling Jerseys for Men Breathable Short Sleeve Bike Shirt Cycle Tops
New
**$16.59**
+ $14.69 shipping
**88 sold**

WOSAWE Men's Cycling Shirts Cycle Jersey Short Sleeve MTB Bike Tops Breathable
New
**$16.23**
Free shipping
Seller with a 100% positive feedback

Men's Summer Cycling Jerseys Breathable Sleeve Cycling Tops Bicycle Racing Shirt
New
**$11.48**
+ $14.52 shipping
**86 sold**

## Sponsored items inspired by your views See all

Feedback on our suggestions



Friend Pen by Greeting Pen- Smiley Face Rotating Message 6 Pen Set 36573
New
**$13.01**
Free shipping

Children's Cap Autumn and Winter Basin Cap Smiley Face Print Denim Bucket Hat
New
**$8.14**
~~$16.28~~ 50% off
+ $2.60 shipping

Set of 3 units, one each New Shape Smiley face £1 coin Trolley Tokens Keyrings
New
**$7.01**
+ $14.39 shipping
**28 sold**

10 ROUND EMOJI SMILEY FACE PRINTED CLEAR GLASS DOMED CABOCHONS 10mm CAB3
New
**$3.69**
+ $14.29 shipping
Seller with a 99.8% positive feedback

Hip Hop Cuban Chain Star Smiley Face Ring Emoji Gold Plated Unisex UK
New (Other)
**$5.85**
($5.85/Unit)
+ $14.36 shipping
Seller with a 100% positive feedback



About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.

eBay item number: **184026669437**

Last updated on Jul 10, 2023 14:11:51 PDT View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Features | Full Zipper, Race Fit, Pockets, Breathable, Full Zip, Quick Dry, Reflective |
| Custom Bundle | No | Department | Men |
| Modified Item | No | Season | Summer |
| Country/Region of Manufacture | China | Material | Polyester |
| Colour | Multicoloured | UPC | Does not apply |
| Size Type | Regular | Sleeve Length | Short Sleeve |
| Performance/Activity | Cycling | Fabric Type | Jersey |
| Brand | Aogda | Sleeve Type | Short Sleeve |
| Style | Jersey | Color | Multicolor |
| Compression Area | Waist | EAN | Does not apply |
| Theme | Novelty, Bike | Type | Racing Jersey |

## Item description from the seller



Store Categories | Product View

Football Sport ▸

Cycling Accessories

Men's Cycling Jersey

Men's Cycling Kit

Men's Cycling Shorts & Tro...

Women's Cycling Jersey

Women's Cycling Kit

Women's Cycling Shorts Tr...

Cycling Gloves

Cycling Arm & Leg Warmers

Children Cycling Clothing

Other



Details

**Description**

1. 100% Brand New
2. Material: Polyester
3. Hidden full zipper, 3 rear pockets, reflective patch
4. Coolmax: Quick dry and breathable
5. Size: S, M, L, XL, XXL, XXXL, 4XL, 5XL



**Package Include:**

1 x Men's Cycling Jersey Shirts

Shipping Policy | Payment Method | Delivery Policy | Contact Us

1. Orders will ship within 1-2 business days after payment has cleared. Orders from Saturdays, Sundays or holidays will process on next business day and be shipped within 24 hours.

2. All items are shipped from China

3. Shipped by air mail which normally takes 15-28 business days for arrival. Some shipments could take longer subject to your local customs authorities.

4. Delivery Time upon purchase Locations:
>>>Australia, South East Asia and Asia
15-18 working days
>>>United Kingdom, United States and Canada
15-21 working days
>>>Europe, South America, Middle-East Asia
16-28 wrokging days
>>>Italy and Brazil (because of strict custom inspection)
28-56 working days

DataCaciques
ERP, Listing, Data, Cross Selling

## Business seller information

FuJianZhongKeHengLunKeJiYouXianGongSi
FuJianFuzhouCangShanQuJinShanDaDao618Hao
350000 Fuzhou
China

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

**ukbicycleworld**

**97.6%** Positive Feedback

**13K** Items sold

Visit store | Contact | Save seller

**Detailed seller ratings**

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.8 |
| Communication | 4.9 |

**Popular categories from this store** See all

Football Sport | Cycling Accessories | Men's Cycling Jersey | Men's Cycling Kit | Men's Cycling Shorts & Trouser | Women's Cycling Jersey | Women's Cycling Kit | Women's Cycling Shorts Trouser | Cycling Gloves

**Seller feedback** (3,996)

2***b (22) • Past month

I'll bike shorts should have pockets

Men's Padded Cycling Shorts with 3 Pockets 5D Gel Cycle Bike Shorts Compression (#185833585044)

d***1 (821) • Past month

Perfect and comfy top...Quick delivery...Highly recommended....5***** seller...

Ladies Cycle Jersey Top Summer Short Sleeve Women's Bike Road Cycling Shirts (#184802248166)

6***s (637) • Past month

Perfect service

Countries Team Cycling Jersey 2023 Men's Short Sleeve Bike Jersey Shirt S-5XL (#183789802811)

See all feedback


Back to home page | Return to top

More to explore : Size S Cycling Short Sleeve T-Shirts, Tops & Jerseys, S&M Size S Cycling Short Sleeve T-Shirts, Tops & Jerseys, Short Sleeve Cycling Jersey Size S Cycling Tops, T-Casuals, Size S Cycling Men Long Sleeve T-Shirts, Tops & Jerseys, Men Cycling Short Sleeve T-Shirts, Tops & Jerseys, Size S Cycling Men T-Shirts, Tops & Jerseys, S&M Cycling Casual T-Shirts and Tops, Cycling Jerseys, Size S Cycling Long Sleeve T-Shirts, Tops & Jerseys, S&M Cycling Tops, T-Shirts & Jerseys, Rapha Men Size S Cycling Casual T-Shirts and Tops, Cycling Jerseys

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 17:45:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

D4XuBcPi6enB2dT+wt+nwK2e7AHwu5xRXjwlieHKM81kGMDNN/OvSUjGRJ61gncMnGFsqm0BxJyNMeZ8XpFssxhrk+rwiM/Ksk0cF7Yqr+RDtFg6UDM4f9quTWuPaREMOz7Q9c9s6VYDOksXr9eSL5WN3wT+qIo7rc3FPphIXAc6V5RKVyf1RwwlfuWfxhjLczCZtoTy7XHQiOAf4sT2/
laeN1Ant24144uVYTuD1dKBQrWgDowAtr9qeV3498slaya+qSyNyxC/2TFAGxN7cnO3Gc2HUIY3+1ivSvywn6z/EIFRuqXFWNgSoOkioUfjrVICiQlslalWFAkMzOBFFQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-08-Aug-2023-17-45-59-GMT.mhtml

**Hash (SHA256)**

516f007ddb04d0d94b6e3eaabe4493fcef2f54513a3d76361fee80122d17ca96

**Signature (PKCS#1v1.5)**

hoQ0f7EHV/hfdJTEJRoWyiG80KRtru157Fh5EZqSu7HyIx9YXgV5gxfXHda93LC5T4L9DdXsRSOGBNtCDD14q15XLl16lmy803T8g/Z1AWiqU7CmM23PIqUI7kCmU7ZfSTsVg0Nvx7lT0KaXaK6ki6sj7d2g3eafLxUoJ9avphqrt0pHMFweS7N5M
+kv6kkW485SraehOT9lGfH9YENc7JWZILXFM3PWjypo7woMMFLdKpseTEJ4i/z+DBLyXxCDE9HmvhMx+SXVoP2LYWp+LjV0zsSyPQ56hHCz/uwQAdCSzo8AGKIyPnjk1scX20CMmQsWyRoAGShAoGx1oWNC+Q==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Review item and shipping**

Seller: ukbicycleworld Message to seller



Smiley Men's Novelty Cycling Jersey Tops Short Sleeve Bike Cycle Shirt S-5XL
Size: S
**GBP 14.93**
~~GBP 15.88~~

Quantity
1

**Delivery**
Est. delivery: Sep 8 – Oct 13
Economy Int'l Postage
**GBP 2.00**

**Gift cards, coupons, eBay Bucks**

Enter code:

Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 14.93 |
| Shipping | GBP 2.00 |
| Tax* | GBP 1.19 |
| **Order total** | **GBP 18.12** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: 70Pcs One Happy Dude Birthday Party Decorations Smiley Face Party Supplies 1st Birthday Backdrop for Baby Girls and Boys Birthday Decorations for First Birthday Decorations Photo Props Supplies : Toys & Games

**URL**

https://www.amazon.com/dp/B0C9TNN1HJ

**Collection Date**

Tue, 15 Aug 2023 09:12:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

sWU+M33J7cGWcGiRbBSdRspkjEh8XNmx1LMVKCJfJLcXe/txcnnnHFa+yK/t0c6wf43mTIL0mWyycErMawD9rZMkHZXXDzVVYt+zVm+8bSJn5STutR2UsQm34ZlOuwioviSvb/LQNlBcSvnvmcaY+pwUfxNoAQdZ1ozI3sBBNOyzlSwRclaqY1YixoxYRp3qsuOJZxd5nhy9F/bn/
lbAUeLu4DPFFsV+lJZg552P0JR9sleWAKcXzhFZLfTC9N1F+gTyleQOpDel3KuvgJegXnDYt7izxnzhlfBbS2i+G37mOqWeufqy9ET3xlP6AB0ACckS+ghOqJ2S7c6m1VGUaQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0C9TNN1HJ]]_Tue,-15-Aug-2023-09-12-48-GMT.mhtml

**Hash (SHA256)**

44959eeaeeb8128abc5290d7efea4e3094d9a506a4c719ee72d88f4c7c8d2101

**Signature (PKCS#1v1.5)**

Jn6t7Y87QylAFRsgR1YxEUuQdcmBKZ0nhCGohWEo/3u37sjvygDBNncq82yhSdSt2eVnVEi+TPZn3JzIka/Q1gkQ+iO/QphqfmeaYZ/Bzv4z4LrwGQXNlirA4t5AQekNqNmEznPEoVEG7agRi6HFq0gg78oww
+DLrGnVzOxSB6A4NcCPKCdJTdScznzgzYIHkasgg3nZtLjdqAebEAosKUV7h9D6TH5OAdFmp9tlxwuPItDxkDiuBf1wzFepU8N9sE6EVcsN5+9H4vtMk61nTr6Ulx2q/1Pf5EGUNTXvW4WY4A8SfAlfclKs+EA9UCQHEWeDy9fkgsNypLCvj6d8WA==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 15 Aug 2023 09:16:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

r4Z8phftLT3m9r2vZrxwvg4bKdxIdNNzgYhJXNEzCtgekJBXjqPp5QnEt+ppl+iYqFYAX6VSL9W2/OOVNhqo3aGGp7e7QPrMJkymfhT89+bSj8D3WcHJ3WtZRE+C3U9dWAHFB3czx1ZkVfdQ9+HbmPQY3D2cRSXD0hrd7NzamF8e7DhYlsMIYEi1zqrst3R4nnmm+TkWoXa6/
OkvktXjHiAuhdSWLcoisNRw3vxoS6itgdsBmeQoduCljkq8IBjx0QPsXSbdEaiTwubBiZZwnsW7TGDgQTFd3G54oQxYSWzVqkT1PwjX9B794CBVTThhI4kWv7I1qNTWGRFV+a3fwQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-15-Aug-2023-09-16-08-GMT.mhtml

**Hash (SHA256)**

1fd177bc6eb5aad58d7ce35f33d2562a38424f8d2b018c6871fb151004e78e61

**Signature (PKCS#1v1.5)**

D48wQ+tOkI5PbfEwBDYfE6clR6Vh5bEwhkQnvmuKIw5P8RIsrCiPkxh4kWmmJAjoesfrFIkYc/ZdzjznYKVJ/FyAyh0MIz0u9+bXqqx87LiP+4GUrDOiMSSEa7VFXcTRpWwrA5G8X1XaEpzB6JzIg1A5dvta8dgYlk0rPqoLP96yOlvC3TykvgN9ngaFzUbS+
+NOpPuWkfHreEafdPHDSclAotn6upyicdB98iQBpC0NZwCTXOwePMGWyASuSiFXwy+tgYRqRX9Q38UJnUznRdG/Ua6W9QrQviCf/Eihtr5xxQ/xT3CORzogK4keXS8eo59KduKM/MlLtr0/EnwIPQ==



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

N6 Vintage Black Velvet Layered Choker Necklace with Black Smiley Pendant Women | eBay

**URL**

https://www.ebay.com/itm/134674461275

**Collection Date**

Wed, 09 Aug 2023 20:50:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

193.27.12.196

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Jf1jwfBAOhNylKCiFidGJXuGOT7vK0NNOz9XOImZZK79/AZDor2fyFG6gzxGGNVmDrJExzJJudmEabjfrncKO6rrdxo+mUyOpv5imjkTuAtonlKPSyLYd4r3MrlJXdOCfjQvilgM/yYiyKY0dFs/qdQ/Hcio8hgwAJd/LdRct0y3vyL2du9ZwOnFXP5HyGi40iH1AoSxla9PLoKapK/
C3f1DzMDLblUxccBJMEiBMmAVggy3ixTFbqwO0YEIMjl3snGY1GAagvLoCPKm+w+W1BA62HI0+iVxY6bkXExq2X5BNbtV7kh5yWyCDFOVphU6H+JQuG/ZdLYz/XRWkA27QQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]134674461275]]_Wed,-09-Aug-2023-20-50-02-GMT.mhtml

**Hash (SHA256)**

9062a6b396bb5a2897b123a7af4bd59f5832557891fa70f1d3f51da87ac813e3

**Signature (PKCS#1v1.5)**

IExqrXLZdbsfUz5QspGBGd6h3vdleHNKAbWa3rl1o59mwr04sxlxqgptzu/Fpka03WoPv4h2vocItXYpMZ2U0+xUal9AF+gyVh1txT96Kg1LJJVK1V4PiKhTrvRcYMP1zlYJ+nrqmPcp76QuykMeUEjlA158PDWwzKATdoVfrPzuTL3xPM0CeMzuh5+deLOYEJzirEdnaNMRGjAw9sF2ltbFF0mff1/
I1t2Xfz68+YnQmPejwBCho25+iQ/yzRmwpK46zf3qE285in7+MvFMOtF15JXcO6CVN1fdSg1w4MAdBrELQoUYSTHqgpqkASYLP+Q5SYUjYbZw74mZ0e3ydg==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Necklaces & Pendants

Share | Add to Watchlist

ebay Learn how to earn a $50 statement credit With a new eBay Mastercard®. Ends 8/16. See details



## N6 Vintage Black Velvet Layered Choker Necklace with Black Smiley Pendant Women

Condition: **New with tags**

Price: **GBP 5.00**
Approximately US $6.36

Buy It Now

Add to cart

Best Offer:

Make offer

Add to watchlist

Shipping: **GBP 14.00 (approx US $17.81)** Expedited Shipping to United States via eBay's Global Shipping Program . See details
Located in: Gillingham, United Kingdom

Import charges: **Free** amount confirmed at checkout

Delivery: Estimated between **Tue, Aug 22** and **Fri, Aug 25** to 33132
Includes **international tracking**

Returns: Seller does not accept returns. See details

Payments: PayPal G Pay VISA AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

International shipping and import charges paid to Pitney Bowes Inc. Learn more

$ **Have one to sell?** Sell now

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
unleashed2000 (467 ★)
98% positive feedback

Save seller
Contact seller
See other items

## Similar sponsored items

See all

Feedback on our suggestions



N10 Vintage Black Velvet Layered Choker Necklace with Number 5 Pendant Women
New
**$6.36**
+ $14.31 shipping



Vintage Gothic Women Black Velvet Choker Collar Crystal Pendant Necklace Jewelry
New (Other)
**$3.93**
~~$4.13~~ **5% off**
Free shipping



THREE ROW PEARL DROP CHOKER with Box
New
**$38.16**
0 bids
+ $21.65 shipping
Seller with a 99.5% positive feedback



Vintage Gothic Black Velvet Choker Collar Crystal Pendant Necklace Women Jewelry
New
**$3.59**
~~$3.78~~ **5% off**
Free shipping
**6 watchers**



Gothic Black Velvet Necklace Collar Choker Halloween Retro Chain Vampire Jewelry
New
**$3.79**
Free shipping
**78 sold**

## Sponsored items inspired by your views

See all

Feedback on our suggestions




18" Helium Grade Foil Emoji Balloon Smiley Face Yellow for Kids Party Decoration
New
**$3.80**
+ $19.07 shipping



2.00Ct Round Cut Cubic Zirconia Smiley LOL Pendant 14K White Gold Silver Plated
New
**$151.99**
~~$189.99~~ **20% off**
Free shipping



AirPods 1&2 Case AirPods 3 Case Smiley AirPods Pro Case Happy Face GIFT
New
**$22.78**
+ $13.67 shipping
Seller with a 100% positive feedback



Genuine 925 Sterling silver smiley face cuff links for men with purple gift bag
New
**$44.52**
+ $12.72 shipping



Children's Cap Autumn and Winter Basin Cap Smiley Face Print Denim Bucket Hat
New
**$8.14**
~~$13.56~~ **40% off**
+ $1.98 shipping

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Aug 05, 2023 12:48:24 PDT View all revisions

eBay item number: **134674461275**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Brand | Azula London |
| Type | Necklace | Style | Choker, Layered, Pendant |
| Main Stone Colour | Black | Colour | Black |
| Occasion | Anniversary, Birthday, Christmas, Engagement, Valentine's Day, Mother's Day | | |

## Item description from the seller

N6 Vintage Black Velvet Layered Choker Necklace with Black Smiley Pendant Women.
High quality Designer inspired for Summer Holidays, Valentine's day, Mother's day, office parties, ideal gifts and presents for Christmas and various occasions.
Our products are Brand New and come in their own packaging.

Dispatched from UK with Royal Mail 2nd Class Large Letter. (if you need it faster, we can arrange that; additional costs might apply for rapid services)

Measurements, Pictures or Queries about products
The measurements are approximate. If you want an accurate measurement or have any questions about the products, contact us before making the purchase.

FEEDBACK
If you are happy with your purchases and your products, please leave us a nice feedback. It does help us.

NOT HAPPY
We want you to enjoy our products and most of the time, the orders are problem-free. However, if you are not happy with your purchases, please contact us first, so that we can make it right.

## unleashed2000

**98%** Positive Feedback
**585** Items sold

Seller's other items | Contact | Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 5.0 |
| Communication | 4.9 |

### Seller feedback (223)

e***d (904) • Past month
Alles ok
B8 Orange Peach Multi Colour Acrylic Bead Cuff Bracelet Bangle-Diameter 6cm (#134636265742)

e***d (904) • Past month
Alles ok
B30 Antique Silver Plated Blue Glass Beaded Stretch Bracelet With Charm Starfish (#134636265737)

n***t (443) • Past month
Great necklace just was I was looking for 5*****
N67 Statement Necklace, Antique Braided Hollow Cable Large Bib Choker Collar (#134636264485)

See all feedback

Back to home page | Return to top

More to explore : Michael Kors Women's Black Black Black Wristwatches, Black Wristwatches with Vintage, Black Black Black Wristwatches, Seiko Wristwatches with Vintage Black, Timex Wristwatches with Vintage Black, Black Wristwatches, TUDOR Black Bay Watches, Men's Black Wristwatches, George Black Wristwatches, Rolex Black Wristwatches

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 20:50:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

193.27.12.196

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

CNpj5hZwTtZZoORuoO/8LiBWPkMqg5Yavjj1RJIj0j87q4kzd/2ABqpGX1/dJwUmeWJnyhB+C6K2BnFQIhQqYeOo+SJQs1uGQLF/NGYqcr3PXsjjSlBoLIYwglpu3vhKQjYSS6g2UoUrWZulAm5yxld8jiNHWOWuVclnTwcCy82oK1irrpgFVcpj7t
+EOCKHfBjxYCW2a5DOcIuMJcEdaxJlVymx3P8lJH7qdC8qE7yAHhsqO1qnJADOvaIjnC+tvMEVLypNTBmGsUvP3gJzbDzRtuXQd3IThu8NCSSLLLpfiAm4MVdpeS5n7CayGmZhubWxp1p2b9zHKI01jS9v/A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-20-50-53-GMT.mhtml

**Hash (SHA256)**

66b66ae7532989a36ab229ad7ad8368f87c4882d23115562ed290cd3d8bd3aa9

**Signature (PKCS#1v1.5)**

aljllDkD28QVPoTxRxhAiAgk5oNQpAcWJOJjzmHauPMdVH80h6VV7S3SKYvd6bCJPktr0VRpo3irXxbMeJ4fBTewQcWRW94Ttz64154CXujpLQE/gPKhejL5DePARce6s9SDCIb+M+ZkWYNbBjgOGEu8/ZobmO4ELU8ywkPlFM9Umi+WBHHWKDgfTRljPL+sgl
+d49l66Q3fT6dCXFBsL9+QS4ILX5IePH52dbjWDtQH0Ow2Ovr4jkLAg2Jrb/tzATsncrTARjwn5mCY/R4/WQQ8pKwJEeIQS38oGXeNRApt0DcC0zFsmsxJSZ/+9hNBqwk2z8b/OIy9P85pSGRmoA==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]

307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States

[redacted]

Change

**Review item and shipping**

Seller: unleashed2000 Message to seller



N6 Vintage Black Velvet Layered Choker Necklace with Black Smiley Pendant Women

**GBP 5.00**

Quantity 1

**Delivery**
Est. delivery: Aug 25 – Aug 30
International Priority Shipping
**GBP 14.00**
Includes international tracking

**Import charges**
No additional import charges at delivery
**GBP 0.00**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 5.00 |
| Shipping | GBP 14.00 |
| Tax* | GBP 1.33 |
| **Order total** | **GBP 20.33** |

You agree to the Global Shipping Program terms.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: 24 Pcs Short Press on Nails Almond Fake Nails with Smiley Flower Design Glossy Glue on Nails Full Cover False Nails Short Acrylic Nails Stick on Nails for Women DIY Manicure : Beauty & Personal Care

**URL**

https://www.amazon.com/dp/B0C6Y13WDC

**Collection Date**

Wed, 09 Aug 2023 06:14:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ErKqnn/gzMcdEWEilp8e983VlJOBp2adzMyxpp3l4m7NuLJRG3E1YNDm4DbgNzJ4UXq5n0gJCYMki0ps7D6PCAAKYj2t9KSadlRCoqWnA0clkz17tD1Yyi1CvBJyF0cAcWdiPPOPxu4foKvkaXty3QZmNYGwrEQy/QWWSR/
jZL2LM426RaAH8pr3ax41Wv3CZGgGxSt37XnPzabpJNURuD6OMwwNOTGgg5El+Hr+/8aU80p6OWUPO0GQo50XtQbqSZPa+1p2P4tMY1DBXsV+orgdL4nmXBoyoiQTLxjj86G1Hw4r1B2bOKSnqjiM51nQ6cCkxHsMwjbeQSSbAfcOTA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0C6Y13WDC]]_Wed,-09-Aug-2023-06-14-50-GMT.mhtml

**Hash (SHA256)**

2dcbca8d12ae27e88bef008a465389965e79e7fd3516bcc8fe4b291e81ca2fa5

**Signature (PKCS#1v1.5)**

z6+//96mtXSnA9QGXjcJOeFMUemUvYqHoez+DWDLQrJW+TpGJ8yhusWKi78M4wQDHuRWWXsgpehS2HbK5EOXbbFmJL3WSG6QQKCdkAA3XSJ/U8GtFBKVnJOz5pZO+hw8wnzWxlEqDk+UYUyHTfmD+6hJdg3UOvMyu7zktrdfv381AYywY9q/
Mmr0YqJUsABSRLV3OiqXobkJH7gDcd5m5BCsQyhC7hNydycyhYoqvvmOS3KWy4iqKmbGofVzlOSYMMyYHmOo9kMgGXXy2yfwLmWHcm6YbruaXeUjGi6wSzXXmmc3jS4lPyV+H4v3hJ9cEWod7MkbVBhYMElF4icMw==



# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 09 Aug 2023 06:16:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

v+eG+AXCUwvEUfvk6Pgy6MvS/F05XlNFxMY7pBGVwMY14ylBZxw+KgLraGbXGyv8P7WCJ4NlRYFCsBV+e8afTrrdkT8KjR6Pan2I1fwrupee/CkqFDozw3hGudlte0vjfhylMYa0dL8Ec4Ehp7DcKai8Q4VgiZunV7lZSavrnulLA2XA7hlqq3eLklZTdaWCWhVs3f1LQn+27HsxHDg/
v9HdHSCZZF0C9eiojXwlzkAg+kciN5MJxb6nceGOQNIAfj8cgji01faXyC+0Mcy/9t1UfSU8+c4s4YtNQ4iG9Lp9ELt5ls0byZTrY2JucPETRR54PpTGVZZIMOpgneOL/g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-09-Aug-2023-06-16-39-GMT.mhtml

**Hash (SHA256)**

f54611600aa15fbd3fbc833d776d9c15927f8bc8176a2f7ea8f780f44c1a8828

**Signature (PKCS#1v1.5)**

flyjLGZ9+VwpvWhm27dxqdr56EKBPgjaLVguBuWsRD+9zZ22GINmXyKdA6Nci4BgVz8Y3PFwKqXKX5Ae0ubeFmVnYG2qoOs+TRKK5Gb46Mk2/FuRlriLE8TO9PcBOqZ/
fUSUxHCUjgDQ22RaU2V12SufKO2CriRS2pQJi3UxAtc8rl1iUhtDEkmrZwufBmDdge6RzGSrmOLsux6IP0xIoRQ0saCGhLPolgFs7RUoV6sBqiW9/MKAsbq6iNrxm+jfqdChkhppgAfPXydootcG/7tfpJAV94j8s+2GX6dUSkMVBraKhFMX4lOb2oirBnzu2ijzEgINRnXQBimX+wTnWg==



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Smiley bullet- Screenprint vinyl window sticker- New Old Stock from '92. | eBay

**URL**

https://www.ebay.com/itm/304834060927

**Collection Date**

Mon, 07 Aug 2023 11:17:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:497f:e600:b95b:2e52:205f:8608

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AZcukndBQ4U+3pFqNpw/XG4IFUP+8Iy7a+3ROtmlqsxVFL4E6uxrLPlGKdY9hJvhg+WhHwxhvBWA1M5KZ0bE3dyLdSLSkP+2YTPVnngB/ESMZjTIrhmr6ZEPqm6s3L3RyhiifAedJtEtxTBJCgZ49WAtAWKfsJkKyZKYilhcWuGqYpC/8JdjXFk3ATvaFznNK8kwLMBKmH
+1S2hdntQvDrTcQz7cZ9yyZKJrR3N1LXYtkj+5wCqE35fRIZMI5HWkIvNeq3htzVeS/UJC9a2lz7zQuD1Y6TpPHQ7AI68Yk1T4WWGUsyNBEV10VdUrKGkvyW8o3V+8XbbEVcLc6YCCHg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]304834060927]]_Mon,-07-Aug-2023-11-17-30-GMT.mhtml

**Hash (SHA256)**

c19fda0a77ec6bdd0468a7b1584f5e273e823deb1afee703e98b4c35a1524498

**Signature (PKCS#1v1.5)**

MATyCYGGhHeaOwYhWc5+3km2e9BGHPGfMaxi6fz389pb9qSr7r8uJPRbtMZvZ6Sgtre96LStKcweV/YJCGrML4K69dcGY7tciNQkPSgTC/1G/V4jUwUkiEjUYoTPrqrLxIBdgyYkBnJlDy/8KDMCIy02wKPbf861rL3uDJdjguwiGlwGzM0kkFFKw2P/fmmhPnXG9lcBP5UEa2x2kjzFnieejhU
+b0OSCsRWyPXDwJD2fxEXWYvdHViUD/79y5Hts0XiMGJlyUXZXwz9ESb/5LVWIdjwGSWawiNyNGN3Ayykl0/5Cr+QKEBGAAVbFFCNN+Kg5BT4I1Jna2QCi1oeRA==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Collectibles & Art > Comic Books & Memorabilia > Merchandise & Memorabilia > Decals & Stickers | Share | Add to Watchlist




## Smiley bullet- Screenprint vinyl window sticker- New Old Stock from '92.

Condition: **Brand New**

Quantity: 1 More than 10 available / 1 sold

Price: **GBP 2.50**
Approximately US $3.19

Buy It Now | Add to cart | Add to watchlist

Shipping: **GBP 3.00** (approx US $3.83) Standard Shipping. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Bideford, United Kingdom

Delivery: Estimated between **Sat, Aug 12** and **Sat, Aug 19** to 33132
Seller ships within 3 days after receiving cleared payment.
Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns. See details

Payments: PayPal, G Pay, VISA, Mastercard, AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Have one to sell? Sell now

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
upforwhatever (695 ★)
100% positive feedback

Save seller
Contact seller
See other items

## Similar sponsored items

See all | Feedback on our suggestions




6 Vintage Garfield Stickers Odie Car Driving 1978 Unused Funny 70s Warning Sign
Pre-owned
**$3.19**
+ $16.81 shipping
Seller with a 99.4% positive feedback



Vintage Orange Smiley Face Sticker Smile 1990s 1" Width Iconic
New
**$21.78**
~~$33.51~~ **35% off**
+ $4.50 shipping
Seller with a 100% positive feedback



Vintage Smiley Face Sticker Lot 5 (3" x 2") Modules Laugh Smile Crazy Face 1990s
New
**$25.68**
~~$39.51~~ **35% off**
+ $4.50 shipping
Seller with a 100% positive feedback




Panini Spice Girls - The Fab Five In Action Stickers 1998 - VGC! Pick Stickers!
Pre-owned
**$1.26**
+ $5.36 shipping
**40 sold**

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing. eBay item number: **304834060927**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | Brand New: A new, unread, unused book in perfect condition with no missing or damaged pages. See the ... Read more | Brand | DC Comics |
| Type | Stickers | Theme | Animation |
| Year Manufactured | 1995 | Material | Vinyl |
| Item Length | 11.5 cm | Time Period Manufactured | 1990-1999 |
| Country/Region of Manufacture | United Kingdom | Item Width | 11.5 cm |
| Vintage | Yes | | |

## Item description from the seller

Smiley bullet- Screenprinted vinyl WINDOW sticker- New Old Stock from '92. Rich colours, unlike modern digital prints. Printed in reverse to stick inside glass/window facing out, this keeps the sticker clean and stops colour fading. See our lother listing for the BUMPER sticker version.

Buy our other stickers and combine postage costs.

## upforwhatever

100% Positive Feedback
1.1K Items sold

Seller's other items | Contact | Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 4.9 |
| Communication | 4.9 |

### Seller feedback (339)

This item (1) All items (339)

r***e (1494) • Past month

As described

See all feedback

Back to home page | Return to top

More to explore : Jane Smiley Hardcover Illustrated Fiction Books, Nonfiction Books Fiction & Jane Smiley, Jane Smiley Fiction Paperbacks Books, Jane Smiley Fiction Poetry Fiction & Books, Fiction Books & Jane Smiley Fiction, Jane Smiley Fiction & Signed Fiction Books, Jane Smiley Fiction Historical Fiction & Books, Jane Smiley Fiction & Books in English Fiction Signed, Super Stock Magazines, Fiction Sticker Books Books

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 07 Aug 2023 11:20:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:497f:e600:b95b:2e52:205f:8608

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

haPEPO36Ujx9OXyz5EcOCJ8RNvZeybUuVqRcn+NP2MErQzbTdfgEzgfiwxeTCpUV4c/pENUlZg4PjZEJX5PmvopXE6vtgbEHcmru5aX8CQrxkjnYiI752nXtcRxkuA5JJkzyRfO9xFBpELsZGtaRS/2+2NNI8beImj6vXRT+KgmFeSIBECpjNiPlaZ6eEzwbky0vA
+bnX9XCcAqy6nU76UrOq8/7kn7CFZkzOHOTY3TcxxZmdJPwKjvRF21o42NrwVFGw647jgupIdLD8vmiPMYOSHp78mSyb7UH26t2iEXJ8HJEA/uyrSnrxbiootZ3/MojdmXSJ3hO1WkXqejAQA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Mon,-07-Aug-2023-11-20-24-GMT.mhtml

**Hash (SHA256)**

09d26b268e5efec8485a1d9a9fefa5b597484eed3fbbb0dba0ace9ecbaabc675

**Signature (PKCS#1v1.5)**

NkZ7A//aA8RWNpj6HoBra77XR6MvOntFpwc0uUJwC71oDh5gTY0cgfAr/DDsqlKfOJG9J+hUx3A3zYK4ogYNCEnTjWAhle38biFA/lkY9rPaCxfcdaWpDo/3W8fiB2oaGwyZETqHITU2X/fJKKkyLPvqXjbmpEK1SdloZceBIeRPafX8b/FcSVBMCWEP0Tm32eTDpHyWvvmZRMIt0nETKtwG/
Ee0JtG0h7aqLXhl0TpYwr9S+d4OJewJhzn+9txvIpe6WGUhzf0OfEUWIWv22yJ1Z80UHPga6TfAfTCCTfI+Z79VscBoo0fy3glnn+kEm8jRoV0BpF6QZKx0u/eICw==



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Solid 925 Sterling Silver Smiley Face Stud Earrings Gift Boxed | eBay

**URL**

https://www.ebay.com/itm/325593929290

**Collection Date**

Sun, 06 Aug 2023 19:21:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:493a:a500:b95b:2e52:205f:8608

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

elqjIaNeDxfzAS9ErEQb/cL9og1QbUh+YMdoJD46BB1sf+Jck3yaeDnDGdSIOG/VaM9Vj2B5i8fXfnfoDds4D5JAQfII2+IEREAnsNHYM+OqEMyD6karUGRO4EH9UmxO8IuXxtVg5fYmJfzFrJlB1RDXMlWFrXnV+GdeSlOFrPKoyzcow4HQRvY1g+G/
zsXFqxHoqKjiRbqiletXG4KOZmQxZYI9LjegtyMeoxQySIN8OvesP4SqxVWj1cjaG48NGAl3uuBtMAKgnL8vI6QayznHz+Lith9VGRP0KHoOfq02Q9OBnzGAaQ4Y6UbLcEOc4Bo7YzaWJbwevULQ0dyaOQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]325593929290]]_Sun,-06-Aug-2023-19-21-14-GMT.mhtml

**Hash (SHA256)**

d4a38712dbe08c3fa55f770b97db621ebe5a750ab925d2d76570507b2fc663d2

**Signature (PKCS#1v1.5)**

hFWOwltezxOQUSYvdYSVLtEyusfTh4xjZl01O0KHPLW96eUYktlDfVIiU7axfZeZ2s05CPDc+DcutE7IS8LjXjbYyQPFQnS/XGSF1e0oQomLVns/Ra+sfx60d8kwLHPIYbnBFeJiFf2oFI92qsw/BLNP6lQqdWV9NuMhJj2/IOCOQXny8qXOOyL9I4ESVh/JfT8wkQWQ4pzex7jEvFueRS3bu0zkbkf34S/
o8dC+OuE4kxdFADyU49AbO3veNxZNk65FpLLkjHCCcVEZ7eF7qwFaLptL5yWHq0jFUWXkBe9WY2nnmIMrOxgK/WXhb7mBApU84RzsN0MkKUmnbOwAtg==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Earrings    Share | Add to Watchlist





## Solid 925 Sterling Silver Smiley Face Stud Earrings Gift Boxed

Condition: New without tags

Quantity: 1  4 available / 2 sold

Price: GBP 10.98
Approximately US $14.01

Buy It Now
Add to cart
Add to watchlist

Breathe easy. Returns accepted.

People are checking this out. 8 have added this to their watchlist.

Shipping: GBP 4.50 (approx US $5.74) Standard Shipping. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Plymouth, United Kingdom

Delivery: Estimated between Wed, Aug 9 and Wed, Aug 16 to 33132
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Have one to sell? Sell now

Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

Seller information
vandp.jewellery.ltd (18607 ⭐)
99.9% positive feedback
Save seller
Contact seller
Visit store
See other items
Registered as a Business Seller

## Similar sponsored items   See all

Feedback on our suggestions



925 Sterling Silver Smiley Face Stud Earrings, Emoji Studs, Happy Face Studs
New (Other)
$14.93
$16.66 20% off
Free shipping



Smiley Happy Face Emoji Happiness Charm 9mm Stud Earrings in 925 Sterling Silver
New
$14.69
$20.99 30% off
Free shipping
Top Rated Plus



14Kt. Yellow Gold 1/2 CTW Diamond Stud Earrings .55grams
Pre-owned
$57.00
16 bids
+ $5.10 shipping
Seller with a 100% positive feedback



925 Sterling Silver TINY Happy Face Stud Earrings Smiley Emoji Men Women 3.9mm
New
$13.98
Free shipping
Top Rated Plus
Seller with a 99.7% positive feedback



925 Sterling Silver Smiley Happy Face Emoji Happiness 8mm Stud Earrings Box L23
New (Other)
$12.95
Free shipping

## Sponsored items inspired by your views   See all

Feedback on our suggestions



Casquette visage souriant Sourire Smiley, Adultes et enfants, réglable
New
$13.23
Free shipping
Seller with a 100% positive feedback



Smiley - Small Button Badge - 25mm diam
New
$2.23
+ $16.39 shipping
Seller with a 99.7% positive feedback



Mens 0.90CT Round Moissanite Smiley Character Pendant Silver 925 Sterling Silver
New (Other)
$206.42
$242.85 15% off
Free shipping



Crayons 7 Colors Pen Hats Cartoon Smiley Graffiti Stationery nice Gifts For Kids
New
$2.98
$5.96 50% off
+ $2.50 shipping
88 sold



Smiley Face Stickers Kids Childrens Teacher School Sticker Sheets Happy
New
$1.90
+ $14.22 shipping
54 sold

About this item | Shipping, returns, and payments    Report this item

Seller assumes all responsibility for this listing.    eBay item number: 325593929290

Last updated on Jul 30, 2023 01:50:49 PDT View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New without tags: A brand-new, unused, and unworn item (including handmade items) that is not in ... Read more | Brand | Unbranded |
| Type | Earrings | Metal Purity | 925 parts per 1000 |
| Closure | Butterfly | Style | Stud |
| Base Metal | Sterling Silver | Metal | Sterling Silver |
| Main Stone | No Stone | | |

## Item description from the seller

**This is solid 925 sterling silver smiley face stud earrings.**

**A pair of two highly polished earrings.**

**925 stamped .**

**Approx. measures:**

**diameter: 8mm**

**Presented in gift box.**

**Thank you for looking!**

## Business seller information

V&P JEWELLERY LIMITED
Violeta Argirova
12 EGERTON ROAD
Plymouth
Devon
PL4 9BR
United Kingdom
**Value Added Tax Number:** GB 362135715
**Trade Registration Number:** 07902654

Email: vandpjewellery@yahoo.co.uk

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## V and P Jewellery

**99.9%** Positive Feedback
**52K** Items sold

Visit store
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Seller feedback (19,995)

This item (1)   All items (19,995)

u***p (1357) • Past month

Love these. Great value.

See all feedback

### Popular categories from this store   See all

Silver 925 Chains | Silver 925 Bracelets | Silver 925 Rings | Silver 925 Pendants | Silver 925 Earrings | Silver 925 Sets | Silver 925 Celtic Jewellery | Silver 925 Amber Jewellery | Silver 925 Shell & MOP

Back to home page    Return to top

More to explore : Solid Sterling Silver Case Wristwatches, Sterling Silver Band Sterling Silver Case Wristwatches, Sterling Silver Watch Chains, Sterling Silver Case Wristwatches, Sterling Silver Wristwatch Bands, Silver Sterling Silver Wristwatch Bands, Men Sterling Silver Case Wristwatches, Ecclissi Sterling Silver Band Watches, Women Sterling Silver Case Wristwatches, Ecclissi Sterling Silver Case Wristwatches

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Sun, 06 Aug 2023 19:22:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:493a:a500:b95b:2e52:205f:8608

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

cCMasA0Pn0WHqADcO36y/dUK9XfPJL8FXSmCiB+6YSJLpflnAj4CwjSJGEWynOns0MdsLWCUd8lqkqjBTfnQ4O8yGQDQDistP0XnuijY5YWl46KL3xWI2X9OLITbHjzgpzV+z+ftLH3T43SITPjSJ23N4DpSwO/
hz30vdmq1culDwuckXmZ9PsRHWsZmU9WdLLeh4+1SceJ3qJEVAJr2xYsQnGwtW1wJ8n5BHNqGccoHJm8xAlitUAg4uWOyQTu5vFuRq7MNpEkHPUFA3dAEbpk/q/Azmv0DrsATyFgrZ15XVV4xJTAoMkMNMGb0exisQR3aXdoGXolGjOzBy0kQ0g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Sun,-06-Aug-2023-19-22-18-GMT.mhtml

**Hash (SHA256)**

9f93f737f0087361dfb98049d6fe014738dffff7901f8fd0144c8164f96653aa

**Signature (PKCS#1v1.5)**

gOxgfyojBKEoKG6ERDEQv66kyUrrAp2hbIG9Swx0Yx8xlCMivW0BNsXeKNb37B0F/VGww3uQkSqEURdfySF2SsgdtKkQqyxZ7cy3dO2WNUO0SMFdB6ur9sU2p0BRmzU3dKbx24l78nvAkPXsjhh/DLh4e1LbH+qc+nVpRO0YP2etEVhDQvfpCAzgoZXxljc+H5qQ5Cy9qzduRJf6abnxmPcbYpZq/
WHS0cknWQ3/KtvubMChKGTNme7XFhOEHeSZU3Rabksb1QIO1OlSGLytGgjMBYy0Os091SwyI1+JEXTOcQ0TcUZN7dwQc/49NP1eiUYzJF0jQtlMAV4pLn4ixQ==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

VISA

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]

307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States

[redacted]

Change

**Review item and shipping**

Seller: vandp.jewel... Message to seller



Solid 925 Sterling Silver Smiley Face Stud Earrings Gift Boxed

**GBP 10.98**

Quantity
1

**Delivery**

Est. delivery: Aug 9 – Aug 16
Royal Mail International Standard
**GBP 4.50**

Est. delivery: Aug 10 – Aug 17
Royal Mail International Tracked
**GBP 9.90**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 10.98 |
| Shipping | GBP 4.50 |
| Tax* | GBP 1.09 |
| **Order total** | **GBP 16.57** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS
Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**
925 Silver Adjustable Smiley Happy Face Ring | eBay

**URL**
https://www.ebay.com/itm/295446238311

**Collection Date**
Wed, 09 Aug 2023 19:56:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
193.27.12.196

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
XEgVWlVansX7y7b5D+6kmQr0xJoTVG+uTeJ34JLjErSAVmRRMihuHqHCXdLl1yDL/CT5i8qKCTBqxt9iZAEWhTCyOjfssDhb4k/6SuoGK3JFXAtPiOYaizWJlh2FlznowVtpUQ1SnM0S/LL9c3vT+d9vRcGGx13dSxoihKkhVxu
+3dChQmcNWLQKQoUOMER16aHiY2gf6M06bNYZgW9qppHwuUfYCfBv9EjtZ4C6KWAs8Pr3w5P4p7zbVtIRrCBqiwX12N9jgvMaNiUsUims8RnnvO9BiRU6hnihl+zoGJCBbGbwTT1aqfSVbgbU9SBo3rUD5ffWgBNp8T7iYKLFkA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**
screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]295446238311]]_Wed,-09-Aug-2023-19-56-41-GMT.mhtml

**Hash (SHA256)**
e7737d52d1823a990163306dc71a59de15abecafb55ebed98da385e089ac2fd8

**Signature (PKCS#1v1.5)**
a1AvhlBNQFAvdqrSJyqfOOrOgkDME5Zd7+7RRNz7JSALWTtPIqkXSIwvhg+uqzU4sQv9od5r25EWtutbDKv3NPpYvNh8wtvVv8angKsW9+Ewhx4ngu0sWvg8nCjHOcKbKmzpOPTSs3bZcRkWDL0sef7AbgbI1apJH93w3M2XHrBa4/JC0FC4q6XR4UG1lbmt2Zo6YGPVu
+beSc5a5drMSAQgU8nvBFBZEhnTBWSXs+dCHbE1ez3bZ+MvJzXi4oxFGA04z5DsAt7OhyOOC/o8lr6L+6pm69BUU8zg1FzE2yuJ/KkjxcSec40HGZdKJH/kMKcSpq2qtHZpkyDP0izdKw==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Rings | Share | Add to Watchlist

Learn how to earn a $50 statement credit
With a new eBay Mastercard®. Ends 8/16. See details



## 925 Silver Adjustable Smiley Happy Face Ring

Condition: New with tags
Color-: Silver
Quantity: 1 2 available

Price: US $35.99

Buy It Now | Add to cart | Add to watchlist

Additional service available
1-year accident protection plan from Allstate - $3.99

Breathe easy. Returns accepted.

Shipping: Free Expedited Shipping. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: hangzhou, China

Delivery: Estimated between Thu, Aug 17 and Mon, Aug 21 to 33132
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Have one to sell? Sell now

Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

Seller information
verongb (18 ★)
100% positive feedback
Save seller
Contact seller
Visit store
See other items

## Similar sponsored items See all

Feedback on our suggestions




- 925 Solid Sterling Silver Smiley Face Adjustable Handmade Ring, Ethnic Gift — New (Other) — $19.99 — Free shipping
- 925 Silver Adjustable Smiley Happy Face Ring — New — $35.99 — Free shipping — Seller with a 100% positive feedback
- Estate STERLING SILVER Sajen Carved Face Ring Adjustable Size 9 — Pre-owned — $12.50 — 12 bids — + $2.95 shipping — Seller with a 99.9% positive feedback
- S925 Sterling Silver Smiley Face Ring, Emoji Ring, Happy Face Ring, Happy Ring — New (Other) — $16.46 — ~~$21.95~~ 25% off — Free shipping — 9 watchers
- S925 Stamped Sterling Silver Smiley Happy Face Adjustable Ring — New — $14.29 — Free shipping — Seller with a 99.3% positive feedback

## Sponsored items inspired by your views See all

Feedback on our suggestions



- 2.00CT Lab-Created Diamond Push Back Smiley Stud Earrings 14K Yellow Gold Finish — New — $74.39 — ~~$119.99~~ 38% off — Free shipping
- 2Ct Round Cut Simulated Diamond Women Smiley Stud Earring 14k Yellow Gold Plated — New (Other) — $42.00 — ~~$60.00~~ 30% off — Free shipping
- smiley face bucket hat, stone roses Adored Lemon bucket hat — New — $17.80 — + $14.67 shipping — Seller with a 100% positive feedback
- Smiley Tongue Emoji Earrings Hallmarked Sterling Silver — New — $38.50 — Free shipping — Seller with a 100% positive feedback
- Solid 14K Yellow Gold Studs Smiley Kids' Earrings — New — $160.00 — Free shipping

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Jan 22, 2023 18:09:20 PST View all revisions

eBay item number: 295446238311

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Brand | Unbranded |
| Ring Size | adjustable | Type | Ring |
| Shape | Oval | Metal Purity | 925 |
| Occasion | Anniversary, Birthday, Christmas, Engagement | Color | Silver |
| Base Metal | Sterling Silver | Theme | Happy Face |
| Features | Adjustable, Nickel-Free | Metal | Sterling Silver |
| Main Stone | No Stone | | |

### Item description from the seller

Material: Silver
Style: Vintage
Processing: Plating
Applicable gifts occasions: Tourism Memorial













## Tequila´s by Vero

100% Positive Feedback
34 Items sold

Visit store | Contact | Save seller

**Popular categories from this store** See all

Print on demand | Scarfs | Fine Jewerly | Other

**Seller feedback** (10)

m***m (234) • Past month
Excellent service. Great communication AAA+++
Tactical Range Bag Ackpack For Shotgun, Double Rifle Case Gun Bag USA (#295794531919)

m***m (234) • Past month
Nice smooth transaction. Great communication with seller Aaa+++
Tactical Range Bag Ackpack For Shotgun, Double Rifle Case Gun Bag USA (#295794531919)

i***i (226) • Past 6 months
It's absolutely perfect! Thank you
Sterling Silver Jack Skellington and Sally Infinity Heart Pendant Necklace USA (#295425821666)

See all feedback

Back to home page | Return to top

More to explore : Chopard Happy Diamonds Wristwatches, Chopard Happy Sports Wristwatches, Chopard Happy Sport Square Wristwatches, Chopard Happy Sport Sport Wristwatches, Chopard Happy Diamonds Round Wristwatches, Chopard Happy Sport Round Wristwatches, Chopard Happy Sport Analog Wristwatches, Sport Women Chopard Happy Sport Wristwatches, Chopard Happy Sport Women Rubber Band Wristwatches, Chopard Happy Sport Rose Gold Case Wristwatches

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 09 Aug 2023 19:57:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

193.27.12.196

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

XdHhST48WgVckgdKUS5C38ns4mDDWmvBIoqzdqsBa4DqDAHOKYFKvcTvMNACkYZmuCgJJ+d0yPM7wVewji9cLkiAYXgdcpFTfCkEAH0KkoRxvsqZShm96KcdYYaHeYicTMb5ysSiskuOZvF29KTP0CC2dGThO1LHMrwRF22EwJSI1tv/B+/
l3oDEwEXSxKrK1FwoQGoDdqTvljlWEuF6UOcNngZJnRmNJQ3QvEDr6eWCaMQW3QBf0ZQrC877Uc2zI77TE2IVXJT7z27JrwcFQEOaGxrxOhe6/zbabiQGc99FEEthlccXW0OC7eorT1mbojQ8B0L0hxj252FxXIfx3w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-19-57-38-GMT.mhtml

**Hash (SHA256)**

9054423d324a8cd477ca124a43933df70d4dad7f5b4158c7297941afaefdd672

**Signature (PKCS#1v1.5)**

WlAivO2x/uSWBCrF+SoaOLKOiZloM6rzHwXrKL41ifP04xKhUeh6sctv1/qANojGdnGsIZ/FpKYBwVWnuHYtuGyuaUEfCv7n4KQgR6ghDItF8MM4Hs+G4iFYN8q7yG//cXnrZmqJLEoN/Fq99zDobbB2t4crNYJjzGsKRSWAkLqnUSofEptug+MFqTKarifUI6JlsFHM9tootY8Xw/d6/
pLuQLc3MO1SHmFeN5Xt3uaEhg1Vvm9icMvTjhuwjk+gM6jJ/gXqlfTasj1MHtr3bjfGwVngwlIv+5iNkc6MP7tqA+r2mhgGirwEFbLP+hwXqvm9UiVUHUuo80raXu3TtQ==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: Vintashion 18k gold plated womens beaded chain natural sea shell square smiley face stainless steel pendant necklace : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B0C19D8XSV

**Collection Date**

Wed, 09 Aug 2023 09:06:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

wWOYsQWk21dAQmWaTZahzZ3D9laJSI3TcwOG10JArmkmRLMs3kAgs6AMKgA5dSYzfXax3n7od89QCh769sv3PLdnVedcXokCrJwu6uj9MY67+uS75OzL21O7R1pNlkPsO7Ln2n4WYNFtAZ
+ZjYnyvViuXXZ6yZWSJWWTVBOwsup57b0jTZpc4ML5219z5vpUpoQ2B5dBZSS6zC8e2Rn0yezWfQieKfZXbWvBePlX6YZa5dH2s+lIYzoBxeb2v8CdJDZOV305/dCBPlcjfDoIZv53tcSqEzBGJc34t9bqdDStaNwXms8bm9kj0qoAoaR1TX6ZyQ8PlhSCD+lb6UHYfg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0C19D8XSV]]_Wed,-09-Aug-2023-09-06-11-GMT.mhtml

**Hash (SHA256)**

a5275cec943c208a2c744b1f60a4a913a5ad12dd8a60ea5c989b2c32c2f1fc72

**Signature (PKCS#1v1.5)**

RtyR0Do3CmaoKWXhQVE3XC73H2hZcoiOXI2Y2vaBOGqSHYxgZLcJIyyzGiWxhU2x9KzyUsIw3Dv6UHcEMPpcBQFBsNkGcU+zLzzwHT9Csy1CMs0z7cW4kcu70wk6QAtAaR7kK7mlB+tXQ9Aq2DuqxPane32jZc6TQOC5ohEJ1RZwj8ShenfMW3rmWd3Tg
+Dru0IJRf4Y93uK0zMnsM2tI5QLGYYWEbnD8T5V9DaxtRq9MczDzis30yttZxDqB0uUYhj3DImY+e6cCk+kTNpNLO2Ku5aHFoh/RYUkGqTkpi3L7CsxKqvI0nw9IttjiTuLxJ7uT6EScihMvpnKH0KWzQ==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 09 Aug 2023 09:07:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

xVDKKNOoFcYM7hJ7KKrPFn2KtXPl3sUx5sOwWYhVTmV9Kykg7dxC4g/sr+nKP9wR6V/Rd6pPKhLsmnw2iCUOHg3cxADxV39R+vpS789FRRSG+/JXIl/EVteqGdS+WZfyha2ANameLqsHhlf3jzdq+/hDm3aMzb/yCpS29HXWc4jka/JS54ruLgiaSLkkYweMo/bucouM
+ASPvqefJwl88wdGg0rlR8/kCJI39BklptSFn9yLqN3anbvlRjRN61/cnyvFQRWbwzsXoXZsbC74szSEb70dlTB/lrcKvZV8Zxv6FMEiu+i+px1Gw5Unoa4b2JRVeao3GP6lgeNw4n5AeA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-09-Aug-2023-09-07-46-GMT.mhtml

**Hash (SHA256)**

a2184f87aad5822584a1061dc0d7f5e964294de7b121d58538d8099739bbe75f

**Signature (PKCS#1v1.5)**

veTXEcOpKJhWhAC8bXRwuAsbrSNPbUGVWSrXjdxGRha5NhfK5x/5ZW+EnkSaOMTQf1bQDtvh4qCXRRKJ3POPUUpoVWuIB1QAE6jtua3lZVWDM2C6Cgpa0K4znK2/ZaYFD1LZZD5rn0yqASM8iRngzkg2mP7ujX7zEemdUkhWYO0t289otfoWvMI
+23jknVkzsuLYoZt0GAlumyJDfwqvukHGo2x7VpVnuPjPWz/Dwn7WG74S2dUGO3CKcartYwRD7X5Svyxz49DNb8Gi8MZJNHShcNiGglhtuqfZyi7owvu6axsJWM1KE2AXpltrNTH/a908kq2t2v2B0iHmZu75nw==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: Visgo Preppy Room Decor Smiley Face Mirror - 11.8 Inches Aesthetic Wall-Mounted Mirror for Teen Girls Bedroom, Wall Decor, and Dressing Table | Easy to Install Peel and Stick Wall Tile (Yellow) : Home & Kitchen

**URL**

https://www.amazon.com/dp/B0BYJXF5CS

**Collection Date**

Fri, 25 Aug 2023 11:55:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VBY+ppnbGrdvr4T40r1xJroPYpY6mpv6VnalbNm8K/HqN4WEecQQ4LuAgBjhibk9lck1Twiq+nKGSUGC/tuHE5T+2XmOTqJ+paXxQxQGQDUt1WIBSL/FXwnntp9j7FjUYcmdNWJuQl9I9AeHmRw7tJcMut/xR0qtb2rp3OSSiT4tBQ/Ggoo+cKndq6YLUcn1H/5gkyJHiL/wBwmxSDaHyKwX44vSEiDlWWS3DMns0BMGiBoG5K9TsQHGhWjEBztzog2I1T1LhDGpre2jVmz3CF75CB3Rgn3bqPOkt1ZO6gyCvelgJRDXhDmq43XVPbKK4yAVMAGG4Ls5ZKalgPpjWw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BYJXF5CS]]_Fri,-25-Aug-2023-11-55-11-GMT.mhtml

**Hash (SHA256)**

d5252436171dfa44d415b034e7cffffa265227744023feab7317e5c5a3ee1c4d

**Signature (PKCS#1v1.5)**

tsduRroMcbQ77aVhp3dEPU2bTfiMrcN43m/udb8fSscVfvlNBQldavshRnKPWfsOQkvbEDvcB6DVM7uy1rQwHTsfpYxoKN3yocAlfAihXtgTxKd9f5AfyunCONNOlfHS2J+WA9EZXLQ8ggzCMgA+Sq9ZdBsaYaHSZCNlxlqsHYsMuuUO8B8qHgPTAMmV6cbnlagGgsxYYPNvl1s+QjduxNLuppCyAirqrhNUvkDExJlszW6PXi/6GLZGyrJbJghlJkCbGEdgYwNpLpUoE0PYNoTDBAoE1dAG6lc5ZzjsKQUunYGsXR8AQZQR3c6+kEPwTo5o7UZewm4mpJ7k9p1vhA==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 25 Aug 2023 11:57:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

iOmhN98HZ1SMnZyHAr1MGecF3PrlHZ1vMWDLYwtdSczCaK0Lt0Q1SQ75wTin9ppUslXC+rEPtG2sh5rqAdfsBPnoMh7jhuInu5NHiCHIVUCRvXAtv6vE89w2mIDDZrSiHHKq4Ynl7ke+pWkedVaD4Wv9ugWYKcYfJ2hdyOvcCxSNI0CQc7L9+drzgZ2w4OX+UKmT6Tt/hCigqO+xpgbtiIkfsi9lW4mB9OO9cYnkdBxy6YOWdde6dRRtkuAeNTJW3T/Gtg3Bu3fKeYgu/NhaETzewrdsWMUMSNpfs4XzB2hBFGVCg7tJKETXSL+IkbjBVl/bwYbq1MPxuFwwDa8inQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-25-Aug-2023-11-57-00-GMT.mhtml

**Hash (SHA256)**

5975e3de33ceb472ffb3f08defc1cf67dc52c5fb7435e2cc29821eb2a43b9b66

**Signature (PKCS#1v1.5)**

yLa9e+ioP9fedIgnJLyNwZM6+bEKq8h4ZZkn9YfCn4MicmCjT+S7iGgV5Odv5+z8hl7aqFwhbWZK2DAUCVFup4dbq1JY0+PlfjNdTsIUs4Y/YsNIu5RsfffOhcC3KKs0QyVjyAh3QYfnI+Lt1WnjltJD/bsPelBuL8P8oogl3UwqwEhdSLWdCZC/kl/HBKkWwrSCBfpRxV15uRgf/Ft7R5w6SdHEzKK9kMYjeMP6CXWx+9yY6iwFVE3ZYrvUi+qDGFgUylt5t/8xmY9QNyydu/t7vpIpMlPG6Ata2qWfiumzKvgLE/9H6H7joUw2Pd/gFordHtmkF7HPvX1+eYPtZA==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: AMOTON One Happy Dude 1st Birthday Hat - Smiley Face Party Crown for 1st Birthday One Happy Dude Party Decoration,One Smiley Face Birthday Hat For Boys/Girl,Hippie Birthday Decorations : Toys & Games

**URL**

https://www.amazon.com/dp/B0C1TY7Y9T

**Collection Date**

Fri, 11 Aug 2023 14:28:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.167

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

UmArisq18gs8oMyzoeFix3W6iEFf9FlDgMtjhnCZ8wjwssVehD4rlYC9ASOHUnB99jJo71i9W5/8va/pnCMt3yiIDeuysvY83U6cwxtiiGgXk7k4G5FUJorVPvzqZ/FebuT/PNGuoK9+ipwAiaZ2EkvEm6/PV4mrU43Z1he2hKfUe0cGyuBNtAM3xNmXXb7z
+R5qxjbMTfif1zEx30lI0NtCO1iIrP6TRKlWKDM67xYNfWfGXxzNFZfokU8DX0xvpyt0qMQsdJC6yl/aXE94xHVki2mK3ahTBBZsbc4GTVNXSCqDmHznnP08pnAoMop54IVm1/B/dI4drEUDpQTv5Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0C1TY7Y9T]]_Fri,-11-Aug-2023-14-28-51-GMT.mhtml

**Hash (SHA256)**

2a709d6f118d8720041f11ec0e4c5e5dd0a51d64c17461c5af203ef56686c611

**Signature (PKCS#1v1.5)**

Y9tKeZJCXevsGKUvGk+XYzy+6VPtSZdLyKcGSEB/9zqfJj1uCAbUMMz79GNn8NQyI0JHIIjzEUn2GhHyY3u3nnv3Wt4+vEuekyOopaZJhlDow7aCJg+EomrS/iKImRCeoA8ZzQAfw8BAdzwWE2LMXCbBj4SKlZ8FfJ7DsrgNVLjl2x+hAr6tq7oZQE1sq8ecLwZKWPkXxv0NMBMn/kdLGrA3gG5EPFZ
+zmoXh0I5R992U19cILAfFOg1kAF5oH0IO9m59ZFX+LvWFZClbTdDbeUgMwIyORhpIwkD8PjeLtZTNpFpZXTnHiTpXAPefaCcsbGhkh6ERP03iQgqON3ggA==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 11 Aug 2023 14:33:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.167

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ViHXZrHGyfDf+Dlpv8aNQ4XB7utAeez9x0NRCzgeMDjdVHYyELH74+kuJTCoqYuW0ZFP3N4dzxvVwEdMqGTpa4AqimCkpB2xQZcEOcKOKzpIjpa0bCX3k48GsZwf3WB+vkJ6G9XwtedWDdcIlsINX32qy+iSghSbGS5VEwvvzlhnpAbSw1o5tno5KHUFWus1qyD
+SzJE4R5MGgjSDo6+snTH3BeVAkvARATTDevaJy/g43PH9FWPXaU6GQ7aeU4OU39IJtC3VkpPp/U7N+I6NfL2Rzg7GdXB8maW2AmlAG8ygDATGml4vUk3akHFKtFLvOzGell1oEgeMo7hXsINag==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-11-Aug-2023-14-33-19-GMT.mhtml

**Hash (SHA256)**

bf0554815f2b759f5df579e626733537ae5849dc93dd35a0c9400e6b9caf7fa4

**Signature (PKCS#1v1.5)**

gsEQZSCM6dOWEYQ9mEpy2h2aQGRr/1RmKjX6hyccIXzQ+u0VqT4K0NaYCDgoGIqtCH1FRqxh5J1jldVuVE5YEvhCyZLXqTuY6nZeAsu/ISrrrmjIfdnWh0rI5NZ/HevcjSehZJfbeJVsuNtgpaKsttkzQ0irqybKO6eG+mA6SFdOy0rioW9HGlpFlpWKVLQIi2/mJScK59B6NG8iAb5z05w/UsM/
+HV445WmTZ2JI9QFE2Um8Gg41nC5lmzSNeVVDV4gVulfeNQE45JKx1jYy5RasEocITRNxOY993obfeEIYtXt6rEbqDw6lPKNVadj08EZhKLvK5rPbEK1wtxRug==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: WCRAZYE Layered Smiley Face Beaded Necklaces for Women Colorful Beaded Dainty Paperclip Chain Pendant Necklace Cute 14K Gold Luck Smile Choker Happy Preppy Necklace Y2k Jewelry (White): Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B0BBYSRLP1

**Collection Date**

Tue, 08 Aug 2023 03:25:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

rxz3K1o+XXP5Ugy/s1cQc9MzBBzJ9kmfWwP2JX3Rk9X40m9YsAlGdkmCH4chVVcWvWA3zwMmjHwBnn64aEtmA9S9Iq+S6lM4qesXw/
y3MjRCujmND63dDF51cSK92VxklprjOw5ajlXmZRXmJ3+zr3xSKvGNUSfZRk8fPcVdhlcOg7rBUaCiX8hqO4uk7XX0mRz4jNVeSnaP7MZlZPag1aZdIWcpkOt3shU1VinSxJLuWVT58GutXMTyg/Dlvn9BPblRmkOV/zpypgnld+TERglKSsShvaL1k+wZXtpfR7x9zXP88DugQRpXJV5Gccplw4fd2/
PCvdcNPlZImayMSg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BBYSRLP1]]_Tue,-08-Aug-2023-03-25-23-GMT.mhtml

**Hash (SHA256)**

baace6f80fc7be65c6900b451257f8d1028995174ff5064525a35d96c29915bf

**Signature (PKCS#1v1.5)**

gVqR/2lOIyny/P/NFCYzsoY1WlHKnjP2YTbFYt53HDrHBOTvR+uOsexVzobze82B8OxvRRP7kBf/Z3wAsby6vU5fc7P52sMd98KByLRBWF/9mOXW/XgH6Pc+/l/fMirW/7efx5jQwC9b9nNLecmncmq6bQg
+lRjMvwCgiXrgwPWl7x7LhCMLqH6IQDMPvsmkbltZbmfGbRaEByUnqM4wgQoEXPPQNCC/Gq+sG9/fCDtzQgMECxw84k+gzYTcliCxg6FY4pqwk5M++ZaY2fTQNNsNXDXkNQcV6bKfazsA/6cn8c1qtecZ3o7jZ23+8W8QAErTSxLFtl7hZ+pXSOMMzQ==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 08 Aug 2023 03:27:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ehXTaz348+LvLeZkIj14wNKCDLfDR9/zC/C/sEgrW/KM3eXe9Xey05ZrQdvYz
+Hf3a4qsNd79q7XpbfWcBkYsVS3KtGAc4zW1RbBhPnvMVHuvohvKRoCyBGWLRmvclAiAJ7JiyPBU5eARkDKj0A8EpTz1LxO6TYgGcLuRqhoxwkjlmLBZVrR5pzcugNtyUdRoVSDQzHH8eVxp5rnq9ax70zz6PqWpiUv/ AScAVH749arZyV/gph7gla1ennQJ+B6FBgIGo30iyI7+mXdFMPalr7/
QWNHMw/eu8yoUDIFWDVFzAowjqM75X7CBd9N8zDvotljL5NdwrbiUyH7Of/igA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-08-Aug-2023-03-27-03-GMT.mhtml

**Hash (SHA256)**

3676e3768267291bb721ae189d84adfa7835ad0689e38fd65024a080d314d794

**Signature (PKCS#1v1.5)**

v2B6GYF0b+nDu+Crhba5TfOEgd3NPO62LyDzZxVFn+qtLez7kuB9eZzQH9/703UeUmqi6u6HwDxialK2RhHW4YhqkBbJnTziA2yPy+sKyGdW5rZ9bCmnCVj0MNRm/6NRsdhxLql2fYpPHjeiyD
+6G4rXQO31CFFJvKUlyWDftDrtZvsGvwElqrYQnTP1BLRtJELWO3mJyJNFHOH5DXlJTmT1MnUxJKgRHuh6/oFJ05r3ysxfID6jzG06B8A2nUW+k4PyEKoNTAmTxfM7Cl3fWCVhDvskRCa9+N30zNPqe2QaY3o06MExcLlaEPQOy4DgyAFXzUDCDodWnHtYQk936g==



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Fitted Bandana Yellow smiley faces,sun hat head wrap du do rag bandanna smile 5060255302125 | eBay

**URL**

https://www.ebay.com/itm/392091920840

**Collection Date**

Tue, 08 Aug 2023 16:31:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

P0z34NFRZh0zSmMMYZOtA5EJzQnmMUahnNEmPhilm3cLXPuOR9knQmyPPd5uFMVQT/28VlsPaYyNwt/prUiMd6ye11Ruo/+YadG9eZhLs+sENB5ZpI7PcPm1B
+H4ZcaCTWUISpWXoNW6s7RlqNcE5O7uWLGNu2bNsHJuWCYaaELJWxksAljKlSZag2wSMLo1N4OGjriHGnLEMmPQTG7R4SY1ZiqHcCHOqueYe6h1mDKzAX/OsaxQctdZT5WFH/qX6ljtQ1fkLxwecFg0tuC6uIFCiAI4/q1t6t2E+HSY17IlgyZ6HPd+QKDbL1flYV+9UFtvCTpqFd8LipGiH/
AgAQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]392091920840]]_Tue,-08-Aug-2023-16-31-26-GMT.mhtml

**Hash (SHA256)**

413c1f7155599694a6dc1c402464404c7583a94323f229357dee0fad3371566a

**Signature (PKCS#1v1.5)**

KYD3mgYt7rdwPqwNcgoMkc6dOrzJONs2DstgrUGT3jvHgf34879hHOQ3faYOT2wJbN6GdvJpxXnbfpc8GeBgSUhtK2InZn/aMxgN2xrDPf4gwo2WzFLVlWMtF7thTTeZ3iZvNPJTcerK4+nuyStEzKMECr0S2esN4YTYdtiG+3vzfYGnVBhOt/9wsUYITy84dZyvRqg
+XiozdtfxWnpkKd6VaxhJ9I7VI9gG/ma8bdQMZJKmFR6Oh2RiEZV7igxzTiR1s9sJFC5ckP7YbmnctuRGLjIfOvBFh7eiIlMA1eZPeF/fPugs6C1aOVk8of/Z9PR4dSONPHMjV5lrE3s1qQ==

Hi Jade! Daily Deals Brand Outlet Help & Contact | Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Clothing, Shoes & Accessories > Specialty > Other Clothing, Shoes & Accessories | Share | Add to Watchlist







$ Have one to sell? Sell now

## Fitted Bandana Yellow smiley faces,sun hat head wrap du do rag bandanna smile

★★★★★ 1 product rating

Condition: New with tags

Quantity: 1 More than 10 available / 35 sold

Price: GBP 2.99
Approximately US $3.82

Buy It Now | Add to cart | Add to watchlist

This one's trending. 35 have already sold.

Breathe easy. Returns accepted.

Shipping: GBP 13.94 (approx US $17.80) Expedited Shipping to United States via eBay's Global Shipping Program . See details
Located in: Huntingdon, United Kingdom

Import charges: Free amount confirmed at checkout

Delivery: Estimated between Tue, Aug 22 and Fri, Aug 25 to 33132
Includes international tracking

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA Mastercard AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

International shipping and import charges paid to Pitney Bowes Inc. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

Seller information
wendywwoo (32966 ★)
100% positive feedback

Save seller
Contact seller
Visit store
See other items

Registered as a Business Seller

## Similar sponsored items See all

Feedback on our suggestions



| Item | Condition | Price | Shipping | Seller |
|---|---|---|---|---|
| Baby Toddler Infant Boy Girl Unisex Leggings Trousers Pants 0-36m NEW | New | $4.46 | + $14.32 shipping | Seller with a 99.6% positive feedback |
| Personalised Smiley Face Baby Grows Bodysuits | New | $12.76 | + $14.56 shipping | Seller with a 100% positive feedback |
| Five Designer Dust Bags | Pre-owned | $12.13 | + $18.76 shipping | Seller with a 100% positive feedback |
| Children Summer Bucket Bush Hat Cap Sun Protection Boy Girl Kids Patterned Print | New | $8.93 | + $4.46 shipping | Seller with a 99.2% positive feedback |
| MeMoi Women's Smiley Terry Patch Stripe Crew Socks 9-11 / White | New | $12.00 | Free shipping | Seller with a 99.1% positive feedback |

## Sponsored items inspired by your views See all

Feedback on our suggestions



| Item | Condition | Price | Shipping | Other |
|---|---|---|---|---|
| Banksy Grim Reaper Graffiti Dictionary Art - 8x10 Smiley Face Poster - Modern | New | $27.63 | Free shipping | Seller with a 100% positive feedback |
| Yellow Smiley Emoji Face Printed Polycotton Mask Fabric 110 cm MD1517 Mtex | New | $3.19 | + $31.93 shipping | 39 sold |
| 9ft 2.7m Banner Yellow Emoji Smiley Face Birthday Party Decoration Boy Girl | New | $3.44 | + $14.28 shipping | Seller with a 100% positive feedback |
| Smiley Face Ring 18K Gold Plated | New | $19.09 | + $17.25 shipping | Last one |
| Emoji Stickers Smiley Face Die Cut Phone Tablet Decor Scrapbooking Labels | New | $4.58 | + $14.32 shipping | 24 sold |

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.

eBay item number: 392091920840

Last updated on Mar 18, 2023 09:44:03 PDT View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Material | Cotton |
| Brand | Bandana | EAN | 5060255302125 |

### Item description from the seller

## Bandana Yellow smiley faces



Click images to enlarge

### Description

Ready Tie Bandana

- This bandana has darts to create a nice head shape and has a double stiched band that runs around the base.
- There is a fabric flap that runs down the back of the neck over which the tie is done up.
- The easiest way to wear a bandana wothout the hassle of fancy folding.

- One size fits most
- NEW with tag
- 100% cotton
- Great for the beach!

- Please visit our ebay shop for many other bandana designs View My Other Items For Sale




Auctiva's Scrolling Gallery
Mobile Responsive and Active Content Free

Pictures sell!
Auctiva offers Free Image Hosting and Editing.

300+ Listing Templates!
Auctiva gets you noticed!

auctiva
The complete eBay Selling Solution.

00068

Track Page Views With
Auctiva's FREE Counter

### Business seller information

TVD Trading Ltd

Email: wendy.slm12@btinternet.com

Value Added Tax Number: GB 139698543

Trade Registration Number: 6315369

### Return policy

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Wendywwoo BAGS AND ACCESSORIES

100% Positive Feedback

65K Items sold

Visit store | Contact | Save seller

Detailed seller ratings

Average for the last 12 months

Accurate description 5.0
Reasonable shipping cost 5.0
Shipping speed 5.0
Communication 5.0

Seller feedback (36,250)

Fabulous item and a super quick delivery, thank you so much, would highly recommend :-)

See all feedback

Popular categories from this store See all

Gnomes (Bikini,Ski Mask) | Bandanas | Large Beach Bags | Knitting Bags | Cotton Laundry & Travel Bags | Wedding Favour Bags | Toiletry Bags | Cosmetic Bag Sets | Baby Dribble Bibs

### Ratings and Reviews Learn more

Write a review

5.0
★★★★★
1 product rating

100% Would recommend | 100% Good value | 0% Good quality

Most relevant reviews

Bandana

Apr 10, 2020

Verified purchase: Yes | Condition: New | Sold by: wendywwoo

Back to home page | Return to top

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS
Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 16:33:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

UhuR+WPmAGLnTdA84AYm4ty6idicZ+6EFQe2DsotLq7+Pnf4T2PeM4GbJ0pGH5zM9WI2NKaLI1aE/qsBFTNT1d0ENCAr5QeV+rqwNnw8EkIvVH3uB77E0S2rxBCJvwcCeuzgiyhcq+L6Run24Ostt5duRRf85AWeM+rNzHwohicxEKarl3yTSy8thmtItb0W+IcU
+xLR92pFbDmvyyc9J/7Kim44ccJQnWABuw2Lz5R0Rrq3tPl89sQs4VJZPn3jXbtwdt/OAEZROYDxdecBlLVvLGh3AsY3V4T4PV0ZAiWxjalP0hidBV01i5NcLiFOG+ifWxrNRDE5rDKvE9tWOw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-08-Aug-2023-16-33-33-GMT.mhtml

**Hash (SHA256)**

d811d1544419ab8250dc7345f69d0d02798d2c285989c093eaf235531d2b80fb

**Signature (PKCS#1v1.5)**

gI79v3bHVyTvuKSVzTncny3xP6Irs0tpFzfnmpJwHqBCTbCAZTad9+BrqIk0++0OfhgO7CAQDykzyn+esfmdjfBsER0RPnLPbfKn/JZXVY4ttv5yfaM/U+HX5nTFcL4qnK40LM6baixnpBvCr/DVPr67kb9F3Ps3wd3EPWr3BmmuWbWFVfh0G8lzvXBplGC1hAqSw9/9hKtd/4xSsRPWsUIoR
+aKD9wfZGXo8M5QdFpbAVGkl4ukKfi3EdITC55OUtExaGylU16mOVoUdq4TpqYRsmHnNqCB1SFqnjizrMOC74M0cJvXvF8gBi9o4vHUu84Ah1jloGd/CN0XoazLJQ==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Review item and shipping**

Seller: wendywwoo Message to seller



Fitted Bandana Yellow smiley faces,sun hat head wrap du do rag bandanna smile

**GBP 2.99**

Quantity
1

**Delivery**
Est. delivery: Aug 25 – Aug 30
International Priority Shipping
**GBP 13.94**
Includes international tracking

**Import charges**
No additional import charges at delivery
**GBP 0.00**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 2.99 |
| Shipping | GBP 13.94 |
| Tax* | GBP 1.19 |
| **Order total** | **GBP 18.12** |

You agree to the Global Shipping Program terms.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

12 Styles Aurora Color Nail Sticker Star Rose Love Smiley Star Nail Decal Abstract Slider Nail Gel DIY Nail Art Decoration | Wish

**URL**

https://www.wish.com/c/635b654332b4aa530ddb5d45

**Collection Date**

Fri, 11 Aug 2023 11:31:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49a8:7700:49ed:2e49:843c:fede

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

U1V084yqnV1Rw7WTCxthvyGLrC7reX6tA3mSeWtZkkm1fxXuppxCeegcuGmP1aej3Vb0PTv6hZHXLQYhpxmSb67a+eeFgfEYOll9DZOzKC7Iw5SZvgKAQJ+Y7uWIadSIJZZ3PfWp0q2oI+WmnbK+crKG7hIe1v76ANMeFrfvW+hvA2FNkzE
+TvhvriFJJFLDOF8U3aTwltBIlPqs3rxrpETXujIQ1uD9jW5vKNceLxEQ4c35zkQGBrX9NkhpZdVgsW8H5r0Yptqm/D/5UvIyfaakvGCs+CFGWFY3nR4mJ3GlmIAVk9C56vO2zfxMukAbZxdwFVxC0+MAKpGbele7rQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]c[fs]635b654332b4aa530ddb5d45]]_Fri,-11-Aug-2023-11-31-32-GMT.mhtml

**Hash (SHA256)**

b487fbc375216741ba0df4928a35b37c05eaa1ad7cbad0fda705e61022dac127

**Signature (PKCS#1v1.5)**

NI34wWKtnlAaOYmACaS7i+AyGiUFcohRa0tdnGX5IppxOZROb3lL14Lon5YCVSgTi5FlfH7/JvnqZFNQ/wgM6Inc6Q+kKVgyINID9J8yiC0dAE9bIYauY7xHjy1xyxMXCQ0Wg1ZEv91SjeZ05xyKUa4ZDvyQU/TLxVVOjJgdcMZ
+s7M9028d1VqFjwpxtn6e7TO3Hws13PJvcDy1j28U3K0Yxcxcyb1HrCyW1HUnBGFO5O64NQp24tD3rgr70usgBuJQZpHDKycoY3V/82DTBOCMag2DZsog/vaVis4xouIzytLqlB1rfadyfOH97oRkIJbHUdbj4HrJTFDiPimgBw==

wish

What do you want to find? Search

Popular | Express | Blitz Buy | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | More

Health and Beauty › Beauty and Cosmetics › Nail Care › Nail Art

**Overview** Related






Contact, Policies & More

12 Styles Aurora Color Nail Sticker Star Rose Love Smiley Star Nail Decal Abstract Slider Nail Gel DIY Nail Art Decoration

★★★★☆ 6047 merchant ratings

**$3.29**

**Size:**

1171

**Add to cart**

Add to Wishlist

**Flat rate shipping**

$10

Spend $10 more to qualify
Ship all eligible items for **$2.99**

Estimated delivery: Aug 20–30

**Standard shipping** $2.99
**Flat rate eligible**
Aug 20–30

Items are sold and shipped by wenlongsusu

**Description** Show Less

Specification:
Quantity: 1 sheet
Size: 7.8*10cm
Material: paper

Package includes: 1 3D Nail Sticker

Features:
Suitable for nail polish, UV gel polish, acrylic and more.
Easy to apply on natural or artificial nails.
Suitable for home use or professional use.

Instructions:
1. Pick up part of the sticker.
2. Apply base gel coat and allow to dry completely.
3. Choose your favorite base color, apply it on your nails, and wait until 90% dry.
4. Gently remove the prepared sticker with tweezers, place it on the nail and press.
6. Apply the top coat for a perfect finish.

Product Type: Nail Stickers

**Reference Price by Seller** Show More

**Sold By** Merchant info

wenlongsusu
4.4 ★★★★☆ (6047)

**Premier Merchant**
Provides outstanding customer experiences

Contact merchant

**30 Day Return & Refund**

**Shop with Confidence!** Learn More

We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

**Report this listing for inaccurate information** Report

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Fri, 11 Aug 2023 11:32:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49a8:7700:49ed:2e49:843c:fede

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MD73+BHDe4CAqYd3SKQi0NGkC5xhKjxBl/l/sW3Hy1wvEuRhkA8dKAF+8IFBPwV2pvTQOdkpS0JdL4H6GyQqer5HnW4Mhu1v1j+/1UneRwD78RL092F23EVEpNAzrYqH1cz9Q+UO3ejsE8qQ37EDRkdOTjP1a4Vmh/IlWN8GnbY4lHJVsJvlSvmbayzrRmL51IZ51jZtW8MjEmzbxxzoqRym
+6iOSWLSuLFmjTfMfB2TL9C1vA+NP+fwtVxBFQT08HQhdSu+pLKm4jUElREoNzziDWBzNDmCzAaWfaTjSDwcKW6Enixigfoki+bEVK6dCaIc3T37eZ1Zdyn6bTQPpg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Fri,-11-Aug-2023-11-32-38-GMT.mhtml

**Hash (SHA256)**

96794f9d08705e4786f30c190aa1bfac1a0f3a3a68977bc577b2ee6730140661

**Signature (PKCS#1v1.5)**

hXXd561DvoRvy3bxl9CSNnKeWCujHkm2Klcj5ekAHsaiGaK9IP4SoHyRXrpDd6SkMw5J5m64k2D79cX4kE9NymLPEp7KydUQZVpLvtR6ZZ8nguV7V217n8n2Z5ld9gPdnXiN+F/QIDkCZQnc6Ols1WSvlO/IwMM1hO/
E8gmG6qBnu5XjbvP1SrSZDGaI00Rykc7VjRFWI58JcToZOkfpEDaLhYeSQqQWmt/KEGIOAyOnNRvJHvnw6yYsB/rOITMSzrWTGPcHW8qdqBuAnJVXPZJzWJvbUWprhHrBb4KEz+Ysn3dFflBXxTYpLXjAbbE79QkEEnMQ9lJoCku+17UFDg==

wish

Popular | Express | Blitz Buy | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | More

**Shipping**

[redacted]
307 NE 1st St # 6, Miami, Florida, United States, 33132

Change

**Payment**

VISA DISCOVER AMEX | G Pay | PayPal

**Items in cart**



**12 Styles Aurora Color Nail Sticker Star Rose Love Smiley Star Nail Decal Abstract Slider Nail Gel DIY Nail Art Decoration** $3.29

Size 1171

1 Remove

**Standard shipping: $2.99**
**Flat rate eligible**
Estimated delivery: Aug 20–30

Contact, Policies & More

$10

You're **$6.71** from **flat rate shipping**. Save on shipping by adding an eligible item to cart. Learn more

**Order summary**

Enter Promo Code | Apply

View available coupons →

| | |
|---|---|
| Item Total | $3.29 |
| Shipping | $2.99 |
| Standard (1 item): $2.99 | |
| Tax | $0.44 |
| Order Total | $6.72 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee**
We've got your back. Get a full refund if any of your items don't arrive. Learn More

30 Day Free Return and Refund

Health and Beauty > Beauty and Cosmetics > Nail Care > Nail Art

Overview Related






This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, en

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: JOY UINAN Preppy Room Decor for Teen Girls Dorm Room Bedroom Decor Aesthetic Teen Girl Preppy Wall Decor Aesthetic Smiley Acrylic Mirror : Home & Kitchen

**URL**

https://www.amazon.com/dp/B0BRBHCNDJ

**Collection Date**

Wed, 16 Aug 2023 13:36:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ce5SU8bI/dqv2LSorNSRMPviMD1VEPUejI2qx8ZtvWyyWyxJPm4VcHchdaqTj6JQFJS0GT7m2hoteNBEsMyN9pVft3y4+kK3tcz8YUFejStS3AuCDfVrwZ+2CSxF+pdi7Kc2RauM1UR/V/9QMlxAfE
+iHNP8CyqIt8DR0rnvGgoCyLQoMcEb9YrhxsJFJAavo6ygqaHGlMEThFoBgKA5CpEta4hVPV1TlegOef9l6DB/WxGA4dMUFuaolVWchhAHMoXOyuMkgwiqYlrZJP8AdRQ6o8M79Pf4Ip0mgs9bkvz4HrhoyweYMQzDrMIkqSNmnM4uy/B1Iu52xv0KteNILw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BRBHCNDJ]]_Wed,-16-Aug-2023-13-36-02-GMT.mhtml

**Hash (SHA256)**

67347ec640f2432ab2dffb4ac80b5f5a77e9450e127673fcf6a3bb56c73809da

**Signature (PKCS#1v1.5)**

i1cKtvXRwx1S8/bgWDsCkDQTf8BF/l3McfDXw1kWfiZpKCXwId/K7jzVasBmxgrTgNhxEfpRBPqbfxSeANoNWA+JDeIPGwqfQ0EYJkhEzLZp8pnodSEguBB8FL4QOUFAYmcjWa/U9Odk27m5Js26zcF9I4TkVIWOM+b9rwrlpg4w5WWXCm5FVCcOCfS3/
Cs5gu5nFVOhZdhJXpLH49WUQGJvdDYWcBACC8UWQNqDkdPuxOwBjeKZqisTKm+qDi9AcCckGOPgbhfilzx87EJWLKHKlCL57eQWDmZPazKBwkkzoPPdiHX5HV39NQ8j0PJkdceHsbZxiz+dYCkXVn2YwA==



# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 16 Aug 2023 13:37:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

UcsSRy31jcjkmg9eo320HULXhTBUbARXhiAVmRw8X7ZXNlJ5ZZ0oEJGpBMLV3QoF3b50M0IZMmSvFCy9XrzCPNWKk5WGF4KDyu6qdqKr03o9nVtEqnwf9vXlMKQvO1/9XByJjjtifQkWkHGnBzw232mUBJ95cgGH4NKuC8A7EJRu6GwlxZ7RMwn90c3eHGW7hanQBBycbPjbWOAMM58wJq
CS/8GnrMMEIotALRjGvRpXagJa52ihaECF4gdBrJL+0l+2Rx9BQAXLgSmuTds5xMOPUF/SoiILK+hWHXNT+QR4v9FDfUJF05vIn1H5vNLi0mgeqWSNNZKA27f1BNR8tQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-16-Aug-2023-13-37-46-GMT.mhtml

**Hash (SHA256)**

56577dce665ae50d94a7bc05a40b904a2cc5353b52ffe44895fd68162f67b523

**Signature (PKCS#1v1.5)**

qxpaL4+I5LiN10fvpdyfGzOPBfgi3zNWWQmIFjau194R2/Fll4N/kCfq0vFsA1q/BCufMl/4/12mSt3FCp0E8mpPdKynckQ34Jx6k75YIBo9ogna19nwB07nJJ91GN3admBkPU41BaTW2KMOGW+PeNyCo
+x9CZZixNcDjUzg9m8hg9ErId3Halo44Jq2XFlYtn78puPcjb9nR1qkEuIBL7oP8ii1Mi7hxEdDIh6dL8+YknyREXud1KXw3qsiBWTF6e0L+mG+asDk7j/uCxYOt4wZ+AGJ+SyIzYmlKduV0qoVVuB20IOXj9rLYVOCC5Ce8lFl8ad2VlxRCFWp7r6T0w==



amazon

Checkout (1 item)

1 Shipping address

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Or pick up near this address - See nearby pickup locations

Change

2 Payment method

VISA Visa ending in 9985

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

3 Offers

Change

4 Review items and shipping

FREE TRIAL

[redacted] we're giving you Prime FREE for 30 days!

Get your Prime eligible items for ~~$6.99~~ FREE.

Get FREE Prime Delivery with Prime

No hassle. No commitments. Cancel anytime.

Delivery: Aug. 19, 2023 If you order in the next 7 hours and 43 minutes (Details)

Items shipped from Amazon.com

JOY UINAN Preppy Room Decor for Teen Girls Dorm Room Bedroom Decor Aesthetic Teen Girl Preppy Wall Decor Aesthetic Smiley Acrylic Mirror

$15.99 & FREE Returns

Qty: 1

Sold by: Whaolee

Amazon Prime eligible Join now

Add gift options

Choose a delivery option:

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

Saturday, Aug. 19

$6.99 - Shipping

Place your order

Order total: $24.10

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Get FREE Prime Delivery and save $6.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $15.99 |
| Shipping & handling: | $6.99 |
| Total before tax: | $22.98 |
| Estimated tax to be collected: | $1.12 |
| **Order total:** | **$24.10** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Ladies Womens Smiley Face Slippers Slip On Faux Fleece Lining Sizes S M L | eBay

**URL**

https://www.ebay.com/itm/185973048505

**Collection Date**

Sun, 06 Aug 2023 03:55:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

ZVdo4AH6UevJjBALDnP+D1EGtJLC3e0jk+IOiKXedeOqh0kLdpQY2840te7cKaNZwXOWH2UmDBci6Kv/X8LKiMYCe6L7wBoFtTbWOnUnwg0bYtfLcUAJGAHjpRU6h1klgRxfyhDhPpnR1X+E5laZvev+x2w6bOcgyV4kC1yyDl9wjZzIETTt/m3lNmL/TYm0F9JGDS/pRzFJStYz/c6csu4vtwXVn7Se/jNs9RPKQTh1bwfMhmScVlQOmb217EH4MBrg2u19GcYEGBPOaaanOt6E6gahg59YHSBKWk54AOH4mal9FkzAJTDx1MMh6Pxqw3prMD5VnsSo4YEtNeOrRg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]185973048505]]_Sun,-06-Aug-2023-03-55-10-GMT.mhtml

**Hash (SHA256)**

5db9fb796e1299cb847485363ee544902fa289432bf6d5341d7f4c4a28d06ae5

**Signature (PKCS#1v1.5)**

cMwEGmuAbDAlS2SuGrL4PEkUYBcPFrlax21FRiUFlkTAEzqxBqqnl2x9wKcxwzhNxNhOgVU8SACxtbxjGJ1KN/2w3o7XIg7DjbGoVKr+5qqxQ1Tbq6ESwcN9lqALrLcL04Vb76x9KP/IatU3IAY+DjkqgQWbNxsfwS1vvAlUKfpEMGV2N5d3K8ME1MqrOAYHMVes5RRt5Yuu4mavjdOQGnU8ZS/bxWy+D17gs8yl6p4oif2k2MDadR2YKDhuIpbDh9pnH0Ir8/AEJCb2qZQN07rvzuxnOOSSLojqZ/7/svdf0R38meJSCRuasIKYBPbWiztpl2O8Xfdfg7zp5U14VQ==

Hi Jade! Daily Deals Brand Outlet Help & Contact — Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Clothing, Shoes & Accessories > Women > Women's Shoes > Slippers — Share | Add to Watchlist



## Ladies Womens Smiley Face Slippers Slip On Faux Fleece Lining Sizes S M L

Condition: **New with box**

Colour: - Select -

Size: - Select -

Quantity: 1 — 6 available / 52 sold

Price: **GBP 11.99**
Approximately US $15.30

Buy It Now | Add to cart | Add to watchlist

**This one's trending.** 52 have already sold.

**Breathe easy.** Returns accepted.

Shipping: **GBP 2.95 (approx US $3.76)** Standard Shipping. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Rossendale, United Kingdom

Delivery: Estimated between **Mon, Aug 14** and **Mon, Aug 21** to 33132
Please allow additional time if international delivery is subject to customs processing.

Returns: 60 days returns. Buyer pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

$ Have one to sell? Sell now

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
whybee-online (126528 ★)
99.9% positive feedback

Save seller
Contact seller
Visit store
See other items

Registered as a Business Seller

## Similar sponsored items

See all — Feedback on our suggestions



- Smiley Face Slippers Happy Face Slippers Cozy Comfy Slippers LOTS OF COLORS! — New — **$20.39** — Free shipping — **41 sold**
- Ladies Womens Smiley Face Slippers Slip On Faux Fleece Lining Sizes S M L — New — **$15.30** — ~~$19.12~~ **20% off** — + $3.76 shipping — Seller with a 99.9% positive feedback
- Brown Slippers Mules Shoes Womens Size 7 — New (Other) — **$22.00** — 0 bids — + $8.55 shipping — Seller with a 100% positive feedback
- Smiley Face Slipper-Slip On Shoes, Women's Indoor Home Slippers-Pink-Size 7.5-8 — New (Other) — **$22.00** — Free shipping — **Last one**
- Winter Fall Indoor Smiley Face Slippers Happy Face Fluffy Cozy Comfy Slippers — New — **$18.99** — Free shipping — Seller with a 100% positive feedback

**What's your size?**
Add your size to see recommendations that will fit better.
Add your size

## Sponsored items customers also bought

See all — Feedback on our suggestions

Sponsored



- WOMENS SIPPER WINTER INDOOR/OUTDOOR MEMORY COMFORT PLUSH FLEECE LINED TAN 5/6 — New — **$11.47** — + $14.50 shipping
- Ladies Womens Faux Fur Fluffy Sliders Slip On Flat Warm Slippers Sandals UK Size — New — **$15.24** — + $14.62 shipping
- ELLA Faux Fur Cork Double Buckle Slippers Open Toe Slider Ladies Womens — New — **$12.69** — + $20.96 shipping
- Dr Keller Faux Suede Cosy Fur Lined Trim Slip On Moccasin Full Slippers Ladies — New — **$19.07** — + $21.16 shipping
- Dunlop Ladies Womens Slippers Slip On Comfy Cozy Mules Memory Foam Sizes 3-8 — New — **$19.12** — + $6.26 shipping

About this item | Shipping, returns, and payments — Report this item

Seller assumes all responsibility for this listing.
Last updated on Jul 28, 2023 08:28:29 PDT View all revisions

eBay item number: **185973048505**

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New with box: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Brand | Livesey |
| Description | These Happy Face slippers are a fun and comfortable accessory for | Gender | Ladies |
| Type | Sandal | Shoe Width | B |
| Style | Slip On | Fastening | Slip On |
| Heel Height | Not Specified | Heel Style | Flat |
| Features | Comfort | Upper Material | Synthetic |
| MPN | Does not apply | UK Shoe Size (Women's) | Not Specified |
| Shoe Size | Not Specified | Department | Women |

### Item description from the seller

whybee

FAST DELIVERY | SECURE PAYMENTS | 60 DAY RETURNS | AUTHORISED DEALER



## Ladies Womens Smiley Face Slippers Slip On Faux Fleece Lining Sizes S M L

These Happy Face slippers are a fun and comfortable accessory for lounging at home. Made from soft and plush materials, these slippers are designed to provide warmth, comfort, and a touch of playfulness.

The slippers feature a black base with a fun and vibrant yellow Happy Face embroidery on the toes. The unique and cheerful design adds a touch of personality and liveliness to your loungewear. The slippers also come with textured bottoms that provide traction and prevent slipping.

These slippers are designed to be easy to wear and take off, making them a great choice when you're in a hurry. The soft and plush materials ensure a comfortable and cozy feel on your feet, perfect for a day of relaxation.

Whether you're binge-watching your favourite TV show or reading a good book, these Happy Face slippers are the perfect accessory to complete your comfy loungewear. They also make a great gift option for family and friends who appreciate fun and comfortable accessories.

In conclusion, these Happy Face slippers offer a fun and playful twist on traditional loungewear. Enjoy the comfort, warmth, and unique design of these slippers for days spent at home.

No product reviews yet

Visit Shop: whybee-online

View Our Feedback
99.6 Positive Feedback

Ask a question | Similar items

Description | Delivery | Returns | About Us

**Brand:** Livesey

**Description:** These Happy Face slippers are a fun and comfortable accessory for lounging at home. Made from soft and plush materials, these slippers are designed to provide warmth, comfort, and a touch of playfulness.

The slippers feature a black base with a fun and vibrant yellow Happy Face embroidery on the toes. The unique and cheerful design adds a touch of personality and liveliness to your loungewear. The slippers also come with textured bottoms that provide traction and prevent slipping.

These slippers are designed to be easy to wear and take off, making them a great choice when you're in a hurry. The soft and plush materials ensure a comfortable and cozy feel on your feet, perfect for a day of relaxation.

Whether you're binge-watching your favourite TV show or reading a good book, these Happy Face slippers are the perfect accessory to complete your comfy loungewear. They also make a great gift option for family and friends who appreciate fun and comfortable accessories.

In conclusion, these Happy Face slippers offer a fun and playful twist on traditional loungewear. Enjoy the comfort, warmth, and unique design of these slippers for days spent at home.

**Gender:** Ladies

**Type:** Sandal

**Shoe Width:** B

**Style:** Slip On

**Fastening:** Slip On

**Heel Height:** Not Specified

**Heel Style:** Flat

**Features:** Comfort

**Upper Material:** Synthetic

**MPN:** Does not apply

**UK Shoe Size (Women's):** Not Specified

**Shoe Size:** Not Specified

**Department:** Women

These Happy Face slippers are a fun and comfortable accessory for lounging at home. Made from soft and plush materials, these slippers are designed to provide warmth, comfort, and a touch of playfulness.

The slippers feature a black base with a fun and vibrant yellow Happy Face embroidery on the toes. The unique and cheerful design adds a touch of personality and liveliness to your loungewear. The slippers also come with textured bottoms that provide traction and prevent slipping.

These slippers are designed to be easy to wear and take off, making them a great choice when you're in a hurry. The soft and plush materials ensure a comfortable and cozy feel on your feet, perfect for a day of relaxation.

Whether you're binge-watching your favourite TV show or reading a good book, these Happy Face slippers are the perfect accessory to complete your comfy loungewear. They also make a great gift option for family and friends who appreciate fun and comfortable accessories.

In conclusion, these Happy Face slippers offer a fun and playful twist on traditional loungewear. Enjoy the comfort, warmth, and unique design of these slippers for days spent at home.

**Product Reviews** — View more

**This product has no reviews yet, however see what our buyers say about our other products...**

- As described and quick delivery, good seller. — Date: 5/8/2023 — New! 2023 McLaren F1 Team Mens Lightweight Rain Jacket Coat Official Formula One
- Excellent ebayer Many Thanks — Date: 5/8/2023 — Genuine Osram LEDriving LED SL Retrofit Car Bulbs All Types W5W P21W W21W P21/5W
- As described, delivered on time — Date: 5/8/2023 — Dunlop Mens Sandals Flip Flops Slip On Holiday Pool Sliders Toe Post Sizes 7-12
- Thanks A ++++ — Date: 5/8/2023 — NEW! NGK STANDARD SPARK PLUGS [D CODES] for MOTORBIKES MOTORCYCLES SCOOTER ATV
- Thanks A ++++ — Date: 5/8/2023 — NEW! NGK STANDARD SPARK PLUGS [D CODES] for MOTORBIKES MOTORCYCLES SCOOTER ATV

**You might also like...**



- Dunlop Ladies Womens Sandals Slip On Open Toe Buckle Holiday Sliders Sizes 3-8 — **£15.99**
- Dunlop Ladies Womens Espadrille Wedge Sandals Ankle Strap Summer Shoes Size 3-8 — **£14.99**
- Ladies Womens Mule Wedge Clogs Classic Sandals Lightweight Sizes 3 4 5 6 7 8 — **£12.49**
- Ladies Womens Smiley Face Slippers Slip On Faux Fleece Lining Sizes S M L — **£11.99**

whybee
GREAT BRANDS AT GREAT PRICES

### Business seller information

Whybee Ltd
Whybee Online
Gaghills Mill, Waterfoot
Gaghills Road
Rossendale
Lancashire
BB4 9BB
United Kingdom
**Value Added Tax Number:** GB 837883377
I provide invoices with VAT separately displayed.

Phone: 01706000000
Email: ebaycustomerservices@whybee.co.uk

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 60 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## WHYBEE ONLINE STORE

**99.9%** Positive Feedback
**428K** Items sold

Visit store | Contact | Save seller

**Detailed seller ratings**
Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 4.9 |

**Seller feedback** (151,601)

This item (9) | All items (151,601)

h***2 (128) • Past month
Quick delivery, comfortable and good quality slippers and look so cute :)

3***1 (508) • Past month
Love these slippers , my Daughter brought some of these and I had to buy my own as she wouldnt share , true to size and fast delivery 🙃

7***a (2208) • Past month
:)

See all feedback

Back to home page — Return to top

More to explore : Fleece Regular Size L Slips for Women, Fleece Regular Size S Slips for Women, Slip On Slippers for Women, Size L Slips for Women, Fleece Women's Regular Size Full Slip Slips, The North Face Size M Fleece Gloves & Mittens for Women, Regular Size S Women's Half Slip Slips, UGG Slip On Slippers for Women, Dearfoams Slip On Slippers for Women, Mule Slip On Slippers for Women

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Sun, 06 Aug 2023 03:56:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

XvM8+6uLzzHgZinlR7HcYyFNPFZj9EfJlfPECIGdVWwGU42B427ux22cJ6ETY5PaccQ7d/b3yopQhubPu62mBpFNbPijFmv4U+VCXUvu17lHh8PTAlibDn1gHY8Dlyb56H43Jz/OARClvOFKB/LPlnGvXVoQ4v762MQk2osini2J0vJf10sg90XcbfXrh2S0q4CugEHHGWyDMe2abOOSP4U
+pd2+wKsPVcZUzTKVaye6g3cZoySrvoUudSab+zHn1hshTYu9iP+Ed5TzxQee/gBc14nZbfJesRteJuHfcsJKqsEg95GkYkMPMVZfIHQ9qjHcbutmCpLZGvXpPbVDeQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Sun,-06-Aug-2023-03-56-09-GMT.mhtml

**Hash (SHA256)**

50a0cab647e9e026cc0eafc83013e4fc1b5d959fb29d4dd10cdec8112c491c15

**Signature (PKCS#1v1.5)**

X3S/tUPMOKFTIMqEVEmm4VDHS6HoavTHhitdrg1pZj1lUKsSt9VcPlJRVoK4ksggJ5rr7+zcnKIk2ebT83nq18w/Y9qw9bnfKXjhqQAUfbxds8M8+nS6Hoo4BP+ntIjmXxXDw2gzB3lfmu+2Axeg+q+CrLVsP2I6LFNdlQwQYZ20vLECuwah4IDSzAkt68aGTq8DEwaMH
+tIS3EphalslcK0qgtgeAcnAhylONV1WyjIS6k721w9M78nvctQTM4wdRcGwBbeawecmj9xIaKi61QSAdkPQDnytWFaFMcLIid2bed4Lhckqnuf/nyDlYEhB5bRTMRKp1ORQpoyn2kPog==



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Smiley Happy Face, Round Magnetic Plastic Shark Tooth Herb Grinder Acid Emoji | eBay

**URL**

https://www.ebay.com/itm/193891110606

**Collection Date**

Mon, 07 Aug 2023 12:03:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:497f:e600:b95b:2e52:205f:8608

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KcZs0TmWbZeN83Yid4FfOTsdTDIPIdcO1cQ0YvHOQuQPJ5z91QWaO4Qgyq36WgbxwFZW3Yb170exZmUrLoLO3s8azqsUUzi325z7XX2PDTFbo7wBbBGziYQU5pTjVdWkAknQaJlQXOrSa1LweARBhoDXpH6Xf8ClRrM78wfcNYYxZ1U3BT3nbRilI6E7ALcku/
qab49N34D61/0wdqKCPuO1sQFVfuOhnA/taeb7MyH5j95tOT/3loRVkqLHLiLGDfpy7qJn7HDfa98dm/lOyX4mfad+oOPJg00IdhDSTEA6GM7JFvSr+ZvVvDSKvu4x7lUJXq+TAMHDFV3hGY7Jow==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]193891110606]]_Mon,-07-Aug-2023-12-03-52-GMT.mhtml

**Hash (SHA256)**

564a36b8d281a2e2b7cce8f3bf100e2e9574a0d9ac4207a6df326f8fd8c2bba0

**Signature (PKCS#1v1.5)**

Idh7kICHLFbr0G9NLuc/rU0xZKxcC+VK/EcXMFL/sG0w0QBoQn9uKmZgTto4qU9faSKDzKRd/ucKqHa1IXsDqvswTAtBJqT9Lbdo9TwkG0qLyMAwy85Sqmxn1pmcUdI52OELIS4nW4OvjBXrv9SM11KxbeE1Pzpg0/sCgj3/Iz/
M7ZBnmcYqOpIkWNzURXg3fK41VYAV2zjVdjqLvS6qX12D6J7sDzopM4yzRKcH9Odw1HXHmKj7bLtakim2yGJ4WrXYSQocrr52LbtO7wsAS7V2YLfRHkitf/twN9Qs/plsKdFyVkWmEyFXjU4G2TtX57ItG2DLODHoNpYAtQ79CA==

Hi Jade! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Collectibles & Art Tobacciana Cigars Grinders Share | Add to Watchlist



## Smiley Happy Face, Round Magnetic Plastic Shark Tooth Herb Grinder Acid Emoji

Condition: New

Original/Reproduction: Small

Quantity: 1 Last One / 12 sold

Price: GBP 6.00
Approximately US $7.65

Buy It Now
Add to cart
Add to watchlist

Breathe easy. Returns accepted.

People want this. 14 people are watching this.

Shipping: GBP 14.03 (approx US $17.90) Expedited Shipping to United States via eBay's Global Shipping Program . See details
Located in: Preston, Lancashire, United Kingdom

Import charges: Free amount confirmed at checkout

Delivery: Estimated between Mon, Aug 21 and Thu, Aug 24 to 33132
Includes international tracking

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

International shipping and import charges paid to Pitney Bowes Inc. Learn more

Have one to sell? Sell now

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

Seller information
willybanjoltd (18713 ★)
99% positive feedback

Save seller
Contact seller
Visit store
See other items

Registered as a Business Seller

## Similar sponsored items See all

Feedback on our suggestions



Black 63mm 4 Part Premium Metal Herb Magnetic Grinder Crusher The Smoke Nerd
New
$11.47
+ $14.50 shipping
104 sold



Portable 53mm Magnetic Herb Grinder Metal
New
$6.37
+ $14.35 shipping
Seller with a 99.4% positive feedback



Magnetic Plastic Grinder - Herb Tobacco Shark Teeth Storage
New
$2.37
Free shipping
25 sold



6cm 3 Part Genuine No.1 Magnetic Grinder 60mm Plastic Herb Magnetic Shark Teeth
New
$5.09
+ $2.54 shipping
28 sold



Magnetic Plastic Grinder - Herb Tobacco Shark Teeth Storage!
New
$2.96
Free shipping
Seller with a 100% positive feedback

## Sponsored items customers also bought See all

Feedback on our suggestions




60mm 3 Part No1 Grinder Plastic Herb Shark Teeth Tobacco Storage Non Magnetic
New
$2.65
+ $14.24 shipping
3427 sold



Portable 53mm Magnetic Herb Grinder Metal
New
$6.37
+ $14.35 shipping
Seller with a 99.4% positive feedback




RAW BLACK Plastic Grinder 60mm 3 Parts Shark Teeth Tobacco Herb Crusher Kitchen
New
$3.80
+ $14.27 shipping
147 sold



Magnetic 3 Part Plastic ORIGINAL SHARK TEETH HERB GRINDER PLASTIC
New
$2.54
+ $14.24 shipping
1893 sold




40mm 50 mm Mill Grinder Magnetic Metal Diamond Teeth Grinder UK SELLER
New
$6.37
+ $14.35 shipping
2437 sold

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Jun 30, 2023 06:48:59 PDT View all revisions

eBay item number: 193891110606

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Type | Grinders |
| Material | plastic | | |

### Item description from the seller




**Raver Acid Smiley Emoji Plastic grinder with magnet**

Get your mitts around this classic rave herb grinder ideal for the kitchen or as a gift.

Looks great and works fantastic. Choose from a 4cm or larger 5.5cm Diameter



**Contact us**

We can be contacted at any time through eBay messages if you have any questions, comments, or product requests. We will respond to you within 24 hours and do our best to help you out. We encourage our customers to contact us with any questions or concerns! We'd like to be sure you are completely satisfied with your purchase.

**Payment**

All payments are on checkout. Please contact us with any problems before leaving any feedback :)

**Shipping**

Free Shipping is available via Royal Mail 2nd class or you can choose on check out to have tracked 24 or 48-hour services.

**Over 18s only !**

You must be more than 18 to purchase this product. We have an effective and monitored age verification process provided by VerifyMyAge. We will not sell to persons who do not meet the age restrictions for this product and by continuing with this purchase, you hereby consent to the processing of your personal data for age verification purposes.

**About us !**

The Legendary Willy Banjo Shop established in 1993. Retailers of Smoking utensils, Bongs, Pipes, Novelties, Vapes, Gifts, and a huge selection of Rolling Papers. We have been trading on the internet since 1999 and WillyBanjo.com is constantly expanding. We have been in this business for well over 20 years and have a fantastic relationship with our customers and suppliers.

**Packaging**

Everything is packed in plain, generally recycled boxes. All packaging is discreet and no indication of contents is displayed.

Thank you for choosing us. #Legendary

### Business seller information

Willy Banjo LTD
David Hyde
11a Lowthian Street
Preston
Lancashire
PR1 2EP
United Kingdom
**Value Added Tax Number:** GB 832191348
**Trade Registration Number:** 4972535
I provide invoices with VAT separately displayed

Phone: 01772887775
Email: shop@willybanjo.com

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.



## The Legendary Willy Banjo Shop

99% Positive Feedback
57K Items sold

Visit store
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Seller feedback (19,633)

+ _***s (871) • Past month
Very useful
Rare Poker Wooden & GOLD Cone Rolling Paper Packer Poker Tamper Package Tool (#193892892769)

+ _***s (871) • Past month
Love!

+ _***s (359) • Past month
Good service
RAW Slim Deck Rolling Trays Curved Deep Large Slant Board 41cm - FREE DELIVERY (#296652982829)

See all feedback

### Popular categories from this store See all

Bongs | Rolling Papers | Herb Grinders | Storage & Stash | Air Fresheners & Cleaners | Roach tips | Digital Scales | Rolling Trays | Pipes

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to home page | Return to top

More to explore : Herb Tools, Herb Grinder, Electric Herb Grinder, Shark Tooth Necklace, Metal Herb Grinder, Megalodon Tooth, Collectible Glass Grinders, Refrigerator Magnet, Collectible Antique Coffee Grinders, Shark Teeth Fossils

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 07 Aug 2023 12:04:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:497f:e600:b95b:2e52:205f:8608

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MpFtYktvLrb2K2CKW5WswR2rHpsIpd4NDIfFZ2lFqur7u3cT8Uhxchh5/uLPetJibXhKXJgx600h0hy7/VQzkhE0mtu/8S/S1uukME+/n9nz5N7uoUI32dqiro7DpDMI46pvUtpAK87Reb8h/uidbgIdsj4XxRhxyMOU/b1w0kHdq4UfKbqGj1irN5Y4S08V4nTCCCOchOk0yltgrM3B
+zFAXIois2pEeL7awYF7LvBZIsOD7pNV4Z704meRoynx4nZ7fV+AjQe5/bbvqLU+96LEBzIjyJgFqhMIZwMCUVX84JOACUKLiMC7HfZeVtZbfwKM02LQ8444+Qh8TWn7Hg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Mon,-07-Aug-2023-12-04-57-GMT.mhtml

**Hash (SHA256)**

337561d7ac7370686e504196d861fc47d899cf5c51335cd5938aa00c8fafacf0

**Signature (PKCS#1v1.5)**

PwxO/0wSCRjCYJCMU9UxE0vP9kK9bTWP3hnDrG8Ex4qn4vtVgiiIfMVEp4C3MLqbRPp9uO6EUvz+xJiAgM0Axk/sFTgTcskxPuq7zG/ZGx6pSbpDQxdWrxc5ECkWgHKVnSiHv+9RCQEotOAZweH7CYR4jiUN0KBnD0ot+ZY8Kp+VxlKK5nB92ZSQohPNVy4MD
+zY0gtQ0YUjvn53SoZZ2GLE90XxEZ0BBKvfBwNmYotM0UdgNqoyZSl1F2HgDj5xYvaIJhXhY4K+tzZ9rpJZtnCwRHGiZgCDOia4hLpUXfkpABlceSFHTWfYD/eFl1g4ukhV91CVd+VxnDeQHpAWPw==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

VISA

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States
[redacted]
Change

**Review item and shipping**

Seller: willybanjoltd Message to seller



Smiley Happy Face, Round Magnetic Plastic Shark Tooth Herb Grinder Acid Emoji

Original/Reproduction: Small

**GBP 6.00**

Quantity 1

**Delivery**

Est. delivery: Aug 24 – Aug 29

International Priority Shipping

**GBP 14.03**

Includes international tracking

**Import charges**

No additional import charges at delivery

**GBP 0.00**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 6.00 |
| Shipping | GBP 14.03 |
| Tax* | GBP 1.40 |
| **Order total** | **GBP 21.43** |

You agree to the Global Shipping Program terms.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE

See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Happy Birthday Decoration Hat Smiley Face 4D Balloons Baby Birthday Balloon Smiley Clown Hat Aluminum Film Balloon | Wish

**URL**

https://www.wish.com/c/644d463c7536595fd9ac287d

**Collection Date**

Fri, 25 Aug 2023 08:21:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

NOishWM7R6CN50pvARDwTnvvMTcV8ij/v3qh0obW7+vX0TFyE7PWkoU1h+zSemtNZm4ucl6hTZN1wduedircEI8q2ePBgIc5aYpSZ97uU3VY09XRth+Wu0+jDyr7O1Qn2KaK05JYeGFTcO6Fqu99bZK9XUZJ7QrAaVPr9/
QmR2O/3X6vRSdXO1c5hu1TX2bfio6PROTizeMGR7pwjK5bM4xO0XjKHvwbU7QSRlGE+m1BkQzq1FbRYhOJQDkR89B8uzZBWtpmaEfrvYgvEuJ73gyvd9G4poyYHprhdWkWd2jL8FIUSXyjehy/xnHpQnrubekY6TfsXaELGVZ4Kg8dow==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]c[fs]644d463c7536595fd9ac287d]]_Fri,-25-Aug-2023-08-21-34-GMT.mhtml

**Hash (SHA256)**

a88af5c20ff29927a2a7c286478b5ebfcb4402f53c656cf396ec14c209b8cb71

**Signature (PKCS#1v1.5)**

UjRczetqEdJonDEynZer5LJZlPLm0gxpSF5N7jEYY1RkC8Kj4dEOQhv3dzYetP3UKyI6THyCPDdumX8s7G+Fe7gFLIzJ5G+SDP9vbk9oBSZmBkhVgM5prMzHK0/
BWORx4uiU2Cz00Ns2qSle4WqPllLrGa9C4TL5U6YUnERx45xtMLu2PmfwKIjpBYY0nwwk2PhzudfcBMCqItLCFGN9GdOkluGz5wRKej5njtT3a9xh472Y5s+HW86T+qirFmVK1uRJNWkxBfors3myAq972ke6ZKLvCkbRig+/HnEAyTOcH3hWVm2f1NH70MJxZmToB4v4lQ+6NBbLKbGsZGqJHQ==

wish

What do you want to find? Search

Popular | Express | Blitz Buy | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | Drinks and Smokes | Home and Garden | More

Toys and Hobbies › Party Supplies

Overview Related






Happy Birthday Decoration Hat Smiley Face 4D Balloons Baby Birthday Balloon Smiley Clown Hat Aluminum Film Balloon

7626 merchant ratings

**$2.90**

4 interest-free payments of $0.72 with afterpay or Klarna. Learn more

**Size:**

A

**Add to cart**

Add to Wishlist

**Flat rate shipping**

$10

Spend $4.39 more to qualify
Ship all eligible items for **$2.99**

Estimated delivery: Sep 2–14

**Standard shipping** $2.99
**Flat rate eligible**
Sep 2–14

**Ship to Store** $1.49
**Flat rate eligible**
Sep 5–16

Items are sold and shipped by wjunjun

**Description** Show Less

Material:Aluminum Film
Size:83*28cm
Type:A,B
Quantity:1pc

Contact, Policies & More

**Reference Price by Seller** Show More

**Sold By** View store

wjunjun
4.5 (7626)

**Premier Merchant**
Provides outstanding customer experiences

**30 Day Return & Refund**

**Shop with Confidence!** Learn More

We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

**Report this listing for inaccurate information** Report

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Fri, 25 Aug 2023 08:23:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Zf4zpJTnizmUjLEmX+pdODlJHgxa4f4qYgE38iuqd4oi5Wni5HhKrXu8hhsNdlzni08EgA+nbPFSYqDUHP0lwkWcjMC0oLOlMUGREFAXfCrmIVuM7r8BZJQA7YZ6pqn7cPnAtuhnD/xhUosrmsV4F3Y4vC6GwjEEmLZzSxiuHqsf0U70ptnX1yrfK6jNHsMIOFq/yyqOdykgMB
+3G0LPxt5wtm5PILXmKUeTWb+THnpn0qJ2TZzZpg/EUOoUIg4P9MhCGgLILcAV9IZdyLdQG88tPjoPtXSfckAxOR5UplzZUl/ScFGw+/8PselmXBuhB6uK+JHx1zi7YZgcKfp7Ew==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Fri,-25-Aug-2023-08-23-25-GMT.mhtml

**Hash (SHA256)**

08b9f36c5af965ce4cfea08446684a7ebc4f4f744a5f2de67f3bee52527f62fb

**Signature (PKCS#1v1.5)**

Jjv0Ycj+r93W/
gT1RdhVjJmynE2Uz7U8URmu6RzG1Slix87SVg6OZCF9JyC0GrUMDUtTJE5KIo8EKFT1WO3sUv4YtXUrhtM/7y5ergQJJTcFVxeKInP1MbXrsiZtxb6moGYHbhLEYdtCyDhvqApY3CyeEmCB0VWSE4bPBTtTD6iTcgBbugmucC8FQrwCsBcZd/0af7taC3zg4IgLNh1H0JZHXEA5UbC0GJiCkBUvm0OT
71JMlc/vVlVimWdgXyDqORFC6j/cxCoPH+jTlI10DqcKS8s3cfbKVdE0J8MuNJ1raBX/ujaMT8fd0SmjSX3VvsiGtDsMSXGF0WnKq6q5Ug==

