AXENCIS

Case 1:23-cv-23788-RAR   Document 6-12   Entered on FLSD Docket 10/16/2023   Page 1 of 62

# Evidence Collection Report

Page Title

Amazon.com: TPHHPT Smiley face Shower Curtain Contemporary Art Nouveau Abstract Emoji Bathroom Decor Shower Curtain with Design Machine Washable Cloth Fabric Bathtub,Yellow,72x72 Inch : Home & Kitchen

URL
https://www.amazon.com/dp/B0D2G9W8Y3

Collection Date
Fri, 25 Aug 2023 12:08:46 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Remote Jan Inokhoppet

IP Address
198.199.92.189

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7 V.B)

# File Signatures

SCREEN CAPTURE

MHTML

File Name

Hash (SHA256)

Signature (PKCS#7 V.B)











AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 25 Aug 2023 13:32:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

eAOQMnbjeHi6vtfMPThrNel0T/zyH8SgnVz3eRrJtJSODBEbqzmRilBP7FxU+ALeG9WNIpfhO/TUWpNY3BzXHvIaKeNPtcFVfwgR88KO/JeKHaD2YvINSw+QvOsOa9nqyRE6hDUohz5iN18Wf4ZYBIXFnSZWdX6j1m6bDBtl79dJUdc2GpotTGOvft0Ej/ZrY5029Pv8woK7JZxd2OjUv25dR52FRUj8b4MsbkOzV4DLC2tSztStkG6c04b/AgosASWygFKORkQX5gRhuJW6p31A5TYbOLphO2PBzfUudnJCDNhC2qelMBzkQk3K0gGM9NRhg96VCyTG4xNQVm3Bw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-25-Aug-2023-13-32-02-GMT.mhtml

**Hash (SHA256)**

98cfc9b1c1019ce6e0ef1ba34905609a758639e2dbfe0daf0543c8a9d457f2aa

**Signature (PKCS#1v1.5)**

BJiK00nvccp0/7HFpZFWO/qgKYPfrF7D82AtV4+1F9hW17eX5Z4vDoC9oNpJL/e/YIoCJHNkZEtRYzKAw7AZdiy67AJpm1IndIAinfx52FqVyp2KcTb848ZO+VeSjLjLo3282ot3Uwk1j8q2ZN0pIsNL9eyS1BZZU55htpU6/QOSs+APBAAZz/5iVR+V53Kqq6nJlhYyJ3juDqAFj04u2NJ72w+APMGz3lQq6xQj/pp8w/8qo+9yB4WfSg1eK0uHrH3eM4YWJDAS+ZyXUqhRkjIUxo7vxVMxOYZ+Ozg/6TCNLzE9ZHo1ZmmGcBvTB5iwBGwPTgBPhudXFjcwnB5zPAw==





AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Jewelry Korean Custom Smiley Face Hollow Necklace Female Japanese And Korean Students Accessories Creative Choker Female Simple And Short | Wish

**URL**

https://www.wish.com/c/60ae04fdd01dee388fdd7ae9

**Collection Date**

Sat, 12 Aug 2023 13:04:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4983:8100:5986:86e7:734b:2fc3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

RZ00WuH5UU1O0JYhpunEPKkSe4q660vaBLvZyQYtvY8gmx3Gy9tIdCPpsIIM4HUFH2RptU ywxolyq9hzMsmE7Kp4Jju1w0zGhHA06KojE48dBHz92J1lxxOh5QOngt+l1xJxV3pD0Pb8I3rd0j0xgWp+Rh1gKJaqekDz7l69Blxbfn9RC/xfRTyyA54jc0eyitXS

+0H7pyjbw6hIhro9BLPsA0b6DmwMGzA2aoqaowWOxxGAldmv0rMMYpRXvv4x/0fJi+8+D2fsoa4OQNRIdWhzoF16IL2+KxtVQu21hsYJigpa27Cqu5KuaAenZ19eFyDXGn1Gvw6+dQXUE7Gv2A++

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s]f[s]f[s]/www.wish.com/[s]c[fs]60ae04fdd01dee388fdd7ae9]]_Sat,-12-Aug-2023-13-04-04-GMT.mhtml

**Hash (SHA256)**

9ec6787e3425b1d7ed768c6855eb4fd7dbbfaa671c275b3ae56cecca2a6753cf

**Signature (PKCS#1v1.5)**

jNuAO5y54EGhEPHv026/ChMgCYl5UUAtxwn3i5XetkAlv7jBgCnRDCRMNQFl/Y9WbAG1+CKJnuimimJyvhFEYPvcIpVIUzmLYSM/QejgrsAMCsge4Aj7ELf2hQOA9KBm/xdcrQd42DyAMeGBT4/jCg77d3IqXuWNH2J/

SjPzzed88UNJrAbPRHuhZCmeXZwXOUeyZouKCjjWvnC0gZ7OF8nEAKoSTc2wkupOdTFJy6pqFxV96gqzAwCbORdM+rHqe8G3wmjxdQ2Tg4CyTjaZ/9DbgXA+HQDxAPlroo7jppbYn/9FkRtsNY+vKeO93zAjxeMC8nCcFLjyPr2vVxwNvg==





Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Sat, 12 Aug 2023 13:05:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4983:8100:5986:86e7:734b:2fc3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QK3BoHbkf/Uz5oJFNrg9IIvdLGvC8Hi6hvWj0Urnf68d26VUvYbgd2pjDV157L6GgkEMzaCoJAW94xjx3mboK6T2lTjlP++p2QFONrxqNcWbQBh5553t?+mbw9O84rVaVncOiViHd1y4yamYGxSZt0HnKJaQS3o94vNzei2pSE4SOB3HQfJ1WnnX/d0KQtMd0dEOyPMWkJr+TOIO3uQQlnWEQBJoCrCiXxQnRqFSbZ5OyjsN7f7MpRVOikXthb0ok2/G2h25fe7Q1tOs8x+1hZjEwXIQy6XDd1dHNLmpqGfwOvmPP48pgSJXdKx5gmdACXdTOCJj5i6hNjS9Ms4Smg==

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Sat,-12-Aug-2023-13-05-40-GMT.mhtml

**Hash (SHA256)**

34c7dd85208cb2ca99193a4f3d9b505d77d581564f7b14c18ba6fdd07420e49c

**Signature (PKCS#1v1.5)**

gRjd+3Zd6S8y0OOMqabj7LqxYCfFMtOX2XLbxOMeOcNzEs+Ql5Y2WPkRo91auW/qnbWj05fA6BeAi+tYLaiBPx6jn2obiQf8WNkhvRuo2v0DI1HaBru0Vk3iOgL0oglYARZIoGN8s1yxc/GE0hbcXrItRs0iWR1Lx6TQ1nDnQ6MHuo0gHk4Hc0V5UdsfS/P6y4A5pV834RHG06sdIznZeALZCKCu4+gz9daSj/Iy8tnvuTEkHBBLLJD5/IbrQkvKQhwXOJLFfYkAQgswiVni1I6LpVT5iAPQ7j5DQN1t+q8V7joBuVt7xLhx+ZEpUTdipHeh6b3N20O4B6lOg4ZRKw==





Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Smiley World Daisy Smiley Area Rugs Living Room Bedroom Kitchen Carpet Home Decor Floor Mats | Wish

**URL**

https://www.wish.com/c/618de08d0fafd64962a90792

**Collection Date**

Thu, 10 Aug 2023 08:35:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49cd:5f00:e581:f668:cc3b:d15f

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Djaa1+Cztlnzb3WzXnyVDoLJ4/x+KvyrjAFuM5Fp+s7fDmiD2gOyEe4v1kKpxl2bYFncqB4rbkRA9NgPvhqKjBk3C/Ak1MzvCAwnHzTgzfn6hTs5vkvRqukfIfpqH8s+z/pu81HqMDC0Mdpkb3FLvNAXnAftA6JdPGnY2ENFv/GrU+Fe3oQrjM9Lk/CFgcm5gfDJUwupXUAXi1zO4fvL/NaXTRxdqPTMd7guaDG/13JTFy9Cz4iOV37+g0rhmTYrD4DViEsJAbX7jx8cgsiZTGR6/ZALLfoBK48edP5kQK1JUt+FtKYsWbttCd4N2cD8WoyONW0VqzdWxAvyQBeGA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]c[fs]618de08d0fafd64962a90792]_Thu,-10-Aug-2023-08-35-46-GMT.mhtml

**Hash (SHA256)**

2d4afcab130067be5bc1c37b608ceea33715156bb14526f76d80e7441514a114

**Signature (PKCS#1v1.5)**

QQ3mfFjePB53WpAlhUnjw1v5yVLzQ6spek6oR/nwz+b0mJumt3Al702gJ6iKJoZfCr1/9ybxUwTK0S+tZVKz1z+7fJzWMDf9zq/E1iW/FeHWUYpDg8WXW03gL7o+fRq9w60+LTa3+T4pY7een06gyY1iCcIC9SUOO2CLJ272dMovnqJNE2fzIRO9bSm0i4qaNyiX1W4SQWSURHMW1/j8Ovq6HPhunaX8B82i196CymnDnS7agL4J2EiVkCQulHorKY7dffIW1dsfR5G2CeuBVyUxyB7juXchqnks5U2Y0GinGsAWwWvJ0THmeJOH6s/fw/rg19uOQjQ/u877CiYoKg==





Smiley World Daisy Smiley Area Rugs Living Room Bedroom Kitchen Carpet Home Decor Floor Mats

⭐⭐⭐⭐ 4 merchant ratings

**$87.13**

Size:

63x48inch ▾

Color:

Multicolor ▾

03 : 16  Instant offer: Add to cart right now to unlock a lower price!

**Add to cart**

♡ Add to Wishlist

**Flat rate shipping**

Spend $10 more to qualify        $10
Ship all eligible items for $2.99

Estimated delivery: Aug 18–31

Standard shipping   $2.99
**Flat rate eligible**
Aug 18–31

Items are sold and shipped by
xia'shouxiashouping6124

**Description**                                   Show Less

High Quality Material:The Carpet Is Made Of Polyester Material,And The Bottom Of The Floor Mat Is Made Of Non Woven Fabric and Dot Plastic Bottom,Which Is More Non Slip And Durable
Area Rug Size 63x48Inch 72x48Inch 80x58Inch,Large area rug Design provides a tranquil refuge for your family to rest their body and mind after a hectic day.
Excellent Performance:Area Rugs Made Of High Density Space Elastic Cotton Interlayer,Water Absorption,Soft Touch,Fine Fluff,No Ball,No Fading,The Middle Interlayer Is High Density Memory Foam,Which Effectively Relieves Foot Pressure.
A Wide Range Of Usage Scenarios:Suitable For Many Occasions:Living Room,Office,Coffee Table,Bed,Balcony,Etc.Where It Is A Good Choice.
Easy To Clean And Organize:Can Be Washed Or Machine Washed,Wear Resistant,No Lint,And Can Also Protect The Floor At Home,Please Rest Assured To Buy And Use.

**Reference Price by Seller**                      Show More

**Sold By**                                        Merchant Info

xia'shouxiashouping6124
4.0 ⭐⭐⭐⭐ (4)

📧 Contact merchant

**30 Day Return & Refund**

🛡 **Shop with Confidence!**                        Learn More
We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

**Report this listing for inaccurate information**        ⚑ Report



Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Thu, 10 Aug 2023 08:38:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49cd:5f00:e581:f668:cc3b:d15f

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

d4Sh7+hBHYRzAjnAKsa2lnB0R0oXigvm0Run73lV2vclveVeb9CawckszdWP6MGY+ELwq3UpMgEgA2TG5GqdVrjrW0O6XvnxekPsh4574iZlb5o4A5qzHs20q7OYxqdjCfnEau0Iuhk8EBd8Xpdj1or0a2lWmjbTyZn6pmOc03Xy3gBGw7La2agxiODKCsYA+v4bZllV8fWJPvF1prQspAMEnfyx0syRhcbFzpD1uARwn/24ShXu6sXFhiz3fXwS+TnXMa0suZiU42CGPAXUhuJz0nQGG+KT054yQZA7ZKMZz7/bYrfKXzZHqojor4lc4cbVtv24dJjNMUhBenu86A==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Thu,-10-Aug-2023-08-38-42-GMT.mhtml

**Hash (SHA256)**

3fdc68d5b0fddf0bb81a7477b2717f5c6ceef5440af2fc71693bb90fb9145555

**Signature (PKCS#1v1.5)**

Mvq91aiQYw1uMxPAkKBGyDHh1iKaHxQxb1XCgNpKv3sp5e1JFd9IOxQMKwwcGv8Csh0mzSGTXFjbHfDyJsF7GpoSdLXFJW9qSLJg8Mw8D26Z4XVgzcF0l8TVMLJBUU4uqUYyjTMxsHwbtrjnUauDSJL9LBW01U44Sr0/yjChgzK9vCmbxgZ6gcjJ2pKu9clNbnAVvhaDTzZa23Ylf1G+OLDXLjvMIWknpD89WGnlUA95fFPDrcVL10CvGfVJ06hQ0NTgRTl/Mfy8Vbgziu7UZEDL60em19DCFzq4HpfsQyCVokPA8Pas3nSnjg4xCnLcwh1hlt1wNZQ531cdaBS1A==





Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Stainless Steel Bracelets Fashion Trend Multilayer Chain Elephant Smiley Infinity Symbol Round Bracelet For Women Jewelry Gifts | Wish

**URL**

https://www.wish.com/c/6417f3449e04597f01deb60e

**Collection Date**

Sat, 12 Aug 2023 08:40:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4955:4700:5986:86e7:734b:2fc3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

dAvn4gRu8zNODWYL68ONy6dz0nLaEhVpX/9RVjh38vdS2g7fb0oV8QczWj8Rt6OfKi9l0btK5p6h38EypfGsYC1vNgrf593emYYzPMr+f+4LMtt3O2pSq2EvSgkFiYcKfce4T2FK3GPif/5TJxxE0F7RBHRjt4+HQ7qH8Jcn7G9zbP2Ek+51Q3Wnx8uXe1HvKSZfLcdy2hR8TECVZKQpp7GR64NOGX2I0W3Rv9bMpKKbt3dNlbu7dVew6OrV2faeB4Kraypxocm6MFPLQE0uWVqaCxuBP74IcfjoP5dQqGwyOQQctKcYFBrAp9hrmx8HnTpXCaOKFWYBh6k3sNBwvPQ==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[https[s][fs][fs]www.wish.com[fs]c[fs]6417f3449e04597f01deb60e[]_Sat,-12-Aug-2023-08-40-18-GMT.mhtml

**Hash (SHA256)**

ea846260Sdba82f3fe317fb94689de7f32ea8c7cee5b78e726c5365ca9a2616ee0

**Signature (PKCS#1v1.5)**

ltJh+7b5PqQrVHqBb+DtWcsUpPGA77J7DD0n7TD69PWOD/nxWGEEC W93JMuVrSCNjR0ZaQXxb,j1Xzp2Q0/LOtqA/LdKrf3QdslGh0vblxIxIefeJtFtJAgYTUN9poen7cJsVic/jJVo3lvuclo EaeWhH6m+wgW7iDY8GlU0jtLGet4vam8oD9xq58IB+xGoxZZe2pyeeleBHaJCGFkJ0S7Bud/K866vCet/ld4+IVQ4Oonqaslfzcq1f0kjiuKDECAVzxcD1 ByyN/eoFBydwlN4bb0IqQus2IPqEbGZ7Y9/FSmXAbuIku2Ld PgzPLQSTTYjK/PlWWpIQ+CSMZpQ==





# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Sat, 12 Aug 2023 08:40:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4955:4700:5986:86e7:734b:2fc3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QA/YX1aTVM899sfJEUUusvOUIRcsnz5j8uSYeGthMFrmL960Wym/wHg4oR6qryquLJzSBS2Ts3oeQKk73Du/BTnYax96l7qZj9hWIhq76PfmVO5fMZEqR5uQ6r0H9X2NYOOs6rVDctt64cLxwd+wZE+mpkxwdbOLIvuXolRhdqNbMilVdM2gltc+1zyo8Qsjr2m7zriVXftqY+BSb7ydFwiPQSLg4qU9oifqYRit8m6cEgUq5lnOlfBK4ffOxr+xRMyiCHB4Mzyp6Zv3CTyRTlFr2kj9ndcABC17Fgl4lHNRcLjTqi71zgF/qveG6xcE5GkSVxOjMhwaaa90Rwb3Q==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Sat,-12-Aug-2023-08-40-48-GMT.mhtml

**Hash (SHA256)**

763009f01d9d6648302e706c5a63ea013f426893c632cb68baa1623f8c6501b

**Signature (PKCS#1v1.5)**

V4Y+kCodFiPn+4ZolqymzRsTGILhNlgEHlmxddo1ml2b/OyYFclz5dx3tEhoUpUC81Omp2dZpzX9cjAgR37PxyARu6XZDmRMxqGvn2ZXiFEeF52iWUsKNzrBeykRZNGYvC6ZN4LjXV4e7hzWTcDM5rPaoNSQOUJAmDctFKrV+i/IGvPPC9qkW58C88JHAUgqc3Ti1VJrQDll6c3tY6hj7ZWwpn+5AKsGgHo0DfjNHgXcDBVXnyzxxqd4xl5CHSEGVkpdb5PusU3Njv0K4y6j/7QMsPGYJkodJ099THhcw1LgR8MJhagY5tLB1j6JBJzYVifBoMgFLJVJluG3/SELA==





# Evidence Collection Report

Page Title
Smiley Casual Outdoor Sports Cap (Orange) at Amazon Men's Clothing store
URL
https://www.amazon.com/dp/B08KMFR7DV0
Collection Date
Wed, 12 Aug 2015 11:39:09 UTC (All Department of Commerce / NIST authenticated timestamp)
Collected by
REVISAL iab testingsw
IP Address
84.4.xxx.xxx
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/78.0.3 Safari/537.36
Digital Signature (SHA256 / PKCS#7 v1.5)
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

## File Signatures

SCREEN CAPTURE
MHTML
File Name
(previous_fBhgta6RQfrence.com.mjg0GBJMR4FQ5.fng_b5jg.2022.11.55.04.GMT.mhtml
Hash (SHA256)
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Signature (PKCS#7 V1.5)
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx



















Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 16 Aug 2023 13:29:36 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Zk1Az8QPiWHqhfkcgr9yei+r8LTQn8w1y/Cdr5KFcBpK0DgR8bZzxlmo3S/F6L5XMtj8ph7ATu6s0RCX+d7rt1tHJzadnTx55FhPAJmo52i+ba0S7Bso9Tp7lZMdhbOo4RZbAGYYsKTeDiUmT8NTrBWrub8E9EP8F10WINs/+bOZWftjJPzkolLLHdx58nt9h0Zj29w12GYllWerNqkPjAfXtt7gqGVpZQhpZ7rWRGIW2W+3hme/3gsUGlqvKS36fKljbJw7gOV4J8iuYXUqvnejUazVcHytoGe8cBuhj+rPSwJXRgZlX77k968vAogsmdD6z9DNEwKDt2aReFQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]|fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-16-Aug-2023-13-29-36-GMT.mhtml

**Hash (SHA256)**

143cf657b35feb288cdff2a92ba8674054f5d292e889a7755a8899c15c51132f

**Signature (PKCS#1v1.5)**

HVUZAZ4c73D+VCOaxqRbCS8z+jQJlCXFAbBZh5bosoVuNI2AHaLqUqSGMm1AyYY8G5bEPv5dXDDX3vGNwDK319cMOgRXlepuLfwdKTYZyJSwSJlMxaaf9hzRM7cgujcQz1i1ClrzE8Ggna7Lj1E+PiKRkMqGOcjgTNe9U3/vJdIH1DXN5EsmGDl2+So5oXB2zAkL4IH57UIVKwrfow5OsYllQLXP3q+ODeX2L7J2gVSbvrZPLxJPiE1BxeqzOlBGU3kKaXCYl4GaikBiuWjrpiTUjTIBNmza/qd5huxCIHMQPpStkvfhvKBBDTskm8kEBCIMixCol2EcoDvIYE+czg==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Vintage Trucker hat Smiley Face Hat Adjustable Foam Mesh Smiley Trucker Hats for Women Men, 01 : Everything Else

**URL**

https://www.amazon.com/dp/B09PFPB6HK

**Collection Date**

Fri, 25 Aug 2023 10:13:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

RvBBHDCSao3bjKHi4FCkl1ZVnyhsiAoKFAbl/o7FHXpz6QN07wBSoJtSxleejuJ3/DX6in8LcWyjFKNfPLXQMUBddTYIx/FSwJkWZtVaGMI7UdL8RWzVMRp1jbrXNBmINJ3PX7+wNXdcNVFOX
+OSpSb6mCoOutxlVaiyP8WZxdxQ6NC0Ho0zbQBHmMWOb7mxX9JYxIkda029/5G3nQI7M0pShw/puI4ck6MRbjYoJV+dQMqF23usMrULouB/Fg0QSDHBdrNWteqDIts/5w/rQ4wCwYukIFFAb7TsemNGzKBFxv1PZxzGFIEGmgT0vah5amzTX9Er0+Fz95Fd9K6Lug==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B09PFPB6HK]]_Fri,-25-Aug-2023-10-13-58-GMT.mhtml

**Hash (SHA256)**

df96ffdea652a2caa068804d8836fc170f70bd096fccfa6f0539073f509e9926

**Signature (PKCS#1v1.5)**

LwJovbGZ+36c1LdDN+b+mAbSGFl9UVY7wdZ0zqswh57Uf7LVnTdhcpJUhYVlIDPE7+oHforBMV6LKXMpqCjG6x6IBtcHxZaapeqEqJ+Fzx5jj5EbUbElbXGEuBP3jZ+rCto0Zgq3ElQIlmsUrXfUtrizE0viWdai6IZo2n2jmOW3uO7FsD1AzyG8XBUH1PWfmu4MFEbGAMQdlm2mDiYbWINK
+dqOtCSsopgTcnscULj2WF2DAnBlYFnv5u4M6a2ATpihv+YbeRaSTM2egVmhahLq2VHGy43+LsY/bl7EDIXS4907WYD5CCYQojxpI7+p7BnmMQ0Zt5rZjmXS4lb1Bw==





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 25 Aug 2023 10:17:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PtCTePt8BZpgOKPjoWT43L2ZLjl4GL89vPmxZV7DryWzqyKbL38Pszukl4wyguwTLLWZWuBSl4ArLYXOLbbA2sL1MZqRKeL3qyuMsIbJqxh0kFlvHevF7ekwUKzMzZgAMh4+OwicXvexAsa5MeMAdUskaQrXiSt8+asIWiQ4AIEd6pYXAvBSPSH5lGMKwK8sTxNkSF4AdaqZ1f02vnzaC94AICoRVZ
snXoeHAGEUopsZ6KiugxQ4a1Arj19JXBJHmJGM2kPluaenUU6pRI4ox86Qqx5YKXiCs6nfr0hmXQkds7efDfNsnXn8eXv48aes0wFYtOLsIcTrZpb0LJvrFg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-25-Aug-2023-10-17-39-GMT.mhtml

**Hash (SHA256)**

d1a86254ff9a1453070ffb058ef16ba4975c6cdca4583e9321f9ba7d324de682

**Signature (PKCS#1v1.5)**

OL3ZuZrl+IiIFBrGFOnO7Xs4firGS5Ufpc6KTq4Nrp+MK0oKC1EPW7k6A2E0u+bAhdlqlYW73sAE5fWRRmDvGi1uvsUx02RMhrAFv/YtKahHp8K0p3uY73L8TtS9sSjHuxmihdt7jWHb7rjnoHM3NjAYOpRqSRaLdTKU5GxjX9uy7yxxfL/9NADmQuPCNbe2nqBAtbqSCRa2nn2tP83yUfhZRVX
+fW8yPET2SuwrKorM0LfEuJVOa6S8xbOUaO4Ljo/dycf42hL4f+pWAJIrAO9mWYn/aortad0ZNzH69G7JZ5esA/meWWrmqf+2e+w4HV6l8X1xjU0Ot70ZWzBvpQ==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com | ALEENLA Smile Face Slippers For Women Fuzzy Mens House Preppy Pillow Slides Bedroom Indoor And Outdoor Shoes | Shoes

**URL**

https://www.amazon.com/dp/B0BY2XPY4L

**Collection Date**

Tue, 08 Aug 2023 12:36:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

nx8GvPVXHwWaTxK+0WSI1tAXguDcc0e0darO/AQuRSBiHy7bTI+9dLV6rTpir2+57DAVk6xfHUJt6r9b474JUF2LhfONxziPpopLc+UtyT4KjCfkGTffp1QMFqJNIMtEnJBm80wq2/KfgooKcRl89IkbkoBqgJh5tlk1mr2sZjZzDgUjYFFdgKMjrJb2wBWPuoaJhsUmf0CTASHq/xd81pi44W/+t5yQlsIJClL9rjRExld/onZSTGbefVbFxOnFY6YhViDuOuW2oGgGNb1EAjLiYYGfGTGv8U/GhnQtCBPF841gScqv8rz0fQcA8+RbpT80jNaj7WVhXzD2rDyewg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BY2XPY4L]]_Tue,-08-Aug-2023-12-36-39-GMT.mhtml

**Hash (SHA256)**

2685eacd51d93c2fe01420cec6ba94490c2bec94bf5f616d19e61828c12cebf7

**Signature (PKCS#1v1.5)**

STNS9TQGloVLqsoeHfET72gIbq3DBxorJ1Hhu0J5EscmWmNFmjHIdgJflmDWg+6HtGcjYdNyat7hB3VN/fdzSqD7O9Ne2zC7pjPesB/3ReF+rSpS+3SlhDl7QgaN2XfparnZC7VRnZ8dIFXeH2LUGIgdDLWh5mc2ITp9YUWMs6iHP9/c9+rE0mUo0HclOcFxOuLKTxNPRvXHuMH8UuXfPH5UmF9/vgE+nVHm8llWd6nPY2ci98NTY1vECHdVEnMaLb2GbBoDkCr0y3M3R1TNclJuFC6F+QvDB4gmJ3RgZfvQoSJqbmBT3vT/4+3W5fmGKTjwWYWYIqFeBx54N7Sb7g==



Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 08 Aug 2023 12:44:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fUJnhyOR15PwZ4XkZS8h39+YiStnT0c9lpkVHzog0ozh4KNukwz6wSd6iWWl6por+Ies0h5+t2UtHVfEllJKhVXeFBNPXSbluh9Wqmf+Hfiu0sF/Z7uIr9NN4txfNz4d/R/wR3QSWkhvPZ5LxqgwE/T+did5XrU2ZJMR5NSP+YrDdi+fJAR0g4XzhGHBgCY6y7vFsvLK2xly+dZaAOvev+rwhaLVMLx3esnbwy3HvDIw+x0pWUry3MkAXlb1KysoMfMuV6mbqEK63Ppsdy9C8juiwCi2VgZokX44fVCap6WybRvrbLBjOBvLHCwk4+pZ18+wCsCr0jvwceOcpY5szw==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s]|fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-08-Aug-2023-12-44-39-GMT.mhtml

**Hash (SHA256)**

fadd4600063f214a6bf4364e0aaf812e30931ca4abc4ea28f841205b6d877809

**Signature (PKCS#1v1.5)**

gko8yB/e3N2od6USx22MJ/fcTQMUtGZgYVE934JMm82daZ63K9DU2H8gE+C2uH/ys29BashsM8K2c+fu68zyD47VIzscG/JWwtXXZTnrX+yKmbxhi4tnVIuEp04NvpMEHe9Z/aTJfPuMDLRMqkr1b1Ssd+j79WvgZn35Fpm7fronNnVbxU9E/PewaF3qe2NPyVaxV9u03oo1iHy+3OUdrHeJ7HBIeOKQPwC3WL7fDCUffwcB4ixBlydskDNHXiuzsehatdrU7D9DvnzdvXF1AhK3Hq8WPcpAeyIde+naI1WohwSYCp5RkPFAlOYfnmhFhmgPEon34U7aJqBIRZ400aw==





Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

100 Pcs Smiley Face Beads Acrylic DIY Happy Face Spacer Beads for Jewelry Making Bracelet Necklace Earring Craft Making Supplies | Wish

**URL**

https://www.wish.com/c/6329293413782Dcd91ed2ee9

**Collection Date**

Fri, 11 Aug 2023 05:27:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4976:ab00:49ed:2e49:843c:fede

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

o1jaeEd2UFXpRkFHwxkLpE9HGIfxjfy1RIr8s0v79KR8bgG/CffrqnNViigKVuiF0/uhUXNvH9PE+AnhE/pCZH+4M3UA1oc2vnl0vcSih5qvVQLIlDrp27Dn5on6d0rXJrIIGT2EXAfKAziLA77petZPWc9AETb5NLv1eDxtbagmzbrrFg53e7V/3U8YXpoji4KT+yjY614cVxnYKI5/y6LLsms2r6Tw/BF0WNPfJ6qFyA5ZEnqK2jFwn0zFfHgI4TiZLczyWe3tUEf3UUS+xyFCZZ0xZ4XlyUyQA5naIZZ1s02sr00+ta6K+fPh774v/zt4YLf67E2pNSf68kSjO0==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s]][fs][fs]www.wish.com[fs]c[fs]6329293413782D cd91ed2ee9]]_Fri,-11-Aug-2023-05-27-46-GMT.mhtml

**Hash (SHA256)**

861f030480bba1cc043285844f63789a04941e0012f08b66295d670bfdae957bb

**Signature (PKCS#1v1.5)**

PXLoIpohPwTB+kZKn+dbIpTHTubSLmVEHLBvvgZ4pnhvm0ZxYHM5nPo50PspcTfnHeXe6MPluowGnPv270aLGt7LNmLLNdIAt0aGYn01oAzeLxU+6xSVyaLi5XrH8syDDDeC8Pfr/+8+0mBOkleqz5jXHahqL1OKW9ioTmafyBmWw0G4MVfgIJxhga5K/M5azweu3WihpeDHjzK5WbaeVDY6lps5+g09fj4Gv3GR/YFS28WJxA6R+ij3G50Bgv67DKTK/cW+xkko1uE9mWj1te8JqtGn5ryTkppvnCfbPiuSjTmRUYpinL6q0Q/W4r6CQ8YJvlvMU67uVidJRQ==

---





Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Fri, 11 Aug 2023 05:28:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4976:ab00:49ed:2e49:843c:fede

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

STvvOCVDoz4aNmdll9aEHPycfySkbPlqo1VI3VGl40QSALwnInYvu2ZqwmVLPyNoi1eePXyPa6wvtiyeEZjuknbxJ9u29znmF8MG1tijnK4h4r2KV6DP9IfIWvVkM6vf7b85EIRLNsryRq1AEcqBimF/1eClB3PJRT0EBJkw6O4MZLmEvpAxPTHXsVUX0j7zeCDM2gKTdfyq
+AmWAv1wzk7lxemhOpi5FS1JkfoYoBkHHNjdMny2/NCPd83QZ1GmhoxVEvHsv/t/NeWBryUg+fCXRfGL+ApOkv6NaV9qwZJfdfiKOY9rjaa1mnPeQ/+Zi9kc+SHoIajg0F9qlWEfkQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]|fs][fs]www.wish.com[fs]cart]]_Fri,-11-Aug-2023-05-28-37-GMT.mhtml

**Hash (SHA256)**

f7e0d5bf1b468b752a5f367432418977717eb5aa5af33be47e304a71f37fe4ab

**Signature (PKCS#1v1.5)**

HJtbR5Qcu4VUlXM++VFSejVp/JRnoQkO0h+J+BHWlu2B79laxAUcgJQ0Abzvqz7+pkiLl1H3xCY2MNfyiYrqf21pIgDvCDZrhACmpjhV/IB9hpD7sy8U3C0hJd9I0tEY7mpsSg7bGboZF+K6BW1bFPo3zh4PWCYPYTpaiCVz6EVsUtzXjwQ4lJWesC47whKsUWQQjIbIzFxyJlgcuuVMISra
+4ivNSMlhmxqhtu6tQGqc90lw6Q132Iwehv3/76DPuk5kwjhQkW1rijhOE9Jw7dJ9nZ/SgkFlDUS7Dq3gtHGJiaHJ6wQs6xL0ug0wyFc+Y15AocmDzu2Qh0Z8qLvRmQ==





AXENCIS
Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

S925 sterling silver smiley ring for men and women fashion open couple ring personalized creative hipster jewelry | Wish

**URL**

https://www.wish.com/c/5db1b30f02b9fa16667d3cea

**Collection Date**

Sat, 12 Aug 2023 13:00:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4983:8100:5986:86e7:734b:2fc3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

U49O59Zd8KQxZ0fCFnl09YuWdFwbm536t8aY4OC8l4sowrrrl2e3zohBkL29QyiceWK+685wjfo2TyzegYRj6Rlz9MEAH4cDcNFKdMLm0GS8lfCpVhG8yCFR2+jPaR/iR9IuJiqx3rlVSROXFUxaaQJm+UVpvV6nxw9cbkw6iG7jdWjnzqvXyg+MCENCQTO8/DpwARlQBj52z+D9d60wa8dSv3ThoSSIcMs+A3dNGefpz89sQm9CMNaBB0iU2M2mUzl5Txc4ShwZ1RxEjcOwNLchNZegV9pnmJJhtyOpSzwy+Z/4oKMsctPLXl88//oOJRALh19vngYmGLYmbSDcAg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s]fs]fs]www.wish.com[fs]c[fs]5db1b30f02b9fa16667d3cea]_Sat,-12-Aug-2023-13-00-47-GMT.mhtml

**Hash (SHA256)**

e2d77d18365055a1edd646da6337d3e92300410568596a8ea687372a3874d18c4b

**Signature (PKCS#1v1.5)**

YrM/DW6wTXI723KM5IZbDWgqU/hxsFX2+PfI0TYSQYhxhqySvYhKuvwgQNknI+Lj7lElTaUfOJEeOQHBFYOhpAY/i5dBF+hhqTW1zCvdQa7RxviylIh3KE9rviMFsGua5v10iq3DNlNx+55cJKZqFTDtqyeUWZUf9KfcqpjRRoaMehfcrBK48D2b70v0jxe2CSyzWIF/rLveOdppwdU1m9RdYsDNhQ8qrrvsv1EngIClPC09pnzH/qKJELVw0pihdNQHtdbAgRrC+ErSL1xb+Y4FVLvcIKoy9Gx267cn8o0hi2brajkTAaT7q8jL+Tbgg==

---

wish



What do you want to find?   [Search]

⭐ Popular    💰 Express    ⚡ Blitz Buy    🎯 Deals Hub    🕐 Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Health and Beauty    More

Fashion › Accessories › Women › Jewelry

**Overview**    Related



S925 sterling silver smiley ring for men and women fashion open couple ring personalized creative hipster jewelry

★★★★½ 271 merchant ratings

**$23.97**

Size:

Small adjustable ▾

**Add to cart**

♡ Add to Wishlist

**Flat rate shipping**

$10

Spend $10 more to qualify
Ship all eligible items for $2.99

Estimated delivery: Aug 20–Sep 2

**Standard shipping**   $2.99
**Flat rate eligible**
Aug 20–Sep 2

Items are sold and shipped by yangyshop

## Description

Show Less

product information
This Unique Jewellery Will Be A Perfect Gift For Any Occasion !!

Condition : New & Handmade in Perfect Finished

Material : Highest Quality 925 Sterling Silver, Thick & Heavy!!
(Stamp .925 Trademark)
(We Guarantee This Is 925 Sterling Silver , If Not Full Refund!)

Small:
Face Height: Approx. 9 mm
Average Weight: Approx. 8.6grams
US Size Suitable for: #6~ #9;

Big:
Face Height: Approx. 11 mm
Average Weight: Approx. 12.0grams
US Size Suitable for: #9~ #12.

---

## Reference Price by Seller          Show More

---

## Sold By          Merchant info

yangyshop
★★★★½ 4.7 (271)

[ 📧 Contact merchant ]

---

## 30 Day Return & Refund

**Shop with Confidence!**          Learn More

We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

---

Report this listing for inaccurate information          🚩 Report



Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Sat, 12 Aug 2023 13:01:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4983:8100:5986:86e7:734b:2fc3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

p/C9CqnJ8gAaxhlfIj1nhzze7HASPAaNvvCeIg4A/AY7z7NuS4Atbt2BPQxzfxvT7SKVt1p3NcjUGK2jJkROgYIgqzgh14CXZY6n3wEQEJIVvDI6saWivjW43+E1sPXrCYB8mnH6WwhsMCQ1XkhuSnXLO7TuiQkzSm1r2FXnd31ziLBuvmYMvJx8HoiBISiYcCsI8vdCR/F164afC9FETn1DfYLDKYx+/IBFgTdSDL2ZNLpKovEgg1Ej6d3TMRHVMBSo5kfal2kVowp/I6XGi9BmcgdTlsDWT0NZpcdlO6ZviF/1IB3Y2hjB3XNDJOxpk/CdNDoNFyciaaEwPJxPXw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Sat,-12-Aug-2023-13-01-22-GMT.mhtml

**Hash (SHA256)**

a656227d4eb44ba3e78e6075e6290ed2c520be54e56bf0f7bc845b4cf25782a6

**Signature (PKCS#1v1.5)**

HofVvSFD,Ljqb1Efgq91VOskiogDdQYh0jtCfdx5KyrcME9S+ezf9mviVOZls/MaKT0pYg/N0nb+o86rGPDLMGSPJBqPogzw4GijxfNdwUCTDjRDvnDLc45NhGMOuudCEhyL8XnMSbsCEdXzppZtV6aLAwYqotkwCHn9+6bWqiLIK/gL+6tjZgnpDFNS7WMHKFsgF4k/KohaDy8Cc5Cq6fm4X63eS8/aXQqA6+cua34SfmEZkuHHJIczZ+6p+m2K4KYFFJJjydNhHfLe6ttfrlowrBZe9T7VPScqzpe7Cu81zd0qYR9fAHihBmlVY4/4RPAF7IluNmQ38LwSqUkumQ==





# Evidence Collection Report

**Page Title**

Amazon.com: s925 Sterling Silver Bracelet Double Layer Bracelet Round Pendant Round Pendant Bracelet Smiley face Pendant Bracelet Versatile Simple Accessories : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B0C4KbPkFL7

**Collection Date**

Sun, 27 Aug 2023 10:43:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

AXENCIS

**IP Address**

136.146.42.224

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 1.5)**

09c8bab54c5d5ed65bd67ceb2e0e1f8d3a5eae5c3e2e2ccdd3e1ff

## File Signatures

SCREEN CAPTURE

SHA766,
File Name
evidences_2b4yba02d9@www.amazon.com/b0a8d0d55914444f/8_sun_27-Aug-2023-14:43:24-GMT.mhtml

Hash (SHA256)
347171476b72b6ea1dd17ba27b394b33abc0f7f0e0f9ad4d1f50e0726

Signature (PKCS#1v1.5)
0d2eecaf5d9ae008e19a78b7b2f6ace39c3e2d45e8d5e8e3dd8f0eac0dfa09c8 ...





           

            





**AXENCIS**

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sun, 27 Aug 2023 19:44:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.224

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

pl9nPa/psTXLkvnLk5b4SujHkqoi5U6QgcKKonVFWtjcDD+ikny9V1pfOwRe0cxObzMve2/RkKrESf3w5Wb3fVhimTFQ7loMf7J2Om3D/jFRgAxHh4y0HNrcb7jGAW4m9m99AeAejqGBz3CjJIqYd8BbzHZdfF3wYIe
+6H44yfFyBd3c3Oypb4vKUmS1dQNxz7M0o1eh6mqpktpWJdEK/4SNrEJXfHGn8xNGBBy4vMu/kULceRJx99yWkceA2mfiFaxnheRht3VGCU4LQ+J6ujLwwXlK+2/oqCOl/kjhqdtV/jnwKMYj4g+BRDqA2ZlhrsfxGLTHp38XCeU3o72gSA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s]]fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sun,-27-Aug-2023-19-44-55-GMT.mhtml

**Hash (SHA256)**

fbf8abb6db0cc3128666b15a49848cccea09f061e45337575d225fb0c7e98ad4

**Signature (PKCS#1v1.5)**

Lp/Zpl2Clbmyj9jAqAt28bOuMZQyexZOXrveSaVAfEU1rultacEW+xK5cz+KCoykFGNzfXV1LPL2yLewbsyCsc2axeG8HPY1vN3K/suWPDF9Ftftum+dR5HE31s+Ah+9UEq+c46WRHhKFpHX94TYDWY+9vU+nRBoNAM1qInc1ElNOLl3bOXaBN6WH1guOxgHMcsa0L2dz8gvY5/
bn6zvruSX5DrTFhP5H7HJZccluNUuSUqgfRLwKYdAaQ8bsShjglpEN3oCbl4UJRvsAlzfTknJp1n8IHG7xflaIYr9ChdQ+8MSDQtU3bRo5ys5JaZkJeJbNblwiQZ4SzewKeOlw==



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**
Spread Joy with These Smiley Face Hair Clips for Women GIFT fun and playful | eBay

**URL**
https://www.ebay.com/itm/144981024213

**Collection Date**
Tue, 29 Aug 2023 09:43:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
136.158.42.224

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
IkKiGRGenU8UfOLnZ5FPS3Ii0yYqAni8cRAzV1Kpk3h4gn/W12zwzDoWtcPMB5ZTTY84gDMTQlpUyKEU2PicQEg4CVzZFByCgteq7QPcvd5T3uSKKURA1PnEwyckOzCA+8Yw3eVI7GG7dzOu/YuDmwzRRJD0EuR/y5oIti60KIXOeaVOXmvrkaFPsSfMS0shBc/
H7t5x5WVEo3KW5pGe19zzlWFhalJS2wGILXZvEgg2Wdi5FbzZ3W2ZIDxr09HzK+sum4Yev7P09rGkjUUqPONp/I41OFsxs9XkmfMlyO3jtLcllZSKB81cn9y18rMNz4jXQ4vFrjPKmwTkbUwpHA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**
screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]144981024213]]_Tue,-29-Aug-2023-09-43-58-GMT.mhtml

**Hash (SHA256)**
3924feb241c2f617ea066f986eceb3626c2e8b8d71060bcf9736064b41e20723

**Signature (PKCS#1v1.5)**
LTBDB3+xkZ3PyJjaefSjX4kGu2wxNZ9K8TKHsl1HO3kitK5y5GHWThMJ46EP6da/V/vDh9sVtfrkIx2xJOB8MCx8IHQpfYjvqIg/fB73/QcMA+dARUqo4KwQRZbVyRbflutukjZ9r5i+ZrmnpQEDImaKPEfIMeB
+vPXajukloiad3hDguKIDj9wxfDD5BCTP2H6A7+RXhFZrnVsm0x1tlrZwrL6PVvyGGGeB8Pe2h5mT2IxTuRTItwO7BCL1MkRu9RzA5ClsxHuZ51wa7NIJnE1h+sTBTiLHffbiomDjoSg9UWMv5MirFjPBWr+u9K3M4v2RjZUqbru7Se1fn20aSQ==

Hi Jeremy! | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

ebay | Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Clothing, Shoes & Accessories > Baby > Baby Accessories > Hair Accessories | Share | Add to Watchlist

## Spread Joy with These Smiley Face Hair Clips for Women GIFT fun and playful

Condition: **New without tags**
"NEW ITEMS!! HANDMADE HAIR CLIPS!!! > Fast Ship from Melb AUS!"

Style 1: - Select -

Quantity: 1 Last One

Price: **AU $12.99**
Approximately US $8.34

Buy It Now | Add to cart | Add to watchlist

Have one to sell? Sell now

Shipping: **AU $21.00** (approx US $13.49) Australia Post International Standard. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Burwood, VIC, Australia

Delivery: Estimated between **Tue, Sep 5** and **Fri, Sep 15** to 33132
Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns. See details

Payments: PayPal, G Pay, VISA, Mastercard, AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
yarrajadeptyltd (135)
100% positive feedback
Save seller
Contact seller
Visit store
See other items

## Sponsored items inspired by your views

See all | Feedback on our suggestions

- Smiley Face Smile 18" Foil Helium Balloons - Qualatex - Yellow - Pink - Blue — New — **$4.34** — + $14.10 shipping — **32 sold**
- Smiley Face Rainbow Novelty Metal Motorcycle Plate — New — **$16.98** — Free shipping — Seller with a 100% positive feedback
- Balloon Happy Birthday Smiley Face Anagram Round Foil Helium 18" XL Xtra Life — New — **$3.76** ($3.76/Unit) — + $21.32 shipping — Seller with a 99.6% positive feedback
- Postcard ~ 6x4 inches grunge Smiley Face Yellow & Blue — New — **$2.06** — ~~$2.94~~ 30% off — + $1.36 shipping — Seller with a 99.3% positive feedback
- Fire-King Stacking Mug SMILEY FACE Green 215ml Limited Glass Made in Japan — New — **$107.00** — Free shipping — Seller with a 100% positive feedback

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Mar 10, 2023 00:12:37 PST View all revisions

eBay item number: **144981024213**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | **New without tags** | Seller Notes | "NEW ITEMS!! HANDMADE HAIR CLIPS!!! > Fast Ship from Melb AUS!" |
| Occasion | Casual, Party, Travel, Wedding | Size | One Size |
| Material | pu | Hair Type | All Hair Types |
| Accents | Fringe | Colour | Black |
| Brand | Unbranded | Type | Hair Clip |
| Theme | Fun | Features | Eco-Friendly |
| Country/Region of Manufacture | Unknown | | |

## Item description from the seller

Make every day brighter with these adorable smiley face hair clips!

This set includes two different styles to suit your mood and outfit. The first style features a cheerful black PU material with the classic smiley face design, while the second style showcases a cozy brown wool weave material.

Both clips are sturdy and comfortable to wear, perfect for adding a pop of personality to any hairstyle.

These hair clips make a great gift for any woman who loves to express her fun and playful side. Order now and spread the smiles!

Measurement,

Size is approx. 7cm (L)

Yarrame Shop

**YarrameMelb**
**100%** Positive Feedback
**517** Items sold

Visit store | Contact | Save seller

**Detailed seller ratings**
Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 4.6 |
| Shipping speed | 4.9 |
| Communication | 5.0 |

**Popular categories from this store** See all
Accessories | AirPods Case | Android cable | Bookmark | Coin Purse | Cross body bag | Elastic | Face Mask | Folding carry bag

**Seller feedback** (111)

5***h (28) • Past month
Good.
Clearance* Silicone AirPods Pro Case INSTAGRAM GIFT FAST AND FREE SHIPPING (#143591894427)

h***7 (1469) • Past month
Great 👍 thanks..Helena
Denim Hair Set Hair Scrunchies Dark Blue Scrunchies Bear Hair Tie Bow Hair clips (#144716117340)

h***7 (1469) • Past month
Great 👍 thanks..Helena
Denim Hair Set Hair Scrunchies Dark Blue Scrunchies Bear Hair Tie Bow Hair clips (#144716117340)

See all feedback

## You may also like

Feedback on our suggestions

- Mini Metal Headclip Headwear Hairclip Children Hair Clip Doll Head Clips — New — **$1.83** — Free shipping — **Last one**
- 2 Pairs Cute Hello Kitty Hairpin Barrette Snap Hair Clip Bow Hair Clip For Girls — New — **$5.99** — Free shipping — **25 watchers**
- Newborn Baby Girls Boys Crochet Knit Costume Photo Photography Prop 2PC Outfits — New — **$4.99** — Free shipping — **14 watchers**
- 5 INCH BIG HAIR BOWS CLIP PIN ALIGATOR CLIPS SEQUINS RIBBON BOW GIRL — New — **$1.49** — + $2.99 shipping
- 30Pcs 6 Inches Hair Bows Clip for Girls Big Grosgrain Ribbon Bows Alligator Clip — New — **$10.99** — Free shipping — **88 sold**
- 50 Pcs Baby Hair Ties, Cotton Toddler Hair Ties for Girls and Kids, Multicolor — New — **$4.99** — Free shipping — Seller with a 100% positive feedback
- 40 Pcs in Pairs 3" Boutique Hair Bows Clips Accessories For Girls Toddlers Kids — New — **$10.00** — Free shipping — **30 sold**
- Women Bridal Wedding Peony Flower Hair Clip Barrette Brooch Girls Accessories☆ — New — **$1.77** — Free shipping — Seller with a 100% positive feedback
- 20Pcs Colors Newborn Baby Girl Headband Infant Toddler Bow Hair Band Accessories — New (Other) — **$10.98** — Free shipping — Top Rated Plus — **266 sold**
- 40PCS 2 Inch Baby Hair Bows Clips for Girls Grosgrain Ribbon Fully Lined Infant — New — **$10.99** — Free shipping — **Last one**
- Juego De Moños Cintas Lazos Coloridos Para Niñas De Grogrén X60 Colores Varia — New — **$21.50** — Free shipping — Seller with a 100% positive feedback
- Lovely Vivid Butterfly Stainless Steel Hairclips Hairpin for Women Girls Jewelry — New — **$0.99** — ~~$1.04~~ 5% off — + $3.59 shipping
- 40 PCS Boutique Grosgrain Ribbon Pinwheel Hair Bows Alligator Clips For Girls — New — **$11.43** — ~~$12.42~~ 8% off — Free shipping
- Hair Bows for Girl Pack of 12pcs Kids Clip Toddlers Hair Accessories Handmade — New (Other) — **$6.99** — Free shipping — Seller with a 100% positive feedback
- Revlon Double Grip Black Hair Clips, 6 count — New — **$7.52** — Free shipping
- BOUTIQUE HAIR BOW WITH KNOT IN CENTER 3" ~U PICK COLOR! — New — **$1.35** — + $2.99 shipping — **347 sold**
- Girls Crown Hair Clip Girls Princess Headband Headwear Decor Hair Accessories — New (Other) — **$2.05** — Free shipping
- Baby Girl's Hair Clips Cute Hair Bows Baby Elastic Hair Ties Hair Accessories Po — New — **$9.99** — Free shipping — **109 sold**
- Christmas LED Light Hair Band Headband Accessories - One item with random design — Pre-owned — **$4.99** — Free shipping — **27 sold**
- 8Pcs Colors Newborn Baby Girl Headband Infant Toddler Bow Hair Band Accessories — New — **$11.98** — Free shipping — Top Rated Plus — **149 sold**
- 12 pieces Baby Girls 5" Big Large Hair Bows Grosgrain Ribbon Clips Alligator Lot — New — **$10.95** — Free shipping — Top Rated Plus — Seller with a 99.1% positive feedback
- Revlon Double Grip Black Hair Clips, 6 count — New — **$7.52** — Free shipping
- 20 Pcs Baby Girls Kids 2" Grosgrain Ribbon Boutique Hair Bows Alligator Clips — New — **$10.95** — Free shipping — **20 watchers**
- 2pcs Faux Flower Pearl Decor Bobby Pin Hair Pins for Women Girls Fashion Styling — New — **$8.51** — Free shipping — Seller with a 99.8% positive feedback
- 1PC Hair Ornament Princess Headdress Baby Girls Hair Clip 3D Crown Hairpin — New (Other) — **$1.32** — ~~$1.41~~ 6% off — Free shipping

Back to home page | Return to top

More to explore : Women's Hair Clips, Multicolor Hair Hair Clips for Women, Flower Hair Hair Clips for Women, scünci Hair Hair Clips for Women, CHANEL Women's Hair Clips, Butterfly Hair Clips for Women, Anime Hair Hair Clips for Women, Goody Hair Hair Clips for Women, Women's Plastic Hair Clips, Gray Hair Hair Clips for Women

About eBay | Announcements | Community | Security Center | Seller Center | Policies | Affiliates | Help & Contact | Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



    






    
 

    

  


    



Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 29 Aug 2023 09:44:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.224

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hfS2PZPLi1l5bL6zZ95ZtHbPE3BV4bGldo4l26k9SAuluwccbOMiwM5BNYUyRc0liAg+nTQce2XtgUdqCpEXw0oZj2DMkmWZ4AG/T6NJ52gMai4nCtUnqwf2qdq+5IeIkZYPIiUsj550ONm3m/Dw01YFiDoI3U3gRMPdtX5spsEINNAI+wh5Bos8yZ+fG3n50C3FR5UlKoi+wcAFygeb4UUenyvhLvu19N0AsSlyj2GV+J137vAwi1HSN/gfnf3T857bYpqW9ii8HfxZJcglwxGMoHzhGRSbzikznNLEClgErPw12kUL3Z5bkh43ojG2NPzngY3IwCiYht+2TchGaYA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-29-Aug-2023-09-44-58-GMT.mhtml

**Hash (SHA256)**

e7dbdd3db3374b072329305aba1a61678cf12547c5a105a13c20b51c899c4117

**Signature (PKCS#1v1.5)**

jNv1N32SHXxVDBaUxzyBUP7BgFQrQXux0xVHbOs04VHIA7nSqLFyMaYt8ze5xLvCpPvMgZBT9/H0z0hzJJ0kQGrRKOzdrROZoh1+nFw2t41Rg6d5XLsdFGU06dt6Nu+JDuGVfs64Ccgi19zPCGogtcBwSem1rnoCIJbU/IhCtnpeBMAMUREfUNUMMz1xeSQgsjVR7HAg+SS2TO8m11x2NUhF1QXSJfJv1uKFBnG3IRkJdKGuDJFFuZA6inRHDGw0S4abWk5yEWhrKVbo4VQuZuS4EwlJQaoMWt3DT37suATArt85mTJFHtCRTRThNGHEMIcEkz6Q7o5vRRWg32DOEDg==





**AXENCIS**

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

New Youth Unisex Korean Smiley Embroidered Fashion Ribbon Couple Baseball Cap Fashion Men Women Outdoor Casual Sport Sunshade Hip-hop Hat | Wish

**URL**

https://www.wish.com/c/64b24b89b2b87fe1db4fbdce

**Collection Date**

Fri, 25 Aug 2023 08:10:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

RhKnDO2GD8cxGMRjxy9dFoGE2DoSVWURNBSsY+KiwASKk0LYkucjeTCRkdNwyv7jLE5pPkA9FbvDDH/S2Dgxxcp3xBfjczVE9Y9nv+RqkVNm80f6eWwLk
+YzDbK5EisneHfP9UNJcu9GnSpJKLsGvxoPVKKHvHAijCb2Kb8oeoYcGsC7XpsoHLPDK4LIBBWGJsWufETfCsBNVuO1huT9b3XxJEST2OfWNDwAUKZrwAauDQreJswVbIMXLlJszMtsDcj7UxDJK3GDJd3lnu5xibOi7nR9AhEOpJitZD+5MV9I/AEABAB/
VnfiUgMvCWgQO51yW5xE2g5gpoJEcCe3PA++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs]]fs]www.wish.com[fs]c[fs]64b24b89b2b87fe1db4fbdce]]_Fri,-25-Aug-2023-08-10-33-GMT.mhtml

**Hash (SHA256)**

40cf4aeda54f426b31bf660c6a02acaed07daa76d2eff953458f9e41ce4d9e9da

**Signature (PKCS#1v1.5)**

upmj4/eUTn1wU3sOoUSDGaP8U2fVt7n5LPRxQsREofio959ra8pfPsottL4CxRHsDI2CyQMOqDujkhGl6BZzoYbf4k9nakn/vZ2zc7nAJIh8VQlv1JYVbblTAWhf0sYv9huci2b+clWx8ildelcDdClStFEFS3J/TxsU5Pvf5E9nv9v49zSHK6zoowpk2crkhL5bmOU5BpgYfIi9+wYhVigdXtsfv9tD3m5Fu
+Jd0xslzeWqNEEZ85u2j+nJ2gWftWLy4tjYzf52iVSWxe36PfDWALIsuwbXfRvEIYrSCGPv+hA8111nX8LC8THkVdYe0pFbZ7CO5PBWKHGD/7fMOQ++

---

wish







# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Fri, 25 Aug 2023 08:11:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Ygdo2MA/N0ydF3b2T5tImrrSI8HAwoEyCm1Y3pQhFBXUlT+w+aChRjBVBOxyOvbEsJ2dyVSq9VBWB5qqgJ96Jk2PfmaGAd96r3s56vveJbUVd0Cr2KD4WBX2ACFzTGfugrk1bfpywPptZHNzcxUcrqAirf1N6zUoetMjDH3vgls3USd+oEhhsqMWQ9mMh4IKcrL63C0Ntt22EmRWd+HB1gSz1RiTp8B0nYeWWcvpCZ/LTvTk3ji5sU0t4wWCP2o3LDu/IpXmJOPHAr9EQfovK0cQsjiodFEQVFPOgiKxe+F62W5NcW7wS69vkRWKNwD7cB5XMa2JjzKjr1RN2fZnoA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Fri,-25-Aug-2023-08-11-48-GMT.mhtml

**Hash (SHA256)**

599b89e5607032372f08d6c5a0711a8cf8a3e3c971643a36ceecc4dd934121ee

**Signature (PKCS#1v1.5)**

I7oRMAD3C16AVDRXuraUyskkqaYaLj4pnH1Vd6lwvE11reNPlPjoTAStHFkl3ZroHIlFMCKREFBFcEhHFO+uFtKl+CHRDgpQeeJ95KTegWVehRL2Y0LeIeJ5OG6SZ+e09v655lStFySDw7dfcMU7cvGOvUSqMX9bNozFiiLvXXH7Ao0X/iPiu0xq1ozPNXq66cqsl9q057WWtllmO0Y+Khv/lFIU4aCO4BgnANkoRpgWvkdIVs+iW4hJfvPDzNlQRGfRaPOkz9IdLqhKQV/fdoa+WeQ2UHNDK18QDiKv3kXkAyuysukwR7BmLjW+fyEnGaafyyQKyR+cp4RZDNCrhA==





# Evidence Collection Report

**Page Title**

New Youth Unisex Korean Version Embroidery Smiley Fashion Streamer Couple Baseball Cap Fashion Men and Women Outdoor Casual Sport Sun Visor Hip Hop Hat | Wish

**URL**

https://www.wish.com/c/64b24d028158a5fd727d52b3

**Collection Date**

Thu, 10 Aug 2023 09:38:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:448d:49cd:5f00:e581:f6b8:cc3b:d1ff

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

C03nPb4bMJDBmpoVIfuN9x3GcpkMwag607jbp6LO882q1T4g7SVpZVjPwRFsxmpQTwKsozGt8hDajW2VDE52DRPg0rBZ0GcX44F59Q4Yc7DffJ/vXRtPGodbcv2q+EPTtB9HAcK9BzIRbs1zSPSduRbhFwFR+xd4VIT0ekXZzkHxgmIAzB0qHTspJTSrd0GGRsS/
ishQBz5tuJX89Q0b759fyMvLfv5SPsfDmmNkkHX5TZYh1889kBSHWX83PRWzQFkxZu4G3oG5M4RO36d853into01O9B+c1FFgA31jLx35gmqHPCGcq8SmNlJkxvVOGOcH6gAFj3kEd8kg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[a]]fs[b]fs[www.wish.com[h]c[fs]b4b24d028158a5fd727d52b3[]]_Thu,10-Aug-2023-09-38-16-GMT.mhtml

**Hash (SHA256)**

02a0388915a6bb66bf072339b9a98869275e7eb5672931a817-de2196090t7a9f9

**Signature (PKCS#1v1.5)**

tXoPEnan9Y8743BBUxcnEhWKKIth0UpKnqAfnDrRycoch8fd2TaNSm5JgbwqapV3JunH0GuMiuqeRBa+39cxARQmnWM7M+TGascMtBxPoybee7+m4uBvfSz6aiaLfSO4EDg6iXC8+xDGBZKPpPxD1vGMquzEezvmmxI0VKg9hVW/TGZMs7SPhe9ms0LlYrNiK9pGXu9eVq5SAX
+xV/3OAUAuqy5huLmPOHXL96TiBppnhgNPFNLYUiDTVzWNSZEx+aam4jOjz+af5z7Kh5+a8SjuXcHcaAUcLXS5H6wwGe/j6d1C1LbcxDsK79mogT+SSz47MMXzCD+c8ffwOw==

---





# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Thu, 10 Aug 2023 09:41:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49cd:5f00:e581:f668:cc3b:d15f

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OvsLrOnzbs724bf+A2mtqtoV8OP5EudyaRAxj3pj8eXkM0fhI6redRkI15UuXJKmHnQLnNPyrkC0Iv6LnXgjMO1xLwayyid1Tyv7ca2SihAO9XqnfQbpOn7am1ORBJfXYa8NPhN7A9algBukK9noRmJycO9OoM/
vDswLgpL7nMYRqL22YI1qMvIKbHcS5MjyuqkkM2BsXt2gZHuDIIGjBwNrXBHGH19uxa5zIJcnCG8vvadeyFSIICqBmUrmw2UHOyAasU5R2GLSxFTml5eRknCX8cCL3dLM2a678CokjRg3Yhl9nY4WXvrAggTarZZS28Y9BzDwE+tAkhdRBQFwkQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Thu,-10-Aug-2023-09-41-03-GMT.mhtml

**Hash (SHA256)**

1eb0d85be24cecb810245ce84c512ec5ca18c321916604a85f330874680d4ac2

**Signature (PKCS#1v1.5)**

sgagJPqR2ef9n0TJQ/oI3uGA6XE8Fs3zucM79W2upTpf02vyObYegULwhraQQA/X+PVN1rniBCqYMaSe7yxN1KoWfcDStMIC5xgb2HbpE3gMDOVYagfjYe5xOEDy3jowS45s/F7Y1WJhjva+p1cs6BGWzYdeHr1DxiW5wkGn33wkZoArttfvcGkRhr4iC4a88uoDMegULiFMW
+2yj7XeIuSXx6nEFkJZgh2fXmz7HnuAJCWq12c4ehWQRB+PKlz4PPZfvcfHxgjSin4lfq1vj/7NnJHirXj9CYmfavH6cYimZsiLGZot+XLnjI7lMYOZqLRQHXsZQtr0yAoIR1djA==





Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**
New Young Men and Women Korean Version Smiley Embroidery Fashion Streamer Couple Baseball Cap Unisex Fashion Outdoor Casual Sport Visor Hip Hop Hat | Wish

**URL**
https://www.wish.com/c/64b24e343c53f64180aea615

**Collection Date**
Thu, 10 Aug 2023 09:49:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4450:49cd:5f00:e581:f668:cc3b:d15f

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
GPNODX4mQo2bafrwkBMO1bx2S0Kpvhy/BhjQlan4vLrwwOkcPHVpatJJakj+85gm76hwelP
+MAGHkkHvjtbHHrQT4EIHWHO4zYGmEuB3Ywog2nKWkxKtZ5zq3e2KI31qby2RLCEqwUZKUJuuQIVTR7o2zQdpyZZKbKLKrW1w1hZHQcarUblzgFpknKjsVYnlnqmq2YtzXTgmyS492vkNdFba2HCdydvwGjTz2u1qyeWgM44obBZvNy3OjgztnsJ+eY86/KswJezrrlOhLDl/rYge5ha51BxS4W0baQbkgAdPUHhPvfSdPeMs38mJxvknc6AttGdoOZBe/tHhx4TKTXVA==

# File Signatures

SCREEN CAPTURE
MHTML

**File Name**
screencap_[https[s]%]/[s]www.wish.com/[hs[s]/[s]/c64b24e343c53f64180aea615]_Thu,10-Aug-2023-09-49-08-GMT.mhtml

**Hash (SHA256)**
e35638b319c419f19dc879e630875ce3b0f5b9221713a0200d90e7d45572754e

**Signature (PKCS#1v1.5)**
hgXDafan8qCQW9Iq3nxvOvlUhXsJAxTQLgqvgUj8pxJf44Xdbedb7tCRQfYLjf1ScN9wUWOgf1a+K8cgztSKsIAK2G/YuahvJX4dB+QOoe4S/7pUWs9lLzDqf6OP4uASCuIPoxSGYhP3qeV8fnrbqjUSNGKjLM8Y+CNVswMFS1O0Uis+KX9IJSegayf6IFJYFkaLZjGMaFyFr6jBxoEeT+sLpDEFozXW5Raa9iAt2mTpadVSL2GdtSgvsJ2cJ4MwJ0KjKnyyodl2dj/Y9YhXEBGXFI1pSk+K9Fy1FPoUKrFlc6+nzwqeXtlEoNqLsFl0orr2QpXBj0owr1gL1/Ar+==





Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Thu, 10 Aug 2023 09:49:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49cd:5f00:e581:f668:cc3b:d15f

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GEfx2jy7BsKvF0VhZSznS8cfbQM5ZPpXr8/Mc52eIXBti5ISMpTBljiULljyBye7AVEiSm1JdXsFYr4FvyQJDnFvwYQAtAtaYS0RotMQrsOnFnZBy6+LFBQ/RHCKX0Na9zeZPk2UPKAX2iJkqPJQz2X7XO76+WttNCbKAn+xga0ylC5y7vhRMsekNO5Ait1s8B+Owk4+48huyCf4cjXxBSkCDY9MjPJ+BRVidTSHrM360G9eDOArOFJkQ9Z2Rh5irTlRkwS1DRwX854k5VCOyAOwqZIazLbzOfbYZ+1GEJ9XyvmD4Q/It4OMJvH2a1BCYk2/Ie4LF1OXJINPcpUhsw==

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Thu,-10-Aug-2023-09-49-58-GMT.mhtml

**Hash (SHA256)**

c68ef4fdfa4bffb61a16ce1dd405e52ef2010fddbf13cd21890b50d55efc53f0

**Signature (PKCS#1v1.5)**

rkUCKgyOA2tgas1IMAw5OiOc3t0veFW5M+AeFa7UyoJ4el0QD2td25wpwPbr1jpK8uGKKEsFYHCqemtJvEQpJAqP8RNAvIsfV6R/7mGsf5uF7x93seAXbmEjEgDshbGDuOynq/Ven9uSELsE7Q7gBcvZn02TffSqOwdSc8zK9SlK7iFjJYo6s8mRNQVqSZl1c48M3vJYeppEPVX+ly/lFCScEVhdPBYLTPQSh1B/Bhixsnz4TuX4clxTBdsWl3zLZgwOWdJQiS2clN9AazqV88lp3wnDKnr2UIRktuSC/iQTpojMPe2mwjj/21hb3rfxjPu7ez7Gng20bnjkJYN6tzQ==





Investigator Name: Michaela Borja

# Evidence Collection Report

Page Title

New Style Young Men and Women Korean Version Embroidery Smiley Fashion Streamer Couple Baseball Cap Unisex Fashion Outdoor Casual Sport Visor Hip Hop Hat | Wish

URL

https://www.wish.com/c/64b24d920b559dec1db66ae2

Collection Date

Thu, 10 Aug 2023 09:43:05 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by

Michaela Borja

IP Address

2001:4450:49cd:5f00:e581:f668:cc3b:d1f

Browser Information

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)

d3f57dce4Q5HE7y14cjPVqhVfXcnvCceuJQpzY6HjdXHpz1WxhV7kEd8t4ZyaEobcNKmRKb2hpniALjDlR7K7KtHm3J4CTOsdkpqb0TVMHjE+6uIXMPnJAnjP32p4XmR1rSfxyJ97nfW7QbdgnNd0AkqJQURJHamPt1FFKxUe
+N0fD25z43x1c9fia1bz7Qb8ResUbV1W9HRbSCIWhvZvfnFANqO7f8wvwBrBEsb86g3255lalsbpgnRQyAbGl9kbGaG97YksjSkLfpRJGV0O0oubiChXAaVnkW9yPuu+bHmGUwLZNSd9o6onikhwHNvFoMcEttSmVaJug9dfTUyppu=

## File Signatures

SCREEN CAPTURE

MHTML

File Name

screencap_[httpsfn[fn]fn[fn]www.wish.com[fn]c[fn]b4b24d920b559dec1db66ae2[fn]_Thu,10-Aug-2023-09-43-05-GMT.mhtml

Hash (SHA256)

19684415662f621025305f577859071d31fe66feac2638bf4aca7c3c5c3aa0e

Signature (PKCS#1v1.5)

fwtGjs400jc05+u7u2Rq5kH1Gb9i9egkUaHq0R1+ok9aa7yvruhrfjC46fkP4rVft0FfkU4wPaGGwawfta6Kryp8ZUKWqVu3svS8brf8XygMavZBBCoaMTi8WHadm2+5bpDUhsSPD2qDpA1Oe8yUXa3xPjb9hxTPMc960bfLaAZBdbjJZb5vX/GfxHGXreQVpyeJ1rejUF16hJ8ObrVdlncbvEfbcVRGY/I
+meerIqjlSGjqSIrU0W6ZXOWagC3jp9Dst6MsaPJLzeRAMS/mP0HhfAUsDSvaqLXE2575Irm74dPEDwvd9NnzAYcl-Eig1I90CxMfXtayfCgMYS4t6xQrku4g+=





Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Thu, 10 Aug 2023 09:43:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49cd:5f00:e581:f668:cc3b:d15f

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

pKSzUJopHbKAFNdp2wJ8M3iU16on8zOiZ4QuCYvXC4NFv8wIMtgx5pY6lu7Ioel6c2G4zKKL5pJfbaucbx+2fPTDhoskXE/UlIk5LyPvPqelhaU5jSRBVEqNhGBhQKMhToI9WsEJ64ih+UwEzSSg8AWnhsjOsZnwP4ewTvuMf2/hcebCUgfkWVSmPPNIvVpvYyNm16yczjZXkGdKOs2Hb6nBO8R7CmSi2/Iz5fqVuqIr1DoCFUGZd3Vnop6h17HQ4lKnu9oWvrEYJvS8GwZZO8XaZxxAQq1SHkUW46C0sMXtHiqMYZd/yuyca1FAQOrqo0XVq2V9rQD92URGjfqDg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Thu,-10-Aug-2023-09-43-46-GMT.mhtml

**Hash (SHA256)**

0dc23e4a8f62b1bcf1194016c3202d748d41566d816892d1069835284ce92ad6

**Signature (PKCS#1v1.5)**

Md9YEc6IeksAJ/hGBSfoqqjuYlGGBxtws5w7xijAAig9Vd4Y9YZiM5qhGpeKFNHjd6klYc4sgNgs1/Z3lTlvOG6lD4dO6S4HiLNTLVHDGlhYzaeeNVTkJ4tLjsAE5PZLnlSV/MM10T9f+eAZB8iyHWf/fbVNeKwrUtior//vIyBLqvYCySmjcqlqwr7zFQd9yT+olMNgtG7r9GlKkWnA+2j/s6rShbh5isWl4gC8K6bOK1H297aMPEpe7652AhUMPx7JtvAIjKjh0fcR2JL+pHiql694rhJ8q+2SFSYzfjccLI3vblnWkIGbJGnnug+Cak7meWV6LuN3ZMB7iXTWu/IQ==



# Evidence Collection Report

Case Title:
...
Collection Date:
...

# File Signatures





**Products related to this item**



## Product Description





## Size Chart



**Product details**



**Videos**

**Important information**

**Products related to this item**

**Brands in this category on Amazon**

**Looking for specific info?**

**Customer reviews**

**Reviews with images**

**Top reviews from the United States**

**4 stars and above**

**More items to explore**

**Best Sellers in Women's Slippers**

**Looking for specific products**

**Your Browsing History**



















Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 08 Aug 2023 12:18:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

as6AO6dGwQrD3jdZAW3kWf+3+rytBfVqN510HiHk//InLY0pPMMIehpiuXFIx1nevkbpJf0kot6rHQVPf+B1oHXVzXnKcq1jiHkfm7fEhNahPYZOCOiBTZJesVIEpRkpbTwnyC7DSmDdAIgsVP/6PWdT/G1+XRd7r0zwfZugRQ3E2QrOlXFqSJ1CD1gLatRFiEHDCemLOFmsAHCQc3py4mf0J9P7Cu3+V/IgkPgPDlCAmT91i06SacfJdsRzfC/ORj00C/7DSpmu7SH91ELYlGePqE42qxJi7eO+6+0/IGU6EHtWf4YyqTUj80DL3p3GytZGYaHmmweFkcYcRFhfCg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-08-Aug-2023-12-18-09-GMT.mhtml

**Hash (SHA256)**

51520dd4abeae0ef3674c12b4d8b7010e5ecba7caf22c05a5d92e87eacf8f48f

**Signature (PKCS#1v1.5)**

GafqAxCDFkJW.JpFpER74/N8QWfaO+Y21xn8uVE2ch95XgfityLLqiK81urfPtKsTbSrdaCqixtaWsrafTtD10sjfKSAolRr9Oellygkcu6T1kjXpB+dps2mKL.JYZqXwF0ZD29SCBxpi/IKyWgXk/VFFAVrABGFso7qYaJ6ZGSL/d6ps5+hDymk6DDSwhGVCTmFR0AEre5FRImOZ+o6wJOUdMmLpaNhVe8Z1NwBoos33bg3IXUEe4BTkEFf/kdIxZ3BTkEThN1wIUD8W1px1MuUh3vcVolQUHErsLSTcJbtjlf345mLv8U2HBy1mARJaPfahkH5SE/WApLMcV1mQOw==



# Evidence Collection Report

Page Title

Amazon.com: Under Knot Earrings For Women Gold Hoop Set Dangle Earrings 925 Sterling Silver with Gold Plated...

URL

https://www.amazon.com/dp/B0BWKVVCZ1

Collection Date

04/24/2024

Collected By

Axencis Investigation

Electronic Serial Number

Signature (SHA256 of ...)

# File Signatures

DIGITAL
DIGITAL
SHA256
Signature SHA256





## Amazon Fashion





## Product Description



## Buy it with



## Products related in this item











Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sun, 27 Aug 2023 16:35:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.224

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

EwNA4H/TxrluvC4RCtfwhWTDtL+zztkxgEgfOEHiGWy+VjDCVH9Y/n8otoJ+jXq+DegGJ10CLa42uKkGDkY/V66iHozGOa53aIb+t9rNG0bGn69fKTuZ5OJKToWPAR+biHgtROritRKoZgKghKYwYQJGDWXTgV1pCQanzY3K9hNW9EBL8U+4m61p40FugXc3X5QkVEzTasXyjhGenqsuguVNFz
+ePvaXyl5Kqgk+q5qOWC37MOAfgKoHlLk3djVNdxWWjt9XcEyUQaiBKaeHigL7+VNoQ2T03YVwYduY1eF91SM1DVEUFrHvX2Kpy7ZYLM72KlPSlWVDyXrqQMdWOQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sun,-27-Aug-2023-16-35-37-GMT.mhtml

**Hash (SHA256)**

7f4ddc809b5919cf3c4f8aaeb8ea32e873a19edc44d3a968ce9e4c46717d25f

**Signature (PKCS#1v1.5)**

WPNLEOMrfZ4hrrpWieHw4MBirbREKmylowi+WC7l1Nqjr6Lx55aEqDskn319oDKjBljaP4jpPsynmh2alwHNCEqdUEUf4tcE3ziR4zD05LjpMNebjX+/k6FL0AHvVYMgg/7VjYWgu2yuCaMFWed8Gn7K5k5P1yl/8G6/
rM51OHfK5yBGVCEV3050nCzPf9DvutAybSW8WEUGtEOi3LzUfS/88y4E1Ed6pODBpG9IHQt+edGMbyUWRBLXTPaoRXYfksplJ+TTpzSn6Xh93wdPdQgR2CjHhGXXFK5mtzim0Z/K5PwcGs3RZ5MOgrGUcLjc0bnJGw8nwNxWCQGdi6+wIZQ==





# Evidence Collection Report

**Page Title**
Smiley Face Sticker 500 Pcs/roll for Kids Reward Sticker Yellow Dots Labels Happy Smile Face Sticker Kids Toys | Wish

**URL**
https://www.wish.com/c/5f79dce7953a8e69e58ff498

**Collection Date**
Sat, 12 Aug 2023 14:38:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4460:4983:8100:5986:86e7:734b:2fc3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
Yuqp338TqG+yxAphtDMiifrJgFL/k+KXr8N0Zir0o33ikMcnDFGu+FEtzWP0GaEqGFJfmMag11euBYmJRlr1HL0riXOh40+KTQP4qXSO7wDRu0Gpps+g7ieT2bOaqghZ2BaT1SpyyMpxEY6oQjWKrMCLTqjeXVrcdaJA+F6PLe/pSecf6yZJDsoGuQmWN/9HFzdSFMESRCbSOaALDf6c0au1r1OAYERMec1bvUsLNYVjVP1ITfwQhZh9HdsI+5jBpvPwDWp4tTvL/JhtXL2gsZDV80A4mN9Z5naSGT37TSFmILfxtL4vdEj7JN8zDl4DxcsHfUca9/Ddw/wDcwGuVxw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[]https[a][h]https://www.wish.com[h]z[h]5f79dce7953a8e69e58ff498[]_Sat,12-Aug-2023-14-38-34-GMT.mhtml

**Hash (SHA256)**
d6b445e2f88da614618561efc26afe23474f35afaab3d9d0c9f25eb55b89f709

**Signature (PKCS#1v1.5)**
QoRGoMdhGmmd49z5J/pqps56r7itzL+kV9qudxvZLco+imHULeRJ3dk9mAiTGVo3lwCZipapdSy3lL1pWSlBsDCAJkMoCqUN3zcmx/nJ/KX6wjzJR3Syyo7lC3esD1qou/VkCtMjZv/2wUJR/d9ivyyy7C3eed7oauHKmNsYFFPmoFmN80zy1wacCgBf0SVV30bonLN2h3a/tUzC1Gg0wovdCX0f91/IHHsoq]Jn/+016de6tpIGjvVPKzx1JEZ0yb1/mFFCU/nz61lr9xu+FDhaXQl0ENnYm4FWxhpyVm7E5XVw3LQnNw==



# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Sat, 12 Aug 2023 14:39:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4983:8100:5986:86e7:734b:2fc3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

rTN89lG8eerfvhLX9NvHuy7EPH+2Ei2POt7aD9lDacXWZqq9x/sKeaS97ikCCuBXywplerjPVLFBU7z6PCNn3RM+9OoRaMnrxh81YvLRHkvW/d/Ls0x/19sV+W8ThpDechBbpzBq8cVb10sVLY8w/mKPkia9YD63amEl215+96HovRWkglsAJsaG8S5h6XjmTtaK013OrWfA +2nzBnpgcpsMzlF2L7sk8Z3H+WuiBd6chbZigyvbDQKnmHrhArhjrBu34WhgASKua6FL8YMtFQ8i0WnLeSYzkBDQ5Uy94hRk3pmR1sWHHclWwO8JUoZ35rsptYhYqMKjMkvibmJZmA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Sat,-12-Aug-2023-14-39-18-GMT.mhtml

**Hash (SHA256)**

7a3bf64ef50c96d9e9d87655bc667682f08cda02b81daf90424cef01c90fa940

**Signature (PKCS#1v1.5)**

sX3k3JjjiDnuHpbOC4EWXmbnvbMdvlf7gxPa6zm9gHWlBHGywdTzQH8ti0Gwout2bqmtFjxnnLL9zlCrKXmJ/n4PsUSG7rwTDIdsnmoqZH6KlyqCg+9dHCXUQcZz7upQXBBnmCAdGTnKxfVH1XqYMFVvvr7NUzzcf2pHeKHZ7uLcAwCmoDPvF3n9UJLS/Wd+y5oJidbCdjXpSYf+fR/YTNl9NJ6d +iIpvKcZqC1j5lqRVVDVPzFTaJRSMAjmxQkXOli1eXABCkb+bZkyHeEwAllLPvw2bJZzh/+NZ7Ria6/kn33j1/B6AOwyo1HQDyLCea83Dvmvhy5L2/CX3jkXnXA==







AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: Black Glitter One Happy Dude Banner, Smiley Face 1st Birthday Banner, Smiley Face Banner, Hippie 1st Birthday Party Decorations, Groovy One Birthday Decoration : Toys & Games

**URL**

https://www.amazon.com/dp/B0BWXYHPPN

**Collection Date**

Fri, 11 Aug 2023 15:15:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.167

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

sptqvsGmaXm+SUvPobdU8ou1TS5dM/d1TfmQXVPl92VaCgujIFFvejC1MaD+rRAGYcWApoFtGMU4ID/mIu4ejLma2hy9dFche0XgZA08ZIqC1jhwURDyLP0nlMaoPpmIFOaBOufNMbw7AIHgxITSTboeIFKIn3NUNg4BEb91Z+A7gSJwojL3eJw+R/qBDDjVVm7rXp
+clSGwzXdxMtVev2rq9Q5yHrQKz57efdtXiav7xAW9hbQhGbLC5YfH23bB4cZq+BhfBAtI9sn2NPUURBTpGGaP2/m0noRfC88ZXGQpEiZ8L0AtJ8qzDC61+EhOmDcNKppGbNRa90++fbZGzg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BWXYHPPN]]_Fri,-11-Aug-2023-15-15-26-GMT.mhtml

**Hash (SHA256)**

d1d422de764d35136fb1291c649bf2f2cbc0ca063d64e17e977056628c9e6c51

**Signature (PKCS#1v1.5)**

xLuBx+Z9AqYG7eQhOyaej0wpno9AIwV0iqLX1M/bqcT25ZecglaNQENrjSQLRYozxpN1MqPePeN8jIgrRAsZUPnKd9YL9Ep6KACl5HsBeUpf7nBsKwbN3M1pZuWabaT0qdG9hOSIa0O4PjbGxV2MxDTVAet+u+T9YW4w9Nq9jsdggMl77DMUEgMK48rJ9f9lp5FjYFamEVV7CCWWsdACGiMgDj
+9L3jj2q+Zfgno1WmBU4WGsNsVGLSUDK2eutKK0m9SKyFjX2smYv1XbXtckFPiSmbByaFDTSiDTwf2wTdHOR9V9uv2dNxxm9e8ddca5LQQbtt32mAOzBy8os19hg==






















































Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**
Amazon.com Checkout

**URL**
https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**
Fri, 11 Aug 2023 15:18:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
136.158.42.167

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

cbSyejpImg/5gWkXucFEtat6/1LSEz9V9x61EAF68uPfXx+C+2hKmX0Q4SiBfKgFpF3OBCtLoOlNln0cfH2/eoGLg11o6J3zy8nOZPrd1V862gcSbb7DvAw0RmXtSuPZEVggvUu1SBilt1+UfV+kY4pB4v41WZQ
+8MeBsa4qR4M0vZIL8rkEffotIa2BwfsGwvfKeCkuXBIE2CBidtLlfyxPOQ25un7BgMN/TRe1AVyTYzbW7p/IEzAcq5ghihRkJPJ9blLiiQXUFw15mZbLdjxaqLFkJwSLOBugn5rmCTG40anTmdLX1RDtjt7n3vpi3D4MuwPjtAHjAULkiGV49Q==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s]|fs]|fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-11-Aug-2023-15-18-38-GMT.mhtml

**Hash (SHA256)**
41305e85c3255f14c0e62b8eb12aeb451b222ce418657d718597d5de63aa790d

**Signature (PKCS#1v1.5)**

AVazHZxkhvpScTRo63Tc8OQnJWtv896xIJER18nM6m8GtN3GpJKvilgj8UlEeeAAPaur7tXRyvUQdB+RbbaG5O3j2tG41QtShePK3/6VNgKA+xgrSDz8sTZYe7epQAhygzlGcYbIHgjGufEaOWoJ3dSQsrsPba6C833Xup/
mRjLCZ9mnta9tmT9Wo2bPZPlR2mQSfICbCcOlVZpfILo2CZqBoVe7FCEKeXVtmBxlkvp56HU/+48kqbOo24BuKunQLK8VwHNUp98mDiug8iviz/TESSc9OcWXZsg4e7ssVPJ3ZVFY4y86OYGO9OGMwvc2++SxqemKKHDUhEtT4OmTHw==





# Evidence Collection Report

Page Title

Pink Melted Smiley Faces iPhone Case | Wish

URL

https://www.wish.com/c/6461f375dacba5fd3533dd7b

Collection Date

Sat, 12 Aug 2023 07:39:47 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by

Michaela Borja

IP Address

2001:4450:4955:4700:5986:86e7:734b:2fc3

Browser Information

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)

YUY4aeOhIYLtxszr6QLm9qoQ8JG4KTNQ8+rRUzOZKbx5DVMYKSsY8gBSUrNkmwUUwOwP59KuH3Kt6fsHhW2tYzs28MUa2V3JHXR7N1fKadLcqfh6A/EfFE5FqJVe+nN14zb5nd
+FMOFi5dIYWaKQWcLrJT1pysYaCHjySdafnf07detqN8FwHiizWjT6w3LhJmz2LpJioK1e2a4znAnDg3oSjm3XoFXj9LEjyELzmH8vgec0LvNmwWtMQ/95KgEpasJmUwLpcNKn41kW8OXrYC/RgIRiV3edOqP9+y9DFui4MnOrjUuPN8O/6X06ZZqx4mioYIB7RryEbCUEJdg==

Signature (PKCS#1v1.5)

152b6dde89db2d6f21c811921927ef8dfdb66c0268fc2553e1e024a870a370ac02

## File Signatures

SCREEN CAPTURE

MHTML

File Name

screencap_[[https[s]][s]www.wish.com[h[c[h]6461f375dacba5fd3533dd7b]]_Sat,-12-Aug-2023-07-39-47-GMT.mhtml

Hash (SHA256)

152b6dde89db2d6f21c811921927ef8dfdb66c0268fc2553e1e024a870a370ac02

Signature (PKCS#1v1.5)

AMDCEhxzHX6vb9WZeiZodGLGUPqSpvETUqp29QT8hyylAUTwX7LLyikDxpUL6hYOBUPf+xxuhFGDOPMXYBLFeP5aJ4DV+6xrw43xvNLSBOBisDAtKXui2TvyAm8ebzKbhQFioSF/DdLN07I/aDP/1IwHxHA7VcCsNJ3s/VuKDXobAxqFT7wirk6waF7OkkGTjoQIhv406//
hkeoXRpotNaf4XTrsm0WEj/FYJYBRFDA4kiMXXMEtjM6Hhgm7/3EnESSO8D99dDC8TTNoqIaX3MI576PtAiNd6JcXHThA5hHksnEyfevjf28tXZyy/IKvrxDRopFpd67GQ2140A==





# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Sat, 12 Aug 2023 07:40:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4955:4700:5986:86e7:734b:2fc3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

LpuSC8ULNwcOhBMlp+T0xMqUSlagIDdqIh8QH0Jh1NGZwg/IICPH0Y6dH2TaLzDQw7PSmdAyvclGT0ya6K4Gic8n+6/aBtVx4qkqFA6gzTF+NyTBtWGe4X7vrBjnOMJCII+8PaP1t5tB7wzLsgJ+WKhfqwZ4oFu8Z8QWcuCagsJYDdKSHT5VYnBOzuD1I71czIozyl4XApXmleh/L3a6/6v0eq+JYCU/QNSqVzbOf6x/9tx1ay8GaOOpt9dJf+x8IZBxv28zChO+jIx+2LNWyHdBAyi8pqvYyw6PCZNv6L5p1T+BEob7VOWrR+Y+jKnDZSzFiUNCDmrK/Ajoo3yNWQ==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Sat,-12-Aug-2023-07-40-14-GMT.mhtml

**Hash (SHA256)**

8160df318d2a128949c93f144199f2b6455209f57b5200f571a6f341aa182029

**Signature (PKCS#1v1.5)**

qYcku06Q6BvOxIdUHZUKBevObqsneTK3DLHXUgdRZxk6keyGplAjTY1jayL82eyRONbS4rKmD8AMtl6oko130bI4+7KLqIMEJncsUVTJg8t/RmBJc9zZ2IDStBqP1apU3cr2v7Fzdx8j6joOd/09xkJtzaAKDFhIqRU+yE+UBmWXKUlFSgh3VPN44snz2i1yxyQx3xYMMOyk9EJqRXkk03DZTxtMJmFmeDCbyON0Oua0b+9upEq97Ik1o6COtioe6zhDNQPbgt4SQQlqF4fO8RcHdu9RqY4D+u8OOld0BLDwOUjEXy8qoiMJ00WrIIWj1+mmMVDk4d8jsd3iTQiP/g==







# Evidence Collection Report

**Page Title**
New Unisex Youth Korean Version Smiley Embroidery Fashion Streamer Couple Baseball Cap Fashion Men and Women Outdoor Casual Sport Sun Visor Hip Hop Hat | Wish

**URL**
https://www.wish.com/c/64b24abcc34de9850764b428

**Collection Date**
Thu, 10 Aug 2023 09:30:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4450:49cd:5f00:e581:f668:cc3b:d1ff

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
bAxfVoiD18P066Jq1E8XnjBd2vXVqSDnJ4b+mtXWgZ/GMxeguSE9wcZw7bDRmhxIpkJtPAq3K0HRgpGfXnD7IzNTENltgXAI6uioZPCVu+ZOrEPDHf2JuJVbKWWPx09eAeELKXEuJFAnOeoGb+Au1V4SHQ5GQ7UVmGjrqWfMcknvdoyoWG278hOH+x4Cpmv01P+AnlcyhLt9WRvNWxOuSxZTsdO3t4ETV+8hUfW23OvBQxnXZ8n8dy+OSKyABVfybBi3SJfXjF+5b4gD5SRV6YYpKt1n+6xL7U+wanzI6jAssftW5SPUfETZHrfbEDeOM8U2fJGQB70Q==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[httpsb][hb][fv]www.wish.com[hb][fv]64b24abcc34de9850764b428[]_Thu,10-Aug-2023-09-30-10-GMT.mhtml

**Hash (SHA256)**
f441446e00681c68cb8a898f92c40c87d207058027fe09f7bdf99e14dfa6046a

**Signature (PKCS#1v1.5)**
WhaIcVJ44YtVDxZ/gux3Ke0d0pyLptlf2f109ExIT39aCm0iEjsrJEzLEVsmQ8bvmkMkyvHGp7q6yJdFaIRhOf99Mex9rY1Mq2tWFv0kO1ICX+87skxflYVDbwnSvGVfV4Ky2d78+0PvSA2hII+wDPL48LrjvW2b5Sc98HQW8yyl57ihuffskUDR+vpmZeO+jI1Vq92Xjf0+dyz4kXhcT3Y8mbwrDCaUBMnQ+noDTbTM3aQ2zyzJZYkm9Ke3i4gunfPFM0FZACn+M6JKzsZI2wbw/C72TVemODRG3W/2rYQgrG6Z74c4DdePfEfx5dDDM43qNdLnV5+DlUb63d+1PeM+bUDA==



**Wish**

Fashion / Accessories / Women / Hats

**Overview** | Related

## New Unisex Youth Korean Version Smiley Embroidery Fashion Streamer Couple Baseball Cap Fashion Men and Women Outdoor Casual Sport Sun Visor Hip Hop Hat

★★★★☆  4443 merchant ratings

**$5.86**

**Color:**
Pink

**Add to cart**

♡ Add to Wishlist

**Flat rate shipping**
Spend $10 more to qualify    $10
Ship all eligible items for $2.99
Estimated delivery: Aug 16–28

**Standard shipping** $2.99
**Flat rate eligible**
Aug 18–28

Items are sold and shipped by Youber World

### Description  Show Less

Dear friend,
Welcome to Youber World Store!
We are a headdress manufacturer and exporter, specializing in the production of various hat products. Our main products include baseball cap, hip-hop cap, leisure cap, sports cap, winter cap, beanie hat and so on. We pursue the highest quality and distinctive fashion design, and provide fashionable, soft and comfortable hats for every user.

100% brand new and high quality
Department Name: Adult
Style: Casual
Gender: Unisex
Material: Cotton
Strap Type: Adjustable
Hat Size: 55-60cm

one size
*We are hats factory directly store,Provide you with the best price
*100% Cotton The washed cap design can fit various sizes of heads with ease
*Adjustable metal buckle closure
* Breathable&Comfortable Plus Material Cotton material has a good absorbent function
*Great choice for regular daily use and outdoor activities especially like bush walking, fishing, running, hitch-hike travel, baseball, cycling, golf, tennis.

*******************
suitable for everyday appearance and outdoor activities.
This is the perfect gift for children, friends and lovers.
Embroidery design will fully show your style.
Portable, packageable and easy to fit in a backpack, travel bag or jacket pocket.
our color truck driver's cap is perfect for outdoor wear
Adjustable Snapback closure for outdoor adventures including travel, hiking, camping, sports, fishing, golf, etc.
Reliable Satisfaction Hats are designed for comfort, style and long life.
*******************
Tips:
If you wish to view our other items, please enter our store. We have a great range of products.

Click the "Visit Store" button in our "STORE RATING" page, below the name of our store.
If you are satisfied with our products, please give us five-star rating.

If you have any problem, please contact us at any time.

Thanks!

### Reference Price by Seller    Show More

### Sold By    Merchant info

Youber World
★★★★☆ 4.5 (4443)

⬦ Premier Merchant
Provides outstanding customer experiences

💬 Contact merchant

### 30 Day Return & Refund

🛡 **Shop with Confidence!**    Learn More
We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

Report this listing for inaccurate information    ➤ Report



Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Thu, 10 Aug 2023 09:30:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49cd:5f00:e581:f668:cc3b:d15f

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Li7QJHbsoux4QdH8FR1qS77cLhWh0CGIBmlwu2+vU1M3WBzVnmwAVsetl103VAgbXIc8hCHjPDtt1acS0XnQ1cfiGmN5EEkyS9uz5y4cyjdVWeID6pePkATqpumnA98tEJfUQDEptLwty1s23oIBJDsIQYwC86RzNYjIpaB3Tre2ACvPg0utLHrWPCD7d3LK6axRhTERQ50ouWgujj31pbUP1XISme+7V/NrsSrqOAWVu4X8YS5ZIfXjzIQQFCbKVbxeQvmiiapVM3pMZ93x1epFhnIQ9fJ1CoQjG+z1LwhUcIkhN2QgkQVcuAwtR3Ldp73umAfYKgwUIalK4cmBA==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Thu,-10-Aug-2023-09-30-53-GMT.mhtml

**Hash (SHA256)**

aedf48f6a70a48d2f7650e950a102f021443aa2cfdd1a87d538f553040435b7

**Signature (PKCS#1v1.5)**

Y4VuMLfHk16PRpoXDF6+rW58D9883tCMRAyOTyYBHV5oXLuxNwYQ3PE5Q4GtbbYQxI6TaVJyNJ8AF+kMOtWvupRGAP4nUiCy75IUsOFXnjsdSMc2MkPtZ8e0goSRnbTsx4vwTOoKpW/XgxuJohXMbIBxXJi2s2eJd+zcqLDg6tSlhs4pnUBO+1r4aBJkZmOkeenErOHZANXYkz9IM6fIIsTWCvbR5NwhCMZ9xDOceveu7REd8hPD8e1tZ17z5PJ99MhsYMGCg0cXz0zSkuasmLXYgM78OVrmBwWTJGaEFOvIfkHizy2ch2VZ/NRmUr1oqQjR2gcAysGpP1+vRKDWQQ==





# Evidence Collection Report

**Page Title**

Womens Ladies Long Sleeve Smiley Printed Loose Casual Sweatshirt Pullover Tops Jumper | Wish

**URL**

https://www.wish.com/c/6143657acc18570278ab05d4

**Collection Date**

Sat, 12 Aug 2023 06:15:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4955:4700:5986:86e7:734b:2fc3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

iuhkIznaiNTD+jJIuTujHaTLH1efTTQz3FMMhhv/JVGIyQ08z6Xdop4TDl4cqA3io3zXajidbKjc72YaqH7DN0ZVI4h9xDdT/
QdwX4nwieW7KwWXz1WSpOUcZqgp0aRbPx09AK9NRGcgK0trMaR3JCgOinnAcqFjvrOgRIAnw337+DPUySF3oidtF3JmI1c5HmAZ007Skv1I6oIrH02K9EGX99z77cG2AkSiSF01a79JFqZgIPaySnOwyMCiWAHjqsxXw/Kkm977TmGezkuAyJhIGkHHkzogxj20Ie3tMC2VukRWMZ/
wuZA9jhKWsbgnycuDZgxkKEzk1mVxeYYYzqw==

## File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[https[s][fs][fs]www.wish.com[fs]c[fs]6143657acc18570278ab05d4]_Sat,-12-Aug-2023-06-15-54-GMT.mhtml

**Hash (SHA256)**

d7153049637575573d790a4794e3a7dc9e94f25385137e9717237889665fb06

**Signature (PKCS#1v1.5)**

UFpHY8YUuZWW1E5M0+zVVGpNaT8FAldPhxLfVSfeCW0LRWnx4nx37/1vWg/Gy/iIlersxvyudCFMzhzqX5F7fBy2P0BlNqn4X8IJmmUVfv26QxVj16+NmdHrkAIA9wq3d5obd9OKxj1qJ8V6gxLI0Dl7UJ+V3GisRTQqTaeGRZ5plLY1kD8eOp4KKX3fKMwmEd9DAm0S9Q/AUO6Y
+hOLar0iNkbVP4Bgr1toR9IJ+/cJNT6DHB6DRx3UtYsI5bWrakH4bpYZbm7C4XRptX4wtGb5e3nfz67L+Hb5tn9De6kTWVBxwYwkM57RcBig9WtZ2mn9ty1x4tDYtG+jWu99bWDQ==





Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Sat, 12 Aug 2023 06:16:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4955:4700:5986:86e7:734b:2fc3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

aJzCXIiHxIQrsvuFA//EN1rLOivFKYqS4dDxWrdTyEBLlLzhwElTQt7K+X3KlXtrr+yvsiDbmPlSRwdb3MzG+ETsN4AP/Kx6PHgjgimQ9lN0M4HbgdTi3Unum3Umw+SUjd1Yo4ufVcqZo4XSxMNS0jbWHvL0p0f3paQLAwmo0NH4aQQTafjtZoEGepUi2Lu4gecwob5tDqwVo5cjbWZcjmEOr/zU6ABuwhZDgQAKEwNId8CNMyQw4dce2brKdkVPJr8NfAsNNWVyBDcNV5qEOrleiJhMdvsd1mOZFEnMnonktcxSiobhrCOGjPdtgtToXnk8N+Vmvd1EZKw76aXNQ==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Sat,-12-Aug-2023-06-16-49-GMT.mhtml

**Hash (SHA256)**

f8d9980c82cfd6fdf6d6cda8e72c8fa2b73c7ad71a799d4eb2336bec08d484c8

**Signature (PKCS#1v1.5)**

X0fs1y2lsb2XnfXqF3jELuK263ClMNrs4Ta/0JqGAavE0AKHoGFME4uN++77Uo6vZ/HlBlxmy4zyittzdEFF1gg7SxHfwISIrkjFqhXXglu0jiOaJCvLh/3qLHNsgXYJO7sQ7Voc3RLJlHt+H2VtLr01SiLSVXgguR4SiVVyfcPnNpeNlXJXyS9MrsPOg2cH2y6+wJFRrQZcT+ZG5PJ1ll9sUxT3+ZlMaMBBohzrv79AgQkQmgJuzuc8r/M0f09jU3ExHAACjMRoxcZcZVL1LRBk6Scb5nyXRUQiyeuy3xgAtVk/Wk6mNdoxKl7JBmHneTi4zbD6/UPlShx8N04zg==









AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: One Happy Dude 1st Birthday Banner Smiley Face Birthday Decoration, Hippie First Birthday banner,Hippie Birthday Decorations Crown, one happy dude birthday decorations (pink) : Electronics

**URL**

https://www.amazon.com/dp/B0BYYB9VSS

**Collection Date**

Tue, 08 Aug 2023 07:39:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Gw63QW85/cYzqE3xZlVO6w0SoJaEJKNegCESmd6I0hMZEFgo55NzbbfZ820HCWdLacvaPxtbrHkBhEFrUvfj3j3W7FtZqtf4lOPBWUj6vmLFWmW/syT0GbnzID/69agzf9aeasmLYS8BF/5lMRD8sUdVylriC+sRaweLsHE0ETc1TyDrRfUVaPsfCDFyh2xwNHfcS44uX6sUkxEvM+iA4aPVQTWJWCnsL8zwzSBkeo24bGJCpLyfUx4xwl1Oz1PsLQBHvvh5fNDvJaR7Ljav64kHJCy2WIw0IBa8216e6Wh0OucdTP+TAzx8Lp3Sg4bRN2q/YxeBIKSBpdnZvOrv3w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BYYB9VSS]]_Tue,-08-Aug-2023-07-39-33-GMT.mhtml

**Hash (SHA256)**

446554235863 65f1a6a50987b0311039e150e34b96d5122308e256dbe7005a3f

**Signature (PKCS#1v1.5)**

i8T9VUUay0ndML9YVGiy1B65qAqbWAjvcmKx//1XRWcp807zKJEmrMWxRn5jOxtw5iBRXcrWHrXmPHA4JkAVeB2mXVOg9GIld5ySfyerG08cuYDyOyd+rgt9hyZPFSqoZCScx7nhFgur/dmKPevJyjC21hFPU9ALwb7oXo/GyD4kNB4Y4UEy+e1ApHMfO0TYpTuwUKmDJ34bRf/cMOwiZrECSpNMGzQziTz8NEISMx//+0N5pSKLgYagKVpfsA6JR/5FxvN5KnWsBU4n3Od7F75BmxlPobKS/ZXThqVdMNhdcBw11m7DYdUPYj7aMR89W5+QVA8yXcsVsW6CV/qc4g==

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 08 Aug 2023 07:46:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hGY8dmEahh7iCe8UfxH7j+5Ja8k6bR+F8WhuXmXlf0tlRiVeFcABcvKpciMmTgJbejKB0Ru3AO+Z0Z00LXn7osC+/aP/McJENdcHVY4KSmnh+WfuFiIJqJVXi4FfQgByDltvOAlDRRapReM5BZZGFtS5JNB2Or4dlfd+QyVIhWQIlDLhcwJNcYoRDon33v+9rOZ0Q80/J4inmJQ+xl8SnbSLXoYE2GwlhCzOzeQAuXndE4qASyODVNBUZ+cbHxXCQgrnRGDY6O1zTNT8dG0O/jA9Kv8exifomueyx5v2bZRUEQ1Wyl28l+7ED8LHxQoJF9ytE4J7fBIsYSAQ77LSQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs]fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]],Tue,-08-Aug-2023-07-46-10-GMT.mhtml

**Hash (SHA256)**

03ab48997391858e98487988f6cda76e8d7b91877920ab01e75b2500c1f2c737f

**Signature (PKCS#1v1.5)**

KUuEwbMmMOr0KEm+f+zii9oZYXUND8ss3zOKo9o1u2hpJSMYBds33oUOHmy51lb77gf3R/mH+0Wi0Rlq31xUp7+LSUp8wRpCef3WHR5CpUzN0RF6G3yWJEPaQ2viDwpGrSdaQhiul+un+hHA2xfsryK35KsnxOCJ09dQkQjqyPbKSH8kuVh5VNSgRiyirq58dT0W3nRloWNYFP6CyOgsSLXLvUG31t06dBPg2r.r5yK2xDdNhlED066dztMOIDKtecBce6jWbvO0LzJCEm4Xx0CV6NCtqL9TnvGv9tvJdVY8fmAlMiaN5C40raieZZNzkBITFO+I4aWMYR08FNiwsw==





AXENCIS
Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

European and American Smiley Winter Cotton Slippers Women's Indoor Home Non-slip Warm Couple Casual Slippers Men | Wish

**URL**

https://www.wish.com/c/642d22024c726dc87bbb73ca

**Collection Date**

Sat, 12 Aug 2023 12:46:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4983:8100:5986:86e7:734b:2fc3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ORSEi0V8tcGr7w1OL0+B2Whgx3jvP1z3CwqMhyzfWgfjiBzLwL2wKiCYccyTZibXNwCqz2663B/rYeaQyeR5aDRdZwa6qZaF4A/X3rTAhP4xuv7tVr9wzjj+l0P61K/C+TmSusnreRNfyBtDlI4sN8+vVv6o/RAbKcU2UdDPyh0hNXR6WbsuvHdZdF1rYqvLPrcupntja9TKHwX6VYrKBIDpv3sy+0a77DT8pm5iXyT8Rswz3n9qjtVgVFcReTnbJxf3i0TFetodMEpqcG84i4e6EZqwmugg8AVajufTqHanUd1obb59KqEZi3UNuuRTtYNSsgfTJvgzZ5vCMrbZg==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s]][fs][fs]www.wish.com[fs]c[fs]642d22024c726dc87bbb73ca]]_Sat,-12-Aug-2023-12-46-01-GMT.mhtml

**Hash (SHA256)**

0775f2ff944e845d13deb7a008874932c70a69bfc1aae3ce68e135b05dc47c84

**Signature (PKCS#1v1.5)**

Dpo4LakInptvygQKZFpdgE8cdRufPYgtmO07DXbefv6EVeKOW5HDjW6eSNPzhSsD5mwXGginoDrQas2hbMPpCic6Gr6Enef1dWKBIYsYGUzCEoGV0xRWhKuyh5y350MEsks+FJy6zueQX/HscJS7qEl+5bUsR3dUny49rmevPoY1vfQGAGjQtH03+Gi6cFhoUJJaKTCeeEvCAyRKUOSm3k1RSA52mhU0oZlRXfmrZaF54dbjZYYiNd2WXHrAoZ2TJKP6WrlSuzyakuPxMKHay6FUdf9kPLtVFdtdSGgZkW02mSwrYwuNTEKUnU2eSB3XqwWSML66PofQP2hsEosRxg==





Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Sat, 12 Aug 2023 12:47:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4983:8100:5986:86e7:734b:2fc3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

XywCk6n8EO3G2J7Kps1PMataAsw0xKxMdL1aItImTyuYjBRJxqjAoh0lg/zkxuOvgLGn12tmxceam8vTgnO63J3VB1ZdIgrLP2nWbLTGrp8wjUjxOx/3N/yCPEyGdATbeD3dVm00XxtEewYzUdBwmGOPRMfUpxNSW3ya9oAB2CHjUDXUqTjQ/dUIPvrcUzJCwYfhMjguYrXAAFSelexMoywxXBzETqt47VGn+Y7FeT9z6fBJnWHTw56LYWPk4VEEctXIHVg+0m7hzCdyeGZgda2CxAGEUHlGIWYYWsISKmBkSG3wcWS6jnwalHKn2yf0yD8egmEPkOSE2e8KkkOkYw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap,_[[https[s][fs][fs]www.wish.com[fs]cart]]_,Sat,-12-Aug-2023-12-47-34-GMT.mhtml

**Hash (SHA256)**

c3f197398a5e097d9e91f0db5a52697ddd52fca50326c32f77c32b2c6d3d5d7f

**Signature (PKCS#1v1.5)**

iFwJLYJ84uxfvFNqA7mZ9hnU3fF7TT6yTbBOqYHtT8YXSXSIMxK9q7rXdQthGjJUCn5xKxpLPHpDph2vA2Kh6SaBWN9iSpB+5UkGimUol2jrzUKZ4DDRPH/KRFAVeP+Pq/WE195Uvr3Yy2JpS5+h1IX0ICMZFtqepqVNr2FnQIQOHUgacqlOtKPN3IjB0hXtefMCRcEsQirua4Zf9pt1hoMgFyHjntLfcz/Ej2rQeb02ATso8G/SqV9atD31CteXMNilVZu/YZExCqlkeZXArfY8mlooIVu/BTtZO0lNUFWQSkSCVC/DY6KVw7czkgipzkffCTQfaRs1s1Wk0pOOA==





AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

European and American Smiley Winter Cotton Slippers Women's Indoor Home Non-slip Warm Couple Casual Slippers Men | Wish

**URL**

https://www.wish.com/c/642d2209cdcc7f100d27e959

**Collection Date**

Sat, 12 Aug 2023 06:34:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4955:4700:5986:86e7:734b:2fc3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fpWWc9nUFEaTwuZNmtaYNcsdtb3Jb66WdxfLoHrQRML6Xii6T6L8GqbZV2upC5HB5fUmsTf+x/sR30Wzuypj37RCfptt8yNTCubQD6BMOqn5ZpHXEAimhGWKrH/mG5tINdupCl74IYFJhvCllRcvYGqrgcL2HkTgqPFqSsnLtroVRLn4Ev0vwalhNRkvpbhnwxm7TSVnCkeoWOA/qmq83FujYACZ4ojHm6qkyokl4MhaVLJ2Q5cd0/ZHvLRUqHqcXVJNzYEbXFkcp6Z6RvSz/WmyFkd7rwAeNS55Ru58WdC+n/IezctWecEMbtcCeFnC/eFsLR+Yhh6cfNGR1Z0g==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]s[fs][fs]www.wish.com[fs]c[fs]642d2209cdcc7f100d27e959]]_Sat,-12-Aug-2023-06-34-55-GMT.mhtml

**Hash (SHA256)**

4782214d9cdb869b4f1a2fcb6d57f9a348589fe0ef48268b2e82bf927cdd1b4c

**Signature (PKCS#1v1.5)**

PGfYAYfemMXMZpR1KDkF896AogzRsksnx9fYPKvxAODj8rgmARBj0IhgFwE0YpMBdETz94x8GVQMgzr+Ghf9/aZEMmvK6IMLvwoT6s7qhjQCWLeokTBOieWpmr0KGy73iRojLtWRr8vkC6ixNwepQhjCTbwroEWNO9mfUodg94ViwKdPkkuT5cLZxFi48SBLzRqnWDtH+uXlZvwRA/baFggyG7Yu76SJP0Sc/vGQ0BWELxeK/QOyUZ8w523GTwBKORNLPhcPuXA3APQdjeKWws+rl3FaeBIvLsPaCRRIRQhWwgibiI8vzemx+/X+42MfWzRts3lesLKmi+2fUe1zLg==

---



wish

What do you want to find?    Search

A    (bell)    (heart)    (cart)

⭐ Popular    🍊 Express    ⚡ Blitz Buy    🔴 Deals Hub    🕐 Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Health and Beauty    More

Fashion › Shoes › Men › Slippers

**Overview**    Related

Contact, Policies & More ∨

European and American Smiley Winter Cotton Slippers Women's Indoor Home Non-slip Warm Couple Casual Slippers Men

★★★★½  16234 merchant ratings

**$12.65**

**Size:**

3940 ▼

**Color:**

Yellow ▼

**Add to cart**

♡ Add to Wishlist

**Flat rate shipping**

$10

Spend $10 more to qualify
Ship all eligible items for $2.99

Estimated delivery: Aug 21–31

**Standard shipping**  $2.99

**Flat rate eligible**
Aug 21–31

Items are sold and shipped by yubiaoxindian

---

**Description**    Show Less

Toe shape: round toe
Color: white, pink, yellow, blue, green, black
Product category: cotton shoes, slippers/home shoes
Upper material: plush
Wearing style: sleeves/galoshes
Size: 37-38 feet, 39-40 feet, 41-42 feet, 43-44 feet
Sole craft: sewing
Applicable gender: unisex/male and female
Sole material: rubber
Applicable age group: adult
Function: Keep warm
Style: Casual
Style: Baotou
Packing :1pcs

---

**Reference Price by Seller**    Show More

---

**Sold By**    Merchant info

yubiaoxindian
4.4 ★★★★½ (16234)

💬 Contact merchant

---

**30 Day Return & Refund**

🛡 **Shop with Confidence!**    Learn More
We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

---

**Report this listing for inaccurate information**    ⚑ Report



Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Sat, 12 Aug 2023 06:37:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4955:4700:5986:86e7:734b:2fc3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ro6ZTIcyTRdkiGiE0ubLIO77hC47EiPA04SSX8vseeDaQCo4hejLV6i9iTCkgMcQbAJxhJBYW64xJ3/cs3RRbWVcU9bZiwhrSx6hec7gJKJmM0iWi7yB/hjkC+AEs90ssgohb84Ommmazq0tIfF8LXX812u4DhXDhHIK+D5QQsZ1EkotqvTJZactUsBjfpWphozXowP9PmBqXRzIhu6UAHLMrMEgPAvkNiQ9/2yq457G/4tyTKveo4Rwc3rhu7z3D1k96pPcpeem95d6JvVfGYKyk8Gp/a408UZgUedxuJZtz4UZLM4u4wBiqSlByhiwhsocjSqTun9pQhIxIkyeqg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Sat,-12-Aug-2023-06-37-06-GMT.mhtml

**Hash (SHA256)**

84a6087fb468aee8824f421b7433d94cf1df23904091a66a982e166bfd29ad59

**Signature (PKCS#1v1.5)**

fiSKEaDKalarLoCtcTTi1rs8FxfEWYyjbvQO224AQGAC8Fx689toNRXGmp8zY2aQ6NlDcElRuobfZTgbkGiig2b29QYSVCPI6IHDLgEfIScqxqitnubuRW/KKfSwj+Hnv6e8Ch8zIQIpMd1O23GNk6/aQppCR7LI5LRIM5LVKsHoyLVIeEl0C0yk+u9R8mC8oUcXvs058XfE6Vs/9H/azwy/cYu9NekJmKHDodnqNu21hteC3zJrel7sGbGA9mFBdMEqZGPFn4bQCzebsnt8tA7fTaJY81Et8fzsvQdRJPvTLm6ldnTPetcfZdep6zOGptX3TgVagp2+/LjkMWCseQ==







# Evidence Collection Report

Page Title
Smiley Face Slippers Floor Mounting Furry Hippie Colors UK Size hot | eBay

URL
https://www.ebay.com/itm/266701153382

Collection Date
Thu, 19 Aug 2023 01:05:15 UTC (UTExtapnticated on UTC authenticated timestamp)

Collected by
Artempiek Alcat

IP Address
197.251.75.128

External Verification
Nominal 12.090version UTC 19.2_BRIAE with AgeaHAefed CAT_IB JGTTRL SAE Global Checksum-7.4.3 Salsa 7027.15

Digital Signature (SHA256 / PGP/A-1.0)
2.8A10J0.2B0ccfa9be10nef4f9ffe07d3d8b7c832f7d2b08e4f0a8e3f4a0d6e0f0fc69a02e55849e13907e49a5577e23de1a21a21daa3e2fefa8d22931e28b99c1ce949e87ea4eb57c3aa10e
a16741c030d5c4480ef60c95b0dd22b6cf58d04c6e3e0b24a3abf09cb6e05f69e7ba0bd2e2e9db1e0ddb57b0ceb83e80bf0e7e1f0ce92b3e7f90eac0e53fc0d6ec

# File Signatures

SCREEN CAPTURE

INITIAL

Screenshot
ecctennaa_89ea46@album-a-evesy-ecd08dfdd394741=YY-5602_Thu, 19 Aug 2023 01:05:15 UTC 00001 6b4b1

Hash (SHA256)
E72fb8a973e4b9dc6daaced6bf28eaaf0e5794b6c27de49d5a057aad7f9c1c8b

Signature (PGP/A1 v.1)
2.8A10J0.2B0ccfa9be10nef4f9ffe07d3d8b7c832f7d2b08e4f0a8e3f4a0d6e0f0fc69a02e55849e13907e49a5577e23de1a21a21daa3e2fefa8d22931e28b99c1ce949e87ea4eb57c3aa10e
a16741c030d5c4480ef60c95b0dd22b6cf58d04c6e3e0b24a3abf09cb6e05f69e7ba0bd2e2e9db1e0ddb57b0ceb83e80bf0e7e1f0ce92b3e7f90eac0e53fc0d6ec



This is a pdf describing one's comfort creation, all the document is safely stay accept the entire.



Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Thu, 10 Aug 2023 01:04:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

193.27.12.196

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ddDcjNVfjnfMG8cGF7ObR0EuDliKWSPSG/WNkY3vijGMIROYSc5PE9/nJ1+TSv/RmLstZxrEhmdSDdXbvONsDs5ZF9oHRTY7RFjHoZBKcWth/rn9fwj0RvDOHLrut+iuh9SklXFcTz6W/GRiU15BM17RLqDpAWl7258sQnjWubgHMGYs8kov8RypDlTbT3AeYXT1PbcTaQNvucScdMghmqj3CR6E1yJiK7mLtxApRVYa24KqLnB0uj+Z2ZKyx9+Up+RFAWBsAFDt+qQpPr7tNfQL9sLvb3679wbq2xxDiNmrHBHFf/VNYzb1OgHJZyVdxrAOx7hoGeQWvIzTCrGqUQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Thu,-10-Aug-2023-01-04-27-GMT.mhtml

**Hash (SHA256)**

339f3ddee2d48b50085b97efc8c116db7e769cf2x970f66fdb177f5a960c3fec

**Signature (PKCS#1v1.5)**

KfFAV6VNc4S0HaQnQy3qtFUrvUjiFTd2iqpZpsChBUtznTEfuDIxDu70f7jTZcZ2yrRP4wZ/iz4i+ni/i6bugY6G2UTiwYJdLRuiK0/0/1WjYCeS0KIVwcl5ckXGLh54fSVjchja/bgVzZXoKGJaPcaWYK5Srr/8wUo83GIO410LOQPunFPpfnJ5KtaH99w9+Bj8LdpAiewuFHjVNqsQ+eVjTxz2PLOB0setxevQy0AtSDkr1vYdB69xjiHBDkyjclGeWPMOsQomZqUQd1/u30RJYuLxTa4G9pHuhhMYdpU2nRnimWir7ia3zhqzoG+uU0jvg4y8AWHMzSFp/T264g==



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: One Happy Dude Balloons Decorations, 40" Black One Smile Face Balloons for One Happy Dude Birthday Decorations Girls Boys 1st Birthday Party Decor Smiley Face Party Supplies : Toys & Games

**URL**

https://www.amazon.com/dp/B0C95YHGYD

**Collection Date**

Fri, 11 Aug 2023 14:51:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.167

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

nu7xkczzoB2qLeN13ZMnr7ydg8YmqKFapYeA9x6tsh97Pvhq49Vjj/kxSzXORR9oEX0ZpPUL4K5tO6P9WwtZzjThiZ6LU+3qT8Vcyn68Y3dOWkhAHcxAl5KOlCSK8OjtjJpWXeAoO4jAPaS4UXzkNki42Pspu65BJ9REZdiVCaFdTzGL/yvgVpoIJ3AOoYJ1rNASqihhiYwjLE0k+xgJ204fekUIYDQWAG42nh1nR7xA223uqF5u5Jxazt8IWIgjDlSUZdeqQH7kxvRbXGKhHh/crosuucJn84Sf4nJD1/Hsf/Pqxszix79KpCqC6buNxIiyu+m153XNE54XiWbtAw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0C95YHGYD]]_Fri,-11-Aug-2023-14-51-00-GMT.mhtml

**Hash (SHA256)**

be6e3b24427a4e12541e28428011358cfdacec2c3b5d0f75f4706e258d093f31

**Signature (PKCS#1v1.5)**

itsH2CQrldF4XYuN4Y4THYG4WbaznvGtQXVSACXZN+LgjowM74dZCZvMSVcG5/vb8oGpQXrT8sqRVJKYo5PYUqetgrEsy9q0YmJRbyYwRgI54By8xNzrJzqt9w75iORjyaIRgdPP+zunisMnk5SvUBzkSAhEimNSsFgLHqE1I/aRSa1HhVxHbP0I843mQchWOS1CPbvfQ6U+SPV2VTNqzQsplId4sJMV3fq/4PU6mz1P284A51KpyZrLPwkuiX/KZv6hNDAkF97QOK0rJTu8OiXmB0f0LMJc6vc6pOWoG+WxsOcJz0u0POA3k5IG8MxN5BtfECrKKgX2x4RBw2DkxA==





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 11 Aug 2023 14:54:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.167

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

yKU6aQe2evo+oAhKYF48bvTtDrnNRh/DcRER6zZcSvGoj2aEQHs1t1477uALz6wX/5AlbtNbsEWUv+z1ygvaZx+M+3WudpMZ90DnSn1GUySSS0dtQPk0JeL26IVXvL9j3EmsNptrK3MkW/icZ
+fttQPzCSXS1EwmRwOoaofIKD7p7AtOSQe6mxgT4449E1FzvBrWWBlUE0ow2dsFA6X7+DZDuGtSE0aAOjZJhSoJJ2wT1A5LzCloQpVWM2Fle9EDwey371KzoF8jOCQvomu/scqWlHXjtkD5IIFE5o2aM8jzrKE4cWpFdASZvy3/mrCL9eapLAsgWc/5TTdrMOF5Lww==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-11-Aug-2023-14-54-22-GMT.mhtml

**Hash (SHA256)**

69587db512ebac77fa1eb769d203e4026ae5143663563c609c36e6a172de734f

**Signature (PKCS#1v1.5)**

neQ+tnHulFrK/sHjggv64v4YMe1KAYRxwYobPZPTs2S5MzJp55OfubUc7TmUytkNSfUIlecyXbCllG0qrqliHFketowh5lqVIF5BJzzMPAjmpvFAn1pRTHGPcc4Vk2aOSIXfEry2d4T+iKq0D8puK2FagETiTPZ1Q6MYVMZgxO6efEJ6w
+u8OXpsHWL5dwKdY0VFyZ56jruULzHnEKxVdycf6ifBiyfMQv0Kc0gHxqr+xQHR9xEmkQsRtHiiN0cmYaw5f3ynZSFEhZUjkpwiwd+CGZYEzVGtpRxfciUsjX108xB2N6zXXc8wM2JqfelE6PGxkGGo6kvCkS1LPy6i59A==





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 08 Aug 2023 07:28:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

m5DQHEb2xOYH2kvX7RBMUT1iiWTy0Ddplczpo7gYFsWX/2P7h0X54/FExkUkUOqh/BgYneRiKn5LHKQbI3yL+EOqLO0HCskBCqbnLiKAJ/x+DvsZD/XEJxeiPM9EYvY3IrCfefjqbESmhxkvry1cTtDTtht9yvKl12Ak4aA55CwSG0R6U5OeiktvfhjrV8sd2dYAJI4pGcbl26IfuFjI1228+VMZ/s0bPyfeXqSTdCyLAWAfyieeEAwIkySVGuehGPJtRRcxl5A2ZUiDpUWWFJlwrBOSFxZ7XPYP3+nwTjNdDs8YDUOomdgytyrni/15htrgaLncMdwVvXjB74FhSYQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-08-Aug-2023-07-28-18-GMT.mhtml

**Hash (SHA256)**

4414d149d3845cf9f6e65fe4d07b03c2d76c2c025571c182475f46acb2886c52

**Signature (PKCS#1v1.5)**

I/7nNSvSh7ernA0TtSeLMH1w4wTjWjUypcdTJ0Akz3/9MczKCaWRpGxjORM8bSM/Q/scX7GdMssd+jcGk4z7nYt6JprucHzXfQ5sqJvTozRGUJGN8EVDK/+RaKyNlJ4vupK9xw+IdYCcBCLQkH9XG+s00JUCZLkxcmcvbjW5YRhFLOcFcyrAwRjdD+kKbeYQYxK4NUp7x2wcjEEbClCujj4mVtjxV+TwUbNX1LMWIH6D7Wpu48xEWSzHMrckNcfCjHKynQN04pxLwruKsonaDPHkVVeLzyVU8gBs1wOS/vtm+IENKMgXhQNKmgH+9N9iH+E8bBJLi0ANpKweG/pbEQ==





AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com | JINLONYU Happy Lightning Bolt Smiley Face Slippers for Women Men,Fuzzy Memory Foam House Slippers Winter Plush Warm Indoor Outdoor Shoes | Shoes

**URL**

https://www.amazon.com/dp/B0BZMM48W8

**Collection Date**

Wed, 09 Aug 2023 05:15:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

DANw+ZfYdd2HbmdmpbpxfeWI48Z4M1J4UsWoaJBcwk6OsnMt4JW2ir7xwNHsaTBBJf+lwJxOsBgy4lQ+lScz1A7535GfY3+G+Q329fHqfw9pFFWtwla4er3abfuZaz0covnaDmpEjaQCFv5tADZnVj7VVxBNc0F798o6T4Ifo4MwWsMBbPnwQ/bCedoqu2vSOATtiXlJmKwAKH7u/
JdzShPCe4YXfiQegLieDvu3ss7HOGwB3iEv+8eZvGELuMTwRQZV02dLbIXOvgXEKn0NHiMSOFwSNJAO+9NyBs6khuG6rrgSQoqu9ckxmolyB1YTRq9mLgP57f/CJMhQ+ZMI+w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BZMM48W8]]_Wed,-09-Aug-2023-05-15-48-GMT.mhtml

**Hash (SHA256)**

28568435c6c5cf2e61a54fec8672ad4fd728cb395237da5d7cec7c9298a0505c

**Signature (PKCS#1v1.5)**

HfD4sw51w5XltGe0mvbcM2jLxglhKJ7MC4EBFPvfcdgVCexUPBNXofNQo++S9lBCB+9oLxr2bw3WJ7nouV4bAuiEI/wQAjYU/lQlulIgh8hxzDImIgFua7QAHu/+O6DGjHCHmVrAD/m+uDmGBfG4qtIGXVubcwjDdo9aNLKzwF
+BEMat4QhNjOItuPtKSb9oalm2GbpxAfBMKsTTUwagxdukcJ24WN5Glr2m/1GRUxY4/NYsEe4k2CYp2VCTKh/q4UjT3Opx8jjXz0v2K83dWJGOHA52hojGJtNeNWsMuI+EYmzD90O8XQq8esEGf2tnoob3cw5Khuegbx75lSEGxg==



Case 1:23-cv-03786-CM    Document 4-12    Filed as 11-30-Stated 10132023    Page 57 of 62

# Evidence Collection Report

**Page Title**

Amazon.com: 30pcs Charms Smiling Smiley face 12mm Antique Making Vintage Tibetan Silver Zinc Alloy Pendant : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/dp/B07YTPM2C

**Collected On**

Sept-Sun 19 2023 17:39:25 UTC Department of Commerce / NIST uahhhtttyyuuff timestamp.

**Collected by**

Norman van Valkenger

**IP Address**

2021

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/117.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#11 G...)**

a3cf738131d9513c5c2d40fccu3ddd758f9983da5c80557cc4a8a5794f9ff3d4ba6ff3c6a1907b18eb31ba4f9b7f4b0be1e61c

## File Signatures

**SCREEN CAPTURE**

304 FAIL

**File Name**

fffg24343ffdfdf24dd343r3334da

**Image SHA256**

fff4343443rrrggdfvc556566rfvd566 443434fkdkkd8ded0993327566666666ffdffd

**Signature (PKCS#7 / G...)**

fffdfdfdfdfdfdfdfffdfdfdfddddffffffffdddddddffffccccccddddffgg43dfffffffddddssdddeedede3dde3e4a5545454544ddd...









# Evidence Collection Report

**Page Title**
Place Your Order - Amazon.com Checkout

**URL**
https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**
Sun, 27 Aug 2023 17:06:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
136.158.42.224

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
RcKANvdAEVYGt++blKferzJyI1fqUzB0r0AbnjiPQ+JlefeHfdS7AS7Lt7Lx4Fwr/xxpVW45C1g4jSV7Fn1MvvrdLldWoo8pzDU5qtMMxwc81XL/Jp0avlTrQIFY6Jwg3VtemneWwinehi1hCYEBilXKTaEa2POep8dUIVPPBWKK8W8RIkoW5aPKupzkT+/+A4PJG/Fu0fF7j+el1Bcpj8At8TaVHXZWXAK6VoYBPwKSqeZO024E2mdjW2MLILmSbYt/Z9mGy5bRLuxQS2qFo5oS+W1XXxIFzhWQdmztnnROmKyU7P6QN4n/m719m2wjDp6trUOrrK7erahkbVvogA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html][_Sun,-27-Aug-2023-17-06-32-GMT.mhtml

**Hash (SHA256)**
1edcace924a9ce04333921cc87c84fed2a5c30a4b8e9950ff706b33aa55d9dcc

**Signature (PKCS#1v1.5)**
CNGiMS1/FSuKnIMbBIsracNczTkewC5WAnWPFbSYV4uGwBiXF/YQBRnke9Mh9FzgBJn0XK2jNWHTtpsCYOzK99y5/7fpp/IugHcj0aFD+eKm90JHY7o+evJT/t84MVioiqvQ29FYAjy9IwSjDbXgESJR82VTAsBQy7KEqeoMNciiv1daIH8+XDET96ks8Qpf4qZb2tKHDGxLwXpBUAOWcu1GNc6md4Ls3eSWT8V4WgZFEK/hU7Ih57WM41qGb2xn8IfwA5vvPBJkFD3P98yQHD/VfMWj5h4AnUCio7/OeVEmBSkVeMWj9CLJ3O9WLOyxKV2Cbv10ahOFHlQiQoJjR5Q==



AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Valve Caps Valve Lid 2pcs Piston Smiley Gold for Yamaha Aerox 50 Axis 50 4251048811189 | Ebay

**URL**

https://www.ebay.com/itm/362185071640

**Collection Date**

Tue, 08 Aug 2023 04:42:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

WDFVd9+qaOhMpNRggbGY3cHG46pvNjLkjOIx0tfxVWa3Lx69i2OszzCyetrtPIKEIDaRCzNwCb69ZAegC/
oAyDxiGITbZcWMRnt3QdFQVT23Z2I5jTGyIXlmdFXRFtj9bQMdCkQ1FpuRoYa0agqbNkPmclY01RvxmU9Cv3JCd74VeX0OYXX7JVXElaof53Qfs1e7LU0k3qvRkQaSCAITfPnHLPQHPVdd7znN4mKoRy9mOXdj7ZOcsBTbMqbNwbnN/2V2LFEfl
+ItCElhToRa8JgcM5Ti04vFoBSDlodLGi7FPcLPqdEQjwz1Apsmw3GAHOjIDhm9oNSEumx6Dzu0tQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]362185071640]]_Tue,-08-Aug-2023-04-42-25-GMT.mhtml

**Hash (SHA256)**

1a3ca0efc5cbef75d7ae15bd0a0cbcd65ab83dbeed2b324014bb9a4cd032d491

**Signature (PKCS#1v1.5)**

GOPeCYN+FBJFoFoQeRUa+YHENMjhwyzbYgpziK3PunpxNfxmxFLd2AA1DVWKt55OXuFAkljtkMsmjFxpconM6BRyvMl5A3f90o443v3TskmaZ8mb0rxgRMaCEzcNxxbsL+3zO2FSAGN20L9LKLI402skTDpQrwOknB
+1aXqZvvQFbG1DWXquSvoHha4DhzEy1LZPVV4qDpnYJWelVHcnnHTAMfmb2cZnsK+PJyEmcKPj6ym3PllQMsV2WhZlSApRXdaEdaqw01A1Lm/ZCboO2efmrUhu1fTGz0cYrrGoPQHUmGwjjbgyDL382vdAvVMs7jtKqGuxI+zFceLtC/mePA==

Hi Jade ! Daily deals Brand Outlet Help & Contact Sell watchlist MyeBay

ebay Shop by category Search for anything All categories Search Advanced

Back to home page | Listed in categories: eBay Motors Motorcycle & Scooter Parts & Accesso... Wheels, Tires & Parts Valve Stems & Caps shares | Add to watchlist

## Find parts that fit

We need more information about your vehicle to confirm fit.

brand | Model designation 1 | CCM | model name 2 | Construction year | Surname

Hover to zoom

Have one to sell? Sell now

**Valve Caps Valve Lid 2pcs Piston Smiley Gold for Yamaha Aerox 50 Axis 50** - show original title

Be the first to write a review.

Condition: new

Compatible: See compatible vehicles

Quantity: 1 5 available / 5 sold

Price: EUR 5.90 Approximately US$6.50

buy it now | Add to cart | Add to watchlist

Breathe easy. Returns accepted.

Shipment: EUR 45.00 (approx US $49.60) Standard Shipping . See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Vorbach, Germany

Delivery: Estimated between Tue, Aug 15 and Tue, Aug 22 to 33132
Please allow additional time if international delivery is subject to customs processing.

returns: 1 month returns . Buyer pays for return shipping . See details

payments: PayPal G Pay VISA

Earn up to 5x points when you use your eBay Mastercard®. learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
learn more

**Seller information**

zs_zweiradteile ( 732185 )
99.6% positive feedback

Save seller
Contact seller
Visit store
See other items

Registered as a Business Seller

## Similar sponsored items see all

Feedback on our suggestions

4x valve caps tire valve cover ball smiley smile yellow for DACIA
new
$16.52
+ $95.89 shipped
Top Rated Plus
Seller with a 99.5% positive feedback

4x valve caps tire valve cover ball smiley sunglasses for MAYBACH
new
$16.52
+ $95.89 shipped
Top Rated Plus
Seller with a 99.5% positive feedback

4x valve caps tire valve cover ball smiley sunglasses for DACIA
new
$16.52
+ $95.89 shipped
Top Rated Plus
Seller with a 99.5% positive feedback

4x valve caps tire valve cover ball smiley sunglasses for DACIA
new
$16.52
+ $95.89 shipped
Seller with a 99.5% positive feedback

2x VALVE CAP TIRE VALVE CAP BALL SMILEY TONGUE YELLOW FOR CAR TRUCK MOTORCYCLE
new
$9.36
+ $95.89 shipped
Top Rated Plus
Seller with a 99.5% positive feedback

## Sponsored items inspired by your views See all

Feedback on our suggestions

Zac's Alter Ego® Men/ Ladies Adjustable 25mm Width Smiley Face Braces/Suspenders
New
$7.26
+ $6.47 shipping
Seller with a 99.3% positive feedback

Large 4cm Smiley Face Fridge Magnets Memo Magnet Notice Board 1, 8, 16
New
$1.26
+ $25.82 shipping
287 sold

Heart Smiley Patch — Iron On Badge Embroidered Motif — Smily Emoticon Love Eyes
New
$3.29
+ $15.81 shipping
Seller with a 99.6% positive feedback

4PCS Yellow Smiley Ball Car Truck Bike Wheel Tyre Tire Air Valve Stem Cover Caps
New
$7.03
$7.99 12% off
Free shipping
Top Rated Plus

Pearl White Pink Chain Necklace Choker With Beaded Smiley Face Charm Pendent
New
$13.00
Free shipping
Seller with a 100% positive feedback

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.

Last updated on Jun 21, 2023 07:30:34 PDT View all revisions

eBay item number: 362185071640

### Compatibility

This part is compatible with 249 vehicle(s)

| Einschränkungen | Marke | Modellbezeichnung 1 | CCM | Modellbezeichnung 2 | Baujahr | Name |
|---|---|---|---|---|---|---|
| | Aprilia | Area 51 | 50 | LC | 2002 | -- |
| | Aprilia | Area 51 | 50 | LC | 2002 | SBK |
| | Aprilia | Area 51 | 50 | LC | 2001 | -- |
| | Aprilia | Area 51 | 50 | LC | 2001 | SBK |
| | Aprilia | Area 51 | 50 | LC | 2000 | -- |
| | Aprilia | Area 51 | 50 | LC | 2000 | SBK |
| | Aprilia | Area 51 | 50 | LC | 1999 | -- |
| | Aprilia | Area 51 | 50 | LC | 1998 | -- |
| | Aprilia | Gulliver | 50 | AC | 1999 | -- |
| | Aprilia | Gulliver | 50 | LC | 1999 | -- |
| | Aprilia | Gulliver | 50 | AC | 1998 | -- |
| | Aprilia | Gulliver | 50 | LC | 1998 | -- |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | Baotian | BT49QT-9 | 50 | -- | 2010 | Sprint |

Portions of the information contained in this table have been provided by zs_zweiradteile

1 2 3 4 5 6 7 ... 13

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New | Anzahl pro Packung | 2 |
| Besonderheiten | Einfache Installation, Keine Werkzeuge erforderlich | EAN | 4251048811189 |
| Farbe | Gold | Hersteller | Citomerx |
| Herstellergarantie | 2 Jahre | Herstellernummer | 163897 |
| Herstellungsland und -region | China | Material | Aluminium |
| Oldtimer-Teil | Nein | Produktart | Ventilkappe |
| Tuning- & Styling-Teil | Ja | Universelle Kompatibilität | Ja |

### Item description from the seller

Qualitätsprodukte | Riesige Auswahl | Schnelle Lieferung | 30 Tage Rückgaberecht | Geld-Zurück-Garantie

zs2 Service & Bestellhotline | Individuelle Hilfe und Beratu
Montag-Freitag 10.00 Uhr bis 16.30 Uhr

BEREITS ÜBER 1 MIO. ZUFRIEDENER KUNDEN! DEINE NUMMER 1

SHOP HOME | WEITERE ANGEBOTENE ARTIKEL | EBAY PROFIL | UNSERE BEWERTUNGEN | KONTAKT ZU UNS

**VENTILKAPPEN VENTIL DECKEL 2 ST. KOLBEN SMILEY GOLD FÜR YAMAHA AEROX 50 AXIS 50**

**Anzahl pro Packung**
2

**Besonderheiten**
Einfache Installation
Keine Werkzeuge erforderlich

**EAN**
4251048811189

**Farbe**
Gold

**Hersteller**
Citomerx

**Herstellergarantie**
2 Jahre

**Herstellernummer**
163897

**Herstellungsland und -region**
China

**Material**
Aluminium

**Oldtimer-Teil**
Nein

**Produktart**
Ventilkappe

**Tuning- & Styling-Teil**
Ja

**Universelle Kompatibilität**
Ja

**UNSER SERVICE - IHRE VORTEILE**

Schnelle Lieferung | 30 Tage Rückgaberecht | Geprüfte Qualität | Online Sendungsverfolgung | Kundenservice | Über Top 50 Marken

**Hinweise zu unserer Rechnung**

Bitte beachten Sie, dass Sie Ihre Rechnung bei uns im PDF-Format via E-Mail erhalten. Bitte prüfen Sie hierzu Ihr E-Mail Postfach und ggf. Ihren Spam Ordner. Durch die Einsparung von Verbrauchsmaterialien wie Papier und Tinte/Toner werden wertvolle Umweltressourcen geschont. Zudem haben Sie keinen Aufwand mehr beim Aufbewahren, Abheften und Suchen Ihrer Rechnung.

**Auszeichnungen**

Computer Bild TOP SHOP 2019 / 2021 / 2020 / 2022

**Versand**

Wir versenden mit: DHL dpd Hermes

**Zahlung**

Wir akzeptieren folgende Zahlungsarten: PayPal VISA KAUF AUF RECHNUNG mastercard SEPA

**Weitere Versandländer**

| | |
|---|---|
| Österreich | € 9,00 |
| Europa | € 16,90 |
| International | € 45,00 |

**Produktbeschreibung**

Mehr Brummmmm ... Mehr RRROOOAHHHHRRRR ... - Einfach mehr Spass

Hiermit verpassen Sie Ihrem Fahrzeug den letzten Schliff...

Ventilkappen im Kolben- Design für Liebhaber, die Wert auf kleine Details legen, um ihrem Fahrzeug den besonderen Ausdruck zu verleihen. Von der Oberseite grinst dem Betrachter zudem ein Smiley entgegegen...

**Technische Daten:**
- Ventilkapppen für Motorrad-, Roller- und Autoreifen
- passend für Schraderventil, Autoventil (AV), PKW- Ventil, Motoventil, MTB- Ventil
- Typ: Kolben mit Smiley
- Höhe 13mm
- Durchmesser (außen): ca. 10mm
- Farbe: golden/silber

**Lieferumfang:**
- 1x Paar Ventil- Kappen (neu)

**Weitere Hinweise:**

Nicht nur Motorradfahrer, Roller- und Mopedfahrer werden glücklich bei ZS2Radteile. Auch der passionierte Radfahrer und E-Bikefahrer findet bei uns allerlei nützliches Zubehör wie Speedboxen, E-Bike Akkus, Bremsbeläge, Fahrradschlösser, Fahrradpedale oder auch Luftpumpen. Bereite Dich für Deine nächste Radtour optimal vor und profitieren von günstigen Preisen sowie schneller Lieferung.
Ohne funktionstüchtige Batterie läuft nichts! Wir haben für viele Roller, Mopeds und Motorräder günstige Batterien auf Lager. Zusätzlich findest Du auch die passenden Batterie Ladegeräte für alle gängigen Typen.

**Rückgabe**

KAUF OHNE RISIKO - 30 Tage Rücknahme garantiert*
KOSTENLOSER RÜCKVERSAND - der Verkäufer trägt alle Rücksendekosten
* Unsere Rücknahmebedingungen entnehmen Sie bitte unseren Kundeninformationen

**Hinweis zu unseren Rechnungen**

Bitte beachten Sie, dass Sie Ihre Rechnung bei uns im PDF-Format via E-Mail erhalten. Bitte prüfen Sie hierzu Ihr E-Mail Postfach und ggf. Ihren Spam Ordner. Durch die Einsparung von Verbrauchsmaterialien wie Papier und Tinte/Toner werden wertvolle Umweltressourcen geschont. Zudem haben Sie keinen Aufwand mehr beim Aufbewahren, Abheften und Suchen Ihrer Rechnung.

**Unser Service - Ihr Vorteil**

- Sämtliche Artikel sind qualitätsgeprüft.
- Lieferanten sind zertifiziert nach DIN EN ISO 9001:2000 oder auch TS 16949
- Online Sendungsverfolgung
- Kein Risiko - 30 Tage Rücknahme garantiert - kostenloser Rückversand*
- Das komplette Teilesortiment finden Sie in unserem Ebay-Shop

Riesensortiment für alle Zweiradmarken | Immer über 10.000 Teile auf Lager | Ersatzteile zu Tiefstpreisen | Blitzschneller Versand in 1-2 Werktagen

**WEITERE HINWEISE:**

**UNSER EBAY SHOP:**

Sie benötigen einen weiteren Artikel? Entdecken Sie die große Welt im ...

ZS2RADTEILE EBAY SHOP »

© by ZS 2Radteile GmbH - powered by ELWIS Software

### Business seller information

ZS 2radteile GmbH
Stephan Schneider
Unterbibracherstr. 3
OT Oberbibrach
95519 Vorbach
Germany

Phone: 092059881760
Fax: 092059881765
Email: ebay@zweiradteile.net

Plattform der EU-Kommission zur Online-Streitbeilegung: https://ec.europa.eu/consumers/odr
The Online Dispute Resolution platform (ODR platform) https://ec.europa.eu/consumers/odr

**Value Added Tax Number:** DE 265775344

**Trade Registration Number:** Amtsgericht Weiden i.d. Opf. HRB 3510

I provide invoices with VAT separately displayed.

**Terms and conditions of the sale**

Allgemeine Geschäftsbedingungen
1. Geltungsbereich
Für alle Bestellungen über unseren eBay-Shop gelten die nachfolgenden AGB.

2. Vertragspartner, Vertragsschluss, Korrekturmöglichkeiten
Der Kaufvertrag kommt zustande mit ZS2 Radteile GmbH.

Auktionsformat
Wenn wir einen Artikel im Auktions- oder Festpreisformat einstellen, geben wir ein verbindliches Angebot zum Abschluss eines Vertrags über diesen Artikel ab. Dabei bestimmen wir den Start- bzw. Festpreis und die Angebotsdauer, also die Frist, binnen derer das Angebot angenommen werden kann. Legen wir beim Auktionsformat einen Mindestpreis fest, so steht das Angebot unter der aufschiebenden Bedingung, dass der Mindestpreis erreicht wird.
Angebote im Auktionsformat können wir zusätzlich mit einer Sofort-Kaufen-Funktion versehen, die Sie ausüben können, solange noch kein Gebot auf den Artikel abgegeben oder der Mindestpreis noch nicht erreicht wurde.
Bei Auktionen nehmen Sie das Angebot durch Abgabe eines Gebots an. Die Annahme erfolgt unter der aufschiebenden Bedingung, dass Sie nach Ablauf der Angebotsdauer Höchstbietender sind. Ihr Gebot erlischt, wenn ein anderer Käufer während der Angebotsdauer ein höheres Gebot abgibt.

Festpreisformat









Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 08 Aug 2023 04:43:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FOOR22asiX5VXxP8fD+kxqfiNcdveuRtW+nHMzJA1/rvYmOnAt8g8z0kf+zzY/imL1udehFz3Ndx5haeOP7lTHtG66imqw5iSTjDiRjOb2md/4B6HfloXUsrbEzc/Ds7FSoBIlpFAd+OAypgf0emDEMGyI2u/hTysodg2eIQNqN6AFOjjHIpL913Vzyz6bDhVTz++O0mmoFDvCQwsKTM6pyGpDnS9p+IkcjzZI+mlc829Dd92vd7uoQNobPORhpY470iIYbkZCCBf1Si18sPao4GYp59brP6iQmV2TPZmIq1Jnpd65ZGot724IQ6/wN8aT2Dppxpx6eFwX24hTlSBg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-08-Aug-2023-04-43-21-GMT.mhtml

**Hash (SHA256)**

67ba76f8fc67ea174cd56c2d48ad947b0a9ea61cd9988faa47223aee4fb213ba

**Signature (PKCS#1v1.5)**

GffkTzbSuf0KuQqhCVhF8/ETPwDSQs3aMdxFVaT6CdDSik+IenhEo6eA912mZvijpY+a5og+07U4xDFWf/1/P836dyNeYZUPnLchhPNDk0flWVSqsEgIWGrE6TZOb7j+rdhol5K+MhjmMmyQmXUHL315dNVAd0sjtDCyg/EQkDYwjd8w4KecHekIlL9YYb+MQPSAXAKbnyy9HMK4hW3fTaoHtI8FJIg3oSQvOr4Ns3yoQKn+mby+y8XMbpcalHWnmsPc6plLokP0XviB7d93gQiPc+iD9ygPu0iTKWPNJ0jcizlSj4Wr0RoBeDlPqVwnDObYGt5KR6NlShKjq5vg==





AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Coffee Mug : Home & Kitchen

**URL**

https://www.amazon.com/dp/B07VGBS281

**Collection Date**

Fri, 25 Aug 2023 11:49:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ZYreLwKn62ci1xFGzDLvkq1f8GXeV4SRafm70gbvjygQMFfhF4oTh2KL9e4DiIkq01m6YFAaZjq+OgM5z7+LrQLwu5lL8D1rPhDGcoXZo12XskyHpcLK5o4zwXW3sWkWu5fKl8+kD6M5KX0j1rPo4NVPnM/7htRpDKMMgvpr8SNXmvN74IZ0dlveNNB6xQZ9WJOnyPHyN0TGQdL
+Qa5NpOxY7sEmwE0VqUWkMqEuAYsA9GK0G5f+xL8UmCuUFRln/tU83PCBk18NOcRhKR0mLV1D4AdfE0vFRFMdJKuGptQTLsWRvy/1VYcQ6AJZ+bJ05kpaifzoVYW5jhtH2DmpIA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B07VGBS281]]_Fri,-25-Aug-2023-11-49-53-GMT.mhtml

**Hash (SHA256)**

090843375d60946545c38bb864cf0924d24659c587436969ef34671b57873d15

**Signature (PKCS#1v1.5)**

JI+5ynFXDCD1AR7rvWB5AQ2pojWzf7k2qqjATgmK2mD5c78yUKPG1gxyKKZzYGQPHW8tyYMRTsdp1+XGTANeOCmPpNCu1XbAgj+9Zv73Quc4LP6URkUJGU577Z+ZxRtOu6I8zwUde5tHQaAYML6uKPYLPN2vT/
oiZD1Gp9I66RRbS6ETBwAOygTGK2dl40oLHQMkT6Ut5jWKCI7zWCCAmmnOYeJeJHKvS9JkIJ05GO2f7sEpsF4CiVi+6wbFadLQ+VN/JVLFnYdBqXv9rGduoDs1EZMOFkrcqksWyTYBKoj39xptngSE20A5mEGb4Db3fb9s0fMKXox5nk3QxQPTOg==













# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 25 Aug 2023 11:51:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.158

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

sR7CAjP+bnPES+zSTMurjTvVCF+6EbPGV88/xVlPjJzyEOUhkdeuYwFjtCFdkCMbJW8VoWOWvah5zJ4im/FYUPMl2BDHmzTnbbOKtRdaZWW7XXD7hx8RJHrJzlZnrRjJpZ7VdogIC8+KCtXFgtZXr8fNAKjOQbHFMO5dTRvwK4mszPwdwWD2DlLBWrat7JWFP7vjP+yYgiCk41zK/zazLGzfqrH0SxkNJERDUxX1xne0O3EdEad46D2YZMlZ31Q5xhQ5cn8ypVKMm4uOkMG5TL16G0kNlubNw2prSHTn973rLVJRs1vwbbn2s7rvt1N2w2rup6m6eE3mYBXz9aoEVQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-25-Aug-2023-11-51-21-GMT.mhtml

**Hash (SHA256)**

203c4db9041b83bb64a80b2c04696f6b343238e5a6bc8292a5aa00b44c357d1c

**Signature (PKCS#1v1.5)**

rmUtOWvieFm9Ps4jUAgNVauowyzx3nvp94HLgHyuWiiI4QGmzAOXe0i57MuGsEA2TMcmlq+LpFPKxoZwL7x6XmrnWXH69R2anqdmvqHk8ppUotdbGAiC1p81RXYGzFWb9YZIuZRb+N421OXR4uxMk3wwnLicPv+asoB8vkoPqZmZweWgMUgHn5oboRDmJt4F4yNz65I+5AjS5QjziE4OUBqU71QFnBa99gDq7aD6VO4tfGTqnbKJOkMK6878COjAl6o79YXV+c1xaPf7mFvzxmutMC0rHBBebktzpVtT33OaRLHWwKYzKLzgu8uzP3kPakRzAWOZlgIAVYv1kKMzWA==

