UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-cv-23799-RAR-JB

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

**[PROPOSED] ORDER**

**THIS MATTER** comes before the Court on the Plaintiff's Motion to File Under Seal. The Plaintiff requests that Schedule "A" to Plaintiff's Complaint be filed under seal until the Court has had the opportunity to rule on the Plaintiff's request for temporary *ex parte* relief and, if granted, the relief ordered therein has been effectuated. Having reviewed the Plaintiff's Motion and the record, the Court hereby

**ORDERS AND ADJUDGES** that the Motion is **GRANTED**. Schedule "A" to the Plaintiff's Complaint shall be filed under seal and shall remain under seal until further order from this Court. This Order shall not be filed under seal.

**DONE AND ORDERED** in Miami, Florida, this ____ day of _____, 2023.

                                        **HONORABLE RODOLFO A. RUIZ II**
                                        **UNITED STATES DISTRICT JUDGE**