UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-23799-RAR

**THE SMILEY COMPANY SPRL**,

    Plaintiff,

v.

**THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**

    Defendants.
_____/

## ORDER GRANTING MOTION TO SEAL

**THIS CAUSE** comes before the Court upon Plaintiff's Motion to File Under Seal, [ECF No. 7]. Plaintiff requests that Schedule "A" to Plaintiff's Complaint and the Summonses in this matter be filed under seal until the Court has the opportunity to rule on Plaintiff's request for *ex parte* relief, and if granted, the relief ordered therein has been effectuated, at which time Plaintiff shall subsequently enter Defendants' names into the Court's CM/ECF system. After careful consideration, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion to File Under Seal, [ECF No. 7], is **GRANTED**.

2. Schedule "A" to Plaintiff's Complaint shall be filed under seal and shall remain under seal until further order from this Court.

3. The Summonses in this matter shall be filed and issued under seal and shall remain under seal until further order from this Court.

**DONE AND ORDERED** in Miami, Florida, this 19th day of October, 2023.

                                       **RODOLFO A. RUIZ II**
                                       **UNITED STATES DISTRICT JUDGE**