UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-cv-23799-RAR

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## **NOTICE OF FILING SCHEDULE A TO COMPLAINT**

    PLEASE TAKE NOTICE Plaintiff The Smiley Company SPRL, by undersigned counsel, hereby files the attached Schedule "A" to the Complaint.

| | |
|---|---|
| Date:  November 6, 2023 | Respectfully submitted by, |
| | **Javier Sobrado** |
| | Javier Sobrado (Fla. Bar No. 44992) |
| | Attorney Email: JSobrado@brickellip.com |
| | THE BRICKELL IP GROUP, PLLC |
| | 1101 Brickell Avenue |
| | South Tower, Suite 800 |
| | Miami FL, 33131 |
| | Tel: 305-728-8831 |
| | *Counsel for Plaintiff* |