# SCHEDULE A

| Def. No. | Seller Name | Store URL | Product URL |
|---|---|---|---|
| 1 | Alex International Shop | https://www.amazon.com/sp?seller=A32JAB62EVDP4H | https://www.amazon.com/dp/B0C7TSXY57 |
| 2 | Ali Air Freshener | https://www.amazon.com/sp?seller=A13I5JDPW3GH2Z | https://www.amazon.com/dp/B01EV6GTK8 |
| 3 | All About Gift Shop | https://www.amazon.com/sp?seller=AFE0ZWU9ERFMG | https://www.amazon.com/dp/B0C5M57KG9 |
| 4 | Annie Yen | https://www.amazon.com/sp?seller=A34DGPNVYD6V47 | https://www.amazon.com/dp/B0C6LQQCN4 |
| 5 | Aomi | https://www.amazon.com/sp?seller=ALZCY1LH4H2Y8 | https://www.amazon.com/dp/B0979ZBMKY |
| 6 | Artisan J | https://www.amazon.com/sp?seller=A3POKAP7114Y78 | https://www.amazon.com/dp/B0BRC5L8SK |
| 7 | ATLQ fashion | https://www.amazon.com/sp?seller=A1ILSYEAIB6LDO | https://www.amazon.com/dp/B0C8N6QQ8W |
| 8 | atozpiercing | https://www.amazon.com/sp?seller=ADSR50FNU8LP2 | https://www.amazon.com/dp/B018QV1N28 |
| 9 | BlueXIMI | https://www.amazon.com/sp?seller=ACP1GUX2T8ECV | https://www.amazon.com/dp/B0C1SQ87KW |
| 10 | Bodacon | https://www.amazon.com/sp?seller=AXOF0KRX443M8 | https://www.amazon.com/dp/B0C1YMHFZ1 |
| 11 | Booboo Fashion Store | https://www.amazon.com/sp?seller=A23ZY1CLE40EQ7 | https://www.amazon.com/dp/B0C6CD3TJW |
| 12 | BoYi Party | https://www.amazon.com/sp?seller=A2DALCBYBLUM9D | https://www.amazon.com/dp/B0C2899Z6V |
| 13 | Brishow | https://www.amazon.com/sp?seller=A283KVZ802LCX8 | https://www.amazon.com/dp/B08N68JB1H |
| 14 | Car Sign World | https://www.amazon.com/sp?seller=A9GH64MBNY24J | https://www.amazon.com/dp/B008MWLNN6 |
| 15 | Channel V | https://www.amazon.com/sp?seller=AL5LC6YZW4AAN | https://www.amazon.com/dp/B0C7BN4YF4 |
| 16 | ColoreriaStudio | https://www.amazon.com/sp?seller=A1GFF8NUE1S35G | https://www.amazon.com/dp/B08ZL4C35M |
| 17 | CozyDetailz | https://www.amazon.com/sp?seller=A2OD11H556Z1NC | https://www.amazon.com/dp/B09VVZLGHC |
| 18 | Cynicism Coser | https://www.amazon.com/sp?seller=A2RC6GUT5DDHYF | https://www.amazon.com/dp/B0BD4DXG2P |
| 19 | Dasusu | https://www.amazon.com/sp?seller=A3SWNVEJPMWFZL | https://www.amazon.com/dp/B0C459KG21 |
| 20 | DIEUTHUY GLI STORE | https://www.amazon.com/sp?seller=A3F60EH732DHB | https://www.amazon.com/dp/B0B3XFM8DC |
| 21 | DuiGuo | https://www.amazon.com/sp?seller=A3DCO52ACWNHKO | https://www.amazon.com/dp/B0BYTXGCF3 |
| 22 | EmbroideryMoksShop | https://www.amazon.com/sp?seller=A3D23X7CXK28KZ | https://www.amazon.com/dp/B09C7DNWN4 |
| 23 | ENHONG | https://www.amazon.com/sp?seller=A26AUW09D4RTLD | https://www.amazon.com/dp/B098124FDX |
| 24 | enjoy market | https://www.amazon.com/sp?seller=A3G4MGAIJGECSP | https://www.amazon.com/dp/B0C7KV3SC7 |
| 25 | Evovee | https://www.amazon.com/sp?seller=AR2WURN2VSRSX | https://www.amazon.com/dp/B0BYNTV2FQ |
| 26 | FASHIXD-US | https://www.amazon.com/sp?seller=A396YX50TDIC8Y | https://www.amazon.com/dp/B09V53P3LY |
| 27 | Fephant | https://www.amazon.com/sp?seller=A2ST5LTG4VJ3WY | https://www.amazon.com/dp/B09XN9FLGV |
| 28 | FFCU123 | https://www.amazon.com/sp?seller=A1EMW1BI8TTTEI | https://www.amazon.com/dp/B0B9MHZDG3 |
| 29 | Flinter | https://www.amazon.com/sp?seller=A2Q4EJJF4QBB32 | https://www.amazon.com/dp/B0BXDNCXF2 |
| 30 | ForFox Store | https://www.amazon.com/sp?seller=A2EGW8IJXXKNMH | https://www.amazon.com/dp/B07H5XM39Z |
| 31 | Four EverSweet | https://www.amazon.com/sp?seller=A1YS3EQ9XO54VY | https://www.amazon.com/dp/B0C1G8J15Q |
| 32 | GemsNjewellsDesigns | https://www.amazon.com/sp?seller=A1IKSNCQW0IDOD | https://www.amazon.com/dp/B09PYYL3JC |
| 33 | Gemyth | https://www.amazon.com/sp?seller=A171M6ARSLRO4L | https://www.amazon.com/dp/B09JSNJ58Z |
| 34 | GoldenBeetleInc | https://www.amazon.com/sp?seller=AO7DJCFO2LQQM | https://www.amazon.com/dp/B07BT3YHHL |
| 35 | Golf Liquidation | https://www.amazon.com/sp?seller=A26YGHMMKW1EA7 | https://www.amazon.com/dp/B074T81N6J |
| 36 | haichuan-zong | https://www.amazon.com/sp?seller=A7PGTX538IDIY | https://www.amazon.com/dp/B0B36ZBN61 |
| 37 | HAPPYHEIDI official | https://www.amazon.com/sp?seller=A3F54GNAXCU3M2 | https://www.amazon.com/dp/B0CBXN3NTC |
| 38 | HIFANMM BEAUTY | https://www.amazon.com/sp?seller=A1O43C9U55B9RC | https://www.amazon.com/dp/B0CBMMCKQ8 |
| 39 | Hikuality | https://www.amazon.com/sp?seller=AJGA29H1Y1GUZ | https://www.amazon.com/dp/B0BRCVGW57 |
| 40 | Hoaithuongpleiku | https://www.amazon.com/sp?seller=A3Q97DCLEHM1QQ | https://www.amazon.com/dp/B0CCKSRKZ7 |
| 41 | HOMECOMFORT | https://www.amazon.com/sp?seller=A2RZDWCSUGQ9PE | https://www.amazon.com/dp/B0BYSNGDZP |
| 42 | HongyiPT | https://www.amazon.com/sp?seller=A191O9FI9TA1AH | https://www.amazon.com/dp/B0C39Q43XN |
| 43 | hoohan | https://www.amazon.com/sp?seller=A18QN5X49QAK5F | https://www.amazon.com/dp/B0C5JDG6Q5 |
| 44 | HS Store Shop | https://www.amazon.com/sp?seller=A14A2SS3D2OXQ9 | https://www.amazon.com/dp/B07NWKBWHH |

| Def. No. | Seller Name | Store URL | Product URL |
|---|---|---|---|
| 45 | hubeijingfashangmaoyouxianzerengongsi | https://www.amazon.com/sp?seller=A2FID5XZYHC6K6 | https://www.amazon.com/dp/B0C8P3VFF3 |
| 46 | HUSEYIN CAGIR | https://www.amazon.com/sp?seller=A2OFDHV9PK01CV | https://www.amazon.com/dp/B08L8GL4SV |
| 47 | ILSOCD | https://www.amazon.com/sp?seller=A2OWXEECKWKNT0 | https://www.amazon.com/dp/B08FYCSJS6 |
| 48 | IMDAT UMUT AKBAS | https://www.amazon.com/sp?seller=APIYKDN66BU79 | https://www.amazon.com/dp/B0CC1GSLSG |
| 49 | JEMUALE studio | https://www.amazon.com/sp?seller=AA4A4OARBQ7TT | https://www.amazon.com/dp/B0989K2CFW |
| 50 | Jewel Samarth | https://www.amazon.com/sp?seller=A5T9Y69BFNC6P | https://www.amazon.com/dp/B0B6CYPSHY |
| 51 | KIM YOUNGWANG | https://www.amazon.com/sp?seller=A2E92UFIZZ1J00 | https://www.amazon.com/dp/B0C9QFKCBR |
| 52 | Koazilki | https://www.amazon.com/sp?seller=A1Y56PT7KP8DCW | https://www.amazon.com/dp/B0BFFS8BQ2 |
| 53 | kolege | https://www.amazon.com/sp?seller=A1J53G4NZHG40K | https://www.amazon.com/dp/B0B865Y2CS |
| 54 | kookwarehandmade | https://www.amazon.com/sp?seller=A1P3QY5HGDLFTC | https://www.amazon.com/dp/B0C9WVSQ64 |
| 55 | LIFE BETTER | https://www.amazon.com/sp?seller=APAXDA2DI373E | https://www.amazon.com/dp/B0BWMLHFJG |
| 56 | LONGYUL | https://www.amazon.com/sp?seller=A26DDUDDH4FGD7 | https://www.amazon.com/dp/B096KC76PH |
| 57 | LOWDY | https://www.amazon.com/sp?seller=A2YTSGFRQ4XO8S | https://www.amazon.com/dp/B0BVFSKV6R |
| 58 | LUCAT | https://www.amazon.com/sp?seller=A28614A9CELIUX | https://www.amazon.com/dp/B0C8ZNXVNV |
| 59 | MADI Stickers | https://www.amazon.com/sp?seller=A2TW7AZ5TWM2JM | https://www.amazon.com/dp/B0BQ7G7673 |
| 60 | MELTEM GUL | https://www.amazon.com/sp?seller=A2VAR0TNM9SD38 | https://www.amazon.com/dp/B0C7JDCZLJ |
| 61 | Milewan | https://www.amazon.com/sp?seller=A2F1ZJBR2RCPQN | https://www.amazon.com/dp/B08XWKSL7Z |
| 62 | Minasona-US | https://www.amazon.com/sp?seller=A2G2HA9O2UDO26 | https://www.amazon.com/dp/B0C27P4BWR |
| 63 | MIYUGEM Jewelry | https://www.amazon.com/sp?seller=AXM73QY4TZ7IL | https://www.amazon.com/dp/B08HHQC69Z |
| 64 | Moonmory Store | https://www.amazon.com/sp?seller=A186JOYKR5FDE8 | https://www.amazon.com/dp/B0957LWYZ3 |
| 65 | MoonVila | https://www.amazon.com/sp?seller=A14EU6AOGTBHON | https://www.amazon.com/dp/B0C13MVDN8 |
| 66 | Moru Studio | https://www.amazon.com/sp?seller=A2M67XD0ZJPBUX | https://www.amazon.com/dp/B0BRJ4D5XX |
| 67 | Motisarc | https://www.amazon.com/sp?seller=ALQX98SX9BA3L | https://www.amazon.com/dp/B0CBF2NQ6L |
| 68 | ngoc tam STORE | https://www.amazon.com/sp?seller=A156110YJZHC39 | https://www.amazon.com/dp/B0CBJR6YD2 |
| 69 | NGUYEN CONG MINH SHOP | https://www.amazon.com/sp?seller=A3V1OG4TRBU7SZ | https://www.amazon.com/dp/B0CC8FC3VZ |
| 70 | nyequzelinuodianzichanpinxiaoshouchan | https://www.amazon.com/sp?seller=A279ROXWOYUGBX | https://www.amazon.com/dp/B0B1C8N583 |
| 71 | PhoneSupport | https://www.amazon.com/sp?seller=A1BGFEQPO4O7OF | https://www.amazon.com/dp/B09Q5NJLD7 |
| 72 | pokerone | https://www.amazon.com/sp?seller=ASU1YZR14EZDU | https://www.amazon.com/dp/B07W79ZCJW |
| 73 | QAMALOVE | https://www.amazon.com/sp?seller=A2CQNI4YYTT7VR | https://www.amazon.com/dp/B0CCDTVN4N |
| 74 | Rhungift ® Direct | https://www.amazon.com/sp?seller=A1YD6OKQ0VLJXI | https://www.amazon.com/dp/B07VGL41PX |
| 75 | Rong Yan | https://www.amazon.com/sp?seller=A1Y77V2449K62T | https://www.amazon.com/dp/B0CBPBRVZK |
| 76 | rongbaihui1 | https://www.amazon.com/sp?seller=A16NCJQ79CWIDX | https://www.amazon.com/dp/B0CBBJQH6C |
| 77 | RUITASA | https://www.amazon.com/sp?seller=AIVQGKYB33HSZ | https://www.amazon.com/dp/B09646QD5W |
| 78 | SDNCYE Shop | https://www.amazon.com/sp?seller=A2EKRJRF803QJS | https://www.amazon.com/dp/B0C1FM63QW |
| 79 | SHENLI | https://www.amazon.com/sp?seller=AAXIXQYFS39UO | https://www.amazon.com/dp/B0C3YLDD61 |
| 80 | Shyam Jewells | https://www.amazon.com/sp?seller=A7ZHKKS1CZO1Z | https://www.amazon.com/dp/B09NH2G7FB |
| 81 | smile slippers | https://www.amazon.com/sp?seller=A3QNOH3GWY3CK8 | https://www.amazon.com/dp/B09MFLB874 |
| 82 | SobaShop | https://www.amazon.com/sp?seller=A2YHC7661IB796 | https://www.amazon.com/dp/B0BJ2ND5WF |
| 83 | Sparkle Jewel | https://www.amazon.com/sp?seller=A1127GA6RJOV51 | https://www.amazon.com/dp/B08T6NLW4R |
| 84 | StoreUSA99 | https://www.amazon.com/sp?seller=AVKY9TPKRF9FF | https://www.amazon.com/dp/B0C8H4VGL7 |
| 85 | SUNNYGO | https://www.amazon.com/sp?seller=A1GH8A7GUMWNH6 | https://www.amazon.com/dp/B09CYKPHVF |
| 86 | SUNNYSMILE | https://www.amazon.com/sp?seller=A23U7J35VPKS98 | https://www.amazon.com/dp/B0BNN4B153 |
| 87 | suzhoubaiweidexincailiaokejiyouxiangongsi | https://www.amazon.com/sp?seller=AT7XQR3D9Z53N | https://www.amazon.com/dp/B07G6ZXF1Q |
| 88 | T CONG PHAT STORE | https://www.amazon.com/sp?seller=A1IC7SW1SY2QX2 | https://www.amazon.com/dp/B0CCNXKD92 |

| Def. No. | Seller Name | Store URL | Product URL |
|---|---|---|---|
| 89 | T VU HIEU SHOP | https://www.amazon.com/sp?seller=A34PI1Q4SOOLWS | https://www.amazon.com/dp/B0CDGX9RVK |
| 90 | Tafa Parts | https://www.amazon.com/sp?seller=A37IC779OBQ1AJ | https://www.amazon.com/dp/B0BYYTMY17 |
| 91 | Teeify | https://www.amazon.com/sp?seller=A2MS1EJS4Y2KZO | https://www.amazon.com/dp/B0BWXRHB1B |
| 92 | thailove | https://www.amazon.com/sp?seller=A1G26JUBHX17LE | https://www.amazon.com/dp/B078QYR3RF |
| 93 | Tidal Play Shop | https://www.amazon.com/sp?seller=AHWJ04AKZ9LOV | https://www.amazon.com/dp/B09P2Z64NW |
| 94 | TLEstep | https://www.amazon.com/sp?seller=A1K8QVKEU7O6JW | https://www.amazon.com/dp/B0C4L6RLBP |
| 95 | TTH4U | https://www.amazon.com/sp?seller=A17BJZ90PS7FZF | https://www.amazon.com/dp/B0B1J7MVHY |
| 96 | UniBirthLon | https://www.amazon.com/sp?seller=AH7LGJB8JHBLB | https://www.amazon.com/dp/B0C9TNN1HJ |
| 97 | UPABLUNSO | https://www.amazon.com/sp?seller=A3CZJ4L1F61QWO | https://www.amazon.com/dp/B0C6Y13WDC |
| 98 | Vintashion Jewelry | https://www.amazon.com/sp?seller=A1XH7289RUQKIK | https://www.amazon.com/dp/B0C19D8XSV |
| 99 | VisgoUS | https://www.amazon.com/sp?seller=A3JAZ5WM6AORPQ | https://www.amazon.com/dp/B0BYJXF5CS |
| 100 | Vitalityforest | https://www.amazon.com/sp?seller=A1RX5H1Q9ZVN7H | https://www.amazon.com/dp/B0C1TY7Y9T |
| 101 | WCRAZYE | https://www.amazon.com/sp?seller=A3IL4Y4WY2UVWO | https://www.amazon.com/dp/B0BBYSRLP1 |
| 102 | Whaolee | https://www.amazon.com/sp?seller=A1SY9UI4WS68MN | https://www.amazon.com/dp/B0BRBHCNDJ |
| 103 | WTTING24 | https://www.amazon.com/sp?seller=A3I1R7SAZK2IBW | https://www.amazon.com/dp/B0CG399WXX |
| 104 | XProducts Shop | https://www.amazon.com/sp?seller=A38Y80K2VFE2SZ | https://www.amazon.com/dp/B0BW3WTRTS |
| 105 | XUEXINXIN | https://www.amazon.com/sp?seller=AQV6YD3FV0NYT | https://www.amazon.com/dp/B09PFPB6HK |
| 106 | yajuxieye2023 | https://www.amazon.com/sp?seller=A19WBQWJTER4YO | https://www.amazon.com/dp/B0BY2Y1792 |
| 107 | YanYueShop | https://www.amazon.com/sp?seller=A2FEZJECGV3E0 | https://www.amazon.com/dp/B0C4694RLP |
| 108 | yi xi li | https://www.amazon.com/sp?seller=A11B6F4I8O6X15 | https://www.amazon.com/dp/B0C1SH46LB |
| 109 | Yiba Tech | https://www.amazon.com/sp?seller=A3GK8JXZI54UDP | https://www.amazon.com/dp/B098DVSC2S |
| 110 | Yochamc | https://www.amazon.com/sp?seller=A35MDBPTQA6Q7X | https://www.amazon.com/dp/B0BWXYHPPN |
| 111 | Yu wen | https://www.amazon.com/sp?seller=A3O6DYCH68UVJ7 | https://www.amazon.com/dp/B0BYYB9VSS |
| 112 | zbslus | https://www.amazon.com/sp?seller=A1PG3I107Z3XK7 | https://www.amazon.com/dp/B0C95YHGYD |
| 113 | ZHS-US | https://www.amazon.com/sp?seller=A13Y7BNO9FMVU3 | https://www.amazon.com/dp/B0BZMM48W8 |
| 114 | Zijie Jewelry | https://www.amazon.com/sp?seller=A2BFNHWII81GJH | https://www.amazon.com/dp/B07C7RRQQQ |
| 115 | 玩羊羊 | https://www.amazon.com/sp?seller=A39B3AQSWLO9RN | https://www.amazon.com/dp/B07VGBS281 |
| 116 | *topnotch*uk | https://www.ebay.com/usr/*topnotch*uk | https://www.ebay.com/itm/143971903838 |
| 117 | 1234woody | https://www.ebay.com/usr/1234woody | https://www.ebay.com/itm/256094966110 |
| 118 | 2fit.gears | https://www.ebay.com/usr/2fit.gears | https://www.ebay.com/itm/323499003097 |
| 119 | adriaco-70 | https://www.ebay.com/usr/adriaco-70 | https://www.ebay.com/itm/354677088044 |
| 120 | agnes_jewellery_outlet | https://www.ebay.com/usr/agnes_jewellery_outlet | https://www.ebay.com/itm/404316979175 |
| 121 | ali-air-freshener | https://www.ebay.com/usr/ali-air-freshener | https://www.ebay.com/itm/111980773308 |
| 122 | all_that_glitterrz | https://www.ebay.com/usr/all_that_glitterrz | https://www.ebay.com/itm/285384457487 |
| 123 | all-nation-shirt | https://www.ebay.com/usr/all-nation-shirt | https://www.ebay.com/itm/255790878143 |
| 124 | almostalice | https://www.ebay.com/usr/almostalice | https://www.ebay.com/itm/195600793633 |
| 125 | amfresh_0 | https://www.ebay.com/usr/amfresh_0 | https://www.ebay.com/itm/334876788731 |
| 126 | andcamp-59816 | https://www.ebay.com/usr/andcamp-59816 | https://www.ebay.com/itm/364388731984 |
| 127 | annamold | https://www.ebay.com/usr/annamold | https://www.ebay.com/itm/362605742957 |
| 128 | apex-bargains | https://www.ebay.com/usr/apex-bargains | https://www.ebay.com/itm/276009958250 |
| 129 | ascreation08 | https://www.ebay.com/usr/ascreation08 | https://www.ebay.com/itm/134356107039 |
| 130 | asmy_online_store | https://www.ebay.com/usr/asmy_online_store | https://www.ebay.com/itm/125758643799 |
| 131 | aura.diamond_usa | https://www.ebay.com/usr/aura.diamond_usa | https://www.ebay.com/itm/234652966854 |
| 132 | aussie_buttons_n_bits | https://www.ebay.com/usr/aussie_buttons_n_bits | https://www.ebay.com/itm/223487766084 |

| Def. No. | Seller Name | Store URL | Product URL |
|---|---|---|---|
| 133 | aussie-qualitystuff | https://www.ebay.com/usr/aussie-qualitystuff | https://www.ebay.com/itm/155675011581 |
| 134 | axtraz | https://www.ebay.com/usr/axtraz | https://www.ebay.com/itm/294215077440 |
| 135 | babusaga | https://www.ebay.com/usr/babusaga | https://www.ebay.com/itm/394480374813 |
| 136 | baby-ware-shop | https://www.ebay.com/usr/baby-ware-shop | https://www.ebay.com/itm/134328601387 |
| 137 | bacevici75 | https://www.ebay.com/usr/bacevici75?_trksid=p2047675.l2559 | https://www.ebay.com/itm/404122249144 |
| 138 | baggieboy365 | https://www.ebay.com/usr/baggieboy365 | https://www.ebay.com/itm/195815498207 |
| 139 | bartb8504 | https://www.ebay.com/usr/bartb8504 | https://www.ebay.com/itm/204386354224 |
| 140 | bestbrandsbestbargains | https://www.ebay.com/usr/bestbrandsbestbargains | https://www.ebay.com/itm/120797024614 |
| 141 | blue_chalk_designs | https://www.ebay.com/usr/blue_chalk_designs | https://www.ebay.com/itm/274884457360 |
| 142 | bluebearflips | https://www.ebay.com/usr/bluebearflips | https://www.ebay.com/itm/204153372729 |
| 143 | bo_finds22 | https://www.ebay.com/usr/bo_finds22 | https://www.ebay.com/itm/394532179657 |
| 144 | bumble_bee_tuna | https://www.ebay.com/usr/bumble_bee_tuna | https://www.ebay.com/itm/234528866396 |
| 145 | calalilly-4 | https://www.ebay.com/usr/calalilly-4 | https://www.ebay.com/itm/195890700340 |
| 146 | candycabs-uk | https://www.ebay.com/usr/candycabs-uk | https://www.ebay.com/itm/115461598434 |
| 147 | caprom2011 | https://www.ebay.com/usr/caprom2011 | https://www.ebay.com/itm/325518443165 |
| 148 | carda-3877 | https://www.ebay.com/usr/carda-3877 | https://www.ebay.com/itm/385654837846 |
| 149 | caspi_2529 | https://www.ebay.com/usr/caspi_2529 | https://www.ebay.com/itm/145001942365 |
| 150 | celina-rennt | https://www.ebay.com/usr/celina-rennt | https://www.ebay.com/itm/183789066491 |
| 151 | chandrasekaranadeeshagayan0 | https://www.ebay.com/usr/chandrasekaranadeeshagayan0 | https://www.ebay.com/itm/314473364271 |
| 152 | charmngifts1 | https://www.ebay.com/usr/charmngifts1 | https://www.ebay.com/itm/323792242163 |
| 153 | chrisleicester | https://www.ebay.com/usr/chrisleicester | https://www.ebay.com/itm/154580983519 |
| 154 | clati-6830 | https://www.ebay.com/usr/clati-6830 | https://www.ebay.com/itm/385818871677 |
| 155 | clicksavesmile | https://www.ebay.com/usr/clicksavesmile | https://www.ebay.com/itm/284572191546 |
| 156 | coco_bara | https://www.ebay.com/usr/coco_bara | https://www.ebay.com/itm/192854651687 |
| 157 | colin45fashionconnections | https://www.ebay.com/usr/colin45fashionconnections | https://www.ebay.com/itm/195913369936 |
| 158 | craftycalamity | https://www.ebay.com/usr/craftycalamity | https://www.ebay.com/itm/394079750620 |
| 159 | creativechildhood | https://www.ebay.com/usr/creativechildhood | https://www.ebay.com/itm/385736183780 |
| 160 | cth316 | https://www.ebay.com/usr/cth316 | https://www.ebay.com/itm/325521786270 |
| 161 | cut.n.crafts | https://www.ebay.com/usr/cut.n.crafts | https://www.ebay.com/itm/154545397698 |
| 162 | dagmar.maurer | https://www.ebay.com/usr/dagmar.maurer | https://www.ebay.com/itm/314714828878 |
| 163 | daily_grindd | https://www.ebay.com/usr/daily_grindd | https://www.ebay.com/itm/404307941798 |
| 164 | delta-direct | https://www.ebay.com/usr/delta-direct | https://www.ebay.com/itm/301768144820 |
| 165 | design_a_charm7 | https://www.ebay.com/usr/design_a_charm7 | https://www.ebay.com/itm/381764786187 |
| 166 | dg_traders | https://www.ebay.com/usr/dg_traders | https://www.ebay.com/itm/165304403656 |
| 167 | dhanu.store22 | https://www.ebay.com/usr/dhanu.store22 | https://www.ebay.com/itm/314428786708 |
| 168 | diamondvilla | https://www.ebay.com/usr/diamondvilla | https://www.ebay.com/itm/234012753672 |
| 169 | digital_disko | https://www.ebay.com/usr/digital_disko | https://www.ebay.com/itm/304907297651 |
| 170 | djc-2020 | https://www.ebay.com/usr/djc-2020 | https://www.ebay.com/itm/234721322574 |
| 171 | dompact_solutions | https://www.ebay.com/usr/dompact_solutions | https://www.ebay.com/itm/334468110505 |
| 172 | dongaf45xu_as4f5673 | https://www.ebay.com/usr/dongaf45xu_as4f5673 | https://www.ebay.com/itm/204407868033 |
| 173 | egidit33 | https://www.ebay.com/usr/egidit33 | https://www.ebay.com/itm/266297216226 |
| 174 | elegant_touch_studio | https://www.ebay.com/usr/elegant_touch_studio | https://www.ebay.com/itm/374204115803 |
| 175 | elizlin2630 | https://www.ebay.com/usr/elizlin2630 | https://www.ebay.com/itm/166043390009 |
| 176 | esmeonplumisland | https://www.ebay.com/usr/esmeonplumisland | https://www.ebay.com/itm/314466621059 |

| Def. No. | Seller Name | Store URL | Product URL |
|---|---|---|---|
| 177 | eurolocos | https://www.ebay.com/usr/eurolocos | https://www.ebay.com/itm/224664432816 |
| 178 | exporthub-1 | https://www.ebay.com/usr/exporthub-1 | https://www.ebay.com/itm/175644400534 |
| 179 | fallen.star | https://www.ebay.com/usr/fallen.star | https://www.ebay.com/itm/225357643430 |
| 180 | fancydressworlduk | https://www.ebay.com/usr/fancydressworlduk | https://www.ebay.com/itm/314588101092 |
| 181 | fashiondragon786 | https://www.ebay.com/usr/fashiondragon786 | https://www.ebay.com/itm/185777010288 |
| 182 | fashionstylo | https://www.ebay.com/usr/fashionstylo | https://www.ebay.com/itm/185950804420 |
| 183 | football-for-fans | https://www.ebay.com/usr/football-for-fans | https://www.ebay.com/itm/265747241210 |
| 184 | frevans2004 | https://www.ebay.com/usr/frevans2004 | https://www.ebay.com/itm/125991323268 |
| 185 | frsydtke | https://www.ebay.com/usr/frsydtke | https://www.ebay.com/itm/254131396180 |
| 186 | funkey-bets | https://www.ebay.com/usr/funkey-bets | https://www.ebay.com/itm/185915797353 |
| 187 | fv_sneakers_life | https://www.ebay.com/usr/fv_sneakers_life | https://www.ebay.com/itm/353956189474 |
| 188 | gae262 | https://www.ebay.com/usr/gae262 | https://www.ebay.com/itm/183065366279 |
| 189 | gahgah-collection | https://www.ebay.com/usr/gahgah-collection | https://www.ebay.com/itm/225706519975 |
| 190 | gallerymart2022 | https://www.ebay.com/usr/gallerymart2022 | https://www.ebay.com/itm/354952576486 |
| 191 | golfgogreen | https://www.ebay.com/usr/golfgogreen | https://www.ebay.com/itm/314142280554 |
| 192 | gorgeousjewelery | https://www.ebay.com/usr/gorgeousjewelery | https://www.ebay.com/itm/195739528918 |
| 193 | grabmybits07 | https://www.ebay.com/usr/grabmybits07 | https://www.ebay.com/itm/225435963378 |
| 194 | greenhouseflips | https://www.ebay.com/usr/greenhouseflips | https://www.ebay.com/itm/295765073564 |
| 195 | h4rt | https://www.ebay.com/usr/h4rt | https://www.ebay.com/itm/294393966306 |
| 196 | hana-musubi | https://www.ebay.com/usr/hana-musubi?_trksid=p2047675.l2559 | https://www.ebay.com/itm/403858139721 |
| 197 | handcraft3d | https://www.ebay.com/usr/handcraft3d | https://www.ebay.com/itm/264271601627 |
| 198 | hazluq-0 | https://www.ebay.com/usr/hazluq-0 | https://www.ebay.com/itm/385542082037 |
| 199 | h-customs17 | https://www.ebay.com/usr/h-customs17 | https://www.ebay.com/itm/284488226027 |
| 200 | hklabels | https://www.ebay.com/usr/hklabels | https://www.ebay.com/itm/166039387232 |
| 201 | huuqu_38 | https://www.ebay.com/usr/huuqu_38 | https://www.ebay.com/itm/175640456705 |
| 202 | i_want_badgesuk | https://www.ebay.com/usr/i_want_badgesuk | https://www.ebay.com/itm/321256682575 |
| 203 | idyd-ltd | https://www.ebay.com/usr/idyd-ltd | https://www.ebay.com/itm/223210909913 |
| 204 | indigosoulltd | https://www.ebay.com/usr/indigosoulltd | https://www.ebay.com/itm/295528957413 |
| 205 | inspocreative | https://www.ebay.com/usr/inspocreative | https://www.ebay.com/itm/404389893956 |
| 206 | iski.uski | https://www.ebay.com/usr/iski.uski | https://www.ebay.com/itm/185796189863 |
| 207 | jewelleryworld14 | https://www.ebay.com/usr/jewelleryworld14 | https://www.ebay.com/itm/175431947951 |
| 208 | jewelryhouse_19 | https://www.ebay.com/usr/jewelryhouse_19 | https://www.ebay.com/itm/234753962950 |
| 209 | jollitygoods | https://www.ebay.com/usr/jollitygoods | https://www.ebay.com/itm/334954570261 |
| 210 | josarli-craft-design | https://www.ebay.com/usr/josarli-craft-design | https://www.ebay.com/itm/133608150737 |
| 211 | joshytees | https://www.ebay.com/usr/joshytees | https://www.ebay.com/itm/325527293239 |
| 212 | justbeautybydovile | https://www.ebay.com/usr/justbeautybydovile?_trksid=p2047675.l255 | https://www.ebay.com/itm/125412969999 |
| 213 | justprinted | https://www.ebay.com/usr/justprinted | https://www.ebay.com/itm/385810829572 |
| 214 | kbwj0351 | https://www.ebay.com/usr/kbwj0351 | https://www.ebay.com/itm/235003325453 |
| 215 | kellys_auswahl | https://www.ebay.com/usr/kellys_auswahl | https://www.ebay.com/itm/255342837672 |
| 216 | keysh-44 | https://www.ebay.com/usr/keysh-44 | https://www.ebay.com/itm/235088828937 |
| 217 | khjephot0 | https://www.ebay.com/usr/khjephot0 | https://www.ebay.com/itm/334948498549 |
| 218 | kinsle | https://www.ebay.com/usr/kinsle | https://www.ebay.com/itm/185883692647 |
| 219 | knoepfchen999-de | https://www.ebay.com/usr/knoepfchen999-de | https://www.ebay.com/itm/143179814653 |
| 220 | koikj | https://www.ebay.com/usr/koikj | https://www.ebay.com/itm/125964278100 |

| Def. No. | Seller Name | Store URL | Product URL |
|---|---|---|---|
| 221 | koolza | https://www.ebay.com/usr/koolza | https://www.ebay.com/itm/251420275747 |
| 222 | kydvict | https://www.ebay.com/usr/kydvict | https://www.ebay.com/itm/275920372271 |
| 223 | leilas.jewellery | https://www.ebay.com/usr/leilas.jewellery | https://www.ebay.com/itm/185815795807 |
| 224 | lemon-lime333 | https://www.ebay.com/usr/lemon-lime333 | https://www.ebay.com/itm/404211810483 |
| 225 | letscollect-it | https://www.ebay.com/usr/letscollect-it | https://www.ebay.com/itm/281387180933 |
| 226 | logobug | https://www.ebay.com/usr/logobug | https://www.ebay.com/itm/283279597240 |
| 227 | londonaccessoriesboutique2014 | https://www.ebay.com/usr/londonaccessoriesboutique2014 | https://www.ebay.com/itm/185405101260 |
| 228 | lottie-frank | https://www.ebay.com/usr/lottie-frank | https://www.ebay.com/itm/256113673919 |
| 229 | lovemystuff79_7 | https://www.ebay.com/usr/lovemystuff79_7 | https://www.ebay.com/itm/353616030437 |
| 230 | lsprints | https://www.ebay.com/usr/lsprints | https://www.ebay.com/itm/203272772881 |
| 231 | luxytech | https://www.ebay.com/usr/luxytech | https://www.ebay.com/itm/303716613989 |
| 232 | mabb9340 | https://www.ebay.com/usr/mabb9340 | https://www.ebay.com/itm/114918668090 |
| 233 | made-to-custom | https://www.ebay.com/usr/made-to-custom | https://www.ebay.com/itm/364018335818 |
| 234 | mamaly12 | https://www.ebay.com/usr/mamaly12 | https://www.ebay.com/itm/393672264125 |
| 235 | masadar1 | https://www.ebay.com/usr/masadar1 | https://www.ebay.com/itm/314779113877 |
| 236 | mcmug_john | https://www.ebay.com/usr/mcmug_john | https://www.ebay.com/itm/331793643611 |
| 237 | meetgem | https://www.ebay.com/usr/meetgem | https://www.ebay.com/itm/235083994162 |
| 238 | melanatedtshirt | https://www.ebay.com/usr/melanatedtshirt | https://www.ebay.com/itm/225131417510 |
| 239 | momarket38 | https://www.ebay.com/usr/momarket38 | https://www.ebay.com/itm/374652280088 |
| 240 | motorply | https://www.ebay.com/usr/motorply | https://www.ebay.com/itm/185630670410 |
| 241 | mu-wizard | https://www.ebay.com/usr/mu-wizard | https://www.ebay.com/itm/324253655159 |
| 242 | my-crystalogy-efsa | https://www.ebay.com/usr/my-crystalogy-efsa | https://www.ebay.com/itm/324747289308 |
| 243 | nitaysoko | https://www.ebay.com/usr/nitaysoko | https://www.ebay.com/itm/195840518371 |
| 244 | nomadlobby | https://www.ebay.com/usr/nomadlobby | https://www.ebay.com/itm/314049742240 |
| 245 | nonoking03 | https://www.ebay.com/usr/nonoking03?_trksid=p2047675.l2559 | https://www.ebay.com/itm/265786123455 |
| 246 | nyba-3 | https://www.ebay.com/usr/nyba-3 | https://www.ebay.com/itm/234664255484 |
| 247 | oceania-legends | https://www.ebay.com/usr/oceania-legends | https://www.ebay.com/itm/232857287821 |
| 248 | odumo-uk2015 | https://www.ebay.com/usr/odumo-uk2015 | https://www.ebay.com/itm/325733671655 |
| 249 | olds--cool | https://www.ebay.com/usr/olds--cool | https://www.ebay.com/itm/155513118588 |
| 250 | ombensh0 | https://www.ebay.com/usr/ombensh0 | https://www.ebay.com/itm/285336352266 |
| 251 | one_7_store | https://www.ebay.com/usr/one_7_store | https://www.ebay.com/itm/313601680882 |
| 252 | onlineak_51 | https://www.ebay.com/usr/onlineak_51 | https://www.ebay.com/itm/295470312767 |
| 253 | online-guru786 | https://www.ebay.com/usr/online-guru786 | https://www.ebay.com/itm/163768454997 |
| 254 | orderkorea | https://www.ebay.com/usr/orderkorea | https://www.ebay.com/itm/394830526137 |
| 255 | pam_16 | https://www.ebay.com/usr/pam_16 | https://www.ebay.com/itm/145156248632 |
| 256 | panoplyjewelry | https://www.ebay.com/usr/panoplyjewelry | https://www.ebay.com/itm/256163837715 |
| 257 | partycityline | https://www.ebay.com/usr/partycityline | https://www.ebay.com/itm/293762834761 |
| 258 | partyerasers | https://www.ebay.com/usr/partyerasers | https://www.ebay.com/itm/285302433789 |
| 259 | partyramamk | https://www.ebay.com/usr/partyramamk | https://www.ebay.com/itm/304960491242 |
| 260 | paul22120_0 | https://www.ebay.com/usr/paul22120_0 | https://www.ebay.com/itm/304934921904 |
| 261 | penrux_design | https://www.ebay.com/usr/penrux_design | https://www.ebay.com/itm/125792105032 |
| 262 | perfectcreations08 | https://www.ebay.com/usr/perfectcreations08 | https://www.ebay.com/itm/266368696136 |
| 263 | perfectflags | https://www.ebay.com/usr/perfectflags | https://www.ebay.com/itm/272009073442 |
| 264 | personalisedbyyou | https://www.ebay.com/usr/personalisedbyyou | https://www.ebay.com/itm/144934538398 |

| Def. No. | Seller Name | Store URL | Product URL |
|---|---|---|---|
| 265 | peru-miski | https://www.ebay.com/usr/peru-miski | https://www.ebay.com/itm/255910118689 |
| 266 | peterandclochette | https://www.ebay.com/usr/peterandclochette | https://www.ebay.com/itm/134130791684 |
| 267 | pindignation | https://www.ebay.com/usr/pindignation | https://www.ebay.com/itm/334569167395 |
| 268 | pinz_and_thingz | https://www.ebay.com/usr/pinz_and_thingz | https://www.ebay.com/itm/225643619897 |
| 269 | pollypillion | https://www.ebay.com/usr/pollypillion | https://www.ebay.com/itm/360839331799 |
| 270 | ranigems_hub | https://www.ebay.com/usr/ranigems_hub | https://www.ebay.com/itm/314024674854 |
| 271 | ratman20001 | https://www.ebay.com/usr/ratman20001 | https://www.ebay.com/itm/381443537326 |
| 272 | rb_traders | https://www.ebay.com/usr/rb_traders | https://www.ebay.com/itm/325775916228 |
| 273 | retrozelle64 | https://www.ebay.com/usr/retrozelle64 | https://www.ebay.com/itm/304692281673 |
| 274 | rivieratrading | https://www.ebay.com/usr/rivieratrading | https://www.ebay.com/itm/232437932810 |
| 275 | rscollections_uk | https://www.ebay.com/usr/rscollections_uk | https://www.ebay.com/itm/145015288717 |
| 276 | rumoli0 | https://www.ebay.com/usr/rumoli0 | https://www.ebay.com/itm/364442723481 |
| 277 | sacohen_54 | https://www.ebay.com/usr/sacohen_54 | https://www.ebay.com/itm/165093189220 |
| 278 | sapiensmedical | https://www.ebay.com/usr/sapiensmedical | https://www.ebay.com/itm/255470047494 |
| 279 | shaunybreseller | https://www.ebay.com/usr/shaunybreseller | https://www.ebay.com/itm/115856187042 |
| 280 | shop-stick-dat | https://www.ebay.com/usr/shop-stick-dat | https://www.ebay.com/itm/185150207168 |
| 281 | sib110 | https://www.ebay.com/usr/sib110 | https://www.ebay.com/itm/125879297576 |
| 282 | silverz_collection | https://www.ebay.com/usr/silverz_collection | https://www.ebay.com/itm/284912632282 |
| 283 | skulls_and_love | https://www.ebay.com/usr/skulls_and_love | https://www.ebay.com/itm/204119646811 |
| 284 | smartozziesales | https://www.ebay.com/usr/smartozziesales | https://www.ebay.com/itm/374280292946 |
| 285 | smile_party_decor | https://www.ebay.com/usr/smile_party_decor | https://www.ebay.com/itm/225571731372 |
| 286 | sobo50-1 | https://www.ebay.com/usr/sobo50-1 | https://www.ebay.com/itm/334764060221 |
| 287 | solrube_10 | https://www.ebay.com/usr/solrube_10 | https://www.ebay.com/itm/304735434154 |
| 288 | sparklyeyes2006 | https://www.ebay.com/usr/sparklyeyes2006 | https://www.ebay.com/itm/363616145966 |
| 289 | steveprice9 | https://www.ebay.com/usr/steveprice9 | https://www.ebay.com/itm/363706730792 |
| 290 | stickerfxgraphics | https://www.ebay.com/usr/stickerfxgraphics | https://www.ebay.com/itm/234962643100 |
| 291 | stika-co | https://www.ebay.com/usr/stika-co | https://www.ebay.com/itm/144848886250 |
| 292 | stus-fast-post-shop | https://www.ebay.com/usr/stus-fast-post-shop | https://www.ebay.com/itm/194885426947 |
| 293 | sunny_mall | https://www.ebay.com/usr/sunny_mall | https://www.ebay.com/itm/404343316629 |
| 294 | sutherland49 | https://www.ebay.com/usr/sutherland49 | https://www.ebay.com/itm/233199909149 |
| 295 | swiftselectstore | https://www.ebay.com/usr/swiftselectstore | https://www.ebay.com/itm/394829125306 |
| 296 | tamo-15 | https://www.ebay.com/usr/tamo-15 | https://www.ebay.com/itm/204335103600 |
| 297 | tassietiger2002 | https://www.ebay.com/usr/tassietiger2002 | https://www.ebay.com/itm/371455210157 |
| 298 | tc_shop | https://www.ebay.com/usr/tc_shop | https://www.ebay.com/itm/164926614224 |
| 299 | teejayyau | https://www.ebay.com/usr/teejayyau | https://www.ebay.com/itm/385762577141 |
| 300 | terri0702 | https://www.ebay.com/usr/terri0702 | https://www.ebay.com/itm/225153191548 |
| 301 | thebuttonseller | https://www.ebay.com/usr/thebuttonseller | https://www.ebay.com/itm/314229705685 |
| 302 | thecampfirecookingcompany | https://www.ebay.com/usr/thecampfirecookingcompany | https://www.ebay.com/itm/234762590007 |
| 303 | thecraftycowonthegreen | https://www.ebay.com/usr/thecraftycowonthegreen | https://www.ebay.com/itm/252091380772 |
| 304 | thugishgifts | https://www.ebay.com/usr/thugishgifts | https://www.ebay.com/itm/266143485345 |
| 305 | tokika72 | https://www.ebay.com/usr/tokika72 | https://www.ebay.com/itm/324639359407 |
| 306 | toplookuk1 | https://www.ebay.com/usr/toplookuk1 | https://www.ebay.com/itm/175842102183 |
| 307 | topservice4u | https://www.ebay.com/usr/topservice4u | https://www.ebay.com/itm/166206210957 |
| 308 | tribalwear1 | https://www.ebay.com/usr/tribalwear1 | https://www.ebay.com/itm/192587588143 |

| Def. No. | Seller Name | Store URL | Product URL |
|---|---|---|---|
| 309 | trme_sports | https://www.ebay.com/usr/trme_sports | https://www.ebay.com/itm/222131616905 |
| 310 | trsimmo | https://www.ebay.com/usr/trsimmo | https://www.ebay.com/itm/295807635079 |
| 311 | ukbicycleworld | https://www.ebay.com/usr/ukbicycleworld | https://www.ebay.com/itm/184026669437 |
| 312 | unleashed2000 | https://www.ebay.com/usr/unleashed2000 | https://www.ebay.com/itm/134674461275 |
| 313 | upforwhatever | https://www.ebay.com/usr/upforwhatever | https://www.ebay.com/itm/304834060927 |
| 314 | vandp.jewellery.ltd | https://www.ebay.com/usr/vandp.jewellery.ltd | https://www.ebay.com/itm/325593929290 |
| 315 | verongb | https://www.ebay.com/usr/verongb | https://www.ebay.com/itm/295446238311 |
| 316 | wendywwoo | https://www.ebay.com/usr/wendywwoo | https://www.ebay.com/itm/392091920840 |
| 317 | whybee-online | https://www.ebay.com/usr/whybee-online | https://www.ebay.com/itm/185973048505 |
| 318 | willybanjoltd | https://www.ebay.com/usr/willybanjoltd | https://www.ebay.com/itm/193891110606 |
| 319 | yarrajadeptyltd | https://www.ebay.com/usr/yarrajadeptyltd | https://www.ebay.com/itm/144981024213 |
| 320 | yunruifashion | https://www.ebay.com/usr/yunruifashion | https://www.ebay.com/itm/394761151382 |
| 321 | zs_zweiradteile | https://www.ebay.com/usr/zs_zweiradteile | https://www.ebay.com/itm/362185071640 |
| 322 | ak777 | https://www.wish.com/merchant/5944d7edf5978a2fe81c50ee | https://www.wish.com/c/5a5ea913a2ef5524716b4542 |
| 323 | beadslove | https://www.wish.com/merchant/543b39d25f313f04de841373 | https://www.wish.com/c/61051c0dc3ecf4878a2f6aa4 |
| 324 | bestfashionjewelry | https://www.wish.com/merchant/58d76d7977992952cbddd2d6 | https://www.wish.com/c/642100fb59820fb8543d0e63 |
| 325 | BINKUN Store | https://www.wish.com/merchant/5b0d0d2f012875479b76f415 | https://www.wish.com/c/5f3b523c4e3a500039cf45c1 |
| 326 | Carey Accessory | https://www.wish.com/merchant/5b9671231edcac40564024fe | https://www.wish.com/c/6064301186268aa0f45769a1 |
| 327 | Children's boutique clothing store | https://www.wish.com/merchant/5fb5414379d44de4083217bc | https://www.wish.com/c/64746f87c0b048cd9dd2cb42 |
| 328 | china qin | https://www.wish.com/merchant/5895376097c355633cb14ad0 | https://www.wish.com/c/5ab3c286229318591b283670 |
| 329 | Cozy Nest Gift | https://www.wish.com/merchant/64311d5bf0d325cacd247c8e | https://www.wish.com/c/64a9241800288e4b023a90dc |
| 330 | daintyminiart | https://www.wish.com/merchant/642d866207567244960fdb3f | https://www.wish.com/c/64b80dd2a7a37b23528d8356 |
| 331 | Farabica_creative | https://www.wish.com/merchant/6407321456171c7998391b2a | https://www.wish.com/c/64c37bc1226859abf34349d7 |
| 332 | fasionjewelry | https://www.wish.com/merchant/5f0a7de4b84da02a69aaa28f | https://www.wish.com/c/64463952879a34100099d19f |
| 333 | Feinde | https://www.wish.com/merchant/559141734cfec4404a12142d | https://www.wish.com/c/60d032468e8fce0de7109705 |
| 334 | Flags & Blocks Store | https://www.wish.com/merchant/5b7b761ae69c151aec5c57aa | https://www.wish.com/c/5d2427116d9df27c598eba38 |
| 335 | heatherina | https://www.wish.com/merchant/642d84a08a81ec0188628c82 | https://www.wish.com/c/648c70475ffd57dd252746a0 |
| 336 | jerifashion | https://www.wish.com/merchant/5839af7710cadf1b8b40fd5c | https://www.wish.com/c/585b739e751d1d4ef0a4c25c |
| 337 | Linda Featured | https://www.wish.com/merchant/60e3cfaf9b30b48c6376bfab | https://www.wish.com/c/645f557ce0a425f505c90222 |
| 338 | Miss Wang's store | https://www.wish.com/merchant/593a912aff3e804616211ec2 | https://www.wish.com/c/607173d175f10ed80eedbbe8 |
| 339 | ninimeike | https://www.wish.com/merchant/59a64f1b8f545e2e26c3135f | https://www.wish.com/c/648c8341a6b2158e5e21493a |
| 340 | nurenchaofen | https://www.wish.com/merchant/59eb5a48e65033638ed5e2e9 | https://www.wish.com/c/5b4700cefb10a243984e27ba |
| 341 | qqetpp tore | https://www.wish.com/merchant/6436157fca5cb7246f940f41 | https://www.wish.com/c/64bd3ce20fabee6b1cf2c38b |
| 342 | RUNT SHOP | https://www.wish.com/merchant/645b494712f5737723af9e7b | https://www.wish.com/c/64a8cb579775d38bd8d7f83b |
| 343 | schwgnnuck | https://www.wish.com/merchant/5e630c2a2724a8195bdc4f90 | https://www.wish.com/c/6016a408e24d9495a1e01e25 |
| 344 | Sohanahisap | https://www.wish.com/merchant/5f135bdc49fbb5761280d7cd | https://www.wish.com/c/60ddc94e050affa0f424ef14 |
| 345 | sulyfang | https://www.wish.com/merchant/61d10dab2bfd23b22e54bb46 | https://www.wish.com/c/6463556c356042ea0e206dc6 |
| 346 | suprcasx shop | https://www.wish.com/merchant/5d4a5baa8388970600bb8c46 | https://www.wish.com/c/6425438f6ac0381d53dd2b43 |
| 347 | The-world-market | https://www.wish.com/merchant/56d01f3c3a698c7fbaff4805 | https://www.wish.com/c/5ab85129639a7a20bf1e963c |
| 348 | Time to deal | https://www.wish.com/merchant/6400601bc10725a4e9dc0e6c | https://www.wish.com/c/64ba0d7a2aee5a5fca4a5785 |
| 349 | wenlongsusu | https://www.wish.com/merchant/5d527e567edfad581b63f8f9 | https://www.wish.com/c/635b654332b4aa530ddb5d45 |
| 350 | wjunjun | https://www.wish.com/merchant/5761293fafd59e5e24c10e48 | https://www.wish.com/c/644d463c7536595fd9ac287d |
| 351 | wwesst | https://www.wish.com/merchant/6081700d933947cdae6b2aec | https://www.wish.com/c/60ae04fdd01dee388fdd7ae9 |
| 352 | xia'shouxiashouping6124 | https://www.wish.com/merchant/604440d32d08b76931e0e8b2 | https://www.wish.com/c/618de08d0fafd64962a90792 |

| Def. No. | Seller Name | Store URL | Product URL |
|---|---|---|---|
| 353 | xixiajkz | https://www.wish.com/merchant/605eb00ee5db553906e1b1fe | https://www.wish.com/c/6417f3449e04597f01deb60e |
| 354 | yangtongyu70291 | https://www.wish.com/merchant/617261970c27008e2157ab4e | https://www.wish.com/c/63292934137820cd91ed2ee9 |
| 355 | yangyshop | https://www.wish.com/merchant/5975e2c24b913a1f62a1f7cb | https://www.wish.com/c/5db1b30f02b9fa16667d3cea |
| 356 | YB Brand Store | https://www.wish.com/merchant/5fcc3e1b54f7cf4ee95b79f9 | https://www.wish.com/c/64b24b89b2b87fe1db4fbdce |
| 357 | YB Direct-sale Store | https://www.wish.com/merchant/5fe5428a4b77d663e88100b6 | https://www.wish.com/c/64b24d028158a5fd727d52b3 |
| 358 | YB_LXF931120 | https://www.wish.com/merchant/608d4ac55ad2f540745bcb8d | https://www.wish.com/c/64b24e343c53f64180aea615 |
| 359 | YB_LXJ931181 | https://www.wish.com/merchant/608d8003d25b4526270cf49f | https://www.wish.com/c/64b24d920b559dec1db65ae2 |
| 360 | YJoe Fahion store | https://www.wish.com/merchant/586c928ee8cfbf4ef7196c44 | https://www.wish.com/c/5f79dce7953a8e69e58ff458 |
| 361 | Yocozy | https://www.wish.com/merchant/641e6f08f4efca6409595f0f | https://www.wish.com/c/6461f375dacba5fd3533dd7b |
| 362 | Youber World | https://www.wish.com/merchant/5dbbe3d3e027f114374e4cf6 | https://www.wish.com/c/64b24abcc34de9850764b428 |
| 363 | ysfdesign | https://www.wish.com/merchant/53e4e587d9113931c23383fd | https://www.wish.com/c/6143657acc18570278ab05d4 |
| 364 | yubiaolaodian | https://www.wish.com/merchant/5a97a4fa1b98df0e6aac1384 | https://www.wish.com/c/642d22024c726dc87bbb73ca |
| 365 | yubiaoxindian | https://www.wish.com/merchant/5ac9a825417cee3636bd48e5 | https://www.wish.com/c/642d2209cdcc7f100d27e959 |