UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-23799-RAR

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

**ORDER**

**THIS MATTER** comes before the Court on the Plaintiff's Motion to Unseal [ECF No. 13] ("Motion"). Having carefully reviewed the record, the Court hereby

**ORDERS AND ADJUDGES** that the Motion is **GRANTED**. The Clerk is directed to unseal all docket entries in this case and return those portions of the file to the public records.

**DONE AND ORDERED** in Miami, Florida, this ___ day of _____, 2023.

                                                **HONORABLE RODOLFO A. RUIZ II**
                                                **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
        Sealed Clerk