UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-23799-RAR

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## PROOF OF SERVICE

I certify and declare that I am over the age of 18 years, reside in the county of Miami-Dade, and I am an attorney for Plaintiff, The Smiley Company SPRL ("Smiley" or "Plaintiff"), in the above-captioned action.

On November 6, 2023, The Brickell IP Group, PLLC emailed copies of the Complaint [ECF No. 1], Schedule A [ECF Nos. 5-1 and 12-1], the Issued Summons [ECF No. 15], the Sealed Order Granting TRO / TRO Sealed Order Granting Ex Parte Application for Entry of Temporary Restraining Order [9] ("TRO"), and the Sealed Order Granting Motion for Alternative Service [ECF No. 10], as well as a link to the service website listed below to each foreign Defendant.[1]

---

[1] Plaintiff first served these documents (except without the issued summons) on Defendants on Friday, November 3, 2023, giving them notice of the preliminary injunction hearing on that day. Plaintiff served these documents again with the issued summons on November 6, 2023 to effectuate formal service of the Complaint.

The Brickell IP Group, PLLC also effectuated service of process on Defendants via publication by posting a true and accurate copy of the Complaint, Issued Summons, Report and Recommendation / TRO, Sealed Order adopting the Report and Recommendation, Order Granting Motion for Alternative Service, and all other filings in this case, on the website: https://www.dropbox.com/scl/fo/1ycie5ipsvg1ux7kbkjpq/h?rlkey=cb4uqlm0cp1klukxz5gc1uegs&dl=0.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 6, 2023 at Miami-Dade County, Florida.

    Respectfully submitted by,

    **Javier Sobrado**
    Javier Sobrado (Fla. Bar No. 44992)
    Fla. Bar No. 44992
    Email: jsobrado@brickellip.com
    THE BRICKELL IP GROUP, PLLC
    1101 Brickell Avenue
    South Tower, Suite 800
    Miami FL, 33131
    Telephone: (305) 728-8831

    *Counsel for Plaintiff*