UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-23799

THE SMILEY COMPANY SPRL,

    Plaintiff,
v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## **NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *without* prejudice all claims against the following Defendant:

FASHIXD-US (Defendant No. 26 on Schedule "A" to the Complaint).

| Date: November 8, 2023 | Respectfully submitted by, |
|---|---|
| | **Javier Sobrado** |
| | Javier Sobrado (Fla. Bar No. 44992) |
| | Attorney Email address: jsobrado@brickellip.com |
| | Arthur Robert Weaver (Fla. Bar no. 92132) |
| | Attorney Email address: rweaver@brickellip.com |
| | THE BRICKELL IP GROUP, PLLC |
| | 1101 Brickell Avenue, South Tower, Suite 800 |
| | Miami FL, 33131 |
| | Telephone: (305) 728-8831 |
| | *Attorneys for Plaintiff* |