UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-23799-RAR

**THE SMILEY COMPANY SPRL**,

    Plaintiff,

v.

**THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**

    Defendants.
_____/

**ORDER GRANTING MOTION TO UNSEAL**

**THIS CAUSE** comes before the Court upon Plaintiff's Motion to Unseal, [ECF No. 13]. Plaintiff requests that all documents filed with the Court that have been restricted from the docket be unsealed as a seal is no longer required. Accordingly, after careful consideration and being fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion to Unseal, [ECF No. 13], is **GRANTED**.

2. The Clerk of Court is hereby directed to unseal all docket entries in this case and return those portions of the Court file to the public records.

**DONE AND ORDERED** in Miami, Florida, this 7th day of November, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**