UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-23799

THE SMILEY COMPANY SPRL,

    Plaintiff,
v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *without* prejudice all claims against the following Defendant:

knoepfchen999-de (Defendant No. 219 on Schedule "A" to the Complaint).

Date:  November 15, 2023        Respectfully submitted by,

                                        **Javier Sobrado**
                                        Javier Sobrado (Fla. Bar No. 44992)
                                        Attorney Email address: jsobrado@brickellip.com
                                        Arthur Robert Weaver (Fla. Bar no. 92132)
                                        Attorney Email address: rweaver@brickellip.com
                                        THE BRICKELL IP GROUP, PLLC
                                        1101 Brickell Avenue, South Tower, Suite 800
                                        Miami FL, 33131
                                        Telephone: (305) 728-8831
                                        *Attorneys for Plaintiff*