UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-23799

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## **NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

HS Store Shop (Defendant No. 44 on Schedule "A" to the Complaint),

Kinsle (Defendant No. 218 on Schedule "A" to the Complaint),

steveprice9 (Defendant No. 289 on Schedule "A" to the Complaint).

YB Brand Store (Defendant No. 356 on Schedule "A" to the Complaint),

YB Direct-sale Store (Defendant No. 357 on Schedule "A" to the Complaint),

YB_LXJ931181 (Defendant No. 359 on Schedule "A" to the Complaint),

Youber World (Defendant No. 362 on Schedule "A" to the Complaint).

Date:  November 16, 2023        Respectfully submitted by,

                                                    **Javier Sobrado**
                                                  Javier Sobrado (Fla. Bar No. 44992)
                                                  Attorney Email address: jsobrado@brickellip.com
                                                  Arthur Robert Weaver (Fla. Bar no. 92132)

Attorney Email address: rweaver@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*