UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-23799

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

Flags & Blocks Store (Defendant No. 334 on Schedule "A" to the Complaint),

ninimeike (Defendant No. 339 on Schedule "A" to the Complaint), and

pindignation (Defendant No. 267 on Schedule "A" to the Complaint).

| Date: November 17, 2023 | Respectfully submitted by, |
|---|---|
| | **Javier Sobrado**<br>Javier Sobrado (Fla. Bar No. 44992)<br>Attorney Email address: jsobrado@brickellip.com<br>Arthur Robert Weaver (Fla. Bar no. 92132)<br>Attorney Email address: rweaver@brickellip.com<br>THE BRICKELL IP GROUP, PLLC<br>1101 Brickell Avenue, South Tower, Suite 800<br>Miami FL, 33131<br>Telephone: (305) 728-8831<br>*Attorneys for Plaintiff* |