# Exhibit 1

$ Have one to sell? Sell now

**Smiley Face Earrings Solid Silver Solid 14K Gold Emoji Happy Boho Fun Hi Quality**

Condition: New with tags

Choose Gold or Silver: - Select -

Quantity: 1 2 available / 3 sold

Price: GBP 9.99
Approximately US $12.76

Buy It Now

Add to cart

Add to watchlist

Breathe easy. Returns accepted.

Shipping: GBP 14.15 (approx US $18.07) Expedited Shipping to United States via eBay's Global Shipping Program . See details
Located in: Bedford, United Kingdom

Import charges: Free amount confirmed at checkout

Delivery: Estimated between Tue, Aug 22 and Thu, Aug 24 to 33132
Includes international tracking

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA

Earn up to 5x points when you use your eBay Mastercard®. Learn more

International shipping and import charges paid to Pitney Bowes Inc. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

Seller information
almostalice (718 ★)
98.1% positive feedback

Save seller
Contact seller
Visit store
See other items

Registered as a Business Seller

Screen shot evidence of the product – provided by Plaintiff

# Exhibit 2



Screen shot evidence collection report – provided by Plaintiff

# Exhibit 3



Screen shot evidence collection report – provided by Plaintiff