# Exhibit 1

Evidence Collection Report

File Signatures

# Evidence Collection Report

**Page Title**
Checkout | eBay
**URL**
https://pay.ebay.com/rxo
**Collection Date**
Wed, 09 Aug 2023 20:59:37 UTC (US Department of Commerce / NIST authenticated timestamp)
**Collected by**
Michaela Borja
**IP Address**
193.27.12.196
**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36
**Digital Signature (SHA256 / PKCS#1v1.5)**
WP9PNYGf05Hk2T5cstLD4wR1CA4tpjhp9lD2sL+3Q4hoAlR/qiOWJ5RgPinVHKPBsiMFYZGzsEVvC8jZd05ivx7ljxg2HY4Lu9m5Mhogh]FuJbTA+AO6aSiBkM5WJtqpdgtWCd0rW6tQcEsSVt47nQWzb22HCWEJNiffg9jzUraKYVu7j8bTQK+HKcKbEYV54vuy5C7OrnWDIKMLj/
Q5HHic51bmL0nyXedivVG+98QhVxpfFKj1vOwKmWl0azwiNfU6MbrmCn0G5V28YDuFsuXxmqMBiXxDP6Av6qYUvx/AsDxl+ojw2Od3iGTaO0R97qMT7UDy8108c5pjNVSJ9BA==

# File Signatures

**SCREEN CAPTURE**
**MHTML**
**File Name**
screencap_[[https[s][fe][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-20-59-37-GMT.mhtml
**Hash (SHA256)**
dd25ea9613531dd14dabad1b76eef32d4f7ad268f12d66ec29444713898a9031
**Signature (PKCS#1v1.5)**
l2iKm8eeSfMT+Z4ba1OyZt69iwbblA51GmkX+2irNZhipS/ixnxvjRlyBlp9N4Bdj/Avzy+FbxB+UBdPTITbvd5iLEpiVsKp3n1Q3ji8F3icAPJDZiMjq1W1GhUecHEw8Jcq20vLlr0BFmoQzUQ9saxdFMnP+p5l0ANB0SZPSILR47YwJ/
bqh6twbeC5dsKqeSlkXC4AJQy6Fq1l2HeMGoQlaC4fg5MBg9qF4p49ZGmhNMw.JbBLHP6zeAOOvnUsbs/H829yJXMvKjMtuSyOtJhHdinKe1WVlzGzE6fqvAT2qSTrHSMBgGboYfMN7Qhy2cSRZRGwBQ/FAfST/srS82w==



# Exhibit 2

AXENCIS
Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**
Checkout | eBay

**URL**
https://pay.ebay.com/rxo

**Collection Date**
Wed, 09 Aug 2023 20:59:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
193.27.12.196

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
WP9PNYGf05Hk2T5csLD4wR1CA4zjhp9l02sL+3Q4hoAIR/qjOWJ5RgPinVHKPBsiMFYZGzsEVvCBjZdO5lvx7ljxg2HY4Lu9m5Mhogh|Fu.JbTA+AO6aSl8kM5WUtqpdgtWCdDrW6tQcEsSVt47nQWzb22HCWEJNiffg9jzUraKYVu7j8bTQK+HKcKbEYV54vuy5C7OnnWDIKMLj/Q5HHic61bmL0nyXedivVG+98QhVxpfFKj1vOwKmWlOazwINfU6MbrmCn0G5V2BYDuFsuXxmqMBlXx0P6AvEqYUvx/AsDxHojw2Od3lGTaO0R97qMT7UDy8108c5pjNV5J9BA==

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-20-59-37-GMT.mhtml

**Hash (SHA256)**
dd25ea9613531dd14dabad1b76eef32d4f7ad268f12d66ec29444713898a9031

**Signature (PKCS#1v1.5)**
I2IKm8eeSfMT+Z4ba1CyZt69iwbblA51GmlcX+2irN2hlpS/lxnuvjRlyBlp9N48d)/Avzy+FbxB+UBdPTITbvd5ILEplVsKp3n1Q3}i8F3icAPJDZiMjq1W1GhUeoHEw8Joq20vLlr0BFmeQzUQ9saxdFMnP+p5IOANB0SZPSILR47YwJ/bqh6twbeC5dsKqoS1kXC4AJJQy6Fq1l2HeMGoQlaC4fg5MBg9qF4p49ZGmhNMwJbBLHP6zeAOOvnUsbs/H829yJXJVKjMtuSyOLhHdInKe1WVIzGzE6fqvAT2qSTrHSMBgGboYIMN7Qhy2cSRZRGwBQ/FAfST/srS82w==



# Exhibit 3

# Evidence Collection Report

**Page Title**
Checkout | eBay
**URL**
https://pay.ebay.com/rxo
**Collection Date**
Wed, 09 Aug 2023 20:59:37 UTC (US Department of Commerce / NIST authenticated timestamp)
**Collected by**
Michaela Borja
**IP Address**
193.27.12.196
**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36
**Digital Signature (SHA256 / PKCS#1v1.5)**

WP9PNYGf05Hk2T5csLD4wR1CA4zjhp9lD2sL+3Q4hoAlR/qjOWJ5RgPInVHKPBsiMFYZGzsEVvCBjZdO5lvx7ljxg2HY4Lu9m5MhoghjFuJbTA+AO6aSIBkM5WUtqpdgtWCdDrW6tQcEsSVt47nQWzb22HCWEJNiffg9jzUraKYVu7jBbTQK+HKcKbEYV54vuySC7OnnWDIKMLj/Q5HHic61bmL0nyXediVVG+98QhVxpfFKj1vOwKmWiOazwINfU6MbrmCn0G5V2BYDuFsuXxmqMBlXx0P6Av6qYUvx/AsDxHojw2Od3lGTa00R97qMT7UDy8108c5pjNV5J9BA==

# File Signatures

**SCREEN CAPTURE**
**MHTML**
**File Name**
screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-09-Aug-2023-20-59-37-GMT.mhtml
**Hash (SHA256)**
dd25ea9513531dd14dabad1b76eef32d4f7ad268f12d66ee29444713898a9031
**Signature (PKCS#1v1.5)**

l2iKm8ee5fMT+Z4ba1CyZt69lwbbiA51GmlcX+2irN2hlpS/ixrxvjRlyBfp9N4Bdj/Avzy+FbxBHUBdPTlTbvd5!LEpIVsKp3n1Q3jl8F3IcAPJDZiMjq1WlGhUeoHEw8Jcq20vLIr0BFmoQzUQ9saxdFMnP+p5l0AN80SZPSILR47YwJ/bqh6twbeC5dsKqeSlkXC4AJQy6Fq1l2HeMGoQlaC4fg5MBg9qF4p49ZGmhNMwJbBLHP6zeAOOvnUsbs/H829y.JXMvKjMtuSyOtJhHdinKe1WVIzGzE6fqvAT2qSTrHSMBgGboYIMN7Qhy2cSRZRGwBQ/FAfST/srS82w==

