**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:23-cv-23799-RAR

The Smiley Company SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A,"

    Defendants.
_____/



FILED BY MC D.C.

NOV 27 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**DEFENDANT NO. 176**

**Esmeonplumisland's ANSWER TO THE COMPLAINT**

I, Esme Dodsworth, declare and state as follows:

1. Esmeonplumisland is the name of a store on eBay and the defendant number 176 identified on the schedule A in this case.

2. I hereby certify that this is my marketplace selling page and it is just a tool to sell items

3. I am a private individual and I am personally responsible for what I do, what I sell and any money I make using this account.

4. Due to limited finances, I will be representing myself pro se

I declare that the information provided by me above, is true and correct.

Upon requesting detailed evidence from the plaintiff's attorney, it has been extremely difficult to get any sort of understanding of the complaint specific to Esmeonplumisland. The evidence

received is simply a collection of screen shots. No actual purchase has been made by Plaintiff **(EXHIBIT 1).**

Due process typically requires that each online defendant intentionally direct their actions into the forum jurisdiction, and that "intent" standard requires defendant-specific fact. The complaint is very much a copy and paste of hundreds of other similar cases, where maybe a keyword has been searched and all results gathered in to one single complaint.

There is no evidence of any suit-related contacts between Esmeonplumisland and anyone in Florida. See Rubik's Brand, 2021 WL 825668, at *3–4 (distinguishing Hemi where the defendant "display[ed] products online that are shippable to Illinois" but "made no sales to Illinois residents").

Esmeonplumisland displayed the product online but there is no evidence it targeted persons in Florida, or that anyone in Florida ever viewed them. When I checked the IP addresses shown in the evidence it showed that this information was gathered from West Virgina rather than Florida. **(EXHIBIT 2).**

A plaintiff cannot establish personal jurisdiction "simply by showing that the defendant maintained a website accessible to residents of the forum state and alleging that the defendant caused harm through that website. See Rubik's case No. 20-cv-5338 where it was proven.
For the reasons explained above, this is insufficient to support personal jurisdiction. Plaintiff simply wants money to settle, despite my arguments.
Plaintiff has also included Esmeonplumisland in a case based on conclusory allegations of connectivity. Plaintiff alleges that "one or more" trademarks and or copyrights are allegedly being infringed by various Defendants without any clear statement as to which Defendant infringes on

which mark(s). Even with the evidence provided it is unclear on specifics. Esmeonplumisland is not linked in any way to any of the defendants listed in the schedule A and therefore this method of lawsuit is totalling undermining the courts judicial economy. Essentially being on a marketplace should not be a reason to link defendants, and using a word from the dictionary should also not be a reason to link defendants.

Based on these points Esmeonplumisland requested Plaintiff to dismiss with Prejudice. The plaintiff just keeps asking for money denying the arguments.

Therefore, Esmeonplumisland provides answers to the court as follows specific to the 5 counts detailed in the complaint:

## COUNT I -- TRADEMARK COUNTERFEITING AND INFRINGEMENT PURSUANT TO § 32 OF THE LANHAM ACT (15 U.S.C. § 1114)

### COUNT I – all allegations for paragraphs 50-56 are DENIED

- Esmeonplumisland hereby adopts and re-alleges the non-count specific paragraphs detailed above
- The product listing does not bear any of Plaintiffs marks, either counterfeit or genuine
- Esmeonplumisland is not in direct competition with the plaintiff
- There is no possible confusion likely to be caused among the general purchasing public. The plaintiff has not provided evidence of how any potential confusion would arise from the item. The trademark is different to a variety of different smiling expressions and demonstrates how different a smiley face can look.

- The plaintiff would not have had any monetary loss from this product. It is not their product and does not include any trademarks. There were zero sales in Florida and in the entire US, and the plaintiff has not provided any evidence to counter this.

## COUNT II -- FALSE DESIGNATION OF ORIGIN PURSUANT TO § 43(A) OF THE LANHAM ACT (15 U.S.C. §1125(A))

### COUNT II – all allegations for paragraphs 57-64 are DENIED

- **Esmeonplumisland** hereby adopts and re-alleges the non-count specific paragraphs detailed above
- The product is not widely advertised throughout the US and is not counterfeit. It bears none of Plaintiffs Trademarks.
- There is no possible confusion because the product description does not imply the plaintiff as the origin and does not have any of the plaintiff's marks.
- The item has been removed from sale, so there is no chance of future confusion and harm despite it not infringing
- The screenshot simply shows the website was accessible by the evidence gatherers in **West Virginia and not Florida**. There is no evidence the product was in any way targeted at or directed to the Florida market as a website can simply be accessed anywhere in the world no matter whether the products are available for purchase there or not **(EXHIBIT 2).**
- The item is not counterfeit. Plaintiff cannot comment on any level of quality based on a screen shot. Having checked sales records, there are no sales made to the US. Exhibit 3

shows UK postcodes, Esmeonplumisland cannot display full addresses due to UK GDPR data protection laws. The plaintiff did not complete a purchase. **(EXHIBIT 3)**

- The product is not identical to Plaintiffs and Esmeonplumisland has not found any similar product from the Plaintiff.

## COUNT III -- COMMON LAW UNFAIR COMPETITION

### COUNT III – all allegations for paragraphs 65-69 are DENIED

- Esmeonplumisland hereby adopts and re-alleges the non-count specific paragraphs detailed above
- Esmeonplumisland is not in competition and has never heard of Plaintiff until being brought into this case
- There is no possible confusion likely. The description does not imply anywhere that it is from the plaintiff's business. The general purchasing public would see a noun describing the product in the title
- The plaintiff has not had any monetary loss from the product as it is not infringing and there have been no sales.
- There is no evidence of widely advertising in the United States. It simply shows the website was accessible by the evidence gathers. There is no evidence the product was in any way targeted at or directed to the Florida market

## COUNT IV - COMMON LAW TRADEMARK INFRINGEMENT

### COUNT IV – all allegations for paragraphs 70-74 are DENIED

- Esmeonplumisland hereby adopts and re-alleges the non-count specific paragraphs detailed above
- The product listing does not bear any counterfeit marks. It is not counterfeit.
- There is no trademark on the listing image or in the description
- There is no possible confusion likely to be caused and the item is not counterfeit, is not the Plaintiffs product and does no bear any of Plaintiff's marks.

The word "smiley" is in many dictionaries and has been in use since the 1840's. For example, the current online definition when typed in Google comes from Oxford languages, a world leading dictionary publisher. It defines smiley in 2 ways;

1. as an adjective "smiling; cheerful." With an example of use "he drew a smiley face".
2. as a noun "a symbol representing a smiling face that is used in written communication to indicate that the writer is pleased or joking"

Vendors, including Esmeonplumisland , invoke this dictionary meaning frequently to describe their products that display a smiley face. Because the plaintiff has trademark registrations for the dictionary word "smiley," it claims vendors are engaging in "counterfeiting" in those circumstances. The word "smiley" in this product is not to identify the source of the product. Instead, it is clearly using the term "smiley" for its dictionary meaning to describe the graphic displayed on the product. This reference is not "counterfeiting" of the plaintiff mark; it is vendors and consumers talking to each other using a word in the dictionary.

## COUNT V -- INFRINGEMENT OF COPYRIGHT

### all allegations for paragraphs 75-83 are DENIED

- Esmeonplumisland have not infringed upon any of Plaintiffs copyrights
- Esmeonplumisland has never heard of the Plaintiff or seen their products in order to commit infringement
- Authorisaztion from Plaintiff is not required as it is not their product and is not infringing in their registered copyrights.
- There has been no wilful infringement
- The plaintiff has not had any monetary loss from this listing as there is no infringement

## AFFIRMATIVE DEFENCES

Defendants asserts the following affirmative defences without assuming the burden of proof on such defences that would otherwise rest on Plaintiffs.

### AS AND FOR A FIRST AFFIRMATIVE DEFENCE: failure to state a cause of action

Plaintiff's Complaint fails to state a claim upon which relief can be granted. Answering Defendant has only made sales of genuine products.

### AS AND FOR A SECOND AFFIRMATIVE DEFENCE: non-infringement

Answering Defendants have not infringed any applicable trademark under federal or state law.

### AS AND FOR A THIRD AFFIRMATIVE DEFENCE: no wilfulness

Without admitting any infringement, Answering Defendants have not wilfully infringed on any trademarks-in-suit.

**AS AND FOR A FORTH AFFIRMATIVE DEFENCE: innocent infringement**

The claims made in the Complaint are barred, in whole or in part, because any infringement, if any, were innocent

**AS AND FOR A FIFTH AFFIRMATIVE DEFENCE: no causation**

Plaintiff's claims against Answering Defendants are barred because Plaintiff's damages, if any, were not caused by Answering Defendants.

**AS AND FOR A SIXTH AFFIRMATIVE DEFENCE: no damage**

Without admitting that the Complaint states a claim, there has been no damage in any amount, manner, or at all by reason of any act alleged against Answering Defendants in the Complaint, and the relief prayed for in the Complaint therefore cannot be granted.

**AS AND FOR A SEVENTH AFFIRMATIVE DEFENCE: lack of irreparable harm**

Plaintiff's claims for injunctive relief are barred because Plaintiff cannot show it will suffer any irreparable harm from answering Defendant's alleged actions

**AS AND FOR AN EIGHTH AFFIRMATIVE DEFENCE: no exceptional case**

Answering Defendant's actions in defending this case do not give rise to an exceptional case under Section 35 of the Lanham Act, 15 U.S.C. § 1117, or other applicable laws

**AS AND FOR A NINTH AFFIRMATIVE DEFENCE: reservation of rights**

Answering Defendant reserves the right to amend these separate affirmative defences and counterclaims upon the completion of appropriate investigation and discovery.

**Final Remark from Esmeonplumisland**

Please refer to the Declaration of Dean Eric Goldman, Emoji Co. GmbH v. the Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, No. 21-cv-1739 (N.D. Ill. filed Aug. 1, 2021).

He argued a case for IP "trolling".

Esmeonplumisland believes this lawsuit involves intellectual property "trolling." As defined by Dean Eric Goldman in his declaration on the above case.

Dean Eric Goldman states the following as a key indicator of the IP trolls:

- Suing a high volume of defendants in a short period of time.
- Naming many defendants in a single complaint to save filing fees.
- Recycling generic complaints to reduce upfront costs.
- Voluntarily dismissing many defendants.
- Taking advantage of defendants' vulnerability to increase the defendants' motivation to settle quickly.
- Over claiming rights to an asset that marginally qualifies for IP protection or does not qualify for IP protection at all.

It is known there is at least 1 other smiley cases that has been filed recently, with a large number of cases filed in the summer. A large number of defendants have been dismissed and cases closed.

The almost immediate request for money affects the defendants, along with the restriction on accounts. They are seemingly given little to no choice but to pay off the attorney. The amount being requested amounts to a similar amount that would be required to pay for a US attorney.

I, Esme Dodsworth, the defendant Esmeonplumisland, hereby respectfully prays for an order to be entered:

1. Dismissing each of the claims, and relief requested, in Plaintiff's Complaint in its entirety
2. Granting Esmeonplumisland costs and expenses incurred defending this matter; and
3. Granting Esmeonplumisland all other appropriate relief

Alternatively, if the court considers it unnecessary to dismiss plaintiff's complaint, Esmeonplumisland hereby respectfully requests the court to withdraw the injunction order and/or enter a judgement.

DATED 11-16-2023                                        Respectfully submitted,

/s/ Enter your name

*E Doder*

Defendant 176

Esme Dodworth

Esmeonplumisland

ECDodsworth@gmail.com

8, Anthony Crescent, Louth,

Lincolnshire, LN11 0AY, United Kingdom

pro se litigant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of Esmeonplumisland's Answer and Affirmative Defences to the complaint was served upon each party on this 16th day of November. The original signed hardcopy has been posted to Judge RODOLFO A. RUIZ II, Wilkie D. Ferguson, Jr. United States Courthouse, 400 N. Miami Avenue

Courtroom 11-2, Miami, FL 33128

A pdf copy caused to be sent by email to:

**Attorneys for Plaintiff**

Javier Sobrado, Esq - jsobrado@brickellip.com

The Brickell IP Group, PLLC

Javier Sobrado (Fla. Bar No. 44992)

# Exhibit 1



# Evidence Collection Report

**Page Title**
Checkout | eBay

**URL**
https://pay.ebay.com/rxo

**Collection Date**
Tue, 08 Aug 2023 07:05:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2a0d:5600:6:79::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
BDCA2cl1qcSTqDdWkKlFYiNEickWhf74KJjwxz9VLjDHu6YdF7H9NxwmDVHfmmZjMB8ifSGKXe3p24hfCmXGWquxN3HwKaG5bfODaC/RZc/ctMu9vgYdpLY+tdw11OzdvARdfNRGv26PYRTbY9apTtng7BEeGms2AoZZt8zH5Ma7OneE4ldvzJQC8UDs3Qrt2QfwWrp1/+VXD1X0tTbx8DO4PhAAU2SxoeQl01skAqNpUwTcjXfBetHjgD1xMFtrXTieJXirw5Ll/Zdk3xtoZUtkgroPx911PVNrf8oxS2HXnO8l9sRbmwjoN2LLidbg30H+y3H/kklWlcXlOMKdvA==

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_[https[s][fe][fe]pay.ebay.com[fs]rxo]_Tue,-08-Aug-2023-07-05-27-GMT.mhtml

**Hash (SHA256)**
5c8d04f0a839b41b4504d9ce91044c8891266b564066f4e451984d6a977fb38d

**Signature (PKCS#1v1.5)**
hZwP3Vb9+EUzjJhFGTGSaTYs518XmMfhxGsnz55WlSo3xTcPEB8YD3sJ040FZGyfQZf039Ac91GY2rqjLz6GSEAZgrZjTiMe5vLcjNEHtfztucbT+rCkjo3YhQgCaqiXgumxaxc+Lyb0bOHuMaW3QsdMOsfwr2Kgy/Nn0mbfkXEkWCKETfJAZ6/iDqyVs88tmbmbSuwbdTkFwo2NyS4PU8V+LC4S36TBAvkLQon/v6UAf3X55LlAxs0J639PrW9TyWhU5xMoRarTHdlh42kgg51PojjGhvgpqVajHy64UQNb3zS3SflddLsEOmb3YHKdRuLCuMi5+zKABrvbEY4g==

---

## eBay Checkout

How do you like our checkout? Give us feedback

**Pay with**

Add new card
VISA [cards]

PayPal

PayPal CREDIT

G Pay — Google Pay

**Ship to**

307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States

Change

**Review item and shipping**

Seller esmeonplumi... Message to seller

Plastic Bead Beaded Acid Smiley Face Rave Raver Earrings Handmade Rainbow Round
GBP 3.99

Quantity
1

**Delivery**
Est. delivery: Aug 14 – Aug 21
Royal Mail International Standard
GBP 6.00

**Gift cards, coupons, eBay Bucks**

Enter code:

| | |
|---|---|
| Subtotal (1 item) | GBP 3.99 |
| Shipping | GBP 6.00 |
| Tax* | GBP 0.70 |
| **Order total** | **GBP 10.69** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



# Exhibit 2

 

MY IP    IP LOOKUP    HIDE MY IP    VPNS ▼

**IP Details For: 2a0d:5600:6:79::5**

Expanded: 2a0d:5600:0006:0079:0000:0000:0000:0005

Hostname: 2a0d:5600:6:79::5
ASN: 9009
ISP: Webair Internet Development Company LLC
Services: VPN Server
Assignment: Likely Static IP
Country: United States
State/Region: West Virginia
City: Century
Latitude: 38.9910 (38° 59' 27.57" N)
Longitude: -80.2326 (80° 13' 57.27" W)

CLICK TO CHECK BLACKLIST STATUS

Latitude and Longitude are often near the center of population. These values are not precise enough to be used to identify a specific address, individual, or for legal purposes. IP data from                and

Hello Christopher. | Nectar | Daily Deals | Brand Outlet | Help & Contact | 20% off with code SAVENOW | Sell | Watch List | My eBay

**ebay** | Shop by category | Search for anything | All Categories | Search | Advanced

## Seller Hub

esmeonplumisland (1528 ★)

Messages (33)   Seller Help

Overview | **Orders** | Listings | Marketing | Shop | Performance | Payments | Research | Reports

**ORDERS**
- All orders
- Awaiting payment
- Awaiting dispatch
- Paid and dispatched
- Archived
- Cancellations
- Returns
- Requests and disputes
- Postage labels

**SETTINGS**
- Automate Feedback
- Returns preferences
- Learning resources

### Wrap up more sales with 50% off ad fees
Help drive more sales this peak season with Promoted Listings Advanced. Opt in and create your first campaign by 31 Dec to save up to £100. T&Cs apply.

Start today

### Manage all orders

Comments

Status: All orders ▾ | Period: This year ▾ | Search by: Item title ▾ | js Handmade Rainbow Round 🔍 | Reset

Results: 1-3 of 3

Print · Download report

ⓘ Some of the search, sort by and bulk order actions may not be available for orders older than 90 days.

Sort by: Date buyer paid ▾

| ☐ | Actions | Order details | | Quantity | Item subtotal | Order total | Date sold | Date buyer paid | Postcode | Engage buyer |
|---|---------|---------------|--|----------|---------------|-------------|-----------|-----------------|----------|--------------|
| ☐ | Dispatched 2 Aug   View order details ▾ | 11-10345-22602 | — topresh69 (1396) | 1 | £3.99 | £4.99 | 29 Jul 2023 at 11:15am BST | 29 Jul | LA14 5EZ | |
| | | Plastic Bead Beaded Acid Smiley Face Rave Raver Earrings Handmade Rainbow Round  314466621059 | | | | | | | | |
| ☐ | Dispatched 19 Jun   View order details ▾ | 24-10191-80566 | — lxrrhobeo_0 (95) | 1 | £3.99 | £4.99 | 16 Jun 2023 at 11:54pm BST | 16 Jun | BD6 3SL | |
| | | Plastic Bead Beaded Acid Smiley Face Rave Raver Earrings Handmade Rainbow Round  314466621059 | | | | | | | | |
| ☐ | Dispatched 22 Mar   View order details ▾ | 21-09838-40193 | — ha9435 (73) | 1 | £3.99 | £4.99 | 20 Mar 2023 at 11:22am GMT | 20 Mar | SA71 6QL | |
| | | Plastic Bead Beaded Acid Smiley Face Rave Raver Earrings Handmade Rainbow Round  314466621059 | | | | | | | | |

Items per page: 50 ▾

Copyright © 1995-2023 eBay Inc. All Rights Reserved. User Agreement, Privacy, Payments Terms of Use, Cookies and AdChoice ⓘ

# Exhibit 3

Judge Rodolfo A. Ruiz II
Wilkie D. Ferguson, Jr.
United States Courthouse
400 N. Miami Avenue
Courtroom 11-2
Miami
FL
33128
United States

Please do not bend

International Standard / Economy services

**CUSTOMS DECLARATION**    **CN 22**
Complete in BLOCK CAPITALS.    May be opened officially
Further guidance at royalmail.com/customs    Great Britain

| Sender's Name | E. Dodsworth |
|---|---|
| Sender's Address & Postcode | 8 Anthony Crescent<br>Louth<br>LN11 0AY |

| Contents<br>Tick all that apply | ☐ Gift<br>☑ Documents<br>☐ Sale of Goods | | ☐ Commercial Sample<br>☐ Returned Goods<br>☐ Other: | |
|---|---|---|---|---|
| Description of contents | | Quantity | Weight (kg) | Value (GBP) |
| Non Valued<br>Court documents | | 1 | 14g | — |
| Total | | 1 | 14g | — |

Commercial items only if known enter HS tariff no. & origin

If applicable, VAT reg number

I, the undersigned, whose name and address are given on the item, certify that the particulars given in this declaration are correct and that this item does not contain any dangerous article or articles prohibited by legislation or by postal or customs regulations.

| Sign & Date | [signature] 16/11/23 |
|---|---|

UG686486098GB
CN22B   (Jan 20)