UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:23-cv-23799-RAR

The Smiley Company SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

    Defendants.

_____/

FILED BY MC D.C.

NOV 27 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## DEFENDANT NO. 249

## OLDS--COOL'S ANSWER TO THE COMPLAINT

I, Lynn Delaney, declare and state as follows:

1. Olds--cool is the name of a store on Ebay and the defendant number 249 identified on the schedule A in this case.

2. I hereby certify that this is my marketplace selling page and it is just a tool to sell items

3. I am a private individual and I am personally responsible for what I do, what I sell and any money I make using this account.

4. Due to limited finances, I will be representing myself pro se

I declare that the information provided by me above, is true and correct.

Upon requesting detailed evidence from the plaintiff's attorney, it has been extremely difficult to get any sort of understanding of the complaint specific to Olds--cool. The evidence received is simply a collection of screen shots. No actual purchase has been made by Plaintiff **(EXHIBIT 1 and 3).**

Due process typically requires that each online defendant intentionally direct their actions into the forum jurisdiction, and that "intent" standard requires defendant-specific fact. The complaint is

very much a copy and paste of hundreds of other similar cases, where maybe a keyword has been searched and all results gathered in to one single complaint.

There is no evidence of any suit-related contacts between Olds--cool and anyone in Florida. See Rubik's Brand, 2021 WL 825668, at *3–4 (distinguishing Hemi where the defendant "display[ed] products online that are shippable to Illinois" but "made no sales to Illinois residents").

Olds--cool displayed the product online but there is no evidence it targeted persons in Florida, or that anyone in Florida ever viewed them. The IP addresses shown in the evidence show 2 different IP addresses, one to view the listing in Cyprus and one to start the purchase process in the Philippines **(EXHIBIT 2)**

A plaintiff cannot establish personal jurisdiction "simply by showing that the defendant maintained a website accessible to residents of the forum state and alleging that the defendant caused harm through that website. See Rubik's case No. 20-cv-5338 where it was proven.

For the reasons explained above, this is insufficient to support personal jurisdiction. Plaintiff simply wants money to settle, despite my arguments.

Plaintiff has also included Olds--cool in a case based on conclusory allegations of connectivity.

Plaintiff alleges that "one or more" trademarks and or copyrights are allegedly being infringed by various Defendants without any clear statement as to which Defendant infringes on which mark(s). Even with the evidence provided it is unclear on specifics. Olds--cool is not linked in any way to any other of the defendants listed in the schedule A and therefore this method of lawsuit is totalling undermining the courts judicial economy. Essentially being on a marketplace should not be a reason to link defendants, and using a word from the dictionary should also not be a reason to link defendants.

Based on these points Olds--cool requested Plaintiff to dismiss with Prejudice. The plaintiff just keeps asking for money denying the arguments.

Therefore, Olds--cool provides answers to the court as follows specific to the 5 counts detailed in the complaint:

## COUNT I -- TRADEMARK COUNTERFEITING AND INFRINGEMENT PURSUANT TO § 32 OF THE LANHAM ACT (15 U.S.C. § 1114)

### COUNT I – all allegations for paragraphs 50-56 are DENIED

- Olds--cool hereby adopts and re-alleges the non-count specific paragraphs detailed above
- The product listing does not bear any of Plaintiffs marks, either counterfeit or genuine
- Olds--cool is not in direct competition with the plaintiff
- There is no possible confusion likely to be caused among the general purchasing public. The plaintiff has not provided evidence of how any potential confusion would arise from the item. The trademark is different to a variety of different smiling expressions and demonstrates how different a smiley face can look.
- The plaintiff would not have had any monetary loss from this product. It is not their product and does not include any trademarks. There were zero sales in Florida and in the entire US, and the plaintiff has not provided any evidence to counter this.

## COUNT II -- FALSE DESIGNATION OF ORIGIN PURSUANT TO § 43(A) OF THE LANHAM ACT (15 U.S.C. §1125(A))

### COUNT II – all allegations for paragraphs 57-64 are DENIED

- Olds--cool hereby adopts and re-alleges the non-count specific paragraphs detailed above
- The product is not widely advertised throughout the US and is not counterfeit. It bears none of Plaintiffs Trademarks.

- There is no possible confusion because the product description does not imply the plaintiff as the origin and does not have any of the plaintiff's marks.

- The item has been removed from sale, so there is no chance of future confusion and harm despite it not infringing

- The screenshot simply shows the website was accessible by the evidence gathers in Cyprus and The Philippines. There is no evidence the product was in any way targeted at or directed to the Florida market as a website can simply be accessed anywhere in the world no matter whether the products are available for purchase there or not **(EXHIBIT 2).**

- The item is not counterfeit. Plaintiff cannot comment on any level of quality based on a screen shot. Having checked sales records, there are no sales made to the US. The plaintiff did not complete a sale. **(EXHIBIT 3)**

- The product is not identical to Plaintiffs and Olds--cool has not found any similar product from the Plaintiff.

## COUNT III -- COMMON LAW UNFAIR COMPETITION

## COUNT III – all allegations for paragraphs 65-69 are DENIED

- Olds--cool hereby adopts and re-alleges the non-count specific paragraphs detailed above.

- Olds--cool is not in competition and has never heard of Plaintiff until being brought into this case

- There is no possible confusion likely. The description does not imply anywhere that it is from the plaintiff's business. The general purchasing public would see a noun describing the product in the title .

- The plaintiff has not had any monetary loss from the product as it is not infringing and there have been no sales.

- There is no evidence of widely advertising in the United States. It simply shows the website was accessible by the evidence gathers. There is no evidence the product was in any way targeted at or directed to the Florida market.

## COUNT IV - COMMON LAW TRADEMARK INFRINGEMENT

**COUNT IV – all allegations for paragraphs 70-74 are DENIED**

- Olds--cool hereby adopts and re-alleges the non-count specific paragraphs detailed above
- The product listing does not bear any counterfeit marks. It is not counterfeit.
- There is no trademark on the listing image or in the description
- There is no possible confusion likely to be caused and the item is not counterfeit, is not the Plaintiffs product and does not bear any of Plaintiff's marks.

.

. The word "smiley" is in many dictionaries and has been in use since the 1840's. For example, the current online definition when typed in Google comes from Oxford languages, a world leading dictionary publisher. It defines smiley in 2 ways;

1. as an adjective "smiling; cheerful." With an example of use "he drew a smiley face".
2. as a noun "a symbol representing a smiling face that is used in written communication to indicate that the writer is pleased or joking"

Vendors, including Olds--cool, invoke this dictionary meaning frequently to describe their products that display a smiley face. Because the plaintiff has trademark registrations for the dictionary word "smiley," it claims vendors are engaging in "counterfeiting" in those circumstances. The word "smiley" in this product is not to identify the source of the product. Instead, it is clearly using the term "smiley" for its dictionary meaning to describe the graphic displayed on the product. This reference is not "counterfeiting" of the plaintiff mark; it is vendors and consumers talking to each other using a word in the dictionary.

## COUNT V -- INFRINGEMENT OF COPYRIGHT

**all allegations for paragraphs 75-83 are DENIED**

- Olds--cool has not infringed upon any of Plaintiffs copyrights
- Olds--cool has never heard of the Plaintiff or seen their products in order to commit infringement
- Authorisaztion from Plaintiff is not required as it is not their product and is not infringing in their registered copyrights.
- There has been no wilful infringement
- The plaintiff has not had any monetary loss from this listing as there is no infringement

## AFFIRMATIVE DEFENCES

Defendants asserts the following affirmative defences without assuming the burden of proof on such defences that would otherwise rest on Plaintiffs.

## AS AND FOR A FIRST AFFIRMATIVE DEFENCE: failure to state a cause of action

Plaintiff's Complaint fails to state a claim upon which relief can be granted. Answering Defendant has only made sales of genuine products.

## AS AND FOR A SECOND AFFIRMATIVE DEFENCE: non-infringement

Answering Defendants have not infringed any applicable trademark under federal or state law.

## AS AND FOR A THIRD AFFIRMATIVE DEFENCE: no wilfulness

Without admitting any infringement, Answering Defendants have not willfully infringed on any trademarks-in-suit.

### AS AND FOR A FORTH AFFIRMATIVE DEFENCE: innocent infringement

The claims made in the Complaint are barred, in whole or in part, because any infringement, if any, were innocent

### AS AND FOR A FIFTH AFFIRMATIVE DEFENCE: no causation

Plaintiff's claims against Answering Defendants are barred because Plaintiff's damages, if any, were not caused by Answering Defendants.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENCE: no damage

Without admitting that the Complaint states a claim, there has been no damage in any amount, manner, or at all by reason of any act alleged against Answering Defendants in the Complaint, and the relief prayed for in the Complaint therefore cannot be granted.

### AS AND FOR A SEVENTH AFFIRMATIVE DEFENCE: lack of irreparable harm

Plaintiff's claims for injunctive relief are barred because Plaintiff cannot show it will suffer any irreparable harm from answering Defendant's alleged actions

### AS AND FOR AN EIGHTH AFFIRMATIVE DEFENCE: no exceptional case

Answering Defendant's actions in defending this case do not give rise to an exceptional case under Section 35 of the Lanham Act, 15 U.S.C. § 1117, or other applicable laws

### AS AND FOR A NINTH AFFIRMATIVE DEFENCE: reservation of rights

Answering Defendant reserves the right to amend these separate affirmative defences and counterclaims upon the completion of appropriate investigation and discovery.

**Final Remark from Olds--cool**

Please refer to the Declaration of Dean Eric Goldman, Emoji Co. GmbH v. the Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, No. 21-cv-1739 (N.D. Ill. filed Aug. 1, 2021).

He argued a case for IP "trolling".

Olds--cool believes this lawsuit involves intellectual property "trolling." As defined by Dean Eric Goldman in his declaration on the above case.

Dean Eric Goldman states the following as a key indicator of the IP trolls:

- Suing a high volume of defendants in a short period of time.

- Naming many defendants in a single complaint to save filing fees.

- Recycling generic complaints to reduce upfront costs.

- Voluntarily dismissing many defendants.

- Taking advantage of defendants' vulnerability to increase the defendants' motivation to settle quickly.

- Over claiming rights to an asset that marginally qualifies for IP protection or does not qualify for IP protection at all.

It is known there is at least 1 other smiley cases that has been filed recently, with a large number of cases filed in the summer. A large number of defendants have been dismissed and cases closed. The almost immediate request for money affects the defendants, along with the restriction on accounts. They are seemingly given little to no choice but to pay off the attorney. The amount being requested amounts to a similar amount that would be required to pay for a US attorney.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of Olds--cool's Answer and Affirmative Defences to the complaint was served upon each party on this 21ST day of November . The original signed hardcopy has been posted to Judge RODOLFO A. RUIZ II, Wilkie D. Ferguson, Jr. United States Courthouse, 400 N. Miami Avenue

Courtroom 11-2, Miami, FL 33128


A pdf copy caused to be sent by email to:

**Attorneys for Plaintiff**

Javier Sobrado, Esq - jsobrado@brickellip.com

The Brickell IP Group, PLLC

Javier Sobrado (Fla. Bar No. 44992)

I, Lynn Delaney, the defendant Olds--cool , hereby respectfully prays for an order to be entered:

1. Dismissing each of the claims, and relief requested, in Plaintiff's Complaint in its entirety
2. Granting Olds--cool costs and expenses incurred defending this matter; and
3. Granting Olds--cool all other appropriate relief

Alternatively, if the court considers it unnecessary to dismiss plaintiff's complaint, Olds--cool hereby respectfully requests the court to withdraw the injunction order and/or enter a judgement.

DATED 21ˢᵗ November 2023                    Respectfully submitted,

                                            /s/ Lynn Delaney

                                            _____

                                            Defendant 249

                                            Olds--cool

                                            lynndelaney1975@aol.com

                                            pro se litigant

# Exhibit 1

Screen shot evidence of the product – provided by Plaintiff

The product is a fridge magnet. It can be described as follows. The text Raver for Life with symbols synonymous with the rave scene of the 90's à bucket hat and a smiley face.

IN THE UK THE SYMBOL HAS BEEN USED FOR DECADES AS PART OF THE RAVE SCENE. THERE IS NO TRADEMARK IN THIS IMAGE

THE ADDJECTIVE 'SMILEY' USED IN THE TITLE ALONG WITH THE WORD FACE IS DESCRIPTIVE

**RAVER FOR LIFE Square Fridge Magnet Smiley Face 90's Old Skool Rave Club Dance**

Condition: New

GBP 4.99

Buy It Now

Add to cart

Seller information

Breathe easy. Returns accepted.

Shipping: GBP 2.24 (approx US $9.09) Expedited Shipping to Germany via eBay's Global Shipping Program. See details

SHIPPING COUNTRY IS GERMANY, NOT US

Import charges: GBP 6.08

Delivery: Estimated between Fri, Sep 8 and Tue, Sep 12 ... international tracking

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, Apple Pay, VISA

Item specifics

New: A brand-new, unused, unopened, undamaged item ... Read more

Magnet

90's

Magnetic

Raver

BRAND NAME IS NOT SMILEY, THERE IS NO BRAND INFRINGEMENT

The Pixel Pixie

Smiley Face

Acrylic

United Kingdom

Clear

SMILEY FACE IS USED AS THE DESCRIPTION OF THE SYMBOL USED



# Exhibit 2

Screen shot evidence collection report – provided by Plaintiff

The IP addresses used by evidence collection agents, were in Cyprus and the Philippines when starting the checkout process and NOT in Florida

# Evidence Collection Report

**Page Title**

RAVER FOR LIFE Square Fridge Magnet Smiley Face 90's Old Skool Rave Club Dance | eBay

**URL**

https://www.ebay.com/itm/155513118588

**Collection Date**

Tue, 29 Aug 2023 06:09:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.112.42

THE IP ADDRESS TO COMMENCE THE CHECKOUT PROCESS WAS IN CYPRUS NOT FLORIDA

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ZnKY5m+slu+SL8/vF29xVZnVZYLNQVALw+0zb5QgfGoJ1/TbM7Q7P6xHDAj1V2V+Koffkg9xQTLFExhy18yNlsRcDt77rfNAfOSzVrEnAYU7/iRMXob+dxJJQclqTbGucvMfoLBK0LPV71zKEFNII/ITl8bd021L5VJno95On2Q-

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https]s][[fs][fs]www.ebay.com[fs]itm[fs]155513118588]]_Tue, 29 Aug 2023 06 09 00 GMT.pdf

**Hash (SHA256)**

e221baade0367316a2ac6c37076bfcee921325f970246db188a16ffc2ccda149

**Signature (PKCS#1v1.5)**

JEJwC3ZvFTIX/qoqXbwApFaJlt1sNPrS5nBQFjZqyJPGLVl+1Pf5wEPOrkZ3Q23rNY7/wyYHhOYoR+cwcaPH0HtWdk58bLNkt7MrZMgXh6nn8VhNPCJYj52s8+eUfQJ7odO/JWiq12DGROJISklb2lqkcY/kw+VRfVFiL1pd/H8-

IP Details For: 185.230.112.42

| | |
|---|---|
| Decimal: | 3118886954 |
| Hostname: | 185.230.112.42 |
| ASN: | 35432 |
| ISP: | Kernel Consultants Ltd |
| Services: | None detected |
| Assignment: | Likely Static IP |
| Country: | Cyprus |
| State/Region: | Ammochostos |
| City: | Paralimni |
| Latitude: | 35.0375 (35° 2′ 14.99″ N) |
| Longitude: | 33.9833 (33° 58′ 59.99″ E) |

CLICK TO CHECK BLACKLIST STATUS

Latitude and Longitude are often near the center of population. These values are not precise enough to be used to identify a specific address, individual, or for legal purposes. IP data from and



# Evidence Collection Report

**Page Title**
Checkout | eBay

**URL**
https://pay.ebay.com/rxo

**Collection Date**
Tue, 29 Aug 2023 08:20:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
112.206.74.192

THE SECOND IP ADDRESS IS IN THE PHILLIPINES AND NOT THE US

**Browser Information**
Mozilla/5.0 (Windows NT 10.0, Win64, x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HqrRjpSRTuun999tYjjg/sB8+xd27vgwk7P0K8JWO+GRKWhx1K2iCCV8X9TofSry4tR+ynMSI+85o6sxqpUF+YBsDfEt3R1t9l+R2ScDdCwq6kjDCP5ZCtkDJyKakVu+PNiM3VoaV9gzXy2DAwuuPM/XwnitAgL1IHZY4t1v2sH5+sRKY9NfgLCPgUz7gRf8E2TkrKFMDtxhvU60qEJ0hz02RBBWdCv2tj4ZAlgrTC+AsTQI9kDsCzbLkNueoaXiq5wIdKURu+4UDE0o6ucAT0WAgq5VJz7hnqn3lbFwYPPg

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https]s][[fs][ts]pay.ebay.com[fs]rxo]]_Tue, 29 Aug 2023 08 20 27 GMT.mhtml

**Hash (SHA256)**
d6411d0ea8712882cad7e683a697973a3f0b12753f0654c0929912a33d1f9541

**Signature (PKCS#1v1.5)**
OHsILWzhHj2Is7M4ERuSxpJ6WF9GrYd53MWzJB3GLCyM9w8IrrONanZfdiOuxyh3RDhVRd/H9nzVURWnzrPXMCITxsMN6T8zTDAWZMIYLhxS+YcK3+oPL2GdcU80sC7PQbd2dDrg7Pd0cHYrYtisePI PZU5Y5QI4RUFsStXSyTBE0tbIVj/OjbhALECxkFGH1jdNyE/kLKDa3Cqds)04U/eaM1HNssDc50OatKMm0bI+jS3Bs7gBig/xAw9a1EoW8WzK3v6MRPd9tTxC0Ox0FGNSAfjhyrwzyw



IP Details For: 112.206.74.192

| | |
|---|---|
| Decimal: | 1892567744 |
| Hostname: | 112.206.74.192.pldt.net |
| ASN: | 9299 |
| ISP: | Philippine Long Distance Telephone Company |
| Services: | None detected |
| Assignment: | Likely Static IP |
| Country: | Philippines |
| State/Region: | Zambales |
| City: | Masinloc |
| Latitude: | 15.5363 (15° 32' 10.68" N) |
| Longitude: | 119.9502 (119° 57' 0.73" E) |

CLICK TO CHECK BLACKLIST STATUS

# Exhibit 3

Screen shot evidence collection report – provided by Plaintiff

The IP address used by the evidence collection agent was The Philippines and they did not complete a purchase.

**Pay with**

Add new card

VISA

PayPal

Pay CREDIT

Pay Google Pay

**Ship to**

[redacted]
307 NE 1st St Flt 6
Miami FL 33132-2506
United States
[redacted]

**Currency**

USD

**Review item and shipping**

RAVER FOR LIFE Square Fridge Magnet Smiley Face 90s Old Skool Rave Club Dance

**GBP 4.99**

**Delivery**
Est. delivery: Sep 15 – Sep 20
International Priority Shipping
**GBP 14.00**

| | |
|---|---|
| Subtotal (1 item) | GBP 4.99 |
| Shipping | GBP 14.00 |
| Tax* | GBP 1.03 |
| **Order total** | GBP 20.02 |
| **Order total in USD** | **$26.72** |

You agree to the Global Shipping Program

*We're required by law to collect sales tax and applicable fees for certain tax authorities.

**THERE IS NO EVIDENCE A PURCHASE COULD HAVE BEEN COMPLETED AS THE CONFIRM AND PAY ICON IS GREY WITH A PADLOCK AND THEREFORE DOES NOT SHOW AN ORDER WOULD HAVE BEEN FULFILLED**

**Confirm and pay**

eb



**Please do not bend**

```
FILED BY_____D.C.
NOV 27 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI
```

```
LYNN DELANEY                1 KG              1 OF 1
07864841628
LYNN DELANEY                SHP#: AB06 219S 7FS
2 WHITTAM ROAD              SHP WT: 1 KG
CHORLEY  PR73LJ             DATE: 21 NOV 2023
UNITED KINGDOM              DWT: 32,25,1

SHIP TO:
   JUDGE RODOLFO A. RUIZ II
   13055235100
   WILKIE D. FERGUSON
   400 N. MIAMI AVENUE, COURTROOM 11-2
   JR. UNITED STATES COURTHOUSE,
   MIAMI FL 33128
   UNITED STATES
```




FL 330 6-03

**UPS SAVER**                                 **1P**
TRACKING #: 1Z AB0 621 04 2163 4277



BILLING: P/P                              **EDI-IDIS**
DESC: Court Documents



Reference No.1: P2G119314444