UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:23-cv-23799-RAR

The Smiley Company SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A,"

    Defendants.

_____/

FILED BY  MC  D.C.

NOV 27 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## DEFENDANT NO. 122

## All_that_glitterrz'S ANSWER TO THE COMPLAINT

I, Martyn Ian Smith, declare and state as follows:

1. **All_that_glitterrz** is the name of a store on **eBay** and the defendant number **122** identified on the schedule A in this case.

2. I hereby certify that this is my marketplace selling page and it is just a tool to sell items

3. I am a private individual and I am personally responsible for what I do, what I sell and any money I make using this account.

4. Due to limited finances, I will be representing myself pro se

I declare that the information provided by me above, is true and correct.

Upon requesting detailed evidence from the plaintiff's attorney, it has been extremely difficult to get any sort of understanding of the complaint specific to All_that_glitterrz. The evidence received

is simply a collection of screen shots. No actual purchase has been made by Plaintiff **(EXHIBIT 1)**.

Due process typically requires that each online defendant intentionally direct their actions into the forum jurisdiction, and that "intent" standard requires defendant-specific fact. The complaint is very much a copy and paste of hundreds of other similar cases, where maybe a keyword has been searched and all results gathered in to one single complaint.

There is no evidence of any suit-related contacts between All_that_glitterrz and anyone in Florida. See Rubik's Brand, 2021 WL 825668, at *3–4 (distinguishing Hemi where the defendant "display[ed] products online that are shippable to Illinois" but "made no sales to Illinois residents"). All_that_glitterrz displayed the product online but there is no evidence it targeted persons in Florida, or that anyone in Florida ever viewed them. The IP addresses shown in the evidence show 2001:4450:491d:2d00:69bf:7906:a752:afb0 (Philippines) and 125.220.112.42 (China) **(EXHIBIT 2)**.

A plaintiff cannot establish personal jurisdiction "simply by showing that the defendant maintained a website accessible to residents of the forum state and alleging that the defendant caused harm through that website. See Rubik's case No. 20-cv-5338 where it was proven.

For the reasons explained above, this is insufficient to support personal jurisdiction. Plaintiff simply wants money to settle, despite my arguments. Plaintiff has also included All_that_glitterrz in a case based on conclusory allegations of connectivity. Plaintiff alleges that "one or more" trademarks and or copyrights are allegedly being infringed by various Defendants without any clear statement as to which Defendant infringes on which mark(s). Even with the evidence provided it is unclear on specifics. All_that_glitterrz is not

linked in any way to any of the defendants listed in the schedule A and therefore this method of lawsuit is totalling undermining the courts judicial economy. Essentially being on a marketplace should not be a reason to link defendants, and using a word from the dictionary should also not be a reason to link defendants. Based on these points All_that_glitterrz requested Plaintiff to dismiss with Prejudice. The plaintiff just keeps asking for money denying the arguments.

Therefore, All_that_glitterrz provides answers to the court as follows specific to the 5 counts detailed in the complaint:

## COUNT I – TRADEMARK COUNTERFEITING AND INFRINGEMENT PURSUANT TO § 32 OF THE LANHAM ACT (15 U.S.C. § 1114)

### COUNT I – all allegations for paragraphs 50-56 are DENIED

- All_that_glitterrz hereby adopts and re-alleges the non-count specific paragraphs detailed above
- The product listing does not bear any of Plaintiffs marks, either counterfeit or genuine
- All_that_glitterrz is not in direct competition with the plaintiff
- There is no possible confusion likely to be caused among the general purchasing public. The plaintiff has not provided evidence of how any potential confusion would arise from the item. The trademark is different to a variety of different smiling expressions and demonstrates how different a smiley face can look.
- The plaintiff would not have had any monetary loss from this product. It is not their product and does not include any trademarks. There were zero sales in Florida and in the entire US, and the plaintiff has not provided any evidence to counter this.

## COUNT II -- FALSE DESIGNATION OF ORIGIN PURSUANT TO § 43(A) OF THE LANHAM ACT (15 U.S.C. §1125(A))

## COUNT II – all allegations for paragraphs 57-64 are DENIED

- All_that_glitterrz hereby adopts and re-alleges the non-count specific paragraphs detailed above
- The product is not widely advertised throughout the US and is not counterfeit. It bears none of Plaintiffs Trademarks.
- There is no possible confusion because the product description does not imply the plaintiff as the origin and does not have any of the plaintiff's marks.
- The item has been removed from sale, so there is no chance of future confusion and harm despite it not infringing
- The screenshot simply shows the website was accessible by the evidence gathers in Philippines and China. There is no evidence the product was in any way targeted at or directed to the Florida market as a website can simply be accessed anywhere in the world no matter whether the products are available for purchase there or not **(EXHIBIT 2)**.
- The item is not counterfeit. Plaintiff cannot comment on any level of quality based on a screen shot. Having checked sales records, there are no sales made to the US. The plaintiff did not complete a sale. **(EXHIBIT 3)**
- The product is not identical to Plaintiffs and All_that_glitterrz has not found any similar product from the Plaintiff.

## COUNT III -- COMMON LAW UNFAIR COMPETITION

### COUNT III – all allegations for paragraphs 65-69 are DENIED

- All_that_glitterrz hereby adopts and re-alleges the non-count specific paragraphs detailed above
- All_that_glitterrz is not in competition and has never heard of Plaintiff until being brought into this case
- There is no possible confusion likely. The description does not imply anywhere that it is from the plaintiff's business. The general purchasing public would see a noun describing the product in the title
- The plaintiff has not had any monetary loss from the product as it is not infringing and there have been no sales.
- There is no evidence of widely advertising in the United States. It simply shows the website was accessible by the evidence gathers. There is no evidence the product was in any way targeted at or directed to the Florida market

## COUNT IV - COMMON LAW TRADEMARK INFRINGEMENT

### COUNT IV – all allegations for paragraphs 70-74 are DENIED

- All_that_glitterrz hereby adopts and re-alleges the non-count specific paragraphs detailed above
- The product listing does not bear any counterfeit marks. It is not counterfeit.
- There is no trademark on the listing image or in the description

- There is no possible confusion likely to be caused and the item is not counterfeit, is not the Plaintiffs product and does no bear any of Plaintiff's marks.

The word "smiley" is in many dictionaries and has been in use since the 1840's. For example, the current online definition when typed in Google comes from Oxford languages, a world leading dictionary publisher. It defines smiley in 2 ways;

1. as an adjective "smiling; cheerful." With an example of use "he drew a smiley face".
2. as a noun "a symbol representing a smiling face that is used in written communication to indicate that the writer is pleased or joking"

Vendors, including All_that_glitterrz, invoke this dictionary meaning frequently to describe their products that display a smiley face. Because the plaintiff has trademark registrations for the dictionary word "smiley," it claims vendors are engaging in "counterfeiting" in those circumstances. The word "smiley" in this product is not to identify the source of the product. Instead, it is clearly using the term "smiley" for its dictionary meaning to describe the graphic displayed on the product. This reference is not "counterfeiting" of the plaintiff mark; it is vendors and consumers talking to each other using a word in the dictionary.

## COUNT V -- INFRINGEMENT OF COPYRIGHT

**all allegations for paragraphs 75-83 are DENIED**

- All_that_glitterrz have not infringed upon any of Plaintiffs copyrights
- All_that_glitterrz has never heard of the Plaintiff or seen their products in order to commit infringement

- Authorisaztion from Plaintiff is not required as it is not their product and is not infringing in their registered copyrights.
- There has been no wilful infringement
- The plaintiff has not had any monetary loss from this listing as there is no infringement

## AFFIRMATIVE DEFENCES

Defendants asserts the following affirmative defences without assuming the burden of proof on such defences that would otherwise rest on Plaintiffs.

### AS AND FOR A FIRST AFFIRMATIVE DEFENCE: failure to state a cause of action

Plaintiff's Complaint fails to state a claim upon which relief can be granted. Answering Defendant has only made sales of genuine products.

### AS AND FOR A SECOND AFFIRMATIVE DEFENCE: non-infringement

Answering Defendants have not infringed any applicable trademark under federal or state law.

### AS AND FOR A THIRD AFFIRMATIVE DEFENCE: no wilfulness

Without admitting any infringement, Answering Defendants have not wilfully infringed on any trademarks-in-suit.

### AS AND FOR A FORTH AFFIRMATIVE DEFENCE: innocent infringement

The claims made in the Complaint are barred, in whole or in part, because any infringement, if any, were innocent

### AS AND FOR A FIFTH AFFIRMATIVE DEFENCE: no causation

Plaintiff's claims against Answering Defendants are barred because Plaintiff's damages, if any, were not caused by Answering Defendants.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENCE: no damage

Without admitting that the Complaint states a claim, there has been no damage in any amount, manner, or at all by reason of any act alleged against Answering Defendants in the Complaint, and the relief prayed for in the Complaint therefore cannot be granted.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENCE: lack of irreparable harm

Plaintiff's claims for injunctive relief are barred because Plaintiff cannot show it will suffer any irreparable harm from answering Defendant's alleged actions

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENCE: no exceptional case

Answering Defendant's actions in defending this case do not give rise to an exceptional case under Section 35 of the Lanham Act, 15 U.S.C. § 1117, or other applicable laws

## AS AND FOR A NINTH AFFIRMATIVE DEFENCE: reservation of rights

Answering Defendant reserves the right to amend these separate affirmative defences and counterclaims upon the completion of appropriate investigation and discovery.

**Final Remark from** All_that_glitterrz

Please refer to the Declaration of Dean Eric Goldman, Emoji Co. GmbH v. the Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, No. 21-cv-1739 (N.D. Ill. filed Aug. 1, 2021).

He argued a case for IP "trolling".

All_that_glitterrz believes this lawsuit involves intellectual property "trolling." As defined by Dean Eric Goldman in his declaration on the above case.

Dean Eric Goldman states the following as a key indicator of the IP trolls:

- Suing a high volume of defendants in a short period of time.
- Naming many defendants in a single complaint to save filing fees.
- Recycling generic complaints to reduce upfront costs.
- Voluntarily dismissing many defendants.
- Taking advantage of defendants' vulnerability to increase the defendants' motivation to settle quickly.
- Over claiming rights to an asset that marginally qualifies for IP protection or does not qualify for IP protection at all.

It is known there is at least 1 other smiley cases that has been filed recently, with a large number of cases filed in the summer. A large number of defendants have been dismissed and cases closed. The almost immediate request for money affects the defendants, along with the restriction on accounts. They are seemingly given little to no choice but to pay off the attorney. The amount being requested amounts to a similar amount that would be required to pay for a US attorney.

I, Martyn Ian Smith, the defendant All_that_glitterrz, hereby respectfully prays for an order to be entered:

1. Dismissing each of the claims, and relief requested, in Plaintiff's Complaint in its entirety
2. Granting All_that_glitterrz costs and expenses incurred defending this matter; and
3. Granting All_that_glitterrz all other appropriate relief

Alternatively, if the court considers it unnecessary to dismiss plaintiff's complaint, All_that_glitterrz hereby respectfully requests the court to withdraw the injunction order and/or enter a judgement.

DATED 17/11/2023

Respectfully submitted,

/s/ Martyn Ian Smith

Defendant 122

All_that_glitterrz

Sbs.s@mail.com

pro se litigant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of All_that_glitterrz's Answer and Affirmative Defences to the complaint was served upon each party on this 17th day of November. The original signed hardcopy has been posted to Judge RODOLFO A. RUIZ II, Wilkie D. Ferguson, Jr. United States Courthouse, 400 N. Miami Avenue

Courtroom 11-2, Miami, FL 33128


A pdf copy caused to be sent by email to:
**Attorneys for Plaintiff**

Javier Sobrado, Esq - jsobrado@brickellip.com

The Brickell IP Group, PLLC

Javier Sobrado (Fla. Bar No. 44992)

# Exhibit 1



Daily Deals Brand Outlet Help & Contact

Sell Watchlist My eBay

All Categories Search

## People who viewed this item also viewed

Pretty, Dainty Shiny Silver Plated Star/Starfish Stud... $5.81

Pretty, Dainty Silver Plated Cross Stud Earrings: UK Seller $5.18

Pretty Silver Plated Dainty Outline Heart Stud Earrings: UK... $5.18

Pretty, Dainty Silver Plated Square with Pierced Circle Stu... $5.18

Pretty, Dainty Clear Crystal Silver Plated Stud Earrings: 3m... $3.79

Have one to sell? Sell now

**Pretty, Dainty Smiley Cut-out Silver Plated Circle Stud Earrings: UK Seller**

Condition: New without tags

Price: **GBP 3.89**

Buy It Now

Add to cart

Best Offer: Make offer

Shipping: GBP 7.21 Expedited Shipping to Germany via eBay's Global Shipping Program. See details

Import charges: Est. £3.87 Amount confirmed at checkout

Delivery: Estimated between Fri, Aug 25 and Mon, Aug 28 to 60323. Includes international tracking

Returns: Seller does not accept returns. See details

Payments: PayPal, Apple Pay, G Pay, VISA, Mastercard, AMEX

International shipping and import charges paid to Pitney Bowes Inc.

Shop with confidence

eBay Money Back Guarantee

Seller information

100% positive feedback

Save seller

Contact seller

See other items

# Exhibit 2

# Evidence Collection Report

**Page Title**
Checkout | eBay

**URL**
https://pay.ebay.com/rxo

**Collection Date**
Wed, 09 Aug 2023 14:32:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borje

**IP Address**
2001:4450:491d:2d00:69bf:7906:a752:afb0

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HL29X+od901870J3388q9M6QOJW8YqOY2BbdVV3YUAG+M5mzbcwr/1GPqT2TunZ8sBeFWxqkzKgOOUsOhSa1e/Fw//LdSI3NwKgFhToAUVyqVp0SS8HP0
+y94HbCRpubcn9VtafCg7w9Cee1LJ/73dSXMdVMAmqroZW59MLWZwxwdSzTp4r9hlyK0rBNPGXpX/WSXD8S6ICVRJhJypaaUqQpktp6aQ8/Fk1EA+HVQeXyFdn/fFwVwxL+xBHFPybhvuy7BKwOU6/lxnH7ec107D2NvRfCWMfB3R/vSAWfEu
+Omin1BrUsU1TVSpc81bTA9ssagcoUJFig59cV1Q==

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_[https[s][fs][fs]pay.ebay.com[s]rxo]_Wed-09-Aug-2023-14-32-15-GMT.mhtml

**Hash (SHA256)**
94b604b8f23b25b009b914a2f4f50f5318d5ab2fe10662a73ea10b7b63e97a0e

**Signature (PKCS#1v1.5)**
PCWTC2mHQ/2bu7EPqO888Nvyn+UTSMbXGpel9L3cwE+wb+qqePGns/uX0GZ3Ls0vOeVTKCqbg8OwhOY-FA13f6a9/D8VWgXfLGKO0NGrOz2MHXLugRPWKs8w2wxnUT0nwoK0kUGzQF7273Qx08439HLx43892chsACE+zieze/OvdId3OYnpzu+/9W4YwaVFYDrcUzm603baobTO
+URfBmbausqXl4a+DoYqk1KCX/jOamT6pL9/PUthysayKRoptnhE4TALie4fPDXqD48C6vFtuzWYOSQ6zE49qDaqkOo+9rQz2rLY8WPmqrwu,fzk9VRfVZCCz841Dz3OnK4fA==



IP Details For: 2001:4450:491d:2d00:69bf:7906:a752:afb0

Expanded:
2001:4450:491d:2d00:69bf:7906:a752:afb0

Hostname:
2001:4450:491d:2d00:69bf:7906:a752:afb0

ASN: 9299

ISP: Philippine Long Distance Telephone Company

Services: None detected

Assignment:

Country: Philippines

State/Region: National Capital Region

City: Makati

Latitude: 14.5503 (14° 33' 0.97" N)

Longitude: 121.0327 (121° 1' 57.69" E)

**CLICK TO CHECK BLACKLIST STATUS**

Latitude and Longitude are often near the center of population. These values are not precise enough to be used to identify a specific address, individual, or for legal purposes. IP data from        and

# Evidence Collection Report

**Page Title**
Pretty, Dainty Smiley Cut-out Silver Plated Circle Stud Earrings UK Seller | eBay

**URL**
https://www.ebay.com/itm/285384457487

**Collection Date**
Wed, 02 Aug 2023 06:53:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
185.230.112.42

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
O/KldBToibqH5kaUaL0goZVfAOMFyL5HLfNk4YkqC24Bcu39jCmsxvYxfRU6RRYYoQTeM680gAArPuNYMuFoqd3NFW6hoqvKfTVmN5kB4nOYcbiwRC1sVyWsMLMK+URJ5rp8Qn4+IoNtUfP07t0357/F/4m2-oO3kU4ZO5FBLY=

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[[https[s]][s]]www.ebay.com[s]item[s]285384457487]]_Wed-02-Aug-2023-06-53-18-GMT.pdf

**Hash (SHA256)**
f02439ece276cbb46ebd7295226c57ebb6be71a03ebec0c229f0273c3511bf6d

**Signature (PKCS#1v1.5)**
QrkrRvDdhLufbddmBkY3-4OoSyDzl9OQIKoqSxUW8h+fk71SRFKuR9o+Rsp3H+ulbfTmvnfsf2/hrjFawgoKaIMnEYf6L1ULNSKSxDR7e4K8edSxM8tL5xN3FR7/9S2HNL*5BcBAQpYsqGnlwPm3JN28XBTB6XsoRoVu9QN9Uzoe



IP Details For: 125.220.112.42

| | |
|---|---|
| Decimal: | 2111598634 |
| Hostname: | 125.220.112.42 |
| ASN: | 4538 |
| ISP: | China Education and Research Network |
| Services: | None detected |
| Assignment: | |
| Country: | China |
| State/Region: | Hubei |
| City: | Wuhan |
| Latitude: | 30.5833 (30° 34' 59.99" N) |
| Longitude: | 114.2669 (114° 16' 0.67" E) |

**CLICK TO CHECK BLACKLIST STATUS**

Latitude and Longitude are often near the center of population. These values are not precise enough to be used to identify a specific address, individual, or for legal purposes. IP data from         and

# Exhibit 3

 Checkout

**Pay with**

Add new card
VISA ●

PayPal

PayPal CREDIT

GPay Google Pay

**Ship to**

307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States

Change

**Review item and shipping**

Seller pa_that_g...    Message to seller

 Pretty Dainty Smiley Cut-out Silver Plated Circle Stud Earrings: UK Seller
**GBP 3.89**
Quantity 1

**Delivery**
Est. delivery Aug 25 – Aug 30
International Priority Shipping
**GBP 13.97**
Includes international tracking

**Import charges**
No additional import charges at delivery
**GBP 0.00**

How do you like our checkout? Give us feedback

| | |
|---|---|
| Subtotal (1 item) | GBP 3.89 |
| Shipping | GBP 13.97 |
| Tax* | GBP 1.25 |

**Order total**     **GBP 19.11**

You agree to the Global Shipping Program terms.

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

🔒 **Confirm and pay**

Select a payment option

eb MONEY BACK GUARANTEE
See details



