UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-23799

THE SMILEY COMPANY SPRL,

     Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

     Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned

counsel, Plaintiff hereby voluntarily dismisses *without* prejudice all claims against the following

Defendants:

WCRAZYE (Defendant No. 101 on Schedule "A" to the Complaint),

Date:   November 29, 2023          Respectfully submitted by,

                               **Javier Sobrado**
                               Javier Sobrado (Fla. Bar No. 44992)
                               Attorney Email address: jsobrado@brickellip.com
                               Arthur Robert Weaver (Fla. Bar no. 92132)
                               Attorney Email address: rweaver@brickellip.com
                               THE BRICKELL IP GROUP, PLLC
                               1101 Brickell Avenue, South Tower, Suite 800
                               Miami FL, 33131
                               Telephone: (305) 728-8831
                               *Attorneys for Plaintiff*