# Exhibit 1



# Exhibit 2

# Evidence Collection Report

**Page Title**
Smiley Face Cookie Pastry Biscuit Cutter Icing Fondant Baking Clay Kitchen Nice | eBay

**URL**
https://www.ebay.com/itm/264271601627

**Collection Date**
Mon, 07 Aug 2023 20:19:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2a0d:5600:6:79::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
RZU5+Od8y08WQOZaQRWjKrXu3SNbMPpKi/lOSqPuYI1dNK69WKihmxVq1pPvkbdZDopo+GYE58mECJqQRtsHplJLfWV6RTmsDL2PdKz2dQxf7uoY6/aAC/Tm7VtyaTwzAu09cr0gcFS2/hZR0hBftb/qmdGn9vbjJmDGE67tMLyY5q2yp6ERVWtlcR+SUNNEJSixefthi6dzTPyB
+FS3p9cwZvSnwYhgRJpjxRdHbSOsraW84ubd802L90BlT0qAh8RMywwa0bbfc9a1vfg5l0VDk+F2u9OdOrH6UCXBG8BL5H2WRtpezTjdacBoC/IhkRdCVPZZM5HCFfEzGrX9m+tA==

# File Signatures

**SCREEN CAPTURE**
**MHTML**

**File Name**
screencap_[https[s]]i[s][fs]www.ebay.com[fs]itm[fs]264271601627]]_Mon-07-Aug-2023-20-19-06-GMT.mhtml

**Hash (SHA256)**
2688cd4e1730b1ded91e25a2e9311d75a47755b90a701513ea51d232B2297B15

**Signature (PKCS#1v1.5)**
RPOZjWdi1yEspEZG1SVG/L65BmlbOrfs9N2yPKZoPy4mphk4StMi6hSrRdR1HYpz+jPwsuR7eteHaqrJF1pjhgV+vSTBzbXjG9hDeXGtQzUoLSinLhaPxP3EjURv+ljYRxY72A4dQRR9fuILROGEVy2XvkVsG8O2tVkqaREFLMbOvwXyNRiPTA
+ee7tdTt6SPCcgmo9Li2300vhRpvJmtakSg2qtOEH7NGa0p43h64KZ06RQJ3WUqztSae4TH1aYnOXg1u7+wvPbEZmcncVUkb00tSWh7rwdBnl4HWef+8zhsTrmbNu592Nejs+X6vhJ2xM/QYH7+iXGIVhET8w==



# Exhibit 3

 **Checkout**

How do you like our checkout? Give us feedback

## Pay with

Add new card
VISA

PayPal

PayPal CREDIT

G Pay Google Pay

## Ship to

307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States

Change

## Review item and shipping

Seller: handcraft3d | Message to seller

 Smiley Face Cookie Pastry Biscuit Cutter Icing Fondant Baking Clay Kitchen Nice
GBP 4.99

Quantity
1

**Delivery**
Est. delivery: Aug 25 – Aug 29
International Priority Shipping ⓘ
GBP 14.00
Includes international tracking

**Import charges** ⓘ
No additional import charges at delivery

| | |
|---|---|
| Subtotal (1 item) | GBP 4.99 |
| Shipping | GBP 14.00 |
| Tax | GBP 1.33 |
| **Order total** | **GBP 20.32** |

You agree to the Global Shipping Program terms.
We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Confirm and pay**

Select a payment option

 MONEY BACK GUARANTEE
See details