# Exhibit 1

*Please note the adjective 'Smiley' used in the title is descriptive.



Screen shot evidence of the product – provided by Plaintiff

# Exhibit 2

*Please note the IP address used by the evidence collection agents was in The Phillipines when starting checkout, NOT in Florida

