# Exhibit 1

Screen shot evidence of the product – provided by Plaintiff



The adjective "smiley" used in the title along with the word "face" is descriptive.

The smile is rounder and the eyes are bigger than the plaintiffs trademark. Tyre valve caps are not listed against the Smiley Face trademark.

Item specifics of the listing clearly show that the item was listed as "unbranded".

# Exhibit 2

Screen shot evidence collection report – provided by Plaintiff

The IP Address used by the evidence collection agents were in Cyprus when starting the checkout process and not in Florida.

# Evidence Collection Report

Page Title

4 X SILVER SMILEY FACE HEX TYRE VALVE DUST CAPS ALUMINIUM - NEW - UK STOCK | eBay

URL

https://www.ebay.com/itm/224664432816

Collection Date

Wed, 02 Aug 2023 06:33:14 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by

Chris Stavrou

IP Address

185.230.112.42

The IP Address to commence the search is based in Cyprus, not Florida.

Browser Information

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)

HWWEuGe42ns7fK/LkEkofUxgC+FCNaTVlXlPFJ/fPRPz2htVZ1Sq7A4gNyxWWBzjIU/NtOtJCmJzJhIMBjQLJSu5bJ9g4s8RtqGY+ELrgTSw/6OXGGvDmBhEoGtNMya1kbEZAfgalHZSo262fyuCq5r3HgDstTnQrLPRsSHES/s=

# File Signatures

SCREEN CAPTURE

PDF

File Name

screencap_[[https[s][fs][fs]www.ebay.com[fs]itm[fs]224664432816]]_Wed,-02-Aug-2023-06-33-14-GMT.pdf

Hash (SHA256)

a9b10fcd71c1da7ea4415571719775921d9b85a27501715cf8d45e3238bf2520

Signature (PKCS#1v1.5)

azVls7qMOjbtHEFpf3N3Hl4PAZ15JM58LyZLDytrFz+I5y5xkzNjQxVeqLgHt5QBuTnc1oeF/B5TQIR5scEj/eplgSa6vhJj4Kk3Ufp0hs71R2o9jAuytHIRldLyYD1hyRHsb2nDIZ6t4DuRynFsKrWA2gJN2/MVFTU2cRjtIBs=

IP Details For: 185.230.112.42

| | |
|---|---|
| Decimal: | 3118886954 |
| Hostname: | 185.230.112.42 |
| ASN: | 35432 |
| ISP: | Kernel Consultants Ltd |
| Services: | None detected |
| Assignment: | Likely Static IP |
| Country: | Cyprus |
| State/Region: | Ammochostos |
| City: | Paralimni |
| Latitude: | 35.0375 (35° 2′ 14.99″ N) |
| Longitude: | 33.9833 (33° 58′ 59.99″ E) |

CLICK TO CHECK BLACKLIST STATUS

Latitude and Longitude are often near the center of population. These values are not precise enough to be used to identify a specific address, individual, or for legal purposes. IP data from and .



# Evidence Collection Report

**Page Title**
Checkout | eBay

**URL**
https://pay.ebay.com/rxo

**Collection Date**
Wed, 09 Aug 2023 09:48:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4450:491d:2d00:69bf:7906:a752:afb0

> The IP Address to commence the checkout process is based in Philippines, not Florida.

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
UFlULV0rG3/d8vpgvu8uxfBAVcjcF1EqwkwPztRWmxzk2pK+q8A++GY8CQJar97Jkv2eTncwSRdROxi3wUrKAjrE08CCtUjR3iVEJRS1/AMudLhxEBdk1lYXuPPoEhbkG9tsRf6Am1Lo1gUBk9G3yXS9o7M8!eqRmjH95NsSgGB81zaZTi17L+B+id0/S8Q2qjWxLW3GkNNBxxdm8hvkePtTSMf8dMJhym5HSJ2jLre1IxwVRtR9VbwpQaJWACvRqxNBcM3/TfmvlSVctg8XzWoSmG3W04dklYi9GsusflWg917lm3vkGNRzolU00PdNaX8024FgXKMmPqdzaVemxAxJg==

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_[https[s]][s][fs][fs]pay.ebay.com[fs]/rxo]]_Wed,-09-Aug-2023-09-48-06-GMT.mhtml

**Hash (SHA256)**
f8c6d59f519dc6c7cad91661945eb7fb7f5c9468bcbe4fa99820bf414b145be

**Signature (PKCS#1v1.5)**
gnVg1wrOHUqsROv2WB+TC5BZoog6Y+X00xuXv56bSeTBTMpA5swsof2SQNwX6s2Ti9G/fd5uxqbtrcOppbpAbmwxPyVXvSF6AA/pNEdXyr6HxldP5mal/C7Q7dz5RfV/8xV2GcCc2/wG7OfeoDT45KvJn4wnKmj1eLaTkqj0kShycf;]06jIJ5tz8yv8MlbDo1ENNJXDFGjJtVRQyx+1n:+BNb/zdjRd08xSnDEGKK7bX2kJ4mCld3giSPzWAcj7/kzQ03X8DnGuvDOqNuUmW13L7mSh0kkETY3UKgEyPN0PmYDMfJdSVocUCq5jYaRpHqQ5MPBg==



IP Details For: 2001:4450:491d:2d00:69bf:7906:a752:afb0

Expanded:
2001:4450:491d:2d00:69bf:7906:a752:afb0
Hostname:
2001:4450:491d:2d00:69bf:7906:a752:afb0
ASN:            9299
ISP:            Philippine Long Distance Telephone Company
Services:       None detected
Assignment:     Likely Static IP
Country:        Philippines
State/Region:   National Capital Region
City:           Makati
Latitude:       14.5503 (14° 33′ 0.97″ N)
Longitude:      121.0327 (121° 1′ 57.69″ E)

CLICK TO CHECK BLACKLIST STATUS

Latitude and Longitude are often near the center of population. These values are not precise enough to be used to identify a specific address, individual, or for legal purposes. IP data from          and       .

# Exhibit 3

Screen shot evidence collection report – provided by Plaintiff

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

VISA

PayPal

PayPal CREDIT

G Pay Google Pay

**Ship to**

[redacted]

307 NE 1st St, Flt 6
Miami, FL 33132-2505
United States

[redacted]

Change

**Review item and shipping**

Seller eurolocos · Message to seller

4 X SILVER SMILEY FACE HEX TYRE VALVE DUST CAPS ALUMINIUM - NEW - UK STOCK

**GBP 7.24**

Quantity
1

**Delivery**
Est. delivery: Aug 17 – Aug 24
Royal Mail International Tracked
**GBP 12.50**

**Gift cards, coupons, eBay Bucks**

Enter code: | Apply

| | |
|---|---|
| Subtotal (1 item) | GBP 7.24 |
| Shipping | GBP 12.50 |
| Tax* | GBP 1.39 |
| **Order total** | **GBP 21.13** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Note the greyed out confirm and pay button. There is no evidence a purchase would have been completed once the card details had been entered and does not show therefore that an order would have been fulfilled once the checkout had been completed.

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice