# Exhibit 1



IP Address


# Exhibit 2

Daily Deals
Brand Outlet
Help & Contact
Sell
Watchlist
My eBay
ebay
Shop by category
Search for anything
Search
Share | Add to Watchlist
#Do The Vape Talk
Learn More
SMILEY FACE MDF Craft Blank Craft Shape Embellishment Varied Sizes and QTY
Condition: New
Pack size:
Size:
Quantity:
Price: GBP 1.52
Buy It Now
Add to cart
Add to watchlist
Shop with confidence
eBay Money Back Guarantee
Seller information
Contact seller

Screen shot evidence collection report – provided by Plaintiff

Who is "Jade!"

# Exhibit 3



No Payment made