# Exhibit 1



Screenshot evidence of the product – provided by Plaintiff

Hi Jade! Daily Deals Brand Outlet Help & Contact    Sell Watchlist My eBay

ebay Shop by category | Search for anything | Search | Advanced

Back to home page | Listed in category: Earrings    Share | Add to Watchlist

As indicated by the "show original title" option under the title, the English title displayed is a translation, not the original.

There is no trademark on the product or on the images

$ Have one to sell? Sell now

**Women's Screw Clasp Smiley Smiley Genuine Silver 925 Earrings -**
show original title

This word is a translation of the German word "Lächeln" which is a noun and means smile. It is interesting that the translator used "Smiley" to correspond to the word "Lächeln"

Condition: New without tags

Farbe: - Select -

Quantity: 1   2 available

Price: **EUR 13.99**
Approximately US $15.42

Add to cart

Add to watchlist

Breathe easy. Returns accepted.

People want this. 15 people are watching this.

Shipping: EUR 6.99 (approx US $7.71) Standard Shipping. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: München, Germany

Delivery: Estimated between Thu, Aug 10 and Wed, Aug 23 to 33132
Seller ships within 1 day after receiving cleared payment.
Please allow additional time if international delivery is subject to customs processing.

Returns: 1 month returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA Mastercard

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
kellys_auswahl (27518)
99.9% positive feedback

Save seller
Contact seller
Visit store
See other items

Registered as a Business Seller

13

# Exhibit 2

## Screenshot evidence of the product – provided by Plaintiff

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New without tags: A brand-new, unused, and unworn item (including handmade items) that is not in ... Read more | Feingehalt | **Brand: Unbranded** |
| Hauptstein | Ohne Stein | Marke | Markenlos |
| Metall | Sterlingsilber | Produktart | Ohrringe |
| Stil | Ohrstecker, Hängeohrring·Drop | Basismetall | Sterlingsilber |
| Verschluss | Schraubverschluss | Ohrbereich | Ohrläppchen |
| Geschlecht | Damen | | |

### Item description from the seller

**Ohrstecker mit Schraubverschluss** [Smiley] — *To describe a design, not used as a trademark*

**Metall:** Sterling Silber 925
**Verschluss:** Schraubverschluss
**Maße:** Smiley: 6,2 mm
           Kugel: 3 / 4 mm
           Stift: Durchmesser: 0,9 mm, Länge: 6,7 mm
**Gewicht:** 1,4 g

*The description is in German*

*The word "Smiley" and other two dictionary words "Kugel" (meaning "ball") and "Stift" (meaning "post") refer to different parts of an earring.*

Die Abbildungen sind meist zur besseren Darstellung stark vergrößert. Bitte beachten Sie die Maßangaben.

**Warnhinweis:** Schmuck ist nicht für Kinder unter drei Jahre geeignet, wegen verschluckbarer Kleinteile.

*Please note that in German all nouns are capitalized*

### Business seller information

Qing Wang
Qing Wang
Gräfelfinger Str. 114
81375 München
Germany

Phone: 016099761722
Email: kellysauswahl@t-online.de

Alternative Streitbeilegung: Die Europäische Kommission stellt eine Plattform für die außergerichtliche Online-Streitbeilegung (OS-Plattform) bereit, aufrufbar unter https://ec.europa.eu/consumers/odr/. Wir sind nicht verpflichtet, an Streitbeilegungsverfahren vor Verbraucherschlichtungsstellen teilzunehmen.

Value Added Tax Number: DE 310638011
I provide invoices with VAT separately displayed.

*"Terms and Condition of the Sale" in German*

Terms and conditions of the sale

Wir sind seit 31.07.2018 Mitglied der Initiative "FairCommerce".
Nähere Informationen hierzu finden Sie unter www.haendlerbund.de/faircommerce.

Allgemeine Geschäftsbedingungen und Kundeninformationen Datenschutzerklärung

I. Allgemeine Geschäftsbedingungen

§ 1 Grundlegende Bestimmungen

(1) Die nachstehenden Geschäftsbedingungen gelten für Verträge, die Sie mit uns als Anbieter (Qing Wang) über die Internetplattform eBay oder CATCH by eBay schließen. Soweit nicht anders vereinbart, wird der Einbeziehung von Ihnen verwendeter eigener Bedingungen widersprochen.

(2) Verbraucher im Sinne der nachstehenden Regelungen ist jede natürliche Person, die ein Rechtsgeschäft zu Zwecken abschließt, die überwiegend weder ihrer gewerblichen noch ihrer selbständigen beruflichen Tätigkeit zugerechnet werden kann. Unternehmer ist jede natürliche oder juristische Person oder eine rechtsfähige Personengesellschaft, die bei Abschluss eines Rechtsgeschäfts in Ausübung ihrer selbständigen beruflichen oder gewerblichen Tätigkeit

### Return policy

| | |
|---|---|
| After receiving the item, contact seller within | Return shipping |
| Accepted within 1 month | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described.

Return policy details

*"Return policy details" in German*

Das Widerrufsrecht steht ausschließlich Verbrauchern (jede natürliche Person, die ein Rechtsgeschäft zu Zwecken abschließt, die überwiegend weder ihrer gewerblichen noch ihrer selbständigen beruflichen Tätigkeiten zugerechnet werden können) sowie bei Teilnahme am eBay Plus-Programm auch gewerblichen Käufern (die als eBay Plus-Mitglied einen Artikel kaufen, der bei eBay Plus gelistet ist) zu. Letztere können das Muster-Widerrufsformular fl ebenfalls verwenden.

Widerrufsbelehrung

# Exhibit 3

IP Address shows that the evidence was collected in the Philippines



# Evidence Collection Report

**Page Title**
Women's Screw Clasp Smiley Smiley Genuine Silver 925 Earrings | eBay

**URL**
https://www.ebay.com/itm/255342837672

**Collection Date**
Mon, 07 Aug 2023 14:16:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4450:497f:e600:b95b:2e52:205f:8608

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

17

# Exhibit 4

Screenshot of the email from the plaintiff's attorney sending the evidence

Loschen Antworten Weiterleiten Drucken ··· Mehr X

**Case No. 23-cv-23799 - kellys_auswahl**

**jsobrado@brickellip.com** 15.11.2023, 22:04 Uhr

An: KellysAuswahl@t-online.de + 1 weitere

3 Anhänge (1,4 MB) Alle speichern

The file name of the evidence is "23-cv-23799 (Amazon)-kellys_auswahl.pdf" while kellys_auswahl is a store on eBay, not on Amazon

image001.jpg (4,6 KB) image002.jpg (6,1 KB) 23-cv-23799 (Amazon)-kellys_aus... (1,3 MB)

[illegible]

Javier Sobrado, Esq.
Member
The Brickell IP Group, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami, FL 33131
e-mail: JSobrado@BrickellIP.com
www.brickellip.com

THE BRICKELL IP GROUP
INTELLECTUAL PROPERTY LAW

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

**From:** KellysAuswahl@t-online.de <KellysAuswahl@t-online.de>
**Sent:** Sunday, November 12, 2023 4:31 AM
**To:** IP Administrator <admin@brickellip.com>; jsobrado@brickellip.com
**Subject:** AW: SERVICE OF U.S. COURT DOCUMENTS / Case No. 23-cv-23799 - THE SMILEY COMPANY SPRL, v. The Individuals, Partnerships, and Unincorporated



# Exhibit 5

Screenshot evidence of the product – provided by Plaintiff

