# Exhibit 1

Screen shot evidence of the - provided by plaintiffs' attorney

The product is a canvas picture. It shows a hooded figure with a hand painted sunshine with a smiley face expression. It is a picture of a piece of satirical street art painted by the street artist Banksy in the United Kingdom. Banksy created this street showing a bright yellow smiley-face or sunshine face, because it is synonymous with the British underground rave and acid house music culture of the 1990s.





**Item description from the seller**



THE DESCRIPTION IS GENERIC AND DESCRIBES THE PRODUCT AS A CANVAS PICTURE. IT DOSEN'T MENTION ANY OF THE CLIENTS MARKS. ALL OF THE IMAGES FROM THE PLAINTIFF ARE BLURRY AND HARD TO SEE !

# Exhibit 2

Screen shot evidence collection report – Provided by the plaintiff's attorney

The IP address used by the evidence collection agents, were in the Philippines when starting the checkout process and NOT in Florida.

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 29 Aug 2023 09:56:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

136.158.42.224

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QZe4CaG2T4WvN7tjUrJV1lmvDGCCPjGVmOfUA8IP9sucS3jPYIXG kK6oXV+TVmtMly8a5cZAcZO/aBpbOFTC9/2oltwjdmERkxor5uMUOEK4KksbwMH/CDiAVMmFmQRYb5WzYoY132BOZr1zgE12dtuwM46LJtY9JNBJRe+B/
+kVnySvRXpqqJ83qvg8LT4Jhb7AksCZMIEJhApe84ylIAP5nL8BqSAX hl10noOkFwRdePIE9K4oOu3sfalxpE+8uB7npaHZdj1p1f0xpmoYqgalu5xPnYbyQRsmhpKIKgmy+OdHcdt54ADpF/+kJv4Vg92Va0svxGjGOSQ==

# File Signatures

THE IP ADDRESS TO COMMENCE THE CHECKOUT PROCESS

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-29-Aug-2023-09-56-04-GMT.mhtml

**Hash (SHA256)**

083b6bc417832108cd99df709f51b2264355cc9b9ac869703603f79ea7d46452

**Signature (PKCS#1v1.5)**

qZHo3S8+r/2TYCgzGTcJJv4MrtmoiNMRgSXjGSBY0MVBE4nzGn4+bAz1JPrNzHOqAfUEfyNMeRP1iyvTJ58Ojth04 PlQt+XC6FJsX3VehUVSI3lxTo Ca1B5yZRvNuHeoSWcTHWvAIN+rTzQPldFXHSoM+mukLkrcN9yjdL7B9pYCmbtv
xEz2xdZM3UqcixwOVgBuK7duxOqxTLXJTG1oj7uMVZ+Ae9iN0wfOOplHjmpXW1ghvLekE/riuqkX2Ay1qbbI8RF46 YcEp2oEUpMrMSHiw3KY/U Screenshot k/i0AC1WC1oKRhA==

IP Details For: 136.158.42.224

| | |
|---|---|
| Decimal: | 2292067040 |
| Hostname: | 224.42.158.136.convergeict.com |
| ASN: | 17639 |
| ISP: | Converge ICT Network |
| Services: | None detected |
| Assignment: | Likely Static IP |
| Country: | Philippines |
| State/Region: | Bulacan |
| City: | San Jose del Monte |
| Latitude: | 14.8139 (14° 48′ 50.00″ N) |
| Longitude: | 121.0453 (121° 2′ 43.01″ E) |

CLICK TO CHECK BLACKLIST STATUS

Latitude and Longitude are often near the center of population. These values are not precise enough to be used to identify a specific address, individual, or for legal purposes. IP data from





# Exhibit 3

Screen shot evidence collection report – provided by Plaintiff

The alleged infringing product eBay item number 274884457360 has only sold 3 times. Each sale has been to a United Kingdom customer. There have been ZERO sales in Florida or anywhere else in the United States.

| Sales Report Item 274884457360 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Item number | Date | Item title | Buyer username | Buyer city | Buyer postcode | Buyer country | Quantity | Item country |
| 274884457360 | 03-Feb-23 | Banksy - Smiley Face Hoodie Printed Canvas Picture | ###### | aberdeen | AB24 5PY | United Kingdom | 1 | United Kingdom |
| 274884457360 | 28-Feb-23 | Banksy - Smiley Face Hoodie Printed Canvas Picture | ################# | Redruth | TR15 1BQ | United Kingdom | 1 | United Kingdom |
| 274884457360 | 31-Jan-23 | Banksy - Smiley Face Hoodie Printed Canvas Picture | ########### | Liverpool | LI33 2DL | United Kingdom | 1 | United Kingdom |

Seller ID : blue_chalk_designs

- USERNAME REDACTED FOR CUSTOMER DATA PROTECTION –
- PRODUCT HAS ONLY 3 LIFETIME SALES. ALL 3 SALES HAVE BEEN IN THE UNITED KINGDOM