UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-23799

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

    BlueXIMI (Defendant No. 9 on Schedule "A" to the Complaint),

    BoYi Party (Defendant No. 12 on Schedule "A" to the Complaint),

    Evovee (Defendant No. 25 on Schedule "A" to the Complaint),

    ForFox Store (Defendant No. 30 on Schedule "A" to the Complaint),

    HongyiPT (Defendant No. 42 on Schedule "A" to the Complaint), and

    Bestbrandsbestbargains (Defendant No. 140 on Schedule "A" to the Complaint).

Date:  December 5, 2023        Respectfully submitted by,

                                            **Javier Sobrado**
                                            Javier Sobrado (Fla. Bar No. 44992)
                                            Attorney Email address: jsobrado@brickellip.com
                                            Arthur Robert Weaver (Fla. Bar no. 92132)
                                            Attorney Email address: rweaver@brickellip.com
                                            THE BRICKELL IP GROUP, PLLC

2

1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*