# Exhibit 1

## Evidence Collection Report

Page Title

MULTIPLE SMILEY FACES - SEW OR IRON ON BIKER MOTORCYCLE PATCH [illegible] | eBay

URL

[illegible]

Collection Date

Mon, 07 Aug 2023 [illegible] UTC [illegible]

Collected by

[illegible]

IP Address

[illegible]

Browser Information

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/[illegible] Safari/537.36

Digital Signature [illegible]

[illegible]

## File Signatures

SCREEN CAPTURE

[illegible]

File Name

[illegible]

Hash [illegible]

[illegible]

Signature [illegible]

[illegible]

ebay

Search

Share Add to Watchlist

MULTIPLE SMILEY FACES - SEW OR IRON ON BIKER MOTORCYCLE PATCH 85mm x 85mm

Condition: New

Quantity: 1 Last One

Price: GBP 2.89

Buy It Now

Add to cart

Add to watchlist

Shop with confidence

Seller information

[illegible]

Shipping: [illegible] Royal Mail International Economy. See details

Delivery: Estimated between Wed, Aug [illegible] and Wed, Aug [illegible]

Returns: [illegible]

Payments: PayPal G Pay VISA

AXENCIS

# Evidence Collection Report

Page Title

Checkout | eBay

URL

https://pay.ebay.com/[illegible]

Collection Date

Mon, 07 Aug 2023 20:34:02 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by

[illegible]

IP Address

2a0[illegible]

IP APPRESS BASED IN GERMANY

Browser Information

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS #1v1.5)

[illegible]

# File Signatures

SCREEN CAPTURE

MHTML

File Name

screencap_[illegible]_Mon, 07-Aug 2023 20 34 02 GMT.mhtml

Hash (SHA256)

f4fb4de5b4f10d14d11c6ee05db59Ce4e43732ce1f8e851 1d22092 3bcac2889

Signature (PKCS#1v1.5)

[illegible]

ebay Checkout

How do you like our checkout? Give us feedback

Pay with

Add new card

PayPal

PayPal CREDIT

Google Pay

Ship to

307 NE 1st St, FL 6
Miami, FL 33132-2505
United States

Change

Review item and shipping

Seller pinz_and_in Message to seller

MULTIPLE SMILEY FACES - SEW OR IRON ON BIKER MOTORCYCLE PATCH 85mm x 85mm

GBP 2.89

Quantity 1

Delivery
Est. delivery: Aug 15 – Aug 30
Royal Mail International Economy
GBP 2.75

Gift cards, coupons, eBay Bucks

Enter code

| | |
|---|---|
| Subtotal (1 item) | GBP 2.89 |
| Shipping | GBP 2.75 |
| Tax* | GBP 0.39 |
| **Order total** | **GBP 6.03** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

NO ACTUAL SALE. THE PURCHASE WAS NOT COMPLETED

JANUARY - DEC

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

# Exhibit 2

AXENC

# Evidence Collection Report

**Page Title**
Checkout | eBay
**URL**
https://pay.ebay.com/rxo
**Collection Date**
Mon, 07 Aug 2023 20:34:02 UTC (US Department of Commerce / NIST authenticated timestamp)
**Collected by**
Michaela Borja
**IP Address**
2a0d:5600:6:79::5

IP ADDRESS BASED IN GERMANY

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36
**Digital Signature (SHA256 / PKCS#1v1.5)**
CVrMseiE0tNcx0IEZXPH0QovMkDJMxG6izEMA5fWNE3Qyc4EfTidfhuCuCF26yHbncz0f8kU+KDguedbK1wjH3u9FZ7acMjxh29aWMTKv0CRDKV4WgLPELSxBjtdv+A4Jaofsxbb1Fia/
F1oAHBlunSiZAhG5sQ0jH9MvqWlwS1DCh7rqtillKtN5muaj040leSJFctWjKhgSuC36m/3lr96kgczuvHFxRuWBH5bdp6GyWiHEB9Q1RDeVrAyhmSERP5XswwA0UubSSH3eiQOOxPW86cxUYLJ+FUdRXWjYKLJDsCYV1DzyND15ISibzt0CVz5GH8fAdurDtBJv8MCA==

# File Signatures

**SCREEN CAPTURE**
**MHTML**
**File Name**
screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Mon,-07-Aug-2023-20-34-02-GMT.mhtml
**Hash (SHA256)**
f4fb4de5b4f10d14d11c5ee05db590e4e49732cc1f8e851fdb20f923bcac2889
**Signature (PKCS#1v1.5)**
Y+VOupHx249cpaskpMk0aL89Q27Wd44iZBLeXDIR7iLv7Pocy9Ga+xH/zrrQAbqgsbVWuiLIZw+x/eJJyKAZoGz7+pBJVFluhMgDZxuy/TTzNnOubgB5D3pcleF9sD5865Synktz9jpk1zf0Dfnru7oFTrPvQqi3zlmESTGAKm+T7yw9AlK9bGK6vveCm+Isrtt6CBZoy93sO7Xjm
+8AzpCzUo9qCITA7vRQvlF0R8k8t2xg29x0wqThhZn3SBGjpqrLIlzYLQ+aJmniOtUj5WiezIf3d4RmzGXUbSek8SqqkCVHfo6KDa6XdJzWw1hxS1KfbznJtCRlnkNmUg==

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Subtotal (1 item) GBP 2.89
Shipping GBP 2.75
GBP 0.39

