UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-23799-RAR

**THE SMILEY COMPANY SPRL**,

    Plaintiff,

v.

**THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**

    Defendants.
_____/

## ORDER DIRECTING CLERK TO ENTER DEFAULT

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record. Plaintiff filed the Complaint, [ECF No. 1], on October 5, 2023. On October 18, 2023, Plaintiff filed an *Ex Parte* Motion for Order Authorizing Alternate Service of Process on Defendants, pursuant to Federal Rule of Civil Procedure 4(f)(3), [ECF No. 6] ("Motion for Alternate Service"). The Court entered an Order granting the Motion for Alternate Service on October 24, 2023, [ECF No. 10]. In accordance with this Order, Plaintiff served each Defendant with a summons and a copy of the Complaint via electronic mail and website posting. *See* [ECF No. 16].

Pursuant to Federal Rule of Civil Procedure 12(a), Defendants were required to file a response or answer to Plaintiff's Complaint by November 27, 2023. To date, there is no indication that a number of Defendants ("Defaulting Defendants")[1] have answered or otherwise responded to the summons and Complaint, nor have these Defaulting Defendants requested an extension of time to do so. Therefore, it is hereby

---

[1] A number of Defendants have been dismissed from the case, *see* [ECF Nos. 22, 27, 29, 31, 34, 40, 47, 49, 54, 57, 63, and 66], and others have filed Answers, *see* [ECF Nos. 35, 36, 37, 39, 42, 43, 44, 45, 46, 51, 52, 53, 55, 58, 59, and 64]. This Order does not apply to these Defendants—only to the Defaulting Defendants.

**ORDERED AND ADJUDGED** that the Clerk shall file an Entry of Default against Defaulting Defendants pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. **Within ten (10) days** of the Clerk's Entry of Default, Plaintiff shall file a Motion for Default Final Judgment ("Motion"). The Motion must aver that all Defaulting Defendants subject to the Default Final Judgment have neither responded to the summons and Complaint nor been dismissed from the case. The Motion must also include affidavits of any sum certain due by Defaulting Defendants, and any other supporting documentation necessary to determine Plaintiff's measure of damages. The Motion shall also be accompanied by (1) the necessary affidavit under the Servicemembers Civil Relief Act, 50 U.S.C. app. section 521(b), if applicable; (2) a memorandum of law supporting entitlement to final judgment; (3) a proposed order; and (4) a proposed final judgment. Pursuant to the CM/ECF Administrative Procedures, the proposed orders **shall be submitted to the Court by e-mail in Word format** at ruiz@flsd.uscourts.gov. **The email subject line must include the case number as follows: XX-CV-XXXX-RAR**. Plaintiff shall send a copy of the Motion to Defaulting Defendants' counsel or to Defaulting Defendants directly if they remain unrepresented. In the certificate of service, Plaintiff shall indicate that notice was sent and the addresses where notice was sent.

If Defautling Defendants fail to move to set aside the Clerk's Default or respond to the Motion within the time permitted by the Rules, default final judgment may be entered, which means that Plaintiff may be able to take Defaulting Defendants' property or money, and/or obtain other relief against Defaulting Defendants. Plaintiff's failure to file the Motion within the specified time frame will result in a **dismissal without prejudice** and without further notice.

**DONE AND ORDERED** in Miami, Florida this 8th day of December, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**