**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

THE SMILEY COMPANY SPRL

　　　　　PLAINTIFF(S)

CASE NUMBER
1:23−cv−23799−RAR

v.

THE INDIVIDUALS, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A, et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

　　　　　DEFENDANT(S).

# <u>Clerk's Default</u>

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**The Individuals, Partnerships, and Unincorporated Associations identified on Schedule A**

as of course, on the date December 11, 2023.

**Angela E. Noble**
CLERK OF COURT

By  _/s/ *Collette Quinones*_
Deputy Clerk

cc:  Judge Rodolfo A. Ruiz, II
　　The Smiley Company SPRL

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)