UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-23799

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

### NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

VisgoUS (Defendant No. 99 on Schedule "A" to the Complaint),

colin45fashionconnections (Defendant No. 157 on Schedule "A" to the Complaint),

jewelryhouse_19 (Defendant No. 208 on Schedule "A" to the Complaint),

toplookuk1 (Defendant No. 306 on Schedule "A" to the Complaint), and

ukbicycleworld (Defendant No. 311 on Schedule "A" to the Complaint).

Date:  December 17, 2023         Respectfully submitted by,

                                                  **Javier Sobrado**
                                                  Javier Sobrado (Fla. Bar No. 44992)
                                                  Attorney Email address: jsobrado@brickellip.com
                                                  Arthur Robert Weaver (Fla. Bar no. 92132)
                                                  Attorney Email address: rweaver@brickellip.com
                                                  THE BRICKELL IP GROUP, PLLC
                                                  1101 Brickell Avenue, South Tower, Suite 800
                                                  Miami FL, 33131

Telephone: (305) 728-8831
*Attorneys for Plaintiff*