UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-23799

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

    Dasusu (Defendant No. 19 on Schedule "A" to the Complaint),

    Enhong (Defendant No. 23 on Schedule "A" to the Complaint),

    FFCU123 (Defendant No. 28 on Schedule "A" to the Complaint),

    Flinter (Defendant No. 29 on Schedule "A" to the Complaint),

    HIFANMM BEAUTY (Defendant No. 38 on Schedule "A" to the Complaint),

    Moonmory Store (Defendant No. 64 on Schedule "A" to the Complaint),

    Vitalityforest (Defendant No. 100 on Schedule "A" to the Complaint),

    Yiba Tech (Defendant No. 109 on Schedule "A" to the Complaint),

    baby-ware-shop (Defendant No. 136 on Schedule "A" to the Complaint),

    ratman20001 (Defendant No. 271 on Schedule "A" to the Complaint), and

tc_shop (Defendant No. 298 on Schedule "A" to the Complaint).

Date:   December 21, 2023                    Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: jsobrado@brickellip.com
Arthur Robert Weaver (Fla. Bar no. 92132)
Attorney Email address: rweaver@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*