UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-23799-RAR

**THE SMILEY COMPANY SPRL**,

    Plaintiff,

v.

**THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**

    Defendants.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record. On December 8, 2023, the Court entered an Order Directing Clerk to Enter Default against certain Defaulting Defendants ("Order"), [ECF No. 67]. The Order required Plaintiff to file a Motion for Default Final Judgment within **ten (10) days** of the Clerk's Entry of Default, along with other supporting documentation. Order at 2. The Clerk entered Default as to the Remaining Individuals, Partnerships, and Unincorporated Associations identified on Schedule A on December 11, 2023. [ECF No. 69]. The deadline for compliance has passed and to date, Plaintiff has not filed the required documents. It is therefore

**ORDERED AND ADJUDGED** that on or before **December 27, 2023**, Plaintiff shall comply with the Court's Order. Failure to comply with this Order will result in a dismissal without prejudice without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 22nd day of December, 2023.

                                                                    _____
                                                                    **RODOLFO A. RUIZ II**
                                                                    **UNITED STATES DISTRICT JUDGE**