UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-23799-RAR

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## STATUS REPORT

Plaintiff, The Smiley Company SPRL ("Smiley" or "Plaintiff"), by and through its undersigned counsel and Pursuant to the Court's Order of December 8, 2022 [ECF No. 66], hereby submits the following status report regarding Defendants that have .enterred appearances in this matter.

Eighteen Defendants have submitted filed answers in this matter. *See*, e.g. ECF Nos. 35. 36. 37. 39. 42[1]. 43. 44. 45, 46, 51, 52, 53, 55, 58, 59, 64, 70, 71, and 74. Three of these answers were filed late, after their respective defendants had been defaulted (ECF Nos. 70, 71, and 74), and the remaining answers fail to properly admit or deny every allegation made in the Complaint. Two of these eighteen Defendants have settled, Defendants Evovee and Sparkleeyes2006, and either have been or are in the process of being dismissed.

---

[1] This answer ECF No. 42 appears to be a duplicate of ECF No. 36.

The remaining sixteen Defendants are set forth below and are similarly situated – all are small sellers with less than $500 in US sales and less than $500 restrained.

| Answer ECF No. | Def. No. | Defendant |
| --- | --- | --- |
| 35 | 16 | ColoreriaStudio |
| 36,42 | 176 | esmeonplumisland |
| 37 | 124 | almostalice |
| 39 | 274 | rivieratrading |
| 43 | 313 | upforwhatever |
| 44 | 249 | olds--cool |
| 46 | 122 | all_that_glitterrz |
| 51 | 197 | handcraft3d |
| 52 | 132 | aussie_buttons_n_bits |
| 53 | 177 | eurolocos |
| 55 | 161 | cut.n.crafts |
| 58 | 215 | kellys_auswahl |
| 59 | 141 | blue_chalk_designs |
| 64 | 268 | pinz_and_thingz |
| 70 | 315 | verongb |
| 74 | 231 | luxytech |

Of these sixteen, two (almostalice and Eurolocos) made offers of settlement that Plaintiff accepted, but those Defendants have not signed the settlement agreements memorializing the settlement or paid the agreed settlement amount. For the remainder, Plaintiff has offered to settle the matter for and amount less than the minimum statutory damages available under either 15 USC § 1117 (c) or 17 USC §(c), Some Defendants have rejected this offer and some are still considering it. If Plaintiff is unable to settle is matter with these Defendants before the end of the year, Plaintiff will schedule a L.R. 16 conference in mid-January to discuss scheduling and discovery issues..

Plaintiff is also currently meeting and conferring with the remaining sixteen Defendants regarding motion to strike their respective answers for either (1) being untimely filed after their respective defendants had been defaulted, without an accompanying motion to set aside the default, (2) for failing to comply with the Federal Rules of Civil Procedure which require Defendants to

either admit or deny all allegations made against them in the Complaint, or (3) because they are companies that cannot appear *pro se* as to Defendants AlmostAlice, Rivieratrading, olds—cool, handcraft3d, cut.n.crafts, blue_chalk_designs, pinz_and_thingz, and luxytech.

Date:   December 22, 2023                         Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: jsobrado@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing document is being served today, December 22, 2023 via email as indicated on the *pro se* Defendants as set forth below:

*/s Javier Sobrado /*

## SERVICE LIST

| Defendant | Email Address |
|---|---|
| ColoreriaStudio | andreea.baldigau@gmail.com; |
| esmeonplumisland | ecdodsworth@gmail.com; |
| almostalice | jon@almostalice.co.uk; |
| rivieratrading | deanbharding@gmail.com; |
| upforwhatever | domstevens@hotmail.com; |
| olds--cool | lynndelaney1975@aol.com; |
| all_that_glitterrz | sbs.s@mail.com; |
| handcraft3d | handcraftedecom@outlook.com; |
| aussie_buttons_n_bits | mkbakes23@gmail.com; |
| eurolocos | ebay@eurolocos.co.uk; |
| cut.n.crafts | sales@cut-n-crafts.co.uk; |
| kellys_auswahl | kellysauswahl@t-online.de; |
| blue_chalk_designs | horrortronix@outlook.com; |
| pinz_and_thingz | sibe100@yahoo.co.uk; |
| verongb | tequilavgb@hotmail.com; |
| luxytech | luxytechau@gmail.com |