UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-23799

THE SMILEY COMPANY SPRL,

    Plaintiff,
v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

Brishow (Defendant No. 13 on Schedule "A" to the Complaint),

HAPPYHEIDI official (Defendant No. 37 on Schedule "A" to the Complaint),

Kookwarehandmade (Defendant No. 54 on Schedule "A" to the Complaint), and

sparklyeyes2006 (Defendant No. 288 on Schedule "A" to the Complaint).

Date:  December 22, 2023        Respectfully submitted by,

        **Javier Sobrado**
        Javier Sobrado (Fla. Bar No. 44992)
        Attorney Email address: jsobrado@brickellip.com
        Arthur Robert Weaver (Fla. Bar no. 92132)
        Attorney Email address: rweaver@brickellip.com
        THE BRICKELL IP GROUP, PLLC
        1101 Brickell Avenue, South Tower, Suite 800
        Miami FL, 33131
        Telephone: (305) 728-8831
        *Attorneys for Plaintiff*