# SCHEDULE B

| Def. No. | Seller Name | Store URL | Product URL |
|---|---|---|---|
| 231 | luxytech | https://www.ebay.com/usr/luxytech | https://www.ebay.com/itm/303716613989 |
| 315 | verongb | https://www.ebay.com/usr/verongb | https://www.ebay.com/itm/295446238311 |