UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-23799

THE SMILEY COMPANY SPRL,

     Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

     Defendants.

_____/

**NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

HOMECOMFORT (Defendant No. 41 on Schedule "A" to the Complaint),

Moru Studio (Defendant No. 66 on Schedule "A" to the Complaint),

Whaolee (Defendant No. 102 on Schedule "A" to the Complaint),

yajuxieye2023 (Defendant No. 106 on Schedule "A" to the Complaint),

gae262 (Defendant No. 188 on Schedule "A" to the Complaint),

golfgogreen (Defendant No. 191 on Schedule "A" to the Complaint),

orderkorea (Defendant No. 254 on Schedule "A" to the Complaint),

panoplyjewelry (Defendant No. 256 on Schedule "A" to the Complaint),

retrozelle64 (Defendant No. 273 on Schedule "A" to the Complaint),

stickerfxgraphics (Defendant No. 290 on Schedule "A" to the Complaint), and

1

vandp.jewellery.ltd (Defendant No. 314 on Schedule "A" to the Complaint).

Date:   December 28, 2023                    Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: jsobrado@brickellip.com
Arthur Robert Weaver (Fla. Bar no. 92132)
Attorney Email address: rweaver@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*