FILED BY ___ D.C.
JAN 10 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT • SOUTHERN DISTRICT OF FLORIDA

The Smiley Co._____, Plaintiff,

vs.                              Case No. 1:23-CV-23799-RAR

Shop-stick-dat_____, Defendant(s)

## Motion For Referral To Volunteer Attorney Program

I, Shop-Stick-Dat_____, am a *pro se* party representing myself in this case, and have requested authorization to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 or am otherwise unable to afford a lawyer. Therefore, I request that the Court refer my request to the Court's Volunteer Attorney Program.  I understand that it will be up to volunteer attorneys, not the Court, to determine whether they wish to represent me.  If a volunteer attorney agrees to take my representation, I will cooperate with that counsel in the preparation and presentation of my case.

Signature: x_____
Printed name: Shop-Stick-Dat
Address: Australia

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by [specify method of service -- hand delivery/U.S. Mail/other]   on   [date] on all counsel or parties of record on the Service List below.

Signature: X_____
Printed name: Shop-stick-dat

**SERVICE LIST**
Attorney or Party Name
Attorney or Party E-mail Address
Firm Name
Street Address City, State, Zip Code
Telephone: (xxx) xxx-xxxx
Facsimile: (xxx) xxx-xxxx
Attorneys for Plaintiff/Defendant





Sender: Shop - Stick - Dot

1 Color  ct  Cornation

QLD        Postcode 4130

International Postage Prepaid Envelope DL
1. Postage on this envelope is prepaid for one international posting only to anywhere in the world.
2. This envelope must not exceed 50 grams or 5 millimetres in thickness when posted.
3. When used for letters, documents and printed matter, no customs form is required.
4. Envelopes that contain goods of any kind, including computer disks, will not be carried by Australia Post unless the appropriate customs form, CN22 or CN23, available at Post Offices, is completed, signed and affixed to the front of the envelope.
5. This service has no compensation for loss or damage as Australia Post has no liability pursuant to section 34 of the Australian Postal Corporation Act 1989.
6. Extra cover may be added separately to cover the contents from loss or damage. The limits of Extra Cover can vary by destination, please enquire at your local Post Office. The carriage of this envelope is subject to the Australia Post Terms and Conditions. View these online at auspost.com.au or ask at your nearest Post Office.

Ikuntji (Haasts Bluff)/Northern Territory/Australia
Kumuntjai Napurrula (Australia, ca. 1945–2019)
*Spears at Ualki* 1994
Synthetic polymer paint on paper
Ikuntji Arts
Art Gallery of New South Wales, purchased 1994
© Mitjili Napurrula/Copyright Agency, 2019
Photo: Susie Ireland, AGNSW
571.1994
Envelope design: Simone Sakinofsky, Australia Post Design Studio

REC'D BY _____
JAN 10 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA - MIAMI

AIR MAIL INTERNATIONAL
PAR AVION








AUSTRALIA POSTAGE PAID
POST International

United States District Court, Southern
District of Florida
Attention: Intake for docketing
400 North Miami Avenue, Room 8N09
Miami, Florida 33128

**DO NOT BEND**

9 312650 459697