UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-23799

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

    ColoreriaStudio (Defendant No. 16 on Schedule "A" to the Complaint),

    almostalice (Defendant No. 124 on Schedule "A" to the Complaint),

    aussie_buttons_n_bits (Defendant No. 132 on Schedule "A" to the Complaint),

    blue_chalk_designs (Defendant No. 141 on Schedule "A" to the Complaint),

    cut.n.crafts (Defendant No. 161 on Schedule "A" to the Complaint),

    esmeonplumisland (Defendant No. 176 on Schedule "A" to the Complaint),

    handcraft3d (Defendant No. 197 on Schedule "A" to the Complaint),

    olds—cool (Defendant No. 249 on Schedule "A" to the Complaint), and

    pinz_and_thingz (Defendant No. 268 on Schedule "A" to the Complaint).

Date:   January 11, 2024    Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: jsobrado@brickellip.com
Arthur Robert Weaver (Fla. Bar no. 92132)
Attorney Email address: rweaver@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*