UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-23799

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

### NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

All_that_glitterrz (Defendant No. 122 on Schedule "A" to the Complaint),

Kellys_auswahl (Defendant No. 215 on Schedule "A" to the Complaint),

Rivieratrading (Defendant No. 274 on Schedule "A" to the Complaint), and

| | |
|---|---|
| Date:  January 14, 2024 | Respectfully submitted by, |
| | **Javier Sobrado**<br>Javier Sobrado (Fla. Bar No. 44992)<br>Attorney Email address: jsobrado@brickellip.com<br>Arthur Robert Weaver (Fla. Bar no. 92132)<br>Attorney Email address: rweaver@brickellip.com<br>THE BRICKELL IP GROUP, PLLC<br>1101 Brickell Avenue, South Tower, Suite 800<br>Miami FL, 33131<br>Telephone: (305) 728-8831<br>*Attorneys for Plaintiff* |