UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-23799-RAR

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## PLAINTIFF'S MOTION VACATE FINAL DEFAULT JUDGMENT AS TO ONLY CERTAIN DEFENDANTS AND TO DISMISS SAME

Plaintiff, The Smiley Company SPRL ("Smiley" or "Plaintiff"), by and through its undersigned counsel and pursuant to the Court's January 12, 2024 Order [ECF No. 93], hereby moves this Court for an Order vacating the default judgment as to only the following Defendants, and to dismiss Plaintiff's claims against them *with* prejudice:

Def. No. 6 – Artisan J;

Def. No. 47 – ILSOCD;

Def. No. 55 – LIFE BETTER;

Def. No. 155 – Clicksavesmile;

Def. No. 163 – daily_grindd;

Def. No. 259 – partyramamk;

Def. No. 260 – paul22120_0 (collectively with Artisan J, ILSOCD, LIFE BETTER,
    Clicksavesmile and partyramamk, the "January 3 Defendants");

Def. No. 82 – SobaShop;

Def. No. 107 – yanyueshop;

Def. No. 143 – bo_finds22;

Def. No. 152 – charmngifts1;

Def. No. 160 – cth316;

Def. No. 209 – jollitygoods;

Def. No. 234 – mamaly12;

Def. No. 318 – willybanjoldt; and

Def. No. 345 – sulyfang (all of these Defendants, collectively, the "Settled Defendants").

Plaintiff submits a Memorandum of Law in support thereof.

## MEMORANDUM OF LAW

Subsequent to the entry of the Final Default Judgment [ECF No. 85] by the Court, Plaintiff settled or otherwise resolved its claims against the Settled Defendants. Accordingly, Plaintiff respectfully moves the Court to vacate the final Default Judgment only as to the Settled Defendants and to dismiss its claims against them *with* prejudice.

1. The Court entered a Default Judgment against the Settled Defendants on December 29, 2023. [ECF No. 85]

2. On January 3, 2024 Plaintiff filed a Notice of Dismissal as to the January 3 Defendants [ECF No. 86], which was denied because the Default Judgment had not been vacated against them. [ECF No. 87].[1]

3. In the interim Plaintiff continued resolving its claims against the rest of the Settled Defendants.

---

[1] The Court subsequently entered an order dismissing Defendant No. 177, Eurolocos, because it was not subject to the Final Default Judgment. [ECF No. 96].

4. On January 12, 2024 the Court entered an Order [ECF No. 91] requiring Plaintiff to file its Motion to Vacate by January 16, 2024.

5. Accordingly, Plaintiff respectfully requests that the Court vacate the Final Default Judgment as to only the Settled Defendants because Plaintiff has either settled or otherwise resolved its claims against them. Plaintiff requests that the Final Default Judgment remain in force as to the other defaulted Defendants.

6. Plaintiff further respectfully requests that the Court dismiss the Settled Defendnats from this case **_with_** prejudice.

7. Plaintiff submits herewith a proposed order granting this motion.

WHEREFORE, Plaintiff respectfully requests this Court issue an Order vacating the Final Default Judgement as to only the Settled Defendants and dismissing same from this lawsuit **_with_** prejudice.

Date: January 16, 2024

Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado
Fla. Bar No. 44992
A. Robert Weaver
Fla. Bar No. 92132
Email: rweaver@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami FL, 33131
Tel: 305-728-8831
Fax: 305-428-2450

*Counsel for Plaintiff*