UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-cv-23799-RAR-JB

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.

_____/

### [PROPOSED] ORDER VACATING FINAL DEFAULT JUDGMENT AS TO ONLY CERTAIN DEFENDANTS AND DISMISSING SAME

**THIS MATTER** comes before the Court on the Plaintiff's Motion to Vacate the Final Default Judgment as to Only Certain Defendants and to Dismiss Same [ECF No. __] (the "Motion"). Plaintiff states in its Motion that it has settled or otherwise resolved its claims against the following Defendants:

    Def. No. 6 – Artisan J;

    Def. No. 47 – ILSOCD;

    Def. No. 55 – LIFE BETTER;

    Def. No. 82 – SobaShop;

    Def. No. 107 – yanyueshop;

    Def. No. 143 – bo_finds22;

    Def. No. 152 – charmngifts1;

    Def. No. 155 – Clicksavesmile;

    Def. No. 160 – cth316;

Def. No. 163 – daily_grindd;

Def. No. 209 – jollitygoods;

Def. No. 234 – mamaly12;

Def. No. 259 – partyramamk;

Def. No. 260 – paul22120_0;

Def. No. 318 – willybanjoldt; and

Def. No. 345 – sulyfang (all of these Defendants, collectively, the "Settled Defendants").

Plaintiff therefore requests that the Final Default Judgment [ECF No. 85] be vacated as to only the Settled Defendants, and that the Settled Defendants be dismissed **with** prejudice.

Having reviewed the Plaintiff's Motion and the record, the Court hereby

**ORDERS AND ADJUDGES** that the Motion is **GRANTED**. The Final Default Judgment [ECF No. 85] is hereby vacated as to only the following Defendants, and they are hereby dismissed from this action ***with prejudice***:

Def. No. 6 – Artisan J;

Def. No. 47 – ILSOCD;

Def. No. 55 – LIFE BETTER;

Def. No. 82 – SobaShop;

Def. No. 107 – yanyueshop;

Def. No. 143 – bo_finds22;

Def. No. 152 – charmngifts1;

Def. No. 155 – Clicksavesmile;

Def. No. 160 – cth316;

Def. No. 163 – daily_grindd;

Def. No. 209 – jollitygoods;

Def. No. 234 – mamaly12;

Def. No. 259 – partyramamk;

Def. No. 260 – paul22120_0;

Def. No. 318 – willybanjoldt; and

Def. No. 345 – sulyfang.

The Final Default Judgment shall remain in force against all other defaulted Defendants.

**DONE AND ORDERED** in Miami, Florida, this ____ day of _____, 2024.

**HONORABLE RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**