UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:23-cv-23799-RAR

FILED BY_____D.C.
JAN 17 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

The Smiley Company SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A,"

    Defendants.
_____/

## DEFENDANT NO. 315 - VERONGB'S
## (OPPOSED) MOTION TO VACATE DEFAULT JUDGMENT,
## DISMISS COMPLAINT WITH PREJUDICE, AND MOTION TO SANCTION

Defendant, eBay Store named VERONGB identified as defendant No. 315 in the above-captioned case ("Defendant"), hereby moves this court to Vacate the Order for Default Judgment pursuant to Fed. R. Civ. Pro. 60(b), Dismiss the Complaint with prejudice and sanction Plaintiff and its counsel where the court deems appropriate.

This date of January 15, 2024.

                                                                     Respectfully submitted,

                                                                     /s/ VERONICA GARCIA BAYONA

                                                                                Defendant 215
                                                                                  VERONGB
                                                                 tequilavgb@hotmail.com
                                                            Av. San Luis, 2727 San Borja
                                                                              Lima, Peru
                                                                            pro se litigant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of VERONGB's Motion, Memorandum and Exhibits were served upon each party on this 15th day of January, 2024 . The original signed hardcopy has been posted to Judge RODOLFO A. RUIZ II, Wilkie D. Ferguson, Jr. United States Courthouse, 400 N. Miami Avenue, Courtroom 11-2, Miami, FL 33128

/s/ <u>VERONICA GARCIA BAYONA</u>

A pdf copy caused to be sent by email to:

**Attorneys for Plaintiff**

Javier Sobrado, Esq - jsobrado@brickellip.com

The Brickell IP Group, PLLC

Javier Sobrado (Fla. Bar No. 44992)

