FILED BY_____ D.C.
JAN 17 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:23-cv-23799-RAR

The Smiley Company SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A,"

    Defendants.
_____/

### DECLARATION OF VERONICA GARCIA BAYONA IN SUPPORT OF VERONGB DEFENDANT NO 315'S MOTION TO VACATE DEFAULT JUDGMENT AND DISMISS COMPLAINT WITH PREJUDICE

I, Veronica Garcia Bayona, declare and state as follows:

1. Defendant VERONGB is the name of a store on eBay and the defendant number 315 identified on the Schedule A in this case. I submit this Declaration, which is filed in support of the Motion to Vacate I have filed on behalf of VERONGB. I am over the age of 18 and am personally knowledgeable of the matters set forth in this Declaration as it refers to my account and my own personal actions. If called upon to do so, I could and would competently testify to the following facts set forth below.

2. I am the owner of eBay account VERONGB and this marketplace selling page is just a tool to sell items. It bears the domain name https://www.ebay.com/str/tequilasbyvero. I opened the account in 2014 as a private person. In 2021 I selling to supplement my income. I decided

to try drop shipping and connected my eBay account to CJ Dropshipping in November 2022. I have sold 43 items in total on the account since 2014. 43 sales in 10 years. (**EXH. A Fig. 1.**)

3. I am self-employed and therefore I am personally liable for what I do, what I sell and any money I make using this account. The account name is simply equivalent to a trading name and there is no legal difference.

4. Drop shipping is where a customer can buy a product from my eBay account, and then I purchase that item from supplier. The supplier I chose is CJ Dropshipping, and they handle shipping direct to the customer. I never physically see the products. The description, title, photos and item specifications are populated from the connection provided by CJ Dropshipping. I added the word 'Happy' to the product title. I am aware I am liable for what I sell on my eBay account. (**EXH. B.**)

5. On October 31, 2023, eBay sent an email stating a listing had been removed due to a rights owner claiming infringement and then a second email giving details of the actual case. (**EXH C.**) My eBay payment account was frozen.

6. On November 03, 2023 I received an email from Brickell IP with the title starting SERVICE OF U.S. COURT DOCUMENTS. (**EXH. D Fig. 7.**) It did not say I was being sued. It just said I was identified in a lawsuit. It had a number of attachments and a link to click. I was very wary about opening any attachments or clicking a link, in case this was a scam. Especially a Dropbox link. This gave me doubts on its legitimacy.

7. On November 08, 2023 after spending a few days researching the situation, I sent an email the Brickell IP in response, giving my name and my location as Peru. I apologised and informed them of zero (0) sales and lack of money. I said I had no intention to break the law and wanted to do the right thing and explained my use of CJ Dropshipping and accepted receipt of the summons. I attached a number of screenshots to that email to back up what I was saying. (**EXH. D Fig. 8.**)

8. I lack financial means to obtain U.S. legal representation, so set about looking on the internet, doing research on these types of cases, and learning more about the prevalence of these SAD Schemes in order to attempt to help myself.

9. On November 22, 2023 Defendant's PayPal was frozen. The funds frozen across my PayPal and eBay payment accounts in total is $151.56. This remains frozen and any further sales will only increase the amount frozen.

10. On this same day I discovered a previous case of Plaintiff's and used an Answer submitted by a defendant as a template for putting together a response.

11. I found there was time to submit the answer as the deadline that I could see on Docketbird was December 06, 2023. **(EXH. E).**

12. I spent time putting together my answer. On December 05, 2023 I posted it to the court. [Dkt. 70]. I also emailed a copy to Brickell IP. I used a DHL Express service. **(EXH F Fig. 10.)**

13. On December 09, 2023 Brickell IP replied to my emailed answer confirming that had received the PDF version and stated that it doesn't constitute a filing with the court, and they would look for the filed answer. They also stated in view of my low sales and infringement, they would settle for $1000. However, my sales weren't low sales they were zero (0) sales.

14. On December 11, 2023, the courier delivered my answer to the court. I contacted the courier to complain for it being delivered late. They apologised and gave me a refund in full for not providing the service I paid for. **(EXH F Fig. 11.)** The clerk also entered default this same day.

15. On December 15, 2023, Brickell IP sent me another email reasserting their claims and reduced the settlement offer to $500, stating if I don't settle they would proceed through judgment and would not respond any further.

16. Brickell IP added my account to the default list because my answer arrived late to the court, despite them acknowledging before default was entered, and them receiving the PDF version before the December 06, 2023 deadline. I did not agree to settle. I have no money to settle.

17. On December 27, 2023, I informed Brickell IP that I would oppose any strike due to the lateness as I did everything I could to get my answer to the court on time.

18. On January 05, 2024, I emailed Brickell IP stating I intended to file a motion to vacate the default judgment, reasserting my lack of any sales and that the money restrained had no link to their client.

19. On January 11, 2024, I received an email from Brickell IP stating they have not yet enforced the judgement and remain willing to settle for $500. They did not make any reference to my motion, so I replied once again informing them of my intent to file a motion and asking if they opposed it or not.

20. On January 12, 2024, I received a reply in regards to my intent to file a motion. Brickell IP state they will oppose my motion.

21. I sold zero (0) of the alleged infringing item. (**EXH. G & EXH. A Fig. 3.**)

22. I have no contacts with Florida nor conducted any business activities there.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed the 15th day of January, 2024, at Lima, Peru.

*[signature]*

Veronica Garcia Bayona