# EXHIBIT A

**EXHIBIT A**
**Screenshots showing Defendants eBay page and Zero Sales**



*Figure 1 Ebay Store - About*

*Figure 2 Ebay Store - Feedback*



*Figure 3 eBay Store unsold items*

# EXHIBIT B

**EXHIBIT B**
**Screenshots showing CJ Dropshipping page**



*Figure 4 CJ Dropshipping connection to eBay*

# EXHIBIT C

**EXHIBIT C**
**Screenshots of emails received from eBay**

11:34 ·      38%

<    ebay

Hello verongb,

After reviewing your account, we've had
to take the following action:
- Some or all of your listings may have
been removed. A list of any removed
items will be listed further down in this
email.
- We have credited any associated fees
except for any final value fee for your
listing(s).A rights owner has filed a
lawsuit in the United States claiming that
your account was used to sell products
that infringe its trademark, copyright, or
other intellectual property. We removed
your listings because a U.S. Court
ordered eBay to do so. Violating the
intellectual property rights of a rights
owner is not allowed. Please do not relist
the items we have removed, doing so
may result in the permanent suspension
of your account. At this time, we are
unable to provide more information
because the lawsuit is sealed. When the
court informs us it has unsealed the
lawsuit, we will send you an email
notifying you and providing more
information about the case.

We removed the following listings:
295446238311 - 925 Silver Adjustable
Smiley Happy Face Ring

If you have any concerns or questions,
click "Help & Contact" at the top of most
eBay pages.

We appreciate your understanding.

Thanks,
eBay

*Figure 5 First Email from eBay*

11:35 ·      38%

<    ebay

Hello,

Your payouts are currently on hold
because your eBay payment account is
restricted. A U.S. Court has directed eBay
to freeze your account. Please reach out
to plaintiff's attorney at
admin@brickellip.com for more
information and to resolve the matter.

Court Order Details
Court: U.S. District Court for the Southern
District of Florida
Plaintiff: The Smiley Company
Trademark/Copyright/Patent at issue:
Smiley Trademarks
Court Case Title: 23-cv-23799; The
Smiley Company v. The Partnerships and
Unincorporated Associations Identified
on Schedule "A"

eBay did not decide to freeze your
account, it was ordered to do so by a
judge.  Please understand that eBay
cannot release this freeze on your
payouts until we receive instructions
from the plaintiff's attorney, or we receive
a copy of a notice of dismissal or
satisfaction of judgment that has been
filed with the court. This matter must be
resolved with plaintiff's attorney or
defended in court. Plaintiff's attorney can
be contacted at the above email
address.  An attorney can explain to you
how to defend the lawsuit in court.
If you have not heard from plaintiff's
attorney after 5 days, we will be happy to
request they respond to you. If you need
us to reach out, please
contact VeRO@ebay.com.

Regards,
eBay

*Figure 6 Second Email from eBay*

# EXHIBIT D

**EXHIBIT D**
**Screenshots of Initial Emails Between Brickell IP and Defendant**

SERVICE OF U.S. COURT
DOCUMENTS / Case No.
23-cv-23799 - THE SMILEY
COMPANY SPRL, v. The Individuals,
Partnerships, and Unincorporated
Associations Identified on Schedule
A

 IP Administrator          3/11/2023
Javier Sobrado, + 1                    ⋮

[9] Order Granting TRO.pdf   ⋮   [10
PDF - 275 KB                      PD

🖉 4 datos adjuntos (743 KB)

Re: Case No. 23-cv-23799 – THE SMILEY
COMPANY SPRL,  v. The Individuals,
Partnerships and Unincorporated
Associations Identified on Schedule A

The Defendants operating under the Seller
ID's listed in Schedule "A" to the attached
Complaint (collectively, the "Defendants")
filed in the above-referenced lawsuit are
hereby advised as follows:

You have been identified in a United States
federal lawsuit concerning infringement of
intellectual property rights held by THE
A copy of the Complaint, Schedule A of
Defendants, Temporary Restraining Order,
and Order Permitting Alternative Service
are attached hereto. Other documents
relating to the above-referenced lawsuit
may be obtained from Plaintiff's counsel
at the following link:

https://www.dropbox.com/scl/fo/1ycie5jp
svg1ux7kbkjpq/h?
rlkey=cb4uqlm0cp1klukxz5gc1uegs&dl=0

You should be mindful that the Temporary
Restraining Order requires you to provide
Plaintiff's counsel with all data related to
infringing sales and funds
restrained. See pages 17-18. You can
contact Plaintiff's counsel, Javier Sobrado
(jsobrado@brickellip.com) by email to
discuss this matter in further detail.

Best regards,
Stephanie

*Figure 7 First Email from Brickell IP*

 veronica g          8/11/2023
IP Administrator, + 2              ⋮

lawsuit stores connection E...   ⋮
PNG - 1.3 MB

🖉 9 datos adjuntos (7.6 MB)

PLAINTIFF: THE SMILEY COMPANY

Hello, my name is Verónica Garcia, I
live in Perú, I'm Peruvian citizen. I have
the store verongb on ebay. I don't
speak or write English very well, I'll try
to do my best.

I received a message from ebay on
October 31 for a lawsuit
transparent when I say FORGIVE MY
IGNORANCE ABOUT THIS TOPIC, I
DIDN'T KNOW IT IS TRADEMARK,
COPYRIGHT OR PATENT, BECAUSE I'M
IN ANOTHER COUNTRY, I know this is
not an excuse, I should be more
inform  but please try to understand
me.

I open my store verongb on ebay with
Print on Demand products, but I
thought it would be more safe
dropshipping products from China to
avoid copyright issues that's why I
connected my store verongb on ebay
with Cj dropshipping.

I'm not a big company. I don't have an
inventory, because I don't have the
money for that, I have a personal or
private account on ebay and Cj.

When I make a sell on ebay, I buy the
product on Cj and they handling the
shipment to the customer.

I assure you that I DIDN'T MADE A
SELL OF THIS RING, because it is in
China, no one of my customers want a
long time delivery more than 15 or 20
days.

I send you all the photos of my store
on ebay (you can see the statistics of
my store are in red before the lawsuit, I
didn't have many sales) and also
photos of my store on Cj, and the
listing of the ring, to proof that all I'm
saying is true.

The motive of this letter is not to
unlock my account on ebay, my motive
is TO DO THE RIGHT THING AN
ACCEPT MY MISTAKE, when I opened
my store verongb on ebay, my intention
never was to break the law.

I'm REALLY REALLY SORRY, PLEASE
ACCEPT MY APOLOGIZES and please
dismiss the lawsuit.

Veronica Garcia

Note: I received the mail of the U.S
COURT DOCUMENTS/ Case N°23-cv-
23799 on November 3, I'll read
carefully and I have the will to give you
all the information that you need,
please let me know if you need more
documents

*Figure 8 Defendant's First
Reply to Brickell IP*

# EXHIBIT E

**EXHIBIT E**
**Screenshots of Docket 16 as Shown on Docketbird**


This is the URL where this screenshot taken. https://www.docketbird.com/court-cases/The-Smiley-Company-Sprl-v-The-Individuals-Partnerships-and-Unincorporated-Associations-Identified-On-Schedule-A/flsd-1:2023-cv-23799


Defendant had to rely on public information. Response deadline can be seen as 12/6/2023.


16    11/06/2023 SERVICE (Proof) by Publication by The Smiley Company
             SPRL. Last Publication date 11/6/2023.
             Claims/Positions/Written Defenses/Answers/etc., due by
             12/6/2023.


*Figure 9 Screenshot from Docketbird*

# EXHIBIT F

**EXHIBIT F**
**DHL Shipping Label**

Defendant chose a DHL Express X12 service as can be seen below. The item to be collected from Defendant on December 05.

This is also shown in the photocopy of the Answer uploaded to the docket by the Court [Dkt 70- final page].



*Figure 10 Image of shipping label*

**EXHIBIT F**
**DHL Shipping Refund**

 **wecare.pe@dhl.com**  15/12/2023
para tequilavgb@hotm… ⋮

 **d00eac57-e0bb-4dcb-a2dd-…** ⋮
PNG - 16 KB

Estimada Srta. Garcia,

Buenas tardes,

Confirmamos se realizó el abono de S/ 249.25
el día de hoy, constancia líneas abajo. Con la
información brindada estamos finalizando
nuestra comunicación por este medio.

> **Translation**
>
> Dear Miss Garcia,
>
> Good afternoon,
>
> We confirm that the payment of
> S/ 249.25 was made today, as
> stated in the lines below.
>
> With the information provided we
> are finalizing our communication
> by this means.



> Refund for shipment number
> 9537238 which matches that on
> the courts photocopy [Dkt. 70 –
> final page]

Saludos cordiales.

**Karen   Panduro**  |  Customer   Care   Agent-
Customer   Service  |  Phone  +  51  5716688
Opción 2 Anexo 1781| wecare.pe@dhl.com

*Figure 11 Refund Email from DHL*

# EXHIBIT G

## EXHIBIT G
## Page 111 of 133 – Schedule D Part 5

The evidence page is very long, and for clarity here, the screenshots on these pages have been cropped to remove eBay's sponsored listings which take up space.



*Figure 12 Plaintiff's Evidence Screenshots*

**EXHIBIT G**
**Page 111 of 133 – Schedule D Part 5**

This part of the screenshot shows the item specifics and description for the alleged infringing item

About this item    Shipping, returns, and payments

Seller assumes all responsibility for this listing.
Last updated on Jan 22, 2023 18:09:20 PST View all revisions

eBay item number: 295446238311

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Brand | Unbranded |
| Ring Size | adjustable | Type | Ring |
| Shape | Oval | Metal Purity | 925 |
| Occasion | Anniversary, Birthday, Christmas, Engagement | Color | Silver |
| Base Metal | Sterling Silver | Theme | Happy Face |
| Features | Adjustable, Nickel-Free | Metal | Sterling Silver |
| Main Stone | No Stone | | |

### Item description from the seller

Material: Silver
Style: Vintage
Processing: Plating
Applicable gifts occasions: Tourism Memorial

*Figure 13 Plaintiff's Evidence Screenshots*

**EXHIBIT G**
**Page 112 of 133 – Schedule D Part 5**

This screenshot on page 112 of Schedule D Part 5, shows the checkout page. In support of the "Motion for TRO", Javier Sobrado declared under penalty of perjury "The third-party investigator-initiated orders from each seller IDs for the purchase of various products, all bearing, or suspected of bearing, counterfeits of, at least one of the Smiley Marks or Copyrighted Works, and requested each product to be shipped to an address in the Southern District of Florida."  See Sobrado Declaration ("Sobrado Decl.") [Dkt. 5] at ¶ 5.



*Figure 14 Plaintiff's Evidence Screenshots*