UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-23799

THE SMILEY COMPANY SPRL,

 Plaintiff,
v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

 Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendant:

upforwhatever (Defendant No. 313 on Schedule "A" to the Complaint).

Date:   January 22, 2024    Respectfully submitted by,

               **Javier Sobrado**
               Javier Sobrado (Fla. Bar No. 44992)
               Attorney Email address: jsobrado@brickellip.com
               Arthur Robert Weaver (Fla. Bar no. 92132)
               Attorney Email address: rweaver@brickellip.com
               THE BRICKELL IP GROUP, PLLC
               1101 Brickell Avenue, South Tower, Suite 800
               Miami FL, 33131
               Telephone: (305) 728-8831
               *Attorneys for Plaintiff*