UNITES STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-23799-RAR

FILED BY ___MC___ D.C.

JAN 22 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

The Smiley Company SPRL,

     Plaintiff,

Vs

The Individuals, Partnerships and Unincorporated Associations Identified on Schedule A

    Defendants

### DEFENDANT NUMBER 297 - tassietiger2002

### ANSWER TO THE COMPLAINT

I, Jacki Maple, declare and state as follows:

1. I am the owner of the Ann Simpson Sewing Centre which trades on the eBay platform as "tassietiger2002"
2. My postal address is PO Box 439, Somerset, Tasmania, 7322, Australia.  My email address is annsimpson@bigpond.com
3. The Ann Simpson Sewing Centre (tassietiger2002) is identified as defendant 297 on Schedule A
4. I hereby certify that eBay is my platform for selling items associated with my Business.
5. I am a private individual and personally responsible for what I do, what I sell and any money I make using this account
6. Due to limited financial means I will be representing myself pro se

<u>Summary:</u>

The defendant (tassietiger2002) opposes the temporary restraining order, preliminary injunction and order restraining transfer of assets regarding allegations of copyright infringement on the following grounds:

1. There is no breach of any registered trademarks and copyrights
2. Materiality
3. Inadequate timings of notification
4. Inadequate information on how to respond
5. No likelihood of confusion to the average consumer

In addition, the defendant will be:

6. Seeking retribution for wrongful injunction or restraint
7. Responding to "Entry of Final Default Judgement"

tassietiger2002 will refute all allegations made by The Smiley Company

**Content:**

0. **Background**

   a. The "tassietiger2002" ebay shop was purchased from Ann Simpson (deceased) as a going concern in October 2014

   b. At this time there were 2 x "Pink Smiley Face Motif" in inventory - both purchased in April 2006 from Kay Toby (https://www.truelocal.com.au/business/kay-toby-pty-ltd/brunswick)

   c. In the last 17 years the "Pink Smiley Face Motif" has been listed it has only sold once (26th September 2019) to an Australian buyer

   d. The likelihood of this motif selling to a buyer in the USA is negligible.  The item is listed for $3.75 plus international postage of $29.50.  No one will pay $33.25 for a motif they can purchase within the USA for a fraction of that price

   e. Description of item in question:
      i. A pink  motif in the shape of a smiling sunflower



1. **There is no breach any registered trademarks and copyrights**

   The "Pink Smiley Face Motif" does not breach any registered trademarks and copyrights as none of the "classes / Goods" list motif in their comprehensive list of descriptions
   a. The "Pink Smiley Face Motif" is not represented in any of the following trademark registrations:

| Registration Number | Classes / Goods |
|---|---|
| 2,747,618 | IC 003. US 001 004 006 050 051 052. |
| 2,566,529 | IC 028. US 022 023 038 050 |
| 5,453,732 | IC 003. US 001 004 006 050 051 052.<br>IC 005. US 006 018 044 046 051 052.<br>IC 006. US 002 012 013 014 023 025 050.<br>IC 008. US 023 028 044.<br>IC 009. US 021 023 026 036 038. |

| | |
|---|---|
| | IC 014. US 002 027 028 050.<br>IC 016. US 002 005 022 023 029 037 038 050.<br>IC 021. US 002 013 023 029 030 033 040 050.<br>IC 025. US 022 039.<br>IC 026. US 037 039 040 042 050.<br>IC 027. US 019 020 037 042 050.<br>IC 028. US 022 023 038 050.<br>IC 029. US 046.<br>IC 030. US 046.<br>IC 032. US 045 046 048.<br>IC 034. US 002 008 009 017.<br>IC 035. US 100 101 102.<br>IC 036. US 100 101 102.<br>IC 038. US 100 101 104. |
| 2,970,055 | IC 003. US 001 004 006 050 051 052. |
| 3,016,430 | IC 009. US 021 023 026 036 038. |
| 2,801,529 | IC 025. US 022 039.<br>IC 016. US 002 005 022 023 029 037 038 050.<br>IC 018. US 001 002 003 022 041. |
| 5,348,135 | IC 016. US 002 005 022 023 029 037 038 050.<br>IC 018. US 001 002 003 022 041. |
| 6,428,755 | IC 027. US 019 020 037 042 050. |

b.  The "Pink Smiley Face Motif" is not represented in any of the following copyright registrations:

| Registration Number | Registration Date | Title of Work |
|---|---|---|
| VAu000446942 | 1999 | Andazia International--Millennium 2000 T-shirts : no. 280-283, 287-289. |
| VAu000446948 | 1999 | Berkshire--Smiley babies outerwear, socks, Smiley rainwear, umbrellas, Smilette : no. BERK001-BER019. |
| VAu000446941 | 1999 | Commonwealth toy--Smiley Babies packaging labels : no. CTN01-CTN05. |
| VAu000304029 | 1998 | Freeze/Millennium 2000 T-shirts : no. FR001-FR118. |
| VAu000446947 | 1999 | Freeze--Millennium 2000 T-shirts : no. FR119-FR168. |
| VAu000446946 | 1999 | Home Group, Inc.--Smiley headwear : no. HG001-HG004. |
| VAu000456386 | 1999 | Jacques Moret Intimates/SHB intimates ... : no. JM045- |

c.  "motif" is not represented in any of the Smiley Company's registered trademarks or copyrights and therefore Tassietiger2002 has not *"advertised, promoted, offered for sale, or sold goods bearing and/or using what Plaintiff has determined to be counterfeits, infringements, reproductions, or colorable imitations of the Smiley Marks and Copyrighted Works"*

    d.   Plaintiff has **not** submitted "*sufficient evidence showing … the Defendants has infringed at least one or more of the Smiley Marks and/or Copyrighted Works.*"

    e.   In addition, under the **TRADE MARKS ACT 1995 - SECT 121 Infringement of trade mark by breach of certain restrictions**

       i.   (4) The trade mark is not infringed if the owner of the goods:

          1.   (a) acquired them in good faith and without being aware of the notice of prohibition; or

          2.   (b) became the owner of the goods by virtue of a title derived from a person who had so acquired them.

       ii.   (Source: https://austlii.edu.au/cgi-bin/viewdoc/au/legis/cth/consol_act/tma1995121/s121.html)

       iii.   Any person whose country of origin is a party to any convention or treaty relating to trademarks, trade or commercial names, or the repression of unfair competition, to which the United States is also a party, or extends reciprocal rights to nationals of the United States by law, shall be entitled to the benefits of this section under the conditions expressed herein to the extent necessary to give effect to any provision of such convention, treaty or reciprocal law, in addition to the rights to which any owner of a mark is otherwise entitled by this chapter.
(https://www.law.cornell.edu/uscode/text/15/1126)

    f.   **Conclusion**: The "Pink Smiley Face Motif" does not breach any copyright or trademarked registrations and is exempt under the Trade Marks Act 1995 due to (a) being purchased in good faith and without awareness of any prohibition, AND (b) becoming owner of the goods by virtue of transfer of title.

## 2. Materiality

    a.   In the last 17 years there has been ***ONE sale*** of $3.75 ($2.44 USD).

    b.   The potential of one more $3.75 sale does not constitute "*irreparable injury*"

    c.   Nor does the potential sale of $3.75 constitute a justification for

"*The balance of potential harm to Defendants in restraining their trade in counterfeit and infringing branded goods if a temporary restraining order is issued is outweighed by the potential harm to Plaintiff, its reputations, and its goodwill as manufacturers and distributors of quality products if such relief is not issued.*"

    d.   *"Defendants' unlawful actions have individually and jointly caused and are continuing to cause unquantifiable damage to Plaintiff and are unjustly enriching Defendants with profits at Plaintiff's expense.(Complaint: Section 54)"*

This claim is refuted. One sale of $3.75 in 17 years has not resulted in "*unjustly enriching Defendants with profits at Plaintiff's expense.*"

## 3. Inadequate timing of notification:

    a.   The Order granting a Temporary Restraining Order was signed off by Judge Rodolfo A Ruiz II on Tuesday 24th October 2023

    b.   The documents were issued to defendant "tassietiger2002" eleven days later on Saturday 4th November 9.16am AEST.

    c.   A telephonic hearing was set before the Court on Tuesday 7ᵗʰ November , 2023, at 5.15am (1:15 P.M Florida USA time) ie One working day later

    d.   *Any response or opposition to Plaintiff's Motion for Preliminary Injunction must be filed and served on Plaintiff's counsel forty-eight (48) hours prior to the hearing.*"

        One business day is insufficient notice to seek legal advice and does not enable any response to be submitted *"forty-eight (48) hours prior to the hearing"*

    e.   *"Defendants are hereby on notice that failure to appear at the hearing may result in the imposition of a preliminary injunction against them"* we will argue the Plaintiff deliberately withheld notification of court requirements in order to have the preliminary injunction imposed

    f.   Secondary notification of Service of Court Documents received Wednesday 27ᵗʰ December 2023 3.40pm during the Christmas / New Year break

4.  **Inadequate information on how to respond:**

    a.   No information was provided to the Defendants on the appropriate process for responding the Plaintiff's claim

        No contact details were given for responding directly to the court, nor was any guidance given on the process of filing any responsive pleadings

        All email communication referenced contacting Javier Sobrado

    b.   Contact information provided:
        i.   Javier Sobrado:

            Javier Sobrado (Fla. Bar No. 44992)
            Attorney Email address: jsobrado@brickellip.com
            THE BRICKELL IP GROUP, PLLC
            1101 Brickell Avenue, South Tower, Suite 800
            Miami FL, 33131
            Telephone: (305) 728-8831

        ii.  IP Administrator
           admin@brickellip.com
        iii. rweaver@brickellip.com

5.  **No likelihood of confusion in the average consumer:**

    a.   The claim "*irreparable injury will be suffered if the relief is not granted*" is refuted

        This is not a popular product, and any alleged connection with "Smiley" trademarks or copyrights does not increase the attractiveness to buyers and does not cause a likelihood of confusion in the average consumer

    b.   "Smiley" branding is unknown in Australia. There have been zero requests from buyers for "Smiley" related products since the "tassietiger2002" business was purchased in 2014

c. The "Pink Smiley Face Motif" is different enough from the Plaintiff's generic smiley to avoid consumer confusion.

Note: the smiley face is slightly different eg eye shape, measurement of gaps between the eyes, distance to smile, differing curves at the edges of the smile, outside edges, etc.

d. The nature of the businesses are different.

The defendant primarily retails sewing items, one of which is a motif

The Plaintiff retails clothing and accessories with a smiley face.

Trademark protection extends to similar goods and services to avoid confusion. The defendant argues that these goods and services are not similar.

6. **Seeking retribution for wrongful injunction or restraint**

a. *"Under 15 U.S.C. § 1116(d)(5)(D) and Federal Rule of Civil Procedure 65(c), Plaintiff shall post a bond in the amount of $10,000.00 by* **October 31, 2023**, *as payment of damages to which Defendants may be entitled for a wrongful injunction or restraint"*

b. **Notice is hereby given that "tassietiger2002" will seek payment of damages for wrongful injunction or restraint covering the following:**
   i. Lost wages / income
      1. Freezing of personal assets that bear no relation to the ecommerce platform on which alleged infringement occurred
      2. A personal PayPal account was frozen on Thursday 23rd November 2023
      3. This PayPal account has no connection to the "tassietiger2002" eBay account and furthermore eBay has hosted a managed payments platform for the last eight years eliminating the need to use PayPal
      4. Given the materiality of the plaintiff's alleged claim ($2.44 USD) this is an excessive step that has caused significant personal financial hardship

   ii. Incurred expenses –
      1. Costs of current action
         a. Legal costs ($650)
      2. Future costs for legal representation

   iii. Compensation for pain, suffering, stress and inconvenience
      1. Default on payments automatically set up to deduct from PayPal
         a. Insurance
         b. Loans
         c. Energy bills
         d. Water bills
         e. Rent
      2. Inability to purchase Christmas presents for family

7. **Response to Entry of Final Default Judgement:**

a. **II. Statement of Facts – B – Defendants' Infringing Acts:**
   i. *"Despite their known lack of authority to do so"* and *"Defendants have had full knowledge of Plaintiff's ownership of the Smiley Marks and Copyrighted Works"*.

Both these statements are speculative and incorrect. Up until receipt of this law suit, the defendant was not aware of the existence of the Smiley Company and could not be expected to know there was a *"lack of authority"* to sell goods nor to have *"full knowledge of the Plaintiff's ownership"*

ii. *"Defendants are engaged in the fraudulent promotion, advertisement, distribution, offering for sale, and sale of goods bearing counterfeits"*

As established in Part (1) of this response the "Pink Smiley Face Motif" does not breach any registered trademarks and copyrights and therefore cannot be described as engaging in any fraudulent activities

b. **II. Statement of Facts – B – Procedural Background:**
   i. *"Court granted on October 24, 2023 [ECF No. 10], authorizing Plaintiff to serve the summons"*

   Plaintiff failed to serve summons until Saturday 4th November

   ii. *"Pursuant to the Court's Order authorizing alternate service of process, Plaintiff served Defendants on November 18, 2022, via e-mail and publication by posting a true and correct copy of the Complaint"*

   There was no communication from the Plaintiff on 18th November advising a true and correct copy of the Complaint had been issued.

   The only communications between 9th November and 22nd December had been an ongoing conversation via email

   iii. *"The Defaulting Defendants listed on Schedule A have not been granted any extension of time to respond, nor have they served or filed an Answer or other response."*

   This is incorrect – the defendant has been in constant communication with you on the following dates:
   1. Saturday 4th November 2023, 9.16am
   2. Monday, 6th November 2023, 7.35pm
   3. Tuesday 7th November 2023, 4.28am, 6.03am, 6.04am
   4. Wednesday 8th November 2023, 4.01am, 7.54am
   5. Thursday 9th November 2023, 8.14am, 9.19am
   6. Saturday 11th November 2023, 12.09pm
   7. Sunday 12th November 2023, 9.07am
   8. Thursday 16th November 2023 7.54am, 8.44am
   9. Thursday 23rd November 2023, 7.33am
   10. Friday 24th November 2023, 11.03am
   11. Monday 27th November 2023, 11.18am
   12. Tuesday 28th November 2023, 7.59am, 11.06am
   13. Wednesday 29th November 2023, 7.10am, 7.24am, 9.15am, 1.36pm
   14. Thursday 30th November 2023, 11.04am, 11.39am
   15. Friday 1st December 2023, 7.24am, 9.56am
   16. Tuesday 5th December 2023, 8.23am, 3.17pm, 5.04pm
   17. Friday 8th December 2023, 10.02am
   18. Friday 22nd December 2023, 6.44am
   19. Wednesday 27th December 2023 3.40pm

   No contact details (other than Brickell Lawyers) have been provided. The process for "*Serving or Filing an answer*" has not been explained. The Plaintiff needs to remember the defendant is not domiciled in the USA and

should not be expected to understand the procedures and processes belonging to that country.

c. **C: Default Judgement Should be Entered Against Defendants**
   i. 2: Factual Allegations Establish Defendants Liability

   *Plaintiff has also established liability for its copyright claim. "A claim for copyright infringement consists of only two elements: 1) a plaintiff must show that the plaintiff owns a valid copyright; and 2) that the defendant has engaged in unauthorized copying."*

   As established in Part (1) of this response the defendant has not breached any registered trademarks and copyrights and therefore the Plaintiff does not own a valid copyright relating to "Pink Smiley Face Motif". It follows that the defendant could not have engaged unauthorised copying

   ii. *"Defendants have unlawfully used Plaintiff's goodwill to make a profit"*

   This statement is incorrect. In the last 17 years there has been **ONE sale** of $3.75 ($2.44 USD). No discernible profit has been made

   iii. *"evidence submitted herewith, show Defendants are "continuously infringing and inducing others to infringe"*

   This statement is incorrect. If anything, the evidence shows having a product listed online for 17 years and only ever selling one is a massive deterrent to anyone else thinking of carrying the same item

   iv. *"Plaintiff is clearly suffering, and will continue to suffer, irreparable injury if Defendants'infringing activities are not permanently enjoined."*

   It would be difficult to argue that a $3.75 sale seven years ago is providing ongoing suffering and irreparable injury to the Plaintiff

   v. *Moreover, it can hardly be said that Defendants face hardship in refraining from their willful infringement of the Smiley Marks and Copyrighted Works, whereas Plaintiff faces hardship from loss of sales and its inability to control its reputation*

   This statement is incorrect. Over the last 17 years eBay has charged a monthly fee for hosting "Pink Smiley Face Motif amounting to $44.88 (assuming monthly fee of $0.22). The value of the item is $3.75, resulting in a loss of $41.13. In this case the Defendant **does** face hardship

   It would be difficult to argue that a $3.75 sale seven years ago is providing hardship from loss of sales to the Plaintiff

   vi. *"The evidence in this case demonstrates that each Defendant promoted, distributed,advertised, offered for sale, and/or sold at least one type of good bearing marks which were in fact counterfeits of at least, one of the Smiley Marks."*

   This statement is incorrect. As established in Part (1) of this response the defendant has not breached any registered trademarks and copyrights and therefore the Plaintiff does not own a valid copyright relating to "Pink Smiley Face Motif".

d. **D: Damages as to Count II for False Designation of Origin**

i.   "*Here, the evidence clearly establishes that each Defendant intentionally copied one or more of the Smiley Marks for the purpose of deriving the benefit of Plaintiff's world-famous reputation.*"

This statement is incorrect.  The evidence **does not** establish the defendant intentionally copied the Smiley Marks for the purpose of deriving benefit. Nor does it prove that the Plaintiff has a "*world famous reputation*".  There has been no evidence provided to support this claim (claiming that the Plaintiff is world famous multiple times throughout a document does not make the statement true.)

ii.  "*The evidence in this case demonstrates that each Defendant promoted, distributed, advertised, offered for sale, and/or sold at least one type of good bearing marks which were in fact blatant knock offs of at least, one of the Smiley Marks.*"

This statement is incorrect.  As established in Part (1) of this response the defendant has not breached any registered trademarks and copyrights and therefore offered for sale any items that were "*blatant knock offs*"

**In addition:**

1.   Access to United States customers.

The Plaintiff argues the Defendant's use of eBay as a selling platform automatically grants them access to United States customers and therefore subjects them to United States laws.

The defendant mitigates this claim by emphasising their target market is in Australia and all advertising is concentrated in that area alone.

The Defendant does not direct sales or marketing efforts towards the United States.

2.   Fair use and artistic expression

The motif is used in a way that is artistic and expressive rather than as a brand identifier.

**Conclusion:**

The Ann Simpson Sewing Centre (tassietiger2002) provides answers to the court as follows specific to the five (5) counts detailed in the complaint:

**COUNT I -- TRADEMARK COUNTERFEITING AND INFRINGEMENT**
**PURSUANT TO § 32 OF THE LANHAM ACT (15 U.S.C. § 1114)**

**Count I – all allegations in paragraphs 50 – 56 are DENIED**

- The Ann Simpson Sewing Centre (tassietiger2002) hereby adopts and re-alleges the allegations set forth in detailed arguments above as though fully set forth herein.
- The product listing does not bear any of the Plaintiff's marks either trademarked or copyrighted
- The Ann Simpson Sewing Centre (tassietiger2002) is not in direct competition with the Plaintiff
- The Plaintiff would not have suffered any irreparable injury or damages from this product as it is neither popular (one sale in 17 years) nor has it ever been sold into the USA.  The Plaintiff has not provided any evidence to counter this.

- Under the Australian **TRADE MARKS ACT 1995 - SECT 121 Infringement of trade mark by breach of certain restrictions,** a trade mark is not infringed if the owner of the goods:(a) acquired them in good faith and without being aware of the notice of prohibition; or (b) became the owner of the goods by virtue of a title derived from a person who had so acquired them.  The USA is a party to this convention.

## COUNT II -- FALSE DESIGNATION OF ORIGIN
## PURSUANT TO § 43(A) OF THE LANHAM ACT (15 U.S.C. § 1125(A))

**Count II – all allegations in paragraphs 57 – 64 are DENIED**

- The Ann Simpson Sewing Centre (tassietiger2002) hereby adopts and re-alleges the allegations set forth in detailed arguments above as though fully set forth herein.
- The product has not been advertised or promoted in any way within the United States.  Our target market is in Australia and all advertising is concentrated in that area alone.
- There is no evidence the product was targeted at the Florida market
- The Plaintiff does not sell motifs so the product can not virtually identical in appearance to the Plaintiff's goods
- The product does not imply any designations of origin and does not bear the Plaintiff's mark
- The product has been removed from sale
- The product is not counterfeit
- The quality of the product cannot be assessed from a screen shot
- The product is not in direct competition with the Plaintiff. The defendant primarily retails sewing items.  The Plaintiff retails clothing and accessories.

## COUNT III -- COMMON LAW UNFAIR COMPETITION

**Count III – all allegations in paragraphs 65 – 69 are DENIED**

- The Ann Simpson Sewing Centre (tassietiger2002) hereby adopts and re-alleges the allegations set forth in detailed arguments above as though fully set forth herein.
- The product has not been promoted, advertised, or sold within the Florida market, nor within the United States.  There is no evidence to support the Plaintiff's claim
- The Ann Simpson Sewing Centre (tassietiger2002) is not in competition with the Plaintiff
- The Plaintiff would not have suffered any irreparable injury or damages from this product as it is neither popular (one sale in 17 years) nor has it ever been sold into the USA.  The Plaintiff has not provided any evidence to counter this.
-

## COUNT IV - COMMON LAW TRADEMARK INFRINGEMENT

**Count IV – all allegations in paragraphs 70 – 74 are DENIED**

- The Ann Simpson Sewing Centre (tassietiger2002) hereby adopts and re-alleges the allegations set forth in detailed arguments above as though fully set forth herein.
- There is no infringement of copyright as the product listing does not bear any of the Plaintiff's marks either trademarked or copyrighted
- There is no trademark on either the listing image nor in the description
- The product is not counterfeit
- The product does not cause confusion or deception. It is not in direct competition with the Plaintiff. The defendant primarily retails sewing items.  The Plaintiff retails clothing and accessories
- The Plaintiff would not have suffered any irreparable injury or damages from this product as it is neither popular (one sale in 17 years) nor has it ever been sold into the USA.  The Plaintiff has not provided any evidence to counter this.

**COUNT V -- INFRINGEMENT OF COPYRIGHT**

**Count V -- all allegations in paragraphs 75 -- 83 are DENIED**

- The Ann Simpson Sewing Centre (tassietiger2002) hereby adopts and re-alleges the allegations set forth in detailed arguments above as though fully set forth herein.
- The Ann Simpson Sewing Centre (tassietiger2002) has not infringed upon any of the Plaintiff's copyrights
- The Ann Simpson Sewing Centre (tassietiger2002) had never heard of the Plaintiff until being brought into this case and did not commit an infringement
- The Plaintiff would not have suffered any irreparable injury or damages from this product as it is neither popular (one sale in 17 years) nor has it ever been sold into the USA.  The Plaintiff has not provided any evidence to counter this

**AFFIRMATIVE DEFENCES**

The Defendant asserts the following affirmative defences without assuming the burden of proof on such defences that would otherwise rest on the Plaintiff

**AS AND FOR A FIRST AFFIRMATIVE DEFENCE:  failure to state a cause of action**

Plaintiffs Complaint fails to state a claim upon which relief can be granted. Answering Defendant has only made sales of genuine products.

**AS AND FOR A SECOND AFFIRMATIVE DEFENCE:  non-infringement**

Answering Defendants have not infringed any applicable trademark under federal or state law .

**AS AND FOR A THIRD AFFIRMATIVE DEFENCE:  no wilfulness**

Without admitting any infringement, Answering Defendants have not willfully infringed on any trademarks-in-suit.

**AS AND FOR A FORTH AFFIRMATIVE DEFENCE:  innocent infringement**

The claims made in the Complaint are barred, in whole or in part, because any infringement, if any, were innocent

**AS AND FOR A FIFTH AFFIRMATIVE DEFENCE:  no causation**

Plaintiff's claims against Answering Defendants are barred because Plaintiff's damages, if any,were not caused by Answering Defendants.

**AS AND FOR A SIXTH AFFIRMATIVE DEFENCE:  no damage**

Without admitting that the Complaint states a claim, there has been no damage in any amount, mannner, or at all by reason of any act alleged against Answering Defendants in the Complaint, and the relief prayed for in the Complaint therefore cannot be granted.

**AS AND FOR A SEVENTH AFFIRMATIVE DEFENCE:  lack of irreparable harm**

Plaintiff's claims for injunctive relief are barred because Plaintiff cannot show it will suffer any irreparable harm from answering Defendant's alleged actions

**AS AND FOR AN EIGHTH AFFIRMATIVE DEFENCE:  no exceptional case**

Answering Defendant's actions in defending this case do not give rise to an exceptional case under Section 35 of the Lanham Act,15 U.S.C. § 1117, or other applicable laws

**AS AND FOR A NINTH AFFIRMATIVE DEFENCE:  reservation of rights**

Answering Defendant reserves the right to amend these separate affirmative defences and
counterclaims upon the completion of appropriate investigation and discovery.


**Final remark from Ann Simpson Sewing Centre (tassietiger2002)**

I, Jacki Maple, the defendant Ann Simpson Sewing Centre (tassietiger2002) humbly request the court
for an order to be entered:

1. Dismiss with prejudice,  each of the claims, and relief requested, in the Plaintiff's Complaint in
   it's entirety
2. Restore access to (and remove injunction order from) my personal PayPal account
   (annsimpson@bigpond.com)
3. Grant Ann Simpson Sewing Centre (tassietiger2002) costs and expenses incurred in
   defending this matter
4. Grant Ann Simpson Sewing Centre (tassietiger2002) all other appropriate relief

Alternatively, if the court considers it unnecessary to dismiss the plaintiff's compliant Ann Simpson
Sewing Centre (tassietiger2002) respectfully requests the court to withdraw the injunction order and /
or enter a judgement

DATED Friday 12th January 2024

<div align="center">Respectfully submitted</div>

<div align="right">

/s/ Jacki Maple

Defendant 297
Ann Simpson Sewing Centre (tassietiger2002)
annsimpson@bigpond.com
pro se litigant

</div>

**ToughBag**

Print @ Australia ... or worldwide^

211mm x 269mm

| | |
|---|---|
| Recipient mobile | |
| Company name | To: JUDGE RODOLFO A RUIZ II |
| Contact name | CLERK OF COURT |
| Street address or PO Box number | UNITED STATES COURTHOUSE<br>400 N MIAMI AVENUE |
| Suburb or town, State, Postcode | COURTROOM 11-2<br>MIAMI FL 33128<br>UNITED STATES OF AMERICA. |
| Aviation Security and Dangerous Goods Declaration* | Sign here: _Morale._ |

* I, the sender, acknowledge that this article may be carried by air and will be subject to aviation security and clearing procedures, and I declare that it does not contain any dangerous or prohibited goods, explosive or incendiary devices. A false declaration is a criminal offence. If the declaration is not signed this article cannot be carried by air.

**IMPORTANT**
Postage not paid
No delivery without payment

Affix postage paid label here

**Australia Post**



Australia Post is committed to a sustainable future

90018

Australia Post is committed to carbon neutral delivery

Australia Post purchases carbon credits to offset the emissions of this delivery.

AUSTRALIAN MADE 9 "312650"900182">

This service is suitable for sending items up to $100 in value. If your item is valued over $100, you should purchase Extra Cover; it provides loss or damage cover from $100 up to $5000. This service is not suitable for items over $100 such as jewellery, electronics or passports unless Extra Cover is purchased. If your parcel is lost or damaged, and you haven't purchased Extra Cover, compensation of up to $100 and a postage refund may be payable. Subject to the Australian Consumer Law, Australia Post does not accept liability for any consequential or indirect loss or damage arising due to any failure related to our service. Neither the cover included with our service nor the purchase of Extra Cover limits any rights you may have under the Australian Consumer Law.

+^Please see auspost.com.au/sending or ask at your nearest Post Office for Terms and Conditions of our services (including tracking events and other features), sending options (including information on our compensation scheme and Extra Cover for valuable items), our delivery speed estimates and our Privacy Policy. Check the International Post Guide for details and limitations for international sending. Please note that our international economy products do not include tracking.

Sender mobile

Contact name

Street address or PO Box number

Suburb or town, State, Postcode

From: JACKI MAPLE

ANN SIMPSON SEWING CENTRE

PO BOX 439

SOMERSET 7322 TAS

AUSTRALIA

Sealed Air

Press down firmly to seal



**Add a feature**

You can purchase optional features at any Post Office, including:

- Extra Cover - recommended when sending valuable goods and documents. Up to $5000 cover^

^ Subject to Extra Cover Terms & Conditions. Country specific limitations apply, check the International Post Guide for details. This does not limit any rights you may have under the Australian Consumer Law

**Double check**

Please make sure:

- The Customs Declaration form is completed, signed by the sender, and inserted in the plastic pocket below
- The sender and receiver details are completed, including contact details in case we need to get in touch around the

**Post & Track**

You can post your parcel at any Post Office:

- Take this item to the counter at any Post Office and pay for the postage
- You can track your item* at auspost.com.au/track by entering the article ID from your receipt

* This service is available to most overseas dest... See the International Post Guide for country spec...
** Estimated delivery time to metro areas of major cit... customs and delay due to reasons outside of Austra... specific delivery times are available online at auspost...

Australia Post acknowledges the Traditional Custodians of the land on which we operate, ... gather as employees, ... recognise their continuing connection to land, water and community. We pay respect to Elders past, present and emerging.

**EMS INTERNATIONAL**

CN23

Lodge this item over the counter at any postal outlet.

From (Sender) — Customs Declaration CN23 (May Be Opened Officially)

| Category of Item: ☒ Document ☐ Gift ☐ Commercial Sample ☐ Merchandise ☐ Returned Goods ☐ Other: | Qty | Net Weight (kgs) | Value (AUD $) | HS Tariff No. | Country of Origin |
|---|---|---|---|---|---|
| Full Description of Goods<br>DOCUMENTS | 13 | 0.15 | 0.00 | 491199 | AU |
| Export Clearance Number (for goods in excess of $2,000 AUD) | TOTAL Value | | $0.00 | | |

**Australia POST**

Limitations of Liability
Australia Post is not a common carrier and accepts no liability as such. The Warsaw Convention and other contractual exclusions and limitations of liability may apply to the carriage of goods. See the Australia Post Terms and Conditions at www.auspost.com.au or at a Post Office.

Attach To Item

Comments (e.g. subject to quarantine or other restrictions)

In Case of Non-Delivery
Return By Most Economical Route

EJ 319 639 965 AU

**To (Receiver)**

Delivery Instructions

Importer's Ref

Importer's Telephone

Email

Name
JUDGE RODOLFO A RUIZ II

Company Name
CLERK OF COURT US COURTHOUSE

Address
400 N MIAMI AVENUE
COURT ROOM 11-2
MIAMI FL 33128
UNITED STATES

**Sender's Authorisation and Signature**

The sender acknowledges: * this article may be carried by air and will be subject to aviation security and clearing procedures * carriage of the article is subject to the Australia Post Terms and Conditions available at www.auspost.com.au or at a Post Office * they may be liable for any costs imposed by Customs, including customs or excise duty.
The sender declares: * the information provided in this customs declaration form is true and correct * the article does not contain any explosive or incendiary devices, dangerous goods (other than those permitted and specifically disclosed on this form) or items prohibited by legislation or by postal or customs regulations.

Signature of Sender [signature] Date 16/1/24

Packages without this declaration completed will not be delivered.

Privacy ... We collect ...

Limitations ... This service ...

Unless ... Notwithstanding ...

** Terms and ... Please see ... goods, con...

... to $5000.

... may be payable.

..., dangerous and prohibited

International Post - Express 250g C4 Envelope 56844

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the Ann Simpson Sewing Centre (tassietiger2002) Answer and Affirmative Defences to the complaint was served upon each party on this 12th day of January, 2024.


The original signed copy has been posted to

Judge Rodolfo A Ruiz II
Clerk of Court
United States Courthouse
400 N. Miami Avenue
Courtroom 11-2
Miami, FL 33128
UNITED STATES OF AMERICA


A pdf copy caused to be sent by email to:

Attorneys for Plaintiff
Javier Sobrado(Fla. Bar No. 44992)
jsobrado@brickellip.com