## ANSWER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:23-cv-23799

FILED BY_____D.C.

JUDGE: Rodolfo Armando Ruiz II
UNITED STATES DISTRICT JUDGE

THE SMILEY COMPANY SPRL,

Plaintiff
Vs.
EmbroideryMoksShop
22 (on schedule A)

Defendant

FILED BY____D.C.

FEB -7 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### DEFENDANTS ANSWER

Im from Ukraine, and I saw summon to the court accidentally, by checking emeil (that I do not very often).
I didn't informed by mail, or phone call.

1. Complaint is denied. Defendant denies the allegations presented in the first paragraph of the complaint. Defendant asserts that it is not involved in promoting, selling, reproducing, offering for sale, or distributing goods using counterfeits or confusingly similar imitations of Smiley's trademarks and copyrighted works. Defendant further denies the assertion that it operates under the seller identification names listed in Schedule "A" attached hereto.
2. Complaint is denied. Defendant denies the allegations made in the second paragraph of the complaint. Defendant asserts that it is not engaged in any ongoing, daily, or sustained violations of Plaintiff's trademark rights and copyrights. Defendant further denies reproducing, counterfeiting, or infringing upon Plaintiff's trademarks and copyrights with the intention of confusing the consuming public or earning substantial profits. Defendant disputes any assertion that its actions contribute to the erosion of Plaintiff's goodwill or the destruction.
3. Complaint is denied. Defendant denies the allegations made in the third paragraph of the complaint. Defendant asserts that it has not engaged in any conduct that has contributed to the harm alleged by Plaintiff. Defendant further denies any involvement in counterfeiting or actions that have necessitated Plaintiff's expenditure of resources for trademark and copyright.

I hereby certify that a copy hereof has been furnished by mail to Plaintiff's attorney this 22th day of January, 2024.

Javier Sobrado, Esq.
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami
FL
33131

DATE: 22th January 2024

Submitted by

Fred Bondarchuk
EmbroideryMoksShop
PO Box 31
Kyiv, Ukraine
03146

