# IN THE UNITED STATES DISTRICT COURT, IN AND FOR DUVAL COUNTY, FLORIDA
## CASE NO: 1:23-CV-23799-RAR   DIVISION: MIAMA

**THE SMILEY COMPANY SPRL**
Plaintiff vs.

**DEFENDANT 264 PERSONALISEDBYYOU**
Defendant



FILED BY _____ D.C.
MAR 2 6 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### MOTION TO ENLARGE TIME TO FILE RESPONSE

Defendant, 264, asks the Court to extend her time to file a response to the Plaintiffs' Complaint in the above-style matter. Defendant is seeking legal assistance concerning this matter, but due to time limitations, Defendant has not been given the opportunity to adequately consult with an attorney, and for this reason requests the extension of time to respond. WHEREFORE, Defendant THE SMILEY COMPANY SPRL, requests that this Court enlarge the time for filing her response.

CERTIFICATE OF SERVICE  The undersigned certifies that a true copy of this document has been mailed to name of attorney for plaintiff, Attorney for Plaintiff, full address, including zip code, this date you mailed (should be before the deadline for the answer).

MARGARET DOWNEY
26 ULLSWATER AVENUE JARROW
NE324ET
Defendant

DATED 29/12/2023

**International Tracked**

Exprès · Royal Mail

Privacy policy: www.royalmail.com/privacy

Postage on Account GB

F

AIR MAIL
PAR AVION

Letter
100g

32-064 747 5000-521 2D4 5C7 DELIVERY CONFIRMATION

LE 7258 5502 7GB

RODOLFO A. RUIZ II UNITED
STATES DISTRICT JUDGE
300 N. Hogan St
Jacksonville
Florida
32207
USA

Return Address
Personalised By
You
Unit MZ5
Jarrow Business
Jarrow
NE32 3DT
UNITED KINGDOM

Customer Ref:
49431

personalised by you

## CUSTOMS DECLARATION

**CN 22**

Further guidance at royalmail.com/customs

May be opened officially
Great Britain

| | |
|---|---|
| Sender's Name | MARGARET DOWNEY |
| Sender's Address & Postcode | PERSONALISED BY YOU<br>UNIT MZ5<br>JARROW BUSINESS CENTRE<br>JARROW<br>TYNE AND WEAR<br>NE32 3DT<br>UNITED KINGDOM<br>Customr Ref 49431 |
| Contents | [ ] Commercial Sample<br>[X] Documents<br>[ ] Returned Goods<br>[ ] Sale of Goods<br>[ ] Mixed content<br>[ ] Other:<br>[ ] Gift |

| Description of Contents | Quantity | Weight (kg) | Value (GBP) |
|---|---|---|---|
| letter | 1 | 0.090 | 0.00 |
| Total | 1 | 0.100 | 0.00 |

| | |
|---|---|
| Commercial items only; if known enter HS tariff nr & origin | 48172000 GBR |

| Company VAT no. | Company EORI no. | Pre-reg. tax scheme | AIRN |
|---|---|---|---|
| | | | |

I, the undersigned, whose name and address are given on the item, certify that the particulars given in this declaration are correct and that this item does not contain any dangerous article or articles prohibited by legislation or by postal or customs regulations.

| | | |
|---|---|---|
| Sign & Date | Margaret Downey | 03.01.2024 |

